**FACEBOOK, INC. (FB)**  Yuan, Fan

### LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 1/11/2018 | Purchase | 10 | $187.4100 |