**JOSEPH W. COTCHETT (SBN 36324)**
jcotchett@cpmlegal.com
**MARK C. MOLUMPHY (SBN 168009)**
mmolumphy@cpmlegal.com
**GINA STASSI (SBN 261263)**
gstassi@cpmlegal.com
**STEPHANIE D. BIEHL (SBN 306377)**
sbiehl@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

*Attorneys for Plaintiff Jeremiah F. Hallisey*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>Defendants. | CASE NO. 5:18-CV-01725-EJD<br><br>Hon. Edward J. Davila<br>Action Filed: 3/20/2018<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| **This document also relates to:**<br><br>JEREMIAH F. HALLISEY,<br><br>Plaintiff, derivatively on behalf of FACEBOOK, INC., a Delaware Corporation,<br><br>Nominal Defendant<br><br>v.<br><br>MARK ZUCKERBERG, SHERYL K. SANDBERG, MARC L. ANDREESSEN, PETER A. THIEL, REED HASTINGS, ERSKINE B. BOWLES, SUSAN D. DESMOND-HELLMAN, and JAN KOUM,<br><br>Defendants. | CASE NO: 3:18-CV-01792-SK<br><br>Judge: Hon. Sallie Kim<br><br>Action Filed:   3/22/2018 |

---

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Jeremiah F. Hallisey ("Plaintiff"), who filed a shareholder derivative complaint on March 22, 2018, in the United States District Court for the Northern District of California, *Hallisey v. Zuckerberg et al.*, No. 5:18-cv-01792-SK ("*Hallisey*"), respectfully submits this administrative motion to deem the *Hallisey* action related to the following case previously filed in this District:

    1.   *Yuan v. Facebook, Inc. et al,* No. 5:18-cv-01725-EJD ("*Yuan*") (filed March 20, 2018).

Under Local Rule 3-12(a), actions are related to another when: "(1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." *Hallisey* should be related to the above-referenced *Yuan* case, as both cases concern the same or similar parties, i.e., Facebook, Inc. ("Facebook") and its chief executive officer, Mark Zuckerberg ("Zuckerberg"), and arise from the same facts.   Specifically, both *Hallisey* and *Yuan* allege that Facebook's user privacy and data security policies improperly allowed third parties to access the personal data of millions of Facebook users without their consent, which led to the recently revealed leak in 2015 by Cambridge Analytica, a data firm brought on by the Trump presidential campaign that improperly obtained the personal information of 50 million Facebook users and used the information to target voters online before the U.S. election in 2016. Thus, it would serve the interests of judicial economy, and reduce the risk of duplication and conflicting results, if the cases were related and proceed before the same Judge.

Accordingly, Plaintiff respectfully requests that *Hallisey* be deemed related to *Yuan* and assigned to the same Judge for all purposes.

Dated: March 23, 2018          **COTCHETT, PITRE & McCARTHY, LLP**

                              */s/ Mark C. Molumphy*
                              **MARK C. MOLUMPHY**

                              *Attorneys for Plaintiff Jeremiah F. Hallisey*

---

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**