| | |
|---|---|
| 1 | **JOSEPH W. COTCHETT (SBN 36324)** |
| | jcotchett@cpmlegal.com |
| 2 | **MARK C. MOLUMPHY (SBN 168009)** |
| | mmolumphy@cpmlegal.com |
| 3 | **GINA STASSI (SBN 261263)** |
| | gstassi@cpmlegal.com |
| 4 | **STEPHANIE D. BIEHL (SBN 306377)** |
| | sbiehl@cpmlegal.com |
| 5 | **COTCHETT, PITRE & McCARTHY, LLP** |
| | San Francisco Airport Office Center |
| 6 | 840 Malcolm Road, Suite 200 |
| | Burlingame, CA  94010 |
| 7 | Telephone:  (650) 697-6000 |
| | Facsimile:   (650) 697-0577 |

*Attorneys for Plaintiff Jeremiah F. Hallisey*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER, <br><br> Defendants. | CASE NO. 5:18-CV-01725-EJD <br><br> Hon. Edward J. Davila <br> Action Filed:  3/20/2018 <br><br> **DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| **This document also relates to:** <br><br> JEREMIAH F. HALLISEY, <br><br>    Plaintiff, derivatively on behalf of FACEBOOK, INC., a Delaware Corporation, <br><br>    Nominal Defendant <br> v. <br><br> MARK ZUCKERBERG, SHERYL K. SANDBERG, MARC L. ANDREESSEN, PETER A. THIEL, REED HASTINGS, ERSKINE B. BOWLES, SUSAN D. DESMOND-HELLMAN, and JAN KOUM, <br><br>    Defendants. | CASE NO: 3:18-CV-01792-SK <br><br> Judge: Hon. Sallie Kim <br><br> Action Filed:   3/22/2018 |

I, **MARK C. MOLUMPHY**, declare as follows:

1. I am an attorney duly admitted to practice in the State of California. I am a partner with the law firm of Cotchett, Pitre & McCarthy, LLP, attorneys for Plaintiff Jeremiah F. Hallisey, who filed a shareholder derivative complaint on March 22, 2018 in the United States District Court for the Northern District of California, *Hallisey v. Zuckerberg et al.*, No. 5:18-cv-01792-SK ("*Hallisey*"). Pursuant to Civil Local Rule 7-11, I submit this declaration in support of Hallisey's Administrative Motion to Consider Whether Cases Should Be Related. If called to testify as a witness, I could and would competently testify to the matters stated herein.

2. I have reviewed the complaint filed in the above-captioned action entitled *Yuan v. Facebook, Inc. et al,* No. 5:18-cv-01725-EJD ("*Yuan*") (filed March 20, 2018). *Yuan* appears to be related to *Hallisey* because both cases concern the same or similar parties, i.e., Facebook, Inc. ("Facebook") and its chief executive officer, Mark Zuckerberg ("Zuckerberg"), and arise from the same facts. Specifically, both *Yuan* and *Hallisey* allege that Facebook's user privacy and data security policies improperly allowed third parties to access the personal data of millions of Facebook users without their consent, which led to the recently revealed leak in 2015 by Cambridge Analytica, a data firm brought on by the Trump presidential campaign that improperly obtained the personal information of 50 million Facebook users and used the information to target voters online before the U.S. election in 2016.

3. I was unable to obtain a stipulation signed by all parties or their counsel before filing this Administrative Motion. The complaint in this action (*Yuan*) was filed on March 20, 2018, and a summons was issued as to defendants on March 21, 2018 (Dkt. No. 5), however, no proof of service of the complaint has been filed and no counsel has yet appeared for defendants. I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct, and that this declaration was executed on this 23rd day of March at Burlingame, California.

                        /s/ Mark C. Molumphy
                        **MARK C. MOLUMPHY**