1  **JOSEPH W. COTCHETT (SBN 36324)**
   jcotchett@cpmlegal.com
2  **MARK C. MOLUMPHY (SBN 168009)**
   mmolumphy@cpmlegal.com
3  **GINA STASSI (SBN 261263)**
   gstassi@cpmlegal.com
4  **STEPHANIE D. BIEHL (SBN 306377)**
   sbiehl@cpmlegal.com
5  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
6  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
7  Telephone:  (650) 697-6000
   Facsimile:   (650) 697-0577
8
   *Attorneys for Plaintiff Jeremiah F. Hallisey*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAN YUAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>Defendants. | CASE NO. 5:18-CV-01725-EJD<br><br>Hon. Edward J. Davila<br>Action Filed:  3/20/2018<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |
| **This document also relates to:**<br><br>JEREMIAH F. HALLISEY,<br><br>Plaintiff, derivatively on behalf of FACEBOOK, INC., a Delaware Corporation,<br><br>Nominal Defendant<br>v.<br><br>MARK ZUCKERBERG, SHERYL K. SANDBERG, MARC L. ANDREESSEN, PETER A. THIEL, REED HASTINGS, ERSKINE B. BOWLES, SUSAN D. DESMOND-HELLMAN, and JAN KOUM,<br><br>Defendants. | CASE NO: 3:18-CV-01792-SK<br><br>Judge: Hon. Sallie Kim<br><br>Action Filed:   3/22/2018 |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

1  The Court, having considered the Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11 filed by Plaintiff Jeremiah F. Hallisey, HEREBY ORDERS THAT the following case is related to the first filed action, *Yuan v. Facebook Inc., et al.,* Case No. 5:18-CV-01725-EJD (filed March 20, 2018):

1.  *Hallisey v. Zuckerberg, et al*., Case No. 3:18-CV-01792-SK (filed March 22, 2018).

Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign the above-referenced case to the undersigned.

IT IS SO ORDERED.

Dated: _____         _____
                                     Hon. Edward J. Davila
                                     United States District Judge

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

1