BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Yury A. Kolesnikov (SBN 271173)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:   (858) 914-2001
Facsimile:   (858) 914-2002
E-mail:      fbottini@bottinilaw.com
             ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff Natalie Ocegueda* in
*Ocegueda v. Zuckerberg, et al.; No. 18-cv-1893-KAW*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAN YUAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>Defendants. | Case No. 18-cv-1725-EJD<br><br>**Plaintiff Natalie Ocegueda's Administrative Motion to Consider Whether Cases Should Be Related**<br><br>(Civil L.R. 3-12(b) and 7-11)<br><br>The Honorable Edward J. Davila<br>Action Filed: 3/20/2018 |

Pursuant to Rule 3-12(b) and Rule 7-11 of the Civil Local Rules, plaintiff Natalie Ocegueda in *Ocegueda v. Zuckerberg, et al.*; No. 18-cv-1893-KAW (N.D. Cal.) ("*Ocegueda*"), respectfully moves the Court to consider whether her action is related to the above-captioned action, *Yuan v. Facebook, Inc., et al,* No. 18-cv-1725-EJD (N.D. Cal.) ("*Yuan*") (filed March 20, 2018). In support of this administrative motion, Ms. Ocegueda submits the accompanying Declaration of Francis A Bottini, Jr. and proposed order. Ms. Ocegueda further states as follows:

1. Under Local Rule 3-12(a), actions are related to another when: "(1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." *Ocegueda* should be related to the above-referenced *Yuan* case, as both cases concern the same or similar parties, *i.e.,* Facebook, Inc. ("Facebook") and its chief executive officer, Mark Zuckerberg, and arise from the same facts.  Specifically, both *Ocegueda* and *Yuan* allege that Facebook's user privacy and data security policies improperly allowed third parties to access the personal data of millions of Facebook users without their consent, which led to the recently revealed leak in 2015 by Cambridge Analytica, a data firm brought on by the Trump presidential campaign that improperly obtained the personal information of 50 million Facebook users, and used the information to target voters online before the U.S. election in 2016.

2. Because both *Ocegueda* and *Yuan* "concern substantially the same parties, property, transaction or event," these actions are related within the meaning of Civil Local Rule 3-12(a)(1).  As a result, assignment of *Ocegueda* to the calendar of this Court will promote efficiency and judicial economy and will avoid "unduly burdensome duplication of labor and expense or conflicting results." CIV. L.R. 3-12(a)(2).

Accordingly, the Court should grant this administrative motion and issue the accompanying proposed order holding that:

1     (1)    *Ocegueda* and *Yuan* are related under Civil Local Rule 3-12(a); and

2     (2)    *Ocegueda* should be assigned to this Court's calendar under Civil Local Rule 3-12(f).

Dated: March 29, 2018

Respectfully submitted,
BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Yury A. Kolesnikov (SBN 271173)

    s/ Francis A. Bottini, Jr.
        Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:  (858) 914-2002
E-mail:  fbottini@bottinilaw.com
        ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff Natalie Ocegueda* in *Ocegueda v. Zuckerberg, et al.; No. 18-cv-1893-KAW*