1  BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
2  Yury A. Kolesnikov (SBN 271173)
7817 Ivanhoe Avenue, Suite 102
3  La Jolla, California 92037
Telephone:   (858) 914-2001
4  Facsimile:   (858) 914-2002
E-mail:      fbottini@bottinilaw.com
5            ykolesnikov@bottinilaw.com

6  *Attorneys for Plaintiff Natalie Ocegueda* in
*Ocegueda v. Zuckerberg, et al.; No. 18-cv-1893-KAW*
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11  FAN YUAN, individually and on behalf of   )   Case No. 18-cv-1725-EJD
    all others similarly situated,            )
12                                            )
                                             )
13                            Plaintiff,)     **Declaration of Francis A. Bottini, Jr.**
                                             )   **in Support of Plaintiff Natalie**
14  v.                                        )   **Ocegueda's Administrative Motion to**
                                             )   **Consider Whether Cases Should Be**
    FACEBOOK, INC., MARK E.                   )   **Related**
15  ZUCKERBERG and DAVID M. WEHNER, )
                                             )   The Honorable Edward J. Davila
16                           Defendants.)      Action Filed:  3/20/2018
                                             )
17                                            )

18

19

20

21

22

23

24

25

26

27

28

Declaration of Francis A. Bottini, Jr.                          No. 18-cv-1725-EJD

1     Under 28 U.S.C. § 1746, I, Francis A. Bottini, Jr., declare as follows:

2     1.     I am a partner with the law firm of Bottini & Bottini, Inc., counsel for

3 plaintiff Natalie Ocegueda who filed a shareholder derivative complaint on March 27,

4 2018 in the United States District Court for the Northern District of California, in

5 *Ocegueda v. Zuckerberg, et al.*; No. 18-cv-1893-KAW ("*Ocegueda*"). Pursuant to Civil

6 Local Rule 7-11, I submit this declaration in support of Ms. Ocegueda's Administrative

7 Motion to Consider Whether Cases Should Be Related.  If called to testify as a witness, I

8 could and would competently testify to the matters stated herein.

9     2.     I have reviewed the complaint filed in the above-captioned action entitled

10 *Yuan v. Facebook, Inc. et al,* No. 18-cv-1725-EJD ("*Yuan*") (filed March 20, 2018).

11 *Yuan* appears to be related to *Ocegueda* because both cases concern the same or similar

12 parties, *i.e.*, Facebook, Inc. ("Facebook") and its chief executive officer, Mark

13 Zuckerberg, and arise from the same facts.  Specifically, both *Yuan* and *Ocegueda* allege

14 that Facebook's user privacy and data security policies improperly allowed third parties

15 to access the personal data of millions of Facebook users without their consent, which

16 led to the recently revealed leak in 2015 by Cambridge Analytica, a data firm brought on

17 by the Trump presidential campaign that improperly obtained the personal information

18 of 50 million Facebook users, and used the information to target voters online before

19 the U.S. election in 2016.

20     3.     I was unable to obtain a stipulation signed by all parties or their counsel

21 before filing this Administrative Motion.  The complaint in this action (*Yuan*) was filed

22 on March 20, 2018, and a summons was issued as to defendants on March 21, 2018

23 (Dkt. No. 5), however, no proof of service of the complaint has been filed and no counsel

24 has yet appeared for defendants.

25 //

26 //

27

28

Declaration of Francis A. Bottini             1                    No. 18-cv-1725-EJD

1        I declare under penalty of perjury that the foregoing is true and correct. Executed

2   on March 29, 2018, at La Jolla, California.

3

4                                                s/ Francis A. Bottini, Jr.
                                             Francis A. Bottini, Jr.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Francis A. Bottini          2           No. 18-cv-1725-EJD