BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Yury A. Kolesnikov (SBN 271173)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:     (858) 914-2001
Facsimile:     (858) 914-2002
E-mail:        fbottini@bottinilaw.com
               ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff Natalie Ocegueda* in
*Ocegueda v. Zuckerberg, et al.; No. 18-cv-1893-KAW*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAN YUAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>Defendants. | Case No. 18-cv-1725-EJD<br><br>**[Proposed] Order Granting Plaintiff Natalie Ocegueda's Administrative Motion to Consider Whether Cases Should Be Related**<br><br>The Honorable Edward J. Davila<br>Action Filed: 3/20/2018 |

1    Having considered the administrative motion of plaintiff Natalie Ocegueda in

2  *Ocegueda v. Zuckerberg, et al.;* No. 18-cv-1893-KAW (N.D. Cal.) *("Ocegueda"),* to

3  consider whether her action should be related to the above-captioned action *Yuan v.*

4  *Facebook Inc., et al.,* Case No. 18-cv-1725-EJD (N.D. Cal.) (filed March 20, 2018)

5  ("*Yuan*"), and good cause appearing, the Court grants this administrative motion and

6  orders that:

7    1.    *Ocegueda* is related to *Yuan* under Civil Local Rule 3-12(a); and

8    2.    *Ocegueda* shall be assigned to the undersigned judge under Civil Local

9  Rule 3-12(f).

10    IT IS SO ORDERED.

11  Dated: April ____, 2018

12  _____
     The Honorable Edward J. Davila
     United States District Judge