BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Yury A. Kolesnikov (SBN 271173)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:   (858) 914-2001
Facsimile:   (858) 914-2002
E-mail:      fbottini@bottinilaw.com
             ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff Natalie Ocegueda* in
*Ocegueda v. Zuckerberg, et al.; No. 18-cv-1893-KAW*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAN YUAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>Defendants. | Case No. 18-cv-1725-EJD<br><br>**Certificate of Service**<br><br>(Civ. L.R. 5-5) |

Certificate of Service                                                                 No. 18-cv-1725-EJD

Under 28 U.S.C. § 1746, I, Francis A. Bottini, Jr., declare as follows:

1. I am employed in the County of San Diego, State of California. I am over 18 years of age and am not a party to this action. My business address is 7817 Ivanhoe Avenue, Suite 102, La Jolla, California 92037.

2. On March 29, 2018, I caused to be served three documents — Plaintiff Natalie Ocegueda's Administrative Motion to Consider Whether Cases Should Be Related; the Declaration of Francis A. Bottini, Jr.; and a proposed order — upon: all parties who have appeared in this action by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF system, which electronically notifies such parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 29, 2018, at La Jolla, California.

                                                s/ Francis A. Bottini, Jr.
                                                Francis A. Bottini, Jr.