UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> FACEBOOK, INC., et al., <br><br> Defendant(s). | Case No: 18-cv-01725 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Joseph Alexander Hood II, an active member in good standing of the bar of Southern District of NY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, FAN YUAN in the above-entitled action. My local co-counsel in this case is Jennifer Pafiti, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 600 Third Avenue, 20th Floor <br> New York, New York 10016 | 468 North Camden Drive <br> Beverly Hills, CA 90210 |
| My Telephone # of Record: <br> (212) 661-1100 | Local Co-Counsel's Telephone # of Record: <br> (818) 532-6449 |
| My Email Address of Record: <br> ahood@pomlaw.com | Local Co-Counsel's Email Address of Record: <br> jpafiti@pomlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: JA4625.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/02/18

S/ Joseph Alexander Hood II
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Joseph Alexander Hood II is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                         *October 2012*

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>    **JOSEPH ALEXANDER HOOD II**    </u>, Bar # <u>   JA4625   </u>

was duly admitted to practice in this Court on

<u>  **AUGUST 13, 2015**  </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>  on  <u>  **APRIL 2, 2018**  </u>

<u>  Ruby J. Krajick  </u>  by  <u>   [signature]   </u>
      Clerk                                 Deputy Clerk