UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAN YUAN, et al.,

               Plaintiff(s),

v.

FACEBOOK, INC., et al.,

               Defendant(s).

Case No: 18-cv-01725

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Joseph Alexander Hood II, an active member in good standing of the bar of Southern District of NY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, FAN YUAN in the above-entitled action. My local co-counsel in this case is Jennifer Pafiti, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 600 Third Avenue, 20th Floor<br>New York, New York 10016 | 468 North Camden Drive<br>Beverly Hills, CA 90210 |
| MY TELEPHONE # OF RECORD:<br>(212) 661-1100 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(818) 532-6449 |
| MY EMAIL ADDRESS OF RECORD:<br>ahood@pomlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jpafiti@pomlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: JA4625.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/02/18                            S/ Joseph Alexander Hood II
                                                         APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Joseph Alexander Hood II is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/2/2018

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE