ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com
     – and –
DARREN J. ROBBINS (168593)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com

Attorneys for Plaintiff Ernestine Bennett

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG, and DAVID M. WEHNER<br><br>　　　　　　　Defendants. | Case No. 5:18-cv-01725-EJD<br><br><u>CLASS ACTION</u><br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>(Civil L.R. 3-12(b) and 7-11) |

1402499_1

Pursuant to this District Court's Civil Local Rules 3-12(b) and 7-11, and the Stipulation and [Proposed] Order to Relate Securities Actions filed herewith, plaintiff Ernestine Bennett in *Bennett v. Facebook, Inc., et al.*, No. 3:18-cv-01868-WHA (N.D. Cal.) ("*Bennett*"), respectfully moves the Court to consider: (1) whether the *Bennett* action, a securities-fraud class action, is related to two other securities-fraud class actions – *Casey v. Facebook, Inc., et al.*, No. 5:18-cv-01780-EJD (N.D. Cal.) ("*Casey*") and *Yuan v. Facebook, Inc., et al.*, No. 5:18-cv-01725-EJD (N.D. Cal.) ("*Yuan*"); and (2) whether the *Casey* and *Yuan* actions should be related as well.

Civil Local Rule 3-12 provides that an action is related to another when:

1.  The actions concern substantially the same parties, property, transaction or event; and

2.  It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Civ. L.R. 3-12(a).

Through counsel, the parties to the *Bennett*, *Casey* and *Yuan* actions have stipulated pursuant to Local Rules 7-11 and 7-12 that all three actions are related under Local Rule 3-12(b). *See* Stipulation and [Proposed] Order to Relate Securities Actions (filed herewith).

The plaintiffs in all of these cases are current or former shareholders of Facebook, Inc. ("Facebook"). They allege, among other things, that Facebook and certain of its officers made misleading statements or omissions to the market about the events and circumstances surrounding Facebook's actions in sharing over 50 million Facebook users' data with a third party that used the data for political purposes. The cases also involve substantially the same defendants as Facebook and certain of its current and former officers and directors are parties to all these actions. Plaintiff in the *Bennett* action and plaintiffs in the *Casey* and *Yuan* actions name Facebook, its Chief Executive Officer (Mark Zuckerberg) and Chief Financial Officer (David M. Wehner) as defendants. The *Bennett* action names one additional defendant – Cheryl K. Sandberg, Facebook's Chief Operating Officer.

Because similar parties, transactions, and events are involved in the *Bennett* action and the *Casey* and *Yuan* actions, there would be a potential for unduly burdensome duplication and

expenses, and potentially inconsistent results, if the cases were to be conducted before different Courts. Accordingly, relating the *Bennett* and *Casey* actions to the *Yuan* action and assigning the *Bennett* action to this Court will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rule 3-12(a).

DATED: April 9, 2018

ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON C. DAVIS
KENNETH J. BLACK

       s/Jason C. Davis
JASON C. DAVIS

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

HOLZER & HOLZER, LLC
COREY D. HOLZER
1200 Ashwood Parkway, Suite 410
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)

Attorneys for Plaintiff