ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com
     – and –
DARREN J. ROBBINS (168593)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com

Attorneys for Plaintiff Ernestine Bennett

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>     vs.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG, and DAVID M. WEHNER<br><br>               Defendants. | Case No. 5:18-cv-01725-EJD<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER TO RELATE SECURITIES ACTIONS<br><br>(Civil L.R. 3-12(b) and 7-11) |

1402827_4

WHEREAS, Local Rule 3-12(b) provides that whenever "a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11";

WHEREAS, Local Rule 3-12(a) provides that an "action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges"; and

WHEREAS, the following three actions are now pending in the Northern District of California (collectively, the "Related Actions"):

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Yuan v. Facebook, Inc., et al.* | 5:18-cv-01725-EJD | March 20, 2018 |
| *Casey v. Facebook, Inc., et al.* | 5:18-cv-01780-EJD | March 22, 2018 |
| *Bennett v. Facebook, Inc., et al.* | 3:18-cv-01868-WHA | March 27, 2018 |

WHEREAS, the foregoing actions are securities fraud class actions, and each asserts claims that arise out of at least some of the same alleged events and involve the same or substantially similar alleged issues of fact and law and are "related" under Local Rule 3-12;

NOW, THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs in the Related Actions and the defendants in the Related Actions, by and through their undersigned respective counsel of record, as follows:

1. The three Related Actions identified above are deemed "related" under Local Rules 3-12(b) and 7-11 for all purposes, including pre-trial proceedings and trial purposes.

2. Nothing in this Stipulation shall be construed as a waiver of any party's rights or positions in law or in equity, or as a waiver of any defense that any party would otherwise have.

IT IS SO STIPULATED.

Dated April 9, 2018

>ROBBINS GELLER RUDMAN
>  & DOWD LLP
>JASON C. DAVIS
>KENNETH J. BLACK
>
>           s/Jason C. Davis
>           JASON C. DAVIS
>
>One Montgomery Street, Suite 1800
>San Francisco, CA  94104
>Telephone:  415/288-4545
>415/288-4534 (fax)
>
>ROBBINS GELLER RUDMAN
>  & DOWD LLP
>DARREN J. ROBBINS
>DANIELLE S. MYERS
>655 West Broadway, Suite 1900
>San Diego, CA  92101-8498
>Telephone:  619/231-1058
>619/231-7423 (fax)
>
>HOLZER & HOLZER, LLC
>COREY D. HOLZER
>1200 Ashwood Parkway, Suite 410
>Atlanta, GA  30338
>Telephone:  770/392-0090
>770/392-0029 (fax)
>
>Attorneys for Plaintiff Ernestine Bennett
>
>
>POMERANTZ LLP
>JENNIFER PAFITI
>
>
>           s/Jennifer Pafiti
>           JENNIFER PAFITI
>
>468 North Camden Drive
>Beverly Hills, CA  90210
>Telephone:  818/532-6499

|   |   |
|---|---|
| 1 | |
| 2 | POMERANTZ LLP<br>JEREMY A. LIEBERMAN |
| 3 | J. ALEXANDER HOOD II<br>600 Third Avenue, 20th Floor |
| 4 | New York, NY  10016<br>Telephone:  212/661-1100 |
| 5 | 212/661-8665 (fax) |
| 6 | POMERANTZ LLP<br>PATRICK V. DAHLSTROM |
| 7 | Ten South La Salle Street, Suite 3505<br>Chicago, IL  60603 |
| 8 | Telephone: 312/377-1181<br>312/377-1184 (fax) |
| 9 | Attorneys for Plaintiff Fan Yuan |
| 10 | |
| 11 | SCOTT+SCOTT<br>ATTORNEYS AT LAW LLP |
| 12 | JOHN T. JASNOCH |
| 13 | |
| 14 |     s/John T. Jasnoch<br>JOHN T. JASNOCH |
| 15 | 600 W. Broadway, Suite 3300 |
| 16 | San Diego, CA  92101<br>Telephone: 619/233-4565 |
| 17 | 619/233-0508 (fax) |
| 18 | SCOTT+SCOTT<br>ATTORNEYS AT LAW LLP |
| 19 | THOMAS LAUGHLIN<br>RHIANA SWARTZ |
| 20 | The Helmsley Building<br>230 Park Avenue, 17th Floor |
| 21 | New York, NY  10169<br>Telephone:  212/223-6444 |
| 22 | 212/223-6334 (fax) |
| 23 | LAW OFFICES OF ALFRED G. YATES, JR.,<br>P.C. |
| 24 | ALFRED G. YATES, JR.<br>300 Mt. Lebanon Boulevard, Suite 206-B |
| 25 | Pittsburgh, PA  15234-1507<br>Telephone: 412/391-5164 |
| 26 | 412/471-1033 (fax) |
| 27 | Attorneys for Plaintiff Robert Casey |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 |       s/Brian M. Lutz<br>BRIAN M. LUTZ |
| 4 | Orin Snyder (*pro hac vice* forthcoming)<br>  osnyder@gibsondunn.com |
| 5 | GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue |
| 6 | New York, NY 10166-0193<br>Tel:  212/351-4000 |
| 7 | 212/351-4035 (fax) |
| 8 | Kristin A. Linsley (SBN 154148)<br>  klinsley@gibsondunn.com |
| 9 | Brian M. Lutz (SBN 255976)<br>  blutz@gibsondunn.com |
| 10 | GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 300 |
| 11 | San Francisco, CA 94105<br>Tel:  415/393-8379 |
| 12 | 415/374-8474 (fax) |
| 13 | Paul J. Collins (SBN 187709)<br>  pcollins@gibsondunn.com |
| 14 | GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road |
| 15 | Palo Alto, CA 94304-1211<br>Telephone:  650/849-5300 |
| 16 | 650/849-5333 (fax) |
| 17 | Attorneys for Defendants |

SIGNATURE ATTESTATION

I, Jason C. Davis, am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Relate Securities Actions. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Executed this 9th day of April 2018 at San Francisco, California.

s/Jason C. Davis<br>JASON C. DAVIS

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE