ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com
     – and –
DARREN J. ROBBINS (168593)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com

Attorneys for Plaintiff Ernestine Bennett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>    vs.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG, and DAVID M. WEHNER<br><br>             Defendants. | Case No. 5:18-cv-01725-EJD<br><br><u>CLASS ACTION</u><br><br>CERTIFICATE OF SERVICE<br><br>(Civil L.R. 5-5) |

1402529_1

Under 28 U.S.C. §1746, I, Jason C. Davis, declare as follows:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is Post Montgomery Center, One Montgomery Street, Suite 1800, San Francisco, California 94104.

2. That on April 9, 2018, declarant served the following documents:

- Administrative Motion to Consider Whether Cases Should Be Related; and
- Stipulation and [Proposed] Order to Relate Securities Actions

 (a) upon all parties who have appeared in this action by electronically filing the foregoing with the Clerk of the District court using its CM/ECF system, which electronically notifies such parties; and

 (b) upon all interested parties identified below through the United States Postal Service by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties:

> SCOTT+SCOTT
> ATTORNEYS AT LAW LLP
> JOHN T. JASNOCH
> 600 W. Broadway, Suite 3300
> San Diego, CA  92101
>
> SCOTT +SCOTT
> ATTORNEYS AT LAW LLP
> THOMAS LAUGHLIN
> RHIANA SWARTZ
> The Helmsley Building
> 230 Park Avenue, 17th Floor
> New York, NY  10169
>
> LAW OFFICES OF ALFRED G. YATES, JR., P.C.
> ALFRED G. YATES, JR.
> 300 Mt. Lebanon Boulevard, Suite 206-B
> Pittsburgh, PA  15234-1507

1  HOLZER & HOLZER, LLC
   COREY D. HOLZER
2  1200 Ashwood Parkway, Suite 410
   Atlanta, GA  30338
3

4  I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 9,

5  2018, at San Francisco, California.

6
                                              _____s/Jason C. Davis_____
7                                                        JASON C. DAVIS

# Mailing Information for a Case 5:18-cv-01725-EJD Yuan v. Facebook, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Paul J. Collins**
  pcollins@gibsondunn.com,atumanova@gibsondunn.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Kristin A. Linsley , Esq**
  KLinsley@gibsondunn.com,lchiou@gibsondunn.com

- **Joshua Seth Lipshutz**
  jlipshutz@gibsondunn.com

- **Brian Michael Lutz**
  BLutz@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,zagudelo@cpmlegal.com,shernandez@cpmlegal.com,kma@cpmlegal.com,jacosta@cpmlegal.com,emartinez@cpmlegal.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Orin Snyder**
  osnyder@gibsondunn.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)