Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Paul J. Collins (SBN 187709)
  pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>    Defendants. | CASE NO. 5:18-CV-01725-EJD<br>**SAN JOSE DIVISION**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(A))**<br><br>Hon. Edward J. Davila |

Pursuant to Civil Local Rule 6-1(a), Defendant Facebook, Inc. and Plaintiff Fan Yuan hereby stipulate to extend the deadline for Defendant Facebook, Inc. to answer or otherwise respond to Plaintiff's Complaint (Dkt. No. 1) to a date following this Court's decision on the pending Administrative Motion to Consider Whether Cases Should Be Related (Dkt. No. 20), the appointment of lead plaintiff and lead counsel, and the filing of a consolidated complaint.

This extension will not alter the date of any event or deadline fixed by any Court order, and the parties reserve the right to seek further Court orders advancing or extending these deadlines.

**Local Rule 5-1(i)(3) Attestation**

I, Brian M. Lutz, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: April 13, 2018                GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Brian M. Lutz*
     Brian M. Lutz

*Attorneys for Defendant Facebook, Inc.*

DATED: April 13, 2018                POMERANTZ LLP

By:  */s/ J. Alexander Hood*
     J. Alexander Hood

*Attorneys for Plaintiff Fan Yuan*

# CERTIFICATE OF SERVICE

I, Brian M. Lutz, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State.

I hereby certify that on April 16, 2018, the foregoing **STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(A))** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.


DATED: April 16, 2018                           By:   /s/ *Brian M. Lutz*
                                                          Brian M. Lutz

Gibson, Dunn & Crutcher LLP

CERTIFICATE OF SERVICE
CASE NO. 5:18-CV-01725-EJD