1  **GLANCY PRONGAY & MURRAY LLP**
   LIONEL Z. GLANCY (#134180)
2  ROBERT V. PRONGAY (#270796)
   LESLEY F. PORTNOY (#304851)
3  CHARLES H. LINEHAN (#307439 )
   1925 Century Park East, Suite 2100
4  Los Angeles, CA 90067
   Telephone:  (310) 201-9150
5  Facsimile:   (310) 201-9160
6  Email:  rprongay@glancylaw.com

7  *Proposed Counsel for Movant and the Class*

8  **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAN YUAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>           v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>                              Defendants. | Case No.: 5:18-cv-01725-EJD<br><br>**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL**<br><br>CLASS ACTION<br><br>Judge: Hon. Edward J. Davila<br>Hearing Date: August 30, 2018<br>Time: 9:00 a.m.<br>Ctrm: 4-5th Floor (San Jose) |
| BENNETT ERNESTINE, on behalf of himself and all others similarly situated,<br><br>                              Plaintiffs,<br><br>           vs.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER and SHERYL K. SANDBERG,<br><br>                              Defendants. | Case No.: 5:18-cv-01868-EJD<br><br>CLASS ACTION |

Having considered Michael P. Carfagna's ("Movant") motion for consolidation of related actions, appointment as lead plaintiff and approval of counsel (the "Motion"), and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1) The Motion is GRANTED;

2) The above-captioned related actions are consolidated and will proceed under the caption *In re Facebook, Inc. Securities Litigation,* Master File No. 5:18-cv-01725-EJD;

3) The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Michael P. Carfagna as Lead Plaintiff; and

4) Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Glancy Prongay & Murray LLP is approved as Lead Counsel for the class.

**SO ORDERED.**

Dated: _____, 2018

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE