**GLANCY PRONGAY & MURRAY LLP**
LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
LESLEY F. PORTNOY (#304851)
CHARLES H. LINEHAN (#307439 )
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

*Proposed Counsel for Movant and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>Defendants. | Case No.: 5:18-cv-01725-EJD<br><br>**DECLARATION OF ROBERT V. PRONGAY IN SUPPORT OF MICHAEL P. CARFAGNA'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>Judge: Hon. Edward J. Davila<br>Hearing Date: August 30, 2018<br>Time: 9:00 a.m.<br>Ctrm: 4-5th Floor (San Jose) |
| BENNETT ERNESTINE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER and SHERYL K. SANDBERG,<br><br>Defendants. | Case No.: 5:18-cv-01868-EJD<br><br><u>CLASS ACTION</u> |

DECLARATION OF ROBERT V. PRONGAY IN SUPPORT OF MICHAEL P. CARFAGNA'S MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
COUNSEL
Case No.: 5:18-cv-01725-EJD

I, Robert V. Prongay, declare:

1. I am an attorney with Glancy Prongay & Murray LLP ("Glancy"), counsel on behalf of Michael P. Carfagna ("Movant"). I make this declaration in support of Movant's motion to consolidate the related actions, for appointment as Lead Plaintiff and approval of the Movant's choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

    Exhibit A: Notice of pendency of a class action published over *Globe News Wire* in the above-captioned action on March 20, 2018;

    Exhibit B: PSLRA certification of Movant;

    Exhibit C: Movant's loss chart; and

    Exhibit D: The firm resume of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 21st day of May, 2018, in Los Angeles, California.

*/s/ Robert V. Prongay*
Robert V. Prongay

---

DECLARATION OF ROBERT V. PRONGAY IN SUPPORT OF MICHAEL P. CARFAGNA'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
Case No.: 5:18-cv-01725-EJD

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On May 21, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 21, 2018, at Los Angeles, California.

*/s/ Robert V. Prongay*
Robert V. Prongay

# Mailing Information for a Case 5:18-cv-01725-EJD Yuan v. Facebook, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Paul J. Collins**
  pcollins@gibsondunn.com,atumanova@gibsondunn.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,ptiffith@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Kristin A. Linsley , Esq**
  KLinsley@gibsondunn.com,lchiou@gibsondunn.com

- **Joshua Seth Lipshutz**
  jlipshutz@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gholman@gibsondunn.com,shinrick@gibsondunn.com,gbok@gibsondunn.com,cschmidt@gibsondunn.com,cleach@gibsondunn.com,ATumanova@gibsondunn.com

- **Brian Michael Lutz**
  BLutz@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,zagudelo@cpmlegal.com,shernandez@cpmlegal.com,kma@cpmlegal.com,kchen@cpmlegal.com,jacosta@cpmlegal.com,emartinez@cpmlegal.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Orin Snyder**
  osnyder@gibsondunn.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)