# EXHIBIT C

# Loss Chart

**Company Name:** Facebook, Inc.  
**Ticker:** FB  
**Class Period:** 02/03/2017 - 03/23/2018  
**Name:** Michael P. Carfagna  

**Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/24/2017 | Bought | Call | Jan 19, 2018 / $200 | 191 | $1.1600 | -$22,156.00 |
| 10/24/2017 | Bought | Call | Jan 19, 2018 / $200 | 200 | $1.1200 | -$22,400.00 |
| 11/16/2017 | Bought | Call | Jan 19, 2018 / $200 | 200 | $0.7400 | -$14,800.00 |
| 01/08/2018 | Sold | Call | Jan 19, 2018 / $200 | -558 | $0.1000 | $5,580.00 |
| 01/08/2018 | Sold | Call | Jan 19, 2018 / $200 | -33 | $0.1000 | $330.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$53,446.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 02/15/2018 | Bought | Call | Jun 15, 2018 / $210 | 300 | $2.6000 | -$78,000.00 |
| | | | **90-Day Average*** | **300** | **$0.1800** | **$5,400.00** |
| | | | | | **Subtotal:** | **-$72,600.00** |

*Using the average closing price from Mar 26, 2018 to May 18, 2018.

**Total: -$126,046.00**