1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                            SAN JOSE DIVISION

13  FAN YUAN, Individually and on Behalf of All )   Case No. 5:18-cv-01725-EJD
    Others Similarly Situated,                  )
14                                              )   CLASS ACTION
                          Plaintiff,            )
15                                              )   [PROPOSED] ORDER CONSOLIDATING
           vs.                                  )   RELATED ACTIONS, APPOINTING LEAD
16                                              )   PLAINTIFF, AND APPROVING
    FACEBOOK, INC., et al.,                     )   SELECTION OF COUNSEL
17                                              )
                          Defendants.           )
18  _____ )

19
20
21
22
23
24
25
26
27
28

Having considered Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA F's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Yuan v. Facebook, Inc.*, No. 18-cv-01725-EJD and *Ernestine v. Facebook, Inc.*, 18-cv-01868-EJD are consolidated as *In re Facebook, Inc. Securities Litigation*, Master File No. 18-cv-01725-EJD;

   (a) The file in Case No. 18-cv-01725-EJD shall constitute the master file for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

   (b) All securities class actions relating to the same or substantially similar alleged wrongdoing by defendants on behalf of the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

3. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, is appointed as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE