# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated Bank") declares:

1.      Amalgamated Bank has reviewed a complaint filed and adopts its allegations.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Amalgamated Bank did not acquire the security that is the subject of this action at the direction of counsel or to participate in this private action or any other litigation under the federal securities laws.

3.      Amalgamated Bank is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Amalgamated Bank has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.      (a)      Amalgamated Bank has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

> *Grae v. Corrections Corporation of America, et al.*, No. 3:16-cv-2267 (M.D. Tenn.)
> *In re Cognizant Technology Solutions Corporation Sec. Litig.*, No. 2:16-cv-06509 (D.N.J.)
> *In re Maximus, Inc. Sec. Litig.*, No. 1:17-cv-00884 (E.D. Va.)

(b)      Amalgamated Bank is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

> None.

(c)      Amalgamated Bank initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

> *Menold v. Navient Corporation, et al.*, No. 1:16-cv-00075 (D. Del.)
> *In re Allergan Generic Drug Pricing Sec. Litig.*, No. 2:16-cv-09449 (D.N.J.)
> *Shenk v. Mallinckrodt plc, et al.*, No. 1:17-cv-00145 (D.D.C.)
> *Craig v. CenturyLink, Inc., et al.*, No. 3:17-cv-01005 (W.D. La.)

FACEBOOK

6.      Amalgamated Bank will not accept any payment for serving as a representative party on behalf of the class beyond Amalgamated Bank's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of May, 2018.

Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund

By:  _____

Eleanor Innes, Senior Vice President & Director of Equities, Investment Management Division

## SCHEDULE A

## SECURITIES TRANSACTIONS

**LV LargeCap 1000 Growth Index Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/31/2017 | 3,611 | $142.06 |
| 04/03/2017 | 1,387 | $142.29 |
| 05/02/2017 | 662 | $152.79 |
| 06/23/2017 | 3,937 | $155.08 |
| 08/03/2017 | 4,864 | $168.60 |
| 08/11/2017 | 1,418 | $168.09 |
| 09/18/2017 | 1 | $170.02 |
| 12/18/2017 | 226 | $180.83 |
| 12/29/2017 | 3,209 | $176.47 |
| 01/02/2018[A] | 28,105 | $181.42 |
| 01/10/2018 | 21,202 | $187.85 |
| 03/19/2018 | 1,414 | $172.57 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 06/14/2017 | 824 | $150.24 |
| 06/26/2017 | 585 | $153.58 |
| 10/23/2017 | 2,149 | $171.26 |
| 02/07/2018 | 1,423 | $180.17 |
| 03/07/2018 | 1,518 | $183.70 |
| 03/16/2018 | 1,339 | $185.08 |

*Opening position of 43,203 shares.

**LongView Quantitative LargeCap Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/16/2017 | 100 | $170.13 |
| 08/29/2017 | 300 | $168.09 |
| 02/05/2018 | 3,200 | $187.67 |
| 03/02/2018 | 1,200 | $175.69 |
| 03/20/2018 | 1,800 | $163.15 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 02/21/2017 | 100 | $132.87 |
| 03/09/2017 | 400 | $138.08 |
| 03/21/2017 | 100 | $140.24 |
| 04/19/2017 | 300 | $142.33 |
| 04/25/2017 | 800 | $146.48 |
| 05/03/2017 | 600 | $152.02 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 06/01/2017 | 1,200 | $151.57 |
| 06/28/2017 | 4,500 | $151.71 |
| 07/17/2017 | 600 | $159.29 |
| 08/04/2017 | 200 | $169.39 |
| 09/19/2017 | 700 | $171.93 |
| 09/26/2017 | 2,300 | $164.20 |
| 11/02/2017 | 500 | $178.56 |
| 11/28/2017 | 3,300 | $182.41 |

*Opening position of 105,500 shares.

**LongView Quant LargeCap Equity VEBA Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/03/2017 | 50 | $152.31 |
| 08/29/2017 | 10 | $168.09 |
| 10/03/2017 | 20 | $170.03 |
| 10/19/2017 | 10 | $174.14 |
| 01/18/2018 | 50 | $180.28 |
| 02/05/2018 | 120 | $187.67 |
| 03/02/2018 | 50 | $175.69 |
| 03/20/2018 | 50 | $163.15 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 02/08/2017 | 70 | $133.91 |
| 04/19/2017 | 200 | $142.26 |
| 06/01/2017 | 40 | $151.57 |
| 06/28/2017 | 160 | $151.71 |
| 07/17/2017 | 10 | $159.29 |
| 08/17/2017 | 300 | $166.90 |
| 11/28/2017 | 20 | $182.41 |
| 01/02/2018 | 100 | $181.41 |

*Opening position of 4,020 shares.

[A]Shares that were received in.