# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **LV LargeCap 1000 Growth Index Fund** | 03/31/2017 | 3,611 | $142.06 | $512,960.61 | held | 70,036 | $169.19 | $11,849,283.09 | |
| | 04/03/2017 | 1,387 | $142.29 | $197,349.30 | | | | | |
| | 05/02/2017 | 662 | $152.79 | $101,143.67 | | | | | |
| | 06/23/2017 | 3,937 | $155.08 | $610,530.28 | | | | | |
| | 08/03/2017 | 4,864 | $168.60 | $820,046.08 | | | | | |
| | 08/11/2017 | 1,418 | $168.09 | $238,344.53 | | | | | |
| | 09/18/2017 | 1 | $170.02 | $170.02 | | | | | |
| | 12/18/2017 | 226 | $180.83 | $40,866.45 | | | | | |
| | 12/29/2017 | 3,209 | $176.47 | $566,276.19 | | | | | |
| | 01/02/2018[A] | 28,105 | $181.42 | $5,098,809.10 | | | | | |
| | 01/10/2018 | 21,202 | $187.85 | $3,982,689.69 | | | | | |
| | 03/19/2018 | 1,414 | $172.57 | $244,006.91 | | | | | |
| | | **70,036** | | **$12,413,192.83** | | **70,036** | | **$11,849,283.09** | **($563,909.74)** |
| **LongView Quantitative LargeCap Fund** | 08/16/2017 | 100 | $170.13 | $17,012.92 | held | 6,600 | $169.19 | $1,116,643.85 | |
| | 08/29/2017 | 300 | $168.09 | $50,427.60 | | | | | |
| | 02/05/2018 | 3,200 | $187.67 | $600,544.00 | | | | | |
| | 03/02/2018 | 1,200 | $175.69 | $210,823.20 | | | | | |
| | 03/20/2018 | 1,800 | $163.15 | $293,671.80 | | | | | |
| | | **6,600** | | **$1,172,479.52** | | **6,600** | | **$1,116,643.85** | **($55,835.67)** |
| **LongView Quant LargeCap Equity VEBA Fund** | 05/03/2017 | 50 | $152.31 | $7,615.25 | held | 360 | $169.19 | $60,907.85 | |
| | 08/29/2017 | 10 | $168.09 | $1,680.92 | | | | | |
| | 10/03/2017 | 20 | $170.03 | $3,400.52 | | | | | |
| | 10/19/2017 | 10 | $174.14 | $1,741.44 | | | | | |
| | 01/18/2018 | 50 | $180.28 | $9,014.00 | | | | | |
| | 02/05/2018 | 120 | $187.67 | $22,520.40 | | | | | |
| | 03/02/2018 | 50 | $175.69 | $8,784.30 | | | | | |
| | 03/20/2018 | 50 | $163.15 | $8,157.55 | | | | | |
| | | **360** | | **$62,914.38** | | **360** | | **$60,907.85** | **($2,006.53)** |
| **Movant's Total** | | **76,996** | | **$13,648,586.73** | | **76,996** | | **$13,026,834.78** | ***($621,751.95)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $169.19 as of May 18, 2018 for common stock.

[A] Shares that were received in.