| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |    & DOWD LLP |
| 2 | JASON C. DAVIS (253370) |
|   | KENNETH J. BLACK (291871) |
| 3 | One Montgomery Street, Suite 1800 |
|   | San Francisco, CA  94104 |
| 4 | Telephone:  415/288-4545 |
|   | 415/288-4534 (fax) |
| 5 | jdavis@rgrdlaw.com |
|   | kennyb@rgrdlaw.com |
| 6 |         – and – |
|   | DANIELLE S. MYERS (259916) |
| 7 | MICHAEL ALBERT (301120) |
|   | 655 West Broadway, Suite 1900 |
| 8 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 9 | 619/231-7423 (fax) |
|   | dmyers@rgrdlaw.com |
| 10 | malbert@rgrdlaw.com |

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>FACEBOOK, INC., et al.,<br><br>       Defendants. | Case No. 5:18-cv-01725-EJD<br><br><u>CLASS ACTION</u><br><br>CERTIFICATE OF DANIELLE S. MYERS PURSUANT TO LOCAL RULE 3-7(d) |

1435968_1

1    Pursuant to Northern District Local Rule 3-7(d), I, Danielle S. Myers, declare as follows:

2    I do not directly own or otherwise have a beneficial interest in the securities that are the
3    subject of this action.

4    I declare under penalty of perjury that the foregoing is true and correct. If called as a witness,
5    I could and would competently testify thereto. Executed this 21st day of May, 2018.

                                              s/ Danielle S. Myers
                                              DANIELLE S. MYERS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2018.

       s/ Danielle S. Myers
       DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dmyers@rgrdlaw.com

1435968_1

# Mailing Information for a Case 5:18-cv-01725-EJD Yuan v. Facebook, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Paul J. Collins**
  pcollins@gibsondunn.com,atumanova@gibsondunn.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,ptiffith@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Kristin A. Linsley , Esq**
  KLinsley@gibsondunn.com,lchiou@gibsondunn.com

- **Joshua Seth Lipshutz**
  jlipshutz@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gholman@gibsondunn.com,shinrick@gibsondunn.com,gbok@gibsondunn.com,cschm

- **Brian Michael Lutz**
  BLutz@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,zagudelo@cpmlegal.com,shernandez@cpmlegal.com,kma@cpmlegal.com,kchen@cpmlegal.com,jacosta@cpmlegal.com,emartinez@cpn

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,bmurray@glancylaw.com

- **Orin Snyder**
  osnyder@gibsondunn.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`