1  Jennifer Pafiti (SBN # 282790)
2  **POMERANTZ LLP**
   468 North Camden Drive
3  Beverly Hills, CA 90210
   Telephone: (818) 532-6499
4  E-mail: jpafiti@pomlaw.com

5  *Attorney for Plaintiff*

6
                    **UNITED STATES DISTRICT COURT**
7                   **NORTHERN DISTRICT OF CALIFORNIA**

8
   FAN YUAN, Individually and on Behalf of All ) No.: 5:18-cv-01725-EJD
9  Others Similarly Situated,                 ) **DECLARATION OF JENNIFER PAFITI**
                                              ) **IN SUPPORT OF MOTION OF THE**
10                                            ) **FACEBOOK INVESTOR GROUP FOR**
                                              ) **CONSOLIDATION, APPOINTMENT AS**
11                          Plaintiff,        ) **LEAD PLAINTIFF, AND APPROVAL OF**
                                              ) **COUNSEL**
12              v.                            )
                                              )
13 FACEBOOK, INC., MARK E. ZUCKERBERG ) DATE:  August 30, 2018
   and DAVID M. WEHNER,                       ) TIME:  9:00 A.M.
14                                            ) JUDGE:  Edward J. Davila
                                              ) CTRM:  5th Floor – 4
15                          Defendants.       )
                                              )
16 ERNESTINE BENNETT, Individually and on     ) No.: 5:18-cv-01868-EJD
   Behalf of All Others Similarly Situated,   )
17                                            )
                                              )
18                          Plaintiff,        )
19              v.                            )
                                              )
20 FACEBOOK, INC., MARK ZUCKERBERG,           )
   DAVID M. WEHNER and SHERYL K.              )
21 SANDBERG,                                  )
                                              )
22                          Defendants.       )
23

24 I, Jennifer Pafiti, hereby declare as follows:

25        1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of

26 Phoenix Insurance Company Ltd., Bilkish Patel, and Engin Taner (collectively, the "Facebook Investor

27 Group") and have personal knowledge of the facts set forth herein.  I make this Declaration in support

28 of the motion by the Facebook Investor Group for consolidation of the above-captioned related actions,

appointment as Lead Plaintiff for the Class, and approval of its selection of Pomerantz LLP as Lead Counsel for the Class.

      2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Press release published over *Globe Newswire* on March 20, 2018, announcing the pendency of the first of the above-captioned actions to be filed;

Exhibit B:     Shareholder Certifications executed by members of the Facebook Investor Group;

Exhibit C:     Loss Chart of the Facebook Investor Group; and

Exhibit D:     Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 21, 2018, at Beverly Hills, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

1
2
3
4
5
6
7

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2018 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

8
9

*/s/Jennifer Pafiti*
Jennifer Pafiti

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION