# EXHIBIT B

# CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, __ENGIN TARIK TANER__, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Facebook, Inc. ("Facebook" or the "Company") and, authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire Facebook securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Facebook securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Facebook securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed  MARCH 21, 2018
         (Date)

_____
(Signature)

ENGIN TARIK TANER
(Type or Print Name)

**FACEBOOK, INC. (FB)**                                                                                                   **Taner, Engin**

### LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 2/27/2018 | Purchase | 3,000 | $182.5000 |
| 3/1/2018 | Purchase | 500 | $177.8000 |
| 3/20/2018 | Sale | 3,500 | $163.0160 |

# Facebook (FB)

| | |
|---|---|
| **Submission Date** | 2018-04-03 13:22:43 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Facebook, Inc. ("Facebook" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire Facebook securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Facebook securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Facebook securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

## Name

| | |
|---|---|
| **Print Name** | BILKISH PATEL |

## Acquisitions

| **Configurable list (if none enter none)** | **Date Acquired** | **Number of Shares Acquired** | **Price per Share Acquired** |
|---|---|---|---|
| | (see attached) | | |

## Sales

## Documents & Message

| | |
|---|---|
| **Upload your brokerage statements showing your individual purchase and sale orders.** | (redacted) |
| **Your Message** | |

| | |
|---|---|
| **Signature** |  |
| **Full Name** | BILKISH PATEL |
| **Phone Number** | (redacted) |
| **Your E-mail Address** | |
| **Mailing Address** | |

By clicking on the Submit button below, I intend to sign and execute this agreement and retain Bronstein, Gewirtz & Grossman, LLC and associated counsel to proceed on Plaintiff's behalf, on a contingent fee basis.

**FACEBOOK, INC. (FB)**                                                                 **Patel, Bilkish**

### LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---:|---:|
| 4/10/2017 | Purchase | 1,415 | $141.3260 |
| 4/21/2017 | Purchase | 1,000 | $143.6060 |
| 4/24/2017 | Purchase | 2,532 | $144.8644 |
| 4/25/2017 | Purchase | 301 | $145.8800 |
| 4/25/2017 | Purchase | 23 | $145.8800 |
| 4/26/2017 | Purchase | 12 | $147.1600 |
| 4/27/2017 | Purchase | 22 | $147.2470 |
| 5/3/2017 | Purchase | 164 | $153.0433 |
| 6/13/2017 | Purchase | 65 | $150.1399 |
| 6/16/2017 | Purchase | 26 | $149.7448 |
| 6/21/2017 | Purchase | 7 | $152.7148 |
| 6/26/2017 | Purchase | 12 | $154.0748 |
| 7/11/2017 | Purchase | 52 | $153.7090 |
| 7/17/2017 | Purchase | 38 | $159.0674 |
| 8/7/2017 | Purchase | 100 | $171.1300 |
| 8/7/2017 | Purchase | 1,274 | $171.1299 |
| 8/7/2017 | Purchase | 100 | $171.6800 |
| 8/7/2017 | Purchase | 1,315 | $171.6899 |
| 8/7/2017 | Purchase | 1,485 | $171.6900 |
| 9/25/2017 | Purchase | 60 | $165.2300 |
| 9/25/2017 | Purchase | 60 | $165.2850 |
| 9/25/2017 | Purchase | 61 | $163.3874 |
| 11/16/2017 | Purchase | 1,001 | $179.4090 |
| 11/16/2017 | Purchase | 500 | $179.4082 |
| 11/16/2017 | Purchase | 2,955 | $179.3760 |
| 11/27/2017 | Purchase | 1,509 | $182.9328 |
| 11/27/2017 | Purchase | 2,925 | $183.5957 |
| 11/30/2017 | Purchase | 490 | $176.9850 |
| 12/27/2017 | Purchase | 39 | $177.8474 |
| 2/14/2018 | Purchase | 56 | $177.0299 |
| 3/8/2018 | Purchase | 82 | $182.6470 |
| 3/8/2018 | Purchase | 82 | $181.8548 |
| 3/3/2017 | Sale | 150 | $136.9142 |
| 3/22/2017 | Sale | 1,778 | $137.9000 |
| 3/22/2017 | Sale | 2,376 | $138.8822 |
| 4/11/2017 | Sale | 740 | $139.5340 |
| 4/12/2017 | Sale | 675 | $139.9337 |
| 7/28/2017 | Sale | 1,366 | $171.9872 |
| 7/28/2017 | Sale | 2,888 | $172.2428 |
| 11/6/2017 | Sale | 1,494 | $179.6772 |
| 11/6/2017 | Sale | 2,961 | $179.6830 |
| 11/21/2017 | Sale | 200 | $181.3600 |
| 11/21/2017 | Sale | 300 | $181.3701 |
| 11/21/2017 | Sale | 1,001 | $181.3700 |
| 11/21/2017 | Sale | 2,955 | $181.4901 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. We, Meni Neeman and Eli Shwartz, on behalf of Phoenix Insurance Company Ltd. ("Phoenix"), make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. We have reviewed a Complaint against Facebook, Inc. ("Facebook" or the "Company") and authorize the filing of a motion on behalf of Phoenix for appointment as lead plaintiff.

