# EXHIBIT C

**FACEBOOK, INC. (FB)**
**CLASS PERIOD: FEB 3 2017 to MAR 23 2018**
(Includes 90-Day Sales @ Statutory Pricing)

| Account Number | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 52-Day* Mean Price $169.188 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taner, Engin | 2/27/2018 | 3,000 | $182.5000 | ($547,500) | 3/20/2018 | (3,500) | $163.0160 | $570,556 | | | | |
| Taner, Engin | 3/1/2018 | 500 | $177.8000 | ($88,900) | | | | | | | | |
| **Taner, Engin** | | **3,500** | | **($636,400)** | | **(3,500)** | | **$570,556** | **3,500** | | **($65,844)** | **($65,844)** |
| Patel, Bilkish | 4/10/2017 | 1,415 | $141.3260 | ($199,976) | 3/3/2017 | (150) | $136.9142 | $20,537 | | | | |
| Patel, Bilkish | 4/21/2017 | 1,000 | $143.6060 | ($143,606) | 3/22/2017 | (1,778) | $137.9000 | $245,186 | | | | |
| Patel, Bilkish | 4/24/2017 | 2,532 | $144.8644 | ($366,797) | 3/22/2017 | (2,376) | $138.8822 | $329,984 | | | | |
| Patel, Bilkish | 4/25/2017 | 301 | $145.8800 | ($43,910) | 4/11/2017 | (740) | $139.5340 | $103,255 | | | | |
| Patel, Bilkish | 4/25/2017 | 23 | $145.8800 | ($3,355) | 4/12/2017 | (675) | $139.9337 | $94,455 | | | | |
| Patel, Bilkish | 4/26/2017 | 12 | $147.1600 | ($1,766) | 7/28/2017 | (1,366) | $171.9872 | $234,935 | | | | |
| Patel, Bilkish | 4/27/2017 | 22 | $147.2470 | ($3,239) | 7/28/2017 | (2,888) | $172.2428 | $497,437 | | | | |
| Patel, Bilkish | 5/3/2017 | 164 | $153.0433 | ($25,099) | 11/6/2017 | (1,494) | $179.6772 | $268,438 | | | | |
| Patel, Bilkish | 6/13/2017 | 65 | $150.1399 | ($9,759) | 11/6/2017 | (2,961) | $179.6830 | $532,041 | | | | |
| Patel, Bilkish | 6/16/2017 | 26 | $149.7448 | ($3,893) | 11/21/2017 | (200) | $181.3600 | $36,272 | | | | |
| Patel, Bilkish | 6/21/2017 | 7 | $152.7148 | ($1,069) | 11/21/2017 | (300) | $181.3701 | $54,411 | | | | |
| Patel, Bilkish | 6/26/2017 | 12 | $154.0748 | ($1,849) | 11/21/2017 | (1,001) | $181.3700 | $181,551 | | | | |
| Patel, Bilkish | 7/11/2017 | 52 | $153.7090 | ($7,993) | 11/21/2017 | (2,955) | $181.4901 | $536,303 | | | | |
| Patel, Bilkish | 7/17/2017 | 38 | $159.0674 | ($6,045) | | | | | | | | |
| Patel, Bilkish | 8/7/2017 | 100 | $171.1300 | ($17,113) | | | | | | | | |
| Patel, Bilkish | 8/7/2017 | 1,274 | $171.1299 | ($218,019) | | | | | | | | |
| Patel, Bilkish | 8/7/2017 | 100 | $171.6800 | ($17,168) | | | | | | | | |
| Patel, Bilkish | 8/7/2017 | 1,315 | $171.6899 | ($225,772) | | | | | | | | |
| Patel, Bilkish | 8/7/2017 | 1,485 | $171.6900 | ($254,960) | | | | | | | | |
| Patel, Bilkish | 9/25/2017 | 60 | $165.2300 | ($9,914) | | | | | | | | |
| Patel, Bilkish | 9/25/2017 | 60 | $165.2850 | ($9,917) | | | | | | | | |
| Patel, Bilkish | 9/25/2017 | 61 | $163.3874 | ($9,967) | | | | | | | | |
| Patel, Bilkish | 11/16/2017 | 1,001 | $179.4090 | ($179,588) | | | | | | | | |
| Patel, Bilkish | 11/16/2017 | 500 | $179.4082 | ($89,704) | | | | | | | | |
| Patel, Bilkish | 11/16/2017 | 2,955 | $179.3760 | ($530,056) | | | | | | | | |
| Patel, Bilkish | 11/27/2017 | 1,509 | $182.9328 | ($276,046) | | | | | | | | |
| Patel, Bilkish | 11/27/2017 | 2,925 | $183.5957 | ($537,017) | | | | | | | | |
| Patel, Bilkish | 11/30/2017 | 490 | $176.9850 | ($86,723) | | | | | | | | |
| Patel, Bilkish | 12/27/2017 | 39 | $177.8474 | ($6,936) | | | | | | | | |
| Patel, Bilkish | 2/14/2018 | 56 | $177.0299 | ($9,914) | | | | | | | | |
| Patel, Bilkish | 3/8/2018 | 82 | $182.6470 | ($14,977) | | | | | | | | |
| Patel, Bilkish | 3/8/2018 | 82 | $181.8548 | ($14,912) | | | | | | | | |
| **Patel, Bilkish** | | **19,763** | | **($3,327,059)** | | **(18,884)** | | **$3,134,806** | **879** | **$148,717** | **($43,536)** | **($43,536)** |

