Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:   (818) 532-6499
E-mail: jpafiti@pomlaw.com

*- additional counsel on signature page –*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>Defendants. | No.: 5:18-cv-01725-EJD<br><br>**CERTIFICATION OF JENNIFER PAFITI PURSUANT TO LOCAL RULE 3-7(d)**<br><br>DATE:  August 30, 2018<br>TIME:  9:00 A.M.<br>JUDGE:  Edward J. Davila<br>CTRM:  5th Floor – 4 |
| ERNESTINE BENNETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER and SHERYL K. SANDBERG,<br><br>Defendants. | No.: 5:18-cv-01868-EJD |

## CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)

Pursuant to Civil L.R. 3-7(d), I, Jennifer Pafiti, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of May, 2018 in Beverly Hills, California.

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
Jennifer Pafiti

CERTIFICATION OF JENNIFER PAFITI