Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

*- additional counsel on signature page –*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>Defendants. | No.: 5:18-cv-01725-EJD<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-15.**<br><br>DATE: August 30, 2018<br>TIME: 9:00 A.M.<br>JUDGE: Edward J. Davila<br>CTRM: 5th Floor – 4 |
| ERNESTINE BENNETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER and SHERYL K. SANDBERG,<br><br>Defendants. | No.: 5:18-cv-01868-EJD |

### CERTIFICATE PURSUANT TO LOCAL RULE 3-15

Pursuant to Civil L.R. 3-15, Phoenix Insurance Company Ltd., Bilkish Patel, and Engin Taner (collectively, the "Facebook Investor Group"), by and through their undersigned attorney, certify that as of this date, other than Facebook Investor Group, there is no such interest to report.

Dated: May 21, 2018

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Jennifer Pafiti*
**POMERANTZ  LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile:  212-661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile:  312-377-1184
pdahlstrom@pomlaw.com

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS