UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>Defendants. | Case No. 5:18-cv-01725-EJD<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER APPOINTING THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AS LEAD PLAINTIFF, APPROVING ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATING ALL RELATED ACTIONS**<br><br><br>Date: August 30, 2018<br>Time: 9:00 a.m.<br>Dept.: Courtroom 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

*Caption continued on next page.*

| | |
|---|---|
| ERNESTINE BENNETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and SHERYL K. SANDBERG,<br><br>              Defendants. | Case No. 5:18-cv-01868-EJD<br><br><u>CLASS ACTION</u> |

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF
CASE NO. 5:18-cv-1725-EJD

1  Upon consideration of (1) the Motion of the Public Employees' Retirement System of
2  Mississippi ("Mississippi") for appointment as Lead Plaintiff, approval of its selection of Lead
3  Counsel, and consolidation of all related actions; (2) the Memorandum of Points and Authorities
4  in support of thereof; (3) the Declaration of David R. Stickney; and (4) all other pleadings and
5  arguments submitted to this Court; and for good cause shown,
6  **IT IS HEREBY ORDERED THAT**:
7      1.     Mississippi's Motion is **GRANTED**.
8      2.     Mississippi is **APPOINTED** to serve as Lead Plaintiff under Section 21D(a)(3)(B)
9  of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private
10 Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions
11 consolidated in accordance with paragraphs 4 and 5 of this Order.
12     3.     Mississippi's selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz
13 Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.
14     4.     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"),
15 *Bennett v. Facebook, Inc.*, No. 5:18-cv-01868-EJD (N.D. Cal.), is consolidated with *Yuan v.*
16 *Facebook, Inc.*, No. 5:18-cv-01725-EJD (N.D. Cal.) (collectively, the "Consolidated Action").
17     5.     Pursuant to Rule 42(a), any pending, subsequently filed, removed, or transferred
18 actions that are related to the claims asserted in the Consolidated Action are **CONSOLIDATED**
19 for all purposes.
20     6.     The Consolidated Action shall bear the caption "*In re Facebook, Inc. Securities*
21 *Litigation*" and shall be maintained under master file number 5:18-cv-01725-EJD.
22
23 **IT IS SO ORDERED**.
24
25 Dated: _____, 2018
26                                                      _____
27                                                      HON. EDWARD J. DAVILA
                                                     UNITED STATES DISTRICT JUDGE
28