**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

        -and-

AVI JOSEFSON
(avi@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Proposed Lead Plaintiff
Public Employees' Retirement System of
Mississippi, and Proposed Lead Counsel
for the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>Defendants. | Case No. 5:18-cv-01725-EJD<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF DAVID R. STICKNEY IN SUPPORT OF THE MOTION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF ALL RELATED ACTIONS**<br><br>Date:  August 30, 2018<br>Time: 9:00 a.m.<br>Dept.: Courtroom 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

***Caption continued on next page.***

| | |
|---|---|
| ERNESTINE BENNETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and SHERYL K. SANDBERG,<br><br>                    Defendants. | Case No. 5:18-cv-01868-EJD<br><br><u>CLASS ACTION</u> |

DECLARATION OF DAVID R. STICKNEY
CASE NO. 5:18-cv-1725-EJD

I, David R. Stickney, declare as follows:

1. I am a member in good standing of the bars of the State of California and of this Court and a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I respectfully submit this Declaration in support of the Motion of the Public Employees' Retirement System of Mississippi ("Mississippi") for: (1) appointment as Lead Plaintiff; (2) approval of its selection of Bernstein Litowitz to serve as Lead Counsel for the Class in the securities class action concerning Facebook, Inc.; (3) consolidation of all related securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) any such further relief as the Court may deem just and proper.

2. Attached as Exhibits A through C are true and correct copies of the following documents:

**Exhibit A:** Certification of Mississippi;

**Exhibit B:** Notice of pendency of *Yuan v. Facebook, Inc.*, No. 5:18-cv-01725-EJD (N.D. Cal.), published March 20, 2018; and

**Exhibit C:** Firm biography of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this twenty-first day of May, 2018.

> **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
>
> */s/ David R. Stickney*
> DAVID R. STICKNEY
>
> DAVID R. STICKNEY (Bar No. 188574)
> (davids@blbglaw.com)
> 12481 High Bluff Drive, Suite 300
> San Diego, California 92130
> Telephone: (858) 720-3182
> Facsimile: (858) 793-0323
>
> *Counsel for Proposed Lead Plaintiff Public Employees' Retirement System of Mississippi, and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ David R. Stickney*
DAVID R. STICKNEY

DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 720-3182
Facsimile: (858) 793-0323

*Counsel for Proposed Lead Plaintiff Public Employees' Retirement System of Mississippi, and Proposed Lead Counsel for the Class*