# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Jacqueline H. Ray, on behalf of Public Employees' Retirement System of Mississippi ("MPERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am a Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi. I am fully authorized to enter into and execute this Certification on behalf of MPERS. I have reviewed a complaint filed in this matter alleging violations of federal securities laws.

2. MPERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. MPERS is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. MPERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. MPERS' transactions in the Facebook, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. MPERS has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*3226701 Canada, Inc. v. Qualcomm, Inc.*, No. 15-cv-2678 (S.D. Cal.)
*In re Banco Bradesco S.A. Securities Litigation*, No. 16-cv-4155 (S.D.N.Y.)
*In re Stericycle, Inc. Securities Litigation*, No. 16-cv-7145 (N.D. Ill.)
*Public Employees' Retirement System of Mississippi v. Treehouse Foods, Inc.*,
No. 16-cv-10632 (N.D. Ill.)
*In re Roadrunner Transportation Systems, Inc. Securities Litigation*,
No. 17-cv-144 (E.D. Wis.)
*In re Signet Jewelers Limited Securities Litigation*, No. 16-cv-6728 (S.D.N.Y.)
*In re Dr. Reddy's Laboratories Limited Securities Litigation*,
No. 17-cv-6436 (D.N.J.)

6. MPERS has sought to serve as a lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but did not seek appointment as a lead plaintiff, or was not appointed lead plaintiff:

*Public Employees' Retirement System of Mississippi v. Sprouts Farmers Market, Inc.*,
No. 16-cv-815 (D. Ariz.)
*Boynton Beach Firefighters' Pension Fund v. HCP, Inc.*, No. 16-cv-1106 (N.D. Ohio)
*Public Employees' Retirement System of Mississippi v. Endo International plc*,
No. 17-cv-1466 (E.D. Pa.)
*Public Employees' Retirement System of Mississippi v. Sprouts Farmers Market Inc.*,
No. 18-cv-695 (D. Ariz.)

7. MPERS is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following actions filed under the federal securities laws during the three years preceding the date of this Certification:

*Asanhussainsyedmohid v. Acuity Brands, Inc.*, No. 18-cv-12 (D. Del.) (transferred to N.D. Ga. as
No. 18-cv-2140)
*Wigginton v. Advance Auto Parts, Inc.*, No. 18-cv-212 (D. Del.)
*Government Employees' Retirement System of the Virgin Islands v. WageWorks, Inc.*,
No. 18-cv-1523 (N.D. Cal.)

8. MPERS will not accept any payment for serving as a representative party on behalf of the Class beyond MPERS pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of May, 2018.

**Public Employees' Retirement System
of Mississippi**

By: _____
Jacqueline H. Ray
*Special Assistant Attorney General in the Office
of Attorney General of the State of Mississippi*

## Public Employees' Retirement System of Mississippi
## Transactions in Facebook, Inc.

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/17/2017 | 4,050 | 139.8345 |
| Purchase | 3/21/2017 | 16,219 | 140.1377 |
| Purchase | 6/16/2017 | 4,035 | 150.6310 |
| Purchase | 8/16/2017 | 5,200 | 169.9639 |
| Purchase | 9/15/2017 | 1,311 | 171.6305 |
| Purchase | 12/15/2017 | 3,218 | 180.1700 |
| Purchase | 2/7/2018 | 117,000 | 183.1775 |
| Purchase | 3/16/2018 | 2,898 | 185.0820 |
| Purchase | 3/19/2018 | 62,000 | 171.5268 |
| Sale | 2/6/2017 | (22,495) | 132.0600 |
| Sale | 3/6/2017 | (2,822) | 137.4200 |
| Sale | 3/6/2017 | (8,280) | 137.4200 |
| Sale | 4/11/2017 | (16,219) | 139.8034 |
| Sale | 8/11/2017 | (21,276) | 168.0800 |
| Sale | 8/25/2017 | (11,103) | 166.3200 |
| Sale | 9/25/2017 | (10,754) | 162.8700 |
| Sale | 12/13/2017 | (11,125) | 178.3000 |
| Sale | 2/8/2018 | (17,609) | 171.5800 |
| Sale | 2/8/2018 | (366) | 171.5452 |
| Sale | 2/20/2018 | (17,918) | 176.0100 |