**BERNSTEIN LITOWITZ BERGER**
    **& GROSSMANN LLP**
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323

      -and-

AVI JOSEFSON
(avi@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:    (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Proposed Lead Plaintiff*
*Public Employees' Retirement System of*
*Mississippi, and Proposed Lead Counsel*
*for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER, <br><br> Defendants. | Case No. 5:18-cv-01725-EJD <br><br> <u>CLASS ACTION</u> <br><br> **CERTIFICATION OF COUNSEL DAVID R. STICKNEY PURSUANT TO CIVIL LOCAL RULE 3-7(d)** <br><br> Judge: Hon. Edward J. Davila |

*Caption continued on next page.*

STICKNEY CERTIFICATION LOCAL RULE 3-7(D)
CASE NO. 5:18-cv-1725-EJD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| ERNESTINE BENNETT, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:18-cv-01868-EJD |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and SHERYL K. SANDBERG, | |
| Defendants. | |

1   TO THE COURT AND ALL PARTIES OF RECORD:

2        In accordance with Civil Local Rule 3-7(d), I, David R. Stickney, declare as follows:

3        Exclusive of securities held through mutual funds or discretionary accounts managed by

4   professional money managers, I do not directly own or otherwise have a beneficial interest in the

5   securities that are the subject of this action.

6        I declare, under penalty of perjury, that the foregoing is true and correct to the best of my

7   knowledge.

8        Executed this twenty-first day of May, 2018.

9

10            **BERNSTEIN LITOWITZ BERGER**
               **& GROSSMANN LLP**

11            */s/ David R. Stickney*

12            DAVID R. STICKNEY

13            DAVID R. STICKNEY (Bar No. 188574)
              (davids@blbglaw.com)

14            12481 High Bluff Drive, Suite 300
              San Diego, California 92130

15            Telephone: (858) 720-3182
              Facsimile: (858) 793-0323

16

17            *Counsel for Proposed Lead Plaintiff Public*
              *Employees' Retirement System of Mississippi,*
              *and Proposed Lead Counsel for the Class*

18

19

20

21

22

23

24

25

26

27

28

---

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on May 21, 2018, I caused the foregoing to be electronically filed with

3    the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

4    email addresses denoted on the Electronic Mail Notice List.

5

6                                    **BERNSTEIN LITOWITZ BERGER**
                                     **& GROSSMANN LLP**

7

8                                    */s/ David R. Stickney*
                                     DAVID R. STICKNEY

9                                    DAVID R. STICKNEY (Bar No. 188574)

10                                   (davids@blbglaw.com)
                                     12481 High Bluff Drive, Suite 300

11                                   San Diego, California 92130
                                     Telephone: (858) 720-3182

12                                   Facsimile: (858) 793-0323

13                                   *Counsel for Proposed Lead Plaintiff Public*
                                     *Employees' Retirement System of Mississippi,*

14                                   *and Proposed Lead Counsel for the Class*

15

16

17

18

19

20

21

22

23

24

25

26

27

28