**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

         -and-

AVI JOSEFSON
(avi@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Proposed Lead Plaintiff Public Employees' Retirement System of Mississippi, and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>        v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>             Defendants. | Case No. 5:18-cv-01725-EJD<br><br><u>CLASS ACTION</u><br><br>**CERTIFICATION OF COUNSEL AVI JOSEFSON PURSUANT TO CIVIL LOCAL RULE 3-7(d)**<br><br>Judge: Hon. Edward J. Davila |

*Caption continued on next page.*

| | | |
|---|---|---|
| 1 | ERNESTINE BENNETT, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:18-cv-01868-EJD |
| 2 | | CLASS ACTION |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and SHERYL K. SANDBERG, | |
| 6 | | |
| 7 | Defendants. | |

TO THE COURT AND ALL PARTIES OF RECORD:

In accordance with Civil Local Rule 3-7(d), I, Avi Josefson, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this twenty-first day of May, 2018.

        */s/ Avi Josefson*
        AVI JOSEFSON

### E-FILING ATTESTATION

I, David R. Stickney, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Avi Josefson has concurred in this filing.

    **BERNSTEIN LITOWITZ BERGER**
          **& GROSSMANN LLP**

*/s/ David R. Stickney*
DAVID R. STICKNEY

DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 720-3182
Facsimile: (858) 793-0323

*Counsel for Proposed Lead Plaintiff Public Employees' Retirement System of Mississippi, and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER  
& GROSSMANN LLP**

*/s/ David R. Stickney*  
DAVID R. STICKNEY

DAVID R. STICKNEY (Bar No. 188574)  
(davids@blbglaw.com)  
12481 High Bluff Drive, Suite 300  
San Diego, California 92130  
Telephone: (858) 720-3182  
Facsimile: (858) 793-0323

*Counsel for Proposed Lead Plaintiff Public Employees' Retirement System of Mississippi, and Proposed Lead Counsel for the Class*