Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:    (818) 532-6499
E-mail: jpafiti@pomlaw.com

- *additional counsel on signature page –*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>Defendants. | No.: 5:18-cv-01725-EJD<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF THE FACEBOOK INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| ERNESTINE BENNETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER and SHERYL K. SANDBERG,<br><br>Defendants. | No.: 5:18-cv-01868-EJD |

NOTICE OF WITHDRAWAL OF MOTION

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

On May 21, 2018, Phoenix Insurance Company Ltd., Bilkish Patel, and Engin Taner (collectively, the "Facebook Investor Group" or "Movants") by and through their counsel, filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and Rule 42 of the Federal Rules of Civil Procedure, for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing the Facebook Investor Group as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the securities of Facebook, Inc. between February 3, 2017 and March 23, 2018, both dates inclusive; and (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class. (Dkt. No. 35.)

Having reviewed the competing motions before the Court, the Facebook Investor Group does not appear to have the largest financial interest in the Related Actions within the meaning of the PSLRA. Accordingly, Movants hereby withdraw their motion. This notice of withdrawal shall have no impact on Movants' membership in the proposed class or their right to share in any recovery obtained for the benefit of class members.

Dated: June 4, 2018

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman (admitted *pro hac vice*)
J. Alexander Hood II (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

> */s/     Jeremy A. Lieberman*
> Jeremy A. Lieberman