**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:     (858) 793-0070
Fax:    (858) 793-0323

        -and-

AVI JOSEFSON
(avi@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:     (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Proposed Lead Plaintiff
Public Employees' Retirement System of
Mississippi, and Proposed Lead Counsel
for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>Defendants. | Case No. 5:18-cv-01725-EJD<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF DAVID R. STICKNEY IN FURTHER SUPPORT OF THE MOTION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF ALL RELATED ACTIONS, AND IN OPPOSITION TO COMPETING MOTIONS**<br><br>Date:  August 30, 2018<br>Time: 9:00 a.m.<br>Dept.: Courtroom 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

***Caption continued on next page.***

| | |
|---|---|
| ERNESTINE BENNETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and SHERYL K. SANDBERG,<br><br>Defendants. | Case No. 5:18-cv-01868-EJD<br><br><u>CLASS ACTION</u> |

I, David R. Stickney, declare as follows:

1. I am a member in good standing of the bars of the State of California and of this Court and a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I respectfully submit this Declaration: (1) in further support of the Motion of the Public Employees' Retirement System of Mississippi ("Mississippi") for appointment as Lead Plaintiff, approval of its selection of Lead Counsel, and consolidation of all related actions; (2) in opposition to competing motions; and (3) for any such further relief as the Court may deem just and proper.

2. Attached as Exhibit A is a true and correct copy of the Order Consolidating Cases, Appointing Lead Plaintiff, and Approving Selection of Lead Counsel in *Ali v. Intel Corporation*, No. 18-cv-507-YGR, ECF No. 43 (N.D. Cal. May 29, 2018).

3. Attached as Exhibit B is a true and correct copy of a chart reflecting the calculation of Mississippi's loss on its investments in Facebook, Inc. stock during the period from February 3, 2017 through March 23, 2018.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this fourth day of June, 2018.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ David R. Stickney*
DAVID R. STICKNEY

DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

*Counsel for Proposed Lead Plaintiff Public Employees' Retirement System of Mississippi, and Proposed Lead Counsel for the Class*

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ David R. Stickney*
DAVID R. STICKNEY

DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

*Counsel for Proposed Lead Plaintiff Public Employees' Retirement System of Mississippi, and Proposed Lead Counsel for the Class*