# EXHIBIT B

**Public Employees' Retirement System of Mississippi**
**FIFO loss in Facebook, Inc.**
Class Period: 2/3/2017 - 3/23/2018
Retained share price: $169.1885 (3/23/2018 - 5/18/2018)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| *Opening balance:* | | 489,390 | | | Sale | 2/6/2017 | (22,495) | 132.0600 | ($2,970,689.70) |
| | | | | | Sale | 3/6/2017 | (2,822) | 137.4200 | ($387,799.24) |
| | | | | | Sale | 3/6/2017 | (8,280) | 137.4200 | ($1,137,837.60) |
| | | | | | Sale | 4/11/2017 | (16,219) | 139.8034 | ($2,267,471.33) |
| | | | | | Sale | 8/11/2017 | (21,276) | 168.0800 | ($3,576,070.08) |
| | | | | | Sale | 8/25/2017 | (11,103) | 166.3200 | ($1,846,650.96) |
| | | | | | Sale | 9/25/2017 | (10,754) | 162.8700 | ($1,751,503.98) |
| | | | | | Sale | 12/13/2017 | (11,125) | 178.3000 | ($1,983,587.50) |
| | | | | | Sale | 2/8/2018 | (17,609) | 171.5800 | ($3,021,352.22) |
| | | | | | Sale | 2/8/2018 | (366) | 171.5452 | ($62,785.54) |
| | | | | | Sale | 2/20/2018 | (17,918) | 176.0100 | ($3,153,747.18) |
| | | | | | *Sales offsetting opening balance:* | | (139,967) | | ($22,159,495.33) |
| Purchase | 3/17/2017 | 4,050 | 139.8345 | $566,329.73 | | | | | |
| Purchase | 3/21/2017 | 16,219 | 140.1377 | $2,272,893.36 | | | | | |
| Purchase | 6/16/2017 | 4,035 | 150.6310 | $607,796.09 | | | | | |
| Purchase | 8/16/2017 | 5,200 | 169.9639 | $883,812.28 | | | | | |
| Purchase | 9/15/2017 | 1,311 | 171.6305 | $225,007.59 | | | | | |
| Purchase | 12/15/2017 | 3,218 | 180.1700 | $579,787.06 | | | | | |
| Purchase | 2/7/2018 | 117,000 | 183.1775 | $21,431,767.50 | | | | | |
| Purchase | 3/16/2018 | 2,898 | 185.0820 | $536,367.64 | | | | | |
| Purchase | 3/19/2018 | 62,000 | 171.5268 | $10,634,661.60 | Retained | | (215,931) | 169.1885 | ($36,533,033.69) |
| | | 215,931 | | $37,738,422.84 | | | (215,931) | | ($36,533,033.69) |

**FIFO Loss:  ($1,205,389.15)**

**Public Employees' Retirement System of Mississippi**
**LIFO loss in Facebook, Inc.**
Class Period: 2/3/2017 - 3/23/2018
Retained share price: $169.1885 (3/23/2018 - 5/18/2018)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| *Opening balance:* | | 489,390 | | | Sale | 2/6/2017 | (22,495) | 132.0600 | ($2,970,689.70) |
| | | | | | Sale | 3/6/2017 | (2,822) | 137.4200 | ($387,799.24) |
| | | | | | Sale | 3/6/2017 | (8,280) | 137.4200 | ($1,137,837.60) |
| | | | | | Sale | 8/11/2017 | (13,191) | 168.0800 | ($2,217,143.28) |
| | | | | | Sale | 8/25/2017 | (5,903) | 166.3200 | ($981,786.96) |
| | | | | | Sale | 9/25/2017 | (9,443) | 162.8700 | ($1,537,981.41) |
| | | | | | Sale | 12/13/2017 | (11,125) | 178.3000 | ($1,983,587.50) |
| | | | | | *Sales offsetting opening balance:* | | (73,259) | | |
| Purchase | 3/17/2017 | 4,050 | 139.8345 | $566,329.73 | Sale | 4/11/2017 | (16,219) | 139.8034 | ($2,267,471.33) |
| Purchase | 3/21/2017 | 16,219 | 140.1377 | $2,272,893.36 | Sale | 8/11/2017 | (8,085) | 168.0800 | ($1,358,926.80) |
| Purchase | 6/16/2017 | 4,035 | 150.6310 | $607,796.09 | Sale | 8/25/2017 | (5,200) | 166.3200 | ($864,864.00) |
| Purchase | 8/16/2017 | 5,200 | 169.9639 | $883,812.28 | Sale | 9/25/2017 | (1,311) | 162.8700 | ($213,522.57) |
| Purchase | 9/15/2017 | 1,311 | 171.6305 | $225,007.59 | Sale | 2/8/2018 | (17,609) | 171.5800 | ($3,021,352.22) |
| Purchase | 12/15/2017 | 3,218 | 180.1700 | $579,787.06 | Sale | 2/8/2018 | (366) | 171.5452 | ($62,785.54) |
| Purchase | 2/7/2018 | 117,000 | 183.1775 | $21,431,767.50 | Sale | 2/20/2018 | (17,918) | 176.0100 | ($3,153,747.18) |
| Purchase | 3/16/2018 | 2,898 | 185.0820 | $536,367.64 | | | | | |
| Purchase | 3/19/2018 | 62,000 | 171.5268 | $10,634,661.60 | Retained | | (149,223) | 169.1885 | ($25,246,809.80) |
| | | 215,931 | | $37,738,422.84 | | | (215,931) | | ($36,189,479.43) |

**LIFO Loss:  ($1,548,943.41)**