1 | ROBBINS GELLER RUDMAN
   & DOWD LLP
2 | JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
3 | One Montgomery Street, Suite 1800
San Francisco, CA 94104
4 | Telephone: 415/288-4545
415/288-4534 (fax)
5 | jdavis@rgrdlaw.com
kennyb@rgrdlaw.com
6 |    – and –
DANIELLE S. MYERS (259916)
7 | MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
8 | San Diego, CA 92101
Telephone: 619/231-1058
9 | 619/231-7423 (fax)
dmyers@rgrdlaw.com
10 | malbert@rgrdlaw.com

11 | [Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC., et al.,<br><br>                Defendants. | Case No. 5:18-cv-01725-EJD<br><br>CLASS ACTION<br><br>DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF AMALGAMATED BANK'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS<br><br>DATE:    August 30, 2018<br>TIME:    9:00 a.m.<br>CTRM:   4, 5th Floor<br>JUDGE:  Hon. Edward J. Davila |

1440070_1

I, DANIELLE S. MYERS, declare as follows:

1. I am an attorney licensed to practice before all of the courts of the State of California and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated Bank") in the above-captioned action. I make this declaration in support of Amalgamated Bank's Memorandum of Law in Opposition to Competing Lead Plaintiff Motions. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Letter from Attorney General Jim Hood to Mark Zuckerberg re: Facebook Litigation Hold Notice, dated March 22, 2018;

Exhibit 2: Letter from Special Assistant Attorney General George W. Neville to Honorable William H. Alsup, dated March 5, 2012;

Exhibit 3: Retention Agreement between Office of the Attorney General of the State of Mississippi and Bernstein Litowitz Berger & Grossmann LLP, dated May 22, 2018;

Exhibit 4: Letter from National Association of Attorneys General to Mark Zuckerberg, dated March 26, 2018;

Exhibit 5: Alan Lange, *AG Jim Hood threatening criminal prosecution to aid contingency lawyers in opioid cases*, Y'ALL POLITICS (Nov. 13, 2017), http://yallpolitics.com/index.php/yp/post/48260;

Exhibit 6: Roger Parloff, *State Farm v. AG Jim Hood: Wild suit, wild questions, wild ending*, FORTUNE (Feb. 8, 2008), www.fortune.com/2008/02/08/state-farm-v-ag-jim-hood-wild-suit-wild-questions-wild-ending/; and

Exhibit 7: *State Farm Fire and Casualty Co., et al. v. Hood, et al.*, No. 2:07-cv-00188-DCB-MTP, First Amended Complaint (S.D. Miss. Sept. 18, 2007).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of June, 2018.

s/ Danielle S. Myers
DANIELLE S. MYERS

1440070_1

DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF AMALGAMATED BANK'S MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTIONS - 5:18-cv-01725-EJD
- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 4, 2018.

  s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

1440070_1

**Mailing Information for a Case 5:18-cv-01725-EJD Yuan v. Facebook, Inc. et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,7223240420@filings.docketbird.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Paul J. Collins**
  pcollins@gibsondunn.com,atumanova@gibsondunn.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,ptiffith@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Kristin A. Linsley , Esq**
  KLinsley@gibsondunn.com,lchiou@gibsondunn.com,RWong@gibsondunn.com

- **Joshua Seth Lipshutz**
  jlipshutz@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gholman@gibsondunn.com,shinrick@gibsondunn.com,gbok@gibsondunn.com,cschm

- **Brian Michael Lutz**
  BLutz@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,zagudelo@cpmlegal.com,shernandez@cpmlegal.com,kma@cpmlegal.com,kchen@cpmlegal.com,jacosta@cpmlegal.com,emartinez@cp

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,3045517420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,bmurray@glancylaw.com

- **Orin Snyder**
  osnyder@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gholman@gibsondunn.com,shenrick@gibsondunn.com,gbok@gibsondunn.com,cschm

- **David Ronald Stickney**
  davids@blbglaw.com,avi@blbglaw.com,lisa.napoleon@blbglaw.com,ashley.lee@blbglaw.com,kayem@blbglaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`