1   ROBBINS GELLER RUDMAN
       & DOWD LLP
2   JASON C. DAVIS (253370)
    KENNETH J. BLACK (291871)
3   One Montgomery Street, Suite 1800
    San Francisco, CA  94104
4   Telephone:  415/288-4545
    415/288-4534 (fax)
5   jdavis@rgrdlaw.com
    kennyb@rgrdlaw.com
6        – and –
    DANIELLE S. MYERS (259916)
7   MICHAEL ALBERT (301120)
    655 West Broadway, Suite 1900
8   San Diego, CA  92101
    Telephone:  619/231-1058
9   619/231-7423 (fax)
    dmyers@rgrdlaw.com
10  malbert@rgrdlaw.com

11  [Proposed] Lead Counsel for Plaintiff

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15  FAN YUAN, Individually and on Behalf of All )   Case No. 5:18-cv-01725-EJD
    Others Similarly Situated,                  )
16                                              )   CLASS ACTION
                               Plaintiff,       )
17                                              )   DECLARATION OF DANIELLE S. MYERS
           vs.                                  )   IN SUPPORT OF REPLY MEMORANDUM
18                                              )   OF LAW IN FURTHER SUPPORT OF
    FACEBOOK, INC., et al.,                     )   AMALGAMATED BANK'S MOTION FOR
19                                              )   APPOINTMENT AS LEAD PLAINTIFF
                               Defendants.      )
20  _____)   DATE:      August 30, 2018
                                                    TIME:      9:00 a.m.
21                                                  CTRM:      4, 5th Floor
                                                    JUDGE:     Hon. Edward J. Davila
22

23

24

25

26

27

28

1442747_1

1    I, DANIELLE S. MYERS, declare as follows:

2    1.    I am an attorney licensed to practice before all of the courts of the State of California

3    and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for

4    Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView

5    Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated

6    Bank") in the above-captioned action.  I make this declaration in support of Reply Memorandum of

7    Law in Further Support of Amalgamated Bank's Motion for Appointment as Lead Plaintiff.  I have

8    personal knowledge of the matters stated herein and, if called upon, I could and would competently

9    testify thereto.

10    2.    Attached is a true and correct copy of the following exhibit:

11    Exhibit A:    Chris Villani, *Plaintiff Linked To $75M Attys' Fees Flap Wants To Stay On*,
                    Law360 (June 7, 2018), available at https://www.law360.com/articles
12                  /1051495/print?section=assetmanagement.

13    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11th

14    day of June, 2018.

15
                                                s/ Danielle S. Myers
16                                              DANIELLE S. MYERS

17

18

19

20

21

22

23

24

25

26

27

28

1442747_1    DECLARATION OF DANIELLE S. MYERS  IN SUPPORT OF REPLY MEMORANDUM OF LAW IN
FURTHER SUPPORT OF AMALGAMATED BANK'S MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF - 5:18-cv-01725-EJD                                                    - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on June 11, 2018.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
     & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dmyers@rgrdlaw.com

1442747_1

# Mailing Information for a Case 5:18-cv-01725-EJD Yuan v. Facebook, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,7223240420@filings.docketbird.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Paul J. Collins**
  pcollins@gibsondunn.com,atumanova@gibsondunn.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,ptiffith@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Kristin A. Linsley , Esq**
  KLinsley@gibsondunn.com,lchiou@gibsondunn.com,cbusch@gibsondunn.com,RWong@gibsondunn.com

- **Joshua Seth Lipshutz**
  jlipshutz@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gholman@gibsondunn.com,shinrick@gibsondunn.com,gbok@gibsondunn.com,cschm

- **Brian Michael Lutz**
  BLutz@gibsondunn.com,rwong@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,zagudelo@cpmlegal.com,shernandez@cpmlegal.com,kma@cpmlegal.com,kchen@cpmlegal.com,jacosta@cpmlegal.com,emartinez@cp

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,3045517420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Orin Snyder**
  osnyder@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gholman@gibsondunn.com,shenrick@gibsondunn.com,gbok@gibsondunn.com,cschm

- **David Ronald Stickney**
  davids@blbglaw.com,avi@blbglaw.com,lisa.napoleon@blbglaw.com,ashley.lee@blbglaw.com,kayem@blbglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)