1 | **BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
2 | DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
3 | 12481 High Bluff Drive, Suite 300
San Diego, CA 92130
4 | Tel:    (858) 793-0070
Fax:   (858) 793-0323
5 |
6 |       -and-
7 | AVI JOSEFSON
(avi@blbglaw.com)
8 | 1251 Avenue of the Americas
New York, NY 10020
9 | Tel:    (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Proposed Lead Plaintiff Public Employees' Retirement System of Mississippi, and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,<br><br>Defendants. | Case No. 5:18-cv-01725-EJD<br><br><u>CLASS ACTION</u><br><br>**REPLY DECLARATION OF DAVID R. STICKNEY IN FURTHER SUPPORT OF THE MOTION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF ALL RELATED ACTIONS, AND IN OPPOSITION TO COMPETING MOTIONS**<br><br>Date: August 30, 2018<br>Time: 9:00 a.m.<br>Dept.: Courtroom 4, 5th Floor<br>Judge: Hon. Edward J. Davila |

*Caption continued on next page.*

---

DECLARATION OF DAVID R. STICKNEY
CASE NO. 5:18-cv-01725-EJD

| | |
|---|---|
| ERNESTINE BENNETT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and SHERYL K. SANDBERG,<br><br>Defendants. | Case No. 5:18-cv-01868-EJD<br><br>CLASS ACTION |

I, David R. Stickney, declare as follows:

1. I am a member in good standing of the bars of the State of California and of this Court and a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I respectfully submit this Reply Declaration: (1) in further support of the Motion of the Public Employees' Retirement System of Mississippi ("MissPERS") for appointment as lead plaintiff, approval of its selection of lead counsel, and consolidation of all related actions; (2) in opposition to competing motions; and (3) for any such further relief as the Court may deem just and proper.

2. Attached as Exhibit A is a true and correct copy of Plaintiffs' Memorandum of Law in support of Motion for Class Certification and Appointment of Class Representatives and Co-Class Counsel filed by Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and Bernstein Litowitz in *In re Morgan Stanley Mortgage Pass-Through Certificates Litigation*, No. 09-cv-2137, ECF No. 235 (S.D.N.Y. Aug. 30, 2013) ("*Morgan Stanley*").

3. Attached as Exhibit B is a true and correct copy of Plaintiffs' Reply Memorandum of Law in Further Support of Motion for Class Certification and Appointment of Class Representatives and Co-Class Counsel filed by Robbins Geller and Bernstein Litowitz in *Morgan Stanley*, No. 09-cv-2137, ECF No. 274 (S.D.N.Y. Dec. 16, 2013).

4. Attached as Exhibit C is a true and correct copy of Lead Plaintiffs' Consolidated Class Action Complaint filed by Robbins Geller in *In re Sears Holdings Corporation Securities Litigation*, No. 06-cv-4053, ECF No. 36 (S.D.N.Y. May 11, 2007) ("*Sears*").

5. Attached as Exhibit D is a true and correct copy of Plaintiffs' Reply in Further Support of Their Motion for Class Certification filed by Robbins Geller in *In re Oracle Corporation Securities Litigation*, No. 01-cv-988, ECF No. 320 (N.D. Cal. Aug. 12, 2005).

6. Attached as Exhibit E is a true and correct copy of the Report and Recommendation issued by Judge William D. Wall in *Plumbers' & Pipefitters' Local #562 Supplemental Plan & Trust v. J.P. Morgan Acceptance Corporation I*, No. 08-cv-1713, ECF No. 37 (E.D.N.Y. Nov. 5, 2009), adopted by Senior Judge Edward R. Korman on November 24, 2009 in a text-only order.

7. Attached as Exhibit F is a true and correct copy of the order appointing MissPERS as Lead Plaintiff in *Dube v. Signet Jewelers Limited*, No. 16-cv-6728, ECF No. 84 (S.D.N.Y. July 27, 2017).

