# EXHIBIT G

# CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, George W. Neville, on behalf of the Public Employees' Retirement System of Mississippi ("Mississippi PERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am a Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi. I have reviewed the Amended Consolidated Class Action Complaint and have authorized its filing.

2. Mississippi PERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Mississippi PERS is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Mississippi PERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Mississippi PERS' transactions in the Morgan Stanley mortgage pass-through certificates that are the subject of this action are set forth in the chart attached hereto.

5. Mississippi PERS has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Semtech Corp. Securities Litigation*, No. 07-cv-7114 (C.D. Cal.)
*In re Ambac Financial Group, Inc. Securities Litigation*, No. 08-cv-411 (S.D.N.Y)
*In re Schering-Plough Corporation/Enhance Securities Litigation*, No. 08-cv-397 (D.N.J.)
*In re Maxim Integrated Products Inc. Securities Litigation*, No. 08-cv-832 (N.D. Cal.)
*In re Bear Stearns Mortgage Pass-Through Certificates Litigation*, No. 08-cv-8093 (S.D.N.Y.)
*Iron Workers Local No.25 Pension Fund, et al. v. Credit-Based Asset Servicing and Securitization LLC, et al.*, No. 08-cv-10841 (S.D.N.Y.)
*Plumbers' & Pipefitters' Local #562 Supplemental Plan & Trust, et al. v. J.P. Morgan Acceptance Corporation I, et al.*, No. 08-cv-1713 (E.D.N.Y.)
*In re Satyam Computer Services, Ltd., Securities Litigation*, No. 09-md-2027 (S.D.N.Y.)
*In re Royal Bank of Scotland Group plc Securities Litigation*, No. 09-cv-300 (S.D.N.Y.)
*Public Employees' Retirement System of Mississippi v. Goldman Sachs Group, Inc., et al.*, No. 09-cv-1110 (S.D.N.Y.)
*Hill v. State Street Corporation, et al.*, No. 09-cv-12146 (D. Mass.)

6. Mississippi PERS has sought to serve as a representative party, by filing a complaint or acting as a representative plaintiff (but did not seek appointment as lead plaintiff), on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*New Jersey Carpenters Health Fund v. DLJ Mortgage Capital, Inc. et al.*,
No. 08-cv-5653 (S.D.N.Y.)
*In re Lehman Brothers Mortgage-Backed Securities Litigation*, No. 08-cv-6762 (S.D.N.Y.)
*New Jersey Carpenters Health Fund et al. v. Residential Capital, LLC et al.*,
No. 08-cv-8781 (S.D.N.Y.)
*Public Employees' Retirement System of Mississippi v. Merrill Lynch & Co, Inc., et al.*,
No. 09-cv-1392 (S.D.N.Y.)
*Public Employees' Retirement System of Mississippi v. Moody's Investors Service, Inc. et al.*,
No. 09-cv-3209 (E.D.N.Y.)
*Public Employees' Retirement System of Mississippi v. Morgan Stanley, et al.*,
No. 09-cv-2137 (S.D.N.Y.)
*General Retirement System of the City of Detroit v. The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust et al.*, No. 09-cv-1376 (N.D. Cal.)

7. Mississippi PERS has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*Freudenberg v. E*Trade Financial Corporation, et al.*, No. 07-cv-8538 (S.D.N.Y.)
*In re Wachovia Securities Litigation, et al.*, No. 08-cv-6171 (S.D.N.Y.)
*NECA-IBEW Health & Welfare Fund, et al. v. Goldman Sachs & Co., et al.*,
No. 08-cv-10783 (S.D.N.Y.)
*New Orleans Employees' Retirement System v. UBS AG, et al.*, No. 09-cv-893 (S.D.N.Y.)

8. Mississippi is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following action filed under the federal securities law during the three years preceding the date of this Certification:

*Bach et al., v. Amedisys, Inc. et al.*, No. 10-cv-395 (M.D. La.)

9. Mississippi PERS will not accept any payment for serving as a representative party on behalf of the Class beyond Mississippi PERS' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ____ day of September, 2010.

George W. Neville
Special Assistant Attorney General
*Legal Counsel to the Public Employees' Retirement System of Mississippi*

Public Employees' Retirement System of Mississippi
Transactions in Morgan Stanley mortgage pass-through certificates

Morgan Stanley Mortgage Loan Trust 2006-14SL
Cusip # 61749SAC0

| Transaction | Date | Face Amount | Par Value |
|---|---|---|---|
| Purchase | 7/18/2007 | 1,325,000 | 95.3750 |
| Sale | 9/26/2008 | (1,325,000) | 24.5000 |