# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*FRED P. CAMPO*, Individually, and On
Behalf of All Others Similarly Situated,

Plaintiff,

v.

*SEARS HOLDINGS CORPORATION* and
*EDWARD S. LAMPERT*,

Defendants.

No. 06 Civ. 4053 (JES)

---

## CERTIFICATION OF GEOFFREY MORGAN IN SUPPORT OF
## THE MISSISSIPPI PUBLIC EMPLOYEES' RETIREMENT SYSTEM'S
## MOTION FOR ITS APPOINTMENT AS LEAD PLAINTIFF
## <u>AND FOR THE APPROVAL OF ITS SELECTION OF COUNSEL</u>

Geoffrey Morgan, Esquire, for his Certification on behalf of the Mississippi Public Employees' Retirement System ("Mississippi PERS"), pursuant to 15 U.S.C. § 78u-4, states as follows:

1.     I am Chief of Staff to the Attorney General of Mississippi and am authorized to make this Certification on behalf of Mississippi PERS.

2.     Mississippi PERS' transactions in Kmart Holding Corporation (referred to hereinafter as "Kmart" or the "Company") are listed in the chart attached hereto at Schedule A.

3     Mississippi PERS and its legal counsel have fully reviewed the facts and allegations of the complaint filed in this action. Mississippi PERS has authorized the filing of the accompanying motion for appointment of lead plaintiff on its behalf in this action. Mississippi PERS, through the Office of the Attorney General of Mississippi, intends to actively monitor the conduct of this action for the benefit of the class. Mississippi PERS has retained Jay W. Eisenhofer and the law firm of

Grant & Eisenhofer P.A., to represent Mississippi PERS. Grant & Eisenhofer P.A., is knowledgeable and experienced in securities law and litigation, particularly with regard to the role and responsibilities of institutional investors in class actions.

4.     Mississippi PERS believes it is the class member with the largest losses based on the complaint filed to date. Like other investors who purchased Kmart securities during the Class Period, Mississippi PERS believes it has suffered damages as a result of defendants' fraudulent conduct and violations of the federal securities laws. Mississippi PERS believes its claims against the defendants are typical of those of other members of the class.

5.     Mississippi PERS did not purchase the securities that are the subject of the complaint at the direction of plaintiffs' counsel or in order to participate in any private action arising under the federal securities laws. Mississippi PERS invested in Kmart securities solely for its own business purposes.

6.     Mississippi PERS is willing to serve as a representative party on behalf of the class of Kmart shareholders, including providing testimony at depositions and trial. Mississippi PERS intends to pursue this litigation for the best interests of all class members.

7.     During the three years prior to the date of this Certification, Mississippi PERS served as a representative party (but not a lead plaintiff) for a class in an action filed under the federal securities laws as detailed below:

*In re Cigna Corp. Securities Litigation*

8.     Mississippi PERS sought to serve as lead plaintiff in the following actions filed under the federal securities laws during the three years preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed as lead plaintiff:

*In re Cardinal Health, Inc. Securities Litigation*

2

*In re American International Group, Inc. Securities Litigation*
*In re HealthSouth Inc. Stockholder Litigation*
*In re:  BearingPoint Securities Litigation*
*Weiss v. Friedman, Billings, Ramsey Group*
*In re General Motors Securities Litigation*
*In re Guidant corp. Securities Litigation*
*Johnson v. Dana Corporation, et al.*
*In re Mercury Interactive Corp. Securities Litigation*
*Fenninger v. Take-Two Interactive Software, Inc., et al.*

9.      Mississippi PERS is seeking to serve as lead plaintiff in the following private actions arising under the federal securities laws:

*State Universities Retirement System of Illinois v. Sonus Networks, Inc., et al.*

10.     Mississippi PERS is currently serving as Lead Plaintiff in the following private actions arising under the federal securities laws:

*In re Delphi Corporation Securities Litigation, No. 05-MD-1725 (E.D. Mich.)*
*Meyer v. Converium Holding AG, No. 1:04-CV-07898 (MBM) (S.D.N.Y.)*
*Ley v. Visteon Corp. No. 2:05:CV-70737-RHC-VMM (E.D. Mich.)*
*In Re Boston Scientific Corporation, No. 1:05-CV-11934-JLT (D. Mass.)*
*Rudolph v. The Mills Corporation, et al.*
*In Re: Coca-Cola Enterprises Inc. Securities Litigation, 1:06-cv-275-TWT (N.D.Ga.)*

11.     Mississippi PERS  will not accept any payment for serving as a representative party on behalf of the class beyond the plaintiff's pro rata share of any recovery, except as ordered and approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 1, 2006

Geoffrey Morgan

3

**Schedule A**
**Kmart Holding Corp.**
**Class Period:  05/06/03 - 06/04/04**
**Mississippi PERS**

| -------------------------Purchases------------------------- | | | | -------------------------------Sales------------------------------- | | |
| Trade Date | Shares | Price | | Trade Date | Shares | Price |
|---|---|---|---|---|---|---|
| Open position | 0 | | | | | |
| | | | | | | |
| 12/15/2003 | 18,500 | $24.0225 | | 3/12/2004 | 5,600 | $34.1522 |
| 12/16/2003 | 13,700 | $24.0819 | | 3/15/2004 | 100 | $34.1294 |
| 12/17/2003 | 5,900 | $25.3921 | | 3/17/2004 | 7,600 | $35.0427 |
| 12/18/2003 | 5,800 | $26.7981 | | 3/24/2004 | 1,700 | $36.9063 |
| 12/19/2003 | 10,700 | $26.9969 | | 3/25/2004 | 1,200 | $37.6176 |
| 12/22/2003 | 2,800 | $26.4317 | | 3/30/2004 | 7,300 | $41.9085 |
| 12/23/2003 | 8,200 | $25.9319 | | 4/1/2004 | 4,800 | $41.7787 |
| 12/24/2003 | 4,000 | $24.9525 | | 5/18/2004 | 17,400 | $48.7595 |
| 12/29/2003 | 1,600 | $23.1950 | | 5/19/2004 | 11,100 | $49.5115 |
| 12/29/2003 | 3,500 | $23.4448 | | 5/20/2004 | 4,600 | $48.2051 |
| 12/30/2003 | 5,900 | $23.2202 | | 5/21/2004 | 24,500 | $48.8454 |
| 12/31/2003 | 3,400 | $23.8926 | | 5/25/2004 | 16,400 | $51.1910 |
| 1/2/2004 | 6,500 | $23.1050 | | 5/26/2004 | 9,400 | $51.0698 |
| 1/5/2004 | 8,300 | $28.7920 | | 5/27/2004 | 3,400 | $51.1433 |
| 1/5/2004 | 26,400 | $28.7165 | | 5/28/2004 | 4,000 | $51.8335 |
| 1/28/2004 | 12,600 | $28.1963 | | 6/4/2004 | 7,800 | $59.1015 |
| 1/29/2004 | 7,900 | $27.8772 | | 6/7/2004 | 22,200 | $61.4744 |
| 2/13/2004 | 1,800 | $28.4806 | | 6/8/2004 | 8,700 | $62.2768 |
| 2/17/2004 | 300 | $29.2290 | | | | |
| 2/18/2004 | 700 | $30.0015 | | | | |
| 2/27/2004 | 6,700 | $29.9099 | | | | |
| 3/1/2004 | 2,400 | $29.9274 | | | | |
| 3/2/2004 | 200 | $30.0000 | | | | |
| **Total** | **157,800** | | | | **157,800** | |