# EXHIBIT Q

**ROBBINS GELLER RUDMAN & DOWD LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

Darren J. Robbins
DarrenR@rgrdlaw.com

May 30, 2018

<u>VIA E-MAIL</u>

David R. Stickney
Bernstein Litowitz Berger & Grossman LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

Re:   *Yuan v. Facebook, Inc.*, Case No. 5:18-cv-01725-EJD;
      *Ernestine v. Facebook, Inc.*, Case No. 5:18-cv-01868-EJD

Dear David,

Thank you for your acknowledgment.

Your letter states that "MissPERS did not sell any Facebook stock since the end of the Class Period," but MissPERS did not define the term Class Period in its brief, its certification, or in your letter. By June 1, 2018, please identify the precise time period(s) referred to in: (i) MissPERS' motion (specifically, ECF No. 39 at 3 lines 2-3 and at 7 lines 1-10); (ii) MissPERS' certification and the chart attached thereto (ECF No. 40-1); and (iii) your May 24, 2018 letter.

In response to your May 24, 2018 inquiry, the VEBA Fund had two post-class period sales of 300 shares on April 16, 2018 at $164.8236666666 and 150 shares on April 30, 2018 at $171.9934666666.

Regards,

*/s/ Darren J. Robbins/*

DARREN J. ROBBINS

DJR:plc