1    **ROBBINS GELLER RUDMAN**
        **& DOWD LLP**
2    DENNIS J. HERMAN (Bar No. 220163)
     (dherman@rgrdlaw.com)
3    JASON C. DAVIS (Bar No. 253370)
     (jdavis@rgrdlaw.com)
4    KENNETH J. BLACK (Bar No. 291871)
     (kennyb@rgrdlaw.com)
5    One Montgomery Street, Suite 1800
     San Francisco, CA  94104
6    Tel:    (415) 288-4545
     Fax:    (415) 288-4534
7
     Counsel for Amalgamated and
8    [Proposed] Co-Lead Counsel for the Class

9    **BERNSTEIN LITOWITZ BERGER**
        **& GROSSMANN LLP**
10   DAVID R. STICKNEY (Bar No. 188574)
     (davids@blbglaw.com)
11   12481 High Bluff Drive, Suite 300
     San Diego, CA 92130
12   Tel:    (858) 793-0070
     Fax:    (858) 793-0323
13
     Counsel for MissPERS and
14   [Proposed] Co-Lead Counsel for the Class

15

16   [Additional counsel appear on signature page.]

17                      UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                             SAN JOSE DIVISION

20
     FAN YUAN, Individually and on Behalf of All )    Case No. 5:18-cv-01725-EJD
21   Others Similarly Situated,                  )
                                                 )    CLASS ACTION
22                              Plaintiff,        )
                                                 )    STIPULATION AND [PROPOSED] ORDER
23          v.                                    )    CONSOLIDATING CASES AND
                                                 )    APPOINTING LEAD PLAINTIFF AND
24   FACEBOOK, INC., et al.,                     )    LEAD COUNSEL
                                                 )
25                              Defendants.       )
                                                 )
26   _____)

27   Caption continued on next page.

28

| | |
|---|---|
| ERNESTINE BENNETT, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 5:18-cv-01868-EJD |
| | ) |
| | ) CLASS ACTION |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and SHERYL K. SANDBERG, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

1.     WHEREAS, motions for appointment of lead plaintiff, appointment of lead counsel, and consolidation were filed on the May 21, 2018 statutory deadline in the securities class actions brought pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") on behalf of investors in Facebook, Inc. ("Facebook");

2.     WHEREAS, Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated"), filed a motion for appointment as lead plaintiff, appointment of lead counsel, and consolidation on the statutory deadline (ECF No. 28);

3.     WHEREAS, the Public Employees' Retirement System of Mississippi ("MissPERS") filed a motion for appointment as lead plaintiff, appointment of lead counsel, and consolidation on the statutory deadline (ECF No. 39);

4.     WHEREAS, Michael P. Carfagna ("Carfagna") filed a motion for appointment as lead plaintiff, appointment of lead counsel, and consolidation on the statutory deadline (ECF No. 25);

5.     WHEREAS, Phoenix Insurance Company Ltd., Bilkish Patel, and Engin Taner ("The Facebook Investor Group") filed a motion for appointment as lead plaintiff, appointment of lead counsel, and consolidation on the statutory deadline (ECF No. 35);

6.     WHEREAS, Carfagna filed a Notice of Non-Opposition on June 4, 2018 (ECF No. 43) and the Facebook Investor Group withdrew its motion on June 4, 2018 (ECF No. 44);

7.     WHEREAS, MissPERS and Amalgamated each concluded that a protracted dispute concerning lead plaintiff appointment in this action is not in the best interests of the class and that jointly prosecuting this litigation would be appropriate and assist with the speedy commencement of this litigation;

8.     WHEREAS, MissPERS and Amalgamated agreed to resolve their competing motions and to seek, with the Court's approval, to serve jointly as lead plaintiff;

9.     WHEREAS, MissPERS and Amalgamated are committed institutional investors that have been appointed as Lead Plaintiff and class representatives in other actions brought under

1   the PSLRA and have an established track record of successfully prosecuting securities class

2   actions; and

3           10.     WHEREAS, MissPERS and Amalgamated are committed to supervising the

4   conduct of this litigation by their counsel and to ensuring that counsel coordinate appropriately

5   and avoid any duplication of effort in the conduct of the litigation;

6   IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

7           1.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Yuan v. Facebook,*

