**ROBBINS GELLER RUDMAN
    & DOWD LLP**
DENNIS J. HERMAN (Bar No. 220163)
(dherman@rgrdlaw.com)
JASON C. DAVIS (Bar No. 253370)
(jdavis@rgrdlaw.com)
KENNETH J. BLACK (Bar No. 291871)
(kennyb@rgrdlaw.com)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Tel:     (415) 288-4545
Fax:    (415) 288-4534

Counsel for Amalgamated and
[Proposed] Co-Lead Counsel for the Class

**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:     (858) 793-0070
Fax:    (858) 793-0323

Counsel for MissPERS and
[Proposed] Co-Lead Counsel for the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAN YUAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., et al., <br><br> Defendants. | Case No. 5:18-cv-01725-EJD <br><br> <u>CLASS ACTION</u> <br><br> STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL |

Caption continued on next page.

| | |
|---|---|
| ERNESTINE BENNETT, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., MARK ZUCKERBERG, DAVID M. WEHNER, and SHERYL K. SANDBERG,<br><br>    Defendants. | Case No. 5:18-cv-01868-EJD<br><br>CLASS ACTION |

1.   WHEREAS, motions for appointment of lead plaintiff, appointment of lead counsel, and consolidation were filed on the May 21, 2018 statutory deadline in the securities class actions brought pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") on behalf of investors in Facebook, Inc. ("Facebook");

2.   WHEREAS, Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated"), filed a motion for appointment as lead plaintiff, appointment of lead counsel, and consolidation on the statutory deadline (ECF No. 28);

3.   WHEREAS, the Public Employees' Retirement System of Mississippi ("MissPERS") filed a motion for appointment as lead plaintiff, appointment of lead counsel, and consolidation on the statutory deadline (ECF No. 39);

4.   WHEREAS, Michael P. Carfagna ("Carfagna") filed a motion for appointment as lead plaintiff, appointment of lead counsel, and consolidation on the statutory deadline (ECF No. 25);

5.   WHEREAS, Phoenix Insurance Company Ltd., Bilkish Patel, and Engin Taner ("The Facebook Investor Group") filed a motion for appointment as lead plaintiff, appointment of lead counsel, and consolidation on the statutory deadline (ECF No. 35);

6.   WHEREAS, Carfagna filed a Notice of Non-Opposition on June 4, 2018 (ECF No. 43) and the Facebook Investor Group withdrew its motion on June 4, 2018 (ECF No. 44);

7.   WHEREAS, MissPERS and Amalgamated each concluded that a protracted dispute concerning lead plaintiff appointment in this action is not in the best interests of the class and that jointly prosecuting this litigation would be appropriate and assist with the speedy commencement of this litigation;

8.   WHEREAS, MissPERS and Amalgamated agreed to resolve their competing motions and to seek, with the Court's approval, to serve jointly as lead plaintiff;

9.   WHEREAS, MissPERS and Amalgamated are committed institutional investors that have been appointed as Lead Plaintiff and class representatives in other actions brought under

the PSLRA and have an established track record of successfully prosecuting securities class actions; and

10.   WHEREAS, MissPERS and Amalgamated are committed to supervising the conduct of this litigation by their counsel and to ensuring that counsel coordinate appropriately and avoid any duplication of effort in the conduct of the litigation;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Yuan v. Facebook, Inc.*, No. 5:18-cv-01725-EJD and *Ernestine v. Facebook, Inc.*, 5:18-cv-01868-EJD, as well as any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are CONSOLIDATED for all purposes (together, the "Consolidated Action");

2. The Consolidated Action shall be captioned "*In re Facebook, Inc. Securities Litigation*" and shall be maintained under Master File No. 5:18-cv-01725-EJD.  Case number 5:18-cv-01868-EJD shall be administratively closed;

3. Pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B), MissPERS and Amalgamated are appointed as Lead Plaintiff in the Consolidated Action;

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Bernstein Litowitz Berger & Grossmann LLP and Robbins Geller Rudman & Dowd LLP are approved as Co-Lead Counsel in the Consolidated Action; and

5. Within 45 days after the entry of this [Proposed] Order, MissPERS and Amalgamated will file a consolidated complaint and will negotiate a schedule with defendants concerning their response thereto.

6. The motions at Dkt. Nos. 25, 28, and 39 are TERMINATED AS MOOT.

|     |     |     |
| --- | --- | --- |
| 1   | IT IS SO STIPULATED. | |
| 2   | DATED:  August 1, 2018 | **BERNSTEIN LITOWITZ BERGER<br>     & GROSSMANN LLP** |
| 3   | | |
| 4   | | */s/ David R. Stickney*<br>DAVID R. STICKNEY |
| 5   | | DAVID R. STICKNEY (Bar No. 188574)<br>(davids@blbglaw.com) |
| 6   | | 12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130 |
| 7   | | Tel:   (858) 793-0070<br>Fax:   (858) 793-0323 |
| 8   | | |
| 9   | | -and- |
| 10  | | AVI JOSEFSON<br>(avi@blbglaw.com) |
| 11  | | 1251 Avenue of the Americas<br>New York, NY 10020 |
| 12  | | Tel:   (212) 554-1400<br>Fax:   (212) 554-1444 |
| 13  | | Counsel for MissPERS and<br>[Proposed] Co-Lead Counsel for the Class |
| 14  | | |
| 15  | DATED:  August 1, 2018 | DENNIS J. HERMAN (Bar No. 220163)<br>(dherman@rgrdlaw.com) |
| 16  | | JASON C. DAVIS (Bar No. 253370)<br>(jdavis@rgrdlaw.com) |
| 17  | | KENNETH J. BLACK (Bar No. 291871)<br>(kennyb@rgrdlaw.com) |
| 18  | | One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 |
| 19  | | Tel:   (415) 288-4545<br>Fax:   (415) 288-4534 |
| 20  | | |
| 21  | | -and- |
| 22  | | **ROBBINS GELLER RUDMAN<br>     & DOWD LLP** |
| 23  | | */s/ Danielle S. Myers*<br>DANIELLE S. MYERS |
| 24  | | |
| 25  | | DANIELLE S. MYERS (Bar No. 259916)<br>(dmyers@rgrdlaw.com) |
| 26  | | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 27  | | Tel:   (619) 231-1058<br>Fax:   (619) 231-7423 |
| 28  | | |

Counsel for Amalgamated and<br>[Proposed] Co-Lead Counsel for the Class

### CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

I, David R. Stickney, am the ECF User whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: August 1, 2018

<i>s/ David R. Stickney</i><br>DAVID R. STICKNEY

*   *   *

### ~~[PROPOSED]~~ ORDER GRANTING STIPULATION

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

DATED: August _3_, 2018

THE HONORABLE EDWARD J. DAVILA<br>UNITED STATES DISTRICT JUDGE