UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*In re Facebook, Inc. Securities Litigation*  )  Case No: 5:18-cv-01725-EJD
)
)  **APPLICATION FOR**
)  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
)  (CIVIL LOCAL RULE 11-3)

I, Kate Aufses, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Public Employee's Retirement System of Mississippi in the above-entitled action. My local co-counsel in this case is David R. Stickney, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Bernstein Litowitz Berger & Grossmann LLP | Bernstein Litowitz Berger & Grossman LLP |
| 1251 Avenue of the Americas, 44th Floor | 12481 High Bluff Drive, Suite 300 |
| New York, NY 10020 | San Diego, CA 92130 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 554-1416 | (858) 720-3182 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kate.aufses@blbglaw.com | davids@blbglaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5440532.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/20/18

Kate Aufses
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kate Aufses is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE