UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Facebook, Inc. Sec. Litig. , <br><br>          Plaintiff(s) <br><br> v. <br><br> , <br><br>          Defendant(s) | Case No. C 5:18-cv-01725-EJD <br><br> NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process OR

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   September 20, 2018

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Dennis J. Herman, Jason C. Davis, Kenneth J. Black - Plaintiffs Amalgamated Bank, et al. | (415) 288-4545; dherman@rgrdlaw.com; jdavis@rgrdlaw.com; kennyb@rgrdlaw.com |
| David R. Stickney - Plaintiffs MissPERS, et al. | (858) 793-0070; davids@blbglaw.com |
| Orin Snyder - Defendants Facebook Inc., et al. | (212) 351-2400; osnyder@gibsondunn.com |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date:  8/30/2018      Signed:  /s/ Dennis J. Herman
                               Attorney for Plaintiff

Date:  8/30/2018      Signed:  /s/ Orin Snyder
                               Attorney for Defendant

*Important!*  E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*