# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Facebook, Inc. Sec. Litig.<br><br>　　　　　　　Plaintiff(s)<br>v.<br><br><br>　　　　　　　Defendant(s) | Case No. C 5:18-cv-01725-EJD<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 8/30/2018        Signed: /s/ Sandeep Solanki, Facebook, Inc., et al.
　　　　　　　　　　　　　　　　　　　　　　　　Party

Date: 8/30/2018        Signed: /s/ Orin Snyder, Facebook, Inc., et al.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*