Orin Snyder (*pro hac vice*)
 osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
 klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
 blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Joshua S. Lipshutz (SBN: 242557)
 jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Paul J. Collins (SBN 187709)
 pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendant Facebook, Inc., and for Defendants Mark Zuckerberg, Sheryl Sandberg, and David Wehner*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Facebook, Inc. Securities Litigation* | CASE NO. 5:18-cv-01725-EJD<br><br>**DEFENDANT FACEBOOK, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Hon. Edward J. Davila<br>Action Filed: March 20, 2018 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  September 10, 2018

                Respectfully submitted,

                GIBSON, DUNN & CRUTCHER LLP

By:      /s/ Orin Snyder
       Orin Snyder
       200 Park Avenue
       New York, N.Y. 10166-0193
       Tel: 212.351.4000
       Fax: 212.351.4035
       osnyder@gibsondunn.com

       Joshua S. Lipshutz
       1050 Connecticut Avenue, N.W.
       Washington, D.C. 20036-5306
       Tel:  202.955.8500
       Fax:  202.467.0539
       jlipshutz@gibsondunn.com

       Kristin A. Linsley
       Brian M. Lutz
       555 Mission Street
       Suite 3000
       San Francisco, CA 94105-0921
       Tel: 415.393.8200
       Fax: 415.374.8306
       klinsley@gibsondunn.com
       blutz@gibsondunn.com

       Paul J. Collins
       1881 Page Mill Road
       Palo Alto, CA 94304-1211
       Tel:  650.849.5300
       Fax:  650.849.5333
       pcollins@gibsondunn.com

*Attorneys for Defendant Facebook, Inc., and for Defendants Mark Zuckerberg, Sheryl Sandberg, and David Wehner*