Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Paul J. Collins (SBN 187709)
  pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendant Facebook, Inc., and for Defendants Mark Zuckerberg, Sheryl Sandberg, and David Wehner*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Facebook, Inc. Securities Litigation* | CASE NO. 5:18-cv-01725-EJD<br><br>**DEFENDANT FACEBOOK, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Judge: Hon. Edward J. Davila<br>Action Filed: March 20, 2018 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Facebook, Inc. ("Facebook") states that it is a publicly traded corporation, that it has no parent corporation, and that no publicly traded corporation owns more than 10% of its stock.

Dated:  September 10, 2018

>Respectfully submitted,
>
>GIBSON, DUNN & CRUTCHER LLP
>
>By:      /s/ Orin Snyder
>Orin Snyder
>200 Park Avenue
>New York, N.Y. 10166-0193
>Tel: 212.351.4000
>Fax: 212.351.4035
>osnyder@gibsondunn.com
>
>Joshua S. Lipshutz
>1050 Connecticut Avenue, N.W.
>Washington, D.C. 20036-5306
>Tel:  202.955.8500
>Fax:  202.467.0539
>jlipshutz@gibsondunn.com
>
>Kristin A. Linsley
>Brian M. Lutz
>555 Mission Street
>Suite 3000
>San Francisco, CA 94105-0921
>Tel: 415.393.8200
>Fax: 415.374.8306
>klinsley@gibsondunn.com
>blutz@gibsondunn.com
>
>Paul J. Collins
>1881 Page Mill Road
>Palo Alto, CA 94304-1211
>Tel:  650.849.5300
>Fax:  650.849.5333
>pcollins@gibsondunn.com
>
>*Attorneys for Defendant Facebook, Inc., and for Defendants Mark Zuckerberg, Sheryl Sandberg, and David Wehner*