ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JONATHAN D. USLANER (256898)
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)
jonathanu@blbglaw.com

Co-Lead Counsel for the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 3:18-cv-01725-EJD |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF APPEARANCE OF COUNSEL |
| ALL ACTIONS. | |

1471244_1

1  Please note the appearance of the undersigned Dennis J. Herman of Robbins Geller Rudman
2  & Dowd LLP, Post Montgomery Center, One Montgomery Street, Suite 1800, San Francisco,
3  California 94104, telephone number 415/288-4545, e-mail dennish@rgrdlaw.com, on behalf of
4  plaintiff Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView
5  Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund in this action.
6  The undersigned respectfully requests to be included via e-mail on the Court's notification of all
7  electronic filings in this action.

DATED:  September 12, 2018

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
JASON C. DAVIS
KENNETH J. BLACK

          s/ Dennis J. Herman
DENNIS J. HERMAN

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JONATHAN D. USLANER
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
KATE AUFSES
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)

Co-Lead Counsel for the Class

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 12, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Dennis J. Herman
DENNIS J. HERMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  dennish@rgrdlaw.com

1471244_1