| | |
|---|---|
| Orin Snyder (*pro hac vice*)<br>　osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone:  212.351.4000<br>Facsimile:  212.351.4035 | Joshua S. Lipshutz (SBN: 242557)<br>　jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Tel:  202.955.8217<br>Fax:  202.530.9614 |
| Kristin A. Linsley (SBN 154148)<br>　klinsley@gibsondunn.com<br>Brian M. Lutz (SBN 255976)<br>　blutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:  415.393.8200<br>Facsimile:  415.393.8306 | Paul J. Collins (SBN 187709)<br>　pcollins@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone:  650.849.5300<br>Facsimile:  650.849.5333 |

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | LEAD CASE NO. 5:18-CV-01725-EJD<br><br>ASSOCIATED CASE NO. 5:18-CV-01868-EJD<br><br>**JOINT CASE MANAGEMENT STATEMENT AND RULE 26(F) REPORT**<br><br>Date First Action Filed: March 20, 2018 |

Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated") and the Public Employees' Retirement System of Mississippi (together, "Lead Plaintiffs") and Defendants Facebook, Inc. ("Facebook"), Mark Zuckerberg, David M. Wehner, and Sheryl K. Sandberg (collectively, "Defendants"), by and through their respective counsel of record, hereby submit the following Joint Case Management Statement and Rule 26(f) Report pursuant to Federal Rules of Civil Procedure 26, Civil Local Rule 16-9(a), and the Standing Order for All Judges of the Northern District of California, in advance of the Case Management Conference scheduled for September 20, 2018 in the above-captioned case (the "Securities Action").[1]

## 1. JURISDICTION AND SERVICE

Lead Plaintiffs allege violations of the Securities Exchange Act of 1934 (the "Exchange Act"), giving rise to subject matter jurisdiction under 28 U.S.C. § 1331. There is no dispute regarding personal jurisdiction over the Defendants. Nor is there any dispute that venue is proper in the Northern District of California. Defendant Facebook has accepted service, and counsel for Defendants will accept service on behalf of Defendants Zuckerberg, Wehner, and Sandberg.

## 2. FACTS

The Securities Action asserts claims against Defendants under the Exchange Act, including under Sections 10(b) and 20(a) and Rule 10b-5 promulgated thereunder. By way of brief summary, the Securities Action alleges that Defendants misled investors concerning Facebook, including *inter alia* its privacy and data protection practices and compliance, and the impact of those practices on Facebook's business operations and financial results.

Defendants dispute all of the allegations in the Securities Action, including the description provided above, and deny that any of the allegations give rise to any claim against the Defendants.

---

[1] The Parties expressly reserve all of their claims, rights and defenses, and, by entering into this Joint Case Management Statement, in no way waive or intend to waive any claims, rights or defenses they may wish to exercise or assert in this Securities Action or any separate actions.

### 3. LEGAL ISSUES

At this stage, the primary legal issue in the Securities Action is whether Lead Plaintiffs have stated valid securities fraud claims against Defendants under the heightened pleading standards required by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

### 4. MOTIONS

**Prior Motions:**

On May 21, 2018, Michael P. Carfagna; Amalgamated; Phoenix Insurance Company Ltd., Bilkish Patel, and Engin Taner; and the Public Employees' Retirement System of Mississippi filed competing motions for consolidation of related actions, appointment as lead plaintiff, and approval of counsel. (Dkt. Nos. 25, 28, 35, 39). On August 3, 2018, this Court entered an Order consolidating the cases filed by Plaintiffs Bennett and Yuan, appointing Amalgamated and the Public Employees' Retirement System of Mississippi as lead plaintiffs in the consolidated action, and approving Bernstein Litowitz Berger & Grossmann LLP and Robbins Geller Rudman & Dowd LLP as co-lead counsel in the consolidated action (Dkt. No. 56).

