ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JONATHAN D. USLANER (256898)
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)
jonathanu@blbglaw.com

Co-Lead Counsel for the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Case No. 5:18-cv-01725-EJD |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATED REQUEST FOR ORDER TO CHANGE TIME TO FILE CONSOLIDATED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-2, AND ESTABLISHING BRIEFING SCHEDULE FOR RULE 12 MOTIONS |

1471844_1

Lead Plaintiff Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated"), and Public Employees' Retirement System of Mississippi ("Mississippi") and Defendants Facebook, Inc., Mark E. Zuckerberg, David M. Wehner and Sheryl K. Sandberg (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the following:

WHEREAS, on August 3, 2018 this Court entered an order appointing Amalgamated and Mississippi as Lead Plaintiff pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B), setting a deadline of September 17, 2018 to file a consolidated complaint and providing that "any pending, subsequently filed, removed or transferred actions that are related to the claims asserted in [this Action] are CONSOLIDATED for all purposes" (the "August Order");

WHEREAS, on September 6, 2018, the Parties to this Action and the plaintiffs in two separate actions[1] against the same defendants, which were filed and consolidated in the Southern District of New York (SDNY) (the "SDNY Action"), stipulated that the SDNY Action should be transferred to the Northern District of California and consolidated with this Action (the "Transfer Stipulation");

WHEREAS, on September 7, 2018, the Hon. Richard J. Sullivan of the Southern District of New York entered the Transfer Stipulation as an order and transferred the SDNY Action to this District to "promote the goals of convenience and efficiency and further the interests of justice" (the "Transfer Order");

WHEREAS, on September 9, 2018, there was an unexpected death in the family of one of the Lead Plaintiff Counsel, which has made it impracticable to meet the current deadline for filing the consolidated complaint;

WHEREAS, as soon as the SDNY Action is transferred to this District, Lead Plaintiff will promptly (and in no event later than two business days after transfer) file an administrative motion to

---

[1] *Kacouris v. Facebook, Inc.*, No. 1:18-cv-06765-RJS (S.D.N.Y.) and *Helms v. Facebook, Inc.*, 1:18-cv-06774-RJS (S.D.N.Y.)

1  relate and consolidate the transferred SDNY Action with this action pursuant to the Court's August
2  Order;
3      WHEREAS, judicial economy and efficiency will be promoted if the deadline for filing the
4  consolidated complaint is continued until after the Court's ruling on the motion to relate and
5  consolidate the SDNY Action with this action;
6      WHEREAS, Defendants anticipate moving to dismiss the consolidated complaint after it is
7  filed; and
8      WHEREAS, the Parties have met and conferred and agreed to the schedule set forth below
9  for filing the consolidated complaint and responding to any motion directed at the pleading.
10     NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT
11 TO THE COURT'S APPROVAL, as follows:
12     1.    Lead Plaintiff shall file and serve its consolidated complaint 10 calendar days after
13 this Court's ruling on Lead Plaintiff's motion to relate and consolidate the transferred SDNY Action
14 with this action pursuant to this Court's August Order;
15     2.    Defendants shall file and serve their response to the consolidated complaint within 60
16 days of service;
17     3.    If Defendants respond by moving to dismiss the consolidated complaint, Lead
18 Plaintiff shall file and serve their opposition within 60 days of service of the motion; and
19     4.    Defendants may submit a reply in further support of their motion within 40 days of
20 service of Lead Plaintiff's response brief.
21     5.    The Parties expressly reserve all of their claims, rights, defenses, and arguments, and,
22 by entering into this Stipulation, in no way waive or intend to waive any claims, rights, defenses, or
23 arguments they may wish to exercise or assert in this action or any separate action, including with
24 respect to any ruling by this Court to consolidate or not to consolidate the SDNY Action.

| | | |
|---|---|---|
| 1 | | IT IS SO STIPULATED. |
| 2 | DATED: September 13, 2018 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 3 | | DENNIS J. HERMAN |
| 4 | | JASON C. DAVIS<br>KENNETH J. BLACK |

