1   ROBBINS GELLER RUDMAN
        & DOWD LLP
2   DENNIS J. HERMAN (220163)
    JASON C. DAVIS (253370)
3   KENNETH J. BLACK (291871)
    One Montgomery Street, Suite 1800
4   San Francisco, CA  94104
    Telephone:  415/288-4545
5   415/288-4534 (fax)
    dherman@rgrdlaw.com
6   jdavis@rgrdlaw.com
    kennyb@rgrdlaw.com
7
    BERNSTEIN LITOWITZ BERGER &
8       GROSSMANN LLP
    JONATHAN D. USLANER (256898)
9   12481 High Bluff Drive, Suite 300
    San Diego, CA  92130
10  Telephone:  858/793-0070
    858/793-0323 (fax)
11  jonathanu@blbglaw.com

12  Co-Lead Counsel for the Class

13  [Additional counsel appear on signature page.]

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16  In re FACEBOOK, INC. SECURITIES       )   Case No. 5:18-cv-01725-EJD
    LITIGATION                            )
17  _____  )   CLASS ACTION
                                          )
18  This Document Relates To:             )   STIPULATED REQUEST FOR ORDER TO
                                          )   CHANGE TIME TO FILE CONSOLIDATED
19       ALL ACTIONS.                     )   COMPLAINT PURSUANT TO CIVIL
    _____  )   LOCAL RULE 6-2, AND ESTABLISHING
20                                            BRIEFING SCHEDULE FOR RULE 12
                                              MOTIONS
21

22

23

24

25

26

27

28

1471844_1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lead Plaintiff Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated"), and Public Employees' Retirement System of Mississippi ("Mississippi") and Defendants Facebook, Inc., Mark E. Zuckerberg, David M. Wehner and Sheryl K. Sandberg (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the following:

WHEREAS, on August 3, 2018 this Court entered an order appointing Amalgamated and Mississippi as Lead Plaintiff pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B), setting a deadline of September 17, 2018 to file a consolidated complaint and providing that "any pending, subsequently filed, removed or transferred actions that are related to the claims asserted in [this Action] are CONSOLIDATED for all purposes" (the "August Order");

WHEREAS, on September 6, 2018, the Parties to this Action and the plaintiffs in two separate actions[1] against the same defendants, which were filed and consolidated in the Southern District of New York (SDNY) (the "SDNY Action"), stipulated that the SDNY Action should be transferred to the Northern District of California and consolidated with this Action (the "Transfer Stipulation");

WHEREAS, on September 7, 2018, the Hon. Richard J. Sullivan of the Southern District of New York entered the Transfer Stipulation as an order and transferred the SDNY Action to this District to "promote the goals of convenience and efficiency and further the interests of justice" (the "Transfer Order");

WHEREAS, on September 9, 2018, there was an unexpected death in the family of one of the Lead Plaintiff Counsel, which has made it impracticable to meet the current deadline for filing the consolidated complaint;

WHEREAS, as soon as the SDNY Action is transferred to this District, Lead Plaintiff will promptly (and in no event later than two business days after transfer) file an administrative motion to

---

[1]     *Kacouris v. Facebook, Inc.*, No. 1:18-cv-06765-RJS (S.D.N.Y.) and *Helms v. Facebook, Inc.*, 1:18-cv-06774-RJS (S.D.N.Y.)

STIPULATED REQ FOR ORDER TO CHANGE TIME TO FILE CONSOLIDATED COMPLAINT
AND ESTABLISHING BRIEFING SCHEDULE FOR RULE 12 MOTIONS - 5:18-cv-01725-EJD      - 1 -

1  relate and consolidate the transferred SDNY Action with this action pursuant to the Court's August

2  Order;

3  WHEREAS, judicial economy and efficiency will be promoted if the deadline for filing the

4  consolidated complaint is continued until after the Court's ruling on the motion to relate and

5  consolidate the SDNY Action with this action;

6  WHEREAS, Defendants anticipate moving to dismiss the consolidated complaint after it is

7  filed; and

8  WHEREAS, the Parties have met and conferred and agreed to the schedule set forth below

9  for filing the consolidated complaint and responding to any motion directed at the pleading.

10  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT

11  TO THE COURT'S APPROVAL, as follows:

12  1.    Lead Plaintiff shall file and serve its  consolidated complaint 10 calendar days after

13  this Court's ruling on Lead Plaintiff's motion to relate and consolidate the transferred SDNY Action

14  with this action pursuant to this Court's August Order;

15  2.    Defendants shall file and serve their response to the consolidated complaint within 60

16  days of service;

17  3.    If Defendants respond by moving to dismiss the consolidated complaint, Lead

18  Plaintiff shall file and serve their opposition within 60 days of service of the motion; and

19  4.    Defendants may submit a reply in further support of their motion within 40 days of

20  service of Lead Plaintiff's response brief.

21  5.    The Parties expressly reserve all of their claims, rights, defenses, and arguments,  and,

22  by entering into this Stipulation, in no way waive or intend to waive any claims, rights, defenses, or

23  arguments they may wish to exercise or assert in this action or any separate action, including with

24  respect to any ruling by this Court to consolidate or not to consolidate the SDNY Action.

25  6.    The Motion to Dismiss shall be noticed for 9:00 a.m. on Thursday, March 21, 2019.

