**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Counsel for Lead Plaintiff Mississippi
and Co-Lead Counsel for the Class*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION | Case No. 5:18-cv-01725-EJD <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF APPEARANCE** |

Please note the appearance of the undersigned Jonathan D. Uslaner of Bernstein Litowitz Berger & Grossmann LLP, 12481 High Bluff Drive, Suite 300, San Diego, California 92130; phone number (858) 793-0070; email: jonathanu@blbglaw.com, as counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi in this Action. The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this Action.

DATED: September 21, 2018

                                                               **BERNSTEIN LITOWITZ BERGER**
                                                                     **& GROSSMANN LLP**

                                                    */s/ Jonathan D. Uslaner*
                                                    JONATHAN D. USLANER

                                                    JONATHAN D. USLANER (Bar No. 256898)
                                                    (jonathanu@blbglaw.com)
                                                    12481 High Bluff Drive, Suite 300
                                                    San Diego, CA 92130

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel:   (858) 793-0070
Fax:  (858) 793-0323
       -and-
JOHN C. BROWNE
(johnb@blbglaw.com)
JEREMY P. ROBINSON
(jeremy@blbglaw.com)
KATE AUFSES
(kate.aufses@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:   (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff Mississippi and Co-Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER

JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323