**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Counsel for Lead Plaintiff Mississippi*
*and Co-Lead Counsel for the Class*

**ROBBINS GELLER RUDMAN**
   **& DOWD LLP**
DENNIS J. HERMAN (Bar No. 220163)
(dherman@rgrdlaw.com)
JASON C. DAVIS (Bar No. 253370)
(jdavis@rgrdlaw.com)
KENNETH J. BLACK (Bar No. 291871)
(kennyb@rgrdlaw.com)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Tel: (415) 288-4545
Fax: (415) 288-4534

*Counsel for Lead Plaintiff Amalgamated*
*and Co-Lead Counsel for the Class*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION | Case No.            5:18-cv-01725-EJD<br>Related Case No.   5:18-cv-05678-LHK<br><br><u>CLASS ACTION</u><br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11 AND CONSOLIDATED FOR ALL PURPOSES** |

Pursuant to this District's Civil Local Rules 3-12(b) and 7-11, the Court's August 3, 2018 Order Consolidating Cases and Appointing Lead Plaintiff and Lead Counsel (the "Consolidation Order"), Federal Rule of Civil Procedure 42(a), the Declaration of Jeremy P. Robinson ("Robinson Decl."), and the [Proposed] Order Relating and Consolidating Actions filed herewith, Court-appointed Lead Plaintiff the Public Employees' Retirement System of Mississippi ("Mississippi") and Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, ("Amalgamated," and together with Mississippi, "Lead Plaintiff"), respectfully move this Court to consider whether the recently transferred securities class action captioned *Kacouris v. Facebook, Inc. et al.*, No. 5:18-cv-05678 (N.D. Cal.) ("*Kacouris*") is related to the above-captioned consolidated securities class action (the "Facebook Securities Litigation") and should be consolidated for all purposes.

Civil Local Rule 3-12 provides that an action is related to another when:

1. The actions concern substantially the same parties, property, transaction or event; and

2. It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

*See* Civ. L.R. 3-12(a). In the Consolidation Order, this Court ordered the consolidation for all purposes of "any … transferred securities class actions that are related to the claims asserted" in the Facebook Securities Litigation. *See* Facebook Securities Litigation, ECF No. 56 at 4, ¶1. Thus, upon a determination that the *Kacouris* action is related to the Facebook Securities Litigation, the two actions are automatically deemed consolidated for all purposes under the Consolidation Order.

In that regard, the stipulated order transferring *Kacouris* to this District, agreed to and signed by all Parties to *Kacouris* and this litigation (the "Transfer Order"), provides that:

> Promptly following transfer, Lead Plaintiff shall file an administrative motion to relate *Kacouris* and *Helms*[1] to the Facebook Securities Litigation, and the Parties

---

[1] *Helms* is *Fern Helms v. Facebook, Inc. et al.*, No. 18-cv-6774 (S.D.N.Y.), a case that is related to and was consolidated with *Kacouris* by the Hon. Richard J. Sullivan of the Southern District of New York prior to transfer of the consolidated case to this District. *See Kacouris*, ECF No. 13.

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
No. 5:18-cv-01725-EJD

1   agree that ***they will facilitate and not oppose consolidation*** of *Kacouris* and *Helms* with the Facebook Securities Litigation.

*Kacouris*, ECF No. 18 at ¶20 (attached as **Ex. A** to the Robinson Decl. filed herewith). Pursuant to and in furtherance of the Transfer Order, on September 21, 2018, Plaintiffs in *Kacouris* filed a Civil Cover Sheet in that action alerting the Hon. Lucy H. Koh that the actions consolidated therein are related to this proceeding. *Kacouris*, ECF No. 27 (attached as **Ex. B** to the Robinson Decl. filed herewith). Accordingly, as contemplated by and agreed to in the Parties' stipulation contained in the Transfer Order, Lead Plaintiff respectfully submits that the *Kacouris* action and the Facebook Securities Litigation should be deemed related, assigned to this Court and consolidated for all purposes.

The following additional reasons support granting the requested relief:

- The two actions are securities class actions brought by plaintiffs who are ***all current or former shareholders*** of Facebook, Inc. ("Facebook" or the "Company") against the ***same defendants***, including Facebook, Mark Zuckerberg, David M. Wehner and Sheryl K. Sandberg.

- The two actions assert the ***same claims*** under the federal securities laws, including for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78j(b) and 78t(a)), and Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5).

- The two actions concern ***overlapping time periods*** and ***substantially the same series of events***—namely, *inter alia* defendants' public statements regarding Facebook during 2017 and 2018, including public statements about Facebook's privacy and data protection practices and compliance, and the impact of those on Facebook's business operations and financial results.

- In light of the foregoing, the two actions will require adjudication of ***common questions of law and fact***.

---

On September 7, 2018, Judge Sullivan transferred the consolidated *Kacouris* action (including *Helms*) to this District. *See Kacouris*, ECF No. 18.

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
No. 5:18-cv-01725-EJD

2

1    Because similar parties, transactions, and events are involved in the Facebook Securities Litigation and *Kacouris*, separate assignment of these actions would create duplication of labor and expenses, and potentially lead to conflicting results.  Accordingly, relating and assigning *Kacouris* to this Court will serve the interest of judicial economy and ensure consistent results. Further, because the two actions concern common questions of law and fact, consolidation for all purposes is appropriate under F.R.C.P. 42(a) and the Consolidation Order and will advance the just and efficient progress of this litigation, reduce case duplication, conserve Court time and resources, avoid the need to contact parties and witnesses for multiple proceedings, and minimize the expenditure of time and money for all parties involved.

Based on the foregoing, Lead Plaintiff respectfully requests that the Court endorse the accompanying [Proposed] Order Relating and Consolidating Actions.

DATED:  September 21, 2018

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER

JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

-and-

JOHN C. BROWNE
(johnb@blbglaw.com)
JEREMY P. ROBINSON
(jeremy@blbglaw.com)
KATE AUFSES
(kate.aufses@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Lead Plaintiff Mississippi and Co-Lead Counsel for the Class*

|   |   |
|---|---|
| 1 | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 2 |  |
| 3 | DENNIS J. HERMAN (Bar No. 220163) (dherman@rgrdlaw.com) |
| 4 | JASON C. DAVIS (Bar No. 253370) (jdavis@rgrdlaw.com) |
| 5 | KENNETH J. BLACK (Bar No. 291871) (kennyb@rgrdlaw.com) |
| 6 | One Montgomery Street, Suite 1800 |
| 7 | San Francisco, CA 94104 Tel:  (415) 288-4545 |
| 8 | Fax:  (415) 288-4534 |
| 9 | -and- |
| 10 | DANIELLE S. MYERS (Bar No. 259916) (dmyers@rgrdlaw.com) |
| 11 | 655 West Broadway, Suite 1900 |
| 12 | San Diego, CA 92101 Tel:  (619) 231-1058 |
|  | Fax:  (619) 231-7423 |
| 13 |  |
| 14 | *Counsel for Lead Plaintiff Amalgamated and Co-Lead Counsel for the Class* |

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
No. 5:18-cv-01725-EJD

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER

JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
No. 5:18-cv-01725-EJD