1

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

2

3

4

5

*Counsel for Lead Plaintiff Mississippi
and Co-Lead Counsel for the Class*

6

7

**ROBBINS GELLER RUDMAN
  & DOWD LLP**
DENNIS J. HERMAN (Bar No. 220163)
(dherman@rgrdlaw.com)
JASON C. DAVIS (Bar No. 253370)
(jdavis@rgrdlaw.com)
KENNETH J. BLACK (Bar No. 291871)
(kennyb@rgrdlaw.com)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Tel: (415) 288-4545
Fax: (415) 288-4534

8

9

10

11

12

13

*Counsel for Lead Plaintiff Amalgamated
and Co-Lead Counsel for the Class*

14

15

[Additional counsel appear on signature page.]

16

17

**UNITED STATES DISTRICT COURT**

18

**NORTHERN DISTRICT OF CALIFORNIA**

19

20

IN RE FACEBOOK, INC. SECURITIES
LITIGATION

21

22

23

24

25

26

| | |
|---|---|
| Case No. | 5:18-cv-01725-EJD |
| Related Case No. | 5:18-cv-05678-LHK |

<u>CLASS ACTION</u>

**DECLARATION OF JEREMY P.
ROBINSON IN SUPPORT OF
ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD
BE RELATED PURSUANT TO CIVIL
LOCAL RULES 3-12 AND 7-11 AND
CONSOLIDATED FOR ALL PURPOSES**

27

28

1.     I, Jeremy P. Robinson, am an attorney duly admitted to practice in the State of New York and duly admitted to practice *pro hac vice* in the Northern District of California. I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP, the Court-appointed Co-Lead Counsel for Lead Plaintiff, the Public Employees' Retirement System of Mississippi ("Mississippi") and Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, ("Amalgamated," and together with Mississippi, "Lead Plaintiff") in the securities class action captioned *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.) (the "Facebook Securities Litigation").

2.     On March 20, 2018, plaintiff Fan Yuan filed a securities class action on behalf of investors in Facebook, Inc. ("Facebook") in this District, captioned *Yuan v. Facebook, Inc.*, No. 5:18-cv-01725 ("*Yuan*"), and published notice of the pendency of that action the same day, providing for a May 21, 2018 deadline for seeking appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

3.     On March 27, 2018, plaintiff Ernestine Bennett filed a securities class action on behalf of investors in Facebook in this District, captioned *Bennett v. Facebook, Inc.*, No. 5:18-cv-01868 ("*Bennett*"), and published notice of the pendency of that action and alerting investors to the May 21, 2018 statutory deadline for seeking appointment as lead plaintiff.

4.     On May 21, 2018, motions for appointment of lead plaintiff, appointment of lead counsel, and consolidation were filed on the May 21, 2018 statutory deadline in *Yuan* and *Bennett*, including motions filed by Mississippi and by Amalgamated.  *See* ECF Nos. 25, 28, 35, 39.

5.     On August 3, 2018, this Court consolidated *Yuan* and *Bennett*, ordered the consolidation of "any pending, subsequently filed, removed, or transferred securities class actions that are related to the claims asserted" in those actions under the caption *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.) (*i.e.*, the Facebook Securities Litigation), and appointed Mississippi and Amalgamated as Lead Plaintiff of the Facebook Securities Litigation pursuant to the PSLRA (15 U.S.C. § 78u-4(a)(3)(B)) (the "Consolidation Order").

6.      On July 27, 2018, Kacouris and Helms filed related securities class actions asserting the same claims against the same defendants as in the Facebook Securities Litigation in the United States District Court for the Southern District of New York captioned *Kacouris v. Facebook, Inc.*, No. 1:18-cv-06765 ("*Kacouris*") and *Helms v. Facebook, Inc.*, No. 1:18-cv-06774 ("*Helms*").

