1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE FACEBOOK, INC. SECURITIES      Case No.            5:18-cv-01725-EJD
    LITIGATION                           Related Case No.   5:18-cv-05678-LHK

12                                       <u>CLASS ACTION</u>

13                                       **[PROPOSED] ORDER RELATING AND CONSOLIDATING ACTIONS**

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
No. 5:18-cv-01725-EJD

The Court, having considered the Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11 and Consolidated for All Purposes filed by Court-appointed Lead Plaintiff, the Public Employees' Retirement System of Mississippi ("Mississippi") and Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, ("Amalgamated," and together with Mississippi, "Lead Plaintiff"), HEREBY ORDERS THAT:

1. Pursuant to Local Rule 3-12, the securities class action captioned *Kacouris v. Facebook, Inc., et al.*, No. 5:18-cv-05678-LHK (N.D. Cal.) ("*Kacouris*") is related to the securities class action captioned *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.) (the "Facebook Securities Litigation");

2. Pursuant to Rule 42(a) and this Court's August 3, 2018 Order (ECF No. 56), *Kacouris* is consolidated for all purposes with the Facebook Securities Litigation under the caption *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.);

3. Case number 5:18-cv-05678 shall be administratively closed; and

4. Nothing in this Stipulation and [Proposed] Order is intended or shall be construed as a waiver of any party's rights or positions in law or equity, or as a waiver of any defense that any party would otherwise have.

IT IS SO ORDERED.

DATED: _____, 2018

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE