UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>FACEBOOK, INC. SECURITIES LITIGATION | Case No.  5:18-cv-01725-EJD<br><br>**ORDER DIRECTING CLERK TO ADD PARTY AND COUNSEL TO DOCKET** |

On August 31, 2018, the United States District Court for the Southern District of New York issued an order consolidating two class actions - Kacouris v. Facebook, Inc. and Helms v. Facebook, Inc.  Pursuant to the consolidation order, the Kacouris action was deemed the lead case, and the Helms action was ordered closed.  And though the district court ordered the Clerk to add a defendant from the Helms action to the consolidated Kacouris action, it did not order the Clerk to add Helms or Helms' counsel.

On September 7, 2018, the Southern District of New York ordered the consolidated Kacouris action transferred to this district, and the undersigned in turn ordered the Kacouris action consolidated under In re Facebook, Inc. Securities Litigation, 5:18-cv-01725-EJD.  However, because neither Helms nor Helms' counsel were listed on docket when the Kacouris action was transferred, the Clerk did not add them to the docket for In re Facebook Inc. Securities Litigation.

Because it appears the absence of Helms from the transferred Kacouris action was in error, and in order to ensure that Helms and Helms' counsel receive notice of activity in In re Facebook Inc. Securities Litigation, the court orders the Clerk to:

1. Add Fern Helms as a plaintiff on the docket for In re Facebook Inc. Securities

Case No.: 5:18-cv-01725-EJD
ORDER DIRECTING CLERK TO ADD PARTY AND COUNSEL TO DOCKET

1

1 Litigation, and

2     2. Add David Lawrence Hecht of Pierce Bainbridge Beck Price & Hecht LLP, 20 West 23rd St. 5th Floor, New York, NY 10010, as counsel for Helms on the same docket.

The court clarifies that this order is not intended to provide an exception for any requirement that Helms' counsel be admitted pro hac vice in this district. Counsel should therefore consult this district's local rules to determine whether they should seek such admission.

**IT IS SO ORDERED.**

Dated: October 11, 2018

EDWARD J. DAVILA
United States District Judge