Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Facebook Securities Litigation )
                                     )  Case No: 18-cv-01725
                                     )
            Plaintiff(s),             )
                                     )  **APPLICATION FOR**
        v.                           )  **ADMISSION OF ATTORNEY**
                                     )  **PRO HAC VICE**
                                     )  (CIVIL LOCAL RULE 11-3)
                                     )
            Defendant(s).             )

I, Claiborne Hane, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Fern Helms in the above-entitled action. My local co-counsel in this case is John M. Pierce, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Pierce Bainbridge Beck Price & Hecht LLP<br>20 West 23rd Street, 5th Floor<br>New York, NY 10010 | Pierce Bainbridge Beck Price & Hecht LLP<br>600 Wilshire Boulevard, Suite 500<br>Los Angeles, California 90017 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (213) 262-9333 | (213) 262-9333 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| chane@piercebainbridge.com | jpierce@piercebainbridge.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5212279.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/12/18

                                                    Claiborne Hane
                                                    APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Claiborne Hane is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/15/2018

                                                    UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                         *October 2012*