JASON M. KIRSCHBERG (291423)
**GADOW TYLER, PLLC**
511 East Pearl Street
Jackson, Mississippi 39201
Telephone: (601) 355-0654
Facsimile: (601) 510-9667
jason@gadowtyler.com

*Additional Counsel for Lead Plaintiff Public Employees' Retirement System of the State of Mississippi*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF APPEARANCE** |

Please note the appearance of the undersigned Jason M. Kirschberg of Gadow Tyler, PLLC, 511 East Pearl Street, Jackson, Mississippi 39201, telephone number (601) 355-0654, email jason@gadowtyler.com, as additional counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi in this action. The undersigned respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action.

DATED: October 18, 2018

        **GADOW TYLER, PLLC**

        */s/ Jason M. Kirschberg*
        JASON M. KIRSCHBERG

        Jason M. Kirschberg (291423)
        511 E. Pearl St.
        Jackson, MS 39201
        Telephone: (601) 355-0654
        Facsimile: (601) 510-9667
        jason@gadowtyler.com

        *Additional Counsel for Lead Plaintiff Public Employees' Retirement System of the State of Mississippi*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2018 I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Jason M. Kirschberg*
JASON M. KIRSCHBERG

Jason M. Kirschberg (291423)
GADOW TYLER, PLLC
511 E. Pearl St.
Jackson, MS 39201
Telephone: (601) 355-0654
Facsimile: (601) 510-9667
jason@gadowtyler.com