Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Paul J. Collins (SBN 187709)
  pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE**<br><br>Date First Action Filed: March 20, 2018 |

I, BRIAN M. LUTZ, declare and state as follows:

1.      I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner in the above-captioned case.  I make this Declaration pursuant to Civil L.R. 6-2 and in support of the Stipulation and [Proposed] Order Continuing Hearing Date.  I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2.      On September 14, 2018, the Court entered a stipulation (Dkt. 79) between the parties to this action setting a deadline for the filing of Lead Plaintiffs' consolidated complaint and a briefing schedule on the Defendants' motion to dismiss the consolidated complaint (the "September 14 Order").  In the September 14 Order, the Court also set a hearing date on Defendants' motion to dismiss for March 21, 2019, and a case management conference for the same date.  However, based on the briefing schedule set in the September 14 Order, Defendants' reply brief in support of their motion to dismiss is due on March 25, 2019, which is after the currently scheduled hearing on the motion to dismiss.  Accordingly, the parties jointly contacted the Clerk of the Court to request a hearing date of April 25, 2019.  The Clerk of the Court informed the parties that the Court is available to hear Defendants' motion to dismiss on April 25, 2019.

3.      There has been no previous request to modify the date of the hearing on Defendants' motion to dismiss.

4.      Continuing the hearing until April 25, 2019 will not impact the case schedule.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on this 28th day of November, 2018, at San Francisco, California.

By: /s/ Brian M. Lutz

**CERTIFICATE OF SERVICE**

I, Brian M. Lutz, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State.

I hereby certify that on November 28, 2018, the foregoing **DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.


DATED: November 28, 2018                    By:  _/s/ Brian M. Lutz_____
                                                  Brian M. Lutz