Orin Snyder (*pro hac vice*)
    osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
    klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
    blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Joshua S. Lipshutz (SBN: 242557)
    jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Paul J. Collins (SBN 187709)
    pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE**<br><br>Date First Action Filed: March 20, 2018 |

WHEREAS, on September 14, 2018, the Court entered a stipulation (Dkt. 79) between Lead Plaintiff Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, Lead Plaintiff Public Employees' Retirement System of Mississippi, and Defendants Facebook, Inc., Mark E. Zuckerberg, David M. Wehner and Sheryl K. Sandberg (collectively, the "Parties") setting a deadline for the filing of Lead Plaintiffs' consolidated complaint and a briefing schedule on the Defendants' motion to dismiss the consolidated complaint (the "September 14 Order");

WHEREAS, the September 14 Order set a hearing on Defendants' motion to dismiss for March 21, 2019, and a case management conference for the same date;

WHEREAS, the Defendants' reply brief in support of their motion to dismiss is due on March 25, 2019 pursuant to the briefing schedule set by the September 14 Order;

WHEREAS, in light of the briefing schedule, the Parties jointly contacted the Clerk of the Court to request a continuance of the hearing on the motion to dismiss and the case management conference until April 25, 2019; and

WHEREAS, on November 27, 2018, the Clerk of the Court informed the Parties that the Court was available on April 25, 2019, and instructed the Parties to submit a stipulation and proposed order continuing the hearing.

THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES, through their respective counsel of record and subject to Court approval, as follows:

1. The March 21, 2019 hearing on the Defendants' motion to dismiss is continued until April 25, 2019 at 9:00 a.m.

2. The March 21, 2019 case management conference is continued until April 25, 2019 at 10:00 a.m.

1

2  DATED: November 28, 2018          GIBSON, DUNN & CRUTCHER LLP

3
                                           /s/ *Orin Snyder*
4                                          ORIN SNYDER

5                                     *Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*
6

7  DATED: November 28, 2018          ROBBINS GELLER RUDMAN
                                        & DOWD LLP
8                                    DENNIS J. HERMAN
                                     JASON C. DAVIS
9                                    KENNETH J. BLACK

10

11                                         **/s/ *Dennis J. Herman*
12                                         DENNIS J. HERMAN

13                                    One Montgomery Street, Suite 1800
                                      San Francisco, CA  94104
14                                    Telephone:  415/288-4545
                                      415/288-4534 (fax)
15
                                      *Counsel for Lead Plaintiff Amalgamated and Co-Lead Counsel for the Class*
16

17

18 DATED: November 28, 2018          BERNSTEIN LITOWITZ BERGER &
                                        GROSSMANN LLP
19                                   JONATHAN D. USLANER
                                     12481 High Bluff Drive, Suite 300
20                                   San Diego, CA  92130
                                     Telephone:  858/793-0070
21                                   858/793-0323 (fax)

22                                    BERNSTEIN LITOWITZ BERGER &
                                        GROSSMANN LLP
23                                    JOHN C. BROWNE
                                      JEREMY ROBINSON
24                                    KATE AUFSES

25

26
                                           **/s/ *Jeremy Robinson*
27                                         JEREMY ROBINSON

28

Gibson, Dunn & Crutcher LLP

2
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE
CASE NO. 5:18-CV-01725-EJD

1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)

*Counsel for Mississippi and Co-Lead Counsel for the Class*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

\*     \*     \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  November 30, 2018

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Orin Snyder, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 200 Park Avenue, New York, NY 10166-0193, in said County and State.

I hereby certify that on November 28, 2018, the foregoing **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

DATED: November 28, 2018              By:   /s/ *Orin Snyder*
                                              Orin Snyder