Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Paul J. Collins (SBN 187709)
  pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION REGARDING PAGE LIMITATION FOR MOTION TO DISMISS**<br><br>Date First Action Filed: March 20, 2018 |

Pursuant to Civil L.R. 7-11, Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner hereby move for administrative relief to extend by ten pages the page limitation for Defendants' forthcoming motion to dismiss the Consolidated Class Action Complaint for Violation of the Federal Securities Laws (Dkt. 86) (the "Complaint"). Although the Civil Local Rules provide that, generally, motions shall not exceed 25 pages in length (Civil L.R. 7-2(b)), a party may file an administrative motion to "exceed otherwise applicable page limitations" for briefs or memoranda (Civil L.R. 7-11).

Because the Complaint is 155 pages long, Defendants believe a modest extension of the default page limitation for their forthcoming motion to dismiss the Complaint (the "Motion to Dismiss") is necessary. Defendants request that the page limitation for the Motion to Dismiss be extended by ten pages, such that Defendants' Motion to Dismiss (excluding the caption page, table of contents, table of authorities, and signature page) shall not exceed 35 pages in length.

This administrative motion is unopposed.

DATED:  December 7, 2018            GIBSON, DUNN & CRUTCHER LLP

                                             /s/ *Orin Snyder*
                                            Orin Snyder
                                            200 Park Avenue
                                            New York, N.Y. 10166-0193
                                            Tel: 212.351.4000
                                            Fax: 212.351.4035
                                            osnyder@gibsondunn.com

                                            Joshua S. Lipshutz
                                            1050 Connecticut Avenue, N.W.
                                            Washington, D.C. 20036-5306
                                            Tel:  202.955.8500
                                            Fax:  202.467.0539
                                            jlipshutz@gibsondunn.com

                                            Kristin A. Linsley
                                            Brian M. Lutz
                                            555 Mission Street
                                            Suite 3000
                                            San Francisco, CA 94105-0921
                                            Tel: 415.393.8200
                                            Fax: 415.374.8306

klinsley@gibsondunn.com
blutz@gibsondunn.com

Paul J. Collins
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel:  650.849.5300
Fax:  650.849.5333
pcollins@gibsondunn.com

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

# CERTIFICATE OF SERVICE

I, Orin Snyder, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 200 Park Avenue, New York, NY 10166-0193, in said County and State.

I hereby certify that on December 7, 2018, the foregoing **DEFENDANTS' ADMINISTRATIVE MOTION REGARDING PAGE LIMITATION FOR MOTION TO DISMISS** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

DATED: December 7, 2018                   By:   /s/ *Orin Snyder*
                                                 Orin Snyder