Orin Snyder (*pro hac vice*)
    osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
    klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
    blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Joshua S. Lipshutz (SBN: 242557)
    jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  202.955.8217
Fax:  202.530.9614

Paul J. Collins (SBN 187709)
    pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone:  650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITATION FOR MOTION TO DISMISS**<br><br>Date First Action Filed: March 20, 2018 |

WHEREAS, on October 15, 2018, Lead Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, and Public Employees' Retirement System of Mississippi, filed the Consolidated Class Action Complaint for Violation of the Federal Securities Laws (Dkt. 86) (the "Complaint");

WHEREAS, Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner intend to file a motion to dismiss the Complaint on December 14, 2018 (the "Motion to Dismiss"); and

WHEREAS, as a courtesy, Plaintiffs have consented to Defendants' request to extend the page limitation for Defendants' Motion to Dismiss by ten pages.

THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES, through their respective counsel of record and subject to Court approval, as follows:

1. Defendants' Motion to Dismiss (excluding the caption page, table of contents, table of authorities, and signature page) shall not exceed 35 pages in length; and

2. The parties agree to negotiate in good faith regarding any request by (i) Plaintiffs to extend the page limitation for Plaintiffs' opposition to Defendants' Motion to Dismiss, and/or (ii) Defendants to extend the page limitation for Defendants' reply in support of their Motion to Dismiss.

DATED: December 7, 2018    GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　　　/s/ *Orin Snyder*
　　　　　　　　　　　　　　　　　　ORIN SNYDER

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

DATED: December 7, 2018    ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　& DOWD LLP
　　　　　　　　　　　　　　DENNIS J. HERMAN
　　　　　　　　　　　　　　JASON C. DAVIS
　　　　　　　　　　　　　　KENNETH J. BLACK

| | |
|---|---|
| | **/s/ *Dennis J. Herman*<br>DENNIS J. HERMAN |
| | One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Telephone:  415/288-4545<br>415/288-4534 (fax) |
| | *Counsel for Lead Plaintiff Amalgamated and Co-Lead Counsel for the Class* |
| DATED:  December 7, 2018 | BERNSTEIN LITOWITZ BERGER &<br>    GROSSMANN LLP<br>JONATHAN D. USLANER<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA  92130<br>Telephone:  858/793-0070<br>858/793-0323 (fax) |
| | BERNSTEIN LITOWITZ BERGER &<br>    GROSSMANN LLP<br>JOHN C. BROWNE<br>JEREMY P. ROBINSON<br>KATE AUFSES |
| | **/s/ *Jeremy P. Robinson*<br>JEREMY P. ROBINSON |
| | 1251 Avenue of the Americas<br>New York, NY  10020<br>Telephone:  212/554-1400<br>212/554-1444 (fax) |
| | *Counsel for Mississippi and Co-Lead Counsel for the Class* |

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

* * *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 10, 2018

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Orin Snyder, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 200 Park Avenue, New York, NY 10166-0193, in said County and State.

I hereby certify that on December 7, 2018, the foregoing **STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITATION FOR MOTION TO DISMISS** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.


DATED: December 7, 2018               By:   /s/ *Orin Snyder*
                                                     Orin Snyder