UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |

On December 14, 2018, Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner (collectively, "Defendants") filed a Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint for Violation of the Federal Securities Laws.  The Court, having fully reviewed and considered all papers and arguments submitted in support of and in opposition to the Motion, and finding good cause for the Motion, orders as follows:

**IT IS HEREBY ORDERED** that:

(1)    The Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint for Violation of the Federal Securities Laws is GRANTED as to all claims and causes of action asserted against all of the Defendants; and

(2)    Plaintiffs' Consolidated Class Action Complaint for Violation of the Federal Securities Laws is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATE: _____

_____
Judge Edward J. Davila
United States District Judge