Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Paul J. Collins (SBN 187709)
  pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone:  650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendants Facebook, Inc.,
Mark E. Zuckerberg, Sheryl K. Sandberg, and
David M. Wehner*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF FACEBOOK'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Date First Action Filed: March 20, 2018 |

Gibson, Dunn &
Crutcher LLP

I, BRIAN M. LUTZ, declare and state as follows:

I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Facebook, Inc. ("Facebook"), Mark E. Zuckerberg, Sheryl S. Sandberg, and David M. Wehner (collectively, the "Defendants") in the above-captioned case.  I make this Declaration in support of Facebook's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint for Violation of the Federal Securities Laws, filed concurrently herewith.  I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

1.      Attached hereto as **Exhibit 1** is a true and correct copy of Facebook's Current Report on Form 8-K, as filed with the SEC on December 1, 2015.

2.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Facebook's Form 10-Q for the quarterly period ended March 31, 2017, as filed with the SEC on May 4, 2017.

3.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of Facebook's Form 10-Q for the quarterly period ended June 30, 2017, as filed with the SEC on July 27, 2017.

4.      Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of Facebook's Form 10-Q for the quarterly period ended September 30, 2017, as filed with the SEC on November 2, 2017.

5.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of Facebook's Annual Report on Form 10-K for the period ended December 31, 2017, as filed with the SEC on February 1, 2018.

6.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Facebook's Definitive Proxy Statement on Schedule 14A, as filed with the SEC on April 13, 2018.

7.      Attached hereto as **Exhibit 7** is a true and correct copy of Facebook's Current Report on Form 8-K, as filed with the SEC on September 4, 2012.

8.      Attached hereto as **Exhibit 8** is a true and correct copy of a compilation of exemplar Statement of Changes in Beneficial Ownership of Securities on Forms 4, filed with the SEC on behalf of Mark Zuckerberg, reflecting sales between February 27, 2017 and July 20, 2018.

9.      Attached hereto as **Exhibit 9** is a true and correct copy of a compilation of Statement of Changes in Beneficial Ownership of Securities on Forms 4, filed with the SEC on behalf of Sheryl Sandberg, reflecting sales between January 20, 2017 and July 19, 2018.

10.     Attached hereto as **Exhibit 10** is a true and correct copy of a compilation of Statement of Changes in Beneficial Ownership of Securities on Forms 4, filed with the SEC on behalf of David M. Wehner, reflecting sales between February 21, 2017 and June 20, 2018.

11.     Attached hereto as **Exhibit 11** is a true and correct copy of the transcript of Facebook's earnings call for the first quarter of 2018, titled "First Quarter 2018 Results Conference Call," and dated April 25, 2018.

12.     Attached hereto as **Exhibit 12** is a true and correct copy of the transcript of Facebook's earnings call for the second quarter of 2018, titled "Second Quarter 2018 Results Conference Call," and dated July 25, 2018.

13.     Attached hereto as **Exhibit 13** is a true and correct copy of an article published by *The Guardian* on December 11, 2015, titled "Ted Cruz using firm that harvested data on millions of unwitting Facebook users," and available at https://www.theguardian.com/us-news/2015/dec/11/senator-ted-cruz-president-campaign-facebook-user-data.

14.     Attached hereto as **Exhibit 14** is a true and correct copy of an article published by *The New York Times* on November 19, 2016, titled "Cambridge Analytica and the Secret Agenda of a Facebook Quiz," and available at https://www.nytimes.com/2016/11/20/opinion/cambridge-analytica-facebook-quiz.html.

15.     Attached hereto as **Exhibit 15** is a true and correct copy of the transcript of a radio show aired by *NPR* on March 20, 2018, titled "Facebook Is Losing Users' Trust, Tech Investor Says," and available at https://www.npr.org/2018/03/20/595123564/facebook-is-losing-users-trust-tech-investor-says.

16.     Attached hereto as **Exhibit 16** is a true and correct copy of an article published by *The Guardian* on March 20, 2018, titled "'Utterly horrifying': ex-Facebook insider says covert data harvesting was routine," and available at https://www.theguardian.com/news/2018/mar/20/facebook-data-cambridge-analytica-sandy-parakilas.

Gibson, Dunn &
Crutcher LLP

17.     Attached hereto as **Exhibit 17** is a true and correct copy of an article published by *Sciendo* on April 19, 2018, titled "Investigating sources of PII used in Facebook's targeted advertising," and available at https://mislove.org/publications/PII-PETS.pdf.

18.     Attached hereto as **Exhibit 18** is a true and correct copy of an article published by *New York Magazine* in April 2018, titled "Facebook Is a Fundamentally Addictive Product," and available at                http://nymag.com/intelligencer/2018/04/sandy-parakilas-former-facebook-employee-interview.html.

