# Exhibit 8

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934

or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| Zuckerberg Mark | Facebook Inc [ FB ] | (Check all applicable) |

1. Name and Address of Reporting Person*

Zuckerberg Mark

(Last)       (First)       (Middle)

C/O FACEBOOK, INC.

1601 WILLOW ROAD

(Street)

MENLO PARK    CA      94025

(City)       (State)       (Zip)

2. Issuer Name **and** Ticker or Trading Symbol

Facebook Inc [ FB ]

3. Date of Earliest Transaction (Month/Day/Year)

02/27/2017

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer

(Check all applicable)

X  Director              X  10% Owner

X  Officer (give title         Other (specify
   below)                      below)

COB and CEO

6. Individual or Joint/Group Filing (Check Applicable Line)

X  Form filed by One Reporting Person

Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 02/27/2017 | | C | | 73,476 | A | $0 | 73,476 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 02/27/2017 | | S[2] | | 26,980 | D | $135.4619[3] | 46,496 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 02/27/2017 | | S[2] | | 44,496 | D | $136.4384[4] | 2,000 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 02/27/2017 | | S[2] | | 2,000 | D | $137.1135[5] | 0 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 02/27/2017 | | S[2] | | 17,039 | D | $135.4657[6] | 333,130 | I | By CZI Holdings, LLC[7] |
| Class A Common Stock | 02/27/2017 | | S[2] | | 28,783 | D | $136.4679[8] | 304,347 | I | By CZI Holdings, LLC[7] |
| Class A Common Stock | 02/27/2017 | | S[2] | | 100 | D | $137.15 | 304,247 | I | By CZI Holdings, LLC[7] |
| Class A Common Stock | 02/27/2017 | | S[9] | | 13,613 | D | $135.4652[10] | 814,257 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 1 Dated 5/8/2014[11] |

| Class A Common Stock | 02/27/2017 | | S[9] | 22,625 | D | $136.4531[12] | 791,632 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 1 Dated 5/8/2014[11] |
|---|---|---|---|---|---|---|---|---|---|
| Class A Common Stock | 02/27/2017 | | S[9] | 500 | D | $137.126[13] | 791,132 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 1 Dated 5/8/2014[11] |
| Class A Common Stock | 02/27/2017 | | S[9] | 6,889 | D | $135.4664[14] | 1,132,523 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[15] |
| Class A Common Stock | 02/27/2017 | | S[9] | 11,480 | D | $136.4702[16] | 1,121,043 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[15] |
| Class A Common Stock | 02/27/2017 | | S[9] | 6,872 | D | $135.4627[17] | 1,228,972 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[18] |
| Class A Common Stock | 02/27/2017 | | S[9] | 11,497 | D | $136.4691[19] | 1,217,475 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[18] |
| Class A Common Stock | 02/28/2017 | | C | 73,618 | A | $0 | 73,618 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 02/28/2017 | | S[2] | 34,808 | D | $135.5556[20] | 38,810 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 02/28/2017 | | S[2] | 38,610 | D | $136.0828[21] | 200 | I | By Chan Zuckerberg Foundation[1] |

| Class A Common Stock | 02/28/2017 | | S[2] | 200 | D | $136.795[22] | 0 | I | By Chan Zuckerberg Foundation[1] |
|---|---|---|---|---|---|---|---|---|---|
| Class A Common Stock | 02/28/2017 | | S[2] | 23,139 | D | $135.5718[23] | 281,108 | I | By CZI Holdings, LLC[7] |
| Class A Common Stock | 02/28/2017 | | S[2] | 22,871 | D | $136.1075[24] | 258,237 | I | By CZI Holdings, LLC[7] |
| Class A Common Stock | 02/28/2017 | | S[9] | 20,145 | D | $135.5923[25] | 770,987 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 1 Dated 5/8/2014[11] |
| Class A Common Stock | 02/28/2017 | | S[9] | 16,663 | D | $136.1326[26] | 754,324 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 1 Dated 5/8/2014[11] |
| Class A Common Stock | 02/28/2017 | | S[9] | 9,603 | D | $135.5886[27] | 1,111,440 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[15] |
| Class A Common Stock | 02/28/2017 | | S[9] | 8,800 | D | $136.1291[28] | 1,102,640 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[15] |
| Class A Common Stock | 02/28/2017 | | S[9] | 10,987 | D | $135.6275[29] | 1,206,488 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[18] |
| Class A Common Stock | 02/28/2017 | | S[9] | 7,416 | D | $136.1683[30] | 1,199,072 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[18] |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock[31] | [31] | 02/27/2017 | | C | | | 73,476 | [31] | [31] | Class A Common Stock | 73,476 | $0 | 4,375,478 | I | By Chan Zuckerberg Foundation[1] |
| Class B Common Stock[31] | [31] | 02/28/2017 | | C | | | 73,618 | [31] | [31] | Class A Common Stock | 73,618 | $0 | 4,301,860 | I | By Chan Zuckerberg Foundation[1] |
| Class B Common Stock[31] | [31] | | | | | | | [31] | [31] | Class A Common Stock | 5,207,492 | | 5,207,492 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg Trust Dated July 7, 2006[32] |
| Class B Common Stock[31] | [31] | | | | | | | [31] | [31] | Class A Common Stock | 401,687,563 | | 401,687,563 | I | By CZI Holdings, LLC[7] |

**Explanation of Responses:**

1. Shares held of record by Mark Zuckerberg, Trustee and Settlor of the Chan Zuckerberg Foundation ("CZ Foundation").

2. The sales reported were effected by CZ Foundation and CZI Holdings, LLC ("CZI"), as applicable, pursuant to their Rule 10b5-1trading plans. These sales are part of Mr. Zuckerberg's previously-announced plan to gift or otherwise direct substantially all of his shares of Facebook stock, or the net after-tax proceeds from sales of such shares, to further the mission of advancing human potential and promoting equality by means of philanthropic, public advocacy, and other activities for the public good, with such plan to sell or gift no more than $1 billion of Facebook stock each year through 2018.

3. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $135.06 to $136.01 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

4. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $136.08 to $137.05 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

5. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $137.06 to $137.17 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

6. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $135.08 to $136.07 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

7. Shares held of record by CZI. Mark Zuckerberg, Trustee of The Mark Zuckerberg Trust dated July 7, 2006 ("2006 Trust") is the sole member of CZI. Mr. Zuckerberg is the sole trustee of the 2006 Trust and, therefore, is deemed to have sole voting and investment power over the securities held by CZI.

8. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $136.15 to $137.14 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

9. The sales reported were effected by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 1, dated 5/8/2014, Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 2, dated 5/8/2014 and Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 3, dated 5/8/2014, as applicable, pursuant to their Rule 10b5-1 trading plans.

10. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $135.08 to $136.05 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

11. Shares held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 1, dated 5/8/2014.

12. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $136.12 to $137.11 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

13. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $137.12 to $137.14 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

14. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $135.10 to $136.00 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

15. Shares held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 2, dated 5/8/2014.

16. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $136.14 to $137.12 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

17. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $135.10 to $135.98 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

18. Shares held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 3, dated 5/8/2014.

19. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $136.15 to $137.12 per share, inclusive. The reporting person undertakes to provide to

the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

20. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $134.78 to $135.77 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

21. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $135.78 to $136.77 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

22. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $136.79 to $136.80 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

23. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $134.82 to $135.81 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

24. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $135.82 to $136.77 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

25. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $134.89 to $135.88 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

26. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $135.885 to $136.77 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

27. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $134.87 to $135.86 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

28. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $135.87 to $136.77 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

29. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $134.95 to $135.94 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

30. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $135.95 to $136.77 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

31. The Class B Common Stock is convertible into the issuer's Class A Common Stock on a 1-for-1 basis (a) at the holder's option or (b) upon certain transfers of such shares and has no expiration date.

32. Shares held of record by Mark Zuckerberg, Trustee of the 2006 Trust.

| /s/ Michael Johnson as attorney-in-fact for Mark Zuckerberg | 03/01/2017 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934

or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Estimated average burden
hours per response: 0.5

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| Zuckerberg Mark | Facebook Inc [ FB ] | (Check all applicable) |
| (Last)   (First)   (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Director     X 10% Owner |
| C/O FACEBOOK, INC. | 06/29/2017 | X Officer (give title below)   Other (specify below) |
| 1601 WILLOW ROAD | | COB and CEO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| MENLO PARK   CA   94025 | | X Form filed by One Reporting Person |
| (City)   (State)   (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 06/29/2017 | | C | | 66,278 | A | $0 | 66,278 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 06/29/2017 | | S[2] | | 5,800 | D | $149.5815[3] | 60,478 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 06/29/2017 | | S[2] | | 26,053 | D | $150.4396[4] | 34,425 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 06/29/2017 | | S[2] | | 31,907 | D | $151.3786[5] | 2,518 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 06/29/2017 | | S[2] | | 2,518 | D | $152.0775[6] | 0 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 06/29/2017 | | C | | 41,426 | A | $0 | 41,426 | I | By CZI Holdings, LLC[7] |
| Class A Common Stock | 06/29/2017 | | S[2] | | 6,503 | D | $149.7578[8] | 34,923 | I | By CZI Holdings, LLC[7] |
| Class A Common Stock | 06/29/2017 | | S[2] | | 18,006 | D | $150.6295[9] | 16,917 | I | By CZI Holdings, LLC[7] |
| Class A Common Stock | 06/29/2017 | | S[2] | | 16,617 | D | $151.5344[10] | 300 | I | By CZI Holdings, LLC[7] |
| | | | | | | | | | | By CZI |

| Title | Date | | Code | Amount | A/D | Price | Owned | D/I | Ownership |
|---|---|---|---|---|---|---|---|---|---|
| Class A Common Stock | 06/29/2017 | | S[2] | 300 | D | $152.2833[11] | 0 | I | Holdings, LLC[7] |
| Class A Common Stock | 06/29/2017 | | S[12] | 8,614 | D | $150.3505[13] | 819,412 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[14] |
| Class A Common Stock | 06/29/2017 | | S[12] | 7,153 | D | $151.4049[15] | 812,259 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[14] |
| Class A Common Stock | 06/29/2017 | | S[12] | 800 | D | $152.08[16] | 811,459 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[14] |
| Class A Common Stock | 06/29/2017 | | S[12] | 2,500 | D | $149.7091[17] | 921,950 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[18] |
| Class A Common Stock | 06/29/2017 | | S[12] | 7,108 | D | $150.6306[19] | 914,842 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[18] |
| Class A Common Stock | 06/29/2017 | | S[12] | 6,962 | D | $151.5007[20] | 907,880 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[18] |
| Class A Common Stock | 06/30/2017 | | C | 66,163 | A | $0 | 66,163 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 06/30/2017 | | S[2] | 21,687 | D | $150.7158[21] | 44,476 | I | By Chan Zuckerberg Foundation[1] |

