# Exhibit 18

# Intelligencer

## 'Facebook Is a Fundamentally Addictive Product'

A conversation with former Facebook manager Sandy Parakilas on privacy, addiction, and why Facebook must "dramatically" change its business model.

By **Noah Kulwin**



Facebook founder and CEO Mark Zuckerberg is testifying in front of Congress this week. To accompany the testimony, Select All is publishing transcripts of interviews with four ex-Facebook employees and one former investor, conducted as part of a wider project on the crisis within the tech industry that will be published later this week. These interviews include:

• *Former Facebook designer Soleio Cuervo on Facebook's commitment to users, what the media gets wrong, and why regulation is unnecessary.*

• *Early Facebook investor Roger McNamee on Facebook propaganda, early warning signs, and why outrage is so addictive.*

• *Former Zuckerberg speechwriter Kate Losse on how the Facebook founder thinks and what is hardest for him to wrap his mind around.*

• *Former Facebook product manager Antonio Garcia Martinez on the "sociopathic scene" of Silicon Valley and Mark Zuckerberg's "disingenuous and strange" reaction to the election.*

*This interview is with Sandy Parakilas, who managed privacy issues and policy compliance on the Facebook platform in 2011 and 2012. He is now an advisor to the Center for Humane Technology.*

**When did you start working at Facebook, what did you do there, and when did you leave?**
I started working at Facebook in 2011, about a year before the IPO. I was an operations manager and I was responsible for three main areas. I was responsible for privacy issues on the Facebook platform. If you remember Farmville and all the big, web-based Facebook apps that were popular back then, that was what I was focused on. I was focused on privacy issues, policy compliance, and I ran the ad network for ads inside of those apps. I left in late 2012.

**Okay. It seems the core of your concern with Facebook is that the company began prioritizing user growth and making money over the safety of its users. What led you to believe that?**
I thought over and over again that they allocated resources in a way that implied that they were almost entirely focused on growth and monetization at the expense of user protection. I could not get engineers to build or maintain some of the compliance functions that I felt were necessary, and I saw other teams had very large numbers of engineers building lots of new products. That was the primary way that I understood how they prioritized because, you know, at a tech company, engineers are everything.

**How does that manifest at Facebook specifically? Could you give a couple examples?**
Tech companies are really focused on building new products. Facebook, Google, Apple, Amazon — the lifeblood of these companies is engineers. They're the people that actually build the products that we all use every day. The way you can understand how a company thinks about what its key priorities are is by looking at where they allocate engineering resources. At Facebook, I was told repeatedly, "Oh, you know, we have to make sure that X, Y, or Z doesn't happen." But I had no engineers to do that, so I had to think creatively about how we could solve problems around abuse that was happening without any engineers. Whereas teams that were building features around advertising and around user growth had a large number of engineers.

---

*Get unlimited access to Intelligencer and everything else* New York.
LEARN MORE »

---

**You drew up a map of vulnerabilities on Facebook for other executives in 2012, but nothing substantial came of it.**
I drew up the PowerPoint deck, and in the PowerPoint deck I included a map of data vulnerabilities. It was specifically the Facebook platform, but the Facebook platform allowed developers to access a huge amount of Facebook's data. That was one of the biggest vulnerabilities the company had.

**What are the consequences of such a vulnerability?**
One of the examples I cited in the New York *Times* op-ed that I wrote is there was a developer, who had access to Facebook's data, who was accused of creating profiles of children without those children's consent. The accusation was that this developer, which had access to Facebook's developer APIs, was getting data about people's friends and using that friend data to create profiles of people without their consent, including children. The problem was, when we heard about these reports and we contacted the developer, we had no way of proving whether that had actually happened or not because we had no visibility into the data once it left Facebook's servers. They then had the data and they could manipulate it however they wanted to. So Facebook had policies against things like this, but it gave us no ability to see what developers were actually doing.

**It seems like this is kind of a dynamic that you see elsewhere in Facebook. There's a set of guidelines but the fundamentally open nature of the platform and Facebook's reluctance to regulate it means that it's creating systems that sometimes fail. Content review being one example.**
That's exactly right.

