# Exhibit 21

# The Guardian



# Cambridge Analytica used data from Facebook and Politico to help Trump

**Speech by company executive contradicts denial by Trump campaign that claimed the company used its own data and Facebook data to help the campaign**

**Stephanie Kirchgaessner**

Thu 26 Oct 2017 13.30 EDT

Cambridge Analytica used its own database and voter information collected from Facebook and news publishers in its effort to help elect Donald Trump, despite a claim by a top campaign official who has downplayed the company's role in the election.

The data analysis company, which uses a massive database of consumer and demographic information to profile and target voters, has come under the scrutiny of congressional investigators who are examining the Trump campaign.

This week, the group became the focus of a new controversy after the Daily Beast reported that the company's chief executive, Alexander Nix, had contacted Julian Assange last year. Nix allegedly asked the WikiLeaks founder whether he could assist in releasing thousands of emails

that had gone missing on a private server that had been used by Hillary Clinton. Assange confirmed the contact but said the offer was rejected.

The news prompted a top former campaign official, Michael Glassner, who was executive director of the Trump election campaign, to minimise the role Cambridge Analytica played in electing Trump, despite the fact that it paid Cambridge Analytica millions of dollars in fees.

In a statement on Wednesday, Glassner said that the Trump campaign relied on voter data owned by the Republican National Committee to help elect the president.

"Any claims that voter data from any other source played a key role in the victory are false," he said.

But that claim is contradicted by a detailed description of the company's role in the 2016 election given in May by a senior Cambridge Analytica executive.

Speaking at a conference in Germany, Molly Schweickert, the head of digital at Cambridge Analytica, said that Cambridge Analytica models, which melded the company's own massive database and new voter surveys, were instrumental in day-to-day campaign decisions, including in helping determine Trump's travel schedule.

The company's models also helped drive decisions on advertising and how to reach out to financial donors.

Schweickert said Cambridge Analytica started working with the Trump campaign in June 2016.

"It became obvious that a sophisticated data apparatus would be needed to combat the years of infrastructure and experience the Clinton campaign had been building up," she said.

One of the company's strategies was to work in "collaboration" with news publishers like Politico, the political news website, which Schweickert said helped the company target a political ad about the Clinton Foundation to readers in key battleground states.

"We knew we would be showing this to the right individuals," Schweickert said.

In another case, in the late stages of the November election, Schweickert said the company acquired data on voters who voted early - data it collected from local counties and states - and linked the information to individual Facebook profiles.

This helped Cambridge Analytica determine whether people had been exposed to certain political advertisements, and whether those people had turned in their early voting ballots, helping them to predict the outcome of the election.

When asked by a German audience member whether this was legal, given privacy rules in Europe that would "probably" make the activity illegal in Germany, Schweickert responded: "It's a very different sort of data privacy culture."

"All the data we work with is already publicly available," she said.

$443,799
contributed
$1,000,000

Case 5:18-cv-01725-EJD  Document 95-21  Filed 12/14/18  Page 4 of 4

our goal
# In these critical times …

… help us protect independent journalism at a time when factual, trustworthy reporting is under threat by making a year-end gift to support The Guardian. We're asking our US readers to help us raise one million dollars by the new year so that we can report on the stories that matter in 2019. Small or big, every contribution you give will help us reach our goal.

The Guardian's editorial independence means that we can pursue difficult investigations, challenging the powerful and holding them to account. No one edits our editor and no one steers our opinion.

In 2018, The Guardian broke the story of Cambridge Analytica's Facebook data breach; we recorded the human fallout from family separations; we charted the rise of the far right, and documented the growing impact of gun violence on Americans' lives. We reported daily on climate change as a matter of urgent priority. It was readers' support that made this work possible.

As 2019 approaches, we would like to ask for your ongoing support. In an era of disinformation campaigns and partisan bots, trustworthy news sources that sort facts from lies are under threat like never before. Unlike many others we haven't put up a paywall – we want to keep The Guardian's reporting open to everyone, regardless of what they can afford. But we depend on voluntary contributions from readers.

We're in this together – with your support we can keep exposing the truth. We hope to pass our goal by early January 2019. We want to say a huge thank you to everyone who has supported The Guardian so far. **Please invest in our independent journalism today by making a year-end gift.**

Support The Guardian

   

Topics
- Facebook
- Donald Trump
- US politics
- WikiLeaks
- Cambridge Analytica
- news