# Exhibit 23

![MarketWatch]

# Historic jump in Wall Street's 'fear index' in February sounds a stock-market warning

By Mark DeCambre
Published: Mar 23, 2018 7:08 a.m. ET



Getty Images
Is the stock market ready for another abrupt selloff?

February's historic surge in a prominent gauge of stock-market volatility may have ushered in an end to a protracted period of calm on Wall Street, but it also offers a worrisome sign about market structure during times of extreme turmoil.

According to a Goldman Sachs research note dated Monday, high-frequency traders, which employ lightning-fast computers to execute trades, aren't prone to step in the stem the bleeding during market selloffs. The bank cited February's spike in the Cboe Volatility Index VIX, -3.77% which is calculated using options on the S&P 500 SPX, -0.02% is a measure of expected, or implied, volatility over the next 30 days, as an example of a point in which liquidity seemed absent.

**Read:** 'Short-volatility Armageddon' craters a pair of Wall Street's most popular trades

On Feb. 5, the VIX soared about 115% to 37.32, marking its sharpest rise in its history as the Dow Jones Industrial Average DJIA, +0.29% the S&P 500 index SPX, -0.02%  and the Nasdaq Composite Index COMP, -0.39% got rocked, abruptly halting a period of relentless records for equity benchmarks marked by the absence of severe pullbacks.

Goldman's head of global strategy, Charles Himmelberg, writes that although HFTs have increased efficiencies, he points to the recent "flash crash," or in this case flash spike, in the VIX as evidence that liquidity tends to evaporate during times of distress and uncertainty—periods at which the market in practice needs large investors to step to tamp down ugly market routs. Himmelberg writes:

> One conspicuous consequence of postcrisis evolution is that trading volumes in many markets are now dominated by high-frequency traders (HFTs). While bid-ask spreads and other indicators of trading liquidity appear to indicate liquidity

has improved in markets where HFT has grown, the quality of this liquidity has not yet been stress-tested by recession. The recent experience of the "VIX spike" suggests there is good reason to worry about how well liquidity will be provided during episodes of market distress, and this is only the latest example of a "flash crash". Regulators and researchers increasingly warn that HFT strategies can contribute to breakdowns in market quality during periods of distress.

It's important to note that the plunge in equities and the fillip in the volatility index weren't prompted by any specific cause, beyond a fear that once-dormant inflation in the system might be brewing, which could prompt the Federal Reserve to accelerate the pace of rate increases. The knock-on effect of such a move would be to lift Treasury yields, which can diminish some of the appeal of stocks compared against the perceived safety of government bonds. However, the economic backdrop has been broadly upbeat.

Himmelberg says so far breakdowns in the new liquidity ecosystem have been short-lived and relatively benign, but worries that during a period of genuine economic distress another downturn won't be so tame. He writes "under alternative scenarios where fundamentals have deteriorated, we worry that a future such a collapse in market liquidity could amplify selloffs."

What's more, it didn't help that many investors were crowding into lightly understood, wrongway bets that the VIX would remain dormant, if not fall. Proceeds of those trades, which had been profitably until blowing up in February, were being used to buy stocks as they declined in value, helping buoy their values.

**Check out:** How Wall Street's 'fear gauge' is being rigged, according to one whistleblower

Of course, the Goldman researcher isn't the first to point out such HFT concerns. Joe Saluzzi, partner and co-head of equity trading at Themis Trading, told MarketWatch's Anora M. Gaudiano that the disappearance of so-called market makers and other specialists, responsible for keeping markets orderly, has amplified market volatility.

"In the current market structure, there are no traditional market makers who have limit and stop orders on their books. Instead of specialists who are responsible for a single stock on the exchange, there are proprietary high-frequency traders on multiple exchanges with multiple trading strategies. And in time of stress, they all withdraw, exacerbating any drop," Saluzzi said.

*Providing critical information for the U.S. trading day. Subscribe to MarketWatch's free Need to Know newsletter. Sign up here.*

## Need to Know

Need to Know guides investors to the most important, insightful items required to chart a course ahead of each trading day.

SIGN UP

**More from MarketWatch**

- One stat reveals the absurdity of San Francisco's pricey housing market
- Aurora stock falls as earnings show cannabis company's investments are still the big earners
- Stay bearish because the 'Big Low' for stocks hasn't arrived yet, says Bank of America



# Mark DeCambre

Mark DeCambre is MarketWatch's markets editor. He is based in New York. Follow him on Twitter @mdecambre.

# We Want to Hear from You

Join the conversation

Comment

## What is Your Retirement Score?

Age
47

Annual Income
$ 110,000

Retirement Savings to Date
$ 400,000

Monthly Retirement Savings
$ 1,200

Retirement Age
65

Investment Style
Growth With I...

**60%** Stocks **35%** Bonds **5%** Short-Term

Get Your Score

### Your Fidelity Retirement Score<sup>SM</sup>



We think you'll need about

$ ------

per month in retirement

You could have about

$ ------

per month in retirement
($ ------ from Social Security)

*Methodology*

**Take the next step**

The Planning & Guidance center provides you with a comprehensive view of how much you may need for retirement, a clear view of how you are tracking toward that goal, and different ways you could improve your outlook.

Visit Our Planning & Guidance Center

*Read Important Information*
**Investing involves risk, including risk of loss.**
Outputs are hypothetical and do not reflect actual investment results.
Fidelity Brokerage Services, Member NYSE, SIPC.
© 2017 FMR LLC. All rights reserved. 819286.2.0

SMARTASSET.COM

---

BACK TO TOP

- **MarketWatch**
  - Site Index
  - Topics
  - Help
  - Feedback
  - Newsroom Roster
  - Media Archive
  - Premium Products
  - Mobile

- **Company**
  - Company Info
  - Code of Conduct
  - Corrections
  - Advertising Media Kit
  - Advertise Locally
  - Reprints & Licensing
  - Your Ad Choices
  -

- **Dow Jones Network**

- WSJ.com
- Barron's Online
- BigCharts
- Virtual Stock Exchange
- Financial News London
- WSJ.com Small Business
- realtor.com
- Mansion Global



Copyright © 2018 MarketWatch, Inc. All rights reserved.

By using this site you agree to the Terms of Service, Privacy Policy, and Cookie Policy.

- 

- 

Intraday Data provided by SIX Financial Information and subject to terms of use. Historical and current end-of-day data provided by SIX Financial Information. All quotes are in local exchange time. Real-time last sale data for U.S. stock quotes reflect trades reported through Nasdaq only. Intraday data delayed at least 15 minutes or per exchange requirements.