# Exhibit 28

June 29, 2018


Chairman Greg Walden
Ranking Member Frank Pallone
Energy and Commerce Committee
U.S. House of Representatives
2125 Rayburn House Office Building
Washington, D.C. 20510

Dear Chairman Walden, Ranking Member Pallone, and Members of the Committee:

Thank you for your questions for the record from the April 11, 2018 Hearing titled Facebook: Transparency and Use of Consumer Data. Per your request, attached are the answers for the record for your questions.

Please note that we received over 2,000 questions from the Senate and House Committees before which we testified on April 10 and 11, 2018. We appreciate the time you gave us to respond to these questions. We did our best to review and answer them in the available timeframe. We respectfully request an opportunity to supplement or amend our responses if needed.

Sincerely,

Facebook, Inc.



Address:      1601 Willow Road
              Menlo Park, CA 94025

<u>**House Energy and Commerce Questions for the Record**</u>

<u>**The Honorable Greg Walden**</u>

1.   **Restricting outside parties' access to Facebook data was a major topic of discussion at the Energy and Commerce Committee hearing.  What additional data and information, from Facebook users or from other third-party companies about Facebook users, does the company collect?**

   a.   **Please provide a complete accounting of every data element collected on Facebook users, non-users, and from third-party companies.**

   b.   **Are there data elements collected beyond what is necessary to operate the social network platform?  If yes, please identify each data element.**

As explained in our Data Policy, we collect three basic categories of data about people:

(1) data about things people do and share (and who they connect with) on our services;

(2) data about the devices people use to access our services; and

(3) data we receive from partners, including the websites and apps that use our business tools.

As far as the amount of data we collect about people, the answer depends on the person. People who have only recently signed up for Facebook have usually shared only a few things—such as name, contact information, age, and gender. Over time, as people use our products, we receive more data from them, and this data helps us provide more relevant content and services. That data will fall into the categories noted above, but the specific data we receive will, in large part, depend on how the person chooses to use Facebook. For example, some people use Facebook to share photos, so we receive and store photos for those people. Some people enjoy watching videos on Facebook; when they do, we receive information about the video they watched, and we can use that information to help show other videos in their News Feeds. Other people seldom or never watch videos, so we do not receive the same kind of information from them, and their News Feeds are likely to feature fewer videos.

The data we have about people also depends on how they have used our controls. For example, people who share photos can easily delete those photos. The same is true of any other kind of content that people post on our services. Through Facebook's Activity Log tool, people can also control the information about their engagement—i.e., their likes, shares and comments—with other people's posts. The use of these controls of course affects the data we have about people.

When people visit apps or websites that feature our technologies—like the Facebook Like or Comment button—our servers automatically log (i) standard browser or app records of the fact that a particular device or user visited the website or app (this connection to Facebook's servers occurs automatically when a person visits a website or app that contains our

technologies, such as a Like button, and is an inherent function of internet design); and (ii) any additional information the publisher of the app or website chooses to share with Facebook about the person's activities on that site (such as the fact that a purchase was made on the site). This is a standard feature of the internet, and most websites and apps share this same information with multiple different third-parties whenever people visit their website or app. For example, the House Energy and Commerce Committee's website shares information with Google Analytics to help improve the site. This means that, when a person visits the Committee's website, it sends browser information about their visit to that third party. More information about how this works is available at https://newsroom.fb.com/news/2018/04/data-off-facebook/.

When the person visiting a website featuring Facebook's tools is not a registered Facebook user, Facebook does not have information identifying that individual, and it does not create profiles for this individual.

We use the browser and app logs that apps and websites send to us—described above—in the following ways for non-Facebook users. First, these logs are critical to protecting the security of Facebook and to detecting or preventing fake account access. For example, if a browser has visited hundreds of sites in the last five minutes, that's a sign the device might be a bot, which would be an important signal of a potentially inauthentic account if that browser then attempted to register for an account. Second, we aggregate those logs to provide summaries and insights to websites and apps about how many people visit or use their product, or use specific features like our Like button—but without providing any information about a specific person. We do not create profiles for non-Facebook users, nor do we use browser and app logs for non-Facebook users to show targeted ads from our advertisers to them or otherwise seek to personalize the content they see. However, we may take the opportunity to show a general ad that is unrelated to the attributes of the person or an ad encouraging the non-user to sign up for Facebook.

We do receive some information from devices and browsers that may be used by non-users. For example:

- We also may receive information about the device of a non-registered user if that user visits a part of Facebook that does not require people to log in—such as a public Facebook Page. The information we log when people visit our websites or apps is the same as described above and is the same information that any provider of an online service would receive.

