# Exhibit 30

6

| AMZN US Equity | | | 96) Export | | 97) Settings | | | Page 1/6 Historical Price Table | |
|---|---|---|---|---|---|---|---|---|---|
| Amazon.com Inc | | | | | | | High | 994,753.0324 on | 09/04/18 |
| Range | 01/02/2018 | - 12/11/2018 | | Period | Daily | | Low | 572,950.8348 on | 01/02/18 |
| Market | Mkt Cap | Last Price | | Currency | USD | | Average | 801,523.5434 | 1,649.148 |
| View | Price Table | | | | | | Net Chg | 230,541.9735 | 40.24% |
| Date | Mkt Cap | Last Price | Date | Mkt Cap | Last Price | Date | Mkt Cap | Last Price | |
| Fr 12/14/18 | | | Fr 11/23/18 | 734,460.2174 | 1,502.06 | Fr 11/02/18 | 814,391.9190 | 1,665.53 | |
| Th 12/13/18 | | | Th 11/22/18 | | | Th 11/01/18 | 814,391.9190 | 1,665.53 | |
| We 12/12/18 | | | We 11/21/18 | 741,633.3871 | 1,516.73 | We 10/31/18 | 781,376.7572 | 1,598.01 | |
| Tu 12/11/18 | 803,492.8083 | 1,643.24 | Tu 11/20/18 | 731,233.0244 | 1,495.46 | Tu 10/30/18 | 748,327.3677 | 1,530.42 | |
| Mo 12/10/18 | 802,412.1876 | 1,641.03 | Mo 11/19/18 | 739,462.3664 | 1,512.29 | Mo 10/29/18 | 752,464.0423 | 1,538.88 | |
| Fr 12/07/18 | 796,593.4609 | 1,629.13 | Fr 11/16/18 | 779,127.5015 | 1,593.41 | Fr 10/26/18 | 803,282.5518 | 1,642.81 | |
| Th 12/06/18 | 830,850.6030 | 1,699.19 | Th 11/15/18 | 791,855.3549 | 1,619.44 | Th 10/25/18 | 869,237.7148 | 1,782.17 | |
| We 12/05/18 | | | We 11/14/18 | 781,865.7259 | 1,599.01 | We 10/24/18 | 811,698.8867 | 1,664.20 | |
| Tu 12/04/18 | 815,795.2590 | 1,668.40 | Tu 11/13/18 | 797,590.9569 | 1,631.17 | Tu 10/23/18 | 862,667.8410 | 1,768.70 | |
| Mo 12/03/18 | 866,628.4375 | 1,772.36 | Mo 11/12/18 | 800,368.2987 | 1,636.85 | Mo 10/22/18 | 872,715.3095 | 1,789.30 | |
| Fr 11/30/18 | 826,440.1060 | 1,690.17 | Fr 11/09/18 | 837,324.5476 | 1,712.43 | Fr 10/19/18 | 860,390.0896 | 1,764.03 | |
| Th 11/29/18 | 818,323.2268 | 1,673.57 | Th 11/08/18 | 858,095.9350 | 1,754.91 | Th 10/18/18 | 863,653.0782 | 1,770.72 | |
| We 11/28/18 | 820,367.1156 | 1,677.75 | We 11/07/18 | 858,379.5368 | 1,755.49 | We 10/17/18 | 893,410.1681 | 1,831.73 | |
| Tu 11/27/18 | 773,264.7677 | 1,581.42 | Tu 11/06/18 | 803,282.5518 | 1,642.81 | Tu 10/16/18 | 887,669.4543 | 1,819.96 | |
| Mo 11/26/18 | 773,220.7605 | 1,581.33 | Mo 11/05/18 | 795,943.1327 | 1,627.80 | Mo 10/15/18 | 858,887.8468 | 1,760.95 | |

