# Exhibit 31

6

| AAPL US Equity | 96) Export | 97) Settings | Page 1/6 | Historical Price Table |

Apple Inc

| | | High | 1,120,880.9268 on | 10/03/18 |
| Range | 01/02/2018 - 12/11/2018 | Period | Daily | Low | 787,233.1170 on | 02/08/18 |
| Market | Mkt Cap | Last Price | Currency | USD | Average | 938,020.0953 | 190.6483 |
| View | Price Table | | | | Net Chg | -76,079.8018 | -8.68% |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 12/14/18 | | | Fr | 11/23/18 | 817,584.6214 | 172.29 | Fr | 11/02/18 | 986,764.4953 | 207.48 |
| Th | 12/13/18 | | | Th | 11/22/18 | | | Th | 11/01/18 | 1,073,306.1557 | 222.22 |
| We | 12/12/18 | | | We | 11/21/18 | 838,891.4584 | 176.78 | We | 10/31/18 | 1,057,077.6044 | 218.86 |
| Tu | 12/11/18 | 800,216.4647 | 168.63 | Tu | 11/20/18 | 839,840.5380 | 176.98 | Tu | 10/30/18 | 1,030,223.2158 | 213.30 |
| Mo | 12/10/18 | 804,819.5008 | 169.60 | Mo | 11/19/18 | 881,979.6723 | 185.86 | Mo | 10/29/18 | 1,025,103.4942 | 212.24 |
| | | | | | | | | | | | |
| Fr | 12/07/18 | 799,552.1090 | 168.49 | Fr | 11/16/18 | 918,376.8749 | 193.53 | Fr | 10/26/18 | 1,044,712.9938 | 216.30 |
| Th | 12/06/18 | 829,115.9386 | 174.72 | Th | 11/15/18 | 908,316.6312 | 191.41 | Th | 10/25/18 | 1,061,617.7348 | 219.80 |
| We | 12/05/18 | | | We | 11/14/18 | 886,440.3464 | 186.80 | We | 10/24/18 | 1,038,868.7833 | 215.09 |
| Tu | 12/04/18 | 838,464.3726 | 176.69 | Tu | 11/13/18 | 912,207.8575 | 192.23 | Tu | 10/23/18 | 1,075,769.4180 | 222.73 |
| Mo | 12/03/18 | 877,044.4584 | 184.82 | Mo | 11/12/18 | 921,413.9297 | 194.17 | Mo | 10/22/18 | 1,065,723.1719 | 220.65 |
| | | | | | | | | | | | |
| Fr | 11/30/18 | 847,433.1748 | 178.58 | Fr | 11/09/18 | 970,291.5291 | 204.47 | Fr | 10/19/18 | 1,059,251.0711 | 219.31 |
| Th | 11/29/18 | 852,036.2109 | 179.55 | Th | 11/08/18 | 989,368.0290 | 208.49 | Th | 10/18/18 | 1,043,360.6145 | 216.02 |
| We | 11/28/18 | 858,632.3141 | 180.94 | We | 11/07/18 | 996,296.3101 | 209.95 | We | 10/17/18 | 1,068,331.3319 | 221.19 |
| Tu | 11/27/18 | 826,838.1475 | 174.24 | Tu | 11/06/18 | 966,969.7505 | 203.77 | Tu | 10/16/18 | 1,072,968.0609 | 222.15 |
| Mo | 11/26/18 | 828,641.3988 | 174.62 | Mo | 11/05/18 | 956,624.7828 | 201.59 | Mo | 10/15/18 | 1,049,832.7154 | 217.36 |

SN 722317 EST  GMT-5:00 G660-4354-0 12-Dec-2018 15:43:24

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| AAPL US Equity | 96) Export | 97) Settings | Page 2/6 | Historical Price Table |

