# Exhibit 32

6

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GOOGL US Equity | | 96) Export | | 97) Settings | | | | Page 1/6 | Historical Price Table | | | |
| Alphabet Inc | | | | | | | High | 887,883.8121 on | 07/26/18 | | | |
| Range | 01/02/2018 - 12/11/2018 | | | Period | Daily | | Low | 698,347.3962 on | 02/08/18 | | | |
| Market | Mkt Cap | Last Price | | Currency | USD | | Average | 779,970.5138 | 1,126.628 | | | |
| View | Price Table | | | | | | Net Chg | -7,958.0017 | -1.07% | | | |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 12/14/18 | | | Fr | 11/23/18 | 714,079.1229 | 1,030.10 | Fr | 11/02/18 | 740,074.0097 | 1,071.49 |
| Th | 12/13/18 | | | Th | 11/22/18 | | | Th | 11/01/18 | 749,300.7468 | 1,085.98 |
| We | 12/12/18 | | | We | 11/21/18 | 723,498.9066 | 1,043.43 | We | 10/31/18 | 753,309.4195 | 1,090.58 |
| Tu | 12/11/18 | 734,648.2330 | 1,061.65 | Tu | 11/20/18 | 714,893.3100 | 1,030.45 | Tu | 10/30/18 | 724,936.8890 | 1,049.51 |
| Mo | 12/10/18 | 727,366.1411 | 1,053.18 | Mo | 11/19/18 | 711,767.6081 | 1,027.42 | Mo | 10/29/18 | 714,154.2774 | 1,034.73 |
| Fr | 12/07/18 | 724,130.2549 | 1,046.58 | Fr | 11/16/18 | 740,416.1493 | 1,068.27 | Fr | 10/26/18 | 749,130.1608 | 1,083.75 |
| Th | 12/06/18 | 746,279.9195 | 1,078.08 | Th | 11/15/18 | 742,513.6889 | 1,071.05 | Th | 10/25/18 | 765,055.3146 | 1,103.59 |
| We | 12/05/18 | | | We | 11/14/18 | 729,350.7724 | 1,054.58 | We | 10/24/18 | 733,021.8835 | 1,057.12 |
| Tu | 12/04/18 | 734,565.6690 | 1,062.47 | Tu | 11/13/18 | 724,380.6872 | 1,047.97 | Tu | 10/23/18 | 771,429.4158 | 1,114.91 |
| Mo | 12/03/18 | 772,685.9861 | 1,116.36 | Mo | 11/12/18 | 725,791.3203 | 1,049.36 | Mo | 10/22/18 | 769,343.7733 | 1,111.37 |
| Fr | 11/30/18 | 766,045.9487 | 1,109.65 | Fr | 11/09/18 | 744,975.6821 | 1,077.02 | Fr | 10/19/18 | 765,593.7799 | 1,105.18 |
| Th | 11/29/18 | 758,900.3871 | 1,094.58 | Th | 11/08/18 | 756,715.4836 | 1,094.63 | Th | 10/18/18 | 760,080.7478 | 1,097.91 |
| We | 11/28/18 | 757,228.6366 | 1,091.79 | We | 11/07/18 | 765,203.3719 | 1,108.24 | We | 10/17/18 | 779,996.7500 | 1,127.59 |
| Tu | 11/27/18 | 728,889.0181 | 1,052.28 | Tu | 11/06/18 | 738,716.3317 | 1,069.57 | Tu | 10/16/18 | 783,853.3533 | 1,133.08 |
| Mo | 11/26/18 | 731,639.6039 | 1,055.94 | Mo | 11/05/18 | 728,389.7390 | 1,055.73 | Mo | 10/15/18 | 763,138.8372 | 1,102.44 |

