# Exhibit 33

6

| NFLX US Equity | | 96) Export | | 97) Settings | | | | Page 1/6 Historical Price Table | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Netflix Inc | | | | | | High | 182,123.1414 on | | 07/09/18 | |
| Range | 01/02/2018 - 12/11/2018 | | | Period | Daily | Low | 87,009.2483 on | | 01/02/18 | |
| Market | Mkt Cap | Last Price | | Currency | USD | Average | 140,232.3818 | | 322.478 | |
| View | Price Table | | | | | Net Chg | 28,692.8226 | | 32.98% | |
| Date | Mkt Cap | Last Price | Date | Mkt Cap | Last Price | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|
| Fr 12/14/18 | | | Fr 11/23/18 | 112,867.5184 | 258.82 | Fr 11/02/18 | 134,793.8720 | 309.10 |
| Th 12/13/18 | | | Th 11/22/18 | | | Th 11/01/18 | 138,404.6557 | 317.38 |
| We 12/12/18 | | | We 11/21/18 | 114,310.9597 | 262.13 | We 10/31/18 | 131,601.7298 | 301.78 |
| Tu 12/11/18 | 115,702.0709 | 265.32 | Tu 11/20/18 | 116,425.9720 | 266.98 | Tu 10/30/18 | 124,637.4524 | 285.81 |
| Mo 12/10/18 | 117,612.1232 | 269.70 | Mo 11/19/18 | 118,004.5996 | 270.60 | Mo 10/29/18 | 124,214.4500 | 284.84 |
| Fr 12/07/18 | 115,623.5756 | 265.14 | Fr 11/16/18 | 124,811.8864 | 286.21 | Fr 10/26/18 | 130,751.3641 | 299.83 |
| Th 12/06/18 | 123,359.7234 | 282.88 | Th 11/15/18 | 126,490.8136 | 290.06 | Th 10/25/18 | 136,437.9124 | 312.87 |
| We 12/05/18 | | | We 11/14/18 | 125,038.6506 | 286.73 | We 10/24/18 | 131,623.5340 | 301.83 |
| Tu 12/04/18 | 120,067.2817 | 275.33 | Tu 11/13/18 | 128,383.4225 | 294.40 | Tu 10/23/18 | 145,286.0769 | 333.16 |
| Mo 12/03/18 | 126,595.4740 | 290.30 | Mo 11/12/18 | 128,239.5145 | 294.07 | Mo 10/22/18 | 143,707.4493 | 329.54 |
| Fr 11/30/18 | 124,776.9996 | 286.13 | Fr 11/09/18 | 132,338.7134 | 303.47 | Fr 10/19/18 | 145,072.3953 | 332.67 |
| Th 11/29/18 | 125,919.5423 | 288.75 | Th 11/08/18 | 138,640.1416 | 317.92 | Th 10/18/18 | 151,195.0286 | 346.71 |
| We 11/28/18 | 123,259.4238 | 282.65 | We 11/07/18 | 142,817.8359 | 327.50 | We 10/17/18 | 158,811.3521 | 364.70 |
| Tu 11/27/18 | 116,273.3422 | 266.63 | Tu 11/06/18 | 135,552.6598 | 310.84 | Tu 10/16/18 | 150,842.4797 | 346.40 |
| Mo 11/26/18 | 114,005.7002 | 261.43 | Mo 11/05/18 | 137,558.6508 | 315.44 | Mo 10/15/18 | 145,063.9586 | 333.13 |

