# Exhibit 34

Security      VIX Index         CBOE SPX VOLATILITY INDX
Start Date         1/2/1990 0:00
End Date         12/11/2018 0:00
Period        D
Currency      USD

| Date | Last Price |
|---|---|
| 12/11/2018 | 21.76 |
| 12/10/2018 | 22.64 |
| 12/7/2018 | 23.23 |
| 12/6/2018 | 21.19 |
| 12/4/2018 | 20.74 |
| 12/3/2018 | 16.44 |
| 11/30/2018 | 18.07 |
| 11/29/2018 | 18.79 |
| 11/28/2018 | 18.49 |
| 11/27/2018 | 19.02 |
| 11/26/2018 | 18.9 |
| 11/23/2018 | 21.52 |
| 11/21/2018 | 20.8 |
| 11/20/2018 | 22.48 |
| 11/19/2018 | 20.1 |
| 11/16/2018 | 18.14 |
| 11/15/2018 | 19.98 |
| 11/14/2018 | 21.25 |
| 11/13/2018 | 20.02 |
| 11/12/2018 | 20.45 |
| 11/9/2018 | 17.36 |
| 11/8/2018 | 16.72 |
| 11/7/2018 | 16.36 |
| 11/6/2018 | 19.91 |
| 11/5/2018 | 19.96 |
| 11/2/2018 | 19.51 |
| 11/1/2018 | 19.34 |
| 10/31/2018 | 21.23 |
| 10/30/2018 | 23.35 |
| 10/29/2018 | 24.7 |
| 10/26/2018 | 24.16 |
| 10/25/2018 | 24.22 |
| 10/24/2018 | 25.23 |
| 10/23/2018 | 20.71 |
| 10/22/2018 | 19.64 |
| 10/19/2018 | 19.89 |
| 10/18/2018 | 20.06 |
| 10/17/2018 | 17.4 |
| 10/16/2018 | 17.62 |
| 10/15/2018 | 21.3 |

| Date | Value |
|---|---|
| 10/12/2018 | 21.31 |
| 10/11/2018 | 24.98 |
| 10/10/2018 | 22.96 |
| 10/9/2018 | 15.95 |
| 10/8/2018 | 15.69 |
| 10/5/2018 | 14.82 |
| 10/4/2018 | 14.22 |
| 10/3/2018 | 11.61 |
| 10/2/2018 | 12.05 |
| 10/1/2018 | 12 |
| 9/28/2018 | 12.12 |
| 9/27/2018 | 12.41 |
| 9/26/2018 | 12.89 |
| 9/25/2018 | 12.42 |
| 9/24/2018 | 12.2 |
| 9/21/2018 | 11.68 |
| 9/20/2018 | 11.8 |
| 9/19/2018 | 11.75 |
| 9/18/2018 | 12.79 |
| 9/17/2018 | 13.68 |
| 9/14/2018 | 12.07 |
| 9/13/2018 | 12.37 |
| 9/12/2018 | 13.14 |
| 9/11/2018 | 13.22 |
| 9/10/2018 | 14.16 |
| 9/7/2018 | 14.88 |
| 9/6/2018 | 14.65 |
| 9/5/2018 | 13.91 |
| 9/4/2018 | 13.16 |
| 8/31/2018 | 12.86 |
| 8/30/2018 | 13.53 |
| 8/29/2018 | 12.25 |
| 8/28/2018 | 12.5 |
| 8/27/2018 | 12.16 |
| 8/24/2018 | 11.99 |
| 8/23/2018 | 12.41 |
| 8/22/2018 | 12.25 |
| 8/21/2018 | 12.86 |
| 8/20/2018 | 12.49 |
| 8/17/2018 | 12.64 |
| 8/16/2018 | 13.45 |
| 8/15/2018 | 14.64 |
| 8/14/2018 | 13.31 |
| 8/13/2018 | 14.78 |
| 8/10/2018 | 13.16 |
| 8/9/2018 | 11.27 |
| 8/8/2018 | 10.85 |

| Date | Value |
|---|---|
| 8/7/2018 | 10.93 |
| 8/6/2018 | 11.27 |
| 8/3/2018 | 11.64 |
| 8/2/2018 | 12.19 |
| 8/1/2018 | 13.15 |
| 7/31/2018 | 12.83 |
| 7/30/2018 | 14.26 |
| 7/27/2018 | 13.03 |
| 7/26/2018 | 12.14 |
| 7/25/2018 | 12.29 |
| 7/24/2018 | 12.41 |
| 7/23/2018 | 12.62 |
| 7/20/2018 | 12.86 |
| 7/19/2018 | 12.87 |
| 7/18/2018 | 12.1 |
| 7/17/2018 | 12.06 |
| 7/16/2018 | 12.83 |
| 7/13/2018 | 12.18 |
| 7/12/2018 | 12.58 |
| 7/11/2018 | 13.63 |
| 7/10/2018 | 12.64 |
| 7/9/2018 | 12.69 |
| 7/6/2018 | 13.37 |
| 7/5/2018 | 14.97 |
| 7/3/2018 | 16.14 |
| 7/2/2018 | 15.6 |
| 6/29/2018 | 16.09 |
| 6/28/2018 | 16.85 |
| 6/27/2018 | 17.91 |
| 6/26/2018 | 15.92 |
| 6/25/2018 | 17.33 |
| 6/22/2018 | 13.77 |
| 6/21/2018 | 14.64 |
| 6/20/2018 | 12.79 |
| 6/19/2018 | 13.35 |
| 6/18/2018 | 12.31 |
| 6/15/2018 | 11.98 |
| 6/14/2018 | 12.12 |
| 6/13/2018 | 12.94 |
| 6/12/2018 | 12.34 |
| 6/11/2018 | 12.35 |
| 6/8/2018 | 12.18 |
| 6/7/2018 | 12.13 |
| 6/6/2018 | 11.64 |
| 6/5/2018 | 12.4 |
| 6/4/2018 | 12.74 |
| 6/1/2018 | 13.46 |

