ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com
jeremy@blbglaw.com
kate.aufses@blbglaw.com

Co-Lead Counsel for the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | CLASS ACTION |
| This Document Relates To: | **LEAD PLAINTIFFS' ADMINISTRATIVE MOTION REGARDING PAGE LIMITATIONS** |
| ALL ACTIONS. | |

Pursuant to Local Rules 7-3, 7-4, 7-11, and this Court's Standing Order for Civil Cases, Public Employees' Retirement System of Mississippi ("Mississippi") and Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, ("Amalgamated," and together with Mississippi, "Lead Plaintiffs") respectfully request an order permitting them to file one brief of up to 45 pages in opposition to Defendants Facebook Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner's ("Defendants") Motion to Dismiss the consolidated class action complaint.

## RELIEF REQUESTED

Through this Administrative Motion, Lead Plaintiffs seek entry of the Stipulation and [Proposed] Order Granting Lead Plaintiffs' Administrative Motion Regarding Page Limitations, which would permit Lead Plaintiffs to file a memorandum, not to exceed 45 pages in length, in opposition to Defendants' Motion to Dismiss the consolidated class action complaint.

## BACKGROUND

On October 15, 2018, Lead Plaintiffs filed the Consolidated Class Action Complaint. (ECF No. 86) (the "Complaint"). On December 14, 2018, Defendants filed their 35-page Motion to Dismiss. (ECF No. 93). Lead Plaintiffs are scheduled to file their Opposition to Defendants' Motion to Dismiss on February 12, 2019.

## ARGUMENT

Local Rules 7-3(a) and 7-4(b) provide for an opposition brief of up to 25 pages. Local Rule 7-11 provides the Court with discretion to enlarge this page limit. *See* L.R. 7-11 (referencing "motions to exceed otherwise applicable page limitations"). Further, this Court's Standing Order for Civil Cases provides that the parties may request advance permission from the Court to exceed the page limitations described in the Local Rules. *See* Judge Edward J. Davila, Standing Order for Civil Cases III.A.3.

Lead Plaintiffs respectfully submit that good cause exists for their requested extension. Lead Plaintiffs require the requested page extension to address comprehensively the numerous

facts alleged in the Complaint and to respond to the arguments that Defendants have raised in seeking dismissal. Lead Plaintiffs have not previously moved to exceed page limitations in this case. Further, as a courtesy, Lead Plaintiffs consented to Defendants' request to extend the page limitation for their Motion to Dismiss by ten pages and have also agreed to Defendants' request to extend the page limitation for their Reply in support of their Motion to Dismiss by ten pages.

This administrative motion is unopposed.

## CONCLUSION

For the foregoing reasons, Lead Plaintiffs respectfully request that the Court enter an order permitting them to file a Memorandum of Law in Opposition to Defendants' Motion to Dismiss not to exceed 45 pages in length.

DATED: February 5, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
JASON C. DAVIS
KENNETH J. BLACK

*/s/ Dennis J. Herman*
DENNIS J. HERMAN

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Counsel for Amalgamated and Co-Lead Counsel for the Class

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JONATHAN D. USLANER
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY ROBINSON
KATE W. AUFSES


*/s/ Jeremy P. Robinson*
JEREMY P. ROBINSON

1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)

Counsel for Mississippi and Co-Lead Counsel for the Class

PIERCE BAINBRIDGE BECK PRICE
  & HECHT LLP
DAVID L. HECHT
YI WEN WU
20 West 23rd Street, Fifth Floor
New York, NY 10010
Telephone: 213/262-9333

Counsel for Helms and Additional Counsel for the Class

POMERANTZ LLP
JEREMEY A. LIEBERMAN
J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)

Counsel for Kacouris and Additional Counsel for the Class

## CERTIFICATE OF SERVICE

I, Jeremy P. Robinson, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 1251 Avenue of the Americas, 44th Floor, New York, NY 10020, in said County and State.

I hereby certify that on February 5, 2019, the foregoing **LEAD PLAINTIFFS' ADMINISTRATIVE MOTION REGARDING PAGE LIMITATION FOR MOTION TO DISMISS** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

Dated: February 5, 2019

/s/  *Jeremy P. Robinson*
Jeremy P. Robinson