ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com
jeremy@blbglaw.com
kate.aufses@blbglaw.com

Co-Lead Counsel for the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 5:18-cv-01725-EJD<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITATIONS FOR OPPOSITION TO MOTION TO DISMISS AND REPLY IN SUPPORT OF MOTION TO DISMISS** |

WHEREAS, on October 15, 2018, Lead Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, and Public Employees' Retirement System of Mississippi,

filed the Consolidated Class Action Complaint for Violation of the Federal Securities Laws (ECF No. 86) (the "Complaint");

WHEREAS, Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner filed a motion to dismiss the Complaint on December 14, 2018 (the "Motion to Dismiss") (ECF No. 93);

WHEREAS, as a courtesy, Plaintiffs consented to Defendants' request to extend the page limitation for their Motion to Dismiss by ten pages;

WHEREAS, Plaintiffs are scheduled to file their Opposition to Defendants' Motion to Dismiss on February 12, 2019;

WHEREAS, as a courtesy, Defendants have consented to Plaintiffs' request to extend the page limitation for Plaintiffs' Opposition to Defendants' Motion to Dismiss by twenty pages;

WHEREAS, Defendants are scheduled to file their Reply in support of their Motion to Dismiss on March 25, 2019; and

WHEREAS, as a courtesy, Plaintiffs have consented to Defendants' request to extend the page limitation for Defendants' Reply in support of their Motion to Dismiss by ten pages.

THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES, through their respective counsel of record and subject to Court approval, as follows:

1. Plaintiffs' Opposition to Defendants' Motion to Dismiss (excluding the caption page, table of contents, table of authorities, and signature page) shall not exceed 45 pages in length; and

2. Defendants' Reply in support of their Motion to Dismiss (excluding the caption page, table of contents, table of authorities, and signature page) shall not exceed 25 pages in length.

| | | |
|---|---|---|
| 1 | DATED:  February 5, 2019 | ROBBINS GELLER RUDMAN |
| 2 | | & DOWD LLP |
| | | DENNIS J. HERMAN |
| 3 | | JASON C. DAVIS |
| | | KENNETH J. BLACK |

*/s/ Dennis J. Herman*
DENNIS J. HERMAN

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

*Counsel for Amalgamated and Co-Lead Counsel for the Class*

BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP
JONATHAN D. USLANER
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)

BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP
JOHN C. BROWNE
JEREMY ROBINSON
KATE W. AUFSES

*/s/ Jeremy P. Robinson*
JEREMY P. ROBINSON

1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)

*Counsel for Mississippi and Co-Lead Counsel for the Class*

DATED:  February 5, 2019         GIBSON, DUNN & CRUTCHER LLP

*/s/ Orin Snyder*
ORIN SNYDER

200 Park Avenue
New York, NY 10166
Telephone: 212/351-4000
212/351-4035 (fax)

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____     _____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE