**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
DAVID R. STICKNEY (Bar No. 188574)
davids@blbglaw.com
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

-and-

**BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP**
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com
jeremy@blbglaw.com
kate.aufses@blbglaw.com

*Counsel for Lead Plaintiff Public Employees'
Retirement System of Mississippi and
Co-Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Case No. 5:18-cv-01725-EJD |
| | ECF CASE |
| This Document Relates To: | <u>CLASS ACTION</u> |
| ALL ACTIONS. | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

TO THE COURT AND TO ALL PARTIES OF RECORD AND THEIR COUNSEL:

PLEASE TAKE NOTICE that David R. Stickney is no longer associated with the firm of Bernstein Litowitz Berger & Grossmann LLP as of March 15, 2019, and respectfully requests that he be withdrawn pursuant to Civ. L.R. 11-5 as counsel for Lead Plaintiff Public Employees'

1  Retirement System of Mississippi in the above-captioned action. Bernstein Litowitz Berger &
2  Grossmann LLP, through the additional counsel of record listed below, will continue to serve as
3  counsel for Plaintiffs and the Class, and all future correspondence and papers in this action should
4  continue to be directed to them

5  DATED: March 15, 2019

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ David R. Stickney*
DAVID R. STICKNEY
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:      (858) 793-0070
Fax:     (858) 793-0323

  -and-

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com
jeremy@blbglaw.com
kate.aufses@blbglaw.com

*Counsel for Lead Plaintiff Mississippi and the Class*

NOTICE OF WITHDRAWAL OF APPEARANCE
Case No. 5:18-CV-01725-EJD

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

/s/ David R. Stickney
DAVID R. STICKNEY

DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

NOTICE OF WITHDRAWAL OF APPEARANCE
Case No. 5:18-CV-01725-EJD