# Exhibit 37


Sign Up

Join or Log Into Facebook

**Email or Phone**

**Password**

Forgot account?

Log In

Do you want to join Facebook?

Sign Up

# Notifications for targeted attacks

October 16, 2015 at 4:36 PM

The security of people's accounts is paramount at Facebook, which is why we constantly monitor for potentially malicious activity and offer many options to proactively secure your account. Starting today, we will notify you if we believe your account has been targeted or compromised by an attacker suspected of working on behalf of a nation-state. This is what the notification looks like on the desktop version of the Facebook website:

**Please Secure Your Accounts Now**

Jay, we believe your Facebook account and your other online accounts may be the target of attacks from state-sponsored actors. Turning on Login Approvals will help keep others from logging into your Facebook account. Whenever your account is accessed from a new device or browser, we'll send a security code to your phone so that only you can log in. We recommend you also take steps to secure the accounts you use on other services. Learn more.

Turn on Login Approvals

While we have always taken steps to secure accounts that we believe to have been compromised, we decided to show this additional warning if we have a strong suspicion that an attack could be government-sponsored. We do this because these types of attacks tend to be more advanced and dangerous than others, and we strongly encourage affected people to take the actions necessary to secure all of their online accounts.

It's important to understand that this warning is not related to any compromise of Facebook's platform or systems, and that having an account compromised in this manner may indicate that your computer or mobile device has been infected with malware. Ideally, people who see this message should take care to rebuild or replace these systems if possible.

To protect the integrity of our methods and processes, we often won't be able to explain how we attribute certain attacks to suspected attackers. That said, we plan to use this warning only in situations where the evidence strongly supports our conclusion. We hope that these warnings will assist those people in need of protection, and we will continue to improve our ability to prevent and detect attacks of all kinds against people on Facebook.

*Alex Stamos is the Chief Security Officer at Facebook.*

 12K     6.3K Comments   2.2K Shares

Share

All Notes

Embed Post

English (US)  Español  Français (France)  中文(简体)  العربية  Português (Brasil)  Italiano  한국어  Deutsch  हिन्दी  日本語

Sign Up | Log In | Messenger | Facebook Lite | Find Friends | People | Profiles | Pages | Page Categories | Places | Games | Locations | Marketplace
Groups | Instagram | Local | Fundraisers | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Ad Choices | Terms
Account Security | Login Help | Help

Facebook © 2019