| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>DENNIS J. HERMAN (220163)<br>JASON C. DAVIS (253370)<br>KENNETH J. BLACK (291871)<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br>dherman@rgrdlaw.com<br>jdavis@rgrdlaw.com<br>kennyb@rgrdlaw.com<br><br>BERNSTEIN LITOWITZ BERGER &<br>  GROSSMANN LLP<br>JOHN C. BROWNE (*pro hac vice*)<br>JEREMY P. ROBINSON (*pro hac vice*)<br>KATE W. AUFSES (*pro hac vice*)<br>1251 Avenue of the Americas<br>New York, NY  10020<br>Telephone:  212/554-1400<br>212/554-1444 (fax)<br>johnb@blbglaw.com<br>jeremy@blbglaw.com<br>kate.aufses@blbglaw.com<br><br>*Co-Lead Counsel for the Class*<br><br>[Additional counsel appear on signature page.] | GIBSON, DUNN & CRUTCHER LLP<br>ORIN SNYDER (*pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone:  212.351.4000<br>Facsimile:  212.351.4035<br>osnyder@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>KRISTIN A. LINSLEY (154148)<br>BRIAN M. LUTZ (255976)<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:  415.393.8200<br>Facsimile:  415.393.8306<br>klinsley@gibsondunn.com<br>blutz@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>JOSHUA LIPSHUTZ (242557)<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Tel:  202.955.8217<br>Fax:  202.530.9614<br>jlipshutz@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>PAUL COLLINS (187709)<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone:  650.849.5300<br>Facsimile:  650.849.5333<br>  pcollins@gibsondunn.com<br><br>*Attorneys for Defendants Facebook, Inc.,<br>  Mark E. Zuckerberg, Sheryl K. Sandberg,<br>  and David M. Wehner* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**JOINT CASE MANAGEMENT STATEMENT AND RULE 26(F) REPORT**<br><br>Date First Action Filed: March 20, 2018 |

Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated") and the Public Employees' Retirement System of Mississippi (together, "Lead Plaintiffs") and Defendants Facebook, Inc. ("Facebook"), Mark Zuckerberg, David M. Wehner, and Sheryl K. Sandberg (collectively, "Defendants"), by and through their respective counsel of record, hereby submit the following Joint Case Management Statement and Rule 26(f) Report pursuant to the Court's November 30, 2018 Order (ECF. No 90 (docket text order)), Federal Rule of Civil Procedure 26, Civil Local Rules 16-9(a) and 16-10(d), and the Standing Order for All Judges of the Northern District of California, in advance of the Case Management Conference scheduled for April 25, 2019 in the above-captioned case (the "Securities Action").[1]

## 1. JURISDICTION AND SERVICE

Lead Plaintiffs allege violations of the Securities Exchange Act of 1934 (the "Exchange Act"), giving rise to subject matter jurisdiction under 28 U.S.C. § 1331. There is no dispute regarding personal jurisdiction over the Defendants. Nor is there any dispute that venue is proper in the Northern District of California. Counsel for Defendants has accepted service on behalf of all Defendants.

## 2. FACTS

This Securities Action asserts claims against Defendants under the Exchange Act, including under Sections 10(b), 20A, and 20(a), and Rule 10b-5 promulgated thereunder. By way of brief summary, the Securities Action alleges that Defendants misled investors concerning Facebook during the Class Period (February 3, 2017 through July 25, 2018), including *inter alia* its privacy and data protection practices and compliance, and the impact of those practices on Facebook's business operations and financial results.

Defendants dispute all of the allegations in the Securities Action, including the description provided above, and deny that any of the allegations give rise to any claim against the Defendants.

---

[1] The Parties expressly reserve all of their claims, rights and defenses, and, by entering into this Joint Case Management Statement, in no way waive or intend to waive any claims, rights or defenses they may wish to exercise or assert in this Securities Action.

**3. LEGAL ISSUES**

At this stage, the primary legal issue is whether Lead Plaintiffs have stated valid securities fraud claims against Defendants under the heightened pleading standards required by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

**4. AMENDMENT OF PLEADINGS**

Lead Plaintiffs filed their Consolidated Class Action Complaint for Violations of the Federal Securities Laws on October 15, 2018. (ECF No. 86.)

**5. MOTIONS**

On December 14, 2018, Defendants filed a motion to dismiss the consolidated class action complaint pursuant to Rule 12(b)(6). (ECF No. 93.) On February 12, 2019, Lead Plaintiffs filed their memorandum of law in opposition to Defendants' motion to dismiss. (ECF No. 99.) On March 25, 2019, Defendants filed their reply in further support of their motion to dismiss. (ECF No. 101.) Oral argument on Defendants' motion to dismiss is scheduled to take place before this Court on April 25, 2019 at 9:00 a.m.

**6. EVIDENCE PRESERVATION**

The parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information and, in the event discovery commences, will meet and confer pursuant to Rule 26(f).

**7. DISCLOSURES**

The parties agree that initial disclosures should be stayed pending resolution of Defendants' motion to dismiss.

**8. DISCOVERY**

No discovery has been taken to date. Under the PSLRA, discovery is stayed pending resolution of Defendants' motion to dismiss or a successful motion to open discovery. *See* 15 U.S.C. § 78u-4(b)(3)(B) (for claims arising under the federal securities laws, discovery "shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party"). Defendants will oppose any motion to open discovery prior to resolution of Defendants' motion to dismiss.

### 9. CLASS ACTIONS

The parties agree that it is premature to address class certification at this time, as Defendants' motion to dismiss is still pending and discovery has not yet commenced.

