AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re: Facebook Securities Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:18-cv-01725-EJD |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fern Helms.

Date: 05/14/2019

*Attorney's signature*

Thomas Warren (SBN #160921)
*Printed name and bar number*

Pierce Bainbridge Beck Price & Hecht LLP
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071

*Address*

twarren@piercebainbridge.com
*E-mail address*

(213) 262-9333
*Telephone number*

*FAX number*