ROBBINS GELLER RUDMAN
   & DOWD LLP
DENNIS J. HERMAN (220163)
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com
jeremy@blbglaw.com
kate.aufses@blbglaw.com

*Co-Lead Counsel for the Class*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | LEAD CASE NO. 5:18-CV-01725-EJD<br><br>ASSOCIATED CASE NO. 5:18-CV-01868-EJD<br><br>**STATEMENT OF RECENT DECISIONS**<br><br>Date First Action Filed: March 20, 2018 |

Plaintiffs submit this Statement of Recent Decisions to alert the Court to two recent decisions related to the arguments made in Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint (ECF No. 98).

First, the May 30, 2019 decision of the Delaware Chancery Court in *In re Facebook, Inc. Section 220 Litigation*, C.A. No. 2018-0661-JRS (Del. Ch.).  A copy of this decision is attached hereto as Exhibit A.

Second, the May 31, 2019 decision of the Superior Court of the District of Columbia in *District of Columbia v. Facebook, Inc.*, No. 2018 CA 8715B (D.C. Sup. Ct.).  A copy of this decision is attached hereto as Exhibit B.

DATED:  June 3, 2019

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
JASON C. DAVIS
KENNETH J. BLACK

*/s/ Dennis J. Herman*
DENNIS J. HERMAN

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Counsel for Amalgamated and Co-Lead Counsel
for the Class

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JONATHAN D. USLANER
12481 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  858/793-0070
858/793-0323 (fax)

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY ROBINSON
KATE W. AUFSES

*/s/ John C. Browne*
JOHN C. BROWNE

1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)

Counsel for Mississippi and Co-Lead Counsel for
the Class

PIERCE BAINBRIDGE BECK PRICE
  & HECHT LLP
CLAIBORNE R. HANE
20 West 23rd Street, Fifth Floor
New York, NY 10010
Telephone:  213/262-9333

Counsel for Helms and Additional Counsel for the
Class

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

POMERANTZ LLP
JEREMY A. LIEBERMAN
J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone:  212/661-1100
212/661-8665 (fax)

Counsel for Kacouris and Additional Counsel for
the Class

# CERTIFICATE OF SERVICE

I, John C. Browne, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 1251 Avenue of the Americas, 44th Floor, New York, NY 10020, in said County and State.

I hereby certify that on June 3, 2019, the foregoing **STATEMENT OF RECENT DECISIONS** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

Dated:  June 3, 2019                              /s/  *John C. Browne*
                                                             John C. Browne

1