| | |
|---|---|
| ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br> DENNIS J. HERMAN (220163) <br> JASON C. DAVIS (253370) <br> KENNETH J. BLACK (291871) <br> One Montgomery Street, Suite 1800 <br> San Francisco, CA 94104 <br> Telephone: 415/288-4545 <br> 415/288-4534 (fax) <br> dherman@rgrdlaw.com <br> jdavis@rgrdlaw.com <br> kennyb@rgrdlaw.com | BERNSTEIN LITOWITZ BERGER & <br>   GROSSMANN LLP <br> JOHN C. BROWNE <br> JEREMY P. ROBINSON <br> KATE W. AUFSES <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: 212/554-1400 <br> 212/554-1444 (fax) <br> johnb@blbglaw.com <br> jeremy@blbglaw.com <br> kate.aufses@blbglaw.com |

*Co-Lead Counsel for the Class*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | LEAD CASE NO. 5:18-CV-01725-EJD <br><br> ASSOCIATED CASE NO. 5:18-CV-01868-EJD <br><br> **STATEMENT OF RECENT DECISION** <br><br> Date First Action Filed: March 20, 2018 |

1 | Plaintiffs respectfully submit this Statement of Recent Decision to alert the Court to a recent opinion by a panel of the United States Court of Appeals for the Ninth Circuit, affirming in part and reversing in part the District Court's dismissal of the case *Oklahoma Police Pension and Retirement System and Oklahoma Firefighters Pension and Retirement System v. LifeLock, Inc., et al.*, No. 2:15-cv-01398-SRB (D. Ariz.).  This appellate decision relates to the arguments made by Plaintiffs in their Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint, ECF No. 99 at pp. 11-12 and 21, 24, 26.

A copy of this decision is attached hereto as **Exhibit A**.

| | | |
|---|---|---|
| 1 | DATED: July 23, 2019 | Respectfully submitted, |
| 2 | | ROBBINS GELLER RUDMAN |
| | |   & DOWD LLP |
| 3 | | DENNIS J. HERMAN |
| | | JASON C. DAVIS |
| 4 | | KENNETH J. BLACK |

*/s/ Dennis J. Herman*
DENNIS J. HERMAN

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Counsel for Amalgamated and Co-Lead Counsel for the Class

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JONATHAN D. USLANER
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA  90067
Telephone:  310/819-3472

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY ROBINSON
KATE W. AUFSES

*/s/ John C. Browne*
JOHN C. BROWNE

1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)

Counsel for Mississippi and Co-Lead Counsel for the Class

PIERCE BAINBRIDGE BECK PRICE
  & HECHT LLP
CLAIBORNE R. HANE
20 West 23rd Street, Fifth Floor
New York, NY 10010
Telephone:  213/262-9333

Counsel for Helms and Additional Counsel for the Class

POMERANTZ LLP
JEREMY A. LIEBERMAN
J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)

Counsel for Kacouris and Additional Counsel for the Class

**CERTIFICATE OF SERVICE**

I, John C. Browne, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 1251 Avenue of the Americas, 44th Floor, New York, NY 10020, in said County and State.

I hereby certify that on July 23, 2019, the foregoing **STATEMENT OF RECENT DECISION** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

Dated:  July 23, 2019                                         /s/   *John C. Browne*
                                                                          John C. Browne