Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Paul J. Collins (SBN 187709)
  pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendants Facebook, Inc.,
Mark E. Zuckerberg, Sheryl K. Sandberg, and
David M. Wehner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date First Action Filed: March 20, 2018 |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Civ. L.R. 3-12 and 7-11, Defendant Facebook, Inc. ("Facebook") hereby moves to relate the following case to the above-captioned action:

- *Securities and Exchange Commission v. Facebook, Inc.*, No. 3:19-CV-04241-JD (N.D. Cal.), complaint filed on July 24, 2019 (the "*SEC Action*").

Pursuant to Civ. L.R. 3-12(a), actions are related when they "concern substantially the same parties, property, transaction or event." Both the *SEC Action* and the above-captioned action involve allegations that Facebook made misrepresentations relating to Cambridge Analytica in violation of the federal securities laws. The above-captioned action is the lowest-numbered action pending in this district of all actions against Facebook relating to Cambridge Analytica. *Compare In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.); *In re Facebook, Inc. Shareholder Derivative Privacy Litigation*, No. 4:18-CV-01792-HSG (N.D. Cal.). For the Court's convenience, the complaint and consent judgment in the *SEC Action* are attached as Exhibits A and B to this administrative motion.

Facebook respectfully requests that the *SEC Action* be deemed related to the above-captioned action and assigned to Your Honor's calendar under Civ. L.R. 3-12(f). Pursuant to the Declaration of Brian M. Lutz filed contemporaneously herewith, the Securities and Exchange Commission, plaintiff in the *SEC Action*, declined to agree to this motion.

Pursuant to Civ. L.R. 3-12(b), a courtesy copy of this motion is being lodged contemporaneously in the *SEC Action*.

DATED: July 26, 2019            GIBSON, DUNN & CRUTCHER LLP

By:    /s/ *Brian M. Lutz*
Brian M. Lutz
Kristin A. Linsley
555 Mission Street
Suite 3000
San Francisco, CA 94105-0921
Tel: 415.393.8200
Fax: 415.374.8306
klinsley@gibsondunn.com
blutz@gibsondunn.com

Orin Snyder
200 Park Avenue
New York, N.Y. 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035
osnyder@gibsondunn.com

Joshua S. Lipshutz
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Tel:  202.955.8500
Fax:  202.467.0539
jlipshutz@gibsondunn.com

Paul J. Collins
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel:  650.849.5300
Fax:  650.849.5333
pcollins@gibsondunn.com

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

**[PROPOSED] ORDER**

Pursuant to stipulation and for good cause shown, the above-captioned action and the *SEC Action* are related under Civ. L.R. 3-12 for all purposes.

IT IS SO ORDERED.

DATE: _____

_____
The Honorable Edward J. Davila
United States District Judge

# CERTIFICATE OF SERVICE

I, Brian M. Lutz, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, San Francisco, CA 94105-0920, in said County and State.

I hereby certify that on July 26, 2019, the foregoing **ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONSIDER WHETHER CASES SHOULD BE RELATED** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

DATED: July 26, 2019                              By:   /s/ *Brian M. Lutz*
                                                                  Brian M. Lutz