| | |
|---|---|
| Orin Snyder (*pro hac vice*)<br>  osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone:  212.351.4000<br>Facsimile:  212.351.4035 | Joshua S. Lipshutz (SBN 242557)<br>  jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone:  202.955.8500<br>Facsimile:  202.467.0539 |
| Kristin A. Linsley (SBN 154148)<br>  klinsley@gibsondunn.com<br>Brian M. Lutz (SBN 255976)<br>  blutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:  415.393.8200<br>Facsimile:  415.393.8306 | Paul J. Collins (SBN 187709)<br>  pcollins@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone:  650.849.5300<br>Facsimile:  650.849.5333 |

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date First Action Filed: March 20, 2018 |

Gibson, Dunn & Crutcher LLP

DECLARATION OF BRIAN M. LUTZ
CASE NO. 5:18-CV-01725-EJD

I, BRIAN M. LUTZ, declare and state as follows:

1.  I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Facebook, Inc. ("Facebook"), Mark E. Zuckerberg, Sheryl S. Sandberg, and David M. Wehner in the above-captioned case. I make this Declaration pursuant to Civil Local Rules 3-12(b) and 7-11, and in support of Facebook's Administrative Motion to Consider Whether Cases Should Be Related, filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2.  This action, a consolidated securities class action, *In re Facebook, Inc. Securities Litigation*, Case No. 5:18-CV-01725-EJD (N.D. Cal.) (the "*Facebook Securities Litigation*") is pending before this Court and alleges that Facebook made misrepresentations relating to Cambridge Analytica, among other things, in violation of the federal securities laws.

3.  A series of consumer class actions against Facebook relating to Cambridge Analytica, among other things, also were assigned to this district by the Judicial Panel on Multidistrict Litigation, and are pending in an action consolidated for pretrial proceedings and captioned *In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.), assigned to Judge Chhabria.

4.  A consolidated shareholder derivative action purportedly on behalf of Facebook against certain of Facebook's directors relating to Cambridge Analytica, among other things, captioned *In re Facebook, Inc. Shareholder Derivative Privacy Litigation*, No. 4:18-CV-01792-HSG (N.D. Cal.), also is pending in this district and assigned to Judge Gilliam.

5.  On July 24, 2019, a complaint (and consent order) was filed in an action captioned *Securities and Exchange Commission v. Facebook, Inc.*, No. 3:19-cv-04241-JD (N.D. Cal) (the "*SEC Action*"), assigned to Judge Donato, alleging that Facebook made misrepresentations relating to Cambridge Analytica in violation of the federal securities laws.

6.  This action and the *SEC Action* are "related" as defined in Civil Local Rule 3-12(a) because they "concern substantially the same parties, property, transaction or event." In addition, this action is the lowest numbered case pending in this district of all actions against Facebook relating to

Cambridge Analytica, as compared to *In re: Facebook, Inc., Consumer Privacy User Profile Litigation* and *In re Facebook, Inc. Shareholder Derivative Privacy Litigation.*

7. The Securities and Exchange Commission declined to enter into a stipulation in support of this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of July, 2019, at San Francisco, California.

By:     /s/ *Brian M. Lutz*
Brian M. Lutz
555 Mission Street
Suite 3000
San Francisco, CA 94105-0921
Tel: 415.393.8200
Fax: 415.374.8306
blutz@gibsondunn.com