Orin Snyder (*pro hac vice*)
   osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
   klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
   blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Joshua S. Lipshutz (SBN 242557)
   jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Paul J. Collins (SBN 187709)
   pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendants Facebook, Inc.,
Mark E. Zuckerberg, Sheryl K. Sandberg, and
David M. Wehner*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**CERTIFICATE OF SERVICE**<br><br>Date First Action Filed: March 20, 2018 |

# CERTIFICATE OF SERVICE

I, Matthew J. Snider, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, San Francisco, CA 94105-0920, in said County and State. On July 26, 2019, I served copies of:

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONSIDER WHETHER CASES SHOULD BE RELATED and EXHIBITS A and B thereto;**

**DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF FACEBOOK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; and**

this **CERTIFICATE OF SERVICE**

on the persons named below at their corresponding email addresses shown:

> Erin E. Schneider
> schneidere@sec.gov
> Tracy L. Davis
> davistl@sec.gov
> Robert L. Tashjian
> tashjianr@sec.gov
> Matthew G. Meyerhofer
> meyerhoferm@sec.gov
> Securities and Exchange Commission
> 44 Montgomery Street, Suite 2800
> San Francisco, Ca 94104

☑ **BY ELECTRONIC MAIL:** On the above-mentioned date, I e-mailed the above-referenced documents to the relevant persons.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

I certify under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed by me on July 26, 2019, at San Francisco, California.

_____
Matthew J. Snider

Gibson, Dunn & Crutcher LLP

1

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Brian M. Lutz, hereby attest that concurrence in the filing of this document has been obtained from all counsel.

DATED: July 26, 2019                         By:   /s/ Brian M. Lutz
                                                    BRIAN M. LUTZ

Gibson, Dunn & Crutcher LLP