ERIN E. SCHNEIDER (Cal. Bar No. 216114)
TRACY L. DAVIS (Cal. Bar No. 184129)
  davistl@sec.gov
ROBERT L. TASHJIAN (Cal. Bar No. 191007)
  tashjianr@sec.gov
MATTHEW G. MEYERHOFER (Cal. Bar No. 268559)
  meyerhoferm@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION | Case No.18-cv-01725-EJD |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FACEBOOK, INC.<br><br>　　　　Defendant. | Case No. 19-cv-04241-JD<br><br>**SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO DEFENDANT FACEBOOK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Plaintiff Securities and Exchange Commission (the "Commission" or "SEC") filed a civil action in the Northern District of California captioned *SEC v. Facebook, Inc.*, Case No. 19-cv-04241-JD (N.D. Cal. filed Jul. 24, 2019) (the "*SEC*" matter). The Commission submits the following response to defendant's Administrative Motion to Consider Whether Cases Should be Related, filed in a matter captioned *In re Facebook, Inc. Securities Litigation*, Case No.18-cv-01725-EJD (N.D. Cal.) (the "*Securities*" matter).

The Commission takes no position as to whether the *SEC* matter is related to another matter within the meaning of the Court's Civil Local Rules. *See* Civ. L.R. 3-12(a). As Facebook, Inc. ("Facebook") notes, in addition to the *SEC* action, there are three matters pending before this Court that apparently concern the same transactions and events that are alleged in the Commission's complaint: the *Securities* matter (above), assigned to Judge Davila; a matter captioned *In re Facebook, Inc. Shareholder Derivative Privacy Litigation*, Case No. 18-cv-01792-HSG (N.D. Cal.) (the "*Derivative*" matter), assigned to Judge Gilliam; and *In Re: Facebook, Inc. Consumer Privacy User Profile Litigation*, Case No. 18-md-02843-VC (N.D. Cal.) (the "*Privacy*" matter), assigned to Judge Chhabria. *See* Lutz Decl., filed concurrently with Def. Admin. Mot. The Commission's action is assigned to Judge Donato.

The *SEC* matter arises from statements made by Facebook concerning the misuse of its users' data by third-party software developers. As alleged in the Commission's complaint, in its required public filings between January 2016 and March 2018, Facebook presented the misuse of its users' data as merely hypothetical. *See SEC* Compl. ¶ 1 (ECF No. 1), attached as Exh. A to Def. Admin. Mot. In fact, as alleged, as early as December 2015, Facebook was aware that a researcher had improperly sold Facebook user data to the data analytics firm Cambridge Analytica. *See id.* It was not until March 2018 that, for the first time, Facebook acknowledged publicly that the company had learned of the improper transfer in 2015. *See id.* ¶¶ 6-7. The Commission's complaint alleges violations of the Securities Act of 1933 and the Securities Exchange Act of 1934 and seeks injunctive relief and an order requiring Facebook to pay a civil monetary penalty. *See id.* at 13-15 (alleging three claims for relief, including

1  material misleading statements, false investor filings, and failure to maintain disclosure
2  controls, and seeking relief).
3      The *Securities*, *Derivative*, and *Privacy* matters all concern, to some degree,
4  Facebook's interactions with Cambridge Analytica and therefore may be considered "related"
5  within the meaning of the Court's Local Rules. *See* Civ. L.R. 3-12(a)(1). It does not appear
6  likely to the Commission, however, that there will be "an unduly burdensome duplication of
7  labor and expense or conflicting results" if the matters are conducted before different Judges.
8  *See* Civ. L.R. 3-12(a)(2). As it concedes, Facebook has consented to the entry of a proposed
9  final judgment, which if approved by the Court, should conclude the Commission's action.
10 *See* Consent (*SEC* ECF No. 6) and [Proposed] Final Judgment (*SEC* ECF No. 6-1), attached
11 as Exh. B to Def. Admin. Mot. The Commission therefore does not anticipate substantial
12 litigation in the *SEC* action that would lead to "unduly burdensome" duplication of labor or
13 expense.
14     The Commission is filing this response and serving counsel in the *SEC* matter and in
15 the *Securities* matter.

17 DATED:  July 29, 2019          Respectfully Submitted,

19                                 /s/ Robert L. Tashjian
                                   ROBERT L. TASHJIAN
20                                 Attorney for Plaintiff
21                                 SECURITIES AND EXCHANGE COMMISSION

# CERTIFICATE OF SERVICE

I, Karl Roeseler, am a citizen of the United States, over 18 years of age and not a party to this action. On July 29, 2019, the following:

SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO DEFENDANT FACEBOOK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

was filed with the Clerk of the Court via CM/ECF in *In re Facebook, Inc. Securities Litigation*, Case No.18-cv-01725-EJD and in *SEC v. Facebook, Inc.*, Case No. 19-cv-04241-JD.

Notice of this filing will be sent electronically to all registered parties in the *In re Facebook, Inc. Securities Litigation* matter by operation of the Court's electronic filing system.

I served the foregoing in the *SEC v. Facebook, Inc.* matter via U.S. Mail to the following:

> Facebook, Inc.
> c/o Benjamin Neaderland, Esq.
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC 20006

I declare under penalty of perjury that the statements made above are true and correct.

Executed in San Francisco, California on July 29, 2019.

*/s/ Karl Roeseler*

Karl Roeseler