| | |
|---|---|
| Orin Snyder (*pro hac vice*)<br>osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 | Joshua S. Lipshutz (SBN 242557)<br>jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Tel: 202.955.8217<br>Fax: 202.530.9614 |
| Kristin A. Linsley (SBN 154148)<br>klinsley@gibsondunn.com<br>Brian M. Lutz (SBN 255976)<br>blutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | Paul J. Collins (SBN 187709)<br>pcollins@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 |

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DENIED
Judge Edward J. Davila
7/31/2019

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date First Action Filed: March 20, 2018 |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, pursuant to Civ. L.R. 3-12 and 7-11, Defendant Facebook, Inc. ("Facebook") hereby moves to relate the following case to the above-captioned action:

- *Securities and Exchange Commission v. Facebook, Inc.*, No. 3:19-CV-04241-JD (N.D. Cal.), complaint filed on July 24, 2019 (the "*SEC Action*").

Pursuant to Civ. L.R. 3-12(a), actions are related when they "concern substantially the same parties, property, transaction or event." Both the *SEC Action* and the above-captioned action involve allegations that Facebook made misrepresentations relating to Cambridge Analytica in violation of the federal securities laws. The above-captioned action is the lowest-numbered action pending in this district of all actions against Facebook relating to Cambridge Analytica. *Compare In re: Facebook, Inc., Consumer Privacy User Profile Litigation*, No. 3:18-MD-02843-VC (N.D. Cal.); *In re Facebook, Inc. Shareholder Derivative Privacy Litigation*, No. 4:18-CV-01792-HSG (N.D. Cal.). For the Court's convenience, the complaint and consent judgment in the *SEC Action* are attached as Exhibits A and B to this administrative motion.

Facebook respectfully requests that the *SEC Action* be deemed related to the above-captioned action and assigned to Your Honor's calendar under Civ. L.R. 3-12(f). Pursuant to the Declaration of Brian M. Lutz filed contemporaneously herewith, the Securities and Exchange Commission, plaintiff in the *SEC Action*, declined to agree to this motion.

Pursuant to Civ. L.R. 3-12(b), a courtesy copy of this motion is being lodged contemporaneously in the *SEC Action*.

DATED: July 26, 2019                     GIBSON, DUNN & CRUTCHER LLP

                                         By:      /s/ *Brian M. Lutz*
                                                  Brian M. Lutz
                                                  Kristin A. Linsley
                                                  555 Mission Street
                                                  Suite 3000
                                                  San Francisco, CA 94105-0921
                                                  Tel: 415.393.8200
                                                  Fax: 415.374.8306
                                                  klinsley@gibsondunn.com
                                                  blutz@gibsondunn.com

| | |
|---|---|
| 1 | Orin Snyder |
| 2 | 200 Park Avenue |
|   | New York, N.Y. 10166-0193 |
| 3 | Tel: 212.351.4000 |
|   | Fax: 212.351.4035 |
| 4 | osnyder@gibsondunn.com |
| 5 | Joshua S. Lipshutz |
|   | 1050 Connecticut Avenue, N.W. |
| 6 | Washington, D.C. 20036-5306 |
|   | Tel:  202.955.8500 |
| 7 | Fax:  202.467.0539 |
|   | jlipshutz@gibsondunn.com |
| 8 | |
| 9 | Paul J. Collins |
|   | 1881 Page Mill Road |
| 10 | Palo Alto, CA 94304-1211 |
|   | Tel:  650.849.5300 |
| 11 | Fax:  650.849.5333 |
|   | pcollins@gibsondunn.com |
| 12 | |
| 13 | *Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner* |

**[PROPOSED] ORDER**

Pursuant to stipulation and for good cause shown, the above-captioned action and the *SEC Action* are related under Civ. L.R. 3-12 for all purposes.

IT IS SO ORDERED.

DATE: _____

_____
The Honorable Edward J. Davila
United States District Judge



# CERTIFICATE OF SERVICE

I, Brian M. Lutz, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, San Francisco, CA 94105-0920, in said County and State.

I hereby certify that on July 26, 2019, the foregoing **ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONSIDER WHETHER CASES SHOULD BE RELATED** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

DATED: July 26, 2019           By:   /s/ *Brian M. Lutz*
                                        Brian M. Lutz

Gibson, Dunn & Crutcher LLP