| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>DENNIS J. HERMAN (220163)<br>JASON C. DAVIS (253370)<br>KENNETH J. BLACK (291871)<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>dherman@rgrdlaw.com<br>jdavis@rgrdlaw.com<br>kennyb@rgrdlaw.com | BERNSTEIN LITOWITZ BERGER &<br>  GROSSMANN LLP<br>JOHN C. BROWNE<br>JEREMY P. ROBINSON<br>KATE W. AUFSES<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212/554-1400<br>212/554-1444 (fax)<br>johnb@blbglaw.com<br>jeremy@blbglaw.com<br>kate.aufses@blbglaw.com |

*Co-Lead Counsel for the Class*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | LEAD CASE NO. 5:18-CV-01725-EJD<br><br>ASSOCIATED CASE NO. 5:18-CV-01868-EJD<br><br>**STATEMENT OF RECENT DECISION**<br><br>Date First Action Filed: March 20, 2018 |

1  Plaintiffs respectfully submit this Statement of Recent Decision to alert the Court to a recent
2  opinion by the Honorable Vince Chhabria of the United States District Court for the Northern District
3  of California, Pretrial Order No. 20: Granting in Part and Denying in Part Defendants' Motion to
4  Dismiss the First Amended Complaint in the case *In re: Facebook, Inc. Consumer Privacy User Profile*
5  *Litigation*, MDL No. 2843, Case 18-md-02843-VC. This decision relates to allegations made by
6  Plaintiffs in their Consolidated Class Action Complaint (ECF No. 86) and to arguments presented by
7  both parties in their briefing on the Motion to Dismiss the Complaint (ECF Nos. 93, 99, 101).
8  A copy of this decision is attached hereto as **Exhibit A**.

| | |
|---|---|
| DATED: September 11, 2019 | Respectfully submitted,<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>DENNIS J. HERMAN<br>JASON C. DAVIS<br>KENNETH J. BLACK<br><br>*/s/ Dennis J. Herman*<br>DENNIS J. HERMAN<br><br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br><br>Counsel for Amalgamated and Co-Lead Counsel for the Class<br><br>BERNSTEIN LITOWITZ BERGER &<br>  GROSSMANN LLP<br>JONATHAN D. USLANER<br>2121 Avenue of the Stars, Suite 2575<br>Los Angeles, CA  90067<br>Telephone:  310/819-3472<br><br>BERNSTEIN LITOWITZ BERGER &<br>  GROSSMANN LLP<br>JOHN C. BROWNE<br>JEREMY P. ROBINSON<br>KATE W. AUFSES<br><br>*/s/ John C. Browne*<br>JOHN C. BROWNE<br><br>1251 Avenue of the Americas<br>New York, NY  10020<br>Telephone:  212/554-1400<br>212/554-1444 (fax)<br><br>Counsel for Mississippi and Co-Lead Counsel for the Class<br><br>PIERCE BAINBRIDGE BECK PRICE<br>  & HECHT LLP<br>CLAIBORNE R. HANE<br>20 West 23rd Street, Fifth Floor<br>New York, NY 10010<br>Telephone:  213/262-9333<br><br>Counsel for Helms and Additional Counsel for the Class |

1
2  POMERANTZ LLP
   JEREMY A. LIEBERMAN
3  J. ALEXANDER HOOD II
   600 Third Avenue, 20th Floor
4  New York, NY 10016
   Telephone: 212/661-1100
5  212/661-8665 (fax)

6  Counsel for Kacouris and Additional Counsel for
   the Class

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, John C. Browne, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 1251 Avenue of the Americas, 44th Floor, New York, NY 10020, in said County and State.

I hereby certify that on September 11, 2019, the foregoing **STATEMENT OF RECENT DECISION** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

Dated:  September 11, 2019                    /s/   *John C. Browne*
                                                              John C. Browne

1
CERTIFICATE OF SERVICE
CASE NO. 5:18-CV-01725-EJD