ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com
jeremy@blbglaw.com
kate.aufses@blbglaw.com

*Co-Lead Counsel for the Class*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 5:18-cv-01725-EJD<br><br><u>CLASS ACTION</u><br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME TO FILE AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-2 AND ESTABLISHING BRIEFING SCHEDULE FOR RULE 12 MOTIONS OR TO ANSWER AMENDED COMPLAINT** |

Pursuant to Local Rule 6-2, Lead Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, and Public Employees' Retirement System of Mississippi (collectively, "Plaintiffs") and Defendants Facebook, Inc., Mark E. Zuckerberg, David M. Wehner, and Sheryl K. Sandberg ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the following:

WHEREAS, on September 25, 2019, this Court entered an order granting Defendants' motion to dismiss the consolidated class action complaint (ECF No. 118);

WHEREAS, this Court set a deadline of October 26, 2019 for Plaintiffs to file an amended complaint (ECF No. 118);

WHEREAS, in light of multiple scheduling conflicts faced by Co-Lead Counsel for Plaintiffs, Plaintiffs requested Defendants' consent to a short extension of the deadline to file an amended complaint to November 15, 2019;

WHEREAS, Defendants consented to Plaintiffs' requested extension;

WHEREAS, good cause exists for the requested extension given the parties' agreement on the requested extension; scheduling conflicts faced by Co-Lead Counsel for Plaintiffs, including preexisting commitments and deadlines faced in other matters; and because no other case deadlines will be affected by this short extension;

WHEREAS, this is the first request to extend the time for Plaintiffs to file and serve an amended complaint; and

WHEREAS, the Parties have met and conferred and agreed to the schedule set forth below for filing the consolidated complaint and responding to any motion directed at the pleading.

THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES, SUBJECT TO THE COURT'S APPROVAL:

1. Plaintiffs shall file and serve a first amended complaint (the "FAC") on November 15, 2019;

2. Defendants shall file and serve their response to the FAC on or before January 15, 2020;

3. If Defendants respond by moving to dismiss the FAC, Plaintiffs shall file and serve their opposition papers on or before March 16, 2020;

4. Defendants shall file a reply in further support of their motion to dismiss on or before April 24, 2020; and

-2-

STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME TO FILE AMENDED COMPLAINT AND ESTABLISHING SCHEDULE
No. 5:18-cv-01725-EJD

5. The parties expressly reserve all of their claims, rights, defenses, and arguments, and, by entering into this stipulation, in no way waive or intend to waive any claims, rights, defenses, or arguments they may wish to exercise or assert in this action or any separate action.

IT IS SO STIPULATED.

DATED:  October 2, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
JASON C. DAVIS
KENNETH J. BLACK

*/s/ Dennis J. Herman*
DENNIS J. HERMAN

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

*Counsel for Amalgamated and Co-Lead Counsel for the Class*

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES

*/s/ John C. Browne*
JOHN C. BROWNE

1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)

*Counsel for Mississippi and Co-Lead Counsel for the Class*

PIERCE BAINBRIDGE BECK PRICE
  & HECHT LLP
DAVID L. HECHT
YI WEN WU
20 West 23rd Street, Fifth Floor
New York, NY 10010
Telephone:  213/262-9333

Counsel for Helms and Additional Counsel for the Class

-3-

|  |  |
|---|---|
|  | POMERANTZ LLP<br>JEREMEY A. LIEBERMAN<br>J. ALEXANDER HOOD II<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>Telephone: 212/661-1100<br>212/661-8665 (fax)<br>Counsel for Kacouris and Additional Counsel for the Class |
| DATED: October 2, 2019 | GIBSON, DUNN & CRUTCHER LLP |
|  | \*\* */s/ Orin Snyder*<br>ORIN SNYDER<br><br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212/351-4000<br>212/351-4035 (fax)<br><br>*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*<br><br>\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory. |

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, John C. Browne, am the ECF User whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

\*   \*   \*

**[PROPOSED] ORDER GRANTING STIPULATION**

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

DATED: _____      _____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, John C. Browne, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 1251 Avenue of the Americas, 44th Floor, New York, NY 10020, in said County and State.

I hereby certify that on October 2, 2019, the foregoing **STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME TO FILE AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-2 AND ESTABLISHING BRIEFING SCHEDULE FOR RULE 12 MOTIONS OR TO ANSWER AMENDED COMPLAINT** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

Dated:  October 2, 2019                                    /s/   *John C. Browne*
                                                                              John C. Browne