ROBBINS GELLER RUDMAN
   & DOWD LLP
DENNIS J. HERMAN (220163)
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com
jeremy@blbglaw.com
kate.aufses@blbglaw.com

*Co-Lead Counsel for the Class*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| This Document Relates To:<br><br>    ALL ACTIONS. | CLASS ACTION<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CHANGE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT PURSUANT TO CIVIL LOCAL RULE 6-2** |

     Pursuant to Local Rule 6-2, Lead Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, and Public Employees' Retirement System of Mississippi (collectively, "Plaintiffs") and Defendants Facebook, Inc., Mark E. Zuckerberg, David M. Wehner,

and Sheryl K. Sandberg ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the following:

WHEREAS, on August 1, 2019, this Court reset the Case Management Conference in this action for November 14, 2019 and ordered the Joint Case Management Statement due November 4, 2019 (ECF No. 116);

WHEREAS, on September 25, 2019, this Court entered an order granting Defendants' motion to dismiss the consolidated class action complaint (ECF No. 118);

WHEREAS, on October 3, 2019, this Court entered an order extending Plaintiffs' time to file an amended complaint to November 15, 2019 (ECF No. 120);

WHEREAS, this Court scheduled a hearing on Defendants' motion to dismiss the amended complaint for May 21, 2020 (ECF No. 120);

WHEREAS, in light of the above, the parties have met and conferred and believe that a Case Management Conference and a Joint Case Management Statement are not necessary at this time; and

WHEREAS, the parties respectfully request the Case Management Conference be continued to June 18, 2020 at 10:00 a.m., with the Joint Case Management Statement due ten days before that on June 8, 2020.

THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES, SUBJECT TO THE COURT'S APPROVAL:

1. The Case Management Conference shall be continued from November 14, 2019 to June 18, 2020; and

2. The Joint Case Management Statement shall be filed on June 8, 2020.

DATED:  October 28, 2019                ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                        DENNIS J. HERMAN
                                        JASON C. DAVIS
                                        KENNETH J. BLACK

                                        _____
                                             s/ Jason C. Davis
                                        JASON C. DAVIS

-2-

One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

*Counsel for Amalgamated and Co-Lead Counsel
for the Class*

BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES

         s/ John C. Browne
         JOHN C. BROWNE

1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)

*Counsel for Mississippi and Co-Lead Counsel
for the Class*

PIERCE BAINBRIDGE BECK PRICE
   & HECHT LLP
DAVID L. HECHT
YI WEN WU
20 West 23rd Street, Fifth Floor
New York, NY 10010
Telephone: 213/262-9333

*Counsel for Helms and Additional Counsel for
the Class*

POMERANTZ LLP
JEREMEY A. LIEBERMAN
J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)

*Counsel for Kacouris and Additional Counsel for
the Class*

DATED:  October 28, 2019        GIBSON, DUNN & CRUTCHER LLP

         s/ Orin Snyder
         ORIN SNYDER

-3-

200 Park Avenue
New York, NY 10166
Telephone: 212/351-4000
212/351-4035 (fax)

*Attorneys for Defendants Facebook, Inc., Mark E.*
*Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic
    filer has obtained approval from this signatory.

## CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Jason C. Davis, am the ECF User whose identification and password are being used to file this document.  Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

\*        \*        \*

## [PROPOSED] ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____          _____
                                  THE HONORABLE EDWARD J. DAVILA
                                  UNITED STATES DISTRICT JUDGE

-4-

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
CHANGE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT PURSUANT TO CIVIL LOCAL RULE 6-2
NO. 5:18-CV-01725-EJD
4810-9836-6123.v2

**CERTIFICATE OF SERVICE**

I, Jason C. Davis, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Post-Montgomery Center, One Montgomery Street, Suite 1800, San Francisco, CA 94104, in said County and State.

I hereby certify that on October 28, 2019, the foregoing **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CHANGE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT PURSUANT TO CIVIL LOCAL RULE 6-2** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

Dated: October 28, 2019

s/ Jason C. Davis
JASON C. DAVIS

# Mailing Information for a Case 5:18-cv-01725-EJD "In re Facebook, Inc. Securities Litigation"

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com

- **Kate Whitman Aufses**
  Kate.Aufses@blbglaw.com,jose.echegaray@blbglaw.com,adamw@blbglaw.com,ManagingClerk@blbglaw.com,Jeremy@blbglaw.com,JohnB@blbglaw.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com

- **Michael D. Blatchley**
  MichaelB@blbglaw.com,ManagingClerk@blbglaw.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **John Christopher Browne**
  JohnB@blbglaw.com,jose.echegaray@blbglaw.com,JonathanU@blbglaw.com,jeremy@blbglaw.com,kate.aufses@blbglaw.com,virgilio@blbglaw.com,ManagingClerk

- **Paul J. Collins**
  pcollins@gibsondunn.com,atumanova@gibsondunn.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,ptiffith@rgrdlaw.com,KennyB@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Claiborne R Hane**
  chane@piercebainbridge.com,rtorres@piercebainbridge.com,gchang@piercebainbridge.com,aespinell@piercebainbridge.com

- **David Lawrence Hecht**
  DHECHT@PIERCEBAINBRIDGE.COM,rtorres@piercebainbridge.com,gchang@piercebainbridge.com,aespinell@piercebainbridge.com,skyle@piercebainbridge.co

- **Dennis J. Herman**
  dennish@rgrdlaw.com,mburch@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com

- **J Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com

- **Avi Josefson**
  Avi@blbglaw.com,jose.echegaray@blbglaw.com,managingclerk@blbglaw.com

- **Jason Matthew Kirschberg**
  jason@gadowtyler.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com,lpvega@pomlaw.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com

- **Kristin A. Linsley , Esq**
  KLinsley@gibsondunn.com,lchiou@gibsondunn.com

- **Joshua Seth Lipshutz**
  jlipshutz@gibsondunn.com,rwong@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gbok@gibsondunn.com,cleach@gibsondunn.com

- **Brian Michael Lutz**
  BLutz@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gholman@gibsondunn.com,kwright@gibsondunn.com,jbarry@gibsondunn.com,RCalub

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,zagudelo@cpmlegal.com,kchen@cpmlegal.com,bnorton@cpmlegal.com,jacosta@cpmlegal.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Darren Jay Robbins**
  darrenr@rgrdlaw.com

- **Jeremy P. Robinson**
  jeremy@blbglaw.com,ManagingClerk@blbglaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com

- **Gerald H. Silk**
  jerry@blbglaw.com,managingclerk@blbglaw.com

- **Orin Snyder**
  osnyder@gibsondunn.com,pkaul@gibsondunn.com,kwarren@gibsondunn.com,gholman@gibsondunn.com,gbok@gibsondunn.com,cschmidt@gibsondunn.com,cleach

- **Robert Lootfi Tashjian**
  tashjianr@sec.gov,stearnsj@sec.gov,habermeyerj@sec.gov,johnstonj@sec.gov,austinh@sec.gov,bukowskij@sec.gov,lamarcas@sec.gov,RoeselerK@sec.gov,Schneider

- **Jonathan Daniel Uslaner**
  jonathanu@blbglaw.com,Scott.Foglietta@blbglaw.com,Matthew.Mahady@blbglaw.com,Jose.Echegaray@blbglaw.com

- **Thomas David Warren**
  twarren@piercebainbridge.com,rtorres@piercebainbridge.com,gchang@piercebainbridge.com,aespinell@piercebainbridge.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)