| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>DENNIS J. HERMAN (220163)<br>JASON C. DAVIS (253370)<br>KENNETH J. BLACK (291871)<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>dherman@rgrdlaw.com<br>jdavis@rgrdlaw.com<br>kennyb@rgrdlaw.com | BERNSTEIN LITOWITZ BERGER &<br>  GROSSMANN LLP<br>JOHN C. BROWNE<br>JEREMY P. ROBINSON<br>KATE W. AUFSES<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212/554-1400<br>212/554-1444 (fax)<br>johnb@blbglaw.com<br>jeremy@blbglaw.com<br>kate.aufses@blbglaw.com |

*Co-Lead Counsel for the Class*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Master File No. 5:18-cv-01725-EJD<br><br>CLASS ACTION<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CHANGE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT PURSUANT TO CIVIL LOCAL RULE 6-2** |

      Pursuant to Local Rule 6-2, Lead Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, and Public Employees' Retirement System of Mississippi (collectively, "Plaintiffs") and Defendants Facebook, Inc., Mark E. Zuckerberg, David M. Wehner,

1  and Sheryl K. Sandberg ("Defendants"), by and through their undersigned counsel, hereby stipulate
2  and agree to the following:
3      WHEREAS, on August 1, 2019, this Court reset the Case Management Conference in this
4  action for November 14, 2019 and ordered the Joint Case Management Statement due November 4,
5  2019 (ECF No. 116);
6      WHEREAS, on September 25, 2019, this Court entered an order granting Defendants' motion
7  to dismiss the consolidated class action complaint (ECF No. 118);
8      WHEREAS, on October 3, 2019, this Court entered an order extending Plaintiffs' time to file
9  an amended complaint to November 15, 2019 (ECF No. 120);
10     WHEREAS, this Court scheduled a hearing on Defendants' motion to dismiss the amended
11 complaint for May 21, 2020 (ECF No. 120);
12     WHEREAS, in light of the above, the parties have met and conferred and believe that a Case
13 Management Conference and a Joint Case Management Statement are not necessary at this time; and
14     WHEREAS, the parties respectfully request the Case Management Conference be continued
15 to June 18, 2020 at 10:00 a.m., with the Joint Case Management Statement due ten days before that
16 on June 8, 2020.
17     THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES,
18 SUBJECT TO THE COURT'S APPROVAL:

    1. The Case Management Conference shall be continued from November 14, 2019 to June 18, 2020; and

    2. The Joint Case Management Statement shall be filed on June 8, 2020.

DATED: October 28, 2019              ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                     DENNIS J. HERMAN
                                     JASON C. DAVIS
                                     KENNETH J. BLACK

                                              s/ Jason C. Davis
                                            JASON C. DAVIS

One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

*Counsel for Amalgamated and Co-Lead Counsel for the Class*

BERNSTEIN LITOWITZ BERGER &
   GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES

          s/ John C. Browne
          JOHN C. BROWNE

1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)

*Counsel for Mississippi and Co-Lead Counsel for the Class*

PIERCE BAINBRIDGE BECK PRICE
   & HECHT LLP
DAVID L. HECHT
YI WEN WU
20 West 23rd Street, Fifth Floor
New York, NY 10010
Telephone: 213/262-9333

*Counsel for Helms and Additional Counsel for the Class*

POMERANTZ LLP
JEREMEY A. LIEBERMAN
J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)

*Counsel for Kacouris and Additional Counsel for the Class*

DATED: October 28, 2019        GIBSON, DUNN & CRUTCHER LLP

          s/ Orin Snyder
          ORIN SNYDER

-3-

200 Park Avenue
New York, NY 10166
Telephone: 212/351-4000
212/351-4035 (fax)

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

### CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Jason C. Davis, am the ECF User whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

\*   \*   \*

### [PROPOSED] ORDER GRANTING STIPULATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 28, 2019       _____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CHANGE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT PURSUANT TO CIVIL LOCAL RULE 6-2
NO. 5:18-CV-01725-EJD
4810-9836-6123.v2