# EXHIBIT B

**Public Employees' Retirement System of Mississippi**
**Transactions in Facebook, Inc.**

| <u>Transaction</u> | <u>Date</u> | <u>Shares</u> | <u>Price</u> |
|---|---|---|---|
| Purchase | 3/17/2017 | 4,050 | 139.8345 |
| Purchase | 3/21/2017 | 16,219 | 140.1377 |
| Purchase | 6/16/2017 | 4,035 | 150.6310 |
| Purchase | 8/16/2017 | 5,200 | 169.9639 |
| Purchase | 9/15/2017 | 1,311 | 171.6305 |
| Purchase | 12/15/2017 | 3,218 | 180.1700 |
| Purchase | 2/7/2018 | 117,000 | 183.1775 |
| Purchase | 3/16/2018 | 2,898 | 185.0820 |
| Purchase | 3/19/2018 | 62,000 | 171.5268 |
| Purchase | 3/26/2018 | 55,000 | 156.1841 |
| Purchase | 4/27/2018 | 18,978 | 174.1892 |
| Purchase | 5/14/2018 | 9,444 | 187.0412 |
| Purchase | 6/13/2018 | 34,609 | 193.3230 |
| Purchase | 6/15/2018 | 3,132 | 195.8404 |
| Purchase | 6/27/2018 | 16,214 | 198.0609 |
| Purchase | 7/17/2018 | 911 | 207.7400 |
| Sale | 2/6/2017 | (22,495) | 132.0600 |
| Sale | 3/6/2017 | (2,822) | 137.4200 |
| Sale | 3/6/2017 | (8,280) | 137.4200 |
| Sale | 4/11/2017 | (16,219) | 139.8034 |
| Sale | 8/11/2017 | (21,276) | 168.0800 |
| Sale | 8/25/2017 | (11,103) | 166.3200 |
| Sale | 9/25/2017 | (10,754) | 162.8700 |
| Sale | 12/13/2017 | (11,125) | 178.3000 |
| Sale | 2/8/2018 | (17,609) | 171.5800 |
| Sale | 2/8/2018 | (366) | 171.5452 |
| Sale | 2/20/2018 | (17,918) | 176.0100 |