Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  202.955.8217
Fax:  202.530.9614

Paul J. Collins (SBN 187709)
  pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone:  650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS HEARING AND PAGE LIMITATIONS FOR BRIEFING**<br><br>Date First Action Filed: March 20, 2018 |

WHEREAS, on November 15, 2019, Lead Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, and Public Employees' Retirement System of Mississippi, filed the Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (Dkt. 123) (the "Complaint");

WHEREAS, Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner intend to file a motion to dismiss the Complaint on January 15, 2020 (the "Motion to Dismiss");

WHEREAS, the parties wish to extend the page limitations for the briefing on the Motion to Dismiss so that Defendants have up to 35 pages for their opening brief, Plaintiffs have up to 35 pages for their opposition brief, and Defendants have up to 25 pages for their reply brief;

WHEREAS, the Court previously permitted these same page limitation extensions in connection with Defendants' motion to dismiss the prior complaint (Dkts. 92, 97);

WHEREAS, the Court set a hearing on the Motion to Dismiss for May 21, 2020 (Dkt. 120);

WHEREAS, the parties wish to reschedule the hearing on the Motion to Dismiss because Plaintiffs' counsel has a conflict on May 21, 2020; and

WHEREAS, the parties have met and conferred, and both parties are available for a hearing on July 16, 2020.

THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES, through their respective counsel of record and subject to Court approval, as follows:

1. Defendants' Motion to Dismiss (excluding the caption page, table of contents, table of authorities, and signature page) shall not exceed 35 pages in length;
2. Plaintiffs' brief in opposition to the Motion to Dismiss (excluding the caption page, table of contents, table of authorities, and signature page) shall not exceed 35 pages in length;
3. Defendants' reply brief in support of their Motion to Dismiss (excluding the caption page, table of contents, table of authorities, and signature page) shall not exceed 25 pages in length; and

4.  The hearing on the Motion to Dismiss shall be rescheduled to July 16, 2020 at 9:00 a.m.

DATED: December 30, 2019       GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　　　　　　/s/ *Orin Snyder*
　　　　　　　　　　　　　　　　　　　　　ORIN SNYDER

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

DATED: December 30, 2019       ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　& DOWD LLP
　　　　　　　　　　　　　　　　　DENNIS J. HERMAN
　　　　　　　　　　　　　　　　　JASON C. DAVIS
　　　　　　　　　　　　　　　　　KENNETH J. BLACK

　　　　　　　　　　　　　　　　　　　　**/s/ *Dennis J. Herman*
　　　　　　　　　　　　　　　　　　　　DENNIS J. HERMAN

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

*Counsel for Lead Plaintiff Amalgamated and Co-Lead Counsel for the Class*

DATED: December 30, 2019       BERNSTEIN LITOWITZ BERGER &
　　　　　　　　　　　　　　　　　　　GROSSMANN LLP
　　　　　　　　　　　　　　　　　JONATHAN D. USLANER
　　　　　　　　　　　　　　　　　12481 High Bluff Drive, Suite 300
　　　　　　　　　　　　　　　　　San Diego, CA  92130
　　　　　　　　　　　　　　　　　Telephone:  858/793-0070
　　　　　　　　　　　　　　　　　858/793-0323 (fax)

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE AUFSES

\*\*/s/ *Jeremy P. Robinson*
JEREMY P. ROBINSON

1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)

*Counsel for Lead Plaintiff Mississippi and Co-Lead Counsel for the Class*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

\*     \*     \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____       _____
                                              THE HONORABLE EDWARD J. DAVILA
                                              UNITED STATES DISTRICT JUDGE