Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Kristin A. Linsley (SBN 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Paul J. Collins (SBN 187709)
  pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Date First Action Filed: March 20, 2018 |

I, BRIAN M. LUTZ, declare and state as follows:

1. I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Facebook, Inc. ("Facebook"), Mark E. Zuckerberg, Sheryl S. Sandberg, and David M. Wehner (collectively, "Defendants") in the above-captioned case. I make this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws, filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of Facebook's Definitive Proxy Statement on Schedule 14A, as filed with the SEC on April 13, 2018.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Facebook's Current Report on Form 8-K, as filed with the SEC on September 4, 2012.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Facebook's Current Report on Form 8-K, as filed with the SEC on December 1, 2015.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a compilation of exemplar Statements of Changes in Beneficial Ownership of Securities on Form 4, filed with the U.S. Securities and Exchange Commission ("SEC") on behalf of Mark Zuckerberg, reflecting sales between February 27, 2017, and July 20, 2018.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a compilation of additional exemplar Statements of Changes in Beneficial Ownership of Securities on Form 4, filed with the SEC on behalf of Mark Zuckerberg, reflecting sales between July 26, 2018, and August 31, 2018.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a chart prepared by counsel for Defendants that summarizes the stock sales reflected in the Statements of Changes in Beneficial Ownership of Securities on Form 4 in Exhibit 5.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a compilation of Statements of Changes in Beneficial Ownership of Securities on Form 4, filed with the SEC on behalf of Sheryl Sandberg, reflecting sales between January 20, 2017, and July 19, 2018.

Gibson, Dunn & Crutcher LLP

9. Attached hereto as **Exhibit 8** is a true and correct copy of a compilation of Statements of Changes in Beneficial Ownership of Securities on Form 4, filed with the SEC on behalf of David M. Wehner, reflecting sales between February 21, 2017, and June 20, 2018.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of Facebook's earnings call for the first quarter of 2018, titled "First Quarter 2018 Results Conference Call," and dated April 25, 2018.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the transcript of Facebook's earnings call for the second quarter of 2018, titled "Second Quarter 2018 Results Conference Call," and dated July 25, 2018.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the transcript of Facebook's 2018 Annual Shareholders Meeting, titled "Edited Transcript FB - Facebook Inc. Annual Shareholders Meeting," and dated May 31, 2018.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a transcript of a November 27, 2018 witness examination before the Digital, Culture, Media and Sport Committee of the House of Commons of the United Kingdom, available at http://data.parliament.uk/WrittenEvidence/CommitteeEvidence.svc/EvidenceDocument/Digital,%20Culture,%20Media%20and%20Sport/Disinformation%20and%20%E2%80%98fake%20news%E2%80%99/Oral/92924.html.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a February 18, 2019 report from the Information Commissioner's Office of the Parliament of the United Kingdom titled "Disinformation and 'fake news': Final Report," available at https://publications.parliament.uk/pa/cm201719/cmselect/cmcumeds/1791/1791.pdf.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a Memorandum Opinion issued by Vice Chancellor Slights of the Delaware Court of Chancery from the case *In re Facebook, Inc. Section 220 Litigation*, C.A. No. 2018-0661-JRS (Del. Ch.), dated May 31, 2019.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the Complaint (ECF No. 1) from the case *SEC v. Facebook, Inc.*, No. 3:19-cv-04241 (N.D. Cal.), dated July 24, 2019.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the Consent of Defendant Facebook, Inc. to Entry of Final Judgment (ECF No. 3) from the case *SEC v. Facebook, Inc.*, No. 3:19-cv-04241 (N.D. Cal.), dated July 24, 2019

18. Attached hereto as **Exhibit 17** is a true and correct copy of an article published by *The Guardian* on December 11, 2015, titled "Ted Cruz using firm that harvested data on millions of unwitting Facebook users," and available at https://www.theguardian.com/us-news/2015/dec/11/senator-ted-cruz-president-campaign-facebook-user-data.

