# Exhibit 6

Mark Zuckerberg's 2018 Sales of Class A Common Stock from 7/25/18 to 8/31/18

| Trade Date | Shares | Sale Proceeds |
| --- | --- | --- |
| 7/26/2018 | 210,000 | $36,934,839.83 |
| 7/27/2018 | 209,428 | $36,899,759.70 |
| 7/30/2018 | 137,128 | $23,254,149.62 |
| 7/31/2018 | 135,000 | $23,254,997.71 |
| 8/1/2018 | 137,400 | $23,761,121.90 |
| 8/2/2018 | 210,000 | $36,670,148.95 |
| 8/3/2018 | 210,000 | $37,298,466.77 |
| 8/6/2018 | 218,000 | $39,907,577.09 |
| 8/6/2018 | 9,000 | $1,647,196.22 |
| 8/7/2018 | 227,000 | $42,022,786.83 |
| 8/8/2018 | 210,000 | $38,945,224.12 |
| 8/9/2018 | 210,000 | $38,781,863.01 |
| 8/10/2018 | 210,000 | $37,928,943.54 |
| 8/13/2018 | 210,000 | $38,015,171.39 |
| 8/14/2018 | 210,000 | $37,951,896.55 |
| 8/15/2018 | 210,000 | $37,379,542.44 |
| 8/16/2018 | 217,549 | $38,627,364.11 |
| 8/17/2018 | 157,300 | $27,288,537.25 |
| 8/20/2018 | 120,000 | $20,705,780.29 |
| 8/21/2018 | 120,000 | $20,768,049.98 |
| 8/22/2018 | 120,000 | $20,766,097.50 |
| 8/23/2018 | 143,210 | $24,958,479.32 |
| 8/24/2018 | 120,000 | $20,894,095.76 |
| 8/27/2018 | 195,000 | $34,596,184.67 |
| 8/28/2018 | 159,400 | $34,515,865.27 |
| 8/29/2018 | 212,000 | $37,242,751.16 |
| 8/30/2018 | 212,000 | $37,798,245.96 |
| 8/31/2018 | 195,000 | $34,259,447.49 |