ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com
jeremy@blbglaw.com
kate.aufses@blbglaw.com

*Co-Lead Counsel for the Class*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | CLASS ACTION |
| This Document Relates To: | STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND CONTINUE CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS. | |

    Pursuant to Local Rule 6-2, Lead Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, and Public Employees' Retirement System of Mississippi (collectively, "Plaintiffs") and Defendants Facebook, Inc., Mark E. Zuckerberg, David M. Wehner, and Sheryl K. Sandberg ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the following:

    WHEREAS, on October 3, 2019, this Court entered an order setting a briefing schedule for Defendants' motions to dismiss, which provided *inter alia* that Defendants would file their

response to the First Amended Complaint (the "FAC") on or before January 15, 2020; Plaintiffs would file their papers in opposition to any motion to dismiss on or before March 16, 2020; Defendants would file their reply on or before April 24, 2020; and setting a hearing on the anticipated motion to dismiss for May 21, 2020 at 9:00 am (ECF No. 120);

WHEREAS, on October 28, 2019, the Court entered an order setting a Case Management Conference for June 18, 2020, after the hearing on the motion to dismiss (ECF No. 122);

WHEREAS, on December 30, 2019, the Court entered an order continuing the hearing on the motion to dismiss to July 16, 2020 at 9:00 a.m. (ECF No. 125);

WHEREAS, the parties believe the Case Management Conference should be continued until a date after the July 16, 2020 hearing on the motion to dismiss;

WHEREAS, Defendants filed their motion to dismiss the FAC on January 15, 2020 (ECF No. 126);

WHEREAS, in light of scheduling, staffing and other work disruptions caused by recent events faced by Co-Lead Counsel for Plaintiffs in New York, Plaintiffs requested Defendants' consent to a short extension of the deadline to file their opposition papers to March 24, 2020;

WHEREAS, Defendants consented to Plaintiffs' requested extension;

WHEREAS, the Parties also agreed to a corresponding adjustment to the deadline for Defendants' reply papers to May 6, 2020;

WHEREAS, good cause exists for the requested extension given the Parties' agreement; the scheduling disruptions faced by Co-Lead Counsel for Plaintiffs, and because no other case deadlines will be affected by this short extension to the briefing schedule for Defendants' motion to dismiss;

WHEREAS, this is the first request to extend the time for Plaintiffs to file and serve their opposition papers; and

-2-

WHEREAS, the Parties have met and conferred and agreed to the schedule set forth below for the remainder of briefing on Defendants' motion to dismiss.

THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES, SUBJECT TO THE COURT'S APPROVAL:

1.  Plaintiffs shall file and serve their opposition papers on or before March 24, 2020;

2.  Defendants shall file a reply in further support of their motion to dismiss on or before May 6, 2020;

3.  The Case Management Conference set for June 18, 2020, and the June 8, 2020 deadline for filing the corresponding Joint Case Management Statement, are continued until after the July 16, 2020 hearing on the motion to dismiss, with the dates to be set by the Court; and

4.  The parties expressly reserve all of their claims, rights, defenses, and arguments, and, by entering into this stipulation, in no way waive or intend to waive any claims, rights, defenses, or arguments they may wish to exercise or assert in this action or any separate action.

IT IS SO STIPULATED.

DATED:  March 11, 2020                    ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                          DENNIS J. HERMAN
                                          JASON C. DAVIS
                                          KENNETH J. BLACK

                                          */s/ Dennis J. Herman*
                                          DENNIS J. HERMAN

                                          One Montgomery Street, Suite 1800
                                          San Francisco, CA  94104
                                          Telephone:  415/288-4545
                                          415/288-4534 (fax)

                                          *Counsel for Amalgamated and Co-Lead Counsel
                                          for the Class*

                                          BERNSTEIN LITOWITZ BERGER &
                                            GROSSMANN LLP
                                          JOHN C. BROWNE
                                          JEREMY P. ROBINSON
                                          KATE W. AUFSES

                                          */s/ John C. Browne*
                                          JOHN C. BROWNE

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON
DEFENDANTS' MOTION TO DISMISS AND CONTINUE CMC
No. 5:18-CV-01725-EJD

1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)

*Counsel for Mississippi and Co-Lead Counsel
for the Class*

PIERCE BAINBRIDGE BECK PRICE
   & HECHT LLP
DAVID L. HECHT
YI WEN WU
20 West 23rd Street, Fifth Floor
New York, NY 10010
Telephone: 213/262-9333

Counsel for Helms and Additional Counsel for
the Class

POMERANTZ LLP
JEREMEY A. LIEBERMAN
J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)
Counsel for Kacouris and Additional Counsel for
the Class

DATED: March 11, 2020                   GIBSON, DUNN & CRUTCHER LLP


                                        ** */s/ Orin Snyder*
                                        ORIN SNYDER

                                        200 Park Avenue
                                        New York, NY 10166
                                        Telephone: 212/351-4000
                                        212/351-4035 (fax)

                                        *Attorneys for Defendants Facebook, Inc., Mark
                                        E. Zuckerberg, Sheryl K. Sandberg, and David
                                        M. Wehner*

                                        ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic
                                        filer has obtained approval from this signatory.

-4-

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, John C. Browne, am the ECF User whose identification and password are being used to file this document.  Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

\*        \*        \*

**[PROPOSED] ORDER GRANTING STIPULATION**

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

DATED: _____            _____
                                             THE HONORABLE EDWARD J. DAVILA
                                             UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND CONTINUE CMC
No. 5:18-CV-01725-EJD

**<u>CERTIFICATE OF SERVICE</u>**

I, John C. Browne, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 1251 Avenue of the Americas, 44th Floor, New York, NY 10020, in said County and State.

I hereby certify that on March 11, 2020, the foregoing STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND CONTINUE CASE MANAGEMENT CONFERENCE was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

Dated:  March 11, 2020                                              /s/ *John C. Browne*
                                                                                  John C. Browne

-6-