ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE AUFSES
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com
jeremy@blbglaw.com
kate.aufses@blbglaw.com

Co-Lead Counsel for the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF JASON C. DAVIS IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

I, JASON C. DAVIS, declare and state as follows:

1. I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner in the law firm of Robbins Geller Rudman & Dowd LLP, and I represent Plaintiff Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated"), and, together with Bernstein Litowitz Berger & Grossmann LLP, representing Public Employees' Retirement System of Mississippi ("Mississippi," and together with Amalgamated, "Lead Plaintiffs"), are Lead Counsel to Lead Plaintiffs in the above-captioned case. I make this Declaration in support of Lead Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss, filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto. Except as highlighted, paginated or excerpted, attached are true and correct copies of the following documents.

2. Exhibit A is a March 4, 2017 article appearing in *The Guardian* titled "Watchdog to launch inquiry into misuse of data in politics," available at https://www.theguardian.com/technology/2017/mar/04/cambridge-analytics-data-brexit-trump.

3. Exhibit B is the complaint filed on July 24, 2019 by the Federal Trade Commission against Facebook, available at https://www.ftc.gov/enforcement/cases-proceedings/092-3184/facebook-inc.

4. Exhibit C is a transcript, prepared by a court reporter, of an interview of Roger McNamee titled "From Mentor to Activist: Facebook Through the Eyes of Roger McNamee," by Real Vision on April 28, 2018, available in video format at: https://www.youtube.com/watch?v=jE3bokK42JI.

5. Exhibit D is a series of internal Facebook emails or messages sent and received between September 29, 2015 and May 9, 2016, internally at Facebook. The document was produced and filed publicly in redacted form in the litigation that the District of Columbia's Attorney General brought against Facebook, styled, *District of Columbia v. Facebook, Inc.*, No. 2018 CA 008715-B. The document is Exhibit 1 of the Joint Consent Motion Regarding Motion to Seal (D.C. Super. Ct. Aug. 29, 2019) in that action.

6. Exhibit E is a transcript, prepared by a court reporter, of a presentation given by the CEO of Cambridge Analytica, Alexander Nix, at the September 13, 2016 Concordia Summit titled "Cambridge Analytica – The Power of Big Data & Psychographics," available in video format at https://www.youtube.com/watch?v=n8Dd5aVXLCc.

7. Exhibit F is an image from the video identified in Exhibit E.

8. Exhibit G is the June 8, 2018 Facebook response to Questions for the Record, submitted pursuant to the Facebook, Social Media Privacy, and the Use and Abuse of Data Hearing before the Senate Committee on Commerce, Science and Transportation, 115 Cong. (Apr. 10, 2018), available at https://www.commerce.senate.gov/services/files/ED0185FB-615A-4FD5-818B-5CE050825A9B.

9. Exhibit H is a transcript, prepared by a court reporter, of an interview by CNN of Mark Zuckerberg, titled "*CNN Exclusive: Zuckerberg Apologizes*," of March 22, 2018, available at https://www.cnn.com/videos/cnnmoney/2018/03/22/facebook-zuckerberg-cambridge-analytica-long.cnnmoney.

10. Exhibit I is a Facebook letter with attachments from Rebecca Stimson, Head of Public Policy, Facebook UK, to Damian Collins, Chair, Digital, Culture, Media and Sport Committee, United Kingdom House of Commons (May 14, 2018), available at

https://www.parliament.uk/documents/commons-committees/culture-media-and-sport/ 180514-Rebecca-Stimson-Facebook-to-Ctte-Chair-re-oral-ev-follow-up.pdf.

11. Exhibit J is an October 27, 2016 article from *The Washington Post* titled, "Trump's plan for a comeback includes building a 'psychographic' profile of every voter," available at https://www.washingtonpost.com/politics/trumps-plan-for-a-comeback-includes-building-a-psychographic-profile-of-every-voter/2016/10/27/9064a706-9611-11e6-9b7c-57290af48a49_story.html.

12. Attached hereto as Exhibit K is a true and correct copy of a March 16, 2018 Facebook Newsroom post titled, "Suspending Cambridge Analytica and SCL Group From Facebook," available at https://about.fb.com/news/2018/03/suspending-cambridge-analytica/.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 24th day of March, 2020, at San Francisco, California.

_____
JASON C. DAVIS

DECLARATION OF JASON C. DAVIS IN SUPPORT OF LEAD PLAINTIFFS' MEM OF POINTS AND AUTHORITIES IN OPP TO DEFENDANTS' MOTION TO DISMISS - 5:18-cv-01725-EJD
Cases\4830-6926-3031.v1-3/24/20

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 24, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List,

    s/ JASON C. DAVIS
    JASON C. DAVIS

ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  jdavis@rgrdlaw.com

Cases\4830-6926-3031.v1-3/24/20