# EXHIBIT C

# From Mentor to Activist: Facebook Through the Eyes of Roger McNamee

# Video Transcription

YOUTUBE VIDEO TRANSCRIPTION

"FROM MENTOR TO ACTIVIST: FACEBOOK THROUGH THE EYES OF ROGER McNAMEE - INTERVIEW - REAL VISION"

Transcribed by:
Diana Sasseen
CSR No. 13456
Job No. 10065942

ROGER McNAMEE: Facebook had played a profound role in the election. It was not being honest about it. What Cambridge Analytica showed was that Facebook business strategy was recklessly endangering the privacy their users as a business strategy. These problems are built into the product. And I don't know what's going to come out of this.

BRIAN PRICE: Ron Price here for Real Vision in Menlo Park, California, where today I'm going to be speaking with an investing legend. Roger McNamee is joining us to discuss everything that's been happening with Facebook and his vision for the future.

Check it out.

Roger, thank you so much for joining us today.

ROGER McNAMEE: This is really fun. I'm glad to be here.

BRIAN PRICE: So I want you to do something for me that nobody else in the world can, and that is connect the dots between the Grateful Dead, two strokes, Bono, and Mark Zuckerberg in a career.

ROGER McNAMEE: I would say that I have been in many ways the luckiest person alive in the sense that I went into a career where timing is everything and started as a Wall Street analyst on the first day of the bull market of 1982. And they asked me to cover

technology. So effectively I had a 35-year tailwind. And you can explain everything that happened in my career based on the pure dumb luck of that combination of timing and being handed technology.

And then it just happens that I'm the kind of person that has a couple of passions on the side, music being the primary one. I've been a professional musician my whole adult life, and miraculously in doing so wound up getting to meet my heroes, being the Grateful Dead. And I -- after Jerry Garcia died, they asked me -- they found me somehow and reached out and said, can you help us with keeping our business together?

And so I spent three years consulting them on Dead.Net, which was their direct-to-fan site. And it was a pretty cool experience because having gone to a couple hundred Dead shows, you know, I knew the scene really, really well, but it's really different when you're in the audience from when you're talking to people in the board room. And that was how I met Bono.

A woman named Sheryl Sandberg was working as chief of staff to the secretary of the treasury, was working with Bono in 1999 to forgive the debt of emerging countries that were never going to be able to pay it back. And Bono was curious about this guy who

was doing stuff for the Grateful Dead and said, wanted U2 to get involved with that.

And so Sheryl goes, you won't believe this, but my brother-in-law works for that guy. I know exactly who he is. And so she introduced me to Bono.

And while I was working on the Grateful Dead project, I went to Dublin to meet with U2, and when I came back I had two strokes when I got off the airplane in San Francisco. One stroke and then a few hours later I had another one. And I didn't know it was a stroke, I didn't do any of the right things, and miraculously it didn't kill me. I mean it was literally a miracle.

And then it took a long time, I had open heart surgery to get rid of the cause of the stroke, which was a birth defect in my heart.

And when I came back, Steve Jobs gave me the chance to buy 18 percent of Apple in our Silver Lake fund and -- to go on the board. And my partners -- I didn't realize that my partners had decided while I was gone that they liked splitting the money three ways, so when I came back they were looking to get rid of me, so they said no to a chance to buy 18 percent of Apple with cash.

And one thing led to another, and I was working on a project with Bono also for Silver Lake, and it was

obvious they didn't want me around, so I quit. So I called Bono to say, hey, I quit. And he goes, well, screw them, we'll start our own firm. And I go, Bono, nobody's going to let you start an investment firm. I mean, I know your management company, there's just no way. And he goes, no, no, we're really going to do this. And so that's how Elevation happened.

BRIAN PRICE: Tell me about that first meeting you had with Mark Zuckerberg.

ROGER McNAMEE: Imagine if you will that I had been in the business 25 years at that point, which is more than a career as a tech investor. There had been crashes along the way that wiped out most of the people I knew from the early part of my career. So I had more experience as a public market investor than anybody who was doing it in tech and was right up there with the senior-most venture capitalists.

And one of the things that I did was make myself available to young entrepreneurs. It's a great way to get to know them, when they're not raising money, they've got a problem, they're looking for somebody who's got a perspective but without any conflict.

I get a phone call from a guy named Chris Kelly, who was the chief privacy officer at Facebook. And I barely new Chris; we'd met, but we didn't know

each other well. And he calls, Roger, my boss has an existential problem and he needs somebody like you to help him think it through. Would you be willing to take a meeting with him today? And I go, sure. I mean, keep in mind this is 2006, March of 2006, the company is barely two years old. Mark is 22 year old, I'm 49.

At Elevation we had a conference room set up like a living room, basically with a giant video game console, a huge flat-panel thing. You know, we were at the intersection of technology and media, so we had a media room.

So Mark comes to my office looking just like Mark Zuckerberg; he's got the courier bag, he's got the T-shirt. We say hello. We sit down. And I'm closer to him in that set-up than you are to me.

And I said, Mark, before we start, I've got to tell you few things, because once you tell me what's going on, you'll assume that anything I say after that is influenced by whatever you told me, so I want to say a couple things. He goes, go for it.

I go, if it hasn't already happened, either Microsoft or Yahoo is going to offer a billion dollars to buy Facebook, and everyone you know from your parents to the board of directors, the management team, the employees are going to tell you to take the money.

They'll all tell you, Mark, you're going to have $650 million, you can change the world. Your new venture capitalist Jim Breyer's going to say, I'll back your next company, it will be even better than Facebook.

I said, Mark, I've been watching this space a lot longer than Facebook's been in existence, and I think you have done two things that are going to make all the difference in the world; you have real identity, and you give the users the ability to control their privacy settings. And I said, I think that combination is going to make this product way more attractive to adults than to kids. So I think you haven't even gotten to where your real market is, and it will be very attractive to advertisers because adults have all the money.

And I said, the truth is you may have another idea as good as Facebook, but you'll never get the timing perfect twice; no one ever has. Lots of entrepreneurs have great ideas, but things like Facebook happen because you have the perfect idea at the perfect moment in time, and that will never happen again, whereas I think Facebook is going to be bigger than Google is now.

Now, that whole thing took me about that long, about two minutes to say. There then ensued the most

painful silence of my professional career. And it went on nearly 5 minutes. And at the 3 minute mark I was ready to howl. I mean, I was white-knuckled on my seat. I mean, you have no idea how long 5 minutes is until there is somebody sitting in front of you who is pantomiming all these thinker poses and not saying a word. He's clearly trying to decide does he trust me or not.

So at the 5 minute mark he finally relaxes, and it's like you could see a thought bubble over his head going, okay, I'm going to trust him. And he goes, you're not even going to believe this. And I go, dude, I'm so happy you said something, just try me. And he goes, in my bag I've got an offer to buy the company for a billion dollars from one of those two companies and literally everything you said it true.

And I said, well, look, this is your company, what do you want to do? And he goes, well, I don't want to disappoint anybody. And I go, well, I get that. But if it were just your choice, what would you do? He goes, well, I'd like -- I'd like to play out the hand, I'd like to see how it goes. And I go, okay, would you like my help to figure out how to do that? And he goes, yeah.

And so we literally review the company's voting

rights. It turned out he had a golden vote. I mean, he had a situation where literally it didn't matter what everybody else thought, if he thought something, that was the answer.

And I said, here's the thing, Mark, remember that when these people invested in your company, when they joined you as an employee, they were signing up for your vision, and if your vision isn't done, if you still think that this game is worth playing, you can sit down with them and look them in the eye and go, listen, I don't think this is the right time to sell. And when you prove that you were correct, they're going to be really happy that they didn't sell out. Because Microsoft and Yahoo are going to kill this company. There's no way they're going to see the vision through the way you would.

Now, he left my office after that. I'll bet the whole thing was half an hour max. And he went home and he killed the deal that afternoon.

And about a month later I get a call from him with another thing that came up. As you can imagine with the whole team wanting to sell the company, he needed to make a few changes to get people who were aligned with the vision. And so I helped him deal with all that. And then the Winklevoss brothers thing came

up, and I helped him go through a crisis management.

And then the following year an opportunity came along. One of his early employees had a personal change and needed to sell his options. He didn't have stock, he just had options. So it required a really clever and really trusting buyer. Right? You had to organize it.

And he said, would you like to chance to invest? And he said, here's the deal: I'll give you a choice, you can either go on the board or you can invest, but you can't do both. You know, I'm a little sour with my board because they tried to sell the company. I go, Dude, I'm an investor, I got to invest. So I took the investment opportunity.

And then shortly after that Sheryl Sandberg called me up and goes, I need to come talk to you. Now, when Sheryl came out of Washington, early 2000, she came and hung out in our office for about a month. And she had a copy of "The Tipping Point" by Malcolm Gladwell. And she goes, have you read this book? And I said, no, I haven't read it. And she goes, this book might as well be written about you. And I went, really? And she goes, well, I want to work here. And I'm going, wow, that's really cool, because I mean we're talking about somebody really, really, really capable. And I'm going, it's like you want to work here? That's awesome. So we

spend the next week or two you know like talking about investing.

All of a sudden my partner, he pulls me aside, and he goes, Roger this is insane. This woman can change the world. If she works here, she'll never get a chance to do that. She should be working at Google.

Now, keep in mind our office was inside Kleiner Perkins in those days, and so it was four doors down to John Doerr's office, so simple hand-off; and the next thing you know, Sheryl goes to work at Google.

So when she calls me up, it's not like this is the first career conversation we had. She goes, I've been given a chance of being like the president of the "Washington Post." I'm going, are you nuts? I mean, you're at Google, you're killing those guys. I mean, the dumbest thing you could do would be to go from the winner to the loser.

I'm going, "Washington Post"? I have enormous emotional passion for the "Washington Post," but realistically, how are you going to save the newspaper? If you're going to do that, you've got to talk to Zuckerberg and maybe go to Facebook because he needs somebody to create the business.

She goes, wow, he's like 23. I don't know if I can work for a 23-year-old. I'm going, he's not your

normal 23-year-old, I think it's worth a conversation.

So I call Mark up, and I go, so, Mark, I think I got the person for you. And he goes, really, who? And I go, Sheryl Sandberg. And he goes, yeah, but she's at Google. I'm going, Mark, give me a closer proxy for what you're doing. He goes, yeah, you're right.

And the thing about Mark, and I knew this, was his mom's a doctor, really strong personality; he's got nothing but sisters. I was convinced he could work with a women really successfully, because a lot of Silicon Valley can't do.

Anyway, it only took a couple months, you know, they get together. They get to know each other. It turned out there was a good chemistry there. And it's not because like they're both run-of-the-mill people. I mean, Mark's a -- you know, he's in some way a classic successful Silicon Valley entrepreneur, but sort of on the extreme side. And Sheryl is -- her self-control is simply off the rails, right? You know, if you watch her do an interview, it's -- it's like you're watching a master give a master class and staying on message, you know. But both of them, tremendously ambitious, and they both wanted to change the world profoundly. And I thought together they could do it.

So my -- once Sheryl came on board, the

committee was shifting from what I would characterize as its, you know, start-up mode into an operational mode. And I'm an operator. And so it was obvious to me, not to Mark, but it was obvious to me that my days as a mentor were going to come to an end pretty quickly. But they had one big thing left for me to work on, which was mobile. And because we had made this big investment in Palm, the Pilot guys, to make the first web phone, called the Palm Pre, I knew a lot about what was going on in mobile. And I was convinced everything on desktops was going to wind up on smartphones.

The smartphones, you know, you're going to think about them as a phone, but in reality you're mostly going to do Internet stuff on them. And that was not a well-understood concept in 2010 -- or 2009, excuse me, when we were having the conversation. But Mark was really into it. And unlike some of the earlier topics, this was one was there was no obvious right answer. So we had a lot of back and forth on it, which I learned from, and I'm quite confident he learned from it too.

And then, you know, in sometime towards the end of 2009, I just go, dude, I think you've outgrown me, I think you're all set. And, you know, I'm just going to fade in the background, but I'll be cheering for you and I'll be here if you ever need me, but I don't think

you're gonna, which meant I missed the creation of the business model.

And by the time 2016 came around, it meant I didn't understand the mechanics for how the business of Facebook worked, how they used the techniques of propaganda and the techniques of casino gambling on a smartphone to create levels of psychological addiction which are analogous to a gambling addiction, analogous to a video game addiction, but with one really, really important difference, which is that because the way the product worked, they had the ability, or their advertisers had the ability to manipulate what people think.

