# EXHIBIT E

# Cambridge Analytica - The Power of Big Data & Psychographics

# Audio Transcription



**Page 1**

```
                    YOU TUBE VIDEO TRANSCRIPTION
           "CAMBRIDGE ANALYTICA - THE POWER OF BIG DATA
                        AND PSYCHOGRAPHICS"




Transcribed by:
Diana Sasseen
CSR No. 13456
Job No. 10065891
```

**Page 2**

1    ANNOUNCER:  Please welcome to the stage
2  Alexander Nix, Chief Executive Officer, Cambridge
3  Analytica.
4     ALEXANDER NIX:  Ladies and gentlemen, honorable
5  colleagues, it's my privilege to speak to you today
6  about the power of big data and psychographics in the
7  electoral process, and specifically to talk about the
8  work that we contributed to Senator Cruz's presidential
9  primary campaign.
10     It's easy to forget that only 18 months ago
11  Senator Cruz was one of the less popular candidates
12  seeking nomination and certainly one of the more
13  vilified; in addition to which, he had very low name
14  recognition, only about 40 percent of the electorate had
15  heard of him as compared to Jeb Bush in the
16  mid-eighties, and he was competing in one of the most
17  competitive primary fields ever in republican politics.
18  Additionally, he was seeking to make his voice heard to
19  a largely homogeneous audience.  Yet, come May 2016,
20  Senator Cruz was the only serious contender, the only
21  credible threat to the phenomenon Donald Trump.
22     So how did he do this?
23     The Cruz campaign was quick to embrace three
24  technologies, three methodologies that propelled him to
25  success.

**Page 3**

1    The first of these was behavior science.
2  Probably the easiest way to explain this is through
3  example.  Were you lucky enough to own a private beach
4  and you wanted to stop people from using it, you might
5  put up the sign on the left here.  This is largely
6  informational and seeks to inform attitudes.
7     Conversely, you could use the communication on
8  the right.  This is behavior communication, and it seeks
9  to probe an altogether much more powerful underlying
10  motivation.  Clearly the threat of being eaten by a
11  shark might prevent you from swimming in that sea.
12     Yet this is complex to do, and as a consequence
13  most communication companies today still segment their
14  audiences by demographics and geographics.  But when you
15  pause for just a moment, this is a really ridiculous
16  idea.  The idea that all women should receive the same
17  message because of their gender or all African-Americans
18  because of their race or all old people or rich people
19  or young people to get the same message because of their
20  demographics just doesn't make any sense.
21     Clearly demographics and geographics and
22  economics will influence your world view, but equally
23  important or probably more important are psychographics.
24  That is an understanding of your personality, because
25  it's personality that drives behavior and behavior that

**Page 4**

1  obviously influences how you vote.
2     So how is this possible?  Well, at Cambridge
3  we've rolled out a long-form quantitive instrument to
4  probe the underlying traits that inform personality.
5  This is the cutting-edge in experimental psychology
6  known as the OCEAN model.  OCEAN being an acronym for
7  openness, how open you are to new experiences;
8  conscientiousness, whether you prefer order and habits
9  and planning in your life; extroversion, how social you
10  are; agreeableness, whether you put other people's needs
11  and society and community ahead of yourself; and
12  finally, neuroticism, a measurement of how much you tend
13  to worry.
14     By having hundreds and hundreds of thousands
15  Americans undertake this survey, we were able to perform
16  a model to predict the personality of every single adult
17  in the United States of America.
18     So how does this impact marketing and
19  communications in elections?  For a primary, the second
20  amendment might be popular issue amongst the electorate.
21  If you know the personality of the people you're
22  targeting, you can nuance your messaging to resonate
23  more effectively with those key audience groups.
24  ==So for a highly neurotic and conscientious==
25  ==audience, you're going to need a message that is==

Page 5

1  rational and fear based, or emotionally based.  In this
2  case, the threat of a burglary and the insurance policy
3  of a gun is very persuasive.
4         Conversely, for a closed and agreeable
5  audience, these are people who care about tradition and
6  habits and family and community.  This could be the
7  grandfather who taught his son to shoot and the father
8  who in turn will teach his son.  Obviously talking about
9  these values is going to be much more effective in
10 communicating your message.
11        The second leg of the stool, data analytics.
12 Communication is fundamentally changing.  Back in the
13 days of mad men, communication was essentially taught
14 down, that is it's creative lead.  Brilliant minds get
15 together and come up with slogans like "Beans means
16 Heinz" and "Coca Cola is it," and they push these
17 messages onto the audience in the hope that they
18 resonate.
19        Today we don't need to guess at what creative
20 solution may or may not work.  We can use hundreds or
21 thousands of individual data points on our target
22 audiences to understand exactly which messages are going
23 to appeal to which audiences way before the creative
24 process starts.
25        So what is big data?  Big data is really the

