# EXHIBIT F



*Source:* October 27, 2016, *The Washington Post*, "Trump's plan for a comeback includes building a 'psychographic' profile of every voter" (image from linked video at "Nix *said in his speech* [https://www.youtube.com/watch?v=n8Dd5aVXLCc]").