# EXHIBIT H

Audio Transcription

CNN Exclusive: Zuckerberg Apologizes



**Page 1**

```
10            YOU TUBE VIDEO TRANSCRIPTION
11         "CNN EXCLUSIVE: ZUCKERBERG APOLOGIZES"




22   Transcribed by:
23   Diana Sasseen
24   CSR No. 13456
25   Job No. 10066975
```

**Page 2**

1         LAURIE SEGALL:  I want to start with just a
2   basic question, Mark.  What happened?  What went wrong?
3         MARK ZUCKERBERG:  So this was a major breach of
4   trust, and I'm really sorry that this happened.  You
5   know, we have a basic responsibility to protect people's
6   data, and if we can't do that, then we don't deserve to
7   have the opportunity to serve people.
8         So our responsibility now is to make sure that
9   this doesn't happen again.  And there are a few basic
10  things that I think we need to do to ensure that.
11        One is making sure that developers like
12  Alexander Kogan who got access to a lot of information
13  and then improperly used it just don't get access to as
14  much information going forward.  So we are doing a set
15  of things to restrict the amount of access that
16  developers can get going forward.
17        But the other is we need to make sure that
18  there aren't any other Cambridge Analyticas out there,
19  right, or folks who have improperly accessed data.  So
20  we're going to go now and investigate every app that has
21  access to a large amount of information from before we
22  locked down our platform.  And if we detect any
23  suspicious activity, we're going to do a full forensic
24  audit.
25        LAURIE SEGALL:  Facebook has asked us to share

**Page 3**

1   our data, to share our lives on this platform, and has
2   wanted us to be transparent.  And people don't feel like
3   they've received that same amount of transparency.
4   They're wondering what's happening to their data, can
5   they trust Facebook.
6         MARK ZUCKERBERG:  Yeah.  So one of the most
7   important things that I think we need to do here is make
8   sure that we tell everyone whose data was affected by
9   one of these rogue apps, right?  And we're going to do
10  that.  We're going to build a tool where anyone can go
11  and see if their data was a part of this.
12        LAURIE SEGALL:  So the 50 million people that
13  were impacted, they will be able to tell if they were
14  impacted.
15        MARK ZUCKERBERG:  Yeah.  And we're going to be
16  even conservative on that.  So, you know, we may not
17  have all the data in our system today, so anyone whose
18  data might have been affected by this, we're going to --
19  we're going to make sure that we tell.
20        And going forward, when we -- when we identify
21  apps that are similarly doing sketchy things, we're
22  going to make sure that we tell people then too.  Right?
23  That's definitely something that, looking back on this,
24  you know, I regret that we didn't do at the time.  And I
25  think we got that wrong.  And we're committed to getting

**Page 4**

1   that right going forward.
2         ==LAURIE SEGALL:  I want to ask you about that,==
3   ==because when this came to light, you guys knew this a==
4   ==long time ago, that this data was out there, why didn't==
5   ==you tell users?  Don't you think users have the right to==
6   ==know that their data is being used for different==
7   ==purposes?==
8         ==MARK ZUCKERBERG:  So yes.  And let me tell you==
9   ==what we -- what actions we took.==
10        ==So in 2015 some journalists from "The Guardian"==
11  ==told us that they had seen or had some evidence that==
12  ==data that this app developer, Aleksandr Kogan who built==
13  ==this personality quiz app and a bunch of people used it==
14  ==and shared data with it, had sold that data to Cambridge==
15  ==Analytica and a few other firms.  And when we heard==
16  ==that -- I mean, that's against the policies, right, you==
17  ==can't share data in a way that people don't know or==
18  ==don't consent to -- we immediately banned Kogan's app.==
19        ==And further, we made it so that Kogan and==
20  ==Cambridge Analytica and the other folks with whom he==
21  ==shared the data, we asked for a formal certification==
22  ==that they had none of the data from anyone in the==
23  ==Facebook community, that they deleted it if they had it,==
24  ==and that they weren't using it.  And they provided that==
25  ==certification.==

