# EXHIBIT K

→ Get the latest updates on how Facebook is responding to the coronavirus ✕

**FACEBOOK**  

Back to Newsroom

Facebook
———

# Suspending Cambridge Analytica and SCL Group From Facebook

March 16, 2018

> "Protecting people's information is at the heart of everything we do, and we require the same from people who operate apps on Facebook."

By Paul Grewal, VP & Deputy General Counsel

To help personalize content, tailor and measure ads, and provide a safer experience, we use cookies. By clicking or navigating the site, you agree to allow our collection of information on and off Facebook through cookies. Learn more, including about available controls: Cookies Policy

*Update on March 17, 2018, 9:50 AM PT:* The claim that this is a data breach is completely false. Aleksandr Kogan requested and gained access to information from users who chose to sign up to his app, and everyone involved gave their consent. People knowingly provided their information, no systems were infiltrated, and no passwords or sensitive pieces of information were stolen or hacked.

*Originally published on* **March 16, 2018:**

We are suspending Strategic Communication Laboratories (SCL), including their political data analytics firm, Cambridge Analytica, from Facebook. Given the public prominence of this organization, we want to take a moment to explain how we came to this decision and why.

## We Maintain Strict Standards and Policies

Protecting people's information is at the heart of everything we do, and we require the same from people who operate apps on Facebook. In 2015, we learned that a psychology professor at the University of Cambridge named Dr. Aleksandr Kogan lied to us and violated our [Platform Policies]() by passing data from an app that was using Facebook Login to SCL/Cambridge Analytica, a firm that does political, government and military work around the globe. He also passed that data to Christopher Wylie of Eunoia Technologies, Inc.

Like all app developers, Kogan requested and gained access to information from people after they chose to download his app. His app, "thisisyourdigitallife," offered a personality prediction, and billed itself on Facebook as "a research app used by psychologists." Approximately 270,000 people downloaded the app. In so doing, they gave their consent for Kogan to access information such as the city they set on their profile, or content they had liked, as well as more limited information about friends who had their privacy settings set to allow it.

Although Kogan gained access to this information in a legitimate way and through the proper channels that governed all developers on Facebook at that time, he did not subsequently abide by our rules. By passing information on to a third party, including SCL/Cambridge Analytica and Christopher Wylie of Eunoia Technologies, he violated

To help personalize content, tailor and measure ads, and provide a safer experience, we use cookies. By clicking or navigating the site, you agree to allow our collection of information on and off Facebook through cookies. Learn more, including about available controls: Cookies Policy

from Facebook and demanded certifications from Kogan and all parties he had given data to that the information had been destroyed. Cambridge Analytica, Kogan and Wylie all certified to us that they destroyed the data.

**Breaking the Rules Leads to Suspension**

Several days ago, we received reports that, contrary to the certifications we were given, not all data was deleted. We are moving aggressively to determine the accuracy of these claims. If true, this is another unacceptable violation of trust and the commitments they made. We are suspending SCL/Cambridge Analytica, Wylie and Kogan from Facebook, pending further information.

We are committed to vigorously enforcing our policies to protect people's information. We will take whatever steps are required to see that this happens. We will take legal action if necessary to hold them responsible and accountable for any unlawful behavior.

**How Things Have Changed**

We are constantly working to improve the safety and experience of everyone on Facebook. In the past five years, we have made significant improvements in our ability to detect and prevent violations by app developers. Now all apps requesting detailed user information go through our App Review process, which requires developers to justify the data they're looking to collect and how they're going to use it – before they're allowed to even ask people for it.

In 2014, after hearing feedback from the Facebook community, we made an update to ensure that each person decides what information they want to share about themselves, including their friend list. This is just one of the many ways we give people the tools to control their experience. Before you decide to use an app, you can review the permissions the developer is requesting and choose which information to share. You can manage or revoke those permissions at any time.

On an ongoing basis, we also do a variety of manual and automated checks to ensure

To help personalize content, tailor and measure ads, and provide a safer experience, we use cookies. By clicking or navigating the site, you agree to allow our collection of information on and off Facebook through cookies. Learn more, including about available controls: Cookies Policy

We enforce our policies in a variety of ways — from working with developers to fix the problem, to suspending developers from our platform, to pursuing litigation.

Categories: Data and Privacy, Facebook

Tags: Platform, Security

Like       Share       Tweet       ✉ Email

## RELATED NEWS

Facebook

### An Update on Our App Developer Investigation

We're sharing an update on our ongoing App Developer Investigation, which we began in March of 2018 as part of our response to the episode involving Cambridge Analytica.

September 20, 2019

### Topics

Facebook

Data and Privacy

Technology and Innovation

Election Integrity

Safety and Expression

Public Policy

Economic Opportunity

Strengthening Communities

### Featured News

To help personalize content, tailor and measure ads, and provide a safer experience, we use cookies. By clicking or navigating the site, you agree to allow our collection of information on and off Facebook through cookies. Learn more, including about available controls: Cookies Policy

## Facebook

### Removing Coordinated Inauthentic Behavior From Russia

March 12, 2020

To help personalize content, tailor and measure ads, and provide a safer experience, we use cookies. By clicking or navigating the site, you agree to allow our collection of information on and off Facebook through cookies. Learn more, including about available controls: Cookies Policy

## Facebook

### Helping to Close the Gender Data Gap

March 10, 2020

# FACEBOOK

## Company

Newsroom

Company Info

Careers

For Investors

Brand Resources

## Facebook Policies

Community Standards

Data Policy

Cookie Policy

Terms of Service

## Technologies

Facebook app

Messenger

Instagram

WhatsApp

Oculus

Workplace

To help personalize content, tailor and measure ads, and provide a safer experience, we use cookies. By clicking or navigating the site, you agree to allow our collection of information on and off Facebook through cookies. Learn more, including about available controls: Cookies Policy

Facebook app Help Center
Messenger Help Center
Instagram Help Center
WhatsApp Help Center
Oculus Support
Workplace Help Center
Portal Help Center

# FACEBOOK

Follow Us

United States (English) ▼

Site Map

© 2020 FACEBOOK

To help personalize content, tailor and measure ads, and provide a safer experience, we use cookies. By clicking or navigating the site, you agree to allow our collection of information on and off Facebook through cookies. Learn more, including about available controls: <u>Cookies Policy</u>