Orin Snyder (*pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Paul J. Collins (SBN 187709)
  pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendants Facebook, Inc.,
Mark E. Zuckerberg, Sheryl K. Sandberg, and
David M. Wehner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Date First Action Filed: March 20, 2018 |

I, BRIAN M. LUTZ, declare and state as follows:

1. I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Facebook, Inc. ("Facebook"), Mark E. Zuckerberg, Sheryl S. Sandberg, and David M. Wehner (collectively, "Defendants") in the above-captioned case. I make this Declaration in support of Defendants' Reply in Support of Their Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws, filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2. Attached hereto as **Exhibit 31** is a true and correct copy of Facebook's Annual Report on Form 10-K for the fiscal year ended December 31, 2016, filed with the United States Securities & Exchange Commission on February 3, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of May, 2020, at San Francisco, California.

By: _____/s/ Brian M. Lutz_____
     Brian M. Lutz

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Orin Snyder, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: May 6, 2020                    By:   */s/ Orin Snyder*
                                                    Orin Snyder