Orin Snyder (*pro hac vice*)
    osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Brian M. Lutz (SBN 255976)
    blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Joshua S. Lipshutz (SBN 242557)
    jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Paul J. Collins (SBN 187709)
    pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone:  650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendants Facebook, Inc.,*
*Mark E. Zuckerberg, Sheryl K. Sandberg, and*
*David M. Wehner*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>Date First Action Filed: March 20, 2018 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Evidence 201(b), Defendants Facebook, Inc. ("Facebook"), Mark E. Zuckerberg, Sheryl S. Sandberg, and David M. Wehner (collectively, "Defendants") respectfully request that the Court take judicial notice of Exhibit 31 attached to the accompanying Declaration of Brian M. Lutz (the "Lutz Declaration") in support of Defendants' Reply in Support of Their Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws, filed concurrently herewith.

## I.    DISCUSSION

In ruling on a motion to dismiss, the Court may look beyond the four corners of the complaint to documents incorporated in the complaint by reference and matters subject to judicial notice. *See Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018); *Lee v. City of L.A.*, 250 F.3d 668, 688-89 (9th Cir. 2001). Under the incorporation by reference doctrine, the Court may consider on a motion to dismiss not only documents attached to the complaint, but also documents that the complaint "necessarily relies" on, the authenticity and relevance of which are uncontested. *See Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010); *accord Lee*, 250 F.3d at 688-89.

The Court also may take judicial notice of matters that are either (1) generally known within the trial court's territorial jurisdiction, (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned, or (3) not subject to reasonable dispute. Fed. R. Evid. 201(b). Proper subjects of judicial notice on a motion to dismiss include "matters of public record," *see Khoja*, 899 F.3d at 999.

**Exhibit 31** is Facebook's February 3, 2017 Annual Report on Form 10-K for the fiscal year ended December 31, 2016, which is referenced and relied on in paragraphs 350, 355, 358, 401, and 472 of the Second Amended Complaint (the "SAC"). Because it is referenced and relied on in the SAC, the Court may consider Exhibit 31 under the incorporation by reference doctrine. *See Coto*, 593 F.3d at 1038. Judicial notice of this Exhibit also is appropriate because it is a public filing made by Facebook with the United States Securities and Exchange Commission, and therefore is a matter of public record not subject to reasonable dispute. *See* Fed. R. Evid. 201(b); *see also Weller v. Scout Analytics, Inc.*,

Gibson, Dunn & Crutcher LLP

1    230 F. Supp. 3d 1085, 1094 n.5 (N.D. Cal. 2017) (Davila, J.) (taking judicial notice of SEC filings);

2    *Voss v. Sutardja*, 2015 WL 349444, at *5 (N.D. Cal. Jan. 26, 2015) (same).

**II.    CONCLUSION**

3

4        For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of

5    Exhibit 31 and deem it incorporated by reference in the SAC.

6

7    Dated: May 6, 2020                          GIBSON, DUNN & CRUTCHER LLP

8                                                By:    _____*/s/ Orin Snyder*_____
                                                        Orin Snyder
9                                                       200 Park Avenue
                                                        New York, N.Y. 10166-0193
10                                                      Tel: 212.351.4000
                                                        Fax: 212.351.4035
11                                                      osnyder@gibsondunn.com

12                                                      Brian M. Lutz
                                                        555 Mission Street
13                                                      Suite 3000
                                                        San Francisco, CA 94105-0921
14                                                      Tel: 415.393.8200
                                                        Fax: 415.374.8306
15                                                      blutz@gibsondunn.com

16                                                      Paul J. Collins
                                                        1881 Page Mill Road
17                                                      Palo Alto, CA 94304-1211
                                                        Tel:  650.849.5300
18                                                      Fax:  650.849.5333
                                                        pcollins@gibsondunn.com
19
                                                        Joshua S. Lipshutz
20                                                      1050 Connecticut Avenue, N.W.
                                                        Washington, D.C. 20036-5306
21                                                      Tel:  202.955.8500
                                                        Fax:  202.467.0539
22                                                      jlipshutz@gibsondunn.com
23
                                                        *Attorneys for Defendants Facebook, Inc.,*
24                                                      *Mark E. Zuckerberg, Sheryl K. Sandberg,*
                                                        *and David M. Wehner*
25

26

27

28