Orin Snyder (*pro hac vice*)
 osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Joshua S. Lipshutz (SBN 242557)
 jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  202.955.8217
Fax:  202.530.9614

Brian M. Lutz (SBN 255976)
 blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

Paul J. Collins (SBN 187709)
 pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone:  650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendants Facebook, Inc.,*
*Mark E. Zuckerberg, Sheryl K. Sandberg, and*
*David M. Wehner*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO. 5:18-CV-01725-EJD<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CHANGE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT PURSUANT TO CIVIL LOCAL RULE 6-2** |

Pursuant to Local Rule 6-2, Lead Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, and Public Employees' Retirement System of Mississippi (collectively, "Plaintiffs") and Defendants Facebook, Inc., Mark E. Zuckerberg, David M. Wehner, and Sheryl K. Sandberg ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the following:

1  WHEREAS, on July 8, 2020, the Court set a Case Management Conference for August 27,

2  2020 and ordered the Joint Case Management Statement due August 17, 2020 (ECF No. 135);

3  WHEREAS, on August 7, 2020, the Court issued an order granting Defendants' motion to

4  dismiss Plaintiffs' Second Amended Complaint with leave to amend (ECF No. 137);

5  WHEREAS, Plaintiffs' deadline to file an amended complaint is September 23, 2020 (ECF

6  No. 137);

7  WHEREAS, in light of the above, the parties have met and conferred and believe that a Case

8  Management Conference and a Joint Case Management Statement are not necessary at this time; and

9  WHEREAS, the parties respectfully request the Case Management Conference be continued

10  until after resolution of the motion to dismiss any amended complaint, should Plaintiffs choose to file

11  one, with the Joint Case Management Statement due ten days before the Case Management

12  Conference.

13  THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES,

14  SUBJECT TO THE COURT'S APPROVAL:

15  1.  The Case Management Conference shall be continued from August 27, 2020 until a
16  date to be determined after the resolution of Defendants' motion to dismiss any
amended complaint; and

17  2.  The Joint Case Management Statement shall be filed ten days prior to the date set for
18  the Case Management Conference.

19

20  DATED:  August 10, 2020                     ROBBINS GELLER RUDMAN
21                                                 & DOWD LLP
                                                DENNIS J. HERMAN
22                                              JASON C. DAVIS
                                                KENNETH J. BLACK

23                                              **/s/       Jason C. Davis
                                                JASON C. DAVIS
24
25                                              One Montgomery Street, Suite 1800
                                                San Francisco, CA 94104
26                                              Telephone: 415/288-4545
                                                415/288-4534 (fax)

27                                              *Counsel for Amalgamated and Co-Lead Counsel
                                                for the Class*
28

-2-

1

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

2

3

BERNSTEIN LITOWITZ BERGER &
    GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES

4

5

***/s/        John C. Browne*
JOHN C. BROWNE

6

7

1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)

8

9

*Counsel for Mississippi and Co-Lead Counsel
for the Class*

10

11

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

12

13

PIERCE BAINBRIDGE BECK PRICE
    & HECHT LLP
DAVID L. HECHT
YI WEN WU
20 West 23rd Street, Fifth Floor
New York, NY 10010
Telephone: 213/262-9333

14

15

16

*Counsel for Helms and Additional Counsel for
the Class*

17

18

POMERANTZ LLP
JEREMEY A. LIEBERMAN
J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)

19

20

21

22

*Counsel for Kacouris and Additional Counsel for
the Class*

23

DATED:  August 10, 2020

GIBSON, DUNN & CRUTCHER LLP

24

*/s/        Orin Snyder*
ORIN SNYDER

25

26

200 Park Avenue
New York, NY 10166
Telephone: 212/351-4000
212/351-4035 (fax)

27

28

-3-

STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
CHANGE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT
NO. 5:18-CV-01725-EJD

*Attorneys for Defendants Facebook, Inc., Mark E.
Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Orin Snyder, am the ECF User whose identification and password are being used to file this document.  Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

\* \* \*

**[PROPOSED] ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  August 10, 2020    _____

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

**The Case Management Conference set for August 27, 2020 is CONTINUED to November 12, 2020.  The Parties shall file an joint statement by November 2, 2020.**

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CHANGE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT
NO. 5:18-CV-01725-EJD