| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>DENNIS J. HERMAN (220163)<br>JASON C. DAVIS (253370)<br>KENNETH J. BLACK (291871)<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br>dherman@rgrdlaw.com<br>jdavis@rgrdlaw.com<br>kennyb@rgrdlaw.com | BERNSTEIN LITOWITZ BERGER &<br>  GROSSMANN LLP<br>JOHN C. BROWNE<br>JEREMY P. ROBINSON<br>KATE W. AUFSES<br>1251 Avenue of the Americas<br>New York, NY  10020<br>Telephone:  212/554-1400<br>212/554-1444 (fax)<br>johnb@blbglaw.com<br>jeremy@blbglaw.com<br>kate.aufses@blbglaw.com |

*Co-Lead Counsel for the Class*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 5:18-cv-01725-EJD<br><br>CLASS ACTION<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME TO FILE FURTHER AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-2 AND ESTABLISHING BRIEFING SCHEDULE FOR RULE 12 MOTIONS OR TO ANSWER AMENDED COMPLAINT** |

Pursuant to Local Rule 6-2, Lead Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, and Public Employees' Retirement System of Mississippi (collectively, "Plaintiffs") and Defendants Facebook, Inc., Mark E. Zuckerberg, David M. Wehner, and Sheryl K. Sandberg ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the following:

1     WHEREAS, on August 7, 2020, this Court entered an order granting Defendants' motion to dismiss the second amended class action complaint with leave to amend (ECF No. 137);

    WHEREAS, this Court set a deadline of September 23, 2020 for Plaintiffs to file a further amended complaint (*id.*);

    WHEREAS, in light of the intervening religious holidays, various scheduling conflicts and complications arising from the COVID-19 pandemic, Co-Lead Counsel for Plaintiffs requested Defendants' consent to a short extension of the deadline to file an amended complaint to October 16, 2020;

    WHEREAS, Defendants consented to Plaintiffs' requested extension;

    WHEREAS, good cause exists for the requested extension given the parties' agreement on the requested extension; scheduling conflicts faced by Co-Lead Counsel for Plaintiffs; and because no other case deadlines will be affected by this short extension;

    WHEREAS, this is the first request to extend the time for Plaintiffs to file and serve the third amended complaint; and

    WHEREAS, the Parties have met and conferred and agreed to the schedule set forth below for filing the third amended complaint and responding to any motion directed at that pleading.

    THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES, SUBJECT TO THE COURT'S APPROVAL:

1.  Plaintiffs shall file and serve a third amended complaint (the "TAC") on or before October 16, 2020;

2.  Defendants shall file and serve their response to the TAC on or before December 18, 2020;

3.  If Defendants respond by moving to dismiss the TAC, Defendants' opening memorandum of law shall be no more than 35 pages in length (excluding the caption page, table of contents, table of authorities, and signature page), and Plaintiffs shall file and serve their opposition papers on or before February 19, 2021, including an opposition

-2-

    memorandum of law totaling no more than 35 pages in length (excluding the caption page, table of contents, table of authorities, and signature page);

4. Defendants shall file a reply memorandum of law totaling no more than 25 pages in length (excluding the caption page, table of contents, table of authorities, and signature page) in further support of their motion to dismiss on or before April 5, 2021; and

5. The parties expressly reserve all of their claims, rights, defenses, and arguments, and, by entering into this stipulation, in no way waive or intend to waive any claims, rights, defenses, or arguments they may wish to exercise or assert in this action or any separate action.

IT IS SO STIPULATED.

DATED:  September 15, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
JASON C. DAVIS
KENNETH J. BLACK

*/s/ Dennis J. Herman*
DENNIS J. HERMAN

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

*Counsel for Amalgamated and Co-Lead Counsel for the Class*

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES

*/s/ John C. Browne*
JOHN C. BROWNE

1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)

*Counsel for Mississippi and Co-Lead Counsel for the Class*

-3-

STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME TO FILE AMENDED COMPLAINT AND ESTABLISHING SCHEDULE
No. 5:18-cv-01725-EJD

| | |
|---|---|
| | PIERCE BAINBRIDGE BECK PRICE & HECHT LLP |
| | DAVID L. HECHT |
| | YI WEN WU |
| | 20 West 23rd Street, Fifth Floor |
| | New York, NY 10010 |
| | Telephone: 213/262-9333 |
| | |
| | Counsel for Helms and Additional Counsel for the Class |
| | |
| | POMERANTZ LLP |
| | JEREMEY A. LIEBERMAN |
| | J. ALEXANDER HOOD II |
| | 600 Third Avenue, 20th Floor |
| | New York, NY 10016 |
| | Telephone: 212/661-1100 |
| | 212/661-8665 (fax) |
| | |
| | Counsel for Kacouris and Additional Counsel for the Class |
| DATED: September 15, 2020 | GIBSON, DUNN & CRUTCHER LLP |
| | |
| | ** */s/ Orin Snyder* |
| | ORIN SNYDER |
| | |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone: 212/351-4000 |
| | 212/351-4035 (fax) |
| | |
| | *Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner* |
| | |
| | ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory. |

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, John C. Browne, am the ECF User whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

-4-

STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME TO FILE AMENDED COMPLAINT AND ESTABLISHING SCHEDULE
No. 5:18-CV-01725-EJD

\* \* \*

**[PROPOSED] ORDER GRANTING STIPULATION**

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

DATED: _____      _____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, John C. Browne, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 1251 Avenue of the Americas, 44th Floor, New York, NY 10020, in said County and State.

I hereby certify that on September 15, 2020, the foregoing **STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME TO FILE AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-2 AND ESTABLISHING BRIEFING SCHEDULE FOR RULE 12 MOTIONS OR TO ANSWER AMENDED COMPLAINT** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

Dated: September 15, 2020                    /s/  *John C. Browne*
                                             John C. Browne