1   Orin Snyder (*pro hac vice*)          Joshua S. Lipshutz (SBN 242557)
      osnyder@gibsondunn.com                 jlipshutz@gibsondunn.com
2   GIBSON, DUNN & CRUTCHER LLP       GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue                     1050 Connecticut Avenue, N.W.
3   New York, NY 10166-0193             Washington, D.C. 20036
    Telephone: 212.351.4000             Tel: 202.955.8217
4   Facsimile: 212.351.4035             Fax: 202.530.9614

5   Brian M. Lutz (SBN 255976)          Paul J. Collins (SBN 187709)
      blutz@gibsondunn.com                 pcollins@gibsondunn.com
6   GIBSON, DUNN & CRUTCHER LLP       GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000      1881 Page Mill Road
7   San Francisco, CA 94105-0921        Palo Alto, CA 94304-1211
    Telephone: 415.393.8200             Telephone: 650.849.5300
8   Facsimile: 415.393.8306             Facsimile: 650.849.5333

9   *Attorneys for Defendants Facebook, Inc.,*
    *Mark E. Zuckerberg, Sheryl K. Sandberg, and*
10  *David M. Wehner*

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13  In re FACEBOOK, INC. SECURITIES      )   CASE NO. 5:18-CV-01725-EJD
14  LITIGATION                           )
                                         )   **STIPULATED REQUEST AND**
15  This Document Relates To:            )   **[PROPOSED] ORDER TO CONTINUE**
                                         )   **CASE MANAGEMENT CONFERENCE**
16       ALL ACTIONS.                    )   **AND CHANGE TIME TO FILE JOINT**
                                         )   **CASE MANAGEMENT STATEMENT**
17                                       )   **PURSUANT TO CIVIL LOCAL RULE 6-2**
                                         )
18                                       )
                                         )
19                                       )
                                         )
20  _____ )

21

22          Pursuant to Local Rule 6-2, Lead Plaintiffs Amalgamated Bank, as Trustee for the LV

23  LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant

24  LargeCap Equity VEBA Fund, and Public Employees' Retirement System of Mississippi

25  (collectively, "Plaintiffs") and Defendants Facebook, Inc., Mark E. Zuckerberg, David M. Wehner,

26  and Sheryl K. Sandberg ("Defendants"), by and through their undersigned counsel, hereby stipulate

27  and agree to the following:

28

1    WHEREAS, on August 10, 2020, the Court set a Case Management Conference for

2 November 12, 2020, and ordered the Joint Case Management Statement filed by November 2, 2020

3 (ECF No. 139);

4    WHEREAS, Plaintiffs filed their third amended complaint ("TAC") on October 16, 2020

5 (ECF No. 142);

6    WHEREAS, Defendants' motion to dismiss the TAC is scheduled to be filed December 18,

7 2020, and fully briefed by April 5, 2021 (ECF No. 141);

8    WHEREAS, in light of the above, the parties have met and conferred and believe that a Case

9 Management Conference and a Joint Case Management Statement are not necessary at this time; and

10    WHEREAS, the parties respectfully request the Case Management Conference be continued

11 until after resolution of the motion to dismiss the TAC, with the Joint Case Management Statement

12 due ten days before the Case Management Conference.

13    THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES,

14 SUBJECT TO THE COURT'S APPROVAL:

15    1.    The Case Management Conference shall be continued from November 12, 2020, until
16         a date to be determined after the resolution of Defendants' motion to dismiss the TAC;
           and

17    2.    The Joint Case Management Statement shall be filed ten days prior to the date set for
18         the Case Management Conference.

19

20 DATED:  October 27, 2020              ROBBINS GELLER RUDMAN
                                           & DOWD LLP
21                                       DENNIS J. HERMAN
                                         JASON C. DAVIS
22                                       KENNETH J. BLACK

23                                       **/s/      *Jason C. Davis*
                                         JASON C. DAVIS
24
25                                       One Montgomery Street, Suite 1800
                                         San Francisco, CA 94104
26                                       Telephone: 415/288-4545
                                         415/288-4534 (fax)

27                                       *Counsel for Amalgamated and Co-Lead Counsel*
                                         *for the Class*
28

-2-

1

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic
filer has obtained approval from this signatory.

2

3

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE

4

JEREMY P. ROBINSON
KATE W. AUFSES

5

\*\*/s/      *John C. Browne*

6

JOHN C. BROWNE

7

1251 Avenue of the Americas
New York, NY 10020

8

Telephone: 212/554-1400
212/554-1444 (fax)

9

*Counsel for Mississippi and Co-Lead Counsel*

10

*for the Class*

11

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic
filer has obtained approval from this signatory.

12

13

PIERCE BAINBRIDGE BECK PRICE
  & HECHT LLP
DAVID L. HECHT

14

YI WEN WU
20 West 23rd Street, Fifth Floor

15

New York, NY 10010
Telephone: 213/262-9333

16

*Counsel for Helms and Additional Counsel for*

17

*the Class*

18

POMERANTZ LLP
JEREMEY A. LIEBERMAN

19

J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor

20

New York, NY 10016
Telephone: 212/661-1100

21

212/661-8665 (fax)

22

*Counsel for Kacouris and Additional Counsel for*

23

*the Class*

DATED: October 27, 2020

GIBSON, DUNN & CRUTCHER LLP

24

/s/      *Orin Snyder*

25

ORIN SNYDER

26

200 Park Avenue
New York, NY 10166

27

Telephone: 212/351-4000
212/351-4035 (fax)

28

-3-

1

*Attorneys for Defendants Facebook, Inc., Mark E.*
*Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

2

3
## CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

4     I, Orin Snyder, am the ECF User whose identification and password are being used to file this

5 document.  Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document

6 has been obtained from each of the other signatories.

7
\*       \*       \*
8

9
## [PROPOSED] ORDER GRANTING STIPULATION

10     PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12 DATED: _____     _____

13                             THE HONORABLE EDWARD J. DAVILA
                               UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Orin Snyder, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 200 Park Avenue, New York, NY 10166, in said County and State.

I hereby certify that on October 27, 2020, the foregoing **STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME TO CONTINUE CASE MANAGEMENT CONFERENCE AND CHANGE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT PURSUANT TO CIVIL LOCAL RULE 6-2** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

Dated:  October 27, 2020

/s/     *Orin Snyder*
ORIN SNYDER