| | |
|---|---|
| Orin Snyder (*pro hac vice*)<br>   osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 | Joshua S. Lipshutz (SBN 242557)<br>   jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Tel: 202.955.8217<br>Fax: 202.530.9614 |
| Brian M. Lutz (SBN 255976)<br>   blutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | Paul J. Collins (SBN 187709)<br>   pcollins@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 |

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO. 5:18-CV-01725-EJD<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CHANGE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT PURSUANT TO CIVIL LOCAL RULE 6-2** |

Pursuant to Local Rule 6-2, Lead Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, and Public Employees' Retirement System of Mississippi (collectively, "Plaintiffs") and Defendants Facebook, Inc., Mark E. Zuckerberg, David M. Wehner, and Sheryl K. Sandberg ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the following:

1   WHEREAS, on August 10, 2020, the Court set a Case Management Conference for November 12, 2020, and ordered the Joint Case Management Statement filed by November 2, 2020 (ECF No. 139);

WHEREAS, Plaintiffs filed their third amended complaint ("TAC") on October 16, 2020 (ECF No. 142);

WHEREAS, Defendants' motion to dismiss the TAC is scheduled to be filed December 18, 2020, and fully briefed by April 5, 2021 (ECF No. 141);

WHEREAS, in light of the above, the parties have met and conferred and believe that a Case Management Conference and a Joint Case Management Statement are not necessary at this time; and

WHEREAS, the parties respectfully request the Case Management Conference be continued until after resolution of the motion to dismiss the TAC, with the Joint Case Management Statement due ten days before the Case Management Conference.

THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES, SUBJECT TO THE COURT'S APPROVAL:

1. The Case Management Conference shall be continued from November 12, 2020, until a date to be determined after the resolution of Defendants' motion to dismiss the TAC; and

2. The Joint Case Management Statement shall be filed ten days prior to the date set for the Case Management Conference.

DATED: October 27, 2020

ROBBINS GELLER RUDMAN
   & DOWD LLP
DENNIS J. HERMAN
JASON C. DAVIS
KENNETH J. BLACK

**/s/      *Jason C. Davis*
JASON C. DAVIS

One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

*Counsel for Amalgamated and Co-Lead Counsel for the Class*

-2-
STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
CHANGE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT
NO. 5:18-CV-01725-EJD

|   |   |
|---|---|
| | ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory. |
| | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| | JOHN C. BROWNE |
| | JEREMY P. ROBINSON |
| | KATE W. AUFSES |
| | **/s/      John C. Browne |
| | JOHN C. BROWNE |
| | 1251 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: 212/554-1400 |
| | 212/554-1444 (fax) |
| | *Counsel for Mississippi and Co-Lead Counsel for the Class* |
| | ** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory. |
| | PIERCE BAINBRIDGE BECK PRICE & HECHT LLP |
| | DAVID L. HECHT |
| | YI WEN WU |
| | 20 West 23rd Street, Fifth Floor |
| | New York, NY 10010 |
| | Telephone: 213/262-9333 |
| | *Counsel for Helms and Additional Counsel for the Class* |
| | POMERANTZ LLP |
| | JEREMEY A. LIEBERMAN |
| | J. ALEXANDER HOOD II |
| | 600 Third Avenue, 20th Floor |
| | New York, NY 10016 |
| | Telephone: 212/661-1100 |
| | 212/661-8665 (fax) |
| | *Counsel for Kacouris and Additional Counsel for the Class* |
| DATED: October 27, 2020 | GIBSON, DUNN & CRUTCHER LLP |
| | /s/      Orin Snyder |
| | ORIN SNYDER |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Telephone: 212/351-4000 |
| | 212/351-4035 (fax) |

-3-

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CHANGE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT
NO. 5:18-CV-01725-EJD

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Orin Snyder, am the ECF User whose identification and password are being used to file this document.  Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

\* \* \*

**[PROPOSED] ORDER GRANTING STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  Oct. 28, 2020

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Orin Snyder, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 200 Park Avenue, New York, NY 10166, in said County and State.

I hereby certify that on October 27, 2020, the foregoing **STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME TO CONTINUE CASE MANAGEMENT CONFERENCE AND CHANGE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT PURSUANT TO CIVIL LOCAL RULE 6-2** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

Dated:  October 27, 2020                         /s/      *Orin Snyder*
                                                 ORIN SNYDER

STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CHANGE TIME TO FILE JOINT CASE MANAGEMENT STATEMENT
NO. 5:18-CV-01725-EJD