| | |
|---|---|
| Orin Snyder (*pro hac vice*)<br>osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 | Joshua S. Lipshutz (SBN 242557)<br>jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |
| Brian M. Lutz (SBN 255976)<br>blutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 | Paul J. Collins (SBN 187709)<br>pcollins@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333 |

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date First Action Filed: March 20, 2018 |

I, BRIAN M. LUTZ, declare and state as follows:

1. I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Facebook, Inc. ("Facebook"), Mark E. Zuckerberg, Sheryl S. Sandberg, and David M. Wehner (collectively, "Defendants") in the above-captioned case. I make this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Third Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of Facebook's earnings call for the first quarter of 2018, titled "First Quarter 2018 Results Conference Call," and dated April 25, 2018.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of Facebook's earnings call for the second quarter of 2018, titled "Second Quarter 2018 Results Conference Call," and dated July 25, 2018.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a transcript of a November 27, 2018 witness examination before the Digital, Culture, Media and Sport Committee of the House of Commons of the United Kingdom, available at http://data.parliament.uk/ WrittenEvidence/CommitteeEvidence.svc/EvidenceDocument/Digital,%20Culture,%20Media%20an d%20Sport/Disinformation%20and%20%E2%80%98fake%20news%E2%80%99/Oral/92924.html.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a February 18, 2019 report from the Information Commissioner's Office of the Parliament of the United Kingdom titled "Disinformation and 'fake news': Final Report," available at https://publications.parliament.uk/ pa/cm201719/cmselect/cmcumeds/1791/1791.pdf.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a May 14, 2018 letter with attachments from Rebecca Stimson, Head of Public Policy, Facebook UK, to Damian Collins, Chair, Digital, Culture, Media and Sport Committee, United Kingdom House of Commons, available at https://www.parliament.uk/globalassets/documents/commons-committees/culture-media-and-sport/180514-Rebecca-Stimson-Facebook-to-Ctte-Chair-re-oral-ev-follow-up.pdf.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a Memorandum Opinion issued by Vice Chancellor Slights of the Delaware Court of Chancery from the case *In re Facebook, Inc. Section 220 Litigation*, C.A. No. 2018-0661-JRS (Del. Ch.), dated May 31, 2019.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Complaint (ECF No. 1) from the case *SEC v. Facebook, Inc.*, No. 3:19-cv-04241 (N.D. Cal.), dated July 24, 2019.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Complaint (ECF No. 1) from the case *United States v. Facebook, Inc.*, No. 1:19-cv-2184 (D.D.C.), dated July 24, 2019.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an article published by *The Guardian* on December 11, 2015, titled "Ted Cruz using firm that harvested data on millions of unwitting Facebook users," and available at https://www.theguardian.com/us-news/2015/dec/11/senator-ted-cruz-president-campaign-facebook-user-data.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an article published by *The New York Times* on December 15, 2015, titled "Is It Ted Cruz's Party—or Marco Rubio's?" and available at https://www.nytimes.com/2015/12/15/opinion/campaign-stops/is-it-ted-cruzs-party-or-marco-rubios.html.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an article published by *Bloomberg* on October 27, 2016, titled "Inside the Trump Bunker, With Days to Go," and available at https://www.bloomberg.com/news/articles/2016-10-27/inside-the-trump-bunker-with-12-days-to-go.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an article published by *Reuters* on October 27, 2016, titled "Facebook executives feel the heat of content controversies," and available at https://www.reuters.com/article/us-facebook-content-insight/facebook-executives-feel-the-heat-of-content-controversies-idUSKCN12S0D3.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an article published by *The New York Times* on November 19, 2016, titled "Cambridge Analytica and the Secret Agenda of a Facebook Quiz," and available at https://www.nytimes.com/2016/11/20/opinion/cambridge-analytica-facebook-quiz.html.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an article published by *The Boston Globe* on November 30, 2016, titled "Surveillance is everywhere now," and available at

https://www.bostonglobe.com/metro/2016/11/30/hitting-where-live/3BIyN6FAFZ2efwnCm34i8H/story.html.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an article published by *Vice* on January 28, 2017, titled "The Data That Turned the World Upside Down," and available at https://www.vice.com/en/article/mg9vvn/how-our-likes-helped-trump-win.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an article published by *Medium* on February 12, 2017, titled "The Rise of the Weaponized AI Propaganda Machine," and available at https://medium.com/join-scout/the-rise-of-the-weaponized-ai-propaganda-machine-86dac61668b.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an article published by *The Guardian* on March 4, 2017, titled "Watchdog to launch inquiry into misuse of data in politics," and available at https://www.theguardian.com/technology/2017/mar/04/cambridge-analytics-data-brexit-trump.

