# Exhibit 26

# From Mentor to Activist:
# Facebook Through the Eyes of
# Roger McNamee

# Video Transcription

Page 1

1
2
3
4
5
6
7
8
9
10        YOUTUBE VIDEO TRANSCRIPTION
11  "FROM MENTOR TO ACTIVIST:  FACEBOOK THROUGH THE EYES OF
12        ROGER McNAMEE - INTERVIEW - REAL VISION"
13
14
15
16
17
18
19
20
21
22  Transcribed by:
23  Diana Sasseen
24  CSR No. 13456
25  Job No. 10065942

Page 2

1        ROGER McNAMEE:  Facebook had played a profound
2  role in the election.  It was not being honest about it.
3  What Cambridge Analytica showed was that Facebook
4  business strategy was recklessly endangering the privacy
5   heir users as a business strategy.  These problems are
6  built into the product.  And I don't know what's going
7  to come out of this.
8        BRIAN PRICE:  Ron Price here for Real Vision in
9  Menlo Park, California, where today I'm going to be
10  speaking with an investing legend.  Roger McNamee is
11  joining us to discuss everything that's been happening
12  with Facebook and his vision for the future.
13        Check it out.
14        Roger,  hank you so much for joining us today.
15        ROGER McNAMEE:  This is really fun.  I'm glad
16  to be here.
17        BRIAN PRICE:  So I want you to do some hing for
18  me that nobody else in the world can, and that is
19  connect the dots between the Grateful Dead, two strokes,
20  Bono, and Mark Zuckerberg in a career.
21        ROGER McNAMEE:  I would say that I have been in
22  many ways the luckiest person alive in the sense that I
23  went into a career where timing is everything and
24  started as a Wall Street analyst on the first day of the
25  bull market of 1982.  And they asked me to cover

Page 3

1  technology.  So effectively I had a 35-year tailwind.
2  And you can explain everything that happened in my
3  career based on the pure dumb luck of that combination
4  of timing and being handed technology.
5        And then it just happens that I'm the kind of
6  person that has a couple of passions on the side, music
7  being the primary one.  I've been a professional
8  musician my whole adult life, and miraculously in doing
9  so wound up getting to meet my heroes, being the
10  Grateful Dead.  And I -- after Jerry Garcia died, they
11  asked me -- they found me somehow and reached out and
12  said, can you help us wi h keeping our business
13  together?
14        And so I spent three years consulting them on
15  Dead.Net, which was their direct-to-fan site.  And it
16  was a pretty cool experience because having gone to a
17  couple hundred Dead shows, you know, I knew the scene
18  really, really well, but it's really different when
19  you're in the audience from when you're talking to
20  people in the board room.  And that was how I met Bono.
21        A woman named Sheryl Sandberg was working as
22  chief of staff to the secretary of the treasury, was
23  working with Bono in 1999 to forgive the debt of
24  emerging countries that were never going to be able to
25  pay it back.  And Bono was curious about this guy who

Page 4

1  was doing stuff for the Grateful Dead and said, wanted
2  U2 to get involved with that.
3        And so Sheryl goes, you won't believe this, but
4  my brother-in-law works for that guy   I know exactly
5  who he is.  And so she introduced me to Bono.
6        And while I was working on the Grateful Dead
7  project, I went to Dublin to meet with U2, and when I
8  came back I had two strokes when I got off the airplane
9  in San Francisco.  One stroke and then a few hours later
10  I had ano her one.  And I didn't know it was a stroke, I
11  didn't do any of the right things, and miraculously it
12  didn't kill me.  I mean it was literally a miracle.
13        And then it took a long time, I had open heart
14  surgery to get rid of the cause of the stroke, which was
15  a birth defect in my heart.
16        And when I came back, Steve Jobs gave me the
17  chance to buy 18 percent of Apple in our Silver Lake
18  fund and -- to go on the board.  And my partners -- I
19  didn't realize that my partners had decided while I was
20  gone that they liked split ing the money three ways, so
21  when I came back they were looking to get rid of me, so
22  they said no to a chance to buy 18 percent of Apple with
23  cash.
24        And one  hing led to another, and I was working
25  on a project with Bono also for Silver Lake, and it was

Page 5

1  obvious they didn't want me around, so I quit.  So I
2  called Bono to say, hey, I quit.  And he goes, well,
3  screw them, we'll start our own firm.  And I go, Bono,
4  nobody's going to let you start an investment firm.  I
5  mean, I know your management company, there's just no
6  way.  And he goes, no, no, we're really going to do
7  his.  And so that's how Elevation happened.
8      BRIAN PRICE:  Tell me about that first meeting
9  you had with Mark Zuckerberg.
10     ROGER McNAMEE:  Imagine if you will that I had
11 been in the business 25 years at hat point, which is
12 more than a career as a tech investor  There had been
13 crashes along  he way that wiped out most of the people
14 I knew from the early part of my career.  So I had more
15 experience as a public market investor than anybody who
16 was doing it in tech and was right up there with the
17 senior-most venture capitalists.
18     And one of the things that I did was make
19 myself available to young entrepreneurs  It's a great
20 way to get to know them, when they're not raising money,
21 they've got a problem, they're looking for somebody
22 who's got a perspective but without any conflict.
23     I get a phone call from a guy named Chris
24 Kelly, who was the chief privacy officer at Facebook.
25 And I barely new Chris; we'd met, but we didn't know

Page 6

1  each other well.  And he calls, Roger, my boss has an
2  existential problem and he needs somebody like you to
3  help him think it through.  Would you be willing to take
4  a mee ing with him today?  And I go, sure.  I mean, keep
5  in mind  his is 2006, March of 2006, the company is
6  barely two years old   Mark is 22 year old, I'm 49.
7      At Elevation we had a conference room set up
8  like a living room, basically with a giant video game
9  console, a huge flat-panel thing.  You know, we were at
10 the intersection of technology and media, so we had a
11 media room.
12     So Mark comes to my office looking just like
13 Mark Zuckerberg; he's got  he courier bag, he's got the
14 T-shirt.  We say hello.  We sit down.  And I'm closer to
15 him in that set-up than you are to me.
16     And I said, Mark, before we start, I've got to
17 tell you few things, because once you tell me what's
18 going on, you'll assume  hat anything I say after that
19 is influenced by whatever you told me, so I want to say
20 a couple things.  He goes, go for it.
21     I go, if it hasn't already happened, either
22 Microsoft or Yahoo is going to offer a billion dollars
23 to buy Facebook, and everyone you know from your parents
24 to  he board of directors, the management team, the
25 employees are going to tell you to take the money.

Page 7

1  They'll all tell you, Mark, you're going to have
2  $650 million, you can change the world.  Your new
3  venture capitalist Jim Breyer's going to say, I'll back
4  your next company, it will be even better than Facebook.
5      I said, Mark, I've been watching this space a
6  lot longer than Facebook's been in existence, and I
7  hink you have done two things that are going to make
8  all the difference in the world; you have real identity,
9  and you give the users the ability to control their
10 privacy settings.  And I said, I hink that combination
11 is going to make this product way more attractive to
12 adults than to kids.  So I hink you haven't even gotten
13 to where your real market is, and it will be very
14 attractive to advertisers because adults have all the
15 money.
16     And I said, the truth is you may have another
17 idea as good as Facebook, but you'll never get the
18 timing perfect twice; no one ever has.  Lots of
19 entrepreneurs have great ideas, but things like Facebook
20 happen because you have the perfect idea at the perfect
21 moment in time, and that will never happen again,
22 whereas I hink Facebook is going to be bigger than
23 Google is now.
24     Now, that whole thing took me about that long,
25 about two minutes to say.  There then ensued  he most

Page 8

1  painful silence of my professional career.  And it went
2  on nearly 5 minutes.  And at the 3 minute mark I was
3  ready to howl.  I mean, I was white-knuckled on my seat.
4  I mean, you have no idea how long 5 minutes is until
5  there is somebody sitting in front of you who is
6  pantomiming all these thinker poses and not saying a
7  word.  He's clearly trying to decide does he trust me or
8  not.
9      So at the 5 minute mark he finally relaxes, and
10 it's like you could see a thought bubble over his head
11 going, okay, I'm going to trust him.  And he goes,
12 you're not even going to believe this.  And I go, dude,
13 I'm so happy you said something, just try me.  And he
14 goes, in my bag I've got an offer to buy the company for
15 a billion dollars from one of those two companies and
16 literally everything you said it true.
17     And I said, well, look, this is your company,
18 what do you want to do?  And he goes, well, I don't want
19 to disappoint anybody.  And I go, well, I get that.  But
20 if it were just your choice, what would you do?  He
21 goes, well, I'd like -- I'd like to play out the hand,
22 I'd like to see how it goes.  And I go, okay, would you
23 like my help to figure out how to do that?  And he goes,
24 yeah.
25     And so we literally review the company's voting

**Video Transcription**                                    **From Mentor to Activist**

1  rights.  It turned out he had a golden vote.  I mean, he
2  had a situation where literally it didn't matter what
3  everybody else thought, if he thought something, that
4  was the answer.
5       And I said, here's the thing, Mark, remember
6  that when these people invested in your company, when
7  they joined you as an employee, they were signing up for
8  your vision, and if your vision isn't done, if you still
9  think that this game is worth playing, you can sit down
10  with them and look them in the eye and go, listen, I
11  don't think this is the right time to sell.  And when
12  you prove that you were correct, they're going to be
13  really happy that they didn't sell out.  Because
14  Microsoft and Yahoo are going to kill this company.
15  There's no way they're going to see the vision through
16  the way you would.
17       Now, he left my office after that.  I'll bet
18  the whole thing was half an hour max.  And he went home
19  and he killed the deal that afternoon.
20       And about a month later I get a call from him
21  with another thing that came up.  As you can imagine
22  with the whole team wanting to sell the company, he
23  needed to make a few changes to get people who were
24  aligned with the vision.  And so I helped him deal with
25  all that.  And then the Winklevoss brothers thing came

1  up, and I helped him go through a crisis management.
2       And then the following year an opportunity came
3  along.  One of his early employees had a personal change
4  and needed to sell his options.  He didn't have stock,
5  he just had options.  So it required a really clever and
6  really trusting buyer.  Right?  You had to organize it.
7       And he said, would you like to chance to
8  invest?  And he said, here's the deal:  I'll give you a
9  choice, you can either go on the board or you can
10  invest, but you can't do both.  You know, I'm a little
11  sour with my board because they tried to sell the
12  company.  I go, Dude, I'm an investor, I got to invest.
13  So I took the investment opportunity.
14       And then shortly after that Sheryl Sandberg
15  called me up and goes, I need to come talk to you.  Now,
16  when Sheryl came out of Washington, early 2000, she came
17  and hung out in our office for about a month.  And she
18  had a copy of "The Tipping Point" by Malcolm Gladwell.
19  And she goes, have you read this book?  And I said, no,
20  I haven't read it.  And she goes, this book might as
21  well be written about you.  And I went, really?  And she
22  goes, well, I want to work here.  And I'm going, wow,
23  that's really cool, because I mean we're talking about
24  somebody really, really, really capable.  And I'm going,
25  it's like you want to work here?  That's awesome.  So we

1  spend the next week or two you know like talking about
2  investing.
3       All of a sudden my partner, he pulls me aside,
4  and he goes, Roger this is insane.  This woman can
5  change the world.  If she works here, she'll never get a
6  chance to do that.  She should be working at Google.
7       Now, keep in mind our office was inside Kleiner
8  Perkins in those days, and so it was four doors down to
9  John Doerr's office, so simple hand-off; and the next
10  thing you know, Sheryl goes to work at Google.
11       So when she calls me up, it's not like this is
12  the first career conversation we had.  She goes, I've
13  been given a chance of being like the president of the
14  "Washington Post."  I'm going, are you nuts?  I mean,
15  you're at Google, you're killing those guys.  I mean,
16  the dumbest thing you could do would be to go from the
17  winner to the loser.
18       I'm going, "Washington Post"?  I have enormous
19  emotional passion for the "Washington Post," but
20  realistically, how are you going to save the newspaper?
21  If you're going to do that, you've got to talk to
22  Zuckerberg and maybe go to Facebook because he needs
23  somebody to create the business.
24       She goes, wow, he's like 23.  I don't know if I
25  can work for a 23-year-old.  I'm going, he's not your

1  normal 23-year-old, I think it's worth a conversation.
2       So I call Mark up, and I go, so, Mark, I think
3  I got the person for you.  And he goes, really, who?
4  And I go, Sheryl Sandberg.  And he goes, yeah, but she's
5  at Google.  I'm going, Mark, give me a closer proxy for
6  what you're doing.  He goes, yeah, you're right.
7       And the thing about Mark, and I knew this, was
8  his mom's a doctor, really strong personality; he's got
9  nothing but sisters.  I was convinced he could work with
10  a women really successfully, because a lot of Silicon
11  Valley can't do.
12       Anyway, it only took a couple months, you know,
13  they get together.  They get to know each other.  It
14  turned out there was a good chemistry there.  And it's
15  not because like they're both run-of-the-mill people.  I
16  mean, Mark's a -- you know, he's in some way a classic
17  successful Silicon Valley entrepreneur, but sort of on
18  the extreme side.  And Sheryl is -- her self-control is
19  simply off the rails, right?  You know, if you watch her
20  do an interview, it's -- it's like you're watching a
21  master give a master class and staying on message, you
22  know.  But both of them, tremendously ambitious, and
23  they both wanted to change the world profoundly.  And I
24  thought together they could do it.
25       So my -- once Sheryl came on board, the

