# Exhibit 27

6

| | | FB US Equity | | 96) Export | | | 97) Settings | | | | Page 1/6 | Historical Price Table | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Facebook Inc | | | | | | | | High | 629,818.0664 on | | 07/25/18 |
| | | Range | 01/02/2018 - 12/11/2018 | | | Period | Daily | | | Low | 378,601.5993 on | | 11/19/18 |
| | | Market | Mkt Cap | Last Price | | Currency | USD | | | Average | 502,108.0976 | | 173.459 |
| | | View | Price Table | | | | | | | Net Chg | -118,264.8278 | | -22.43% |
| | Date | Mkt Cap | Last Price | | Date | | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | |
| Fr | 12/14/18 | | | Fr | 11/23/18 | | 379,119.6403 | 131.73 | Fr | 11/02/18 | 432,708.0993 | 150.35 | |
| Th | 12/13/18 | | | Th | 11/22/18 | | | | Th | 11/01/18 | 436,737.3067 | 151.75 | |
| We | 12/12/18 | | | We | 11/21/18 | | 388,012.6767 | 134.82 | We | 10/31/18 | 436,852.4269 | 151.79 | |
| Tu | 12/11/18 | 408,906.9953 | 142.08 | Tu | 11/20/18 | | 381,134.2440 | 132.43 | Tu | 10/30/18 | 422,169.1131 | 146.22 | |
| Mo | 12/10/18 | 408,245.0541 | 141.85 | Mo | 11/19/18 L | | 378,601.5993 | 131.55 | Mo | 10/29/18 | 410,244.9000 | 142.09 | |
| Fr | 12/07/18 | 395,495.4905 | 137.42 | Fr | 11/16/18 | | 401,568.0817 | 139.53 | Fr | 10/26/18 | 419,714.9772 | 145.37 | |
| Th | 12/06/18 | 401,855.8823 | 139.63 | Th | 11/15/18 | | 414,001.0647 | 143.85 | Th | 10/25/18 | 435,825.6573 | 150.95 | |
| We | 12/05/18 | | | We | 11/14/18 | | 415,065.9267 | 144.22 | We | 10/24/18 | 421,649.4137 | 146.04 | |
| Tu | 12/04/18 | 396,963.2732 | 137.93 | Tu | 11/13/18 | | 409,137.2357 | 142.16 | Tu | 10/23/18 | 445,757.6895 | 154.39 | |
| Mo | 12/03/18 | 406,057.7700 | 141.09 | Mo | 11/12/18 | | 407,381.6525 | 141.55 | Mo | 10/22/18 | 446,883.7048 | 154.78 | |
| Fr | 11/30/18 | 404,676.3275 | 140.61 | Fr | 11/09/18 | | 417,195.6506 | 144.96 | Fr | 10/19/18 | 444,776.0352 | 154.05 | |
| Th | 11/29/18 | 399,121.7772 | 138.68 | Th | 11/08/18 | | 425,570.6461 | 147.87 | Th | 10/18/18 | 447,287.9154 | 154.92 | |
| We | 11/28/18 | 393,596.0070 | 136.76 | We | 11/07/18 | | 436,104.1455 | 151.53 | We | 10/17/18 | 460,280.3994 | 159.42 | |
| Tu | 11/27/18 | 388,530.7177 | 135.00 | Tu | 11/06/18 | | 431,528.1171 | 149.94 | Tu | 10/16/18 | 458,432.5795 | 158.78 | |
| Mo | 11/26/18 | 392,502.3650 | 136.38 | Mo | 11/05/18 | | 427,901.8304 | 148.68 | Mo | 10/15/18 | 443,245.8093 | 153.52 | |

