1

2

3

4

5

6

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com
jeremy@blbglaw.com
kate.aufses@blbglaw.com

7

*Co-Lead Counsel for the Class*

8

[Additional counsel appear on signature page]

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12

13

14

15

16

17

18

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | Master File No. 5:18-cv-01725-EJD <br><br> CLASS ACTION <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STRIKE** |

19

20

21

22

23

24

25

Pursuant to Local Rule 6-2, Lead Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, and Public Employees' Retirement System of Mississippi (collectively, "Plaintiffs") and Defendants Facebook, Inc., Mark E. Zuckerberg, David M. Wehner, and Sheryl K. Sandberg ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the following:

26

27

28

STIPULATED REQUEST AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON DEFENDANTS'
MOTION TO STRIKE
No. 5:18-CV-01725-EJD

WHEREAS, on September 16, 2020, this Court entered an order granting the Parties' stipulated briefing schedule for Defendants' motion to dismiss the Third Amended Complaint (ECF No. 141) (the "Order");

WHEREAS, on December 8, 2020, Defendants stated that they intended to file a motion to strike in conjunction with their motion to dismiss, and the Parties agreed that it could be noticed for the same hearing date as the motion to dismiss;

WHEREAS, on December 18, 2020, Defendants filed their motion to dismiss (ECF Nos. 145-47) and related motion to strike (ECF No. 148) (the "Motion To Strike");

WHEREAS, the Motion To Strike briefing schedule is currently different from the motion to dismiss briefing schedule, with responses due by January 4, 2021 and replies due by January 11, 2021 (*see* Docket entry accompanying ECF No. 148);

WHEREAS, the Parties agree that the briefing schedule for the Motion To Strike should track the agreed briefing schedule for the related motion to dismiss; and

WHEREAS, the Parties have met and conferred and agreed to the schedule set forth below for briefing on Defendants' Motion To Strike.

THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES, SUBJECT TO THE COURT'S APPROVAL:

1. Plaintiffs shall file and serve their response to the Motion to Strike (ECF No. 148) on or before February 19, 2021;

2. Defendants shall file and serve their reply in further support of the Motion to Strike on or before April 5, 2021; and

3. The parties expressly reserve all of their claims, rights, defenses, and arguments, and, by entering into this stipulation, in no way waive or intend to waive any claims, rights, defenses, or arguments they may wish to exercise or assert in this action or any separate action.

-2-

1

IT IS SO STIPULATED.

2

DATED:  December 23, 2020

ROBBINS GELLER RUDMAN
& DOWD LLP
DENNIS J. HERMAN
JASON C. DAVIS
KENNETH J. BLACK

3

4

5

*/s/ Jason C. Davis*
JASON C. DAVIS

6

7

8

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

9

*Counsel for Amalgamated and Co-Lead Counsel
for the Class*

10

11

12

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON

13

*/s/ John C. Browne*
JOHN C. BROWNE

14

15

16

1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)

17

18

*Counsel for Mississippi and Co-Lead Counsel
for the Class*

19

20

21

22

PIERCE BAINBRIDGE BECK PRICE
& HECHT LLP
DAVID L. HECHT
YI WEN WU
20 West 23rd Street, Fifth Floor
New York, NY 10010
Telephone:  213/262-9333

23

*Counsel for Helms and Additional Counsel for
the Class*

24

25

26

27

POMERANTZ LLP
JEREMEY A. LIEBERMAN
J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone:  212/661-1100
212/661-8665 (fax)

28

-3-

*Counsel for Kacouris and Additional Counsel for the Class*

DATED:  December 23, 2020                GIBSON, DUNN & CRUTCHER LLP


***\*\* /s/ Orin Snyder***
ORIN SNYDER

200 Park Avenue
New York, NY 10166
Telephone: 212/351-4000
212/351-4035 (fax)

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

## CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)

I, John C. Browne, am the ECF User whose identification and password are being used to file this document.  Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.


*        *        *

## [PROPOSED] ORDER GRANTING STIPULATION

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.


DATED: _____        _____
                                       THE HONORABLE EDWARD J. DAVILA
                                       UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON DEFENDANTS'
MOTION TO STRIKE
No. 5:18-CV-01725-EJD

## <u>CERTIFICATE OF SERVICE</u>

I, John C. Browne, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 1251 Avenue of the Americas, 44th Floor, New York, NY 10020, in said County and State.

I hereby certify that on December 23, 2020, the foregoing **STIPULATED REQUEST AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STRIKE** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.


Dated:  December 23, 2020                                    /s/   *John C. Browne*
                                                                        John C. Browne