ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
ALEXANDER T. PAYNE
1251 Avenue of the Americas
New York, NY  10020
Telephone: 212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com
jeremy@blbglaw.com
alex.payne@blbglaw.com

Co-Lead Counsel for the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 5:18-cv-01725-EJD<br><br>CLASS ACTION<br><br>**DECLARATION OF JEREMY P. ROBINSON IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Jeremy P. Robinson, declare as follows:

1. I am licensed to practice law in the State of New York and am admitted to appear *pro hac vice* in this action. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP, located at 1251 Avenue of the Americas, New York, NY 10020, and counsel for Public Employees' Retirement System of Mississippi ("Mississippi") and together with Robbins Geller Rudman & Dowd LLP, representing Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund (and together with Mississippi, "Lead Plaintiffs"), are Lead Counsel to Lead Plaintiffs in the above-captioned case. I make this Declaration in support of Lead Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss, filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto. Except as highlighted, paginated or excerpted, attached are true and correct copies of the following documents.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt from a transcript of a April 10, 2018 Senate Commerce, Science and Transportation Committee and Senate Judiciary Committee Joint Hearing on Facebook in which Defendant Zuckerberg testified.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 19, 2021
New York, NY

By: /s/ *Jeremy P. Robinson*
Jeremy P. Robinson

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, John C. Browne, am the ECF User whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: February 19, 2021         By:     /s/ *John C. Browne*
                                                John C. Browne