# Exhibit 1

# *SENATE COMMERCE, SCIENCE AND TRANSPORTATION COMMITTEE AND SENATE JUDICIARY COMMITTEE JOINT HEARING ON FACEBOOK*

CQ Transcriptions

April 10, 2018 Tuesday

Copyright  2018 ASC Servised II Media, LLC.      All Rights Reserved

All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of CQ Transcriptions. You may not alter or remove any trademark, copyright or other notice from copies of the content.

## Body

**EVENT DATE:** April 10, 2018

**TYPE:** COMMITTEE HEARING

**LOCATION:** WASHINGTON, DC

**SPEAKER:** SEN. CHARLES E. GRASSLEY

**GRASSLEY**:  The Committees on the Judiciary and Commerce, Science and Transportation will come to order. We welcome everyone to today's hearing on Facebook's social media privacy and the use and abuse of data.

**GRASSLEY**:  Although not unprecedented, this is a unique hearing. The issues we will consider range from data privacy and security to consumer protection and the Federal Trade Commission enforcement touching on jurisdictions of these two committees.

We have 44 members between our two committees. That may not seem like a large group by Facebook standards...

(LAUGHTER)

... but it is significant here for a hearing in the United States Senate. We will do our best to keep things moving efficiently given our circumstances. We will begin with opening statements from the chairmen and ranking members of each committee, starting with Chairman Thune, and then proceed to Mr. ***Zuckerberg***'s opening statement.

We will then move onto questioning. Each member will have five minutes to question witnesses.

I'd like to remind the members of both committees that time limits will be and must be strictly enforced given the numbers that we have here today. If you're over your time, Chairman Thune and I will make sure to let you know. There will not be a second round as well. Of course there will be the usual follow-up written questions for the record. Questioning will alternate between majority and minority and between committees. We will proceed in order based on respective committee seniority.

We will anticipate a couple short breaks later in the afternoon.

And so it's my pleasure to recognize the chairman of the Commerce Committee, Chairman Thune, for his opening statement.

**THUNE**:  Thank you, Chairman Grassley.

SENATE COMMERCE, SCIENCE AND TRANSPORTATION COMMITTEE AND SENATE JUDICIARY
COMMITTEE JOINT HEARING ON FACEBOOK

**HATCH**: Well, in my opinion, this is the most -- this is the most intense public scrutiny I've seen for a tech-related hearing since the Microsoft hearing that -- that I chaired back in the late 1990s.

The recent stories about Cambridge Analytica and data mining on social media have raised serious concerns about consumer privacy, and, naturally, I know you understand that.

At the same time, these stories touch on the very foundation of the internet economy and the way the websites that drive our internet economy make money. Some have professed themselves shocked -- shocked that companies like Facebook and Google share user data with advertisers.

Did any of these individuals ever stop to ask themselves why Facebook and Google didn't -- don't change -- don't charge for access? Nothing in life is free. Everything involves trade-offs.

If you want something without having to pay money for it, you're going to have to pay for it in some other way, it seems to me. And that's where -- what we're seeing here.

And these great websites that don't charge for access -- they extract value in some other way. And there's nothing wrong with that, as long as they're up-front about what they're doing.

To my mind, the issue here is transparency. It's consumer choice. Do users understand what they're agreeing to -- to when they access a website or agree to terms of service? Are websites up-front about how they extract value from users, or do they hide the ball?

Do consumers have the information they need to make an informed choice regarding whether or not to visit a particular website? To my -- to my mind, these are questions that we should ask or be focusing on.

Now, Mr. **_Zuckerberg_**, I remember well your first visit to Capitol Hill, back in 2010. You spoke to the Senate Republican High-Tech Task Force, which I chair. You said back then that Facebook would always be free.

Is that still your objective?

**_ZUCKERBERG_**: Senator, yes. There will always be a version of Facebook that is free. It is our mission to try to help connect everyone around the world and to bring the world closer together.

In order to do that, we believe that we need to offer a service that everyone can afford, and we're committed to doing that.

**HATCH**: Well, if (ph) so, how do you sustain a business model in which users don't pay for your service?

**_ZUCKERBERG_**: Senator, we run ads.

**HATCH**: I see. That's great. Whenever a controversy like this arises, there's always the danger that Congress's response will be to step and overregulate. Now, that's been the experience that I've had, in my 42 years here.

In your view, what sorts of legislative changes would help to solve the problems the Cambridge Analytica story has revealed? And what sorts of legislative changes would not help to solve this issue?

**_ZUCKERBERG_**: Senator, I think that there are a few categories of legislation that -- that make sense to consider.

Around privacy specifically, there are a few principles that I think it would be useful to -- to discuss and potentially codified into law.

One is around having a simple and practical set of -- of ways that you explain what you are doing with data. And we talked a little bit earlier around the complexity of laying out these long privacy policies. It's hard to say that people fully understand something when it's only written out in a long legal document. This needs -- the stuff needs to be implemented in a way where people can actually understand it, where consumers can -- can understand it,

SENATE COMMERCE, SCIENCE AND TRANSPORTATION COMMITTEE AND SENATE JUDICIARY COMMITTEE JOINT HEARING ON FACEBOOK

but that can also capture all the nuances of how these services work in a way that doesn't -- that's not overly restrictive on --on providing the services. That's one.

The second is around giving people complete control. This is the most important principle for Facebook: Every piece of content that you share on Facebook, you own and you have complete control over who sees it and -- and how you share it, and you can remove it at any time.

That's why every day, about 100 billion times a day, people come to one of our services and either post a photo or send a message to someone, because they know that they have that control and that who they say it's going to go to is going to be who sees the content.

And I think that that control is something that's important that I think should apply to -- to every service.

And the third point is -- is just around enabling innovation. Because some of the abuse cases that -- that are very sensitive, like face recognition, for example -- and I feel there's a balance that's extremely important to strike here, where you obtain special consent for sensitive features like face recognition, but don't -- but we still need to make it so that American companies can innovate in those areas, or else we're going to fall behind Chinese competitors and others around the world who have different regimes for -- for different new features like that.

**GRASSLEY**: Senator Cantwell?

**CANTWELL**: Thank you, Mr. Chairman.

Welcome Mr. *Zuckerberg*.

Do you know who Palantir is?

*ZUCKERBERG*: I do.

**CANTWELL**: Some people refer to them as a Stanford Analytica. Do you agree?

*ZUCKERBERG*: Senator, I have not heard that.

**CANTWELL**: OK.

Do you think Palantir taught Cambridge Analytica, as press reports are saying, how to do these tactics?

*ZUCKERBERG*: Senator, I do not know.

**CANTWELL**: Do you think that Palantir has ever scraped data from Facebook?

*ZUCKERBERG*: Senator, I'm not aware of that.

**CANTWELL**: Do you think that during the 2016 campaign, as Cambridge Analytica was providing support to the Trump campaign under Project Alamo, were there any Facebook people involved in that sharing of technique and information?

*ZUCKERBERG*: Senator, we provided support to the Trump campaign similar to what we provide to any advertiser or campaign who asks for it.

**CANTWELL**: So that was a yes. Was that a yes?

*ZUCKERBERG*: Senator, can you repeat the specific question? I just want to make sure I get specifically what you're asking.

**CANTWELL**: During the 2016 campaign, Cambridge Analytica worked with the Trump campaign to refine tactics. And were Facebook employees involved in that?