BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
ALEXANDER T. PAYNE
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com
jeremy@blbglaw.com
alex.payne@blbglaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

Co-Lead Counsel for the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>DATE: JUNE 10, 2021<br>TIME: 9:00 A.M.<br>LOCATION: COURTROOM 4, 5TH FLOOR<br>JUDGE: HON. EDWARD J. DAVILA |

## I.   INTRODUCTION

Plaintiffs ask the Court to take judicial notice of Exhibit 1, attached to the Declaration of Jeremy P. Robinson ("Robinson Declaration") in Support of Lead Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss.  The Complaint incorporates it by reference, and it is a matter of public record not subject to reasonable dispute.  The contents of this document are also central to Plaintiffs' allegations and rebut the factual arguments Defendants make in their Motion to Dismiss.

## II.   ARGUMENT

The Court may take judicial notice of documents incorporated by reference in the Complaint "'if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim.'"  *Khoja v. Orexigen Therapeutics, Inc.,* 899 F.3d 988, 1002 (9th Cir. 2018), *cert. denied sub nom. Hagan v. Khoja,* ___ U.S. ___, 139 S. Ct. 2615 (2019) (citing *United States v. Ritchie,* 342 F.3d 903, 907 (9th Cir. 2003)); *see also In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999), as amended (Aug. 4, 1999) ("That doctrine permits a district court to consider documents 'whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading.'").

Exhibit 1 is an excerpt from a transcript of an April 10, 2018 Senate Commerce, Science and Transportation Committee and Senate Judiciary Committee Joint Hearing on Facebook in which Defendant Zuckerberg testified.  Exhibit 1 is referenced in paragraphs 15, 313, 512 of the Complaint.  Exhibit 1 is a matter of public record not subject to reasonable dispute.  *See* Fed. R. Evid. 201(b); *Khoja*, 899 F.3d at 999.  Defendants cannot credibly dispute this request given that they have repeatedly asked the Court to judicially notice similar documents, which request has been granted.

Exhibit 1 is offered to provide context to Defendant Zuckerberg's false and misleading testimony that "Every piece of content that you share on Facebook, you own and you have complete control over who sees it and – and how you share it, and you can remove it at any time." ¶512(a).  Exhibit 1 is also offered to support the Complaint's loss causation allegations that the

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF
POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
5:18-cv-01725-EJD                                                                                                                                             - 1 -

March 2018 disclosures revealing Cambridge Analytica's continued misuse of users' data was understood by investors and by Defendants themselves to implicate the issue of users' control over their data.

## III. CONCLUSION

Plaintiffs request that the Court take notice of the document identified above for the reasons set forth above.

DATED: February 19, 2021

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
ALEXANDER T. PAYNE

/s/ John C. Browne
JOHN C. BROWNE

1251 Avenue of the Americas
New York, NY  10020
Telephone: 212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com
jeremy@blbglaw.com
alex.payne@blbglaw.com

Counsel for Mississippi and Co-Lead Counsel for the Class

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
JASON C. DAVIS
KENNETH J. BLACK

\*\*/s/    Jason C. Davis
JASON C. DAVIS

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
5:18-cv-01725-EJD                                                                                                              - 2 -

Counsel for Amalgamated and Co-Lead Counsel for the Class

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory

PIERCE BAINBRIDGE BECK PRICE
  & HECHT LLP
CLAIBORNE R. HANE
20 West 23rd Street, Fifth Floor
New York, NY 10010
Telephone: 213/262-9333

Counsel for Helms and Additional Counsel for the Class

POMERANTZ LLP
JEREMEY A. LIEBERMAN
J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)

Counsel for Kacouris and Additional Counsel for the Class

# CERTIFICATE OF SERVICE

I, John C. Browne, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 1251 Avenue of the Americas, 44th Floor, New York, New York 10020, in said County and State.

I hereby certify that on February 19, 2021, the foregoing LEAD PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR REQUEST FOR JUDICIAL NOTICE was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

          /s/ John C. Browne
          JOHN C. BROWNE

1251 Avenue of the Americas
New York, NY  10020
Telephone: 212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com