Orin Snyder (*pro hac vice*)
    osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Brian M. Lutz (SBN 255976)
    blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Joshua S. Lipshutz (SBN 242557)
    jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Paul J. Collins (SBN 187709)
    pcollins@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendants Facebook, Inc.,
Mark E. Zuckerberg, Sheryl K. Sandberg, and
David M. Wehner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS AND DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE THE DECLARATION OF MATTHEW CAIN AND REFERENCES THERETO IN THE THIRD AMENDED COMPLAINT**<br><br>Date First Action Filed: March 20, 2018 |

I, BRIAN M. LUTZ, declare and state as follows:

1. I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Facebook, Inc. ("Facebook"), Mark E. Zuckerberg, Sheryl S. Sandberg, and David M. Wehner (collectively, "Defendants") in the above-captioned case. I make this Declaration in support of Defendants' Reply in Support of Their Motion to Dismiss Plaintiffs' Third Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws and Defendants' Reply in Support of Their Motion to Strike the Declaration of Matthew Cain and References thereto in the Third Amended Complaint, filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2. Attached hereto as **Exhibit 36** is a true and correct copy of Facebook's Annual Report on Form 10-K for the fiscal year ended December 31, 2016, filed with the United States Securities & Exchange Commission on February 3, 2017.

3. Attached hereto as **Exhibit 37** is a true and correct copy of an article published by *The Washington Post* on October 27, 2016, titled "Trump's plan for a comeback includes building a 'psychographic' profile of every voter," and available at https://www.washingtonpost.com/politics/trumps-plan-for-a-comeback-includes-building-a-psychographic-profile-of-every-voter/2016/10/27/9064a706-9611-11e6-9b7c-57290af48a49_story.html.

4. Attached hereto as **Exhibit 38** is a true and correct copy of a court reporter-prepared transcript of a presentation given by Alexander Nix uploaded to YouTube on September 27, 2016, titled "Cambridge Analytica – The Power of Big Data & Psychographics," and available at https://www.youtube.com/watch?v=n8Dd5aVXLCc.

5. Attached hereto as **Exhibit 39** is a true and correct copy of the Initial Expert Report of Michaela Chlouba (ECF No. 14-3) from the case *Sanchez v. Bay Area Rapid Transit Dist.*, No. 4:13-cv-01885-YGR (N.D. Cal.), dated May 14, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of April, 2021, at San Francisco, California.

By:    */s/ Brian M. Lutz*
            Brian M. Lutz

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Orin Snyder, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

DATED: April 5, 2021                              By:   /s/ Orin Snyder
                                                              Orin Snyder