Exhibit 39

Attn: Lia Parmenter
Parmenter Law Offices
510 B Street, Ste 200
San Rafael, CA
415.816.4128
lmparmenter@lawpar.com

## INITIAL EXPERT REPORT

Written by:          Michaela Chlouba, AIA, LEED AP BD+C
                     Registered Architect, State of California
Date:                November 20, 2012

Case:                Sanchez v. BART
Site:                BART Station, 24th St. Mission Station, SW Corner
                     San Francisco, CA

---

## PURPOSE

This initial report summarizes my observations of the code compliancy of the stairway and surrounding environment in which the incident in question occurred. The observations noted are the conditions that were present on the site visit dates noted below (not the date of the incident). As I understand, Mr. Sanchez's incident occurred on a rainy day around 8:30pm at night;  he slipped and fell while walking down the south side (right side when walking down) of the 5th or 6th step from the top landing of the stairway (herein referred to as Step #5 and 6, respectively) located between the escalator and the other stairway at the SW corner of the 24th St. Mission BART Station.

## SITE VISITS

At 1:00pm on Saturday November 10, 2012, I visited the site and was accompanied by Lia Parmenter, Manny Juarez, and Mr. Sanchez.  I primarily evaluated the area at and near Steps #5 and 6 of the stairway referenced above.   In addition to photos, I took various measurements at the stairs, handrails, and associated features.

At 8:40pm on Sunday November 18, 2012, I visited the site for a second time.  I brought a light meter and took light measurements at various locations as well as additional dimensional measurements and photos.

## CODE COMPLIANCE REFERENCES

The listed codes and/or civil laws below contain requirements that are referenced in this report.

- 2010 California Building Code (CBC), California Code of Regulations Title 24
- 2010 Americans with Disabilities Act (ADA)

The violations and potential violations noted are selective and are not inclusive of all potential violations.  Additional Codes and Bulletins may also contain requirements; however, they have not been analyzed or used as a referenced in this report.

## HANDRAIL ANALYSIS

1. **CBC + ADA VIOLATION:**  The installed handrails are larger than what is allowable in both dimensions and perimeter. The installed handrails are approx. 2 ½" high x 4" deep with a perimeter of approx. 12".  These dimensions exceed what is allowed for a gripping surface.

    *2010 CBC:  1012 Handrail Graspability.*
    *All required handrails shall comply with section 1012.3.1 or shall provide equivalent graspability*

    *2010 CBC:  1012.3.1 Type I.*
    *Handrails with a circular cross section shall have an outside diameter of at least 11/4 inches (32 mm) and not greater than 2 inches (51 mm). If the handrail is not circular, it shall have a perimeter dimension of at least 4 inches (102 mm) and not greater than 61/4 inches (160 mm) with a maximum cross-section dimension of 21/4 inches (57 mm). Edges shall have a minimum radius of 0.01 inch (0.25 mm).*

    *2010 ADA:  504.6 Handrails.*
    *Stairs shall have handrails complying with 505.*

    > *2010 ADA:  Advisory 505.6 Gripping Surface.*
    > *People with disabilities, older people, and others benefit from continuous gripping surfaces that permit users to reach the fingers outward or downward to grasp the handrail, particularly as the user senses a loss of equilibrium or begins to fall.*

    *2010 ADA: 505.7.2 Non-Circular Cross Sections.*
    *Handrail gripping surfaces with a non-circular cross section shall have a perimeter dimension of 4 inches (100 mm) minimum and 6 1/4 inches (160 mm) maximum, and a cross-section dimension of 2 1/4 inches (57 mm) maximum*

    *2010 ADA: Figure 505.7.2 Handrail Non-Circular Cross Section*



2. **CBC + ADA VIOLATION:**  The heights of the installed handrails at various locations are installed lower than what is allowable and the heights are not consistent within a single handrail along various flights and landings nor with the handrail on the opposite side of the

same stairway.  The handrail height is less than 34" at various locations along stair flights (including at Step #6) as measured from the stair tread nosing to the top of the handrail.

*2010 CBC:  1012.2 Height.*
*Handrail height, measured above stair tread nosings, or finish surface of ramp slope, shall be uniform, not less than 34 inches (864 mm) and not more than 38 inches (965 mm). Handrail height of alternating tread devices and ship ladders, measured above tread nosings, shall be uniform, not less than 30 inches (762 mm) and not more than 34 inches (864 mm).*

*2010 ADA:  505.4 Height.*
*Top of gripping surfaces of handrails shall be 34 inches (865 mm) minimum and 38 inches (965 mm) maximum vertically above walking surfaces, stair nosings, and ramp surfaces. Handrails shall be at a consistent height above walking surfaces, stair nosings, and ramp surfaces.*

*2010 ADA:  Figure 505.4 Handrail Height.*



## STAIR TREAD ANALYSIS

1. **CBC VIOLATION:**  Contrasting striping was observed on the exterior stair treads; however, there is wear in various locations which no longer meets the requirements.  For example, Step #5 from the top landing has a location in which the striping is worn away creating an area that exceeds the 1" distance required between the striping and the nose of the step.

    *2010 CBC:  1133B.4.4 Striping for the visually impaired.*
    *Interior stairs shall have the upper approach and lower tread marked by a stripe providing clear visual contrast. Exterior stairs shall have the upper approach and all treads marked by a stripe providing clear visual contrast. See Figure 11B-35.*

    *The stripe shall be a minimum of 2 inches (50.8 mm) wide to a maximum of 4 inches (101.6 mm) wide placed parallel to, and not more than 1 inch (25.4 mm) from, the nose of the step or upper approach. The stripe shall extend the full width of the step or upper approach and shall be of material that is at least as slip resistant as the other treads of the stair. A painted stripe shall be acceptable.*

Nov 20 2012

## ILLUMINATION ANALYSIS

1. **CBC VIOLATION:**  The illumination level at the nosing at the south side of the top landing (within 12" of the landing edge on the right side when walking down) had a lower than allowable light level.  0.75 foot-candles was measured on the evening of November 18, 2012. The handrail adjacent to and above this location appeared to have a linear light fixture at its underside that was not functioning.  In addition a grill in the side wall that appeared to be a light fixture was also not functioning.  (Light levels measured in various other locations along that stairway were measured as greater than 1 foot-candle).

   > ***2010 CBC:  1006.2 Illumination level.***
   > *The means of egress illumination level shall not be less than 1 foot-candle (11 lux) at the walking surface.*

## CONCLUSION

The BART stairway observed violated building codes and ADA regulations primarily with regard to the handrails.  There was a location where the light level was not adequate and this appeared to be due to installed light fixtures that were not functioning.  In addition, the contrasting striping on the stair treads show deterioration in various locations by what appears to be wear and tear. These conclusions are based on observations and conditions that were present on the dates visited.

## APPENDIX

See Appendix for photos taken during site visits.

# APPENDIX

11.10.2012
Step #5





11.10.2012



11.10.2012
Handrail





Nov 20 2012

11.18.2012
Top landing

