
ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
KATE W. AUFSES
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)
johnb@blbglaw.com
jeremy@blbglaw.com
kate.aufses@blbglaw.com

*Co-Lead Counsel for the Class*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**STATEMENT OF RECENT DECISION**<br><br>Date First Action Filed: March 20, 2018 |

1 | Plaintiffs respectfully submit this Statement of Recent Decision to alert the Court to a recent Order by the Special Master in *In re Facebook, Inc., Consumer Privacy User Profile Litig.*, No. 3:18-md-02843-VC-JSC (N.D. Cal.), which granted a motion to compel Mark Zuckerberg and Sheryl Sandberg as document custodians in that case.  This decision makes findings, including in paragraph 7, that relate to the arguments made by Lead Plaintiffs in their Memorandum of Points and Authorities in Opposition to Defendants Motion to Dismiss, ECF. 153 at pp. 3-20.

A copy of this decision is attached hereto as **Exhibit A**.

| | | |
|---|---|---|
| 1 | DATED:  November 18, 2021 | Respectfully submitted, |
| 2 | | ROBBINS GELLER RUDMAN |
| | | & DOWD LLP |
| 3 | | DENNIS J. HERMAN |
| | | JASON C. DAVIS |
| 4 | | KENNETH J. BLACK |

*/s/ Jason C. Davis*
Jason C. Davis

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Counsel for Amalgamated and Co-Lead Counsel for the Class

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JONATHAN D. USLANER
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA  90067
Telephone:  310/819-3472

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
JOHN C. BROWNE
JEREMY P. ROBINSON
ALEXANDER T. PAYNE

*/s/ John C. Browne*
JOHN C. BROWNE

1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)

Counsel for Mississippi and Co-Lead Counsel for the Class

PIERCE BAINBRIDGE BECK PRICE
  & HECHT LLP
CLAIBORNE R. HANE
20 West 23rd Street, Fifth Floor
New York, NY  10010
Telephone:  213/262-9333

Counsel for Helms and Additional Counsel for the Class

POMERANTZ LLP
JEREMY A. LIEBERMAN
J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)

Counsel for Kacouris and Additional Counsel for the Class

**CERTIFICATE OF SERVICE**

I, John C. Browne, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 1251 Avenue of the Americas, 44th Floor, New York, NY 10020, in said County and State.

I hereby certify that on November 18, 2021, the foregoing **STATEMENT OF RECENT DECISION** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

Dated: November 18, 2021            /s/   *John C. Browne*
                                    John C. Browne