UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>FACEBOOK, INC. SECURITIES LITIGATION | Case No. 5:18-cv-01725-EJD<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 168 |

On December 20, 2021, the Court granted Defendants' motion to dismiss Plaintiffs' third amended complaint without leave to amend. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 20, 2021

EDWARD J. DAVILA
United States District Judge