UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 5:18-cv-01725-EJD

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 03/20/2018

Date of judgment or order you are appealing: | 12/20/2021

Docket entry number of judgment or order you are appealing: | 118,137,168,169

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Amalgamated Bank
Public Employees' Retirement System of Mississippi
James Kacouris

Is this a cross-appeal?   ○ Yes   ⦿ No
If yes, what is the first appeal case number? | N/A
Was there a previous appeal in this case?   ○ Yes   ⦿ No
If yes, what is the prior appeal case number? | N/A

Your mailing address (if pro se):
N/A

City: | State: | Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/John C. Browne    **Date** | 01/17/2022

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                                   *Rev. 12/01/2021*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> See attached

Name(s) of counsel (if any):

> See attached

Address: 

Telephone number(s): 

Email(s): 

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Defendants, Facebook, Inc., Mark E. Zuckerberg, David M. Wehner and Sheryl K. Sandberg

Name(s) of counsel (if any):

> Orin Snyder
> Gibson Dunn and Crutcher, LLP

Address: 200 Park Avenue, New York, New York 10166

Telephone number(s): (212) 351-2400

Email(s): osnyder@gibsondunn.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

---

**Form 6**                                    1                             *New 12/01/2018*