**Addendum**

Appellants:

Appellant: Public Employees' Retirement System of Mississippi
Name of Counsel: John C. Browne, Jeremy P. Robinson; Bernstein Litowitz Berger & Grossmann LLP
Address: 1251 Avenue of the Americas, New York, New York 10020
Telephone: (212) 554-1400
Email: JohnB@blbglaw.com, Jeremy@blbglaw.com

Appellant: Lead Plaintiff Amalgamated Bank
Name of Counsel: Jason Davis, Robbins Geller Rudman & Dowd LLP
Address: One Montgomery Street, Suite 1800, San Francisco, CA 94104
Telephone: 415-288-4545
Email: jdavis@rgrdlaw.com
Name of Counsel: Joseph D. Daley, Robbins Geller Rudman & Dowd LLP
Address: 655 West Broadway, Suite 1900, San Diego, CA 92101
Telephone: 619-231-1058
Email: joed@rgrdlaw.com

Appellant: James Kacouris
Name of Counsel: Jeremy Alan Lieberman, Pomerantz LLP
Address: 600 Third Avenue, 20th Floor, New York, NY 10016
Telephone: (212) 661-1100
Email: jalieberman@pomlaw.com