UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

DEC 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: FACEBOOK, INC. SECURITIES LITIGATION, | No.   22-15077 |
| _____ | D.C. No. 5:18-cv-01725-EJD Northern District of California, San Jose |
| AMALGAMATED BANK, Lead Plaintiff; PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI; JAMES KACOURIS, individually and on behalf of all others similary situated, | ORDER |
| Plaintiffs-Appellants, | |
| v. | |
| FACEBOOK, INC.; MARK ZUCKERBERG; SHERYL SANDBERG; DAVID M. WEHNER, | |
| Defendants-Appellees. | |

Before: McKEOWN, BYBEE, and BUMATAY, Circuit Judges.

Facebook's Motion to Stay the Mandate (Dkt No. 52) is GRANTED.

Pursuant to Rule 41(d) of the Federal Rules of Appellate Procedure, the mandate is

stayed for 90 days to permit the filing of a petition for writ of certiorari in the

Supreme Court. Facebook must notify the Court in writing that the petition has

been filed, in which case the stay will continue until the Supreme Court resolves

the petition. *See* Fed. R. App. P. 41(d)(2)(B)(ii). Should the Supreme Court grant

certiorari, the mandate will be stayed pending disposition of the case. Should the

Supreme Court deny certiorari, the mandate will issue immediately. The parties shall advise this Court immediately upon the Supreme Court's decision.