UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: FACEBOOK, INC. SECURITIES LITIGATION, <br><br> ------------------------------ <br><br> AMALGAMATED BANK, Lead Plaintiff; et al., <br><br>       Plaintiffs - Appellants, <br><br> v. <br><br> FACEBOOK, INC.; et al., <br><br>       Defendants - Appellees. | No. 22-15077 <br><br> D.C. No. 5:18-cv-01725-EJD <br> U.S. District Court for Northern California, San Jose <br><br> **MANDATE** |

The judgment of this Court, entered October 18, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                FOR THE COURT:

                                MOLLY C. DWYER
                                CLERK OF COURT