# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>FACEBOOK, INC. SECURITIES LITIGATION | Case No. 5:18-cv-01725 EJD<br><br>**ORDER SETTING COMPLIANCE DEADLINE** |

Counsel, Hillary Bryn Stakem, entered her appearance in this matter on behalf of Public Employees' Retirement System of Mississippi and Amalgamated Bank. *See* ECF No. 187. However, the Court's records indicate that Hillary Bryn Stakem is not admitted to the Bar of this Court as required by Civil Local Rule 11-1.

Pursuant to Civ. L. R. 11-1(a), "[e]xcept as provided in Civil L.R. 11-2, 11-3, and 11-9, and Fed. R. Civ. P. 45(f), an attorney must be a member of the bar of this Court to practice in this Court and in the Bankruptcy Court of this District." Attorneys are expected to follow the local rules regarding admission to the bar of this Court or risk dismissal of their action for failure to prosecute. *See Rasool v. Union City*, No. 4:21-CV-06510-YGR, 2021 WL 8153597, at *2 (N.D. Cal. Nov. 19, 2021); *see also Moura v. Am. W. Steamboat Co. LLC*, No. 08-CV-04025-WHA, 2009 WL 2390228, at *2 (N.D. Cal. Aug. 3, 2009) (describing how plaintiff's attorney, who was not admitted to practice in the Northern District of California, violated Civil Local Rule 11-1 by filing several court documents in the action).

Accordingly, the Court SETS a compliance deadline of February 12, 2025. Hillary Bryn Stakem must file proof that she is admitted to practice in the Northern District of California by this deadline. The parties are on notice that failure to comply with Court Orders and Civil Local Rules

1

may result in sanctions. Information on the admission to practice may be found at https://cand.uscourts.gov/attorneys/admission-to-practice/.

**IT IS SO ORDERED.**

Dated: February 5, 2025

EDWARD J. DAVILA
United States District Judge