ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
SALVATORE J. GRAZIANO
JEREMY P. ROBINSON
KATE AUFSES
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)
salvatore@blbglaw.com
jeremy@blbglaw.com
kate.aufses@blbglaw.com

Co-Lead Counsel for the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re FACEBOOK, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | Master File No. 5:18-cv-01725-EJD<br><br>CLASS ACTION<br><br>NOTICE OF ADMISSION OF COUNSEL |
|---|---|---|
| This Document Relates To:<br><br>    ALL ACTIONS. | | |

4906-1011-7657.v1

1  Please note the admission of the undersigned Hillary B. Stakem of Robbins Geller Rudman
2  & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, California 92101-8498, phone number
3  619/231-1058; email: hstakem@rgrdlaw.com to the United States District Court for the Northern
4  District of California.  Submitted herewith as Attachment 1 is email correspondence from
5  admissionsinfo@cand.uscourts.gov, dated February 7, 2025, confirming admission.

DATED:  February 10, 2025
ROBBINS GELLER RUDMAN
  & DOWD LLP
LUKE O. BROOKS (212802)
DARRYL J. ALVARADO (253213)
HILLARY B. STAKEM (286152)
J. MARCO JANOSKI GRAY (306547)
JESSICA E. ROBERTSON (352207)

s/ Hillary B. Stakem
HILLARY B. STAKEM

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
lukeb@rgrdlaw.com
dalvarado@rgrdlaw.com
hstakem@rgrdlaw.com
mjanoski@rgrdlaw.com
jrobertson@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN
JASON C. DAVIS
KENNETH J. BLACK
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dherman@rgrdlaw.com
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

Counsel for Amalgamated and Co-Lead Counsel for the Class

| | |
|---|---|
| 1 | |
| 2 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 3 | SALVATORE J. GRAZIANO<br>JEREMY P. ROBINSON |
| 4 | KATE AUFSES<br>1251 Avenue of the Americas |
| 5 | New York, NY 10020<br>Telephone: 212/554-1400 |
| 6 | 212/554-1444 (fax)<br>salvatore@blbglaw.com |
| 7 | jeremy@blbglaw.com<br>kate.aufses@blbglaw.com |
| 8 | Counsel for Mississippi and Co-Lead Counsel for the Class |

NOTICE OF ADMISSION OF COUNSEL - 5:18-cv-01725-EJD                    - 2 -
4906-1011-7657.v1

# ATTACHMENT 1

From: admissioninfo@cand.uscourts.gov <admissioninfo@cand.uscourts.gov>
Sent: Friday, February 7, 2025 7:15 PM
To: Hillary Stakem <HStakem@rgrdlaw.com>
Subject: USDC CAND Attorney Admission

EXTERNAL SENDER

Congratulations, Hillary Stakem (CA State Bar number: 286152),

Effective 02/07/2025, you have been admitted to practice in the United States District Court, Northern District of California.

For more information, please see: http://www.cand.uscourts.gov/