1    Brian M. Lutz (SBN 255976)
         blutz@gibsondunn.com
2    GIBSON, DUNN & CRUTCHER LLP
     One Embarcadero Center, Suite 2600
3    San Francisco, CA  94111-3715
     Telephone:  415.393.8200
4    Facsimile:  415.393.8306

5    Joshua S. Lipshutz (SBN 242557)
         jlipshutz@gibsondunn.com
6    GIBSON, DUNN & CRUTCHER LLP
     1700 M Street, N.W.
7    Washington, DC  20036-4504
     Telephone:  202.955.8217
8    Facsimile:  202.530.9614

9    *Attorneys for Defendants Facebook, Inc.,*
     *Mark E. Zuckerberg, Sheryl K. Sandberg, and*
10   *David M. Wehner*

11   [Additional Counsel Appear on Signature Page]

12                   **UNITED STATES DISTRICT COURT**

13                   **NORTHERN DISTRICT OF CALIFORNIA**

| 14 | | CASE NO. 5:18-CV-01725-EJD |
|---|---|---|
| 15 | IN RE FACEBOOK, INC. SECURITIES LITIGATION | **JOINT STATUS REPORT** |
| 16 | | |
| 17 | This Document Relates To: | Date First Action Filed:  March 20, 2018 |
| 18 | ALL ACTIONS | |

19

20

21

22

23

24

25

26

27

28

Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated") and the Public Employees' Retirement System of Mississippi ("Mississippi" and, together with Amalgamated, "Plaintiffs") and Defendants Facebook, Inc. (now Meta Platforms, Inc.) ("Facebook"), Mark E. Zuckerberg, David M. Wehner, and Sheryl K. Sandberg (collectively, the "Executive Defendants" and together with Facebook, "Defendants"), by and through their respective counsel of record, hereby respectfully submit the following joint status report pursuant to the Court's January 28, 2025 Order.  Dkt. No. 181.

**Procedural History**

Plaintiffs filed a consolidated complaint in this action on October 15, 2018, asserting claims under the Exchange Act against Defendants.  Dkt. No. 86.  On September 25, 2019, the Court dismissed the consolidated complaint in full for failure to state a claim, and granted Plaintiffs leave to amend. *See* Dkt. No. 118.  On November 15, 2019, Plaintiffs filed a second amended complaint.  Dkt. No. 123. On January 15, 2020, Defendants moved to dismiss, and on August 7, 2020, the Court again granted the motion to dismiss with leave to amend.  *See* Dkt No. 137.

Plaintiffs filed their Third Amended Complaint ("TAC") on October 16, 2020.  Dkt. No. 142. On December 20, 2021, the Court once again granted Defendants' motion to dismiss the complaint, this time with prejudice.  *See* Dkt. No. 168.

Plaintiffs appealed the Court's decisions to the Ninth Circuit.  Dkt. No. 170.  On appeal, Plaintiffs challenged three issues: (1) "whether the [Court] properly dismissed Plaintiffs' claims regarding Defendants' risk statements for failure to adequately plead falsity"; (2) "whether the [Court] properly dismissed Plaintiffs' claims regarding Defendants' user-control statements for failure to adequately plead loss causation"; and (3) "whether the [Court] properly dismissed Plaintiffs' claims regarding Defendants' statements about Facebook's investigation into the Cambridge Analytica data breach for failure to adequately plead scienter and falsity." *Amalgamated Bank v. Facebook, Inc.*, No. 22-15077 (9th Cir.), Dkt. No. 14 at 1.

Gibson, Dunn & Crutcher LLP

1　　　　On October 18, 2023, the Ninth Circuit affirmed in part and reversed in part this Court's order.

2　Dkt. No. 174.  On November 1, 2023, Facebook filed a petition for panel rehearing and rehearing en

3　banc.

4　　　　The Ninth Circuit issued an amended opinion on December 4, 2023.  *See* Dkt. No. 175.  In its

5　amended opinion the Ninth Circuit *inter alia* concluded as follows:

6
7
8
9

> "We affirm in part and reverse in part as to dismissal based on the risk statements and user control statements, and we affirm as to dismissal on the Cambridge Analytica investigation statements.  Specifically, we affirm the dismissal of the statements in ¶¶ 503-05, 530, 533, and 537-38 of the Third Amended Complaint, reverse the district court's dismissal of the statements in ¶¶ 501-02, 507-14, 519, and 525, and remand for further proceedings."

