UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION | Case No.  5:18-cv-01725-EJD<br><br>**CASE MANAGEMENT ORDER** |

On February 27, 2025 the parties appeared before Judge Edward J. Davila for a status conference.  Based on the parties' the discussions held at the conference and the Joint Case Management Statement filed subsequently (ECF No. 205),

IT IS HEREBY ORDERED that the Court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.  The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline.  Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties shall meet and confer further in order to reach an agreement on an ADR process within 10 days of the date of this Order. Within that same timeframe, the parties shall either (1) file the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need for ADR Phone Conference."

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Joint Trial Setting Conference Statement *(see Section IV(C)(2) of Standing Order for Civil Cases)* | January 23, 2026 |
| Trial Setting Conference *(see Section IV(C)(1) of Standing Order for Civil Cases)* | 11:00 a.m. on February 5, 2026 |
| Exchange Initial Disclosures | April 10, 2025 |
| Begin Rolling Productions in Response to Plaintiffs' First RFPs | April 11, 2025 |
| Substantial Completion of Productions in Response to Plaintiffs' First RFPs | May 30, 2025 |
| Completion of Deposition(s) of Plaintiffs' Class Certification Expert(s) | November 5, 2025 |
| Substantial Completion of All Document Productions | November 21, 2025 |
| Completion of Deposition(s) of Defendants' Class Certification Expert(s) | December 8, 2025 |
| Fact Discovery Cutoff | March 6, 2026 |
| Designation of Opening Experts with Reports | March 27, 2026 |
| Designation of Rebuttal Experts with Reports | May 8, 2026 |
| Expert Discovery Cutoff | June 19, 2026 |

2

Case No.: 5:18-cv-01725-EJD
CASE MANAGEMENT ORDER

| | |
|---|---|
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline to Answer Third Amended Complaint | May 30, 2025 |
| Deadline to File Motion for Judgment on the Pleadings | May 30, 2025 |
| Deadline to Oppose Motion for Judgment on the Pleadings | June 27, 2025 |
| Deadline to File Reply in Support of Motion for Judgment on the Pleadings | July 11, 2025 |
| Hearing on Motion for Judgment on the Pleadings | 9:00 a.m. on July 17, 2025 |
| Deadline to File Class Certification Motion and Serve Class Certification Expert Report(s) | October 1, 2025 |
| Deadline to Oppose Class Certification Motion and Serve Rebuttal Class Certification Expert Report(s) | November 5, 2025 |
| Deadline to File Reply in Support of Class Certification Motion and Serve Reply Class Certification Expert Report(s) | December 22, 2025 |
| Deadline for Filing Dispositive and/or *Daubert* Motions[1] *(see Section IV and V of Standing Order for Civil Cases)* | July 31, 2026 |
| Deadline to Oppose Dispositive and/or *Daubert* Motions | September 11, 2026 |
| Deadline to File Any Replies to Dispositive and/or *Daubert* Motions | October 9, 2026 |

///

///

///

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

3

Case No.: 5:18-cv-01725-EJD
CASE MANAGEMENT ORDER

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Trial Setting Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated: March 14, 2025

_____
EDWARD J. DAVILA
United States District Judge

---

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

Case No.: 5:18-cv-01725-EJD
CASE MANAGEMENT ORDER

4