**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
salvatore@blbglaw.com
Jeremy P. Robinson (*pro hac vice*)
jeremy@blbglaw.com
1251 Avenue of the Americas, 44th Floor
New York, NY  10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

**ROBBINS GELLER RUDMAN
   & DOWD LLP**
Jason C. Davis (253370)
jdavis@rgrdlaw.com
Kenneth J. Black (291871)
kennyb@rgrdlaw.com
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
*Co-Lead Counsel for the Class*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | CLASS ACTION |
| This Document Relates To: | **DECLARATION OF JEREMY P. ROBINSON IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR LEAVE TO AMEND UNDER FEDERAL RULE 15** |
| ALL ACTIONS. | |

I, Jeremy P. Robinson, declare as follows:

1. I am licensed to practice law in the State of New York and am admitted to appear *pro hac vice* in this action. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP, located at 1251 Avenue of the Americas, New York, NY 10020, and counsel for Public Employees' Retirement System of Mississippi ("Mississippi") and together with Robbins Geller Rudman & Dowd LLP, representing Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund (and together with Mississippi, "Lead Plaintiffs"), are Lead Counsel to Lead Plaintiffs in the above-captioned case. I make this Declaration in support of Lead Plaintiffs' Motion for Leave to Amend Under Federal Rule 15, filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto. Except as highlighted, paginated or excerpted, attached are true and correct copies of the following documents.

2. Attached as **Exhibit A** is a true and correct copy of Lead Plaintiffs' proposed Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("FAC").

3. Attached as **Exhibit B** is a true and correct copy of a redline of Lead Plaintiffs' FAC against the Third Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 142).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2025
New York, NY                    By:    /s/ *Jeremy P. Robinson*
                                        Jeremy P. Robinson

DECLARATION OF JEREMY P. ROBINSON IN SUPPORT OF
LEAD PLAINTIFFS' MOTION FOR LEAVE TO AMEND UNDER FEDERAL RULE 15
5:18-cv-01725-EJD