**BERNSTEIN LITOWITZ BERGER
  &amp; GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
salvatore@blbglaw.com
Jeremy P. Robinson (*pro hac vice*)
jeremy@blbglaw.com
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

**ROBBINS GELLER RUDMAN
  &amp; DOWD LLP**
Jason C. Davis (253370)
jdavis@rgrdlaw.com
Kenneth J. Black (291871)
kennyb@rgrdlaw.com
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

*Co-Lead Counsel for the Class*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | CLASS ACTION |
| This Document Relates To:<br><br>   ALL ACTIONS. | **LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| | JUDGE:    Hon. Edward J. Davila |

1   Lead Plaintiffs Amalgamated Bank, as Trustee for the Long View LargeCap 1000 Growth
2   Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity
3   VEBA Fund ("Amalgamated"), and Public Employees' Retirement System of Mississippi
4   ("Mississippi," and, together with Amalgamated, "Lead Plaintiffs") respectfully submit this
5   Administrative Motion to Consider Whether Another Party's Material Should be Sealed
6   ("Administrative Motion"), pursuant to Civil L.R. 7-11 and 79-5(f).

7   On March 21, 2025, the Court granted the parties' Stipulated Protective Order. ECF No.
8   211.  The Protective Order designates "Protected Material" as material designated by a party as
9   "HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY." The Protective Order provides:
10  "A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule
11  79-5. Protected Material may only be filed under seal pursuant to a court order authorizing the
12  sealing of the specific Protected Material at issue."

13  On May 30, 2025, Plaintiffs filed their Motion For Leave To Amend Under Federal Rule
14  15 ("Motion") and attached thereto the proposed Fourth Amended Consolidated Class Action
15  Complaint for Violations of the Federal Securities Law ("FAC") and a redline of the FAC against
16  the Third Amended Consolidated Class Action Complaint for Violations of the Federal Securities
17  Laws (ECF No. 142) ("Redline"), respectively as Exhibits A and B. As referenced in the Motion,
18  FAC and Redline include materials Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K.
19  Sandberg, and David M. Wehner (collectively, "Defendants") designated "HIGHLY
20  CONFIDENTIAL – ATTORNEY'S EYES ONLY" under the Protective Order.  Thus, as required
21  by the Protective Order, Plaintiffs have provisionally filed publicly redacted versions of the
22  Motion, the FAC and Redline with such redactions indicating quotes or references to documents
23  marked "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" by Defendants.

24  Pursuant to Civil L.R. 79-5(f), and again as required by the Protective Order, Plaintiffs
25  submit this Administrative Motion to consider whether portions of the Motion, the FAC and
26  Redline, should be redacted.  Quotes or references to specific material designated as "HIGHLY
27  CONFIDENTIAL – ATTORNEY'S EYES ONLY" are highlighted in the provisionally sealed

28  LEAD PLTFS' ADMIN. MOT. TO CONSIDER WHETHER
    ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
    No. 5:18-cv-01725-EJD

1

versions of the Motion, the FAC and Redline. Lead Plaintiffs take no position regarding the confidentiality of the highlighted portions in the above-mentioned documents and reserve all rights to challenge confidentiality of this information or any other information in this case.

As set forth above, Plaintiff respectfully requests that the Court consider this Administrative Motion and any filing made by Defendants pursuant to Civil L.R. 79-5(f)(3).

DATED: May 30, 2025                        Respectfully submitted,

 */s/ Jeremy P. Robinson*
Jeremy P. Robinson (*pro hac vice*)

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
salvatore@blbglaw.com
Jeremy P. Robinson (*pro hac vice*)
jeremy@blbglaw.com
Timothy G. Fleming (*pro hac vice*)
timothy.fleming@blbglaw.com
Thomas Z. Sperber (*pro hac vice*)
thomas.sperber@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Counsel for Lead Plaintiff Mississippi and Co-Lead Counsel for the Class*

and

 */s/ Jason C. Davis*
Jason C. Davis

**ROBBINS GELLER RUDMAN
 & DOWD LLP**
Jason C. Davis (253370)
jdavis@rgrdlaw.com
Kenneth J. Black (291871)
kblack@rgrdlaw.com
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

LEAD PLTFS' ADMIN. MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
No. 5:18-cv-01725-EJD

2

|   |   |
|---|---|
| 1 | Luke O. Brooks (212802) |
|   | lukeb@rgrdlaw.com |
| 2 | Darryl J. Alvarado (253213) |
|   | dalvarado@rgrdlaw.com |
| 3 | Hillary B. Stakem (286152) |
|   | hstakem@rgrdlaw.com |
| 4 | J. Marco Janoski Gray (306547) |
|   | mjanoski@rgrdlaw.com |
| 5 | Jessica E. Robertson (352207) |
|   | jrobertson@rgrdlaw.com |
| 6 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 7 | Telephone: (619) 231-1058 |
|   | Facsimile: (619) 231-7423 |

*Counsel for Lead Plaintiff Amalgamated and Co-Lead Counsel for the Class*

LEAD PLTFS' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
No. 5:18-cv-01725-EJD

3

**SIGNATURE ATTESTATION**

I, Jeremy P. Robinson, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document, in accordance with United States District Court for the Northern District of California, Civil Local Rule 5-1.

Dated: May 30, 2025                         */s/ Jeremy P. Robinson*
                                             Jeremy P. Robinson (*pro hac vice*)