**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
salvatore@blbglaw.com
Jeremy P. Robinson (*pro hac vice*)
jeremy@blbglaw.com
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

**ROBBINS GELLER RUDMAN**
  **& DOWD LLP**
Jason C. Davis (253370)
jdavis@rgrdlaw.com
Kenneth J. Black (291871)
kennyb@rgrdlaw.com
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

*Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATIONThis Document Relates To:ALL ACTIONS. | Master File No. 5:18-cv-01725-EJDCLASS ACTION**DECLARATION OF JEREMY P. ROBINSON IN SUPPORT OF LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |

I, Jeremy P. Robinson, declare as follows:

1. I am licensed to practice law in the State of New York and am admitted to appear *pro hac vice* in this action. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP, located at 1251 Avenue of the Americas, New York, NY 10020, and counsel for Public Employees' Retirement System of Mississippi ("Mississippi") and together with Robbins Geller Rudman & Dowd LLP, representing Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund (and together with Mississippi, "Lead Plaintiffs"), are Lead Counsel to Lead Plaintiffs in the above-captioned matter. I make this Declaration in support of Lead Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed concurrently herewith.

2. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

3. As per instructions posted on the Court's website regarding E-Filing Under Seal in Civil Cases,[1] attached to this Declaration and listed below are the documents being filed provisionally under seal. The portions to be sealed and the parties claiming confidentiality over the sealed portions are also listed below. Lead Plaintiffs take no position regarding the confidentiality of the highlighted portions being submitted and reserve all rights to challenge this or any other information marked confidential in this case.

| Document | Portions to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Lead Plaintiffs' Motion for Leave to Amend Under Federal Rule 15. Memorandum of Points and Authorities | Highlighted portions at:<br>• 2:4-9<br>• 6:23-7:4<br>• 10:1-24<br>• 11:15-12:8<br>• 16:11-21<br>• 17:3-18:12 | Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner |

---

[1] Available at https://cand.uscourts.gov/cases-e-filing/cm-ecf/e-filing-my-documents/e-filing-under-seal/.

DECLARATION OF JEREMY P. ROBINSON IN SUPPORT OF LEAD PLAINTIFFS'
ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
5:18-cv-01725-EJD

| Document | Portions to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Exhibit A to the Declaration of Jeremy P. Robinson in Support of Lead Plaintiffs' Motion for Leave to Amend Under Federal Rule 15. Memorandum of Points and Authorities | Highlighted portions at:<br>- 5:17-7:13<br>- 58:1-13<br>- 62:1-63:21<br>- 65:5-66:5<br>- 71:11-79:13 & nn.188-89, 196<br>- 80:22-81:10<br>- 83:7-85:9 & n. 221<br>- 87:4-89:2 & n. 229<br>- 89:16-90:3<br>- 109:13-110:18<br>- 111:4-7<br>- 136:5-137:8<br>- 149:13-152:14 & nn.370, 372<br>- 155:15-165:16 & n.388<br>- 171:8-172:16 | Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner |
| Exhibit B to the Declaration of Jeremy P. Robinson in Support of Lead Plaintiffs' Motion for Leave to Amend Under Federal Rule 15. Memorandum of Points and Authorities | - 5:18-7:27<br>- 59:3-15<br>- 64:1-65:7<br>- 72:13-81:2 & nn. 188-89, 196<br>- 82:10-12<br>- 85:1-86:25 & n. 221<br>- 89:3-90:22 & n. 229<br>- 91:15-92:2<br>- 111:13-112:19<br>- 113:4-7<br>- 139:5-140:8<br>- 152:14-155:14 & nn. 370, 372<br>- 158:15-168:16 & n. 388<br>- 174:14-175:10<br>- 175:10-21 | Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner |

I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF JEREMY P. ROBINSON IN SUPPORT OF LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED
5:18-cv-01725-EJD

2

1  Dated: May 30, 2025
       New York, NY                    By:    /s/ *Jeremy P. Robinson*
2                                              Jeremy P. Robinson