| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>BRIAN M. LUTZ (SBN 255976)<br>  blutz@gibsondunn.com<br>MARTIE KUTSCHER (SBN 302650)<br>  mkutscherclark@gibsondunn.com<br>MICHAEL J. KAHN (SBN 303289)<br>  mjkahn@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111-3715<br>Telephone:  415.393.8200<br>Facsimile:  415.393.8306<br><br>GIBSON, DUNN & CRUTCHER LLP<br>JOSHUA S. LIPSHUTZ (SBN 242557)<br>  jlipshutz@gibsondunn.com<br>1700 M Street, N.W.<br>Washington, DC  20036-4504<br>Telephone: 202.955.8217<br>Facsimile:  202.530.9614<br><br>*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner* | ROBBINS GELLER RUDMAN & DOWD LLP<br>JASON C. DAVIS (253370)<br>KENNETH J. BLACK (291871)<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br>jdavis@rgrdlaw.com<br>kennyb@rgrdlaw.com<br><br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>SALVATORE J. GRAZIANO<br>JEREMY P. ROBINSON<br>1251 Avenue of the Americas<br>New York, NY  10020<br>Telephone:  212/554-1400<br>212/554-1444 (fax)<br>salvatore@blbglaw.com<br>jeremy@blbglaw.com<br><br>*Co-Lead Counsel for the Class* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | ) Master File No. 5:18-cv-01725-EJD<br>)<br>) <u>CLASS ACTION</u><br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER REGARDING EXTENSION OF**<br>) **DEADLINE FOR DEFENDANTS TO**<br>) **FILE STATEMENT IN SUPPORT OF**<br>) **SEALING** |

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1. On May 30, 2025, Lead Plaintiffs filed a Motion for Leave to Amend under Federal Rule 15 (Dkt. 217), accompanied by a proposed Fourth Amended Complaint (Dkt. 217-2). In total, Plaintiffs' submissions total over 700 pages and include over 100 pages of information that Defendants have designated confidential or highly confidential under the Protective Order in this action. Dkt. 218-1 at 2-3 (identifying information designated by Defendants as Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to the Stipulated Protective Order entered in this case, Dkt. 211).

2. Plaintiffs filed their submission temporarily under seal accompanied by an Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 218) pursuant to Civil Local Rule 79-5(f).

3. Pursuant to Civil Local Rule 79-5(f), the deadline for Defendants to file a statement and/or declaration in support of sealing is June 6, 2025, seven days after the filing of Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed.

4. Given the large volume of materials within Plaintiffs' submission that must be evaluated for confidentiality, Defendants have asked Plaintiffs whether they would agree that the deadline for Facebook to submit a statement and/or declaration in support of the confidentiality of materials attached to Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed shall be extended by 14 days, until June 20, 2025. Plaintiffs have agreed to that extension, subject to the Court's approval.

5. For similar reasons, Defendants have asked Plaintiffs whether they would agree that the page limit for Defendants' statement in support of the confidentiality of materials attached to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed shall be enlarged by two pages, to seven pages in total. Plaintiffs have agreed to that enlargement, subject to the Court's approval.

**THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:**

6. The deadline for Defendants to submit a statement and/or declaration in support of the confidentiality of materials attached to Plaintiffs' Administrative Motion to Consider Whether Another

Party's Materials Should Be Sealed (Dkt. 218) shall be extended until June 20, 2025. The page limit for Defendants' statement in support shall be enlarged by two pages, to seven pages in total.

DATED: June 3, 2025

**ROBBINS GELLER RUDMAN & DOWD LLP**
JASON C. DAVIS
KENNETH J. BLACK

/s/ *Jason C. Davis*\*\*

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kblack@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
LUKE O. BROOKS (212802)
DARRYL J. ALVARADO (253213)
HILLARY B. STAKEM (286152)
J. MARCO JANOSKI GRAY (306547)
JESSICA E. ROBERTSON (352207)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
lukeb@rgrdlaw.com
dalvarado@rgrdlaw.com
hstakem@rgrdlaw.com
mjanoski@rgrdlaw.com
jrobertson@rgrdlaw.com

*Counsel for Amalgamated and Co-Lead Counsel for the Class*

DATED: June 3, 2025

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
SALVATORE J. GRAZIANO
JEREMY P. ROBINSON
TIMOTHY G. FLEMING
THOMAS Z. SPERBER

/s/ *Jeremy P. Robinson*\*\*

1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
salvatore@blbglaw.com
jeremy@blbglaw.com
timothy.fleming@blbglaw.com
thomas.sperber@blbglaw.com

*Counsel for Mississippi and Co-Lead Counsel for the Class*

DATED: June 3, 2025

**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ
MARTIE KUTSCHER
MICHAEL J. KAHN

                    */s/ Brian M. Lutz*

One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415/393-8200
blutz@gibsondunn.com
mkutscherclark@gibsondunn.com
mjkahn@gibsondunn.com

*Counsel for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 3, 2025

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE