# Exhibit 1

| | |
|---|---|
| **From:** | Jessica Robertson <JRobertson@rgrdlaw.com> |
| **Sent:** | Monday, June 9, 2025 8:11 PM |
| **To:** | 'Yang, Brian'; Thomas Sperber; Salvatore Graziano; Jeremy Robinson; Timothy Fleming; Jose Echegaray; Preya Rodriguez; Darryl Alvarado; Jason Davis; Luke Brooks; Hillary Stakem; Marco Janoski; Rachael Acosta |
| **Cc:** | Brian Lutz; Kutscher Clark, Martie; Kahn, Michael J.; Kostecka, Allison; Kaul, Priyah; Ferguson, Andrew D.; Ferrer Calubaquib, Raena |
| **Subject:** | RE: In re Facebook, Inc. Securities Litigation, No. 5:18-cv-01725-EJD (N.D. Cal.) |
| **Attachments:** | STIPULATION AND [PROPOSED] SCHEDULING ORDER v.1.docx |

**[This message is from an external sender]**

Counsel,

Thank you for speaking with us last week. In response to Brian's email below, Plaintiffs have put together the attached stipulation and proposed scheduling order. Please let us know if you would like to discuss.

Best,
Jessica

**Jessica Robertson**
Associate



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

    

**From:** Yang, Brian <BYang2@gibsondunn.com>
**Sent:** Thursday, June 5, 2025 7:01 PM
**To:** Thomas Sperber <Thomas.Sperber@blbglaw.com>; Sal Graziano <Salvatore@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Timothy Fleming <Timothy.Fleming@blbglaw.com>; Jose Echegaray <Jose.Echegaray@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Darryl Alvarado <DAlvarado@rgrdlaw.com>; Jason Davis <jdavis@rgrdlaw.com>; Luke Brooks <LukeB@rgrdlaw.com>; Hillary Stakem <HStakem@rgrdlaw.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Marco Janoski <MJanoski@rgrdlaw.com>; Rachael Acosta <RAcosta@rgrdlaw.com>
**Cc:** Brian Lutz <blutz@gibsondunn.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Kahn, Michael J. <MJKahn@gibsondunn.com>; Kostecka, Allison <AKostecka@gibsondunn.com>; Kaul, Priyah <PKaul@gibsondunn.com>; Ferguson, Andrew D. <AFerguson@gibsondunn.com>; Ferrer Calubaquib, Raena <RCalubaquib@gibsondunn.com>
**Subject:** RE: In re Facebook, Inc. Securities Litigation, No. 5:18-cv-01725-EJD (N.D. Cal.)

EXTERNAL SENDER
Counsel,

We have reviewed the proposed amended complaint submitted with Plaintiffs' motion for leave to amend. Dkt. 217-2, 218-4 (the "Fourth Amended Complaint"). Defendants do not intend to oppose Plaintiffs filing their

proposed Fourth Amended Complaint, but Defendants do intend to file a motion to dismiss the Fourth Amended Complaint should the Court grant Plaintiffs' motion, including but not limited to claims and theories that were dismissed with prejudice and affirmed by the Ninth Circuit or waived by Plaintiffs.   A proposed briefing schedule on Defendants' forthcoming motion to dismiss is below.  We are happy to take the pen on a stipulation outlining the briefing schedule and holding all other case deadlines in abeyance while Defendants' motion to dismiss is pending.

- Deadline to File Motion to Dismiss Fourth Amended Complaint:  Within 60 days of the Court granting Plaintiffs' motion for leave to amend and Plaintiffs' proposed Fourth Amended Complaint is deemed the operative complaint.
- Deadline to Oppose Motion to Dismiss Fourth Amended Complaint:  No later than 60 days after Defendants file their Motion to Dismiss
- Deadline to File Reply in Support of Motion to Dismiss Fourth Amended Complaint:  No later than 45 days after Plaintiffs file their opposition to Defendants' Motion to Dismiss

Best,
Brian

**Brian Yang**
Associate Attorney

T: +1 949.451.4025
BYang2@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive Suite 1200, Irvine, CA 92612-4412

---

**From:** Thomas Sperber <Thomas.Sperber@blbglaw.com>
**Sent:** Friday, May 30, 2025 11:59 PM
**To:** Lutz, Brian M. <BLutz@gibsondunn.com>; Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>; Yang, Brian <BYang2@gibsondunn.com>; Kutscher Clark, Martie <MKutscherClark@gibsondunn.com>; Kaul, Priyah <PKaul@gibsondunn.com>; Kahn, Michael J. <MJKahn@gibsondunn.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>; Jeremy Robinson <Jeremy@blbglaw.com>; Timothy Fleming <Timothy.Fleming@blbglaw.com>; Jose Echegaray <Jose.Echegaray@blbglaw.com>; Preya Rodriguez <Preya.Rodriguez@blbglaw.com>; Darryl Alvarado <DAlvarado@rgrdlaw.com>; Jason Davis <jdavis@rgrdlaw.com>; Luke Brooks <LukeB@rgrdlaw.com>; Hillary Stakem <HStakem@rgrdlaw.com>; Jessica Robertson <JRobertson@rgrdlaw.com>; Marco Janoski <MJanoski@rgrdlaw.com>; Rachael Acosta <RAcosta@rgrdlaw.com>
**Subject:** In re Facebook, Inc. Securities Litigation, No. 5:18-cv-01725-EJD (N.D. Cal.)

