GIBSON, DUNN & CRUTCHER LLP
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
Michael J. Kahn (SBN 303289)
  mjkahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA  94111-3715
Telephone:     415.393.8200
Facsimile:      415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1700 M Street, N.W.
Washington, DC  20036-4504
Telephone:     202.955.8217
Facsimile:      202.530.9614

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DECLARATION OF BRIAN M. LUTZ IN RESPONSE TO LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date First Action Filed:     March 20, 2018 |

Gibson, Dunn & Crutcher LLP

DECLARATION OF BRIAN M. LUTZ IN RESPONSE TO LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE No. 5:18-CV-01725-EJD

I, Brian M. Lutz, declare as follows:

1.    I am an attorney duly licensed by the State Bars of California and New York and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP and am counsel of record for Defendants in this action. I make this declaration in response to Lead Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Dkt. 218. I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would testify competently thereto.

2.    In response to Plaintiffs' requests for production, Defendants produced certain documents to Plaintiffs that Defendants designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered by the Court on March 21, 2025 (the "Protective Order"). Dkt. 211.

3.    On May 30, 2025, Plaintiffs filed their Motion for Leave to Amend Under Federal Rule 15 ("Motion"). Dkt. 217. Attached to the Motion as Exhibits A and B are public redacted versions of Plaintiffs' proposed Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Law ("FAC") and a redline of the FAC against the Third Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Redline"). Dkt. 217-2, 217-3. The Motion, FAC, and Redline include quotes from and references to material designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants. Pursuant to the Protective Order and Local Rule 79-5(f), Plaintiffs filed public redacted versions of the Motion, FAC, and Redline that redacted quotes from and references to material designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants.

4.    On May 30, 2025, Plaintiffs also filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Local Rule 7-11 and 79-5(f) (the "Administrative Motion"). Dkt. 218. Attached to the Administrative Motion are unredacted versions

of the Motion, FAC, and Redline, all of which include quotes from and references to material designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants and were filed under seal by Plaintiffs. Dkt. 218-3, 218-4, 218-5.

5.     Defendants respectfully request the Court seal the Motion, FAC and the Redline at Docket Number 217 in their entirety and adopt the limited redactions identified in Exhibit 1 (Motion), Exhibit 2 (FAC), and Exhibit 3 (Redline) attached hereto. Exhibits 1–3 propose that certain portions of the Motion, FAC and Redline initially redacted by Plaintiffs be unredacted. Exhibits 2–3 also propose minimal additional redactions to ensure that sensitive and detailed non-public information that is properly redacted in certain portions of the FAC and the Redline is redacted consistently throughout.

6.     There are compelling reasons to seal the redacted material identified in Exhibits 1–3.

7.     The Motion, FAC, and the Redline quote and summarize highly sensitive information about Facebook's strategies, practices, and operations, including internal data and discussions regarding the enforcement of Facebook's privacy and platform policies. Public disclosure of details concerning these approaches, processes, and strategic decisions would allow competitors to gain insight into these practices and use those strategies to Facebook's competitive disadvantage. *See Adtrader, Inc. v. Google LLC*, 2020 WL 6391210, at *2 (N.D. Cal. Mar. 24, 2020). Further, if details concerning Facebook's enforcement of its privacy and platform policies were made public, bad actors could attempt to use this information to circumvent those protections and misappropriate user data or conduct other unwanted activity on Facebook's platform. *See Bohannon v. Facebook, Inc.*, 2019 WL 188671, at *6 (N.D. Cal. Jan. 14, 2019). Because the redacted portions of the Motion, FAC, and the Redline include details about Facebook's investigative processes, controls, and monitoring technologies, public disclosure presents real privacy and security risks to Facebook and its users.

8.     The Motion, FAC, and the Redline also quote and summarize highly sensitive information reflecting Facebook's confidential business strategies and related internal research. Public

disclosure of confidential discussions regarding Facebook's potential business model and strategies could allow Facebook's competitors to copy these proposed strategies, or use the ideas developed by Facebook at its own expense to Facebook's competitive disadvantage. *See Bohannon*, 2019 WL 188671, at *6–7.

9. The FAC and the Redline also quote and summarize sensitive information from Facebook's internal recruitment files regarding specific employees, including personal information Facebook relied on in making hiring decisions. Disclosure of this information could reveal Facebook's internal policies and strategies regarding recruitment and hiring, and cause competitive harm to Facebook by undercutting future recruitment efforts. *See Frost v. LG Elecs. Inc.*, 2017 WL 6044067, at *2 (N.D. Cal. Nov. 28, 2017); *Koninklijike Philips N.V. v. Elec-Tech Int'l Co., Ltd.*, 2015 WL 581574, at *1-2 (N.D. Cal. Feb. 10, 2015). Disclosure of this information could also reveal personal information about employees, which would cause harm to employees as well as Facebook. *See United States ex rel. Cheongsiatmoy v. Univ. of S. California*, 2024 WL 447227, at *2 (C.D. Cal. July 23, 2024).

