GIBSON, DUNN & CRUTCHER LLP
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
Michael J. Kahn (SBN 303289)
  mjkahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA  94111-3715
Telephone:     415.393.8200
Facsimile:     415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1700 M Street, N.W.
Washington, DC  20036-4504
Telephone:     202.955.8217
Facsimile:     202.530.9614

*Attorneys for Defendants Facebook, Inc., Mark
E. Zuckerberg, Sheryl K. Sandberg, and David
M. Wehner*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DECLARATION OF BRIAN M. LUTZ IN RESPONSE TO LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date First Action Filed:    March 20, 2018 |

1    I, Brian M. Lutz, declare as follows:

2    1.    I am an attorney duly licensed by the State Bars of California and New York and

3    admitted to practice before this Court.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP

4    and am counsel of record for Defendants in this action.  I make this declaration in response to Lead

5    Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

6    Dkt. 227.  I have personal knowledge of the facts set forth below, and, if called as a witness, I could

7    and would testify competently thereto.

8    2.    In response to Plaintiffs' requests for production, Defendants produced certain

9    documents to Plaintiffs that Defendants designated as "Confidential" or "Highly Confidential –

10   Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered by the Court on March 21,

11   2025 (the "Protective Order").  Dkt. 211.

12   3.    On July 1, 2025, Plaintiffs filed their Fourth Amended Consolidated Class Action

13   Complaint for Violations of the Federal Securities Laws ("FAC").  Dkt. 228.  Attached to the FAC as

14   Exhibit A is a redline of the FAC against the Third Amended Consolidated Class Action Complaint for

15   Violations of the Federal Securities Laws ("Redline").  Dkt. 228-1.  The FAC and Redline include

16   quotes from and references to material designated as "Confidential" or "Highly Confidential –

17   Attorneys' Eyes Only" by Defendants.  Pursuant to the Protective Order and Local Rule 79-5(f),

18   Plaintiffs filed public redacted versions of the FAC and Redline that redacted quotes from and

19   references to material designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only"

20   by Defendants.

21   4.    On July 1, 2025, Plaintiffs also filed an Administrative Motion to Consider Whether

22   Another Party's Material Should Be Sealed pursuant to Local Rule 7-11 and 79-5(f) (the

23   "Administrative Motion").  Dkt. 227.  Attached to the Administrative Motion are unredacted versions

24   of the FAC and Redline, which include quotes from and references to material designated as

25   "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants and were filed under

26   seal by Plaintiffs.  Dkt. 227-3, 227-4.

27

28

DECLARATION OF BRIAN M. LUTZ IN RESPONSE TO LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:18-CV-01725-EJD

5.      Defendants respectfully request the Court seal the FAC and Redline at Docket Number 228 in its entirety and adopt the limited redactions identified in Exhibits 1–2 attached hereto.  Exhibits 1–2 propose that certain portions of the FAC and redline initially redacted by Plaintiffs be unredacted.

6.      There are compelling reasons to seal the redacted material identified in Exhibits 1–2.

7.      The FAC and Redline quote and summarize highly sensitive information about Facebook's strategies, practices, and operations, including internal data and discussions regarding the enforcement of Facebook's privacy and platform policies.  Public disclosure of details concerning these approaches, processes, and strategic decisions would allow competitors to gain insight into these practices and use those strategies to Facebook's competitive disadvantage.  *See Adtrader, Inc. v. Google LLC*, 2020 WL 6391210, at *2 (N.D. Cal. Mar. 24, 2020).  Further, if details concerning Facebook's enforcement of its privacy and platform policies were made public, bad actors could attempt to use this information to circumvent those protections and misappropriate user data or conduct other unwanted activity on Facebook's platform.  *See Bohannon v. Facebook, Inc.*, 2019 WL 188671, at *6 (N.D. Cal. Jan. 14, 2019).  Because the redacted portions of the FAC include details about Facebook's investigative processes, controls, and monitoring technologies, public disclosure presents real privacy and security risks to Facebook and its users.

8.      The FAC and Redline also quote and summarize highly sensitive information reflecting Facebook's confidential business strategies and related internal research.  Public disclosure of confidential discussions regarding Facebook's potential business model and strategies could allow Facebook's competitors to copy these proposed strategies, or use the ideas developed by Facebook at its own expense to Facebook's competitive disadvantage.  *See Bohannon*, 2019 WL 188671, at *6–7.

