# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>[~~PROPOSED~~] **ORDER REGARDING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date First Action Filed:   March 20, 2018 |
|---|---|

1

[~~PROPOSED~~] ORDER REGARDING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:18-CV-01725-EJD

On May 30, 2025, Plaintiffs filed their Motion for Leave to Amend Under Federal Rule 15 ("Motion"). Dkt. 217. Attached to the Motion as Exhibits A and B are public redacted versions of Plaintiffs' proposed Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Law ("FAC") and a redline of the FAC against the Third Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Redline"). Dkt. 217-2, 217-3.

On May 30, 2025, Plaintiffs also filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Local Rule 7-11 and 79-5(f) (the "Administrative Motion"). Dkt. 218.

On June 20, 2025, Defendants filed a Response to Plaintiffs' Administrative Motion (the "Response") requesting that their confidential information included in the Motion, FAC, and the Redline be maintained under seal and submitting their own version of the redacted Motion, FAC, and the Redline to ensure the request to seal is narrowly tailored and to address minor inconsistencies in Plaintiffs' redactions. *See* Exhibits 1–3 to the Declaration of Brian M. Lutz in Response to Lead Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

Upon review and consideration of the Administrative Motion and Response, it is hereby ORDERED that:

(1) the Administrative Motion is GRANTED; and

(2) compelling reasons exist to seal the portions of the Motion, FAC, and the Redline identified in Defendants' Response. Accordingly, the Motion, FAC, and the Redline at Docket 217 shall be sealed in their entirety. The Court adopts the proposed redactions reflected in Exhibits 1–3.

The portions of the Motion to be sealed are:

| Portions to be Sealed | Subject Matter |
|---|---|
| 2:7-9 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 6:23-7:1 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

| Portions to be Sealed | Subject Matter |
|---|---|
| 10:1-24 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices; Highly sensitive information about Facebook's internal strategies and research on business programs |
| 11:14-25 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 12:4-8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 17:3-12 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 17:19-18:8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

The portions of the FAC to be sealed are:

| Portions to be Sealed | Subject Matter |
|---|---|
| Heading for Section IV.E.6 in the Table of Contents ("TOC") | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Headings for Sections IV.E.9.a-c in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Heading for Section IV.G.2 in TOC | Highly sensitive information about Facebook's business strategies and related internal research |
| Heading for Section IV.K.6 in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 6:3-7:13 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 58:1-13 | Highly sensitive information regarding Facebook's recruitment and personnel files |
| 62:1-63:21 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 65:5-66:5 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 71:11-79:13 & nn. 188, 196 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 81:3-10 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 83:7-85:9 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices; highly sensitive information about Facebook's business strategies and relaetd internal research |
| 87:4-89:2 & n. 229 | Highly sensitive information about Facebook's business strategies and related internal research |
| 89:18-19 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 109:13-110:18 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

| Portions to be Sealed | Subject Matter |
|---|---|
| 111:4-7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 136:5-20 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 137:7-8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 149:14-25 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 150:7-152:14 & nn. 370, 372 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 155:17-157:18 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 158:11-159:7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 159:9-160:4 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 160:13-161:2 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 161:14-19 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 162:11-17 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 163:24-164:11 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 164:19-165:6 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 171:8-172:16 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

The portions of the Redline to be sealed are:

| Portions to be Sealed | Subject Matter |
|---|---|
| Heading for Section IV.E.6 in the TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Headings for Sections IV.E.9.a-c in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Heading for Section IV.G.2 in TOC | Highly sensitive information about Facebook's business strategies and related internal research |
| Heading for Section IV.K.6 in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 6:5-7:15 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 59:3-15 | Highly sensitive information regarding Facebook's recruitment and personnel files |
| 63:8-65:7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

4

[PROPOSED] ORDER REGARDING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:18-CV-01725-EJD

| Portions to be Sealed | Subject Matter |
|---|---|
| 66:5-67:10 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 72:13-81:2 & nn. 188, 196 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 82:14-21 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 85:1-86:25 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices; highly sensitive information about Facebook's business strategies and relaetd internal research |
| 89:3-90:22 & n. 229 | Highly sensitive information about Facebook's business strategies and relaetd internal research |
| 91:16-17 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 111:13-112:19 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 113:4-7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 139:5-20 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 140:7-8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 152:14-25 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 153:7-155:14 & nn. 370, 372 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 158:17-160:18 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 161:11-162:7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 162:9-163:4 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 163:13-164:2 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 164:14-19 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 165:11-17 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 166:24-167:11 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 167:19-168:6 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 174:14-175:21 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

<span style="color:red">Defendants are advised that in the future, when responding to administrative motions to consider whether another party's material should be sealed, they should include highlighted versions of the documents to be sealed if the portions to be sealed differ from those in the original motion. This permits the Court to more readily evaluate the material to be sealed.</span>

IT IS SO ORDERED.

DATED: July 9, 2025

*[signature]*

THE HONORABLE EDWARD J. DAVILA

6

[PROPOSED] ORDER REGARDING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:18-CV-01725-EJD