**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>[PROPOSED] **ORDER REGARDING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date First Action Filed:   March 20, 2018 |

1

[PROPOSED] ORDER REGARDING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:18-CV-01725-EJD

1   On July 1, 2025, Plaintiffs filed their Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("FAC"). Dkt. 228. Attached to the FAC as Exhibit A is a redline of the FAC against the Third Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Redline"). Dkt. 228-1. The FAC and Redline include quotes from and references to material designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants. Pursuant to the Protective Order and Local Rule 79-5(f), Plaintiffs filed public redacted versions of the FAC and Redline that redacted quotes from and references to material designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants.

On July 1, 2025, Plaintiffs also filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Local Rule 7-11 and 79-5(f) (the "Administrative Motion"). Dkt. 227. Attached to the Administrative Motion are unredacted versions of the FAC and Redline, which include quotes from and references to material designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants and were filed under seal by Plaintiffs. Dkt. 227-3, 227-4.

On July 8, 2025, Defendants filed a Response to Plaintiffs' Administrative Motion (the "Response") requesting that their confidential information included in the FAC and Redline be maintained under seal and submitting their own version of the redacted FAC and Redline to ensure the request to seal is narrowly tailored and to address minor inconsistencies in Plaintiffs' redactions. *See* Exhibits 1–2 to the Declaration of Brian M. Lutz in Response to Lead Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

Upon review and consideration of the Administrative Motion and Response, it is hereby ORDERED that:

(1) the Administrative Motion is GRANTED; and

(2) compelling reasons exist to seal the portions of the FAC identified in Defendants' Response. Accordingly, the FAC and Redline at Docket Number 228 shall be sealed in their entirety. The Court adopts the proposed redactions reflected in Exhibits 1–2.

The portions of the FAC to be sealed are:

| Portions to be Sealed | Subject Matter |
|---|---|
| Heading for Section IV.E.6 in the Table of Contents ("TOC") | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Headings for Sections IV.E.9.a-c in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Heading for Section IV.G.2 in TOC | Highly sensitive information about Facebook's business strategies and related internal research |
| Heading for Section IV.K.6 in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 5:24-7:9 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 57:1-13 | Highly sensitive information regarding Facebook's recruitment and personnel files |
| 61:1-62:21 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 64:5-65:4 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 70:11-78:12 & nn. 188, 196 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 80:3-10 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 82:6-84:7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices; highly sensitive information about Facebook's business strategies and related internal research |
| 86:1-87:20 & n.229 | Highly sensitive information about Facebook's business strategies and related internal research |
| 88:12-13 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 107:13-108:18 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 109:4-7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 134:3-18 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 135:1-2 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 147:11-22 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 148:3-150:3 & nn. 369, 371 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 152:17-154:18 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 155:9-156:3 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

| Portions to be Sealed | Subject Matter |
|---|---|
| 156:5-16 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 157:9-22 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 158:9-14 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 159:11-17 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 160:24-161:11 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 161:19-162:6 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 164:27-165:22 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 165:23-25 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 166:3-8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

The portions of the Redline to be sealed are:

| Portions to be Sealed | Subject Matter |
|---|---|
| Heading for Section IV.E.6 in the TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Headings for Sections IV.E.9.a-c in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| Heading for Section IV.G.2 in TOC | Highly sensitive information about Facebook's business strategies and related internal research |
| Heading for Section IV.K.6 in TOC | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 6:5-7:17 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 60:1-13 | Highly sensitive information regarding Facebook's recruitment and personnel files |
| 64:3-66:5 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 67:5-68:10 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 74:1-82:7 & nn. 188, 196 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 83:21-84:3 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 86:6-88:8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices; highly sensitive information about Facebook's business strategies and related internal research |

| Portions to be Sealed | Subject Matter |
|---|---|
| 90:9-92:5 & n. 229 | Highly sensitive information about Facebook's business strategies and related internal research |
| 93:2-3 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 113:3-114:2 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 114:10-13 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 141:5-20 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 142:7-8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 155:1-12 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 155:19-158:3 & nn. 369, 371 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 164:10-166:7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 166:20-167:17 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 168:1-12 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 169:1-14 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 169:26-170:4 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 170:17-171:3 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 172:3-15 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 173:1-10 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 176:8-177:7 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 177:8-10 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 177:13-18 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

5

[PROPOSED] ORDER REGARDING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:18-CV-01725-EJD

<span style="color:red">Defendants are advised that in the future, when responding to administrative motions to consider whether another party's material should be sealed, they should include highlighted versions of the documents to be sealed if the portions to be sealed differ from those in the original motion.  This permits the Court to more readily evaluate the material to be sealed.</span>

IT IS SO ORDERED.

DATED: July 9, 2025

THE HONORABLE EDWARD J. DAVILA

6

[PROPOSED] ORDER REGARDING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:18-CV-01725-EJD