1  GIBSON, DUNN & CRUTCHER LLP
   Brian M. Lutz (SBN 255976)
2    blutz@gibsondunn.com
   Martie Kutscher (SBN 302650)
3    mkutscherclark@gibsondunn.com
   Michael J. Kahn (SBN 303289)
4    mjkahn@gibsondunn.com
   One Embarcadero Center, Suite 2600
5  San Francisco, CA  94111-3715
   Telephone:   415.393.8200
6  Facsimile:   415.393.8306

7  GIBSON, DUNN & CRUTCHER LLP
   Joshua S. Lipshutz (SBN 242557)
8    jlipshutz@gibsondunn.com
   1700 M Street, N.W.
9  Washington, DC  20036-4504
   Telephone:   202.955.8217
10 Facsimile:   202.530.9614

11 *Attorneys for Defendants Facebook, Inc.,
   Mark E. Zuckerberg, Sheryl K. Sandberg, and
12 David M. Wehner*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date First Action Filed:  March 20, 2018 |

I, BRIAN M. LUTZ, declare and state as follows:

1. I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Facebook, Inc. ("Facebook"), Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner (collectively, "Defendants") in the above-captioned case. I make this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a compilation of exemplar Statements of Changes in Beneficial Ownership of Securities on Form 4, filed with the Securities and Exchange Commission ("SEC") on behalf of Mark Zuckerberg, reflecting dispositions of securities between February 27, 2017 and July 20, 2018.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a compilation of Statements of Changes in Beneficial Ownership of Securities on Form 4, filed with the SEC on behalf of Sheryl Sandberg, reflecting dispositions of securities between January 20, 2017 and July 19, 2018.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a compilation of Statements of Changes in Beneficial Ownership of Securities on Form 4, filed with the SEC on behalf of David M. Wehner, reflecting dispositions of securities between February 21, 2017 and June 20, 2018.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a court reporter-prepared transcript of an interview of Roger McNamee on April 28, 2018, titled "From Mentor to Activist: Facebook Through the Eyes of Roger McNamee," and available at https://www.youtube.com/watch?v=jE3bokK42JI.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an article published by *The Guardian* on December 11, 2015, titled "Ted Cruz using firm that harvested data on millions of unwitting Facebook users," and available at https://www.theguardian.com/us-news/2015/dec/11/senator-ted-cruz-president-campaign-facebook-user-data.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an article published by *The New York Times* on December 15, 2015, titled "Is It Ted Cruz's Party—or Marco Rubio's?" and

available at https://www.nytimes.com/2015/12/15/opinion/campaign-stops/is-it-ted-cruzs-party-or-marco-rubios.html.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an article published by *Bloomberg* on October 27, 2016, titled "Inside the Trump Bunker, With Days to Go," and available at https://www.bloomberg.com/news/articles/2016-10-27/inside-the-trump-bunker-with-12-days-to-go.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an article published by *Reuters* on October 27, 2016, titled "Facebook executives feel the heat of content controversies," and available at https://www.reuters.com/article/us-facebook-content-insight/facebook-executives-feel-the-heat-of-content-controversies-idUSKCN12S0D3.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an article published by *The New York Times* on November 19, 2016, titled "Cambridge Analytica and the Secret Agenda of a Facebook Quiz," and available at https://www.nytimes.com/2016/11/20/opinion/cambridge-analytica-facebook-quiz.html.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an article published by *The Boston Globe* on November 30, 2016, titled "Surveillance is everywhere now," and available at https://www.bostonglobe.com/metro/2016/11/30/hitting-where-live/3BIyN6FAFZ2efwnCm34i8H/story.html.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an article published by *Vice* on January 28, 2017, titled "The Data That Turned the World Upside Down," and available at https://www.vice.com/en/article/mg9vvn/how-our-likes-helped-trump-win.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an article published by *Medium* on February 12, 2017, titled "The Rise of the Weaponized AI Propaganda Machine," and available at https://medium.com/join-scout/the-rise-of-the-weaponized-ai-propaganda-machine-86dac61668b.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an article published by *The Guardian* on March 4, 2017, titled "Watchdog to launch inquiry into misuse of data in politics," and available at https://www.theguardian.com/technology/2017/mar/04/cambridge-analytics-data-brexit-trump.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an article published by *The Intercept* on March 30, 2017, titled "Facebook Failed to Protect 30 Million Users From Having Their Data Harvested by Trump Campaign Affiliate," and available at https://theintercept.com/2017/03/30/facebook-failed-to-protect-30-million-users-from-having-their-data-harvested-by-trump-campaign-affiliate.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an article published by *The New York Review of Books* on June 8, 2017, titled "How He Used Facebook to Win," and available at https://www.nybooks.com/articles/2017/06/08/how-trump-used-facebook-to-win.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an article published by *The Guardian* on October 26, 2017, titled "Cambridge Analytica used data from Facebook and Politico to help Trump," and available at https://www.theguardian.com/technology/2017/oct/26/cambridge-analytica-used-data-from-facebook-and-politico-to-help-trump.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an article published by *The New York Times* on November 19, 2017, titled "We Can't Trust Facebook to Regulate Itself," and available at https://www.nytimes.com/2017/11/19/opinion/facebook-regulation-incentive.html.

19. Attached hereto as **Exhibit 18** is a true and correct copy of an October 2, 2020 letter from Elizabeth Denham, UK Information Commissioner, to Julian Knight, Chair, Digital, Culture and Media and Sport Committee, United Kingdom House of Commons, available at https://ico.org.uk/media/action-weve-taken/2618383/20201002_ico-o-ed-l-rtl-0181_to-julian-knight-mp.pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of September, 2025, at San Francisco, California.

By:   */s/ Brian M. Lutz*
       Brian M. Lutz