```
 1  GIBSON, DUNN & CRUTCHER LLP
    Brian M. Lutz (SBN 255976)
 2    blutz@gibsondunn.com
    Martie Kutscher (SBN 302650)
 3    mkutscherclark@gibsondunn.com
    Michael J. Kahn (SBN 303289)
 4    mjkahn@gibsondunn.com
    One Embarcadero Center, Suite 2600
 5  San Francisco, CA  94111-3715
    Telephone:   415.393.8200
 6  Facsimile:   415.393.8306

 7  GIBSON, DUNN & CRUTCHER LLP
    Joshua S. Lipshutz (SBN 242557)
 8    jlipshutz@gibsondunn.com
    1700 M Street, N.W.
 9  Washington, DC  20036-4504
    Telephone:   202.955.8217
10  Facsimile:   202.530.9614
```

11  *Attorneys for Defendants Facebook, Inc.,*
    *Mark E. Zuckerberg, Sheryl K. Sandberg,*
12  *and David M. Wehner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DEFENDANTS' RE-NOTICE OF MOTION AND MOTION TO DISMISS FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date:      January 15, 2026<br>Time:      9:00 a.m.<br>Location:  Courtroom 4, 5th Floor<br>Judge:     Hon. Edward J. Davila<br><br>Date First Action Filed:  March 20, 2018 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 15, 2026, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the U.S. District Court for the Northern District of California, San Jose Courthouse, Courtroom 4, located at 280 South 1st Street, San Jose, CA 95113, Defendants Facebook, Inc. ("Facebook"), Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner (the "Individual Defendants," and together with Facebook, "Defendants"), through their undersigned counsel, will, and hereby do, move to dismiss the Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "4AC") (ECF Nos. 227-3 (unredacted), 228 (redacted)).  This Motion is based on this Notice, the supporting Memorandum of Points and Authorities, the Declaration of Brian M. Lutz filed concurrently herewith, the accompanying Request for Judicial Notice, the complete files and records in this action, and any additional material and arguments as may be considered in connection with the hearing.  Defendants seek dismissal of Plaintiffs' Cambridge Analytica fraud claim pursuant to Fed. R. Civ. P. 12(b)(6) because Plaintiffs fail to plead violations of Sections 10(b), 20(a), or 20A of the Securities Exchange Act of 1934 (the "Exchange Act"), and SEC Rule 10b-5 promulgated thereunder, under the heightened pleading standards of the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and Fed. R. Civ. P. 9(b).

DATED:  November 3, 2025

By:  /s/ Brian M. Lutz

GIBSON, DUNN & CRUTCHER LLP

Brian M. Lutz (SBN 255976)
Martie Kutscher (SBN 302650)
Michael J. Kahn (SBN 303289)
One Embarcadero Center, Suite 2600
San Francisco, CA  94111-3715
Telephone:  415.393.8200
Facsimile:  415.393.8306
blutz@gibsondunn.com
mkutscherclark@gibsondunn.com
mjkahn@gibsondunn.com

Joshua S. Lipshutz (SBN 242557)
1700 M Street, N.W.
Washington, DC 20036-4504
Telephone: 202.955.8217
Facsimile: 202.530.9614
jlipshutz@gibsondunn.com

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*