ROBBINS GELLER RUDMAN
  & DOWD LLP
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
SALVATORE J. GRAZIANO
JEREMY P. ROBINSON
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
salvatore@blbglaw.com
jeremy@blbglaw.com

Co-Lead Counsel for the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

4896-8217-8422.v1

1    Lead Plaintiffs Amalgamated Bank, as Trustee for the Long View LargeCap 1000 Growth
2    Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA
3    Fund ("Amalgamated"), and Public Employees' Retirement System of Mississippi ("Mississippi,"
4    and, together with Amalgamated, "Lead Plaintiffs") respectfully submit this Administrative Motion
5    to Consider Whether Another Party's Material Should be Sealed ("Administrative Motion"),
6    pursuant to Civil L.R. 7-11 and 79-5(f).

7    On March 21, 2025, the Court granted the parties' Stipulated Protective Order ("Protective
8    Order"), ECF 211. The Protective Order designates "Protected Material" as material designated by a
9    party as "HIGHLY-CONFIDENTIAL – ATTORNEY'S EYES ONLY." The Protective Order
10   provides: "A Party that seeks to file under seal any Protected Material must comply with Civil Local
11   Rule 79-5. Protected Material may only be filed under seal pursuant to a court order authorizing the
12   sealing of the specific Protected Material at issue."

13   On September 2, 2025, Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg,
14   and David M. Wehner (collectively, "Defendants") filed their Notice of Motion and Motion to
15   Dismiss Fourth Amended Consolidated Class Action Complaint for Violations of the Federal
16   Securities Laws; Memorandum of Points and Authorities in Support Thereof. ECF 238.

17   On November 3, 2025, Lead Plaintiffs filed their Opposition to Defendants' Motion to
18   Dismiss Plaintiffs' Fourth Amended Consolidated Class Action Complaint for Violations of the
19   Federal Securities Law (the "Opp. MTD") and Lead Plaintiffs' Opposition to Defendants Request
20   for Judicial Notice in Support of Defendants' Motion to Dismiss Fourth Amended Consolidated
21   Class Action Complaint for Violations of the Federal Securities Laws (the "Opp. RJN"). The Opp.
22   MTD and Opp. RJN quote material that Defendants designated "HIGHLY CONFIDENTIAL –
23   ATTORNEY'S EYES ONLY" under the Protective Order. Thus, as required by the Protective
24   Order, Lead Plaintiffs provisionally filed a publicly redacted version of the Opp. MTD and Opp.
25   RJN. The redactions cover quotes or references to documents marked "HIGHLY CONFIDENTIAL
26   – ATTORNEY'S EYES ONLY" by Defendants.

27   On November 3, 2025, as an attachment to this Administrative Motion, Lead Plaintiffs filed
28   under seal an unredacted copy of the Opp. MTD and Opp. RJN. *See* Exhibits A and B hereto.

1  Exhibits A and B highlight the portions of the Opp. MTD and Opp. RJN that have been
2  provisionally redacted on the public docket.

3  Pursuant to Civil L.R. 79-5(f), and again as required by the Protective Order, Lead Plaintiffs
4  submit this Administrative Motion to consider whether the provisionally redacted portions of the
5  Opp. MTD and Opp. RJN, should remain redacted.

6  Lead Plaintiffs take no position regarding the confidentiality of the highlighted portions in
7  the above-mentioned document and reserve all rights to challenge confidentiality of this information
8  or any other information in this case.

9  As set forth above, Lead Plaintiffs respectfully request that the Court consider this
10 Administrative Motion and any further filing made by Defendants pursuant to Civil L.R. 79-5(f)(3).

11 DATED: November 3, 2025   ROBBINS GELLER RUDMAN
                                & DOWD LLP
12                              JASON C. DAVIS
                                KENNETH J. BLACK
13

14
                                    s/ Jason C. Davis
15                              JASON C. DAVIS

16                              One Montgomery Street, Suite 1800
                                San Francisco, CA  94104
17                              Telephone:  415/288-4545
                                415/288-4534 (fax)
18                              jdavis@rgrdlaw.com
                                kennyb@rgrdlaw.com
19

|   |   |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN <br> & DOWD LLP <br> LUKE O. BROOKS (212802) |
| 3 | DARRYL J. ALVARADO (253213) <br> HILLARY B. STAKEM (286152) |
| 4 | J. MARCO JANOSKI GRAY (306547) <br> JESSICA E. ROBERTSON (352207) |
| 5 | 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 |
| 6 | Telephone:  619/231-1058 <br> 619/231-7423 (fax) |
| 7 | lukeb@rgrdlaw.com <br> dalvarado@rgrdlaw.com |
| 8 | hstakem@rgrdlaw.com <br> mjanoski@rgrdlaw.com |
| 9 | jrobertson@rgrdlaw.com |
| 10 | Counsel for Amalgamated and Co-Lead Counsel for the Class |
| 11 | |
| 12 | BERNSTEIN LITOWITZ BERGER & <br>   GROSSMANN LLP |
| 13 | SALVATORE J. GRAZIANO <br> JEREMY P. ROBINSON <br> TIMOTHY G. FLEMING |
| 14 | THOMAS Z. SPERBER <br> MATTHEW S. GOLDSTEIN |
| 15 | |
| 16 | |
| 17 |       s/ Jeremy P. Robinson<br>JEREMY P. ROBINSON |
| 18 | 1251 Avenue of the Americas <br> New York, NY  10020 |
| 19 | Telephone:  212/554-1400 <br> 212/554-1444 (fax) |
| 20 | salvatore@blbglaw.com <br> jeremy@blbglaw.com |
| 21 | timothy.fleming@blbglaw.com <br> thomas.sperber@blbglaw.com |
| 22 | matthew.goldstein@blbglaw.com |
| 23 | Counsel for Mississippi and Co-Lead Counsel for the Class |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE SEALED - 5:18-cv-01725-EJD  - 3 -
4896-8217-8422.v1

<u>SIGNATURE ATTESTATION</u>

I, Jason C. Davis, am the ECF user whose identification and password are being used to file the foregoing Administrative Motion. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Executed this 3rd day of November, 2025, at San Francisco, California.

<u>    s/Jason C. Davis    </u><br>
JASON C. DAVIS