1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  JASON C. DAVIS (253370)
   KENNETH J. BLACK (291871)
3  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5  jdavis@rgrdlaw.com
   kennyb@rgrdlaw.com
6
   BERNSTEIN LITOWITZ BERGER &
7    GROSSMANN LLP
   SALVATORE J. GRAZIANO
8  JEREMY P. ROBINSON
   1251 Avenue of the Americas
9  New York, NY  10020
   Telephone:  212/554-1400
10 212/554-1444 (fax)
   salvatore@blbglaw.com
11 jeremy@blbglaw.com

12 Co-Lead Counsel for the Class

13 [Additional counsel appear on signature page.]

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN JOSE DIVISION
17

| | | |
|---|---|---|
| 18 | In re FACEBOOK, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 5:18-cv-01725-EJD |
| 19 | | ) ) | CLASS ACTION |
| 20 | This Document Relates To: | ) ) ) | DECLARATION OF JASON C. DAVIS IN SUPPORT OF LEAD PLAINTIFFS' |
| 21 | ALL ACTIONS. | ) ) ) | ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE |
| 22 | | ) | SEALED |

23                                         DATE:       January 15, 2026
                                           TIME:       9:00 a.m.
24                                         DEPT.:      Courtroom 4, 5th Floor
                                           JUDGE:      Honorable Edward. J. Davila
25

26

27

28

4936-0240-6006.v1

1     I, JASON C. DAVIS, declare and state as follows:

2     1.     I am an attorney duly licensed by the State Bar of California and admitted to practice

3   before this Court.  I am a partner in the law firm of Robbins Geller Rudman & Dowd LLP, and I

4   represent Plaintiff Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund,

5   LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund

6   ("Amalgamated"), and, together with Bernstein Litowitz Berger & Grossmann LLP, representing

7   Public Employees' Retirement System of Mississippi ("Mississippi," and together with

8   Amalgamated, "Lead Plaintiffs"), are Lead Counsel to Lead Plaintiffs in the above-captioned case.  I

9   make this Declaration in support of Lead Plaintiffs' Administrative Motion to Consider Whether

10   Another Party's Materials Should Be Sealed, filed concurrently herewith.

11     2.     I have personal knowledge of the facts stated in this Declaration and, if called upon,

12   could and would testify competently thereto.

13     3.     Pursuant to Civil Local Rule 79-5 for the Northern District of California, attached to

14   this Declaration and listed below are the documents being filed provisionally under seal.  The

15   portions to be sealed and the parties claiming confidentiality over the sealed portions are also listed

16   below.  Lead Plaintiffs take no position regarding the confidentiality of the highlighted portions

17   being submitted and reserve all rights to challenge this or any other information marked confidential

18   in this case.

19

20

21

22

23

24

25

26

27

28

DAVIS DECL IN SUPPORT OF LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED - 5:18-cv-01725-EJD         - 1 -
4936-0240-6006.v1

| Document | Portions to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws | Highlighted portions at:<br><br>• 2:13-23<br><br>• 8:24-9:10<br><br>• 11:9-27<br><br>• 12:1-20<br><br>• 12:26-13:1<br><br>• 13:11-27<br><br>• 20:4-22<br><br>• 21:1-2<br><br>• 21:4-16<br><br>• 21:26-22:12<br><br>• 22:14-17<br><br>• 22:23-26 | Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner |
| Lead Plaintiffs' Opposition to Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws | Highlighted portions at:<br><br>• 7:17-8:2<br><br>• 8:3 | Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner |

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of November, 2025, at San Francisco, California.

s/ Jason C. Davis
JASON C. DAVIS
