GIBSON, DUNN & CRUTCHER LLP
Brian M. Lutz (SBN 255976)
  blutz@gibsondunn.com
Martie Kutscher (SBN 302650)
  mkutscherclark@gibsondunn.com
Michael J. Kahn (SBN 303289)
  mjkahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA  94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Joshua S. Lipshutz (SBN 242557)
  jlipshutz@gibsondunn.com
1700 M Street, N.W.
Washington, DC  20036-4504
Telephone:    202.955.8217
Facsimile:    202.530.9614

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DECLARATION OF BRIAN M. LUTZ IN RESPONSE TO LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date First Action Filed:    March 20, 2018 |

Gibson, Dunn & Crutcher LLP

DECLARATION OF BRIAN M. LUTZ IN RESPONSE TO LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:18-CV-01725-EJD

I, Brian M. Lutz, declare as follows:

1. I am an attorney duly licensed by the State Bars of California and New York and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP and am counsel of record for Defendants in this action. I make this declaration in response to Lead Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Dkt. 242. I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would testify competently thereto.

2. In response to Plaintiffs' requests for production, Defendants produced certain documents to Plaintiffs that Defendants designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered by the Court on March 21, 2025 (the "Protective Order"). Dkt. 211.

3. On November 3, 2025, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss Plaintiffs' Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Law (the "MTD Opp.") and their Opposition to Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "RJN Opp."). Dkts. 243, 244. The MTD Opp. and the RJN Opp. include quotes from and references to material designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants. Pursuant to the Protective Order and Local Rule 79-5(f), Plaintiffs filed public redacted versions of the MTD Opp. and RJN Opp. that redacted quotes from and references to material designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants.

4. On November 3, 2025, Plaintiffs also filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Local Rule 7-11 and 79-5(f) (the "Administrative Motion"). Dkt. 242. Attached to the Administrative Motion are unredacted versions of the MTD Opp. and the RJN Opp., which include quotes from and references to material designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants and were filed under seal by Plaintiffs. Dkts. 242-3, 242-4.

5.  Defendants respectfully request that the Court seal the MTD Opp. (at Docket Number 242-3) and the RJN Opp. (at Docket Number 242-4) in their entirety, and adopt the limited redactions identified in Exhibits 1–2 attached here. Exhibits 1–2 propose that certain portions of the MTD Opp. and RJN Opp. initially redacted by Plaintiffs be unredacted.

6.  There are compelling reasons to seal the redacted material identified in Exhibits 1–2. This Court has previously granted motions to seal the same information and should do so again here for the same reasons. *See* Dkts. 233, 234.

7.  The MTD Opp. and RJN Opp. quote and summarize highly sensitive information about Facebook's strategies, practices, and operations, including internal data and discussions regarding the enforcement of Facebook's privacy and platform policies. Public disclosure of details concerning these approaches, processes, and strategic decisions would allow competitors to gain insight into these practices and use those strategies to Facebook's competitive disadvantage. *See Adtrader, Inc. v. Google LLC*, 2020 WL 6391210, at *2 (N.D. Cal. Mar. 24, 2020). Further, if details concerning Facebook's enforcement of its privacy and platform policies were made public, bad actors could attempt to use this information to circumvent those protections and misappropriate user data or conduct other unwanted activity on Facebook's platform. *See Bohannon v. Facebook, Inc.*, 2019 WL 188671, at *6 (N.D. Cal. Jan. 14, 2019). Because the redacted portions of the MTD Opp. and RJN Opp. include details about Facebook's investigative processes, controls, and monitoring technologies, public disclosure presents real privacy and security risks to Facebook and its users.

8.  The MTD Opp. and RJN Opp. also quote and summarize highly sensitive information reflecting Facebook's confidential business strategies and related internal research. Public disclosure of confidential discussions regarding Facebook's potential business model and strategies could allow Facebook's competitors to copy these proposed strategies, or use the ideas developed by Facebook at its own expense to Facebook's competitive disadvantage. *See Bohannon*, 2019 WL 188671, at *6–7.

9.  Defendants have identified portions of the MTD Opp. and RJN Opp. redacted by Plaintiffs that do not require sealing. Accordingly, and to ensure that their request to seal is narrowly tailored, Exhibits 1–2 do not redact the following portions originally redacted by Plaintiffs:

<u>Exhibit 1 (MTD Opp.)</u>:

      a. 9:8-10

      b. 11:21-27

      c. 12:26-13:1

      d. 13:11-12

      e. 13:19-23

      f. 13:25-27

      g. 20:4-11

      h. 20:16-21

<u>Exhibit 2 (RJN Opp.)</u>:

      a. 8:2-3

10. The chart below represents the confidential material redacted in the MTD Opp. that Defendants request the Court permanently seal.

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| 2:13-23 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 8:24-9:8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 11:10-21 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices; highly sensitive information about Facebook's business strategies and related internal research |
| 12:1-20 | Highly sensitive information about Facebook's business strategies and related internal research |
| 13:12-18 | Highly sensitive information about Facebook's business strategies and related internal research |
| 13:23-25 | Highly sensitive information about Facebook's business strategies and related internal research |
| 20:11-15 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 20:21-21:2 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 21:5-16 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 21:27-22:12 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices; highly sensitive information about Facebook's business strategies and related internal research |

| Proposed Portions to be Sealed | Subject Matter |
|---|---|
| 22:14-17 | Highly sensitive information about Facebook's business strategies and related internal research |
| 22:23-26 | Highly sensitive information about Facebook's business strategies and related internal research |

11. The chart below represents the confidential material redacted in the RJN Opp. that Defendants request the Court permanently seal.

| Portions to be Sealed | Subject Matter |
|---|---|
| 7:17-8:1 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of November, 2025, at San Francisco, California.

                                          */s/ Brian M. Lutz*
                                          Brian M. Lutz