1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**[PROPOSED] ORDER REGARDING LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date First Action Filed:    March 20, 2018 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On November 3, 2025, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss Plaintiffs' Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Law (the "MTD Opp.") (Dkt. 243) and their Opposition to Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "RJN Opp.") (Dkt. 244). The MTD Opp. and the RJN Opp. include quotes from and references to material designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants. Pursuant to the Protective Order and Local Rule 79-5(f), Plaintiffs filed public redacted versions of the MTD Opp. and RJN Opp. that redacted quotes from and references to material designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants.

On November 3, 2025, Plaintiffs also filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Local Rule 7-11 and 79-5(f) (the "Administrative Motion"). Dkt. 242. Attached to the Administrative Motion are unredacted versions of the MTD Opp. and RJN Opp., which include quotes from and references to material designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendants and were filed under seal by Plaintiffs. Dkts. 242-3, 242-4.

On November 10, 2025, Defendants filed a Response to Plaintiffs' Administrative Motion (the "Response") requesting that their confidential information included in the MTD Opp. and RJN Opp. be maintained under seal and submitting their own version of the redacted MTD Opp. and RJN Opp. to ensure the request to seal is narrowly tailored and to address minor inconsistencies in Plaintiffs' redactions. *See* Exhibits 1–2 to the Declaration of Brian M. Lutz in Response to Lead Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

Upon review and consideration of the Administrative Motion and Response, it is hereby ORDERED that:

(1) the Administrative Motion is GRANTED; and

(2) compelling reasons exist to seal the portions of the MTD Opp. and RJN Opp. identified in Defendants' Response. Accordingly, the MTD Opp. (at Docket Number 242-3) and RJN Opp. (at

2

Docket Number 242-4) shall be sealed in their entirety, and the Court adopts the proposed redactions reflected in Exhibits 1–2 to the Lutz Declaration.

The portions of the MTD Opp. to be sealed are:

| ~~Proposed~~ Portions to be Sealed | Subject Matter |
| --- | --- |
| 2:13-23 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 8:24-9:8 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 11:10-21 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices; highly sensitive information about Facebook's business strategies and related internal research |
| 12:1-20 | Highly sensitive information about Facebook's business strategies and related internal research |
| 13:12-18 | Highly sensitive information about Facebook's business strategies and related internal research |
| 13:23-25 | Highly sensitive information about Facebook's business strategies and related internal research |
| 20:11-15 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 20:21-21:2 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 21:5-16 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |
| 21:27-22:12 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices; highly sensitive information about Facebook's business strategies and related internal research |
| 22:14-17 | Highly sensitive information about Facebook's business strategies and related internal research |
| 22:23-26 | Highly sensitive information about Facebook's business strategies and related internal research |

The portions of the RJN Opp. to be sealed are:

| Portions to be Sealed | Subject Matter |
| --- | --- |
| 7:17-8:1 | Highly sensitive information about Facebook's privacy and platform policy enforcement practices |

IT IS SO ORDERED.

1    DATED:   November 12, 2025

2

3    THE HONORABLE EDWARD J. DAVILA

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4