| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>JASON C. DAVIS (253370)<br>KENNETH J. BLACK (291871)<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax)<br>jdavis@rgrdlaw.com<br>kblack@rgrdlaw.com<br><br>BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>SALVATORE J. GRAZIANO<br>JEREMY P. ROBINSON<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212/554-1400<br>212/554-1444 (fax)<br>salvatore@blbglaw.com<br>jeremy@blbglaw.com<br><br>Co-Lead Counsel for the Class<br>[Additional counsel appear on signature page.] | GIBSON, DUNN & CRUTCHER LLP<br>BRIAN M. LUTZ (SBN 255976)<br>   blutz@gibsondunn.com<br>MICHAEL J. KAHN (SBN 303289)<br>   mjkahn@gibsondunn.com<br>MARTIE KUTSCHER (SBN 302650)<br>   mkutscherclark@gibsondunn.com<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>GIBSON, DUNN & CRUTCHER LLP<br>JOSHUA S. LIPSHUTZ (SBN 242557)<br>   jlipshutz@gibsondunn.com<br>1700 M Street, N.W.<br>Washington, DC 20036-4504<br>Telephone: 202.955.8217<br>Facsimile: 202.530.9614<br><br>*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | Master File No. 5:18-cv-01725-EJD<br><br><u>CLASS ACTION</u><br><br>PROPOSED CASE SCHEDULE |

Plaintiffs Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated") and the Public Employees' Retirement System of Mississippi ("Mississippi" and, together with Amalgamated, "Plaintiffs") and Defendants Facebook, Inc. (now Meta Platforms, Inc.) ("Facebook"), Mark E. Zuckerberg, David M. Wehner, and Sheryl K. Sandberg (collectively, the "Individual Defendants" and together with Facebook, "Defendants") (together, the "Parties"), by and through their respective counsel of record, hereby respectfully submit the following Proposed Case Schedule in advance of the Trial Setting Conference set for March 12, 2026.  ECF No. 256.

The Parties have stipulated to the schedule outlined below.  Accordingly, the Parties request that the Court enter the following schedule:

| Event | Proposed Date |
|---|---|
| Deadline for Defendants to Serve Responses and Objections to Plaintiffs' Third, Fourth, and Fifth Sets of Requests for Production of Documents | March 30, 2026 |
| Deadline for Defendants to answer the Fourth Amended Complaint | April 17, 2026 |
| Deadline for substantial completion of document productions | August 12, 2026 |
| Deadline for Plaintiffs to file a class certification motion and serve class certification expert report(s) | August 21, 2026 |
| Deadline for completion of deposition of Plaintiffs' class certification expert(s) | September 18, 2026 |
| Deadline to file an opposition to Plaintiffs' class certification motion and serve rebuttal class certification expert report(s) | October 9, 2026 |
| Deadline for completion of deposition of Defendants' class certification expert(s) | October 29, 2026 |
| Deadline to file a reply in support of Plaintiffs' class certification motion and serve reply class certification expert report(s) | November 10, 2026 |

| Event | Proposed Date |
|---|---|
| Deadline for completion of fact discovery | February 19, 2027 |
| Deadline for the identification and production of affirmative expert witness reports | March 18, 2027 |
| Deadline for the identification and production of rebuttal expert witness reports | May 6, 2027 |
| Deadline for completion of expert discovery | June 17, 2027 |
| Deadline to file dispositive and/or *Daubert* motions | July 29, 2027 |
| Deadline to file any responses to dispositive and/or *Daubert* motions | September 9, 2027 |
| Deadline to file any replies to dispositive and/or *Daubert* motions | October 7, 2027 |
| Final Pre-Trial Conference | On a date to be set at the Court's convenience |
| Trial | On a date to be set at the Court's convenience |

DATED: March 11, 2026

ROBBINS GELLER RUDMAN
 & DOWD LLP
JASON C. DAVIS
KENNETH J. BLACK

/s/ *Jason Davis*
Jason Davis

One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kblack@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
LUKE O. BROOKS (212802)
DARRYL J. ALVARADO (253213)
HILLARY B. STAKEM (286152)
J. MARCO JANOSKI GRAY (306547)
JESSICA E. ROBERTSON (352207)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
lukeb@rgrdlaw.com
dalvarado@rgrdlaw.com
hstakem@rgrdlaw.com
mjanoski@rgrdlaw.com
jrobertson@rgrdlaw.com

Counsel for Amalgamated and Co-Lead Counsel for the Class

DATED:  March 11, 2026

BERNSTEIN LITOWITZ BERGER &
 GROSSMANN LLP
SALVATORE J. GRAZIANO
JEREMY P. ROBINSON
TIMOTHY G. FLEMING
THOMAS Z. SPERBER

                    */s/ Salvatore J. Graziano*
                       Salvatore J. Graziano

1251 Avenue of the Americas
New York, NY  10020
Telephone:  212/554-1400
212/554-1444 (fax)
salvatore@blbglaw.com
jeremy@blbglaw.com
timothy.fleming@blbglaw.com
thomas.sperber@blbglaw.com

Counsel for Mississippi and Co-Lead Counsel for the Class

DATED: March 11, 2026

GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ

*/s/ Brian M. Lutz*
Brian M. Lutz

One Embarcadero Center, Suite 2600
San Francisco, CA  94111-3715
Telephone:  415/393-8200
415/374-8306 (fax)
blutz@gibsondunn.com

Counsel for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner

<small>

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: March 11, 2026                                    **GIBSON, DUNN & CRUTCHER LLP**

                                                                          */s/ Brian M. Lutz*

                                                                          BRIAN M. LUTZ