United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Case No.  5:18-cv-01725-EJD <br><br> **AMENDED CASE MANAGEMENT ORDER** |

On March 12, 2026, the parties appeared before Judge Edward J. Davila for a case management conference.  Based on the discussions held at the conference and Proposed Case Schedule (ECF No. 259),

IT IS HEREBY ORDERED that the Court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.  The parties may request leave to conduct additional discovery should they feel such discovery is necessary, although the Court cautions the parties that they should not plan their discovery strategies on the assumption that leave will be granted.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Deadline for substantial completion of document productions | August 12, 2026 |
| Deadline for Plaintiffs to file a class certification motion and serve class certification expert report(s) | August 21, 2026 |

1

AMENDED CASE MANAGEMENT ORDER
CASE NO. 5:18-CV-01725

| EVENT | DEADLINE |
|---|---|
| Joint Status Report | August 28, 2026 |
| Interim Status Conference | September 10, 2026, at 10:00 a.m. |
| Deadline for completion of deposition of Plaintiffs' class certification expert(s) | September 18, 2026 |
| Deadline to file an opposition to Plaintiffs' class certification motion and serve rebuttal class certification expert report(s) | October 9, 2026 |
| Deadline for completion of deposition of Defendants' class certification expert(s) | October 29, 2026 |
| Deadline to file a reply in support of Plaintiffs' class certification motion and serve reply class certification expert report(s) | November 10, 2026 |
| Deadline for completion of fact discovery | February 19, 2027 |
| Designation of opening experts with reports | March 18, 2027 |
| Designation of rebuttal experts with reports | May 6, 2027 |
| Expert discovery cutoff | June 17, 2027 |
| Deadline to file dispositive and/or *Daubert* motions[1] | June 29, 2027 |
| Deadline to file any responses to dispositive and/or *Daubert* motions | September 9, 2027 |
| Deadline to file any replies to dispositive and/or *Daubert* motions | October 7, 2027 |
| Final Pretrial Conference | TBD |
| Trial | TBD |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of all pretrial submissions.

**IT IS SO ORDERED**.

Dated:  May 28, 2026

EDWARD J. DAVILA
United States District Judge

---

[1] This is the last date for *filing* dispositive motions.  The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.
[2] A copy of Judge Davila's Standing Order is also available on the Court's website at https://cand.uscourts.gov/judges/ejd/davila-edward-j.

CASE MANAGEMENT ORDER
CASE NO. 26-CV-01444-EJD

United States District Court
Northern District of California