**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
Jeremy P. Robinson (*pro hac vice*)
Preethi Krishnamurthy (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
Facsimile: 212/554-1444
salvatore@blbglaw.com
jeremy@blbglaw.com
preethi@blbglaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Jason C. Davis (253370)
Kenneth J. Black (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

*Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **DECLARATION OF JEREMY P. ROBINSON IN SUPPORT OF LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| ALL ACTIONS. | |

I, Jeremy P. Robinson, declare as follows:

1. I am licensed to practice law in the State of New York and am admitted to appear *pro hac vice* in this action. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), located at 1251 Avenue of the Americas, New York, NY 10020, and counsel for Public Employees' Retirement System of Mississippi ("MissPERS"). In the above-captioned matter, BLB&G and Robbins Geller Rudman & Dowd LLP are Lead Counsel to Lead Plaintiffs MissPERS and Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund. I make this Declaration in support of Lead Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed concurrently herewith.

2. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

3. As per instructions posted on the Court's website regarding E-Filing Under Seal in Civil Cases,[1] attached to this Declaration and listed below are the documents being filed provisionally under seal. The portions to be provisionally sealed and the parties claiming confidentiality over the sealed portions are also listed below. Lead Plaintiffs respectfully submit that no grounds exist to overcome the Ninth Circuit's "'strong presumption in favor of [public] access'" to these court filings, *see Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), and reserve the right to oppose any subsequent filing by Defendants pursuant to Civil Local Rule 79-5(f)(3) or later seek public access to these materials.

| **Document** | **Portions to be Sealed** | **Party Claiming Confidentiality** |
|---|---|---|
| Lead Plaintiffs' Notice of Motion and Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel, and Memorandum of Points and | Highlighted portions at:<br>• 5:11-6:2<br>• 6:4-13<br>• 6:17-7:2<br>• 7:12-18 | Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner |

[1] Available at https://cand.uscourts.gov/cases-e-filing/cm-ecf/e-filing-my-documents/e-filing-under-seal/.

| **Document** | **Portions to be Sealed** | **Party Claiming Confidentiality** |
|---|---|---|
| Authorities In Support Thereof | • 7:19-23 | |
| Exhibit 1 to the Declaration of Jeremy P. Robinson in Support of Lead Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel (Expert Report of Jonah B. Gelbach) | Highlighted portions at: <br>• 54 <br>• 55 & n.148 <br>• 56 n.152 <br>• 57 n.153 | Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner |
| Exhibits 7-22 to the Declaration of Jeremy P. Robinson in Support of Lead Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel | Entirety of Exhibits | Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2026
New York, NY

By: /s/ *Jeremy P. Robinson*
Jeremy P. Robinson