BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SALVATORE J. GRAZIANO
JEREMY P. ROBINSON
PREETHI KRISHNAMURTHY
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
salvatore@blbglaw.com
jeremy@blbglaw.com
preethi@blbglaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

Co-Lead Counsel for the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **DECLARATION OF JEREMY P. ROBINSON IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVES, AND APPOINT CLASS COUNSEL** |
| ALL ACTIONS. | |
| | JUDGE: Hon. Edward J. Davila |

I, Jeremy P. Robinson, declare:

1. I am licensed to practice law in the State of New York and am admitted to appear *pro hac vice* in this action. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), located at 1251 Avenue of the Americas, New York, NY 10020, and counsel for Public Employees' Retirement System of Mississippi ("MissPERS"). In the above-captioned matter, BLB&G and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") are Lead Counsel to Lead Plaintiffs MissPERS and Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund. I make this Declaration in support of Lead Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel (the "Class Certification Motion"), filed concurrently herewith.

2. I have personal knowledge of facts stated herein, and if called to testify, could and would competently thereto.

3. Attached as Exhibits 1 through 22 are true and correct copies of:

| | |
|---|---|
| **Exhibit 1** | Expert Report of Jonah B. Gelbach |
| **Exhibit 2** | Declaration of Laken Ryals ISO Class Certification Motion |
| **Exhibit 3** | Certification Pursuant to the Federal Securities Laws |
| **Exhibit 4** | Declaration of Mandy Tenner ISO Class Certification Motion |
| **Exhibit 5** | BLB&G Firm Resume |
| **Exhibit 6** | Robbins Geller Firm Resume |
| **Exhibit 7** | Document bearing Bates number FB-CA-SECURITIES-4916987 |
| **Exhibit 8** | Document bearing Bates number FB-CA-SECURITIES-NON-WAIVER-6496808 |
| **Exhibit 9** | Document bearing Bates number FB-CA-SECURITIES-0057896 |
| **Exhibit 10** | Document bearing Bates number FB-CA-SECURITIES-0010657 |
| **Exhibit 11** | Document bearing Bates number FB-CA-SECURITIES-0133161 |
| **Exhibit 12** | Document bearing Bates number FB-CA-SECURITIES-2186858 |
| **Exhibit 13** | Document bearing Bates number FB-CA-SECURITIES-0058872 |
| **Exhibit 14** | Document bearing Bates number FB-CA-SECURITIES-0145648 |
| **Exhibit 15** | Document bearing Bates number FB-CA-SECURITIES-3033619 |
| **Exhibit 16** | Document bearing Bates number FB-CA-SECURITIES-1853353 |
| **Exhibit 17** | Document bearing Bates number FB-CA-SECURITIES-3393025 |
| **Exhibit 18** | Document bearing Bates number FB-CA-SECURITIES-1809402 |

| | |
|---|---|
| **Exhibit 19** | Document bearing Bates number FB-CA-SECURITIES-4358708* |
| **Exhibit 20** | Document bearing Bates number FB-CA-SECURITIES-4741240* |
| **Exhibit 21** | Document bearing Bates number FB-CA-SECURITIES-5244292* |
| **Exhibit 22** | Document bearing Bates number FB-CA-SECURITIES-2061145* |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2026
New York, NY

By: /s/ *Jeremy P. Robinson*
Jeremy P. Robinson

* Documents denoted with an asterisk are cited in the Expert Report of Jonah B. Gelbach.