# EXHIBIT 2

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SALVATORE J. GRAZIANO
JEREMY P. ROBINSON
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
salvatore@blbglaw.com
jeremy@blbglaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

Co-Lead Counsel for the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **DECLARATION OF LAKEN RYALS IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVES, AND APPOINT CLASS COUNSEL** |
| | JUDGE: Hon. Edward J. Davila |

I, Laken Ryals, hereby declare as follows:

1. I, Laken Ryals, respectfully submit this declaration in support of the application of Public Employees' Retirement System of Mississippi ("MissPERS"), the Court-appointed co-Lead Plaintiff in the above captioned action (the "Action"), to serve as a representative for the Class (as defined in Lead Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel). I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am a Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi and am fully authorized to make this declaration on behalf of MissPERS. MissPERS is responsible for, among other things, paying retirement benefits to employees of the State of Mississippi, including current and retired employees of the state's public school districts, municipalities, counties, community colleges, state universities, libraries, and water districts. MissPERS provides benefits to over 120,000 retirees and manages over $33 billion in assets for its beneficiaries, including more than 250,000 current public employees. As reflected in the attached certification and schedule of transactions, MissPERS purchased shares of Facebook, Inc. common stock during the Class Period and suffered damages as a result of the violations of the federal securities laws alleged in this Action.[1]

3. MissPERS understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. As Co-Lead Plaintiff and proposed Class Representative,

[1] MissPERS previously filed a certification and schedule of transactions with its Motion for Appointment as Lead Plaintiff, Approval of its Selection of Lead Counsel, and Consolidation of All Related Actions (ECF 40-1). Because the Consolidated Class Action Complaint for Violation of the Federal Securities Laws (ECF 86) expanded the proposed Class Period, MissPERS filed a revised schedule of Class Period trades (ECF 86-2). For the avoidance of doubt, the attached certification certifies all of the trades identified in the revised schedule.

MissPERS, a sophisticated institutional investor, has been and will continue to be committed to vigorously prosecuting this litigation. MissPERS intends to obtain the largest possible recovery for the proposed Class consistent with good faith and sound judgment.

4. MissPERS has diligently pursued the effective prosecution of this Action and has actively monitored its progress over the past eight years of MissPERS's dedicated efforts on behalf of Class members, including through multiple complaints, multiple rounds of motions to dismiss, and multiple levels of appellate proceedings. Among other things, through its employees and other representatives, including myself, MissPERS has (i) hired adequate legal counsel to represent it, including appellate counsel; (ii) reviewed and authorized filings in this action, including multiple amended complaints, multiple oppositions to motions to dismiss before this Court, and successful appellate briefs before the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court; (iii) produced documents responsive to Defendants' document requests; (iv) reviewed and authorized discovery responses; and (v) communicated and strategized with counsel regarding the case through the past eight years of litigation. As Class representative, MissPERS would continue to diligently pursue the effective prosecution of the Action.

5. MissPERS understands that it owes a fiduciary duty to all members of the proposed Class it represents to provide fair and adequate representation and would continue to work actively to prosecute this Action in the interests of the Class members it represents and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

6. MissPERS, along with its Co-Lead Plaintiff, seeks the appointment of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as Class Counsel for the proposed Class, based on their substantial experience and expertise in prosecuting securities class actions. MissPERS believes that Bernstein Litowitz and Robbins Geller possess the necessary experience and resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

7. MissPERS understands that its service as Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class beyond that which is provided by the PSLRA. If

there is a recovery in this case, MissPERS does not expect to receive any more than its pro-rata shares of the amount recovered.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 17, 2026

Laken Ryals