# EXHIBIT 3

**CERTIFICATION PURSUANT TO**
**THE FEDERAL SECURITIES LAWS**

I, Laken H. Ryals, on behalf of the Public Employees' Retirement System of Mississippi ("MissPERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi. I am fully authorized to enter into and execute this Certification on behalf of MissPERS. I have reviewed the Complaint filed in this matter. MissPERS has authorized the filing of this Motion for Appointment as Lead Plaintiff.

2. MissPERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. MissPERS is willing to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. MissPERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4. MissPERS' transactions in the Facebook securities that are the subject of this action are set forth in the chart attached hereto.

5. MissPERS has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Bhuva v. Super Micro Computer, Inc. et al.*, No. 3:26-cv-02606-JSC (N.D. Cal.)

*In re Seagate Technology Holdings plc Securities Litigation*, No. 23-cv-3431 (N.D. Cal.)

*In re The Trade Desk, Inc. Securities Litigation*, No. 25-cv-1396 (C.D. Cal.)

*New England Teamsters Pension Fund v. West Pharmaceutical Services, Inc.*, No. 25-cv-2285 (E.D. Pa.)

*In re Lineage, Inc. Securities Litigation*, No. 25-cv-12383 (E.D. Mich.)

6. MissPERS is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Perez v. Apollo Global Management, Inc. et al*, No. 1:26-cv-03550 (S.D.N.Y.)

*Feldman v. Apollo Global Management, Inc. et al*, No. 26-cv-1692 (S.D.N.Y.)

7. MissPERS has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year

period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*Kempen International Funds (Kempen International Funds – MercLin Global Equity) v. Syneos Health, Inc.*, No. 23-cv-8848 (S.D.N.Y.)

*In re Agilon Health, Inc. Securities Litigation*, No. 24-cv-297 (W.D. Tex.)

*In re Crowdstrike Holdings, Inc. Securities Litigation*, No. 24-cv-857 (W.D. Tex.)

*Averza v. Super Micro Computer, Inc.*, No. 24-cv-6147 (N.D. Cal.)

*Shing v. ICON plc*, No. 25-cv-763 (E.D.N.Y.)

*In re Atkore Inc. Securities Litigation*, No. 25-cv-1851 (N.D. Ill.)

*Electrical Workers Pension Fund, Local 103 IBEW v. Baxter International, Inc.*, No. 25-cv-12672 (N.D. Ill.)

8. MissPERS will not accept any payment for serving as a representative party on behalf of the class beyond MissPERS' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17 day of August, 2026.

Laken H. Ryals
*Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi on behalf of the Public Employees' Retirement System of Mississippi*

**Public Employees' Retirement System of Mississippi**
**Transactions in Facebook, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 3/17/2017 | 4,050 | 139.8345 |
| Purchase | 3/21/2017 | 16,219 | 140.1377 |
| Purchase | 6/16/2017 | 4,035 | 150.6310 |
| Purchase | 8/16/2017 | 5,200 | 169.9639 |
| Purchase | 9/15/2017 | 1,311 | 171.6305 |
| Purchase | 12/15/2017 | 3,218 | 180.1700 |
| Purchase | 2/7/2018 | 117,000 | 183.1775 |
| Purchase | 3/16/2018 | 2,898 | 185.0820 |
| Purchase | 3/19/2018 | 62,000 | 171.5268 |
| Purchase | 3/26/2018 | 55,000 | 156.1841 |
| Purchase | 4/27/2018 | 18,978 | 174.1892 |
| Purchase | 5/14/2018 | 9,444 | 187.0412 |
| Purchase | 6/13/2018 | 34,609 | 193.3230 |
| Purchase | 6/15/2018 | 3,132 | 195.8404 |
| Purchase | 6/27/2018 | 16,214 | 198.0609 |
| Purchase | 7/17/2018 | 911 | 207.7400 |
| | | | |
| Sale | 2/6/2017 | (22,495) | 132.0600 |
| Sale | 3/6/2017 | (2,822) | 137.4200 |
| Sale | 3/6/2017 | (8,280) | 137.4200 |
| Sale | 4/11/2017 | (16,219) | 139.8034 |
| Sale | 8/11/2017 | (21,276) | 168.0800 |
| Sale | 8/25/2017 | (11,103) | 166.3200 |
| Sale | 9/25/2017 | (10,754) | 162.8700 |
| Sale | 12/13/2017 | (11,125) | 178.3000 |
| Sale | 2/8/2018 | (17,609) | 171.5800 |
| Sale | 2/8/2018 | (366) | 171.5452 |
| Sale | 2/20/2018 | (17,918) | 176.0100 |