# EXHIBIT 4

ROBBINS GELLER RUDMAN
& DOWD LLP
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
SALVATORE J. GRAZIANO
JEREMY P. ROBINSON
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
salvatore@blbglaw.com
jeremy@blbglaw.com

Co-Lead Counsel for the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | <u>CLASS ACTION</u> |
| This Document Relates to: | DECLARATION OF MANDY TENNER IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS, APPOINT CLASS REPRESENTATIVES, AND APPOINT CLASS COUNSEL |
| ALL ACTIONS. | JUDGE: The Honorable Edward J. Davila |

I, Mandy Tenner, declare as follows:

1. I respectfully submit this Declaration in support of the application of Amalgamated Bank, as Trustee for the Long View LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated Bank") to serve as a representative for the Class (as defined in Lead Plaintiffs' Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel). I have personal knowledge of the statements herein and, if called upon as a witness, I could and would competently testify thereto.

2. I am the Executive Vice President and Chief Legal Officer of Amalgamated Bank and am one of the individuals at Amalgamated Bank responsible for overseeing this litigation. Amalgamated Bank was appointed as a co-Lead Plaintiff in this action on August 3, 2018, and now seeks appointment as a Class Representative.

3. Amalgamated Bank is a New York City-based bank serving thousands of labor unions, nonprofits, social impact enterprises, political organizations, foundations and individuals. Amalgamated Bank has more than $60 billion in assets under management and custody. Amalgamated Bank is a co-Lead Plaintiff as Trustee for the LongView LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund.

4. Amalgamated Bank purchased Facebook common stock between February 3, 2017 and July 25, 2018.

5. Amalgamated Bank understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors to direct securities class actions. Should Amalgamated Bank be appointed as a Class Representative, Amalgamated Bank – as a large, sophisticated institutional investor – is committed to vigorously prosecuting this litigation.

6. Amalgamated Bank has reviewed and monitored the progress of this litigation and the active participation of proposed co-Class Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller") in its prosecution. For example, Amalgamated has and will continue to receive and review periodic updates, drafts, and other correspondence from Robbins Geller regarding the case, has discussed significant developments in the litigation with Robbins Geller, and attended the appellate

proceedings before the U.S. Supreme Court. Amalgamated has also responded to discovery requests and produced documents to Defendants.

7. If it is appointed as a Class Representative, Amalgamated Bank will continue to actively participate in this litigation in order to maximize the recovery for the proposed Class. Amalgamated Bank understands that it owes a fiduciary duty to all members of the proposed Class to provide fair and adequate representation and will continue to work with Lead Counsel to obtain the largest recovery for the Class consistent with good faith, sound judgment, and meritorious advocacy.

8. Amalgamated Bank intends to continue to provide fair and adequate representation by, among other things, working with Robbins Geller to vigorously prosecute the claims of all members of the proposed Class.

9. Amalgamated Bank supports the selection of Robbins Geller and Bernstein Litowitz Berger & Grossmann LLP ("BLBG") as co-Class Counsel based on the firms' substantial experience and expertise in prosecuting securities class actions and their substantial work to date in prosecuting this case as co-Lead Counsel. Further, Amalgamated Bank believes that Robbins Geller and BLBG have the necessary financial and human resources to prosecute this case effectively, as they have to date.

10. Amalgamated Bank understands that its service as Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class beyond that which is provided by the PSLRA. If there is a recovery in this case, Amalgamated Bank does not expect to receive any more than its *pro rata* share of the amount recovered.

I, Mandy Tenner, declare under penalty of perjury that the foregoing is true and correct. Executed this 14 day of August, 2026, at Pocono pines [city], PA [state].

Signed by:
Mandy Tenner
0A5E263316E14A3...

MANDY TENNER