GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ (SBN 255976)
blutz@gibsondunn.com
MARTIE KUTSCHER (SBN 302650)
mkutscherclark@gibsondunn.com
MICHAEL J. KAHN (SBN 303289)
mjkahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ (SBN 242557)
jlipshutz@gibsondunn.com
1700 M Street, N.W.
Washington, DC 20036-4504
Telephone: 202.955.8217
Facsimile: 202.530.9614

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

ROBBINS GELLER RUDMAN & DOWD LLP
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
SALVATORE J. GRAZIANO
JEREMY P. ROBINSON
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
salvatore@blbglaw.com
jeremy@blbglaw.com

*Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| This Document Relates To: ALL ACTIONS. | CLASS ACTION |
| | **STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING EXTENSION OF DEADLINE FOR DEFENDANTS TO FILE STATEMENT IN SUPPORT OF SEALING** |

By and through their undersigned counsel, the parties hereby stipulate and agree as follows:

1. On August 21, 2026, Lead Plaintiffs filed a Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel (Dkt. 278), which attaches and references 16 exhibits that Defendants have designated confidential or highly confidential under the Protective Order in this action. Dkt. 277-1 at 2-3 (identifying information designated by Defendants as Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to the Stipulated Protective Order entered in this case, Dkt. 211).

2. Plaintiffs filed their submission temporarily under seal accompanied by an Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (Dkt. 277) pursuant to Civil Local Rule 79-5(f).

3. Pursuant to Civil Local Rule 79-5(f)(3), the deadline for Defendants to file a statement and/or declaration in support of sealing is August 28, 2026, seven days after the filing of Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed. Pursuant to Civil Local Rule 79-5(f)(4), the deadline for Lead Plaintiffs to file any response would be four days after the filing of Defendants' statement and/or declaration.

4. Defendants have asked Lead Plaintiffs whether they would agree that the deadline for Defendants to submit a statement and/or declaration in support of the confidentiality of materials attached to Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed shall be extended by 14 days, until September 11, 2026. Lead Plaintiffs have agreed to that extension, subject to the Court's approval, provided that Lead Plaintiffs are provided a reciprocal extension of 7 days to file any response thereto.

**THE PARTIES THEREFORE STIPULATE AND AGREE AS FOLLOWS:**

5. The deadline for Defendants to submit a statement and/or declaration in support of the confidentiality of materials attached to Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (Dkt. 218) shall be extended until September 11, 2026.

6. The deadline for Lead Plaintiffs to submit any response to Defendants' statement and/or declaration in support of sealing shall be extended until September 22, 2026.

DATED: August 26, 2026

**ROBBINS GELLER RUDMAN & DOWD LLP**
JASON C. DAVIS
KENNETH J. BLACK

*/s/ J. Marco Janoski Gray***

One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kblack@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
LUKE O. BROOKS (212802)
DARRYL J. ALVARADO (253213)
HILLARY B. STAKEM (286152)
J. MARCO JANOSKI GRAY (306547)
JESSICA E. ROBERTSON (352207)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
lukeb@rgrdlaw.com
dalvarado@rgrdlaw.com
hstakem@rgrdlaw.com
mjanoski@rgrdlaw.com
jrobertson@rgrdlaw.com

*Counsel for Amalgamated and Co-Lead Counsel for the Class*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

DATED: August 26, 2026

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
SALVATORE J. GRAZIANO
JEREMY P. ROBINSON
PREETHI KRISHNAMURTHY
TIMOTHY G. FLEMING
THOMAS Z. SPERBER

*/s/ Preethi Krishnamurthy***

1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
salvatore@blbglaw.com
jeremy@blbglaw.com
preethi@blbglaw.com
timothy.fleming@blbglaw.com
thomas.sperber@blbglaw.com

*Counsel for Mississippi and Co-Lead Counsel for the Class*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

DATED: August 26, 2026

**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ
MARTIE KUTSCHER
MICHAEL J. KAHN

*/s/ Brian M. Lutz*

One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415/393-8200
blutz@gibsondunn.com
mkutscherclark@gibsondunn.com
mjkahn@gibsondunn.com

*Counsel for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

* * *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 27, 2026

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE