**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
Jeremy P. Robinson (*pro hac vice*)
Preethi Krishnamurthy (*pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
jeremy@blbglaw.com
preethi@blbglaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Jason C. Davis (253370)
Kenneth J. Black (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

*Co-Lead Counsel for the Class*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | ) | Master File No. 5:18-cv-01725-EJD |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | **JOINT STATUS REPORT** |
| ALL ACTIONS. | ) | JUDGE: Hon. Edward J. Davila |

Lead Plaintiffs Amalgamated Bank, as Trustee for the Long View LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated") and Public Employees' Retirement System of Mississippi ("MissPERS," and, together with Amalgamated, "Lead Plaintiffs"), and Defendants Facebook, Inc. ("Facebook"), Mark E. Zuckerberg, David M. Wehner, and Sheryl K. Sandberg (collectively, the "Executive Defendants" and together with Facebook, "Defendants"), by and through their respective counsel of record, hereby respectfully submit the following joint status report pursuant to the Court's May 28, 2026 Amended Case Management Order ("CMO"). Dkt. No. 266.

**<u>Procedural History</u>**

Lead Plaintiffs filed a consolidated complaint in this action on October 15, 2018, asserting claims under the Exchange Act against Defendants. *See* Dkt. No. 86. On September 25, 2019, the Court dismissed the consolidated complaint in full for failure to state a claim, and granted Lead Plaintiffs leave to amend. *See* Dkt. No. 118. On November 15, 2019, Lead Plaintiffs filed a second amended complaint. Dkt. No. 123. On January 15, 2020, Defendants moved to dismiss, and on August 7, 2020, the Court again granted the motion to dismiss with leave to amend. *See* Dkt. No. 137.

Lead Plaintiffs filed their Third Amended Complaint on October 16, 2020. Dkt. No. 142. On December 20, 2021, the Court once again granted Defendants' motion to dismiss the complaint, this time with prejudice. *See* Dkt. No. 168.

Lead Plaintiffs appealed the Court's decisions to the Ninth Circuit. Dkt. No. 170. On appeal, Lead Plaintiffs challenged three issues: (1) "whether the [Court] properly dismissed Plaintiffs' claims regarding Defendants' risk statements for failure to adequately plead falsity"; (2) "whether the [Court] properly dismissed Plaintiffs' claims regarding Defendants' user-control statements for failure to adequately plead loss causation"; and (3) "whether the [Court] properly dismissed Plaintiffs' claims regarding Defendants' statements about Facebook's investigation into the Cambridge Analytica data breach for failure to adequately plead scienter and falsity." *Amalgamated Bank v. Facebook, Inc.*, No. 22-15077 (9th Cir.), Dkt. No. 14 at 1.

On October 18, 2023, the Ninth Circuit affirmed in part and reversed in part this Court's order. *In re Facebook, Inc. Sec. Litig.*, 87 F.4th 934 (9th Cir. 2023). On November 1, 2023, Defendants filed a petition for panel rehearing and rehearing en banc, which the Ninth Circuit denied in an amended opinion issued on December 4, 2023. *See* Dkt. No. 175.

Defendants filed a petition for a writ of certiorari on March 4, 2024 (*see* Dkt. No. 177), which the Supreme Court granted in part on June 10, 2024. *See* Dkt. No. 178. On November 22, 2024, after full briefing and oral argument, the Supreme Court dismissed the writ of certiorari as improvidently granted. *See* Dkt. No. 179. The Ninth Circuit issued its mandate on January 24, 2025, returning jurisdiction of the case to this Court. *See* Dkt. No. 180.

On May 30, 2025, Lead Plaintiffs filed a motion for leave to file a Fourth Amended Complaint. *See* Dkt. No. 217. The Court granted Lead Plaintiffs' motion on June 17, 2025 (*see* Dkt. No. 224), and Lead Plaintiffs filed their Fourth Amended Complaint on July 1, 2025. *See* Dkt. No. 228.

On September 2, 2025, Defendants filed a motion to dismiss the Fourth Amended Complaint. *See* Dkt. No. 238. The Court denied in part and granted in part Defendants' motion to dismiss on February 27, 2026. *See* Dkt. No. 258.

