BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
SALVATORE J. GRAZIANO
JEREMY P. ROBINSON
PREETHI KRISHNAMURTHY
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
salvatore@blbglaw.com
jeremy@blbglaw.com
preethi@blbglaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

*Co-Lead Counsel for the Class*

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 5:18-cv-01725-EJD<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF JEREMY P. ROBINSON IN SUPPORT OF LEAD PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>JUDGE: Hon. Edward J. Davila |

I, Jeremy P. Robinson, declare:

1. I am licensed to practice law in the State of New York and am admitted to appear *pro hac vice* in this action. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), located at 1251 Avenue of the Americas, New York, NY 10020, and counsel for Public Employees' Retirement System of Mississippi ("MissPERS"). In the above-captioned matter, BLB&G and Robbins Geller Rudman & Dowd LLP ("Robbins Geller") are Lead Counsel to Lead Plaintiffs MissPERS and Amalgamated Bank, as Trustee for the LV LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund. I make this Declaration in support of Lead Plaintiffs' Reply to Defendants' Response to Lead Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, filed concurrently herewith.

2. I have personal knowledge of facts stated herein, and if called to testify, could and would competently thereto.

3. Attached as Exhibit A hereto is a true and accurate copy of an excerpt of a trial transcript from *State of New Mexico v. Meta Platforms, Inc., f/k/a Facebook Inc.*, No. D-101-CV-2021-00132, dated September 15, 2026.

4. Attached as Exhibit B hereto is a true and accurate copy of an excerpt of a trial transcript from *State of New Mexico v. Meta Platforms, Inc., f/k/a Facebook Inc.*, No. D-101-CV-2021-00132, dated September 15, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2026
New York, NY

By: /s/ *Jeremy P. Robinson*
Jeremy P. Robinson