# Exhibit A

others that were hired in the D.C. office reporting 15:29:20
to Steve, Hershel, Bijan, and maybe a few other 15:29:23
people. I can't recall their names. 15:29:29
Q. And within that team, what were your 15:29:31
responsibilities? 15:29:33
A. Mainly to work with the ADI team, to 15:29:40
continue doing investigations on data misuse, and 15:29:44
then work as a subject matter expert with the ADI 15:29:46
team. 15:29:49
Q. What was the ADI team? 15:29:51
A. That was the App Developer Investigations 15:29:53
unit that was leaded by -- led by Gibson Dunn. 15:29:56
Q. And what did the App Developer 15:30:02
Investigations unit do? 15:30:05
A. They were conducting an audit of all of 15:30:06
V.1 apps on Facebook to see if they could identify 15:30:09
any data misuse. 15:30:12
Q. Was the App Developer Investigations unit 15:30:13
comprised mostly of Facebook employees? 15:30:16
A. No, I would say it was mostly Gibson 15:30:19
Dunn. I think there was another third-party 15:30:25
consulting group. I can't remember what their name 15:30:27
was. But there was a sizeable amount of Facebook 15:30:30
employees that also collaborated with them. 15:30:32
Q. Did you often collaborate with Gibson 15:30:35

Dunn? 15:30:39
A. Yes. 15:30:39
Q. Did you enjoy your work as a privacy and public policy manager at Facebook? 15:30:39 15:30:42
A. I did. Very much so. 15:30:43
Q. What made you leave Facebook in June of 2019? 15:30:45 15:30:49
A. I was offered a better position at Google. More money. 15:30:50 15:30:55
Q. And while you were at Facebook, in your privacy and public policy manager role, what kind of work, if at all, did you do with the policy language at Facebook? 15:30:58 15:31:01 15:31:08 15:31:11
A. During that time, I would say -- it wasn't a lot of with the policy language. It was before when I was an operations specialist that I interacted with the policy language frequently. 15:31:12 15:31:16 15:31:18 15:31:20
But, yeah, my -- my second half, not so much. 15:31:22 15:31:26
Q. What did you do in your first half as a policy operations specialist with the policy language? 15:31:26 15:31:29 15:31:31
A. So, essentially, you enforce said policy language. So you have to have an in-depth understanding of it. And then I would -- Alison 15:31:31 15:31:34 15:31:37

Hendrix was the policy manager at the time, so she was the one drafting it, and I would interact with her on a regular basis on things that needed to change. Gray areas. Things like that. 15:31:41 15:31:43 15:31:46 15:31:49

Q. And you mentioned earlier that you were working on Cambridge Analytica and were aware of it before the March 2018 scandal. 15:31:52 15:31:55 15:32:00

What did your work regarding Cambridge Analytica entail prior to that? 15:32:03 15:32:05

A. Well, when I first joined, I was tasked to essentially do like a sweep of third-party developers and try to identify which ones were misusing data. 15:32:06 15:32:12 15:32:18 15:32:20

During that sweep, I came across the original Cambridge Analytica scandal and started doing some investigation on it, set up some meetings with internal folks to talk about what they knew, and try to get as much information as I could. 15:32:22 15:32:24 15:32:25 15:32:31 15:32:34

Because it seemed like a relatively large case, and I knew that there hadn't been any follow-up since the initial investigation. 15:32:37 15:32:40 15:32:43

And I brought it up to Alison Hendrix who basically said to not pursue investigating Cambridge Analytica specifically. That was where it ended. 15:32:45 15:32:52 15:32:59

Q. Do you know why Alison Hendrix said to 15:33:04

not pursue investigating Cambridge Analytica? 15:33:08
A. She basically said that it would be career suicide, and that I was stepping on, like, political land mines that I wasn't aware of, which is true. 15:33:11 15:33:14 15:33:17 15:33:21
Q. What makes you say that that was true? 15:33:22
A. I tend to do that a lot. 15:33:26
So I didn't know at the time that it was so scandalous. I wasn't aware of that, because I didn't have the full story at the time. But, you know, obviously very scandalous. 15:33:32 15:33:34 15:33:39 15:33:41
Q. Did she explain why it was so scandalous when you had that conversation? 15:33:44 15:33:50
A. No. She was essentially like don't even say Cambridge Analytica. Like, don't even repeat the name. So I didn't get any explanation. 15:33:51 15:33:57 15:34:00
Q. So did you stop your investigation there? 15:34:05
A. Mm-hmm. 15:34:07
Yes. 15:34:16
Q. And when was the last time that you discussed Cambridge Analytica with anyone at Facebook? 15:34:16 15:34:21 15:34:22
A. St. Patrick's Day of 2018 when the second scandal broke. 15:34:22 15:34:26
Q. Did you or did you ever think that there 15:34:28

were repercussions against you as a result of you 15:34:34
raising your concerns to Alison Hendrix initially? 15:34:36
A. Not initially, no. 15:34:41
Q. Do you think that there were 15:34:44
repercussions at a later point? 15:34:49
A. Yeah. I think later on when I joined the 15:34:50
public policy team, it was -- it was clear that she 15:34:54
was annoyed with the pressure I applied regarding 15:34:57
Cambridge Analytica and our response. 15:35:05
Q. How did you apply pressure? 15:35:09
A. It was clear to me and many of my 15:35:11
colleagues that the approach Facebook was taking was, 15:35:14
essentially, futile in the investigations for data 15:35:17
misuse. And with some of my colleagues, we had 15:35:23
outlined ways to adjust that approach to be more 15:35:26
effective. And Alison did not like that. Did not 15:35:30
respond well to that, I would say. 15:35:35
Q. What were the ways in which Facebook's 15:35:39
investigations of data misuse were futile at that 15:35:42
point? 15:35:47
A. Well, essentially the approach that ADI 15:35:47
took. They had a list of questions that they would 15:35:54
review per developer account to determine the 15:35:57
likelihood of data misuse. 15:35:59
All of those questions, most of those 15:36:04

questions, surrounded on things like is the developer in debt? You know, things like that, that were really focused on financial fraud risk. 15:36:06 15:36:08 15:36:11

And I believe that was the expertise of whatever third party they hired, not Gibson Dunn but the other one. They were like investigators for financial fraud. 15:36:17 15:36:19 15:36:23 15:36:26

It was very clear that the scope in which they had drawn to investigate developers was based on that, but that's not how you identify data misuse. It's almost completely irrelevant. 15:36:27 15:36:29 15:36:32 15:36:38

Q. So what kind of suggestions did you and your colleagues make to improve the framework? 15:36:40 15:36:42

A. Well, the first thing was looking at API calls and timing that with when you would expect to see them if the data was being used correctly or if it was just continuously being pulled. 15:36:48 15:36:51 15:36:54 15:36:57

Another one was changing the metrics around what they were looking at. A lot of the data -- data misuse that I identified was using off-platform behavior and then speaking directly with developers. Because a lot of times they would just outright admit to misusing data. But they continued with their approach. 15:36:59 15:37:02 15:37:05 15:37:08 15:37:12 15:37:14 15:37:18

Q. Would you conduct outreach to developers? 15:37:28