GIBSON, DUNN & CRUTCHER LLP
Brian M. Lutz (SBN 255976)
blutz@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
Michael J. Kahn (SBN 303289)
mjkahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1700 M Street, N.W.
Washington, DC 20036-4504
Telephone: 202.955.8217
Facsimile: 202.530.9614

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE FACEBOOK, INC. SECURITIES LITIGATION

This Document Relates To:

ALL ACTIONS

CASE NO. 5:18-CV-01725-EJD

**NOTICE OF PARTIAL WITHDRAWAL OF DEFENDANTS' RESPONSE TO LEAD PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Date First Action Filed: March 20, 2018

Pursuant to Civil L.R. 7-11 and 79-5, Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner ("Defendants") respectfully withdraw, in part, their Response to Lead Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Response") as to Exhibit 7. Dkt. 291.

On September 22, 2026, Lead Plaintiffs ("Plaintiffs") filed their reply to the Response, opposing Defendants' request to seal portions of Exhibits 7 and 20 not relied upon by Plaintiffs in their Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel (the "Class Certification Motion") and the Expert Report of Jonah B. Gelbach (the "Gelbach Report").[1] Plaintiffs' opposition is based in part on deposition testimony played at trial in *State of New Mexico v. Meta Platforms, Inc., f/k/a Facebook Inc.*, No. D-101-CV-2021-00132. Dkt. 295 at 3. Defendants respectfully note that the deposition testimony was played at trial on September 15, 2026, four days *after* Defendants filed their Response. Dkt. 296-1, 296-2. Defendants also note that the cited testimony concerned a specific backwards-facing internal investigation that Facebook conducted after the Cambridge Analytica news in March 2018, not Facebook's standard third-party enforcement of its privacy and platform policies, which Defendants asked the Court to protect from disclosure in their Response.

As to Exhibit 7 specifically, Defendants respectfully withdraw their request to keep Exhibit 7 under seal. Separate from the testimony Plaintiffs cite in their reply, and also *after* Defendants filed their Response, this document was admitted at trial in *State of New Mexico*.

Dated: September 28, 2026

Respectfully submitted,
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Brian M. Lutz*

GIBSON, DUNN & CRUTCHER LLP
Brian M. Lutz (SBN 255976)
Martie Kutscher (SBN 302650)
Michael J. Kahn (SBN 303289)
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715

[1] Plaintiffs do not oppose Defendants' request to seal employee contact information. Dkt. 295 at 1.

Telephone: 415.393.8200
Facsimile: 415.393.8306
blutz@gibsondunn.com
mkutscherclark@gibsondunn.com
mjkahn@gibsondunn.com

Joshua S. Lipshutz (SBN 242557)
1700 M Street, N.W.
Washington, DC 20036-4504
Telephone: 202.955.8217
Facsimile: 202.530.9614
jlipshutz@gibsondunn.com

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*