GIBSON, DUNN & CRUTCHER LLP
Brian M. Lutz (SBN 255976)
blutz@gibsondunn.com
Martie Kutscher (SBN 302650)
mkutscherclark@gibsondunn.com
Michael J. Kahn (SBN 303289)
mjkahn@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
1700 M Street, N.W.
Washington, DC 20036-4504
Telephone: 202.955.8217
Facsimile: 202.530.9614

*Attorneys for Defendants Facebook, Inc., Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**<br><br>Date First Action Filed: March 20, 2018 |

I, BRIAN M. LUTZ, declare and state as follows:

1. I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Facebook, Inc. ("Facebook"), Mark E. Zuckerberg, Sheryl K. Sandberg, and David M. Wehner (collectively, "Defendants") in the above-captioned case. I make this Declaration in support of Defendants' Opposition to Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel, filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the deposition of Jonah B. Gelbach.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an article published by *The Guardian* on December 11, 2015, titled "Ted Cruz using firm that harvested data on millions of unwitting Facebook users," which was introduced as Exhibit 3 during the deposition of Jonah B. Gelbach and is available at https://www.theguardian.com/us-news/2015/dec/11/senator-ted-cruz-president-campaign-facebook-user-data.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an article published by *The Intercept* on March 30, 2017, titled "Facebook Failed to Protect 30 Million Users From Having Their Data Harvested by Trump Campaign Affiliate," which was introduced as Exhibit 4 during the deposition of Jonah B. Gelbach and is available at https://theintercept.com/2017/03/30/facebook-failed-to-protect-30-million-users-from-having-their-data-harvested-by-trump-campaign-affiliate.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Rebuttal Expert Report of Professor Jonah B. Gelbach submitted in the action *In re Alphabet, Inc. Sec. Litig.*, No. 3:18-cv-06245-TLT (N.D. Cal. Aug. 14, 2023), ECF No. 199-1, Ex. 1.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Expert Report of Daniel Fischel.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the transcript of the deposition of Michael Lynam, the 30(b)(6) witness for Lead Plaintiff Amalgamated Bank, as

Trustee for the Long View LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Expert Report of Martin Dirks.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Declaration of Brendan Bradley, the Chief Investment Officer of Acadian Asset Management.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an article published by *The New York Times* on June 3, 2018, titled "Facebook Gave Device Makers Deep Access to Data on Users and Friends," which is available at https://www.nytimes.com/interactive/2018/06/03/technology/facebook-device-partners-users-friends-data.html.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an article published by *The New York Times* on March 17, 2018, titled "How Trump Consultants Exploited the Facebook Data of Millions," which is available at https://www.nytimes.com/2018/03/17/us/politics/cambridge-analytica-trump-campaign.html.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Lead Plaintiffs' Amended Responses & Objections to Defendants' First Set of Interrogatories.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the deposition of Laken Ryals, the 30(b)(6) witness for Lead Plaintiff Public Employees' Retirement System of Mississippi.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the Transaction Report, dated May 5, 2026, which was introduced as Exhibit 26 during the deposition of Laken Ryals.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the Declaration of William M. Thomas, the CEO, President, and Chairman of Wedgewood Partners, Inc.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a document bearing Bates number HL_FBLIT-006199.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a document bearing Bates number HL_FBLIT-004676.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the Expert Report of Dennis Zhang.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of October, 2026, at San Francisco, California.

By: *<u>/s/ Brian M. Lutz</u>*
Brian M. Lutz