# Exhibit 7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION | Case No. 5:18-cv-01725-EJD |

**EXPERT REPORT OF MARTIN DIRKS**
**OCTOBER 9, 2026**

**TABLE OF CONTENTS**


I. Introduction ....... 1

A. Qualifications ....... 1

B. Summary of Plaintiffs' Allegations ....... 3

1. Alleged Risk Factor Misstatements ....... 4
2. Alleged User Control Misstatements ....... 5
3. Alleged Corrective Disclosures ....... 5

C. Assignment ....... 6

D. Compensation ....... 7

II. Summary of Opinions ....... 7

III. Background ....... 10

A. The Company, Its Facebook Product, Integration Partners, and Platform App Developers ....... 10

B. News of Cambridge Analytica's Initial Misuse of Facebook User Data and Friends' Data Disclosed in December 2015 ....... 13

C. News of Cambridge Analytica's Continued Misuse of Facebook User Data and Friends' Data Disclosed in March 2018 ....... 15

D. News of Facebook's Alleged Whitelisting Practices Disclosed in June 2018 ....... 17

IV. The Mix of Information That Investors Typically Consider in Valuing Stocks Such as Facebook ....... 17

A. To Evaluate a Stock, Investors Consider a Broad Mix of Publicly Available Qualitative and Quantitative Information ....... 17

B. To Evaluate a Stock, Investors Search for Information from a Variety of Sources, Not Simply the Company's Disclosures ....... 19

C. Investors Do Not Consider the Repetition of Previously Disclosed Information or General Statements to Be Value-Relevant News ....... 20

V. The Alleged Risk Factor Misstatements Were Not Value-Relevant For Investors' Evaluation of the Possibility of Prior Misuse ....... 21

VI. The Alleged User Control Misstatements Were General In Nature And Not Value-Relevant ....... 24

VII. Reactions to the March 2018 News Confirm the Alleged Misstatements Were Not Value-Relevant To Investors ....... 27

A. Investors Would Not Associate the Specific Disclosures in the March 2018 News with the Generic Alleged Misstatements ....... 28

B. The Initial Misuse Had Been Publicly Disclosed in December 2015, and the Lack of Analyst Commentary Regarding This News at The Time Demonstrates That It Was Not Value-Relevant to Investors ....... 28

C. My Review of 56 Analyst Reports Following the March 2018 News Indicates That Facebook's Recount of the Initial Misuse Was Not Value-Relevant to Investors ....................31

1. In Assessing the Impact of the March 2018 News on the Value of Facebook's Stock, Analysts Distinguished Between the Initial Misuse and the Continued Misuse .................... 32
2. The Majority of Analyst Reports Left Their Value Assessment(s) for Facebook Intact Following the March 2018 News .................... 35
3. Seven of the 49 Analyst Reports with Value Assessment(s) Lowered Their Target Price for Facebook Following the March 2018 News, But Maintained or Increased Their Rating and Did Not Attribute Their Lower Target Price to the Initial Misuse .................... 37
4. Only One Analyst Report, That Used a Technical Analysis Methodology, Lowered Its Rating for Facebook .................... 39

VIII. Reactions to the Alleged Whitelisting Discussed in the June 3, 2018 *New York Times* Article Confirm that the Alleged Misstatements Were Not Value-Relevant to Investors ....................41

IX. Assessment of the Gelbach Report ....................45

A. Dr. Gelbach's Assessment of the Value-Relevance of the March 2018 News Is Incorrect and Fundamentally Flawed ....................46

1. Contrary to Dr. Gelbach's Claims, the Initial Misuse Was Publicly Known and Thus Was Not Value-Relevant in March 2018 .................... 46
2. Dr. Gelbach Fails to Disentangle the Price Impact of Alleged "Fraud-Related" Corrective Disclosures Regarding the Initial Misuse (If Any) From That of Confounding News Regarding the Continued Misuse .................... 48
3. Dr. Gelbach's Assumption that Facebook's De Minimis Stock Price Reaction Following the June 3, 2018 New York Times Article Indicates That the Market Did Not Fully Process the News Contradicts the Fundamental Premise of Market Efficiency .................... 49

B. Dr. Gelbach's Opinions About the Cause of Facebook's July 26, 2018 Stock Price Decline Are Incorrect and Fundamentally Flawed ....................50

1. Dr. Gelbach's Claim That the Market Did Not Fully Process Information Regarding the Financial Consequences of the Cambridge Analytica (and Alleged Whitelisting) Scandal When That Information Was First Disclosed Several Months Earlier Is Inconsistent with His Claims of Market Efficiency, Economic Logic, and the Evidence .................... 52
2. Dr. Gelbach Conflates the Price Impact Attributable to a Materialization of a Disclosed Risk with the Price Impact

Attributable to the Disclosure of a Previously Undisclosed Risk, Which Is the Basis of Plaintiffs' Claims ........................................ 54

3. Dr. Gelbach's July 26, 2018 Market Reaction Opinion Is Contradicted by Contemporaneous Analyst Commentary ....................... 55

4. Dr. Gelbach's July 26, 2018 Market Reaction Opinion Is Contradicted by The Facts ........................................................................ 60

EXHIBIT 1. Summary of Alleged Misstatements ........................................................63

EXHIBIT 2. Analyst Reports Reviewed in Section VII.B, for the One-Week Period Following the December 11, 2015 *Guardian* Article and the March 30, 2017 *Intercept* Article, Respectively ...................................................................68

EXHIBIT 3. Analyst Reports Reviewed in Section VII.C, for the Period Between March 16, 2018 and March 27, 2018 ........................................................................70

EXHIBIT 4. Analyst Reports Reviewed in Section VIII, for the One-Week Period Following the June 3, 2018 *New York Times* Article ..........................................................80

EXHIBIT 5. Facebook's Q2 2018 Earnings Results And Conference Call .................................81

EXHIBIT 6. Analyst Reports Reviewed in Section IX, for the One-Week Period Following the July 25, 2018 Alleged Corrective Disclosure ...............................................84

EXHIBIT 7. Confounding Factors Discussed in the Complaint References................................87

APPENDIX A. Curriculum Vitae ..........................................................................................90

APPENDIX B. List of Testimony from the Last Four Years .......................................................93

APPENDIX C. Documents Considered...................................................................................95

# I. INTRODUCTION

## A. Qualifications

1. I am the founder of Investment Strategy & Analysis, an expert witness and consulting firm in Petaluma, California, that I founded in 2004. In addition to expert witness consulting, I provide research related to equities, options, and asset allocation. Such work includes managing a long/short portfolio on behalf of Squarepoint Capital since 2023 and managing a long/short equity portfolio with allocated capital of $50 million for Marshall Wace, a London-based hedge fund (2021-2022).

2. I serve as an Adjunct Professor in the Master of Business Administration ("MBA") program at Golden Gate University in San Francisco, California, where I have taught courses on investments since 2006. Since 2019, I have served as a member of the investment committee for the retirement and endowment funds of the San Francisco Zen Center.

3. I have over thirty years of institutional investment experience with expertise in securities valuation and analysis, hedge fund management, analysis of corporate accounting fraud, and other investment-related issues. Based on my work experience, I have deep industry knowledge about the information, research, and methods that institutional investors and their investment managers consider in analyzing stocks and making investment decisions, including the manner in which investors (1) process new information about the company's prospects from a multitude of sources and (2) factor such news into their investment decisions.

4. As a buy-side equity analyst and portfolio manager, I have researched stocks and industries to identify and make investment decisions on behalf of clients. To identify suitable investment opportunities, my research team and I independently researched all information that we considered relevant in assessing a stock's future prospects and risk, which informed our assessment of appropriate values for several critical inputs required in our valuation models, such as the company's expected future cash flows, growth, and risk. Notably, my research as an investment professional was not restricted to information released by the company I was analyzing or any single source or factor. I have also served as an investment consultant where I have advised clients on a host of investment issues including portfolio manager selection.

5. I am an advisor to two early-stage investment technology companies, Inferess (since 2015) and HedgeSight (since 2017). Inferess applies advances from artificial intelligence and Natural Language Processing to process large volumes of news articles and regulatory documents in order to generate machine readable feeds that connect to investment firms' trading models. HedgeSight provides its clients with the analytical tools commonly employed by large hedge fund investors.

6. Since 2019, I have served as Member of the Investment Committee for Retirement and Endowment Funds at the San Francisco Zen Center.

7. Since 2024, I have also been an advisor to DE Capital Partners, an early-stage long/short equity hedge fund.

8. From 2019 to 2021, I was employed by Meros Investment Management as the Head of Distribution for this equity investment manager.

9. From 2015 to 2023, I advised Oakpeak Equity Partners, a private equity firm.

10. From 2012 to 2017, I was employed by Milliman Inc., an international consulting firm with more than 3,000 employees worldwide, in its San Francisco office as a Senior Investment Consultant. In that role, I was the sole investment advisor for specific defined benefit and defined contribution pension plans, endowments and foundations. I also performed asset allocation studies, manager selection searches and monitored investment managers, which required in-depth understanding of these managers' stock selection methods. I also provided expert witness services on behalf of Milliman.

11. From 2011 to 2019, I was a Board Member of The Federated Employees' Retirement System of the City of San José, California, where I advised staff on portfolio manager selection and investment strategy issues.

12. From 2010 to 2012, I was the Director of Research at McCullough & Associates, a value-oriented equity manager, where my team and I independently researched investment opportunities for McCullough & Associates' portfolio.

13. From 2000 to 2004, I ran Dirks Capital Management, a registered investment advisor with the state of California, where I managed client assets in a long/short equity hedge

fund and served as a sub-advisor for an equity portfolio managed by Davidson Investment Advisors, the investment management subsidiary of DA Davidson.

14. From 1994 to 1999, as an equity analyst, I managed a long/short equity portfolio for Harvard Management Company in Boston, Massachusetts, which managed Harvard University's endowment.

15. From 1989 to 1993, I was an equity analyst at two investment management firms: Odyssey Partners (1991-1993), where Jack Nash and Leon Levy, the co-founders of Oppenheimer & Co., managed a $2 billion hedge fund; and Feshbach Brothers (1989-1991), which managed a $1 billion short-only equity hedge fund. As an equity analyst for these two firms, I researched investment opportunities and monitored news and ongoing developments related to the funds' existing investments.

16. From 1987 to 1989, I was a Senior Financial Analyst at Cooper Industries, a Fortune 100 manufacturing company.

17. From 1979 to 1985, I was employed as an engineering manager at Texas Instruments.

18. I received a Master in Business Administration degree from Harvard Business School in 1987 and a Bachelor of Science (Physics) from Bemidji State University in 1979.

19. My complete curriculum vitae, which includes a list of my publications, is attached as **Appendix A** to this report. **Appendix B** lists my testimony in the past four years.

## B. Summary of Plaintiffs' Allegations

20. Below is an overview of Plaintiffs' allegations. I provide additional details regarding the entities and events relevant to these allegations in **Section III**.

21. In this securities putative class action, Plaintiffs allege that Facebook, Inc. ("Facebook" or the "Company"), and certain of its officers (collectively, "Defendants") made certain alleged misstatements (the "Alleged Misstatements") that artificially inflated Facebook's stock price from February 3, 2017 (when Facebook released its Form 10-K annual report for the

year ending December 31, 2016) through July 25, 2018 (when Facebook released its earnings for Q2 2018), inclusive (the "Proposed Class Period").[1]

22. The Alleged Misstatements at issue[2] pertain to certain Defendants' statements regarding: (i) Facebook users' "risk of suffering a loss of control through third party misappropriation and misuse of Facebook user data" ("Alleged Risk Factor Misstatements"); and (ii) "Facebook users' control over their private data" ("Alleged User Control Misstatements").[3]

*1. Alleged Risk Factor Misstatements*

23. The three Alleged Risk Factor Misstatements were included in the Risk Factors section of Facebook's Form 10-K dated February 3, 2017 (the start of the Proposed Class Period) and repeated in 10-K and 10-Q reports during the Proposed Class Period. (*See* **Exhibit 1A**).

24. According to Plaintiffs, these Alleged Risk Factor Misstatements described the risks of data misuse by third parties as "hypothetical," whereas "[i]n reality, defendants knew that these risks were not hypothetical because they knew that multiple third parties—Cambridge Analytica and others—had ***in fact*** improperly gained access to user data and used it in ways not consented to or authorized by those users."[4]

25. Plaintiffs allege that the Alleged Risk Factor Misstatements were misstated because they failed to mention that:

(i) Facebook users' data had already been misused by Cambridge Analytica in connection with Ted Cruz's presidential campaign, as first reported by *The Guardian* in December 2015 ("Initial Misuse");[5] and that

[1] Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.), July 1, 2025 ("Complaint"), ¶ 1; Order Granting in Part and Denying in Part Defendants' Motion to Dismiss Fourth Amended Complaint, *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.), February 27, 2026 ("MTD Order"), at p. 1.

[2] I understand that the Complaint alleges an additional misstatement: "Our investigation to date has not uncovered anything that suggests wrongdoing [with respect to Cambridge Analytica]" (the "Investigation Statement"). I understand that the Court dismissed Plaintiffs' claims based on the Investigation Statement with prejudice. *See* MTD Order, at p. 19; Complaint, ¶ 410.

[3] Complaint, ¶ 1.

[4] Complaint, ¶ 19. (Emphasis in original.)

[5] Complaint, ¶¶ 5, 19; MTD Order, at p. 19.

(ii) "Cambridge Analytica kept misusing the data throughout the 2016 political season, after it gave Facebook a fraudulent 'certification' or 'confirmation' of deletion," including in support of Donald Trump's 2016 presidential campaign and the Brexit referendum ("Continued Misuse").[6]

I understand that Plaintiffs' claims related to the Continued Misuse have been dismissed by the Court.[7]

*2. Alleged User Control Misstatements*

26. The 17 Alleged User Control Misstatements are statements by Defendants in various venues, including: (i) Facebook's "Statement of Rights and Responsibilities" on its website; (ii) an Axios interview with Facebook's former Chief Operating Officer ("COO") Sheryl Sandberg; (iii) interviews with Facebook's Chief Executive Officer ("CEO") Mark Zuckerberg; (iv) Facebook Newsroom posts; (v) news articles; (vi) Mr. Zuckerberg's congressional testimony; and (vii) Facebook's written responses to Questions for the Record following the testimony. (*See* **Exhibit 1B**).

27. According to the Plaintiffs, these Alleged User Control Misstatements were misstated because they represented that "Facebook users had control of their data and Facebook was not sharing sensitive user data with third parties," whereas Plaintiffs claim that, in reality: (i) "Facebook was engaged in a massive—and secret—information sharing campaign with whitelisted app developers and business partners who were given users' friends' data in exchange for providing benefits to Facebook"[8] ("Alleged Whitelisting"); and (ii) "[b]ad actors [*i.e.*, Cambridge Analytica and associated entities] were able to access data on Facebook."[9]

*3. Alleged Corrective Disclosures*

28. According to Plaintiffs, the truth about the above Alleged Misstatements was revealed through a series of partial corrective disclosures (the "Alleged Corrective Disclosures") between March 16, 2018, and July 25, 2018, which "each revealed some of the falsity of

[6] Complaint, ¶ 19; MTD Order, at p. 19.

[7] MTD Order, Section V: Conclusion, at p. 33.

[8] Complaint, ¶¶ 22, 421.

[9] Complaint, ¶ 626(d).

defendants' statements regarding user control over data, the Cambridge Analytica matter, and other elements of defendants' fraud … including the concealed materialization of risks to its operations, leading to price declines."[10] I understand that in their discovery responses, Plaintiffs have narrowed the Alleged Corrective Disclosures to the following: (1) a March 16, 2018 Facebook blog post, (2) March 17, 2018 articles published in *The Guardian* and *The New York Times*, (3) a March 20, 2018 article published in *The Guardian*, (4) a June 3, 2018 article published in *The New York Times*, and (5) Facebook's July 25, 2018 earnings announcement for Q2 2018.[11] I further understand from counsel that Plaintiffs contend that the "truth" about the alleged frauds was fully revealed no later than the March 20, 2018 Alleged Corrective Disclosure, and that the consequences of the Alleged Corrective Disclosures were revealed on July 25, 2018.[12]

### C. Assignment

29. I have been retained by Gibson, Dunn & Crutcher LLP, counsel for Defendants, to:

(i) Explain how investors, particularly in social media companies such as Facebook, typically value stocks and the mix of information they consider;

(ii) Discuss what information a reasonable investor would consider "value-relevant" in valuing a stock and making an investment decision;

(iii) Assess whether the analyst commentary at the time the Alleged Misstatements were made from the start of the Proposed Class Period through March 15, 2018, the day before

---

[10] Complaint, ¶¶ 667-668. According to Plaintiffs, Facebook's stock price declined on March 19, 2018 (by $12.53 or 6.8 percent), March 20, 2018 (by $4.41 or 2.6 percent), and July 26, 2018 (by $41.24 or 19 percent).

[11] Lead Plaintiffs' Amended Responses and Objections to Defendants' First Set of Interrogatories to Plaintiffs, *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.), August 21, 2026, at pp. 10-12, 31-33.

[12] Complaint, ¶ 683 ("While there were certain new details in the [June 3, 2018 *New York Times*] article, it was not sufficiently distinct from the March 2018 disclosures to trigger a significant sell-off in Facebook stock. At this point in time, Facebook's stock price already incorporated the March 2018 news relating to Cambridge Analytica, which had revealed the essential facts disclosed in the June 3 article: that users did not have control over their Facebook data or their privacy on the Facebook platform because users did not know that their data was being shared with numerous third parties."); Reply Brief of Plaintiffs-Appellants, *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.), October 12, 2022, p. 26 ("[T]he truth concealed by the misstatements became known to the market in March 2018."); Lead Plaintiffs' Amended Responses and Objections to Defendants' First Set of Interrogatories to Plaintiffs, *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.), August 21, 2026, at p. 12 ("On July 25, 2018, Facebook announced its earnings for the second quarter of 2018 ('Q2 2018'). … This announcement revealed the foreseeable consequences of the Cambridge Analytica and whitelisting scandals.")

the first series of Alleged Corrective Disclosures on March 16, 17, and 20, 2018, provides evidence that the Alleged Misstatements were value-relevant for investors;

(iv) Assess whether the analyst commentary and reporting of: (a) the Initial Misuse in March 2018 and (b) Facebook's Alleged Whitelisting practices in June 2018 provide evidence that the Alleged Misstatements were value-relevant; and

(v) Respond to select opinions in the Expert Report of Jonah B. Gelbach dated August 20, 2026 ("Gelbach Report").[13]

30. The materials that I have relied upon in completing this assignment are listed in **Appendix C** of this report.

### D. Compensation

31. I bill on a time and materials basis for my work in connection with this assignment. My billing rate for time spent on this matter is $1,100 per hour. Employees of Analysis Group, Inc. ("Analysis Group"), an economics research and consulting firm, working under my direction and supervision, have assisted me in this assignment at their standard hourly rates. I also receive compensation based on the professional fees earned by Analysis Group in conjunction with their support for this report. Neither my compensation nor Analysis Group's is contingent upon the opinions I form or the outcome of this case.

32. My work on this matter is ongoing, and I may review additional materials or conduct further analysis. To the extent that additional information comes to my attention, I reserve the right to update, refine, and/or revise my opinions.

## II. SUMMARY OF OPINIONS

33. Based on my review of the facts in this case and my experience as an investment professional, I have reached the following opinions:

(i) To evaluate a stock, investors consider a broad mix of publicly available qualitative and quantitative information from a variety of sources, not solely disclosures by the company. Investors do not consider the repetition of previously disclosed

[13] Expert Report of Jonah B. Gelbach, August 20, 2026 ("Gelbach Report").

information or general statements to be value-relevant news that changes the mix of available information and substantially alters the assessment of the stock's value. (*See* **Section IV**.)

(ii) In my experience, the Alleged Risk Factor Misstatements are boilerplate disclosures that investors typically would not consider to be value-relevant for their evaluation of the possibility of prior misuse of user data. Consistent with my experience, my review of analyst reports confirmed that none of these reports mentioned the Alleged Risk Factor Misstatements or viewed them as an attestation by the company that the disclosed risks have never materialized in the past. That is, analysts did not find the Alleged Risk Factor Misstatements to be value-relevant. (*See* **Section V**.)

(iii) The Alleged User Control Misstatements described in general terms Facebook's longstanding principles of giving users control over their data. In my experience, investors typically would not consider such general comments about user control to be value-relevant, particularly in the context of more specific disclosures by Facebook, *e.g.,* Facebook's other disclosures warning of the ways in which information shared on its platform can in turn be shared by other third parties, including their friends and Platform Apps. Consistent with my experience, my review of analyst reports from the start of the Proposed Class Period through March 15, 2018 (the day before the first Alleged Corrective Disclosure) confirmed that none of these reports mentioned the Alleged User Control Misstatements. That is, analysts did not find the Alleged User Control Misstatements to be value-relevant. (*See* **Section VI**.)

(iv) The Initial Misuse had been publicly disclosed in December 2015, and the lack of analyst commentary regarding this news at the time demonstrates that it was not value-relevant to investors. (*See* **Section VII**.)

(v) The reactions to the March 2018 News confirm that the Alleged Misstatements were not value-relevant to investors. My review of the analyst reports from March 16, 2018 (the date of Plaintiffs' first Alleged Corrective Disclosure) through March 27, 2018 (one week following Plaintiffs' last Alleged Corrective Disclosure on March 20, 2018) confirms that no analyst, except possibly one, considered Facebook's recounting of the Initial Misuse as value-relevant. Accordingly, if the Defendants had discussed the Initial

Misuse earlier in the Proposed Class Period in connection with the Alleged Misstatements, such a disclosure would not have been value-relevant as that information was already in the mix of public information before the start of the Proposed Class Period. (*See* **Section VII**.)

(vi) The reactions to the Alleged Whitelisting discussed in the June 3, 2018 *New York Times* article confirm that the Alleged Misstatements were not value-relevant to investors. My review of analyst commentary over the week following the article also indicates that the Alleged Whitelisting information was not value-relevant to investors. Accordingly, if the Defendants had discussed the Alleged Whitelisting earlier in the Proposed Class Period in connection with the Alleged Misstatements, such a disclosure would not have been value-relevant. (*See* **Section VIII**.)

(vii) In analyzing the value-relevance of information disclosed in March 2018, June 2018 and July 2018, Dr. Gelbach contradicts his own logic and the principles he claims underlie his analysis. (*See* **Section IX**.) Specifically:

a. Contrary to Dr. Gelbach's claims, the Initial Misuse was publicly known and thus was not value-relevant in March 2018.

b. Dr. Gelbach fails to disentangle the price impact of alleged "fraud-related" corrective disclosures regarding the Initial Misuse (if any) from that of confounding news regarding the Continued Misuse.

c. My review of analyst commentary confirms that analysts did not lower their assessment of Facebook's stock's value because of Facebook's discussion of the Initial Misuse in its March 16, 2018 Post.

d. Dr. Gelbach's assumption that Facebook's *de minimis* stock price reaction following the June 3, 2018 *New York Times* Article indicates that the market did not fully process the news contradicts the fundamental premise of market efficiency. My review of analyst commentary following the publication of this article confirms that most analysts did not comment on this article, which confirms that these analysts did not find this news value-relevant. Only four analysts even mentioned the June 3, 2018 *New York Times* Article. However,

none of them lowered their Value Assessment(s) for Facebook stock, *i.e.,* even these four did not find the June 3, 2018 *New York Times* Article to be value-relevant.

e. Dr. Gelbach's opinions about the cause of Facebook's July 26, 2018 stock price decline are incorrect and fundamentally flawed. My review of analyst commentary following Facebook's Q2 2018 earnings release and conference call regarding that release indicates that analysts did not attribute Facebook's July 26, 2018 price decline solely to the financial consequences of the Cambridge Analytica and Alleged Whitelisting "scandals," as Dr. Gelbach claims.

## III. BACKGROUND

### A. The Company, Its Facebook Product, Integration Partners, and Platform App Developers

34. Facebook, which was launched in 2004 and rebranded itself as Meta in October 2021,[14] offered several social media networking products as of the start of the Proposed Class Period. According to the Company's 2016 Form 10-K issued on February 3, 2017, the Company's products at the time included the Facebook product, Instagram, Messenger, WhatsApp, and Oculus.[15]

35. The Facebook product "enables people to connect, share, discover, and communicate with each other on mobile devices and personal computers."[16] Users of the Facebook product can add friends and/or join groups to post, view and interact with content including status updates, photos, and videos.[17]

36. Users who elect to join the Facebook platform might voluntarily share personal information such as their name, gender, birthdate, location, photos, interests, and "likes" (*i.e.*,

---

[14] "Introducing Meta: A Social Technology Company," *Meta*, October 28, 2021, available at https://about.fb.com/news/2021/10/facebook-company-is-now-meta/.

[15] Facebook, Inc., Form 10-K for the fiscal year ended December 31, 2016, at p. 5.

[16] Facebook, Inc., Form 10-K for the fiscal year ended December 31, 2016, at p. 5.

[17] "How Feed Works," *Facebook Help Center*, available at https://www.facebook.com/help/1155510281178725/.

reactions) to the activity of others ("User Data"). A user's friends could also share similar personal information about themselves with a user ("Friends' Data").[18]

37. Initially, the Facebook product was accessible to users through desktop websites. In the early days of mobile, Facebook did not have the ability to build versions of the Facebook product that worked on every phone or operating system. As a solution, Facebook offered application programming interfaces ("APIs") to select partners including Apple, Blackberry, Microsoft, Samsung, and others to integrate Facebook with their devices or operating systems ("Integration Partners").[19] Integration Partners provided versions of "the Facebook experience" on various devices and operating systems.[20]

38. In May 2007, Facebook launched a developer platform that enabled third-party developers to offer software applications connected to Facebook, including games, photo and video editing tools, and e-commerce tools ("Platform Apps").[21] If a user chose to use a Platform App, the app required access to certain User Data and Friends' Data that the user had voluntarily provided to Facebook. Giving a Platform App access to such data could make "experiences on those applications more personalized and social."[22]

39. Prior to and during the Proposed Class Period, Facebook's publicly available Data Policy described, among other things, how: (i) Facebook itself used the data users voluntarily provided; (ii) Facebook shared some of the data users voluntarily provided with third parties, such as vendors, service providers, and other partners of Facebook; and (iii) Platform App developers

---

[18] *See, e.g.*, "Data Use Policy," *Facebook*, December 11, 2012, available at https://web.archive.org/web/20130103230308/http://www.facebook.com/about/privacy/; "Data Policy," *Facebook*, September 29, 2016, available at https://web.archive.org/web/20170203173500/https://www.facebook.com/about/privacy/.

[19] Archibong, Ime, "Why We Disagree with The New York Times," *Meta*, June 3, 2018, available at https://about.fb.com/news/2018/06/why-we-disagree-with-the-nyt/.

[20] Archibong, Ime, "Why We Disagree with The New York Times," *Meta*, June 3, 2018, available at https://about.fb.com/news/2018/06/why-we-disagree-with-the-nyt/.

[21] *See, e.g.*, "Facebook Unveils Platform for Developers of Social Applications," *Meta*, May 24, 2007, available at https://about.fb.com/news/2007/05/facebook-unveils-platform-for-developers-of-social-applications/; "Facebook Platform Launches with 65 Developer Partners and Over 85 Applications for Facebook," *Meta*, May 24, 2007, available at https://about.fb.com/news/2007/05/facebook-platform-launches-with-65-developer-partners-and-over-85-applications-for-facebook/; "Our Story," *Zynga*, available at https://www.zynga.com/about/our-story/.

[22] *See, e.g.*, "Other websites and applications," *Facebook*, January 3, 2013, available at https://web.archive.org/web/20130103232335/http://www.facebook.com/about/privacy/your-info-on-other.

could access certain data voluntarily provided by users, after receiving the appropriate permissions from the user.[23] Facebook's Data Policy warned users that "people you share and communicate with may download or re-share" content shared by the user "with others on and off" the Facebook platform, including with Platform Apps.[24] Facebook's Data Policy also alerted users that information "collected by" Platform Apps "is subject to their own terms and policies."[25]

40. The permissions that Platform Apps required to access User Data changed over time. Prior to April 2014, Facebook policy allowed Platform Apps to use the necessary[26] User Data as well as the user's Friends' Data.[27] On April 30, 2014, Facebook announced that it was eliminating Platform Apps' ability to access Friends' Data unless those friends had also authorized the app, and existing apps would be provided a one-year transition period through April 30, 2015 ("April 2015 Deadline").[28]

41. Facebook has long communicated that it does not sell User Data.[29] Also, Platform App developers were prohibited from selling or transferring any Facebook User Data as

---

[23] *See, e.g.*, "Data Use Policy," *Facebook*, December 11, 2012, available at https://web.archive.org/web/20130103230308/http://www.facebook.com/about/privacy/; "Data Policy," *Facebook*, September 29, 2016, available at https://web.archive.org/web/20170203173500/https://www.facebook.com/about/privacy/.

[24] *See, e.g.*, "Data Use Policy," *Facebook*, December 11, 2012, available at https://web.archive.org/web/20130103230308/http://www.facebook.com/about/privacy/; "Data Policy," *Facebook*, September 29, 2016, available at https://web.archive.org/web/20170203173500/https://www.facebook.com/about/privacy/.; "Statement of Rights and Responsibilities," *Facebook*, January 30, 2015, available at https://web.archive.org/web/20170206010335/https://www.facebook.com/terms/; "Statement of Rights and Responsibilities," *Facebook*, November 15, 2013, available at https://web.archive.org/web/20140709054009/https://www.facebook.com/terms.

[25] *See, e.g.*, "Data Use Policy," *Facebook*, December 11, 2012, available at https://web.archive.org/web/20130103230308/http://www.facebook.com/about/privacy/; "Data Policy," *Facebook*, September 29, 2016, available at https://web.archive.org/web/20170203173500/https://www.facebook.com/about/privacy/..

[26] *See, e.g.*, "Facebook Platform Policy," *Facebook Developers*, August 20, 2013, available at https://web.archive.org/web/20140324130817/https://developers.facebook.com/policy ("You will only request the data you need to operate your application.").

[27] "Getting Started: The Graph API," *Facebook Developers*, June 9, 2013, available at https://web.archive.org/web/20130609180804/https://developers.facebook.com/docs/getting-started/graphapi/.

[28] Spehar, Jeffrey, "The New Facebook Login and Graph API 2.0," *Meta*, April 30, 2014, available at https://developers.facebook.com/blog/post/2014/04/30/the-new-facebook-login/; "Facebook Platform Changelog," *Facebook Developers*, May 21, 2014, available at https://web.archive.org/web/20140521164802/https://developers.facebook.com/docs/apps/changelog.

[29] "Does Facebook sell my information?" *Facebook*, December 3, 2012, available at https://web.archive.org/web/20121203090458/https://www.facebook.com/help/152637448140583/.

Facebook's publicly available Platform Policy stated prior to and during the Proposed Class Period.[30]

**B. News of Cambridge Analytica's Initial Misuse of Facebook User Data and Friends' Data Disclosed in December 2015**

42. In 2013, Cambridge University researcher Aleksandr Kogan created a personality quiz Platform App which was estimated to have been installed by approximately 300,000 Facebook users.[31] The app operated under Facebook's pre-2014 permissions and collected data about these users and their friends, consistent with those users' privacy settings at that time. I understand that after the April 2015 Deadline, "apps like Kogan's could no longer ask for information about a person's friends unless their friends had also authorized the app," as Mr. Zuckerberg testified in April 2018.[32]

43. On December 11, 2015, *The Guardian* published an article titled "Ted Cruz using firm that harvested data on millions of unwitting Facebook users" ("December 11, 2015 *Guardian* Article").[33] The article reported that Dr. Kogan had paid Facebook users to take a survey using his app and captured User Data as well as their Friends' Data.[34]

---

[30] *See, e.g.*, "Facebook Platform Policy," *Facebook Developers*, August 20, 2013, available at https://web.archive.org/web/20140324130817/https://developers.facebook.com/policy ("You will not directly or indirectly transfer any data you receive from us, including user data or Facebook User IDs, to (or use such data in connection with) any ad network, ad exchange, data broker, or other advertising or monetization related toolset, even if a user consents to such transfer or use. By indirectly we mean you cannot, for example, transfer data to a third party who then transfers the data to an ad network. By any data we mean all data obtained through use of the Facebook Platform (API, Social Plugins, etc.), including aggregate, anonymous or derivative data."); "Facebook Platform Policy," *Facebook Developers*, May 26, 2016, available at https://web.archive.org/web/20170210040417/https://developers.facebook.com/policy/ ("Don't sell, license, or purchase any data obtained from us or our services. Don't transfer any data that you receive from us (including anonymous, aggregate, or derived data) to any ad network, data broker or other advertising or monetization-related service.").

[31] Testimony of Mark Zuckerberg, "Facebook, Social Media Privacy, and the Use and Abuse of Data," *Senate Hearing*, April 10, 2018, available at https://www.judiciary.senate.gov/imo/media/doc/04-10-18%20Zuckerberg%20Testimony.pdf ("Zuckerberg April 10, 2018 Senate Testimony"), at p. 2; "FTC Sues Cambridge Analytica, Settles with Former CEO and App Developer," *Federal Trade Commission*, July 24, 2019, available at https://www.ftc.gov/news-events/news/press-releases/2019/07/ftc-sues-cambridge-analytica-settles-former-ceo-app-developer.

[32] Zuckerberg April 10, 2018 Senate Testimony, at p. 2.

[33] Davies, Harry, "Ted Cruz using firm that harvested data on millions of unwitting Facebook users," *The Guardian*, December 11, 2015, available at https://www.theguardian.com/us-news/2015/dec/11/senator-ted-cruz-president-campaign-facebook-user-data ("December 11, 2015 *Guardian* Article").

[34] December 11, 2015 *Guardian* Article.

44. The December 11, 2015 *Guardian* Article also reported that Dr. Kogan *sold* the data to Cambridge Analytica, which then used that data to target U.S. voters for Ted Cruz's presidential campaign.[35] Dr. Kogan's sale of Facebook User Data to Cambridge Analytica and its use of that data in connection with the Cruz campaign constituted the Initial Misuse as Facebook's Platform Policy prohibited Platform App developers from transferring or selling the data they collected on Facebook.[36]

45. According to the December 11, 2015 *Guardian* Article, a Facebook spokesperson had stated that the Company was "carefully investigating this situation" regarding the Cruz campaign, and that "misleading people or misusing their information is a direct violation of [Facebook's] policies and [Facebook] will take swift action against companies that do, including banning those companies from Facebook and requiring them to destroy all improperly collected data."[37]

46. After its investigation, Facebook banned Dr. Kogan's app from the Facebook Platform and requested Dr. Kogan and entities to which he had given Facebook user data to certify that they had deleted such data.[38] By January 18, 2016, Cambridge Analytica had notified Facebook that it had deleted all improperly acquired data,[39] and Facebook ultimately obtained formal certifications from Dr. Kogan, Cambridge Analytica, and other related entities.[40]

47. On March 30, 2017, *The Intercept* published an article titled "Facebook Failed to Protect 30 Million Users from Having Their Data Harvested by Trump Campaign Affiliate"

---

[35] December 11, 2015 *Guardian* Article ("Ted Cruz's presidential campaign is using psychological data based on research spanning tens of millions of Facebook users … A little-known data company, now embedded within Cruz's campaign and indirectly financed by his primary billionaire benefactor, paid researchers at Cambridge University to gather detailed psychological profiles about the US electorate using a massive pool of mainly unwitting US Facebook users built with an online survey.").

[36] *See e.g.,* "Facebook Platform Policy," *Facebook Developers*, August 20, 2013, available at https://web.archive.org/web/20140324130817/https://developers.facebook.com/policy/ ("You will not sell or purchase any data obtained from us by anyone. If you are acquired by or merge with a third party, you can continue to use user data within your application, but you cannot transfer data outside your application."); Zuckerberg April 10, 2018 Senate Testimony, at p. 2.

[37] December 11, 2015 *Guardian* Article.

[38] Zuckerberg April 10, 2018 Senate Testimony, at p. 2.

[39] Butcher, Mike, "Cambridge Analytica email chain with Facebook sheds new light on data misuse scandal," *TechCrunch*, January 17, 2020, available at https://techcrunch.com/2020/01/17/cambridge-analytica-whistleblower-reveals-new-documents-showing-how-facebook-handled-the-data-misuse-scandal/.