3. Phoenix did not purchase or acquire Facebook securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. Phoenix is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Facebook securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. We understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of our current knowledge, the attached sheet lists all of Phoenix's transactions in Facebook securities during the Class Period.

6. During the three-year period preceding the date on which this Certification is signed, Phoenix served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following action:

- *In re Mylan N.V. Securities Litigation*, 1:16-cv-07926 (S.D.N.Y.)

7. Phoenix agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. We declare under penalty of perjury that the foregoing is true and correct.

Executed **May 2, 2018**
(Date)

The Phoenix Insurance Company Ltd
(00029)
Meni Neeman
Chief Legal Counsel
(Signature)
The Phoenix Insurance Company Ltd

_____
(Type or Print Name)

The Phoenix
Insurance Company Ltd
(00029)

**FACEBOOK, INC. (FB)**  **Phoenix Insurance Company Ltd. ("Phoenix")**

**LIST OF PURCHASES AND SALES**

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| <u>Account 1</u> | | | |
| 2/8/2018 | Purchase | 15,000 | $172.1286 |
| 2/8/2018 | Purchase | 15,000 | $172.1286 |
| 7/20/2017 | Sale | 15,000 | $163.0164 |
| 11/2/2017 | Sale | 20,000 | $181.3063 |
| 2/12/2018 | Sale | 15,000 | $172.1488 |
| <u>Account 2</u> | | | |
| 4/5/2017 | Purchase | 30 | $142.4400 |
| 4/27/2017 | Purchase | 1 | $146.9800 |
| 4/27/2017 | Purchase | 34 | $146.9900 |
| 5/18/2017 | Purchase | 20 | $147.1200 |
| 6/9/2017 | Purchase | 28 | $150.2500 |
| 1/12/2018 | Purchase | 55 | $179.0000 |
| 7/26/2017 | Sale | 40 | $165.1900 |
| 10/31/2017 | Sale | 254 | $179.1200 |
| 1/22/2018 | Sale | 55 | $182.4500 |
| <u>Account 3</u> | | | |
| 3/9/2018 | Purchase | 250 | $183.5900 |
| <u>Account 4</u> | | | |
| 2/16/2018 | Purchase | 111 | $179.5000 |
| <u>Account 5</u> | | | |
| 2/17/2017 | Purchase | 280 | $134.0500 |
| 4/7/2017 | Sale | 280 | $141.7400 |
| <u>Account 6</u> | | | |
| 5/9/2017 | Purchase | 95 | $152.2400 |
| <u>Account 7</u> | | | |
| 6/21/2017 | Purchase | 130 | $152.3600 |
| 8/30/2017 | Purchase | 178 | $168.0000 |
| 12/1/2017 | Purchase | 110 | $177.0950 |
| 12/1/2017 | Purchase | 10 | $177.2600 |
| 2/23/2018 | Purchase | 150 | $180.2300 |
| 12/1/2017 | Sale | 178 | $174.9200 |
| 2/2/2018 | Sale | 120 | $192.1200 |
| 3/2/2018 | Sale | 150 | $173.3900 |
| <u>Account 8</u> | | | |
| 10/31/2017 | Purchase | 250 | $179.7400 |
| <u>Account 9</u> | | | |
| 3/19/2018 | Purchase | 200 | $174.2100 |