**Phoenix Insurance Company Ltd. ("Phoenix")**

| Account Number | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 52-Day* Mean Price $169.188 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | | | | | PreClass | 35,000 | | | | | | |
| Account 1 | 2/8/2018 | 15,000 | $172.1286 | ($2,581,928) | 7/20/2017 | (15,000) | $163.0164 | $2,445,246 | | | | |
| Account 1 | 2/8/2018 | 15,000 | $172.1286 | ($2,581,929) | 11/2/2017 | (20,000) | $181.3063 | $3,626,126 | | | | |
| Account 1 | | | | | 2/12/2018 | (15,000) | $172.1488 | $2,582,231 | | | | |
| **Account 1** | | **30,000** | | **($5,163,857)** | | **(50,000)** | | **$8,653,603** | **15,000** | **$2,537,827** | **($43,799)** | **($43,799)** |
| Account 2 | | | | | PreClass | 181 | | | | | | |
| Account 2 | 4/5/2017 | 30 | $142.4400 | ($4,273) | 7/26/2017 | (40) | $165.1900 | $6,608 | | | | |
| Account 2 | 4/27/2017 | 1 | $146.9800 | ($147) | 10/31/2017 | (254) | $179.1200 | $45,496 | | | | |
| Account 2 | 4/27/2017 | 34 | $146.9900 | ($4,998) | 1/22/2018 | (55) | $182.4500 | $10,035 | | | | |
| Account 2 | 5/18/2017 | 20 | $147.1200 | ($2,942) | | | | | | | | |
| Account 2 | 6/9/2017 | 28 | $150.2500 | ($4,207) | | | | | | | | |
| Account 2 | 1/12/2018 | 55 | $179.0000 | ($9,845) | | | | | | | | |
| **Account 2** | | **168** | | **($26,412)** | | **(349)** | | **$62,139** | **0** | **$0** | **$3,863** | **$3,306** |

*Avg Closing Prices from Mar 26 to May 18

Page 1 of 2

**FACEBOOK, INC. (FB)**
**CLASS PERIOD: FEB 3 2017 to MAR 23 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Number | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 52-Day* Mean Price $169.188 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 3 | 3/9/2018 | 250 | $183.5900 | ($45,898) | | | | | 250 | $42,297 | ($3,600) | ($3,600) |
| Account 4 | 2/16/2018 | 111 | $179.5000 | ($19,925) | | | | | 111 | $18,780 | ($1,145) | ($1,145) |
| Account 5 | 2/17/2017 | 280 | $134.0500 | ($37,534) | 4/7/2017 | (280) | $141.7400 | $39,687 | 0 | $0 | $2,153 | $2,153 |
| Account 6 | 5/9/2017 | 95 | $152.2400 | ($14,463) | | | | | 95 | $16,073 | $1,610 | $1,610 |
| Account 7 | 6/21/2017 | 130 | $152.3600 | ($19,807) | 12/1/2017 | (178) | $174.9200 | $31,136 | | | | |
| Account 7 | 8/30/2017 | 178 | $168.0000 | ($29,904) | 2/2/2018 | (120) | $192.1200 | $23,054 | | | | |
| Account 7 | 12/1/2017 | 110 | $177.0950 | ($19,480) | 3/2/2018 | (150) | $173.3900 | $26,009 | | | | |
| Account 7 | 12/1/2017 | 10 | $177.2600 | ($1,773) | | | | | | | | |
| Account 7 | 2/23/2018 | 150 | $180.2300 | ($27,035) | | | | | | | | |
| **Account 7** | | **578** | | **($97,998)** | | **(448)** | | **$80,199** | **130** | **$21,995** | **$4,195** | **$4,195** |
| Account 8 | 10/31/2017 | 250 | $179.7400 | ($44,935) | | | | | 250 | $42,297 | ($2,638) | ($2,638) |
| Account 9 | 3/19/2018 | 200 | $174.2100 | ($34,842) | | | | | 200 | $33,838 | ($1,004) | ($1,004) |
| **Summary** | | | | | | | | | | | | |
| Account 1 | | 30,000 | | ($5,163,857) | | (50,000) | | $8,653,603 | 15,000 | | ($43,799) | ($43,799) |
| Account 2 | | 168 | | ($26,412) | | (349) | | $62,139 | 0 | | $3,863 | $3,306 |
| Account 3 | | 250 | | ($45,898) | | 0 | | $0 | 250 | | ($3,600) | ($3,600) |
| Account 4 | | 111 | | ($19,925) | | 0 | | $0 | 111 | | ($1,145) | ($1,145) |
| Account 5 | | 280 | | ($37,534) | | (280) | | $39,687 | 0 | | $2,153 | $2,153 |
| Account 6 | | 95 | | ($14,463) | | 0 | | $0 | 95 | | $1,610 | $1,610 |
| Account 7 | | 578 | | ($97,998) | | (448) | | $80,199 | 130 | | $4,195 | $4,195 |
| Account 8 | | 250 | | ($44,935) | | 0 | | $0 | 250 | | ($2,638) | ($2,638) |
| Account 9 | | 200 | | ($34,842) | | 0 | | $0 | 200 | | ($1,004) | ($1,004) |
| **Phoenix** | | **31,932** | | **($5,485,864)** | | **(51,077)** | | **$8,835,628** | **16,036** | | **($40,365)** | **($40,922)** |
| **Summary** | | | | | | | | | | | | |
| Taner, Engin | | 3,500 | | ($636,400) | | (3,500) | | $570,556 | 3,500 | | ($65,844) | ($65,844) |
| Patel, Bilkish | | 19,763 | | ($3,327,059) | | (18,884) | | $3,134,806 | 879 | | ($43,536) | ($43,536) |
| Phoenix | | 31,932 | | ($5,485,864) | | (51,077) | | $8,835,628 | 16,036 | | ($40,365) | ($40,922) |
| **Total** | | **55,195** | | **($9,449,323)** | | **(73,461)** | | **$12,540,990** | **20,415** | | **($149,745)** | **($150,303)** |