8. Attached as Exhibit G is a true and correct copy of MissPERS' Certification filed in *Morgan Stanley*, No. 09-cv-2137, ECF No. 84-1 (S.D.N.Y. Sept. 10, 2010).

9. Attached as Exhibit H is a true and correct copy of MissPERS' Certification filed in *Sears*, No. 06-cv-4053, ECF No. 19 (S.D.N.Y. Aug. 1, 2006).

10. Attached as Exhibit I is a true and correct copy of the Reply Memorandum of Law in Further Support of the Motions of Arkansas Teacher Retirement System and Pension Trust Fund for Operating Engineers for Appointment as Lead Plaintiff and Approval of Their Selection of Lead Counsel filed by Robbins Geller in *Hachem v. General Electric Company*, No. 17-cv-8457, ECF No. 48 (S.D.N.Y. Jan. 18, 2018).

11. Attached as Exhibit J is a true and correct copy of the Class Action Complaint filed by MissPERS in *Morgan Stanley*, No. 09-cv-2137, ECF No. 1 (S.D.N.Y. Dec. 2, 2008).

12. Attached as Exhibit K is a true and correct copy of the Joint Declaration of David R. Stickney and Arthur C. Leahy in Support of Motion for Final Approval of Settlement and Plan of Allocation, and Application for an Award of Attorneys' Fees and Expenses filed by Robbins Geller and Bernstein Litowitz in *Morgan Stanley*, No. 09-cv-2137, ECF No. 323 (S.D.N.Y. Nov. 21, 2014).

13. Attached as Exhibit L is a true and correct copy of the Office of the Attorney General of the State of Mississippi's February 3, 2015 press release titled "Attorney General Hood Helps Lead States to $1.375 Billion State-Federal Settlement With Standard & Poor's."

14. Attached as Exhibit M is a true and correct copy of the July 1, 2005 *New York Times* article titled "Ebbers Set to Shed His Assets."

15. Attached as Exhibit N is a true and correct copy of Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities in Support Thereof filed by Robbins Geller in *In re Facebook Biometric Information Privacy Litigation*, No. 15-cv-3747, ECF No. 227-2 (N.D. Cal. Sept. 28, 2017).

16. Attached as Exhibit O is a true and correct copy of Facebook's Data Policy dated January 30, 2015, filed in *In re Facebook Biometric Information Privacy Litigation*, No. 15-cv-3747, ECF No. 307 (N.D. Cal. Mar. 16, 2018).

17. Attached as Exhibit P is a true and correct copy of Co-Lead Counsel's Brief in Support of Their Motion for an Award of Attorneys' Fees and Expenses filed in *In re Facebook, Inc. Class C Reclassification Litigation*, C.A. No. 12286-VCL (Del. Ch. Feb. 13, 2018).

18. Attached as Exhibit Q is a true and correct copy of the May 30, 2018 letter from Darren J. Robbins to David R. Stickney.

19. Attached as Exhibit R is a true and correct copy of the Statement of Bruce D. Bernstein dated February 19, 2015.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this eleventh day of June, 2018.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ David R. Stickney*
DAVID R. STICKNEY

DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

*Counsel for Proposed Lead Plaintiff Public Employees' Retirement System of Mississippi, and Proposed Lead Counsel for the Class*

1 **CERTIFICATE OF SERVICE**

2  I hereby certify that on June 11, 2018, I caused the foregoing to be electronically filed with
3 the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the
4 email addresses denoted on the Electronic Mail Notice List.

5
6  **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
7
8  */s/ David R. Stickney*
   DAVID R. STICKNEY

9  DAVID R. STICKNEY (Bar No. 188574)
10 (davids@blbglaw.com)
   12481 High Bluff Drive, Suite 300
11 San Diego, California 92130
   Telephone: (858) 793-0070
12 Facsimile: (858) 793-0323

13 *Counsel for Proposed Lead Plaintiff Public Employees' Retirement System of Mississippi,*
14 *and Proposed Lead Counsel for the Class*

15
16
17
18
19
20
21
22
23
24
25
26
27
28