8   *Inc.*, No. 5:18-cv-01725-EJD and *Ernestine v. Facebook,  Inc.*, 5:18-cv-01868-EJD, as well as any

9   pending, subsequently filed, removed, or transferred actions that are related to the claims asserted

10  in the above-captioned actions are CONSOLIDATED for all purposes (together, the "Consolidated

11  Action");

12          2.      The Consolidated Action shall be captioned "*In re Facebook, Inc. Securities*

13  *Litigation*" and shall be maintained under Master File No. 5:18-cv-01725-EJD.  Case number 5:18-

14  cv-01868-EJD shall be administratively closed;

15          3.      Pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B), MissPERS and Amalgamated

16  are appointed as Lead Plaintiff in the Consolidated Action;

17          4.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Bernstein Litowitz Berger & Grossmann

18  LLP and Robbins Geller Rudman & Dowd LLP are approved as Co-Lead Counsel in the

19  Consolidated Action; and

20          5.      Within 45 days after the entry of this [Proposed] Order, MissPERS and

21  Amalgamated will file a consolidated complaint and will negotiate a schedule with defendants

22  concerning their response thereto.

23

24

25

26

27

28

1    IT IS SO STIPULATED.

2    DATED:  August 1, 2018                 **BERNSTEIN LITOWITZ BERGER**
                                            **& GROSSMANN LLP**
3
                                           */s/ David R. Stickney*
4                                           DAVID R. STICKNEY

5                                           DAVID R. STICKNEY (Bar No. 188574)
                                            (davids@blbglaw.com)
6                                           12481 High Bluff Drive, Suite 300
                                            San Diego, CA 92130
7                                           Tel:    (858) 793-0070
                                            Fax:    (858) 793-0323
8
9                                                    -and-

10                                          AVI JOSEFSON
                                            (avi@blbglaw.com)
11                                          1251 Avenue of the Americas
                                            New York, NY 10020
12                                          Tel:    (212) 554-1400
                                            Fax:    (212) 554-1444

13                                          Counsel for MissPERS and
                                            [Proposed] Co-Lead Counsel for the Class
14

15   DATED:  August 1, 2018                 DENNIS J. HERMAN (Bar No. 220163)
                                            (dherman@rgrdlaw.com)
16                                          JASON C. DAVIS (Bar No. 253370)
                                            (jdavis@rgrdlaw.com)
17                                          KENNETH J. BLACK (Bar No. 291871)
                                            (kennyb@rgrdlaw.com)
18                                          One Montgomery Street, Suite 1800
                                            San Francisco, CA  94104
19                                          Tel:    (415) 288-4545
                                            Fax:    (415) 288-4534
20
21                                                   -and-

22                                          **ROBBINS GELLER RUDMAN**
                                            **& DOWD LLP**
23
                                           */s/ Danielle S. Myers*
24                                          DANIELLE S. MYERS

25                                          DANIELLE S. MYERS (Bar No. 259916)
                                            (dmyers@rgrdlaw.com)
26                                          655 West Broadway, Suite 1900
                                            San Diego, CA 92101
27                                          Tel:    (619) 231-1058
                                            Fax:    (619) 231-7423
28

Counsel for Amalgamated and
[Proposed] Co-Lead Counsel for the Class

### CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

I, David R. Stickney, am the ECF User whose identification and password are being used to file this document.  Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED:  August 1, 2018

_____
*s/ David R. Stickney*
DAVID R. STICKNEY

\*     \*     \*

### [PROPOSED] ORDER GRANTING STIPULATION

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

DATED:  August __, 2018

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

1

**<u>CERTIFICATE OF SERVICE</u>**

2        I hereby certify that on August 1, 2018, I caused the foregoing to be electronically filed

3    with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

4    to the email addresses denoted on the Electronic Mail Notice List.

5

6                                    BERNSTEIN LITOWITZ BERGER
                                        & GROSSMANN LLP
7

8                                    */s/ David R. Stickney*
                                     DAVID R. STICKNEY
9

10                                   DAVID R. STICKNEY (Bar No. 188574)
                                     (davids@blbglaw.com)
11                                   12481 High Bluff Drive, Suite 300
                                     San Diego, CA 92130
                                     Tel:    (858) 793-0070
12                                   Fax:    (858) 793-0323

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER - 5:18-cv-01725-EJD                                    - 6 -