**Anticipated Motions:**

A consolidated securities action formerly pending in the Southern District of New York has recently been transferred to this District by stipulated order, *Kacouris v. Facebook, Inc.*, No. 1:18-cv-06765-RJS (filed July 27, 2018), and *Helms v. Facebook, Inc.*, 1:18-cv-06774-RJS (filed July 27, 2018) (together, the "Transferred Action"). Once the Transferred Action is docketed in this District, Lead Plaintiffs will file an administrative motion to relate and consolidate the Transferred Action with the Securities Action pursuant to the Court's August 3, 2018 order (ECF No. 56), which provides that "any pending, subsequently filed, removed or transferred actions that are related to the claims asserted in [this Action] are CONSOLIDATED for all purposes." Defendants will facilitate and not oppose Lead Plaintiffs' motion, but expressly reserve all rights, defenses, arguments, and remedies with respect to the Transferred Action and the Securities Action and the consolidated amended complaint that will be filed in the Securities Action, whether or not the actions are consolidated.

Defendants anticipate moving to dismiss the forthcoming consolidated complaint for failure to state a claim pursuant to Rule 12(b)(6).

In the event that the Transferred Action and the Securities Action are not consolidated, and Lead Plaintiffs nonetheless seek to expand the class period and corresponding factual allegations in the Securities Action, the Defendants may move to strike the new allegations and broader class period. Plaintiffs will oppose any such motion, and reserve all rights as to the proper Class Period and factual allegations that are the subject of this action.

**5.  AMENDMENT OF PLEADINGS**

Pursuant to the Court's August 3, 2018 order (ECF No. 56), the current deadline for Lead Plaintiffs to file their consolidated complaint is September 17, 2018. To permit time for the Transferred Action to be transferred to this District and for the administrative motion to relate and consolidate to be filed and resolved, to permit counsel in the Transferred Action and the Securities Action to coordinate, and in light of a recent death in the family of counsel, the parties have filed herewith a stipulated motion to extend the deadline to file the consolidated complaint until 10 days after an order on Lead Plaintiffs' motion to relate and consolidate the two actions.

**6.  EVIDENCE PRESERVATION**

The parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information and have met and conferred as required pursuant to Rule 26(f).

**7.  DISCLOSURES**

The parties agree that initial disclosures should be stayed pending resolution of Defendants' anticipated motion to dismiss.

**8.  DISCOVERY**

No discovery has been taken to date. Under the PSLRA, discovery is stayed pending resolution of Defendants' anticipated motion to dismiss or a successful motion to open discovery. *See* 15 U.S.C. § 78u-4(b)(3)(B) (for claims arising under the federal securities laws, discovery "shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue

prejudice to that party"). Defendants will oppose any motion to open discovery prior to resolution of the forthcoming motion to dismiss.

**9.  CLASS ACTIONS**

The parties agree that it is premature to address class certification at this time, prior to the resolution of Defendants' anticipated motion to dismiss.

**10. RELATED CASES**

This Court has related and consolidated the following cases pending in this District: *Yuan v. Facebook Inc.*, No. 3:18-CV-1725-EJD, and *Bennett v. Facebook, Inc. et al.*, No. 3:18-CV-1868-EJD (Dkt. Nos. 23, 56). As soon as the Transferred Action is lodged in this District, Lead Plaintiffs will file an unopposed motion to relate and consolidate the Transferred Action with this action pursuant to this Court's August 3, 2018 order (ECF No. 56). *See* ¶4, *supra*.

**11. RELIEF**

Lead Plaintiffs request that the Court (i) determine that the Securities Action states valid claims under the federal securities laws against Defendants, (ii) certify the Securities Action as a class action, (ii) designate Lead Plaintiffs as Class Representatives under Rule 23 of the Federal Rules of Civil Procedure and Lead Plaintiffs' counsel as Class Counsel, (iii) award Lead Plaintiffs and members of any class damages and interest, (iv) award Lead Plaintiffs reasonable costs, including attorneys' fees, and (v) award Lead Plaintiffs other relief as the Court may deem just and proper. Defendants deny that Lead Plaintiffs are entitled to any of their requested relief. Defendants have not brought any counter-claims and do not seek any relief.