                                                                s/ Dennis J. Herman
                                                                  DENNIS J. HERMAN

One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Counsel for Amalgamated and Co-Lead Counsel for the Class

DATED: September 13, 2018        BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
JONATHAN D. USLANER
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858/793-0070
858/793-0323 (fax)

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
JOHN C. BROWNE
JEREMY ROBINSON
KATE AUFSES

                                                                s/ Jeremy Robinson
                                                                  JEREMY ROBINSON

1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)

Counsel for Mississippi and Co-Lead Counsel for the Class

1471844_1

STIPULATED REQ FOR ORDER TO CHANGE TIME TO FILE CONSOLIDATED COMPLAINT
AND ESTABLISHING BRIEFING SCHEDULE FOR RULE 12 MOTIONS - 5:18-cv-01725-EJD    - 3 -

DATED: September 13, 2018

GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER

_____s/ Orin Snyder_____
ORIN SNYDER

200 Park Avenue
New York, NY  10166-0193
Telephone:  212/351-4000
Fax: 212/351-4035 (fax)

Counsel for Defendants

## CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Dennis J. Herman, am the ECF User whose identification and password are being used to file this document.  Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

\*   \*   \*

## [PROPOSED] ORDER GRANTING STIPULATION

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

DATED: September __, 2018

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

1471844_1

STIPULATED REQ FOR ORDER TO CHANGE TIME TO FILE CONSOLIDATED COMPLAINT AND ESTABLISHING BRIEFING SCHEDULE FOR RULE 12 MOTIONS - 5:18-cv-01725-EJD  - 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on September 13, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Dennis J. Herman
DENNIS J. HERMAN

ROBBINS GELLER RUDMAN
&amp; DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: dennish@rgrdlaw.com

1471844_1

**Mailing Information for a Case 5:18-cv-01725-EJD "In re Facebook, Inc. Securities Litigation"**

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,7223240420@filings.docketbird.com

- **Kate Whitman Aufses**
  Kate.Aufses@blbglaw.com,denab@blbglaw.com,Errol.Hall@blbglaw.com,adamw@blbglaw.com,Jeremy@blbglaw.com,JohnB@blbglaw.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com

- **Michael D. Blatchley**
  MichaelB@blbglaw.com,errol.hall@blbglaw.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **John Christopher Browne**
  JohnB@blbglaw.com,errol.hall@blbglaw.com

- **Paul J. Collins**
  pcollins@gibsondunn.com,atumanova@gibsondunn.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,ptiffith@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Avi Josefson**
  Avi@blbglaw.com,jose.echegaray@blbglaw.com,errol.hall@blbglaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Kristin A. Linsley , Esq**
  KLinsley@gibsondunn.com,lchiou@gibsondunn.com,RWong@gibsondunn.com

- **Joshua Seth Lipshutz**
  jlipshutz@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gholman@gibsondunn.com,gbok@gibsondunn.com,cschmidt@gibsondunn.com,cleac

- **Brian Michael Lutz**
  BLutz@gibsondunn.com,rwong@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gholman@gibsondunn.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,zagudelo@cpmlegal.com,shernandez@cpmlegal.com,kma@cpmlegal.com,kchen@cpmlegal.com,sbiehl@cpmlegal.com,jacosta@cpmleg

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,3045517420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Jeremy P. Robinson**
  jeremy@blbglaw.com,errol.hall@blbglaw.com

- **Gerald H. Silk**
  jerry@blbglaw.com,errol.hall@blbglaw.com

- **Orin Snyder**
  osnyder@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gholman@gibsondunn.com,gbok@gibsondunn.com,cschmidt@gibsondunn.com,cleac

- **David Ronald Stickney**
  davids@blbglaw.com,denab@blbglaw.com,avi@blbglaw.com,lisa.napoleon@blbglaw.com,ashley.lee@blbglaw.com,kayem@blbglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`