26  7.    The Case Management Conference shall be reset for 10:00 a.m. on Thursday,

27  March 21, 2019.

28

1471844_1

STIPULATED REQ FOR ORDER TO CHANGE TIME TO FILE CONSOLIDATED COMPLAINT
AND ESTABLISHING BRIEFING SCHEDULE FOR RULE 12 MOTIONS - 5:18-cv-01725-EJD        - 2 -

1        IT IS SO STIPULATED.

2   DATED:  September 13, 2018          ROBBINS GELLER RUDMAN
                                          & DOWD LLP
3                                        DENNIS J. HERMAN
                                         JASON C. DAVIS
4                                        KENNETH J. BLACK

5

6                                              s/ Dennis J. Herman
                                             DENNIS J. HERMAN
7
                                         One Montgomery Street, Suite 1800
8                                        San Francisco, CA  94104
                                         Telephone:  415/288-4545
9                                        415/288-4534 (fax)

10                                       Counsel for Amalgamated and Co-Lead Counsel
                                         for the Class
11
    DATED:  September 13, 2018          BERNSTEIN LITOWITZ BERGER &
12                                         GROSSMANN LLP
                                         JONATHAN D. USLANER
13                                       12481 High Bluff Drive, Suite 300
                                         San Diego, CA  92130
14                                       Telephone:  858/793-0070
                                         858/793-0323 (fax)
15
                                         BERNSTEIN LITOWITZ BERGER &
16                                         GROSSMANN LLP
                                         JOHN C. BROWNE
17                                       JEREMY ROBINSON
                                         KATE AUFSES
18

19                                             s/ Jeremy Robinson
                                             JEREMY ROBINSON
20
                                         1251 Avenue of the Americas
21                                       New York, NY  10020
                                         Telephone:  212/554-1400
22                                       212/554-1444 (fax)

23                                       Counsel for Mississippi and Co-Lead Counsel for
                                         the Class
24

25

26

27

28

1471844_1

STIPULATED REQ FOR ORDER TO CHANGE TIME TO FILE CONSOLIDATED COMPLAINT
AND ESTABLISHING BRIEFING SCHEDULE FOR RULE 12 MOTIONS - 5:18-cv-01725-EJD        - 3 -

1

DATED:  September 13, 2018                    GIBSON, DUNN & CRUTCHER LLP
2                                             ORIN SNYDER

3

4                                             _____s/ Orin Snyder_____
                                                       ORIN SNYDER
5
                                              200 Park Avenue
6                                             New York, NY  10166-0193
                                              Telephone:  212/351-4000
7                                             Fax: 212/351-4035 (fax)

8                                             Counsel for Defendants

9

10

11          **CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

12          I, Dennis J. Herman, am the ECF User whose identification and password are being used to

13  file this document.  Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the

14  document has been obtained from each of the other signatories.

15                              *          *          *

16          **[PROPOSED]** **ORDER GRANTING STIPULATION**

17          Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

18
DATED:  September 17, 2018
19                                            _____
                                              THE HONORABLE EDWARD J. DAVILA
20                                            UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

1471844_1

STIPULATED REQ FOR ORDER TO CHANGE TIME TO FILE CONSOLIDATED COMPLAINT
AND ESTABLISHING BRIEFING SCHEDULE FOR RULE 12 MOTIONS - 5:18-cv-01725-EJD          - 4 -

1

<u>CERTIFICATE OF SERVICE</u>

2

    I hereby certify under penalty of perjury that on September 13, 2018, I authorized the

3

electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will

4

send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List,

5

and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to

6

the non-CM/ECF participants indicated on the attached Manual Notice List.

7

                                                                              s/ Dennis J. Herman
                                                            DENNIS J. HERMAN

8

                                                            ROBBINS GELLER RUDMAN

9

                                                                & DOWD LLP
                                                            Post Montgomery Center

10

                                                            One Montgomery Street, Suite 1800
                                                            San Francisco, CA  94104

11

                                                            Telephone:  415/288-4545
                                                            415/288-4534 (fax)

12

                                                            E-mail:  dennish@rgrdlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1471844_1

# Mailing Information for a Case 5:18-cv-01725-EJD "In re Facebook, Inc. Securities Litigation"

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,7223240420@filings.docketbird.com

- **Kate Whitman Aufses**
  Kate.Aufses@blbglaw.com,denab@blbglaw.com,Errol.Hall@blbglaw.com,adamw@blbglaw.com,Jeremy@blbglaw.com,JohnB@blbglaw.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com

- **Michael D. Blatchley**
  MichaelB@blbglaw.com,errol.hall@blbglaw.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **John Christopher Browne**
  JohnB@blbglaw.com,errol.hall@blbglaw.com

- **Paul J. Collins**
  pcollins@gibsondunn.com,atumanova@gibsondunn.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,ptiffith@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Dennis J. Herman**
  dennish@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Avi Josefson**
  Avi@blbglaw.com,jose.echegaray@blbglaw.com,errol.hall@blbglaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Kristin A. Linsley , Esq**
  KLinsley@gibsondunn.com,lchiou@gibsondunn.com,RWong@gibsondunn.com

- **Joshua Seth Lipshutz**
  jlipshutz@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gholman@gibsondunn.com,gbok@gibsondunn.com,cschmidt@gibsondunn.com,cleac

- **Brian Michael Lutz**
  BLutz@gibsondunn.com,rwong@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gholman@gibsondunn.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,zagudelo@cpmlegal.com,shernandez@cpmlegal.com,kma@cpmlegal.com,kchen@cpmlegal.com,sbiehl@cpmlegal.com,jacosta@cpmleg

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,3045517420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Jeremy P. Robinson**
  jeremy@blbglaw.com,errol.hall@blbglaw.com

- **Gerald H. Silk**
  jerry@blbglaw.com,errol.hall@blbglaw.com

- **Orin Snyder**
  osnyder@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gholman@gibsondunn.com,gbok@gibsondunn.com,cschmidt@gibsondunn.com,cleacl

- **David Ronald Stickney**
  davids@blbglaw.com,denab@blbglaw.com,avi@blbglaw.com,lisa.napoleon@blbglaw.com,ashley.lee@blbglaw.com,kayem@blbglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)