7.      On August 30, 2018, Judge Richard J. Sullivan consolidated *Helms* with the *Kacouris* action—under the *Kacouris* caption—pursuant to Rule 42(a).

8.      On September 7, 2018, pursuant to the agreement of all Parties to the Facebook Securities Litigation and the *Kacouris* action, Judge Sullivan transferred *Kacouris* to this District pursuant to 28 U.S.C. § 1404(a) and entered a stipulated order (the "Transfer Order") signed by all Parties providing that "[p]romptly following transfer, Lead Plaintiff shall file an administrative motion to relate [*Kacouris*] to the Facebook Securities Litigation, and the Parties agree that they will facilitate and not oppose consolidation of [*Kacouris*] with the Facebook Securities Litigation." *See* **Ex. A** attached.

9.      On September 19, 2018, *Kacouris* was docketed in this District, captioned *Kacouris v. Facebook, Inc., et al.*, No. 5:18-cv-05678, assigned to the Hon. Donna M. Ryu, and on September 20, 2018, was reassigned to the Hon. Lucy H. Koh (the consolidated action in this District is hereinafter referred to as "*Kacouris*").

10.     On September 21, 2018, counsel for Plaintiffs in the *Kacouris* action filed a Civil Cover Sheet identifying that action as related to the Facebook Securities Litigation. *See* **Ex. B** attached.

11.     Based on my direct involvement, and review of the pleadings filed, in the Facebook Securities Litigation and the *Kacouris* action, I respectfully submit that both actions:

(a)      are securities class actions brought by current or former shareholders of Facebook, Inc. ("Facebook" or the "Company");

(b)      are brought against the same defendants, including Facebook, Mark Zuckerberg, David M. Wehner and Sheryl K. Sandberg;

1           (c)       assert the same claims under the federal securities laws, including for

2   violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78j(b)

3   and 78t(a)), and Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5); and

4           (d)       concern overlapping time periods and substantially the same series of

5   events—namely, defendants' public statements regarding Facebook during 2017 and 2018,

6   including public statements concerning *inter alia* Facebook's privacy and data protection practices

7   and compliance, and the impact of those practices on Facebook's business operations and financial

8   results.

9        Thus, in light of the foregoing, the two actions will require adjudication of common

10  questions of law and fact.

11       12.    I further respectfully submit that:

12          (a)       there will be an unduly burdensome duplication of labor and expense—and

13  the risk of conflicting results—if the Facebook Securities Litigation and *Kacouris* are conducted

14  before different judges;

15          (b)       treatment of the Facebook Securities Litigation and *Kacouris* as related

16  would serve the interests of judicial economy and avoid the potential for conflicting rulings; and

17          (c)       because they concern common questions of law and fact, consolidation of

18  Facebook Securities Litigation and *Kacouris* is appropriate under F.R.C.P. 42(a), the Court's

19  Consolidation Order and will advance the just and efficient progress of this litigation, reduce case

20  duplication, conserve Court time and resources, avoid the need to contact parties and witnesses for

21  multiple proceedings, and minimize the expenditure of time and money for all parties involved.

22       13.    Given that all Parties to the Facebook Securities Litigation and *Kacouris* have

23  previously stipulated to the filing of the administrative motion to relate the two actions and to

24  "facilitate and not oppose consolidation" of the two actions, the requirements of N.D. Cal. L.R. 7-

25  11(a) have been satisfied.

26

27

28

1       I declare under penalty of perjury under the laws of the United States that the foregoing is

2  true and correct.

3

4  DATED:  September 21, 2018

5                             _____

6                             Jeremy P. Robinson

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JAMES KACOURIS, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

FACEBOOK, INC., MARK
E. ZUCKERBERG and DAVID M. WEHNER,

Defendants.