19.     Attached hereto as **Exhibit 19** is a true and correct copy of an article published by *Bloomberg* on July 25, 2018, and updated on July 26, 2018, titled "Facebook Takes Historic Plunge as Scandals Finally Take a Toll," and available at https://www.bloomberg.com/news/articles/2018-07-26/facebook-growth-prospects-stalled-by-scandal-regulation.

20.     Attached hereto as **Exhibit 20** is a true and correct copy of an article published by *The Intercept* on March 30, 2017, titled "Facebook Failed To Protect 30 Million Users From Having Their Data    Harvested    By    Trump    Campaign    Affiliate,"    and    available    at https://theintercept.com/2017/03/30/facebook-failed-to-protect-30-million-users-from-having-their-data-harvested-by-trump-campaign-affiliate/.

21.     Attached hereto as **Exhibit 21** is a true and correct copy of an article published by *The Guardian* on October 26, 2017, titled "Cambridge Analytica used data from Facebook and Politico to help   Trump,"   and   available   at   https://www.theguardian.com/technology/2017/oct/26/cambridge-analytica-used-data-from-facebook-and-politico-to-help-trump.

22.     Attached hereto as **Exhibit 22 i**s a true and correct copy of an article published by *The New York Times* on November 19, 2017, titled "We Can't Trust Facebook to Regulate Itself," and available at https://www.nytimes.com/2017/11/19/opinion/facebook-regulation-incentive.html.

23.     Attached hereto as **Exhibit 23** is a true and correct copy of an article published by *MarketWatch* on March 23, 2018, titled "Historic jump in Wall Street's 'fear index' in February sounds a stock-market warning," and available at https://www.marketwatch.com/story/historic-jump-in-wall-streets-fear-index-in-february-offers-a-warning-about-stock-market-liquidity-says-goldman-2018-03-20.

24.     Attached hereto as **Exhibit 24** is a true and correct copy of a January 3, 2014 screenshot of Facebook's Data Policy, last revised November 15, 2013, located at https://www.facebook.com/full_data_use_policy, which was captured using the "Wayback Machine," located at http://archive.org/web/.

25.     Attached hereto as **Exhibit 25** is a true and correct copy of a November 15, 2016 screenshot of Facebook's Data Policy, last revised September 29, 2016, located at https://www.facebook.com/full_data_use_policy, which was captured using the "Wayback Machine," located at http://archive.org/web/.

26.     Attached hereto as **Exhibit 26** is a true and correct copy of a white paper by Jen Weedon, William Nuland, and Alex Stamos titled "Information Operations and Facebook," published in the Facebook Newsroom on April 27, 2017, and available at https://fbnewsroomus.files.wordpress.com/2017/04/facebook-and-information-operations-v1.pdf.

27.     Attached hereto as **Exhibit 27** is a true and correct copy of a public post published by Facebook on May 15, 2018, titled "Facebook Publishes Enforcement Numbers for the First Time," and available at https://newsroom.fb.com/news/2018/05/enforcement-numbers/.

28.     Attached hereto as **Exhibit 28** is a true and correct copy of excerpts of a June 29, 2018 Facebook letter providing written answers to questions from the Energy and Commerce Committee of the U.S. House of Representatives, and available at https://docs.house.gov/meetings/IF/IF00/20180411/108090/HHRG-115-IF00-Wstate-ZuckerbergM-20180411.pdf.

29.     Attached hereto as **Exhibit 29** is a true and correct copy of a Bloomberg table showing the historical stock prices of Facebook, Inc. from January 2, 2018 through December 11, 2018.

30.     Attached hereto as **Exhibit 30** is a true and correct copy of a Bloomberg table showing the historical stock prices of Amazon.com, Inc. from January 2, 2018 through December 11, 2018.

31.     Attached hereto as **Exhibit 31** is a true and correct copy of a Bloomberg table showing the historical stock prices of Apple, Inc. from January 2, 2018 through December 11, 2018.

32.     Attached hereto as **Exhibit 32** is a true and correct copy of a Bloomberg table showing the historical stock prices of Alphabet, Inc. (Google) from January 2, 2018 through December 11, 2018.

33.     Attached hereto as **Exhibit 33** is a true and correct copy of a Bloomberg table showing the historical stock prices of Netflix, Inc. from January 2, 2018 through December 11, 2018.

34.     Attached hereto as **Exhibit 34** is a true and correct copy of a chart showing the historical prices of the CBOE Volatility Index from January 2, 2018 through December 11, 2018.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 14th day of December, 2018, at San Francisco, California.

By:  _____ */s/ Brian M. Lutz* _____
Brian M. Lutz