| Class A Common Stock | 06/30/2017 | | S[(2)] | 44,476 | D | $151.3428[(22)] | 0 | I | By Chan Zuckerberg Foundation[(1)] |
| Class A Common Stock | 06/30/2017 | | C | 41,354 | A | $0 | 41,354 | I | By CZI Holdings, LLC[(7)] |
| Class A Common Stock | 06/30/2017 | | S[(2)] | 17,220 | D | $150.7907[(23)] | 24,134 | I | By CZI Holdings, LLC[(7)] |
| Class A Common Stock | 06/30/2017 | | S[(2)] | 24,134 | D | $151.3668[(24)] | 0 | I | By CZI Holdings, LLC[(7)] |
| Class A Common Stock | 06/30/2017 | | S[(12)] | 5,110 | D | $150.6761[(25)] | 806,349 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[(14)] |
| Class A Common Stock | 06/30/2017 | | S[(12)] | 11,429 | D | $151.3592[(26)] | 794,920 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[(14)] |
| Class A Common Stock | 06/30/2017 | | S[(12)] | 11,561 | D | $150.9889[(27)] | 896,319 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[(18)] |
| Class A Common Stock | 06/30/2017 | | S[(12)] | 4,978 | D | $151.5096[(28)] | 891,341 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[(18)] |
| Class A Common Stock | | | | | | | 468,566 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg Trust Dated July 7, 2006[(29)] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security | 2. Conversion or Exercise | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any | 4. Transaction Code (Instr. | 5. Number of Derivative | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security | 8. Price of Derivative Security | 9. Number of derivative Securities | 10. Ownership Form: | 11. Nature of Indirect Beneficial |
|---|---|---|---|---|---|---|---|---|---|---|

| (Instr. 3) | Price of Derivative Security | (Month/Day/Year) | 8) | Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | | | | (Instr. 3 and 4) | | (Instr. 5) | Beneficially Owned Following Reported Transaction(s) (Instr. 4) | Direct (D) or Indirect (I) (Instr. 4) | Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | | |
| Class B Common Stock(30) | (30) | 06/29/2017 | C | | | 66,278 | (30) | (30) | Class A Common Stock | 66,278 | $0 | 3,137,004 | I | By Chan Zuckerberg Foundation(1) |
| Class B Common Stock(30) | (30) | 06/29/2017 | C | | | 41,426 | (30) | (30) | Class A Common Stock | 41,426 | $0 | 401,217,782 | I | By CZI Holdings, LLC(7) |
| Class B Common Stock(30) | (30) | 06/30/2017 | C | | | 66,163 | (30) | (30) | Class A Common Stock | 66,163 | $0 | 3,070,841 | I | By Chan Zuckerberg Foundation(1) |
| Class B Common Stock(30) | (30) | 06/30/2017 | C | | | 41,354 | (30) | (30) | Class A Common Stock | 41,354 | $0 | 401,176,428 | I | By CZI Holdings, LLC(7) |
| Class B Common Stock(30) | (30) | | | | | | (30) | (30) | Class A Common Stock | 5,207,492 | | 5,207,492 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg Trust Dated July 7, 2006(29) |

**Explanation of Responses:**

1. Shares held of record by Mark Zuckerberg, Trustee and Settlor of the Chan Zuckerberg Foundation ("CZ Foundation").

2. The sales reported were effected by CZ Foundation and CZI Holdings, LLC ("CZI"), as applicable, pursuant to their Rule 10b5-1 trading plans. These sales are part of Mr. Zuckerberg's previously-announced plan to gift or otherwise direct substantially all of his shares of Facebook stock, or the net after-tax proceeds from sales of such shares, to further the mission of advancing human potential and promoting equality by means of philanthropic, public advocacy, and other activities for the public good, with such plan to sell or gift no more than $1 billion of Facebook stock each year through 2018.

3. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $148.92 to $149.90 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

4. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $149.92 to $150.91 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

5. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $150.93 to $151.92 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

6. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $151.93 to $152.28 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

7. Shares held of record by CZI. Mark Zuckerberg, Trustee of The Mark Zuckerberg Trust dated July 7, 2006 ("2006 Trust") is the sole member of CZI. Mr. Zuckerberg is the sole trustee of the 2006 Trust and, therefore, is deemed to have sole voting and investment power over the securities held by CZI.

8. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $149.16 to $150.12 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

9. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $150.18 to $151.175 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

10. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $151.18 to $152.12 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

11. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $152.28 to $152.29 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

12. The sales reported were effected by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 2, dated 5/8/2014 and Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 3, dated 5/8/2014, as applicable, pursuant to their Rule 10b5-1 trading plans.

13. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $148.92 to $150.88 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

14. Shares held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 2, dated 5/8/2014.

15. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $150.975 to $151.97 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

16. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $152.06 to $152.10 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

17. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $149.17 to $150.09 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

18. Shares held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 3, dated 5/8/2014.

19. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $150.17 to $151.16 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

20. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $151.17 to $152.15 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

21. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $150.09 to $151.07 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

22. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $151.09 to $151.81 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

23. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $150.15 to $151.145 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

24. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $151.15 to $151.81 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

25. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $150.10 to $151.06 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

26. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $151.15 to $151.76 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

27. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $150.34 to $151.335 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

28. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $151.34 to $151.82 per share, inclusive. The reporting person undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

29. Shares held of record by Mark Zuckerberg, Trustee of the 2006 Trust.

30. The Class B Common Stock is convertible into the issuer's Class A Common Stock on a 1-for-1 basis (a) at the holder's option or (b) upon certain transfers of such shares and has no expiration date.

| /s/ Michael Johnson as attorney-in-fact for Mark Zuckerberg | 07/03/2017 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

| | |
|---|---|
| | OMB APPROVAL |
| | OMB Number: 3235-0287 |
| | Estimated average burden |
| | hours per response: 0.5 |