**Could you explain how that reverberates throughout Facebook?**
I think there are two big problems. One is one of design and one is one of liability. In terms of design, they have intentionally built — and this is not just Facebook, this is Twitter, this is other similar companies, too — systems that are designed to enable them to grow users and collect data as fast as possible. They have not prioritized features that would protect people against the most malicious cases of abuse. The reason it's built that way is because the stock market measures them based on revenue and user growth, so they literally take the metrics the stock market is going to measure them against and they say, "Well, what are the features that will move these metrics the fastest?" They build those features. As it gets to bigger and bigger scale, you start getting more and more of these malicious cases, but they haven't prioritized either the systems or the process to protect people against those malicious abuse cases to the extent that they should.

The second reason why this is such a huge problem is they have no liability when something goes wrong. Rule 230 of the Communications Decency Act of 1996 effectively shields internet companies from the actions of third parties on their platforms.

**Platform immunity.**
Yes. Because of this rule, which was originally envisioned around freedom of speech and did not envision a future in which these companies would be so central to people's lives, these companies are able to hide behind that immunity. It enables them to not prioritize the features they need to build to protect users.

**It seems to me that Facebook's business interest is in direct conflict with the goal of protecting users. Facebook is so staggeringly profitable because it uses software and a relatively low number of workers to sell lots and lots of ads to buyers and then shows those ads to its many, many users.**
**But to protect users to the standard that you would like them to, the company would need to hire more workers and dedicate substantially more resources toward protecting users, vastly reducing Facebook's profitability. How does Facebook resolve that paradox?**
I think most of what you just said I agree with, but the portion where you said they need to hire more workers, I don't think that fully solves the problem. I think that will mitigate some of the problem, but the business model, as you said, is fundamentally at odds with their responsibility to society. If all they do is leave the business model intact and hire a few thousand more reviewers and have a few new rules, which is basically what they've proposed, they will solve only a small part of the problem. They still have an incentive to try to attract as many users, get those people to view as much content as possible, collect as much data as possible and then sell that. Frankly, we and they can't think of every malicious use case in advance. No one saw this Russian attack coming and then the next wave of this will be totally different. I don't think that actually solves their problem. I think they need to change their business model.

**Facebook's stated mission of connecting the world seems harmonious with the idea of attracting as many users as possible. Is there a fundamental flaw there that I'm not seeing?**
The fundamental flaw is that they have created a business model, which aligns with their stated mission at the absolute surface level only. Meaning that if they continue to do what they're doing, they will have some kind of connection between every person on Earth. However, if you take connection to mean advance the well-being of society, then they have absolutely failed at that.

**What do you think are exactly those negative impacts of Facebook today? What have they failed and what are the consequences of that?**
One of the core things that is going on is that they have incentives to get people to use their service as much as they possibly can, so that has driven them to create a product that is built to be addictive. Facebook is a fundamentally addictive product that is designed to capture as much of your attention as possible without any regard for the consequences. Tech addiction has a negative impact on your health, and on your children's health. It enables bad actors to do new bad things, from electoral meddling to sex trafficking. It increases narcissism and people's desire to be famous on Instagram. And all of those consequences ladder up to the business model of getting people to use the product as much as possible through addictive, intentional design tactics, and then monetizing their users' attention through advertising.

**Looking back at the history of Facebook, do you think that there is a moment when the company could have made a different decision or a different set of decisions and gone down a different path than the one it's on today?**
I don't think that moment has passed. I think frankly they could still fundamentally change.

**What would they need to do to change?**
They're going to have to change their business model quite dramatically. They say they want to make time well spent the focus of their product, but they have no incentive to do that, nor have they created a metric by which they would measure that. If you can imagine a world where Facebook charged a subscription instead of relying on advertising, then people would use it less and Facebook would still make money. It would be equally profitable, and more beneficial to society.

**Facebook's current path seems to me to be the most profitable possible one it could be on. That means that there's going to be a substantial degree of resistance, not just from within Facebook, but from within the market as a whole. How would you aim to address that?**
I don't know that Facebook is on the absolute most profitable path possible. I think it is on an obviously profitable path. I think there's a Facebook side of this and there's a societal side. I think on the Facebook side, I'm not sure that they could not find a new business model that is both more beneficial to society and equally or more profitable. In fact, if you charged users a few dollars a month, you would equal the revenue Facebook gets from advertising. It's not inconceivable that a large percentage of their user base would be willing to pay a few dollars a month. If you compare it to Netflix, then you're talking about the same order of revenue.

**I'm not asking for like a point-by-point plan as to how you would get there, but I am curious about figuring out, how does one address that?**
There is surprisingly less resistance to the idea that this is a huge problem that requires more regulation than you would think, both in Washington and definitely in Europe at the moment.