- In addition, Facebook may receive some basic information about devices where Facebook apps are installed, including before people using those devices have registered for Facebook (such as when a user downloads a Facebook app, but has not yet created an account, or if the app is preloaded on a given device). This device data includes things like device model, operating system, IP address, app version and device identifiers. We use this information to provide the right version of the app, help people who want to create accounts (for example, optimizing the registration flow for the specific device), retrieving bug fixes and measuring and improving app performance. We do not use this information to build profiles about non-registered users.

2.     **At the April 11 hearing, it was revealed that Facebook's 2 billion users likely had their public profiles scraped (meaning information about individuals, accessible to third party apps on the Facebook Platform, was easily pulled off the service, typically in large quantities, and made accessible to others outside the platform) by outsiders—third-party developers.**

      a.     **How long have third-parties been able to scrape data from Facebook users and their friends' pages?  The testimony indicated the mechanisms used by Cambridge Analytica, Obama for America, and countless other third-party applications were no longer available after 2014.  Please detail what information third-party applications can remove from Facebook about users and their friends as of January 2018 and, separately, today, if there is any difference.**

We understand your question to be about updates to our app platform. In 2007, there was industry-wide interest in enriching and expanding users' experiences on various platforms by allowing them to take their data (from a device or service) to third-party developers to receive new experiences. For example, around that time, Apple and Google respectively launched their iOS and Android platforms, which were quickly followed by platform technologies and APIs that allowed developers to develop applications for those two platforms and distribute them to users through a variety of channels. Similarly, in 2007, Facebook launched a set of platform technologies that allowed third parties to build applications that could run on and integrate with the Facebook service and that could be installed by Facebook users who chose to do so. In December 2009, Facebook launched new privacy controls that enabled users to control which of the types of information that they made available to their friends could be accessed by apps used by those friends.

As with all of these platforms, the permissions model that governed the information that third-party applications could access from the Platform evolved. For example, in April 2010, Facebook launched granular data permissions (GDP), which allowed users to examine a list of categories of information that an app sought permission to access before they authorized the app.

In November 2013, when Kogan launched the app, apps generally could be launched on the Platform without affirmative review or approval by Facebook. The app used the Facebook Login service, which allowed users to utilize their Facebook credentials to authenticate themselves to third-party services. Facebook Login and Facebook's Graph API also allowed the app to request permission from its users to bring their Facebook data (their own data and data shared with them by their friends) to the app, to obtain new experiences.

At that time, the Graph API V1 allowed app developers to request consent to access information from the installing user such as name, gender, birthdate, location (i.e., current city or hometown), photos and Page likes—and also (depending on, and in accordance with, each friend's own privacy settings) the same or similar categories of information the user's friends had shared with the installing user. Permitting users to share data made available to them by their friends had the upside of making the experience of app users more personalized and social. For example, a Facebook user might want to use a music app that allowed the user to (1) see what his or her friends were listening to and (2) give the app permission to access the user's friend list and

thereby know which of the user's friends were also using the app. Such access to information about an app user's friends required not only the consent of the app user, but also required that the friends whose data would be accessed have their own privacy settings set to permit such access by third-party apps. In other words, Kogan's app could have accessed a user's friends' information only for friends whose privacy settings permitted such sharing.

In April 2014, we announced that we would more tightly restrict our platform APIs to prevent abuse. At that time, we made clear that existing apps would have a year to transition—at which point they would be forced (1) to migrate to the more restricted API and (2) be subject to Facebook's new review and approval protocols. The vast majority of companies were required to make the changes by May 2015; a small number of companies (fewer than 100) were given a one-time extension of less than six months beyond May 2015 to come into compliance. (One company received an extension to January 2016.) In addition, in the context of our ongoing review of third-party apps, we discovered a very small number of companies (fewer than 10) that theoretically could have accessed limited friends' data as a result of API access that they received in the context of a beta test. We are not aware that any of this handful of companies used this access, and we have now revoked any technical capability they may have had to access any friends' data.

New apps that launched after April 30, 2014 were required to use our more restrictive platform APIs, which incorporated several key new elements, including:

- Institution of a review and approval process, called App Review (also called Login Review), for any app seeking to operate on the new platform that would request access to data beyond the user's own public profile, email address, and a list of friends of the user who had installed and authorized the same app;

- Generally preventing new apps on the new platform from accessing friends data without review; and

- Providing users with even more granular controls over their permissions as to what categories of their data an app operating on the new platform could access.