SN 722317 EST  GMT-5:00 G660-4354-0 12-Dec-2018 15:43:47

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000   U.S. 1 212 318 2000    Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| AMZN US Equity | | 96) Export | | 97) Settings | | | | Page 2/6 | Historical Price Table | |
|---|---|---|---|---|---|---|---|---|---|---|
| Amazon.com Inc | | | | | | | High | 994,753.0324 on | 09/04/18 | |
| Range | 01/02/2018 - 12/11/2018 | | | Period | Daily | | Low | 572,950.8348 on | 01/02/18 | |
| Market | Mkt Cap | Last Price | | Currency | USD | | Average | 801,523.5434 | 1,649.148 | |
| View | Price Table | | | | | | Net Chg | 230,541.9735 | 40.24% | |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 10/12/18 | 872,378.7681 | 1,788.61 | Fr | 09/21/18 | 934,029.2543 | 1,915.01 | Fr | 08/31/18 | 981,681.5685 | 2,012.71 |
| Th | 10/11/18 | 838,602.6907 | 1,719.36 | Th | 09/20/18 | 948,315.1938 | 1,944.30 | Th | 08/30/18 | 976,643.2020 | 2,002.38 |
| We | 10/10/18 | 856,107.7220 | 1,755.25 | We | 09/19/18 | 939,594.3813 | 1,926.42 | We | 08/29/18 | 974,555.6697 | 1,998.10 |
| Tu | 10/09/18 | 912,232.1006 | 1,870.32 | Tu | 09/18/18 | 946,730.0349 | 1,941.05 | Tu | 08/28/18 | 942,715.9249 | 1,932.82 |
| Mo | 10/08/18 | 909,354.4276 | 1,864.42 | Mo | 09/17/18 | 930,624.8208 | 1,908.03 | Mo | 08/27/18 | 940,208.9352 | 1,927.68 |
| Fr | 10/05/18 | 921,660.1378 | 1,889.65 | Fr | 09/14/18 | 960,942.8132 | 1,970.19 | Fr | 08/24/18 | 929,337.1841 | 1,905.39 |
| Th | 10/04/18 | 931,302.7811 | 1,909.42 | Th | 09/13/18 | 970,541.5598 | 1,989.87 | Th | 08/23/18 | 928,122.7085 | 1,902.90 |
| We | 10/03/18 | 952,441.4842 | 1,952.76 | We | 09/12/18 | 970,604.9661 | 1,990.00 | We | 08/22/18 | 929,098.1909 | 1,904.90 |
| Tu | 10/02/18 | 961,489.0833 | 1,971.31 | Tu | 09/11/18 | 969,214.9037 | 1,987.15 | Tu | 08/21/18 | 918,621.5102 | 1,883.42 |
| Mo | 10/01/18 | 977,608.9296 | 2,004.36 | Mo | 09/10/18 | 945,735.0429 | 1,939.01 | Mo | 08/20/18 | 915,348.7668 | 1,876.71 |
| Fr | 09/28/18 | 976,945.6016 | 2,003.00 | Fr | 09/07/18 | 952,104.9428 | 1,952.07 | Fr | 08/17/18 | 918,036.2208 | 1,882.22 |
| Th | 09/27/18 | 981,813.2586 | 2,012.98 | Th | 09/06/18 | 955,148.4478 | 1,958.31 | Th | 08/16/18 | 920,133.5079 | 1,886.52 |
| We | 09/26/18 | 963,215.6871 | 1,974.85 | We | 09/05/18 | 972,955.8786 | 1,994.82 | We | 08/15/18 | 918,231.3172 | 1,882.62 |
| Tu | 09/25/18 | 963,069.3647 | 1,974.55 | Tu | 09/04/18 H | 994,753.0324 | 2,039.51 | Tu | 08/14/18 | 936,292.3735 | 1,919.65 |
| Mo | 09/24/18 | 943,467.0464 | 1,934.36 | Mo | 09/03/18 | | | Mo | 08/13/18 | 924,854.8426 | 1,896.20 |