Apple Inc

| | | | High | 1,120,880.9268 | on | 10/03/18 |
|---|---|---|---|---|---|---|
| Range | 01/02/2018 - 12/11/2018 | Period Daily | Low | 787,233.1170 | on | 02/08/18 |
| Market | Mkt Cap | Last Price | Currency USD | Average | 938,020.0953 | 190.6483 |
| View | Price Table | | Net Chg | -76,079.8018 | -8.68% | |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 10/12/18 | 1,072,774.863 | 222.11 | Fr | 09/21/18 | 1,051,281.693 | 217.66 | Fr | 08/31/18 | 1,099,436.0554 | 227.63 |
| Th | 10/11/18 | 1,035,777.630 | 214.45 | Th | 09/20/18 | 1,062,728.617 | 220.03 | Th | 08/30/18 | 1,086,878.2478 | 225.03 |
| We | 10/10/18 | 1,045,002.789 | 216.36 | We | 09/19/18 | 1,054,710.940 | 218.37 | We | 08/29/18 | 1,076,976.8995 | 222.98 |
| Tu | 10/09/18 | 1,095,765.311 | 226.87 | Tu | 09/18/18 | 1,054,083.050 | 218.24 | Tu | 08/28/18 | 1,061,134.7422 | 219.70 |
| Mo | 10/08/18 | 1,080,792.541 | 223.77 | Mo | 09/17/18 | 1,052,344.276 | 217.88 | Mo | 08/27/18 | 1,052,634.0724 | 217.94 |
| | | | | | | | | | | | |
| Fr | 10/05/18 | 1,083,304.102 | 224.29 | Fr | 09/14/18 | 1,081,130.635 | 223.84 | Fr | 08/24/18 | 1,044,036.8042 | 216.16 |
| Th | 10/04/18 | 1,101,174.828 | 227.99 | Th | 09/13/18 | 1,093,543.545 | 226.41 | Th | 08/23/18 | 1,040,800.7537 | 215.49 |
| We | 10/03/18 H | 1,120,880.926 | 232.07 | We | 09/12/18 | 1,067,751.740 | 221.07 | We | 08/22/18 | 1,038,675.5863 | 215.05 |
| Tu | 10/02/18 | 1,107,405.433 | 229.28 | Tu | 09/11/18 | 1,081,178.935 | 223.85 | Tu | 08/21/18 | 1,038,627.2870 | 215.04 |
| Mo | 10/01/18 | 1,097,648.982 | 227.26 | Mo | 09/10/18 | 1,054,517.743 | 218.33 | Mo | 08/20/18 | 1,040,655.8560 | 215.46 |
| | | | | | | | | | | | |
| Fr | 09/28/18 | 1,090,307.495 | 225.74 | Fr | 09/07/18 | 1,068,862.623 | 221.30 | Fr | 08/17/18 | 1,050,895.2991 | 217.58 |
| Th | 09/27/18 | 1,086,491.853 | 224.95 | Th | 09/06/18 | 1,077,556.490 | 223.10 | Th | 08/16/18 | 1,030,319.8143 | 213.32 |
| We | 09/26/18 | 1,064,612.288 | 220.42 | We | 09/05/18 | 1,095,765.311 | 226.87 | We | 08/15/18 | 1,015,443.6422 | 210.24 |
| Tu | 09/25/18 | 1,073,161.257 | 222.19 | Tu | 09/04/18 | 1,102,961.901 | 228.36 | Tu | 08/14/18 | 1,013,076.9785 | 209.75 |
| Mo | 09/24/18 | 1,066,399.361 | 220.79 | Mo | 09/03/18 | | | Mo | 08/13/18 | 1,008,826.6436 | 208.87 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| AAPL US Equity | 96) Export | 97) Settings | Page 3/6 | Historical Price Table |

Apple Inc

| | | | | | |
|---|---|---|---|---|---|
| Range | 01/02/2018 - 12/11/2018 | Period | Daily | High | 1,120,880.9268 on 10/03/18 |
| Market | Mkt Cap   Last Price | Currency | USD | Low | 787,233.1170 on 02/08/18 |
| View | Price Table | | | Average | 938,020.0953   190.6483 |
| | | | | Net Chg | -76,079.8018   -8.68% |