SN 722317 EST  GMT-5:00 G660-4354-0 12-Dec-2018 15:44:53

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| GOOGL US Equity | 96) Export | 97) Settings | | Page 2/6 Historical Price Table | |
|---|---|---|---|---|---|
| Alphabet Inc | | | High | 887,883.8121 on | 07/26/18 |
| Range 01/02/2018 - 12/11/2018 | Period Daily | | Low | 698,347.3962 on | 02/08/18 |
| Market Mkt Cap | Last Price | Currency USD | Average | 779,970.5138 | 1,126.628 |
| View Price Table | | | Net Chg | -7,958.0017 | -1.07% |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 10/12/18 | 775,629.8076 | 1,120.54 | Fr | 09/21/18 | 813,166.6904 | 1,172.12 | Fr | 08/31/18 | 851,854.9475 | 1,231.80 |
| Th | 10/11/18 | 754,540.2193 | 1,090.74 | Th | 09/20/18 | 827,194.1434 | 1,191.57 | Th | 08/30/18 | 866,966.7090 | 1,254.44 |
| We | 10/10/18 | 755,707.2771 | 1,092.16 | We | 09/19/18 | 815,726.3697 | 1,174.27 | We | 08/29/18 | 874,058.3793 | 1,264.65 |
| Tu | 10/09/18 | 794,298.7109 | 1,145.17 | Tu | 09/18/18 | 809,733.6100 | 1,167.11 | Tu | 08/28/18 | 861,225.5211 | 1,245.86 |
| Mo | 10/08/18 | 801,553.2528 | 1,155.92 | Mo | 09/17/18 | 805,456.7885 | 1,159.83 | Mo | 08/27/18 | 868,564.5908 | 1,256.27 |
| Fr | 10/05/18 | 808,520.9430 | 1,167.83 | Fr | 09/14/18 | 817,459.8898 | 1,177.98 | Fr | 08/24/18 | 854,368.9768 | 1,236.75 |
| Th | 10/04/18 | 815,546.3233 | 1,177.07 | Th | 09/13/18 | 819,846.1893 | 1,182.14 | Th | 08/23/18 | 843,642.8239 | 1,221.16 |
| We | 10/03/18 | 839,631.3764 | 1,211.53 | We | 09/12/18 | 811,778.2982 | 1,171.60 | We | 08/22/18 | 844,560.9938 | 1,221.75 |
| Tu | 10/02/18 | 837,317.1796 | 1,207.64 | Tu | 09/11/18 | 823,134.5168 | 1,189.99 | Tu | 08/21/18 | 841,030.2990 | 1,217.41 |
| Mo | 10/01/18 | 835,812.1219 | 1,208.53 | Mo | 09/10/18 | 813,573.0927 | 1,175.06 | Mo | 08/20/18 | 844,789.7270 | 1,221.95 |
| Fr | 09/28/18 | 834,657.7929 | 1,207.08 | Fr | 09/07/18 | 814,459.5804 | 1,177.59 | Fr | 08/17/18 | 840,281.0329 | 1,215.85 |
| Th | 09/27/18 | 835,184.8406 | 1,207.36 | Th | 09/06/18 | 818,990.3161 | 1,183.99 | Th | 08/16/18 | 844,992.0403 | 1,224.06 |
| We | 09/26/18 | 825,615.0012 | 1,194.06 | We | 09/05/18 | 829,475.8746 | 1,199.10 | We | 08/15/18 | 850,567.9736 | 1,232.22 |
| Tu | 09/25/18 | 827,113.2269 | 1,193.89 | Tu | 09/04/18 | 837,339.1834 | 1,211.31 | Tu | 08/14/18 | 869,271.9238 | 1,258.14 |
| Mo | 09/24/18 | 818,282.8012 | 1,179.56 | Mo | 09/03/18 | | | Mo | 08/13/18 | 863,562.6947 | 1,248.64 |

SN 722317 EST  GMT-5:00  G660-4354-0  12-Dec-2018  15:44:54

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2018 Bloomberg Finance L.P.

```
Screen Printed
```

| GOOGL US Equity | | 96) Export | | 97) Settings | | | | Page 3/6 | Historical Price Table | |
|---|---|---|---|---|---|---|---|---|---|---|
| Alphabet Inc | | | | | | | High | 887,883.8121 on | | 07/26/18 |
| Range | 01/02/2018 - 12/11/2018 | | | Period | Daily | | Low | 698,347.3962 on | | 02/08/18 |
| Market | Mkt Cap | Last Price | | Currency | USD | | Average | 779,970.5138 | | 1,126.628 |
| View | Price Table | | | | | | Net Chg | -7,958.0017 | | -1.07% |