SN 722317 EST  GMT-5:00  G660-4354-0  12-Dec-2018  15:45:36

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| NFLX US Equity | | 96) Export | | 97) Settings | | | | Page 2/6 | Historical Price Table | |
|---|---|---|---|---|---|---|---|---|---|---|
| Netflix Inc | | | | | | High | 182,123.1414 on | | 07/09/18 | |
| Range | 01/02/2018 - 12/11/2018 | | | Period | Daily | Low | 87,009.2483 on | | 01/02/18 | |
| Market | Mkt Cap | Last Price | | Currency | USD | Average | 140,232.3818 | | 322.478 | |
| View | Price Table | | | | | Net Chg | 28,692.8226 | | 32.98% | |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 10/12/18 | 147,863.9504 | 339.56 | Fr | 09/21/18 | 157,282.8962 | 361.19 | Fr | 08/31/18 | 160,109.0154 | 367.68 |
| Th | 10/11/18 | 139,825.4049 | 321.10 | Th | 09/20/18 | 159,098.7540 | 365.36 | Th | 08/30/18 | 161,546.0252 | 370.98 |
| We | 10/10/18 | 141,911.2463 | 325.89 | We | 09/19/18 | 159,795.4860 | 366.96 | We | 08/29/18 | 160,265.7801 | 368.04 |
| Tu | 10/09/18 | 154,896.5891 | 355.71 | Tu | 09/18/18 | 160,095.9517 | 367.65 | Tu | 08/28/18 | 160,461.7360 | 368.49 |
| Mo | 10/08/18 | 152,018.2150 | 349.10 | Mo | 09/17/18 | 152,562.5369 | 350.35 | Mo | 08/27/18 | 158,759.0972 | 364.58 |
| Fr | 10/05/18 | 152,997.9944 | 351.35 | Fr | 09/14/18 | 158,750.3880 | 364.56 | Fr | 08/24/18 | 156,250.8619 | 358.82 |
| Th | 10/04/18 | 158,354.1217 | 363.65 | Th | 09/13/18 | 160,313.6805 | 368.15 | Th | 08/23/18 | 147,694.1220 | 339.17 |
| We | 10/03/18 | 164,189.2523 | 377.05 | We | 09/12/18 | 161,097.5040 | 369.95 | We | 08/22/18 | 149,988.9830 | 344.44 |
| Tu | 10/02/18 | 164,228.4434 | 377.14 | Tu | 09/11/18 | 154,992.3898 | 355.93 | Tu | 08/21/18 | 147,193.3458 | 338.02 |
| Mo | 10/01/18 | 166,096.5561 | 381.43 | Mo | 09/10/18 | 151,717.7493 | 348.41 | Mo | 08/20/18 | 142,712.4881 | 327.73 |
| Fr | 09/28/18 | 162,917.7163 | 374.13 | Fr | 09/07/18 | 151,835.3228 | 348.68 | Fr | 08/17/18 | 137,944.2284 | 316.78 |
| Th | 09/27/18 | 165,783.0267 | 380.71 | Th | 09/06/18 | 150,868.6072 | 346.46 | Th | 08/16/18 | 140,408.9179 | 322.44 |
| We | 09/26/18 | 164,550.6820 | 377.88 | We | 09/05/18 | 148,569.3916 | 341.18 | We | 08/15/18 | 142,133.3296 | 326.40 |
| Tu | 09/25/18 | 160,871.0661 | 369.43 | Tu | 09/04/18 | 158,332.3488 | 363.60 | Tu | 08/14/18 | 146,962.5534 | 337.49 |
| Mo | 09/24/18 | 160,949.4484 | 369.61 | Mo | 09/03/18 | | | Mo | 08/13/18 | 148,626.0010 | 341.31 |

SN 722317 EST   GMT-5:00   G660-4354-0   12-Dec-2018   15:45:37

Australia 61 2 9777 8600   Brazil 5511 2395 9000   Europe 44 20 7330 7500   Germany 49 69 9204 1210   Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2018 Bloomberg Finance L.P.

```
Screen Printed
```