| Date | Value |
| --- | --- |
| 5/31/2018 | 15.43 |
| 5/30/2018 | 14.94 |
| 5/29/2018 | 17.02 |
| 5/25/2018 | 13.22 |
| 5/24/2018 | 12.53 |
| 5/23/2018 | 12.58 |
| 5/22/2018 | 13.22 |
| 5/21/2018 | 13.08 |
| 5/18/2018 | 13.42 |
| 5/17/2018 | 13.43 |
| 5/16/2018 | 13.42 |
| 5/15/2018 | 14.63 |
| 5/14/2018 | 12.93 |
| 5/11/2018 | 12.65 |
| 5/10/2018 | 13.23 |
| 5/9/2018 | 13.42 |
| 5/8/2018 | 14.71 |
| 5/7/2018 | 14.75 |
| 5/4/2018 | 14.77 |
| 5/3/2018 | 15.9 |
| 5/2/2018 | 15.97 |
| 5/1/2018 | 15.49 |
| 4/30/2018 | 15.93 |
| 4/27/2018 | 15.41 |
| 4/26/2018 | 16.24 |
| 4/25/2018 | 17.84 |
| 4/24/2018 | 18.02 |
| 4/23/2018 | 16.34 |
| 4/20/2018 | 16.88 |
| 4/19/2018 | 15.96 |
| 4/18/2018 | 15.6 |
| 4/17/2018 | 15.25 |
| 4/16/2018 | 16.56 |
| 4/13/2018 | 17.41 |
| 4/12/2018 | 18.49 |
| 4/11/2018 | 20.24 |
| 4/10/2018 | 20.47 |
| 4/9/2018 | 21.77 |
| 4/6/2018 | 21.49 |
| 4/5/2018 | 18.94 |
| 4/4/2018 | 20.06 |
| 4/3/2018 | 21.1 |
| 4/2/2018 | 23.62 |
| 3/29/2018 | 19.97 |
| 3/28/2018 | 22.87 |
| 3/27/2018 | 22.5 |
| 3/26/2018 | 21.03 |

| Date | Value |
|---|---|
| 3/23/2018 | 24.87 |
| 3/22/2018 | 23.34 |
| 3/21/2018 | 17.86 |
| 3/20/2018 | 18.2 |
| 3/19/2018 | 19.02 |
| 3/16/2018 | 15.8 |
| 3/15/2018 | 16.59 |
| 3/14/2018 | 17.23 |
| 3/13/2018 | 16.35 |
| 3/12/2018 | 15.78 |
| 3/9/2018 | 14.64 |
| 3/8/2018 | 16.54 |
| 3/7/2018 | 17.76 |
| 3/6/2018 | 18.36 |
| 3/5/2018 | 18.73 |
| 3/2/2018 | 19.59 |
| 3/1/2018 | 22.47 |
| 2/28/2018 | 19.85 |
| 2/27/2018 | 18.59 |
| 2/26/2018 | 15.8 |
| 2/23/2018 | 16.49 |
| 2/22/2018 | 18.72 |
| 2/21/2018 | 20.02 |
| 2/20/2018 | 20.6 |
| 2/16/2018 | 19.46 |
| 2/15/2018 | 19.13 |
| 2/14/2018 | 19.26 |
| 2/13/2018 | 24.97 |
| 2/12/2018 | 25.61 |
| 2/9/2018 | 29.06 |
| 2/8/2018 | 33.46 |
| 2/7/2018 | 27.73 |
| 2/6/2018 | 29.98 |
| 2/5/2018 | 37.32 |
| 2/2/2018 | 17.31 |
| 2/1/2018 | 13.47 |
| 1/31/2018 | 13.54 |
| 1/30/2018 | 14.79 |
| 1/29/2018 | 13.84 |
| 1/26/2018 | 11.08 |
| 1/25/2018 | 11.58 |
| 1/24/2018 | 11.47 |
| 1/23/2018 | 11.1 |
| 1/22/2018 | 11.03 |
| 1/19/2018 | 11.27 |
| 1/18/2018 | 12.22 |
| 1/17/2018 | 11.91 |

| Date | Value |
|---|---:|
| 1/16/2018 | 11.66 |
| 1/12/2018 | 10.16 |
| 1/11/2018 | 9.88 |
| 1/10/2018 | 9.82 |
| 1/9/2018 | 10.08 |
| 1/8/2018 | 9.52 |
| 1/5/2018 | 9.22 |
| 1/4/2018 | 9.22 |
| 1/3/2018 | 9.15 |
| 1/2/2018 | 9.77 |