### 10. RELATED CASES

This Court has related and consolidated the following cases pending in this District: *Yuan v. Facebook Inc.*, No. 3:18-CV-1725-EJD, and *Bennett v. Facebook, Inc. et al.*, No. 3:18-CV-1868-EJD. (ECF Nos. 23, 56.) The Court also related and consolidated the following cases that were originally filed in the Southern District of New York and were transferred to this District by stipulated order: *Kacouris v. Facebook, Inc.*, No. 1:18-cv-06765-RJS (filed July 27, 2018), and *Helms v. Facebook, Inc.*, 1:18-cv-06774-RJS (filed July 27, 2018). (ECF Nos. 56, 82.)

### 11. RELIEF

Lead Plaintiffs request that the Court (i) determine that the complaint states valid claims under the federal securities laws against Defendants, (ii) certify the Securities Action as a class action, (iii) designate Lead Plaintiffs as Class Representatives under Rule 23 of the Federal Rules of Civil Procedure and Lead Plaintiffs' counsel as Class Counsel, (iv) award Lead Plaintiffs and members of any class damages and interest, (v) award Lead Plaintiffs reasonable costs, including attorneys' fees, and (vi) award Lead Plaintiffs other relief as the Court may deem just and proper.

Defendants deny that Lead Plaintiffs are entitled to any of their requested relief. Defendants have not brought any counterclaims and do not seek any relief.

### 12. SETTLEMENT AND ADR

Pursuant to ADR Local Rule 3-5 and Civil Local Rule 16-8, the parties have met and conferred regarding the available dispute resolution options. The parties participated in a telephone conference with the ADR Unit as required on September 13, 2018, at which time they agreed that: (i) settlement discussions are premature prior to resolution of Defendants' motion to dismiss; and (ii) if ADR becomes appropriate after that time, it will be with the assistance of a private mediator. A Joint ADR Status Report will be filed if and when an Answer to the complaint is filed.

### 13. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

The parties have declined to proceed before a Magistrate Judge.

**14. OTHER REFERENCES**

The parties agree that this case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. NARROWING OF ISSUES**

The parties agree that is premature at this time to identify any issues that can be narrowed by agreement, pending resolution of Defendants' motion to dismiss and before the commencement of any discovery.

**16. EXPEDITED TRIAL PROCEDURE**

The parties agree that this case is not appropriate for an expedited trial procedure.

**17. SCHEDULING**

The parties agree that it is premature for the Court to set dates for trial, designation of experts, discovery cutoff, and hearings on dispositive motions at this time.

**18. TRIAL**

Lead Plaintiffs have requested a trial by jury.  The parties do not believe that it is possible to estimate the length of the trial before resolution of Defendants' motion to dismiss.

**19. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Lead Plaintiff Amalgamated filed a Certification of Interested Entities or Persons pursuant to Civil Local Rule 3-15 on May 21, 2018.  (ECF No. 30.)

Defendants filed Certifications of Interested Entities or Persons pursuant to Civil Local Rule 3-15 on September 10, 2018.  (ECF Nos. 72 & 74.)

**20. PROFESSIONAL CONDUCT**

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**21. OTHER**

The parties have no other issues to raise at this time.

| | | |
|---|---|---|
| 1 | DATED: April 15, 2019 | ROBBINS GELLER RUDMAN |
| 2 | |   & DOWD LLP |
| | | DENNIS J. HERMAN |
| | | JASON C. DAVIS |
| 3 | | KENNETH J. BLACK |

*/s/ Dennis J. Herman*
DENNIS J. HERMAN

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Counsel for Amalgamated and Co-Lead Counsel for the Class

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JONATHAN D. USLANER
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY ROBINSON
KATE W. AUFSES

*/s/ John C. Browne*
JOHN C. BROWNE

1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)

Counsel for Mississippi and Co-Lead Counsel for the Class

PIERCE BAINBRIDGE BECK PRICE
  & HECHT LLP
CLAIBORNE R. HANE
20 West 23rd Street, Fifth Floor
New York, NY 10010
Telephone:  213/262-9333

|   |   |
|---|---|
| 1 | |
| 2 | Counsel for Helms and Additional Counsel for the Class |
| 3 | POMERANTZ LLP |
|   | JEREMY A. LIEBERMAN |
| 4 | J. ALEXANDER HOOD II |
|   | 600 Third Avenue, 20th Floor |
| 5 | New York, NY 10016 |
|   | Telephone: 212/661-1100 |
| 6 | 212/661-8665 (fax) |
| 7 | Counsel for Kacouris and Additional Counsel for the Class |
| 8 | |
| 9 | |

DATED: April 15, 2019

GIBSON, DUNN & CRUTCHER LLP
ORIN SNYDER
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

 /s/ *Orin Snyder*
ORIN SNYDER

Orin Snyder (*pro hac vice*)
   osnyder@gibsondunn.com
Kristin A. Linsley (SBN 154148)
   klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
   blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306


Joshua S. Lipshutz (SBN: 242557)
   jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Paul J. Collins (SBN 187709)
   pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

Facsimile:  650.849.5333

Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

## **CERTIFICATE OF SERVICE**

I, John C. Browne, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 1251 Avenue of the Americas, 44th Floor, New York, NY 10020, in said County and State.

I hereby certify that on April 15, 2019, the foregoing **JOINT CASE MANAGEMENT STATEMENT AND RULE 26(F) REPORT** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

Dated:  April 15, 2019                              /s/   *John C. Browne*
                                                                John C. Browne