19. Attached hereto as **Exhibit 18** is a true and correct copy of an article published by *The New York Times* on November 19, 2017, titled "We Can't Trust Facebook to Regulate Itself," and available at https://www.nytimes.com/2017/11/19/opinion/facebook-regulation-incentive.html.

20. Attached hereto as **Exhibit 19** is a true and correct copy of the transcript of a radio show aired by *NPR* on March 20, 2018, titled "Facebook Is Losing Users' Trust, Tech Investor Says," and available at https://www.npr.org/2018/03/20/595123564/facebook-is-losing-users-trust-tech-investor-says.

21. Attached hereto as **Exhibit 20** is a true and correct copy of an article published by *The Guardian* on March 20, 2018, titled "'Utterly horrifying': ex-Facebook insider says covert data harvesting was routine," and available at https://www.theguardian.com/news/2018/mar/20/facebook-data-cambridge-analytica-sandy-parakilas.

22. Attached hereto as **Exhibit 21** is a true and correct copy of an article published by *The Guardian* on March 17, 2018, titled "Revealed: 50 million Facebook profiles harvested for Cambridge Analytica in major data breach," and available at https://www.theguardian.com/news/2018/mar/17/cambridge-analytica-facebook-influence-us-election.

23. Attached hereto as **Exhibit 22** is a true and correct copy of an article published by *The New York Times* on March 17, 2018, titled "How Trump Consultants Exploited the Facebook Data of Millions," and available at https://www.nytimes.com/2018/03/17/us/politics/cambridge-analytica-trump-campaign.html.

24. Attached hereto as **Exhibit 23** is a true and correct copy of an article published by *The Washington Post* on March 18, 2018, titled "Facebook may have violated FTC privacy deal, say former

federal officials, triggering risk of massive fines," and available at https://www.washingtonpost.com/news/the-switch/wp/2018/03/18/facebook-may-have-violated-ftc-privacy-deal-say-former-federal-officials-triggering-ri%E2%80%A6.

25. Attached hereto as **Exhibit 24** is a true and correct copy of an article published by *The Intercept* on March 30, 2017, titled "Facebook Failed to Protect 30 Million Users From Having Their Data Harvested by Trump Campaign Affiliate," and available at https://theintercept.com/2017/03/30/facebook-failed-to-protect-30-million-users-from-having-their-data-harvested-by-trump-campaign-affiliate/.

26. Attached hereto as **Exhibit 25** is a true and correct copy of a January 3, 2014 screenshot of Facebook's Data Policy, last revised November 15, 2013, located at https://www.facebook.com/full_data_use_policy, which was captured using the "Wayback Machine," located at http://archive.org/web/.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a November 15, 2016 screenshot of Facebook's Data Policy, last revised September 29, 2016, located at https://www.facebook.com/full_data_use_policy, which was captured using the "Wayback Machine," located at http://archive.org/web/.

28. Attached hereto as **Exhibit 27** is a true and correct copy of a March 6, 2015 screenshot of Facebook's Data Policy, last revised January 30, 2015, located at https://www.facebook.com/full_data_use_policy, which was captured using the "Wayback Machine," located at http://archive.org/web/.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a white paper by Jen Weedon, William Nuland, and Alex Stamos titled "Information Operations and Facebook," published in the Facebook Newsroom on April 27, 2017, available at https://fbnewsroomus.files.wordpress.com/2017/04/facebook-and-information-operations-v1.pdf.

30. Attached hereto as **Exhibit 29** is a true and correct copy of a table showing the historical trading prices of Facebook, Inc. common stock from January 2, 2018 through December 11, 2018, which was extracted from Bloomberg by counsel for Defendants.

31. Attached hereto as **Exhibit 30** is a true and correct copy of an April 30, 2014 Facebook blog post entitled "The New Facebook Login and Graph API 2.0" by Jeffrey Spehar, available at https://developers.facebook.com/blog/post/2014/04/30/the-new-facebook-login.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of January, 2020, at San Francisco, California.

By:    */s/ Brian M. Lutz*
        Brian M. Lutz

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Orin Snyder, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: January 15, 2020                By:   */s/ Orin Snyder*
                                                          Orin Snyder