And it took me a while to figure that out, but when I did, it was -- it was really disturbing. It was like, oh, my God, you know, this thing that was about sharing family photos and birthdays and pictures of kittens is suddenly now a tool that bad actors could use to harm innocent people in a lot of different ways.

BRIAN PRICE: So you described it as your baby at one point in time.

ROGER McNAMEE: Yeah.

BRIAN PRICE: And now moving to where we are.

ROGER McNAMEE: Yeah. So here's the problem: I started my career as a public market investor. And as

a public market investor, even in tech where you're working interactively with management teams, I built -- my entire brand was built on being an above-average analyst of products. Everybody else worked on spreadsheets and trying to forecast earnings.

So what I realized was in an industry as dynamic as personal computers in the '80s, that if the product was hot, the estimate was always too low, and if it wasn't hot, the estimate was always too high. So what you had to figure out was was the product going to be hot or not hot. And so I became really good at that. And it turns out because no other investors were doing that. I got to have a special relationship with a lot of people; you know, many whom are famous now, people like, you know, Bill Gates and Steve Jobs. But many of whom were just immensely successful but less well-known.

And over time as I did more venture capital, my relationships to companies got deeper and deeper and my impact got greater. But it's hard to top Facebook. I mean, the combination of absolute success and the fact that it would have been acquired by Yahoo before any of this happened, and who knows what would have happened to the business model without Sheryl, you know, those two things meant that my fingerprints were on it. So I felt like this truly was my baby.

And so imagine, scroll forward to January, February of 2016. My wife and I are on vacation. I'm on Facebook. I love Facebook. I use it every single day. I'm as addicted as anybody. And I love the birthday things, I love sharing photographs, I love looking at other people's stuff. And I'm in a band, and it's the way we communicate with the fans of the band.

So I'm on there looking around, and it's the beginning of the New Hampshire primary 2016. And all of a sudden I see these memes, photographs with text on them, ostensibly coming from groups ostensibly associated with the Bernie Sanders campaign, but deeply misogynistic in a way that no campaign would be on top of it. And that wouldn't have been surprising, except they were spreading so virally that I realized somebody was spending money.

Now, who would spend money to spread deeply misogynistic memes? That was a head-scratcher. And so I just made a mental note of it. I mean, I discovered later, of course, that it was almost certainly the Russians.

Fast forward a month, sometime in March of 2016 there's a news report that Facebook has injected a firm that was using its application's programming interface to harvest data about people who expressed an interest

in Black Lives Matter, and they were then selling it to police departments. I mean, truly evil.

Now, Facebook threw them off the site, but not until the damage had been done. These people's lives had been irreparably changed by, you know -- by their action. And I'm going, whoa. I mean, that's, unlike the Bernie Bro thing, you could see who had done this and you could see that they had just used the Facebook tools created for advertisers to do it.

Fast forward to June, Brexit, the British voting on whether or not to leave the European union. The final polls say that they're going to remain, and remain's going to win by 4 points. That night out comes the election returns, and leave has won by 4 points. So 8 points. And in the postmortems there was a lot of talk about the role Facebook had played. And what was interesting was nobody was blaming Facebook.

But if you were in my position looking at this thing, you're going, whoa, leave had a really inflammatory campaign, right? They're basically saying those evil immigrants are going to destroy your culture, take away your jobs, and they're ruining the country and all the crime is blamed on them. And then they were offering this pie-in-the-sky thing of, hey, we're going to save billions of dollars -- or billions of pounds on

exiting the EU, we're going to take all that money and pour it into the national health system.

So effectively they were saying to everybody, you can vote because of some racially motivated animus, but you can feel good about it because you're going to save the national health system.

Meanwhile, the remain side has no emotion in it at all. They're basically going, we have the sweetest deal on earth. We get all the benefits of EU membership and we get to keep our own currency; that's a great deal, don't screw it up. Should have won in a walk. I mean, the British are -- I mean stay the course is the British way. And yet the thing swings 8 points.

And I'm thinking to myself, is Facebook giving an advantage to inflammatory political campaigns over neutral ones? That was the hypothesis that Brexit brought me to. And again, I don't have any notion of a Russian connection at this point.

Within a, what, two months all of a sudden there's a lot of news about Russia, right? You know, we're worried about the DNC hacks, you know, John Podesta's e-mails and all that stuff, WikiLeaks, you learn about Manafort and his whole relationship, and all of a sudden I'm going, whoa, this is creepy.

And then in August there's this news report

that Housing and Urban Development has cited Facebook for having advertising tools that enable people who own real estate to discriminate in violation of the Fair Housing Act. Now I've got four data points unrelated all pointing to the same thing; bad actors using Facebook's standard ad tools to harm innocent people.

I reach out to Recode, the tech line, I reach out to Kara Swisher and Walt Mossberg, And I go, guys, I'm seeing this stuff. What are you seeing?

Dead silence. No reaction.

BRIAN PRICE: Zero reaction.

ROGER McNAMEE: I'm saying they don't even respond.

I do it again maybe three weeks later; so now we're probably early September. I don't hear back right away, but then Walt sends me a note and goes, you know, you might be on to something. Kara's not interested in covering the story, we're not going to cover it, but you should write an op ed for us. Take your time, write something, let's start a conversation about this.

So I set to work writing an op ed. And I don't think I'm in any rush because I don't think it's going to affect the outcome of the election. And I'm really worried that because I don't think it's going to affect the outcome of the election, that if it goes down and

Clinton wins, that they're going to dismiss my concerns because, hey, it didn't affect the election. So I focus on a balance thing with all the different -- all the different things that I'd seen. So the Black Lives Matter stuff, Brexit stuff, the Housing and Urban Development stuff. But it's hard to write.

BRIAN PRICE: Why?

ROGER McNAMEE: I mean, I'm trying to write an op ed, right, and I'm trying to stick to the facts and not exaggerate anything and yet make this tight case.

I finish it on the 30th of October, and my wife points out, and it was such a brilliant insight, hey, let's send it to Mark and Sheryl. I mean, they're your friends, you love this company, your goal is to help them, not cause trouble. And all that was true. And so I sent it to Mark and Sheryl.

And they get right back to me, I mean within hours. And both very thoughtful replies, but saying basically the same thing. So what they said was, Roger, we really appreciate you reaching out. We believe the things that you saw are isolated, not systemic, and that we have taken steps to ensure that all of them can't happen again. And they referred explicitly to the Black Lives Matter things, where obviously they had evicted the people who did it.

And they said, but, you know, we take you seriously, you know, you've been a friend of ours for a long time, so we're going to have one of our senior people work really closely with you to figure out if there's something we should be investigating. And they turned me over to Dan Rose.

Now, Dan I think is the second-longest serving executive at Facebook and he's somebody I knew really well, respected a lot, and liked very much. And Dan gives me the same basic shtick the next day, but with one important added note. He goes, Roger, you know, we're a platform, we're not a media company, so as such we're not responsible for what third parties do on the platform. And we go back and forth roughly once a day up until right before the election.

Then the election happens, and I'm apoplectic. At this point I go, okay, guys, I'm sorry, you have played a role here. We don't know exactly what the role is, but the platform has been used. It's been used in Brexit, it's been used in the U.S. election.

And Dan's going, no, no, no, you don't understand, we're a platform, we're not a media company, we're not responsible. I'm going, dude, you've got 1.8 -- 1.7 million members at that time. If they decide that you're responsible for destabilizing democracy, it

won't matter what the U.S. law says, your trust will be destroyed.

I'm begging him, I'm basically going, look, you want to do this like Johnson & Johnson when some dude tampered with Tylenol, poisoned a few people I think in Chicago. They didn't sit around and debate it. They literally took every bottle off of every shelf from every retail location everywhere and they kept it off until they created tamper proof packaging. They basically said, we didn't put that poison in the bottle, but these are our customers and we're going to take care of them, we're going to act as though this is entirely our responsibility. And they did it instantly.

And I said, guys, nobody's going to blame you for what happened here if you get right on top of it and you, with, you know, complete sincerity commit yourself to helping the government figure this thing out.

This goes on for weeks. I mean, almost three months basically, although with less and less frequency because Dan's not moving at all. I mean, he's listening carefully and he's being incredibly patient with me, but not budging.

You can imagine that my attempts to convince Dan got pretty emotional because I didn't know exactly how Facebook had been used to affect the election, but

based on what had happened in Brexit, I had no doubt. And in particular because one of the things that came out from the election was that there were a really large number of people who voted for Obama who had not voted for Clinton. And it occurred to me that Facebook, because it essentially is about inflammatory content, it's about outrage cycles, is the perfect tool for voter suppression. And so I'm sitting there thinking to myself, I mean, Trump won because of really spectacularly well-executed voter suppression, and Facebook had played a role.

So I wouldn't let go. I keep in touch with Dan. And he goes, how about if you just send me more examples. And I think I got up to maybe 15 or 16 different examples of situations where they had contributed to bad actors, you know, harming innocent people.

And finally in February of 2017 I realized their position was not moving. I mean, if I hadn't been so concerned about the thing, I would have known on the first day it wasn't moving because I know the people; and philosophically, they view criticism and regulation as forms of friction to be blown past as opposed to things to listen to and actually dig into. Because again, they're in too big of a rush, right, and friction

is the enemy when you're in a rush.

So the story goes on and on and on. And, you know, it didn't change until late December when Chamath Palihapitiya, who had been their head of growth, came out and did this confessional presentation at Stanford talking about how much he regretted the harm that they created. And it was big coming from him, because he'd run growth, he could run the algorithm. So, you know, him saying that was really different than us or Sean Parker or any of the other people who had expressed doubts because he'd hired all the people in their growth group. I mean, if those people decided this was unacceptable, that was going to cause a revolt.

They came down on Chamath like a ton of bricks. And I think that was their last window where they could have done the Tylenol Johnson & Johnson thing, where, you know, it was a year post election, you know, you're getting pretty long in the tooth for going we didn't know. But what did they do instead? They basically said we're going to treat this like the Alamo. We're going to quash dissent and we're going to deny the whole thing.

And we realized, oh, my God, they're going to blow this, they're actually going to do the thing I warned them about, which is to say they're going to harm

their brand, not just democracy, but they're going to actually harm their business. What are we supposed to do now?

And I had written this really long essay for "Washington Monthly" that was designed to help policy makers in Washington understand the issues and then have a prescription, essentially things like the Global Data Protection regulations coming out in Europe that were about privacy and all these other things. And it was scheduled to come out on January 2nd.

And what happened was on January 1st Mark Zuckerberg puts out a New Year's resolution, which he says, we're going to spend the year fixing Facebook.

My thing comes out the next day. And for all intents and purposes, it was a 7500 word rebuttal. I'd written it two months earlier, but for all intents and purposes, it worked like a rebuttal. And the result was all of a sudden everybody wanted our opinion again.

And, you know, so we're starting to get tens of millions of unduplicated reach on television on multiple networks, multiple times a day, but all basically talking about this problem that Facebook had played a profound role in the election and was not being honest about it, and that, in fact, the problem wasn't based on a hack, it was based on the Russians using the product

exactly as it was meant to be used, except for a nefarious purpose.

And that resonated with some really interesting people. I mean, I'm sitting there and somebody forwards me a tweet from Tim Berners-Lee, the man who created the World Wide Web. He found this article which was aimed at the audience inside the beltway. Somehow it had reached him in Europe. And he shared it with everybody on his list, which was huge, right? I mean, everybody follows Tim Berners-Lee. I'm going, wow, Tim Berners-Lee.

So the next big thing that happened was the Cambridge Analytica bombshell, right, "The Observer" and "The Guardian" of the U.K. and the "New York Times" get this whistleblower named Wylie, Christopher Wylie, who had been the original engineer at Cambridge Analytica basically came out with the full report that Cambridge Analytica had found a researcher who had been working with Facebook already and had a trusted relationship with them and persuaded him to do another study, academic study, except the data was all going to go to Cambridge Analytica and they were going to build an election business around it. And what we now know is that they harvested 87 million user profiles using a tool that Facebook had had in the market since 2010.

And the reason the story blew up I think the way it did is that when the tool went into the market in 2010, people protested right away, and they protested right away because some of the people that used it were game developers with huge audiences. You know, I don't know whether CityVille, which was the successor to FarmVille, used it or not, but it was designed for people like that.

CityVille had 61 million user 50 days after it started, and well, the simple math was that at that number everyone in America would have known half a dozen people who were playing CityVille, which means they would have been harvested half a dozen different times just from that one thing. There were 9 million applications on the Facebook platform when they went public in 2012. If 1 percent of those applications harvested the friends lists, that would have been 90,000 applications harvested. So that was pretty creepy.