Page 6

1  aggregation of as many individual data points that you
2  can possibly get your hands on which are then
3  synthesized in one database of record, cleaned or
4  hygiened and then used to inform and create insight on
5  your target audience.  This could include demographic
6  and geographic factors, age, gender, ethnicity,
7  religion, and so forth, or psychographic or attitudinal
8  factors.  This is consumer and lifestyle habits; what
9  car you drive, what products you purchase in shops,
10 magazines you read, what golf clubs you belong to, what
11 churches you attend.  And, of course, personality or
12 behavioral too, this is what we talked about earlier,
13 how you see the world, what actually drives you.
14        Easiest way to illustrate big data in action is
15 through a real life example.  This is a data dashboard
16 that we prepared for the Cruz campaign for the Iowa
17 caucus.  It looks intimidating, but it's actually very
18 simple.  You have a matrix here on the X axis,
19 partisanship value; hard-core republicans on the right,
20 democrats on the left.  And on the Y axis people's
21 likeliness to turn out, to go and caucus; the people at
22 the top highly likely, the people at the bottom not at
23 all.  So already this information is quite helpful to a
24 campaign manager.
25        But if we select some segments within this

Page 7

1  matrix, it becomes even more powerful.  In this case,
2  we've zoned in on a group we've called "persuasion."
3  These are people who are definitely going to vote, to
4  caucus, but they need moving from the center a little
5  bit more towards the right in order to support Cruz.
6  They need a persuasion message.  And we can look at this
7  group of about 45,000 people and we can see that the
8  mean personality is very low in neuroticism, quite low
9  in openness, and slightly conscientious.
10        We can segment further.  We can look at what
11 issue they care about.  Gun rights I selected.  That
12 narrows the field slightly more.  And now that we need a
13 message on gun rights, it needs to be a persuasion
14 message and it needs to be nuanced according to the
15 certain personality that we're interested in.  And we
16 can see where these people are on the map.
17        If we wanted to drill down further, we could
18 resolve the data to an individual level where we have
19 somewhere close to 4- or 5,000 data points on every
20 adult in the United States.
21        Finally, addressable ad technology.  This is
22 the ability to take all this off line data and to match
23 it to drive communications.  Blanket advertising,
24 blanket advertising, the idea that 100 million people
25 receive the same piece of direct mail, the same

Page 8

1  television advert, the same digital advert is dead.  My
2  children will certainly never ever understand this
3  concept of mass communication.
4         Today communication is becoming ever
5  increasingly targeted.  It's being individualized for
6  every single person in this room.  So you'll no longer
7  be receiving adverts on products and services that you
8  don't care about, rather you'll only receive adverts
9  that not only are on the products and services, or in
10 the case of elections, issues that you care about most,
11 but that have been nuanced in order to reflect the way
12 you see the world.
13        We're able to match off line data to cookies to
14 drive digital advertising, social media banners and the
15 like.  We can obviously use this data to inform direct
16 mail purchases.  So a husband in a household can receive
17 a piece of mail, but his wife can receive a different
18 piece of mail, possibly even on the same issue.
19        Most exciting of all probably is the fact that
20 we can take this data and match it to set-top box
21 viewing data.  That's television or cable data.  Every
22 time you watch TV, the programs that you're watching are
23 being recorded, and that information it being sent back
24 to your cable provider.  And we can match what you watch
25 in a way that we can begin to select programs to

Page 9

1   advertise in that have the highest density of the target
2   audience that we're trying to reach.  This not only
3   dramatically reduces the cost of your advertising, but,
4   of course, improves the return on investment.
5           So what were the results?  Well, ==Ted Cruz==
6   ==employed our data,== behavior insight to drive not just
7   his TV and his digital, but his field operations, his
8   get out the vote, his vote of persuasion, his donation
9   fund-raising efforts, and his resource allocation.  And
10  all of this meant that he started from a base of less
11  than 5 percent and had a very slow and steady but firm
12  rise to above 35 percent making him obviously the second
13  most threatening contender in the race.
14          ==Now, clearly the Cruz campaign is over now, but==
15  ==what I can tell you is that of the two candidates left==
16  ==in this election, one of them is using these==
17  ==technologies, and it's going to be very interesting to==
18  ==see how they impact the next seven weeks.==
19          Thank you.
20          (End of recording.)
21
22
23
24
25