**Page 5**

1        So as far as we understood around the time of
2    that episode, there was no data out there.
3        LAURIE SEGALL:  So why didn't Facebook follow
4    up?  You know, you say you certified it.  I think, why
5    wasn't there more of a follow-up, why wasn't there an
6    audit then?  Why did it take a big media report to get
7    that proactive approach?
8        MARK ZUCKERBERG:  Well, I mean, I don't know
9    about you, but I -- I'm used to when people legally
10   certify that they're going to do something that they do
11   it.  But I think that this was clearly a mistake in
12   retrospect, right?
13       LAURIE SEGALL:  Was it putting too much trust
14   in developers?
15       MARK ZUCKERBERG:  I -- I -- I mean, I think it
16   did.  And that's why, you know, we need to make sure
17   that we don't make that mistake ever again, which is why
18   one of the things that I announced today is that we're
19   going to do a full investigation into every app that had
20   access to a large amount of data from around this time,
21   before we locked down the platform.
22       And we're now not just going to take people's
23   word for it and -- when they give us a legal
24   certification, but if we see anything suspicious, which
25   I think that there probably were signs in this case that

**Page 6**

1    we could have looked into, we're going to do a full
2    forensic audit.
3        LAURIE SEGALL:  How do you know there aren't
4    hundreds more companies like Cambridge Analytica that
5    are also keeping data that violates Facebook's policies?
6        MARK ZUCKERBERG:  Well, I think the question
7    here is do -- are app developers who people have given
8    access to their data, are they doing something that
9    people don't want, are they selling the data in a way
10   that people that don't want, are they giving it to
11   someone that they don't have authorization to do?  And
12   this is something that I think we now need to go figure
13   out, right?
14       So for all these apps --
15       LAURIE SEGALL:  That's got to be a hard -- I've
16   got to say, that's going to be a really challenging
17   ordeal.  How do you actually go do that?  Because you
18   talk about it being years ago and then you guys have
19   made it a bit stricter for that kind of information to
20   be shared; but backtracking on it, it's got to be really
21   difficult to find out where that data's gone and what
22   other companies have shady access.
23       MARK ZUCKERBERG:  Yeah, I mean, so as you say,
24   the good news here is that we already changed the
25   platform policies in 2014.  But before that, we know

**Page 7**

1    what the apps were that had access to data, we know how
2    much -- how many people were using those services, and
3    we can look at the patterns of their data requests.  And
4    based on that, we think we'll have a pretty clear sense
5    of whether anyone was doing anything abnormal and we'll
6    be able to do a full audit of anyone who is
7    questionable.
8        LAURIE SEGALL:  Do you have any scale or any
9    scope of what you expect to find, anything in the scope
10   of what happened with Cambridge Analytica where you had
11   50 million users?
12       MARK ZUCKERBERG:  Well, it's hard to know what
13   we'll find, but we're going to review thousands of apps.
14   So this is going to be an intensive process, but this is
15   important.  I mean, this is something that in retrospect
16   we clearly should have done up front with Cambridge
17   Analytica, we should not have trusted the certification
18   that they gave us, and we're not going to make that
19   mistake again.
20       I mean, this is our responsibility to our
21   community, is to make sure that we secure the data that
22   they're sharing.
23       (End of recording.)
24
25

**Page 8**

1               REPORTER'S CERTIFICATE
2        I, the undersigned, a Certified Shorthand
3    Reporter of the State of California, do hereby certify:
4        That the foregoing electronically-recorded
5    proceedings were transcribed by me to the best of my
6    ability.
7        I further certify I am neither financially
8    interested in the action nor a relative or employee of
9    any attorney or party to this action.
10       IN WITNESS WHEREOF, I have this date
11   subscribed my name.
12
13   Dated: February 19, 2020
14
15
16                         _____
                            Diana Sasseen
17                          CSR No. 13456
18
19
20
21
22
23
24
25