19. Attached hereto as **Exhibit 18** is a true and correct copy of an article published by *The Intercept* on March 30, 2017, titled "Facebook Failed to Protect 30 Million Users From Having Their Data Harvested by Trump Campaign Affiliate," and available at https://theintercept.com/2017/03/30/facebook-failed-to-protect-30-million-users-from-having-their-data-harvested-by-trump-campaign-affiliate/.

20. Attached hereto as **Exhibit 19** is a true and correct copy of an article published by *The New York Review* on June 8, 2017, titled "How He Used Facebook to Win," and available at https://www.nybooks.com/articles/2017/06/08/how-trump-used-facebook-to-win/.

21. Attached hereto as **Exhibit 20** is a true and correct copy of an article published by *The New York Times* on November 19, 2017, titled "We Can't Trust Facebook to Regulate Itself," and available at https://www.nytimes.com/2017/11/19/opinion/facebook-regulation-incentive.html.

22. Attached hereto as **Exhibit 21** is a true and correct copy of an article published by *The Guardian* on March 17, 2018, titled "Revealed: 50 million Facebook profiles harvested for Cambridge Analytica in major data breach," and available at https://www.theguardian.com/news/2018/mar/17/cambridge-analytica-facebook-influence-us-election.

23. Attached hereto as **Exhibit 22** is a true and correct copy of an article published by *The New York Times* on March 17, 2018, titled "How Trump Consultants Exploited the Facebook Data of Millions," and available at https://www.nytimes.com/2018/03/17/us/politics/cambridge-analytica-trump-campaign.html.

24. Attached hereto as **Exhibit 23** is a true and correct copy of an article published by *The Guardian* on March 20, 2018, titled "'Utterly horrifying': ex-Facebook Insider says covert data harvesting was routine," and available at https://www.theguardian.com/news/2018/mar/20/facebook-data-cambridge-analytica-sandy-parakilas.

25. Attached hereto as **Exhibit 24** is a true and correct copy of an article published by *TechCrunch* on January 17, 2020, titled "Cambridge Analytica email chain with Facebook sheds new light on data misuse scandal," and available at https://techcrunch.com/2020/01/17/cambridge-analytica-whistleblower-reveals-new-documents-showing-how-facebook-handled-the-data-misuse-scandal/.

26. Attached hereto as **Exhibit 25** is a true and correct copy of a January 3, 2014 screenshot of Facebook's Data Policy, last revised November 15, 2013, located at https://www.facebook.com/full_data_use_policy, which was captured using the "Wayback Machine," located at http://archive.org/web/.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a court reporter-prepared transcript of an interview of Roger McNamee on April 28, 2018, titled "From Mentor to Activist: Facebook Through the Eyes of Roger McNamee," and available at https://www.youtube.com/watch?v=jE3bokK42JI.

28. Attached hereto as **Exhibit 27** is a true and correct copy of a table showing the historical trading prices of Facebook common stock from January 2, 2018 through December 11, 2018, which was extracted from Bloomberg by counsel for Defendants.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a page from Facebook's Help Center entitled "What is public information on Facebook?", available at https://www.facebook.com/help/203805466323736.

30. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of Facebook's Definitive Proxy Statement on Schedule 14A, as filed with the Securities and Exchange Commission ("SEC") on April 13, 2018.

31. Attached hereto as **Exhibit 30** is a true and correct copy of Facebook's Current Report on Form 8-K, as filed with the SEC on September 4, 2012.

32. Attached hereto as **Exhibit 31** is a true and correct copy of Facebook's Current Report on Form 8-K, as filed with the SEC on December 1, 2015.

33. Attached hereto as **Exhibit 32** is a true and correct copy of a compilation of exemplar Statements of Changes in Beneficial Ownership of Securities on Form 4, filed with the SEC on behalf of Mark Zuckerberg, reflecting sales between February 27, 2017 and July 20, 2018.

34. Attached hereto as **Exhibit 33** is a true and correct copy of a compilation of Statements of Changes in Beneficial Ownership of Securities on Form 4, filed with the SEC on behalf of Sheryl Sandberg, reflecting sales between January 20, 2017 and July 19, 2018.

35. Attached hereto as **Exhibit 34** is a true and correct copy of a compilation of Statements of Changes in Beneficial Ownership of Securities on Form 4, filed with the SEC on behalf of David M. Wehner, reflecting sales between February 21, 2017 and June 20, 2018.

36. Attached hereto as **Exhibit 35** is a true and correct copy of an October 2, 2020 letter from Elizabeth Denham, UK Information Commissioner, to Julian Knight, Chair, Digital, Culture and Media and Sport Committee, United Kingdom House of Commons, available at https://ico.org.uk/media/action-weve-taken/2618383/20201002_ico-o-ed-l-rtl-0181_to-julian-knight-mp.pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of December, 2020, at San Francisco, California.

By: _____*/s/ Brian M. Lutz*_____
            Brian M. Lutz

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Orin Snyder, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: December 18, 2020                    By:    */s/ Orin Snyder*
                                                         Orin Snyder