Page 13

1  committee was shifting from what I would characterize as
2  its, you know, start-up mode into an operational mode.
3  And I'm an operator.  And so it was obvious to me, not
4  to Mark, but it was obvious to me that my days as a
5  mentor were going to come to an end pretty quickly.  But
6  they had one big thing left for me to work on, which was
7  mobile.  And because we had made this big investment in
8  Palm, the Pilot guys, to make the first web phone,
9  called the Palm Pre, I knew a lot about what was going
10 on in mobile.  And I was convinced everything on
11 desktops was going to wind up on smartphones.
12        The smartphones, you know, you're going to
13 think about them as a phone, but in reality you're
14 mostly going to do Internet stuff on them.  And that was
15 not a well-understood concept in 2010 -- or 2009, excuse
16 me, when we were having the conversation.  But Mark was
17 really into it.  And unlike some of the earlier topics,
18 this was one was there was no obvious right answer.  So
19 we had a lot of back and forth on it, which I learned
20 from, and I'm quite confident he learned from it too.
21        And then, you know, in sometime towards the end
22 of 2009, I just go, dude, I think you've outgrown me, I
23 think you're all set.  And, you know, I'm just going to
24 fade in the background, but I'll be cheering for you and
25 I'll be here if you ever need me, but I don't think

Page 14

1  you're gonna, which meant I missed the creation of the
2  business model.
3        And by the time 2016 came around, it meant I
4  didn't understand the mechanics for how the business of
5  Facebook worked, how they used the techniques of
6  propaganda and the techniques of casino gambling on a
7  smartphone to create levels of psychological addiction
8  which are analogous to a gambling addiction, analogous
9  to a video game addiction, but with one really, really
10 important difference, which is that because the way the
11 product worked, they had the ability, or their
12 advertisers had the ability to manipulate what people
13 think.
14        And it took me a while to figure that out, but
15 when I did, it was -- it was really disturbing.  It was
16 like, oh, my God, you know, this thing that was about
17 sharing family photos and birthdays and pictures of
18 kittens is suddenly now a tool that bad actors could use
19 to harm innocent people in a lot of different ways.
20        BRIAN PRICE:  So you described it as your baby
21 at one point in time.
22        ROGER McNAMEE:  Yeah.
23        BRIAN PRICE:  And now moving to where we are.
24        ROGER McNAMEE:  Yeah.  So here's the problem
25 I started my career as a public market investor.  And as

Page 15

1  a public market investor, even in tech where you're
2  working interactively with management teams, I built --
3  my entire brand was built on being an above-average
4  analyst of products.  Everybody else worked on
5  spreadsheets and trying to forecast earnings.
6        So what I realized was in an industry as
7  dynamic as personal computers in the '80s, that if the
8  product was hot, the estimate was always too low, and if
9  it wasn't hot, the estimate was always too high.  So
10 what you had to figure out was was the product going to
11 be hot or not hot.  And so I became really good at that.
12 And it turns out because no other investors were doing
13 that.  I got to have a special relationship with a lot
14 of people; you know, many whom are famous now, people
15 like, you know, Bill Gates and Steve Jobs.  But many of
16 whom were just immensely successful but less well-known.
17        And over time as I did more venture capital, my
18 relationships to companies got deeper and deeper and my
19 impact got greater.  But it's hard to top Facebook.  I
20 mean, the combination of absolute success and the fact
21 that it would have been acquired by Yahoo before any of
22 this happened, and who knows what would have happened to
23 the business model without Sheryl, you know, those two
24 things meant that my fingerprints were on it.  So I felt
25 like this truly was my baby.

Page 16

1        And so imagine, scroll forward to January,
2  February of 2016.  My wife and I are on vacation.  I'm
3  on Facebook.  I love Facebook.  I use it every single
4  day.  I'm as addicted as anybody.  And I love the
5  birthday things, I love sharing photographs, I love
6  looking at other people's stuff.  And I'm in a band, and
7  it's the way we communicate with the fans of the band.
8        So I'm on there looking around, and it's the
9  beginning of the New Hampshire primary 2016.  And all of
10 a sudden I see these memes, photographs with text on
11 them, ostensibly coming from groups ostensibly
12 associated with the Bernie Sanders campaign, but deeply
13 misogynistic in a way that no campaign would be on top
14 of it.  And that wouldn't have been surprising, except
15 they were spreading so virally that I realized somebody
16 was spending money.
17        Now, who would spend money to spread deeply
18 misogynistic memes?  That was a head-scratcher.  And so
19 I just made a mental note of it.  I mean, I discovered
20 later, of course, that it was almost certainly the
21 Russians.
22        Fast forward a month, sometime in March of 2016
23 there's a news report that Facebook has injected a firm
24 that was using its application's programming interface
25 to harvest data about people who expressed an interest

Video Transcription                                   From Mentor to Activist

Page 17

1 in Black Lives Matter, and they were then selling it to
2 police departments. I mean, truly evil.
3      Now, Facebook threw them off the site, but not
4 until the damage had been done. These people's lives
5 had been irreparably changed by, you know -- by their
6 action. And I'm going, whoa. I mean, that's, unlike
7 the Bernie Bro thing, you could see who had done this
8 and you could see that they had just used the Facebook
9 tools created for advertisers to do it.
10      Fast forward to June, Brexit, the British
11 voting on whether or not to leave the European union.
12 The final polls say that they're going to remain, and
13 remain's going to win by 4 points. That night out comes
14 the election returns, and leave has won by 4 points. So
15 8 points. And in the postmortems there was a lot of
16 talk about the role Facebook had played. And what was
17 interesting was nobody was blaming Facebook.
18      But if you were in my position looking at this
19 thing, you're going, whoa, leave had a really
20 inflammatory campaign, right? They're basically saying
21 those evil immigrants are going to destroy your culture,
22 take away your jobs, and they're ruining the country and
23 all the crime is blamed on them. And then they were
24 offering this pie-in-the-sky thing of, hey, we're going
25 to save billions of dollars -- or billions of pounds on

Page 18

1 exiting the EU, we're going to take all that money and
2 pour it into the national health system.
3      So effectively they were saying to everybody,
4 you can vote because of some racially motivated animus,
5 but you can feel good about it because you're going to
6 save the national health system.
7      Meanwhile, the remain side has no emotion in it
8 at all. They're basically going, we have the sweetest
9 deal on earth. We get all the benefits of EU membership
10 and we get to keep our own currency; that's a great
11 deal, don't screw it up. We have won in a walk. I
12 mean, the British are -- I mean stay the course is the
13 British way. And yet the thing swings 8 points.
14      And I'm thinking to myself, is Facebook giving
15 an advantage to inflammatory political campaigns over
16 neutral ones? That was the hypothesis that Brexit
17 brought me to. And again, I don't have any notion of a
18 Russian connection at this point.
19      Within a, what, two months all of a sudden
20 there's a lot of news about Russia, right? You know,
21 we're worried about the DNC hacks, you know, John
22 Podesta's e-mails and all that stuff, WikiLeaks, you
23 learn about Manafort and his whole relationship, and all
24 of a sudden I'm going, whoa, this is creepy.
25      And then in August there's this news report

Page 19

1 that Housing and Urban Development has cited Facebook
2 for having advertising tools that enable people who own
3 real estate to discriminate in violation of the Fair
4 Housing Act. Now I've got four data points unrelated
5 all pointing to the same thing; bad actors using
6 Facebook's standard ad tools to harm innocent people.
7      I reach out to Recode, the tech line, I reach
8 out to Kara Swisher and Walt Mossberg, And I go, guys,
9 I'm seeing this stuff. What are you seeing?
10      Dead silence. No reaction.
11      BRIAN PRICE: Zero reaction.
12      ROGER McNAMEE: I'm saying they don't even
13 respond.
14      I do it again maybe three weeks later; so now
15 we're probably early September. I don't hear back right
16 away, but then Walt sends me a note and goes, you know,
17 you might be on to something. Kara's not interested in
18 covering the story, we're not going to cover it, but you
19 should write an op ed for us. Take your time, write
20 something, let's start a conversation about this.
21      So I set to work writing an op ed. And I don't
22 think I'm in any rush because I don't think it's going
23 to affect the outcome of the election. And I'm really
24 worried that because I don't think it's going to affect
25 the outcome of the election, that if it goes down and

Page 20

1 Clinton wins, that they're going to dismiss my concerns
2 because, hey, it didn't affect the election. So I focus
3 on a balance thing with all the different -- all the
4 different things that I'd seen. So the Black Lives
5 Matter stuff, Brexit stuff, the Housing and Urban
6 Development stuff. But it's hard to write.
7      BRIAN PRICE: Why?
8      ROGER McNAMEE: I mean, I'm trying to write an
9 op ed, right, and I'm trying to stick to the facts and
10 not exaggerate anything and yet make this tight case.
11      I finish it on the 30th of October, and my wife
12 points out, and it was such a brilliant insight, hey,
13 let's send it to Mark and Sheryl. I mean, they're your
14 friends, you love this company, your goal is to help
15 them, not cause trouble. And all that was true. And so
16 I sent it to Mark and Sheryl.
17      And they get right back to me, I mean within
18 hours. And both very thoughtful replies, but saying
19 basically the same thing. So what they said was, Roger,
20 we really appreciate you reaching out. We believe the
21 things that you saw are isolated, not systemic, and that
22 we have taken steps to ensure that all of them can't
23 happen again. And they referred explicitly to the Black
24 Lives Matter things, where obviously they had evicted
25 the people who did it.

Page 17..20

**Video Transcription**                                    **From Mentor to Activist**

Page 21

1    And they said, but, you know, we take you
2  seriously, you know, you've been a friend of ours for a
3  long time, so we're going to have one of our senior
4  people work really closely with you to figure out if
5  there's something we should be investigating.  And they
6  turned me over to Dan Rose.
7    Now, Dan I think is the second-longest serving
8  executive at Facebook and he's somebody I knew really
9  well, respected a lot, and liked very much.  And Dan
10  gives me the same basic shtick the next day, but with
11  one important added note.  He goes, Roger, you know,
12  we're a platform, we're not a media company, so as such
13  we're not responsible for what third parties do on the
14  platform.  And we go back and forth roughly once a day
15  up until right before the election.
16    Then the election happens, and I'm apoplectic.
17  At this point I go, okay, guys, I'm sorry, you have
18  played a role here.  We don't know exactly what the role
19  is, but the platform has been used.  It's been used in
20  Brexit, it's been used in the U.S. election.
21    And Dan's going, no, no, no, you don't
22  understand, we're a platform, we're not a media company,
23  we're not responsible.  I'm going, dude, you've got
24  1.8 -- 1.7 million members at that time.  If they decide
25  that you're responsible for destabilizing democracy, it

Page 22

1  won't matter what the U.S. law says, your trust will be
2  destroyed.
3    I'm begging him, I'm basically going, look, you
4  want to do this like Johnson & Johnson when some dude
5  tampered with Tylenol, poisoned a few people I think in
6  Chicago.  They didn't sit around and debate it.  They
7  literally took every bottle off of every shelf from
8  every retail location everywhere and they kept it off
9  until they created tamper proof packaging.  They
10  basically said, we didn't put that poison in the bottle,
11  but these are our customers and we're going to take care
12  of them, we're going to act as though this is entirely
13  our responsibility.  And they did it instantly.
14    And I said, guys, nobody's going to blame you
15  for what happened here if you get right on top of it and
16  you, with, you know, complete sincerity commit yourself
17  to helping the government figure this thing out.
18    This goes on for weeks.  I mean, almost three
19  months basically, although with less and less frequency
20  because Dan's not moving at all.  I mean, he's listening
21  carefully and he's being incredibly patient with me, but
22  not budging.
23    You can imagine that my attempts to convince
24  Dan got pretty emotional because I didn't know exactly
25  how Facebook had been used to affect the election, but

Page 23

1  based on what had happened in Brexit, I had no doubt.
2  And in particular because one of the things that came
3  out from the election was that there were a really large
4  number of people who voted for Obama who had not voted
5  for Clinton.  And it occurred to me that Facebook,
6  because it essentially is about inflammatory content,
7  it's about outrage cycles, is the perfect tool for voter
8  suppression.  And so I'm sitting there thinking to
9  myself, I mean, Trump won because of really
10  spectacularly well-executed voter suppression, and
11  Facebook had played a role.
12    So I wouldn't let go.  I keep in touch with
13  Dan.  And he goes, how about if you just send me more
14  examples.  And I think I got up to maybe 15 or 16
15  different examples of situations where they had
16  contributed to bad actors, you know, harming innocent
17  people.
18    And finally in February of 2017 I realized
19  their position was not moving.  I mean, if I hadn't been
20  so concerned about the thing, I would have known on the
21  first day it wasn't moving because I know the people;
22  and philosophically, they view criticism and regulation
23  as forms of friction to be blown past as opposed to
24  things to listen to and actually dig into.  Because
25  again, they're in too big of a rush, right, and friction

Page 24

1  is the enemy when you're in a rush.
2    So the story goes on and on and on.  And, you
3  know, it didn't change until late December when Chamath
4  Palihapitiya, who had been their head of growth, came
5  out and did this confessional presentation at Stanford
6  talking about how much he regretted the harm that they
7  created.  And it was big coming from him, because he'd
8  run growth, he could run the algorithm.  So, you know,
9  him saying that was really different than us or Sean
10  Parker or any of the other people who had expressed
11  doubts because he'd hired all the people in their growth
12  group.  I mean, if those people decided this was
13  unacceptable, that was going to cause a revolt.
14    They came down on Chamath like a ton of bricks.
15  And I think that was their last window where they could
16  have done the Tylenol Johnson & Johnson thing, where,
17  you know, it was a year post election, you know, you're
18  getting pretty long in the tooth for going and didn't
19  know.  But what did they do instead?  They basically
20  said we're going to treat this like the Alamo.  We're
21  going to quash dissent and we're going to deny the whole
22  thing.
23    And we realized, oh, my God, they're going to
24  blow this, they're actually going to do the thing I
25  warned them about, which is to say they're going to harm