SN 722317 EST  GMT-5:00  G660-4354-0  12-Dec-2018 15:44:20

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000    U.S. 1 212 318 2000     Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| FB US Equity | 96) Export | 97) Settings | | Page 2/6 Historical Price Table | |
|---|---|---|---|---|---|
| Facebook Inc | | | High | 629,818.0664 on | 07/25/18 |
| Range 01/02/2018 - 12/11/2018 | Period | Daily | Low | 378,601.5993 on | 11/19/18 |
| Market Mkt Cap | Last Price | Currency USD | Average | 502,108.0976 | 173.459 |
| View Price Table | | | Net Chg | -118,264.8278 | -22.43% |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 10/12/18 | 443,880.9974 | 153.74 | Fr | 09/21/18 | 470,414.5369 | 162.93 | Fr | 08/31/18 | 507,370.9358 | 175.73 |
| Th | 10/11/18 | 442,754.9821 | 153.35 | Th | 09/20/18 | 479,336.0426 | 166.02 | Th | 08/30/18 | 512,885.5235 | 177.64 |
| We | 10/10/18 | 437,067.1614 | 151.38 | We | 09/19/18 | 470,789.8754 | 163.06 | We | 08/29/18 | 507,861.7630 | 175.90 |
| Tu | 10/09/18 | 455,891.8270 | 157.90 | Tu | 09/18/18 | 462,821.1518 | 160.30 | Tu | 08/28/18 | 508,901.1617 | 176.26 |
| Mo | 10/08/18 | 454,015.1349 | 157.25 | Mo | 09/17/18 | 463,629.5731 | 160.58 | Mo | 08/27/18 | 512,365.8241 | 177.46 |
| Fr | 10/05/18 | 454,246.1124 | 157.33 | Fr | 09/14/18 | 468,653.3335 | 162.32 | Fr | 08/24/18 | 504,238.3036 | 174.645 |
| Th | 10/04/18 | 458,634.6848 | 158.85 | Th | 09/13/18 | 465,881.6036 | 161.36 | Th | 08/23/18 | 499,200.1070 | 172.90 |
| We | 10/03/18 | 468,970.9276 | 162.43 | We | 09/12/18 | 467,729.4236 | 162.00 | We | 08/22/18 | 501,336.6488 | 173.64 |
| Tu | 10/02/18 | 460,020.5497 | 159.33 | Tu | 09/11/18 | 479,105.0651 | 165.94 | Tu | 08/21/18 | 498,391.6858 | 172.62 |
| Mo | 10/01/18 | 468,999.7998 | 162.44 | Mo | 09/10/18 | 474,023.5603 | 164.18 | Mo | 08/20/18 | 498,045.2195 | 172.50 |
| Fr | 09/28/18 | 474,831.9815 | 164.46 | Fr | 09/07/18 | 470,732.1310 | 163.04 | Fr | 08/17/18 | 501,798.6038 | 173.80 |
| Th | 09/27/18 | 487,477.9992 | 168.84 | Th | 09/06/18 | 469,259.6495 | 162.53 | Th | 08/16/18 | 504,397.1006 | 174.70 |
| We | 09/26/18 | 482,021.1560 | 166.95 | We | 09/05/18 | 482,685.2162 | 167.18 | We | 08/15/18 | 518,342.3667 | 179.53 |
| Tu | 09/25/18 | 476,131.2299 | 164.91 | Tu | 09/04/18 | 494,176.3465 | 171.16 | Tu | 08/14/18 | 522,904.1722 | 181.11 |
| Mo | 09/24/18 | 477,574.8392 | 165.41 | Mo | 09/03/18 | | | Mo | 08/13/18 | 519,843.7205 | 180.05 |