10　*Id.* at 39.

11　　　　Defendants filed a petition for a writ of certiorari on March 4, 2024, which presented two

12　questions:

13　　　1.　"Are risk disclosures false or misleading when they do not disclose that a risk has

14　　　　　materialized in the past, even if that past event presents no known risk of ongoing or future

15　　　　　business harm?"

16　　　2.　"Does Federal Rule 8 or Rule 9(b) supply the proper pleading standard for loss causation in

17　　　　　a private securities-fraud action?"

18　　　　On June 10, 2024, the Supreme Court granted the petition limited to Question 1 only.  *See* Dkt.

19　No. 178.

20　　　　On November 22, 2024, after full briefing and oral argument, the Supreme Court dismissed the

21　writ of certiorari as improvidently granted.  *See* Dkt. No. 179.  The Ninth Circuit issued its mandate on

22　January 24, 2025, returning jurisdiction of the case to this Court.  *See* Dkt. No. 180.

23　**Next Steps**

24　　　　Defendants have expressed their current intent to file another motion to dismiss.  Plaintiffs

25　reserve all rights, including to oppose Defendants' motion on any grounds.  To avoid delay and needless

26　disputes, the parties have agreed to the following briefing schedule, subject to the Court's approval:

27　　　1.　Defendants' answer or motion to dismiss will be filed by April 28, 2025;

28　　　2.　Plaintiffs' opposition will be filed by June 27, 2025; and

3.  Defendants' reply will be filed by August 8, 2025.

DATED:  February 14, 2025                    Respectfully submitted,

                                             GIBSON, DUNN & CRUTCHER LLP

                                    By:  */s/ Brian M. Lutz*
                                         Brian M. Lutz
                                         One Embarcadero Center, Suite 2600
                                         San Francisco, CA  94111-3715
                                         Tel: 415.393.8200
                                         Fax: 415.374.8306
                                         blutz@gibsondunn.com

                                         Joshua S. Lipshutz
                                         1700 M Street, NW
                                         Washington, D.C.  20036-4504
                                         Tel:  202.955.8500
                                         Fax:  202.467.0539
                                         jlipshutz@gibsondunn.com

                                         *Attorneys for Defendants Facebook, Inc.,*
                                         *Mark E. Zuckerberg, Sheryl K. Sandberg,*
                                         *and David M. Wehner*

DATED:  February 14, 2025           By:  */s/ Jeremy P. Robinson***
                                         Salvatore J. Graziano
                                         Jeremy P. Robinson
                                         BERNSTEIN LITOWITZ BERGER &
                                         GROSSMAN LLP
                                         1251 Avenue of the Americas
                                         New York, NY  10020
                                         Tel: 212.554.1400
                                         Fax: 212.554.1444
                                         johnb@blbglaw.com
                                         jeremy@blbglaw.com
                                         alex.payne@blbglaw.com
                                         salvatore@blbglaw.com

                                         *Attorneys for Lead Plaintiff, the Public*
                                         *Employees' Retirement System of Mississippi,*
                                         *and Co-Lead Counsel for the Class*

                                         ** Pursuant to Civ. L.R. 5-1(i)(3), the
                                         electronic filer has obtained approval from
                                         this signatory.

Gibson, Dunn &
Crutcher LLP

1     DATED:  February 14, 2025

ROBBINS GELLER RUDMAN
   & DOWD LLP
JASON C. DAVIS
KENNETH J. BLACK

*/s/ Jason C. Davis***
JASON C. DAVIS

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kblack@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
LUKE O. BROOKS
DARRYL J. ALVARADO
HILLARY B. STAKEM
J. MARCO JANOSKI GRAY
JESSICA E. ROBERTSON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
lukeb@rgrdlaw.com
dalvarado@rgrdlaw.com
hstakem@rgrdlaw.com
mjanoski@rgrdlaw.com
jrobertson@rgrdlaw.com

*Counsel for Lead Plaintiff Amalgamated and Co-Lead Counsel for the Class*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

Gibson, Dunn &
Crutcher LLP

4

JOINT STATUS REPORT
CASE NO. 5:18-CV-01725-EJD