Counsel,

Please find attached unredacted copies of Plaintiffs' sealed filings.

Best,
Tom

Tom Sperber
**BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020

2

(212) 554-1939

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**DRAFT** — 6/9/2025 3:40:00 PM – TDV

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN<br>    & DOWD LLP |
| 2 | JASON C. DAVIS (253370)<br>KENNETH J. BLACK (291871) |
| 3 | One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 |
| 4 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 5 | jdavis@rgrdlaw.com<br>kblack@rgrdlaw.com |
| 6 | |
| 7 | BERNSTEIN LITOWITZ BERGER &<br>   GROSSMANN LLP |
|   | SALVATORE J. GRAZIANO |
| 8 | JEREMY P. ROBINSON |
|   | 1251 Avenue of the Americas |
| 9 | New York, NY  10020 |
|   | Telephone:  212/554-1400 |
| 10 | 212/554-1444 (fax) |
|   | salvatore@blbglaw.com |
| 11 | jeremy@blbglaw.com |
| 12 | Co-Lead Counsel for the Class |
| 13 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | ) ) ) ) | Master File No. 5:18-cv-01725-EJD<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) ) ) ) | STIPULATION AND [PROPOSED] SCHEDULING ORDER |

4908-0412-2956.v1

Pursuant to Local Rule 7-12, Lead Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated"), and Public Employees' Retirement System of Mississippi ("Mississippi") (together with Amalgamated, "Plaintiffs"), and Defendants Facebook, Inc., Mark E. Zuckerberg, David M. Wehner, and Sheryl K. Sandberg ("Defendants") (together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the following:

WHEREAS, on May 30, 2025, Plaintiffs filed a Motion for Leave to Amend under Federal Rule 15 (Dkt. 217) (the "Motion for Leave to Amend"), accompanied by a draft proposed Fourth Amended Complaint (Dkt. 217-2);

WHEREAS, on June 5, 2025, Defendants stated that they do not intend to oppose Plaintiffs filing an amended complaint;

WHEREAS, on June 5, 2025, Defendants stated that they intend to file a motion to dismiss an amended complaint should the Court grant Plaintiffs' Motion for Leave to Amend;

WHEREAS, on April 29, 2025, the Court ordered:

> If Plaintiffs file a motion to amend their complaint on or before May 30, 2025, Defendants' deadline to answer the complaint and all deadlines related to Defendants' anticipated motion for judgment on the pleadings shall automatically be stayed. All other deadlines shall remain in effect, and discovery will remain open absent further order of the Court.

(Dkt. 216); and

WHEREAS, the Parties have met and conferred and agreed to the schedule set forth below:

THEREFOR, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES, SUBJECT TO THE COURT'S APPROVAL:

1. Plaintiffs shall file and serve their fourth amended complaint 30 days after entry of this Stipulation and [Proposed] Scheduling Order;

2. Defendants shall file and serve their answer and motion for judgment on the pleadings or motion to dismiss, subject to the Court's preference (the "Motion"), 60 days after Plaintiffs file and serve their fourth amended complaint;

**DRAFT** — 6/9/2025 3:40:00 PM – TDV

3. Plaintiffs shall file and serve their opposition to Defendants' Motion (the "Opposition") 60 days after Defendants file and serve their Motion;

4. Defendants shall file and serve their reply in further support of their Motion 45 days after Plaintiffs file and serve their Opposition; and

5. All other deadlines shall remain in effect, and discovery will remain open absent further order of the Court.

DATED: [Insert Date], 2025

ROBBINS GELLER RUDMAN & DOWD LLP
JASON C. DAVIS
KENNETH J. BLACK


           s/ [ATTORNEY SIGNATURE]
              JASON C. DAVIS

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kblack@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
LUKE O. BROOKS (212802)
DARRYL J. ALVARADO (253213)
HILLARY B. STAKEM (286152)
J. MARCO JANOSKI GRAY (306547)
JESSICA E. ROBERTSON (352207)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
lukeb@rgrdlaw.com
dalvarado@rgrdlaw.com
hstakem@rgrdlaw.com
mjanoski@rgrdlaw.com
jrobertson@rgrdlaw.com

Counsel for Amalgamated and Co-Lead Counsel for the Class

**DRAFT** — 6/9/2025 3:40:00 PM – TDV

| | | |
|---|---|---|
| 1 | DATED: [Insert Date], 2025 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 2 | | SALVATORE J. GRAZIANO |
| 3 | | JEREMY P. ROBINSON |
| | | TIMOTHY G. FLEMING |
| 4 | | THOMAS Z. SPERBER |

<u>s/ [ATTORNEY SIGNATURE]</u>
JEREMY P. ROBINSON

1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)
salvatore@blbglaw.com
jeremy@blbglaw.com
timothy.fleming@blbglaw.com
thomas.sperber@blbglaw.com

Counsel for Mississippi and Co-Lead Counsel for the Class

DATED:  [Insert Date], 2025      GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ

<u>s/ [ATTORNEY SIGNATURE]</u>
BRIAN M. LUTZ

One Embarcadero Center, Suite 2600
San Francisco, CA  94111-3715
Telephone:  415/393-8200
415/374-8306 (fax)
blutz@gibsondunn.com

Counsel for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner

**DRAFT** — 6/9/2025 3:40:00 PM – TDV

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, [Attorney Name], am the ECF User whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: [Insert Date] , 2025

                                                 s/ [ATTORNEY SIGNATURE]
                                                         [ATTORNEY NAME]