10. Defendants have identified sensitive and detailed non-public information that is properly redacted in certain portions of the FAC and the Redline but not in others. To ensure that its request to seal is consistent and narrowly tailored, Defendants propose the following minimal additional redactions as reflected in Exhibits 2–3:

- Exhibit 2
    i. Heading for Section IV.E.6 in the Table of Contents ("TOC")[1]
    ii. Headings for Sections IV.E.9.a-c in TOC[2]

---

[1] This portion of the FAC is properly redacted at 62:1-2.
[2] This portion of the FAC is properly redacted at 71:11-12, 72:18-19, 76:9-10.

        iii.    Heading for Section IV.G.2 in TOC[3]

        iv.    Heading for Section IV.K.6 in TOC[4]

- Exhibit 3

        i.    Heading for Section IV.E.6 in the TOC[5]

        ii.    Headings for Sections IV.E.9.a-c in TOC[6]

        iii.    Heading for Section IV.G.2 in TOC[7]

        iv.    Heading for Section IV.K.6 in TOC[8]

11.    Defendants have identified portions of the Motion, FAC, and the Redline redacted by Plaintiffs that do not require sealing. Accordingly, and to ensure that its request to seal is narrowly tailored, Exhibits 1–3 do not redact the following portions originally redacted by Plaintiffs:

- Exhibit 1

    i.    2:4-7

    ii.    7:1-4

    iii.    11:24-12:3

    iv.    16:11-21

    v.    17:12-18

    vi.    18:8-12

- Exhibit 2

    i.    5:17-6:2

---

[3] This portion of the FAC is properly redacted at 87:4-5.
[4] This portion of the FAC is properly redacted at 149:14-15.
[5] This portion of the Redline is properly redacted at 63:8–9.
[6] This portion of the Redline is properly redacted at 72:13-15, 74:1-2, 77:16-17.
[7] This portion of the Redline is porperly redacted at 89:3-4.
[8] This portion of the Redline is properly redacted at 152:14-15.

      ii.    62:1

      iii.    73 nn. 188-189

      iv.    80:22-81:1

      v.    83 n. 221

      vi.    89:16-90:3

      vii.    137:1-6

      viii.    149:25-150:6

      ix.    155:15-16

      x.    157:19-158:10

      xi.    157 n. 388

      xii.    160:5-12

      xiii.    161:3-13

      xiv.    161:20-162:10

      xv.    162:17-163:23

      xvi.    164:12-18

      xvii.    165:7-16

- Exhibit 3

      i.    5:18-6:4

      ii.    7:16-27

      iii.    63:8

      iv.    74 nn. 188-189

      v.    82:10-12

      vi.    85 n. 221

      vii.    91:14-92:2

    viii. 140:1-6

    ix. 152:25-153:6

    x. 158:15-16

    xi. 160:19-161:10

    xii. 160 n. 388

    xiii. 163:5-12

    xiv. 164:3-13

    xv. 164:20-165:10

    xvi. 165:17-166:23

    xvii. 167:12-18

    xviii. 168:7-16

12. The chart below represents the confidential material redacted in the Motion that Defendants request the Court permanently seal.

| Proposed Portions to be Sealed | Subject Matter |
| --- | --- |
| 2:7-9 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 6:23-7:1 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 10:1-24 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices; Highly sensitive information about Facebook's internal strategies and research on business programs |
| 11:14-25 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 12:4-8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 17:3-12 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 17:19-18:8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

13. The chart below represents the confidential material redacted in the FAC that Defendants request the Court permanently seal.

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| Heading for Section IV.E.6 in the Table of Contents ("TOC") | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Headings for Sections IV.E.9.a-c in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Heading for Section IV.G.2 in TOC | Highly sensitive information about Facebook's business strategies and related internal research |
| Heading for Section IV.K.6 in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 6:3-7:13 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 58:1-13 | Highly sensitive information regarding Facebook's recruitment and personnel files |
| 62:1-63:21 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 65:5-66:5 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 71:11-79:13 & nn. 188, 196 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 81:3-10 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 83:7-85:9 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices; highly sensitive information about Facebook's business strategies and related internal research |
| 87:4-89:2 & n. 229 | Highly sensitive information about Facebook's business strategies and related internal research |
| 89:18-19 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 109:13-110:18 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 111:4-7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 136:5-20 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 137:7-8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 149:14-25 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| 150:7-152:14 & nn. 370, 372 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 155:17-157:18 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 158:11-159:7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 159:9-160:4 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 160:13-161:2 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 161:14-19 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 162:11-17 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 163:24-164:11 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 164:19-165:6 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 171:8-172:16 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

14.    The chart below represents the confidential material redacted in the Redline that Defendants request the Court permanently seal.

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| Heading for Section IV.E.6 in the TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Headings for Sections IV.E.9.a-c in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Heading for Section IV.G.2 in TOC | Highly sensitive information about Facebook's business strategies and related internal research |
| Heading for Section IV.K.6 in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 6:5-7:15 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 59:3-15 | Highly sensitive information regarding Facebook's recruitment and personnel files |
| 63:8-65:7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 66:5-67:10 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| 72:13-81:2 & nn. 188, 196 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 82:14-21 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 85:1-86:25 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices; highly sensitive information about Facebook's business strategies and related internal research |
| 89:3-90:22 & n. 229 | Highly sensitive information about Facebook's business strategies and related internal research |
| 91:16-17 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 111:13-112:19 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 113:4-7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 139:5-20 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 140:7-8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 152:14-25 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 153:7-155:14 & nn. 370, 372 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 158:17-160:18 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 161:11-162:7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 162:9-163:4 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 163:13-164:2 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 164:14-19 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 165:11-17 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 166:24-167:11 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 167:19-168:6 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 174:14-175:21 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of June, 2025, at San Francisco, California.

*/s/ Brian M. Lutz*
Brian M. Lutz