9.      The FAC and Redline also quote and summarize sensitive information from Facebook's internal recruitment files regarding specific employees, including personal information Facebook relied on in making hiring decisions.  Disclosure of this information could reveal Facebook's internal policies and strategies regarding recruitment and hiring, and cause competitive harm to Facebook by undercutting future recruitment efforts.  *See Frost v. LG Elecs. Inc.*, 2017 WL 6044067, at *2 (N.D. Cal. Nov. 28, 2017); *Koninklijike Philips N.V. v. Elec-Tech Int'l Co., Ltd.*, 2015 WL 581574, at *1-2 (N.D. Cal. Feb. 10, 2015).  Disclosure of this information could also reveal personal information about

2

DECLARATION OF BRIAN M. LUTZ IN RESPONSE TO LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:18-CV-01725-EJD

employees, which would cause harm to employees as well as Facebook. *See United States ex rel. Cheongsiatmoy v. Univ. of S. California*, 2024 WL 447227, at *2 (C.D. Cal. July 23, 2024).

10. Defendants have identified portions of the FAC and Redline redacted by Plaintiffs that do not require sealing. Accordingly, and to ensure that their request to seal is narrowly tailored, Exhibits 1–2 do not redact the following portions originally redacted by Plaintiffs:

Exhibit 1:

a. 82:3-5

b. 107:13

Exhibit 2:

a. 86:3-5

b. 90:1-3

c. 113:3

d. 155:12

11. The chart below represents the confidential material redacted in the FAC that Defendants request the Court permanently seal.

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| Heading for Section IV.E.6 in the Table of Contents ("TOC") | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Headings for Sections IV.E.9.a-c in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Heading for Section IV.G.2 in TOC | Highly sensitive information about Facebook's business strategies and related internal research |
| Heading for Section IV.K.6 in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 5:24-7:9 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 57:1-13 | Highly sensitive information regarding Facebook's recruitment and personnel files |
| 61:1-62:21 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 64:5-65:4 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

3

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| 70:11-78:12 & nn. 188, 196 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 80:3-10 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 82:6-84:7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices; highly sensitive information about Facebook's business strategies and related internal research |
| 86:1-87:20 & n.229 | Highly sensitive information about Facebook's business strategies and related internal research |
| 88:12-13 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 107:13-108:18 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 109:4-7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 134:3-18 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 135:1-2 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 147:11-22 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 148:3-150:3 & nn. 369, 371 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 152:17-154:18 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 155:9-156:3 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 156:5-16 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 157:9-22 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 158:9-14 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 159:11-17 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 160:24-161:11 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 161:19-162:6 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 164:27-165:22 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 165:23-25 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| 166:3-8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

12.    The chart below represents the confidential material redacted in the Redline that Defendants request the Court permanently seal.

| Portions to be Sealed | Subject Matter |
|---|---|
| Heading for Section IV.E.6 in the TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Headings for Sections IV.E.9.a-c in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Heading for Section IV.G.2 in TOC | Highly sensitive information about Facebook's business strategies and related internal research |
| Heading for Section IV.K.6 in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 6:5-7:17 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 60:1-13 | Highly sensitive information regarding Facebook's recruitment and personnel files |
| 64:3-66:5 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 67:5-68:10 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 74:1-82:7 & nn. 188, 196 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 83:21-84:3 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 86:6-88:8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices; highly sensitive information about Facebook's business strategies and related internal research |
| 90:9-92:5 & n. 229 | Highly sensitive information about Facebook's business strategies and related internal research |
| 93:2-3 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 113:3-114:2 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 114:10-13 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 141:5- 20 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 142:7-8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 155:1-12 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

| Portions to be Sealed | Subject Matter |
|---|---|
| 155:19-158:3 & nn. 369, 371 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 164:10-166:7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 166:20-167:17 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 168:1-12 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 169:1-14 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 169:26-170:4 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 170:17-171:3 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 172:3-15 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 173:1-10 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 176:8-177:7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 177:8-10 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 177:13-18 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 8th day of July, 2025, at San Francisco, California.

/s/ Brian M. Lutz
Brian M. Lutz