On April 17, 2026, Defendants filed their Answer to the Fourth Amended Complaint. *See* Dkt. No. 261. The Court issued its Amended Case Management Order ("CMO") on May 28, 2026. *See* Dkt. No. 266. The CMO referred all discovery disputes to Chief Magistrate Judge Cousins. *Id.* at 1. The parties subsequently entered into a Stipulation Regarding Procedures for Raising Discovery Disputes on June 12, 2026. Dkt. No. 268.

The parties have engaged in fact discovery, including by serving document requests and interrogatories, written discovery responses, and third-party document subpoenas. The parties are negotiating a privilege log protocol and are close to reaching a mutually agreeable protocol. All parties have represented that, by the August 12, 2026 deadline set forth by the Court in the CMO, they substantially completed their document productions based on the search protocols agreed upon by that date. The parties anticipate meeting and conferring about the productions.

On August 21, 2026, Lead Plaintiffs filed their Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel (the "Class Certification Motion"). *See* Dkt. No. 278.

**<u>Next Steps</u>**

Pursuant to the CMO, an Interim Status Conference is scheduled for September 10, 2026, at 10:00 a.m.

If the parties cannot resolve any remaining discovery disputes, they will promptly raise them with Chief Magistrate Judge Cousins.

The deadline for deposing Lead Plaintiffs' class certification expert(s) is September 18, 2026. Dkt. No. 266. The deadline for Defendants to file their opposition to the Class Certification Motion is October 9, 2026. *Id.* The deadline for deposing Defendants' class certification expert(s) is October 29, 2026. *Id.* Lead Plaintiffs will file their reply in support of their Class Certification Motion by November 10, 2026. *Id.* The Court has scheduled a hearing on the motion for January 21, 2027.

The parties expect to begin taking depositions soon in anticipation of the February 19, 2027 fact discovery deadline. The parties intend to meet and confer about the number of depositions to be taken in the case and aim to reach an agreement on this matter by September 21, 2026. If the parties cannot reach an agreement, Plaintiffs intend to seek relief from Chief Magistrate Judge Cousins.

The current deadline for the parties to engage a private mediator for an ADR session is October 9, 2026. Dkt. No. 210. In light of the concurrent class certification briefing that will be ongoing at that time, the parties agree and respectfully request that the Court extend this ADR deadline until April 9, 2027. Accordingly, the parties are filing herewith a proposed order to extend this deadline.

Respectfully submitted,

DATED: August 28, 2026

*<u>/s/ Jeremy P. Robinson</u>*
Jeremy P. Robinson (*pro hac vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Salvatore J. Graziano (*pro hac vice*)
Jeremy P. Robinson (*pro hac vice*)
Preethi Krishnamurthy (*pro hac vice*)
Timothy G. Fleming (*pro hac vice*)
Thomas Z. Sperber (*pro hac vice*)
Matthew S. Goldstein (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
jeremy@blbglaw.com
preethi@blbglaw.com
timothy.fleming@blbglaw.com
thomas.sperber@blbglaw.com
matthew.goldstein@blbglaw.com

*Counsel for Lead Plaintiff MissPERS and Co-Lead Counsel for the Class*

DATED: August 28, 2026

*/s/ Darryl J. Alvarado*

Darryl J. Alvarado (253213)
**ROBBINS GELLER RUDMAN & DOWD LLP**
Jason C. Davis (253370)
Kenneth J. Black (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
jdavis@rgrdlaw.com
kblack@rgrdlaw.com

Luke O. Brooks (212802)
Darryl J. Alvarado (253213)
Hillary B. Stakem (286152)
J. Marco Janoski Gray (306547)
Jessica E. Robertson (352207)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
lukeb@rgrdlaw.com
dalvarado@rgrdlaw.com
hstakem@rgrdlaw.com
mjanoski@rgrdlaw.com
jrobertson@rgrdlaw.com

*Counsel for Lead Plaintiff Amalgamated and Co-Lead Counsel for the Class*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

DATED: August 28, 2026

*/s/ Brian M. Lutz*

Brian M. Lutz

**GIBSON, DUNN & CRUTCHER LLP**
Brian M. Lutz
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415/393-8200
415/393-8306 (fax)
blutz@gibsondunn.com

*Counsel for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.