[40] Zuckerberg April 10, 2018 Senate Testimony, at p. 2.

("March 30, 2017 *Intercept* Article").[41] The article, which referenced discussions with the Company's spokesperson, confirmed that the Company had requested that Dr. Kogan delete the data he had collected. The article stated:

> Shortly after The Guardian published its 2015 article, Facebook contacted Global Science Research [Dr. Kogan's company] and requested that it delete the data it had taken from Facebook users. Facebook's policies give Facebook the right to delete data gathered by any app deemed to be "negatively impacting the Platform." The company believes that Kogan and SCL [Cambridge Analytica's parent company] complied with the request, which was made during the Republican primary, before Cambridge Analytica switched over from Ted Cruz's campaign to Donald Trump's.[42]

**C. News of Cambridge Analytica's Continued Misuse of Facebook User Data and Friends' Data Disclosed in March 2018**

48. On Friday, March 16, 2018 after market close, a post on Facebook's Newsroom website entitled "Suspending Cambridge Analytica and SCL Group from Facebook" discussed Cambridge Analytica's misuse of Facebook User Data ("Facebook's March 16, 2018 Post").[43]

49. In this post, Facebook recounted the Initial Misuse, which had first been reported in the December 11, 2015 *Guardian* Article:

> In 2015, we learned that a psychology professor at the University of Cambridge named Dr. Aleksandr Kogan lied to us and violated our Platform policies by passing data from an app that was using Facebook Login to SCL/Cambridge Analytica, a firm that does political, government and military work around the globe. He also passed that data to Christopher Wylie of Eunoia Technologies, Inc. …
>
> By passing information on to a third party, including SCL/Cambridge Analytica and Christopher Wylie of Eunoia Technologies, he violated our platform policies. When we learned of this violation in 2015, we removed his app from Facebook and

---

[41] Schwartz, Mattathias, "Facebook Failed to Protect 30 Million Users from Having Their Data Harvested by Trump Campaign Affiliate," *The Intercept*, March 30, 2017, available at https://theintercept.com/2017/03/30/facebook-failed-to-protect-30-million-users-from-having-their-data-harvested-by-trump-campaign-affiliate/ ("March 30, 2017 *Intercept* Article").

[42] March 30, 2017 *Intercept* Article.

[43] Grewal, Paul, "Suspending Cambridge Analytica and SCL Group from Facebook," *Meta*, March 16, 2018, available at https://about.fb.com/news/2018/03/suspending-cambridge-analytica/ ("Facebook's March 16, 2018 Post").

> demanded certifications from Kogan and all parties he had given data to that the information had been destroyed. Cambridge Analytica, Kogan and Wylie all certified to us that they destroyed the data.[44]

50. Facebook's March 16, 2018 Post also announced news related to the Continued Misuse of its User Data by Cambridge Analytica, stating:

> Several days ago, we received reports that, contrary to the certifications we were given, not all data was deleted. We are moving aggressively to determine the accuracy of these claims. If true, this is another unacceptable violation of trust and the commitments they made. We are suspending SCL/Cambridge Analytica, Wylie and Kogan from Facebook, pending further information.[45]

51. Reports about the Continued Misuse appeared in *The Guardian, The New York Times*, and other publications over the weekend of March 17-18, 2018 and the following week. The articles reported that Cambridge Analytica had continued to use the Facebook data it had misappropriated for political campaigns (other than the Ted Cruz campaign, which had been discussed in the December 11, 2015 *Guardian* Article), including Donald Trump's presidential campaign and the Brexit referendum campaign.[46] I refer to the publications regarding Cambridge Analytica between Friday, March 16, 2018 and over the following weekend through Tuesday, March 20, 2018[47] (the dates of Plaintiffs' Alleged Corrective Disclosures in March 2018, as I discussed in **Section I.B**) as the "March 2018 News."

---

[44] Facebook's March 16, 2018 Post.

[45] Facebook's March 16, 2018 Post. *See also* MTD Order, at pp. 3, 19.

[46] *See, e.g.*, Cadwalladr, Carole and Emma Graham-Harrison, "Revealed: 50 million Facebook profiles harvested for Cambridge Analytica in major data breach," *The Guardian*, March 17, 2018, available at https://www.theguardian.com/news/2018/mar/17/cambridge-analytica-facebook-influence-us-election; Rosenberg, Matthew and Sheera Frenkel, "Facebook's Role in Data Misuse Sets Off Storms on Two Continents," *The New York Times*, March 18, 2018, available at https://www.nytimes.com/2018/03/18/us/cambridge-analytica-facebook-privacy-data.html ("Facebook on Sunday faced a backlash about how it protects user data, as American and British lawmakers demanded that it explain how a political data firm with links to President Trump's 2016 campaign was able to harvest private information from more than 50 million Facebook profiles without the social network's alerting users.").

[47] I understand that in addition to Facebook's March 16, 2018 Post and the March 17, 2018 articles in *The Guardian* and *The New York Times*, Plaintiffs claim that a March 20, 2018 article in *The Guardian*—which allegedly "reported that Sandy Parakilas – the [former] platform operations manager responsible for policing access to Facebook data in 2011 and 2012 – had stated that Facebook's lax data use policies had likely been exploited by numerous other app developers"—was also a corrective disclosure. *See* Lead Plaintiffs' Amended Responses and Objections to Defendants' First Set of Interrogatories to Plaintiffs, *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-

### D. News of Facebook's Alleged Whitelisting Practices Disclosed in June 2018

52. On June 3, 2018, *The New York Times* published an article titled "Facebook Gave Device Makers Deep Access to Data on Users and Friends," which reported that certain third parties allegedly continued to have access to Friends' Data after the April 2015 Deadline ("June 3, 2018 *New York Times* Article").[48] The article asserted that Facebook "reached data-sharing partnerships with at least 60 device makers" and "allowed the device companies access to the data of users' friends without their explicit consent, even after declaring that it would no longer share such information with outsiders," *i.e.,* after the April 2015 Deadline.[49] This constitutes the Alleged Whitelisting.[50]

## IV. THE MIX OF INFORMATION THAT INVESTORS TYPICALLY CONSIDER IN VALUING STOCKS SUCH AS FACEBOOK

### A. To Evaluate a Stock, Investors Consider a Broad Mix of Publicly Available Qualitative and Quantitative Information

53. A stock's value reflects the market's expectations about its future prospects based on the mix of contemporaneously available information. Therefore, in my experience, in evaluating social media companies such as Facebook, analysts and investment professionals typically consider a broad mix of:

(i) *Quantitative information* such as the company's past financial results, outlook for the future, and risks;[51] and

---

EJD (N.D. Cal.), August 21, 2026, at p. 11. Even though that article did not reveal additional information about the Initial or Continued Misuse, I have nonetheless included the article in the definition of "March 2018 News" for ease of reference.

[48] Dance, Gabriel J.X., *et al*., "Facebook Gave Device Makers Deep Access to Data on Users and Friends," *The New York Times*, June 3, 2018, available at https://www.nytimes.com/interactive/2018/06/03/technology/facebook-device-partners-users-friends-data.html. ("June 3, 2018 *New York Times* Article").

[49] June 3, 2018 *New York Times* Article.

[50] *See also* MTD Order, at p. 4 ("On June 3, 2018, The New York Times reported that Facebook had continued sharing users' data with certain 'whitelisted' third parties without users' consent.").

[51] The quantitative information that analysts and investment professionals consider to evaluate a company's prospects and the value of its stock includes, among other things, the company's past and current financial results (such as revenues, costs, operating profits, depreciation, interest expenses, and taxes); the company's expected future revenue and profit growth; and risks that could affect the growth of the company's financial metrics. For example, Facebook stated: "We generate substantially all of our revenue from selling advertising placements to marketers." (*See, e.g.,* Facebook, Inc., Form 10-K for the fiscal year ended December 31, 2017, at p. 5). Thus, investors and analysts tracked metrics related to the Company's advertising revenues, *i.e.,* the money that advertisers

(ii) *Qualitative information* that could affect the company's future revenues and value, which in the Company's case and as relevant here included, among other things:

a. The Company's data and privacy policies, which had been well-known for years before the Proposed Class Period;[52]

b. Privacy-related regulatory developments, such as the impact of stricter privacy rules like the General Data Protection Regulation ("GDPR"), "a European Union law that was implemented May 25, 2018, and requires organizations to safeguard personal data and uphold the privacy rights of anyone in EU territory";[53]

c. Privacy issues;[54] and

d. Public discussions regarding instances of alleged data misuse on the platform, which had arisen well before the Proposed Class Period.[55]

---

pay to promote their products or services through paid advertising on the Company's platform. *See, e.g.,* Barclays, "Facebook, Inc.: Expecting Solid 4Q With Impression Growth & 'Platform Fixes' In Focus," January 10, 2018, at p. 1 ("Ad Revenue: We see upside to our $12.7b ad revenue forecast, as checks remain solid For FB and overall mobile advertising for 4Q.").

[52] Analysts tracked changes in the Company's data privacy policies. *See, e.g.,* Wells Fargo, "Facebook Inc.: FB: Video Opportunities and Challenges," April 16, 2017, at p. 11 ("By examining the details of Facebook's privacy policies, we can organize FB's user data collection into four broad categories: sign-up process, device-based, behavioral, and transactional.").

[53] "FAQ," *GDPR EU*, available at https://gdpr.eu/faq/. Analysts considered the impact of GDPR on Facebook's business. *See, e.g.*, Deutsche Bank, "'Serious year of self-improvement' in 2018," January 28, 2018, at p. 9 ("We see some risk that General Data Protection Regulation (GDPR) in Europe (and, behind that, the ePrivacy initiative) could complicate business for Facebook after coming into effect on May 25, 2018.").

[54] Analysts considered privacy issues when evaluating Facebook. *See, e.g.*, Mizuho Securities USA, "Facebook, Inc.: Stop Operating Leverage," November 2, 2017, at p. 8 ("Privacy issue: Facebook's advertising model is based on access to users' information. Failure to properly protect/share users' data from/with developers and advertisers could damage Facebook's brand reputation and lead to potential government regulatory investigations, which could negatively impact the business.").

[55] *See, e.g.*, Snell, Jim, "Use of Online Data in the Big Data Era: Legal Issues Raised By the Use of Web Crawling and Scraping Tools for Analytics Purposes," *Bloomberg Law*, December 24, 2013, available at https://news.bloomberglaw.com/us-law-week/use-of-online-data-in-the-big-data-era-legal-issues-raised-by-the-use-of-web-crawling-and-scraping-tools-for-analytics-purposes (In 2010, Pete Warden, a software engineer, developed a program to "crawl" publicly accessible Facebook pages and collect information relating to Facebook's members, which he then offered to release in anonymized form for research purposes. Upon receiving warnings from Facebook for violating its terms of use prohibiting automated access to the website without permission, Mr. Warden agreed to delete the data).

Fowler, Geoffrey A. and Emily Steel, "Facebook Says User Data Sold To Broker," *The Wall Street Journal*, October 31, 2010, available at https://www.wsj.com/articles/SB10001424052748704477904575586690450505642 (In 2010, Facebook announced that RapLeaf, a data broker, "ha[d] been paying application developers for identifying user

### B. To Evaluate a Stock, Investors Search for Information from a Variety of Sources, Not Simply the Company's Disclosures

54. In my experience, investors that seek to generate profits from temporary price dislocations review information from a wide variety of sources to find any "value-relevant" news, *i.e.,* any *new* information that changes the mix of available information and substantially alters investors' assessment of the stock's value. Thus, in making investment decisions, investors do not restrict themselves to a review of the company's disclosures. They also consider public information available through other sources, such as print and online publications, television, news aggregation services,[56] and analyst reports issued by professional equity analysts.[57] In such a report, the analyst typically provides a qualitative commentary on the stock, a rating or recommendation, *e.g.*, buy, sell or hold, ("Rating") and the stock's expected future stock price ("Target Price") which the analyst typically calculates using standard valuation methods.[58] (I will refer to an analyst's Rating and/or Target Price as "Value Assessment(s).") Such Value Assessment(s) and changes to Value Assessment(s) are based on the analyst's review of news the analyst considers value-relevant,[59] which the analyst usually discusses in the report.

---

information, and that it had placed some developers on a six-month suspension from its site because of the practice.").

[56] *See, e.g.*, "Inferess News Analytics," *Inferess*, available at https://www.inferess.com/news-analytics; "News Analytics," *RavenPack*, available at https://www.ravenpack.com/products/edge/data/news-analytics; "Power Financial Decisions with Real-Time Event Intelligence," *Dataminr*, available at https://www.dataminr.com/use-cases/financial-services/.

[57] The U.S. Securities and Exchange Commission ("SEC") notes that analyst reports "provide an important source of information in today's markets." See "Analyzing Analyst Recommendations," *U.S. Securities and Exchange Commission*, August 29, 2010, available at https://www.sec.gov/about/reports-publications/investorpubsanalystshtm.

[58] Typically, analysts determine Target Prices based on well-established valuation methods such as the Discounted Cash Flow ("DCF") Method and/or the Comparables Method, which yield estimates of a stock's value based on the analyst's estimates of the model's required inputs (e.g., the company's future revenues, costs, and other financial metrics). By varying such input values, analysts also determine a range of values (rather than a single "point" estimate) for the stock at issue.

Analysts who covered Facebook during the Proposed Class Period also estimated Facebook's Target Price using such valuation methods. *See* J.P. Morgan, "Facebook: Major Reset Stories & Data/Privacy Drag on N-T Revs Heavy Investments Continue; Remain OW, PT to $205 Dropping from AFL," July 26, 2018, at p. 5 ("We are establishing Dec 2019 price target of $205, based on 23x our 2020E GAAP EPS of $8.90, which is supported by our DCF We use this valuation approach as we believe it appropriately balances Facebook's valuation relative to its growth and industry peers, while a DCF gives the company some credit for the opportunity to improve monetization over the long term.").

[59] "Analyzing Analyst Recommendations," *U.S. Securities and Exchange Commission*, August 29, 2010, available at https://www.sec.gov/about/reports-publications/investorpubsanalystshtm ("Analysts historically have served an

55. In my experience, analysts typically issue reports quickly after the release of information they consider relevant to their assessment of a stock's value. In such reports, analysts may revise their Value Assessment(s) for the stock based on their assessment of the news or leave their Value Assessment(s) unchanged if they ultimately decide the news does not significantly alter their assessment of the stock's value. Conversely, the absence of analyst commentary about some information within a week of that information's release typically indicates that analysts did not consider the news to be value-relevant (*i.e.,* the news did not change their assessment of the stock's value).

### C. Investors Do Not Consider the Repetition of Previously Disclosed Information or General Statements to Be Value-Relevant News

56. In my experience, investors that seek to generate profits from temporary price dislocations generally trade as soon as they get any "value-relevant" news. As a result, in an efficient market, the news is quickly reflected in a stock's price, particularly in this era of electronic trading. This can occur within seconds according to academic research[60] and my own experience.

57. As a result, in an efficient market, a stock's price "reflect[s] *all* available information,"[61] as academic research and investors recognize. In such a market, value-relevant news constitutes "new news" that "*comes as a surprise to the market,"* and impacts the stock's price, as Plaintiffs' expert Dr. Gelbach notes.[62] The repetition of previously disclosed information is not value-relevant to investors in an efficient market because that information is already reflected

---

important role, promoting the efficiency of our markets by **ferreting out facts and offering valuable insights on companies and industry trends**.") (Emphasis added.)

[60] *See, e.g.,* Busse, Jeffrey A. and T. Clifton Green, "Market efficiency in real time," *Journal of Financial Economics*, Vol. 65, No. 3 (2002): pp. 415-437, at p. 415 ("The Morning Call and Midday Call segments on CNBC TV provide a unique opportunity to study the efficient market hypothesis. The segments report analysts' views about individual stocks and are broadcast when the market is open. We find that prices respond to reports within seconds of initial mention, with positive reports fully incorporated within one minute."); Christensen, Kim, Allan Timmermann, and Bezirgen Veliyev, "Warp speed price moves: Jumps after earnings announcements," *Journal of Financial Economics*, Vol. 167 (2025), at p. 24 ("We conclude from this analysis that the after-hours market incorporates information on the earnings announcements of the largest U.S. firms extremely fast, particularly after 2016.").

[61] Fama, Eugene F., "Efficient Capital Markets: II," *The Journal of Finance*, Vol. 46, No. 5 (1991): pp. 1575-1617 ("Fama (1991)") (Emphasis added.).

[62] Gelbach Report, ¶ 63 ("Thus, it is important to recognize that in the context of an event study, the term 'value-relevant news,' or just 'news,' refers to what might be called 'new news'— information *that comes as a surprise to the market*. For example, when a company issues a surprise announcement that its financial position worsened over the preceding quarter, when the market expected the opposite, that will cause the company's share price to fall.").

in the stock price and thus does not change investors' assessment of the stock's value or their investment decision.

58. I understand from counsel that the expert report submitted by Daniel R. Fischel finds that there is no reliable economic evidence that the Alleged Misstatements had an impact on the price of Facebook's common stock. That conclusion is consistent with my opinions regarding the information investors consider when valuing a company's stock. In this case, the Alleged Risk Factor Misstatements are comprised of repetitive boilerplate risk disclosures (*i.e.,* general disclosures often repeatedly disclosed over time in a company's SEC filings), and the Alleged User Control Misstatements are comprised of general statements about Facebook's privacy and user control policies and principles that had been described in detail publicly before the start of the Proposed Class Period. Such repetitive boilerplate disclosures and general statements were not the types of information that investors would have considered value-relevant because they did not convey *new* news that substantially altered the mix of contemporaneously available information already available to investors—a conclusion that is reinforced by my review of analyst reports published around the time of the Alleged Misstatements, as I discuss in the following section.

## V. THE ALLEGED RISK FACTOR MISSTATEMENTS WERE NOT VALUE-RELEVANT FOR INVESTORS' EVALUATION OF THE POSSIBILITY OF PRIOR MISUSE

59. As I describe in **Exhibit 1A**, Plaintiffs allege that three excerpts from the Company's risk factor disclosures contained in each of five specific SEC filings (namely, the (i) FY 2016 10-K filed on February 3, 2017; (ii) Q1 2017 10-Q filed on May 4, 2017; (iii) Q2 2017 10-Q filed on July 27, 2017; (iv) Q3 2017 10-Q filed on November 2, 2017; and (v) FY 2017 10-K filed on February 1, 2018) were alleged misstatements.

60. In my opinion, these Alleged Risk Factor Misstatements are boilerplate disclosures that investors typically would not consider to be value-relevant for investors' evaluation of the possibility of prior misuse of user data. Such generic and repeated disclosures are generally not specific enough to change an investor's view of a company.[63]

---

[63] *See*, *e.g.*, Beatty, Anne, Lin Cheng, and Haiwen Zhang, "Are Risk Factor Disclosures Still Relevant? Evidence from Market Reactions to Risk Factor Disclosures Before and After the Financial Crisis," *Contemporary Accounting Research*, Vol. 36, No. 2 (2019): pp. 805-838, at p. 807 (The authors found "no evidence that repeated disclosures

61. My review of analyst reports confirms that analysts did not consider the Alleged Risk Factor Misstatements to be value-relevant in making their investment decisions. I reviewed analyst reports on Facebook from the start of the Proposed Class Period through March 15, 2018 (the day before the first Alleged Corrective Disclosure) and confirmed that none of these reports mentioned any of the Alleged Risk Factor Misstatements.[64]

62. In my experience, investors understand a company's risk disclosures, including the Alleged Risk Factor Misstatements, as describing the risks the company faces. Investors do not typically view such risk disclosures as an implicit attestation—much less a value-relevant one—by the company that the disclosed risks have never materialized in the past. Analyst reports over the Proposed Class Period illustrate this by continuing to use similar language about risks facing Facebook even after the March 2018 News.

63. For example, in its February 6, 2017 report, Argus discussed the risk of user data leaks (which is one of the risks discussed in the Alleged Risk Factor Misstatements) as follows:

> [Facebook] will thus need to tread very carefully in how it uses and monetizes this information, and is vulnerable to member and regulatory backlash of perceived misuse of members' private information. **Even inadvertent leaks of personal member information could generate headline risk, legal liability, and regulatory scrutiny. Facebook may also be subject to attacks from individuals or organizations attempting to steal member information.**[65] (Emphasis added.)

---

provide information to investors in either period, which suggests that investors can see through boilerplate disclosures.").

[64] The set of analyst reports I reviewed was a subset of reports published over the February 3, 2017 – March 15, 2018 period that I obtained from three sources: those provided by counsel, and others available through the S&P Capital IQ Classic ("S&P Capital IQ") and LSEG analyst databases as of October 4, 2026. The reports I identified from these databases were reports in English for which the primary company was identified by the databases as "Meta Platforms, Inc." I excluded purely quantitative reports from that set (*i.e.*, reports labeled as "Quant" by S&P Capital IQ and "Independent – Quant Based" by LSEG).

Next, to identify any report that *may* have discussed the Alleged Risk Factor Misstatements, I searched each of the above sets of reports for all reports that mentioned any of the following keywords: "10-K", "10-Q", "10K", "10Q", "10 K", "10 Q", "10 - K" or "10 - Q". I found 114 such analyst reports across the three sets of analyst reports I received from counsel, S&P Capital IQ, and LSEG. These reports, which constitute the set of reports I considered for this analysis, are identified with an "*" in **Appendix C (Documents Considered)**. My review of these reports confirmed that none of them mentioned any of the Alleged Risk Factor Misstatements.

[65] Argus, "FACEBOOK, INC," February 6, 2017, at p. 5.

64. On March 22, 2018, after the Alleged Corrective Disclosure of the Initial Misuse and Continued Misuse by Facebook, Argus published a report acknowledging the "Cambridge Analytica scandal," but discussed how the risk of user data leaks *could* affect the Company with nearly identical wording:

> As the Cambridge Analytica scandal illustrates, it will need to tread very carefully as it seeks to monetize this data, and is vulnerable to member and regulatory backlash for the actual or perceived misuse of members' private information. **Even inadvertent leaks of personal member information could generate additional headline risk, legal liability, and regulatory scrutiny. Facebook may also be subject to attacks from individuals or organizations attempting to steal member information.**[66] (Emphasis added).

65. Several other analysts repeated their discussion of risk related to privacy of Facebook verbatim both before and following the first Alleged Corrective Disclosure. For example:

66. Mizuho Securities USA ("Mizuho") in both its November 2, 2017 and March 19, 2018 reports stated the following "Privacy issue" in its "Risks" section:

> Privacy issue: Facebook's advertising model is based on access to users' information. **Failure to properly protect/share users' data from/with developers and advertisers could damage Facebook's brand reputation** and lead to potential government regulatory investigations, which could negatively impact the business. [67] (Emphasis added.)

67. Hilliard Lyons repeated the following factor amongst several "[r]isks to [its] valuation" in both its May 5, 2017 and April 26, 2018 reports:

> The unlawful distribution of user information, or the hacking of user information by an outside party and other privacy concerns that may drive users away from the site or create an unwillingness of users to share additional information.[68]

---

[66] Argus, "FACEBOOK, INC," March 22, 2018, at p. 4.

[67] Mizuho Securities USA, "Facebook, Inc.: Stop Operating Leverage," November 2, 2017, at p. 8; Mizuho Securities USA, "Takeaways from Ad Agency Meetings," March 19, 2018, at p. 10.

[68] Hilliard Lyons, "Facebook Inc.: Facebook Reports Record Q1 Results; Increasing PT to $170," May 5, 2017, at pp. 3-4; Hilliard Lyons, "Facebook, Inc.: Improving Revenue Growth & Profitability; Only Marginal Impact Expected from GDPR," April 26, 2018, at p. 4.

68. In its July 6, 2017 report, Societe Generale listed, amongst its "most important risks that … have risen over the past two and a half years," "Consumer resistance," which it described as:

> Consumers appear to still be very fickle when it comes to social media. Friends Reunited and MySpace are two old examples, but as discussed above, Facebook too is losing out on the late Millennials and early Generation Z cohorts.
>
> If privacy concerns were to be raised through any direct or indirect event, this could further raise risk for Facebook. Government search requests or **security breaches could be the catalyst for such concerns**.[69] (Emphasis added.)

69. Societe Generale used similar language when describing "consumer resistance" as part of its "biggest concerns today for [Facebook] shares over the next 12 months," in its July 5, 2018 report.[70]

## VI. THE ALLEGED USER CONTROL MISSTATEMENTS WERE GENERAL IN NATURE AND NOT VALUE-RELEVANT

70. The Alleged User Control Misstatements described in **Exhibit 1B** similarly are not the kind of statements that are value-relevant. The Alleged User Control Misstatements simply described in general terms Facebook's longstanding principles of giving users control over their information, and the specific mechanisms for implementing those principles—including privacy settings and user tools—which evolved as Facebook introduced new features.

71. As I show in **Exhibit 1B,** the two Alleged User Control Misstatements made prior to the first Alleged Corrective Disclosure on March 16, 2018 are:

(i) An excerpt from the "*Statement of Rights and Responsibilities*" (i.e., Terms of Service) on Facebook's website that had already been present before the beginning of the Proposed Class Period on February 3, 2017:

69 Societe Generale, "Facebook: Chinks in the armour?" July 6, 2017, at pp. 2, 7.

70 Societe Generale, "Facebook: Too many elephants in the room," July 5, 2018, at pp. 2, 8.

> You own all of the content and information you post on Facebook, and ***you can control how it is shared through your privacy and application settings***.[71]

(ii) Statements by Facebook's Chief Operating Officer, Sheryl Sandberg, during an October 12, 2017 interview with *Axios*:

> "[W]hen you share on Facebook you need to know . . . . ***No one is going to get your data that shouldn't have it***. That we're not going to make money in ways that you would feel uncomfortable with off your data. And that ***you're controlling who you share with***. . . . Privacy for us is making sure that you feel secure, sharing on Facebook."[72]

72. Based on my review of analyst reports from the start of the Proposed Class Period to March 15, 2018, the day before the first Alleged Corrective Disclosure, I confirmed that no analyst had discussed either of these two Alleged User Control Misstatements.[73] Thus, consistent with my own experience as an investor, analysts covering Facebook stock did not find such general boilerplate comments about users' control over their data to be value-relevant.

73. Rather, to the extent they consider an issue to be potentially value-relevant, investors can, and routinely do, review a company's publicly available and precise policies on the

---

[71] Complaint, ¶ 608; MTD Order, at p. 8 (emphasis in MTD Order and Complaint); "Statement of Rights and Responsibilities," *Facebook*, January 30, 2015, available at https://web.archive.org/web/20170206010335/https://www.facebook.com/terms/; "Statement of Rights and Responsibilities," *Facebook*, November 15, 2013, available at https://web.archive.org/web/20140709054009/https://www.facebook.com/terms.

[72] Complaint, ¶ 609; MTD Order, at p. 8 (emphasis in MTD Order and Complaint); "Exclusive interview with Facebook's Sheryl Sandberg," *Axios*, October 12, 2017, available at https://www.axios.com/2017/12/15/exclusive-interview-with-facebooks-sheryl-sandberg-1513306121.

[73] The set of analyst reports I reviewed were a subset of reports published over the February 3, 2017 – March 15, 2018 period that I obtained from three sources: those provided by counsel, and others available through the S&P Capital IQ and LSEG analyst databases as of October 4, 2026. The reports I identified from these databases were reports in English for which the primary company was identified by the databases as "Meta Platforms, Inc." I excluded purely quantitative reports from that set (*i.e.*, reports labeled as "Quant" by S&P Capital IQ and "Independent – Quant Based" by LSEG).

Next, to identify any report that *may* have discussed the Alleged User Control Misstatements, I searched each of the above sets of reports for all reports that mentioned any of the following keywords "Statement of Rights and Responsibilities", "Axios" or "Sandberg." I found 76 such analyst reports across the three sets of analyst reports I received from counsel, S&P Capital IQ, and LSEG. These reports, which constitutes the set of reports I considered for this analysis, are identified with an "+" in **Appendix C (Documents Considered)**. My review of these reports confirmed that none of them mentioned any of the Alleged User Control Misstatements.

issue to assess its stock's value.[74] In my experience, if a professional investor considered Facebook's user control policies (including its "privacy and application settings") relevant to assess the value of the Company's stock, then that investor would review (among other things) the Company's stated publicly-available policies in full, rather than rely on a snippet from an interview of the Company's executives or a single sentence possibly taken out of context. That review would include Facebook's other disclosures warning of the ways in which information shared on its platform can in turn be shared by other third parties, including their friends and Platform Apps.[75] In context, an investor thus would not have understood the Alleged User Control Misstatements to be a guarantee that User Data would not by shared by third parties. Plaintiffs' claims regarding the Alleged User Control Misstatements contradict my own experience as an investor.

74. Further, to the extent that Plaintiffs claim the Alleged User Control Misstatements were misleading to investors because they failed to discuss the Alleged Whitelisting or the Initial Misuse,[76] that claim is speculative for at least two reasons.

75. First, the Company's Alleged User Control Misstatements, which were general in nature, did not specifically state that Facebook was precluded from sharing data with Integration Partners, or discuss the terms under which Platform App developers could get user data or extensions to the April 2015 Deadline.

---

[74] Analysts discussed details of Facebook's data privacy policies. *See, e.g.*, Wells Fargo, "Facebook Inc.: FB: Video Opportunities and Challenges," April 16, 2017, at p. 11 ("By examining the details of Facebook's privacy policies, we can organize FB's user data collection into four broad categories: sign-up process, device-based, behavioral, and transactional.").

[75] *See, e.g.*, "Data Use Policy," *Facebook*, December 11, 2012, available at https://web.archive.org/web/20130103230308/http://www.facebook.com/about/privacy/; "Data Policy," *Facebook*, September 29, 2016, available at https://web.archive.org/web/20170203173500/https://www.facebook.com/about/privacy/.; "Statement of Rights and Responsibilities," *Facebook*, January 30, 2015, available at https://web.archive.org/web/20170206010335/https://www.facebook.com/terms/; "Statement of Rights and Responsibilities," *Facebook*, November 15, 2013, available at https://web.archive.org/web/20140709054009/https://www.facebook.com/terms.

[76] Complaint, ¶ 621 ("The statements concerning user control set forth in ¶¶ 608-617, supra, were also materially false and misleading because they omitted to state material facts necessary to make them, in the light of the circumstances under which they were made, not misleading, including that: … (b) Contrary to their public statements in April 2014 that Facebook would stop providing third parties with access to user friends' data, defendants continued to secretly provide that data to numerous third parties, including app developers, 'whitelisted' third parties, mobile device makers and others; … (d) Bad actors were able to access data on Facebook; and (e) Users could not control their data that Facebook had given to third parties without user knowledge or consent.").

76. Second, the Company's Alleged User Control Misstatements did not specifically address the risk that User Data could be misused or guarantee that User Data had not been, and would not be, misused. As analysts noted, despite the control that users had over the data they shared on Facebook, the risk that such data could be shared by third parties outside their control remained. For example, a Wedbush analyst report published on March 23, 2018 stated:

> Most users understand that any of their friends can see many of the data points they share about themselves, and that non-friends can access some of the data (profile picture, hometown, and some other limited information). A user who is willing to share his/her political party with hundreds of friends is unlikely to be surprised that that information was used to target political advertising, notwithstanding that the information was used in a nefarious manner by an entity that knew it was in violation of Facebook's terms of service.[77]

77. In summary, based on my review of analyst commentary and my own experience as an institutional investor, it is my opinion that Facebook's Alleged User Control Misstatements were general in nature and did not convey specific facts about Facebook's business. Such statements are not value-relevant.

## VII. REACTIONS TO THE MARCH 2018 NEWS CONFIRM THE ALLEGED MISSTATEMENTS WERE NOT VALUE-RELEVANT TO INVESTORS

78. I understand from counsel that Mr. Fischel concludes in his report that the March 2018 News does not provide indirect evidence that the Alleged Misstatements impacted Facebook's stock price at the time those statements were made. That conclusion is consistent with my investment experience and my opinions based on my review of the analyst commentary.

---

[77] Wedbush, "Facebook (FB): Some Harm, Some Foul: Our View on Potential Ramifications of FB Data Breach," March 23, 2018, at p. 10; Piper Jaffray, "Facebook, Inc. (FB): Saber Rattling Will Pass; Forward Catalyst Chain Positions FB Well Into 1H," March 21, 2018, at p. 1 ("(We Think) Users Just Don't Care. We continue to believe that the US citizen cares much less about their personal (non-financial) data being used to target them than politicians and the media. Facebook users are already under the clear understanding that data is used to target them and, while this data extraction illustrates weak points in Facebook's historical security, we do not see this as a reason users will change their social habits."); Evercore ISI, "FACEBOOK INC: Darkest Hour: Thoughts on Yesterday's Selloff," March 20, 2018, at p. 2 ("Similarly, users have known for years that Facebook itself possesses their data (friends, interests, 'likes').").

### A. Investors Would Not Associate the Specific Disclosures in the March 2018 News with the Generic Alleged Misstatements

79. In **Sections V and VI**, I explained my opinion that the Alleged Misstatements are too generic to be value-relevant. That lack of specifics in either the Alleged Risk Factor or User Control Misstatements also means that investors would not perceive the specific disclosures in the March 2018 News as contradicting or corrective of the Alleged Misstatements. Instead, to the extent that investors considered specific privacy-related issues to be value-relevant, they would have reviewed information specifically related to those issues, including, for example, news about particular misuses of Facebook data and Facebook's publicly available policies. Because the Alleged Misstatements do not contain that level of specificity, investors would not perceive them as "corrected" by the March 2018 News. This conclusion is supported by my review of analyst reports about Facebook.

### B. The Initial Misuse Had Been Publicly Disclosed in December 2015, and the Lack of Analyst Commentary Regarding This News at The Time Demonstrates That It Was Not Value-Relevant to Investors

80. The Initial Misuse was publicly known prior to the Proposed Class Period because a reasonable investor familiar with Facebook would have been able to conclude based on the December 11, 2015 *Guardian* Article that Dr. Kogan was a Platform App developer[78] who had transferred the Facebook data he had harvested to Cambridge Analytica,[79] which was explicitly prohibited by Facebook's publicly available Platform Policy.[80] Thus, a reasonable investor could have determined there was a misuse of Facebook data in December 2015.

---

[78] The December 11, 2015 *Guardian* Article stated that Dr. Kogan had collected User Data and Friends' Data from Facebook through "a personality questionnaire that gave access to their Facebook profiles," *i.e.,* a Facebook Platform App.

[79] The December 11, 2015 *Guardian* Article stated that Cambridge Analytica had used the Facebook data it had obtained from Dr. Kogan's company for Ted Cruz's campaign.

[80] The Platform Policy clause in the policy effective as of December 2015 instructed platform app developers as follows: "Don't sell, license, or purchase any data obtained from us or our services. Don't transfer any data that you receive from us (including anonymous, aggregate, or derived data) to any ad network, data broker or other advertising or monetization-related service." *See* "Facebook Platform Policy," *Facebook Developers*, March 25, 2015, available at https://web.archive.org/web/20151204051010/https://developers.facebook.com/policy/. *See also, e.g.,* "Facebook Platform Policy," *Facebook Developers*, August 20, 2013, available at https://web.archive.org/web/20140324130817/https://developers.facebook.com/policy.

81. Furthermore, in the following days, the December 11, 2015 *Guardian* Article was referenced in subsequent articles, including by *Fast Company*,[81] *Fortune*,[82] *Gizmodo*,[83] *Inc.*,[84] *MediaPost*,[85] *Houston Chronicle*,[86] *Money Times*,[87] *The New York Times*,[88] and *PogoWasRight.org*.[89] In my experience, news published in such outlets with large readership bases[90] is routinely followed by investors and analysts and quickly impounded in the stock price in an efficient market. The public mix of information contemporaneously available to investors

[81] Mohan, Pavithra, "This Is How The Ted Cruz Campaign Could Be Mining Your Facebook Data," *Fast Company*, December 11, 2015, available at https://www.fastcompany.com/3054566/this-is-how-the-ted-cruz-campaign-could-be-mining-your-facebook-data.

[82] Leswing, Kif, "Ted Cruz's Secret Weapon: Your Facebook Likes," *Fortune*, December 11, 2015, available at https://fortune.com/2015/12/11/ted-cruz-facebook-data/.