**12. SETTLEMENT AND ADR**

Pursuant to ADR Local Rule 3-5 and Civil Local Rule 16-8, the parties have met and conferred regarding the available dispute resolution options. The parties participated in a telephone conference with the ADR Unit as required on September 13, 2018, at which time they agreed that settlement discussions are premature at this time. A Joint ADR Status Report will be filed if and when an Answer to the complaint is filed.

**13. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

The parties have declined to proceed before a Magistrate Judge.

**14. OTHER REFERENCES**

The parties agree that these cases are not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. NARROWING OF ISSUES**

The parties agree that is premature at this time to identify any issues that can be narrowed by agreement, pending resolution of Defendants' anticipated motion to dismiss and any discovery.

**16. EXPEDITED TRIAL PROCEDURE**

The parties agree that these cases are not appropriate for an expedited trial procedure.

**17. SCHEDULING**

The parties agree that it is premature for the Court to set dates for trial, designation of experts, discovery cutoff, and hearings on dispositive motions at this time.

**18. TRIAL**

Lead Plaintiffs have requested a trial by jury. The parties do not believe that it is possible to estimate the length of the trial before Lead Plaintiffs have filed a consolidated complaint and resolution of Defendants' anticipated motion to dismiss.

**19. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Lead Plaintiff Amalgamated filed a Certification of Interested Entities or Persons pursuant to Civil Local Rule 3-15 on May 21, 2018 (Dkt. No. 30).

Defendants filed Certifications of Interested Entities or Persons pursuant to Civil Local Rule 3-15 on September 10, 2018 (Dkt. Nos. 72 & 74).

**20. PROFESSIONAL CONDUCT**

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**21. OTHER**

The parties have no other issues to raise at this time.

| | |
|---|---|
| DATED: September 13, 2018 | GIBSON, DUNN & CRUTCHER LLP |
| | /s/ *Orin Snyder* |
| | ORIN SNYDER |
| | *Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner* |
| DATED: September 13, 2018 | ROBBINS GELLER RUDMAN & DOWD LLP |
| | DENNIS J. HERMAN |
| | JASON C. DAVIS |
| | KENNETH J. BLACK |
| | **/s/ *Dennis J. Herman* |
| | DENNIS J. HERMAN |
| | One Montgomery Street, Suite 1800 |
| | San Francisco, CA  94104 |
| | Telephone:  415/288-4545 |
| | 415/288-4534 (fax) |
| | *Counsel for Lead Plaintiff Amalgamated and Co-Lead Counsel for the Class* |
| DATED: September 13, 2018 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| | JONATHAN D. USLANER |
| | 12481 High Bluff Drive, Suite 300 |
| | San Diego, CA  92130 |
| | Telephone:  858/793-0070 |
| | 858/793-0323 (fax) |
| | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| | JOHN C. BROWNE |
| | JEREMY ROBINSON |
| | KATE AUFSES |
| | **/s/ *Jeremy Robinson* |
| | JEREMY ROBINSON |

1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)

*Counsel for Mississippi and Co-Lead Counsel for the Class*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

## **CERTIFICATE OF SERVICE**

I, Brian M. Lutz, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State.

I hereby certify that on September 13, 2018, the foregoing **JOINT CASE MANAGEMENT STATEMENT** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

DATED: September 13, 2018          By:    /s/ *Brian M. Lutz*
                                                   BRIAN M. LUTZ

## **SIGNATURE ATTESTATION**

I, Orin Snyder, am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

Dated: September 13, 2018                    GIBSON, DUNN & CRUTCHER LLP
                                             By:    /s/ *Orin Snyder*
                                                    ORIN SNYDER

Gibson, Dunn & Crutcher LLP