Case No. 1:18-cv-06765-RJS

CLASS ACTION

**STIPULATION AND [PROPOSED]
ORDER VACATING LEAD
PLAINTIFF DEADLINE,
ORDERING ISSUANCE OF
CORRECTED NOTICE, AND
TRANSFERRING CASES**

Intervenors, the Public Employees' Retirement System of Mississippi ("Mississippi") and

Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView

Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund,

("Amalgamated," and together with Mississippi, "Lead Plaintiff"), plaintiffs James Kacouris

("Kacouris") and Fern Helms ("Helms"), and Defendants Facebook, Inc. ("Facebook"), Mark E.

Zuckerberg, David M. Wehner and Sheryl K. Sandberg (collectively, the "Parties"), by and

through their undersigned counsel, hereby stipulate and agree to the following:

1.     WHEREAS, plaintiff Fan Yuan filed a securities class action on behalf of investors

in Facebook, Inc. in the Northern District of California on March 20, 2018, captioned *Yuan v.*

*Facebook, Inc.*, No. 5:18-cv-01725 ("*Yuan*"), and published notice of the pendency of that action

the same day, providing for a May 21, 2018 deadline for seeking appointment as lead plaintiff

pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

2.     WHEREAS, plaintiff Ernestine Bennett filed a securities class action on behalf of

investors in Facebook in the Northern District of California on March 27, 2018, captioned *Bennett*

*v. Facebook, Inc.*, No. 5:18-cv-01868 ("*Bennett*"), and published notice of the pendency of that

action and alerting investors to the May 21, 2018 statutory deadline for seeking appointment as lead plaintiff;

3.    WHEREAS, several motions for appointment of lead plaintiff, appointment of lead counsel, and consolidation were filed on the May 21, 2018 statutory deadline, including motions filed by Mississippi and by Amalgamated;

4.    WHEREAS, on August 3, 2018, Judge Edward J. Davila consolidated *Yuan* and *Bennett*, as well as any pending, subsequently filed, removed, or transferred securities class actions that are related to the claims asserted in those actions under the caption *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.) (the "Facebook Securities Litigation"), and appointed Mississippi and Amalgamated as Lead Plaintiff of the consolidated action pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B);

5.    WHEREAS, Judge Davila ordered Lead Plaintiff Mississippi and Amalgamated to file a consolidated complaint in the Facebook Securities Litigation by September 17, 2018;

6.    WHEREAS, Lead Plaintiff has represented that its consolidated complaint will include allegations relating to Facebook's July 25, 2018 reported financial and operating results, earnings call and related disclosures;

7.    WHEREAS, on July 27, 2018, Kacouris and Helms filed securities class actions against Facebook in the Southern District of New York captioned *Kacouris v. Facebook, Inc.*, No. 1:18-cv-06765 ("*Kacouris*") and *Helms v. Facebook, Inc.*, No. 1:18-cv-06774 ("*Helms*"), which included allegations relating to Facebook's July 25, 2018 reported financial and operating results, earnings call and related disclosures;

2

8.    WHEREAS, counsel for Kacouris and Helms published notice of the pendency of their respective actions on July 27, 2018 stating that the deadline to move for appointment as lead plaintiff is September 25, 2018;

9.    WHEREAS, on August 9, 2018, Lead Plaintiff filed a letter requesting a pre-motion conference concerning their anticipated motion to intervene for the limited purpose of requesting that the Court vacate the September 25, 2018 lead plaintiff deadline, permit Lead Plaintiff to publish a corrected notice explaining that the lead plaintiff deadline for these actions expired on May 21, 2018, and to transfer *Kacouris* and *Helms* to the Northern District of California to be consolidated with the existing Facebook Securities Litigation;

10.    WHEREAS, on August 29, 2018, the Parties attended the pre-motion conference and presented their views on the relatedness of the actions, the merits of vacating or holding in abeyance the September 25, 2018 lead plaintiff deadline, and whether transfer would promote efficiency and further the interests of justice;

11.    WHEREAS, on August 29, 2018, the Court consolidated *Kacouris* and *Helms* pursuant to Rule 42 of the Federal Rules of Civil Procedure (the "consolidated *Kacouris* action");