[ ] Check this box if no longer subject to
Section 16. Form 4 or Form 5
obligations may continue. *See*
Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934

or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| Zuckerberg Mark | Facebook Inc [ FB ] | (Check all applicable) |
| (Last)      (First)      (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X  Director                     X  10% Owner |
| C/O FACEBOOK, INC. | 10/11/2017 | X  Officer (give title       Other (specify |
| 1601 WILLOW ROAD | | below)                           below) |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | COB and CEO |
| MENLO PARK   CA      94025 | | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City)      (State)      (Zip) | | X  Form filed by One Reporting Person |
| | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 10/11/2017 | | C | | 58,108 | A | $0 | 58,108 | I | By Chan Zuckerberg Foundation[(1)] |
| Class A Common Stock | 10/11/2017 | | S[(2)] | | 49,625 | D | $172.0031[(3)] | 8,483 | I | By Chan Zuckerberg Foundation[(1)] |
| Class A Common Stock | 10/11/2017 | | S[(2)] | | 8,483 | D | $172.6191[(4)] | 0 | I | By Chan Zuckerberg Foundation[(1)] |
| Class A Common Stock | 10/11/2017 | | C | | 36,319 | A | $0 | 36,319 | I | By CZI Holdings, LLC[(5)] |
| Class A Common Stock | 10/11/2017 | | S[(2)] | | 32,287 | D | $172.0115[(6)] | 4,032 | I | By CZI Holdings, LLC[(5)] |
| Class A Common Stock | 10/11/2017 | | S[(2)] | | 4,032 | D | $172.6817[(7)] | 0 | I | By CZI Holdings, LLC[(5)] |
| Class A Common Stock | 10/11/2017 | | S[(8)] | | 13,319 | D | $172.0161[(9)] | 603,284 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[(10)] |
| | | | | | | | | | | By Mark Zuckerberg, Trustee Of |

| Class A Common Stock | 10/11/2017 | | S[8] | 1,210 | D | $172.6456[11] | 602,074 | I | The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[10] |
|---|---|---|---|---|---|---|---|---|---|
| Class A Common Stock | 10/11/2017 | | S[8] | 13,581 | D | $172.0173[12] | 699,418 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[13] |
| Class A Common Stock | 10/11/2017 | | S[8] | 948 | D | $172.6457[14] | 698,470 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[13] |
| Class A Common Stock | 10/12/2017 | | C | 57,766 | A | $0 | 57,766 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 10/12/2017 | | S[2] | 43,574 | D | $173.003[15] | 14,192 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 10/12/2017 | | S[2] | 14,192 | D | $173.4372[16] | 0 | I | By Chan Zuckerberg Foundation[1] |
| Class A Common Stock | 10/12/2017 | | C | 36,105 | A | $0 | 36,105 | I | By CZI Holdings, LLC[5] |
| Class A Common Stock | 10/12/2017 | | S[2] | 30,018 | D | $173.0229[17] | 6,087 | I | By CZI Holdings, LLC[5] |
| Class A Common Stock | 10/12/2017 | | S[2] | 6,087 | D | $173.4969[18] | 0 | I | By CZI Holdings, LLC[5] |
| Class A Common Stock | 10/12/2017 | | S[8] | 12,541 | D | $173.0576[19] | 589,533 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[10] |
| Class A Common Stock | 10/12/2017 | | S[8] | 1,900 | D | $173.5172[20] | 587,633 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[10] |

| Class A Common Stock | 10/12/2017 | | S[8] | 12,340 | D | $173.0612[19] | 686,130 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[13] |
| Class A Common Stock | 10/12/2017 | | S[8] | 2,100 | D | $173.4838[21] | 684,030 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[13] |
| Class A Common Stock | | | | | | | 468,566 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg Trust Dated July 7, 2006[22] |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock[23] | [23] | 10/11/2017 | | C | | | 58,108 | [23] | [23] | Class A Common Stock | 58,108 | $0 | 2,299,451 | I | By Chan Zuckerberg Foundation[1] |
| Class B Common Stock[23] | [23] | 10/11/2017 | | C | | | 36,319 | [23] | [23] | Class A Common Stock | 36,319 | $0 | 400,694,315 | I | By CZI Holdings, LLC[5] |
| Class B Common Stock[23] | [23] | 10/12/2017 | | C | | | 57,766 | [23] | [23] | Class A Common Stock | 57,766 | $0 | 2,241,685 | I | By Chan Zuckerberg Foundation[1] |
| Class B Common Stock[23] | [23] | 10/12/2017 | | C | | | 36,105 | [23] | [23] | Class A Common Stock | 36,105 | $0 | 400,658,210 | I | By CZI Holdings, LLC[5] |
| Class B Common Stock[23] | [23] | | | | | | | [23] | [23] | Class A Common Stock | 5,207,492 | | 5,207,492 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg Trust Dated July 7, 2006[22] |

**Explanation of Responses:**

1. Shares held of record by Mark Zuckerberg, Trustee and Settlor of the Chan Zuckerberg Foundation ("CZ Foundation").

2. The sales reported were effected by CZ Foundation and CZI Holdings, LLC ("CZI"), as applicable, pursuant to their Rule 10b5-1 trading plans. These sales are part of Mr. Zuckerberg's previously-announced plan to

gift or otherwise direct substantially all of his shares of Facebook stock, or the net after-tax proceeds from sales of such shares, to further the mission of advancing human potential and promoting equality by means of philanthropic, public advocacy, and other activities for the public good.

3. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $171.43 to $172.42 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

4. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $172.43 to $172.755 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

5. Shares held of record by CZI. Mark Zuckerberg, Trustee of The Mark Zuckerberg Trust dated July 7, 2006 ("2006 Trust") is the sole member of CZI. Mr. Zuckerberg is the sole trustee of the 2006 Trust and, therefore, is deemed to have sole voting and investment power over the securities held by CZI.

6. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $171.48 to $172.47 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

7. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $172.52 to $172.77 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

8. The sales reported were effected by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 2, dated 5/8/2014 and Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 3, dated 5/8/2014, as applicable, pursuant to their Rule 10b5-1 trading plans.

9. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $171.49 to $172.47 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

10. Shares held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 2, dated 5/8/2014.

11. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $172.53 to $172.73 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

12. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $171.53 to $172.45 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

13. Shares held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 3, dated 5/8/2014.

14. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $172.53 to $172.74 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

15. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $172.30 to $173.29 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

16. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $173.30 to $173.73 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

17. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $172.37 to $173.36 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

18. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $173.37 to $173.78 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

19. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $172.38 to $173.37 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

20. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $173.39 to $173.76 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

21. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $173.38 to $173.76 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

22. Shares held of record by Mark Zuckerberg, Trustee of the 2006 Trust.

23. The Class B Common Stock is convertible into the issuer's Class A Common Stock on a 1-for-1 basis (a) at the holder's option or (b) upon certain transfers of such shares and has no expiration date.

| | |
|---|---|
| /s/ Michael Johnson as attorney-in-fact for Mark Zuckerberg | 10/13/2017 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934

or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Zuckerberg Mark | Facebook Inc [ FB ] | X  Director | X  10% Owner |
| (Last)       (First)       (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X  Officer (give title below) | Other (specify below) |
| C/O FACEBOOK, INC. | 02/12/2018 | COB and CEO | |
| 1601 WILLOW ROAD | | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| MENLO PARK  CA       94025 | | X  Form filed by One Reporting Person | |
| (City)       (State)       (Zip) | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 02/12/2018 | | S[(1)] | | 2,100 | D | $172.6457[(2)] | 10,297,900 | I | By Chan Zuckerberg Foundation[(3)] |
| Class A Common Stock | 02/12/2018 | | S[(1)] | | 5,100 | D | $173.5538[(4)] | 10,292,800 | I | By Chan Zuckerberg Foundation[(3)] |
| Class A Common Stock | 02/12/2018 | | S[(1)] | | 20,000 | D | $174.88[(5)] | 10,272,800 | I | By Chan Zuckerberg Foundation[(3)] |
| Class A Common Stock | 02/12/2018 | | S[(1)] | | 25,025 | D | $175.5967[(6)] | 10,247,775 | I | By Chan Zuckerberg Foundation[(3)] |
| Class A Common Stock | 02/12/2018 | | S[(1)] | | 34,120 | D | $176.7343[(7)] | 10,213,655 | I | By Chan Zuckerberg Foundation[(3)] |
| Class A Common Stock | 02/12/2018 | | S[(1)] | | 6,155 | D | $177.2683[(8)] | 10,207,500 | I | By Chan Zuckerberg Foundation[(3)] |
| Class A Common Stock | 02/12/2018 | | S[(1)] | | 4,400 | D | $172.4355[(9)] | 255,999 | I | By CZI Holdings, LLC[(10)] |
| Class A Common Stock | 02/12/2018 | | S[(1)] | | 13,693 | D | $173.3643[(11)] | 242,306 | I | By CZI Holdings, LLC[(10)] |

| Class A Common Stock | 02/12/2018 | | S[1] | 17,430 | D | $174.3833[12] | 224,876 | I | By CZI Holdings, LLC[10] |
|---|---|---|---|---|---|---|---|---|---|
| Class A Common Stock | 02/12/2018 | | S[1] | 38,335 | D | $175.3712[13] | 186,541 | I | By CZI Holdings, LLC[10] |
| Class A Common Stock | 02/12/2018 | | S[1] | 29,372 | D | $176.4228[14] | 157,169 | I | By CZI Holdings, LLC[10] |
| Class A Common Stock | 02/12/2018 | | S[1] | 24,270 | D | $177.0925[15] | 132,899 | I | By CZI Holdings, LLC[10] |
| Class A Common Stock | 02/13/2018 | | S[1] | 8,117 | D | $173.8951[16] | 10,199,383 | I | By Chan Zuckerberg Foundation[3] |
| Class A Common Stock | 02/13/2018 | | S[1] | 50,133 | D | $174.7686[17] | 10,149,250 | I | By Chan Zuckerberg Foundation[3] |
| Class A Common Stock | 02/13/2018 | | S[1] | 1,500 | D | $175.386[18] | 10,147,750 | I | By Chan Zuckerberg Foundation[3] |
| Class A Common Stock | 02/13/2018 | | S[1] | 23,863 | D | $173.893[19] | 109,036 | I | By CZI Holdings, LLC[10] |
| Class A Common Stock | 02/13/2018 | | S[1] | 89,802 | D | $174.5992[20] | 19,234 | I | By CZI Holdings, LLC[10] |
| Class A Common Stock | 02/13/2018 | | S[1] | 3,785 | D | $175.3731[21] | 15,449 | I | By CZI Holdings, LLC[10] |
| Class A Common Stock | | | | | | | 504,368 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[22] |
| Class A Common Stock | | | | | | | 600,765 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[23] |
| Class A Common Stock | | | | | | | 100,100 | I | By Chan Zuckerberg Advocacy[24] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**

**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported were effected by Mark Zuckerberg, Trustee and Settlor of the Chan Zuckerberg Foundation ("CZ Foundation") and CZI Holdings, LLC ("CZI"), as applicable, pursuant to their Rule 10b5-1 trading plans. These sales are part of the plan Mr. Zuckerberg announced in September 2017 to sell 35 million to 75 million Facebook shares over approximately 18 months from the date of that announcement in order to fund the philanthropic initiatives of Mr. Zuckerberg and his wife, Priscilla Chan, in education, science and advocacy.

2. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $172.14 to $173.11 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

3. Shares held of record by CZ Foundation. The reporting person is deemed to have voting and investment power over the shares held by CZ Foundation, but has no pecuniary interest in these shares.

4. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $173.14 to $174.04 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

5. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $174.15 to $175.14 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

6. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $175.15 to $176.14 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

7. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $176.15 to $177.14 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

8. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $177.16 to $177.39 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

9. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $171.89 to $172.87 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

10. Shares held of record by CZI. Mark Zuckerberg, Trustee of The Mark Zuckerberg Trust dated July 7, 2006 ("2006 Trust") is the sole member of CZI. Mr. Zuckerberg is the sole trustee of the 2006 Trust and, therefore, is deemed to have sole voting and investment power over the securities held by CZI.

11. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $172.89 to $173.86 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

12. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $173.89 to $174.88 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

13. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $174.89 to $175.88 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

14. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $175.89 to $176.88 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

15. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $176.89 to $177.47 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

16. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $173.14 to $174.13 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

17. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $174.14 to $175.11 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

18. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $175.17 to $175.80 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

19. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $173.14 to $174.13 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

20. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $174.14 to $175.09 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

21. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $175.15 to $175.81 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

22. Shares held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 2, dated 5/8/2014.

23. Shares held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 3, dated 5/8/2014.

24. Shares held of record by Chan Zuckerberg Advocacy. The reporting person is deemed to have voting and investment power over the shares held by Chan Zuckerberg Advocacy, but has no pecuniary interest in these shares.

/s/ Michael Johnson as attorney-in-fact for Mark Zuckerberg          02/14/2018

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

□ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934

or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| Zuckerberg Mark | Facebook Inc [ FB ] | (Check all applicable) |

**1. Name and Address of Reporting Person***

Zuckerberg Mark

(Last)       (First)       (Middle)

C/O FACEBOOK, INC.

1601 WILLOW ROAD

(Street)

MENLO PARK    CA    94025

(City)       (State)       (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

Facebook Inc [ FB ]

**3. Date of Earliest Transaction (Month/Day/Year)**

04/19/2018

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**

(Check all applicable)

X  Director            X   10% Owner

X  Officer (give title         Other (specify
   below)                      below)

COB and CEO

**6. Individual or Joint/Group Filing (Check Applicable Line)**

X   Form filed by One Reporting Person

    Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 04/19/2018 | | S[1] | | 13,357 | D | $165.9989[2] | 7,282,267 | I | By Chan Zuckerberg Foundation[3] |
| Class A Common Stock | 04/19/2018 | | S[1] | | 12,969 | D | $166.7805[4] | 7,269,298 | I | By Chan Zuckerberg Foundation[3] |
| Class A Common Stock | 04/19/2018 | | S[1] | | 9,924 | D | $167.6656[5] | 7,259,374 | I | By Chan Zuckerberg Foundation[3] |
| Class A Common Stock | 04/19/2018 | | C | | 108,750 | A | $0 | 108,750 | I | By CZI Holdings, LLC[6] |
| Class A Common Stock | 04/19/2018 | | S[1] | | 38,600 | D | $166.0241[7] | 70,150 | I | By CZI Holdings, LLC[6] |
| Class A Common Stock | 04/19/2018 | | S[1] | | 39,066 | D | $166.7852[8] | 31,084 | I | By CZI Holdings, LLC[6] |
| Class A Common Stock | 04/19/2018 | | S[1] | | 31,084 | D | $167.6661[9] | 0 | I | By CZI Holdings, LLC[6] |
| Class A Common Stock | 04/19/2018 | | S[10] | | 3,000 | D | $166.0133[11] | 427,066 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[12] |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Class A Common Stock | 04/19/2018 | | S[10] | 2,992 | D | $166.8451[13] | 424,074 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[12] |
| Class A Common Stock | 04/19/2018 | | S[10] | 2,008 | D | $167.7002[14] | 422,066 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[12] |
| Class A Common Stock | 04/19/2018 | | S[10] | 3,400 | D | $166.0362[15] | 514,231 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[16] |
| Class A Common Stock | 04/19/2018 | | S[10] | 3,100 | D | $166.8161[17] | 511,131 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[16] |
| Class A Common Stock | 04/19/2018 | | S[10] | 2,500 | D | $167.6792[18] | 508,631 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[16] |
| Class A Common Stock | 04/20/2018 | | S[1] | 14,121 | D | $166.4189[19] | 7,245,253 | I | By Chan Zuckerberg Foundation[3] |
| Class A Common Stock | 04/20/2018 | | S[1] | 19,328 | D | $167.2868[20] | 7,225,925 | I | By Chan Zuckerberg Foundation[3] |
| Class A Common Stock | 04/20/2018 | | S[1] | 2,801 | D | $168.094[21] | 7,223,124 | I | By Chan Zuckerberg Foundation[3] |
| Class A Common Stock | 04/20/2018 | | C | 108,750 | A | $0 | 108,750 | I | By CZI Holdings, LLC[6] |
| Class A Common Stock | 04/20/2018 | | S[1] | 45,393 | D | $166.4228[22] | 63,357 | I | By CZI Holdings, LLC[6] |
| | | | | | | | | | By CZI |