**What about Silicon Valley?**
I've read a poll of the subscribers of [tech-industry news site] the Information and something like 70 percent of the respondents said that they want

more regulation of Silicon Valley companies. These are Silicon Valley people, two-thirds of them saying we want more regulation.

**Do you think that there's something there? I mean, do you think that that applies to Facebook senior leadership?**
They don't want more regulation. There's no doubt about that. The question is not what do they want. The question is, through a combination of government pressure, user pressure, and advertiser pressure, where do we end up? The reality is that on the advertiser side, we've already seen one major advertiser come out and demand that they do a better job of dealing with these issues, which was Unilever. I suspect there will be advertisers. There's also been calls from advertisers to form some kind of an independent organization to deal with this set of issues. On the government side, we are just starting to see the first wave of laws, both in Congress and at the state level, and there will be certainly more in Europe that address all this stuff. I suspect that these laws will get more and more aggressive. Finally, on the user side, people are using Facebook less. They saw a decrease in users in the U.S. for the very first time in Q4 of last year. We may see an even greater decline in Q1.

**Do you see yourself as part of a political movement? I'm interested in understanding — is there a movement? What is that movement, and what are the goals?**
I think one of the main problems with the duopoly that we have with Facebook and Google is that it prevents the kind of innovation and entrepreneurial success that we have traditionally seen in Silicon Valley. I think people here are finally starting to wake up to the fact that there are huge dead zones around both Facebook and Google where start-ups should not tread because they can't compete. That aspect of this runs very counter to the ethos of Silicon Valley.
That is the opportunity for a case to be made. I would argue that I don't know that that is a widely understood fact yet, but I think that it will be widely understood relatively soon. I think the anti-monopolists, which I would count myself as one, are now in a very strong position to make that case.

*This interview has been edited and condensed for length and clarity.*

*Related*
**'These People Have Abdicated Any Sort of Responsibility": Q&A With Ex-Facebooker**

TAGS:  FACEBOOK   SANDY PARAKILAS   THE INTERNET APOLOGIZES   SELECT ALL

💬 LEAVE A COMMENT

## THE Intelligencer FEED

**27 MINS AGO**
**The California GOP can't win**
> California Chief Justice Tani Cantil-Sakauye has quietly given up her Republican registration and re-registered as a no-party-preference voter, saying Thursday she had become increasingly uncomfortable with the GOP's direction nationally and in the state.
>
> In a phone interview with CALmatters, Cantil-Sakauye—who was a prosecutor before becoming a judge 28 years ago and California Supreme Court chief justice in 2011—said she made the final decision to change her registration after watching the U.S. Senate confirmation hearings of U.S. Supreme Court Justice Brett Kavanaugh.
>
> "You can draw your own conclusions," she said.
>
> **Chief justice of the California Supreme Court leaves the Republican Party, citing Kavanaugh**
> **—CALMatters**

**12/13/2018**
**The Texas governor has a plan to fight the effects of climate change, even if he refuses to call it that**
> To protect itself from the next major hurricane, Texas will have to build storm-surge barriers, shore up wetlands, buy out residents who live in vulnerable areas, rethink development plans and raise the first floors of existing buildings, suggests a sweeping report prepared for Gov. Greg Abbott and released Thursday. …
>
> While the report, "Eye of the Storm," takes into account findings from climate scientists, including that sea levels are rising and storms are becoming more frequent and severe, nowhere does it explicitly mention climate change or its main underlying cause, the burning of fossil fuels.
>
> Asked about this at a news conference Thursday, Abbott responded that "what this report does is to make sure that Texas is prepared to deal with intense disasters of any nature."
>
> **Hurricane Harvey report seeks to 'future-proof' Texas from climate change without saying so directly**
> **—Dallas Morning News**

**12/13/2018**
## China's ZTE is in search of Joementum

> Chinese telecom giant ZTE is tapping a deeply connected Washington insider, former Sen. Joe Lieberman, as it tries to fend off ongoing concerns that it poses a threat to U.S. national security.
>
> The company — the subject of a heated congressional battle earlier this year — has hired Lieberman (I-Conn.) to conduct an "independent" national security assessment of its products, the former senator told POLITICO.
>
> **China's ZTE taps Joe Lieberman for D.C. damage control**
>
> —Politico