Our investigation is ongoing and as part of it we are taking a close look at applications that had access to friends data under Graph API V1 before we made technical changes to our platform to change this access.

The App Review process introduced in 2014 required developers who create an app that asks for more than certain basic user information to justify the data they are looking to collect and how they are going to use it. Facebook then reviewed whether the developer has a legitimate need for the data in light of how the app functions. Only if approved following such review can the app ask for a user's permission to get their data. Facebook has rejected more than half of the apps submitted for App Review between April 2014 and April 2018, including Kogan's second app. We are changing Login so that the only data that an app can request without app review will include name, profile photo, and email address.

We review apps to ensure that the requested permissions clearly improve the user experience and that the data obtained is tied to an experience within the app. We conduct a variety of manual and automated checks of applications on the platform for Policy compliance, as well as random sampling. When we find evidence of or receive allegations of violations, we investigate and, where appropriate, employ a number of measures, including restricting applications from our platform, preventing developers from building on our platform in the future, and taking legal action where appropriate.

Separately, in April, we found out that a feature that lets users look someone up by their phone number and email may have been misused by browsers looking up people's profiles in large volumes with phone numbers they already had. When we found out about the abuse, we shut this feature down. In the past, we have been aware of scraping as an industry issue, and have dealt with specific bad actors previously.

**b.      While the company represents that users could choose what information—if any—to share with Facebook, what steps could Facebook have taken, between 2007–2014, to better inform its users that their privacy settings could result in their Facebook content being scraped by third-parties when their friends used an app?**

We believe that it's important to communicate with people about the information that we collect and how people can control it. That is why we work hard to provide this information to people in a variety of ways: in our Data Policy, and in Privacy Basics, which provides walkthroughs of the most common privacy questions we receive. Beyond simply disclosing our practices, we also think it's important to give people access to their own information, which we do through our Download Your Information and Access Your Information tools, Activity Log, and Ad Preferences, all of which are accessible through our Privacy Shortcuts tool. We also provide information about these topics as people are using the Facebook service itself.

We've heard loud and clear that privacy settings and other important tools are too hard to find and that we must do more to keep people informed. So, we're taking additional steps to put people more in control of their privacy. For instance, we redesigned our entire settings menu on mobile devices from top to bottom to make things easier to find. We also created a new Privacy Shortcuts in a menu where users can control their data in just a few taps, with clearer explanations of how our controls work. The experience is now clearer, more visual, and easy-to-find. Furthermore, we also updated our terms of service that include our commitments to everyone using Facebook. We explain the services we offer in language that's easier to read. We also updated our Data Policy to better spell out what data we collect and how we use it in Facebook, Instagram, Messenger, and other products.

People own what they share on Facebook, and they can manage things like who sees their posts and the information they choose to include on their profile.

Any person can see each of the specific interests we maintain about them for advertising by visiting Ads Preferences, which lets people see what interests we use to choose ads for them—and to edit or delete these interests. They can choose not to see ads from a particular advertiser or not to see ads based on their use of third-party websites and apps. They also can

choose not to see ads off Facebook that are based on the interests we derive from their activities on Facebook.

Our Download Your Information or "DYI" tool is Facebook's data portability tool and was launched many years ago to let people access and download many types of information that we maintain about them. The data in DYI and in our Ad Preferences tool contain each of the interest categories that are used to show people ads, along with information about the advertisers that are running ads based on their use of an advertiser's website or app. People also can choose not to see ads from those advertisers. We recently announced expansions to Download Your Information, which, among other things, will make it easier for people to see their data, delete it, and easily download and export it. More information is available at https://newsroom.fb.com/news/2018/04/new-privacy-protections/.

We have also introduced Access Your Information, a new tool that builds on the functionality we provide in Download Your Information. This feature provides a new way for people to access and manage their information. Users can go here to delete anything from their timeline or profile that they no longer want on Facebook. They can also see their ad interests, as well as information about ads they've clicked on and advertisers who have provided us with information about them that influence the ads they see. From here, they can go to their ad settings to manage how this data is used to show them ads.

And we recently announced plans to build Clear History. This feature will enable users to see the websites and apps that send us information when they use them, clear this information from their accounts, and turn off our ability to store it associated with their accounts going forward. Apps and websites that use features such as the Like button or Facebook Analytics send us information to make their content and ads better. We also use this information to make users' experiences on Facebook better. If a user clears their history or uses the new setting, we'll remove identifying information so a history of the websites and apps they've used won't be associated with their account. We'll still provide apps and websites with aggregated analytics— for example, we can build reports when we're sent this information so we can tell developers if their apps are more popular with men or women in a certain age group. We can do this without storing the information in a way that's associated with a user's account, and as always, we don't tell advertisers who a user is.

c.      **Did Facebook have a duty to inform users about scraping by third-parties?**

Facebook allows people to view, manage, and remove the apps that they have logged into with Facebook through the App Dashboard. We recently prompted everyone to review their App Dashboard as a part of a Privacy Checkup, and we also provided an educational notice on Facebook to encourage people to review their settings. More information about how users can manage their app settings is available at https://www.facebook.com/help/218345114850283?helpref=about_content.