SN 722317 EST  GMT-5:00  G660-4354-0  12-Dec-2018  15:43:48

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| AMZN US Equity | | 96) Export | | 97) Settings | | | | Page 3/6 | Historical Price Table | |
|---|---|---|---|---|---|---|---|---|---|---|
| Amazon.com Inc | | | | | | High | 994,753.0324 on | | 09/04/18 | |
| Range | 01/02/2018 – 12/11/2018 | | | Period | Daily | Low | 572,950.8348 on | | 01/02/18 | |
| Market | Mkt Cap | Last Price | | Currency | USD | Average | 801,523.5434 | | 1,649.148 | |
| View | Price Table | | | | | Net Chg | 230,541.9735 | | 40.24% | |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 08/10/18 | 920,026.2048 | 1,886.30 | Fr | 07/20/18 | 880,056.0358 | 1,813.70 | Fr | 06/29/18 | 824,788.6914 | 1,699.80 |
| Th | 08/09/18 | 925,986.4021 | 1,898.52 | Th | 07/19/18 | 879,701.8201 | 1,812.97 | Th | 06/28/18 | 825,589.3158 | 1,701.45 |
| We | 08/08/18 | 920,133.5079 | 1,886.52 | We | 07/18/18 | 894,234.3659 | 1,842.92 | We | 06/27/18 | 805,724.1264 | 1,660.51 |
| Tu | 08/07/18 | 908,408.2097 | 1,862.48 | Tu | 07/17/18 | 894,724.4451 | 1,843.93 | Tu | 06/26/18 | 820,562.3651 | 1,691.09 |
| Mo | 08/06/18 | 901,223.7820 | 1,847.75 | Mo | 07/16/18 | 884,321.1803 | 1,822.49 | Mo | 06/25/18 | 807,005.1254 | 1,663.15 |
| Fr | 08/03/18 | 889,293.6325 | 1,823.29 | Fr | 07/13/18 | 879,730.9338 | 1,813.03 | Fr | 06/22/18 | 832,489.2424 | 1,715.67 |
| Th | 08/02/18 | 894,678.2952 | 1,834.33 | Th | 07/12/18 | 871,768.3603 | 1,796.62 | Th | 06/21/18 | 839,549.2938 | 1,730.22 |
| We | 08/01/18 | 876,553.8326 | 1,797.17 | We | 07/11/18 | 851,573.2165 | 1,755.00 | We | 06/20/18 | 849,185.9002 | 1,750.08 |
| Tu | 07/31/18 | 866,930.6990 | 1,777.44 | Tu | 07/10/18 | 845,784.4596 | 1,743.07 | Tu | 06/19/18 | 841,761.9285 | 1,734.78 |
| Mo | 07/30/18 | 867,798.8783 | 1,779.22 | Mo | 07/09/18 | 843,819.2906 | 1,739.02 | Mo | 06/18/18 | 836,429.2848 | 1,723.79 |
| Fr | 07/27/18 | 886,357.4305 | 1,817.27 | Fr | 07/06/18 | 830,043.6988 | 1,710.63 | Fr | 06/15/18 | 832,634.8105 | 1,715.97 |
| Th | 07/26/18 | 880,496.0000 | 1,808.00 | Th | 07/05/18 | 824,754.7255 | 1,699.73 | Th | 06/14/18 | 836,463.2507 | 1,723.86 |
| We | 07/25/18 | 904,273.7106 | 1,863.61 | We | 07/04/18 | | | We | 06/13/18 | 827,243.9396 | 1,704.86 |
| Tu | 07/24/18 | 887,596.4619 | 1,829.24 | Tu | 07/03/18 | 821,954.9663 | 1,693.96 | Tu | 06/12/18 | 824,279.2032 | 1,698.75 |
| Mo | 07/23/18 | 874,378.8810 | 1,802.00 | Mo | 07/02/18 | 831,572.1635 | 1,713.78 | Mo | 06/11/18 | 819,606.4681 | 1,689.12 |

SN 722317 EST   GMT-5:00   G660-4354-0   12-Dec-2018   15:43:48

Australia 61 2 9777 8600   Brazil 5511 2395 9000   Europe 44 20 7330 7500   Germany 49 69 9204 1210   Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2018 Bloomberg Finance L.P.

```
Screen Printed
AMZN US Equity            96) Export        97) Settings                    Page 4/6  Historical Price Table
Amazon.com Inc                                             High     994,753.0324  on      09/04/18
Range    01/02/2018 - 12/11/2018    Period  Daily          Low      572,950.8348  on      01/02/18
Market   Mkt Cap        Last Price  Currency USD           Average  801,523.5434          1,649.148
View     Price Table                                       Net Chg  230,541.9735             40.24%
```