| Date | Mkt Cap | Last Price | Date | Mkt Cap | Last Price | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|
| Fr 08/10/18 | 1,002,354.5428 | 207.53 | Fr 07/20/18 | 940,954.0187 | 191.44 | Fr 06/29/18 | 909,841.1952 | 185.11 |
| Th 08/09/18 | 1,008,874.9429 | 208.88 | Th 07/19/18 | 943,116.6794 | 191.88 | Th 06/28/18 | 911,758.0990 | 185.50 |
| We 08/08/18 | 1,001,002.1635 | 207.25 | We 07/18/18 | 935,842.2752 | 190.40 | We 06/27/18 | 905,171.8141 | 184.16 |
| Tu 08/07/18 | 1,000,325.9739 | 207.11 | Tu 07/17/18 | 941,003.1701 | 191.45 | Tu 06/26/18 | 906,498.9013 | 184.43 |
| Mo 08/06/18 | 1,009,792.6288 | 209.07 | Mo 07/16/18 | 938,348.9956 | 190.91 | Mo 06/25/18 | 895,390.6895 | 182.17 |
| | | | | | | | | |
| Fr 08/03/18 | 1,004,576.3087 | 207.99 | Fr 07/13/18 | 940,413.3535 | 191.33 | Fr 06/22/18 | 908,907.3190 | 184.92 |
| Th 08/02/18 | 1,001,678.3531 | 207.39 | Th 07/12/18 | 938,938.8121 | 191.03 | Th 06/21/18 | 911,561.4935 | 185.46 |
| We 08/01/18 | 973,230.0890 | 201.50 | We 07/11/18 | 923,456.1274 | 187.88 | We 06/20/18 | 916,673.2370 | 186.50 |
| Tu 07/31/18 | 921,558.6759 | 190.29 | Tu 07/10/18 | 935,596.5183 | 190.35 | Tu 06/19/18 | 912,691.9752 | 185.69 |
| Mo 07/30/18 | 933,433.8576 | 189.91 | Mo 07/09/18 | 936,727.0000 | 190.58 | Mo 06/18/18 | 927,683.1461 | 188.74 |
| | | | | | | | | |
| Fr 07/27/18 | 938,693.0552 | 190.98 | Fr 07/06/18 | 923,898.4899 | 187.97 | Fr 06/15/18 | 928,174.6599 | 188.84 |
| Th 07/26/18 | 954,568.9510 | 194.21 | Th 07/05/18 | 911,266.5852 | 185.40 | Th 06/14/18 | 937,808.3304 | 190.80 |
| We 07/25/18 | 957,567.1852 | 194.82 | We 07/04/18 | | | We 06/13/18 | 937,316.8166 | 190.70 |
| Tu 07/24/18 | 948,621.6340 | 193.00 | Tu 07/03/18 | 903,992.1810 | 183.92 | Tu 06/12/18 | 945,082.7346 | 192.28 |
| Mo 07/23/18 | 941,789.5922 | 191.61 | Mo 07/02/18 | 920,015.5308 | 187.18 | Mo 06/11/18 | 939,921.8397 | 191.23 |

SN 722317 EST  GMT-5:00 G660-4354-0 12-Dec-2018 15:43:26

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2018 Bloomberg Finance L.P.

```
Screen Printed
```

| AAPL US Equity | 96) Export | 97) Settings | Page 4/6 | Historical Price Table |