|    | Date     | Mkt Cap      | Last Price |    | Date     | Mkt Cap      | Last Price |    | Date     | Mkt Cap      | Last Price |
|----|----------|--------------|------------|----|----------|--------------|------------|----|----------|--------------|------------|
| Fr | 08/10/18 | 865,780.8468 | 1,252.51   | Fr | 07/20/18 | 827,155.7538 | 1,197.88   | Fr | 06/29/18 | 779,234.9185 | 1,129.19   |
| Th | 08/09/18 | 873,922.4673 | 1,264.46   | Th | 07/19/18 | 828,312.2138 | 1,199.10   | Th | 06/28/18 | 777,926.0299 | 1,126.78   |
| We | 08/08/18 | 871,610.5994 | 1,261.33   | We | 07/18/18 | 836,082.7867 | 1,212.91   | We | 06/27/18 | 770,942.7011 | 1,116.94   |
| Tu | 08/07/18 | 868,575.3079 | 1,255.84   | Tu | 07/17/18 | 837,225.0216 | 1,213.08   | Tu | 06/26/18 | 781,386.3188 | 1,132.62   |
| Mo | 08/06/18 | 856,203.6357 | 1,237.67   | Mo | 07/16/18 | 826,323.3971 | 1,196.51   | Mo | 06/25/18 | 785,896.5627 | 1,139.28   |
| Fr | 08/03/18 | 855,965.8663 | 1,238.16   | Fr | 07/13/18 | 830,718.6318 | 1,204.42   | Fr | 06/22/18 | 806,985.7698 | 1,169.29   |
| Th | 08/02/18 | 857,834.1678 | 1,241.13   | Th | 07/12/18 | 827,711.9769 | 1,201.26   | Th | 06/21/18 | 807,845.9696 | 1,169.44   |
| We | 08/01/18 | 852,917.9978 | 1,232.99   | We | 07/11/18 | 807,096.3566 | 1,171.46   | We | 06/20/18 | 817,094.7831 | 1,184.07   |
| Tu | 07/31/18 | 850,031.3742 | 1,227.22   | Tu | 07/10/18 | 805,310.0030 | 1,167.14   | Tu | 06/19/18 | 814,698.8314 | 1,178.69   |
| Mo | 07/30/18 | 851,866.2555 | 1,230.04   | Mo | 07/09/18 | 805,805.7318 | 1,167.28   | Mo | 06/18/18 | 818,285.1103 | 1,183.58   |
| Fr | 07/27/18 | 866,235.5993 | 1,252.89   | Fr | 07/06/18 | 796,706.5673 | 1,155.08   | Fr | 06/15/18 | 802,558.8635 | 1,159.27   |
| Th | 07/26/18 H | 887,883.8121 | 1,285.50 | Th | 07/05/18 | 786,342.9286 | 1,141.29   | Th | 06/14/18 | 802,777.3105 | 1,160.11   |
| We | 07/25/18 | 883,073.6176 | 1,275.94   | We | 07/04/18 |              |            | We | 06/13/18 | 791,207.8637 | 1,144.23   |
| Tu | 07/24/18 | 871,507.6221 | 1,258.15   | Tu | 07/03/18 | 770,324.1573 | 1,116.28   | Tu | 06/12/18 | 794,170.5575 | 1,148.19   |
| Mo | 07/23/18 | 840,735.7758 | 1,211.00   | Mo | 07/02/18 | 787,795.0996 | 1,142.11   | Mo | 06/11/18 | 788,347.5554 | 1,140.90   |