| NFLX US Equity | | 96) Export | | 97) Settings | | | | Page 3/6 | Historical Price Table | |
|---|---|---|---|---|---|---|---|---|---|---|
| Netflix Inc | | | | | | High | | 182,123.1414 on | 07/09/18 | |
| Range | 01/02/2018 | - | 12/11/2018 | Period | Daily | Low | | 87,009.2483 on | 01/02/18 | |
| Market | Mkt Cap | Last Price | | Currency | USD | Average | | 140,232.3818 | 322.478 | |
| View | Price Table | | | | | Net Chg | | 28,692.8226 | 32.98% | |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 08/10/18 | 150,611.6873 | 345.87 | Fr | 07/20/18 | 157,221.9322 | 361.05 | Fr | 06/29/18 | 170,151.7084 | 391.43 |
| Th | 08/09/18 | 152,131.4339 | 349.36 | Th | 07/19/18 | 158,606.6870 | 364.23 | Th | 06/28/18 | 171,886.1317 | 395.42 |
| We | 08/08/18 | 151,369.3833 | 347.61 | We | 07/18/18 | 163,353.1739 | 375.13 | We | 06/27/18 | 169,699.6281 | 390.39 |
| Tu | 08/07/18 | 153,207.0140 | 351.83 | Tu | 07/17/18 | 164,957.1323 | 379.48 | Tu | 06/26/18 | 173,611.8611 | 399.39 |
| Mo | 08/06/18 | 152,810.7477 | 350.92 | Mo | 07/16/18 | 174,085.6760 | 400.48 | Mo | 06/25/18 | 167,130.5951 | 384.48 |
| | | | | | | | | | | | |
| Fr | 08/03/18 | 149,401.1154 | 343.09 | Fr | 07/13/18 | 172,051.3149 | 395.80 | Fr | 06/22/18 | 178,697.7641 | 411.09 |
| Th | 08/02/18 | 150,015.1105 | 344.50 | Th | 07/12/18 | 179,745.3731 | 413.50 | Th | 06/21/18 | 180,588.6767 | 415.44 |
| We | 08/01/18 | 147,350.1105 | 338.38 | We | 07/11/18 | 181,984.0398 | 418.65 | We | 06/20/18 | 181,162.4709 | 416.76 |
| Tu | 07/31/18 | 146,945.1351 | 337.45 | Tu | 07/10/18 | 180,671.2683 | 415.63 | Tu | 06/19/18 | 176,041.7925 | 404.98 |
| Mo | 07/30/18 | 145,860.8459 | 334.96 | Mo | 07/09/18 H | 182,123.1414 | 418.97 | Mo | 06/18/18 | 169,703.9750 | 390.40 |
| | | | | | | | | | | | |
| Fr | 07/27/18 | 154,678.8604 | 355.21 | Fr | 07/06/18 | 177,463.2372 | 408.25 | Fr | 06/15/18 | 170,390.7893 | 391.98 |
| Th | 07/26/18 | 158,110.2655 | 363.09 | Th | 07/05/18 | 173,177.1686 | 398.39 | Th | 06/14/18 | 170,777.6657 | 392.87 |
| We | 07/25/18 | 158,014.4648 | 362.87 | We | 07/04/18 | | | We | 06/13/18 | 165,152.7439 | 379.93 |
| Tu | 07/24/18 | 155,597.6757 | 357.32 | Tu | 07/03/18 | 169,756.1381 | 390.52 | Tu | 06/12/18 | 158,154.1937 | 363.83 |
| Mo | 07/23/18 | 157,923.0188 | 362.66 | Mo | 07/02/18 | 173,085.8831 | 398.18 | Mo | 06/11/18 | 157,119.6255 | 361.45 |

SN 722317 EST   GMT-5:00 G660-4354-0 12-Dec-2018 15:45:37

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000   U.S. 1 212 318 2000    Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| NFLX US Equity | 96) Export | 97) Settings | | Page 4/6 | Historical Price Table |
|---|---|---|---|---|---|

Netflix Inc  
Range 01/02/2018 - 12/11/2018    Period Daily    High 182,123.1414 on 07/09/18  
Market Mkt Cap    Last Price    Currency USD    Low 87,009.2483 on 01/02/18  
View Price Table    Average 140,232.3818    322.478  
Net Chg 28,692.8226    32.98%