But the real problem was that Facebook signed a consent decree with the Federal Trade Commission in 2011 that said, hang on, you can't do that, you have to have informed consent, it must be explicitly called out, people must have an opportunity to know in advance if their stuff is going to be used and they must have to go in and stop it before it's shared.

Facebook basically had a choice at that moment; they could have gotten rid of this tool that was designed -- essentially it was designed to make Facebook more viral and make applications that were high-use applications, games, would increase minutes of use per day per user. And so this was designed to increase all those metrics for Facebook. So it was part of their plan. And they wanted lots of people to use it.

And I don't know, maybe it was 10 percent, in which case it would be 900,000 apps that used it; whatever it was, it was a huge number, some of which were gigantic. And it turns out that the reverse was true. So if you used a product like Facebook on an Android phone, Facebook would simply download all the metadata from your Android phone in their account.

So what Cambridge Analytica showed was that Facebook's business strategy was recklessly endangering the privacy of their user as a business strategy. You know, that they had signed a consent decree, and did neither eliminating the tool nor informing the users. And Sandy Parakilas, who is part of our team, had been the manager of user privacy for Facebook platform, the very platform on which the general -- the Cambridge Analytica product ran. He had that job from that the consent decree until shortly after the IPO. And he

left. And part of his frustration was that Facebook paid lip service to the consent decree, they didn't actually do the things necessary to enforce it.

So when that news came out, and, you know, it played out over three days, it was like we had all of Watergate crammed into three days, it basically added tremendous color to why people like us were concerned about Facebook and it took you right to the edge without people completely understanding a really important issue, which is that Facebook had offered to embed employees in both presidential campaigns. The Clinton campaign turned it down, Trump took it.

Now, Trump was known to be working with Cambridge Analytica. Cambridge Analytica is incredibly influential, they blast this to everybody. Steven Bannon, Trump's advisor, had been part of starting Cambridge Analytica. So this was like not a secret.

But here's the thing: When Facebook did the deal that allowed Cambridge Analytica to harvest all those user profiles, that was three years after the consent decree, right, it should not have happened. And Facebook claims that they didn't realize it was Cambridge Analytica until December of 2015 when "The Guardian" published a story about it, at which point Facebook goes in and says to both the researcher

Aleksandr Kogan and to Cambridge Analytica, you have to destroy this and you have to certify you destroyed it. But they didn't send anybody in to check.

And then roughly six months later they embed three employees in the Trump campaign working in a war room in the San Antonio data office of Trump working side by side with Cambridge Analytica people on this gigantic dataset that was obviously the same one that had been misappropriated by Cambridge Analytica two years earlier.

And here's the thing: The top management of Facebook knew they had employees embedded in the campaign, everybody knew that Cambridge Analytica was working for Trump, and there wasn't enough time between December and June to recreate that dataset.

BRIAN PRICE: With all this information, how would you characterize Facebook's thinking when it comes to their individual users?

ROGER McNAMEE: I think it's really simple. You know, the line about advertising, right, is about when the product is free, the user isn't the customer, the user's the product. In Facebook's case it's more like the user's the fuel, that there's something almost parasitic about it because the psychological manipulation that takes place doesn't apply to everybody

on the platform.

But if you think about the United States alone, there have always been people, a meaningful percentage of the population that believes things that are demonstrably not true, you know, flat earth, contrails, whatever, stuff that you can just -- you go, this is obviously not true.

And I don't know what the normal number was, 7, 10 percent, something like that, but today if you look at it between things on the left, contrails and Anti-Vax, and things on the right like climate change denial, it's probably a third of the population. And Facebook has played a huge role in taking that number to whatever it used to whatever it is now. And it has become literally the perfect tool for spreading disinformation and making people not only believe it but identify with it. You know, like it's -- it's their identity.

BRIAN PRICE: With all this in mind, how would you describe how attitudes have shifted in Silicon Valley from when you were there and in the prime of your career to where it's at now?

ROGER McNAMEE: Silicon Valley had a philosophy that began in the early 2000s that was a -- had this libertarian ideal that said we're going to disrupt

things, and that's okay because we're not responsible for the consequence of what we do. Now, this libertarian model was sort of like -- it was situational, but it basically said, you know, you're really smart, you're well-educated, your intentions are good, whatever you do is fine.

So when I started my career Silicon Valley was still focused on the needs of government. We were in the era where defense spending was the largest category of technology followed by mainframe computers. And in that era, that's the era of the white plastic pocket protector, you know, the guys with the short sleeve, white shirts and a tie. And, you know, if you watch "Apollo 13," people in Silicon Valley looked like that.

Personal computer industry begins. It's an era where from an engineering point of view there's not enough of anything; there's not enough processing power, there's not enough memory, not enough storage, not enough bandwidth to do what you want to do.

So Silicon Valley made tools, and the tools required a manual half a foot thick in order to use them properly. But it was very respectful in the sense that we were trying to make the world a better place with these better tools. And I think that lasted past the millennium. It was an era that valued experience almost

Page 33

above everything else, because if you're dealing with scarcity, you don't want to have to make the same mistakes over again.

Somewhere around 2002, 2003, suddenly we flipped and there was enough of everything. And Silicon Valley had a chance to rethink the whole proposition of what computers were going to do. And as a community what we settled on was we were going to go for infinite scale, we were going to go for products that were global in a completely different way, they were consumer products that were global, and, you know, which meant billions of users.

In that model, there were two or three things you needed to make that realistic. The first thing you needed was you needed to have this notion that was embodied in the slogan of Facebook, "Move Fast and Break Things," this idea that you were going to have a vision, you were going to pursue it relentlessly, and you were going to run over whatever else came along. And you want to avoid friction at all costs.

And the second thing you needed was you needed to absolve yourself of responsibility for the consequences of what you did. And that's where the libertarian values came in. And the value went into it pretty deeply. And it was the -- the notion was if you

Page 34

move fast and break things, you're going to hurt some people and you got to be okay with that, right? And not everybody was okay with that. The old-timers were looking at it going, really?

But the young crowd -- because keep in mind the other thing that happened here was when there was too much of everything, you didn't need experience anymore. So Mark Zuckerberg could literally hire all his friends from Harvard with no experience, no sense of history, nobody had ever read a novel, right? So they would have been unconcerned or unaffected by the values that had preceded them.

So the folks who were left out of that would look at it and go, hmm, that doesn't look right. And the new guys were going, you guys are old, what do you know, you know, the world began with the Internet.

And people got so rich so quickly that it became self-reinforcing and it validated itself. In fact, the whole world decided it was okay. And they looked at these things and went, wow, zero to a billion people in 10 years, it's like, what's wrong with that? I mean, it's puppy photos, it's birthdays, and all that.

And the incredible thing that Facebook, Google, Twitter, Amazon, what they really delivered was dramatic advances in convenience. The products were incredibly

Page 35

easy to use, incredibly convenient. They were free, obviously. I mean, Amazon would sell you stuff, but there was an awful lot of stuff that was free.

I mean, value proposition was compelling, but nobody talked about the possibility of there being down sides, that there would be a dark side to all this stuff. And so much as with food in the '40s and '50s when we adopted things like TV dinners and convenience food at a time when people had a lot going on and big families, you know, nobody said, hey, this is going to lead to an epidemic of obesity; we didn't know that, that all that sugar, salt, and fat was going to cause a problem downstream. And the same thing happened with these tech platforms. It just happened in 10 years instead of 30 or 40.

And the valley has been incredibly slow to accept that there's a problem with that. In fact, I'll be really interested when I go to TED this year as to whether people are open and happy about what we're doing or whether they are, in fact, you know, unhappy because we're raining on their parade.

BRIAN PRICE: Roger, now that we've seen the dark side, how do we fix it?

ROGER McNAMEE: The worst part of the experience that I've had on this whole thing was coming

Page 36

to grips with these problems are built into the products, Facebook in particular, but also for Twitter, also for YouTube, which are the other people who were involved in the election manipulation.

And then if you look at things affecting kids, whether it's YouTube Kids or Instagram or Snapchat or Facebook Messenger for kids, same problem. The design of the products allows for manipulation by outsiders and it leads to addiction and unhappiness for the user even if there's no external manipulation.

Well, hang on. That's not easy to fix. And you really can't fix it without the cooperation of the people inside the company. So when I originally reached out in October of 2016, that was with the hope that they investigate it, not realizing that this was something so inherent in the product that they were going to have to change the business model in order to fix the problem.

We've now gone 16, 17 months since then, and they have shown no sign of a willingness to actually make the changes necessary to eliminate the risks. So now we're in a how do we mitigate the damage mode.

And there are a few things that I think -- few areas where I think we have to do work. The first is we have to look at data privacy and the consumer right to some kind of ownership of their own data.

In Europe they have a new law called the General Data Protection Regulation that's going into effect May 25th. And that is essentially a consumers' bill of rights for data. And, you know, it's not perfect, but it's really good. And it's a great blueprint because it applies to all EU citizens no matter where they are in the world, so everybody's going to have to support it all around the world. So my advice to both Facebook and to Google has been explicitly embrace GDPR, embrace the European model globally and do it like a religious mantra.

These businesses are based on trust, and the only way to regain the trust is for people to be materially less worried about the integrity of these companies than they are today. So that would be step one.

Step two is related to the election stuff. And there are a couple parts to that. The first is that for things these guys could do voluntarily, they have not done. Facebook has refused to cooperate with the authorities relative to the analysis of what happened in 2016. There were 126 million Facebook users affected, directly touched by the Russian interference, 20 million on Instagram.

The obvious thing to do is to provide all of

the data related to those accounts, each time they were touched, all of the things that they saw to the investigators in a way that's searchable and analyzable. Nobody's asking Facebook to expose their algorithms, just give us the output.

And their argument, which is complete nonsense, is, oh, if we do that then we have to give stuff to authoritarians in bad countries. And I'm going, wait a minute, Facebook has this notion of community standards that are individual to every market. And in authoritarian regimes, the authoritarian controls those community standards.

If you go to Myanmar, the community standard is repression of the Rohingya minority to the point of it's been characterized as a genocide. And Facebook is the tool that they used to make that acceptable. It's the tool that government in the Philippines uses to make death squads acceptable.

I mean, you can't tell me that we can't help solve the fate of democracy in the United States because you're worried about those guys doing something different. What they're doing already is so horrible, it's hard to imagine it getting worse. So that data is really important.

Second thing is they have to follow through on

Senator Richard Blumenthal's request that they reach out to every one of those 126 million people on Facebook and 20 million on Instagram, reach out to them personally with a really detailed message that says, in 2016 the Russians interfered in the U.S. presidential election, they manipulated Facebook. We did not catch it. Here is every time you were exposed to this stuff.

And you need to understand, all this is disinformation from a hostile foreign power designed to undermine our democracy. We as Americans have to stand up against that. And the punchline should be, the effort in 2016 was about suppressing the vote; if we want to minimize the damage in the future, the best thing to do is to have everybody vote. And Facebook is the best one to do that message because everybody looks and says, well, that person was affected, and that person was affected, but I wasn't affected. And that's nonsense.

Only 137 million people voted in our election, and 146 million were affected between Facebook and Instagram. That's more than people voted. And they aren't random, they were targeted. They were a combination of people who are known to be pro Trump with a positive message and then the communities that they thought had the highest probability of being persuaded

not to vote. The vast majority of the people were in that. They were people of color, they were people who liked Bernie Sanders, people who might be Jill Stein curious.

You know, you have all these different things real intensely targeted and getting those people to recognize that they were manipulated. Facebook's in a unique position to pull that off, and they haven't done it.

So those two things they could do on their own; they don't need any help.

Then you have to look at what they can do to protect future elections. And they're making baby steps in that direction with, you know, disclosure in ads and things like that, but most of this was done inside filter bubbles.

Filter bubbles are what you get when you have a product, as you do with Facebook, where each person has their own channel that's built around what they think they like. It's really what Facebook wants them to like. And Facebook surrounds you with people who believe the same things you do, encourages you to join groups of like-minded people. And they do that because that clustering is good for the advertiser.

There's a side effect; that when you're

surrounded by people who agree with you, your positions become more rigid and more extreme. And that's good for Facebook because you become more emotional. That's how we got from, say, 7 to 10 percent of people believing things that were demonstrably not true to a third. Facebook's played a huge role in that.

And so if you want to protect elections, you have to find some way to pierce those facility bubbles. And you say to yourself, well, one way you could do it would be to have more mainstream news in people's feeds. But what did Facebook do in January? They took mainstream news out of people's feeds. Had they done it in 2015 it would have magnified the Russian influence. So that's not a good idea.

So my point is Facebook hasn't yet done even one thing that's going to help, and we need their cooperation.