Page 10

1                REPORTER'S CERTIFICATE
2           I, the undersigned, a Certified Shorthand
3   Reporter of the State of California, do hereby certify:
4           That the foregoing electronically-recorded
5   proceedings were transcribed by me to the best of my
6   ability.
7           I further certify I am neither financially
8   interested in the action nor a relative or employee of
9   any attorney or party to this action.
10          IN WITNESS WHEREOF, I have this date
11  subscribed my name.
12
13  Dated: January 29, 2020
14
15
16               _____
                 Diana Sasseen
17               CSR No. 13456
18
19
20
21
22
23
24
25

Audio Transcription

Cambridge Analytica - The Power of Big Data & Psychographics

**1**

**100** 7:24
**18** 2:10

**2**

**2016** 2:19

**3**

**35** 9:12

**4**

**4-** 7:19
**40** 2:14
**45,000** 7:7

**5**

**5** 9:11
**5,000** 7:19

**A**

**ability** 7:22
**able** 4:15 8:13
**acronym** 4:6
**action** 6:14
**ad** 7:21
**addition** 2:13
**Additionally** 2:18
**addressable** 7:21
**adult** 4:16 7:20
**advert** 8:1
**advertise** 9:1
**advertising** 7:23,24 8:14 9:3
**adverts** 8:7,8
**African-americans** 3:17
**age** 6:6
**aggregation** 6:1
**ago** 2:10
**agreeable** 5:4
**agreeableness** 4:10
**ahead** 4:11
**Alexander** 2:2,4
**allocation** 9:9
**altogether** 3:9
**amendment** 4:20
**America** 4:17
**Americans** 4:15
**Analytica** 2:3
**analytics** 5:11
**ANNOUNCER** 2:1
**appeal** 5:23
**attend** 6:11
**attitudes** 3:6
**attitudinal** 6:7
**audience** 2:19 4:23, 25 5:5,17 6:5 9:2
**audiences** 3:14 5:22, 23
**axis** 6:18,20

**B**

**back** 5:12 8:23
**banners** 8:14
**base** 9:10
**based** 5:1
**beach** 3:3
**Beans** 5:15
**becoming** 8:4
**behavior** 3:1,8,25 9:6
**behavioral** 6:12
**belong** 6:10
**big** 2:6 5:25 6:14
**bit** 7:5
**blanket** 7:23,24
**bottom** 6:22
**box** 8:20
**Brilliant** 5:14
**burglary** 5:2
**Bush** 2:15

**C**

**cable** 8:21,24
**called** 7:2
**Cambridge** 2:2 4:2
**campaign** 2:9,23 6:16,24 9:14
**candidates** 2:11 9:15
**car** 6:9
**care** 5:5 7:11 8:8,10
**case** 5:2 7:1 8:10
**caucus** 6:17,21 7:4
**center** 7:4
**certain** 7:15
**certainly** 2:12 8:2
**changing** 5:12
**Chief** 2:2
**children** 8:2
**churches** 6:11
**cleaned** 6:3
**clearly** 3:10,21 9:14
**close** 7:19
**closed** 5:4
**clubs** 6:10
**Coca** 5:16
**Cola** 5:16
**colleagues** 2:5
**come** 2:19 5:15
**communicating** 5:10
**communication** 3:7, 8,13 5:12,13 8:3,4
**communications** 4:19 7:23
**community** 4:11 5:6
**companies** 3:13
**compared** 2:15
**competing** 2:16
**competitive** 2:17
**complex** 3:12
**concept** 8:3
**conscientious** 4:24 7:9
**conscientiousness** 4:8
**consequence** 3:12
**consumer** 6:8
**contender** 2:20 9:13
**contributed** 2:8