**AUDIO TRANSCRIPTION**                                    **CNN Exclusive: Zuckerberg Apologizes**

**2**

**2014**  6:25

**5**

**50**  7:11

**A**

**able**  7:6
**abnormal**  7:5
**access**  5:20  6:8,22  7:1
**ago**  6:18
**amount**  5:20
**Analytica**  6:4  7:10,17
**announced**  5:18
**app**  5:19  6:7
**approach**  5:7
**apps**  6:14  7:1,13
**audit**  5:6  6:2  7:6
**authorization**  6:11

**B**

**backtracking**  6:20
**based**  7:4
**big**  5:6
**bit**  6:19

**C**

**Cambridge**  6:4  7:10,16
**case**  5:25

**certification**  5:24  7:17
**certified**  5:4
**certify**  5:10
**challenging**  6:16
**changed**  6:24
**clear**  7:4
**clearly**  5:11  7:16
**community**  7:21
**companies**  6:4,22

**D**

**data**  5:2,20  6:5,8,9  7:1,3,21
**data's**  6:21
**developers**  5:14  6:7
**difficult**  6:21
**doing**  6:8  7:5

**E**

**episode**  5:2
**expect**  7:9

**F**

**Facebook**  5:3
**Facebook's**  6:5
**far**  5:1
**figure**  6:12
**find**  6:21  7:9,13
**follow**  5:3
**follow-up**  5:5
**forensic**  6:2

**front**  7:16
**full**  5:19  6:1  7:6

**G**

**give**  5:23
**given**  6:7
**giving**  6:10
**go**  6:12,17
**going**  5:10,19,22  6:1, 16  7:13,14,18
**good**  6:24
**guys**  6:18

**H**

**happened**  7:10
**hard**  6:15  7:12
**hundreds**  6:4

**I**

**important**  7:15
**information**  6:19
**intensive**  7:14
**investigation**  5:19

**K**

**keeping**  6:5
**kind**  6:19
**know**  5:4,8,16  6:3,25  7:1,12

**L**

**large**  5:20

**LAURIE**  5:3,13  6:3,15  7:8
**legal**  5:23
**legally**  5:9
**locked**  5:21
**look**  7:3
**looked**  6:1

**M**

**MARK**  5:8,15  6:6,23  7:12
**mean**  5:8,15  6:23  7:15,20
**media**  5:6
**million**  7:11
**mistake**  5:11,17  7:19

**N**

**need**  5:16  6:12
**news**  6:24

**O**

**ordeal**  6:17

**P**

**patterns**  7:3
**people**  5:9  6:7,9,10  7:2
**people's**  5:22
**platform**  5:21  6:25
**policies**  6:5,25
**pretty**  7:4

**AUDIO TRANSCRIPTION**  **CNN Exclusive: Zuckerberg Apologizes**

proactive  5:7
probably  5:25
process  7:14
putting  5:13

**Q**

question  6:6
questionable  7:7

**R**

really  6:16,20
recording  7:23
report  5:6
requests  7:3
responsibility  7:20
retrospect  5:12 7:15
review  7:13
right  5:12 6:13

**S**

scale  7:8
scope  7:9
secure  7:21
see  5:24
SEGALL  5:3,13 6:3, 15 7:8
selling  6:9
sense  7:4
services  7:2
shady  6:22
shared  6:20
sharing  7:22
signs  5:25
stricter  6:19
sure  5:16 7:21
suspicious  5:24

**T**

take  5:6,22
talk  6:18
things  5:18
think  5:4,11,15,25 6:6,12 7:4
thousands  7:13
time  5:1,20
today  5:18
trust  5:13
trusted  7:17

**U**

understood  5:1
users  7:11

**V**

violates  6:5

**W**

want  6:9,10
wasn't  5:5
way  6:9
we'll  7:4,5,13
we're  5:18,22 6:1 7:13,18
word  5:23

**Y**

Yeah  6:23
years  6:18

**Z**

ZUCKERBERG  5:8, 15 6:6,23 7:12