**Video Transcription**

Page 25

1  their brand, not just democracy, but they're going to
2  actually harm their business.  What are we supposed to
3  do now?
4      And I had written this really long essay for
5  "Washington Monthly" that was designed to help policy
6  makers in Washington understand the issues and then have
7  a prescription, essentially things like the Global Data
8  Protection regulations coming out in Europe that were
9  about privacy and all these other things.  And it was
10  scheduled to come out on January 2nd.
11      And what happened was on January 1st Mark
12  Zuckerberg puts out a New Year's resolution, which he
13  says, we're going to spend the year fixing Facebook.
14      My thing comes out the next day.  And for all
15  intents and purposes, it was a 7500 word rebuttal.  I'd
16  written it two months earlier, but for all intents and
17  purposes, it worked like a rebuttal.  And the result was
18  all of a sudden everybody wanted our opinion again.
19      And, you know, so we're starting to get tens of
20  millions of unduplicated reach on television on multiple
21  networks, multiple times a day, but all basically
22  talking about this problem that Facebook had played a
23  profound role in the election and was not being honest
24  about it, and that, in fact, the problem wasn't based on
25  a hack, it was based on the Russians using the product

Page 26

1  exactly as it was meant to be used, except for a
2  nefarious purpose.
3      And that resonated with some really interesting
4  people.  I mean, I'm sitting there and somebody forwards
5  me a tweet from Tim Berners-Lee, the man who created the
6  World Wide Web.  He found this article which was aimed
7  at the audience inside the beltway.  Somehow it had
8  reached him in Europe.  And he shared it with everybody
9  on his list, which was huge, right?  I mean, everybody
10  follows Tim Berners-Lee.  I'm going, wow,
11  Tim Berners-Lee.
12      So the next big thing that happened was the
13  Cambridge Analytica bombshell, right, "The Observer" and
14  "The Guardian" of the U.K. and the "New York Times" get
15  this whistleblower named Wylie, Christopher Wylie, who
16  had been the original engineer at Cambridge Analytica
17  basically came out with the full report that Cambridge
18  Analytica had found a researcher who had been working
19  with Facebook already and had a trusted relationship
20  with them and persuaded him to do another study,
21  academic study, except the data was all going to go to
22  Cambridge Analytica and they were going to build an
23  election business around it.  And what we now know is
24  that they harvested 87 million user profiles using a
25  tool that Facebook had had in the market since 2010.

Page 27

1      And the reason the story blew up I think the
2  way it did is that when the tool went into the market in
3  2010, people protested right away, and they protested
4  right away because some of the people that used it were
5  game developers with huge audiences.  You know, I don't
6  know whether CityVille, which was the successor to
7  FarmVille, used it or not, but it was designed for
8  people like that.
9      CityVille had 61 million user 50 days after it
10  started, and well, the simple math was that at that
11  number everyone in America would have known half a dozen
12  people who were playing CityVille, which means they
13  would have harvested half a dozen different times
14  just from that one thing.  There were 9 million
15  applications on the Facebook platform when they went
16  public in 2012.  If 1 percent of those applications
17  harvested the friends lists, that would have been 90,000
18  applications harvested.  So that was pretty creepy.
19      But the real problem was that Facebook signed a
20  consent decree with the Federal Trade Commission in 2011
21  that said, hang on, you can't do that, you have to have
22  informed consent, it must be explicitly called out,
23  people must have an opportunity to know in advance if
24  their stuff is going to be used and they must have to go
25  in and stop it before it's shared.

Page 28

1      Facebook basically had a choice at that moment;
2  they could have gotten rid of this tool that was
3  designed -- essentially it was designed to make Facebook
4  more viral and make applications that were high-use
5  applications, games, would increase minutes of use per
6  day per user.  And so this was designed to increase all
7  those metrics for Facebook.  So it was part of their
8  plan.  And they wanted lots of people to use it.
9      And I don't know, maybe it was 10 percent, in
10  which case it would be 900,000 apps that used it;
11  whatever it was, it was a huge number, some of which
12  were gigantic.  And it turns out that the reverse was
13  true.  So if you used a product like Facebook on an
14  Android phone, Facebook would simply download all the
15  metadata from your Android phone in their account.
16      So what Cambridge Analytica showed was that
17  Facebook's business strategy was recklessly endangering
18  the privacy of their user as a business strategy.  You
19  know, that they had signed a consent decree, and did
20  neither eliminating the tool nor informing the users.
21  And Sandy Parakilas, who is part of our team, had been
22  the manager of user privacy for Facebook platform, the
23  very platform on which the general -- the Cambridge
24  Analytica product ran.  He had that job from that
25  consent decree until shortly after the IPO.  And he

1  left.  And part of his frustration was that Facebook
2  paid lip service to the consent decree, they didn't
3  actually do the things necessary to enforce it.
4       So when that news came out, and, you know, it
5  played out over three days, it was like we had all of
6  Watergate crammed into three days, it basically added
7  tremendous color to why people like us were concerned
8  about Facebook and it took you right to the edge without
9  people completely understanding a really important
10  issue, which is that Facebook had offered to embed
11  employees in both presidential campaigns.  The Clinton
12  campaign turned it down, Trump took it.
13       Now, Trump was known to be working with
14  Cambridge Analytica.  Cambridge Analytica is incredibly
15  influential, they blast this to everybody.  Steven
16  Bannon, Trump's advisor, had been part of starting
17  Cambridge Analytica.  So this was like not a secret.
18       But here's the thing:  When Facebook did the
19  deal that allowed Cambridge Analytica to harvest all
20  those user profiles, that was three years after the
21  consent decree, right, it should not have happened.  And
22  Facebook claims that they didn't realize it was
23  Cambridge Analytica until December of 2015 when "The
24  Guardian" published a story about it, at which point
25  Facebook goes in and says to both the researcher

1  Aleksandr Kogan and to Cambridge Analytica, you have to
2  destroy this and you have to certify you destroyed it.
3  But they didn't send anybody in to check.
4       And then roughly six months later they embed
5  three employees in the Trump campaign working in a war
6  room in the San Antonio data office of Trump working
7  side by side with Cambridge Analytica people on this
8  gigantic dataset that was obviously the same one that
9  had been misappropriated by Cambridge Analytica two
10  years earlier.
11       And here's the thing:  The top management of
12  Facebook knew they had employees embedded in the
13  campaign, everybody knew that Cambridge Analytica was
14  working for Trump, and there wasn't enough time between
15  December and June to recreate that dataset.
16       BRIAN PRICE:  With all this information, how
17  would you characterize Facebook's thinking when it comes
18  to their individual users?
19       ROGER McNAMEE:  I think it's really simple.
20  You know, the line about advertising, right, is about
21  when the product is free, the user isn't the customer,
22  the user's the product.  In Facebook's case it's more
23  like the user's the fuel, that there's something almost
24  parasitic about it because the psychological
25  manipulation that takes place doesn't apply to everybody

1  on the platform.
2       But if you think about the United States alone,
3  there have always been people, a meaningful percentage
4  of the population that believes things that are
5  demonstrably not true, you know, flat earth, contrails,
6  whatever, stuff that you can just -- you go, this is
7  obviously not true.
8       And I don't know what the normal number was, 7,
9  10 percent, something like that, but today if you look
10  at it between things on the left, contrails and
11  Anti-Vax, and things on the right like climate change
12  denial, it's probably a third of the population.  And
13  Facebook has played a huge role in taking that number to
14  whatever it used to whatever it is now.  And it has
15  become literally the perfect tool for spreading
16  disinformation and making people not only believe it but
17  identify with it.  You know, like it's -- it's their
18  identity.
19       BRIAN PRICE:  With all this in mind, how would
20  you describe how attitudes have shifted in Silicon
21  Valley from when you were there and in the prime of your
22  career to where it's at now?
23       ROGER McNAMEE:  Silicon Valley had a philosophy
24  that began in the early 2000s that was a -- had this
25  libertarian ideal that said we're going to disrupt

1  things, and that's okay because we're not responsible
2  for the consequence of what we do.  Now, this
3  libertarian model was sort of like -- it was
4  situational, but it basically said, you know, you're
5  really smart, you're well-educated, your intentions are
6  good, whatever you do is fine.
7       So when I started my career Silicon Valley was
8  still focused on the needs of government.  We were in
9  the era where defense spending was the largest category
10  of technology followed by mainframe computers.  And in
11  that era, that's the era of the white plastic pocket
12  protector, you know, the guys with the short sleeve,
13  white shirts and a tie.  And, you know, if you watch
14  "Apollo 13," people in Silicon Valley looked like that.
15       Personal computer industry begins.  It's an era
16  where from an engineering point of view there's not
17  enough of anything; there's not enough processing power,
18  there's not enough memory, not enough storage, not
19  enough bandwidth to do what you want to do.
20       So Silicon Valley made tools, and the tools
21  required a manual half a foot thick in order to use them
22  properly.  But it was very respectful in the sense that
23  we were trying to make the world a better place with
24  these better tools.  And I think that lasted past the
25  millennium.  It was an era that valued experience almost

Page 33

1  above everything else, because if you're dealing with
2  scarcity, you don't want to have to make the same
3  mistakes over again.
4        Somewhere around 2002, 2003, suddenly we
5  flipped and there was enough of everything.  And Silicon
6  Valley had a chance to rethink the whole proposition of
7  what computers were going to do.  And as a community
8  what we settled on was we were going to go for infinite
9  scale, we were going to go for products that were global
10  in a completely different way, they were consumer
11  products that were global, and, you know, which meant
12  billions of users.
13        In that model, there were two or three things
14  you needed to make that realistic.  The first thing you
15  needed was you needed to have this notion that was
16  embodied in the slogan of Facebook, "Move Fast and Break
17  Things," this idea that you were going to have a vision,
18  you were going to pursue it relentlessly, and you were
19  going to run over whatever else came along.  And you
20  want to avoid friction at all costs.
21        And the second thing you needed was you needed
22  to absolve yourself of responsibility for the
23  consequences of what you did.  And that's where the
24  libertarian values came in.  And the value went into it
25  pretty deeply.  And it was the -- the notion was if you

Page 34

1  move fast and break things, you're going to hurt some
2  people and you got to be okay with that, right?  And not
3  everybody was okay with that.  The old-timers were
4  looking at it going, really?
5        But the young crowd -- because keep in mind the
6  other thing that happened here was when there was too
7  much of everything, you didn't need experience anymore.
8  So Mark Zuckerberg could literally hire all his friends
9  from Harvard with no experience, no sense of history,
10  nobody had ever read a novel, right?  So they would have
11  been unconcerned or unaffected by the values that had
12  preceded them.
13        So the folks who were left out of that would
14  look at it and go, hmm, that doesn't look right.  And
15  the new guys were going, you guys are old, what do you
16  know, you know, the world began with the Internet.
17        And people got so rich so quickly that it
18  became self-reinforcing and it validated itself.  In
19  fact, the whole world decided it was okay.  And they
20  looked at these things and went, wow, zero to a billion
21  people in 10 years, it's like, what's wrong with that?
22  I mean, it's puppy photos, it's birthdays, and all that.
23        And the incredible thing that Facebook, Google,
24  Twitter, Amazon, what they really delivered was dramatic
25  advances in convenience.  The products were incredibly

Page 35

1  easy to use, incredibly convenient.  They were free,
2  obviously.  I mean, Amazon would sell you stuff, but
3  there was an awful lot of stuff that was free.
4        I mean, value proposition was compelling, but
5  nobody talked about the possibility of there being down
6  sides, that there would be a dark side to all this
7  stuff.  And so much as with food in the '40s and '50s
8  when we adopted things like TV dinners and convenience
9  food at a time when people had a lot going on and big
10  families, you know, nobody said, hey, this is going to
11  lead to an epidemic of obesity; we didn't know that,
12  that all that sugar, salt, and fat was going to cause a
13  problem downstream.  And the same thing happened with
14  these tech platforms.  It just happened in 10 years
15  instead of 30 or 40.
16        And the valley has been incredibly slow to
17  accept that there's a problem with that.  In fact, I'll
18  be really interested when I go to TED this year as to
19  whether people are open and happy about what we're doing
20  or whether they are, in fact, you know, unhappy because
21  we're raining on their parade.
22        BRIAN PRICE:  Roger, now that we've seen the
23  dark side, how do we fix it?
24        ROGER McNAMEE:  The worst part of the
25  experience that I've had on this whole thing was coming

Page 36

1  to grips with these problems are built into the
2  products, Facebook in particular, but also for Twitter,
3  also for YouTube, which are the other people who were
4  involved in the election manipulation.
5        And then if you look at things affecting kids,
6  whether it's YouTube Kids or Instagram or Snapchat or
7  Facebook Messenger for kids, same problem.  The design
8  of the products allows for manipulation by outsiders and
9  it leads to addiction and unhappiness for the user even
10  if there's no external manipulation.
11        Well, hang on.  That's not easy to fix.  And
12  you really can't fix it without the cooperation of the
13  people inside the company.  So when I originally reached
14  out in October of 2016, that was with the hope that they
15  investigate it, not realizing that this was something so
16  inherent in the product that they were going to have to
17  change the business model in order to fix the problem.
18        We've now gone 16, 17 months since then, and
19  they have shown no sign of a willingness to actually
20  make the changes necessary to eliminate the risks.  So
21  now we're in a how do we mitigate the damage mode.
22        And there are a few things that I think -- few
23  areas where I think we have to do work.  The first is we
24  have to look at data privacy and the consumer right to
25  some kind of ownership of their own data.