SN 722317 EST   GMT-5:00 G660-4354-0 12-Dec-2018 15:44:21

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900   Singapore 65 6212 1000   U.S. 1 212 318 2000   Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| FB US Equity | | 96) Export | | 97) Settings | | | Page 3/6 Historical Price Table | |
|---|---|---|---|---|---|---|---|---|
| Facebook Inc | | | | | | High | 629,818.0664 on | 07/25/18 |
| Range | 01/02/2018 - 12/11/2018 | | | Period | Daily | Low | 378,601.5993 on | 11/19/18 |
| Market | Mkt Cap | Last Price | | Currency | USD | Average | 502,108.0976 | 173.459 |
| View | Price Table | | | | | Net Chg | -118,264.8278 | -22.43% |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 08/10/18 | 520,450.0364 | 180.26 | Fr | 07/20/18 | 607,926.4592 | 209.94 | Fr | 06/29/18 | 562,695.3870 | 194.32 |
| Th | 08/09/18 | 528,620.8652 | 183.09 | Th | 07/19/18 | 602,569.3860 | 208.09 | Th | 06/28/18 | 568,226.2031 | 196.23 |
| We | 08/08/18 | 534,655.1522 | 185.18 | We | 07/18/18 | 606,246.9443 | 209.36 | We | 06/27/18 | 567,096.8742 | 195.84 |
| Tu | 08/07/18 | 530,699.6626 | 183.81 | Tu | 07/17/18 | 608,071.2449 | 209.99 | Tu | 06/26/18 | 576,247.3344 | 199.00 |
| Mo | 08/06/18 | 536,127.6337 | 185.69 | Mo | 07/16/18 | 600,079.0708 | 207.23 | Mo | 06/25/18 | 568,573.6889 | 196.35 |
| Fr | 08/03/18 | 513,289.7341 | 177.78 | Fr | 07/13/18 | 600,339.6852 | 207.32 | Fr | 06/22/18 | 584,181.5941 | 201.74 |
| Th | 08/02/18 | 509,218.7558 | 176.37 | Th | 07/12/18 | 599,181.3991 | 206.92 | Th | 06/21/18 | 583,486.6225 | 201.50 |
| We | 08/01/18 | 495,591.0837 | 171.65 | We | 07/11/18 | 586,498.1663 | 202.54 | We | 06/20/18 | 584,934.4801 | 202.00 |
| Tu | 07/31/18 | 498,276.1970 | 172.58 | Tu | 07/10/18 | 589,393.8816 | 203.54 | Tu | 06/19/18 | 571,874.8043 | 197.49 |
| Mo | 07/30/18 | 493,887.6247 | 171.06 | Mo | 07/09/18 | 592,868.7399 | 204.74 | Mo | 06/18/18 | 574,249.2908 | 198.31 |
| Fr | 07/27/18 | 504,945.6721 | 174.89 | Fr | 07/06/18 | 588,496.2099 | 203.23 | Fr | 06/15/18 | 567,125.8313 | 195.85 |
| Th | 07/26/18 | 508,901.1617 | 176.26 | Th | 07/05/18 | 574,654.6910 | 198.45 | Th | 06/14/18 | 569,905.7180 | 196.81 |
| We | 07/25/18 H | 629,818.0664 | 217.50 | We | 07/04/18 | | | We | 06/13/18 | 557,164.5709 | 192.41 |
| Tu | 07/24/18 | 621,623.1923 | 214.67 | Tu | 07/03/18 | 558,091.1997 | 192.73 | Tu | 06/12/18 | 557,135.6137 | 192.40 |
| Mo | 07/23/18 | 610,735.3030 | 210.91 | Mo | 07/02/18 | 571,498.3613 | 197.36 | Mo | 06/11/18 | 554,645.2986 | 191.54 |