[83] Knibbs, Kate, "Ted Cruz Might Have Your Facebook Data, Depending on How Broke Your Friends Are," *Gizmodo*, December 11, 2015, available at https://gizmodo.com/ted-cruz-might-have-your-facebook-data-depending-on-ho-1747523900.

[84] Sherman, Erik, "Did Ted Cruz Use Facebook Users' Data Without Their Permission?" *Inc.*, December 11, 2015, available at https://www.inc.com/erik-sherman/ted-cruz-campaign-stirs-up-a-marketing-hornets-nest-on-facebook.html.

[85] Greiff, Felicia, "Ted Cruz Campaign Hires Firm To Profile Voters," *MediaPost*, December 14, 2015, available at https://www.mediapost.com/publications/article/264604/.

[86] Baddour, Dylan, "Report: Ted Cruz campaign monitors Facebook profiles of millions to tailor political message," *Houston Chronicle*, December 11, 2015, available at https://www.chron.com/politics/article/Report-Ted-Cruz-campaign-monitors-Facebook-6691532.php.

[87] "Ted Cruz Campaign collects psychological data from Millions of Facebook users," *Money Times*, December 13, 2015, available at https://www.moneytimes.com/articles/11443/20151213/ted-cruz-campaign-collects-psychological-data-millions-facebook-users.htm.

[88] Roller, Emma, "Is It Ted Cruz's Party — Or Marco Rubio's?" *The New York Times*, December 15, 2015, available at https://www.nytimes.com/2015/12/15/opinion/campaign-stops/is-it-ted-cruzs-party-or-marco-rubios.html.

[89] "Ted Cruz using firm that harvested data on millions of unwitting Facebook users," *PogoWasRight.org*, December 11, 2015, available at https://pogowasright.org/ted-cruz-using-firm-that-harvested-data-on-millions-of-unwitting-facebook-users/.

[90] For example, *Adweek* reported that *Fortune*'s unique visitors reached 15.9 million in August 2015 (*see* O'Shea, Chris, "Fortune.com Sets Traffic Records," *Adweek*, September 8, 2015, available at https://www.adweek.com/performance-marketing/fortune-com-sets-traffic-records/). Similarly, *Comscore*'s Media Metrix Multi-Platform ranking for December 2015 reported approximately 70 million total unique visitors for *The New York Times*. *See* "Comscore Ranks the Top 50 U.S. Digital Media Properties for December 2015," *Comscore*, January 21, 2016, available at https://www.comscore.com/Insights/Rankings/comScore-Ranks-the-Top-50-US-Digital-Media-Properties-for-December-2015.

also included websites focused on politics, including *Election Law Blog*[91] and *Daily Kos*,[92] which referenced the December 11, 2015 *Guardian* Article and the Initial Misuse.

82. Thus, news of the Initial Misuse had been public knowledge since December 2015, *i.e.,* well before the start of the Proposed Class Period in February 2017. This means the information about the Initial Misuse, to the extent it had any value relevance (which the evidence suggests it did not, as I discuss below), would have been impounded in the price of Facebook's stock as of the start of the Proposed Class Period. Also, as I discussed in **Section III.B**, shortly after the start of the Proposed Class Period, the March 30, 2017 *Intercept* Article noted that Facebook had requested Dr. Kogan's company Global Science Research, Cambridge Analytica, and affiliated entities to *delete* the data, further making it clear that Facebook had determined that the transfer of Facebook user data from Dr. Kogan's company to Cambridge Analytica was a violation of the Company's policy.[93]

83. I identified and reviewed 14 analyst reports that were published from December 11, 2015 to December 18, 2015 (within a week after the December 11, 2015 *Guardian* Article).[94] None of these discussed Cambridge Analytica or Dr. Kogan and the Initial Misuse of the data. (*See* **Exhibit 2A**). I also identified and reviewed 23 analyst reports issued after the March 30, 2017 *Intercept* Article and found no discussion of the Initial Misuse.[95] (*See* **Exhibit 2B**). This is evidence that investors did not view the news of the Initial Misuse as value-relevant information.

---

[91] Hasen, Rick, "'Ted Cruz using firm that harvested data on millions of unwitting Facebook users,'" *Election Law Blog*, December 11, 2015, available at https://electionlawblog.org/?p=78291.

[92] "Cruz Campaign and Social Media – from the Guardian," *Daily Kos*, December 11, 2015, available at https://www.dailykos.com/stories/2015/12/11/1459205/community/Cruz-Campaign-and-Social-Media-from-the-Guardian/.

[93] March 30, 2017 *Intercept* Article.

[94] As I discuss later in this report, I review analyst reports published within a week following specific news dates. I refer to each such week as a "Review Period." The set of analyst reports I reviewed for each Review Period comprises all non-duplicative reports within that Review Period that I received from counsel or obtained from my additional search of analyst reports from S&P Capital IQ and LSEG as of October 4, 2026, that mention Facebook. The analyst reports I obtained from S&P Capital IQ and LSEG were identified as reports in English, on Facebook (Company – Primary = META or Meta Platforms Inc.), excluding "Quant" (purely quantitative) reports.

Following certain news dates, I also examine whether analysts revised their Value Assessment(s). For this analysis, I considered only those analyst reports within the above-mentioned set of analyst reports that provided Value Assessment(s).

[95] I reviewed 23 analyst reports published from March 30, 2017 to April 6, 2017 (within a week after the date of the March 30, 2017 *Intercept* Article). *See* **Exhibit 2B**.

### C. My Review of 56 Analyst Reports Following the March 2018 News Indicates That Facebook's Recount of the Initial Misuse Was Not Value-Relevant to Investors

84. As I discussed in **Section III.C**, on Friday, March 16, 2018 after market close, Facebook recounted in its March 16, 2018 Post that Dr. Kogan had transferred Facebook User Data and Friends' Data to Cambridge Analytica and other entities in violation of Facebook's policies, as previously reported in the December 11, 2015 *Guardian* Article and the March 30, 2017 *Intercept* Article. Facebook also stated that it had requested deletion of the transferred data and had received certifications that the data had been deleted.

85. Facebook's March 16, 2018 Post also disclosed news of the Continued Misuse for the first time, *i.e.,* that the Company had recently learned that "contrary to the certifications [it was] given, not all data was deleted."[96] The March 2018 News about this Continued Misuse in subsequent days included that Cambridge Analytica had continued to use Facebook data to develop tools to target voters in subsequent political campaigns, including Donald Trump's 2016 presidential campaign and the Brexit referendum campaign. (*See* **Section III.C** for details.)

86. Consistent with my opinion that previously known information (as news of the Initial Misuse was at this time) would not alter investors' assessment of a stock's value or their investment decision, my review of analyst reports from March 16, 2018 through March 27, 2018 (one week following Plaintiffs' last Alleged Corrective Disclosure on March 20, 2018) confirms that of the 49 analyst reports that published Value Assessment(s), none considered Facebook's discussion of the Initial Misuse as value-relevant with one possible exception (William O'Neil, discussed in **Section VII.C.4**). As I discuss in detail below, most analysts maintained or increased their Rating and Target Price for Facebook stock.[97] The few that cut either of these Value Assessment(s) did so in response to their assessment of the Continued Misuse's impact on Facebook's stock (*e.g.,* the heightened regulatory scrutiny of the Company's policies and greater concern among users regarding the privacy of the data they shared on the Company's platform).

[96] Facebook's March 16, 2018 Post.

[97] For example, Morningstar increased its rating from three stars to four stars in its March 23, 2018 report. *See* Morningstar, "Facebook Inc (FB): Facebook Attempting to Address More Data Issues; Shares Are Down 7%, but Remain Fairly Valued," March 23, 2018, at pp. 1, 3.

*1. In Assessing the Impact of the March 2018 News on the Value of Facebook's Stock, Analysts Distinguished Between the Initial Misuse and the Continued Misuse*

87. Professional equity analysts are trained to assess the impact that news about a company could have on its future prospects and the stock's value. I identified and reviewed 56 analyst reports published from March 16, 2018 (the date of Facebook's March 16, 2018 Post)[98] through March 27, 2018 (one week following Plaintiffs' last Alleged Corrective Disclosure on March 20, 2018).[99] I confirmed that several of these reports noted that the news about the Continued Misuse was different from the news about the Initial Misuse. For example:

88. A March 19, 2018 analyst report from Bank of America Merrill Lynch ("BAML") wrote that:

> **Data privacy challenge further weighs on sentiment**
>
> **In 2015, FB learned that Dr. Aleksandr Kogan, a professor at the Univ. of Cambridge, violated FB Platform Policies** by passing user data from the app "thisisyourdigitallife" (personality prediction) to SCL/Cambridge Analytica and Christopher Wylie (of Eunoia Tech.). While the data of 270k users was obtained through acceptable practice at the time (users gave consent), the app reportedly also collected data (i.e. friend networks, 'likes') on 50mn other FB users, and the data hand-off was a violation. **At the time, Facebook removed the app and required the data to be destroyed, but last week, Facebook found that the data was not deleted** (despite prior certifications it was), and suspended accounts for SCL/Cambridge Analytica, Kogan, and Wylie. Facebook said it will conduct an audit to review data claims, but senior FB management (CEO, COO) has yet to respond to **new issues**.[100] (Emphasis added.)

89. A March 19, 2018 analyst report from Credit Suisse wrote that:

---

[98] Facebook's March 16, 2018 Post.

[99] As I discussed above, analysts publish reports soon after potentially value-relevant news. For example, one study documents that 61.1% of recommendation revisions by analysts following any corporate news, occurred within three days following that news release (or "corporate event"). *See* Li, Edward Xuejun, K. Ramesh, Min Shen, Joanna Shuang Wu, "Do Analyst Stock Recommendations Piggyback on Recent Corporate News? An Analysis of Regular-Hour and After-Hours Revisions," *Journal of Accounting Research,* Vol. 53, No. 4, (2015): 821-861, at p. 824. ("Our analysis of the Thomson Reuters corporate news database reveals that 61.1% of the recommendation revisions follow corporate events in a three-day window.")

[100] BAML, "Facebook: New data management and privacy issues fueling the fire," March 19, 2018, at p. 1.

> Media outlets are reporting **data was harvested from Facebook through the use of an app where users were paid to take a personality test and agreed to have their data collected for "academic use."** This app collected data not only from users who opted in but also from their friends, which runs against Facebook's data collection policy. Facebook did send a request to those responsible to destroy the collected information when it became aware of the event, **but it seems like the data was subsequently used by Cambridge Analytica in an attempt to influence the 2016 US elections.** [101] (Emphasis added.)

90. A March 19, 2018 Pivotal Research Group analyst report stated that:

> Details on 50 million-person data leak **expanded**, **building on initial reporting from December 2015**. On Saturday, the New York Times and the Observer (a sister publication of the UK's Guardian newspaper) both reported important **new revelations** about a data leak involving more than 50 million Facebook users, mostly in the United States. The Guardian initially reported in December 2015 that it had seen documents uncovering "longstanding ethical and privacy issues about the way academics hoovered up personal data by accessing a vast set of US Facebook profiles." … At the time, Facebook told the Guardian that the company was "carefully investigating this situation" and went on to state that "misleading people or misusing their information is a direct violation of our policies and we will take swift action against companies that do, including banning those companies from Facebook and requiring them to destroy all improperly collected data." **Evidently, this didn't happen, as indicated by new reporting informed** by a named whistleblower who came forward with a "paper trail" including e-mails and receipts providing new details around this issue. [102] (Emphasis added.)

91. A March 20, 2018 Morgan Stanley report stated:

> **What Happened:** Last Friday FB stated (blog post) it was suspending Cambridge Analytica (CA) and its associates from Facebook … **alleging that CA had improperly obtained data on FB users and that, contrary to what it told FB, it had not deleted all that data, when discovered in 2015**.[103] (Emphasis added.)

[101] Credit Suisse, "Facebook Inc. (FB): Opportunity Arises, as News Flow Rubs Salt Into the Wound," March 19, 2018, at p. 1.

[102] Pivotal Research Group, "Facebook (FB): FB: Data Leak Details Described, Enhancing Risks," March 19, 2018, at p. 2.

[103] Morgan Stanley, "Facebook Inc.: Top 4 Investor Questions and Our Answers," March 20, 2018, at p. 1.

92. A March 21, 2018 RBC report stated:

**Key points:**

**The Cambridge Analytica Timeline, Per Zuckerberg:** Mark Zuckerberg publicly presented his take on the Cambridge Analytica situation, including steps the company has already taken and its next steps to address the issue. The Sequence Of Events – In 2013, a Cambridge University researcher named Aleksandr Kogan created a personality quiz app that was installed by 300,000 people who shared their and some of their friends' data. Given the way Facebook worked in 2013, this meant that Kogan was able to access tens of millions of users' data. In 2014, to prevent abusive apps, Facebook announced it was changing the entire platform to limit the data apps could access, including data about a person's friends, unless their friends had also authorized the app. Facebook also required developers to receive approval from the company before requesting sensitive data from users, which would prevent a similar app from being able to access all that data today. **In 2015, Facebook learned that Kogan shared data from his app with Cambridge Analytica, which is against Facebook policy, so the company banned Kogan's app from its platform and asked Kogan and Cambridge Analytica to certify they had deleted all the improperly acquired data, which they did. Last week, Facebook learned that Cambridge Analytica may still have the data, though the company has claimed they deleted it and has agreed to a forensic audit by another firm to confirm this.** Facebook is also working with regulators on this.[104] (Emphasis added.)

93. A March 23, 2018 Wedbush report stated:

On Friday, March 16, Facebook announced that it was suspending the political data analytics company Cambridge Analytica and its parent organization. Facebook made the announcement after receiving reports from several different media outlets alleging that the company had failed to delete unauthorized user data associated with roughly 50 million Facebook user accounts, despite the legal certifications that Cambridge Analytica had previously provided to the contrary. Facebook stated that it was first made aware of Cambridge Analytica's continued use of the improperly obtained information by media outlets during the week of March 12, 2018, which ultimately led to the suspension, along with the ensuing wave

[104] RBC Capital Markets, "Facebook Inc.: Defending Facebook," March 21, 2018, at p. 1.

> of scrutiny and criticism over Facebook's existing data usage and privacy policies.[105]

### 2. *The Majority of Analyst Reports Left Their Value Assessment(s) for Facebook Intact Following the March 2018 News*

94. I identified and reviewed 56 analyst reports on Facebook that were issued between March 16, 2018 and March 27, 2018. I confirmed that 49 of these analyst reports published Value Assessment(s). (*See* **Exhibit 3A**). Of these 49 reports, 41 maintained or increased the analysts' prior Value Assessment(s) for Facebook stock,[106] which indicates that the majority of analysts over this period did not consider the March 2018 News to be value-relevant, *i.e.*, the news did not substantially change their assessment of Facebook stock's value.[107]

95. Several analysts explicitly noted that the March 2018 News would not have a significant impact on user engagement because users who voluntarily shared their personal data on Facebook were unlikely to change their behavior in response to the misuse. For example, a Piper Jaffray report dated March 21, 2018 noted:

> **Users Just Don't Care**. We continue to believe that the US citizen cares much less about their personal (non-financial) data being used to target them than politicians and the media. Facebook users are already under the clear understanding that data is used to target them and, while this data extraction illustrates weak points in Facebook's historical security, we do not see this as a reason users will change their social habits.[108] (Emphasis added.)

96. This analyst report further commented that the decline in Facebook's stock price presented an opportunity for buying additional shares:

---

[105] Wedbush, "Facebook (FB): Some Harm, Some Foul: Our View on Potential Ramifications of FB Data Breach," March 23, 2018 at p. 1.

[106] For example, Morningstar analyst Ali Mogharabi increased his rating on Facebook from three to four stars after the March 2018 News. *See* Morningstar, "Facebook Inc (FB): Facebook Attempting to Address More Data Issues; Shares Are Down 7%, but Remain Fairly Valued," March 23, 2018, at pp. 1, 3.

[107] I discuss the remaining eight reports in the following sections.

[108] Piper Jaffray, "Facebook, Inc. (FB): Saber Rattling Will Pass; Forward Catalyst Chain Positions FB Well Into 1H," March 21, 2018, at p. 1.

> [W]e would take advantage of FB's selloff (off 8% since Mar-16) as we believe the long-term relevance of the extraction is minimal and the near-term catalyst chain is more likely to be positive.[109]

97. As discussed above, a Wedbush report on March 23, 2018 similarly recognized Facebook's stock price decline,[110] but noted:

> We estimate that fewer than 5% of Facebook's 2 billion users were sufficiently upset about the data breach to change their use of the platform. Our estimate is admittedly arbitrary, but is based on our view that the only "personal" information obtained and used was information voluntarily posted on Facebook. Most users understand that any of their friends can see many of the data points they share about themselves, and that non-friends can access some of the data (profile picture, hometown, and some other limited information). **A user who is willing to share his/her political party with hundreds of friends is unlikely to be surprised that that information was used to target political advertising, notwithstanding that the information was used in a nefarious manner by an entity that knew it was in violation of Facebook's terms of service.**[111] (Emphasis added.)

98. Following Facebook's March 16, 2018 Post, the public was fully informed of the Initial Misuse and Continued Misuse. Of course, the full future financial consequence of this news remained unknown and unknowable at the time; however, the risks of the Initial Misuse and Continued Misuse and their possible financial consequences on the Company's future performance were known.

99. Several analyst reports analyzed the *expected* financial consequences of the March 2018 News, *e.g.,* increased regulatory scrutiny of the Company,[112] possible changes Facebook

---

[109] Piper Jaffray, "Facebook, Inc. (FB): Saber Rattling Will Pass; Forward Catalyst Chain Positions FB Well Into 1H," March 21, 2018, at p. 1.

[110] Wedbush, "Facebook (FB): Some Harm, Some Foul: Our View on Potential Ramifications of FB Data Breach," March 23, 2018, at p. 1 ("Shares of Facebook have experienced a significant decline since the Cambridge Analytica news first broke, and as of market close on Thursday, March 22, Facebook's stock price had declined by approximately 12% from the prior Friday's close, reflecting roughly $60 billion in market capitalization lost.").

[111] Wedbush, "Facebook (FB): Some Harm, Some Foul: Our View on Potential Ramifications of FB Data Breach," March 23, 2018, at p. 10.

[112] *See, e.g.,* Credit Suisse, "Facebook Inc. (FB): Opportunity Arises, as News Flow Rubs Salt Into the Wound," March 19, 2018, at p. 3 ("That said, this does highlight the current unknowns around FB shares: … 2) the potential for regulatory activity and/or scrutiny."); Raymond James, "Thoughts on Facebook Data Concerns," March 19, 2018, at p. 1 ("Additionally, while we expect both the U.S. and Europe to consider potential regulations, we believe it is largely unclear at this point what form these could take and note Facebook has taken action.").

might have to make regarding its advertising practices,[113] and additional expenses for data security.[114]

### *3. Seven of the 49 Analyst Reports with Value Assessment(s) Lowered Their Target Price for Facebook Following the March 2018 News, But Maintained or Increased Their Rating and Did Not Attribute Their Lower Target Price to the Initial Misuse*

100. In seven of the 49 analyst reports with Value Assessment(s) (issued by Evercore ISI, Macquarie Research, BAML (two reports), CFRA, Baird, and Aegis Capital), the analysts lowered their Target Price. (*See* **Exhibit 3B**). Notably, however, these analysts did not cut their Rating for the stock. For example, Evercore ISI and Macquarie Research reiterated their "Outperform" Ratings,[115] and CFRA increased its Rating from Buy to Strong Buy.[116]

101. Moreover, none of the seven analyst reports that lowered their Target Prices attributed their Target Price changes to Facebook's discussion of the Initial Misuse. Instead, these reports highlighted the possible consequences of the Continued Misuse disclosure, *e.g.*, greater "headline risk" (or adverse news coverage), regulatory concerns or lower user engagement on Facebook's platform in the near term. Furthermore, none of these reports attributed Facebook's stock price decline to the Company's formal recounting of the Initial Misuse. *See* **Exhibit 3B** for a detailed discussion of these analyst reports.

102. Three of the seven analyst reports that lowered their Target Prices following the Company's March 16, 2018 Post (Evercore ISI, Macquarie Research, and Aegis Capital)

---

[113] *See, e.g.*, Macquarie Research, "Facebook: Headlines Matter," March 19, 2018, at p. 1 ("Now we expect Zuckerberg and FB to raise the stakes and response to the increasingly negative headlines about the use of FB data. We think it could take more radical actions than it has in the past to limit the use of audience segmenting, ad targeting, data sharing, and other privacy related issues that could lower the monetization of FB data. That is our concern for the financials."); Deutsche Bank, "Facebook, Inc.: Opening Pandora's Box," March 19, 2018, at p. 6 ("Our concern, however, is that in the course of this investigation, the extent of Facebook user tracking and targeting could surprise the public and risk broad regulation in ways that are harmful to the company's ability to serve effective advertising.").

[114] *See, e.g.*, Evercore ISI, "FACEBOOK INC: Darkest Hour: Thoughts on Yesterday's Selloff," March 20, 2018, at p. 2 ("As it relates to expenses, management has laid out plans to increase opex by $11bn in 2018, with the largest driver being efforts to improve the safety and protection of data and the user experience on Facebook, leaving a substantial amount of resources in place to address the challenges exemplified by recent headlines.").

[115] Evercore ISI, "FACEBOOK INC: Darkest Hour: Thoughts on Yesterday's Selloff," March 20, 2018, at p. 45; Macquarie Research, "Facebook: Headlines Matter," March 19, 2018, at p. 1.

[116] CFRA, "Stock Report: Facebook, Inc.," March 20, 2018, at p. 1.

subsequently raised their Target Prices for Facebook stock to their pre-March 16, 2018 levels (or above) by July 2018, as I discuss below.

103. In its April 26, 2018 report entitled "Facing GDPR/Potential U.S. Regulations From A Position of Absolute Strength; PT To $225," Aegis Capital increased its Target Price to $225 (after lowering it from $220 to $215 in its March 27, 2018 report),[117] stating:

> **Despite the overhang of the Cambridge Analytica crisis, Facebook continued its impressive streak of quarterly outperformance**, with 43% Ex-FX advertising revenue growth, a tad below the 44% reported in 4Q17, driven by accelerating ad impression growth on core Facebook, Instagram contribution, and continued strong user growth, where, notably, North America added more users in 1Q18 than it did in 4Q17. Revenues, operating margins and EPS were well above our estimates and the consensus … [**B]ased on these results, we are encouraged that Facebook is facing [issues related to Cambridge Analytica and GDPR] from a position of absolute strength.** We remain buyers of the shares and increase our price target to $225.[118] (Emphasis added.)

104. In their July 18, 2018 report entitled "2Q18 Preview: U.S. Large-Cap Internet," Macquarie Research analysts increased their Target Price for Facebook to $220 (after lowering it from $205 to $200 on March 19, 2018), stating:

> FB has recovered all of its losses and more since the negative headlines hit earlier in the year. …
>
> **Users still on social media despite negative headlines** – As we have highlighted previously, **the fact that negative global headlines about election interference haven't caused widespread and significant user engagement changes, demonstrate the utility that many users find in FB's platforms**. We think this is a testament to the value of the platform and the need for advertisers to reach their audience. While we continue to expect more regulation and more negative headlines, we don't see mass user defection away from FB's platforms (though there will [sic] an increasing shift from core FB to Instagram).[119] (Emphasis added.)

[117] Aegis Capital, "Facebook, Inc.: This Storm Is Likely To Linger; But It Should Pass; Maintain Buy," March 27, 2018, at p. 1.

[118] Aegis Capital, "Facebook, Inc.: Facing GDPR/Potential U.S. Regulations From A Position of Absolute Strength; PT To $225," April 26, 2018, at p. 1.

[119] Macquarie Research, "Facebook: 2Q18 Preview," July 18, 2018, at p. 4.

105. Similarly, in their July 11, 2018 report entitled "2Q18 Preview: Good Stories to Tell," Evercore ISI analysts increased their Target Price for Facebook to $235 (after lowering it from $225 to $205 on March 20, 2018), stating:

> While our estimates remain unchanged, we raise our Target Price to $235, as we think 2Q earnings should provide sufficient evidence that **recent controversies are proving immaterial to results**.[120] (Emphasis added.)

### 4. *Only One Analyst Report, That Used a Technical Analysis Methodology, Lowered Its Rating for Facebook*

106. On March 20, 2018, William O'Neil & Co. ("O'Neil") analysts issued a report removing their "Buy Recommendation" for Facebook from their "U.S. Focus List."[121] The O'Neil report differs from the typical analyst report because, among other things, it did not issue a Target Price and its Rating appears to have been primarily based on technical analysis.[122] In technical analysis, analysts and investors generally use various quantitative indicators such as past stock price trends, volatility, momentum, and trading volume to predict future stock price movements.[123] In this case, the report described the "O'Neil Methodology" (which discussed changes in four technical indicators) that O'Neil used to remove Facebook from its U.S. Focus List.[124]

---

[120] Evercore ISI, "FACEBOOK, INC: 2Q18 Preview: Good Stories to Tell," July 11, 2018, at p. 1.

[121] William O'Neil, "Facebook: Remove Buy Recommendation," March 20, 2018, at p. 1. I interpret this change in O'Neil's recommendation as equivalent to a Rating cut.

[122] According to O'Neil's website, its U.S. Focus List "comprises U.S. long and short recommendations that best fit [O'Neil's] time-tested O'Neil Methodology (OM)," which the company's founder, William O'Neil, had developed in the 1960s "based on his historical studies of past big stock winners." The firm "incorporat[es] **key technical indicators** … [to] fine-tune the timing of their recommendations to identify not only which stocks to buy but when to buy them." (Emphasis added.) *See* "Focus Lists," *William O'Neil*, available at https://www.williamoneil.com/research-pages/focus-list/us; "What We Do," *William O'Neil*, available at https://www.williamoneil.com/what-we-do.

[123] *See, e.g.*, "Equity Valuation: Concepts and Basic Tools," *CFA Institute*, available at https://www.cfainstitute.org/insights/professional-learning/refresher-readings/2026/equity-valuation-concepts-basic-tools; "Technical Indicator Guide," *Fidelity*, available at https://www.fidelity.com/learning-center/trading-investing/technical-analysis/technical-indicator-guide/overview.

[124] The report stated:

"O'Neil Methodology:

- Shares undercut long-term support at their 40 WMA on nearly 5x average weekly volume.
- The stock is now trading 14% off 52-week highs. We believe it will take time to consolidate and could lag the market in the near term.
- Distribution volume this week is setting up to be the heaviest since November 2016.
- Relative Strength is now trending downward toward 2017 lows, with an RS Rating of 62."

107. Separate from its "O'Neil Methodology" discussion, the March 20, 2018 O'Neil report also provided a short "Commentary" on recent events, which included a discussion of the Initial Misuse[125] as well as an additional bullet about "increased scrutiny [which] adds to the criticism of Russian social media influence in the 2016 election."[126, 127]

108. As noted above, to evaluate stocks, O'Neil employs a technical analysis. Such an analysis is typically not directly based on specific company news. Therefore, it seems highly unlikely that O'Neil's decision to remove Facebook from its U.S. Focus List took into consideration its commentary related to the Initial Misuse. Furthermore, this report did not attribute Facebook's stock price decline to the renewed discussion of the Initial Misuse.

109. In summary, my review of the analyst reports over the week following Facebook's March 16, 2018 Post confirms that no analyst, except possibly one (O'Neil), considered Facebook's recounting of the Initial Misuse as value-relevant. Accordingly, if the Defendants had discussed the Initial Misuse earlier in the Proposed Class Period in connection with the Alleged Misstatements, such a disclosure would not have been value-relevant as that information was already in the mix of public information before the start of the Proposed Class Period.

110. My opinion is consistent with the declaration of an institutional investor, Mr. William Thomas, CEO, President, and Chairman of Wedgewood Partners, Inc., an investment management firm. Mr. Thomas has stated for the record that news about Cambridge Analytica did

---

*See* William O'Neil, "Facebook: Remove Buy Recommendation," March 20, 2018, at p. 1.

[125] The report stated:

"Commentary:

- The Company has come under increasing scrutiny from U.S. and U.K. lawmakers after it was revealed over the weekend that 50M users' data were harvested by a third party without user notification.
- Facebook was aware of the privacy breach two years ago. This lack of disclosure could be viewed as a violation of privacy laws in the U.K. and many U.S. states, raising further questions about Facebook's approach to data protection and disclosure."

*See* William O'Neil, "Facebook: Remove Buy Recommendation," March 20, 2018, at p. 1.

[126] The report stated: "Furthermore, the increased scrutiny adds to the criticism of Russian social media influence in the 2016 election and will likely bring further backing for social media regulation, which could add uncertainty to share performance." *See* William O'Neil, "Facebook: Remove Buy Recommendation," March 20, 2018, at p. 1.

[127] I note, however, that criticism of alleged Russian social media influence in the 2016 U.S. election through ads on Facebook was not new information, as that issue had been previously discussed in the press even before the start of the Proposed Class Period. *See, e.g.,* "An Update on Information Operations on Facebook," *Meta*, September 6, 2017, available at https://about.fb.com/news/2017/09/information-operations-update/.

not affect his firm's investment decisions. Wedgewood Partners bought 117,000 additional Facebook shares in March 2018 within ten days of Facebook's March 16, 2018 Post.[128] In his declaration, Mr. Thomas stated:

> In the first quarter of 2018, I and others at Wedgewood became aware of and discussed widely reported news that Cambridge Analytica obtained the data of Facebook users without their consent and used that data to support political campaigns. **This news did not change Wedgewood's belief about the wisdom of investing in Facebook. Wedgewood viewed the information reported in the March 2018 news about Cambridge Analytica as immaterial from an investment perspective.** If Wedgewood had known the information reported in March 2018 about Cambridge Analytica at the time of its first purchases of Facebook common stock on behalf of MSPERS in February 2018, Wedgewood still would have made those purchases at the same prices.
>
> The March 2018 news about Cambridge Analytica actually was beneficial to Wedgewood's Facebook investment strategy on behalf of MSPERS. Wedgewood ultimately used the stock price declines following the Cambridge Analytica news as an **opportunity to increase MSPERS' position in Facebook's stock** at an attractive valuation—i.e., at a price that was lower than what Wedgewood believed reflected the true value of Facebook's stock.[129] (Emphasis added.)

## VIII. REACTIONS TO THE ALLEGED WHITELISTING DISCUSSED IN THE JUNE 3, 2018 *NEW YORK TIMES* ARTICLE CONFIRM THAT THE ALLEGED MISSTATEMENTS WERE NOT VALUE-RELEVANT TO INVESTORS

111. I understand from counsel that Mr. Fischel concludes in his report that the June 3, 2018 *New York Times* Article on Alleged Whitelisting practices does not provide indirect evidence that the Alleged User Control Misstatements impacted Facebook's stock price at the time those statements were made. That conclusion is consistent with my investment experience and my opinions based on my review of the analyst commentary.

[128] Wedgewood Partners Inc. purchased 62,000 Facebook shares on March 19, 2018 and an additional 55,000 shares on March 26, 2018. *See* Declaration of William M. Thomas, *In re Facebook Inc. Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.), June 9, 2026 ("Thomas Declaration"), ¶¶ 1, 3.

[129] Thomas Declaration, ¶¶ 4-5.

112. As I explained above, the lack of specifics in the Alleged User Control Misstatements means that investors would not perceive the specific disclosures on June 3, 2018 as contradicting or corrective of those statements. Instead, to the extent that investors considered issues regarding the use of User Data and Friends Data by Facebook's Integration Partners and Platform Apps to be value-relevant, investors would have reviewed information specifically related to Facebook's publicly available policies that governed the issue. Because the Alleged User Control Misstatements do not contain that level of specificity, investors would not perceive them as "corrected" by the June 3, 2018 *New York Times* Article on Alleged Whitelisting.

113. My review of analyst commentary following the June 3, 2018 *New York Times* Article confirms that analysts did not consider the Alleged Whitelisting news to be value-relevant. Specifically, I identified and reviewed 13 analyst reports published within a week after the June 3, 2018 *New York Times* Article (June 3, 2018 to June 10, 2018) (*see* **Exhibit 4**). Nine of these 13 reports made no mention of the Alleged Whitelisting news. The remaining four reports mentioned the Alleged Whitelisting, as I discuss below. However, none of these four lowered its Value Assessment (if it had any) for Facebook.

114. The first report, a "China Market Intelligence" report by Red Pulse,[130] dated June 6, 2018 merely repeated the Alleged Whitelisting news, and focused on news of Facebook's data-sharing with four Chinese firms, as reported on June 5, 2018.[131] Notably, the Red Pulse report did not provide any specific Value Assessment(s) (*i.e.,* did not provide a Target Price or Rating for the Company).

115. The second report, a "Sector Update" by SunTrust,[132] dated June 8, 2018 also repeated the Alleged Whitelisting news and focused on news of Facebook's data-sharing with four

---

[130] Red Pulse, "Facebook Discloses Data-Sharing with Four Chinese Firms Since 2010," June 6, 2018, at p. 1.

[131] News of Facebook's data-sharing with four Chinese firms was publicly reported on June 5, 2018. *See* LaForgia, Michael and Gabriel J.X. Dance, "Facebook Gave Data Access to Chinese Firm Flagged by U.S. Intelligence," *The New York Times*, June 5, 2018, available at https://www.nytimes.com/2018/06/05/technology/facebook-device-partnerships-china.html; Seetharaman, Deepa, "Facebook Confirms Data-Sharing Deals With Chinese Tech Firms," *The Wall Street Journal*, June 5, 2018, available at https://www.wsj.com/articles/facebook-confirms-data-sharing-deals-with-chinese-tech-firms-1528246126.

Red Pulse, "Facebook Discloses Data-Sharing with Four Chinese Firms Since 2010," June 6, 2018, p. 1 ("Facebook [FB:US] conceded on June 5 that since 2010, it has been sharing data with at least four Chinese electronics firms, including Huawei, Lenovo [0992:HK], Oppo, and TCL [000100:CH], according to the Wall Street Journal.").

[132] SunTrust, "Internet - FB and GOOGL Back in Media Spotlight; Valuation Hits 5-Yr. High; News-Filled Week for FB, AMZN and GOOG," June 8, 2018, at p. 1 ("What's Inside: A weekly review on the Internet Industry with

Chinese firms. This report also noted that the news could "cause additional scrutiny" for Facebook,[133] but did not change the Rating and Target Price these analysts had for Facebook.[134]

116. The third report, by CFRA dated June 4, 2018, also discussed the Alleged Whitelisting news.[135] Notably, CFRA also discussed Facebook's response to the June 3, 2018 *New York Times* Article, stating:

> FB responded that it controlled these interactions "tightly," with the partners signing agreements allowing data/information to be used only to "recreate Facebook-like experiences," and that contrary to claims by the NY Times, "friends' information, like photos, was only accessible on devices when people made a decision to share their information with those friends." **Although the article was concerning, we are satisfied with FB's reply**.[136] (Emphasis added.)

117. Like SunTrust, CFRA also maintained its Value Assessments for Facebook following the Alleged Whitelisting news, *i.e.,* CFRA "reiterate[d]" its "Buy" Rating for Facebook stock and maintained its Target Price for the stock at $204 (which was 5 percent higher than the stock's then-current market price of $193.99, according to the CFRA report).[137]

---

price performance history, recent insider activity, short interest levels, and comparative valuations for all companies under coverage as well as relative performance charts of all dollar-weighted STRH Internet Indices.").

[133] SunTrust, "Internet - FB and GOOGL Back in Media Spotlight; Valuation Hits 5-Yr. High; News-Filled Week for FB, AMZN and GOOG," June 8, 2018, at p. 1 ("Facebook (Buy) Mired In More Data Controversy. A report by the AP yesterday stated that a FB software bug made some private posts public, affecting as many as 14M users. Another report by the NYT earlier this week revealed that FB may have shared data on users and friends with ~60 phone manufacturers without users' knowledge. These included Apple, Amazon, Blackberry, Microsoft, Samsung, and others. However, **the manufacturers that drew the most scrutiny were 4 Chinese firms**, including Huawei, which the U.S. has a cautious view on due to its close ties to the Chinese government. Following the Cambridge Analytica revelations, we believe this is likely to **cause additional scrutiny** for the company, bring into question its 2011 consent decree with the FTC and lead to greater regulation."). (Emphasis added.)