12.    WHEREAS, on August 29, 2018, the Court granted Lead Plaintiff's motion to intervene for the limited purpose of moving to stay the time for interested parties to move for appointment as lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)(II);

13.    WHEREAS, on August 31, 2018, Lead Plaintiff filed a letter brief regarding the Court's authority to stay or vacate the September 25, 2018 lead plaintiff deadline and the merits of issuing a stay;

14.     WHEREAS, counsel for Helms and Kacouris have reviewed the August 31, 2018 letter brief filed by Lead Plaintiff, and the Parties have otherwise discussed their respective positions;

15.     WHEREAS, *Kacouris* and *Helms* could have been brought in the Northern District of California, and relevant witnesses, documents, and other sources of proof are believed to be located in the Northern District of California, including at Facebook's headquarters in Menlo Park, California; and

16.     WHEREAS, transfer would promote efficiency and judicial economy.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, as follows:

17.     The September 25, 2018 lead plaintiff deadline noticed by counsel in the consolidated *Kacouris* action is vacated and any motions seeking appointment as lead plaintiff in a securities class action against Facebook filed in response to that notice or any similar notices will be deemed untimely;

18.     Lead Plaintiff shall issue a notice substantially similar to the notice attached as Exhibit A hereto stating that the September 25, 2018 deadline is vacated, that the deadline to serve as lead plaintiff in the Facebook Securities Litigation expired on May 21, 2018, and that any motions to serve as lead plaintiff in the consolidated *Kacouris* action or any pending or subsequently filed securities class action that is related to the claims in the Facebook Securities Litigation are untimely and will not be considered;

19.     *Kacouris* and *Helms* are transferred to the Northern District of California pursuant to 28 U.S.C. § 1404(a) as the actions could have been brought in that District and transfer will promote the goals of convenience and efficiency and further the interests of justice; and

4

20.     Promptly following transfer, Lead Plaintiff shall file an administrative motion to relate *Kacouris* and *Helms* to the Facebook Securities Litigation, and the Parties agree that they will facilitate and not oppose consolidation of *Kacouris* and *Helms* with the Facebook Securities Litigation.

IT IS SO STIPULATED.

Dated: September 6, 2018

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**

Gerald H. Silk
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com

*Counsel for Lead Plaintiff Mississippi and*
*Co-Lead Counsel for the Class*

Dated: September 6, 2018

**ROBBINS GELLER RUDMAN**
**& DOWD LLP**

David A. Rosenfeld         with permission
58 S. Service Road, Suite 200              ndb
Melville, NY 10007
Tel: (631) 367-7100
Fax: (631) 367-1173
drosenfeld@rgrdlaw.com

*Counsel for Lead Plaintiff Amalgamated and*
*Co-Lead Counsel for the Class*

Dated: September 6, 2018

**POMERANTZ LLP**

Jeremy A. Lieberman         with permission
J. Alexander Hood II                  ndb
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Kacouris*

6

Dated: September 6, 2018

**PIERCE BAINBRIDGE BECK PRICE
& HECHT LLP**

Maxim Price
Claiborne R. Hane
20 West 23rd Street, Fifth Floor
New York, NY 10010
Tel: (213) 262-9333
mprice@piercebainbridge.com
chane@piercebainbridge.com

*Counsel for Helms*

Dated: September 6, 2018

**GIBSON, DUNN & CRUTCHER LLP**

Orin Snyder
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
Fax: (212) 351-4035
osnyder@gibsondunn.com

*Counsel for Defendants*

\*      \*      \*

**[PROPOSED] ORDER GRANTING STIPULATION**

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

DATED: September 7, 2018

THE HONORABLE RICHARD J. SULLIVAN

7

# EXHIBIT A

**FOR IMMEDIATE RELEASE: THE COURT-APPOINTED LEAD PLAINTIFF IN *IN RE FACEBOOK, INC. SECURITIES LITIGATION* ANNOUNCES CLARIFICATION OF DEADLINE FOR SEEKING APPOINTMENT AS LEAD PLAINTIFF**