| Class A Common Stock | 04/20/2018 | | S[1] | 54,988 | D | $167.2787[23] | 8,369 | I | Holdings, LLC[6] |
| Class A Common Stock | 04/20/2018 | | S[1] | 8,369 | D | $168.0715[24] | 0 | I | By CZI Holdings, LLC[6] |
| Class A Common Stock | 04/20/2018 | | S[10] | 3,500 | D | $166.4628[25] | 418,566 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[12] |
| Class A Common Stock | 04/20/2018 | | S[10] | 3,800 | D | $167.297[26] | 414,766 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[12] |
| Class A Common Stock | 04/20/2018 | | S[10] | 700 | D | $168.0557[27] | 414,066 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[12] |
| Class A Common Stock | 04/20/2018 | | S[10] | 3,795 | D | $166.4606[28] | 504,836 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[16] |
| Class A Common Stock | 04/20/2018 | | S[10] | 4,405 | D | $167.3254[29] | 500,431 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[16] |
| Class A Common Stock | 04/20/2018 | | S[10] | 800 | D | $168.0488[30] | 499,631 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[16] |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security | 2. Conversion or Exercise | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any | 4. Transaction Code (Instr. | 5. Number of Derivative Securities | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security | 8. Price of Derivative Security | 9. Number of derivative Securities | 10. Ownership Form: | 11. Nature of Indirect Beneficial |
|---|---|---|---|---|---|---|---|---|---|---|---|

| (Instr. 3) | Price of Derivative Security | (Month/Day/Year) | 8) | Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | (Instr. 3 and 4) | | (Instr. 5) | Beneficially Owned Following Reported Transaction(s) (Instr. 4) | Direct (D) or Indirect (I) (Instr. 4) | Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock(31) | (31) | 04/19/2018 | C | | | 108,750 | (31) | (31) | Class A Common Stock | 108,750 | $0 | 383,605,020 | I | By CZI Holdings, LLC(6) |
| Class B Common Stock(31) | (31) | 04/20/2018 | C | | | 108,750 | (31) | (31) | Class A Common Stock | 108,750 | $0 | 383,496,270 | I | By CZI Holdings, LLC(6) |
| Class B Common Stock(31) | (31) | | | | | | (31) | (31) | Class A Common Stock | 1,908,602 | | 1,908,602 | I | By Chan Zuckerberg Foundation(3) |
| Class B Common Stock(31) | (31) | | | | | | (31) | (31) | Class A Common Stock | 5,676,058 | | 5,676,058 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg Trust Dated July 7, 2006(32) |

**Explanation of Responses:**

1. The sales reported were effected by Mark Zuckerberg, Trustee and Settlor of the Chan Zuckerberg Foundation ("CZ Foundation") and CZI Holdings, LLC ("CZI"), as applicable, pursuant to their Rule 10b5-1 trading plans. These sales are part of the plan Mr. Zuckerberg announced in September 2017 to sell 35 million to 75 million Facebook shares over approximately 18 months from the date of that announcement in order to fund the philanthropic initiatives of Mr. Zuckerberg and his wife, Priscilla Chan, in education, science and advocacy.

2. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $165.29 to $166.26 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

3. Shares held of record by CZ Foundation. The reporting person is deemed to have voting and investment power over the shares held by CZ Foundation, but has no pecuniary interest in these shares.

4. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $166.29 to $167.27 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

5. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $167.29 to $168.20 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

6. Shares held of record by CZI. Mark Zuckerberg, Trustee of The Mark Zuckerberg Trust dated July 7, 2006 ("2006 Trust") is the sole member of CZI. Mr. Zuckerberg is the sole trustee of the 2006 Trust and, therefore, is deemed to have sole voting and investment power over the securities held by CZI.

7. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $165.29 to $166.28 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

8. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $166.29 to $167.28 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

9. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $167.29 to $168.25 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

10. The sales reported were effected by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 2, dated 5/8/2014 and Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 3, dated 5/8/2014, as applicable, pursuant to their Rule 10b5-1 trading plans.

11. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $165.29 to $166.28 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

12. Shares held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 2, dated 5/8/2014.

13. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $166.33 to $167.32 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

14. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $167.34 to $168.23 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

15. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $165.29 to $166.25 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

16. Shares held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 3, dated 5/8/2014.

17. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $166.29 to $167.28 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

18. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $167.31 to $168.29 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

19. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $165.85 to $166.83 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

20. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $166.85 to $167.83 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

21. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $167.86 to $168.35 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

22. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $165.87 to $166.86 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

23. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $166.87 to $167.83 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

24. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $167.87 to $168.34 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

25. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $165.87 to $166.86 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

26. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $166.89 to $167.83 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

27. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $167.90 to $168.28 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

28. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $165.89 to $166.86 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

29. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $166.89 to $167.79 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

30. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $167.90 to $168.30 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

31. The Class B Common Stock is convertible into the issuer's Class A Common Stock on a 1-for-1 basis (a) at the holder's option or (b) upon certain transfers of such shares and has no expiration date.

32. Shares held of record by Mark Zuckerberg, Trustee of the 2006 Trust.

| | |
|---|---|
| /s/ Michael Johnson as attorney-in-fact for Mark Zuckerberg | 04/23/2018 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

| | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |
|---|---|
| | Washington, D.C. 20549 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