**6/7/2018**
**U.S. Cuts Deal With Sanctioned Chinese Tech Company ZTE**
By ADAM K. RAYMOND

### MOST POPULAR

1. **The Search for Trump's Next Chief of Staff Is Getting Absurd**
   By ADAM K. RAYMOND

2. **America's New Religions**
   By ANDREW SULLIVAN

3. **Oops, Trump Now Needs the Votes of Those GOP House 'Losers' He Mocked**
   By ED KILGORE

4. **Democrat On Why He Voted to Prolong Yemen War: 'I Don't Know a Damn Thing About It'**
   By ERIC LEVITZ

5. **Don't Blame Trump for Losing the Shutdown Battle to These Legislative Geniuses**
   By JONATHAN CHAIT

**12/13/2018**
## Christie to the rescue?

> NEW: President Trump met with Chris Christie on Thursday evening to discuss the chief of staff job https://t.co/23jLozcSeX
>
> —@jonathanvswan

**12/13/2018**
## A departing Senator calls out her colleagues in farewell speech

> Peter Morgan, an author, wrote that no family is complete without an embarrassing uncle. We have too many embarrassing uncles in the United States Senate. Lots of embarrassing stuff.
>
> —Claire McCaskill

**12/13/2018**
## The Republican behind North Carolina's election fraud scandal knew exactly what he was doing

> North Carolina congressional candidate Mark Harris (R) directed the hiring of a campaign aide now at the center of an election-fraud investigation, according to three individuals familiar with the campaign, despite warnings that the operative may have used questionable tactics to deliver votes.
>
> Harris sought out the operative, Leslie McCrae Dowless, after losing a 2016 election in which Dowless had helped one of Harris's opponents win an overwhelming share of the mail-in vote in a key county.
>
> **N.C. congressional candidate sought out aide, despite warnings over tactics**
>
> —Washington Post

**12/13/2018**
## Richard Branson put two men in space

> Virgin Galactic LLC, Richard Branson's space-tourism venture, reached the edge of space in a test flight Thursday, four years after a fatal accident set back the project, in a feat expected to accelerate commercial efforts to send tourists and small satellites aloft using low-cost rockets. …
>
> After the flight, the closely held company said SpaceShip Two had climbed above 271,000 feet, or about 51.4 miles, reaching a maximum speed of 2.9 times the speed of sound.

The U.S. Air Force and the National Aeronautics and Space Administration consider 50 miles up to be the edge of space, though some scientists, space buffs and international record-keeping authorities say space starts even higher.

**Richard Branson's Space-Tourism Company Rockets Out of Atmosphere for First Time**

—Wall Street Journal

**12/13/2018**
**A 7-year-old migrant girl died of dehydration and exhaustion several hours after being taken into custody by Border Patrol**

According to CBP records, the girl and her father were taken into custody at around 10 p.m. on Dec. 6 south of Lordsburg, N.M., as part of a group of 163 people who approached U.S. agents to turn themselves in.

More than eight hours later, the child began having seizures at 6:25 a.m., CBP records show. Emergency responders who arrived soon after measured her body temperature at 105.7 degrees, and according to a statement from CBP, she "reportedly had not eaten or consumed water for several days."

After a helicopter flight to an El Paso hospital, the child went into cardiac arrest and "was revived," according to the agency. "However, the child did not recover and died at the hospital less than 24 hours after being transported," CBP said.

**7-year-old migrant girl taken into Border Patrol custody dies of dehydration, exhaustion**

—The Washington Post

**12/13/2018  2018 MIDTERMS**
### Democrats Won Big With A Key Demographic of Trump's Base During Midterms
By ED KILGORE

If you're looking for a key 2020 demographic, white working class women who aren't evangelicals could be crucial in battleground states.



**12/13/2018  VOTING RIGHTS**
### Ron DeSantis Doesn't Sound Too Excited About Enfranchising Voters
By SARAH JONES

Florida's governor-elect appears to be preparing to drag his feet on the felon re-enfranchisement amendment which voters approved



**12/13/2018**
**The U.S. Olympic Committee repeated allowed coaches banned from sexual misconduct to return to coaching**

[An investigation found that a half-dozen coaches banned for sexual misconduct] were still active in their sport. Three of them were working at events or facilities affiliated with the national sports governing bodies that are supposed to be enforcing the bans.