The categories of information that an app can access is clearly disclosed before the user consents to use an app on the Facebook platform. Users can view and edit the categories of information that apps they have used have access to through the App Dashboard.

In addition, Facebook notifies users in accordance with its obligations under applicable law and has also notified people in cases where there was no legal obligation to do so but we nevertheless determined it was the right thing to do under the circumstances.

        **d.**        **What was the notification process if user data was scraped by a third-party in violation of the Terms of Service, under Facebook's policies, between 2014 and 2016?  Under the company's new policy and terms of service, when does user notification come into play?**

See Response to Question 2(c).

        **e.**        **In the case of such scraping in violation of Facebook's Terms of Service, why would a user not be notified?  Was any entity or person outside of Facebook ever notified about a breach of the Terms of Service?  If yes, please identify the party, the timing, and the method of notification.**

See Response to Question 2(c).

        **f.**        **Which company executive(s) at Facebook were responsible for the decision not to notify users affected in 2015?**

When Facebook learned about Kogan's breach of Facebook's data use policies in December 2015, we took immediate action. The company retained an outside firm to assist in investigating Kogan's actions, to demand that Kogan and each party he had shared data with delete the data and any derivatives of the data, and to obtain certifications that they had done so. Because Kogan's app could no longer collect most categories of data due to changes in Facebook's platform, our highest priority at that time was ensuring deletion of the data that Kogan may have accessed before these changes took place. With the benefit of hindsight, we wish we had notified people whose information may have been impacted. Facebook has since notified all people potentially impacted with a detailed notice at the top of their News Feed.

        **g.**        **Is data scraping ever consistent with Facebook's own policies and, if so, please identify the specific policies?**

Facebook's policies regarding third-party usage of its platform technologies have prohibited—and continue to prohibit—third-party app developers from selling or licensing user data accessed from Facebook and from sharing any user data accessed from Facebook with any ad network, data broker or other advertising or monetization-related service.

        **h.**        **Facebook has opened an investigation into whether Cambridge Analytica still holds Facebook data after having promised they deleted it years ago. Will this investigation continue now that the company has announced it will shut down?  If yes, how will the company inform the public about the results of the investigation?**

Based on recent allegations, we have reopened our investigation into the veracity of these certifications and have hired a forensic auditor to conduct a forensic audit of Cambridge Analytica's systems. We are currently paused on the audit at the request of the UK Information

Commissioner's Office request, which is conducting a regulatory investigation into Cambridge Analytica (based in the UK), and we hope to move forward with that audit soon. Where we find evidence that these or other apps did misuse data, we will ban them from the platform and tell people who used or may have had data shared with the app.

   i.   **Can Facebook enforce its own Terms of Service?  Please enumerate the specific ways in which the company can enforce its terms and corporate policies, including any examples of successful or failed enforcement.**

We use a variety of tools to enforce Facebook policies against violating parties, including developers. We review tens of thousands of apps per year and regularly disapprove noncompliant apps as part of our proactive review process. We also use tools like cease-and-desist letters, account suspensions, letter agreements, and civil litigation. For example, since 2006, Facebook has sent over 1,150 cease-and-desist letters to over 1,600 targets. In 2017, we took action against about 370,000 apps, ranging from imposing certain restrictions to removal of the app from the platform. Moreover, we have required parties who have procured our data without authorization to delete that data. We have invested significant resources in these efforts. Facebook is presently investigating apps that had access to large amounts of information before we changed our platform policies in 2014 to significantly reduce the data apps could access. As of June 2018, around 200 apps (from a handful of developers: Kogan, AIQ, Cube You, the Cambridge Psychometrics Center, myPersonality, and AIQ) have been suspended—pending a thorough investigation into whether they did in fact misuse any data.

Additionally, we have suspended an additional 14 apps, which were installed by around one thousand people. They were all created after 2014, after we made changes to more tightly restrict our platform APIs to prevent abuse. However, these apps appear to be linked to AIQ, which was affiliated with Cambridge Analytica. So, we have suspended them while we investigate further. Any app that refuses to take part in or fails our audit will be banned.

   j.   **What are the technical limitations on limiting how third-party app developers use Facebook data?  For instance, would it be possible to track the metadata associated with Facebook information to determine if it had been shared inappropriately?**

Recently, we announced a number of additional steps we're taking to address concerns raised by Kogan's app.