| Date | Mkt Cap | Last Price | Date | Mkt Cap | Last Price | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|
| Fr 06/08/18 | 817,117.2541 | 1,683.99 | Fr 05/18/18 | 763,926.6809 | 1,574.37 | Fr 04/27/18 | 763,077.5338 | 1,572.62 |
| Th 06/07/18 | 819,693.8089 | 1,689.30 | Th 05/17/18 | 767,512.5077 | 1,581.76 | Th 04/26/18 | 736,164.6726 | 1,517.96 |
| We 06/06/18 | 822,823.5225 | 1,695.75 | We 05/16/18 | 770,190.9602 | 1,587.28 | We 04/25/18 | 708,138.2711 | 1,460.17 |
| Tu 06/05/18 | 823,114.6586 | 1,696.35 | Tu 05/15/18 | 764,775.8279 | 1,576.12 | Tu 04/24/18 | 708,099.4735 | 1,460.09 |
| Mo 06/04/18 | 808,033.8064 | 1,665.27 | Mo 05/14/18 | 777,110.2958 | 1,601.54 | Mo 04/23/18 | 736,116.1756 | 1,517.86 |
| Fr 06/01/18 | 796,519.3720 | 1,641.54 | Fr 05/11/18 | 777,775.0567 | 1,602.91 | Fr 04/20/18 | 740,786.4343 | 1,527.49 |
| Th 05/31/18 | 790,735.4673 | 1,629.62 | Th 05/10/18 | 780,768.9067 | 1,609.08 | Th 04/19/18 | 755,054.2441 | 1,556.91 |
| We 05/30/18 | 788,440.3440 | 1,624.89 | We 05/09/18 | 780,244.8616 | 1,608.00 | We 04/18/18 | 740,956.1737 | 1,527.84 |
| Tu 05/29/18 | 782,607.9167 | 1,612.87 | Tu 05/08/18 | 772,670.4697 | 1,592.39 | Tu 04/17/18 | 728,014.9050 | 1,503.83 |
| Mo 05/28/18 | | | Mo 05/07/18 | 776,430.9782 | 1,600.14 | Mo 04/16/18 | 697,840.5043 | 1,441.50 |
| Fr 05/25/18 | 781,288.0995 | 1,610.15 | Fr 05/04/18 | 767,119.4739 | 1,580.95 | Fr 04/13/18 | 692,655.7164 | 1,430.79 |
| Th 05/24/18 | 777,852.6930 | 1,603.07 | Th 05/03/18 | 762,813.0851 | 1,572.075 | Th 04/12/18 | 701,229.2546 | 1,448.50 |
| We 05/23/18 | 777,265.5684 | 1,601.86 | We 05/02/18 | 761,650.9667 | 1,569.68 | We 04/11/18 | 690,845.1555 | 1,427.05 |
| Tu 05/22/18 | 767,337.8260 | 1,581.40 | Tu 05/01/18 | 767,755.1211 | 1,582.26 | Tu 04/10/18 | 695,284.4184 | 1,436.22 |
| Mo 05/21/18 | 769,307.8472 | 1,585.46 | Mo 04/30/18 | 759,928.4112 | 1,566.13 | Mo 04/09/18 | 680,693.4279 | 1,406.08 |

SN 722317 EST  GMT-5:00  G660-4354-0  12-Dec-2018  15:43:49

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000    U.S. 1 212 318 2000     Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| AMZN US Equity | | | 96) Export | | 97) Settings | | | Page 5/6 | Historical Price Table | |
|---|---|---|---|---|---|---|---|---|---|---|
| Amazon.com Inc | | | | | | | High | 994,753.0324 on | | 09/04/18 |
| Range | 01/02/2018 - 12/11/2018 | | | Period | Daily | | Low | 572,950.8348 on | | 01/02/18 |
| Market | Mkt Cap | | Last Price | Currency | USD | | Average | 801,523.5434 | | 1,649.148 |
| View | Price Table | | | | | | Net Chg | 230,541.9735 | | 40.24% |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 04/06/18 | 680,281.9368 | 1,405.23 | Fr | 03/16/18 | 760,861.5774 | 1,571.68 | Fr | 02/23/18 | 726,160.7745 | 1,500.00 |
| Th | 04/05/18 | 702,802.6029 | 1,451.75 | Th | 03/15/18 | 766,012.4778 | 1,582.32 | Th | 02/22/18 | 719,063.7632 | 1,485.34 |
| We | 04/04/18 | 682,867.0691 | 1,410.57 | We | 03/14/18 | 770,214.5282 | 1,591.00 | We | 02/21/18 | 717,892.2238 | 1,482.92 |
| Tu | 04/03/18 | 673,901.4041 | 1,392.05 | Tu | 03/13/18 | 768,849.3459 | 1,588.18 | Tu | 02/20/18 | 710,838.7822 | 1,468.35 |
| Mo | 04/02/18 | 664,190.2140 | 1,371.99 | Mo | 03/12/18 | 773,792.0802 | 1,598.39 | Mo | 02/19/18 | | |
| | | | | | | | | | | | |
| Fr | 03/30/18 | | | Fr | 03/09/18 | 764,351.9902 | 1,578.89 | Fr | 02/16/18 | 701,321.2349 | 1,448.69 |
| Th | 03/29/18 | 700,667.6902 | 1,447.34 | Th | 03/08/18 | 751,266.5730 | 1,551.86 | Th | 02/15/18 | 707,648.5158 | 1,461.76 |
| We | 03/28/18 | 692,960.7039 | 1,431.42 | We | 03/07/18 | 747,945.5977 | 1,545.00 | We | 02/14/18 | 702,463.7279 | 1,451.05 |
| Tu | 03/27/18 | 724,732.6583 | 1,497.05 | Tu | 03/06/18 | 744,382.5689 | 1,537.64 | Tu | 02/13/18 | 684,774.4514 | 1,414.51 |
| Mo | 03/26/18 | 753,203.0017 | 1,555.86 | Mo | 03/05/18 | 737,590.5451 | 1,523.61 | Mo | 02/12/18 | 671,083.9003 | 1,386.23 |
| | | | | | | | | | | | |
| Fr | 03/23/18 | 724,011.3386 | 1,495.56 | Fr | 03/02/18 | 726,281.8013 | 1,500.25 | Fr | 02/09/18 | 648,509.9823 | 1,339.60 |
| Th | 03/22/18 | 747,906.8692 | 1,544.92 | Th | 03/01/18 | 722,989.8725 | 1,493.45 | Th | 02/08/18 | 653,786.7506 | 1,350.50 |
| We | 03/21/18 | 765,789.7885 | 1,581.86 | We | 02/28/18 | 732,187.9089 | 1,512.45 | We | 02/07/18 | 685,873.3747 | 1,416.78 |
| Tu | 03/20/18 | 768,040.8869 | 1,586.51 | Tu | 02/27/18 | 731,960.3786 | 1,511.98 | Tu | 02/06/18 | 698,489.2079 | 1,442.84 |
| Mo | 03/19/18 | 747,911.7102 | 1,544.93 | Mo | 02/26/18 | 736,786.9272 | 1,521.95 | Mo | 02/05/18 | 672,908.9844 | 1,390.00 |