Apple Inc

| | | | | | |
|---|---|---|---|---|---|
| Range | 01/02/2018 - 12/11/2018 | Period | Daily | High | 1,120,880.9268 on 10/03/18 |
| Market | Mkt Cap  Last Price | Currency | USD | Low | 787,233.1170 on 02/08/18 |
| View | Price Table | | | Average | 938,020.0953  190.6483 |
| | | | | Net Chg | -76,079.8018  -8.68% |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 06/08/18 | 942,231.9546 | 191.70 | Fr | 05/18/18 | 915,739.3608 | 186.31 | Fr | 04/27/18 | 823,613.7902 | 162.32 |
| Th | 06/07/18 | 950,882.5975 | 193.46 | Th | 05/17/18 | 919,081.6546 | 186.99 | Th | 04/26/18 | 833,254.4149 | 164.22 |
| We | 06/06/18 | 953,438.4692 | 193.98 | We | 05/16/18 | 924,930.6688 | 188.18 | We | 04/25/18 | 830,362.2275 | 163.65 |
| Tu | 06/05/18 | 950,145.3268 | 193.31 | Tu | 05/15/18 | 916,378.3287 | 186.44 | Tu | 04/24/18 | 826,759.6782 | 162.94 |
| Mo | 06/04/18 | 942,870.9225 | 191.83 | Mo | 05/14/18 | 924,783.2147 | 188.15 | Mo | 04/23/18 | 838,429.9081 | 165.24 |
| | | | | | | | | | | | |
| Fr | 06/01/18 | 935,055.8531 | 190.24 | Fr | 05/11/18 | 926,945.8754 | 188.59 | Fr | 04/20/18 | 840,865.4344 | 165.72 |
| Th | 05/31/18 | 918,491.8381 | 186.87 | Th | 05/10/18 | 934,072.8255 | 190.04 | Th | 04/19/18 | 876,789.4464 | 172.80 |
| We | 05/30/18 | 921,588.3750 | 187.50 | We | 05/09/18 | 920,900.2557 | 187.36 | We | 04/18/18 | 902,362.4719 | 177.84 |
| Tu | 05/29/18 | 923,554.4302 | 187.90 | Tu | 05/08/18 | 914,461.4249 | 186.05 | Tu | 04/17/18 | 904,392.0771 | 178.24 |
| Mo | 05/28/18 | | | Mo | 05/07/18 | 910,086.9521 | 185.16 | Mo | 04/16/18 | 892,112.9657 | 175.82 |
| | | | | | | | | | | | |
| Fr | 05/25/18 | 926,896.7240 | 188.58 | Fr | 05/04/18 | 903,549.8185 | 183.83 | Fr | 04/13/18 | 886,582.2915 | 174.73 |
| Th | 05/24/18 | 924,783.2147 | 188.15 | Th | 05/03/18 | 869,438.7608 | 176.89 | Th | 04/12/18 | 883,588.6238 | 174.14 |
| We | 05/23/18 | 925,815.3937 | 188.36 | We | 05/02/18 | 867,865.9167 | 176.57 | We | 04/11/18 | 874,962.8017 | 172.44 |
| Tu | 05/22/18 | 919,917.2281 | 187.16 | Tu | 05/01/18 | 835,908.9862 | 169.10 | Tu | 04/10/18 | 879,072.7523 | 173.25 |
| Mo | 05/21/18 | 922,227.3429 | 187.63 | Mo | 04/30/18 | 838,531.3884 | 165.26 | Mo | 04/09/18 | 862,835.9107 | 170.05 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| AAPL US Equity | 96) Export | 97) Settings | Page 5/6 | Historical Price Table |

Apple Inc

| | | High | 1,120,880.9268 | on | 10/03/18 |
| Range | 01/02/2018 ▦ - 12/11/2018 ▦ | Period | Daily ▾ | Low | 787,233.1170 | on | 02/08/18 |
| Market | Mkt Cap ▾ | Last Price ▾ | Currency | USD ▾ | Average | 938,020.0953 | | 190.6483 |
| View | Price Table ▾ | | | Net Chg | -76,079.8018 | | -8.68% |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 04/06/18 | 854,362.3089 | 168.38 | Fr | 03/16/18 | 903,275.7943 | 178.02 | Fr | 02/23/18 | 890,489.2815 | 175.50 |
| Th | 04/05/18 | 876,789.4464 | 172.80 | Th | 03/15/18 | 906,472.4225 | 178.65 | Th | 02/22/18 | 875,267.2425 | 172.50 |
| We | 04/04/18 | 870,751.3709 | 171.61 | We | 03/14/18 | 905,406.8797 | 178.44 | We | 02/21/18 | 868,011.4039 | 171.07 |
| Tu | 04/03/18 | 854,413.0491 | 168.39 | Tu | 03/13/18 | 913,170.1196 | 179.97 | Tu | 02/20/18 | 871,969.1341 | 171.85 |
| Mo | 04/02/18 | 845,736.4868 | 166.68 | Mo | 03/12/18 | 922,049.6424 | 181.72 | Mo | 02/19/18 | | |
| | | | | | | | | | | | |
| Fr | 03/30/18 | | | Fr | 03/09/18 | 913,220.8597 | 179.98 | Fr | 02/16/18 | 874,912.0616 | 172.43 |
| Th | 03/29/18 | 851,317.9011 | 167.78 | Th | 03/08/18 | 897,795.8602 | 176.94 | Th | 02/15/18 | 877,753.5089 | 172.99 |
| We | 03/28/18 | 844,721.6842 | 166.48 | We | 03/07/18 | 888,104.4954 | 175.03 | We | 02/14/18 | 849,237.5558 | 167.37 |
| Tu | 03/27/18 | 854,159.3484 | 168.34 | Tu | 03/06/18 | 896,425.8767 | 176.67 | Tu | 02/13/18 | 833,863.2964 | 164.34 |
| Mo | 03/26/18 | 876,637.2260 | 172.77 | Mo | 03/05/18 | 897,186.9787 | 176.82 | Mo | 02/12/18 | 825,592.6552 | 162.71 |
| | | | | | | | | | | | |
| Fr | 03/23/18 | 836,907.7042 | 164.94 | Fr | 03/02/18 | 894,091.8307 | 176.21 | Fr | 02/09/18 | 793,626.3733 | 156.41 |
| Th | 03/22/18 | 856,747.0951 | 168.85 | Th | 03/01/18 | 887,952.2750 | 175.00 | Th | 02/08/18 L | 787,233.1170 | 155.15 |
| We | 03/21/18 | 869,026.2065 | 171.27 | We | 02/28/18 | 903,783.1956 | 178.12 | We | 02/07/18 | 809,508.0340 | 159.54 |
| Tu | 03/20/18 | 889,170.0381 | 175.24 | Tu | 02/27/18 | 905,153.1791 | 178.39 | Tu | 02/06/18 | 827,216.3394 | 163.03 |
| Mo | 03/19/18 | 889,474.4789 | 175.30 | Mo | 02/26/18 | 908,096.1066 | 178.97 | Mo | 02/05/18 | 794,032.2944 | 156.49 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2018 Bloomberg Finance L.P.