SN 722317 EST   GMT-5:00 G660-4354-0 12-Dec-2018 15:44:55

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| GOOGL US Equity | 96) Export | 97) Settings | | Page 4/6 | Historical Price Table |
|---|---|---|---|---|---|
| Alphabet Inc | | | High | 887,883.8121 on | 07/26/18 |
| Range 01/02/2018 - 12/11/2018 | Period Daily | | Low | 698,347.3962 on | 02/08/18 |
| Market Mkt Cap | Last Price | Currency USD | Average | 779,970.5138 | 1,126.628 |
| View Price Table | | | Net Chg | -7,958.0017 | -1.07% |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 06/08/18 | 782,312.8482 | 1,132.71 | Fr | 05/18/18 | 741,695.5934 | 1,069.64 | Fr | 04/27/18 | 715,870.9302 | 1,031.45 |
| Th | 06/07/18 | 783,977.2272 | 1,134.42 | Th | 05/17/18 | 749,993.4277 | 1,081.26 | Th | 04/26/18 | 723,411.8487 | 1,043.31 |
| We | 06/06/18 | 792,862.4102 | 1,146.95 | We | 05/16/18 | 752,089.3485 | 1,084.09 | We | 04/25/18 | 709,842.3545 | 1,022.99 |
| Tu | 06/05/18 | 795,208.7988 | 1,151.02 | Tu | 05/15/18 | 751,394.6542 | 1,084.87 | Tu | 04/24/18 | 709,282.7034 | 1,022.64 |
| Mo | 06/04/18 | 795,721.6978 | 1,153.04 | Mo | 05/14/18 | 766,204.1578 | 1,106.60 | Mo | 04/23/18 | 744,243.0978 | 1,073.81 |
| Fr | 06/01/18 | 782,540.2989 | 1,135.00 | Fr | 05/11/18 | 764,444.4115 | 1,103.38 | Fr | 04/20/18 | 747,430.2408 | 1,077.32 |
| Th | 05/31/18 | 758,413.5792 | 1,100.00 | Th | 05/10/18 | 764,860.6841 | 1,105.47 | Th | 04/19/18 | 756,838.5764 | 1,089.45 |
| We | 05/30/18 | 744,754.1311 | 1,077.47 | We | 05/09/18 | 754,023.5808 | 1,088.95 | We | 04/18/18 | 746,480.3072 | 1,075.39 |
| Tu | 05/29/18 | 738,940.4237 | 1,068.07 | Tu | 05/08/18 | 733,499.4382 | 1,058.59 | Tu | 04/17/18 | 748,535.0553 | 1,079.36 |
| Mo | 05/28/18 | | | Mo | 05/07/18 | 734,107.4199 | 1,059.46 | Mo | 04/16/18 | 724,319.3523 | 1,046.10 |
| Fr | 05/25/18 | 749,810.6264 | 1,084.08 | Fr | 05/04/18 | 728,931.6914 | 1,051.00 | Fr | 04/13/18 | 717,828.6471 | 1,036.04 |
| Th | 05/24/18 | 751,585.2117 | 1,085.45 | Th | 05/03/18 | 711,854.5457 | 1,026.30 | Th | 04/12/18 | 719,440.6844 | 1,037.29 |
| We | 05/23/18 | 751,917.0863 | 1,085.96 | We | 05/02/18 | 712,019.8129 | 1,026.05 | We | 04/11/18 | 710,821.4651 | 1,025.06 |
| Tu | 05/22/18 | 744,777.1134 | 1,075.31 | Tu | 05/01/18 | 721,570.4921 | 1,040.75 | Tu | 04/10/18 | 718,861.5335 | 1,036.50 |
| Mo | 05/21/18 | 751,247.9734 | 1,084.01 | Mo | 04/30/18 | 706,987.9510 | 1,018.58 | Mo | 04/09/18 | 707,533.8323 | 1,020.09 |

SN 722317 EST   GMT-5:00 G660-4354-0 12-Dec-2018 15:44:55

Australia 61 2 9777 8600   Brazil 5511 2395 9000   Europe 44 20 7330 7500   Germany 49 69 9204 1210   Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| GOOGL US Equity | 96) Export | 97) Settings | | Page 5/6 | Historical Price Table |
|---|---|---|---|---|---|
| Alphabet Inc | | | High | 887,883.8121 on | 07/26/18 |
| Range 01/02/2018 - 12/11/2018 | Period Daily | | Low | 698,347.3962 on | 02/08/18 |
| Market Mkt Cap | Last Price | Currency USD | Average | 779,970.5138 | 1,126.628 |
| View Price Table | | | Net Chg | -7,958.0017 | -1.07% |

|    | Date     | Mkt Cap       | Last Price |    | Date     | Mkt Cap       | Last Price |    | Date     | Mkt Cap       | Last Price |
|----|----------|---------------|------------|----|----------|---------------|------------|----|----------|---------------|------------|
| Fr | 04/06/18 | 701,129.3665  | 1,009.95   | Fr | 03/16/18 | 789,248.4789  | 1,134.42   | Fr | 02/23/18 | 783,872.8689  | 1,128.09   |
| Th | 04/05/18 | 716,188.8847  | 1,032.64   | Th | 03/15/18 | 799,631.7669  | 1,150.61   | Th | 02/22/18 | 770,489.9579  | 1,109.90   |
| We | 04/04/18 | 714,248.7273  | 1,029.71   | We | 03/14/18 | 799,044.3739  | 1,148.89   | We | 02/21/18 | 773,487.9123  | 1,113.75   |
| Tu | 04/03/18 | 706,318.2685  | 1,018.68   | Tu | 03/13/18 | 791,927.0230  | 1,139.91   | Tu | 02/20/18 | 766,901.5446  | 1,103.59   |
| Mo | 04/02/18 | 701,779.4597  | 1,012.63   | Mo | 03/12/18 | 810,134.3953  | 1,165.93   | Mo | 02/19/18 |               |            |
|    |          |               |            |    |          |               |            |    |          |               |            |
| Fr | 03/30/18 |               |            | Fr | 03/09/18 | 806,830.5252  | 1,160.84   | Fr | 02/16/18 | 761,437.1171  | 1,095.50   |
| Th | 03/29/18 | 719,123.5949  | 1,037.14   | Th | 03/08/18 | 783,993.2881  | 1,129.38   | Th | 02/15/18 | 758,132.9955  | 1,091.36   |
| We | 03/28/18 | 698,667.7101  | 1,005.18   | We | 03/07/18 | 773,268.6063  | 1,115.04   | We | 02/14/18 | 744,725.6873  | 1,072.70   |
| Tu | 03/27/18 | 699,435.9780  | 1,006.94   | Tu | 03/06/18 | 763,272.8365  | 1,100.90   | Tu | 02/13/18 | 732,179.3566  | 1,054.14   |
| Mo | 03/26/18 | 732,577.6480  | 1,054.09   | Mo | 03/05/18 | 759,754.0916  | 1,094.76   | Mo | 02/12/18 | 732,254.8534  | 1,054.56   |
|    |          |               |            |    |          |               |            |    |          |               |            |
| Fr | 03/23/18 | 711,898.5241  | 1,026.55   | Fr | 03/02/18 | 751,851.1110  | 1,084.14   | Fr | 02/09/18 | 724,299.4229  | 1,046.27   |
| Th | 03/22/18 | 730,733.1636  | 1,053.15   | Th | 03/01/18 | 744,243.1436  | 1,071.41   | Th | 02/08/18 L | 698,347.3962 | 1,007.71   |
| We | 03/21/18 | 759,490.7258  | 1,094.00   | We | 02/28/18 | 767,855.2421  | 1,103.92   | We | 02/07/18 | 731,274.1608  | 1,055.41   |
| Tu | 03/20/18 | 762,620.0829  | 1,095.80   | Tu | 02/27/18 | 777,293.1358  | 1,117.51   | Tu | 02/06/18 | 752,571.6682  | 1,084.43   |
| Mo | 03/19/18 | 764,782.6227  | 1,100.07   | Mo | 02/26/18 | 795,230.4513  | 1,143.70   | Mo | 02/05/18 | 735,692.7376  | 1,062.39   |