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 06/08/18 | 156,737.0960 | 360.57 | Fr | 05/18/18 | 140,918.6338 | 324.18 | Fr | 04/27/18 | 135,519.7522 | 311.76 |
| Th | 06/07/18 | 157,097.8908 | 361.40 | Th | 05/17/18 | 141,370.7140 | 325.22 | Th | 04/26/18 | 136,484.7697 | 313.98 |
| We | 06/06/18 | 159,727.7808 | 367.45 | We | 05/16/18 | 142,661.7509 | 328.19 | We | 04/25/18 | 132,911.5968 | 305.76 |
| Tu | 06/05/18 | 159,010.5381 | 365.80 | Tu | 05/15/18 | 141,766.2843 | 326.13 | Tu | 04/24/18 | 133,459.3095 | 307.02 |
| Mo | 06/04/18 | 157,276.1148 | 361.81 | Mo | 05/14/18 | 142,809.5464 | 328.53 | Mo | 04/23/18 | 138,532.1716 | 318.69 |
| Fr | 06/01/18 | 156,458.8928 | 359.93 | Fr | 05/11/18 | 141,909.7328 | 326.46 | Fr | 04/20/18 | 142,467.6242 | 327.77 |
| Th | 05/31/18 | 152,837.9037 | 351.60 | Th | 05/10/18 | 143,274.6674 | 329.60 | Th | 04/19/18 | 144,610.4847 | 332.70 |
| We | 05/30/18 | 153,681.2073 | 353.54 | We | 05/09/18 | 143,578.9522 | 330.30 | We | 04/18/18 | 145,401.5610 | 334.52 |
| Tu | 05/29/18 | 152,025.0287 | 349.73 | Tu | 05/08/18 | 142,096.6506 | 326.89 | Tu | 04/17/18 | 145,832.7198 | 336.06 |
| Mo | 05/28/18 | | | Mo | 05/07/18 | 141,822.7943 | 326.26 | Mo | 04/16/18 | 133,560.6573 | 307.78 |
| Fr | 05/25/18 | 152,703.1491 | 351.29 | Fr | 05/04/18 | 139,140.7412 | 320.09 | Fr | 04/13/18 | 135,240.0379 | 311.65 |
| Th | 05/24/18 | 151,833.7639 | 349.29 | Th | 05/03/18 | 135,489.3237 | 311.69 | Th | 04/12/18 | 134,198.5616 | 309.25 |
| We | 05/23/18 | 149,847.2189 | 344.72 | We | 05/02/18 | 136,215.2603 | 313.36 | We | 04/11/18 | 131,777.1292 | 303.67 |
| Tu | 05/22/18 | 144,152.7464 | 331.62 | Tu | 05/01/18 | 136,189.1787 | 313.30 | Tu | 04/10/18 | 129,347.0178 | 298.07 |
| Mo | 05/21/18 | 144,239.6849 | 331.82 | Mo | 04/30/18 | 135,824.0370 | 312.46 | Mo | 04/09/18 | 125,814.6773 | 289.93 |

SN 722317 EST  GMT-5:00 G660-4354-0 12-Dec-2018 15:45:38

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| NFLX US Equity | | 96) Export | | 97) Settings | | | | Page 5/6 | Historical Price Table | |
|---|---|---|---|---|---|---|---|---|---|---|
| Netflix Inc | | | | | | High | 182,123.1414 on | | 07/09/18 | |
| Range | 01/02/2018 - 12/11/2018 | | | Period | Daily | Low | 87,009.2483 on | | 01/02/18 | |
| Market | Mkt Cap | Last Price | | Currency | USD | Average | 140,232.3818 | | 322.478 | |
| View | Price Table | | | | | Net Chg | 28,692.8226 | | 32.98% | |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 04/06/18 | 125,346.0130 | 288.85 | Fr | 03/16/18 | 138,190.8874 | 318.45 | Fr | 02/23/18 | 124,078.8835 | 285.93 |
| Th | 04/05/18 | 127,567.8291 | 293.97 | Th | 03/15/18 | 139,336.5113 | 321.09 | Th | 02/22/18 | 120,698.4249 | 278.14 |
| We | 04/04/18 | 125,385.0683 | 288.94 | We | 03/14/18 | 139,536.1276 | 321.55 | We | 02/21/18 | 121,956.8755 | 281.04 |
| Tu | 04/03/18 | 123,098.1599 | 283.67 | Tu | 03/13/18 | 137,075.6399 | 315.88 | Tu | 02/20/18 | 120,876.3438 | 278.55 |
| Mo | 04/02/18 | 121,631.4141 | 280.29 | Mo | 03/12/18 | 139,427.6405 | 321.30 | Mo | 02/19/18 | | |
| Fr | 03/30/18 | | | Fr | 03/09/18 | 143,827.8779 | 331.44 | Fr | 02/16/18 | 120,863.3254 | 278.52 |
| Th | 03/29/18 | 128,166.6780 | 295.35 | Th | 03/08/18 | 137,561.6621 | 317.00 | Th | 02/15/18 | 121,622.7352 | 280.27 |
| We | 03/28/18 | 124,009.4517 | 285.77 | We | 03/07/18 | 139,366.8877 | 321.16 | We | 02/14/18 | 115,430.2906 | 266.00 |
| Tu | 03/27/18 | 130,483.9627 | 300.69 | Tu | 03/06/18 | 141,128.7185 | 325.22 | Tu | 02/13/18 | 112,075.8690 | 258.27 |
| Mo | 03/26/18 | 139,015.3895 | 320.35 | Mo | 03/05/18 | 136,693.7652 | 315.00 | Mo | 02/12/18 | 111,937.0055 | 257.95 |
| Fr | 03/23/18 | 130,592.4499 | 300.94 | Fr | 03/02/18 | 130,640.1842 | 301.05 | Fr | 02/09/18 | 108,257.1226 | 249.47 |
| Th | 03/22/18 | 133,091.9930 | 306.70 | Th | 03/01/18 | 126,014.2936 | 290.39 | Th | 02/08/18 | 108,530.5101 | 250.10 |
| We | 03/21/18 | 137,336.0089 | 316.48 | We | 02/28/18 | 126,443.9026 | 291.38 | We | 02/07/18 | 114,805.4048 | 264.56 |
| Tu | 03/20/18 | 137,778.6364 | 317.50 | Tu | 02/27/18 | 126,109.7623 | 290.61 | Tu | 02/06/18 | 115,308.7851 | 265.72 |
| Mo | 03/19/18 | 136,034.1636 | 313.48 | Mo | 02/26/18 | 127,650.2793 | 294.16 | Mo | 02/05/18 | 110,335.7357 | 254.26 |