And then the last piece, which is really profoundly important relates to how data security works broadly. And we can never put the genie back in the bottle, and we have to assume that everyone in the United States has had their data harvested at least once and that that data is somewhere out on the Internet, nobody knows who has it, nobody knows where it is, and you can't get it back. I don't know what Facebook does

about that.

They've done a bunch of things recently where they've reduced the number of places that applications can get user data on their site. And you think to yourself, well, that sounds like progress. The problem with that is that the things they're doing now are all things they should have done in 2011 when they signed the consent. These were all things that were actually -- the consent decree said you must do these things. So what they're basically admitting is we ignored the consent decree for seven years. I don't think we're supposed to give them credit for this, right, for showing up seven years late to a party that they were required to attend.

I think this is really hard. And there was an op ed written by Tim Wu, he's a professor at Columbia, in which he said, the most important thing to do is to replace Facebook.

Now, I don't know how you're going to do that, but the one thing I know is that in 1956 AT&T, telephone company, signed a consent decree to end an antitrust case in which they agreed to two things. The first was they agreed not to enter any new markets, which basically meant they weren't going to enter the computer industry. And then the second thing they did is they

agreed to freely license their entire patent portfolio at no cost.

What's really interesting about that is that by not entering new markets, they allowed the mainframe computer, minicomputer, and the PC industries to happen independently. But the patent portfolio is where the secret was because in that patent portfolio was something called a transistor.

Silicon Valley as we know it today was created by the AT&T consent decree. And the most remarkable thing about it was that AT&T continued to prosper, and yet we created all of Silicon Valley, the semiconductor industry, the computer industry, the software industry, the Internet industry, data networking industry, cellular, all of those things were created as a direct result of that AT&T consent decree.

And it's all about creating the opportunity for competition. And that's what I would like to see happen. I would like to see solutions that -- I mean, I don't see any benefit to punishing Facebook and Google and Twitter and the others. I do think they should be restricted in what they can do. But I think for the most part the most useful thing we can do is create real competitors who have different business ideas and different business plans and we should reward people who

do things that serve the public interest.

You know, Silicon Valley spent the last 40 years getting rid of jobs. Why? I mean that's sociopathic. We are at this point now where we need to create good jobs, particularly good jobs for people coming out of industries that are dying. There's no reason Silicon Valley can't do that with the proper set of incentives; and, you know, the Internet platforms have done the opposite. We need to create incentives for a new generation to come along and do the right thing. And that's what I hope will happen.

BRIAN PRICE: You understand the past. You see where we are right now. And you have a vision for the future.

So I guess my question is, if Mark called you tomorrow and said, I need you, will you join my board --

ROGER McNAMEE: Oh, I would do that in a heartbeat, but that's never going to happen, okay? I mean, that -- that is roughly equivalent to if you had wings would you fly? I mean, I'm an enormous fan of Facebook, I'm an enormous fan of Mark and Sheryl.

BRIAN PRICE: What about the stock?

ROGER McNAMEE: I think they're killing the brand, okay? I turned it over to a manager to manage my position because of what I was doing, and the manager

Page 45

sold a chunk of my position quite recently. I still have -- well, Facebook is by far my largest investment position, so I'm still very deeply attached to it from a personal economic perspective. And I'm still deeply emotionally tied. And while it hasn't appeared to them as though I have been trying to help, that has been my goal throughout this entire thing.

I mean, somebody asked me in an interview not too long ago, they said, wow -- this is after the Mueller indictment, which was basically a superset of the list of hypotheses we'd given Warner eight months earlier -- and they said, wow, you must be feeling really great. I'm going, what planet are you coming from? This is the worst thing I've ever been involved in.

I mean, I was so proud of this company, and it never occurred to me it would ever do any harm; just never occurred to me. And maybe I was naive, and I'll accept that, but I took up this challenge, first the challenge of making -- getting a conversation going, and now the larger challenge of how do we fix it with the goal that we could fix it and with a clear sense that because of my biography and because of my understanding of the product and the people, that I might have an important role to play here. But it hasn't gone the way

Page 46

I hoped.

I mean, I hoped that they would take my original memo and use that as the basis for doing the right thing. I hoped that inquiries from Congress would cause them to do the right thing. I hoped that having former employees, like, you know, Chamath Palihapitiya and Sean Parker and Justin Rosenstein talking about how important it was to change the business model, that that would cause them to do the right thing. None of those things have worked, and they're still not working now.

I mean, Mark's testified in Washington, D.C., and, you know, it all sounds good, but when you strip it out and actually look at what's going on, for the most part they are doing things that they wanted to do anyway and crediting crisis for creating the motivation, and when they're actually doing something like on personal privacy, where they're being responsive to the consent decree, they're doing it seven years later than they should have done.

I would love to help them get this right, but there's no sign. And there will a better -- I mean, I think the truth is now after all that's gone on, there will be a better messenger than me. You know, I've -- I've been forced to take up this mantle of being a critic which is not where I normally belong. I'm an

Page 47

analyst, right?

And in this particular story I'm Jimmy Stewart in the Alfred Hitchcock movie, I saw something that I wasn't supposed to see and pulled on the thread and all of a sudden found myself in the midst that was bigger than I was capable of handling. And all of that has made me very unpopular, not just with people at Facebook.

And I don't know what's going to come out of this. You know, I don't know that democracy is going to -- in the United States is going to survive its brush with Facebook. You know, you look at what's going on in Washington right now, and it's hard to be confident that we're going to have a happy ending.

You know, we've got trade wars, you've got real wars being threatened, you got all kinds of stuff going on. And you've got all these people with really important jobs who seem to think that the purpose of being in Washington is to enrich themselves. As an investor you go, we have -- basically we're maximizing uncertainty, which is the investor's enemy, and we're doing it the old fashioned way with, you know, corrupt behavior. And whether I like it or not, Facebook was one of the tools that these people used to produce this outcome we have here, the Russians, the Trump campaign,

Page 48

others presumably. And there's no easy fix and no way to put the genie back in the bottle.

So, you know, I knock on wood that people -- you know, there are literally thousands of people who are domain experts in each individual part of this problem, and many of them have really great ideas. And what I've been hoping to do, what we've been trying to do is to shine a light on them.

We started something called the "Center for Human Technology" and we're working on a thing called the "Ledger of Harms." And the Ledger of Harms is essentially a catalog of all of the failure modes of Internet technology on smartphones from addiction to election, interference to basically killing off start-ups, but in great detail with links to all of the best known work on the subject. That's phase one. We're going to release that in the next -- I hope in the next month.

Once that's out, we're going to share it with all the researchers and ask them to connect their work to it. And the goal there is to shine a light on all the great work going on in the field that right now nobody can see because it's taking place too close to the action, and there's no way to get it to policy makers, there's no way to get it to the tech companies.

And so the hope with the Ledger of Harms is to shine a light on that, and then as people start to come up with remedies, connect those into it too. And that way anybody that wants to learn about this can go to whatever level of depth they want to go to, understand what the problems are, what is known about them, who's doing the best work, what solutions they come up with. Because it's not going to be us. I mean, my role in this whole thing is to run into the room with my hair and fire and go, hey, my hair's on fire. And that's worked out pretty well, but that's one trick, and, you know, my pony doesn't have a second trick.

And so my hope is that I'll be obsolete in this whole exercise pretty quickly and we can hand it off to people who really know what they're doing, because the Jimmy Stewart character, you know, is supposed to go off happily into the sunset at the end of the movie, and I want to make sure that happens.

BRIAN PRICE: Well, as long as your hair's on fire, I hope you'll come back and join us again on "Real Vision."

ROGER McNAMEE: No, it's my pleasure. It's fun to be part of this great new adventure.

BRIAN PRICE: Thank you. And then whoever you do pass the torch to, we look forward to hearing from

them as well.

ROGER McNAMEE: That will be my hope too.

BRIAN PRICE: Thanks so much, Roger.

ROGER McNAMEE: My pleasure, Brian. Thanks a lot.

BRIAN PRICE: Well, it's no question that Roger has played a crucial role in the development of Facebook over the years, and as the story of the social network and your privacy continues to take form, we hope Roger will join us again with his take.

For "Real Vision," it's Brian Price.

(End of recording.)

REPORTER'S CERTIFICATE

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing electronically-recorded proceedings were transcribed by me to the best of my ability.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: January 29, 2020

____________________________

Diana Sasseen

CSR No. 13456

**1**

**1** 27:16
**1.7** 21:24
**1.8** 21:24
**10** 28:9 31:9 34:21 35:14 41:4
**126** 37:22 39:2
**13** 32:14
**137** 39:19
**146** 39:20
**15** 23:14
**16** 23:14 36:18
**17** 36:18
**1956** 42:20
**1st** 25:11

**2**

**20** 37:23 39:3
**2000** 10:16
**2000s** 31:24
**2002** 33:4
**2003** 33:4
**2009** 13:15,22
**2010** 13:15 26:25 27:3
**2011** 27:20 42:7
**2012** 27:16
**2015** 29:23 41:13
**2016** 14:3 16:2,9,22 36:14 37:22 39:4,12
**2017** 23:18
**23** 11:24
**23-year-old** 11:25 12:1
**25th** 37:3
**2nd** 25:10

**3**

**3** 8:2
**30** 35:15
**30th** 20:11

**4**

**4** 17:13,14
**40** 35:15 44:2
**40s** 35:7

**5**

**5** 8:2,4,9
**50** 27:9
**50s** 35:7

**6**

**61** 27:9

**7**

**7** 31:8 41:4
**7500** 25:15

**8**

**8** 17:15 18:13
**80s** 15:7
**87** 26:24

**9**

**9** 27:14
**90,000** 27:17
**900,000** 28:10

**A**

**ability** 14:11,12
**above-average** 15:3
**absolute** 15:20
**absolve** 33:22
**academic** 26:21
**accept** 35:17 45:19
**acceptable** 38:16,18
**account** 28:15
**accounts** 38:1
**acquired** 15:21
**act** 19:4 22:12
**action** 17:6 48:24
**actors** 14:18 19:5 23:16
**ad** 19:6
**added** 21:11 29:6
**addicted** 16:4
**addiction** 14:7,8,9 36:9 48:13
**admitting** 42:10
**adopted** 35:8
**ads** 40:14
**advance** 27:23
**advances** 34:25
**advantage** 18:15
**adventure** 49:23
**advertiser** 40:24
**advertisers** 14:12 17:9
**advertising** 19:2 30:20
**advice** 37:9
**advisor** 29:16
**affect** 19:23,24 20:2 22:25
**afternoon** 9:19
**ago** 45:9
**agree** 41:1
**agreed** 42:22,23 43:1
**aimed** 26:6
**Alamo** 24:20
**Aleksandr** 30:1
**Alfred** 47:3
**algorithm** 24:8
**algorithms** 38:4
**aligned** 9:24
**allowed** 29:19 43:4
**allows** 36:8
**Amazon** 34:24 35:2
**ambitious** 12:22
**America** 27:11
**Americans** 39:10
**analogous** 14:8
**analysis** 37:21
**analyst** 15:4 47:1
**Analytica** 26:13,16,18,22 28:16,24 29:14,17,19,23 30:1,

7,9,13
**analyzable** 38:3
**Android** 28:14,15
**animus** 18:4
**answer** 9:4 13:18
**Anti-vax** 31:11
**antitrust** 42:21
**Antonio** 30:6
**anybody** 8:19 16:4 30:3 49:4
**anymore** 34:7
**anyway** 12:12 46:14
**Apollo** 32:14
**apoplectic** 21:16
**appeared** 45:5
**application's** 16:24
**applications** 27:15, 16,18 28:4,5 42:3
**applies** 37:6
**apply** 30:25
**appreciate** 20:20
**apps** 28:10
**areas** 36:23
**argument** 38:6
**article** 26:6
**aside** 11:3
**asked** 45:8
**asking** 38:4
**associated** 16:12
**assume** 41:21
**AT&T** 42:20 43:10,11, 16
**attached** 45:3
**attempts** 22:23
**attend** 42:14
**attitudes** 31:20
**audience** 26:7
**audiences** 27:5
**August** 18:25
**authoritarian** 38:11
**authoritarians** 38:8
**authorities** 37:21
**avoid** 33:20
**awesome** 10:25
**awful** 35:3