**Audio Transcription**

**Cambridge Analytica - The Power of Big Data & Psychographics**

| | | | |
|---|---|---|---|
| Conversely  3:7 5:4 | drive  6:9 7:23 8:14 9:6 | **F** | **H** |
| cookies  8:13 | drives  3:25 6:13 | | |
| cost  9:3 | | fact  8:19 | habits  4:8 5:6 6:8 |
| course  6:11 9:4 | **E** | factors  6:6,8 | hands  6:2 |
| create  6:4 | | family  5:6 | hard-core  6:19 |
| creative  5:14,19,23 | earlier  6:12 | father  5:7 | heard  2:15,18 |
| credible  2:21 | easiest  3:2 6:14 | fear  5:1 | Heinz  5:16 |
| Cruz  2:11,20,23 6:16 7:5 9:5,14 | easy  2:10 | field  7:12 9:7 | helpful  6:23 |
| Cruz's  2:8 | eaten  3:10 | fields  2:17 | highest  9:1 |
| cutting-edge  4:5 | economics  3:22 | finally  4:12 7:21 | highly  4:24 6:22 |
| | effective  5:9 | firm  9:11 | homogeneous  2:19 |
| **D** | effectively  4:23 | first  3:1 | honorable  2:4 |
| | efforts  9:9 | forget  2:10 | hope  5:17 |
| dashboard  6:15 | election  9:16 | forth  6:7 | household  8:16 |
| data  2:6 5:11,21,25 6:1,14,15 7:18,19,22 8:13,15,20,21 9:6 | elections  4:19 8:10 | fund-raising  9:9 | hundreds  4:14 5:20 |
| | electoral  2:7 | fundamentally  5:12 | husband  8:16 |
| database  6:3 | electorate  2:14 4:20 | further  7:10,17 | hygiened  6:4 |
| days  5:13 | embrace  2:23 | | |
| dead  8:1 | emotionally  5:1 | **G** | **I** |
| definitely  7:3 | employed  9:6 | | |
| democrats  6:20 | equally  3:22 | gender  3:17 6:6 | idea  3:16 7:24 |
| demographic  6:5 | essentially  5:13 | gentlemen  2:4 | illustrate  6:14 |
| demographics  3:14, 20,21 | ethnicity  6:6 | geographic  6:6 | impact  4:18 9:18 |
| | exactly  5:22 | geographics  3:14,21 | important  3:23 |
| density  9:1 | example  3:3 6:15 | go  6:21 | improves  9:4 |
| different  8:17 | exciting  8:19 | going  4:25 5:9,22 7:3 9:17 | include  6:5 |
| digital  8:1,14 9:7 | Executive  2:2 | golf  6:10 | increasingly  8:5 |
| direct  7:25 8:15 | experiences  4:7 | grandfather  5:7 | individual  5:21 6:1 7:18 |
| Donald  2:21 | experimental  4:5 | group  7:2,7 | individualized  8:5 |
| donation  9:8 | explain  3:2 | groups  4:23 | influence  3:22 |
| dramatically  9:3 | extroversion  4:9 | guess  5:19 | influences  4:1 |
| drill  7:17 | | gun  5:3 7:11,13 | inform  3:6 4:4 6:4 |

| Audio Transcription | | | Cambridge Analytica - The Power of Big Data & Psychographics |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 8:15 | likeliness 6:21 | methodologies 2:24 | openness 4:7 7:9 |
| information 6:23 8:23 | line 7:22 8:13 | mid-eighties 2:16 | operations 9:7 |
| informational 3:6 | little 7:4 | million 7:24 | order 4:8 7:5 8:11 |
| insight 6:4 9:6 | long-form 4:3 | minds 5:14 | |
| instrument 4:3 | longer 8:6 | model 4:6,16 | **P** |
| insurance 5:2 | look 7:6,10 | moment 3:15 | |
| interested 7:15 | looks 6:17 | months 2:10 | partisanship 6:19 |
| interesting 9:17 | low 2:13 7:8 | motivation 3:10 | pause 3:15 |
| intimidating 6:17 | lucky 3:3 | moving 7:4 | people 3:4,18,19 4:21 5:5 6:21,22 7:3,7,16, 24 |
| investment 9:4 | | | |
| Iowa 6:16 | **M** | **N** | people's 4:10 6:20 |
| issue 4:20 7:11 8:18 | mad 5:13 | name 2:13 | percent 2:14 9:11,12 |
| issues 8:10 | magazines 6:10 | narrows 7:12 | perform 4:15 |
| | mail 7:25 8:16,17,18 | need 4:25 5:19 7:4,6, 12 | person 8:6 |
| **J** | making 9:12 | | personality 3:24,25 4:4,16,21 6:11 7:8, 15 |
| Jeb 2:15 | manager 6:24 | needs 4:10 7:13,14 | |
| | map 7:16 | neurotic 4:24 | persuasion 7:2,6,13 9:8 |
| **K** | marketing 4:18 | neuroticism 4:12 7:8 | |
| key 4:23 | mass 8:3 | never 8:2 | persuasive 5:3 |
| know 4:21 | match 7:22 8:13,20, 24 | new 4:7 | phenomenon 2:21 |
| known 4:6 | | Nix 2:2,4 | piece 7:25 8:17,18 |
| | matrix 6:18 7:1 | nomination 2:12 | planning 4:9 |
| **L** | mean 7:8 | nuance 4:22 | Please 2:1 |
| Ladies 2:4 | means 5:15 | nuanced 7:14 8:11 | points 5:21 6:1 7:19 |
| largely 2:19 3:5 | meant 9:10 | | policy 5:2 |
| lead 5:14 | measurement 4:12 | **O** | politics 2:17 |
| left 3:5 6:20 9:15 | media 8:14 | obviously 4:1 5:8 8:15 9:12 | popular 2:11 4:20 |
| leg 5:11 | men 5:13 | | possible 4:2 |
| level 7:18 | message 3:17,19 4:25 5:10 7:6,13,14 | OCEAN 4:6 | possibly 6:2 8:18 |
| life 4:9 6:15 | | Officer 2:2 | power 2:6 |
| lifestyle 6:8 | messages 5:17,22 | old 3:18 | powerful 3:9 7:1 |
| | messaging 4:22 | open 4:7 | predict 4:16 |