Page 37

1   In Europe they have a new law called the
2   General Data Protection Regulation that's going into
3   effect May 25th.  And that is essentially a consumers'
4   bill of rights for data.  And, you know, it's not
5   perfect, but it's really good.  And it's a great
6   blueprint because it applies to all EU citizens no
7   matter where they are in the world, so everybody's going
8   to have to support it all around the world.  So my
9   advice to both Facebook and to Google has been
10  explicitly embrace GDPR, embrace the European model
11  globally and do it like a religious mantra.
12  These businesses are based on trust, and the
13  only way to regain the trust is for people to be
14  materially less worried about the integrity of these
15  companies than they are today.  So that would be step
16  one.
17  Step two is related to the election stuff.  And
18  there are a couple parts to that.  The first is that for
19  things these guys could do voluntarily, they have not
20  done.  Facebook has refused to cooperate with the
21  authorities relative to the analysis of what happened in
22  2016.  There were 126 million Facebook users affected,
23  directly touched by the Russian interference, 20 million
24  on Instagram.
25  The obvious thing to do is to provide all of

Page 38

1   the data related to those accounts, each time they were
2   touched, all of the things that they saw to the
3   investigators in a way that's searchable and analyzable.
4   Nobody's asking Facebook to expose their algorithms,
5   just give us the output.
6   And their argument, which is complete nonsense,
7   is, oh, if we do that then we have to give stuff to
8   authoritarians in bad countries.  And I'm going, wait a
9   minute, Facebook has this notion of community standards
10  that are individual to every market.  And in
11  authoritarian regimes, the authoritarian controls those
12  community standards.
13  If you go to Myanmar, the community standard is
14  repression of the Rohingya minority to the point of it's
15  been characterized as a genocide.  And Facebook is the
16  tool that they used to make that acceptable.  It's the
17  tool that government in the Philippines uses to make
18  death squads acceptable.
19  I mean, you can't tell me that we can't help
20  solve the fate of democracy in the United States because
21  you're worried about those guys doing something
22  different.  What they're doing already is so horrible,
23  it's hard to imagine it getting worse.  So that data is
24  really important.
25  Second thing is they have to follow through on

Page 39

1   Senator Richard Blumenthal's request that they reach out
2   to every one of those 126 million people on Facebook and
3   20 million on Instagram, reach out to them personally
4   with a really detailed message that says, in 2016 the
5   Russians interfered in the U.S. presidential election,
6   they manipulated Facebook.  We did not catch it.  Here
7   is every time you were exposed to this stuff.
8   And you need to understand, all this is
9   disinformation from a hostile foreign power designed to
10  undermine our democracy.  We as Americans have to stand
11  up against that.  And the punchline should be, the
12  effort in 2016 was about suppressing the vote; if we
13  want to minimize the damage in the future, the best
14  thing to do is to have everybody vote.  And Facebook is
15  the best one to do that message because everybody looks
16  and says, well, that person was affected, and that
17  person was affected, but I wasn't affected.  And that's
18  nonsense.
19  Only 137 million people voted in our election,
20  and 146 million were affected between Facebook and
21  Instagram.  That's more than people voted.  And they
22  aren't random, they were targeted.  They were a
23  combination of people who are known to be pro Trump with
24  a positive message and then the communities that they
25  thought had the highest probability of being persuaded

Page 40

1   not to vote.  The vast majority of the people were in
2   that.  They were people of color, they were people who
3   liked Bernie Sanders, people who might be Jill Stein
4   curious.
5   You know, you have all these different things
6   real intensely targeted and getting those people to
7   recognize that they were manipulated.  Facebook's in a
8   unique position to pull that off, and they haven't done
9   it.
10  So those two things they could do on their own;
11  they don't need any help.
12  Then you have to look at what they can do to
13  protect future elections.  And they're making baby steps
14  in that direction with, you know, disclosure in ads and
15  things like that, but most of this was done inside
16  filter bubbles.
17  Filter bubbles are what you get when you have a
18  product, as you do with Facebook, where each person has
19  their own channel that's built around what they think
20  they like.  It's really what Facebook wants them to
21  like.  And Facebook surrounds you with people who
22  believe the same things you do, encourages you to join
23  groups of like-minded people.  And they do that because
24  that clustering is good for the advertiser.
25  There's a side effect; that when you're

**Video Transcription**                                    **From Mentor to Activist**

Page 41

1  surrounded by people who agree with you, your positions
2  become more rigid and more extreme.  And that's good for
3  Facebook because you become more emotional.  That's how
4  we got from, say, 7 to 10 percent of people believing
5  things that were demonstrably not true to a third.
6  Facebook's played a huge role in that.
7        And so if you want to protect elections, you
8  have to find some way to pierce those facility bubbles.
9  And you say to yourself, well, one way you could do it
10 would be to have more mainstream news in people's feeds.
11 But what did Facebook do in January?  They took
12 mainstream news out of people's feeds.  Had they done it
13 in 2015 it would have magnified the Russian influence.
14 So that's not a good idea.
15       So my point is Facebook hasn't yet done even
16 one thing that's going to help, and we need their
17 cooperation.
18       And then the last piece, which is really
19 profoundly important relates to how data security works
20 broadly.  And we can never put the genie back in the
21 bottle, and we have to assume that everyone in the
22 United States has had their data harvested at least once
23 and that that data is somewhere out on the Internet,
24 nobody knows who has it, nobody knows where it is, and
25 you can't get it back.  I don't know what Facebook does

Page 42

1  about that.
2        They've done a bunch of things recently where
3  they've reduced the number of places that applications
4  can get user data on their site.  And you think to
5  yourself, well, that sounds like progress.  The problem
6  with that is that the things they're doing now are all
7  things they should have done in 2011 when they signed
8  the consent.  These were all things that were
9  actually -- the consent decree said you must do these
10 things.  So what they're basically admitting is we
11 ignored the consent decree for seven years.  I don't
12 think we're supposed to give them credit for this,
13 right, for showing up seven years late to a party that
14 they were required to attend.
15       I think this is really hard.  And there was an
16 op ed written by Tim Wu, he's a professor at Columbia,
17 in which he said, the most important thing to do is to
18 replace Facebook.
19       Now, I don't know how you're going to do that,
20 but the one thing I know is that in 1956 AT&T, telephone
21 company, signed a consent decree to end an antitrust
22 case in which they agreed to two things.  The first was
23 they agreed not to enter any new markets, which
24 basically meant they weren't going to enter the computer
25 industry.  And then the second thing they did is they

Page 43

1  agreed to freely license their entire patent portfolio
2  at no cost.
3        What's really interesting about that is that by
4  not entering new markets, they allowed the mainframe
5  computer, minicomputer, and the PC industries to happen
6  independently.  But the patent portfolio is where the
7  secret was because in that patent portfolio was
8  something called a transistor.
9        Silicon Valley as we know it today was created
10 by the AT&T consent decree.  And the most remarkable
11 thing about it was that AT&T continued to prosper, and
12 yet we created all of Silicon Valley, the semiconductor
13 industry, the computer industry, the software industry,
14 the Internet industry, data networking industry,
15 cellular, all of those things were created as a direct
16 result of that AT&T consent decree.
17       And it's all about creating the opportunity for
18 competition.  And that's what I would like to see
19 happen.  I would like to see solutions that -- I mean, I
20 don't see any benefit to punishing Facebook and Google
21 and Twitter and the others.  I do think they should be
22 restricted in what they can do.  But I think for the
23 most part the most useful thing we can do is create real
24 competitors who have different business ideas and
25 different business plans and we should reward people who

Page 44

1  do things that serve the public interest.
2        You know, Silicon Valley spent the last 40
3  years getting rid of jobs.  Why?  I mean that's
4  sociopathic.  We are at this point now where we need to
5  create good jobs, particularly good jobs for people
6  coming out of industries that are dying.  There's no
7  reason Silicon Valley can't do that with the proper set
8  of incentives; and, you know, the Internet platforms
9  have done the opposite.  We need to create incentives
10 for a new generation to come along and do the right
11 thing.  And that's what I hope will happen.
12       BRIAN PRICE:  You understand the past.  You see
13 where we are right now.  And you have a vision for the
14 future.
15       So I guess my question is, if Mark called you
16 tomorrow and said, I need you, will you join my board --
17       ROGER McNAMEE:  Oh, I would do that in a
18 heartbeat, but that's never going to happen, okay?  I
19 mean, that -- that is roughly equivalent to if you had
20 wings would you fly?  I mean, I'm an enormous fan of
21 Facebook, I'm an enormous fan of Mark and Sheryl.
22       BRIAN PRICE:  What about the stock?
23       ROGER McNAMEE:  I think they're killing the
24 brand, okay?  I turned it over to a manager to manage my
25 position because of what I was doing, and the manager

**Video Transcription**                                    **From Mentor to Activist**

Page 45

1  sold a chunk of my position quite recently.  I still
2  have -- well, Facebook is by far my largest investment
3  position, so I'm still very deeply attached to it from a
4  personal economic perspective.  And I'm still deeply
5  emotionally tied.  And while it hasn't appeared to them
6  as though I have been trying to help, that has been my
7  goal throughout this entire thing.
8       I mean, somebody asked me in an interview not
9  too long ago, they said, wow -- this is after the
10  Mueller indictment, which was basically a superset of
11  the list of hypotheses we'd given Warner eight months
12  earlier -- and they said, wow, you must be feeling
13  really great.  I'm going, what planet are you coming
14  from?  This is the worst thing I've ever been involved
15  in.
16       I mean, I was so proud of this company, and it
17  never occurred to me it would ever do any harm; just
18  never occurred to me.  And maybe I was naive, and I'll
19  accept that, but I took up this challenge, first the
20  challenge of making -- getting a conversation going, and
21  now the larger challenge of how do we fix it with the
22  goal that we could fix it and with a clear sense that
23  because of my biography and because of my understanding
24  of the product and the people, that I might have an
25  important role to play here.  But it hasn't gone the way

Page 46

1  I hoped.
2       I mean, I hoped that they would take my
3  original memo and use that as the basis for doing the
4  right thing.  I hoped that inquiries from Congress would
5  cause them to do the right thing.  I hoped that having
6  former employees, like, you know, Chamath Palihapitiya
7  and Sean Parker and Justin Rosenstein talking about how
8  important it was to change the business model, that that
9  would cause them to do the right thing.  None of those
10  things have worked, and they're still not working now.
11       I mean, Mark's testified in Washington, D.C.,
12  and, you know, it all sounds good, but when you strip it
13  out and actually look at what's going on, for the most
14  part they are doing things that they wanted to do anyway
15  and crediting crisis for creating the motivation, and
16  when they're actually doing something like on personal
17  privacy, where they're being responsive to the consent
18  decree, they're doing it seven years later than they
19  should have done.
20       I would love to help them get this right, but
21  there's no sign.  And there will a better -- I mean, I
22  think the truth is now after all that's gone on, there
23  will be a better messenger than me.  You know, I've --
24  I've been forced to take up this mantle of being a
25  critic which is not where I normally belong.  I'm an

Page 47

1  analyst, right?
2       And in this particular story I'm Jimmy Stewart
3  in the Alfred Hitchcock movie, I saw something that I
4  wasn't supposed to see and pulled on the thread and all
5  of a sudden found myself in the midst that was bigger
6  than I was capable of handling.  And all of that has
7  made me very unpopular, not just with people at
8  Facebook.
9       And I don't know what's going to come out of
10  this.  You know, I don't know that democracy is going
11  to -- in the United States is going to survive its brush
12  with Facebook.  You know, you look at what's going on in
13  Washington right now, and it's hard to be confident that
14  we're going to have a happy ending.
15       You know, we've got trade wars, you've got real
16  wars being threatened, you got all kinds of stuff going
17  on.  And you've got all these people with really
18  important jobs who seem to think that the purpose of
19  being in Washington is to enrich themselves.  As an
20  investor you go, we have -- basically we're maximizing
21  uncertainty, which is the investor's enemy, and we're
22  doing it the old fashioned way with, you know, corrupt
23  behavior.  And whether I like it or not, Facebook was
24  one of the tools that these people used to produce this
25  outcome we have here, the Russians, the Trump campaign,

Page 48

1  others presumably.  And there's no easy fix and no way
2  to put the genie back in the bottle.
3       So, you know, I knock on wood that people --
4  you know, there are literally thousands of people who
5  are domain experts in each individual part of this
6  problem, and many of them have really great ideas.  And
7  what I've been hoping to do, what we've been trying to
8  do is to shine a light on them.
9       We started something called the "Center for
10  Human Technology" and we're working on a thing called
11  the "Ledger of Harms."  And the Ledger of Harms is
12  essentially a catalog of all of the failure modes of
13  Internet technology on smartphones from addiction to
14  election, interference to basically killing off
15  start-ups, but in great detail with links to all of the
16  best known work on the subject.  That's phase one.
17  We're going to release that in the next -- I hope in the
18  next month.
19       Once that's out, we're going to share it with
20  all the researchers and ask them to connect their work
21  to it.  And the goal there is to shine a light on all
22  the great work going on in the field that right now
23  nobody can see because it's taking place too close to
24  the action, and there's no way to get it to policy
25  makers, there's no way to get it to the tech companies.