Screen Printed

| FB US Equity | 96) Export | 97) Settings | | Page 4/6 Historical Price Table | |
|---|---|---|---|---|---|
| Facebook Inc | | | High | 629,818.0664 on | 07/25/18 |
| Range 01/02/2018 – 12/11/2018 | | Period Daily | Low | 378,601.5993 on | 11/19/18 |
| Market Mkt Cap | Last Price | Currency USD | Average | 502,108.0976 | 173.459 |
| View Price Table | | | Net Chg | -118,264.8278 | -22.43% |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 06/08/18 | 547,579.7534 | 189.10 | Fr | 05/18/18 | 528,989.2615 | 182.68 | Fr | 04/27/18 | 502,667.2099 | 173.59 |
| Th | 06/07/18 | 544,915.6954 | 188.18 | Th | 05/17/18 | 532,116.6340 | 183.76 | Th | 04/26/18 | 504,317.7676 | 174.16 |
| We | 06/06/18 | 554,066.1556 | 191.34 | We | 05/16/18 | 530,495.0334 | 183.20 | We | 04/25/18 | 462,998.9824 | 159.69 |
| Tu | 06/05/18 | 558,699.2999 | 192.94 | Tu | 05/15/18 | 533,738.2345 | 184.32 | Tu | 04/24/18 | 462,998.9824 | 159.69 |
| Mo | 06/04/18 | 559,683.8431 | 193.28 | Mo | 05/14/18 | 540,456.2939 | 186.64 | Mo | 04/23/18 | 480,830.0534 | 165.84 |
| Fr | 06/01/18 | 561,739.8010 | 193.99 | Fr | 05/11/18 | 541,469.7942 | 186.99 | Fr | 04/20/18 | 482,105.7724 | 166.28 |
| Th | 05/31/18 | 555,340.2703 | 191.78 | Th | 05/10/18 | 537,242.0500 | 185.53 | Th | 04/19/18 | 487,382.6097 | 168.10 |
| We | 05/30/18 | 543,438.8806 | 187.67 | We | 05/09/18 | 528,931.3472 | 182.66 | We | 04/18/18 | 482,337.7212 | 166.36 |
| Tu | 05/29/18 | 537,850.1502 | 185.74 | Tu | 05/08/18 | 518,101.3722 | 178.92 | Tu | 04/17/18 | 489,006.2519 | 168.66 |
| Mo | 05/28/18 | | | Mo | 05/07/18 | 515,350.4427 | 177.97 | Mo | 04/16/18 | 477,901.6987 | 164.83 |
| Fr | 05/25/18 | 535,475.6637 | 184.92 | Fr | 05/04/18 | 511,412.2699 | 176.61 | Fr | 04/13/18 | 477,002.8967 | 164.52 |
| Th | 05/24/18 | 538,400.3361 | 185.93 | Th | 05/03/18 | 503,912.3675 | 174.02 | Th | 04/12/18 | 476,042.4742 | 163.87 |
| We | 05/23/18 | 541,209.1799 | 186.90 | We | 05/02/18 | 509,848.5837 | 176.07 | We | 04/11/18 | 483,159.7261 | 166.32 |
| Tu | 05/22/18 | 532,232.4626 | 183.80 | Tu | 05/01/18 | 503,449.0530 | 173.86 | Tu | 04/10/18 | 479,441.3251 | 165.04 |
| Mo | 05/21/18 | 534,230.5061 | 184.49 | Mo | 04/30/18 | 498,063.0227 | 172.00 | Mo | 04/09/18 | 458,786.7697 | 157.93 |

SN 722317 EST  GMT-5:00  G660-4354-0  12-Dec-2018 15:44:22

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| FB US Equity | | 96) Export | | 97) Settings | | | Page 5/6 Historical Price Table | |
|---|---|---|---|---|---|---|---|---|
| Facebook Inc | | | | | | High | 629,818.0664 on | 07/25/18 |
| Range | 01/02/2018 - 12/11/2018 | | | Period | Daily | Low | 378,601.5993 on | 11/19/18 |
| Market | Mkt Cap | | Last Price | Currency | USD | Average | 502,108.0976 | 173.459 |
| View | Price Table | | | | | Net Chg | -118,264.8278 | -22.43% |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 04/06/18 | 456,666.1192 | 157.20 | Fr | 03/16/18 | 537,686.5903 | 185.09 | Fr | 02/23/18 | 532,457.5889 | 183.29 |
| Th | 04/05/18 | 462,882.8208 | 159.34 | Th | 03/15/18 | 534,113.4394 | 183.86 | Th | 02/22/18 | 519,966.0857 | 178.99 |
| We | 04/04/18 | 450,565.6176 | 155.10 | We | 03/14/18 | 535,072.0896 | 184.19 | We | 02/21/18 | 516,828.6849 | 177.91 |
| Tu | 04/03/18 | 453,499.6683 | 156.11 | Tu | 03/13/18 | 528,361.5379 | 181.88 | Tu | 02/20/18 | 511,309.1834 | 176.01 |
| Mo | 04/02/18 | 451,408.0678 | 155.39 | Mo | 03/12/18 | 536,727.9400 | 184.76 | Mo | 02/19/18 | | |
| Fr | 03/30/18 | | | Fr | 03/09/18 | 538,093.2904 | 185.23 | Fr | 02/16/18 | 515,230.9344 | 177.36 |
| Th | 03/29/18 | 464,190.0711 | 159.79 | Th | 03/08/18 | 529,697.8382 | 182.34 | Th | 02/15/18 | 522,783.9364 | 179.96 |
| We | 03/28/18 | 444,552.2660 | 153.03 | We | 03/07/18 | 533,677.6893 | 183.71 | We | 02/14/18 | 521,505.7361 | 179.52 |
| Tu | 03/27/18 | 442,199.2154 | 152.22 | Tu | 03/06/18 | 522,261.0363 | 179.78 | Tu | 02/13/18 | 503,000.8812 | 173.15 |
| Mo | 03/26/18 | 464,974.4213 | 160.06 | Mo | 03/05/18 | 524,062.1367 | 180.40 | Mo | 02/12/18 | 512,471.1837 | 176.41 |
| Fr | 03/23/18 | 463,028.0708 | 159.39 | Fr | 03/02/18 | 513,081.2339 | 176.62 | Fr | 02/09/18 | 511,599.6835 | 176.11 |
| Th | 03/22/18 | 479,005.5750 | 164.89 | Th | 03/01/18 | 511,105.8334 | 175.94 | Th | 02/08/18 | 498,440.0301 | 171.58 |
| We | 03/21/18 | 492,078.0784 | 169.39 | We | 02/28/18 | 518,019.7352 | 178.32 | We | 02/07/18 | 523,423.0366 | 180.18 |
| Tu | 03/20/18 | 488,475.8775 | 168.15 | Tu | 02/27/18 | 527,141.4375 | 181.46 | Tu | 02/06/18 | 538,325.6905 | 185.31 |
| Mo | 03/19/18 | 501,286.9308 | 172.56 | Mo | 02/26/18 | 537,221.7902 | 184.93 | Mo | 02/05/18 | 526,560.4374 | 181.26 |