[134] Facebook's prior Rating was a "Buy" and its Target Price was $230 (as of June 6, 2018), according to the SunTrust report dated June 8, 2018. *See* SunTrust, "Internet - FB and GOOGL Back in Media Spotlight; Valuation Hits 5-Yr. High; News-Filled Week for FB, AMZN and GOOG," June 8, 2018, at p. 12 ("Figure 15: Comp Table: Prices as of 6/6/18").

[135] CFRA, "Stock Report: Facebook, Inc.," June 4, 2018, at p. 5 ("Over the weekend, the NY Times published an unconfirmed report indicating that over the past 10 years FB 'struck agreements allowing phone and other device makers access to vast amounts of its users' personal information,' and that the company 'reached data-sharing partnerships with at least 60 device makers — including Apple, Amazon, BlackBerry, Microsoft and Samsung — over the last decade.' FB allegedly allowed device companies to access personal data without express consent and the NY Times wondered about compliance with an FTC consent decree.").

[136] CFRA, "Stock Report: Facebook, Inc.," June 4, 2018, at p. 5.

[137] CFRA, "Stock Report: Facebook, Inc.," June 4, 2018, at pp. 1, 5.

118. The fourth report, by CrispIdea Research dated June 6, 2018, also merely repeated the Alleged Whitelisting news as part of its "Key Developments" summary.[138] Notably, the news did not affect the analyst's Value Assessment(s) of Facebook stock adversely. Instead, "purely based on technical analysis,"[139] the report *raised* both its Target Price and Rating for Facebook stock.[140]

119. In summary, of the 13 analyst reports issued after the June 3, 2018 *New York Times* Article, only four mentioned this news. None of these four indicated that these analysts considered this news value-relevant as none of them lowered their Value Assessment(s) for Facebook stock following this news. In particular:

(i) One provided no Value Assessment(s) (Red Pulse);

(ii) Two maintained their Value Assessment(s) (CFRA and SunTrust); and

(iii) One raised its Value Assessment(s) (CrispIdea Research).

120. My review of the analyst commentary and news following the June 3, 2018 *New York Times* Article confirms that the news was not value-relevant to analysts. My opinion is consistent with the views of institutional investors. For example, Mr. Thomas stated:

> Based on my review of the complaint in this case, I understand that MSPERS alleges that Facebook allowed certain third parties to access Facebook users' data and users' friends' data even if those users' privacy settings restricted Facebook from sharing that data—a practice described as "whitelisting" in the complaint—and that these "whitelisting" practices were publicly reported in June 2018. **I and others at Wedgewood were aware of these news reports. The June 2018 news about "whitelisting" and how Facebook shared user data did not change Wedgewood's belief about the wisdom of investing in Facebook, and the news did not affect Wedgewood's investment strategy on behalf of MSPERS.**

[138] As part of its "Key Developments" summary, the CrispIdea Research report stated that: "Facebook Inc said Tuesday it has data sharing partnerships with at least four Chinese companies including Huawei, the world's third largest smartphone maker, which has come under scrutiny from U.S. intelligence agencies on security concerns." *See* CrispIdea Research, "Facebook (FB) Hold: Technicals as well as fundamentals favors the stock," June 6, 2018, at p. 21.

[139] CrispIdea Research, "Facebook (FB) Hold: Technicals as well as fundamentals favors the stock," June 6, 2018, at p. 1.

[140] CrispIdea Research increased its Rating from Sell (in March 2018) to Hold, and its six-month Target Price from $136 (in March 2018) to $206. *See* CrispIdea Research, "Facebook (FB) Hold: Technicals as well as fundamentals favors the stock," June 6, 2018, at p. 1.

> **Wedgewood did not believe this information was material from an investment standpoint because it did not relate to Facebook's earnings or other financial metrics that are relevant to investment decisions.** Accordingly, Wedgewood did not comment on this news in its client letters for the second and third quarters of 2018.[141] (Emphasis added.)

121. Further, as I discuss below, Plaintiffs' expert, Dr. Gelbach, acknowledges that Facebook's stock price did not change significantly following June 3, 2018.[142] This market evidence and my review of analyst commentary indicate that the information was not value-relevant to investors, and further disclosures related to the Alleged Whitelisting at the start of the Proposed Class Period in connection with the Alleged Misstatements would not have altered their assessment of the stock's value, *i.e.,* would not have been value-relevant.

## IX. ASSESSMENT OF THE GELBACH REPORT

122. In this section, I discuss my conclusions regarding the Gelbach Report. As I discuss below, in analyzing the value-relevance of information disclosed in March 2018, June 2018 and July 2018, Dr. Gelbach contradicts his own logic and the principles he claims underlie his analysis.

123. I agree with Dr. Gelbach's opinion that value-relevant information should be "new news" that "*comes as a surprise to the market*,"[143] *i.e.,* significantly changes the mix of publicly available information. As I previously discussed in **Section IV**, and as Dr. Gelbach also opines,[144] information is quickly impounded into the stock price in an efficient market, and thus its repetition is not value-relevant.[145] Therefore, to ascertain whether some information release contained value-

---

[141] Thomas Declaration, ¶ 6.

[142] Gelbach Report, ¶ 127 ("The Stock price fell just 0.37%, while the S&P 500 index increased 0.45%.").

[143] Gelbach Report, ¶ 63. (Emphasis in original.)

[144] Gelbach Report, ¶ 30 ("For large companies whose stock is liquidly traded on major stock exchanges such as the Nasdaq, it is widely accepted among economists that share price responds when value-relevant information about the company is made public. This response will tend to be in the direction of the news: when the public receives new and material positive news about a company, its share price rises, and when the public receives new and material negative news about a company, its share price falls. **In addition, this stock price response will tend to begin relatively quickly for securities traded in markets that are liquid and characterized by a substantial volume of trading.**"). (Emphasis added.)

[145] Gelbach Report, ¶ 63 ("[A] press release containing only facts that were already well known to the investing public will not affect share price, because such facts already would have been incorporated in the stock's price, given that the stock trades on a semi-strong form efficient market.").

relevant news, it is first necessary to confirm that information was a "surprise", *i.e.,* not already publicly known.

124. Next, according to Dr. Gelbach, *if* the information is deemed to be a surprise, it is necessary to determine whether the company's stock price reacted quickly and in the right direction following the first disclosure of that information, *i.e.,* rose following positive news and fell following negative news, as Dr. Gelbach states.[146]

125. However, as I discuss below, Dr. Gelbach's assessment of the relevant news and price reaction to information releases repeatedly violates these methodological principles in evaluating the market's response to: (i) Facebook's recount of the Initial Misuse on March 16, 2018; (ii) the Alleged Whitelisting disclosed in the June 3, 2018 *New York Times* Article; and (iii) the Company's Q2 2018 earnings release on July 25, 2018.

## A. Dr. Gelbach's Assessment of the Value-Relevance of the March 2018 News Is Incorrect and Fundamentally Flawed

### 1. *Contrary to Dr. Gelbach's Claims, the Initial Misuse Was Publicly Known and Thus Was Not Value-Relevant in March 2018*

126. Dr. Gelbach states:

> [I]t is my preliminary opinion that the March 16, 2018 Facebook blog post and the March 17 and 20, 2018 news articles—which confirmed for the **first time,** inter alia, that Facebook had known since 2015 of the sale of users' data to Cambridge Analytica and the extent of that and similar data misuse—are what impacted the Stock price on March 19-20, 2018. Moreover, these disclosures are fraud-related.[147] (Emphasis added.)

127. Contrary to Dr. Gelbach's claims, the Initial Misuse was publicly known by December 2015 following the reporting in the December 11, 2015 *Guardian* Article, as I discussed above in **Section VII.B**. Thus, by Dr. Gelbach's own logic,[148] the repetition of this information could not be value-relevant several years later in March 2018 because Facebook's stock traded in

---

[146] Gelbach Report, ¶ 30.

[147] Gelbach Report, ¶ 143.

[148] Gelbach Report, ¶ 63.

an efficient market*, i.e.,* a reasonable investor would not be surprised by Facebook's recount of that Initial Misuse on March 16, 2018 because that information was not "new news."[149]

128. Notably, when asked if he had "an opinion about whether any of the information in this article was incorporated into Facebook's stock price within a couple of days," Dr. Gelbach testified:

> Well, I haven't specifically studied that question. And so, no, I don't have an opinion about that.[150]

129. Dr. Gelbach's opinion, which echoes Plaintiffs' claims,[151] rests on the premise that investors remain unaware of an issue unless the company itself formally discloses it through a "corporate" disclosure, even if the information is widely available to the public from other sources. Such a claim defies common sense and basic investing principles: investors scour news sources to unearth value-relevant news and make investment decisions. Indeed, as Nobel Laureate Eugene Fama states in the opening sentence of an article repeatedly cited in the Gelbach Report:

> I take the market efficiency hypothesis to be the simple statement that security prices fully reflect **all** available information. [152] (Emphasis added.)

130. Other academic literature cited by Dr. Gelbach likewise recognizes this well-established principle of financial economics and investment practice.[153] None of the "Academic

[149] Gelbach Report, ¶ 63.

[150] Deposition of Jonah B. Gelbach, September 18, 2026 ("Gelbach Deposition"), at 116:10-16 ("Q. Do you have an opinion about whether any of the information in this article was incorporated into Facebook's stock price within a couple of days of its publication? A. Well, I haven't specifically studied that question. And so, no, I don't have an opinion about that.").

[151] *See, e.g.*, Complaint, ¶¶ 18-19.

[152] Fama (1991), at p. 1575. *See also* Gelbach Report, footnotes 49, 80, 114.

[153] See for example:

- Fama (1970), a study that the Gelbach Report cites at footnote 48, similarly states, "A market in which prices always 'fully reflect' available information is called 'efficient.'" Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, Vol. 25, No. 2 (1970): pp. 383-417 ("Fama (1970)"), at p. 383.
- Campbell, John Y. Andrew W. Lo, and A. Craig MacKinlay, *The Econometrics of Financial Markets*, Princeton University Press, 1997, a book that the Gelbach Report cites at footnotes 48 and 79, which repeats the above statement in Fama (1970), at p. 20.
- Fisch, Jill E., Jonah B. Gelbach, and Jonathan Klick, "The Logic and Limits of Event Studies in Securities Fraud Litigation," *Texas Law Review,* Vol. 96, No. 3 (2018): pp. 553-621 ("Fisch *et al*. (2018)"), which the Gelbach Report cites at footnotes 85 and 115, similarly states: "The theory of financial economics adopted

Publications" cited in the Gelbach Report[154] supports his implicit assumption that investors only rely on corporate disclosures to make investment decisions, or that in an efficient market, security prices reflect only information contained in such disclosures.

### 2. *Dr. Gelbach Fails to Disentangle the Price Impact of Alleged "Fraud-Related" Corrective Disclosures Regarding the Initial Misuse (If Any) From That of Confounding News Regarding the Continued Misuse*

131. Even assuming (incorrectly) that news of the Initial Misuse was a "surprise" to investors as of March 16, 2018 as Dr. Gelbach claims, he fails to disentangle the impact of the simultaneous disclosure of the inactionable Continued Misuse from the impact of discussions regarding the Initial Misuse.

132. Dr. Gelbach recognizes that attributing a stock price change to a particular disclosure requires disentangling the effects of contemporaneous confounding information (*e.g.,* "concern over the ongoing Russia investigation") that is not at issue.[155] However, Dr. Gelbach incorrectly attributes the *entire* March 2018 price decline to the Initial Misuse, claiming that his "preliminary review of the information environment does not indicate that any confounding information materially contributed to the March 19-20, 2018 Stock price declines."[156]

133. That is, Dr. Gelbach *assumes* that Facebook's simultaneous disclosure of the inactionable Continued Misuse on March 16, 2018 had no impact on investors' reassessment of Facebook's stock price following the Company's disclosures. Such an assumption is speculative and inconsistent with the plethora of analyst commentary following Facebook's March 16, 2018 Post, which, as I discussed above in **Section VII.C**, focused primarily on the Continued Misuse, and issued reports expressing analysts' opinions about Facebook's Value Assessment(s) after reassessing the Company's prospects given the March 2018 News. Specifically, as I discussed above in **Section VII.C**, only seven analyst reports (out of the 49 analyst reports with Value

---

by courts for purposes of securities litigation is based on the premise that publicly released information concerning a security's price will be incorporated into its market price quickly. This premise is known in financial economics as the semi-strong form of the "efficient market" hypothesis, but we will refer to it simply as the efficient market hypothesis." *See* Fisch *et al*. (2018), at p. 570.

[154] Gelbach Report, Appendix B.

[155] Gelbach Report, ¶¶ 110-114, 143.

[156] Gelbach Report, ¶ 143.

Assessment(s) I identified and reviewed between March 16, 2018 and March 27, 2018) cut their Target Price for Facebook following that post, and one (O'Neil) cut its Rating for Facebook. Notably, none of these attributed their Value Assessment revisions to Facebook's official disclosure of the *Initial* Misuse on March 16, 2018. (*See* **Exhibit 3B**).

134. Dr. Gelbach claims that:

> Once the revelations relating to improper data access and lack of user control—and the effect these revelations would have on the business, including the cost of correcting them—became known, these factors naturally led investors to reduce the value they contemporaneously placed on Facebook Stock.[157]

135. This opinion is also speculative and fundamentally flawed because, among other things, it fails to disentangle the "revelations relating to improper data access and lack of user control" tied to the Initial Misuse from those related to the Continued Misuse, which is not at issue.

136. My review of analyst commentary confirms that "revelations" *related to the Initial Misuse* did not lead "investors to reduce the value they contemporaneously placed on Facebook Stock,"[158] as I discussed above and in **Section VII.C**.

*3. Dr. Gelbach's Assumption that Facebook's De Minimis Stock Price Reaction Following the June 3, 2018 New York Times Article Indicates That the Market Did Not Fully Process the News Contradicts the Fundamental Premise of Market Efficiency*

137. Dr. Gelbach assumes that Facebook's *de minimis* stock price reaction to the June 3, 2018 news merely indicates that "the market had not yet internalized the full significance of the June 3, 2018 whitelisting revelation," and purportedly did not do so until the Company's earnings release on July 25, 2018, more than a month later.[159] Such a claim contradicts the basic tenet of an efficient market. As the several academic articles the Gelbach Report has cited discuss, in an efficient market a stock's price quickly impounds the value-relevance, if any, of any "new news."[160]

---

157 Gelbach Report, ¶ 24.

158 Gelbach Report, ¶ 24.

159 Gelbach Report, ¶ 130.

160 Gelbach Report, ¶¶ 30-32, 63.

138. Dr. Gelbach also claims that Facebook's blog post stating that the Company disagreed with *The New York Times*' reporting "obscur[ed] from public view the importance that unauthorized access to user data had played in boosting the Company's revenues."[161] This conclusion is flawed because Facebook's blog post merely clarified the Company's existing policies of sharing data with service providers, which had already been publicly available for investors to review,[162] and I understand are not alleged to be false. Consistent with this, one analyst noted that "[a]lthough the [June 3, 2018 *New York Times* Article] was concerning, we are satisfied with FB's reply."[163]

139. In summary, Dr. Gelbach's assertion that the *de minimis* price reaction simply indicates that "the market had not yet internalized the full significance of the June 3, 2018 whitelisting revelation" is speculative and incorrect and fails to recognize the logical conclusion according to his own premise, *i.e.,* the news was not a "surprise" to investors.

### B. Dr. Gelbach's Opinions About the Cause of Facebook's July 26, 2018 Stock Price Decline Are Incorrect and Fundamentally Flawed

140. On July 25, 2018 after hours Facebook announced its Q2 2018 financial results.[164] In the earnings call the same evening, Mr. Zuckerberg, Ms. Sandberg (the Company's Chief Operating Officer), and Mr. Wehner (the Chief Financial Officer ("CFO")) discussed these results and provided details about Facebook's user engagement metrics, business development initiatives,

---

[161] Gelbach Report, ¶ 97.

[162] "Why We Disagree with The New York Times," *Meta*, June 3, 2018, available at https://about.fb.com/news/2018/06/why-we-disagree-with-the-nyt/.

[163] CFRA, "Stock Report: Facebook, Inc.," June 4, 2018.

[164] Facebook announced its Q2 2018 results at 4:05 PM ET, after close of market on July 25, 2018. See "Facebook Reports Second Quarter 2018 Results," *PR Newswire*, July 25, 2018, available at https://www.prnewswire.com/news-releases/facebook-reports-second-quarter-2018-results-300686623.html.

and future prospects.[165] (See **Exhibit 5** for a summary.) The Company's stock price fell approximately 20 percent in after-hours trading[166] and the next day.[167]

141. The Plaintiffs' claim, in Dr. Gelbach's words, is that: "Numerous analysts, media outlets, and market observers directly attributed the stock drop to, inter alia, the impact of the Cambridge Analytica and whitelisting scandals."[168]

142. More specifically, Dr. Gelbach opines that:

- [T]he July 25, 2018 announcements revealed the **foreseeable consequences of the Cambridge Analytica and whitelisting scandals**—including the need for remediation and increased security expenditures, greater regulatory and legal exposure, reputational harm, and adverse effects on revenue, growth, profitability, and operating costs;[169]
- **[I]t does not appear that any confounding information** materially impacted the July 26, 2018 price decline;[170] and
- In sum, … the July 26, 2018 Stock price drop was the result of the market **newly appreciating** the significance of the Cambridge Analytica and whitelisting scandals.[171] (Emphasis added.)

These opinions, which I refer to collectively as Dr. Gelbach's "July 26, 2018 Market Reaction Opinion," are incorrect and fundamentally flawed for several reasons, as I discuss below.

[165] "Facebook, Inc. NasdaqGS:FB: FQ2 2018 Earnings Call Transcripts," *S&P Global Market Intelligence*, July 25, 2018 ("Facebook Q2 2018 Call Transcript").

[166] William Blair, "Facebook, Inc.: Rare Miss on Ad Revenue and Margin Commentary Pressure Shares," July 25, 2018, at p. 1 ("Facebook shares are down about 20% in the after-market, due to a lowered growth and profitability outlook versus Street expectations.").

[167] JMP, "Facebook, Inc. (FB): Resetting Growth and Profitability Expectations as Facebook Enters an Investment Cycle," July 27, 2018, at p. 1 ("[W]e would take advantage of the recent dislocation in shares. Shares closed down 19% to ~$176 yesterday versus -0.3% for the S&P.").

[168] Gelbach Report, "Summary of Plaintiffs' Claims" Section, ¶ 20.

[169] Gelbach Report, ¶ 144.

[170] Gelbach Report, ¶ 144.

[171] Gelbach Report, ¶ 140.

*1. Dr. Gelbach's Claim That the Market Did Not Fully Process Information Regarding the Financial Consequences of the Cambridge Analytica (and Alleged Whitelisting) Scandal When That Information Was First Disclosed Several Months Earlier Is Inconsistent with His Claims of Market Efficiency, Economic Logic, and the Evidence*

143. As I discussed above in **Section I.B**, I understand from counsel that Plaintiffs contend that the "truth" about the alleged frauds was fully revealed no later than the March 20, 2018 Alleged Corrective Disclosure.[172] Dr. Gelbach also acknowledges that by March 16, 2018, the Company had disclosed both the Initial and Continued Misuse.[173] In an efficient market, such news, and its expected consequences, would be quickly impounded into the stock price if it was value-relevant.[174] Dr. Gelbach's opinion that, even though Facebook's stock traded in an efficient market, its price did not fully reflect the news of the Cambridge Analytica Initial and Continued Misuse and Alleged Whitelisting until July 26, 2018[175] is illogical and fundamentally at odds with his own definition and finding of market efficiency.

144. In this case, as I discussed above in **Section VII.C**, following the March 2018 News regarding the Continued Misuse of Facebook data by Cambridge Analytica, while the actual future

[172] Complaint, ¶ 683 ("While there were certain new details in the [June 3, 2018 *New York Times*] article, it was not sufficiently distinct from the March 2018 disclosures to trigger a significant sell-off in Facebook stock. At this point in time, Facebook's stock price already incorporated the March 2018 news relating to Cambridge Analytica, which had revealed the essential facts disclosed in the June 3 article: that users did not have control over their Facebook data or their privacy on the Facebook platform because users did not know that their data was being shared with numerous third parties."); Reply Brief of Plaintiffs-Appellants, *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-EJD (N.D. Cal.), October 12, 2022, p. 26 ("[T]he truth concealed by the misstatements became known to the market in March 2018."); Gelbach Deposition, at 90:5-14 (testifying that the March 16-19 disclosures "clearly revealed" "that Facebook had suffered a major instance of misappropriation and misuse and that users did not have control of their data").

[173] Gelbach Report, ¶ 143 ("It is my preliminary opinion that the March 16, 2018 Facebook blog post and the March 17 and 20, 2018 news articles—which confirmed for the first time, inter alia, that Facebook had known since 2015 of the sale of users' data to Cambridge Analytica and the extent of that and similar data misuse—are what impacted the Stock price on March 19-20, 2018. Moreover, these disclosures are fraud-related.").

[174] Gelbach Report, ¶¶ 30-34 ("For large companies whose stock is liquidly traded on major stock exchanges such as the Nasdaq, it is widely accepted among economists that share price responds when value-relevant information about the company is made public. This response will tend to be in the direction of the news: when the public receives new and material positive news about a company, its share price rises, and when the public receives new and material negative news about a company, its share price falls. In addition, this stock price response will tend to begin relatively quickly for securities traded in markets that are liquid and characterized by a substantial volume of trading.

Financial economists have considered three different notions of market efficiency:

(a) Weak form efficiency, which means that a stock's price cannot be reliably predicted using historical information on stock prices.

impact was unknown, numerous analysts assessed the valuation impact of the same "foreseeable consequences" that Dr. Gelbach claims were purportedly revealed on July 25, 2018, including the need for remediation and increased security expenditures,[176] greater regulatory and legal exposure,[177] reputational harm,[178] and adverse effects on revenue, user growth, profitability, and operating costs.[179] Furthermore, during his deposition, Dr. Gelbach agreed that market participants

(b) Semi-strong form efficiency, which means that stock prices adjust relatively quickly to fully reflect newly public information.

(c) Strong form efficiency, which means that stock prices adjust to fully reflect all information, including that which is not made public.

Thus, a security that trades on a semi-strong form efficient market meets the notion of efficiency described in *Basic* and reiterated in *Halliburton II*. … In my opinion, the fact that Facebook Stock traded on the Nasdaq on all trading dates relevant to this litigation indicates a strong likelihood that the market for Facebook Stock was semi-strong efficient during this period.").

Dr. Gelbach also states: "[I]t is important to recognize that in the context of an event study, the term 'value-relevant news,' or just 'news,' refers to what might be called 'new news'—information that comes as a surprise to the market." *See* Gelbach Report, ¶ 63.

[175] Gelbach Report, ¶ 130.

[176] *See*, *e.g.*, Macquarie Research, "Facebook: Headlines Matter," March 19, 2018, at p. 1 ("However, we are very much concerned that the systemic risk around data-driven online advertising and specific concerns about FB's data are rising quickly. … We are concerned about three main issues: … Most importantly, FB and Zuckerberg's potential responses and self-imposed remedies. … Now we expect Zuckerberg and FB to raise the stakes and response to the increasingly negative headlines about the use of FB data. We think it could take more radical actions than it has in the past to limit the use of audience segmenting, ad targeting, data sharing, and other privacy related issues that could lower the monetization of FB data. That is our concern for the financials."). *See also* Morgan Stanley, "Facebook Inc: Our Thoughts on FB's Public Statement," March 21, 2018, at p. 78 ("What Will FB Bears Say? 1) We expect more cautious FB investors to point to the potential for FB to spend more this year due to these increased safeguards … which will hold back earnings power.").

[177] *See*, *e.g.*, CFRA, "Stock Report: Facebook, Inc.," March 20, 2018, at p. 5 ("We cut our 12-month target price by $40 to $210. Peers have a median forward P/E of 26.4.X and P/E-to-growth of 1.5. Applying discounts, given more reputational and regulatory risks related to the Cambridge Analytica situation, results in our target. … FB is in the cross-hairs of many around the world, including regulators, legislators, and lawyers, and has to explain what happened with Cambridge Analytica and related polices and practices.").

[178] *See*, *e.g.,* Evercore ISI, "FACEBOOK INC: Darkest Hour: Thoughts on Yesterday's Selloff," March 20, 2018, at p. 46 ("**What is our biggest concern?** ***The report continues to undermine investor confidence in Facebook's ability to navigate/define its broader social responsibility***. … While Facebook is likely to maintain that no data breach occurred, while simultaneously arguing it was the victim of the behavior of a bad actor, it remains the largest target with respect to backlash from law makers, the media, and concerned citizens."). (Emphasis in original.)

[179] *See*, *e.g.*, BAML, "Facebook: Data mgmt changes underway as trust rebuilding process begins; PO to $230," March 21, 2018, at p. 1 ("We remain believers in the fundamental thesis (Instagram momentum, messaging monetization, advertiser ROI) and maintain Buy, but recognize potential impact of data privacy issues on user growth and ad targeting add a new layer of risk. In terms of timing, we think user growth and headline risk peaks in 2Q18, after which we'd expect trends to mostly normalize by 3Q. Given incremental risk to estimates, we lower our PO to $230 from $265."); Evercore ISI, "FACEBOOK INC: Darkest Hour: Thoughts on Yesterday's Selloff," March 20, 2018, at p. 46 ("As it relates to expenses, management has laid out plans to increase opex by $11bn in 2018, with the largest driver being efforts to improve the safety and protection of data and the user experience on

knew that the March 2018 Alleged Corrective Disclosures could lead to reduced profitability, additional regulation, potential fines under the FTC consent decree, reduced revenues, increased privacy and security spending, user attrition, and reduced advertiser spending.[180]

145. More than a month later, on April 25, 2018, Facebook announced its Q1 2018 quarterly earnings.[181] According to Dr. Gelbach:

> In its earnings call on April 25, 2018, Facebook reported unexpectedly strong results. … This market response reflected the sentiment that, however bad the Cambridge Analytica scandal was in terms of public relations and the threat of future regulation, widely voiced concerns that it would harm Facebook's revenue and earnings paths had been off-base.[182]

146. Thus, Dr. Gelbach himself acknowledges that by April 2018 the market knew of the Initial Misuse and had assessed the consequences of these *known* risks.

### 2. *Dr. Gelbach Conflates the Price Impact Attributable to a Materialization of a Disclosed Risk with the Price Impact Attributable to the Disclosure of a Previously Undisclosed Risk, Which Is the Basis of Plaintiffs' Claims*

147. Even if one (incorrectly) assumes for the sake of argument, as Dr. Gelbach asserts, that Facebook's financial results announced on July 25, 2018 were the "foreseeable consequences of the Cambridge Analytica and whitelisting scandals", those "consequences" would represent the *materialization* of previously disclosed risks—not the revelation of previously undisclosed risks related to the Initial Misuse and Alleged Whitelisting because these risks had been fully disclosed before July 25, 2018 (*i.e.*, in March 2018) according to the Plaintiffs[183] and Dr. Gelbach.[184]

---

Facebook, leaving a substantial amount of resources in place to address the challenges exemplified by recent headlines.").

[180] Gelbach Deposition, at 162:20-165:6.

[181] "Facebook Reports First Quarter 2018 Results," *PR Newswire*, April 25, 2018, available at https://www.prnewswire.com/news-releases/facebook-reports-first-quarter-2018-results-300636652.html.

[182] Gelbach Report, ¶ 125.

[183] See discussion above in **Section I.B.3.**

[184] Gelbach Report, ¶ 143 ("It is my preliminary opinion that the March 16, 2018 Facebook blog post and the March 17 and 20, 2018 news articles—which confirmed for the first time, inter alia, that Facebook had known since 2015 of the sale of users' data to Cambridge Analytica and the extent of that and similar data misuse—are what impacted the Stock price on March 19-20, 2018. Moreover, these disclosures are fraud-related."); Gelbach Deposition, at 90:5-14 (testifying that the March 16-19 disclosures "clearly revealed" "that Facebook had suffered a major instance of misappropriation and misuse and that users did not have control of their data.").

Therefore, Facebook's stock price decline on July 26, 2018 cannot be attributed to a correction of prior alleged misstatements or omissions.

148. Facebook could not have known its Q2 2018 financial results before the quarter ended. Thus, absent a crystal ball, Defendants could not have disclosed the purported effect of these "foreseeable consequences" on Facebook's Q2 2018 financial results any sooner. Dr. Gelbach concedes that "the **relevant truth** that [he opined] was revealed on July 25, 2018" [Facebook's Q2 2018 "financial results"] could not have been disclosed earlier.[185]

149. I understand that the only claims at issue in this case are the Alleged Risk Factor Misstatements and Alleged User Control Misstatements. No other statements by the Company including the guidance it provided during the Proposed Class Period regarding its future quarters are at issue.[186] Dr. Gelbach's claim to the contrary, *i.e.,* his assertion that in addition to correcting the Alleged Risk Factor Misstatements and User Control Misstatements, Defendants should also have purportedly provided different guidance regarding future costs and revenues over the Proposed Class Period,[187] directly contradicts his own Summary of Plaintiffs' Claims,[188] which does not assert that the Plaintiffs claim Facebook's *guidance* was false or misleading in any way.

### *3. Dr. Gelbach's July 26, 2018 Market Reaction Opinion Is Contradicted by Contemporaneous Analyst Commentary*

[185] Gelbach Deposition, at 174:14-25 ("Q. Could the **relevant truth** that you opine was revealed on July 25, 2018 have been disclosed contemporaneously with the information disclosed in March 2018 regarding Cambridge Analytica? A. Of course, the events that – you know, the disclosures of July 25th are disclosures about Facebook's financial results in the second quarter of 2018. And March is in the first quarter. So just purely as a matter of, like, time moves in one direction, as I understand physics, you know, we wouldn't have known the financial results of the second quarter in the first quarter."). (Emphasis added.)

[186] *See*, *e.g.*, MTD Order, at pp. 8-11, 33.

[187] Gelbach Deposition, at 175:4-23 ("So what Facebook could have disclosed on the first day of the class period is that they had been misleading the market about user control and risk. **And** they could have announced to the market on that date, February 2017, that 'We haven't been telling you the whole truth or really a lot of the truth about these matters. The relevant truth is that we're going to have to spend a lot of money fixing these problems that we've been concealing from the public.' And it could have **provided guidance** about what the – truthful, to be clear, guidance about what **the costs of remediating these problems would be and what the impact on its revenues would be** and the fact that it would be exposed to FTC punishment because of the consent decree, the fact that, you know, there would be the risk of new regulation that could be problematic for Facebook. And it could have done all of those things on the first day of the class period, but it didn't.") (Emphasis added.)

[188] Gelbach Report, ¶¶ 15-27.

150. Dr. Gelbach's opinion ("the market **newly appreciat[ed]** the significance of the Cambridge Analytica and whitelisting scandals" on July 25, 2018 and the Company's stock price drop on July 26, 2018 is not attributable to any confounding information) is not supported by a review of the contemporaneous "information environment" (*e.g.*, contemporaneous analyst reports and news articles) as he claims.[189]

151. Despite purportedly receiving and reviewing "several hundred analyst reports,"[190] and testifying that a review of analyst commentary is instructive in determining whether "market participants are moved essentially by the putative news,"[191] Dr. Gelbach has not discussed a single contemporaneous analyst report or news article published after July 25, 2018 to support his opinion.

152. In his "Summary of Plaintiffs' Claims," Dr. Gelbach states that "Numerous analysts, media outlets, and market observers directly attributed the stock drop to, inter alia, the impact of the Cambridge Analytica and whitelisting scandals"[192] and cites to paragraphs (¶¶ 692-700) in the Complaint that quote from 31 analyst reports and news articles ("Complaint References").[193] Apparently, however, Dr. Gelbach did not consider any of these Complaint References in forming his opinions as they are not listed in his Appendix B,[194] and he testified in

---

[189] Gelbach Report, ¶¶ 140, 144; Facebook Q2 2018 Call Transcript, at p. 9.

[190] Gelbach Report, ¶ 45. In addition, Dr. Gelbach states these reports were issued by "more than 60 financial firms," that "regularly discussed developments in the Company's financial position and business operations and … events related to this litigation, *e.g.,* the revelation of the Cambridge Analytica scandal," and "regularly appeared on the dates when the Company released information about its financial results, and they provide analysis contextualizing these results." *See* Gelbach Report, ¶¶ 46-47.

[191] Gelbach Deposition, at 118:24-119:11 ("Q. How do you go about determining whether information disclosed to the market is actually incorporated into the stock price in a semi-strong form efficient market? A. One thing you would do is look at what happens to market price. And so, for example, when the March 2018 revelations happened, the stock price falls substantially. There's a lot of analyst commentary, news articles. Those are other things you would look at, what else is going on at this time that indicates that market participants are moved essentially by the putative news.").

[192] Gelbach Report, ¶ 20.

[193] According to the Gelbach Report, fn. 32, these references are cited in the Complaint, ¶¶ 692-700 which discuss 12 analyst reports and 19 news articles (or 31 sources in total) issued after July 25, 2018. I henceforth refer to those 31 sources collectively as "Complaint References" and list them in **Exhibit 7**. These sources are also identified with a "#" in **Appendix C (Documents Considered)**.

[194] Dr. Gelbach has not listed a single one of these Complaint References in the Gelbach Report, Appendix B which lists the "documents and data" he "considered or relied on in preparing" the Gelbach Report. Gelbach Report, ¶ 3.

his deposition that he did not consider any materials not listed in Appendix B to form his opinions.[195]

153. Dr. Gelbach has also not considered any other analyst reports or news articles (that are not included in the Complaint References) to assess whether they support his July 26, 2018 Market Reaction Opinion. The Gelbach Report Appendix B only lists two analyst reports (by RBC Capital Markets and BMO) published in the week following the Company's July 25, 2018 Conference Call.[196] However, he only mentions these reports in passing and does not rely on these reports to form his July 26, 2018 Market Reaction Opinion.[197]

154. As I discuss below, the analyst reports and news articles following Facebook's July 25, 2018 Conference Call (including the Complaint References), which Dr. Gelbach has ignored, do not support his opinion that the price decline on July 26 is attributable to "the market newly appreciating the significance of the Cambridge Analytica [specifically the Initial Misuse] and whitelisting scandals." [198]

155. I identified and reviewed 61 analyst reports published from July 25, 2018 through August 1, 2018 (one week after the earnings release). (*See* **Exhibit 6**). This set includes all 12 analyst reports in the Complaint References set. I also reviewed all 19 news articles in the Complaint References set. Based on my review, I have confirmed that while some of these analyst reports and articles mentioned the "Cambridge Analytica scandal" in general terms to provide historical context to the Company's Q2 2018 results, *many did not even mention "Cambridge Analytica."*

[195] Gelbach Deposition, at 24:3-19 ("Q. I'm directing your attention to paragraph 3 of your report where you say that Appendix B lists the materials you considered or relied on. Is there anything that you considered that is not in Appendix B in forming your opinions in this report? … A That form the basis, no.")

[196] RBC Capital Markets, "Facebook, Inc.: Don't Unfriend FB Now … ," July 25, 2018; BMO Capital Markets, "Facebook: Margin Erosion Expected, but Revenue Deceleration Greater Than Expected," July 26, 2018.

[197] Dr. Gelbach cites the RBC Capital Markets analyst report as one of four analyst reports in footnote 150 of the Gelbach Report to support his statement that analysts commonly "value firms" using earnings multiples. (Gelbach Report, footnote 150). Similarly, he only mentions the BMO Capital Markets report as one of several in footnote 57 to support his claim that there was "extensive analyst coverage" of Facebook (Cammer factor 2). *See* Gelbach Report, ¶¶ 47-48.

[198] Gelbach Report, ¶ 140.

156. None of these reports or articles *attribute* Facebook's July 26, 2018 price decline to "the market newly appreciating the significance of the Cambridge Analytica [*specifically the Initial Misuse*] and whitelisting scandals" [199] as Dr. Gelbach claims.

157. Contrary to Dr. Gelbach's opinion that no "confounding information materially impacted the July 26, 2018 price decline,"[200] analyst reports and articles included in the Complaint References instead attributed the Company's disappointing Q2 2018 results to a host of confounding information[201] such as the effects of GDPR on user engagement and advertising, unfavorable foreign exchange movements, and lower monetization of Facebook Stories.[202]

158. Analysts also opined that Facebook's July 26, 2018 stock price drop was a response to the Company's guidance about:

(i) Higher future expenses and lower future operating margin due to a host of confounding factors such as "investments in AI, VR, AR, and computing power to

[199] Gelbach Report, ¶ 140.