Pursuant to an order issued by the United States District Court for the Southern District of New York, Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), on behalf of the Public Employees' Retirement System of Mississippi ("Mississippi"), and Robbins Geller Rudman & Dowd LLP ("RGR&D"), on behalf of Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated," and together with Mississippi, "Lead Plaintiff"), the Court-appointed Lead Plaintiff in the consolidated securities class action against Facebook, Inc. ("Facebook" or the "Company") (NASDAQ: FB) and certain of its senior executives, publish this notice to clarify that the deadline to seek appointment as lead plaintiff in the securities class action against Facebook has expired.

This clarification corrects information in notices previously published by the law firms Pomerantz LLP and Pierce Bainbridge Beck Price & Hecht LLP on July 27, 2018. In particular, the notice published by Pomerantz LLP stated that there was a September 25, 2018 deadline to seek appointment as lead plaintiff (the "July 27, 2018 Notice"). Pursuant to an order issued by the Honorable Richard J. Sullivan of the United States District Court for the Southern District of New York, those notices are now vacated and the deadline for any motions seeking appointment as lead plaintiff in the related securities class actions on behalf of Facebook investors expired on May 21, 2018. Therefore, any motions seeking appointment as lead plaintiff filed after the May 21, 2018 statutory deadline, including any motions filed in response to the July 27, 2018 Notice, will be deemed untimely and will not be considered.

The securities class action against Facebook alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as well as Rule 10b-5 promulgated thereunder. Specifically, the action alleges that Facebook and certain of its senior executives misled investors regarding the effect of the Company's data protection practices, policies, and compliance efforts on its business and financial results. The action alleges that the truth first began to be revealed in March 2018 when newspapers and other media outlets reported that Facebook had breached its own privacy and data protection policies, including by allowing a political strategy firm, Cambridge Analytica, to misappropriate and misuse the data of 50 million—later revised to 87 million—Facebook users between 2013 and 2015. The action alleges that these reports triggered government investigations into the Company's misconduct and led to declines in the price of Facebook's stock amid concerns that Facebook's misuse of user data could dramatically impact Facebook's user numbers and business. Lead Plaintiff in the action further plans to allege that on July 25, 2018, Facebook issued its financial results for the second quarter of 2018, and revealed additional facts concerning the Company's privacy and data compliance practices and the impact of this misconduct on the Company's business, which the action will allege triggered additional significant declines in Facebook's share price.

The consolidated securities class action arising out of these allegations, *In re Facebook Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.), is pending before the Honorable Edward J. Davila in the United States District Court for the Northern District of California. Two related actions,

*Kacouris v. Facebook, Inc.*, No. 1:18-cv-06765 (S.D.N.Y.) and *Helms v. Facebook, Inc.*, No. 1:18-cv-06774 (S.D.N.Y.), were filed in the United States District Court for the Southern District of New York.  Pursuant to the order issued by Judge Sullivan, *Kacouris* and *Helms* are being transferred to the Northern District of California, and the parties expect that, upon transfer, *Kacouris* and *Helms* will be promptly consolidated under *In re Facebook Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.) pending before Judge Davila.

Additional information concerning the Facebook securities class action is available on the federal court dockets cited above. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, you may contact co-Lead Counsel Bernstein Litowitz Berger & Grossmann LLP or Robbins Geller Rudman & Dowd LLP using the information provided below.