OMB Number: 3235-0287
Estimated average burden
hours per response: 0.5

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| Zuckerberg Mark | Facebook Inc [ FB ] | (Check all applicable) |
| (Last)      (First)      (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X  Director          X   10% Owner |
| C/O FACEBOOK, INC. | 07/19/2018 | X  Officer (give title below)   Other (specify below) |
| 1601 WILLOW ROAD | | COB and CEO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| MENLO PARK   CA   94025 | | X  Form filed by One Reporting Person |
| (City)   (State)   (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 07/19/2018 | | S[1] | | 73,479 | D | $208.3236[2] | 13,715,964 | I | By Chan Zuckerberg Foundation[3] |
| Class A Common Stock | 07/19/2018 | | S[1] | | 23,021 | D | $209.1415[4] | 13,692,943 | I | By Chan Zuckerberg Foundation[3] |
| Class A Common Stock | 07/19/2018 | | S[1] | | 1,000 | D | $209.859[5] | 13,691,943 | I | By Chan Zuckerberg Foundation[3] |
| Class A Common Stock | 07/19/2018 | | C | | 142,500 | A | $0 | 142,500 | I | By CZI Holdings, LLC[6] |
| Class A Common Stock | 07/19/2018 | | S[1] | | 105,010 | D | $208.3093[7] | 37,490 | I | By CZI Holdings, LLC[6] |
| Class A Common Stock | 07/19/2018 | | S[1] | | 35,390 | D | $209.0979[8] | 2,100 | I | By CZI Holdings, LLC[6] |
| Class A Common Stock | 07/19/2018 | | S[1] | | 2,100 | D | $209.8707[9] | 0 | I | By CZI Holdings, LLC[6] |
| Class A Common Stock | 07/20/2018 | | S[1] | | 9,900 | D | $209.1665[10] | 13,682,043 | I | By Chan Zuckerberg Foundation[3] |
| Class A Common Stock | 07/20/2018 | | S[1] | | 70,568 | D | $209.9468[11] | 13,611,475 | I | By Chan Zuckerberg Foundation[3] |
| | | | | | | | | | | By Chan |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Class A Common Stock | 07/20/2018 | | S[1] | 17,032 | D | $210.7947[12] | 13,594,443 | I | Zuckerberg Foundation[3] |
| Class A Common Stock | 07/20/2018 | | C | 142,500 | A | $0 | 142,500 | I | By CZI Holdings, LLC[6] |
| Class A Common Stock | 07/20/2018 | | S[1] | 13,886 | D | $209.1733[13] | 128,614 | I | By CZI Holdings, LLC[6] |
| Class A Common Stock | 07/20/2018 | | S[1] | 103,177 | D | $209.9447[14] | 25,437 | I | By CZI Holdings, LLC[6] |
| Class A Common Stock | 07/20/2018 | | S[1] | 25,437 | D | $210.7905[15] | 0 | I | By CZI Holdings, LLC[6] |
| Class A Common Stock | | | | | | | 318,066 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 2 Dated 5/8/2014[16] |
| Class A Common Stock | | | | | | | 391,631 | I | By Mark Zuckerberg, Trustee Of The Mark Zuckerberg 2014 GRAT No. 3 Dated 5/8/2014[17] |
| Class A Common Stock | | | | | | | 206,000 | I | By Chan Zuckerberg Advocacy[18] |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
#### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock[19] | [19] | 07/19/2018 | | C | | | 142,500 | [19] | [19] | Class A Common Stock | 142,500 | $0 | 363,118,054 | I | By CZI Holdings, LLC[6] |
| Class B Common Stock[19] | [19] | 07/20/2018 | | C | | | 142,500 | [19] | [19] | Class A Common Stock | 142,500 | $0 | 362,975,554 | I | By CZI Holdings, LLC[6] |
| Class B Common Stock[19] | [19] | | | | | | | [19] | [19] | Class A Common Stock | 1,908,602 | | 1,908,602 | I | By Chan Zuckerberg Foundation[3] |
| Class B | | | | | | | | | | Class A | | | | | By Mark Zuckerberg, Trustee Of The Mark |

| Common Stock[19] | (19) | | | | | (19) | (19) | Common Stock | 5,676,058 | 5,676,058 | I | Zuckerberg Trust Dated July 7, 2006[20] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Explanation of Responses:**

1. The sales reported were effected by Mark Zuckerberg, Trustee and Settlor of the Chan Zuckerberg Foundation ("CZ Foundation") and CZI Holdings, LLC ("CZI"), as applicable, pursuant to their Rule 10b5-1 trading plans. These sales are part of the plan Mr. Zuckerberg announced in September 2017 to sell 35 million to 75 million Facebook shares over approximately 18 months from the date of that announcement in order to fund the philanthropic initiatives of Mr. Zuckerberg and his wife, Priscilla Chan, in education, science and advocacy.

2. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $207.80 to $208.79 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

3. Shares held of record by CZ Foundation. The reporting person is deemed to have voting and investment power over the shares held by CZ Foundation, but has no pecuniary interest in these shares.

4. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $208.80 to $209.77 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

5. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $209.80 to $209.91 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

6. Shares held of record by CZI. Mark Zuckerberg, Trustee of The Mark Zuckerberg Trust dated July 7, 2006 ("2006 Trust") is the sole member of CZI. Mr. Zuckerberg is the sole trustee of the 2006 Trust and, therefore, is deemed to have sole voting and investment power over the securities held by CZI.

7. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $207.78 to $208.77 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

8. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $208.78 to $209.77 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

9. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $209.80 to $209.94 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

10. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $208.53 to $209.52 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

11. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $209.54 to $210.53 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

12. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $210.54 to $211.32 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

13. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $208.51 to $209.50 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

14. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $209.52 to $210.51 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

15. The reported price in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $210.52 to $211.29 per share, inclusive. The holder undertakes to provide to the issuer, any security holder of the issuer, or the staff of the Securities and Exchange Commission, upon written request, full information regarding the number of shares sold at each separate price within the range set forth in this footnote.

16. Shares held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 2, dated 5/8/2014.

17. Shares held of record by Mark Zuckerberg, Trustee of The Mark Zuckerberg 2014 GRAT No. 3, dated 5/8/2014.

18. Shares held by Chan Zuckerberg Advocacy. The reporting person is deemed to have voting and investment power over the shares held by Chan Zuckerberg Advocacy, but has no pecuniary interest in these shares.

19. The Class B Common Stock is convertible into the issuer's Class A Common Stock on a 1-for-1 basis (a) at the holder's option or (b) upon certain transfers of such shares and has no expiration date.

20. Shares held of record by Mark Zuckerberg, Trustee of the 2006 Trust.

/s/ Michael Johnson as attorney-in-fact for Mark Zuckerberg        07/23/2018

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**