**Was your child's coach banned for sexual misconduct? Better check**

—USA Today

**12/13/2018  CAMPAIGN FINANCE LAW**
### Trump's 7 Mutually Contradictory Arguments for His Own Innocence
By ERIC LEVITZ

The president trots out the old "Schrödinger's lawyer" defense, "breaking the law is not a crime," and much, much more.



**12/13/2018**
**Zero hate crimes reported seems too good to be true, and maybe it is**

This blindness to hate crimes is not an isolated occurrence. Year after year, the vast majority of police departments across the country report zero hate crimes to the FBI. After sifting through more than 2,400 police incident reports from 2016 obtained from 10 of the largest such departments, BuzzFeed News identified 15 assaults in which the cops' own narratives suggested that the suspect may have been motivated by bias.

Each should at least have been flagged as a possible hate crime and subjected to further scrutiny, according to three independent experts who reviewed the documents.

**The Cities Where The Cops See No Hate**

—Buzzfeed

**12/13/2018  TRANSPORTATION**
### Off-Schedule and Over-Budget, California's Bullet Train Is In Big Trouble
By ED KILGORE

New Governor Gavin Newsom is promising a "fresh start" on Jerry Brown's pet project.



#### 12/13/2018
#### New Jersey Democrats are unwisely acting like North Carolina Republicans

Legislative power brokers across the country have long designed district lines in back-room deals that entrenched their control for years, if not decades. But now, Democratic lawmakers in New Jersey are carrying out a power grab in an unusually public fashion: They are seeking to make Republicans a permanent minority by essentially writing gerrymandering into the State Constitution.

The Democratic lawmakers' proposal would amend the New Jersey Constitution, and New Jersey voters would need to approve it through a ballot measure.

It overhauls the makeup of a redistricting committee to give more power to legislative leaders. It also establishes a "fairness test" requiring district maps to reflect how major political parties perform in statewide elections for governor, senator and president.

**Democrats in New Jersey Have a Firm Grip on Power. They Want Even More.**
—The New York Times

 12/4/2018
**The GOP's 2018 Autopsy: Democracy Is Our Enemy**
By ERIC LEVITZ

#### 12/13/2018 THE NATIONAL INTEREST



### Feds Investigating Trump Inauguration for Alleged Bribery and Embezzlement
By JONATHAN CHAIT

So many crimes.

#### 12/13/2018
#### Trump might keep his chief of staff in the family

Having run through his first choices for his chief of staff vacancy without any luck, President Donald Trump is considering his own son-in-law for the job.

Jared Kushner, the husband of Trump's daughter Ivanka and already an official White House adviser, met with Trump Wednesday about the job, a top Republican close to the White House told HuffPost. He and two others close to Trump or the White House who confirmed Kushner's interest in the position did so on condition of anonymity to discuss the president's staffing considerations freely.

Kushner has been pushing his own candidacy with Trump, citing his work on a criminal justice reform package and a claimed ability to work with Democrats, one person said. "I don't know why he thinks that, when the Democrats are mainly going to be coming after Trump," the source said.

Trump Considering Son-In-Law Jared Kushner For Next Chief Of Staff

—HuffPost

## QUICK CHAT

**12/13/2018**
### Can Trump draw another inside straight in 2020?


**Benjamin Hart**  3:10 PM
Ed, you wrote today that president trump is heading into the (endless) 2020 election cycle with a few strikes against him: he's never been popular, he's not popular even amid a relatively strong economic cycle, and he may not face a nominee almost as unpopular as him, which he did in 2016. it's hard to imagine people don't have a strong opinion about the guy one way or another by now; is there any plausible way for him to really improve his standing with american voters over the next two years?


**Ed Kilgore**  3:11 PM
You never know for sure, but Trump's approval ratings have been very stable over two very unstable years of his presidency.


**Margaret Hartmann**  3:11 PM
He could try more good old fashioned fear-mongering


**Ed Kilgore**  3:12 PM

[ read more ]

**12/13/2018**
### Things continue to go great for the president

BREAKING: Trump inauguration spending under criminal investigation by federal prosecutors; probe partly arises out of materials seized in investigation of Michael Cohen - Dow Jones https://t.co/vkI6jV6Gvm

—@CNBCnow

**12/13/2018**
### Trump's favorite appeals court is at it again

SAN FRANCISCO (AP) – US appeals court blocks Trump administration rules allowing more employers to opt out of providing free birth control.