   • **Review our platform.** We will investigate all apps that had access to large amounts of data before the platform changes we announced in 2014, and we will audit any app where we identify suspicious activity. If we identify misuses of data, we'll take immediate action, including banning the app from our platform and pursuing legal action if appropriate.

   • **Tell people about data misuse.** We will tell people about apps that have misused their data.

- **Turn off access for unused apps.** If someone has not used an app within the last three months, we will turn off the app's access to their data.

- **Restrict Facebook Login data.** We are changing Login, so that the only data that an app can request without app review will include name, profile photo, and email address. Requesting any other data will require approval from Facebook. We will also no longer allow apps to ask for access to information like religious or political views, relationship status and details, custom friends lists, education and work history, fitness activity, book reading and music listening activity, news reading, video watch activity, and games activity. We will encourage people to manage the apps they use. We already show people what apps their accounts are connected to and allow them to control what data they've permitted those apps to use. But we're making it easier for people to see what apps they use and the information they have shared with those apps.

- **Reward people who find vulnerabilities.** We launched the Data Abuse Bounty program so that people can report to us any misuses of data by app developers.

- **Update our policies.** We have updated our terms and Data Policy to explain how we use data and how data is shared with app developers.

See Response to Question 2(a) for more detail.

k.     **Do you think Facebook made its practice of allowing third-party access to Facebook user data sufficiently clear to its users?**

See Response to Question 2(b).

3.     **Please indicate the specific ways a Facebook user could find the list of third-party app developers who have access to their data in January 2018 and, separately, today?  Does this list include, or did it ever include, a list of third-party apps friends of a Facebook user allowed to access that Facebook users' data?**

a.     **Where can a user find information about how their data might be used by a third-party developer?  Does Facebook inform its users – or must a user obtain that information directly from the developer?**

We encourage people to manage the apps they use. We already show people what apps their accounts are connected to and allow them to control what data they've permitted those apps to use. But we're making it easier for people to see what apps they use and the information they have shared with those apps.

4.     **Following the streamlining and simplification of the company's privacy policy and settings in April 2018, how many different pages or steps does a user have to visit to make decisions about the privacy controls for their data and whether apps have access to it?**

> **Will you make it available to Congress?  Will you make it available to researchers?**

Facebook has taken appropriate steps to retain relevant information related to IRA activity on Facebook.

5.  **In your testimony at the Senate hearing you stated that "Facebook is responsible for the content on Facebook." I want to discuss cyber bullying and how parents and young adults use Facebook.  I do not believe our laws from the 20th century have caught up with social media in the 21st century.  Parents, teachers, social networks, as well as federal and state governments, must address how this technology can hurt innocent people.  In Illinois, there are laws that prevent people from distributing personal photos with malicious intent.  A fake account can be created in a matter of minutes on Facebook to distribute personally damaging photos that will target individuals and tarnish a reputation, perhaps permanently.**

   a.  **Given your statement from the Senate hearing, what role does Facebook have in the harm that this creates?**

Under our Community Standards, we remove content that appears to purposefully target private individuals with the intention of degrading or shaming them. We also want to prevent unwanted or malicious contact on the platform.

In the case of the most malicious content that can have devastating impact on the victims, child exploitation imagery (CEI) and the non-consensual sharing of intimate imagery (NCII), we use photo-matching technologies to thwart the sharing of known images. In addition, we will disable accounts for sharing CEI and NCII; and we report the sharing of CEI to the National Center for Missing and Exploited Children (NCMEC).

In addition, we use technologies to help us identify and remove fake accounts. We block millions of fake accounts every day when they are created and before they can do any harm. Between January and March of 2018, for example, 583 million fake accounts were disabled, usually within minutes of registration.

   b.  **How can Facebook increase the effectiveness and timeliness of its responses to users' claims that they are victims of cyber bullying and fake accounts?**

Facebook encourages users to report to us bullying and harassment, as well as other content that may violate our policies. Our Community Operations team works hard to review those reports and takes action when content violates our policies. Even if user-reported content does not violate our policies, however, users have control over what they see and who they interact with. A user can:

- Block someone, which prevents the other person from seeing things the user posts on his/her profile; starting conversations with the user; adding the user as a friend; tagging the user in posts, comments, or photos; and inviting the user to events or groups.