SN 722317 EST  GMT-5:00 G660-4354-0 12-Dec-2018 15:43:49

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| AMZN US Equity | 96) Export | 97) Settings | | Page 6/6 | Historical Price Table |
|---|---|---|---|---|---|
| Amazon.com Inc | | | High | 994,753.0324 on | 09/04/18 |
| Range 01/02/2018 - 12/11/2018 | Period Daily | Low | 572,950.8348 on | 01/02/18 |
| Market Mkt Cap | Last Price | Currency USD | Average | 801,523.5434 | 1,649.148 |
| View Price Table | | | Net Chg | 230,541.9735 | 40.24% |

| Date | Mkt Cap | Last Price | Date | Mkt Cap | Last Price | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|
| Fr 02/02/18 | 692,249.0663 | 1,429.95 | Fr 01/12/18 | 628,939.5628 | 1,305.20 | | | |
| Th 02/01/18 | 669,802.3233 | 1,390.00 | Th 01/11/18 | 615,196.5684 | 1,276.68 | | | |
| We 01/31/18 | 699,143.5200 | 1,450.89 | We 01/10/18 | 604,426.7253 | 1,254.33 | | | |
| Tu 01/30/18 | 692,845.4507 | 1,437.82 | Tu 01/09/18 | 603,641.2736 | 1,252.70 | | | |
| Mo 01/29/18 | 683,140.5451 | 1,417.68 | Mo 01/08/18 | 600,831.9588 | 1,246.87 | | | |
| Fr 01/26/18 | 675,608.8830 | 1,402.05 | Fr 01/05/18 | 592,288.3652 | 1,229.14 | | | |
| Th 01/25/18 | 663,995.7635 | 1,377.95 | Th 01/04/18 | 582,867.7642 | 1,209.59 | | | |
| We 01/24/18 | 654,146.2963 | 1,357.51 | We 01/03/18 | 580,270.4731 | 1,204.20 | | | |
| Tu 01/23/18 | 656,570.1133 | 1,362.54 | Tu 01/02/18 L | 572,950.8348 | 1,189.01 | | | |
| Mo 01/22/18 | 639,593.7566 | 1,327.31 | | | | | | |
| Fr 01/19/18 | 623,822.0803 | 1,294.58 | | | | | | |
| Th 01/18/18 | 623,214.9214 | 1,293.32 | | | | | | |
| We 01/17/18 | 624,024.4666 | 1,295.00 | | | | | | |
| Tu 01/16/18 | 628,775.7263 | 1,304.86 | | | | | | |
| Mo 01/15/18 | | | | | | | | |

SN 722317 EST  GMT-5:00 G660-4354-0 12-Dec-2018 15:43:50

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2018 Bloomberg Finance L.P.