## Screen Printed

| AAPL US Equity | 96) Export | 97) Settings | Page 6/6 | Historical Price Table |

Apple Inc

| Range | 01/02/2018 - 12/11/2018 | Period | Daily | | High | 1,120,880.9268 on | 10/03/18 |
| Market | Mkt Cap | Last Price | | | Low | 787,233.1170 on | 02/08/18 |
| | Currency | USD | | | Average | 938,020.0953 | 190.6483 |
| View | Price Table | | | | Net Chg | -76,079.8018 | -8.68% |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 02/02/18 | 814,379.0865 | 160.50 | Fr | 01/12/18 | 900,866.7470 | 177.09 | | | | |
| Th | 02/01/18 | 853,506.2557 | 167.78 | Th | 01/11/18 | 891,659.1757 | 175.28 | | | | |
| We | 01/31/18 | 851,725.7861 | 167.43 | We | 01/10/18 | 886,622.9902 | 174.29 | | | | |
| Tu | 01/30/18 | 849,385.7403 | 166.97 | Tu | 01/09/18 | 886,826.4725 | 174.33 | | | | |
| Mo | 01/29/18 | 854,421.9258 | 167.96 | Mo | 01/08/18 | 886,928.2136 | 174.35 | | | | |
| | | | | | | | | | | | |
| Fr | 01/26/18 | 872,480.9746 | 171.51 | Fr | 01/05/18 | 890,234.8000 | 175.00 | | | | |
| Th | 01/25/18 | 870,446.1522 | 171.11 | Th | 01/04/18 | 880,213.2997 | 173.03 | | | | |
| We | 01/24/18 | 886,266.8963 | 174.22 | We | 01/03/18 | 876,143.6549 | 172.23 | | | | |
| Tu | 01/23/18 | 900,612.3942 | 177.04 | Tu | 01/02/18 | 876,296.2666 | 172.26 | | | | |
| Mo | 01/22/18 | 900,408.9120 | 177.00 | | | | | | | | |
| | | | | | | | | | | | |
| Fr | 01/19/18 | 907,836.0138 | 178.46 | | | | | | | | |
| Th | 01/18/18 | 911,905.6586 | 179.26 | | | | | | | | |
| We | 01/17/18 | 911,091.7296 | 179.10 | | | | | | | | |
| Tu | 01/16/18 | 896,288.3966 | 176.19 | | | | | | | | |
| Mo | 01/15/18 | | | | | | | | | | |

SN 722317 EST  GMT-5:00 G660-4354-0 12-Dec-2018 15:43:27

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2018 Bloomberg Finance L.P.