SN 722317 EST  GMT-5:00  G660-4354-0  12-Dec-2018  15:44:56

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| GOOGL US Equity | | 96) Export | | 97) Settings | | | | Page 6/6 | Historical Price Table | |
|---|---|---|---|---|---|---|---|---|---|---|
| Alphabet Inc | | | | | | | High | 887,883.8121 on | | 07/26/18 |
| Range | 01/02/2018 | - | 12/11/2018 | Period | Daily | | Low | 698,347.3962 on | | 02/08/18 |
| Market | Mkt Cap | | Last Price | Currency | USD | | Average | 779,970.5138 | | 1,126.628 |
| View | Price Table | | | | | | Net Chg | -7,958.0017 | | -1.07% |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 02/02/18 | 774,899.6147 | 1,119.20 | Fr | 01/12/18 | 782,448.5277 | 1,130.65 | | | |
| Th | 02/01/18 | 815,790.2413 | 1,181.59 | Th | 01/11/18 | 770,218.9905 | 1,112.05 | | | |
| We | 01/31/18 | 816,828.4984 | 1,182.22 | We | 01/10/18 | 768,518.9173 | 1,110.14 | | | |
| Tu | 01/30/18 | 812,936.5066 | 1,177.37 | Tu | 01/09/18 | 770,733.1440 | 1,112.79 | | | |
| Mo | 01/29/18 | 820,303.0968 | 1,186.48 | Mo | 01/08/18 | 771,443.7422 | 1,114.21 | | | |
| | | | | | | | | | | |
| Fr | 01/26/18 | 820,747.6222 | 1,187.56 | Fr | 01/05/18 | 768,425.4471 | 1,110.29 | | | |
| Th | 01/25/18 | 816,963.1447 | 1,182.14 | Th | 01/04/18 | 757,845.0710 | 1,095.76 | | | |
| We | 01/24/18 | 811,185.1070 | 1,171.29 | We | 01/03/18 | 755,018.4704 | 1,091.52 | | | |
| Tu | 01/23/18 | 814,892.7922 | 1,176.17 | Tu | 01/02/18 | 742,606.2347 | 1,073.21 | | | |
| Mo | 01/22/18 | 805,746.2665 | 1,164.16 | | | | | | | |
| | | | | | | | | | | |
| Fr | 01/19/18 | 792,271.9374 | 1,143.50 | | | | | | | |
| Th | 01/18/18 | 786,969.2073 | 1,135.97 | | | | | | | |
| We | 01/17/18 | 788,793.3169 | 1,139.10 | | | | | | | |
| Tu | 01/16/18 | 782,278.1172 | 1,130.70 | | | | | | | |
| Mo | 01/15/18 | | | | | | | | | |

SN 722317 EST  GMT-5:00 G660-4354-0 12-Dec-2018 15:44:56

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2018 Bloomberg Finance L.P.