SN 722317 EST  GMT-5:00 G660-4354-0 12-Dec-2018 15:45:38

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| NFLX US Equity | | 96) Export | | 97) Settings | | | Page 6/6 Historical Price Table | |
|---|---|---|---|---|---|---|---|---|
| Netflix Inc | | | | | | High | 182,123.1414 on | 07/09/18 |
| Range | 01/02/2018 - 12/11/2018 | | | Period | Daily | Low | 87,009.2483 on | 01/02/18 |
| Market | Mkt Cap | Last Price | | Currency | USD | Average | 140,232.3818 | 322.478 |
| View | Price Table | | | | | Net Chg | 28,692.8226 | 32.98% |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 02/02/18 | 116,050.8369 | 267.43 | Fr | 01/12/18 | 95,733.1079 | 221.23 | | | | |
| Th | 02/01/18 | 115,026.7186 | 265.07 | Th | 01/11/18 | 94,006.5107 | 217.24 | | | | |
| We | 01/31/18 | 117,296.2690 | 270.30 | We | 01/10/18 | 91,964.0197 | 212.52 | | | | |
| Tu | 01/30/18 | 120,984.8309 | 278.80 | Tu | 01/09/18 | 90,574.9528 | 209.31 | | | | |
| Mo | 01/29/18 | 123,497.3925 | 284.59 | Mo | 01/08/18 | 91,760.6361 | 212.05 | | | | |
| | | | | | | | | | | | |
| Fr | 01/26/18 | 118,827.9683 | 274.60 | Fr | 01/05/18 | 90,869.2100 | 209.99 | | | | |
| Th | 01/25/18 | 116,707.5858 | 269.70 | Th | 01/04/18 | 88,982.5023 | 205.63 | | | | |
| We | 01/24/18 | 113,072.6443 | 261.30 | We | 01/03/18 | 88,731.5182 | 205.05 | | | | |
| Tu | 01/23/18 | 108,308.2745 | 250.29 | Tu | 01/02/18 L | 87,009.2483 | 201.07 | | | | |
| Mo | 01/22/18 | 98,480.9506 | 227.58 | | | | | | | | |
| | | | | | | | | | | | |
| Fr | 01/19/18 | 95,399.9049 | 220.46 | | | | | | | | |
| Th | 01/18/18 | 95,343.6499 | 220.33 | | | | | | | | |
| We | 01/17/18 | 94,119.0208 | 217.50 | | | | | | | | |
| Tu | 01/16/18 | 95,862.9272 | 221.53 | | | | | | | | |
| Mo | 01/15/18 | | | | | | | | | | |

SN 722317 EST  GMT-5:00 G660-4354-0 12-Dec-2018 15:45:38

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2018 Bloomberg Finance L.P.