**B**

**baby** 14:20 15:25 40:13
**back** 13:19 19:15 20:17 21:14 41:20, 25 48:2 49:20
**background** 13:24
**bad** 14:18 19:5 23:16 38:8
**bag** 8:14
**balance** 20:3
**band** 16:6,7
**bandwidth** 32:19
**Bannon** 29:16
**based** 23:1 25:24,25 37:12
**basic** 21:10
**basically** 17:20 18:8 20:19 22:3,10,19 24:19 25:21 26:17 28:1 29:6 32:4 42:10,24 45:10
47:20 48:14
**basis** 46:3
**began** 31:24 34:16
**begging** 22:3
**beginning** 16:9
**begins** 32:15
**behavior** 47:23
**believe** 8:12 20:20 31:16 40:22
**believes** 31:4
**believing** 41:4
**belong** 46:25
**beltway** 26:7
**benefit** 43:20
**benefits** 18:9
**Berners-lee** 26:5,10, 11
**Bernie** 16:12 17:7 40:3
**best** 39:13,15 48:16 49:7
**bet** 9:17
**better** 32:23,24 46:21,23
**big** 13:6,7 23:25 24:7 26:12 35:9
**bigger** 47:5
**bill** 15:15 37:4
**billion** 8:15 34:20
**billions** 17:25 33:12
**biography** 45:23
**birthday** 16:5
**birthdays** 14:17 34:22
**Black** 17:1 20:4,23
**blame** 22:14
**blamed** 17:23
**blaming** 17:17
**blast** 29:15
**blew** 27:1
**blow** 24:24
**blown** 23:23
**blueprint** 37:6
**Blumenthal's** 39:1
**board** 10:9,11 12:25 44:16
**bombshell** 26:13
**book** 10:19,20
**bottle** 22:7,10 41:21 48:2
**brand** 15:3 25:1 44:24
**break** 33:16 34:1
**Brexit** 17:10 18:16 20:5 21:20 23:1
**Brian** 14:20,23 19:11 20:7 30:16 31:19 35:22 44:12,22 49:19,24 50:3,4,6,11
**bricks** 24:14
**brilliant** 20:12
**British** 17:10 18:12, 13
**Bro** 17:7
**broadly** 41:20
**brothers** 9:25
**brought** 18:17
**brush** 47:11

**bubble** 8:10

**bubbles** 40:16,17 41:8

**budging** 22:22

**build** 26:22

**built** 15:2,3 36:1 40:19

**bunch** 42:2

**business** 11:23 14:2, 4 15:23 25:2 26:23 28:17,18 36:17 43:24,25 46:8

**businesses** 37:12

**buy** 8:14

**buyer** 10:6

**C**

**call** 9:20 12:2

**called** 10:15 13:9 27:22 37:1 43:8 44:15 48:9,10

**calls** 11:11

**Cambridge** 26:13,16, 17,22 28:16,23 29:14,17,19,23 30:1, 7,9,13

**campaign** 16:12,13 17:20 29:12 30:5,13 47:25

**campaigns** 18:15 29:11

**capable** 10:24 47:6

**capital** 15:17

**care** 22:11

**career** 8:1 11:12 14:25 31:22 32:7

**carefully** 22:21

**case** 20:10 28:10 30:22 42:22

**casino** 14:6

**catalog** 48:12

**catch** 39:6

**category** 32:9

**cause** 20:15 24:13 35:12 46:5,9

**cellular** 43:15

**Center** 48:9

**certainly** 16:20

**certify** 30:2

**challenge** 45:19,20, 21

**Chamath** 24:3,14 46:6

**chance** 10:7 11:6,13 33:6

**change** 10:3 11:5 12:23 24:3 31:11 36:17 46:8

**changed** 17:5

**changes** 9:23 36:20

**channel** 40:19

**character** 49:16

**characterize** 13:1 30:17

**characterized** 38:15

**check** 30:3

**cheering** 13:24

**chemistry** 12:14

**Chicago** 22:6

**choice** 8:20 10:9 28:1

**Christopher** 26:15

**chunk** 45:1

**cited** 19:1

**citizens** 37:6

**Cityville** 27:6,9,12

**claims** 29:22

**class** 12:21

**classic** 12:16

**clear** 45:22

**clearly** 8:7

**clever** 10:5

**climate** 31:11

**Clinton** 20:1 23:5 29:11

**close** 48:23

**closely** 21:4

**closer** 12:5

**clustering** 40:24

**color** 29:7 40:2

**Columbia** 42:16

**combination** 15:20 39:23

**come** 10:15 13:5 25:10 44:10 47:9 49:2,7,20

**comes** 17:13 25:14 30:17

**coming** 16:11 24:7 25:8 35:25 44:6 45:13

**Commission** 27:20

**commit** 22:16

**committee** 13:1

**communicate** 16:7

**communities** 39:24

**community** 33:7 38:9,12,13

**companies** 8:15 15:18 37:15 48:25

**company** 8:14,17 9:6, 14,22 10:12 20:14 21:12,22 36:13 42:21 45:16

**company's** 8:25

**compelling** 35:4

**competition** 43:18

**competitors** 43:24

**complete** 22:16 38:6

**completely** 29:9 33:10

**computer** 32:15 42:24 43:5,13

**computers** 15:7 32:10 33:7

**concept** 13:15

**concerned** 23:20 29:7

**concerns** 20:1

**confessional** 24:5

**confident** 13:20 47:13

**Congress** 46:4

**connect** 48:20 49:3

**connection** 18:18

**consent** 27:20,22 28:19,25 29:2,21 42:8,9,11,21 43:10, 16 46:17

**consequence** 32:2

**consequences** 33:23

**consumer** 33:10 36:24

**consumers'** 37:3

**content** 23:6

**continued** 43:11

**continues** 50:9

**contrails** 31:5,10

**contributed** 23:16

**controls** 38:11

**convenience** 34:25 35:8

**convenient** 35:1

**conversation** 11:12 12:1 13:16 19:20 45:20

**convince** 22:23

**convinced** 12:9 13:10

**cool** 10:23

**cooperate** 37:20

**cooperation** 36:12 41:17

**copy** 10:18

**correct** 9:12

**corrupt** 47:22

**cost** 43:2

**costs** 33:20

**countries** 38:8

**country** 17:22

**couple** 12:12 37:18

**course** 16:20 18:12

**cover** 19:18

**covering** 19:18

**crammed** 29:6

**create** 11:23 14:7 43:23 44:5,9

**created** 17:9 22:9 24:7 26:5 43:9,12,15

**creating** 43:17 46:15

**creation** 14:1

**credit** 42:12

**crediting** 46:15

**creepy** 18:24 27:18

**crime** 17:23

**crisis** 10:1 46:15

**critic** 46:25

**criticism** 23:22

**crowd** 34:5

**crucial** 50:7

**culture** 17:21

**curious** 40:4

**currency** 18:10

**customer** 30:21

**customers** 22:11

**cycles** 23:7

**D**

**D.C.** 46:11

**damage** 17:4 36:21 39:13

**Dan** 21:6,7,9 22:24 23:13

**Dan's** 21:21 22:20

**dark** 35:6,23

**data** 16:25 19:4 25:7 26:21 30:6 36:24,25 37:2,4 38:1,23 41:19,22,23 42:4 43:14

**dataset** 30:8,15

**day** 16:4 21:10,14 23:21 25:14,21 28:6

**days** 11:8 13:4 27:9 29:5,6

**Dead** 19:10

**deal** 9:19,24 10:8 18:9,11 29:19

**dealing** 33:1

**death** 38:18

**debate** 22:6

**December** 24:3 29:23 30:15

**decide** 8:7 21:24

**decided** 24:12 34:19

**decree** 27:20 28:19,25 29:2,21 42:9,11,21 43:10,16 46:18

**deeper** 15:18

**deeply** 16:12,17 33:25 45:3,4

**defense** 32:9

**delivered** 34:24

**democracy** 21:25 25:1 38:20 39:10 47:10

**demonstrably** 31:5 41:5

**denial** 31:12

**deny** 24:21

**departments** 17:2

**depth** 49:5

**describe** 31:20

**described** 14:20

**design** 36:7

**designed** 25:5 27:7 28:3,6 39:9

**desktops** 13:11

**destabilizing** 21:25

**destroy** 17:21 30:2

**destroyed** 22:2 30:2

**detail** 48:15

**detailed** 39:4

**developers** 27:5

**development** 19:1 20:6 50:7

**difference** 14:10

**different** 14:19 20:3,4 23:15 24:9 27:13 33:10 38:22 40:5 43:24,25

**dig** 23:24

**dinners** 35:8

**direct** 43:15

**direction** 40:14

**directly** 37:23

**disappoint** 8:19

**disclosure** 40:14

**discovered** 16:19

**discriminate** 19:3

**disinformation** 31:16 39:9

**dismiss** 20:1

**disrupt** 31:25

**dissent** 24:21

**disturbing** 14:15

**DNC** 18:21

**doctor** 12:8

**Doerr's** 11:9

**doing** 12:6 15:12 35:19 38:21,22 42:6 44:25 46:3,14,16,18 47:22 49:7,15

**dollars** 8:15 17:25

**domain** 48:5

**doors** 11:8

**doubt** 23:1

**doubts** 24:11

**download** 28:14

**downstream** 35:13

**dozen** 27:11,13

**dramatic** 34:24

**dude** 8:12 10:12 13:22 21:23 22:4

**dumbest** 11:16

**dying** 44:6

**dynamic** 15:7

**E**

**e-mails** 18:22

**earlier** 13:17 25:16 30:10 45:12

**early** 10:3,16 19:15 31:24

**earnings** 15:5

**earth** 18:9 31:5

**easy** 35:1 36:11 48:1

**economic** 45:4

**ed** 19:19,21 20:9 42:16

**edge** 29:8

**effect** 37:3 40:25

**effectively** 18:3

**effort** 39:12

**eight** 45:11

**either** 10:9

**election** 17:14 19:23,25 20:2 21:15,16,20 22:25 23:3 24:17 25:23 26:23 36:4 37:17 39:5,19 48:14

**elections** 40:13 41:7

**eliminate** 36:20

**eliminating** 28:20

**embed** 29:10 30:4

**embedded** 30:12

**embodied** 33:16

**embrace** 37:10

**emotion** 18:7

**emotional** 11:19 22:24 41:3

**emotionally** 45:5

**employee** 9:7

**employees** 10:3 29:11 30:5,12 46:6

**enable** 19:2

**encourages** 40:22

**endangering** 28:17

**enemy** 24:1 47:21

**enforce** 29:3

**engineer** 26:16

**engineering** 32:16

**enormous** 11:18 44:20,21

**enrich** 47:19

**ensure** 20:22

**enter** 42:23,24

**entering** 43:4

**entire** 15:3 43:1 45:7

**entirely** 22:12

**entrepreneur** 12:17

**epidemic** 35:11

**equivalent** 44:19

**era** 32:9,11,15,25

**essay** 25:4

**essentially** 23:6 25:7 28:3 37:3 48:12

**estate** 19:3

**estimate** 15:8,9

**EU** 18:1,9 37:6

**Europe** 25:8 26:8 37:1

**European** 17:11 37:10

**everybody** 9:3 15:4 18:3 25:18 26:8,9 29:15 30:13,25 34:3 39:14,15

**everybody's** 37:7

**evicted** 20:24

**evil** 17:2,21

**exactly** 21:18 22:24 26:1

**exaggerate** 20:10

**examples** 23:14,15

**excuse** 13:15

**executive** 21:8

**exercise** 49:14

**exiting** 18:1

**experience** 32:25 34:7,9 35:25

**experts** 48:5

**explicitly** 20:23 27:22 37:10

**expose** 38:4

**exposed** 39:7

**expressed** 16:25 24:10

**external** 36:10

**extreme** 12:18 41:2

**eye** 9:10

**F**

**Facebook** 11:22 14:5 15:19 16:3,23 17:3,8,16,17 18:14 19:1 21:8 22:25 23:5,11 25:13,22 26:19,25 27:15,19 28:1,3,7,13,14,22 29:1,8,10,18,22,25 30:12 31:13 33:16 34:23 36:2,7 37:9,20,22 38:4,9,15 39:2,6,14,20 40:18,20,21 41:3,11,15,25 42:18 43:20 44:21 45:2 47:8,12,23 50:7