prefer 4:8
prepared 6:16
presidential 2:8
prevent 3:11
primary 2:9,17 4:19
private 3:3
privilege 2:5
probably 3:2,23 8:19
probe 3:9 4:4
process 2:7 5:24
products 6:9 8:7,9
programs 8:22,25
propelled 2:24
provider 8:24
psychographic 6:7
psychographics 2:6 3:23
psychology 4:5
purchase 6:9
purchases 8:16
push 5:16
put 3:5 4:10

**Q**

quantitive 4:3
quick 2:23
quite 6:23 7:8

**R**

race 3:18 9:13
rational 5:1
reach 9:2

read 6:10
real 6:15
really 3:15 5:25
receive 3:16 7:25 8:8, 16,17
receiving 8:7
recognition 2:14
record 6:3
recorded 8:23
recording 9:20
reduces 9:3
reflect 8:11
religion 6:7
republican 2:17
republicans 6:19
resolve 7:18
resonate 4:22 5:18
resource 9:9
results 9:5
return 9:4
rich 3:18
ridiculous 3:15
right 3:8 6:19 7:5
rights 7:11,13
rise 9:12
rolled 4:3
room 8:6

**S**

science 3:1
sea 3:11
second 4:19 5:11 9:12

see 6:13 7:7,16 8:12 9:18
seeking 2:12,18
seeks 3:6,8
segment 3:13 7:10
segments 6:25
select 6:25 8:25
selected 7:11
Senator 2:8,11,20
sense 3:20
sent 8:23
serious 2:20
services 8:7,9
set-top 8:20
seven 9:18
shark 3:11
shoot 5:7
shops 6:9
sign 3:5
simple 6:18
single 4:16 8:6
slightly 7:9,12
slogans 5:15
slow 9:11
social 4:9 8:14
society 4:11
solution 5:20
son 5:7,8
speak 2:5
specifically 2:7
stage 2:1
started 9:10

starts 5:24
States 4:17 7:20
steady 9:11
stool 5:11
stop 3:4
success 2:25
support 7:5
survey 4:15
swimming 3:11
synthesized 6:3

**T**

take 7:22 8:20
talk 2:7
talked 6:12
talking 5:8
target 5:21 6:5 9:1
targeted 8:5
targeting 4:22
taught 5:7,13
teach 5:8
technologies 2:24 9:17
technology 7:21
Ted 9:5
television 8:1,21
tell 9:15
tend 4:12
Thank 9:19
thousands 4:14 5:21
threat 2:21 3:10 5:2
threatening 9:13

Audio Transcription                              **Cambridge Analytica - The Power
                                                  of Big Data & Psychographics**

**three** 2:23,24
**time** 8:22
**today** 2:5 3:13 5:19 8:4
**top** 6:22
**tradition** 5:5
**traits** 4:4
**Trump** 2:21
**trying** 9:2
**turn** 5:8 6:21
**TV** 8:22 9:7
**two** 9:15

**U**

**underlying** 3:9 4:4
**understand** 5:22 8:2
**understanding** 3:24
**undertake** 4:15
**United** 4:17 7:20
**use** 3:7 5:20 8:15

**V**

**value** 6:19
**values** 5:9
**view** 3:22
**viewing** 8:21
**vilified** 2:13
**voice** 2:18
**vote** 4:1 7:3 9:8

**W**

**wanted** 3:4 7:17

**watch** 8:22,24
**watching** 8:22
**way** 3:2 5:23 6:14 8:11,25
**we're** 7:15 8:13 9:2
**we've** 4:3 7:2
**weeks** 9:18
**welcome** 2:1
**wife** 8:17
**women** 3:16
**work** 2:8 5:20
**world** 3:22 6:13 8:12
**worry** 4:13

**Y**

**young** 3:19

**Z**

**zoned** 7:2