**Page 45..48**

**Video Transcription**                                    **From Mentor to Activist**

Page 49

1       And so the hope with the Ledger of Harms is to
2   shine a light on that, and then as people start to come
3   up with remedies, connect those into it too.  And that
4   way anybody that wants to learn about this can go to
5   whatever level of depth they want to go to, understand
6   what the problems are, what is known about them, who's
7   doing the best work, what solutions they come up with.
8   Because it's not going to be us.  I mean, my role in
9   this whole thing is to run into the room with my hair
10  and fire and go, hey, my hair's on fire.  And that's
11  worked out pretty well, but that's one trick, and, you
12  know, my pony doesn't have a second trick.
13      And so my hope is that I'll be obsolete in this
14  whole exercise pretty quickly and we can hand it off to
15  people who really know what they're doing, because the
16  Jimmy Stewart character, you know, is supposed to go off
17  happily into the sunset at the end of the movie, and I
18  want to make sure that happens.
19      BRIAN PRICE:  Well, as long as your hair's on
20  fire, I hope you'll come back and join us again on "Real
21  Vision."
22      ROGER McNAMEE:  No, it's my pleasure.  It's fun
23  to be part of this great new adventure.
24      BRIAN PRICE:  Thank you.  And then whoever you
25  do pass the torch to, we look forward to hearing from

Page 50

1   them as well.
2       ROGER McNAMEE:  That will be my hope too.
3       BRIAN PRICE:  Thanks so much, Roger.
4       ROGER McNAMEE:  My pleasure, Brian.  Thanks a
5   lot.
6       BRIAN PRICE:  Well, it's no question that Roger
7   has played a crucial role in the development of Facebook
8   over the years, and as the story of the social network
9   and your privacy continues to take form, we hope Roger
10  will join us again with his take.
11      For "Real Vision," it's Brian Price.
12      (End of recording.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 51

1           REPORTER'S CERTIFICATE
2       I, the undersigned, a Cer ified Shorthand
3   Reporter of the State of California, do hereby certify:
4       That the foregoing electronically-recorded
5   proceedings were transcribed by me to the best of my
6   ability.
7       I further certify I am neither financially
8   interested in the action nor a relative or employee of
9   any attorney or party to this action.
10      IN WITNESS WHEREOF, I have this date
11  subscribed my name.
12
13  Dated: January 29, 2020
14
15
16          _____
        Diana Sasseen
17          CSR No. 13456
18
19
20
21
22
23
24
25