SN 722317 EST  GMT-5:00 G660-4354-0 12-Dec-2018 15:44:22

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2018 Bloomberg Finance L.P.

Screen Printed

| FB US Equity | | 96) Export | | 97) Settings | | | Page 6/6 Historical Price Table | |
|---|---|---|---|---|---|---|---|---|
| Facebook Inc | | | | | | High | 629,818.0664 on | 07/25/18 |
| Range | 01/02/2018 - 12/11/2018 | | Period | Daily | | Low | 378,601.5993 on | 11/19/18 |
| Market | Mkt Cap | Last Price | Currency | USD | | Average | 502,108.0976 | 173.459 |
| View | Price Table | | | | | Net Chg | -118,264.8278 | -22.43% |

| | Date | Mkt Cap | Last Price | | Date | Mkt Cap | Last Price | Date | Mkt Cap | Last Price |
|---|---|---|---|---|---|---|---|---|---|---|
| Fr | 02/02/18 | 552,763.5442 | 190.28 | Fr | 01/12/18 | 521,214.9151 | 179.37 | | | |
| Th | 02/01/18 | 560,926.5964 | 193.09 | Th | 01/11/18 | 545,623.7086 | 187.77 | | | |
| We | 01/31/18 | 543,066.5969 | 186.89 | We | 01/10/18 | 545,827.1152 | 187.84 | | | |
| Tu | 01/30/18 | 543,734.9329 | 187.12 | Tu | 01/09/18 | 545,914.2895 | 187.87 | | | |
| Mo | 01/29/18 | 540,422.3110 | 185.98 | Mo | 01/08/18 | 547,105.6711 | 188.28 | | | |
| Fr | 01/26/18 | 552,103.6621 | 190.00 | Fr | 01/05/18 | 542,950.3646 | 186.85 | | | |
| Th | 01/25/18 | 544,781.0241 | 187.48 | Th | 01/04/18 | 535,627.7265 | 184.33 | | | |
| We | 01/24/18 | 542,078.6219 | 186.55 | We | 01/03/18 | 536,615.7015 | 184.67 | | | |
| Tu | 01/23/18 | 550,214.8864 | 189.35 | Tu | 01/02/18 | 527,171.8231 | 181.42 | | | |
| Mo | 01/22/18 | 538,649.7676 | 185.37 | | | | | | | |
| Fr | 01/19/18 | 526,794.0679 | 181.29 | | | | | | | |
| Th | 01/18/18 | 522,464.4129 | 179.80 | | | | | | | |
| We | 01/17/18 | 516,071.6336 | 177.60 | | | | | | | |
| Tu | 01/16/18 | 518,367.2226 | 178.39 | | | | | | | |
| Mo | 01/15/18 | | | | | | | | | |

SN 722317 EST  GMT-5:00  G660-4354-0  12-Dec-2018 15:44:23

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2018 Bloomberg Finance L.P.