[200] Gelbach Report, ¶ 144.

[201] By "confounding information" I mean information that is unrelated to the Cambridge Analytica or Alleged Whitelisting news or the possible consequences of these "scandals" on the Company's financial performance and prospects, as Dr. Gelbach claims.

[202] *See, for example:*

- Cowen, "FACEBOOK: 2Q18 RESULTS: 2H18 AD REV DECEL AND L-T MARGIN FORECAST WORSE THAN EXPECTED," July 26, 2018, at p. 1 ("The key drivers of revenue growth deceleration: i) FX headwinds, which will impact more so in 3Q18 than 4Q18; ii) Promoting engaging experiences, namely promoting FB Stories on Core FB and in turn reducing ad inventory avails; iii) Privacy via features that could reduce ad targeting capabilities (like clearing user history) and GDPR impact on users in Europe (as some users don't opt in for tracking usage).").
- MKM Partners, "Facebook, Inc.: Post-Call Thoughts from MKM," July 26, 2018, at pp. 1-2 ("Management highlights three areas for its revenue outlook: (i) currency tailwind turning to modest headwind (ii) bigger effort to promote Stories, which has lower monetization than Newsfeed (iii) product focus on choice around user privacy, which could have an impact on monetization.");
- Mizuho Securities USA, "Facebook, Inc.: GDPR and Mix Shift to Stories," July 26, 2018, at p. 1("Management provided a cautionary 2H18 revenue outlook on deceleration due to mix shift to lower-priced IG Stories, lower monetization in newsfeed and continued GDPR impact.").

support growth,"[203] and investments in "infrastructure," "ads transparency," and "content acquisition."[204]

(ii) Revenue deceleration in the future which Facebook's CFO attributed to three factors, namely: (1) currency headwinds, (2) promotion of Stories which had lower monetization, and (3) increasing users' privacy choices in part due to GDPR.[205]

159. Dr. Gelbach has ignored such confounding information in forming his opinions. I summarize the host of confounding factors that the Complaint References discuss in **Exhibit 7**. Across the 31 Complaint References, I found at least 124 discussions of confounding factors which were discussed in the Complaint References that Dr. Gelbach has ignored.

160. Dr. Gelbach's July 26, 2018 Market Reaction Opinion rests solely on his own subjective interpretation of Facebook management's comments on the Q2 2018 Conference Call as the following excerpts indicate:

> [T]he call included clear references to the follow-on effects of the changes Facebook undertook after the public learned the revelations about Cambridge Analytica. …
>
> Viewed in this full context, then, the earnings call, especially including Wehner's comments about operating margin, provide strong reason to believe that the July 26, 2018 Stock price response to the news in Facebook's earnings announcement was a reasonable magnitude and was driven by factors that are traceable to the alleged fraud, rather than some other explanation.[206]

---

[203] Aegis Capital, "Facebook, Inc. Rating: Buy Growth & Expense Reset But Don't Overly React," July 26, 2018, at p. 1 ("FB anticipates that total expense growth will exceed revenue growth in 2019 and expects operating margins to trend towards the mid-30% from the 44% reported in 2Q18. FB cited investments in the billions for safety and security, which they believe will be healthy for the platform, as well as investments in AI, VR, AR, and computing power to support growth.").

[204] William Blair, "Facebook, Inc.: Rare Miss on Ad Revenue and Margin Commentary Pressure Shares," July 25, 2018, at p. 2 ("Moreover, management continues to highlight opportunities for investment in product development (notably ad optimization, video, AI/ML, and AR/VR), **infrastructure**, security and privacy, **ads transparency**, and **content acquisition**. Some of these investments, namely security, privacy, and ads transparency do not necessarily correlate to immediate revenue opportunities.") (Emphasis added.)

[205] Wells Fargo, "Facebook, Inc.: FB: Coming Up Against Scale," July 25, 2018, at p. 1 ("The pressures cited were **currency**, the **promotion of new experiences** (e.g., Stories), and the effects of the continued efforts around security and privacy, both from the standpoint of **GDPR** implementation as well as new services and controls that offer more ways for users to opt out of ads.") (Emphasis added.)

[206] Gelbach Report, ¶¶ 138-139.

161. Such a claim is pure speculation. Neither Mr. Wehner nor any of the other Facebook executives who participated in the Company's Q2 2018 Conference Call even mentioned "Cambridge Analytica" (or specifically the Initial Misuse) or the Alleged Whitelisting news that had been disclosed months earlier. None of the Company's representatives attributed the Company's Q2 2018 performance or its outlook regarding future operating margin, revenue deceleration (among several other factors) to "foreseeable consequences of the Cambridge Analytica and whitelisting scandals," as Dr. Gelbach asserts. [207]

*4. Dr. Gelbach's July 26, 2018 Market Reaction Opinion Is Contradicted by The Facts*

162. First, as support for his July 26, 2018 Market Reaction Opinion, Dr. Gelbach claims that the Company's Q2 2018 earnings call "included clear references to the follow-on effects of the changes Facebook undertook after the public learned the revelations about Cambridge Analytica,"[208] citing Mr. Wehner's comment that "giving people who use our services more choices around data privacy, which may have an impact on [Facebook's] revenue growth"[209] as an example of such a "follow-on effect."

163. However, this claim is purely speculative and at odds with prior disclosures. Dr. Gelbach provides no evidence that Facebook's decision to give users more choice around privacy was solely a "follow-on effect[]" of "the changes Facebook undertook after the public learned the revelations about Cambridge Analytica."[210] Indeed, Facebook had publicly announced in April 2018 that it would give users more choices regarding privacy to comply with GDPR.[211] Also, on the Company's Q2 2018 Conference Call, in responding to a question from an analyst regarding the reasons for the expected deceleration in the Company's future revenues, Mr. Wehner discussed

[207] Gelbach Report, ¶ 144.

[208] Gelbach Report, ¶ 138.

[209] Gelbach Report, ¶ 138(a); Facebook Q2 2018 Call Transcript, at p. 9.

[210] Gelbach Report, ¶ 138.

[211] *See*, *e.g.*, "Facebook, Inc. NasdaqGS:FB: FQ1 2018 Earnings Call Transcripts," *S&P Global Market Intelligence*, April 25, 2018, at pp. 6-7 ("In the coming months, GDPR will give us another opportunity to make sure people fully understand how their information is used by our services. It's an EU regulation, but as Mark said a few weeks ago, we're going to extend these controls to everyone who uses Facebook, regardless of where in the world they live. Our commitment to you is that we will continue to improve our ads model by strengthening privacy and choice while giving businesses of all sizes new and better tools to help them grow.").

(among other factors such as currency headwinds and the Company's focus on new experiences like Stories) the Company's decision to give users "more choice around privacy" partially *in response to GDPR*,[212] a regulation that was not prompted by the "Cambridge Analytica scandal."[213]

164. Facebook was not alone in pointing to headwinds caused by GDPR. For example, Twitter, another social media company, also attributed some of its Q2 2018 decline in monthly average users to the impact of GDPR.[214] Similarly, in its Q2 2018 earnings call on August 8, 2018, Etsy, an e-commerce company, noted that GDPR was a "headwind" that "may offset the growth we expect in 2018."[215]

165. Second, Dr. Gelbach's opinion, which focuses on the purported "foreseeable consequences of the Cambridge Analytica … scandal[]"[216] *in general*, fails to account for the distinction between Initial Misuse and Continued Misuse I discuss above. As the MTD Order

---

[212] Facebook Q2 2018 Call Transcript, at pp. 11-12 ("**Ross Adam Sandler Barclays Bank PLC, Research Division**: … Dave, I think you said that the quarter-on-quarter growth rates are going to be high single digits lower than the prior year quarter-on-quarter growth rates versus 3Q and 4Q. That would imply around a 20% year-on-year growth rate exiting fourth quarter. So I just want to clarify, is that what you actually said? **And if so, what's driving this fairly dramatic deceleration of revenue growth?**

**David M. Wehner Chief Financial Officer** Ross, so yes, we grew at 42% in the current quarter, and we would expect decel in the high single digits for the next couple quarters. In terms of what is driving the deceleration, I – it's a combination of factors, and I think I outlined those in my commentary. First of all, there's the currency, which is going from being a tailwind to being a modest headwind, we expect. Secondly, we're going to be focusing on growing engaging new experiences like Stories and promoting those, and that's going to have a negative impact on revenue growth. And then finally, we're giving people who use service -- the services more choice around privacy. **And that's coming both in terms of impacts that could be ongoing from things like GDPR** as well as other product options that we're providing that could have an impact on revenue growth. So it's a combination of all those factors that is leading to the deceleration of revenue growth in the second half."). (Emphasis added.)

[213] GDPR (which required companies such as Facebook to give users more choices around data privacy) was being debated by European regulators long before the March 2018 News regarding Cambridge Analytica was published. *See* "PRESS RELEASE: EU data protection reform: Council confirms agreement with the European Parliament," *Council of the EU,* December 18, 2015, available at https://www.consilium.europa.eu/en/press/press-releases/2015/12/18/data-protection/pdf; Wolford, Ben, "What is GDPR, the EU's new data protection law?" *GDPR EU,* available at https://gdpr.eu/what-is-gdpr/.

[214] *See* "Q2 2018 Shareholder Letter," *Twitter*, p. 3, available at https://www.sec.gov/Archives/edgar/data/1418091/000156459018017680/twtr-ex991_6.htm ("Average MAUs were 335 million for Q2, an increase of 9 million year-over-year and a decrease of 1 million quarter-over-quarter, reflecting impact from decisions we have made to prioritize the health of the platform, to not move to paid SMS carrier relationships in certain markets and, **to a lesser extent, GDPR**. In aggregate, these factors reduced MAU by more than 3 million in Q2.") (Emphasis added.)

[215] "Q2 2018 Earnings Conference Call Transcript," *Etsy*, August 8, 2018, available at https://www.fool.com/earnings/call-transcripts/2018/08/08/etsy-etsy-q2-2018-earnings-conference-call-transcr.aspx.

[216] Gelbach Report, ¶ 144.

states, the Plaintiffs' Cambridge Analytica theory of fraud comprises two sub-theories: the Initial Misuse sub-theory which the Court has allowed to proceed, and the Continued Misuse sub-theory which the Court has dismissed.[217] Therefore, even if the July 26, 2018 stock price decline is in some part attributable to the "financial consequences of the Cambridge Analytica … scandal[]"[218] as Dr. Gelbach claims, he has not provided a method to distinguish between the impact of the Initial Misuse and Continued Misuse. As such, the Continued Misuse would be another category of confounding information he has ignored.

Respectfully,



____________________________

Martin Dirks

[217] MTD Order, at p. 33.

[218] Gelbach Report, ¶ 20.

## EXHIBIT 1. SUMMARY OF ALLEGED MISSTATEMENTS

### Exhibit 1A. Summary of the Alleged Risk Factor Misstatements[219]

| # | Source | Alleged Misstatement |
|---|---|---|
| 1 | Facebook 2016 Form 10-K filed on February 3, 2017[220] | Security breaches and improper access to or disclosure of our data or user data, or other hacking and phishing attacks on our systems, ***could*** harm our reputation and adversely affect our business. |
| 2 | | Any failure to prevent or mitigate security breaches and improper access to or disclosure of our data or user data ***could*** result in the loss or misuse of such data, which could harm our business and reputation and diminish our competitive position. |
| 3 | | We provide limited information to . . . third parties based on the scope of services provided to us. However, ***if*** these third parties or developers fail to adopt or adhere to adequate data security practices . . . our data or our users' data ***may be*** improperly accessed, used, or disclosed. |
| 4 | Facebook Q1 2017 10-Q filed on May 4, 2017[221] | Security breaches and improper access to or disclosure of our data or user data, or other hacking and phishing attacks on our systems, ***could*** harm our reputation and adversely affect our business. |
| 5 | | Any failure to prevent or mitigate security breaches and improper access to or disclosure of our data or user data ***could*** result in the loss or misuse of such data, which could harm our business and reputation and diminish our competitive position. |
| 6 | | We provide limited information to . . . third parties based on the scope of services provided to us. However, ***if*** these third parties or developers fail to adopt or adhere to adequate data security practices . . . our data or our users' data ***may be*** improperly accessed, used, or disclosed. |
| 7 | Facebook Q2 2017 10-Q filed on July 27, 2017[222] | Security breaches and improper access to or disclosure of our data or user data, or other hacking and phishing attacks on our systems, ***could*** harm our reputation and adversely affect our business. |
| 8 | | Any failure to prevent or mitigate security breaches and improper access to or disclosure of our data or user data ***could*** result in the loss or misuse of such data, which could harm our business and reputation and diminish our competitive position. |
| 9 | | We provide limited information to . . . third parties based on the scope of services provided to us. However, ***if*** these third parties or developers fail to adopt or adhere to adequate data security practices . . . our data or our users' data ***may be*** improperly accessed, used, or disclosed. |

[219] Plaintiffs allege that the Alleged Risk Factor Misstatements "were repeated or incorporated by reference into Facebook's reports on Forms 10-K and 10-Q" during the Proposed Class Period, including those filed on February 3, 2017, May 4, 2017, July 27, 2017, November 2, 2017, and February 1, 2018. *See* Complaint, ¶¶ 628-629, MTD Order, at pp.10-11.

[220] *See* Complaint, ¶ 628 (a)-(c); MTD Order, at p. 10. (Emphasis in MTD Order and Complaint).

[221] *See* Complaint, ¶¶628 (a)-(c), 629; MTD Order, at pp. 10-11. (Emphasis in MTD Order and Complaint).

[222] *See* Complaint, ¶¶628 (a)-(c), 629; MTD Order, at pp. 10-11. (Emphasis in MTD Order and Complaint).

| | | |
|---|---|---|
| **10** | Facebook Q3 2017 10-Q filed on November 2, 2017[223] | Security breaches and improper access to or disclosure of our data or user data, or other hacking and phishing attacks on our systems, ***could*** harm our reputation and adversely affect our business. |
| **11** | | Any failure to prevent or mitigate security breaches and improper access to or disclosure of our data or user data ***could*** result in the loss or misuse of such data, which could harm our business and reputation and diminish our competitive position. |
| **12** | | We provide limited information to . . . third parties based on the scope of services provided to us. However, ***if*** these third parties or developers fail to adopt or adhere to adequate data security practices . . . our data or our users' data ***may be*** improperly accessed, used, or disclosed. |
| **13** | Facebook 2017 Form 10-K filed on February 1, 2018[224] | Security breaches and improper access to or disclosure of our data or user data, or other hacking and phishing attacks on our systems, ***could*** harm our reputation and adversely affect our business. |
| **14** | | Any failure to prevent or mitigate security breaches and improper access to or disclosure of our data or user data ***could*** result in the loss or misuse of such data, which could harm our business and reputation and diminish our competitive position. |
| **15** | | We provide limited information to . . . third parties based on the scope of services provided to us. However, ***if*** these third parties or developers fail to adopt or adhere to adequate data security practices . . . our data or our users' data ***may be*** improperly accessed, used, or disclosed. |

[223] Complaint, ¶¶628 (a)-(c), 629; MTD Order, at pp. 10-11. (Emphasis in MTD Order and Complaint).

[224] Complaint, ¶¶628 (a)-(c), 629; MTD Order, at pp. 10-11. (Emphasis in MTD Order and Complaint).

**Exhibit 1B. Summary of Alleged User Control Misstatements**[225]

| # | Source | Alleged Misstatement |
|---|---|---|
| **1** | Facebook Website, *Statement of Rights and Responsibilities* from February 3, 2017 – May 25, 2018[226] | You own all of the content and information you post on Facebook, and ***you can control how it is shared through your privacy and application settings***. |
| **2** | October 12, 2017 Axios Interview (Sheryl Sandberg)[227] | [W]hen you share on Facebook you need to know . . . . ***No one is going to get your data that shouldn't have it***. That we're not going to make money in ways that you would feel uncomfortable with off your data. And that ***you're controlling who you share with***. . . . Privacy for us is making sure that you feel secure, sharing on Facebook. |
| **3** | Facebook Newsroom Website, *Suspending Cambridge Analytica and SCL Group From Facebook* on March 16, 2018[228] | In 2014, after hearing feedback from the Facebook community, we made an update to ensure that each person decides what information they want to share about themselves, including their friend list. This is just one of the many ways ***we give people the tools to control their experience***. Before you decide to use an app, you can review the permissions the developer is requesting and choose which information to share. You can manage or revoke those permissions at any time. |
| **4** | The Washington Post Article on March 17, 2018[229] | ***We respected the privacy settings that people had in place***. Privacy and data protections are fundamental to every decision we make. |
| **5** | Phone Conference (Mark Zuckerberg) on April 4, 2018[230] | [T]he main principles are, ***you have control over everything you put on the service***, and most of the content Facebook knows about you it [sic] because you chose to share that content with your friends and put it on your profile. |
| **6** | U.S. Senate Testimony (Mark Zuckerberg) on April 10, 2018[231] | This is the most important principle for Facebook: Every piece of content that you share on Facebook, you own and you have ***complete control*** over who sees it and — and how you share it, and you can remove it at any time. That's why every day, about 100 billion times a day, people come to one of our services and either post a photo or send a message to someone, because ***they know that they have that control and that who they say it's going to go to is going to be who sees the content***. And I think |

[225] *See* MTD Order, at pp. 8-10.

[226] Complaint, ¶ 608; MTD Order, at p. 8. (Emphasis in MTD Order and Complaint).

[227] Complaint, ¶ 609; MTD Order, at p. 8. (Emphasis in MTD Order and Complaint).

[228] Complaint, ¶ 610; MTD Order, at p. 8. (Emphasis in MTD Order and Complaint).

[229] Complaint, ¶ 622; MTD Order, at p. 10. (Emphasis in MTD Order and Complaint).

[230] Complaint, ¶ 611; MTD Order, at p. 8. (Emphasis in MTD Order and Complaint).

[231] Complaint, ¶ 615; MTD Order, at p. 9. (Emphasis in MTD Order and Complaint).

| # | Source | Alleged Misstatement |
|---|---|---|
| | | that that control is something that's important that I think should apply to — to every service. |
| 7 | | That's what the [Facebook] service is, right? It's that you can connect with the people that you want, and you can share whatever content matters to you, whether that's photos or links or posts, and ***you get control over it.*** |
| 8 | | The two broad categories that I think about are content that a person is [sic] chosen to share and that they have complete control over, they get to control when they put into the service, when they take it down, who sees it. And then the other category are data that are connected to making the ads relevant. ***You have complete control over both.*** |
| 9 | | ***Every person gets to control who gets to see their content.*** |
| 10 | | But, Senator, the — your point about surveillance, I think that there's a very important distinction to draw here, which is that when — when organizations do surveillance[,] people don't have control over that. ***But on Facebook, everything that you share there[,] you have control over.*** |
| 11 | U.S. House of Representatives Testimony (Mark Zuckerberg) on April 11, 2018[232] | [O]n Facebook, ***you have control over your information.*** |
| 12 | | [E]very single time that you share something on Facebook or one of our services, right there is a control in line, ***where you control who — who you want to share with.*** |
| 13 | | Congresswoman, giving people control of their information and how they want to set their privacy is foundational to the whole service [on Facebook]. It's not just a — kind of an add-on feature, something we have to . . . comply with. . . . ***all the data that you put in, all the content that you share on Facebook is yours. You control how it's used.*** |
| 14 | Facebook Newsroom Website on April 24, 2018[233] | You've been hearing a lot about Facebook lately and how your data is being used. While this information can sometimes be confusing and technical, it's important to know that ***you are in control of your Facebook***, what you see, what you share, ***and what people see about you***. |
| 15 | Facebook's Response to U.S. Senate on June 8, 2018[234] | Privacy is at the core of everything we do, and our approach to privacy starts with our commitment to transparency and control. [. . .] Our approach to control is based on the belief that people should be able to choose who can see what they share and how their data shapes their experience on Facebook. ***People can control the audience for their posts and the apps that can receive their data.*** |

232 Complaint, ¶ 616; MTD Order, at pp. 9-10. (Emphasis in MTD Order for items 11 and 12 in the above table. Emphasis in MTD Order and Complaint for item 13 in the above table).

233 Complaint, ¶ 612; MTD Order, at p. 8. (Emphasis in Complaint).

234 Complaint, ¶ 617; MTD Order, at p. 10. (Emphasis in MTD Order).

| # | Source | Alleged Misstatement |
|---|---|---|
| **16** | Facebook's Response to U.S. House of Representatives on June 29, 2018[235] | We already show people what apps their accounts are connected to and ***allow them to control what data they've permitted those apps to use.*** |
| **17** | | Privacy is at the core of everything we do, and our approach to privacy starts with ***our commitment to transparency and control.*** [. . .] Our approach to control is based on the belief that people should be able to choose who can see what they share and how their data shapes their experience on Facebook. ***People can control the audience for their posts and the apps that can receive their data.*** |

[235] Complaint, ¶¶ 613-614; MTD Order, at pp. 8-9. (Emphasis in MTD Order and Complaint).

**EXHIBIT 2. ANALYST REPORTS REVIEWED IN SECTION VII.B, FOR THE ONE-WEEK PERIOD FOLLOWING THE DECEMBER 11, 2015 *GUARDIAN* ARTICLE AND THE MARCH 30, 2017 *INTERCEPT* ARTICLE, RESPECTIVELY**

**Exhibit 2A. Analyst Reports Reviewed for the One-Week Period Following the December 11, 2015 *Guardian* Article**

| # | Contributor | Date | Title |
|---|---|---|---|
| 1 | Cantor Fitzgerald | December 11, 2015 | Daily Research Highlights |
| 2 | Mizuho Securities USA | December 11, 2015 | Key Takeaways from Search Insider Summit 2015 |
| 3 | S&P Capital IQ | December 11, 2015 | QUANTITATIVE STOCK REPORT: Facebook, Inc. |
| 4 | Cantor Fitzgerald | December 14, 2015 | Weekly Trader Equities Commentary: Facebook - Looking to add to positions on pullbacks |
| 5 | Barclays | December 15, 2015 | Facebook, Inc.: Ad Update - Instagram and Facebook |
| 6 | MKM Partners | December 15, 2015 | YELP: Facebook Professional Services Further Supports Our Thesis; Reiterate Sell |
| 7 | Piper Jaffray | December 15, 2015 | Facebook, Inc. (FB): VR Timing Update For Hardware, Games and Experiences |
| 8 | BAML | December 16, 2015 | Facebook: 2016 PM level outlook |
| 9 | CRT | December 16, 2015 | Facebook's Yelp-like service could develop into a long-term competitive threat for Yelp |
| 10 | JPMorgan | December 16, 2015 | Facebook: FB Engagement Remained Strong in November, Though Measurement Impacted by iOS App Update; Reiterate Overweight $125 PT |
| 11 | Susquehanna | December 16, 2015 | Internet 2016 Investable Theme |
| 12 | JMP | December 17, 2015 | Facebook, Inc. (FB): Analyzing Instagram as Engagement Ramps and Advertisers Increasingly Adopt the Platform; Reiterate Top-Pick |
| 13 | JMP | December 17, 2015 | JMP Securities Morning Note |
| 14 | Cantor Fitzgerald | December 18, 2015 | eWeekly: So Far So Good for Online Holiday Shopping as We Enter Final Week; Facebook Launches Professional Services |

**<u>Exhibit 2B</u>. Analyst Reports Reviewed for the One-Week Period Following the March 30, 2017 *Intercept* Article**

| # | Contributor | Date | Title |
|---|---|---|---|
| **1** | Tematica | March 30, 2017 | Cocktail Investing Ep. 14: Why the herd gets it wrong - FB, SBUX, AMZN, PG |
| **2** | Aegis Capital | March 31, 2017 | Strong Search Growth/Strong Growth At FB/No LT Ad Commitments At TWTR/Big Commitments At SNAP |
| **3** | Cantor Fitzgerald | March 31, 2017 | eWeekly: Snap/NBC Partner to Jazz Up 2018 Olympics Coverage; ISPs Win Privacy Fight |
| **4** | Credit Suisse | March 31, 2017 | U.S. Focus List: 3/29/17 |
| **5** | JPMorgan | March 31, 2017 | Key Takeaways from Our Proprietary Social Media Perception & Usage Survey; FB Leads Across Scale & Engagement |
| **6** | Oppenheimer | March 31, 2017 | Weekly Datatimes, March 31, 2017 |
| **7** | Wells Fargo | March 31, 2017 | SNAP: Initiating Coverage at Market Perform Shiny New Object, But Data Should Dictate Staying Power |
| **8** | JPMorgan | April 2017 | Internet JP Morgan Handbook |
| **9** | BAML | April 3, 2017 | Thoughts from European marketing meetings |
| **10** | Citi | April 3, 2017 | The State of the Internet Citi's Monthly Update on the Internet Sector |
| **11** | Jefferies | April 3, 2017 | Jefferies Internet /IE Weekly Report - Week of 4/02/2017 |
| **12** | Raymond James | April 3, 2017 | Technology & Communications: Industry Tidbit |
| **13** | Susquehanna | April 3, 2017 | Takeaways on Internet Advertising Trends |
| **14** | BMO | April 4, 2017 | Downgrade to Market Perform; From Duopoly to Triumvirate |
| **15** | BMO | April 4, 2017 | Facebook: No Changes to Estimates or Target for Now; From Duopoly to Triumvirate |
| **16** | BTIG | April 4, 2017 | Snap, Inc. Initiating Coverage of SNAP at Neutral; Fairly Valued Unless Spiegel Can Continue to Out-Innovate |
| **17** | JPMorgan | April 4, 2017 | Survey of Top 100 Advertisers Highlights Bullish Sentiment On Ad Spend In 2017 |
| **18** | Loop Capital Markets | April 4, 2017 | Searching for More Engagement and Growth as Facebook Keeps Imitating |
| **19** | Argus | April 5, 2017 | Daily Spotlight: Snap May Usher in More IPOs |
| **20** | BAML | April 5, 2017 | Prime time for sports |
| **21** | Citi | April 5, 2017 | SNAP WARS: The Attack of the Clones May Be Overrated |
| **22** | Aegis Capital | April 6, 2017 | 1Q17 Internet Co. App Usage: (+) For EXPE, NFLX, YELP, GRUB; (-) For SNAP, P |
| **23** | BAML | April 6, 2017 | 1Q Internet Sector Preview |

**EXHIBIT 3. ANALYST REPORTS REVIEWED IN SECTION VII.C, FOR THE PERIOD BETWEEN MARCH 16, 2018 AND MARCH 27, 2018**

**Exhibit 3A. Analyst Reports Reviewed for the Period Between March 16, 2018 and March 27, 2018**

| # | Contributor | Date | Title | Lowered Target Price | Lowered Rating |
|---|---|---|---|---|---|
| 1 | BAML | March 19, 2018 | Facebook: New data management and privacy issues fueling the fire | | |
| 2 | CFRA | March 19, 2018 | Stock Report: Facebook, Inc. | | |
| 3 | Credit Suisse | March 19, 2018 | Facebook, Inc. (FB): Opportunity Arises, as News Flow Rubs Salt Into the Wound | | |
| 4 | Deutsche | March 19, 2018 | Facebook, Inc.: Opening Pandora's Box? | | |
| 5 | Elazar Advisors | March 19, 2018 | Facebook: Buy Rating | | |
| 6 | Macquarie Research | March 19, 2018 | Facebook: Headlines Matter | X | |
| 7 | Mizuho Securities USA | March 19, 2018 | Takeaways from Ad Agency Meetings | | |
| 8 | Morningstar | March 19, 2018 | Facebook Inc (FB): Facebook Attempting to Address More Data Issues; Shares Are Down 7%, but Remain Fairly Valued | | |
| 9 | Pivotal Research Group | March 19, 2018 | Facebook (FB): FB: Data Leak Details Described, Enhancing Risks | | |
| 10 | Raymond James | March 19, 2018 | Facebook, Inc.: Thoughts on Facebook Data Concerns | | |
| 11 | UBS | March 19, 2018 | Facebook: Wading Through the Data of a FB Story | | |
| 12 | Barclays | March 20, 2018 | Facebook, Inc.: Waiting a Bit Longer for the Dust to Settle | | |
| 13 | CFRA | March 20, 2018 | Stock Report: Facebook, Inc. | X | |
| 14 | Cowen | March 20, 2018 | FACEBOOK´S CAROLYN EVERSON ADDRESSES RECENT NEWS ON USER DATA ISSUES | | |
| 15 | Evercore ISI | March 20, 2018 | FACEBOOK INC: Darkest Hour: Thoughts on Yesterday's Selloff | X | |

| # | Contributor | Date | Title | Lowered Target Price | Lowered Rating |
|---|---|---|---|---|---|
| 16 | FBN | March 20, 2018 | Facebook: FB – Reaching the Point of Maximum Pessimism | | |
| 17 | Jefferies | March 20, 2018 | Facebook, Inc. (FB): Another Brick in the Wall (of worry) | | |
| 18 | KeyBanc Capital Markets | March 20, 2018 | Facebook, Inc.: FB: Uncertainty Has Surpassed Financial Risk in Our View; We Recommend Buying FB | | |
| 19 | Morgan Stanley | March 20, 2018 | Facebook Inc: Top 4 Investor Questions and Our Answers | | |
| 20 | SunTrust | March 20, 2018 | Facebook, Inc. (FB): Latest Data Privacy Issue, ST Mishap for FB/Maintain Buy | | |
| 21 | Wells Fargo | March 20, 2018 | Facebook, Inc.: FB: Thank Goodness For Instagram Several Reasons To Reengage FB Following Cambridge Analytica | | |
| 22 | William O'Neil | March 20, 2018 | Facebook: Remove Buy Recommendation | | X |
| 23 | BAML | March 21, 2018 | Facebook: Data mgmt changes underway as trust rebuilding process begins; PO to $230 | X | |
| 24 | Jefferies | March 21, 2018 | Hiroko on the Road - Asia | | |
| 25 | JMP | March 21, 2018 | Facebook, Inc.: Our Thoughts on Facebook's Privacy and Data Issues | | |
| 26 | JPMorgan | March 21, 2018 | Tactical Options on Single Stocks FB: Harsh Regulation Is Unlikely and a Little Clarity Could Go a Long Way - Buy May Bull Risk Reversals | | |
| 27 | Morgan Stanley | March 21, 2018 | Facebook Inc: Our Thoughts on FB's Public Statement | | |
| 28 | Piper Jaffray | March 21, 2018 | Facebook, Inc. (FB): Saber Rattling Will Pass; Forward Catalyst Chain Positions FB Well Into 1H | | |
| 29 | Pivotal Research Group | March 21, 2018 | Facebook (FB): FB: Systemic Mismanagement Introduces New Risks | | |
| 30 | RBC Capital Markets | March 21, 2018 | Facebook, Inc.: Defending Facebook | | |

| # | Contributor | Date | Title | Lowered Target Price | Lowered Rating |
|---|---|---|---|---|---|
| 31 | Wells Fargo | March 21, 2018 | Facebook, Inc.: FB: It's Not You, It's Us | | |
| 32 | Argus | March 22, 2018 | FACEBOOK INC | | |
| 33 | CFRA | March 22, 2018 | Stock Report: Facebook, Inc. | | |
| 34 | Cowen | March 22, 2018 | FACEBOOK: FB'S MARK ZUCKERBERG STRUCK THE RIGHT TONE DURING CNN INTERVIEW | | |
| 35 | Evercore ISI | March 22, 2018 | FACEBOOK INC. Thus Spoke Zuckerberg | | |
| 36 | Morgan Stanley | March 22, 2018 | What Did We Learn About FB, GOOGL and AMZN from Shoptalk? | | |
| 37 | Morningstar | March 23, 2018 | Facebook Attempting to Address More Data Issues; Shares Are Down 7%, but Remain Fairly Valued | | |
| 38 | Morningstar | March 23, 2018 | Research Highlights: A weekly summary of our best ideas and developments in the companies we cover. | | |
| 39 | Wedbush | March 23, 2018 | Facebook (FB): Some Harm, Some Foul: Our View on Potential Ramifications of FB Data Breach | | |
| 40 | Baird | March 26, 2018 | Facebook, Inc. (FB) Survey Suggests Usage Metrics Could Weaken, but Likely Short-Lived | X | |
| 41 | Canaccord Genuity | March 26, 2018 | Facebook: Some thoughts on this opportunity in FB stock | | |
| 42 | MoffettNathanson | March 26, 2018 | Facebook (FB): Facebook: Should You #DeleteFB From Your Portfolio? | | |
| 43 | Morningstar | March 26, 2018 | Facebook Inc FB: Many Downside Scenarios Are Priced In; Facebook Shares Are Now Attractive; Maintaining $198 FVE | | |
| 44 | Stock Traders Daily | March 26, 2018 | FB is a Buy…. | | |
| 45 | Wells Fargo | March 26, 2018 | Facebook, Inc. FB: Official FTC Announcement Expected | | |

| # | Contributor | Date | Title | Lowered Target Price | Lowered Rating |
|---|---|---|---|---|---|
| 46 | Aegis Capital | March 27, 2018 | Facebook, Inc.: This Storm Is Likely To Linger; But It Should Pass; Maintain Buy | X | |
| 47 | BAML | March 27, 2018 | Facebook: FTC investigation increases regulatory risk; Lowering PO to $210 | X | |
| 48 | CFRA | March 27, 2018 | Stock Report: Facebook, Inc. | | |
| 49 | Raymond James | March 27, 2018 | Facebook, Inc.: Updated Facebook Thoughts and User Survey | | |
| **Analyst Reports that Did Not Publish Value Assessment(s)** | | | | | |
| 50 | CrispIdea Research | March 19, 2018 | U.S. Market Daily | | |
| 51 | HSBC | March 19, 2018 | Facebook, GDPR and data ethics | | |
| 52 | S3 | March 19, 2018 | S3 Analytics: FAANG Short Sellers Are Smiling Today | | |
| 53 | S3 | March 20, 2018 | S3 Analytics: FAANG Part Deux | | |
| 54 | Vermillion | March 22, 2018 | The "Flip" Side | | |
| 55 | CrispIdea Research | March 27, 2018 | U.S. Market Daily – March 27, 2018 | | |
| 56 | Susquehanna | March 27, 2018 | SCOR: 1 In A Row … Finally Current … Revisiting Set Up … Now Actionable BUY | | |

**<u>Exhibit 3B</u>. Review of Commentary in Seven Analyst Reports Issued Between March 16, 2018 and March 27, 2018 in Which Analysts Lowered Their Target Price**

1. 49 of the 56 analyst reports on Facebook issued between March 16, 2018 (the date of Facebook's post) and March 27, 2018 (one week after Plaintiffs' last Alleged Corrective Disclosure on March 20, 2018) had published Value Assessment(s). Of these, seven lowered their Target Price for the stock, namely, Macquarie Research, BAML (two reports), CFRA, Evercore ISI, Baird, and Aegis Capital.

2. None of these seven analyst reports lowered its Rating for Facebook stock; six maintained their Ratings, and one *increased* its Rating.[236]

3. None of these seven analyst reports attributed Facebook's stock price decline following the March 2018 News, or their Target Price or Rating revisions, to the Initial Misuse. Instead, these analyst reports cited other concerns arising from the Continued Misuse news, *e.g.,* the possibility that news of the Continued Misuse would heighten "headline risk" (or adverse news coverage), regulatory concerns or lower user engagement on Facebook's platform in the near term.

4. On March 19, 2018, Macquarie Research analysts lowered their Target Price from $205 to $200 while maintaining their "Outperform" rating, noting that:

> Bottom Line – Headlines matter. And in this case, headlines matter very much for the stock. While there will be plenty of journalists and others who can parse exactly what happened regarding this most recent issue involving Cambridge Analytica in terms of number of accounts and whether this was a "data breach" or not, the details matter very little when looking at this through the narrow lens of an equity analyst. **What matters for this stock, at this time, are the headlines**. **We are not lowering our near-term revenue or earnings estimates based on these headlines. However, we are very much concerned that the systemic risk around data-driven online advertising and specific concerns about FB's data are rising quickly.** While difficult to quantify in a meaningful way, this increased risk will manifest itself financially in the discount rate. … **We are lowering our PT to $200 from $205 based on higher systemic risk**. [237] (Emphasis added.)

[236] Baird, Aegis Capital, Macquarie Research, two reports issued by BAML, and Evercore ISI maintained their Ratings, and CFRA increased its Rating.