CONTACT:

John C. Browne
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
(212) 554-1398
johnb@blbglaw.com

Dennis J. Herman
Robbins Geller Rudman & Dowd LLP
One Montgomery Street
San Francisco, California 94104
(415) 288-4545
dennish@rgrdlaw.com

# EXHIBIT B

JS-CAND 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JAMES KACOURIS, Individually and On Behalf of All Others Similarly Situated,

## DEFENDANTS
FACEBOOK, INC., MARK E. ZUCKERBERG and DAVID M. WEHNER,

**(b)** County of Residence of First Listed Plaintiff   Cook County, Illinois
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   San Mateo County, California
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jennifer Pafiti, POMERANTZ LLP, 468 North Camden Drive, Beverly Hills, CA 90210, Phone: 818-532-6499

Attorneys *(If Known)*
Orin Snyder, GIBSON, DUNN & CRUTCHER LLP, 200 Park Avenue, New York, NY 10166, Phone: 212-351-4000

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

1  U.S. Government Plaintiff        ✕ 3  Federal Question
                                        *(U.S. Government Not a Party)*

2  U.S. Government Defendant        4  Diversity
                                        *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 710 Fair Labor Standards Act | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 430 Banks and Banking |
| | 340 Marine | | 740 Railway Labor Act | 835 Patent–Abbreviated New Drug Application | 450 Commerce |
| 151 Medicare Act | 345 Marine Product Liability | **PERSONAL PROPERTY** | 751 Family and Medical Leave Act | 840 Trademark | 460 Deportation |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 350 Motor Vehicle | 370 Other Fraud | 790 Other Labor Litigation | **SOCIAL SECURITY** | 470 Racketeer Influenced & Corrupt Organizations |
| | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 791 Employee Retirement Income Security Act | 861 HIA (1395ff) | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 360 Other Personal Injury | 380 Other Personal Property Damage | | 862 Black Lung (923) | 490 Cable/Sat TV |
| | 362 Personal Injury -Medical Malpractice | 385 Property Damage Product Liability | **IMMIGRATION** | 863 DIWC/DIWW (405(g)) | ✕ 850 Securities/Commodities/ Exchange |
| 160 Stockholders' Suits | | | 462 Naturalization Application | 864 SSID Title XVI | 890 Other Statutory Actions |
| 190 Other Contract | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 465 Other Immigration Actions | 865 RSI (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | 440 Other Civil Rights | **HABEAS CORPUS** | | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 196 Franchise | 441 Voting | 463 Alien Detainee | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| **REAL PROPERTY** | 442 Employment | 510 Motions to Vacate Sentence | | 871 IRS–Third Party 26 USC § 7609 | 896 Arbitration |
| 210 Land Condemnation | 443 Housing/ Accommodations | 530 General | | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 220 Foreclosure | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | | 950 Constitutionality of State Statutes |
| 230 Rent Lease & Ejectment | 446 Amer. w/Disabilities–Other | **OTHER** | | | |
| 240 Torts to Land | 448 Education | 540 Mandamus & Other | | | |
| 245 Tort Product Liability | | 550 Civil Rights | | | |
| 290 All Other Real Property | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

Southern District of New York

1  Original Proceeding    2  Removed from State Court    3  Remanded from Appellate Court    4  Reinstated or Reopened    ✕ 5  Transferred from Another District *(specify)*    6  Multidistrict Litigation–Transfer    8  Multidistrict Litigation–Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
(15 U.S.C. §§78j(b) and §78t(a)), (17 C.F.R. §240.10b-5), and the PSLRA.
Brief description of cause:
Violations of the federal securities laws.

## VII. REQUESTED IN COMPLAINT:
✓ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, Fed. R. Civ. P.     DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ✕ Yes     No

## VIII. RELATED CASE(S), IF ANY *(See instructions)*:
JUDGE   Judge Edward J. Davila     DOCKET NUMBER   5:18-cv-01725-EJD

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*     SAN FRANCISCO/OAKLAND     ✕ SAN JOSE     EUREKA-MCKINLEYVILLE

DATE   09/21/2018     SIGNATURE OF ATTORNEY OF RECORD   /s/ Jennifer Pafiti