—@kylegriffin1


**12/13/2018  CRIMINAL JUSTICE**
### Tom Cotton's America Is Not a Free America
By ZAK CHENEY-RICE
The First Step Act's most vocal opponent in the Senate has a bleak and all-too-familiar vision for what American criminal justice should look like.


**12/13/2018  COMMUTING**
### We Solved the Holland Tunnel's Disastrous Decoration Crisis
By KELLY CONABOY
The Port Authority is conducting a poll to update the decorations, but we have another suggestion.


**12/13/2018  BUSINESS**
### More Tesla Workers Want to Unionize, Despite Elon Musk's Promises of Free Fro-Yo
By SARAH JONES
Tesla's Buffalo plant is pushing to organize, though other workers have complained of anti-union coercion and intimidation at the company.

**12/13/2018**
### French police finally get their man

Police source tell @NBCNews christmas market attacker is dead. Strasbourg.

—@RichardEngel

**12/13/2018**
### A big rebuke to Trump on Saudi Arabia

NEWS: The U.S. Senate, 56-41, voted to pass the War Powers Resolution that would halt U.S. military assistance to Saudi Arabia in Yemen.

House is not expected to take it up this Congress, but a significant message to Saudi - and the Admin which opposed the resolution

—@Phil_Mattingly

**12/13/2018 READING THE SIGNS**

## Melania Trump's Blonde Bombshell

By RHONDA GARELICK

The First Lady has an uncanny ability to reject the expectations of her role.



**12/13/2018**

### Bomb threats across America

Dozens of bomb threats being reported at news outlets, government buildings, banks, libraries, schools and other businesses across the US, various local media and police depts. report.

—@NBCNews

**12/13/2018**

### A measure of how hard political polling really is

Table send from one of our call centers shows huge increase in outbound dials needed to complete n=500 survey.
- 2016: 31,025
- 2017: 38,857
- 2018: 47,155

—@skoczela

**12/13/2018**

### Ron DeSantis is in no rush to restore felons' rights

In an interview with the *Palm Beach Post's* George Bennett, Gov.-elect Ron DeSantis said that Amendment 4, which was approved by 64.6 percent (or 5.2 million) of Florida voters, shouldn't go into effect as intended by the people who wrote the ballot measure.

Instead, DeSantis said the amendment, which would restore voting rights for most ex-felons who have served their sentences, should take effect after state lawmakers pass "implementing language" in a bill that is then sent to him for his signature.

That means at least a two month delay in restoring felon rights. Advocates of Amendment 4, like the American Civil Liberties Union, say the measure should go into effect in Jan. 8, but session doesn't start until March 5.

**Ron DeSantis says Amendment 4 should be delayed until he signs bill from lawmakers**

—Tampa Bay Times

**12/13/2018**

### We're one step closer to Amazon being the one company for all your consumption needs

The five-year relationship between Whole Foods and grocery delivery service Instacart is winding down, the delivery startup announced on Thursday. Instacart will begin pulling the first group of 1,415 workers out of its 76 Whole Foods locations in February. The company expects to be able to offer 75 percent of those workers employment at another nearby retailer that partners with Instacart for deliveries.

The end of the relationship is expected to reduce Instacart's revenue by less than 5 percent, including any impact on the membership business, according to a person familiar with the company's finances. In addition to membership fees, Instacart generates revenue through retailer commissions, online ads, and delivery and service fees.

This outcome has been a matter of when, not if, since Amazon announced in June 2017 its intention to acquire Whole Foods. Since then, Amazon has steadily been ramping up its own free two-hour delivery service from Whole Foods stores for Amazon Prime members. Today, the service is available in more than 60 cities.

**Amazon has officially killed the Whole Foods-Instacart partnership**

—Recode



READ MORE ON THE Intelligencer HOMEPAGE

SIGN IN TO COMMENT

Comments | My profile

- Please read our community guidelines.
- Have a concern or tech problem related to commenting? Report it.
- All comments with links in them will require a moderator to approve.

All Comments  0                                                                                          Viewing Options ▾

There are no comments yet, why don't you write one?

Intelligencer

 

NEWSLETTERS   ABOUT US   CONTACT   MEDIA KIT   CAREERS   PRESS   TRADEMARK   PRIVACY   TERMS   AD CHOICES

© 2018, NEW YORK MEDIA LLC. VIEW ALL TRADEMARKS