**Facebook's** 19:6 28:17 30:17,22 40:7 41:6

**facility** 41:8

**fact** 15:20 25:24 34:19 35:17,20

**facts** 20:9

**fade** 13:24

**failure** 48:12

**Fair** 19:3

**families** 35:10
**family** 14:17
**famous** 15:14
**fan** 44:20,21
**fans** 16:7
**far** 45:2
**Farmville** 27:7
**fashioned** 47:22
**fast** 16:22 17:10 33:16 34:1
**fat** 35:12
**fate** 38:20
**February** 16:2 23:18
**Federal** 27:20
**feeds** 41:10,12
**feel** 18:5
**feeling** 45:12
**felt** 15:24
**field** 48:22
**figure** 8:23 14:14 15:10 21:4 22:17
**filter** 40:16,17
**final** 17:12
**finally** 8:9 23:18
**find** 41:8
**fine** 32:6
**fingerprints** 15:24
**finish** 20:11
**fire** 49:10,20
**firm** 16:23
**first** 11:12 13:8 23:21 33:14 36:23 37:18 42:22 45:19
**fix** 35:23 36:11,12,17 45:21,22 48:1
**fixing** 25:13
**flat** 31:5
**flipped** 33:5
**fly** 44:20
**focus** 20:2
**focused** 32:8
**folks** 34:13
**follow** 38:25
**followed** 32:10
**following** 10:2
**follows** 26:10
**food** 35:7,9
**foot** 32:21
**forced** 46:24
**forecast** 15:5
**foreign** 39:9
**form** 50:9
**former** 46:6
**forms** 23:23
**forth** 13:19 21:14
**forward** 16:1,22 17:10 49:25
**forwards** 26:4
**found** 26:6,18 47:5
**four** 11:8 19:4
**free** 30:21 35:1,3
**freely** 43:1
**frequency** 22:19
**friction** 23:23,25 33:20
**friend** 21:2
**friends** 20:14 27:17 34:8
**front** 8:5
**frustration** 29:1
**fuel** 30:23
**full** 26:17
**fun** 49:22
**future** 39:13 40:13 44:14

G

**gambling** 14:6,8
**game** 9:9 14:9 27:5
**games** 28:5
**Gates** 15:15
**GDPR** 37:10
**general** 28:23 37:2
**generation** 44:10
**genie** 41:20 48:2
**genocide** 38:15
**get all** 18:9
**getting** 24:18 38:23 40:6 44:3 45:20
**gigantic** 28:12 30:8
**give** 10:8 12:5,21 38:5,7 42:12
**given** 11:13 45:11
**gives** 21:10
**giving** 18:14
**Gladwell** 10:18
**global** 25:7 33:9,11
**globally** 37:11
**go** 8:12,19,22 9:10 10:1,9,12 11:16,22 12:2,4 13:22 19:8 21:14,17 23:12 26:21 27:24 31:6 33:8,9 34:14 35:18 38:13 47:20 49:4,5,10,16
**goal** 20:14 45:7,22 48:21
**God** 14:16 24:23
**goes** 8:11,14,18,21,22,23 10:15,19,20,22 11:4,10,12,24 12:3,4,6 19:16,25 21:11 22:18 23:13 24:2 29:25
**going** 8:11,12 9:12,14,15 10:22,24 11:14,18,20,21,25 12:5 13:5,9,11,12,14,23 15:10 17:6,12,13,19,21,24 18:1,5,8,24 19:18,22,24 20:1 21:3,21,23 22:3,11,12,14 24:13,18,20,21,23,24,25 25:1,13 26:10,21,22 27:24 31:25 33:7,8,9,17,18,19 34:1,4,15 35:9,10,12 36:16 37:2,7 38:8 41:16 42:19,24 44:18 45:13,20 46:13 47:9,10,11,12,14,16 48:17,19,22 49:8
**golden** 9:1
**gonna** 14:1
**good** 12:14 15:11 18:5 32:6 37:5 40:24 41:2,14 44:5 46:12
**Google** 11:6,10,15 12:5 34:23 37:9

43:20

**gotten** 28:2

**government** 22:17 32:8 38:17

**great** 18:10 37:5 45:13 48:6,15,22 49:23

**greater** 15:19

**grips** 36:1

**group** 24:12

**groups** 16:11 40:23

**growth** 24:4,8,11

**Guardian** 26:14 29:24

**guess** 44:15

**guys** 11:15 13:8 19:8 21:17 22:14 32:12 34:15 37:19 38:21

**H**

**hack** 25:25

**hacks** 18:21

**hair** 49:9

**hair's** 49:10,19

**half** 9:18 27:11,13 32:21

**Hampshire** 16:9

**hand** 8:21 49:14

**hand-off** 11:9

**handling** 47:6

**hang** 27:21 36:11

**happen** 20:23 43:5,19 44:11,18

**happened** 15:22 22:15 23:1 25:11 26:12 29:21 34:6 35:13,14 37:21

**happens** 21:16 49:18

**happily** 49:17

**happy** 8:13 9:13 35:19 47:14

**hard** 15:19 20:6 38:23 42:15 47:13

**harm** 14:19 19:6 24:6,25 25:2 45:17

**harming** 23:16

**Harms** 48:11 49:1

**Harvard** 34:9

**harvest** 16:25 29:19

**harvested** 26:24 27:13,17,18 41:22

**head** 8:10 24:4

**head-scratcher** 16:18

**health** 18:2,6

**hear** 19:15

**hearing** 49:25

**heartbeat** 44:18

**help** 8:23 20:14 25:5 38:19 40:11 41:16 45:6 46:20

**helped** 9:24 10:1

**helping** 22:17

**hey** 17:24 20:2,12 35:10 49:10

**high** 15:9

**high-use** 28:4

**highest** 39:25

**hire** 34:8

**hired** 24:11

**history** 34:9

**Hitchcock** 47:3

**hmm** 34:14

**home** 9:18

**honest** 25:23

**hope** 36:14 44:11 48:17 49:1,13,20 50:2,9

**hoped** 46:1,2,4,5

**hoping** 48:7

**horrible** 38:22

**hostile** 39:9

**hot** 15:8,9,11

**hour** 9:18

**hours** 20:18

**Housing** 19:1,4 20:5

**howl** 8:3

**huge** 26:9 27:5 28:11 31:13 41:6

**Human** 48:10

**hung** 10:17

**hurt** 34:1

**hypotheses** 45:11

**hypothesis** 18:16

**I**

**idea** 8:4 33:17 41:14

**ideal** 31:25

**ideas** 43:24 48:6

**identify** 31:17

**identity** 31:18

**ignored** 42:11

**imagine** 9:21 16:1 22:23 38:23

**immensely** 15:16

**immigrants** 17:21

**impact** 15:19

**important** 14:10 21:11 29:9 38:24 41:19 42:17 45:25 46:8 47:18

**incentives** 44:8,9

**increase** 28:5,6

**incredible** 34:23

**incredibly** 22:21 29:14 34:25 35:1,16

**independently** 43:6

**indictment** 45:10

**individual** 30:18 38:10 48:5

**industries** 43:5 44:6

**industry** 15:6 32:15 42:25 43:13,14

**infinite** 33:8

**inflammatory** 17:20 18:15 23:6

**influence** 41:13

**influential** 29:15

**information** 30:16

**informed** 27:22

**informing** 28:20

**inherent** 36:16

**injected** 16:23

**innocent** 14:19 19:6 23:16

**inquiries** 46:4

**insane** 11:4

**inside** 11:7 26:7 36:13 40:15

**insight** 20:12

**Instagram** 36:6 37:24 39:3,21

**instantly** 22:13

**integrity** 37:14

**intensely** 40:6

**intentions** 32:5

**intents** 25:15,16

**interactively** 15:2

**interest** 16:25 44:1

**interested** 19:17 35:18

**interesting** 17:17 26:3 43:3

**interface** 16:24

**interfered** 39:5

**interference** 37:23 48:14

**Internet** 13:14 34:16 41:23 43:14 44:8 48:13

**interview** 12:20 45:8

**invest** 10:8,10,12

**invested** 9:6

**investigate** 36:15

**investigating** 21:5

**investigators** 38:3

**investing** 11:2

**investment** 10:13 13:7 45:2

**investor** 10:12 14:25 15:1 47:20

**investor's** 47:21

**investors** 15:12

**involved** 36:4 45:14

**IPO** 28:25

**irreparably** 17:5

**isolated** 20:21

**issue** 29:10

**issues** 25:6

**J**

**January** 16:1 25:10, 11 41:11

**Jill** 40:3

**Jimmy** 47:2 49:16

**job** 28:24

**jobs** 15:15 17:22 44:3,5 47:18

**John** 11:9 18:21

**Johnson** 22:4 24:16

**join** 40:22 44:16 49:20 50:10

**joined** 9:7

**June** 17:10 30:15

**Justin** 46:7

**K**

**Kara** 19:8

**Kara's** 19:17

**keep** 11:7 18:10 23:12 34:5

**kept** 22:8

**kids** 36:5,6,7

**kill** 9:14

**killed** 9:19

**killing** 11:15 44:23

48:14

**kind** 36:25

**kinds** 47:16

**kittens** 14:18

**Kleiner** 11:7

**knew** 12:7 13:9 21:8 30:12,13

**knock** 48:3

**know** 10:10 11:1,10, 24 12:12,13,16,19, 22 13:2,12,21,23 14:16 15:14,15,23 17:5 18:20,21 19:16 21:1,2,11,18 22:16, 24 23:16,21 24:3,8, 17,19 25:19 26:23 27:5,6,23 28:9,19 29:4 30:20 31:5,8,17 32:4,12,13 33:11 34:16 35:10,11,20 37:4 40:5,14 41:25 42:19,20 43:9 44:2,8 46:6,12,23 47:9,10, 12,15,22 48:3,4 49:12,15,16

**known** 23:20 27:11 29:13 39:23 48:16 49:6

**knows** 15:22 41:24

**Kogan** 30:1

**L**

**large** 23:3

**larger** 45:21

**largest** 32:9 45:2

**lasted** 32:24

**late** 24:3 42:13

**law** 22:1 37:1

**lead** 35:11

**leads** 36:9

**learn** 18:23 49:4

**learned** 13:19,20

**leave** 17:11,14,19

**Ledger** 48:11 49:1

**left** 9:17 13:6 29:1 31:10 34:13

**let's** 19:20 20:13

**level** 49:5

**levels** 14:7

**libertarian** 31:25 32:3 33:24

**license** 43:1

**light** 48:8,21 49:2

**like-minded** 40:23

**liked** 21:9 40:3

**line** 19:7 30:20

**links** 48:15

**lip** 29:2

**list** 26:9 45:11

**listen** 9:10 23:24

**listening** 22:20

**lists** 27:17

**literally** 8:16,25 9:2 22:7 31:15 34:8 48:4

**little** 10:10

**lives** 17:1,4 20:4,24

**location** 22:8

**long** 8:4 21:3 24:18 25:4 45:9 49:19

**look** 8:17 9:10 22:3 31:9 34:14 36:5,24

40:12 46:13 47:12 49:25

**looked** 32:14 34:20

**looking** 16:6,8 17:18 34:4

**looks** 39:15

**loser** 11:17

**lot** 12:10 13:9,19 14:19 15:13 17:15 18:20 21:9 35:3,9 50:5

**lots** 28:8

**love** 16:3,4,5 20:14 46:20

**low** 15:8

M

**magnified** 41:13

**mainframe** 32:10 43:4

**mainstream** 41:10,12

**majority** 40:1

**makers** 25:6 48:25

**making** 31:16 40:13 45:20

**Malcolm** 10:18

**man** 26:5

**Manafort** 18:23

**manage** 44:24

**management** 10:1 15:2 30:11

**manager** 28:22 44:24,25

**manipulate** 14:12

**manipulated** 39:6

40:7

**manipulation** 30:25 36:4,8,10

**mantle** 46:24

**mantra** 37:11

**manual** 32:21

**March** 16:22

**mark** 8:2,9 9:5 12:2,5, 7 13:4,16 20:13,16 25:11 34:8 44:15,21

**Mark's** 12:16 46:11

**market** 14:25 15:1 26:25 27:2 38:10

**markets** 42:23 43:4

**master** 12:21

**materially** 37:14

**math** 27:10

**matter** 9:2 17:1 20:5, 24 22:1 37:7

**max** 9:18

**maximizing** 47:20

**Mcnamee** 14:22,24 19:12 20:8 30:19 31:23 35:24 44:17, 23 49:22 50:2,4

**mean** 8:3,4 9:1 10:23 11:14,15 12:16 15:20 16:19 17:2,6 18:12 20:8,13,17 22:18,20 23:9,19 24:12 26:4,9 34:22 35:2,4 38:19 43:19 44:3,19,20 45:8,16 46:2,11,21 49:8