**Video Transcription**                              **From Mentor to Activist**

**1**

**1** 27:16

**1.7** 21:24

**1.8** 21:24

**10** 28:9 31:9 34:21
35:14 41:4

**126** 37:22 39:2

**13** 32:14

**137** 39:19

**146** 39:20

**15** 23:14

**16** 23:14 36:18

**17** 36:18

**1956** 42:20

**1st** 25:11

**2**

**20** 37:23 39:3

**2000** 10:16

**2000s** 31:24

**2002** 33:4

**2003** 33:4

**2009** 13:15,22

**2010** 13:15 26:25
27:3

**2011** 27:20 42:7

**2012** 27:16

**2015** 29:23 41:13

**2016** 14:3 16:2,9,22
36:14 37:22 39:4,12

**2017** 23:18

**23** 11:24

**23-year-old** 11:25
12:1

**25th** 37:3

**2nd** 25:10

**3**

**3** 8:2

**30** 35:15

**30th** 20:11

**4**

**4** 17:13,14

**40** 35:15 44:2

**40s** 35:7

**5**

**5** 8:2,4,9

**50** 27:9

**50s** 35:7

**6**

**61** 27:9

**7**

**7** 31:8 41:4

**7500** 25:15

**8**

**8** 17:15 18:13

**80s** 15:7

**87** 26:24

**9**

**9** 27:14

**90,000** 27:17

**900,000** 28:10

**A**

**ability** 14:11,12

**above-average** 15:3

**absolute** 15:20

**absolve** 33:22

**academic** 26:21

**accept** 35:17 45:19

**acceptable** 38:16,18

**account** 28:15

**accounts** 38:1

**acquired** 15:21

**act** 19:4 22:12

**action** 17:6 48:24

**actors** 14:18 19:5
23:16

**ad** 19:6

**added** 21:11 29:6

**addicted** 16:4

**addiction** 14:7,8,9
36:9 48:13

**admitting** 42:10

**adopted** 35:8

**ads** 40:14

**advance** 27:23

**advances** 34:25

**advantage** 18:15

**adventure** 49:23

**advertiser** 40:24

**advertisers** 14:12
17:9

**advertising** 19:2
30:20

**advice** 37:9

**advisor** 29:16

**affect** 19:23,24 20:2
22:25

**afternoon** 9:19

**ago** 45:9

**agree** 41:1

**agreed** 42:22,23 43:1

**aimed** 26:6

**Alamo** 24:20

**Aleksandr** 30:1

**Alfred** 47:3

**algorithm** 24:8

**algorithms** 38:4

**aligned** 9:24

**allowed** 29:19 43:4

**allows** 36:8

**Amazon** 34:24 35:2

**ambitious** 12:22

**America** 27:11

**Americans** 39:10

**analogous** 14:8

**analysis** 37:21

**analyst** 15:4 47:1

**Analytica** 26:13,16,
18,22 28:16,24
29:14,17,19,23 30:1,

**Video Transcription**                                                **From Mentor to Activist**

7,9,13

**analyzable** 38:3

**Android** 28:14,15

**animus** 18:4

**answer** 9:4 13:18

**Anti-vax** 31:11

**antitrust** 42:21

**Antonio** 30:6

**anybody** 8:19 16:4 30:3 49:4

**anymore** 34:7

**anyway** 12:12 46:14

**Apollo** 32:14

**apoplectic** 21:16

**appeared** 45:5

**application's** 16:24

**applications** 27:15, 16,18 28:4,5 42:3

**applies** 37:6

**apply** 30:25

**appreciate** 20:20

**apps** 28:10

**areas** 36:23

**argument** 38:6

**article** 26:6

**aside** 11:3

**asked** 45:8

**asking** 38:4

**associated** 16:12

**assume** 41:21

**AT&T** 42:20 43:10,11, 16

**attached** 45:3

**attempts** 22:23

**attend** 42:14

**attitudes** 31:20

**audience** 26:7

**audiences** 27:5

**August** 18:25

**authoritarian** 38:11

**authoritarians** 38:8

**authorities** 37:21

**avoid** 33:20

**awesome** 10:25

**awful** 35:3

---

**B**

---

**baby** 14:20 15:25 40:13

**back** 13:19 19:15 20:17 21:14 41:20, 25 48:2 49:20

**background** 13:24

**bad** 14:18 19:5 23:16 38:8

**bag** 8:14

**balance** 20:3

**band** 16:6,7

**bandwidth** 32:19

**Bannon** 29:16

**based** 23:1 25:24,25 37:12

**basic** 21:10

**basically** 17:20 18:8 20:19 22:3,10,19 24:19 25:21 26:17 28:1 29:6 32:4 42:10,24 45:10

47:20 48:14

**basis** 46:3

**began** 31:24 34:16

**begging** 22:3

**beginning** 16:9

**begins** 32:15

**behavior** 47:23

**believe** 8:12 20:20 31:16 40:22

**believes** 31:4

**believing** 41:4

**belong** 46:25

**beltway** 26:7

**benefit** 43:20

**benefits** 18:9

**Berners-lee** 26:5,10, 11

**Bernie** 16:12 17:7 40:3

**best** 39:13,15 48:16 49:7

**bet** 9:17

**better** 32:23,24 46:21,23

**big** 13:6,7 23:25 24:7 26:12 35:9

**bigger** 47:5

**bill** 15:15 37:4

**billion** 8:15 34:20

**billions** 17:25 33:12

**biography** 45:23

**birthday** 16:5

**birthdays** 14:17 34:22

**Black** 17:1 20:4,23

**blame** 22:14

**blamed** 17:23

**blaming** 17:17

**blast** 29:15

**blew** 27:1

**blow** 24:24

**blown** 23:23

**blueprint** 37:6

**Blumenthal's** 39:1

**board** 10:9,11 12:25 44:16

**bombshell** 26:13

**book** 10:19,20

**bottle** 22:7,10 41:21 48:2

**brand** 15:3 25:1 44:24

**break** 33:16 34:1

**Brexit** 17:10 18:16 20:5 21:20 23:1

**Brian** 14:20,23 19:11 20:7 30:16 31:19 35:22 44:12,22 49:19,24 50:3,4,6,11

**bricks** 24:14

**brilliant** 20:12

**British** 17:10 18:12, 13

**Bro** 17:7

**broadly** 41:20

**brothers** 9:25

**brought** 18:17

**brush** 47:11

Index: analyzable–brush

**Video Transcription**                                    **From Mentor to Activist**

bubble  8:10

bubbles  40:16,17
41:8

budging  22:22

build  26:22

built  15:2,3 36:1
40:19

bunch  42:2

business  11:23 14:2,
4 15:23 25:2 26:23
28:17,18 36:17
43:24,25 46:8

businesses  37:12

buy  8:14

buyer  10:6

**C**

call  9:20 12:2

called  10:15 13:9
27:22 37:1 43:8
44:15 48:9,10

calls  11:11

Cambridge  26:13,16,
17,22 28:16,23
29:14,17,19,23 30:1,
7,9,13

campaign  16:12,13
17:20 29:12 30:5,13
47:25

campaigns  18:15
29:11

capable  10:24 47:6

capital  15:17

care  22:11

career  8:1 11:12
14:25 31:22 32:7

carefully  22:21

case  20:10 28:10
30:22 42:22

casino  14:6

catalog  48:12

catch  39:6

category  32:9

cause  20:15 24:13
35:12 46:5,9

cellular  43:15

Center  48:9

certainly  16:20

certify  30:2

challenge  45:19,20,
21

Chamath  24:3,14
46:6

chance  10:7 11:6,13
33:6

change  10:3 11:5
12:23 24:3 31:11
36:17 46:8

changed  17:5

changes  9:23 36:20

channel  40:19

character  49:16

characterize  13:1
30:17

characterized  38:15

check  30:3

cheering  13:24

chemistry  12:14

Chicago  22:6

choice  8:20 10:9 28:1

Christopher  26:15

chunk  45:1

cited  19:1

citizens  37:6

Cityville  27:6,9,12

claims  29:22

class  12:21

classic  12:16

clear  45:22

clearly  8:7

clever  10:5

climate  31:11

Clinton  20:1 23:5
29:11

close  48:23

closely  21:4

closer  12:5

clustering  40:24

color  29:7 40:2

Columbia  42:16

combination  15:20
39:23

come  10:15 13:5
25:10 44:10 47:9
49:2,7,20

comes  17:13 25:14
30:17

coming  16:11 24:7
25:8 35:25 44:6
45:13

Commission  27:20

commit  22:16

committee  13:1

communicate  16:7

communities  39:24

community  33:7
38:9,12,13

companies  8:15
15:18 37:15 48:25

company  8:14,17 9:6,
14,22 10:12 20:14
21:12,22 36:13
42:21 45:16

company's  8:25

compelling  35:4

competition  43:18

competitors  43:24

complete  22:16 38:6

completely  29:9
33:10

computer  32:15
42:24 43:5,13

computers  15:7
32:10 33:7

concept  13:15

concerned  23:20
29:7

concerns  20:1

confessional  24:5

confident  13:20
47:13

Congress  46:4

connect  48:20 49:3

connection  18:18

consent  27:20,22
28:19,25 29:2,21
42:8,9,11,21 43:10,
16 46:17

consequence  32:2

consequences  33:23

**Video Transcription**                                    **From Mentor to Activist**

**consumer** 33:10 36:24

**consumers'** 37:3

**content** 23:6

**continued** 43:11

**continues** 50:9

**contrails** 31:5,10

**contributed** 23:16

**controls** 38:11

**convenience** 34:25 35:8

**convenient** 35:1

**conversation** 11:12 12:1 13:16 19:20 45:20

**convince** 22:23

**convinced** 12:9 13:10

**cool** 10:23

**cooperate** 37:20

**cooperation** 36:12 41:17

**copy** 10:18

**correct** 9:12

**corrupt** 47:22

**cost** 43:2

**costs** 33:20

**countries** 38:8

**country** 17:22

**couple** 12:12 37:18

**course** 16:20 18:12

**cover** 19:18

**covering** 19:18

**crammed** 29:6

**create** 11:23 14:7 43:23 44:5,9

**created** 17:9 22:9 24:7 26:5 43:9,12,15

**creating** 43:17 46:15

**creation** 14:1

**credit** 42:12

**crediting** 46:15

**creepy** 18:24 27:18

**crime** 17:23

**crisis** 10:1 46:15

**critic** 46:25

**criticism** 23:22

**crowd** 34:5

**crucial** 50:7

**culture** 17:21

**curious** 40:4

**currency** 18:10

**customer** 30:21

**customers** 22:11

**cycles** 23:7

---

**D**

**D.C.** 46:11

**damage** 17:4 36:21 39:13

**Dan** 21:6,7,9 22:24 23:13

**Dan's** 21:21 22:20

**dark** 35:6,23

**data** 16:25 19:4 25:7 26:21 30:6 36:24,25 37:2,4 38:1,23 41:19,22,23 42:4

43:14

**dataset** 30:8,15

**day** 16:4 21:10,14 23:21 25:14,21 28:6

**days** 11:8 13:4 27:9 29:5,6

**Dead** 19:10

**deal** 9:19,24 10:8 18:9,11 29:19

**dealing** 33:1

**death** 38:18

**debate** 22:6

**December** 24:3 29:23 30:15

**decide** 8:7 21:24

**decided** 24:12 34:19

**decree** 27:20 28:19, 25 29:2,21 42:9,11, 21 43:10,16 46:18

**deeper** 15:18

**deeply** 16:12,17 33:25 45:3,4

**defense** 32:9

**delivered** 34:24

**democracy** 21:25 25:1 38:20 39:10 47:10

**demonstrably** 31:5 41:5

**denial** 31:12

**deny** 24:21

**departments** 17:2

**depth** 49:5

**describe** 31:20

**described** 14:20

**design** 36:7

**designed** 25:5 27:7 28:3,6 39:9

**desktops** 13:11

**destabilizing** 21:25

**destroy** 17:21 30:2

**destroyed** 22:2 30:2

**detail** 48:15

**detailed** 39:4

**developers** 27:5

**development** 19:1 20:6 50:7

**difference** 14:10

**different** 14:19 20:3,4 23:15 24:9 27:13 33:10 38:22 40:5 43:24,25

**dig** 23:24

**dinners** 35:8

**direct** 43:15

**direction** 40:14

**directly** 37:23

**disappoint** 8:19

**disclosure** 40:14

**discovered** 16:19

**discriminate** 19:3

**disinformation** 31:16 39:9

**dismiss** 20:1

**disrupt** 31:25

**dissent** 24:21

**disturbing** 14:15

**DNC** 18:21

**doctor** 12:8

**Video Transcription**                                    **From Mentor to Activist**

---

**Doerr's** 11:9

**doing** 12:6 15:12
    35:19 38:21,22 42:6
    44:25 46:3,14,16,18
    47:22 49:7,15

**dollars** 8:15 17:25

**domain** 48:5

**doors** 11:8

**doubt** 23:1

**doubts** 24:11

**download** 28:14

**downstream** 35:13

**dozen** 27:11,13

**dramatic** 34:24

**dude** 8:12 10:12
    13:22 21:23 22:4

**dumbest** 11:16

**dying** 44:6

**dynamic** 15:7

---

**E**

**e-mails** 18:22

**earlier** 13:17 25:16
    30:10 45:12

**early** 10:3,16 19:15
    31:24

**earnings** 15:5

**earth** 18:9 31:5

**easy** 35:1 36:11 48:1

**economic** 45:4

**ed** 19:19,21 20:9
    42:16

**edge** 29:8

**effect** 37:3 40:25

**effectively** 18:3

**effort** 39:12

**eight** 45:11

**either** 10:9

**election** 17:14 19:23,
    25 20:2 21:15,16,20
    22:25 23:3 24:17
    25:23 26:23 36:4
    37:17 39:5,19 48:14

**elections** 40:13 41:7

**eliminate** 36:20

**eliminating** 28:20

**embed** 29:10 30:4

**embedded** 30:12

**embodied** 33:16

**embrace** 37:10

**emotion** 18:7

**emotional** 11:19
    22:24 41:3

**emotionally** 45:5

**employee** 9:7

**employees** 10:3
    29:11 30:5,12 46:6

**enable** 19:2

**encourages** 40:22

**endangering** 28:17

**enemy** 24:1 47:21

**enforce** 29:3

**engineer** 26:16

**engineering** 32:16

**enormous** 11:18
    44:20,21

**enrich** 47:19

**ensure** 20:22

**enter** 42:23,24

**entering** 43:4

**entire** 15:3 43:1 45:7

**entirely** 22:12

**entrepreneur** 12:17

**epidemic** 35:11

**equivalent** 44:19

**era** 32:9,11,15,25

**essay** 25:4

**essentially** 23:6 25:7
    28:3 37:3 48:12

**estate** 19:3

**estimate** 15:8,9

**EU** 18:1,9 37:6

**Europe** 25:8 26:8
    37:1

**European** 17:11
    37:10

**everybody** 9:3 15:4
    18:3 25:18 26:8,9
    29:15 30:13,25 34:3
    39:14,15

**everybody's** 37:7

**evicted** 20:24

**evil** 17:2,21

**exactly** 21:18 22:24
    26:1

**exaggerate** 20:10

**examples** 23:14,15

**excuse** 13:15

**executive** 21:8

**exercise** 49:14

**exiting** 18:1

**experience** 32:25
    34:7,9 35:25

**experts** 48:5

**explicitly** 20:23 27:22
    37:10

**expose** 38:4

**exposed** 39:7

**expressed** 16:25
    24:10

**external** 36:10

**extreme** 12:18 41:2

**eye** 9:10

---

**F**

**Facebook** 11:22 14:5
    15:19 16:3,23 17:3,
    8,16,17 18:14 19:1
    21:8 22:25 23:5,11
    25:13,22 26:19,25
    27:15,19 28:1,3,7,
    13,14,22 29:1,8,10,
    18,22,25 30:12
    31:13 33:16 34:23
    36:2,7 37:9,20,22
    38:4,9,15 39:2,6,14,
    20 40:18,20,21 41:3,
    11,15,25 42:18
    43:20 44:21 45:2
    47:8,12,23 50:7

**Facebook's** 19:6
    28:17 30:17,22 40:7
    41:6

**facility** 41:8

**fact** 15:20 25:24
    34:19 35:17,20

**facts** 20:9

**fade** 13:24

**failure** 48:12

**Fair** 19:3

---

                                    **Index: Doerr's–Fair**

**Video Transcription**                                   **From Mentor to Activist**

| | | | |
|---|---|---|---|
| **families** 35:10 | **fix** 35:23 36:11,12,17 45:21,22 48:1 | **friends** 20:14 27:17 34:8 | 10:1,9,12 11:16,22 12:2,4 13:22 19:8 21:14,17 23:12 26:21 27:24 31:6 33:8,9 34:14 35:18 38:13 47:20 49:4,5, 10,16 |
| **family** 14:17 | **fixing** 25:13 | **front** 8:5 | |
| **famous** 15:14 | **flat** 31:5 | **frustration** 29:1 | |
| **fan** 44:20,21 | **flipped** 33:5 | **fuel** 30:23 | |
| **fans** 16:7 | **fly** 44:20 | **full** 26:17 | |
| **far** 45:2 | **focus** 20:2 | **fun** 49:22 | **goal** 20:14 45:7,22 48:21 |
| **Farmville** 27:7 | **focused** 32:8 | **future** 39:13 40:13 44:14 | |
| **fashioned** 47:22 | **folks** 34:13 | | **God** 14:16 24:23 |
| **fast** 16:22 17:10 33:16 34:1 | **follow** 38:25 | ——————— | **goes** 8:11,14,18,21, 22,23 10:15,19,20, 22 11:4,10,12,24 12:3,4,6 19:16,25 21:11 22:18 23:13 24:2 29:25 |
| **fat** 35:12 | **followed** 32:10 | **G** | |
| **fate** 38:20 | **following** 10:2 | ——————— | |
| **February** 16:2 23:18 | **follows** 26:10 | **gambling** 14:6,8 | |
| **Federal** 27:20 | **food** 35:7,9 | **game** 9:9 14:9 27:5 | |
| **feeds** 41:10,12 | **foot** 32:21 | **games** 28:5 | **going** 8:11,12 9:12, 14,15 10:22,24 11:14,18,20,21,25 12:5 13:5,9,11,12, 14,23 15:10 17:6,12, 13,19,21,24 18:1,5, 8,24 19:18,22,24 20:1 21:3,21,23 22:3,11,12,14 24:13, 18,20,21,23,24,25 25:1,13 26:10,21,22 27:24 31:25 33:7,8, 9,17,18,19 34:1,4,15 35:9,10,12 36:16 37:2,7 38:8 41:16 42:19,24 44:18 45:13,20 46:13 47:9, 10,11,12,14,16 48:17,19,22 49:8 |
| **feel** 18:5 | **forced** 46:24 | **Gates** 15:15 | |
| **feeling** 45:12 | **forecast** 15:5 | **GDPR** 37:10 | |
| **felt** 15:24 | **forecast** 15:5 | **general** 28:23 37:2 | |
| **field** 48:22 | **foreign** 39:9 | **generation** 44:10 | |
| **figure** 8:23 14:14 15:10 21:4 22:17 | **form** 50:9 | **genie** 41:20 48:2 | |
| **filter** 40:16,17 | **former** 46:6 | **genocide** 38:15 | |
| **final** 17:12 | **forms** 23:23 | **get all** 18:9 | |
| **finally** 8:9 23:18 | **forth** 13:19 21:14 | **getting** 24:18 38:23 40:6 44:3 45:20 | |
| **find** 41:8 | **forward** 16:1,22 17:10 49:25 | **gigantic** 28:12 30:8 | |
| **fine** 32:6 | **forwards** 26:4 | **give** 10:8 12:5,21 38:5,7 42:12 | |
| **fingerprints** 15:24 | **found** 26:6,18 47:5 | **given** 11:13 45:11 | **golden** 9:1 |
| **finish** 20:11 | **four** 11:8 19:4 | **gives** 21:10 | **gonna** 14:1 |
| **fire** 49:10,20 | **free** 30:21 35:1,3 | **giving** 18:14 | **good** 12:14 15:11 18:5 32:6 37:5 40:24 41:2,14 44:5 46:12 |
| **firm** 16:23 | **freely** 43:1 | **Gladwell** 10:18 | |
| **first** 11:12 13:8 23:21 33:14 36:23 37:18 42:22 45:19 | **frequency** 22:19 | **global** 25:7 33:9,11 | |
| | **friction** 23:23,25 33:20 | **globally** 37:11 | **Google** 11:6,10,15 12:5 34:23 37:9 |
| | **friend** 21:2 | **go** 8:12,19,22 9:10 | |

Index: families–Google

**Video Transcription**                                    **From Mentor to Activist**

43:20

**gotten** 28:2

**government** 22:17
32:8 38:17

**great** 18:10 37:5
45:13 48:6,15,22
49:23

**greater** 15:19

**grips** 36:1

**group** 24:12

**groups** 16:11 40:23

**growth** 24:4,8,11

**Guardian** 26:14 29:24

**guess** 44:15

**guys** 11:15 13:8 19:8
21:17 22:14 32:12
34:15 37:19 38:21

------

**H**

**hack** 25:25

**hacks** 18:21

**hair** 49:9

**hair's** 49:10,19

**half** 9:18 27:11,13
32:21

**Hampshire** 16:9

**hand** 8:21 49:14

**hand-off** 11:9

**handling** 47:6

**hang** 27:21 36:11

**happen** 20:23 43:5,19
44:11,18

**happened** 15:22
22:15 23:1 25:11
26:12 29:21 34:6

35:13,14 37:21

**happens** 21:16 49:18

**happily** 49:17

**happy** 8:13 9:13
35:19 47:14

**hard** 15:19 20:6 38:23
42:15 47:13

**harm** 14:19 19:6 24:6,
25 25:2 45:17

**harming** 23:16

**Harms** 48:11 49:1

**Harvard** 34:9

**harvest** 16:25 29:19

**harvested** 26:24
27:13,17,18 41:22

**head** 8:10 24:4

**head-scratcher** 16:18

**health** 18:2,6

**hear** 19:15

**hearing** 49:25

**heartbeat** 44:18

**help** 8:23 20:14 25:5
38:19 40:11 41:16
45:6 46:20

**helped** 9:24 10:1

**helping** 22:17

**hey** 17:24 20:2,12
35:10 49:10

**high** 15:9

**high-use** 28:4

**highest** 39:25

**hire** 34:8

**hired** 24:11

**history** 34:9

**Hitchcock** 47:3

**hmm** 34:14

**home** 9:18

**honest** 25:23

**hope** 36:14 44:11
48:17 49:1,13,20
50:2,9

**hoped** 46:1,2,4,5

**hoping** 48:7

**horrible** 38:22

**hostile** 39:9

**hot** 15:8,9,11

**hour** 9:18

**hours** 20:18

**Housing** 19:1,4 20:5

**howl** 8:3

**huge** 26:9 27:5 28:11
31:13 41:6

**Human** 48:10

**hung** 10:17

**hurt** 34:1

**hypotheses** 45:11

**hypothesis** 18:16

------

**I**

**idea** 8:4 33:17 41:14

**ideal** 31:25

**ideas** 43:24 48:6

**identify** 31:17

**identity** 31:18

**ignored** 42:11

**imagine** 9:21 16:1
22:23 38:23

**immensely** 15:16

**immigrants** 17:21

**impact** 15:19

**important** 14:10
21:11 29:9 38:24
41:19 42:17 45:25
46:8 47:18

**incentives** 44:8,9

**increase** 28:5,6

**incredible** 34:23

**incredibly** 22:21
29:14 34:25 35:1,16

**independently** 43:6

**indictment** 45:10

**individual** 30:18
38:10 48:5

**industries** 43:5 44:6

**industry** 15:6 32:15
42:25 43:13,14

**infinite** 33:8

**inflammatory** 17:20
18:15 23:6

**influence** 41:13

**influential** 29:15

**information** 30:16

**informed** 27:22

**informing** 28:20

**inherent** 36:16

**injected** 16:23

**innocent** 14:19 19:6
23:16

**inquiries** 46:4

**insane** 11:4

**inside** 11:7 26:7
36:13 40:15

Index: gotten–inside

**Video Transcription**                    **From Mentor to Activist**

insight 20:12

Instagram 36:6 37:24 39:3,21

instantly 22:13

integrity 37:14

intensely 40:6

intentions 32:5

intents 25:15,16

interactively 15:2

interest 16:25 44:1

interested 19:17 35:18

interesting 17:17 26:3 43:3

interface 16:24

interfered 39:5

interference 37:23 48:14

Internet 13:14 34:16 41:23 43:14 44:8 48:13

interview 12:20 45:8

invest 10:8,10,12

invested 9:6

investigate 36:15

investigating 21:5

investigators 38:3

investing 11:2

investment 10:13 13:7 45:2

investor 10:12 14:25 15:1 47:20

investor's 47:21

investors 15:12

involved 36:4 45:14

IPO 28:25

irreparably 17:5

isolated 20:21

issue 29:10

issues 25:6


**J**

January 16:1 25:10, 11 41:11

Jill 40:3

Jimmy 47:2 49:16

job 28:24

jobs 15:15 17:22 44:3,5 47:18

John 11:9 18:21

Johnson 22:4 24:16

join 40:22 44:16 49:20 50:10

joined 9:7

June 17:10 30:15

Justin 46:7


**K**

Kara 19:8

Kara's 19:17

keep 11:7 18:10 23:12 34:5

kept 22:8

kids 36:5,6,7

kill 9:14

killed 9:19

killing 11:15 44:23

48:14

kind 36:25

kinds 47:16

kittens 14:18

Kleiner 11:7

knew 12:7 13:9 21:8 30:12,13

knock 48:3

know 10:10 11:1,10, 24 12:12,13,16,19, 22 13:2,12,21,23 14:16 15:14,15,23 17:5 18:20,21 19:16 21:1,2,11,18 22:16, 24 23:16,21 24:3,8, 17,19 25:19 26:23 27:5,6,23 28:9,19 29:4 30:20 31:5,8,17 32:4,12,13 33:11 34:16 35:10,11,20 37:4 40:5,14 41:25 42:19,20 43:9 44:2,8 46:6,12,23 47:9,10, 12,15,22 48:3,4 49:12,15,16