[237] Macquarie Research, "Facebook: Headlines Matter," March 19, 2018, at p. 1.

5. BAML maintained its prior Rating ("Buy") and Target Price ($265) for Facebook in a report issued on March 19, 2018 (after Facebook's March 16, 2018 Post and the news articles on March 17 and 18, 2018 about that post), in which the analyst report distinguished between the Initial Misuse and news of the Continued Misuse as I discussed above.[238]

6. It was not until after Mr. Zuckerberg's "first public statement since the Cambridge Analytica data management issues in a Facebook post after-market," that BAML issued another analyst report on March 21, 2018 in which it lowered its Target Price from $265 to $230, while reiterating its "Buy" Rating. The report did not attribute its change in Target Price to Initial Misuse, stating:

> Brand recovery at Netflix (pricing change)/eBay (breach) and stabilization at Uber suggest Internet brands can rebound, and we think some FB social usage will move to Instagram. However, recoveries take time and with GDPR enforcement still to come in May, we think sentiment could remain pressured in 2Q. We also see risk that pre-2014 audits could surface additional unfavorable data management policy, **while regulatory and advertiser backlash could add additional negative headlines. We remain believers in the fundamental thesis** (Instagram momentum, messaging monetization, advertiser ROI) and maintain Buy, **but recognize potential impact of data privacy issues on user growth and ad targeting add a new layer of risk**. **In terms of timing, we think user growth and headline risk peaks in 2Q18, after which we'd expect trends to mostly normalize by 3Q. Given incremental risk to estimates, we lower our PO to $230 from $265** based on 24x 2019 GAAP PE (previously 28x), reflecting near-1x 23% expected 2019 EPS growth. [239] (Emphasis added.)

7. On March 27, 2018, BAML analysts issued another report after having lowered their Target Price on March 21, 2018. The March 27, 2018 report maintained BAML's "Buy" rating while further lowering its Target Price from $230 to $210.[240] It did not attribute its change in Target Price to Initial Misuse, instead noting:

> Advertiser pushback remains limited … and at this point, appears more moderate than the YouTube boycotts of early 2017. While we

[238] BAML, "Facebook: New data management and privacy issues fueling the fire," March 19, 2018, at p. 1.

[239] BAML, "Facebook: Data mgmt. changes underway as trust rebuilding process begins; PO to $230," March 21, 2018, at p. 1.

[240] BAML, "Facebook: FTC investigation increases regulatory risk; Lowering PO to $210," March 27, 2018, at p. 1.

> still think user concerns, advertiser headline & GDPR risk could continue to pressure the stock into 2Q18, **we remain positive on Instagram momentum, messaging monetization, and advertiser ROI and reiterate our Buy rating**. However, **we think the monetary risk and potentially extended FTC investigation will be an overhang and pressure the stock multiple, and we lower our PO** to $210 from $230 based on a lower 2019E P/E multiple of 22x (from 24x).[241] (Emphasis added.)

8. Similarly to BAML, CFRA did not initially change its Target Price or Rating in its first report after the March 16, 2018 announcement. CFRA analysts had increased their Target Price for Facebook stock from $210 to $250 on February 1, 2018.[242] After Facebook's post on Friday, March 16, 2018, these analysts had maintained their Rating and Target Price as of Monday, March 19, 2018.[243] At 3:13 PM ET, on March 20, 2018 CFRA *raised* its Rating from Buy to Strong Buy but lowered their Target Price from $250 back to $210, above CFRA's previous Target Price of $200 prior to February 1, 2018.[244] In their report on March 20, 2018, CFRA explained the change as due to regulatory and reputational risks, stating:

> CFRA UPGRADES OUR OPINION ON SHARES OF FACEBOOK, INC. TO STRONG BUY FROM BUY … We cut our 12-month target price by $40 to $210. Peers have a median forward P/E of 26.4.X and P/E-to-growth of 1.5. **Applying discounts, given more reputational and regulatory risks related to the Cambridge Analytica situation, results in our target**. Peer valuations have also fallen. FB is in the cross-hairs of many around the world, including regulators, legislators, and lawyers, and has to explain what happened with Cambridge Analytica and related polices and practices. **We believe FB will make it through this difficult period**, and note a 15% decline from last month's high. [245] (Emphasis added.)

---

[241] BAML, "Facebook: FTC investigation increases regulatory risk; Lowering PO to $210," March 27, 2018, at p. 1.

[242] CFRA, "Stock Report: Facebook, Inc.," March 20, 2018, at p. 5 ("February 1, 2018 10:07 am ET … CFRA REITERATES BUY OPINION ON SHARES OF FACEBOOK, INC. (FB 186.89****): We raise our 12-month target by $50 to $250.").

[243] CFRA, "Stock Report: Facebook. Inc.," March 20, 2018, at p. 5 ("March 19, 2018 02:55 pm ET … UPDATE - CFRA REITERATES BUY OPINION ON SHARES OF FACEBOOK, INC. (FB 185.09****)".

[244] CFRA, "Stock Report: Facebook Inc.," March 20, 2018, at p. 5 ("03:13 pm ET… CFRA UPGRADES OUR OPINION ON SHARES OF FACEBOOK, INC. TO STRONG BUY FROM BUY (FB 172.56*****): We cut our 12-month target price by $40 to $210 … February 1, 2018 … We raise our 12-month target price by $50 to $250.").

[245] CFRA, "Stock Report: Facebook, Inc.," March 20, 2018, at p. 5.

9. On March 22, 2018, following Mr. Zuckerberg's response "to the Cambridge Analytica situation," CFRA analysts issued another report reiterating their "Strong Buy" Rating and their Target Price of $210, noting that the stock remained "a compelling value."[246]

10. On March 20, 2018, Evercore ISI analysts issued a report to discuss their "thoughts on [the March 19, 2018] selloff" of Facebook's stock.[247] The analysts maintained their "Outperform" Rating noting that in their opinion, the Company's "financial outlook [remained] unchanged."[248]

11. The Evercore ISI analysts lowered their Target Price from $225 to $205, stating that:

> Politicians are now calling for further investigation and hearings/testimony, all of which could continue to provide a great deal of **headline risk** and stoke investor anxiety.
>
> …
>
> The fallout from the 2016 election is likely to remain a source of frustration for bullish investors in the near-term. As a result, we reduce our target multiple from 25x to 23x our 2019 GAAP EPS estimate, which remains unchanged at $8.83. **As we have said before, over the longer term, financial results should justify ownership. We do not as of now foresee current controversy as having a major impact on demand for Facebook's properties from either users or advertisers.**[249] (Emphasis added.)

12. Notably these Evercore ISI analysts also explicitly stated that:

> The notion that nefarious actors may have used FB to influence the election has been well-publicized for more than a year and has been widely reported. Similarly, users have known for years that Facebook itself possesses their data (friends, interests, "likes"). At

[246] CFRA, "Stock Report: Facebook, Inc.," March 22, 2018, at p. 5 ("10:04 am ET … CFRA REITERATES STRONG BUY OPINION ON SHARES OF FACEBOOK,INC. (FB 169.39*****): Yesterday, Facebook and CEO Mark Zuckerberg finally responded to the Cambridge Analytica situation with direct communications and media interviews. FB announced actions to address Facebook app "abuse," including reviewing apps, informing users about data misuse, restricting login data, encouraging user management, and rewarding people finding vulnerabilities. Zuckerberg indicated he would be open to testifying before Congress and FB being regulated. He also signaled a greater emphasis on data security and related company transparency. We continue to see FB as a compelling value. /Scott Kessler.").

[247] Evercore ISI, "FACEBOOK INC: Darkest Hour: Thoughts on Yesterday's Selloff," March 20, 2018, at p. 45.

[248] Evercore ISI, "FACEBOOK INC: Darkest Hour: Thoughts on Yesterday's Selloff," March 20, 2018, at p. 45.

[249] Evercore ISI, "FACEBOOK INC: Darkest Hour: Thoughts on Yesterday's Selloff," March 20, 2018, at p. 45.

> the margin, maybe this story has some incremental impact, but the article largely crystallizes existing concerns rather than introducing new ones.[250]

13. On March 26, 2018, Baird analysts lowered their Target Price from $225 to $210 while maintaining their "Outperform" Rating.[251] The analysts explained that the Target Price reduction reflected the potential near-term effects of the ongoing negative headlines, but Facebook remained attractive over the medium and long term:

> Is Cambridge "just a flesh wound?" Our latest social media survey indicates some moderation in Facebook usage, likely coinciding with recent negative headlines. However, **our checks with advertisers and agencies suggest little impact on ad revenues to-date**, although we note the potential for brands and SMBs to pause some Facebook campaigns until headlines subside. As such, we are lowering our price target to $210 using a higher discount rate, although we believe **shares remain attractive for investors with medium/long-term time horizons**.[252] (Emphasis added.)

14. Baird analysts further noted that some advertisers could "temporarily pull back spending on Facebook," but they expected "any advertiser pullback will be short-lived" given Facebook's return on advertising spend.[253]

15. On March 27, 2018, Aegis Capital analysts lowered their Target Price from $220 to $215, while maintaining their "Buy" rating. Notably, the analysts expressly stated their expectation of "Facebook emerging from this cleaner and in good fundamental shape."[254] They also noted:

> [W]ith the exception of users tied to the media, highly political users, and those with investment backgrounds, we found that **the average Facebook user paid little attention to the data privacy concerns raised by the Cambridge Analytica crisis**. Very few

---

[250] Evercore ISI, "FACEBOOK INC: Darkest Hour: Thoughts on Yesterday's Selloff," March 20, 2018, at p. 45.

[251] Baird, "Facebook, Inc. (FB): Survey Suggests Usage Metrics Could Weaken, but Likely Short-Lived," March 26, 2018, at pp. 1-2.

[252] Baird, "Facebook, Inc. (FB): Survey Suggests Usage Metrics Could Weaken, but Likely Short-Lived," March 26, 2018, at p. 1.

[253] Baird, "Facebook, Inc. (FB): Survey Suggests Usage Metrics Could Weaken, but Likely Short-Lived," March 26, 2018, at p. 1.

[254] Aegis Capital, "Facebook, Inc.: This Storm Is Likely To Linger; But It Should Pass; Maintain Buy," March 27, 2018, at p. 1.

users indicated a loss of trust in Facebook, and **most indicated no intention of deleting their accounts or reducing their use of the platform**.[255] (Emphasis added.)

[255] Aegis Capital, "Facebook, Inc.: This Storm Is Likely To Linger; But It Should Pass; Maintain Buy," March 27, 2018, at p. 1.

**EXHIBIT 4. ANALYST REPORTS REVIEWED IN SECTION VIII, FOR THE ONE-WEEK PERIOD FOLLOWING THE JUNE 3, 2018 *NEW YORK TIMES* ARTICLE**

| # | Contributor | Date | Title | Mentions Alleged Whitelisting |
|---|---|---|---|---|
| 1 | CFRA | June 4, 2018 | Stock Report: Facebook, Inc. | X |
| 2 | Morningstar | June 4, 2018 | Facebook Inc FB: As Facebook opens its advertising platform, the company's leadership position is almost unrivaled (29 pages) | |
| 3 | Morningstar | June 4, 2018 | Facebook Inc FB (14 pages) | |
| 4 | Deutsche Bank | June 5, 2018 | Snap User Growth on Uptrend; FB Stable post GDPR | |
| 5 | CrispIdea Research | June 6, 2018 | Facebook (FB) Hold: Technicals as well as fundamentals favors the stock, Updating coverage with PT of USD 1409 | X |
| 6 | Mizuho Securities USA | June 6, 2018 | Takeaways from Vertical Video Ads Call | |
| 7 | Needham | June 6, 2018 | Facebook, Inc. (FB): FB vs SNAP vs TWTR - Spending Shifts | |
| 8 | Morgan Stanley | June 8, 2018 | India Summit 2018: How Facebook and Google Driving Digital Payments | |
| 9 | SunTrust | June 8, 2018 | Internet - FB and GOOGL Back in Media Spotlight; Valuation Hits 5-Yr. High; News-Filled Week for FB, AMZN and GOOG | X |
| 10 | Elazar Advisors | June 10, 2018 | Facebook: $540 12 Month Target | |
| 11 | Elazar Advisors | June 10, 2018 | Updated Target Prices: Google $1780, Facebook $540, Trade Desk $170 | |
| 12 | KeyBanc Capital Markets | June 10, 2018 | Facebook, Inc. FB: Instagram Could Be Primary Growth Driver by 2020 | |
| **Analyst Reports that Did Not Publish Value Assessment(s)** | | | | |
| 13 | Red Pulse | June 6, 2018 | Facebook Discloses Data-Sharing with Four Chinese Firms Since 2010 | X |

**EXHIBIT 5. FACEBOOK'S Q2 2018 EARNINGS RESULTS AND CONFERENCE CALL**

1. Mr. Zuckerberg noted that Q2 2018 had been "another solid quarter" for the Company and its quarterly revenue had grown "42% year-over-year to $13.2 billion," and that Facebook "now has more than 2.2 billion monthly actives with almost 1.5 billion actives using it every day."[256] He discussed, among other things:

(i) Facebook's investments "over the last 6 months to improve safety, security and privacy across [its] services."[257]

(ii) The reduction of monthly active users ("MAU") in Europe by "about 1 million people" due to GDPR, adding that "the vast majority of people affirm that they want us to use context, including from websites they visit, to make their ads more relevant and improve their overall product experience."[258]

(iii) Other initiatives such as the launch of IGTV, [259] the growth of Watch and Stories and "progress with virtual reality."[260]

2. On the same call, Facebook's CFO, Mr. Wehner, discussed the Company's Q2 2018 financials, noting, among other things[261] that:

---

[256] Facebook Q2 2018 Call Transcript, p. 4.

[257] Facebook Q2 2018 Call Transcript, pp. 4-5 (In discussing the Company's investments in privacy, Mr. Zuckerberg stated: "We recently launched 2 important ad transparency tools: one to let anyone see the ads any page is running even if the ads aren't targeted to you; and the other, an archive of ads with political or issue content that's starting in the U.S. ready for the midterm elections. These ads are now labeled so you can clearly see who's paying for them. And within the archive, you can see the budget associated with each ad, how many people saw it and search all ads with political or issue content that an advertiser has run for up to 7 years. This level of transparency will mean increased accountability and responsibility for advertisers globally. … [Facebook is] also making progress in the fight against misinformation. We're getting rid of the financial incentives for spammers to create fake news, much of which is economically motivated.").

[258] Facebook Q2 2018 Call Transcript, p. 5.

[259] Facebook Q2 2018 Call Transcript, p. 6 ("People are watching less TV but more video, but most video is not yet optimized for mobile. IGTV will help solve that problem. It's designed specifically for mobile and makes watching long-form vertical video from creators easy. There's a stand-alone IGTV app, but you can also watch within the Instagram app. So that means the entire Instagram community has been able to use it from the start.").

[260] Facebook Q2 2018 Call Transcript, p. 6.

[261] Among other things Mr. Wehner stated:

(i) "Q2 total revenue was $13.2 billion, up 42% or 38% [year-over-year] on a constant currency basis. Foreign exchange tailwinds contributed approximately $370 million of revenue in Q2." [The Q2 2018 revenue of $13.2 billion was 0.86% below the consensus estimate. See Facebook Q2 2018 Call Transcript, p.1].

> Daily active users on Facebook reached 1.47 billion, up 11% compared to last year led by growth in India, Indonesia and the Philippines. This number represents approximately 66% of the 2.23 billion monthly active users in Q2. MAUs were up 228 million or 11% compared to last year. It's worth noting that MAU and DAU in Europe were both down slightly quarter-over-quarter due to the GDPR rollout, consistent with the outlook we gave on the Q1 call.[262]

3. Mr. Wehner also provided the Company's outlook for future revenues, expenses, operating margin, and capital expenditure, which I discuss below.

4. *Revenue outlook:* Mr. Wehner discussed the Company's expected revenue deceleration and the three factors (highlighted below) that would impact its revenue growth, as follows:

> Our total revenue growth rates decelerated approximately 7 percentage points in Q2 compared to Q1. Our total revenue growth rates will continue to decelerate in the second half of 2018, and we expect our revenue growth rates to decline by high single-digit percentages from prior quarters sequentially in both Q3 and Q4. There are **several factors contributing to that deceleration.** For example, we expect **currency to be a slight headwind** in the second half versus the tailwinds we have experienced over the last several quarters. We plan to grow and promote certain engaging experiences like **Stories that currently have lower levels of monetization**, and we are also **giving people who use our services more choices around data privacy,** which may have an impact on our revenue growth.[263] (Emphasis added.)

---

(ii) "Q2 ad revenue was $13 billion, up 42% or 38% on a constant currency basis. In terms of ad revenue by region, Europe and Asia Pacific both grew fastest at 47% each and benefited from foreign exchange tailwinds. … European ad revenue growth decelerated more quickly than other regions and was impacted primarily by reduced currency tailwinds and, to a lesser extent, the rollout of GDPR. Mobile ad revenue was $11.9 billion, up 50% and represents approximately 91% of ad revenue."

(iii) "Total expenses were $7.4 billion, up 50%. We ended Q2 with over 30,000 full time employees, up 47% compared to last year."

(iv) "Operating income was $5.9 billion, representing a 44% operating margin. Our effective tax rate in the quarter was 13%. Net income was $5.1 billion or $1.74 per share."

(v) "Capital expenditures were $3.5 billion, driven by investments in data centers, servers, network infrastructure and office facilities." *See* Facebook Q2 2018 Call Transcript, at pp. 8-9.

[262] Facebook Q2 2018 Call Transcript, at p. 8.

[263] Facebook Q2 2018 Call Transcript, at p. 9.

Henceforth, I refer to the three factors which Mr. Wehner stated could slow Facebook's revenue growth (namely, (1) currency headwinds, (2) Stories, and (3) increasing users' privacy choices) as the "Revenue Deceleration factors."

5. *Expenses outlook:* Mr. Wehner discussed the Company's expected future expenses as follows:

> Turning now to expenses. We continue to expect that full year 2018 total expenses will grow in the range of 50% to 60% compared to last year. In addition to increases in core product development and infrastructure, this growth is driven by increasing investment in areas like **safety and security, AR/VR, marketing and content acquisition.** Looking beyond 2018, we anticipate that total expense growth will exceed revenue growth in 2019.[264] (Emphasis added.)

6. *Operating margin*: The Company's Q2 2018 operating margin was 44%, but Mr. Wehner stated:

> Over the next several years, [Facebook] would anticipate that our operating margins will trend towards the mid-30s on a percentage basis.[265]

7. *Capital expenditures*: Mr. Wehner stated that Facebook expected its "full year 2018 capital expenditures will be approximately $15 billion, driven by investments in data centers, servers, network infrastructure and office facilities," and the Company planned "to continue to grow capital expenditures beyond 2018 to support global growth and our ongoing product needs."[266]

---

[264] Facebook Q2 2018 Call Transcript, at p. 9.

[265] Facebook Q2 2018 Call Transcript, at p. 9.

[266] Facebook Q2 2018 Call Transcript, at p. 9.

**EXHIBIT 6. ANALYST REPORTS REVIEWED IN SECTION IX, FOR THE ONE-WEEK PERIOD FOLLOWING THE JULY 25, 2018 ALLEGED CORRECTIVE DISCLOSURE**

| # | Contributor | Date | Title |
|---|---|---|---|
| 1 | BAML | July 25, 2018 | Facebook: 2Q First Take: Negative Guidance Surprise |
| 2 | BMO | July 25, 2018 | Research Today |
| 3 | Canaccord Genuity | July 25, 2018 | Facebook: Lowering Target Price: Q2 ushers in a much more sober outlook |
| 4 | CFRA | July 25, 2018 | Stock Report: Facebook, Inc. |
| 5 | Citi | July 25, 2018 | Facebook, Inc (FB): 2Q18 Results Slightly Below Est. while Guidance Disappoints |
| 6 | Deutsche Bank | July 25, 2018 | Tough outlook but largely self-inflicted to promote Stories; an engagement (+) |
| 7 | Jefferies | July 25, 2018 | Facebook, Inc. (FB): Facebook 2Q Quick Take |
| 8 | KeyBanc Capital Markets | July 25, 2018 | Facebook, Inc.: FB: Shift to Stories Changes Near-Term Outlook; Long-Term Opportunity Remains |
| 9 | RBC Capital Markets | July 25, 2018 | Facebook, Inc. Don't Unfriend FB Now… |
| 10 | Red Pulse | July 25, 2018 | Facebook Plans Innovation Hub in China |
| 11 | Stifel | July 25, 2018 | Facebook, Inc.: Total Reset; Major Management Credibility Rebuild Ahead But Damage Done; Buy, PT To $202 |
| 12 | SunTrust | July 25, 2018 | Facebook, Inc. (FB): Strong (Though Not a Beat) 2Q18 Despite Continued Data Controversy |
| 13 | UBS | July 25, 2018 | First Read Facebook: Q2 2018 Quick Take |
| 14 | UBS | July 25, 2018 | Facebook: Taking a Break from Being Friends |
| 15 | Wells Fargo | July 25, 2018 | Facebook, Inc.: FB: Coming Up Against Scale |
| 16 | William Blair | July 25, 2018 | Facebook, Inc.: Rare Miss on Ad Revenue and Margin Commentary Pressure Shares |
| 17 | Aegis Capital | July 26, 2018 | Facebook, Inc.: Growth & Expense Reset But Don't Overly React; Maintain Buy But Lower PT To $206 |
| 18 | Atlantic Equities | July 26, 2018 | Facebook: Expectations reset amidst near-term headwinds |
| 19 | Baird | July 26, 2018 | Facebook, Inc. (FB): "Bold Strategy Cotton, Let's See if It Pays Off for Em" |
| 20 | BAML | July 26, 2018 | Facebook: Uncharacteristic miss; Guidance surprise seems overly bearish; PO to $205 |
| 21 | Barclays | July 26, 2018 | Facebook, Inc.: FB Throws Some Napalm On The Fire |
| 22 | BMO | July 26, 2018 | Facebook: Margin Erosion Expected, but Revenue Deceleration Greater Than Expected |
| 23 | CFRA | July 26, 2018 | Stock Report: Facebook, Inc. |
| 24 | Cowen | July 26, 2018 | FACEBOOK: 2Q18 RESULTS: 2H18 AD REV DECEL AND L-T MARGIN FORECAST WORSE THAN EXPECTED |

| | | | |
|---|---|---|---|
| **25** | Credit Suisse | July 26, 2018 | Facebook Inc. (FB): Long Term Guidance Calling for Margin Compression Raises New Existential Crisis |
| **26** | Daiwa Capital Markets | July 26, 2018 | Facebook (FB): Firm sees sharp growth slowdown |
| **27** | Evercore ISI | July 26, 2018 | FACEBOOK INC.: Facing Facts: Disappointing revenue and margin outlook provided unexpectedly |
| **28** | FBN | July 26, 2018 | Facebook: FB: Major Guidance Reset, but We Suspect the Company is Conservatively Creating a Lower Bar |
| **29** | Jefferies | July 26, 2018 | Facebook, Inc. (FB): Threw out the Kitchen Sink, but the Foundation is Secure |
| **30** | JPMorgan | July 26, 2018 | Facebook: Major Reset Stories & Data/Privacy Drag on N-T Revs Heavy Investments Continue; Remain OW, PT to $205 Dropping from AFL |
| **31** | Macquarie Research | July 26, 2018 | Facebook: 2Q'18: Bombshell Guidance; Structural Shifts |
| **32** | Mizuho Securities USA | July 26, 2018 | Facebook, Inc.: GDPR and Mix Shift to Stories |
| **33** | MKM Partners | July 26, 2018 | FB: Post-Call Thoughts from MKM |
| **34** | MoffettNathanson | July 26, 2018 | Facebook: The New Reality or Self-Immolation for Self Protection |
| **35** | Morgan Stanley | July 26, 2018 | Facebook Inc: What's the Story? Lower PT to $185 |
| **36** | Morningstar | July 26, 2018 | Facebook Inc FB: Facebook Reported Mixed 2Q Results and Disappointing Margin Guidance; Lowering FVE to $186 |
| **37** | Needham | July 26, 2018 | Facebook, Inc. (FB): FB Falls on Guidance; Buy on Weakness |
| **38** | Oppenheimer | July 26, 2018 | Facebook, Inc.: Self-Inflicted Revenue Slowdown, Combined with Higher Costs to Protect Platform; But Valuation Remains Reasonable |
| **39** | Piper Jaffray | July 26, 2018 | Facebook, Inc. (FB): GDPR, Promotion of Stories and FX Drive Miss and Guide Down; OW, But PT to $200 |
| **40** | Pivotal Research Group | July 26, 2018 | Facebook (FB): FB: 2Q18 Results OK, But Outlook Suggests Growth "Wall" In Sight |
| **41** | Raymond James | July 26, 2018 | Facebook, Inc.: Downgrade to Outperform on Lower Revenue Growth and Margin Outlook; PT to $210 |
| **42** | Red Pulse | July 26, 2018 | Facebook's Approval Revoked to Launch Subsidiary in Hangzhou |
| **43** | Red Pulse | July 26, 2018 | HKEx Delays Plan for Wider Access to Weighted Voting Rights |
| **44** | S3 | July 26, 2018 | S3 Analytics: Facebook Shorts up $1.1 billion on 19% Price Decline |
| **45** | Stephens | July 26, 2018 | FB 2H Growth Decel / GDPR Comments: Read Throughs To ACXM / Data Cos |

| | | | |
|---|---|---|---|
| **46** | SunTrust | July 26, 2018 | Facebook, Inc. (FB): Stronger Head Winds to Growth/ Margin; Platform/LT Outlook Remain Compelling |
| **47** | Susquehanna | July 26, 2018 | Facebook, Inc.: Should FB Trade at a 15%+ Discount to GOOGL? |
| **48** | Wedbush | July 26, 2018 | Facebook (FB): Even the Best Hitters Strike Out Sometimes |
| **49** | William O'Neil | July 26, 2018 | Strategy View: U.S. Market Health Check |
| **50** | Argus | July 27, 2018 | FACEBOOK INC |
| **51** | CFRA | July 27, 2018 | Stock Report: Facebook, Inc. |
| **52** | JMP | July 27, 2018 | Facebook, Inc. (FB): Resetting Growth and Profitability Expectations as Facebook Enters an Investment Cycle |
| **53** | JPMorgan | July 27, 2018 | Results Takeaways from Major Overseas Ad Agencies, Alphabet, and Facebook: Mixed, but Concerns Could Rise into 2H |
| **54** | Tematica | July 27, 2018 | The Weekly Wrap: A LOOK BACK AT THE WEEK OF JULY 23 - 27, 2018 |
| **55** | Zacks | July 27, 2018 | Facebook, Inc. (NASDAQ: FB) |
| **56** | CFRA | July 30, 2018 | Stock Report: Facebook, Inc. |
| **57** | CrispIdea Research | July 30, 2018 | Facebook Inc (FB – Q2FY18) Buy Loosing its strength as a social media giant |
| **58** | Elazar Advisors | July 30, 2018 | Facebook FB Neutral Rating |
| **59** | Zacks | July 31, 2018 | Facebook, Inc. (NASDAQ: FB) |
| **60** | BMO | August 1, 2018 | Facebook: 2Q Follow-Up Thoughts: Top Three Issues & Gauging Management's Control of Each |
| **61** | Summit | August 1, 2018 | Twitter Inc (TWTR): Not Facebook: Little Similarity In Outlook And Fundamentals; Trimming PT To $45 Due To Pull-Back In Comp Group |

## Exhibit 7: Confounding Factors Discussed in the Complaint References

| | | | Topics Discussed in Facebook's Q2 2018 Earnings Call, Wednesday, July 25, 2018 (after hours) | | | | | | | Other Factors Unrelated to Cambridge Analytica Initial Misuse or the Alleged Whitelisting | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Revenue Deceleration Factors | | | Expense/Operating Margin Outlook Factors | | | User Engagement | Factors that Prompted Facebook's Investments to Improve Safety, Security and Privacy | | | Other Confounding Factors | |
| # | Complaint Location (¶ 693-700(q)) | Complaint Reference | Currency Headwinds | Promotion of Experiences (like Stories) with Lower Monetization | Giving Users More Data Privacy Choices *as a Part of GDPR* | Investment in Innovation, AR/VR, AI | Marketing and Video Content Acquisition | Capital Expenditure | Decline in European User Engagement due to GDPR | Russia Interference in 2016 US Election | Content Policies in Sri Lanka and Myanmar | WhatsApp Misinformation in India | China Regulator Withdrawal of Company Innovation Hub | Interview: Zuckerberg's Reported Defense of Holocaust Deniers |
| 1 | 693 | CFRA, "Stock Report: Facebook, Inc.," July 26, 2018 | | | | | | X | X | | | | | |
| 2 | | Cowen, "FACEBOOK: 2Q18 RESULTS: 2H18 AD REV DECEL AND L-T MARGIN FORECAST WORSE THAN EXPECTED," July 26, 2018 | X | X | X | X | X | X | X | | | | | |
| 3 | | Wells Fargo, "Facebook, Inc.: FB: Coming Up Against Scale," July 25, 2018 ***Also cited in ¶ 700(b) (see row 19)*** | X | X | X | X | X | X | | | | | | |
| 4 | 694 | JPMorgan, "Facebook: Major Reset Stories & Data/Privacy Drag on N-T Revs Heavy Investments Continue; Remain OW, PT to $205 Dropping from AFL," July 26, 2018 | X | X | X | X | X | X | X | | | | | |
| 5 | 695 | Macquarie Research, "Facebook: 2Q'18: Bombshell Guidance; Structural Shifts," July 26, 2018 | X | X | X | X | X | X | X | | | | | |
| 6 | | FBN, "Facebook: FB: Major Guidance Reset, but We Suspect the Company is Conservatively Creating a Lower Bar," July 26, 2018 | X | X | X | | | | X | | | | | |
| 7 | 696 | Barclays, "Facebook, Inc.: FB Throws Some Napalm On The Fire ," July 26, 2018 | X | X | X | X | X | X | X | | | | | |
| 8 | 697 | "Facebook shares collapse as a result of Cambridge Analytica election scandal," CNBC, July 25, 2018 | | | | | | | | | | | | |
| 9 | | Frier, Sarah, "Facebook Takes Historic Plunge as Scandals Finally Take a Toll," Bloomberg, July 26, 2018 | X | X | X | X | X | | X | X | X | | | |
| 10 | | Frenkel, Sheera, "Facebook Starts Paying a Price for Scandals," The New York Times, July 25, 2018 | | | | | | | X | X | | | | |
| 11 | | Nieva, Richard, "Facebook's bad year just got worse," CNET, July 26, 2018 | | | | | | | X | X | X | X | | X |
| 12 | 698 | Leetaru, Kaley, "Profit Versus Privacy: Facebook's Stock Collapse And Its Empty 'Privacy First' Promise," Forbes, July 30, 2018 | | | | | | | | | | | | |
| 13 | | Sanders, James, "Facebook data privacy scandal: A cheat sheet," TechRepublic, September 12, 2018 | | | | | | | | | | | | |
| 14 | | Guynn, Jessica, "Why Facebook had its worst day ever (and yes, Cambridge Analytica is partly to blame)," USA Today, July 26, 2018 ***Also cited in ¶ 700(j) (see row 27 )*** | | | | X | X | | X | X | X | | | |
| 15 | | Timberg, Craig and Elizabeth Dwoskin, "How years of privacy controversies finally caught up with Facebook," The Washington Post, July 30, 2018 | | | X | | | | X | X | | | | |

## Exhibit 7: Confounding Factors Discussed in the Complaint References

| | | | Topics Discussed in Facebook's Q2 2018 Earnings Call, Wednesday, July 25, 2018 (after hours) | | | | | | | Other Factors Unrelated to Cambridge Analytica Initial Misuse or the Alleged Whitelisting | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Revenue Deceleration Factors | | | Expense/Operating Margin Outlook Factors | | | User Engagement | Factors that Prompted Facebook's Investments to Improve Safety, Security and Privacy | | | Other Confounding Factors | |
| # | Complaint Location (¶ 693-700(q)) | Complaint Reference | Currency Headwinds | Promotion of Experiences (like Stories) with Lower Monetization | Giving Users More Data Privacy Choices *as a Part of GDPR* | Investment in Innovation, AR/VR, AI | Marketing and Video Content Acquisition | Capital Expenditure | Decline in European User Engagement due to GDPR | Russia Interference in 2016 US Election | Content Policies in Sri Lanka and Myanmar | WhatsApp Misinformation in India | China Regulator Withdrawal of Company Innovation Hub | Interview: Zuckerberg's Reported Defense of Holocaust Deniers |
| 16 | 699 | Neate, Rupert, "Over $119bn wiped off Facebook's market cap after growth shock," The Guardian, July 26, 2018 ***Also cited in ¶ 700(h) (see row 25)*** | | X | | | | | | X | | | | |
| 17 | | Embury-Dennis, Tom,"Facebook shares plummet over privacy scandal and slow growth in new users," The Independent, July 25, 2018 | | | | | X | | X | X | | X | X | |
| 18 | 700(a) | UBS, "Facebook: Taking a Break from Being Friends," July 25, 2018 | X | X | X | X | X | X | X | | | | | |
| 19 | 700(b) | Wells Fargo, "Facebook, Inc.: FB: Coming Up Against Scale," July 25, 2018 ***Also cited in ¶ 693 (see row 3)*** | X | X | X | X | X | X | | | | | | |
| 20 | 700(c) | William Blair, "Facebook, Inc.: Rare Miss on Ad Revenue and Margin Commentary Pressure Shares," July 25, 2018 | X | X | X | X | X | X | X | | | | | |
| 21 | 700(d) | Krause, Reinhardt and Brian Deagon, "Facebook Stock Crashes On Earnings Call Warning After Revenue Misses," Investor's Business Daily, July 26, 2018 | | | X | | | | | | | | | |
| 22 | 700(e) | "Facebook plunges $US150b in two hours on privacy and revenue concerns," Australian Broadcasting Corporation, July 25, 2018 | X | | X | | X | | X | X | | X | X | |
| 23 | 700(f) | Statt, Nick, "Facebook growth slows in aftermath of privacy scandal," The Verge, July 25, 2018 | | | | | | | X | | | | | |
| 24 | 700(g) | "Facebook, Inc. (FB) Stock Plunges on Earnings," U.S. News & World Report, July 24, 2018 | | | | | | | | | | | | |
| 25 | 700(h) | Neate, Rupert, "Over $119bn wiped off Facebook's market cap after growth shock," The Guardian, July 26, 2018 ***Also cited in ¶ 699 (see row 16)*** | | X | | | | | | X | | | | |
| 26 | 700(i) | Deagon, Brian, "IBD 50 Stocks To Watch: Facebook Stock Plunges On Weak Results," Investor's Business Daily, July 26, 2018 | X | X | | X | X | X | | | | | | |
| 27 | 700(j) | Guynn, Jessica, "Why Facebook had its worst day ever (and yes, Cambridge Analytica is partly to blame)," USA Today, July 26, 2018 ***Also cited in ¶ 698 (see row 14)*** | | | | X | X | | X | X | X | | | |
| 28 | 700(k) | Berg, Madeleine, "On A Bad Day For Facebook Stock, Mark Zuckerberg's Net Worth Plunges $15.4 Billion," Forbes, July 26, 2018 | | | | | | | | | | | | X |
| 29 | 700(l) | Mangalindan, JP,"Facebook user numbers and revenue guidance disappoint, stock collapses," Yahoo Finance, July 26, 2018 | | X | | | | | | | | | | X |

# Exhibit 7: Confounding Factors Discussed in the Complaint References

| | | | Topics Discussed in Facebook's Q2 2018 Earnings Call, Wednesday, July 25, 2018 (after hours) | | | | | | | Other Factors Unrelated to Cambridge Analytica Initial Misuse or the Alleged Whitelisting | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Revenue Deceleration Factors | | | Expense/Operating Margin Outlook Factors | | | User Engagement | Factors that Prompted Facebook's Investments to Improve Safety, Security and Privacy | | | Other Confounding Factors | |
| # | Complaint Location (¶ 693-700(q)) | Complaint Reference | Currency Headwinds | Promotion of Experiences (like Stories) with Lower Monetization | Giving Users More Data Privacy Choices *as a Part of GDPR* | Investment in Innovation, AR/VR, AI | Marketing and Video Content Acquisition | Capital Expenditure | Decline in European User Engagement due to GDPR | Russia Interference in 2016 US Election | Content Policies in Sri Lanka and Myanmar | WhatsApp Misinformation in India | China Regulator Withdrawal of Company Innovation Hub | Interview: Zuckerberg's Reported Defense of Holocaust Deniers |
| 30 | 700(m) | Vengattil, Munsif and Paresh Dave,"Facebook loses US$150 billion in market value over privacy concerns," Techpartner.news (formerly CRN Australia), July 26, 2018 | X | | X | | X | | X | X | | X | X | |
| 31 | 700(n) | Spangler, Todd, "Facebook Loses $120 Billion in Market Value, as Stock Slides on Fears Growth Is Hitting a Wall," Variety, July 26, 2018 | X | X | | | | | | | | | | |
| 32 | 700(o) | Aegis Capital, "Facebook, Inc.: Growth & Expense Reset But Don't Overly React; Maintain Buy But Lower PT To $206," July 26, 2018 | X | X | X | X | | | | | | | | |
| 33 | 700(p) | Evercore ISI, "Facing Facts: Disappointing revenue and margin outlook provided unexpectedly," July 26, 2018 | X | X | | X | X | X | X | | | | | |
| 34 | 700(q) | MKM Partners, "FB: Post-Call Thoughts from MKM," July 26, 2018 | X | X | | | | X | X | | | | | |
| **Total Confounding Factor Mentions in Complaint References:[1]** | | | **16** | **16** | **14** | **12** | **14** | **11** | **19** | **9** | **3** | **4** | **3** | **3** |
| **Total Number of References to Confounding Factors Across the Complaint References: 124** | | | | | | | | | | | | | | |

**Note:**

[1] Total Confounding Factor Mentions in Complaint References corresponds to the number of instances across all of the 31 Complaint References that the corresponding topic is mentioned. Each Complaint Reference is only counted once.