**meaningful** 31:3

**means** 27:12

**meant** 14:1,3 15:24

26:1 33:11 42:24

**mechanics** 14:4

**media** 21:12,22

**members** 21:24

**membership** 18:9

**memes** 16:10,18

**memo** 46:3

**memory** 32:18

**mental** 16:19

**mentor** 13:5

**message** 12:21 39:4, 15,24

**messenger** 36:7 46:23

**metadata** 28:15

**metrics** 28:7

**Microsoft** 9:14

**midst** 47:5

**millennium** 32:25

**million** 21:24 26:24 27:9,14 37:22,23 39:2,3,19,20

**millions** 25:20

**mind** 11:7 31:19 34:5

**minicomputer** 43:5

**minimize** 39:13

**minority** 38:14

**minute** 8:2,9 38:9

**minutes** 8:2,4 28:5

**misappropriated** 30:9

**misogynistic** 16:13, 18

**missed** 14:1

**mistakes** 33:3

**mitigate** 36:21

**mobile** 13:7,10

**mode** 13:2 36:21

**model** 14:2 15:23 32:3 33:13 36:17 37:10 46:8

**modes** 48:12

**mom's** 12:8

**moment** 28:1

**money** 16:16,17 18:1

**month** 9:20 10:17 16:22 48:18

**Monthly** 25:5

**months** 12:12 18:19 22:19 25:16 30:4 36:18 45:11

**Mossberg** 19:8

**motivated** 18:4

**motivation** 46:15

**move** 33:16 34:1

**movie** 47:3 49:17

**moving** 14:23 22:20 23:19,21

**Mueller** 45:10

**multiple** 25:20,21

**Myanmar** 38:13

N

**naive** 45:18

**named** 26:15

**national** 18:2,6

**nearly** 8:2

**necessary** 29:3 36:20

**need** 10:15 13:25 34:7 39:8 40:11 41:16 44:4,9,16

**needed** 9:23 10:4 33:14,15,21

**needs** 11:22 32:8

**nefarious** 26:2

**neither** 28:20

**network** 50:8

**networking** 43:14

**networks** 25:21

**neutral** 18:16

**never** 11:5 41:20 44:18 45:17,18

**new** 16:9 25:12 26:14 34:15 37:1 42:23 43:4 44:10 49:23

**news** 16:23 18:20,25 29:4 41:10,12

**newspaper** 11:20

**night** 17:13

**nobody's** 22:14 38:4

**nonsense** 38:6 39:18

**normal** 12:1 31:8

**normally** 46:25

**note** 16:19 19:16 21:11

**notion** 18:17 33:15, 25 38:9

**novel** 34:10

**number** 23:4 27:11 28:11 31:8,13 42:3

**nuts** 11:14

**O**

**Obama** 23:4

**obesity** 35:11

**Observer** 26:13

**obsolete** 49:13

**obvious** 13:3,4,18 37:25

**obviously** 20:24 30:8 31:7 35:2

**occurred** 23:5 45:17, 18

**October** 20:11 36:14

**offer** 8:14

**offered** 29:10

**offering** 17:24

**office** 9:17 10:17 11:7,9 30:6

**oh** 14:16 24:23 38:7 44:17

**okay** 8:11,22 21:17 32:1 34:2,3,19 44:18,24

**old** 34:15 47:22

**old-timers** 34:3

**once** 12:25 21:14 41:22 48:19

**ones** 18:16

**op** 19:19,21 20:9 42:16

**open** 35:19

**operational** 13:2

**operator** 13:3

**opinion** 25:18

**opportunity** 10:2,13 27:23 43:17

**opposed** 23:23

**opposite** 44:9

**options** 10:4,5

**order** 32:21 36:17

**organize** 10:6

**original** 26:16 46:3

**originally** 36:13

**ostensibly** 16:11

**outcome** 19:23,25 47:25

**outgrown** 13:22

**output** 38:5

**outrage** 23:7

**outsiders** 36:8

**ownership** 36:25

**P**

**packaging** 22:9

**paid** 29:2

**painful** 8:1

**Palihapitiya** 24:4 46:6

**Palm** 13:8,9

**pantomiming** 8:6

**parade** 35:21

**Parakilas** 28:21

**parasitic** 30:24

**Parker** 24:10 46:7

**part** 28:7,21 29:1,16 35:24 43:23 46:14 48:5 49:23

**particular** 23:2 36:2 47:2

**particularly** 44:5

**parties** 21:13

**partner** 11:3

**parts** 37:18

**party** 42:13

**pass** 49:25

**passion** 11:19

**patent** 43:1,6,7

**patient** 22:21

**PC** 43:5

**people** 9:6,23 12:15 14:12,19 15:14 16:25 19:2,6 20:25 21:4 22:5 23:4,17,21 24:10,11,12 26:4 27:3,4,8,12,23 28:8 29:7,9 30:7 31:3,16 32:14 34:2,17,21 35:9,19 36:3,13 37:13 39:2,19,21,23 40:1,2,3,6,21,23 41:1,4 43:25 44:5 45:24 47:7,17,24 48:3,4 49:2,15

**people's** 16:6 17:4 41:10,12

**percent** 27:16 28:9 31:9 41:4

**percentage** 31:3

**perfect** 23:7 31:15 37:5

**Perkins** 11:8

**person** 12:3 39:16,17 40:18

**personal** 10:3 15:7 32:15 45:4 46:16

**personality** 12:8

**personally** 39:3

**perspective** 45:4

**persuaded** 26:20 39:25

**phase** 48:16

**Philippines** 38:17

**philosophically** 23:22

**philosophy** 31:23

**phone** 13:8,13 28:14, 15

**photographs** 16:5,10

**photos** 14:17 34:22

**pictures** 14:17

**pie-in-the-sky** 17:24

**piece** 41:18

**pierce** 41:8

**Pilot** 13:8

**place** 30:25 32:23 48:23

**places** 42:3

**plan** 28:8

**planet** 45:13

**plans** 43:25

**plastic** 32:11

**platform** 21:12,14,19, 22 27:15 28:22,23 31:1

**platforms** 35:14 44:8

**play** 8:21 45:25

**played** 17:16 21:18 23:11 25:22 29:5 31:13 41:6 50:7

**playing** 9:9 27:12

**pleasure** 49:22 50:4

**pocket** 32:11

**Podesta's** 18:22

**point** 10:18 14:21 18:18 21:17 29:24 32:16 38:14 41:15 44:4

**pointing** 19:5

**points** 17:13,14,15 18:13 19:4 20:12

**poison** 22:10

**poisoned** 22:5

**police** 17:2

**policy** 25:5 48:24

**political** 18:15

**polls** 17:12

**pony** 49:12

**population** 31:4,12

**portfolio** 43:1,6,7

**poses** 8:6

**position** 17:18 23:19 40:8 44:25 45:1,3

**positions** 41:1

**positive** 39:24

**possibility** 35:5

**post** 11:14,18,19 24:17

**postmortems** 17:15

**pounds** 17:25

**pour** 18:2

**power** 32:17 39:9

**Pre** 13:9

**preceded** 34:12

**prescription** 25:7

**presentation** 24:5

**president** 11:13

**presidential** 29:11 39:5

**presumably** 48:1

**pretty** 13:5 22:24 24:18 27:18 33:25 49:11,14

**Price** 14:20,23 19:11 20:7 30:16 31:19 35:22 44:12,22 49:19,24 50:3,6,11

**primary** 16:9

**prime** 31:21

**privacy** 25:9 28:18,22 36:24 46:17 50:9

**pro** 39:23

**probability** 39:25

**probably** 19:15 31:12

**problem** 14:24 25:22, 24 27:19 35:13,17 36:7,17 42:5 48:6

**problems** 36:1 49:6

**processing** 32:17

**produce** 47:24

**product** 14:11 15:8, 10 25:25 28:13,24 30:21,22 36:16 40:18 45:24

**products** 15:4 33:9, 11 34:25 36:2,8

**professional** 8:1

**professor** 42:16

**profiles** 26:24 29:20

**profound** 25:23

**profoundly** 12:23 41:19

**programming** 16:24

**progress** 42:5

**proof** 22:9

**propaganda** 14:6

**proper** 44:7

**properly** 32:22

**proposition** 33:6 35:4

**prosper** 43:11

**protect** 40:13 41:7

**Protection** 25:8 37:2

**protector** 32:12

**protested** 27:3

**proud** 45:16

**prove** 9:12

**provide** 37:25

**proxy** 12:5

**psychological** 14:7 30:24

**public** 14:25 15:1 27:16 44:1

**published** 29:24

**pull** 40:8

**pulled** 47:4

**pulls** 11:3

**punchline** 39:11

**punishing** 43:20

**puppy** 34:22

**purpose** 26:2 47:18

**purposes** 25:15,17

**pursue** 33:18

**put** 22:10 41:20 48:2

**puts** 25:12

Q

**quash** 24:21

**question** 44:15 50:6

**quickly** 13:5 34:17 49:14

**quite** 13:20 45:1

R

**racially** 18:4

**rails** 12:19

**raining** 35:21

**ran** 28:24

**random** 39:22

**reach** 19:7 25:20 39:1,3

**reached** 26:8 36:13

**reaching** 20:20

**reaction** 19:10,11

**read** 10:19,20 34:10

**ready** 8:3

**real** 19:3 27:19 40:6 43:23 47:15 49:20 50:11

**realistic** 33:14

**realistically** 11:20

**reality** 13:13

**realize** 29:22

**realized** 15:6 16:15 23:18 24:23

**realizing** 36:15

**really** 9:13 10:5,6,21, 23,24 12:3,8,10 13:17 14:9,15 15:11 17:19 19:23 20:20 21:4,8 23:3,9 24:9 25:4 26:3 29:9 30:19 32:5 34:4,24 35:18 36:12 37:5 38:24 39:4 40:20 41:18 42:15 43:3 45:13 47:17 48:6 49:15

**reason** 27:1 44:7

**rebuttal** 25:15,17

**recklessly** 28:17

**Recode** 19:7

**recognize** 40:7

**recording** 50:12

**recreate** 30:15

**reduced** 42:3

**referred** 20:23

**refused** 37:20

**regain** 37:13

**regimes** 38:11

**regretted** 24:6

**regulation** 23:22 37:2

**regulations** 25:8

**related** 37:17 38:1

**relates** 41:19

**relationship** 15:13 18:23 26:19

**relationships** 15:18

**relative** 37:21

**relaxes** 8:9

**release** 48:17

**relentlessly** 33:18

**religious** 37:11

**remain** 17:12 18:7

**remain's** 17:13

**remarkable** 43:10

**remedies** 49:3

**remember** 9:5

**replace** 42:18

**replies** 20:18

**report** 16:23 18:25 26:17

**repression** 38:14

**request** 39:1

**required** 10:5 32:21 42:14

**researcher** 26:18 29:25

**researchers** 48:20

**resolution** 25:12

**resonated** 26:3

**respected** 21:9

**respectful** 32:22

**respond** 19:13

**responsibility** 22:13 33:22

**responsible** 21:13, 23,25 32:1

**responsive** 46:17

**restricted** 43:22

**result** 25:17 43:16

**retail** 22:8

**rethink** 33:6

**returns** 17:14

**reverse** 28:12

**review** 8:25

**revolt** 24:13

**reward** 43:25

**rich** 34:17

**Richard** 39:1

**rid** 28:2 44:3

**right** 9:11 10:6 12:6, 19 13:18 17:20 18:20 19:15 20:9,17 21:15 22:15 23:25 26:9,13 27:3,4 29:8, 21 30:20 31:11 34:2, 10,14 36:24 42:13 44:10,13 46:4,5,9,20 47:1,13 48:22