known 23:20 27:11 29:13 39:23 48:16 49:6

knows 15:22 41:24

Kogan 30:1


**L**

large 23:3

larger 45:21

largest 32:9 45:2

lasted 32:24

late 24:3 42:13

law 22:1 37:1

lead 35:11

leads 36:9

learn 18:23 49:4

learned 13:19,20

leave 17:11,14,19

Ledger 48:11 49:1

left 9:17 13:6 29:1 31:10 34:13

let's 19:20 20:13

level 49:5

levels 14:7

libertarian 31:25 32:3 33:24

license 43:1

light 48:8,21 49:2

like-minded 40:23

liked 21:9 40:3

line 19:7 30:20

links 48:15

lip 29:2

list 26:9 45:11

listen 9:10 23:24

listening 22:20

lists 27:17

literally 8:16,25 9:2 22:7 31:15 34:8 48:4

little 10:10

lives 17:1,4 20:4,24

location 22:8

long 8:4 21:3 24:18 25:4 45:9 49:19

look 8:17 9:10 22:3 31:9 34:14 36:5,24

**Video Transcription**                                    **From Mentor to Activist**

40:12 46:13 47:12 49:25

**looked** 32:14 34:20

**looking** 16:6,8 17:18 34:4

**looks** 39:15

**loser** 11:17

**lot** 12:10 13:9,19 14:19 15:13 17:15 18:20 21:9 35:3,9 50:5

**lots** 28:8

**love** 16:3,4,5 20:14 46:20

**low** 15:8

―――――――――――

**M**

―――――――――――

**magnified** 41:13

**mainframe** 32:10 43:4

**mainstream** 41:10,12

**majority** 40:1

**makers** 25:6 48:25

**making** 31:16 40:13 45:20

**Malcolm** 10:18

**man** 26:5

**Manafort** 18:23

**manage** 44:24

**management** 10:1 15:2 30:11

**manager** 28:22 44:24,25

**manipulate** 14:12

**manipulated** 39:6

40:7

**manipulation** 30:25 36:4,8,10

**mantle** 46:24

**mantra** 37:11

**manual** 32:21

**March** 16:22

**mark** 8:2,9 9:5 12:2,5, 7 13:4,16 20:13,16 25:11 34:8 44:15,21

**Mark's** 12:16 46:11

**market** 14:25 15:1 26:25 27:2 38:10

**markets** 42:23 43:4

**master** 12:21

**materially** 37:14

**math** 27:10

**matter** 9:2 17:1 20:5, 24 22:1 37:7

**max** 9:18

**maximizing** 47:20

**Mcnamee** 14:22,24 19:12 20:8 30:19 31:23 35:24 44:17, 23 49:22 50:2,4

**mean** 8:3,4 9:1 10:23 11:14,15 12:16 15:20 16:19 17:2,6 18:12 20:8,13,17 22:18,20 23:9,19 24:12 26:4,9 34:22 35:2,4 38:19 43:19 44:3,19,20 45:8,16 46:2,11,21 49:8

**meaningful** 31:3

**means** 27:12

**meant** 14:1,3 15:24

26:1 33:11 42:24

**mechanics** 14:4

**media** 21:12,22

**members** 21:24

**membership** 18:9

**memes** 16:10,18

**memo** 46:3

**memory** 32:18

**mental** 16:19

**mentor** 13:5

**message** 12:21 39:4, 15,24

**messenger** 36:7 46:23

**metadata** 28:15

**metrics** 28:7

**Microsoft** 9:14

**midst** 47:5

**millennium** 32:25

**million** 21:24 26:24 27:9,14 37:22,23 39:2,3,19,20

**millions** 25:20

**mind** 11:7 31:19 34:5

**minicomputer** 43:5

**minimize** 39:13

**minority** 38:14

**minute** 8:2,9 38:9

**minutes** 8:2,4 28:5

**misappropriated** 30:9

**misogynistic** 16:13, 18

**missed** 14:1

**mistakes** 33:3

**mitigate** 36:21

**mobile** 13:7,10

**mode** 13:2 36:21

**model** 14:2 15:23 32:3 33:13 36:17 37:10 46:8

**modes** 48:12

**mom's** 12:8

**moment** 28:1

**money** 16:16,17 18:1

**month** 9:20 10:17 16:22 48:18

**Monthly** 25:5

**months** 12:12 18:19 22:19 25:16 30:4 36:18 45:11

**Mossberg** 19:8

**motivated** 18:4

**motivation** 46:15

**move** 33:16 34:1

**movie** 47:3 49:17

**moving** 14:23 22:20 23:19,21

**Mueller** 45:10

**multiple** 25:20,21

**Myanmar** 38:13

―――――――――――

**N**

―――――――――――

**naive** 45:18

**named** 26:15

**national** 18:2,6

**nearly** 8:2

**necessary** 29:3 36:20

**Video Transcription**                                    **From Mentor to Activist**

**need** 10:15 13:25 34:7 39:8 40:11 41:16 44:4,9,16

**needed** 9:23 10:4 33:14,15,21

**needs** 11:22 32:8

**nefarious** 26:2

**neither** 28:20

**network** 50:8

**networking** 43:14

**networks** 25:21

**neutral** 18:16

**never** 11:5 41:20 44:18 45:17,18

**new** 16:9 25:12 26:14 34:15 37:1 42:23 43:4 44:10 49:23

**news** 16:23 18:20,25 29:4 41:10,12

**newspaper** 11:20

**night** 17:13

**nobody's** 22:14 38:4

**nonsense** 38:6 39:18

**normal** 12:1 31:8

**normally** 46:25

**note** 16:19 19:16 21:11

**notion** 18:17 33:15, 25 38:9

**novel** 34:10

**number** 23:4 27:11 28:11 31:8,13 42:3

**nuts** 11:14

---

**O**

**Obama** 23:4

**obesity** 35:11

**Observer** 26:13

**obsolete** 49:13

**obvious** 13:3,4,18 37:25

**obviously** 20:24 30:8 31:7 35:2

**occurred** 23:5 45:17, 18

**October** 20:11 36:14

**offer** 8:14

**offered** 29:10

**offering** 17:24

**office** 9:17 10:17 11:7,9 30:6

**oh** 14:16 24:23 38:7 44:17

**okay** 8:11,22 21:17 32:1 34:2,3,19 44:18,24

**old** 34:15 47:22

**old-timers** 34:3

**once** 12:25 21:14 41:22 48:19

**ones** 18:16

**op** 19:19,21 20:9 42:16

**open** 35:19

**operational** 13:2

**operator** 13:3

**opinion** 25:18

---

**opportunity** 10:2,13 27:23 43:17

**opposed** 23:23

**opposite** 44:9

**options** 10:4,5

**order** 32:21 36:17

**organize** 10:6

**original** 26:16 46:3

**originally** 36:13

**ostensibly** 16:11

**outcome** 19:23,25 47:25

**outgrown** 13:22

**output** 38:5

**outrage** 23:7

**outsiders** 36:8

**ownership** 36:25

---

**P**

**packaging** 22:9

**paid** 29:2

**painful** 8:1

**Palihapitiya** 24:4 46:6

**Palm** 13:8,9

**pantomiming** 8:6

**parade** 35:21

**Parakilas** 28:21

**parasitic** 30:24

**Parker** 24:10 46:7

**part** 28:7,21 29:1,16 35:24 43:23 46:14 48:5 49:23

---

**particular** 23:2 36:2 47:2

**particularly** 44:5

**parties** 21:13

**partner** 11:3

**parts** 37:18

**party** 42:13

**pass** 49:25

**passion** 11:19

**patent** 43:1,6,7

**patient** 22:21

**PC** 43:5

**people** 9:6,23 12:15 14:12,19 15:14 16:25 19:2,6 20:25 21:4 22:5 23:4,17,21 24:10,11,12 26:4 27:3,4,8,12,23 28:8 29:7,9 30:7 31:3,16 32:14 34:2,17,21 35:9,19 36:3,13 37:13 39:2,19,21,23 40:1,2,3,6,21,23 41:1,4 43:25 44:5 45:24 47:7,17,24 48:3,4 49:2,15

**people's** 16:6 17:4 41:10,12

**percent** 27:16 28:9 31:9 41:4

**percentage** 31:3

**perfect** 23:7 31:15 37:5

**Perkins** 11:8

**person** 12:3 39:16,17 40:18

**personal** 10:3 15:7 32:15 45:4 46:16

**Video Transcription**                                    **From Mentor to Activist**

personality 12:8

personally 39:3

perspective 45:4

persuaded 26:20
39:25

phase 48:16

Philippines 38:17

philosophically
23:22

philosophy 31:23

phone 13:8,13 28:14,
15

photographs 16:5,10

photos 14:17 34:22

pictures 14:17

pie-in-the-sky 17:24

piece 41:18

pierce 41:8

Pilot 13:8

place 30:25 32:23
48:23

places 42:3

plan 28:8

planet 45:13

plans 43:25

plastic 32:11

platform 21:12,14,19,
22 27:15 28:22,23
31:1

platforms 35:14 44:8

play 8:21 45:25

played 17:16 21:18
23:11 25:22 29:5
31:13 41:6 50:7

playing 9:9 27:12

pleasure 49:22 50:4

pocket 32:11

Podesta's 18:22

point 10:18 14:21
18:18 21:17 29:24
32:16 38:14 41:15
44:4

pointing 19:5

points 17:13,14,15
18:13 19:4 20:12

poison 22:10

poisoned 22:5

police 17:2

policy 25:5 48:24

political 18:15

polls 17:12

pony 49:12

population 31:4,12

portfolio 43:1,6,7

poses 8:6

position 17:18 23:19
40:8 44:25 45:1,3

positions 41:1

positive 39:24

possibility 35:5

post 11:14,18,19
24:17

postmortems 17:15

pounds 17:25

pour 18:2

power 32:17 39:9

Pre 13:9

preceded 34:12

prescription 25:7

presentation 24:5

president 11:13

presidential 29:11
39:5

presumably 48:1

pretty 13:5 22:24
24:18 27:18 33:25
49:11,14

Price 14:20,23 19:11
20:7 30:16 31:19
35:22 44:12,22
49:19,24 50:3,6,11

primary 16:9

prime 31:21

privacy 25:9 28:18,22
36:24 46:17 50:9

pro 39:23

probability 39:25

probably 19:15 31:12

problem 14:24 25:22,
24 27:19 35:13,17
36:7,17 42:5 48:6

problems 36:1 49:6

processing 32:17

produce 47:24

product 14:11 15:8,
10 25:25 28:13,24
30:21,22 36:16
40:18 45:24

products 15:4 33:9,
11 34:25 36:2,8

professional 8:1

professor 42:16

profiles 26:24 29:20

profound 25:23

profoundly 12:23
41:19

programming 16:24

progress 42:5

proof 22:9

propaganda 14:6

proper 44:7

properly 32:22

proposition 33:6 35:4

prosper 43:11

protect 40:13 41:7

Protection 25:8 37:2

protector 32:12

protested 27:3

proud 45:16

prove 9:12

provide 37:25

proxy 12:5

psychological 14:7
30:24

public 14:25 15:1
27:16 44:1

published 29:24

pull 40:8

pulled 47:4

pulls 11:3

punchline 39:11

punishing 43:20

puppy 34:22

purpose 26:2 47:18

purposes 25:15,17

pursue 33:18

put 22:10 41:20 48:2

**Video Transcription**                                        **From Mentor to Activist**

**puts** 25:12

---

**Q**

**quash** 24:21

**question** 44:15 50:6

**quickly** 13:5 34:17
   49:14

**quite** 13:20 45:1

---

**R**

**racially** 18:4

**rails** 12:19

**raining** 35:21

**ran** 28:24

**random** 39:22

**reach** 19:7 25:20
   39:1,3

**reached** 26:8 36:13

**reaching** 20:20

**reaction** 19:10,11

**read** 10:19,20 34:10

**ready** 8:3

**real** 19:3 27:19 40:6
   43:23 47:15 49:20
   50:11

**realistic** 33:14

**realistically** 11:20

**reality** 13:13

**realize** 29:22

**realized** 15:6 16:15
   23:18 24:23

**realizing** 36:15

**really** 9:13 10:5,6,21,
   23,24 12:3,8,10

13:17 14:9,15 15:11
   17:19 19:23 20:20
   21:4,8 23:3,9 24:9
   25:4 26:3 29:9 30:19
   32:5 34:4,24 35:18
   36:12 37:5 38:24
   39:4 40:20 41:18
   42:15 43:3 45:13
   47:17 48:6 49:15