**Source**: Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, In re Facebook, Inc. Securities Litigation, No. 5:18-cv-01725-EJD (N.D. Cal.), July 1, 2025.

# APPENDIX A. CURRICULUM VITAE

## Employment

**2004-Present** **Investment Strategy & Analysis, Inc.** **Petaluma, CA**

Founder of this consulting firm that provides expert witness consulting and equity research related to equities, options, and asset allocation to institutional investment managers. Represented engagements include:

- ***Squarepoint Capital*** (2023-present): Manage long/short equity portfolio;
- ***Marshall Wace*** (2021-2022): Managed a long/short equity portfolio with allocated capital of $50 million;
- ***Equity Risk Control Group*** (2019-2020): Advised this portfolio hedging service provider in expanding its market;
- ***Multiverse Capital*** (2018-2019): As Head of Investment Committee, sourced, evaluated and identified investments in early-stage, high-growth companies for this private equity firm.

**2006-Present** **Golden Gate University** **San Francisco, CA**

Adjunct Professor: Teach "Investments and Portfolio Management," an MBA course I developed.

**2015-Present** **Inferess** **San Francisco, CA**

Advisor to this company, which generates machine readable news feeds for algorithmic hedge funds.

**2017-Present** **HedgeSight, Inc.** **San Francisco, CA**

Member of the Advisory Board of this software company which develops software to evaluate and manage hedge fund investment portfolios.

**2019-Present** **San Francisco Zen Center** **San Francisco, CA**

Member of Investment Committee that oversees management for retirement and endowment funds (pro bono).

**2024-Present** **DE Capital Partners** **New York, NY**

Advisor to quantitative hedge fund.

**2019-2021** **Meros Investment Management** **San Francisco, CA**

Head of Distribution for this equity investment manager.

**2015-2023** **Oakpeak Equity Partners** **San Francisco, CA**

Advisor to private equity firm with emphasis in technology, consumer and real estate sectors.

**2012-2017** **Milliman, Inc.** **San Francisco, CA**

Senior Investment Consultant: Responsibilities included selecting and monitoring investment managers for Milliman's clients (pension plans, endowments and foundations); provided expert witness services.

**2011-2019** **Federated Employees' Retirement System of the City of San Jose**

Board member.

**2010-2012** **McCullough & Associates** **San Francisco, CA**

Director of Research for this fund's manager: Responsibilities included conducting primary research on large and small cap equities, and building custom valuation and analysis tools.

**2000-2004** **Dirks Capital Management** **San Francisco, CA**

Founder of California Registered Investment Advisory firm that:

- Managed long/short technology portfolio for Dirks Capital Partners;
- Served as sub-advisor of long-only technology equity portfolio for an institutional manager, Davidson Investment Advisors.

**1994-1999** **Harvard Management Company** **Boston, MA**

Equity Analyst: Managed long/short equity portfolio for Harvard's endowment's investments in technology companies.

**1991-1993** **Odyssey Partners** **New York, NY**

Equity Analyst: Researched long and short equity investment positions.

**1989-1991** **Feshbach Brothers** **Palo Alto, CA**

Equity Analyst: Researched stocks and managed positions for a short portfolio.

**1987-1989** **Cooper Industries** **Houston, TX**

Senior Financial Analyst: Performed valuation analyses for mergers and acquisitions.

**1979-1985** **Texas Instruments** **Dallas, TX**

Engineering manager for microwave integrated circuits manufacturing operation.

## Education

**Harvard Business School**, Boston, Massachusetts
Master in Business Administration, 1987.

**Bemidji State University**, Bemidji, Minnesota
Bachelor of Science (Major: Physics), 1979, *summa cum laude*.

## Select Publications

1. "Selling Short: Green Mountain Coffee Roasters," (case and teaching note), Ivey Publishing, August 21, 2017, available at Harvard Business Publishing Education.

2. "PIMCO StocksPLUS and StocksPLUS Absolute Return Analysis Report," *Contra Costa County Employees' Retirement Association,* June 16, 2014.

3. "Cypress Semiconductor Corporation and SunPower Corporation," (case and teaching notes), Ivey Publishing, September 15, 2009, available at Harvard Business Publishing Education.

## Current Professional Affiliations

Member, Chartered Financial Analyst (CFA) Society
Member, Forensic Expert Witness Association (FEWA)
Member, Gerson Lehrman Group Council
Non-Public Arbitrator, Financial Industry Regulatory Authority (FINRA) (January 2019-Present)
Voting Member, Securities Experts Roundtable

## <u>APPENDIX B</u>. LIST OF TESTIMONY FROM THE LAST FOUR YEARS

1. ***Confidential Arbitration Client E,*** American Arbitration Association, Case No. 01-25-0000-9510, Provided deposition on July 29, 2026.

2. ***United States of America v. Andrew Left,*** United States District Court, Central District of California, Case No. 2:24-cr-00456-TJH, Provided trial testimony on May 27 and 28, 2026.

3. ***Laquita Jones, et al. v. DISH Network Corporation, et al.,*** United States District Court, District of Colorado, Case No: 1:22-cv-00167, Provided deposition on September 30, 2025.

4. ***In Re: AME Church Employee Retirement Fund Litigation,*** United States District Court, Western District of Tennessee, MDL Docket No. 1:22-md-03035-STA-jay. Provided deposition on July 9, 2025.

5. ***David Fogel et al. vs. City of Menlo Park,*** Superior Court of the State of California, County of San Mateo, No. 21-CIV-06774, Provided trial testimony on April 2, 2025 and April 3, 2025.

6. ***Richmond Global Compass Fund Management GP, LLC, et al. vs. Decio Nascimento, et al.,*** Supreme Court of the State of New York, County of New York, Index No. 654190/2021. Provided deposition on March 20, 2025.

7. ***Jessica Lee v. Michael Wilkins, et al.*****,** Superior Court of the State of California, County of Contra Costa, Case Number: CIVMSC18-00816, Provided deposition on October 29, 2024. Provided trial testimony on December 3, 2024.

8. ***Patricia Klawonn, et al. v. Board of Directors for the Motion Picture Industry Pension Plans, et al.,*** United States District Court, Central District of California, Case 2:20-cv-09194-DMG-JEM, Provided deposition on May 15, 2024.

9. ***In re Prime Healthcare ERISA Litigation,*** United States District Court, Central District of California, Master Case and File No: 8:20-cv-01529-JLS. Provided trial testimony on April 11, 2024 and April 15, 2024.

10. ***In re Marriage of: Rose S. Cohen and Emiliano Berenbaum*****,** Superior Court of the State of California, County of Contra Costa, Case Number: D22-10795, Provided deposition on March 27, 2024.

11. ***Keri Findley v. Peter Findley,*** Superior Court of the State of California, County of San Francisco, Case No. CGC-21-591931. Provided deposition on October 16, 2023.

12. ***In re Quest Diagnostics Incorporated ERISA Litigation,*** United States District Court, District of New Jersey, Case No: 2:20-cv-07936. Provided deposition on June 23, 2023.

13. ***Jermaine Anderson et al. v. Advance Publications, Inc.*** United States District Court, Southern District of New York, Case No: 1:22-cv-06826, Provided deposition on May 30, 2023.

14. ***Mauricio Jasso et al. v. Wells Fargo Bank et al.,*** United States District Court, District of Nevada, Case No. 2:20-CV-00858-RFB-BNW, Provided deposition on May 24, 2023.

15. ***In re Quest Diagnostics Incorporated ERISA Litigation,*** United States District Court, District of New Jersey, Case No: 2:20-cv-07936. Provided deposition on May 10, 2023.

16. ***In re Prime Healthcare ERISA Litigation,*** United States District Court, Northern District of California, Master Case and File No: 8:20-cv-01529-JLS. Provided deposition on May 2, 2023.

17. ***In Re the Marriage of Renee Dawn Capri and David Scott Crawford,*** Superior Court of the State of California, County of San Mateo, Case No. 19FAM02249. Provided deposition on March 17, 2023. Provided trial testimony on March 29, 2023.

18. ***Confidential Arbitration Client C,*** American Arbitration Association, Case No. 01-21-0016-8950. Provided testimony on December 14, 2022.

19. ***Darya Dearing et al v. IQVIA Inc. et al,*** United States District Court, Middle District of North Carolina, Case No: 1:20-cv-00574-WO-JEP. Provided deposition on November 16, 2022.

# APPENDIX C. DOCUMENTS CONSIDERED

**Case Documents**

- Declaration of William M. Thomas, *In re Facebook, Inc. Securities Litigation,* No. 5:18-cv-01725-EJD (N.D. Cal.), June 9, 2026
- Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, *In re Facebook, Inc. Securities Litigation* , No. 5:18-cv-01725-EJD (N.D. Cal.), July 1, 2025
- Lead Plaintiffs' Amended Responses and Objections to Defendants' First Set of Interrogatories to Plaintiffs, *In re Facebook, Inc. Securities Litigation* , No. 5:18-cv-01725-EJD (N.D. Cal.), August 21, 2026
- Order Granting in Part and Denying in Part Defendants' Motion to Dismiss Fourth Amended Complaint, *In re Facebook, Inc. Securities Litigation* , No. 5:18-cv-01725-EJD (N.D. Cal.), February 27, 2026
- Reply Brief of Plaintiffs-Appellants, *In re Facebook, Inc. Securities Litigation,* No. 5:18-cv-01725-EJD (N.D. Cal.), October 12, 2022

**Expert Report**

- Expert Report of Jonah B. Gelbach, August 20, 2026
- Deposition of Jonah B. Gelbach, September 18, 2026

**SEC Filings and Earnings Calls**

- Facebook Form 10-K for the fiscal year ended December 31, 2016
- Facebook Form 10-K for the fiscal year ended December 31, 2017
- Facebook Form 10-Q for the quarter ending March 31, 2017 (Q1 2017)
- Facebook Form 10-Q for the quarter ending June 30, 2017 (Q2 2017)
- Facebook Form 10-Q for the quarter ending September 30, 2017 (Q3 2017)
- "Facebook, Inc. NasdaqGS:FB: FQ1 2018 Earnings Call Transcripts," *S&P Global Market Intelligence,* April 25, 2018
- "Facebook, Inc. NasdaqGS:FB: FQ2 2018 Earnings Call Transcripts," *S&P Global Market Intelligence,* July 25, 2018
- "Q2 2018 Earnings Conference Call Transcript," *Etsy, Inc.,* August 8, 2018, available at https://www.fool.com/earnings/call-transcripts/2018/08/08/etsy-etsy-q2-2018-earnings-conference-call-transcr.aspx
- "Q2 2018 Shareholder Letter," *Twitter, Inc.,* available at https://www.sec.gov/Archives/edgar/data/1418091/000156459018017680/twtr-ex991_6.htm

**Academic Literature**

- Beatty, Anne, Lin Cheng and Haiwen Zhang, "Are Risk Factor Disclosures Still Relevant? Evidence from Market Reactions to Risk Factor Disclosures Before and After the Financial Crisis," *Contemporary Accounting Research* , Vol. 36, No. 2 (2019)
- Busse, Jeffrey A. and T. Clifton Green, "Market efficiency in real time," *Journal of Financial Economics* , Vol. 65, No. 3 (2002)
- Campbell, John Y., Andrew W. Lo, and A. Craig MacKinlay, <u>The Econometrics of Financial Markets</u>, Princeton University Press, 1997
- Christensen Kim, Allan Timmermann and Bezirgen Veliyev, "Warp speed price moves: Jumps after earnings announcements," *Journal of Financial Economics* , Vol. 167 (2025)
- Li, Edward Xuejun, K. Ramesh, Min Shen, Joanna Shuang Wu, "Do Analyst Stock Recommendations Piggyback on Recent Corporate News? An Analysis of Regular-Hour and After-Hours Revisions," *Journal of Accounting Research,* Vol. 53, No. 4, (2015)

***<u>Academic Publications (Gelbach Report, Appendix B)</u>***

- Baker, Andrew and Jonah B. Gelbach, "Machine Learning and Predicted Returns for Event Studies in Securities Litigation," *Journal of Law, Finance & Accounting,* Vol. 5 (2021)
- Blankespoor, Elizabeth, Ed deHaan and Ivan Marinovic, "Disclosure Processing Costs, Investors' Information Choice, and Equity Market Outcomes: A Review," *Journal of Accounting & Economics,* Vol. 70, No. 1 (2020)
- Chordia, Tarun, Richard Roll and Avanidhar Subrahmanyam, "Liquidity and Market Efficiency," *Journal of Financial Economics,* Vol. 87 (2008)

# APPENDIX C. DOCUMENTS CONSIDERED


- – Chung, Dennis and Karel Hrazdil, "Liquidity and Market Efficiency: A Large Sample Study," *Journal of Banking & Finance,* Vol. 34 (2010)
- – Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance,* Vol. 25, No. 2 (1970)
- – Fama, Eugene F., "Efficient Capital Markets: II," *The Journal of Finance*, Vol. 46, No. 5 (1991)
- – Fisch, Jill E., Jonah B. Gelbach and Jonathan Klick, "The Logic and Limits of Event Studies in Securities Fraud Litigation," *Texas Law Review,* Vol. 96 (2018)
- – Gelbach, Jonah B., Eric Helland and Jonathan Klick, "Valid Inference in Single-Firm, Single-Event Studies," *American Law & Economics Review,* Vol. 15 (2013)
- – Jones, Charles M., "A Century of Stock Market Liquidity and Trading Costs," Working Paper (May 23, 2002)
- – MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature,* Vol. 35 (1997)
- – Tabak, David and Chudozie Okongwu, "Inflation Methodologies in Securities Fraud Cases: Theory and Practice," NERA Working Paper No. 2 (July 2002)

**Other Publicly Available Sources**

- – "An Update on Information Operations on Facebook," *Meta*, September 6, 2017, available at https://about.fb.com/news/2017/09/information-operations-update/
- – "Analyzing Analyst Recommendations," *U.S. Securities and Exchange Commission*, August 29, 2010, available at https://www.sec.gov/about/reports-publications/investorpubsanalystshtm
- – "Comscore Ranks the Top 50 U.S. Digital Media Properties for December 2015," *Comscore*, January 21, 2016, available at https://www.comscore.com/Insights/Rankings/comScore-Ranks-the-Top-50-US-Digital-Media-Properties-for-December-2015
- – "Cruz Campaign and Social Media – from the Guardian," *Daily Kos*, December 11, 2015, available at https://www.dailykos.com/stories/2015/12/11/1459205/community/Cruz-Campaign-and-Social-Media-from-the-Guardian/
- – "Data Policy," *Facebook*, September 29, 2016, available at https://web.archive.org/web/20170203173500/https://www.facebook.com/about/privacy/
- – "Data Use Policy," *Facebook*, December 11, 2012, available at https://web.archive.org/web/20130103230308/http://www.facebook.com/about/privacy/
- – "Does Facebook sell my information?" *Facebook*, December 3, 2012, available at https://web.archive.org/web/20121203090458/https://www.facebook.com/help/152637448140583/
- – "Equity Valuation: Concepts and Basic Tools," *CFA Institute,* available at https://www.cfainstitute.org/insights/professional-learning/refresher-readings/2026/equity-valuation-concepts-basic-tools
- – "EU data protection reform: Council confirms agreement with the European Parliament," *Council of the EU press release,* December 18, 2015, available at https://www.consilium.europa.eu/en/press/press-releases/2015/12/18/data-protection/pdf
- – "Exclusive interview with Facebook's Sheryl Sandberg," *Axios,* October 12, 2017, available at https://www.axios.com/2017/12/15/exclusive-interview-with-facebooks-sheryl-sandberg-1513306121
- – # "Facebook, Inc. (FB) Stock Plunges on Earnings," *U.S. News & World Report,* July 24, 2018, available at https://wtop.com/news/2018/07/facebook-inc-fb-stock-plunges-on-earnings/
- – "Facebook Platform Changelog," *Facebook Developers*, May 21, 2014, available at https://web.archive.org/web/20140521164802/https://developers.facebook.com/docs/apps/changelog
- – "Facebook Platform Launches with 65 Developer Partners and Over 85 Applications for Facebook," *Meta*, May 24, 2007, available at https://about.fb.com/news/2007/05/facebook-platform-launches-with-65-developer-partners-and-over-85-applications-for-facebook/
- – "Facebook Platform Policy," *Facebook Developers,* August 20, 2013, available at https://web.archive.org/web/20140324130817/https://developers.facebook.com/policy
- – "Facebook Platform Policy," *Facebook Developers*, March 25, 2015, available at https://web.archive.org/web/20151204051010/https://developers.facebook.com/policy/

## APPENDIX C. DOCUMENTS CONSIDERED

- "Facebook Platform Policy," *Facebook Developers,* May 26, 2016, available at https://web.archive.org/web/20170210040417/https://developers.facebook.com/policy/
- # "Facebook plunges $US150b in two hours on privacy and revenue concerns," *Australian Broadcasting Corporation,* July 25, 2018 available at https://www.abc.net.au/news/2018-07-26/facebook-stocks-fall-24pc-on-slowing-growth/10037650
- "Facebook Reports First Quarter 2018 Results," *PR Newswire,* April 25, 2018, available at https://www.prnewswire.com/news-releases/facebook-reports-first-quarter-2018-results-300636652.html
- "Facebook Reports Second Quarter 2018 Results," *PR Newswire,* July 25, 2018, available at https://www.prnewswire.com/news-releases/facebook-reports-second-quarter-2018-results-300686623.html
- # "Facebook shares collapse as a result of Cambridge Analytica election scandal," *CNBC,* July 25, 2018, available at https://www.cnbc.com/video/2018/07/25/facebook-shares-collapse-cambridge-analytical-election-scandal.html
- "Facebook Unveils Platform for Developers of Social Applications," *Meta* , May 24, 2007, available at https://about.fb.com/news/2007/05/facebook-unveils-platform-for-developers-of-social-applications/
- "FAQ," *GDPR EU,* available at https://gdpr.eu/faq/
- "Focus Lists," *William O'Neil,* available at https://www.williamoneil.com/research-pages/focus-list/us
- "FTC Sues Cambridge Analytica, Settles with Former CEO and App Developer," *Federal Trade Commission* , July 24, 2019, available at https://www.ftc.gov/news-events/news/press-releases/2019/07/ftc-sues-cambridge-analytica-settles-former-ceo-app-developer
- "Getting Started: The Graph API," *Facebook Developers* , June 9, 2013, available at https://web.archive.org/web/20130609180804/https://developers.facebook.com/docs/getting-started/graphapi/
- "How Feed Works," *Facebook Help Center* , available at https://www.facebook.com/help/1155510281178725/
- "Inferess News Analytics," *Inferess* , available at https://www.inferess.com/news-analytics
- "Introducing Meta: A Social Technology Company," *Meta* , October 28, 2021, available at https://about.fb.com/news/2021/10/facebook-company-is-now-meta/
- "News Analytics," *RavenPack* , available at https://www.ravenpack.com/products/edge/data/news-analytics
- "Other websites and applications," *Facebook* , January 3, 2013, available at https://web.archive.org/web/20130103232335/http://www.facebook.com/about/privacy/your-info-on-other
- "Our Story," *Zynga* , available at https://www.zynga.com/about/our-story/
- "Power Financial Decisions with Real-Time Event Intelligence," *Dataminr,* available at https://www.dataminr.com/use-cases/financial-services/
- "Statement of Rights and Responsibilities," *Facebook,* January 30, 2015, available at https://web.archive.org/web/20170206010335/https://www.facebook.com/terms/
- "Statement of Rights and Responsibilities," *Facebook,* November 15, 2013, available at https://web.archive.org/web/20140709054009/https://www.facebook.com/terms
- "Technical Indicator Guide," *Fidelity,* available at https://www.fidelity.com/learning-center/trading-investing/technical-analysis/technical-indicator-guide/overview
- "Ted Cruz Campaign collects psychological data from Millions of Facebook users," *Money Times* , December 13, 2015, available at https://www.moneytimes.com/articles/11443/20151213/ted-cruz-campaign-collects-psychological-data-millions-facebook-users.htm
- "Ted Cruz using firm that harvested data on millions of unwitting Facebook users," *PogoWasRight.org* , December 11, 2015, available at https://pogowasright.org/ted-cruz-using-firm-that-harvested-data-on-millions-of-unwitting-facebook-users/
- "What We Do," *William O'Neil,* available at https://www.williamoneil.com/what-we-do
- Archibong, Ime, "Why We Disagree with The New York Times," *Meta* , June 3, 2018, available at https://about.fb.com/news/2018/06/why-we-disagree-with-the-nyt/
- Baddour, Dylan, "Report: Ted Cruz campaign monitors Facebook profiles of millions to tailor political message," *Houston Chronicle* , December 11, 2015, available at https://www.chron.com/politics/article/Report-Ted-Cruz-campaign-monitors-Facebook-6691532.php

## APPENDIX C. DOCUMENTS CONSIDERED


– # Berg, Madeline, "On A Bad Day For Facebook Stock, Mark Zuckerberg's Net Worth Plunges $15.4 Billion," *Forbes,* July 26, 2018, available at https://www.forbes.com/sites/maddieberg/2018/07/26/on-a-bad-day-for-facebook-stock-mark-zuckerbergs-net-worth-plunges-15-4-billion/

– Butcher, Mike, "Cambridge Analytica email chain with Facebook sheds new light on data misuse scandal," *TechCrunch* , January 17, 2020, available at https://techcrunch.com/2020/01/17/cambridge-analytica-whistleblower-reveals-new-documents-showing-how-facebook-handled-the-data-misuse-scandal/

– Cadwalladr, Carole, and Emma Graham-Harrison, "Revealed: 50 million Facebook profiles harvested for Cambridge Analytica in major data breach," *The Guardian* , March 17, 2018, available at https://www.theguardian.com/news/2018/mar/17/cambridge-analytica-facebook-influence-us-election

– Dance, Gabriel J.X, *et al.,* "Facebook Gave Device Makers Deep Access to Data on Users and Friends," *The New York Times,* June 3, 2018, available at https://www.nytimes.com/interactive/2018/06/03/technology/facebook-device-partners-users-friends-data.html

– Davies, Harry, "Ted Cruz using firm that harvested data on millions of unwitting Facebook users," *The Guardian* , December 11, 2015, available at https://www.theguardian.com/us-news/2015/dec/11/senator-ted-cruz-president-campaign-facebook-user-data

– # Deagon, Brian, "IBD 50 Stocks To Watch: Facebook Stock Plunges On Weak Results," *Investor's Business Daily,* July 26, 2018 available at https://www.investors.com/research/stocks-to-watch-facebook/

– # Embury-Dennis, Tom, "Facebook shares plummet over privacy scandal and slow growth in new users," *The Independent,* July 25, 2018, available at https://www.the-independent.com/tech/facebook-shares-plummet-trading-privacy-scandal-social-media-cambridge-analytica-a8463971.html

– Facebook's Response to Questions For the Record From the April 11, 2018 Hearing Titled "Facebook: Transparency and Use of Consumer Data," June 29, 2018, available at https://docs.house.gov/meetings/IF/IF00/20180411/108090/HHRG-115-IF00-Wstate-ZuckerbergM-20180411.pdf

– # Frenkel, Sheera, "Facebook Starts Paying a Price for Scandals," *The New York Times,* July 25, 2018, available at https://www.nytimes.com/2018/07/25/technology/facebook-revenue-scandals.html

– # Frier, Sarah, "Facebook Takes Historic Plunge as Scandals Finally Take a Toll," *Bloomberg,* July 26, 2018, available at https://time.com/5349858/facebook-stock-loss/

– Fowler, Geoffrey A. and Emily Steel, "Facebook Says User Data Sold To Broker," *The Wall Street Journal,* October 31, 2010, available at https://www.wsj.com/articles/SB10001424052748704477904575586690450505642

– Greiff, Felicia, "Ted Cruz Campaign Hires Firm To Profile Voters," *MediaPost* , December 14, 2015, available at https://www.mediapost.com/publications/article/264604/

– Grewal, Paul, "Suspending Cambridge Analytica and SCL Group from Facebook," *Meta* , March 16, 2018, available at https://about.fb.com/news/2018/03/suspending-cambridge-analytica/

– # Guynn, Jessica, "Why Facebook had its worst day ever (and yes, Cambridge Analytica is partly to blame)," *USA Today,* July 28, 2018 available at https://www.usatoday.com/story/tech/2018/07/26/why-facebook-just-had-its-worst-day-ever-and-yes-cambridge-analytica-partly-blame/843428002/

– Hasen, Rick, "'Ted Cruz using firm that harvested data on millions of unwitting Facebook users,'" *Election Law Blog* , December 11, 2015, available at https://electionlawblog.org/?p=78291

– Knibbs, Kate, "Ted Cruz Might Have Your Facebook Data, Depending on How Broke Your Friends Are," *Gizmodo* , December 11, 2015, available at https://gizmodo.com/ted-cruz-might-have-your-facebook-data-depending-on-ho-1747523900

– # Krause, Reinhardt and Brian Deagon, "Facebook Stock Crashes On Earnings Call Warning After Revenue Misses," *Investor's Business Daily,* July 26, 2018, available at https://www.investors.com/news/technology/facebook-second-quarter-results/

– LaForgia, Michael and Gabriel J.X. Dance, "Facebook Gave Data Access to Chinese Firm Flagged by U.S. Intelligence," *The New York Times,* June 5, 2018, available at https://www.nytimes.com/2018/06/05/technology/facebook-device-partnerships-china.html

– # Leetaru, Kalev, "Profit Versus Privacy: Facebook's Stock Collapse And Its Empty 'Privacy First' Promise," *Forbes,* July 30, 2018, available at https://www.forbes.com/sites/kalevleetaru/2018/07/29/profit-versus-privacy-facebooks-stock-collapse-and-its-empty-privacy-first-promise/

## APPENDIX C. DOCUMENTS CONSIDERED


– Leswing, Kif, "Ted Cruz's Secret Weapon: Your Facebook Likes," *Fortune*, December 11, 2015, available at https://fortune.com/2015/12/11/ted-cruz-facebook-data/

– # Mangalindan, JP, "Facebook user numbers and revenue guidance disappoint, stock collapses," *Yahoo Finance,* July 26, 2018, available at https://finance.yahoo.com/news/facebook-announce-second-quarter-earnings-195205930.html

– Mohan, Pavithra, "This Is How The Ted Cruz Campaign Could Be Mining Your Facebook Data," *Fast Company*, December 11, 2015, available at https://www.fastcompany.com/3054566/this-is-how-the-ted-cruz-campaign-could-be-mining-your-facebook-data

– # Neate, Rupert, "Over $119bn wiped off Facebook's market cap after growth shock," *The Guardian,* July 26, 2018, available at https://www.theguardian.com/technology/2018/jul/26/facebook-market-cap-falls-109bn-dollars-after-growth-shock

– # Nieva, Richard, "Facebook's bad year just got worse," *CNET,* July 26, 2018, available at https://www.cnet.com/culture/internet/facebooks-bad-year-just-got-worse/

– O'Shea, Chris, "Fortune.com Sets Traffic Records," *Adweek*, September 8, 2015, available at https://www.adweek.com/performance-marketing/fortune-com-sets-traffic-records/

– Roller, Emma, "Is It Ted Cruz's Party — Or Marco Rubio's?" *The New York Times*, December 15, 2015, available at https://www.nytimes.com/2015/12/15/opinion/campaign-stops/is-it-ted-cruzs-party-or-marco-rubios.html

– Rosenberg, Matthew and Sheera Frenkel, "Facebook's Role in Data Misuse Sets Off Storms on Two Continents," *The New York Times,* March 18, 2018, available at https://www.nytimes.com/2018/03/18/us/cambridge-analytica-facebook-privacy-data.html

– # Sanders, James and Dan Patterson, "Facebook data privacy scandal: A cheat sheet," *Tech Republic,* September 12, 2018, available at https://web.archive.org/web/20180925023642/https://www.techrepublic.com/article/facebook-data-privacy-scandal-a-cheat-sheet/

– Seetharaman, Deepa, "Facebook Confirms Data-Sharing Deals With Chinese Tech Firms," *The Wall Street Journal,* June 5, 2018, available at https://www.wsj.com/articles/facebook-confirms-data-sharing-deals-with-chinese-tech-firms-1528246126

– Sherman, Erik, "Did Ted Cruz Use Facebook Users' Data Without Their Permission?" *Inc*., December 11, 2015, available at https://www.inc.com/erik-sherman/ted-cruz-campaign-stirs-up-a-marketing-hornets-nest-on-facebook.html

– Snell, Jim, "Use of Online Data in the Big Data Era: Legal Issues Raised By the Use of Web Crawling and Scraping Tools for Analytics Purposes," *Bloomberg Law*, December 24, 2013, available at https://news.bloomberglaw.com/us-law-week/use-of-online-data-in-the-big-data-era-legal-issues-raised-by-the-use-of-web-crawling-and-scraping-tools-for-analytics-purposes

– # Spangler, Todd, "Facebook Loses $120 Billion in Market Value, as Stock Slides on Fears Growth Is Hitting a Wall," *Variety,* July 26, 2018, available at https://variety.com/2018/digital/news/facebook-market-cap-120-billion-user-growth-slow-1202886792/

– Spehar, Jeffrey, "The New Facebook Login and Graph API 2.0," *Meta*, April 30, 2014, available at https://developers.facebook.com/blog/post/2014/04/30/the-new-facebook-login/

– # Statt, Nick, "Facebook growth slows in aftermath of privacy scandal," *The Verge,* July 25, 2018, available at https://www.theverge.com/2018/7/25/17614518/facebook-q2-2018-earnings-cambridge-analytica-scandal-growth-stalling

– Schwartz, Mattathias, "Facebook Failed to Protect 30 Million Users from Having Their Data Harvested by Trump Campaign Affiliate," *The Intercept,* March 30, 2017, available at https://theintercept.com/2017/03/30/facebook-failed-to-protect-30-million-users-from-having-their-data-harvested-by-trump-campaign-affiliate/

– Testimony of Mark Zuckerberg, "Facebook, Social Media Privacy, and the Use and Abuse of Data," *Senate Hearing*, April 10, 2018, available at https://www.judiciary.senate.gov/imo/media/doc/04-10-18%20Zuckerberg%20Testimony.pdf

– # Timberg, Craig and Elizabeth Dwoskin, "How years of privacy controversies finally caught up with Facebook," *The Washington Post,* July 30, 2018, available at https://www.washingtonpost.com/technology/2018/07/26/how-years-privacy-controversies-finally-caught-up-with-facebook/

– # Vengattil, Munsif and Paresh Dave, "Facebook loses US$150 billion in market value over privacy concerns," *Tech Partner News,* July 26, 2018, available at https://www.techpartner.news/news/facebook-loses-us150-billion-in-market-value-over-privacy-concerns-499072

– Wolford, Ben, "What is GDPR, the EU's new data protection law?," *GDPR EU,* available at https://gdpr.eu/what-is-gdpr/


**Analyst Reports**


1 Cantor Fitzgerald, "Daily Research Highlights," December 11, 2015

## APPENDIX C. DOCUMENTS CONSIDERED

2 Mizuho Securities USA, “Key Takeaways from Search Insider Summit 2015,” December 11, 2015

3 S&P Capital IQ, “QUANTITATIVE STOCK REPORT: Facebook, Inc,” December 11, 2015

4 Cantor Fitzgerald, “Weekly Trader Equities Commentary: Facebook - Looking to add to positions on pullbacks,” December 14, 2015

5 Barclays, “Facebook, Inc.: Ad Update - Instagram and Facebook,” December 15, 2015

6 MKM Partners, “YELP: Facebook Professional Services Further Supports Our Thesis; Reiterate Sell,” December 15, 2015

7 Piper Jaffray, “Facebook, Inc. (FB): VR Timing Update For Hardware, Games and Experiences,” December 15, 2015

8 BAML, “Facebook: 2016 PM level outlook,” December 16, 2015

9 CRT, “Facebook’s Yelp-like service could develop into a long-term competitive threat for Yelp,” December 16, 2015

10 JPMorgan, “Facebook: FB Engagement Remained Strong in November, Though Measurement Impacted by iOS App Update; Reiterate Overweight $125 PT,” December 16, 2015

11 Susquehanna, “Internet 2016 Investable Theme,” December 16, 2015

12 JMP, “Facebook, Inc. (FB): Analyzing Instagram as Engagement Ramps and Advertisers Increasingly Adopt the Platform; Reiterate Top-Pick,” December 17, 2015

13 JMP, “JMP Securities Morning Note,” December 17, 2015

14 Cantor Fitzgerald, “eWeekly: So Far So Good for Online Holiday Shopping as We Enter Final Week; Facebook Launches Professional Services,” December 18, 2015

15 Argus, “FACEBOOK, INC,” February 6, 2017

16 * Piper Jaffray, “Key Takeaways from Snap’s S-1 Filing,” February 6, 2017

17 *+ S&P Capital IQ, “Facebook Inc Cl’A’,” February 6, 2017

18 * Cantor Fitzgerald, “eWeekly: Mixed Bag of Earnings Pressures CII; Cantor’s Internet & Tech Conf. Ahead,” February 13, 2017

19 * Citi, “Amazon Prime Still Has Significant Upside Potential,” February 15, 2017

20 + CrispIdea Research, “Facebook Inc (FB) Buy: Holds unbeatable position with blend of scale, growth, and profitability TP $155,” February 15, 2017

21 * Cantor Fitzgerald, “eWeekly: 4Q16 Results/2017 Outlook Generally Solid; Consistent with Prior Period,” February 27, 2017

22 * Needham, “SCOR Update and Conclusions,” February 27, 2017

23 *+ LSEG Street Events, “FB.OQ - Event Transcript of Facebook Inc conference call, Feb. 28, 2017 / 3:00PM ET,” February 28, 2017

24 * Susquehanna, “Snap Inc.: Initiating Coverage With a Neutral Rating and $22 Price Target,” March 3, 2017

25 * UBS, “10 investable ideas from Mobile World Congress ’17,” March 3, 2017

26 * Needham, “Snap Inc. (SNAP) Like a Lottery Ticket - Initiating at Underperform,” March 6, 2017

27 * Raymond James, “Technology & Communications: Industry Tidbit,” March 6, 2017

28 * UBS, “Transcript of Call with Cloud Consultant John Treadway,” March 7, 2017

29 * Susquehanna, “FB Call Spread,” March 9, 2017

30 * Raymond James, “Technology & Communications: Industry Tidbit,” March 13, 2017

31 * Cantor Fitzgerald, “eWeekly: Facebook Finally Adopts Header Bidding; Google Gets Black Eye,” March 24, 2017