**rights** 9:1 37:4

**rigid** 41:2

**risks** 36:20

**Roger** 11:4 14:22,24 19:12 20:8,19 21:11 30:19 31:23 35:22, 24 44:17,23 49:22 50:2,3,4,6,9

**Rohingya** 38:14

**role** 17:16 21:18 23:11 25:23 31:13 41:6 45:25 49:8 50:7

**room** 30:6 49:9

**Rose** 21:6

**Rosenstein** 46:7

**roughly** 21:14 30:4 44:19

**ruining** 17:22

**run** 24:8 33:19 49:9

**run-of-the-mill** 12:15

**rush** 19:22 23:25 24:1

**Russia** 18:20

**Russian** 18:18 37:23 41:13

**Russians** 16:21 25:25 39:5 47:25

**S**

**salt** 35:12
**San** 30:6
**Sandberg** 10:14 12:4
**Sanders** 16:12 40:3
**Sandy** 28:21
**save** 11:20 17:25 18:6
**saw** 20:21 38:2 47:3
**saying** 8:6 17:20 18:3 19:12 20:18 24:9
**says** 22:1 25:13 29:25 39:4,16
**scale** 33:9
**scarcity** 33:2
**scheduled** 25:10
**screw** 18:11
**scroll** 16:1
**Sean** 24:9 46:7
**searchable** 38:3
**seat** 8:3
**second** 33:21 38:25 42:25 49:12
**second-longest** 21:7
**secret** 29:17 43:7
**security** 41:19
**see** 8:10,22 9:15 16:10 17:7,8 43:18, 19,20 44:12 47:4 48:23
**seeing** 19:9
**seen** 20:4 35:22
**self-control** 12:18
**self-reinforcing** 34:18
**sell** 9:11,13,22 10:4, 11 35:2
**selling** 17:1
**semiconductor** 43:12
**Senator** 39:1
**send** 20:13 23:13 30:3
**sends** 19:16
**senior** 21:3
**sense** 32:22 34:9 45:22
**sent** 20:16
**September** 19:15
**seriously** 21:2
**serve** 44:1
**service** 29:2
**serving** 21:7
**set** 13:23 19:21 44:7
**settled** 33:8
**seven** 42:11,13 46:18
**share** 48:19
**shared** 26:8 27:25
**sharing** 14:17 16:5
**she'll** 11:5
**shelf** 22:7
**Sheryl** 10:14,16 11:10 12:4,18,25 15:23 20:13,16 44:21
**shifted** 31:20
**shifting** 13:1
**shine** 48:8,21 49:2
**shirts** 32:13
**short** 32:12
**shortly** 10:14 28:25
**showed** 28:16
**showing** 42:13
**shown** 36:19
**shtick** 21:10
**side** 12:18 18:7 30:7 35:6,23 40:25
**sides** 35:6
**sign** 36:19 46:21
**signed** 27:19 28:19 42:7,21
**signing** 9:7
**silence** 8:1 19:10
**Silicon** 12:10,17 31:20,23 32:7,14,20 33:5 43:9,12 44:2,7
**simple** 11:9 27:10 30:19
**simply** 12:19 28:14
**sincerity** 22:16
**single** 16:3
**sisters** 12:9
**sit** 9:9 22:6
**site** 17:3 42:4
**sitting** 8:5 23:8 26:4
**situation** 9:2
**situational** 32:4
**situations** 23:15
**six** 30:4
**sleeve** 32:12
**slogan** 33:16
**slow** 35:16
**smart** 32:5
**smartphone** 14:7
**smartphones** 13:11, 12 48:13
**Snapchat** 36:6
**social** 50:8
**sociopathic** 44:4
**software** 43:13
**sold** 45:1
**solutions** 43:19 49:7
**solve** 38:20
**somebody** 8:5 10:24 11:23 16:15 21:8 26:4 45:8
**sorry** 21:17
**sort** 12:17 32:3
**sounds** 42:5 46:12
**sour** 10:11
**special** 15:13
**spectacularly** 23:10
**spend** 11:1 16:17 25:13
**spending** 16:16 32:9
**spent** 44:2
**spread** 16:17
**spreading** 16:15 31:15
**spreadsheets** 15:5
**squads** 38:18
**stand** 39:10

**standard** 19:6 38:13
**standards** 38:9,12
**Stanford** 24:5
**start** 19:20 49:2
**start-up** 13:2
**start-ups** 48:15
**started** 14:25 27:10 32:7 48:9
**starting** 25:19 29:16
**States** 31:2 38:20 41:22 47:11
**stay** 18:12
**staying** 12:21
**Stein** 40:3
**step** 37:15,17
**steps** 20:22 40:13
**Steve** 15:15
**Steven** 29:15
**Stewart** 47:2 49:16
**stick** 20:9
**stock** 10:4 44:22
**stop** 27:25
**storage** 32:18
**story** 19:18 24:2 27:1 29:24 47:2 50:8
**strategy** 28:17,18
**strip** 46:12
**strong** 12:8
**study** 26:20,21
**stuff** 13:14 16:6 18:22 19:9 20:5,6 27:24 31:6 35:2,3,7 37:17 38:7 39:7 47:16
**subject** 48:16
**success** 15:20
**successful** 12:17 15:16
**successfully** 12:10
**successor** 27:6
**sudden** 11:3 16:10 18:19,24 25:18 47:5
**suddenly** 14:18 33:4
**sugar** 35:12
**sunset** 49:17
**superset** 45:10
**support** 37:8
**supposed** 25:2 42:12 47:4 49:16
**suppressing** 39:12
**suppression** 23:8,10
**sure** 49:18
**surprising** 16:14
**surrounded** 41:1
**surrounds** 40:21
**survive** 47:11
**sweetest** 18:8
**swings** 18:13
**Swisher** 19:8
**system** 18:2,6
**systemic** 20:21

**T**

**take** 17:22 18:1 19:19 21:1 22:11 46:2,24 50:9,10
**taken** 20:22
**takes** 30:25
**talk** 10:15 11:21 17:16
**talked** 35:5
**talking** 10:23 11:1 24:6 25:22 46:7
**tamper** 22:9
**tampered** 22:5
**targeted** 39:22 40:6
**team** 9:22 28:21
**teams** 15:2
**tech** 15:1 19:7 35:14 48:25
**techniques** 14:5,6
**technology** 32:10 48:10,13
**TED** 35:18
**telephone** 42:20
**television** 25:20
**tell** 38:19
**tens** 25:19
**testified** 46:11
**text** 16:10
**Thank** 49:24
**Thanks** 50:3,4
**thick** 32:21
**thing** 9:5,18,21,25 11:10,16 12:7 13:6 14:16 17:7,19,24 18:13 19:5 20:3,19 22:17 23:20 24:16, 22,24 25:14 26:12 27:14 29:18 30:11 33:14,21 34:6,23 35:13,25 37:25 38:25 39:14 41:16 42:17,20,25 43:11, 23 44:11 45:7,14 46:4,5,9 48:10 49:9
**things** 15:24 16:5 20:4,21,24 23:2,24 25:7,9 29:3 31:4,10, 11 32:1 33:13,17 34:1,20 35:8 36:5,22 37:19 38:2 40:5,10, 15,22 41:5 42:2,6,7, 8,10,22 43:15 44:1 46:10,14
**think** 9:9,11 12:1,2 13:13,22,23,25 14:13 19:22,24 21:7 22:5 23:14 24:15 27:1 30:19 31:2 32:24 36:22,23 40:19 42:4,12,15 43:21,22 44:23 46:22 47:18
**thinker** 8:6
**thinking** 18:14 23:8 30:17
**third** 21:13 31:12 41:5
**thought** 8:10 9:3 12:24 39:25
**thoughtful** 20:18
**thousands** 48:4
**thread** 47:4
**threatened** 47:16
**three** 19:14 22:18 29:5,6,20 30:5 33:13
**threw** 17:3
**tie** 32:13
**tied** 45:5
**tight** 20:10
**Tim** 26:5,10,11 42:16
**time** 9:11 14:3,21

15:17 19:19 21:3,24 30:14 35:9 38:1 39:7

**times** 25:21 26:14 27:13

**Tipping** 10:18

**today** 31:9 37:15 43:9

**tomorrow** 44:16

**ton** 24:14

**tool** 14:18 23:7 26:25 27:2 28:2,20 31:15 38:16,17

**tools** 17:9 19:2,6 32:20,24 47:24

**tooth** 24:18

**top** 15:19 16:13 22:15 30:11

**topics** 13:17

**torch** 49:25

**touch** 23:12

**touched** 37:23 38:2

**trade** 27:20 47:15

**transistor** 43:8

**treat** 24:20

**tremendous** 29:7

**tremendously** 12:22

**trick** 49:11,12

**tried** 10:11

**trouble** 20:15

**true** 8:16 20:15 28:13 31:5,7 41:5

**truly** 15:25 17:2

**Trump** 23:9 29:12,13 30:5,6,14 39:23 47:25

**Trump's** 29:16

**trust** 8:7,11 22:1 37:12,13

**trusted** 26:19

**trusting** 10:6

**truth** 46:22

**try** 8:13

**trying** 8:7 15:5 20:8,9 32:23 45:6 48:7

**turned** 9:1 12:14 21:6 29:12 44:24

**turns** 15:12 28:12

**TV** 35:8

**tweet** 26:5

**Twitter** 34:24 36:2 43:21

**two** 8:15 11:1 15:23 18:19 25:16 30:9 33:13 37:17 40:10 42:22

**Tylenol** 22:5 24:16

**U**

**U.K.** 26:14

**U.S.** 21:20 22:1 39:5

**unacceptable** 24:13

**unaffected** 34:11

**uncertainty** 47:21

**unconcerned** 34:11

**undermine** 39:10

**understand** 14:4 21:22 25:6 39:8 44:12 49:5

**understanding** 29:9 45:23

**unduplicated** 25:20

**unhappiness** 36:9

**unhappy** 35:20

**union** 17:11

**unique** 40:8

**United** 31:2 38:20 41:22 47:11

**unpopular** 47:7

**unrelated** 19:4

**Urban** 19:1 20:5

**use** 14:18 16:3 28:5,8 32:21 35:1 46:3

**useful** 43:23

**user** 26:24 27:9 28:6,18,22 29:20 30:21 36:9 42:4

**user's** 30:22,23

**users** 28:20 30:18 33:12 37:22

**uses** 38:17

**V**

**vacation** 16:2

**validated** 34:18

**valley** 12:11,17 31:21,23 32:7,14,20 33:6 35:16 43:9,12 44:2,7

**value** 33:24 35:4

**valued** 32:25

**values** 33:24 34:11

**vast** 40:1

**venture** 15:17

**video** 14:9

**view** 23:22 32:16

**violation** 19:3

**viral** 28:4

**virally** 16:15

**vision** 9:8,15,24 33:17 44:13 49:21 50:11

**voluntarily** 37:19

**vote** 9:1 18:4 39:12,14 40:1

**voted** 23:4 39:19,21

**voter** 23:7,10

**voting** 8:25 17:11

**W**

**wait** 38:8

**walk** 18:11

**Walt** 19:8,16

**want** 8:18 10:22,25 22:4 32:19 33:2,20 39:13 41:7 49:5,18

**wanted** 12:23 25:18 28:8 46:14

**wanting** 9:22

**wants** 40:20 49:4

**war** 30:5

**warned** 24:25

**Warner** 45:11

**wars** 47:15,16

**Washington** 10:16 11:14,18,19 25:5,6 46:11 47:13,19

**wasn't** 15:9 23:21 25:24 30:14 39:17 47:4

**watch** 12:19 32:13

**watching** 12:20

**Watergate** 29:6

**way** 9:15,16 12:16 14:10 16:7,13 18:13 27:2 33:10 37:13 38:3 41:8,9 45:25 47:22 48:1,24,25 49:4

**ways** 14:19

**we're** 10:23 17:24 18:1,21 19:15,18 21:3,12,13,22,23 22:11,12 24:20,21 25:13,19 31:25 32:1 35:19,21 36:21 42:12 47:14,20,21 48:10,17,19

**we've** 35:22 36:18 47:15 48:7

**web** 13:8 26:6

**week** 11:1

**weeks** 19:14 22:18

**well-educated** 32:5

**well-executed** 23:10

**well-known** 15:16

**well-understood** 13:15

**went** 8:1 9:18 10:21 27:2,15 33:24 34:20

**weren't** 42:24

**whistleblower** 26:15

**white** 32:11,13

**white-knuckled** 8:3

**whoa** 17:6,19 18:24

**Wide** 26:6

**wife** 16:2 20:11

**Wikileaks** 18:22

**willingness** 36:19

**win** 17:13

**wind** 13:11

**window** 24:15

**wings** 44:20

**Winklevoss** 9:25

**winner** 11:17

**wins** 20:1

**woman** 11:4

**women** 12:10

**won** 17:14 18:11 23:9

**wood** 48:3

**word** 8:7 25:15

**work** 10:22,25 11:10,25 12:9 13:6 19:21 21:4 36:23 48:16,20,22 49:7

**worked** 14:5,11 15:4 25:17 46:10 49:11

**working** 11:6 15:2 26:18 29:13 30:5,6,14 46:10 48:10

**works** 11:5 41:19

**world** 11:5 12:23 26:6 32:23 34:16,19 37:7,8

**worried** 18:21 19:24 37:14 38:21

**worse** 38:23

**worst** 35:24 45:14

**worth** 9:9 12:1

**wouldn't** 16:14 23:12

**wow** 10:22 11:24 26:10 34:20 45:9,12

**write** 19:19 20:6,8

**writing** 19:21

**written** 10:21 25:4,16 42:16

**wrong** 34:21

**Wu** 42:16

**Wylie** 26:15

### Y

**Yahoo** 9:14 15:21

**yeah** 8:24 12:4,6 14:22,24

**year** 10:2 24:17 25:13 35:18

**Year's** 25:12

**years** 29:20 30:10 34:21 35:14 42:11,13 44:3 46:18 50:8

**York** 26:14

**young** 34:5

**Youtube** 36:3,6

### Z

**zero** 19:11 34:20

**Zuckerberg** 11:22 25:12 34:8