**reason** 27:1 44:7

**rebuttal** 25:15,17

**recklessly** 28:17

**Recode** 19:7

**recognize** 40:7

**recording** 50:12

**recreate** 30:15

**reduced** 42:3

**referred** 20:23

**refused** 37:20

**regain** 37:13

**regimes** 38:11

**regretted** 24:6

**regulation** 23:22 37:2

**regulations** 25:8

**related** 37:17 38:1

**relates** 41:19

**relationship** 15:13
   18:23 26:19

**relationships** 15:18

**relative** 37:21

**relaxes** 8:9

**release** 48:17

**relentlessly** 33:18

**religious** 37:11

**remain** 17:12 18:7

**remain's** 17:13

**remarkable** 43:10

**remedies** 49:3

**remember** 9:5

**replace** 42:18

**replies** 20:18

**report** 16:23 18:25
   26:17

**repression** 38:14

**request** 39:1

**required** 10:5 32:21
   42:14

**researcher** 26:18
   29:25

**researchers** 48:20

**resolution** 25:12

**resonated** 26:3

**respected** 21:9

**respectful** 32:22

**respond** 19:13

**responsibility** 22:13
   33:22

**responsible** 21:13,
   23,25 32:1

**responsive** 46:17

**restricted** 43:22

**result** 25:17 43:16

**retail** 22:8

**rethink** 33:6

**returns** 17:14

**reverse** 28:12

**review** 8:25

**revolt** 24:13

**reward** 43:25

**rich** 34:17

**Richard** 39:1

**rid** 28:2 44:3

**right** 9:11 10:6 12:6,
   19 13:18 17:20
   18:20 19:15 20:9,17
   21:15 22:15 23:25
   26:9,13 27:3,4 29:8,
   21 30:20 31:11 34:2,
   10,14 36:24 42:13
   44:10,13 46:4,5,9,20
   47:1,13 48:22

**rights** 9:1 37:4

**rigid** 41:2

**risks** 36:20

**Roger** 11:4 14:22,24
   19:12 20:8,19 21:11
   30:19 31:23 35:22,
   24 44:17,23 49:22
   50:2,3,4,6,9

**Rohingya** 38:14

**role** 17:16 21:18
   23:11 25:23 31:13
   41:6 45:25 49:8 50:7

**room** 30:6 49:9

**Rose** 21:6

**Rosenstein** 46:7

**roughly** 21:14 30:4
   44:19

**ruining** 17:22

**run** 24:8 33:19 49:9

**run-of-the-mill** 12:15

**rush** 19:22 23:25 24:1

**Russia** 18:20

**Russian** 18:18 37:23
   41:13

Index: puts–Russian

**Video Transcription**                                    **From Mentor to Activist**

**Russians** 16:21
25:25 39:5 47:25

---

**S**

**salt** 35:12

**San** 30:6

**Sandberg** 10:14 12:4

**Sanders** 16:12 40:3

**Sandy** 28:21

**save** 11:20 17:25
18:6

**saw** 20:21 38:2 47:3

**saying** 8:6 17:20 18:3
19:12 20:18 24:9

**says** 22:1 25:13
29:25 39:4,16

**scale** 33:9

**scarcity** 33:2

**scheduled** 25:10

**screw** 18:11

**scroll** 16:1

**Sean** 24:9 46:7

**searchable** 38:3

**seat** 8:3

**second** 33:21 38:25
42:25 49:12

**second-longest** 21:7

**secret** 29:17 43:7

**security** 41:19

**see** 8:10,22 9:15
16:10 17:7,8 43:18,
19,20 44:12 47:4
48:23

**seeing** 19:9

**seen** 20:4 35:22

**self-control** 12:18

**self-reinforcing**
34:18

**sell** 9:11,13,22 10:4,
11 35:2

**selling** 17:1

**semiconductor** 43:12

**Senator** 39:1

**send** 20:13 23:13
30:3

**sends** 19:16

**senior** 21:3

**sense** 32:22 34:9
45:22

**sent** 20:16

**September** 19:15

**seriously** 21:2

**serve** 44:1

**service** 29:2

**serving** 21:7

**set** 13:23 19:21 44:7

**settled** 33:8

**seven** 42:11,13 46:18

**share** 48:19

**shared** 26:8 27:25

**sharing** 14:17 16:5

**she'll** 11:5

**shelf** 22:7

**Sheryl** 10:14,16
11:10 12:4,18,25
15:23 20:13,16
44:21

**shifted** 31:20

**shifting** 13:1

**shine** 48:8,21 49:2

**shirts** 32:13

**short** 32:12

**shortly** 10:14 28:25

**showed** 28:16

**showing** 42:13

**shown** 36:19

**shtick** 21:10

**side** 12:18 18:7 30:7
35:6,23 40:25

**sides** 35:6

**sign** 36:19 46:21

**signed** 27:19 28:19
42:7,21

**signing** 9:7

**silence** 8:1 19:10

**Silicon** 12:10,17
31:20,23 32:7,14,20
33:5 43:9,12 44:2,7

**simple** 11:9 27:10
30:19

**simply** 12:19 28:14

**sincerity** 22:16

**single** 16:3

**sisters** 12:9

**sit** 9:9 22:6

**site** 17:3 42:4

**sitting** 8:5 23:8 26:4

**situation** 9:2

**situational** 32:4

**situations** 23:15

**six** 30:4

**sleeve** 32:12

**slogan** 33:16

**slow** 35:16

**smart** 32:5

**smartphone** 14:7

**smartphones** 13:11,
12 48:13

**Snapchat** 36:6

**social** 50:8

**sociopathic** 44:4

**software** 43:13

**sold** 45:1

**solutions** 43:19 49:7

**solve** 38:20

**somebody** 8:5 10:24
11:23 16:15 21:8
26:4 45:8

**sorry** 21:17

**sort** 12:17 32:3

**sounds** 42:5 46:12

**sour** 10:11

**special** 15:13

**spectacularly** 23:10

**spend** 11:1 16:17
25:13

**spending** 16:16 32:9

**spent** 44:2

**spread** 16:17

**spreading** 16:15
31:15

**spreadsheets** 15:5

**squads** 38:18

**stand** 39:10

**Video Transcription**                                    **From Mentor to Activist**

**standard** 19:6 38:13

**standards** 38:9,12

**Stanford** 24:5

**start** 19:20 49:2

**start-up** 13:2

**start-ups** 48:15

**started** 14:25 27:10
32:7 48:9

**starting** 25:19 29:16

**States** 31:2 38:20
41:22 47:11

**stay** 18:12

**staying** 12:21

**Stein** 40:3

**step** 37:15,17

**steps** 20:22 40:13

**Steve** 15:15

**Steven** 29:15

**Stewart** 47:2 49:16

**stick** 20:9

**stock** 10:4 44:22

**stop** 27:25

**storage** 32:18

**story** 19:18 24:2 27:1
29:24 47:2 50:8

**strategy** 28:17,18

**strip** 46:12

**strong** 12:8

**study** 26:20,21

**stuff** 13:14 16:6 18:22
19:9 20:5,6 27:24
31:6 35:2,3,7 37:17
38:7 39:7 47:16

**subject** 48:16

**success** 15:20

**successful** 12:17
15:16

**successfully** 12:10

**successor** 27:6

**sudden** 11:3 16:10
18:19,24 25:18 47:5

**suddenly** 14:18 33:4

**sugar** 35:12

**sunset** 49:17

**superset** 45:10

**support** 37:8

**supposed** 25:2 42:12
47:4 49:16

**suppressing** 39:12

**suppression** 23:8,10

**sure** 49:18

**surprising** 16:14

**surrounded** 41:1

**surrounds** 40:21

**survive** 47:11

**sweetest** 18:8

**swings** 18:13

**Swisher** 19:8

**system** 18:2,6

**systemic** 20:21

---

**T**

**take** 17:22 18:1 19:19
21:1 22:11 46:2,24
50:9,10

**taken** 20:22

**takes** 30:25

**talk** 10:15 11:21
17:16

**talked** 35:5

**talking** 10:23 11:1
24:6 25:22 46:7

**tamper** 22:9

**tampered** 22:5

**targeted** 39:22 40:6

**team** 9:22 28:21

**teams** 15:2

**tech** 15:1 19:7 35:14
48:25

**techniques** 14:5,6

**technology** 32:10
48:10,13

**TED** 35:18

**telephone** 42:20

**television** 25:20

**tell** 38:19

**tens** 25:19

**testified** 46:11

**text** 16:10

**Thank** 49:24

**Thanks** 50:3,4

**thick** 32:21

**thing** 9:5,18,21,25
11:10,16 12:7 13:6
14:16 17:7,19,24
18:13 19:5 20:3,19
22:17 23:20 24:16,
22,24 25:14 26:12
27:14 29:18 30:11
33:14,21 34:6,23
35:13,25 37:25
38:25 39:14 41:16
42:17,20,25 43:11,
23 44:11 45:7,14

46:4,5,9 48:10 49:9

**things** 15:24 16:5
20:4,21,24 23:2,24
25:7,9 29:3 31:4,10,
11 32:1 33:13,17
34:1,20 35:8 36:5,22
37:19 38:2 40:5,10,
15,22 41:5 42:2,6,7,
8,10,22 43:15 44:1
46:10,14

**think** 9:9,11 12:1,2
13:13,22,23,25
14:13 19:22,24 21:7
22:5 23:14 24:15
27:1 30:19 31:2
32:24 36:22,23
40:19 42:4,12,15
43:21,22 44:23
46:22 47:18

**thinker** 8:6

**thinking** 18:14 23:8
30:17

**third** 21:13 31:12
41:5

**thought** 8:10 9:3
12:24 39:25

**thoughtful** 20:18

**thousands** 48:4

**thread** 47:4

**threatened** 47:16

**three** 19:14 22:18
29:5,6,20 30:5 33:13

**threw** 17:3

**tie** 32:13

**tied** 45:5

**tight** 20:10

**Tim** 26:5,10,11 42:16

**time** 9:11 14:3,21

**Video Transcription**                                    **From Mentor to Activist**

15:17 19:19 21:3,24
30:14 35:9 38:1 39:7

**times**  25:21 26:14
27:13

**Tipping**  10:18

**today**  31:9 37:15 43:9

**tomorrow**  44:16

**ton**  24:14

**tool**  14:18 23:7 26:25
27:2 28:2,20 31:15
38:16,17

**tools**  17:9 19:2,6
32:20,24 47:24

**tooth**  24:18

**top**  15:19 16:13 22:15
30:11

**topics**  13:17

**torch**  49:25

**touch**  23:12

**touched**  37:23 38:2

**trade**  27:20 47:15

**transistor**  43:8

**treat**  24:20

**tremendous**  29:7

**tremendously**  12:22

**trick**  49:11,12

**tried**  10:11

**trouble**  20:15

**true**  8:16 20:15 28:13
31:5,7 41:5

**truly**  15:25 17:2

**Trump**  23:9 29:12,13
30:5,6,14 39:23
47:25

**Trump's**  29:16

**trust**  8:7,11 22:1
37:12,13

**trusted**  26:19

**trusting**  10:6

**truth**  46:22

**try**  8:13

**trying**  8:7 15:5 20:8,9
32:23 45:6 48:7

**turned**  9:1 12:14 21:6
29:12 44:24

**turns**  15:12 28:12

**TV**  35:8

**tweet**  26:5

**Twitter**  34:24 36:2
43:21

**two**  8:15 11:1 15:23
18:19 25:16 30:9
33:13 37:17 40:10
42:22

**Tylenol**  22:5 24:16

U

**U.K.**  26:14

**U.S.**  21:20 22:1 39:5

**unacceptable**  24:13

**unaffected**  34:11

**uncertainty**  47:21

**unconcerned**  34:11

**undermine**  39:10

**understand**  14:4
21:22 25:6 39:8
44:12 49:5

**understanding**  29:9
45:23

**unduplicated**  25:20

**unhappiness**  36:9

**unhappy**  35:20

**union**  17:11

**unique**  40:8

**United**  31:2 38:20
41:22 47:11

**unpopular**  47:7

**unrelated**  19:4

**Urban**  19:1 20:5

**use**  14:18 16:3 28:5,8
32:21 35:1 46:3

**useful**  43:23

**user**  26:24 27:9 28:6,
18,22 29:20 30:21
36:9 42:4

**user's**  30:22,23

**users**  28:20 30:18
33:12 37:22

**uses**  38:17

V

**vacation**  16:2

**validated**  34:18

**valley**  12:11,17
31:21,23 32:7,14,20
33:6 35:16 43:9,12
44:2,7

**value**  33:24 35:4

**valued**  32:25

**values**  33:24 34:11

**vast**  40:1

**venture**  15:17

**video**  14:9

**view**  23:22 32:16

**violation**  19:3

**viral**  28:4

**virally**  16:15

**vision**  9:8,15,24
33:17 44:13 49:21
50:11

**voluntarily**  37:19

**vote**  9:1 18:4 39:12,
14 40:1

**voted**  23:4 39:19,21

**voter**  23:7,10

**voting**  8:25 17:11

W

**wait**  38:8

**walk**  18:11

**Walt**  19:8,16

**want**  8:18 10:22,25
22:4 32:19 33:2,20
39:13 41:7 49:5,18

**wanted**  12:23 25:18
28:8 46:14

**wanting**  9:22

**wants**  40:20 49:4

**war**  30:5

**warned**  24:25

**Warner**  45:11

**wars**  47:15,16

**Washington**  10:16
11:14,18,19 25:5,6
46:11 47:13,19

**wasn't**  15:9 23:21
25:24 30:14 39:17
47:4

**watch**  12:19 32:13

www.aptusCR.com