32 * Raymond James, “Technology & Communications: Industry Tidbit,” March 27, 2017

33 * Stifel, “Initiation of Coverage Passes Our Filter; Buyer On Pullbacks; Initiating Coverage With a Hold Rating, $24 PT,” March 27, 2017

34 * Barclays, “Global Internet Exploring the Golden Age for Mobile Internet - and What Comes Next…,” March 28, 2017

35 * Pivotal, “Sports TV Trends – Calendar Year Week 13 Viewing Analysis,” March 28, 2017

36 Tematica, “Cocktail Investing Ep. 14: Why the herd gets it wrong - FB, SBUX, AMZN, PG,” March 30, 2017

37 Aegis Capital, “Strong Search Growth/Strong Growth At FB/No LT Ad Commitments At TWTR/Big Commitments At SNAP,” March 31, 2017

38 Cantor Fitzgerald, “eWeekly: Snap/NBC Partner to Jazz Up 2018 Olympics Coverage; ISPs Win Privacy Fight,” March 31, 2017

39 Credit Suisse, “U.S. Focus List: 3/29/17,” March 31, 2017

40 JPMorgan, “Key Takeaways from Our Proprietary Social Media Perception & Usage Survey; FB Leads Across Scale & Engagement,” March 31, 2017

## APPENDIX C. DOCUMENTS CONSIDERED

41 Oppenheimer, "Weekly Datatimes, March 31, 2017," March 31, 2017
42 Wells Fargo, "SNAP: Initiating Coverage at Market Perform Shiny New Object, But Data Should Dictate Staying Power," March 31, 2017
43 * JPMorgan, "Internet JPMorgan Handbook," April 1, 2017
44 BAML, "Thoughts from European marketing meetings," April 3, 2017
45 Citi, "The State of the Internet Citi's Monthly Update on the Internet Sector," April 3, 2017
46 Jefferies, "Jefferies Internet /IE Weekly Report - Week of 4/02/2017," April 3, 2017
47 * Raymond James, "Technology & Communications: Industry Tidbit," April 3, 2017
48 Susquehanna, "Takeaways on Internet Advertising Trends," April 3, 2017
49 BMO Capital Markets, "Facebook: No Changes to Estimates or Target for Now; From Duopoly to Triumvirate," April 4, 2017
50 * BMO Capital Markets, "Downgrade to Market Perform; From Duopoly to Triumvirate," April 4, 2017
51 BTIG, "Snap, Inc. Initiating Coverage of SNAP at Neutral; Fairly Valued Unless Spiegel Can Continue to Out-Innovate," April 4, 2017
52 JPMorgan, "Survey of Top 100 Advertisers Highlights Bullish Sentiment On Ad Spend In 2017," April 4, 2017
53 Loop Capital Markets, "Searching for More Engagement and Growth as Facebook Keeps Imitating," April 4, 2017
54 Argus, "Daily Spotlight: Snap May Usher in More IPOs," April 5, 2017
55 BAML, "Prime time for sports," April 5, 2017
56 Citi, "SNAP WARS: The Attack of the Clones May Be Overrated," April 5, 2017
57 Aegis Capital, "1Q17 Internet Co. App Usage: (+) For EXPE, NFLX, YELP, GRUB; (-) For SNAP, P," April 6, 2017
58 * BAML, "1Q Internet Sector Preview," April 6, 2017
59 * JPMorgan, "Internet Thoughts Into 1Q Earnings Top Large-Caps FB & NFLX, Top Smid-Caps YELP & MTCH; A Bit More Cautious On AMZN Into Print," April 7, 2017
60 * RBC Capital Markets, "Internet Q1:17 EPS Preview; Q1:17 EPS Preview for the Large Cap Internet Stocks," April 12, 2017
61 * Wells Fargo, "Ad Agencies: 1Q'17 Preview," April 12, 2017
62 * Deutsche Bank, "Yelp Yourself," April 13, 2017
63 *+ Wells Fargo, "FB: Video Opportunities And Challenges," April 16, 2017
64 * Credit Suisse, "Investing for Growth Again? Apparently So. Are We Underwriting? Yes Indeed," April 17, 2017
65 * UBS, "Deep Divin': Move to GAAP for Alphabet; Google TAC Analysis," April 17, 2017
66 * UBS, "Q1 '17 Preview: Will the Large Cap Party Continue," April 17, 2017
67 * Cowen, "1Q17 Internet Preview: Weeks 2 & 3," April 21, 2017
68 * BAML, "Facebook: 1Q Preview," April 28, 2017
69 *+ LSEG Street Events, "FB.OQ - Event Transcript of Facebook Inc conference call, May 03, 2017 / 5:00PM ET," May 3, 2017
70 + LSEG Street Events, "FB.OQ - Event Brief of Facebook Inc conference call, May 03, 2017 / 5:00PM ET," May 3, 2017
71 + Morningstar, "Facebook Reports Strong 1Q Results; Maintaining $135 FVE; Shares Fairly Valued," May 3, 2017
72 * BMO Capital Markets, "Research Today," May 4, 2017
73 *+ CFRA, "Stock Report: Facebook Inc," May 4, 2017
74 * Monness Crespi Hardt, "Solid 1Q17, but Limited Upside Potential to Estimates Keeps Us on the Sidelines," May 4, 2017
75 + Wells Fargo, "FB: Share Gains Continue," May 4, 2017
76 *+ CFRA, "Facebook Inc Cl'A'," May 5, 2017
77 + Hilliard Lyons, "Facebook Inc.: Facebook Reports Record Q1 Results; Increasing PT to $170," May 5, 2017
78 + Morningstar, "Facebook Reports Strong 1Q Results; Maintaining $135 FVE; Shares Fairly Valued," May 5, 2017
79 + Morningstar, "Morningstar | FB Updated Forecasts and Estimates from 04 May 2017," May 5, 2017
80 + Morningstar, "Morningstar | FB Updated Forecasts and Estimates from 04 May 2017," May 6, 2017
81 * BAML, "Cloud Wars 9: AI : From faster to smarter powered by ABC," May 8, 2017
82 * Stifel, "Snap 1Q:17 Preview," May 8, 2017
83 + Piper Jaffray, "Execution Issues Lower FY Outlook; Stay Neutral on Future Competition," May 9, 2017
84 * Morgan Stanley, "6 First Qtr Learnings Key to Rest of 2017," May 14, 2017

## APPENDIX C. DOCUMENTS CONSIDERED

85 + CrispIdea Research, "Facebook Inc (FB– Q1FY17) Buy Performing at its best with revenue growth at 49% in Q1FY17 TP $164," May 22, 2017
86 *+ LSEG Street Events, "FB.OQ - Event Transcript of Facebook Inc conference call, Jun. 01, 2017 / 2:00PM ET," June 1, 2017
87 * Canaccord Genuity, "Global Morning Summary," June 15, 2017
88 * Canaccord Genuity, "US Morning Summary," June 15, 2017
89 * Monness Crespi Hardt, "Project 2Q17 Largely In Line With the Street; Closer Look at Regulatory Developments," July 5, 2017
90 Societe Generale, "Facebook: Chinks in the armour?," July 6, 2017
91 * RBC Capital Markets, "The Internet Remains Great; Q2:17 EPS Preview for the Large Cap Internet Stocks," July 9, 2017
92 * KeyBanc Capital Markets, "Cloud Watch: Cloud industry revenue approaching $100B on 23% industry growth," July 11, 2017
93 * BAML, "Top 2H17 Internet sector ideas," July 12, 2017
94 * UBS, "Q2 '17 Preview: Not Sweating The Summer," July 17, 2017
95 * Cantor Fitzgerald, "Daily Research Highlights," July 24, 2017
96 + Morningstar, "Raising Facebook FVE to $140 After Incorporating Expected U.S. Corporate Tax Reform," July 24, 2017
97 + Morningstar, "Morningstar | FB Updated Star Rating from 24 Jul 2017," July 24, 2017
98 * JPMorgan, "Facebook: Another Strong Quarter; Investing for Long-Term Growth & Profit Dollars; Reiterate Overweight; New $210 PT," July 26, 2017
99 *+ LSEG Street Events, "FB.OQ - Event Transcript of Facebook Inc conference call, Jul. 26, 2017 / 5:00PM ET," July 26, 2017
100 + LSEG Street Events, "FB.OQ - Event Brief of Facebook Inc conference call, Jul. 26, 2017 / 5:00PM ET," July 26, 2017
101 + Morningstar, "Facebook Reports Another Excellent Quarter; Raising FVE to $155; Shares Fairly Valued," July 26, 2017
102 *+ CFRA, "Stock Report: Facebook Inc," July 27, 2017
103 * Credit Suisse, "FIRST EDITION – U.S. ALERT," July 27, 2017
104 + Hilliard Lyons, "Facebook Reports Exceptional Q2 Results; Improved Outlook; Raising Price Target to $189," July 27, 2017
105 + Morningstar, "Facebook Reports Another Excellent Quarter; Raising FVE to $155; Shares Fairly Valued," July 27, 2017
106 + Morningstar, "Morningstar | FB Updated Star Rating from 27 Jul 2017," July 27, 2017
107 + Morningstar, "Facebook Inc FB: As Facebook opens its advertising platform, the company's leadership position is almost unrivaled," July 31, 2017
108 * FBN, "SNAP: Lowering PT to $17 to Reflect Lower Net Adds, Increasing Competition from FB," August 9, 2017
109 + SunTrust, "King of the Social Web — Initiating with Buy/$210 PT," August 15, 2017
110 + CrispIdea Research, "Facebook Inc (FB – Q2FY17)," August 21, 2017
111 * Zacks, "Facebook, Inc.(FB) Zacks Company Report," August 21, 2017
112 * Wedbush, "Initiating at NEUTRAL: SNAP Comparisons to FB and TWTR a Disappearing Act," August 30, 2017
113 * RBC Capital Markets, "Moving from FANG to FAN?," September 10, 2017
114 + Cantor Fitzgerald, "Weekly Feed: FB's Plans to Address Election & Targeting Probs; TWTR's Latest Hires," September 22, 2017
115 *+ Zacks, "Facebook, Inc.(FB) Zacks Company Report," September 22, 2017
116 * FBN, "FB's Stock – What Happened," September 26, 2017
117 + Zacks, "Facebook, Inc.(FB) Zacks Company Report," September 26, 2017
118 + CrispIdea Research, "Stocks Revolutionizing the Tech Sector: A comparative analysis of four major stocks of Tech Sector: Facebook, Amazon, Netflix, Google," October 1, 2017
119 * Canaccord Genuity, "FANG Q3 preview," October 9, 2017
120 * Credit Suisse, "Funding Moves to Go After Incremental Profit Pools," October 11, 2017
121 * Jefferies, "Internet Preview for 3Q17," October 16, 2017
122 *+ CFRA, "Stock Report: Facebook Inc," October 18, 2017
123 * Cowen, "3Q17 US Large Cap Internet Preview," October 18, 2017
124 *+ CFRA, "Facebook, Inc," October 19, 2017
125 * Stifel, "Slow and Steady Wins Some Races; Maintain Hold," October 19, 2017
126 * BAML, "Facebook: 3Q preview," October 30, 2017
127 + Zacks, "Facebook, Inc.(FB) Zacks Company Report," October 30, 2017

## APPENDIX C. DOCUMENTS CONSIDERED

128 + Raymond James, "Data Points and Key Questions Ahead of 3Q Results," October 31, 2017
129 * Baird, "2018 Investment Commentary Overshadows Strong 3Q; Maintain Outperform Rating," November 1, 2017
130 * BMO Capital Markets, "Video Experimentation and Margin Erosion Begins," November 1, 2017
131 * Canaccord Genuity, "Raising Target Price: Strong Q3; Ad pricing should still drive top line; expense guidance should prove conservative," November 1, 2017
132 * JMP, "Multiple Tailwinds As Facebook Now Has 6+ Million Advertisers; Reiterate Our Top Pick," November 1, 2017
133 *+ LSEG Street Events, "FB.OQ - Event Transcript of Facebook Inc conference call, Nov. 01, 2017 / 5:00PM ET," November 1, 2017
134 + LSEG Street Events, "FB.OQ - Event Brief of Facebook Inc conference call, Nov. 01, 2017 / 5:00PM ET," November 1, 2017
135 * MKM Partners, "FB: post-call thoughts from MKM," November 1, 2017
136 * RBC Capital Markets, "Building Walls Against…Russians," November 1, 2017
137 *+ CFRA, "Stock Report: Facebook Inc," November 2, 2017
138 * Cowen, "3Q Results: Big Beat Across the Board; Investments Significantly Ramping in '18," November 2, 2017
139 * Credit Suisse, "FIRST EDITION – U.S. ALERT," November 2, 2017
140 * FBN, "FB: Another Blowout Quarter, but 45-60% Growth in F2018 Expenses will Weigh on Stock Today," November 2, 2017
141 + Hilliard Lyons, "Stellar Q3; FY'18 Expenses Above Forecast; Raising PT to $211," November 2, 2017
142 * JPMorgan, "Another Strong Quarter; 2018 Investment to Ramp w/Focus on Security; We'd Be Buying Any Pullback; PT $225," November 2, 2017
143 * Mizuho Securities USA, "Strong Operating Leverage," November 2, 2017
144 + Morningstar, "Facebook Beat All Expectations But Margin Expansion Not Expected in 2018; Increasing FVE to $163," November 2, 2017
145 + Morningstar, "Morningstar | Facebook Beat All Expectations But Margin Expansion Not Expected in 2018; Increasing FVE to $163. See Updated Analyst Note from 02 Nov 2017," November 2, 2017
146 * Piper Jaffray, "If Facebook's 2018 CAPEX is $14B, We'll Eat our Hats; Don't Fear the Guide," November 2, 2017
147 * Pivotal, "FB: 3Q17 10-Q Review, Revised Estimates on Capex + D&A," November 2, 2017
148 * Susquehanna, "Facebook, Inc.: Ad Share Gain Story In Full Effect," November 2, 2017
149 *+ CFRA, "Stock Report: Facebook Inc," November 3, 2017
150 *+ CFRA, "Facebook, Inc," November 4, 2017
151 * SunTrust, "eWeekly- Entering Last Week of Earnings with Net Group up 33% YTD," November 6, 2017
152 + Zacks, "Facebook, Inc.(FB) Zacks Company Report," November 6, 2017
153 *+ CFRA, "Stock Report: Facebook Inc," November 7, 2017
154 Mizuho Securities USA, "Facebook, Inc.: Stop Operating Leverage," November 2, 2017
155 + Zacks, "Facebook, Inc.(FB) Zacks Company Report," November 7, 2017
156 *+ CFRA, "Facebook, Inc," November 8, 2017
157 + Zacks, "Facebook, Inc.(FB) Zacks Company Report," November 8, 2017
158 + Zacks, "Facebook, Inc.(FB) Zacks Company Report," November 9, 2017
159 + Zacks, "Facebook, Inc.(FB) Zacks Company Report," November 10, 2017
160 *+ CFRA, "Stock Report: Facebook Inc," November 20, 2017
161 * MKM Partners, "Raising Estimates and PT to $240; The Best Set-Up of the Mega Caps," November 30, 2017
162 * William Blair, "Top Sector Picks," December 1, 2017
163 + LSEG Street Events, "FB.OQ - Event Transcript of Facebook Inc conference call, Dec. 05, 2017 / 2:30PM ET," December 5, 2017
164 * Evercore ISI, "First Look," December 6, 2017
165 * Morgan Stanley, "Bullish on FAANG in '18, But What Are the Risks?," December 11, 2017
166 + Zacks, "Facebook, Inc.(FB) Zacks Company Report," December 12, 2017
167 * Barclays, "U.S. Internet: Implica1ons Of Facebook's Tax Moves On The Group," December 13, 2017

## APPENDIX C. DOCUMENTS CONSIDERED

168 + Zacks, "Facebook, Inc.(FB) Zacks Company Report," January 2, 2018
169 * BAML, "Internet media 2018 outlook: Late cycle beneficiary, raising advertising estimates," January 8, 2018
170 * JPMorgan, "2018 Best Ideas Series: Reiterate FB As Top Large- Cap; Continued Strong Revenue & Profit Growth at Compelling Valuation," January 8, 2018
171 * Barclays, "Facebook, Inc.: Expecting Solid 4Q With Impression Growth & 'Platform Fixes'; In Focus," January 10, 2018
172 * UBS, "Turning to '18: Leaving the Easy Road Behind," January 10, 2018
173 * CFRA, "Stock Report: Facebook Inc," January 12, 2018
174 + Morningstar, "Facebook Beat All Expectations But Margin Expansion Not Expected in 2018; Increasing FVE to $163," January 18, 2018
175 + Morningstar, "Morningstar | FB Updated Forecasts and Estimates from 18 Jan 2018," January 18, 2018
176 + Morningstar, "Morningstar | FB Updated Forecasts and Estimates from 18 Jan 2018," January 19, 2018
177 * SunTrust, "eWeekly - 4Q17 Checks Bode Well for Digital Ad Spend, FB and GOOGL," January 19, 2018
178 * Wells Fargo, "Adv Read-throughs On AMZN, FB, GOOGL Highlights And Notes From AdExchanger Conference," January 19, 2018
179 + Deutsche Bank, "'Serious year of self-improvement' in 2018," January 28, 2018
180 *+ LSEG Street Events, "FB.OQ - Event Transcript of Facebook Inc conference call, Jan. 31, 2018 / 5:00PM ET," January 31, 2018
181 + LSEG Street Events, "FB.OQ - Event Brief of Facebook Inc conference call, Jan. 31, 2018 / 5:00PM ET," January 31, 2018
182 + Morningstar, "Facebook Reports Strong 4Q Results; Increasing FVE to $198; Shares are Fairly Valued," January 31, 2018
183 + Morningstar, "Morningstar | Facebook Reports Strong 4Q Results; Increasing FVE to $198; Shares are Fairly Valued. See Updated Analyst Note from 01 Feb 2018," January 31, 2018
184 + Plunkett Research, "Facebook Inc: Analytics, Extensive Financial Metrics, and Benchmarks Against Averages and Top Companies Within Its Industry," January 31, 2018
185 *+ CFRA, "Stock Report: Facebook Inc," February 1, 2018
186 * Credit Suisse, "First Edition - US Alert: 02/01/18," February 1, 2018
187 + Hilliard Lyons, "Strong Q4 Results; High FCF Generator; News Feed Changes Positive; Raising PT to $239," February 1, 2018
188 + Morningstar, "Facebook Reports Strong 4Q Results; Increasing FVE to $198; Shares are Fairly Valued," February 1, 2018
189 + Morningstar, "Morningstar | Facebook Reports Strong 4Q Results; Increasing FVE to $198; Shares are Fairly Valued. See Updated Analyst Note from 01 Feb 2018," February 1, 2018
190 *+ CFRA, "Stock Report: Facebook Inc," February 2, 2018
191 + MKM Partners, "APPS: FY3Q17 Preview; FB EPS Call Might Give Glimpse into ID," February 2, 2018
192 *+ CFRA, "Stock Report: Facebook Inc," February 5, 2018
193 * Jefferies, "Notable Takeaways from FB's 10k," February 5, 2018
194 * Stifel, "Quick Look: Less Is More; Facebook 10-K Takeaways," February 5, 2018
195 *+ CFRA, "Facebook, Inc," February 6, 2018
196 * MKM Partners, "Morning Summary," February 14, 2018
197 + CrispIdea Research, "Facebook Inc (FB - Q4 & FY17) Buy: Maintains its top position in social media. We expect +30% growth in FY19 TP $232," February 16, 2018
198 *+ LSEG Street Events, "FB.OQ - Event Transcript of Facebook Inc conference call, Feb. 28, 2018 / 3:00PM ET," February 28, 2018
199 * Barclays, "UPDATE: Price vs. Volume Drivers," March 7, 2018
200 * JPMorgan, "Digging Deeper A Closer Look at Ad Volume & Price Drivers Across Facebook, Google, Twitter, & Snap; Not All Metrics are Created Equal," March 15, 2018
201 + Plunkett Research, "Facebook Inc: Analytics, Extensive Financial Metrics, and Benchmarks Against Averages and Top Companies Within Its Industry," March 15, 2018
202 BAML, "Facebook: New data management and privacy issues fueling the fire," March 19, 2018
203 CFRA, "Stock Report: Facebook, Inc," March 19, 2018
204 Credit Suisse, "Facebook, Inc. (FB): Opportunity Arises, as News Flow Rubs Salt Into the Wound," March 19, 2018
205 CrispIdea Research, "U.S. Market Daily," March 19, 2018

## APPENDIX C. DOCUMENTS CONSIDERED

206 Deutsche Bank, "Facebook, Inc.: Opening Pandora's Box?," March 19, 2018
207 Elazar Advisors, "Facebook: Buy Rating," March 19, 2018
208 HSBC, "Facebook, GDPR and data ethics," March 19, 2018
209 Macquarie Research, "Facebook: Headlines Matter," March 19, 2018
210 Mizuho Securities USA, "Takeaways from Ad Agency Meetings," March 19, 2018
211 Morningstar, "Facebook Inc (FB): Facebook Attempting to Address More Data Issues; Shares Are Down 7%, but Remain Fairly Valued," March 19, 2018
212 Pivotal Research Group, "Facebook (FB): FB: Data Leak Details Described, Enhancing Risks," March 19, 2018
213 Raymond James, "Facebook, Inc.: Thoughts on Facebook Data Concerns," March 19, 2018
214 S3, "S3 Analytics: FAANG Short Sellers Are Smiling Today," March 19, 2018
215 UBS, "Facebook: Wading Through the Data of a FB Story," March 19, 2018
216 Barclays, "Facebook, Inc.: Waiting a Bit Longer for the Dust to Settle," March 20, 2018
217 CFRA, "Stock Report: Facebook, Inc," March 20, 2018
218 Cowen, "FACEBOOK´S CAROLYN EVERSON ADDRESSES RECENT NEWS ON USER DATA ISSUES," March 20, 2018
219 Evercore ISI, "FACEBOOK INC: Darkest Hour: Thoughts on Yesterday's Selloff," March 20, 2018
220 FBN, "Facebook: FB – Reaching the Point of Maximum Pessimism," March 20, 2018
221 Jefferies, "Facebook, Inc. (FB): Another Brick in the Wall (of worry)," March 20, 2018
222 KeyBanc Capital Markets, "Facebook, Inc.: FB: Uncertainty Has Surpassed Financial Risk in Our View; We Recommend Buying FB," March 20, 2018
223 Morgan Stanley, "Facebook Inc: Top 4 Investor Questions and Our Answers," March 20, 2018
224 S3, "S3 Analytics: FAANG Part Deux," March 20, 2018
225 SunTrust, "Facebook, Inc. (FB): Latest Data Privacy Issue, ST Mishap for FB/Maintain Buy," March 20, 2018
226 Wells Fargo, "Facebook, Inc.: FB: Thank Goodness For Instagram Several Reasons To Reengage FB Following Cambridge Analytica," March 20, 2018
227 William O'Neil, "Facebook: Remove Buy Recommendation," March 20, 2018
228 BAML, "Facebook: Data mgmt changes underway as trust rebuilding process begins; PO to $230," March 21, 2018
229 Jefferies, "Hiroko on the Road - Asia," March 21, 2018
230 JMP, "Facebook, Inc.: Our Thoughts on Facebook's Privacy and Data Issues," March 21, 2018
231 JPMorgan, "Tactical Options on Single Stocks FB: Harsh Regulation Is Unlikely and a Little Clarity Could Go a Long Way - Buy May Bull Risk Reversals," March 21, 2018
232 Morgan Stanley, "Facebook Inc: Our Thoughts on FB's Public Statement," March 21, 2018
233 Piper Jaffray, "Facebook, Inc. (FB): Saber Rattling Will Pass; Forward Catalyst Chain Positions FB Well Into 1H," March 21, 2018
234 Pivotal Research Group, "Facebook (FB): FB: Systemic Mismanagement Introduces New Risks," March 21, 2018
235 RBC Capital Markets, "Facebook, Inc.: Defending Facebook," March 21, 2018
236 Wells Fargo, "Facebook, Inc.: FB: It's Not You, It's Us," March 21, 2018
237 Argus, "FACEBOOK INC," March 22, 2018
238 CFRA, "Stock Report: Facebook, Inc," March 22, 2018
239 Cowen, "FACEBOOK: FB'S MARK ZUCKERBERG STRUCK THE RIGHT TONE DURING CNN INTERVIEW," March 22, 2018
240 Evercore ISI, "FACEBOOK INC.: Thus Spoke Zuckerberg," March 22, 2018
241 Morgan Stanley, "What Did We Learn About FB, GOOGL and AMZN from Shoptalk?," March 22, 2018
242 Vermillion, "The 'Flip' Side," March 22, 2018
243 Morningstar, "Facebook Attempting to Address More Data Issues; Shares Are Down 7%, but Remain Fairly Valued," March 23, 2018
244 Morningstar, "Research Highlights: A weekly summary of our best ideas and developments in the companies we cover," March 23, 2018

## APPENDIX C. DOCUMENTS CONSIDERED

245 Wedbush, "Facebook (FB): Some Harm, Some Foul: Our View on Potential Ramifications of FB Data Breach," March 23, 2018
246 Baird, "Facebook, Inc. (FB) Survey Suggests Usage Metrics Could Weaken, but Likely Short-Lived," March 26, 2018
247 Canaccord Genuity, "Facebook: Some thoughts on this opportunity in FB stock," March 26, 2018
248 MoffettNathanson, "Facebook (FB): Facebook: Should You #DeleteFB From Your Portfolio?," March 26, 2018
249 Morningstar, "Facebook Inc FB: Many Downside Scenarios Are Priced In; Facebook Shares Are Now Attractive; Maintaining $198 FVE," March 26, 2018
250 Stock Traders Daily, "FB is a Buy ….," March 26, 2018
251 Wells Fargo, "Facebook, Inc. FB: Official FTC Announcement Expected," March 26, 2018
252 Aegis Capital, "Facebook, Inc.: This Storm Is Likely To Linger; But It Should Pass; Maintain Buy," March 27, 2018
253 BAML, "Facebook: FTC investigation increases regulatory risk; Lowering PO to $210," March 27, 2018
254 CFRA, "Stock Report: Facebook, Inc," March 27, 2018
255 CrispIdea Research, "U.S. Market Daily –March 27, 2018," March 27, 2018
256 Raymond James, "Facebook, Inc.: Updated Facebook Thoughts and User Survey," March 27, 2018
257 Susquehanna, "SCOR: 1 In A Row...Finally Current...Revisiting Set Up...Now Actionable BUY," March 27, 2018
258 Aegis Capital, "Facebook, Inc.: Facing GDPR/Potential U.S. Regulations From A Position of Absolute Strength; PT To $225," April 26, 2018
259 Hilliard Lyons, "Facebook, Inc.: Improving Revenue Growth & Profitability; Only Marginal Impact Expected from GDPR," April 26, 2018
260 CFRA, "Stock Report: Facebook, Inc," June 4, 2018
261 Morningstar, "Facebook Inc FB: As Facebook opens its advertising platform, the company's leadership position is almost unrivaled," June 4, 2018
262 Morningstar, "Facebook Inc FB: As Facebook opens its advertising platform, the company's leadership position is almost unrivaled," June 4, 2018
263 Deutsche Bank, "Snap User Growth on Uptrend; FB Stable post GDPR," June 5, 2018
264 CrispIdea Research, "Facebook (FB) Hold: Technicals as well as fundamentals favors the stock, Updating coverage with PT of USD 1409," June 6, 2018
265 Mizuho Securities USA, "Takeaways from Vertical Video Ads Call," June 6, 2018
266 Needham, "Facebook, Inc. (FB): FB vs SNAP vs TWTR - Spending Shifts," June 6, 2018
267 Red Pulse, "Facebook Discloses Data-Sharing with Four Chinese Firms Since 2010," June 6, 2018
268 Morgan Stanley, "India Summit 2018: How Facebook and Google Driving Digital Payments," June 8, 2018
269 SunTrust, "Internet - FB and GOOGL Back in Media Spotlight; Valuation Hits 5-Yr. High; News-Filled Week for FB, AMZN and GOOG," June 8, 2018
270 Elazar Advisors, "Facebook: $540 12 Month Target," June 10, 2018
271 Elazar Advisors, "Updated Target Prices: Google $1780, Facebook $540, Trade Desk $170," June 10, 2018
272 KeyBanc Capital Markets, "Facebook, Inc. FB: Instagram Could Be Primary Growth Driver by 2020," June 10, 2018
273 Societe Generale, "Facebook: Too many elephants in the room," July 5, 2018
274 Evercore ISI, "FACEBOOK: 2Q18 Preview: Good Stories to Tell," July 11, 2018
275 Macquarie Research, "Facebook: 2Q18 Preview," July 18, 2018
276 BAML, "Facebook: 2Q First Take: Negative Guidance Surprise," July 25, 2018
277 BMO Capital Markets, "Research Today," July 25, 2018
278 Canaccord Genuity, "Facebook: Lowering Target Price: Q2 ushers in a much more sober outlook," July 25, 2018
279 CFRA, "Stock Report: Facebook, Inc," July 25, 2018
280 Citi, "Facebook, Inc (FB): 2Q18 Results Slightly Below Est. while Guidance Disappoints," July 25, 2018
281 Deutsche Bank, "Tough outlook but largely self-inflicted to promote Stories; an engagement (+)," July 25, 2018
282 Jefferies, "Facebook, Inc. (FB): Facebook 2Q Quick Take," July 25, 2018
283 KeyBanc Capital Markets, "Facebook, Inc.: FB: Shift to Stories Changes Near-Term Outlook; Long-Term Opportunity Remains," July 25, 2018

## APPENDIX C. DOCUMENTS CONSIDERED

284 RBC Capital Markets, "Facebook, Inc. Don't Unfriend FB Now…," July 25, 2018
285 Red Pulse, "Facebook Plans Innovation Hub in China," July 25, 2018
286 Stifel, "Facebook, Inc.: Total Reset; Major Management Credibility Rebuild Ahead But Damage Done; Buy, PT To $202," July 25, 2018
287 SunTrust, "Facebook, Inc. (FB): Strong (Though Not a Beat) 2Q18 Despite Continued Data Controversy," July 25, 2018
288 UBS, "First Read Facebook: Q2 2018 Quick Take," July 25, 2018
289 # UBS, "Facebook: Taking a Break from Being Friends," July 25, 2018
290 # Wells Fargo, "Facebook, Inc.: FB: Coming Up Against Scale," July 25, 2018
291 # William Blair, "Facebook, Inc.: Rare Miss on Ad Revenue and Margin Commentary Pressure Shares," July 25, 2018
292 # Aegis Capital, "Facebook, Inc.: Growth & Expense Reset But Don't Overly React; Maintain Buy But Lower PT To $206," July 26, 2018
293 Atlantic Equities, "Facebook: Expectations reset amidst near-term headwinds," July 26, 2018
294 Baird, "Facebook, Inc. (FB): "Bold Strategy Cotton, Let's See if It Pays Off for Em"," July 26, 2018
295 BAML, "Facebook: Uncharacteristic miss; Guidance surprise seems overly bearish; PO to $205," July 26, 2018
296 # Barclays, "Facebook, Inc.: FB Throws Some Napalm On The Fire," July 26, 2018
297 BMO Capital Markets, "Facebook: Margin Erosion Expected, but Revenue Deceleration Greater Than Expected," July 26, 2018
298 # CFRA, "Stock Report: Facebook, Inc," July 26, 2018
299 # Cowen, "FACEBOOK: 2Q18 RESULTS: 2H18 AD REV DECEL AND L-T MARGIN FORECAST WORSE THAN EXPECTED," July 26, 2018
300 Credit Suisse, "Facebook Inc. (FB): Long Term Guidance Calling for Margin Compression Raises New Existential Crisis," July 26, 2018
301 Daiwa Capital Markets, "Facebook (FB): Firm sees sharp growth slowdown," July 26, 2018
302 # Evercore ISI, "Facing Facts: Disappointing revenue and margin outlook provided unexpectedly," July 26, 2018
303 # FBN, "Facebook: FB: Major Guidance Reset, but We Suspect the Company is Conservatively Creating a Lower Bar," July 26, 2018
304 Jefferies, "Facebook, Inc. (FB): Threw out the Kitchen Sink, but the Foundation is Secure," July 26, 2018
305 # JPMorgan, "Facebook: Major Reset Stories & Data/Privacy Drag on N-T Revs Heavy Investments Continue; Remain OW, PT to $205 Dropping from AFL," July 26, 2018
306 # Macquarie Research, "Facebook: 2Q'18: Bombshell Guidance; Structural Shifts," July 26, 2018
307 Mizuho Securities USA, "Facebook, Inc.: GDPR and Mix Shift to Stories," July 26, 2018
308 # MKM Partners, "FB: Post-Call Thoughts from MKM," July 26, 2018
309 MoffettNathanson, "Facebook: The New Reality or Self-Immolation for Self Protection," July 26, 2018
310 Morgan Stanley, "Facebook Inc: What's the Story? Lower PT to $185," July 26, 2018
311 Morningstar, "Facebook Inc FB: Facebook Reported Mixed 2Q Results and Disappointing Margin Guidance; Lowering FVE to $186," July 26, 2018
312 Needham, "Facebook, Inc. (FB): FB Falls on Guidance; Buy on Weakness," July 26, 2018
313 Oppenheimer, "Facebook, Inc.: Self-Inflicted Revenue Slowdown, Combined with Higher Costs to Protect Platform; But Valuation Remains Reasonable," July 26, 2018
314 Piper Jaffray, "Facebook, Inc. (FB): GDPR, Promotion of Stories and FX Drive Miss and Guide Down; OW, But PT to $200," July 26, 2018
315 Pivotal Research Group, "Facebook (FB): FB: 2Q18 Results OK, But Outlook Suggests Growth "Wall" In Sight," July 26, 2018
316 Raymond James, "Facebook, Inc.: Downgrade to Outperform on Lower Revenue Growth and Margin Outlook; PT to $210," July 26, 2018
317 Red Pulse, "Facebook's Approval Revoked to Launch Subsidiary in Hangzhou," July 26, 2018
318 Red Pulse, " HKEx Delays Plan for Wider Access to Weighted Voting Rights," July 26, 2018
319 S3, "S3 Analytics: Facebook Shorts up $1.1 billion on 19% Price Decline," July 26, 2018
320 Stephens, "FB 2H Growth Decel / GDPR Comments: Read Throughs To ACXM / Data Cos," July 26, 2018

## APPENDIX C. DOCUMENTS CONSIDERED

321 SunTrust, "Facebook, Inc. (FB): Stronger Head Winds to Growth/ Margin; Platform/LT Outlook Remain Compelling," July 26, 2018

322 Susquehanna, "Facebook, Inc.: Should FB Trade at a 15%+ Discount to GOOGL?," July 26, 2018

323 Wedbush, "Facebook (FB): Even the Best Hitters Strike Out Sometimes," July 26, 2018

324 William O'Neil, "Strategy View: U.S. Market Health Check," July 26, 2018

325 Argus, "FACEBOOK INC," July 27, 2018

326 CFRA, "Stock Report: Facebook, Inc," July 27, 2018

327 JMP, "Facebook, Inc. (FB): Resetting Growth and Profitability Expectations as Facebook Enters an Investment Cycle," July 27, 2018

328 JPMorgan, "Results Takeaways from Major Overseas Ad Agencies, Alphabet, and Facebook: Mixed, but Concerns Could Rise into 2H," July 27, 2018

329 Tematica, "The Weekly Wrap: A LOOK BACK AT THE WEEK OF JULY 23 - 27, 2018," July 27, 2018

330 Zacks, "Facebook, Inc. (NASDAQ: FB)," July 27, 2018

331 CFRA, "Stock Report: Facebook, Inc," July 30, 2018

332 CrispIdea Research, "Facebook Inc (FB – Q2FY18) Buy Loosing its strength as a social media giant," July 30, 2018

333 Elazar Advisors, "Facebook FB Neutral Rating," July 30, 2018

334 Zacks, "Facebook, Inc. (NASDAQ: FB)," July 31, 2018

335 BMO Capital Markets, "Facebook: 2Q Follow-Up Thoughts: Top Three Issues & Gauging Management's Control of Each," August 1, 2018

336 Summit, "Twitter Inc (TWTR): Not Facebook: Little Similarity In Outlook And Fundamentals; Trimming PT To $45 Due To Pull-Back In Comp Group," August 1, 2018