# Exhibit 14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE FACEBOOK, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. 5:18-CV-01725-EJD<br><br>**DECLARATION OF WILLIAM M. THOMAS** |

1. I, William M. Thomas, am the CEO, President, and Chairman of Wedgewood Partners, Inc. ("Wedgewood"). Wedgewood is an investment management firm that invests in securities on behalf of its clients. I joined Wedgewood in 2015, and am responsible for the strategic direction and overall management of the firm. I am authorized to speak on behalf of Wedgewood as its CEO, President, and Chairman.

2. From the time I joined Wedgewood in 2015 until May 21, 2019, Wedgewood served as an investment manager for the Public Employees' Retirement System of Mississippi ("MSPERS"). I helped oversee Wedgewood's relationship with MSPERS and the investments that Wedgewood made on behalf of MSPERS. The relationship between Wedgewood and MSPERS was governed by an investment management agreement dated November 24, 2014. A true and correct copy of the investment management agreement between Wedgewood and MSPERS is attached hereto as **Exhibit 1**. As detailed in that agreement, MSPERS delegated to Wedgewood discretion on how and when to "purchase, sell, and otherwise trade in or deal with securities" on MSPERS' behalf. Ex. 1 at 1. MSPERS, however, retained ultimate control over Wedgewood's investment decisions, including setting "objectives, guidelines, limitations, terms and … other instructions" for those investments. *Id.*; *see also id.* at 2, Add. III. MSPERS also retained the right to "revoke the authority of [Wedgewood] to furnish investment management services." *Id.* at 5.[1]

[1] Wedgewood produced this document, and all other documents cited herein, in response to a third-party subpoena served on Wedgewood. I certify that these documents are true and correct copies of records that were: made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters; kept in the course of regularly conducted business activity; and made during the course of regularly conducted business activity.

3. In 2018, Wedgewood, on behalf of and for MSPERS, purchased shares of the common stock of Facebook, Inc. ("Facebook"), as set forth below:

| Date | Amount | Shares | Price |
|---|---|---|---|
| 2/7/2018 | $21,432,821 | 117,000 | $183.19 |
| 3/19/2018 | $10,635,220 | 62,000 | $171.54 |
| 3/26/2018 | $8,590,621 | 55,000 | $156.19 |
| 10/31/2018 | $10,810,814 | 70,000 | $154.44 |

Wedgewood invested in Facebook on behalf of MSPERS because we believed that Facebook had an attractive price/earnings ratio because its stock price was growing at a lower rate than its earnings, and we believed that Facebook's value would increase in the future.

4. In the first quarter of 2018, I and others at Wedgewood became aware of and discussed widely reported news that Cambridge Analytica obtained the data of Facebook users without their consent and used that data to support political campaigns. This news did not change Wedgewood's belief about the wisdom of investing in Facebook. Wedgewood viewed the information reported in the March 2018 news about Cambridge Analytica as immaterial from an investment perspective. If Wedgewood had known the information reported in March 2018 about Cambridge Analytica at the time of its first purchases of Facebook common stock on behalf of MSPERS in February 2018, Wedgewood still would have made those purchases at the same prices.

5. The March 2018 news about Cambridge Analytica actually was beneficial to Wedgewood's Facebook investment strategy on behalf of MSPERS. Wedgewood ultimately used the stock price declines following the Cambridge Analytica news as an opportunity to increase MSPERS' position in Facebook's stock at an attractive valuation—i.e., at a price that was lower than what Wedgewood believed reflected the true value of Facebook's stock. As reflected in the table above, Wedgewood purchased nearly $19 million worth of Facebook shares on March 19 and March 26, 2018 on behalf of MSPERS after the news reports about Cambridge Analytica. Wedgewood's decision to acquire Facebook shares on behalf of MSPERS in the first quarter of 2018 is further described in its April 2018 letter to clients, a true and correct copy of which is attached as **Exhibit 2**.

6. Based on my review of the complaint in this case, I understand that MSPERS alleges that Facebook allowed certain third parties to access Facebook users' data and users' friends' data even

if those users' privacy settings restricted Facebook from sharing that data—a practice described as "whitelisting" in the complaint—and that these "whitelisting" practices were publicly reported in June 2018. I and others at Wedgewood were aware of these news reports. The June 2018 news about "whitelisting" and how Facebook shared user data did not change Wedgewood's belief about the wisdom of investing in Facebook, and the news did not affect Wedgewood's investment strategy on behalf of MSPERS. Wedgewood did not believe this information was material from an investment standpoint because it did not relate to Facebook's earnings or other financial metrics that are relevant to investment decisions. Accordingly, Wedgewood did not comment on this news in its client letters for the second and third quarters of 2018. Attached as **Exhibit 3** and **Exhibit 4** are true and correct copies of Wedgewood's client letters for the second and third quarters of 2018, respectively. If Wedgewood had known the information reported in June 2018 about "whitelisting" and how Facebook shared user data at the time of its purchases of Facebook common stock on behalf of MSPERS in February 2018 and March 2018, Wedgewood still would have made those purchases at the same prices because of Facebook's attractive price/earnings ratio and Wedgewood's belief that Facebook's value would increase in the future.

7. I and others at Wedgewood believed the news reported in March 2018 about Cambridge Analytica and in June 2018 about "whitelisting" posed some risk to Facebook's business. Despite that risk, we decided that Wedgewood should continue to hold onto and purchase additional shares of Facebook stock on behalf of MSPERS after those news reports because they did not change Wedgewood's belief that investing MSPERS' funds in Facebook securities was a good decision due to Facebook's underlying fundamentals and growth prospects. Wedgewood's investment strategy on behalf of MSPERS paid off because Facebook's stock price now trades at multiples of the prices MSPERS paid for Facebook's stock in 2018.

8. On May 21, 2019, when MSPERS terminated its account with Wedgewood, the Facebook stock Wedgewood had acquired on behalf of MSPERS over the course of 2018 (between February 7 and October 31) had appreciated in value by over $4 million—an over 9% increase, which outpaced the S&P 500 over the same period.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of June, 2026, at St. Louis, Missouri.

William M. Thomas

# EXHIBIT 1

PERS
of MISSISSIPPI

Providing Benefits for Life

**PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI**
**INVESTMENT MANAGEMENT AGREEMENT**

AGREEMENT made as of this 24th day of November, 2014, by the Board of Trustees of the Public Employees' Retirement System of Mississippi ("Board"), and Wedgewood Partners, Inc. ("Investment Advisor"), located at 9909 Clayton Road, Suite 103; St. Louis, Missouri.

In consideration of the mutual agreements herein contained, the Board and the Investment Advisor agree as follows:

1. The Investment Advisor will provide the Board with investment management services with respect to the securities and other assets held in the assigned account of the Investment Advisor ("Account") and all other assets that may be added thereto from time to time. These services will be provided in accordance with all applicable laws and regulations of the United States of America and the State of Mississippi, as well as the objectives, guidelines, limitations, terms and any other instructions established by the Board and communicated in writing to, and previously agreed to in writing by, the Investment Advisor.

2. The Board hereby authorizes the Investment Advisor on behalf of the Board to issue to brokers instructions to purchase, sell and otherwise to trade in or deal with securities in or to be acquired for the Account and in the name of the Board and the Investment Advisor acknowledges its responsibility to so act.

3. In addition to, but not in lieu of any and all applicable fiduciary standards imposed under federal or state law, the Investment Advisor acknowledges that with respect to assets of the Public Employees' Retirement System of Mississippi ("Fund") held in the assigned Account of the Investment Advisor it is a "fiduciary" within the meaning of the Investment Advisers Act of 1940, as amended ("Advisers Act"). The Investment Advisor shall perform its duties under this Agreement solely in the interest of the Fund with the care, skill, prudence, and diligence under the circumstances then prevailing that a prudent person acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of a like character and with like aims.

4. The Board agrees to provide the Investment Advisor the following information at the commencement of this investment management agreement ("Agreement") and any changes therein as may occur from time to time:

(a) Provisions of the Mississippi Code of 1972, *Annotated* and any subsequent changes therein affecting the Board relating to the management of the assets in the Account;
(b) Investment policy and guidelines established from time to time by the Board;
(c) Certified copies of any resolution adopted by the Board affecting the Investment Advisor or management of assets held in the Account;
(d) If applicable, a schedule of assets held in the Account at the commencement of this Agreement;
(e) Such other documentation as may reasonably be requested by the Investment Advisor in connection with this Agreement or the performance thereof.

5. The Investment Advisor agrees to have a representative to attend periodic meetings of the Board at the offices of the Board, or at some other agreed upon location on an agreed and reasonable schedule. The Investment Advisor further agrees to report to the Board on all matters, which in the Investment Advisor's opinion at the time represent significant changes in economic

forecasts, investment outlook, industry emphasis, and any other matters of a general or specific nature, as requested by the Board.

6. The Investment Advisor agrees promptly to notify the Board of any change of the portfolio manager or any other key personnel who is/are assigned by the Investment Advisor as primarily responsible for this Account.

7. The Investment Advisor's annual fee for its services on behalf of the Board shall be as set forth in the schedule annexed hereto which shall remain in effect for the term of this Agreement except as may be agreed in writing by the parties hereto. No additional charges will be made for the services agreed to be provided hereunder by the Investment Advisor without prior written consent of the Board. The fee shall be payable promptly for the services for each quarter upon presentation of a written statement.

8. If, at any time from and after the date of this Agreement, the Investment Advisor shall enter into an agreement with any other client to provide investment management services comparable to those provided under this Agreement, and if such agreement requires the payment of fees that are in any respect lower than the fee established under Paragraph 7, then the Investment Advisor agrees that the fee required under this Agreement shall be reduced to the level specified in the agreement with such other client. Such reduction in fees shall be effective as of the effective date of the agreement with such other client. The Investment Advisor agrees to provide the Board with timely notice of any event or occurrence that would require a reduction in fees herein provided.

9. The Investment Advisor shall indemnify, defend and hold harmless the Board, its trustees, officers, employees, agents and representatives from and against any and all claims, damages, losses, liabilities, suits, costs, charges, expenses (including, but not limited to, reasonable attorney fees and courts costs), judgments, fines and penalties, of any nature whatsoever, to the extent attributable to: (a) any breach of this Agreement by the Investment Advisor, (b) bad faith, fraud, negligence, or wilful misconduct of the Investment Advisor or its

agents or employees, or (c) violation of any applicable law or regulation by the Investment Advisor or its agents or employees. This indemnification shall survive any termination of this Agreement.

Nothing in this Agreement is intended to or shall impose a liability on the Investment Advisor as a result of a breach of this Agreement or applicable law by the Board, its officers, or its agents in circumstances where the Investment Advisor has met its obligation under the Agreement and applicable law.

10. Without limiting the indemnification obligation provided in this Agreement, for the duration of the Agreement, the Investment Advisor shall provide and maintain, at its own expense, error and omissions insurance policies which shall protect the Account against losses from negligent acts, errors or omission of the Investment Advisor, and shall provide evidence of such to the Board.

11. It is understood that the Investment Advisor may be acting in a similar capacity for other institutional and individual clients and that investments and reinvestments of the assets in the Account may differ from other accounts even though the investment objectives may be the same or similar and that the investment advisory services will be independent of other advisory services that may be employed by the Board.

12. The investment management authority delegated to the Investment Advisor pursuant to this Agreement with respect to the Account includes the voting of proxies appurtenant to securities held in the Account; the Board acknowledges that the Investment Advisor is required to use its independent judgment in determining the interests of the Public Employees' Retirement System of Mississippi's plan participants and beneficiaries for purposes of such proxy voting.

13. This Agreement shall remain in full force and effect for a period of one year from the date first above written and shall continue in effect thereafter from year to year, unless terminated as provided in paragraph 14 below. The termination of this Agreement shall not affect any obligation or liability of the Board or the Investment Advisor for any transaction entered into or obligation incurred prior to such termination.

14. This Agreement may be terminated upon not less than 30 days written notice by either party to the other. Notwithstanding anything herein contained, the Board may immediately, upon oral notice promptly confirmed in writing, revoke the authority of the Investment Advisor to furnish investment management services.

15. It is expressly understood and agreed that the Investment Advisor is an independent contractor and that this Agreement does not create an employer-employee relationship between the Board and the Investment Advisor, its agents or employees.

16. This Agreement shall not be assigned, in whole or in part, by either party without the prior consent of the other party.

17. The Investment Advisor shall comply with all applicable laws, regulations, and policies and procedures of the United States of America or any agency thereof, the State of Mississippi or any agency thereof and any local governments or political subdivisions that may affect the performance of services under this Contract. Specifically, but not limited to, in connection with the performance of work under this Agreement the Investment Advisor agrees not to discriminate in any manner whatsoever, including, but not limited to, hiring, termination/discharge, promotion/demotion, or other terms and condition of employment against any person otherwise qualified because of race, creed, color, religion, sex, age, national origin, disability, ancestry or political affiliation.

18. If applicable, Investment Advisor represents and warrants that it will ensure its compliance with the Mississippi Employment Protection Act of 2008, and will register and participate in the status verification system for all the Investment Advisor's newly hired employees. See, Mississippi Code Annotated §§71-11-1, *et seq.* (1972, as amended). The term "employee" as used herein means any person who is hired to perform work within the State of Mississippi. As used herein, "status verification system" means the Illegal Immigration Reform and Immigration Responsibility Act of 1996 that is operated by the United States Department of

Homeland Security, also known as the E-Verify Program, or any other successor electronic verification system replacing the E-Verify Program. Investment Advisor agrees to maintain records of such compliance. Upon request of the State and after approval of the Social Security Administration or Department of Homeland Security when required, Contractor agrees to provide a copy of each such verification. Investment Advisor further represents and warrants that any person assigned to perform services hereafter meets the employment eligibility requirements of all immigration laws. The breach of which may subject Investment Advisor to the following:

(1) termination of this Agreement and ineligibility for any state or public contract in Mississippi for up to three (3) years with notice of such cancellation/termination being made public;

(2) the loss of any license, permit, certification or other document granted to the Investment Advisor by an Agency, department or governmental entity for the right to do business in Mississippi for up to one (1) year; or,

(3) both (1) and (2).

In the event of such termination/cancellation, the Investment Advisor shall also be liable for any additional costs incurred by the State or the Board due to the cancellation of the Agreement or loss of license or permit to do business in the State.

19. This Agreement is made under, and shall be governed by and construed in accordance with, the Laws of the State of Mississippi. Venue for the resolution of any dispute under the terms of this Agreement shall be Hinds County, Jackson, Mississippi.

20. It is understood and agreed by the parties hereto that if any part, term or provision of this Agreement is by the courts or other judicial body held to be illegal or in conflict with any law of the State of Mississippi or the United States of America, the validity of the remaining portions or provisions shall not be affected and the obligations of the parties shall be construed in full force as if the Agreement did not contain that particular part, term, or provision held to be invalid.

force as if the Agreement did not contain that particular part, term, or provision held to be invalid.

21. No assent, expressed or implied, by the parties hereto to the breach of the conditions of this Agreement shall be deemed or taken to be a waiver of any succeeding breach of the same or any other provision or condition and shall not be construed to be a modification of the terms of the Agreement.

22. The Board hereby acknowledges receipt of Part II of the Investment Advisor's Form ADV as required pursuant to Rule-204-3 under the Advisers Act prior to or on the date of the Board's signing of this Agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first above written.

ATTEST: Wedgewood Partners, Inc.

BY ______________________________ TITLE: PRESIDENT

ATTEST: Board of Trustees, Public Employees' Retirement System of Mississippi

BY ______________________________ TITLE: EXECUTIVE DIRECTOR

PAT ROBERTSON

# ADDENDUM I

**Performance Expectations**

The Board expects the following minimum performance standards over a rolling three year periods.

(a) Consistent above median performance in large cap manager universe provided by the Board's Investment Consultant.

(b) Performance which consistently exceeds the Russell 1000 Growth Index by 150 basis points net of fees.

(c) The risk associated with this portfolio as measured by the variability of quarterly returns (standard deviation), should not exceed that of the Russell 1000 Growth Index without a corresponding increase in performance.

# ADDENDUM II

Pursuant to the term of Paragraph 7 of the Investment Management Agreement the Board and Investment Advisor agree to be governed by the following fee schedule.

Fees will be payable quarterly in arrears in an amount equal to one-fourth of the annual rate, multiplied by the market value (as determined by the Board's custodian) at the end of the current quarter plus any accrued income. Fees for funds invested or redeemed during the quarter will be calculated on a pro-rata basis based on the number of days the funds were actually invested.

.35% on all assets

In witness whereof, the parties hereto have caused this Addendum to be executed as of the day and year first above written.

By: ______________________ Title: PRESIDENT

By: ______________________ Title: Executive Director

Pat Robertson

# ADDENDUM III

## Large Cap Focused Growth Strategy

Investment Guidelines
Effective Date: November 24, 2014

The portfolio will typically hold 18-22 holdings and have annual turnover of 20-30%.

| | |
|---|---|
| -Position Size: | |
| Minimum | 2% |
| Maximum | 10% |
| -Cash Maximum: | 5% |
| -ADR Exposure: | ≤5% |
| -Sector Exposure | ≤35% |
| -GICS Sub-industry Exposure | ≤15% |
| -Minimum Market Capitalization: | $5 billion |

# EXHIBIT 2

Wedgewood. PARTNERS, INC.

# Wedgewood Partners 1st Quarter 2018 Client Letter

## Hello Volatility, My Old Friend, I've Come To Talk With You Again

***"I have never seen a market this volatile to this extent in my career…Now that's only 66 years…I've seen two 50 percent declines, I've seen a 25 percent decline in one day and I've never seen anything like this before."***

**John Bogle, Founder of The Vanguard Group**

**SPX Years by % of Days Down -2%**
1950-2018 (as of April 6, 2018)

| Year | -2% Days | Trading Days | % of Days Down 2% |
|---|---|---|---|
| 2008 | 41 | 253 | 16.2% |
| 2002 | 29 | 252 | 11.5% |
| 2009 | 28 | 252 | 11.1% |
| 2018 | 7 | 66 | 10.6% |
| 2011 | 21 | 252 | 8.3% |
| 1987 | 20 | 253 | 7.9% |
| 2000 | 19 | 252 | 7.5% |
| 1974 | 15 | 253 | 5.9% |
| 2001 | 13 | 248 | 5.2% |
| 1998 | 12 | 252 | 4.8% |
| 2007 | 11 | 251 | 4.4% |
| 2010 | 10 | 252 | 4.0% |
| 1999 | 9 | 252 | 3.6% |
| 1990 | 8 | 253 | 3.2% |
| 1950 | 7 | 249 | 2.8% |
| 1980 | 7 | 253 | 2.8% |

@OddStats source: Yahoo Finance
Red Years Saw a Bear Market

## Review and Outlook

Our Composite (net-of-fees)[i] declined -0.65% during the first quarter of 2018. The benchmark Russell 1000 Growth Index gained +1.42%. The S&P 500 Index declined -0.76% during the quarter.

Top first quarter performance detractors include Tractor Supply, Kraft Heinz, Qualcomm, Celgene, and Facebook. Top first quarter performance contributors include Edwards Lifesciences, Booking Holdings, Cognizant Technology, Visa, and PayPal.

Stock market volatility returned with a thunderclap during the first quarter – consequently, we were quite happy – and quite busy. We sold T.J. Maxx and Verisk Analytics. We bought Facebook (in fact, we added to Facebook three times during the quarter). We trimmed Alphabet twice. We added to Apple, PayPal, and Ross Stores.

| Q1 Top Contributors | Avg. Wgt. | Contribution to Return |
|---|---|---|
| Edwards Lifesciences | 6.92 | 1.36 |
| Booking Holdings | 5.27 | 0.88 |
| Cognizant Technology Solutions | 3.16 | 0.38 |
| Visa | 6.91 | 0.31 |
| PayPal | 3.65 | 0.09 |

| Q1 Bottom Contributors | | |
|---|---|---|
| Tractor Supply Company | 6.04 | -0.89 |
| Kraft Heinz | 3.43 | -0.69 |
| Qualcomm | 5.3 | -0.64 |
| Celgene | 3.65 | -0.54 |
| Facebook | 2.15 | -0.36 |

[1]

During the quarter we liquidated our positions in Verisk Analytics. Over the past several years, Verisk has gone outside its core competency of serving the Insurance Industry, in an effort to drive continued revenue and earnings growth. Although the Company has executed well in the insurance vertical, we are less impressed with the execution of their acquisitions in the energy, health care, and financial verticals. Those verticals still represent a minority of their profitability (they exited health care in 2016); however, we think the returns to date have not justified the balance sheet risk the Company has taken and would prefer management return capital to shareholders, rather than growing for growth's sake. We reinvested proceeds into better opportunities that were presented during the brief bouts of heightened volatility.

---

[1] Portfolio contribution calculated gross of fees. The holdings identified do not represent all of the securities purchased, sold, or recommended. Returns are presented net of fees and include the reinvestment of all income. "Net (Actual)" returns are calculated using actual management fees and are reduced by all fees and transaction costs incurred. Past performance does not guarantee future results. Additional calculation information is available upon request.

We liquidated our positions in T.J. Maxx and used the proceeds to add to faster growing businesses. The Company continues to be exceedingly well-run and has pioneered many new concepts in the off-price retail industry and managed to expand the concept internationally, where price umbrellas have emerged. However, there are few markets where that off-price opportunity is better than in the U.S. We think T.J. Maxx is further along the maturity curve in the U.S., relative to another portfolio holding, Ross Stores, which also competes well within the off-price space. Ross continues to have ample room to grow its footprint in the highly lucrative off-price space through core concept expansion and potential entry into new, relatively underpenetrated retail segments, particularly in home.

Tractor Supply Company posted solid same-store sales ("comp") growth of 4%, topping consensus expectations. Despite providing good comp guidance for the coming year, and a longer-term plan for operating margin expansion, investors ignored this and shifted their gaze to the Company's lower near-term operating margin guidance. We think the recent selloff is overdone. Lower margins are being driven by investments in distribution and personnel capabilities, which were telegraphed a few quarters ago; and therefore they are not new developments. We continue to think the reinvestment of excess capital into new productive assets and workflows will result in sustainable longer-term sales and operating leverage. Further, gross margins continue to be steady, leaving little sign that there has been a meaningful change in competitive encroachment. For example, we think many of the Company's most popular consumable, usable, and edible (CUE) items do not lend themselves well to fulfillment by the U.S. Postal Service; instead they'd do well to leverage Tractor's brick-and-mortar locations. Tractor has long focused on niche merchandising and services – focusing on rural land owners with higher than average income – that fall outside the purview of typical mass-market retailers. We think expectations for the Company are quite low, as consensus expects flat margins for several years, despite the Company reaching a point where we expect they can leverage their overhead investments from the past several quarters and drive low double-digit earnings per share growth.

Notably, the benchmark Russell 1000 Growth Index capped its 10th consecutive gain and has finished higher during *20* out of the past 21 quarters. Despite this relentless appreciation, there was enough volatility this quarter to serve up a few good opportunities. Most of the volatility occurred in February and March but was not enough to repeal January's meteoric gain. Most of our relative underperformance for the quarter was posted during January, as a few large weightings in the benchmark, namely Microsoft, Netflix and Amazon (the three roughly 10% of the total benchmark weighting), tacked on almost $250 billion in market cap in only *21* trading days and ended up detracting around 130 basis points from our relative performance for the full quarter.

We continue to be skeptical that the value the aforementioned businesses are creating is anywhere near enough to justify such price appreciation, but we are also well aware that this skepticism can be viewed as obstinacy. However, we continue to invest with the basic expectation that value creation is not just a revenue function driven by customer delight; but instead is a series of prudent and sustainable tradeoffs between revenue opportunity and the very real shareholder capital required to address that opportunity.

Further, when a business successfully manages that difficult balance, it is not necessarily sustainable for several years, let alone decades – or even centuries. We think a multi-century time horizon is patently absurd, yet there are exceedingly large pools of capital that invest in our universe using that framework.[2] So although this capital continues to flow into the system, we continue to focus on stocks that reflect much more modest expectations. Of course, we also think our prudence will be rewarded in our lifetime, and even sooner – likely within this market cycle.

***"A dangerous feedback loop now exists between ultra-low interest rates, debt expansion, asset volatility and financial engineering that allocates risk based on the volatility."***

***Volatility and the Alchemy of Risk,* Artemis October 2017**

In our recent Client Letters, we have chronicled the astonishing, historically low stock market volatility over the past few years. With the clarity of hindsight, it looks like 2017 was a capstone to the one-way direction bull market. In all due respect to Mr. Bogle, we believe Mr. Market just might be getting warmed up.

Speaking of volatility, this is what we wrote just last quarter:

***Incredibly, the Great Bull Market of 2009-2017 momentum actually increased during the fourth quarter. Volatility in the stock market appears to be a thing of the past. (We are dubious.) 2017 set numerous records for historically low volatility in both the stock and bond markets. The fourth quarter represented the 20th positive quarter over the past 21.***

***The last negative quarter was two years ago when the stock market "suffered" a -6.6% "collapse" during the third quarter of 2015. In fact, if the current bull advances without at least a -5% correction by the third week in January, it will the longest such streak since 1928. Further, the stock market has not suffered just a -3% drawdown in over 13 months, by far the longest in history.***

***In 2017 alone, the stock market was up every month (a calendar year record) and now up 14 months in a row (a record). 95% of the trading days during 2017 had an intraday swing of less than 1% - another historic record. The Dow Jones Industrial Average set 71 new highs in 2017 – the most since 1910. The second most new highs (65) was recorded back in 1925. The last notable double-digit "correction" was six years ago way back in 2011. The stock market has recorded positive gains 9 consecutive years and 14 out of the past 15 years.***

***We need to repeat what we wrote in our last Letter; "volatility is a dear friend of the active, patient, value-sensitive investor. We miss it terribly."***

[2] https://www.softbank.jp/en/corp/about/philosophy/vision/

Well. Welcome back, our old friend.

According to Jefferies, so far in 2018 (early April), the S&P 500 Index sustained its third highest sustained volatility this decade, the fifth +10% correction this decade. In fact, 24 of the past 43 trading days have experienced +1% S&P 500 moves. Over at the NASDAQ (QQQ), one week realized volatility reached a +52 volatility – the third highest this decade. In addition, QQQ registered 10 different +1% moves in just a single trading day (March 28th).

Recall that back in early February a volatility spike bludgeoned a few exchange-traded products to the point of forced liquidation. Such "products" allow speculators to bet on a volatility index such as the CBOE Volatility Index (VIX). As if speculating on the short-term rise or fall on stocks, commodities, or market indices themselves is daunting enough, imagine speculating on the *speed* of price movements themselves. Imagine betting on horses at the Kentucky Derby or drivers at the Indy 500. Now imagine betting on the *speed* of the horses or race cars during the race. Sounds nuts, right? Yep. It might too sound like some insignificant, perhaps even infinitesimal crap shooting game played in the far corners of financial markets by uber-speculators too, right? Nope.

The *Financial Times (FT)* estimates that there is *$80 billion* in 883 global volatility-linked leveraged and inverse ETFs and ETNs. Further, the *FT* estimates that the plunge in the stock market was largely due to the automatic selling, triggered by a spike in volatility of up to $200 billion in such products. You read that right, *automatic* selling. Once the algorithmic machine selling starts, the viscous selling circle begets even more selling. Even more daunting is the lack of fundamental buyers stepping up to buy against the machines. Worse still, such structural fundamental buyers don't exist. Here is an example of such exotica; *VelocityShares Daily Inverse VIX Short Term ETN.*



Such algorithmic products grew like weeds during the low-interest rate QE regimes of the global central banks against a backdrop of historically low asset price fluctuations and flourished for years in a sea of market tranquility. All told, Standard & Poor's estimates that "financial engineering strategies" pegged to various algorithms of low-volatility still control from *$1.5 trillion* to *$2.0 trillion* of gasoline just waiting to be thrown upon even the smallest market fire. This is Mary Shelly's *Frankenstein* redux of another, frightening order.




**Source: Financial Times**

For some of our more senior readers, we confidently posit that such casino-like activity sounds all too familiar to the oh-so-sophisticated Portfolio Insurance crack-up circa 1987. We'll let Warren Buffett continue the narrative from here. The following is excerpted from his 1987 Chairman's Letter 30 years ago:

***Let's look first at common stocks. During 1987 the stock market was an area of much excitement but little net movement: The Dow advanced 2.3% for the year. You are aware, of course, of the roller coaster ride that produced this minor change. Mr. Market was on a manic rampage until October and then experienced a sudden, massive seizure.***

***We have "professional" investors, those who manage many billions, to thank for most of this turmoil. Instead of focusing on what businesses will do in the years ahead, many prestigious money managers now focus on what they expect other money managers to do in the days ahead. For them, stocks are merely tokens in a game, like the Thimble and Flatiron in Monopoly.***

***An extreme example of what their attitude leads to is***

*"Portfolio Insurance," a money-management strategy that many leading investment advisors embraced in 1986-1987. This strategy - which is simply an exotically-labeled version of the small speculator's stop-loss order dictates that ever increasing portions of a stock portfolio, or their index-future equivalents, be sold as prices decline. The strategy says nothing else matters: A downtick of a given magnitude automatically produces a huge sell order. According to the Brady Report, $60 billion to $90 billion of equities were poised on this hair trigger in mid-October of 1987.*

*If you've thought that investment advisors were hired to invest, you may be bewildered by this technique. After buying a farm, would a rational owner next order his real estate agent to start selling off pieces of it whenever a neighboring property was sold at a lower price? Or would you sell your house to whatever bidder was available at 9:31 on some morning merely because at 9:30 a similar house sold for less than it would have brought on the previous day?*

*Moves like that, however, are what portfolio insurance tells a pension fund or university to make when it owns a portion of enterprises such as Ford or General Electric. The less these companies are being valued at, says this approach, the more vigorously they should be sold. As a "logical" corollary, the approach commands the institutions to repurchase these companies - I'm not making this up - once their prices have rebounded significantly. Considering that huge sums are controlled by managers following such Alice-in-Wonderland practices, is it any surprise that markets sometimes behave in aberrational fashion?*

*Many commentators, however, have drawn an incorrect conclusion upon observing recent events: They are fond of saying that the small investor has no chance in a market now dominated by the erratic behavior of the big boys. This conclusion is dead wrong: Such markets are ideal for any investor - small or large - so long as he sticks to his investment knitting. Volatility caused by money managers who speculate irrationally with huge sums will offer the true investor more chances to make intelligent investment moves. He can be hurt by such volatility only if he is forced, by either financial or psychological pressures, to sell at untoward times.*

Market participants have begun to react like something new indeed is afoot in the stock market. We can't help but think that more and more investors are starting to realize that the recent unnerving volatility has little to do with the bulls' and bears' time-honored battling over cheap and expensive stocks.




**Source: Bianco Research**

We certainly welcome our old friend volatility, as it serves up opportunity. However, we are still cognizant that every major index (and asset class) is near all-time, historic highs. That said, we are still able – because of our Focus – to construct a portfolio of growth companies with much better growth and profitability profiles, *but at quite favorable valuations*. Here are a few more graphics (including the first two from our last Letter) that speak to a current market environment that is quite ripe for many more numbing stock market flash crashes.






Source: Euro Pacific Capital




*Rydex Nova (leveraged long) Fund assets as a percentage of Nova plus Ursa (short) Fund assets, shown as 10-wk avg.






**Source: Investech**






Last, but not least, the stock market's recent bout of EKG-like volatility knocked the Great Bull Market of 2009-2018's ninth[th] birthday celebration off the front pages.



## Company Commentaries

## Edwards Lifesciences

Edwards Lifesciences was our top contributor in the first quarter. Honestly, we couldn't be much more pleased with the way fundamental developments have played out during our ownership of the Company. As you know from our earlier commentary, the primary driver for the Company is Transcatheter Aortic Valve Replacement (TAVR), where the Company has a significant market leadership position. As a reminder, TAVR is a much less invasive alternative to open-heart surgery for the replacement of the aortic valve, in which the new valve is put into place through a catheter, typically inserted via a tiny pinprick in a patient's leg. The aortic valve is generally replaced due to a condition known as Aortic Stenosis (AS), which is a narrowing of the valve, which restricts blood flow within the heart. TAVR has seen successive waves of growth as the procedure has been approved first for patients for whom surgery was not a viable option, then for patients at high- and medium-risk of complications from surgery. The Company is also working on approvals for low-risk patients and for patients currently showing no symptoms of AS.

Our research has led us to believe, from the beginning, that the Company's publicly-stated intermediate-term expectations for the size of the potential patient population and market opportunity were vastly understated. We believed that both physicians and patients have tended to delay addressing potential heart valve issues due to the rather traumatic prospect of open-heart surgery. With a much less invasive option now available for treatment, we have believed that the pool of potential patients would prove to be much greater than anyone could have tracked previously, especially among patients who were "less sick," for lack of a better term. As initial approvals have been for patients already known to be the "most sick" – specifically, patients already known to be suffering from severe AS, and who have other complications that make open-heart surgery a risk – the addressable patient population in the early stages of TAVR rollout has been fairly predictable. However, as approvals move toward "less sick" patients over time, we firmly believe the addressable patient population will repeatedly surprise to the upside. Therefore, it has been gratifying to see this part of our thesis already playing out. In just the past year, the Company has increased its guidance for the total TAVR market by 2021 from $5 billion to greater than $5 billion, also noting that the opportunity beyond 2021 is significant. Specifically, they have said that they believe the prevalence of AS is larger than they previously had anticipated, meaning that treatment rates are much lower than they had anticipated.

Furthermore, activity from competitors in the TAVR market has turned out to be more benevolent than we had expected. Medtronic's CoreValve remains the #2 competitor, and it is growing slightly faster than Edwards in TAVR, since it came to market later and is capturing some share, as Edwards no longer has the market to itself. This is exactly as we have expected. We also anticipated that Boston Scientific's Lotus valve, which has had some quality issues and has been off the market for several quarters, would reenter the market and capture modest share as a #3 option, as our research has indicated that this valve is better than the other two companies' offerings in specific situations but is not comparable in

the majority of situations. We also assumed that pricing would decline across the TAVR space as Boston's product came to market, because Boston would try to compensate for an inferior product with lower pricing. However, since our initial purchase, the following events have occurred: 1) Boston has repeatedly struggled to get Lotus back on the market; 2) both Medtronic and Boston have basically admitted that Edwards has the best product, and the other two will be slugging it out for second place; 3) Boston has claimed (optimistically, according to our research) that its product is just as good as Medtronic's, so they will have no need to resort to a price war in order to capture share. These are all very positive developments in relation to our initial expectations. In rough terms, we originally had expected something like a 45-45-10 eventual market share split between Edwards, Medtronic, and Boston Scientific, and with a degradation in pricing; instead, Boston still hasn't managed to get back on the market yet, and we could eventually be looking at something as positive as a 60-20-20 split with little or no pricing degradation, if Boston is to be believed – although, as previously noted, we are skeptical of some of Boston's projections.

Finally, we would note a couple of slightly less significant developments. First, an early ruling in some TAVR patent litigation between Edwards and Boston just went in Edwards's favor; we see this litigation as routine for the industry and believe it is most likely to end in some fairly benign cross-licensing agreements between the companies, but this early ruling may point to a more positive outcome than we had expected. Next, although we still see significant long-term opportunity in TAVR, we are getting closer to the Company's next growth drivers in transcatheter mitral and tricuspid valve repair and replacement, areas estimated by the Company to be at least a $3 billion market opportunity by 2025. The Company expects to launch at least one new product in these areas in each of the next three years.

Looking specifically at the stock, although investors with shorter-term time horizons have occasionally fretted over minor decelerations in TAVR growth rates—which have been nothing more than a function of mathematical realities, when the Company has lapped periods of the unleashing of pent-up demand after launching new patient populations in high-risk and intermediate-risk situations—we have focused on the long-term growth opportunities and have been able to build our position at attractive prices. As we say with pretty much every one of our positions in the current market, the stock's valuation clearly is not cheap; in the tenth year of a valuation-agnostic bull market, very little is, by any reasonable historical standards. However, in a market where most stocks trade beyond the top end of historical valuation ranges, Edwards at least is trading firmly within the middle of its normal range during the current bull market, in the mid-to-high 20s on a forward P/E basis. Edwards also is generating very healthy double-digit percentage revenue growth (16% in 2017) as well as improving profitability, with consistent EPS growth over 20%. We continue to view this as good value.

**Facebook**

We have followed Facebook for quite some time, first as a potential competitor to Alphabet (formerly Google) and more recently (the past few years) as an investment opportunity. Facebook has historically carried a rich multiple relative to what we are willing to tolerate for earnings growth. However, earnings growth has continued at a robust pace while the stock has not kept up. For example, from year-end 2015 through year-end 2018 (estimated), Facebook will have compounded revenue and earnings by over 200%, whereas the stock has appreciated by about 75%[3]. This has driven Facebook's earnings multiple to contract to around 16-17X 2019 earnings (ex. balance sheet cash) – an all-time low for the stock, both absolute and relative to the S&P 500 Index and Russell 1000 Growth Index (n.b. P/E is at *parity* with the latter). We believe this is a classic valuation setup for our portfolio: as the Company continues to compound earnings at 20%+ for several years, a conservative, flat multiple should still result in excellent absolute returns – and better still at deserved multiple expansion.

Facebook exhibits vastly superior profitability metrics relative to its peers in the media and advertising industry. In addition, we believe Facebook's value proposition is unique and defensible relative to peers, which should enable the Company to generate industry leading returns on invested assets for several years. This value proposition is focused on providing advertising customers with highly attractive, triple-digit returns on advertising spend (ROIs).

While many of Facebook's peers offer a value proposition that entails better ROIs, it is often via an inflexible, expensive, or monolithic solution. In contrast, the Company's low-cost value chain – especially its multibillion user social platforms, and an arsenal of ad measurement tools both acquired and internally developed over the past several years – provides advertisers multiple avenues to drive successful ROIs.

Facebook's social platforms serve as very low-cost forms of user traffic and content. Many of Facebook's competitors pay a substantial portion of their ad revenues in the form of traffic acquisition (sometimes referred to as "customer acquisition") and/or content costs. For example, television advertising platforms are dominated by telecommunication and multiservice-offering conglomerates. The advertising businesses of these platforms are often carved out from subscriber economics, with the cost of content typically being the largest expense, by far, in running the ad platform. Even digital competitors such as Microsoft Bing, while not having to spend quite as much on content, spend substantial portions of revenue on traffic acquisition.

Facebook's scale across its platforms – including Instagram and WhatsApp – continues to drive a "virtuous cycle" of user engagement and therefore low-cost content creation. Some recent monthly active user (MAU) stats include 2.1 billion users on Facebook as of December 2017, 1.5 billion users on WhatsApp as of January 2018, and Instagram MAUs nearing the

[3] Data from Factset

billion-user mark as well. In addition, Facebook continues to report stable user engagement (as measured by DAU/MAU) at 66%.

Facebook's recent actions of culling certain content is evidence of quality control and, if anything, signals that there is perhaps *too much content.* While there is the risk this could increase the cost of content – especially curation – we did not see much evidence of that on the recent conference call or earnings report. We will continue to monitor the risks and opportunities related to the Company's advertising ROIs and low-cost content platforms, which play key roles in maintaining Facebook's superior industry profitability.

As we mentioned earlier, we first began following Facebook as a competitor to portfolio holding, Alphabet. Facebook has significant business model overlap with the Google arm of Alphabet, with both companies hoovering-up share in ad spending globally, particularly in developed markets. The two companies combined are estimated to have accounted for over 60% of the digital advertising market in the U.S. in 2017; for example, with Google's properties accounting for over 40% share and Facebook's properties accounting for over 20%. To put the two companies' dominance in perspective, no other competitor even cracks 5% of the U.S. digital ad market share.[4] In the faster-growing mobile segment of the digital market, where Facebook derives the overwhelming majority (roughly 90%) of its revenues, the two companies are similarly dominant, with Facebook's share (nearly 30%) much closer to Google's (nearly 35%).

**Net US Digital Ad Revenues, by Company, 2016-2019**
*billions*

| | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|
| **Google** | **$29.43** | **$35.00** | **$40.08** | **$45.69** |
| —YouTube | $2.92 | $3.88 | $4.43 | $4.96 |
| **Facebook** | **$12.37** | **$17.37** | **$21.57** | **$25.56** |
| —Instagram | $1.61 | $3.08 | $5.40 | $6.84 |
| **Microsoft (Microsoft and LinkedIn)** | **$3.34** | **$3.60** | **$3.84** | **$4.04** |
| —LinkedIn | $0.73 | $0.81 | $0.92 | $1.02 |
| **Oath** | **$1.27** | **$3.60** | **$3.69** | **$3.77** |
| **Amazon** | **$1.12** | **$1.65** | **$2.35** | **$3.19** |
| **Twitter** | **$1.36** | **$1.21** | **$1.16** | **$1.16** |
| **Yelp** | **$0.62** | **$0.72** | **$0.84** | **$0.98** |
| **Snapchat** | **$0.30** | **$0.64** | **$1.18** | **$2.04** |
| **IAC** | **$0.50** | **$0.45** | **$0.41** | **$0.38** |
| **Yahoo** | **$2.25** | - | - | - |
| **Total digital ad spending** | **$71.60** | **$83.00** | **$93.75** | **$105.44** |

*Note: includes advertising that appears on desktop and laptop computers as well as mobile phones, tablets and other internet-connected devices, and includes all the various formats of advertising on those platforms; net ad revenues after companies pay traffic acquisition costs (TAC) to partner sites*
*Source: company reports; eMarketer, Sep 2017*

230258 www.eMarketer.com

4 www.emarketer.com

In a broad sense, our entire portfolio has some modest overlap with Facebook (and Google) as advertising partners. Advertisers' ability to target customers in detail on both platforms makes the platforms attractive to both traditional large-scale advertisers (including consumer products and services companies such as Kraft Heinz, Visa, Apple, or Priceline/Booking) and to companies that might not have been able to target advertising effectively on traditional mass media, but who could cost-effectively target an ad to a specific group or to a specific user based upon search history (Google) or social media preferences (Facebook). We believe our entire portfolio either is, or will be, customers of one or both of these dominating digital media platforms.

Facebook found itself in news crosshairs during the quarter. First, news emerged pertaining to ads purchased by Russia and posted on Facebook's platform during the 2016 U.S. presidential election with the intent to sway voter opinion. A couple weeks later, additional news surfaced regarding a data analytics firm and the harvesting of Facebook data for political gain. In all, information on tens of millions of Facebook users was leaked, bringing to question Facebook's privacy policy and what the Company is doing to protect its user data. Steps to prevent this type of breach were put in place by the Company back in 2014, when Facebook made changes to the way developer apps could access users' and "friends" data. However, the stock sold off (to our investment advantage) on concern that the Company was not performing appropriate due diligence on app developers' use of data and their subsequent deleting of that data once they were no longer using it.

The Company vows to make further changes, which include conducting audits, improving its privacy policy, and banning third-party data services from its ad targeting platform. While we expect these actions to increase Company expenses, we do not believe there will be any significant impact to the Company's revenue growth as we believe there are few channels available that can match Facebook's return on ad spend. We view the pull back in the stock as short-term headline risk, and we have used the opportunity to not only initiate our position in Facebook during the quarter, but also add to the position further at attractive valuation levels. We believe strong advertiser demand and healthy ROI, along with Facebook's ability to increase pricing on their ads, leaves the Company with plenty of room for growth in the years ahead.

**<u>Qualcomm</u>**

Qualcomm was a top detractor during the first quarter. Shares retreated after President Trump issued an order to block any attempt by Broadcom to acquire Qualcomm shares or stage a proxy contest, per research from the Committee on Foreign Investment in the United States (CIFIUS). As best as we can tell, given the limited public disclosures, CFIUS speculated that any change in control from Qualcomm to Broadcom could pose a risk to the national security of the United States. Specifically, CFIUS claimed that Qualcomm's research and development (R&D) efforts were critical to the U.S.' leadership in the development of global wireless communications standards, and worried that any efforts by Broadcom to defund that R&D risked a "reduction in Qualcomm's long-term technological competitiveness and

influence in standard setting [which] would significantly impact U.S. national security," especially vis a vis China.[5]

While we're not surprised that this deal was terminated, we are surprised that it was terminated in this manner. First, as we have frustratingly witnessed, regulators the world-over – *including our own U.S. FTC* – have pressured Qualcomm's business model, and therefore R&D, for years, either through fiat and/or lawsuit. Second, Apple (one of Qualcomm's largest customers) has indemnified and compelled its Chinese contract manufacturers to withhold several billion dollars in very high margin payments to Qualcomm over the past 15 or so months with little or no pushback from U.S. regulators. In addition, Huawei – a quasi-Chinese SOE – has mimicked Apple's behavior and withheld – what we estimate to be – several hundred million in high margin revenue dollars over the same timeframe – again, no regulators seem to have a problem with this. So, it makes us wonder *why CFIUS and U.S. POTUS decided that Broadcom's proposed ~$80 per share offer for Qualcomm represents the most intolerable potential risk to the national security of the United States, when clearly Qualcomm has already been pressured by the actual activities of governments, including the U.S.* In fact, we'd argue that the actions (and inactions) of regulators, particularly during the past 15 months, are what precipitated Broadcom's attempt at unlocking growth and value at Qualcomm.

Despite this detour, we will continue to be patient with our Qualcomm ownership, as we think many investors have become overly negative. For example, it is consensus to assume close to *zero* revenues from Apple and Huawei over the next year, and maybe longer. However, Apple (and we suspect Huawei) is accruing expenses for a potential settlement with Qualcomm. While that might be an accounting necessity, we think it's also indicative of a real probability. Second, Qualcomm has set several hundred commercial precedents with handset OEMs, most recently with Samsung – the largest handset OEM by units – and offered similar licensing terms to Apple. So we are highly skeptical Apple is being treated unfairly, despite its claims. Once these commercial arrangements are settled, we expect Qualcomm's longer-term organic growth to be driven by the global shift to 5G standards, where Qualcomm has dominant technological positioning. Further, we think there continues to be a high probability that the Company's acquisition of NXP Semiconductor will get approved in the coming months, which could lead to sizable earnings per share accretion.

---

[5] https://www.sec.gov/Archives/edgar/data/804328/000110465918015036/a18-7296_7ex99d1.htm#Exhibit99_1_081114

April 2018

David A. Rolfe, CFA
Chief Investment Officer

Michael X. Quigley, CFA
Senior Portfolio Manager

Morgan L. Koenig, CFA
Portfolio Manager

Christopher T. Jersan, CFA
Research Analyst

**The information and statistical data contained herein have been obtained from sources, which we believe to be reliable, but in no way are warranted by us to accuracy or completeness. We do not undertake to advise you as to any change in figures or our views. This is not a solicitation of any order to buy or sell. We, our affiliates and any officer, director or stockholder or any member of their families, may have a position in and may from time to time purchase or sell any of the above mentioned or related securities. Past results are no guarantee of future results.**

**This report includes candid statements and observations regarding investment strategies, individual securities, and economic and market conditions; however, there is no guarantee that these statements, opinions or forecasts will prove to be correct. These comments may also include the expression of opinions that are speculative in nature and should not be relied on as statements of fact.**

**Wedgewood Partners is committed to communicating with our investment partners as candidly as possible because we believe our investors benefit from understanding our investment philosophy, investment process, stock selection methodology and investor temperament. Our views and opinions include "forward-looking statements" which may or may not be accurate over the long term. Forward-looking statements can be identified by words like "believe," "think," "expect," "anticipate," or similar expressions. You should not place undue reliance on forward-looking statements, which are current as of the date of this report. We disclaim any obligation to update or alter any forward-looking statements, whether as a result of new information, future events or otherwise. While we believe we have a reasonable basis for our appraisals and we have confidence in our opinions, actual results may differ materially from those we anticipate.**

**The information provided in this material should not be considered a recommendation to buy, sell or hold any particular security.**

[i] Returns are presented net of fees and include the reinvestment of all income. "Net (Actual)" returns are calculated using actual management fees and are reduced by all fees and transaction costs incurred.

# EXHIBIT 3

Wedgewood. PARTNERS, INC.

**Wedgewood Partners Second Quarter 2018 Client Letter**

**<u>When The Punchbowl Is Spiked With Debt</u>**

***You Never Give Me Your Money. You Only Give Me Your Funny Paper.***

**Lennon-McCartney**

Exhibit 2: Balance sheet stock performance typically tracks corporate leverage

as of June 7, 2018




Source: Compustat, Goldman Sachs Global Investment Research

## Review and Outlook

Our Composite (net-of-fees)[i] increased +4.85% during the second quarter of 2018. The benchmark Russell 1000 Growth Index gained +5.76%. The S&P 500 Index gained +3.43% during the quarter.

Top second quarter performance detractors include Fastenal, Berkshire Hathaway, Celgene, Booking Holdings, and Cognizant. Top second quarter performance contributors include Facebook, Tractor Supply, Apple, Visa, and Core Laboratories.

During the quarter we trimmed Fastenal, Ross Stores, and Edwards Lifesciences. We added to Charles Schwab.

| Q2 Top Contributors | Avg. Wgt. | Contribution to Return |
|---|---|---|
| Facebook, Inc. Class A | 6.88 | 1.37 |
| Tractor Supply Company | 5.97 | 1.20 |
| Apple Inc | 8.80 | 0.97 |
| Visa Inc. Class A | 7.44 | 0.80 |
| Core Laboratories NV | 3.88 | 0.63 |
| **Q2 Bottom Contributors** | | |
| Fastenal Company | 4.31 | -0.62 |
| Berkshire Hathaway Inc. Class B | 8.72 | -0.58 |
| Celgene Corporation | 3.14 | -0.38 |
| Booking Holdings Inc. | 5.71 | -0.12 |
| Cognizant Technology Solutions Corporation Class A | 3.18 | -0.06 |

[1]

The most common question we have been asked over the past couple of years is, *"What investing environment does Wedgewood Partners need to once again put up competitive performance numbers?"* Our short answers have been, and continue to be, a reversal of quantitative easing (QE) and/or a reversal of the seemingly unbreakable multiyear tech stock momentum.

The momentum of tech stocks remains in full force. Indeed, our best performers in 2016, 2017 – and so far in 2018 – have largely been our tech stock holdings. However, I am pleased to report that since U.S.-based QE started to reverse itself late last October, our Composite (net-of-fees) has outperformed our benchmark (Russell 1000 Growth Index) +12.3% vs. +11.4% (since 10/31/17). We have fared notably better against the S&P 500 Index over the same time-period, +12.3% vs. +7.0%. In addition, over the past 12 months we are ahead of the S&P 500 Index by +400 bps (+18.4% vs. +14.4%).

A final note on QE-driven outperformance tailwinds: QE essentially and significantly lowered the debt cost-of-capital to literally "free capital" for Corporate America. The tailwind of balance sheet leverage was manifold to profitability, share buybacks, and dividend payments. The stock market took due note of this tsunami-sized tidal wave of corporate debt. Since QE went into overdrive in 2012, the outperformance of highly leveraged stocks has shattered the previous *four-decade* performance relationship between the stocks of strong balance sheet companies versus weak balance sheet companies.

So while our relative performance is slowly but surely improving, despite what the vagaries of any single calendar quarter might bring, we suspect that when the tide fully recedes on

---

[1] Portfolio contribution calculated gross of fees. The holdings identified do not represent all of the securities purchased, sold, or recommended. Returns are presented net of fees and include the reinvestment of all income. "Net (actual)" returns are calculated using actual management fees and are reduced by all fees and transaction costs incurred. Past performance does not guarantee future results. Additional calculation information is available upon request.

QE, our defense-first strategy, cash-rich balance sheet invested companies will compete much better in the investment performance derby.

Lastly, a reversal of the ***$15 trillion*** in global QE would no doubt be welcomed by active equity managers far and wide. Many of us who cut our teeth on the time-immemorial advice of "Don't Fight the Fed" might well reconsider such dogma given the extent that the central banker's "funny paper" has distorted both monetary *and* fiscal policy in manifold ways none of us have experienced in our investment careers.




**Source: Goldman Sachs**

Due to the stock market's quarterly vicissitudes, a few of our recent quarter's winners and losers simply swapped categories from the first quarter. These stocks include Tractor Supply, Facebook, Booking, and Cognizant Technology.

Celgene was once again a top detractor during the quarter. We chronicled the recent pipeline disappointments and earnings guidance declines in our third quarter Client Letter back in October. We recognize that the Company needs to regain investor confidence. To that end, we continue to reiterate that the Company has a very broad pipeline, with 12 phase-III studies set to read out between now and the end of 2018. Celgene has substantially more phase III assets than any other biotech company. With nearly +20% compounded annual earnings growth through 2020 and free cash flow generation of $100 billion over the next ten years, Celgene continues to offer a compelling growth opportunity.

## When The Punchbowl Is Spiked With Debt




Whether it be central banker debt, corporate debt, consumer debt or margin debt, the stock market loves the high-octane effect of debt – at least until the tide goes out (typically during economic recessions). Debt levels today are historic in terms of both size (large) and quality (poor).

Note the increases in debt-to-sales across every industry over the past three decades, plus the sharp increase just over the past half-decade. Corporate America knows full well that Mr. Market rewards share buybacks and increasing dividends. So what if such shareholder-friendly capital returns exceed the earning power of the corporation? Borrowing your way to stock market rewards has been *au courant* with C-Suite for years now. The cynic in us might even propound that the ultimate payment – not rollover – of such debt will most likely fall on the next generation C-Suite and board. So, *Party on, CEO Garth!*

| | Debt to Sales: S&P 500 | | | | | | | | Change |
|---|---|---|---|---|---|---|---|---|---|
| **Sector** | **1985** | **1990** | **1995** | **2000** | **2005** | **2010** | **2015** | **2016** | **2010 to 2016** |
| Energy | 22.5% | 32.0% | 39.3% | 35.0% | 29.1% | 45.8% | 78.1% | 93.1% | 47.2% |
| Utilities | 103.7% | 103.2% | 91.3% | 82.6% | 82.3% | 98.5% | 124.2% | 137.6% | 39.1% |
| Information Technology | 10.0% | 9.4% | 6.5% | 13.7% | 10.7% | 16.5% | 34.1% | 45.8% | 29.3% |
| Health Care | 18.5% | 14.0% | 21.0% | 22.6% | 22.4% | 29.8% | 59.2% | 55.7% | 25.9% |
| Materials | 14.5% | 29.0% | 21.6% | 33.2% | 26.4% | 31.4% | 52.7% | 55.5% | 24.0% |
| Consumer Staples | 8.5% | 11.8% | 13.5% | 15.5% | 19.2% | 26.3% | 40.5% | 42.2% | 16.0% |
| Consumer Discretionary | 15.1% | 27.8% | 17.6% | 23.4% | 19.5% | 24.9% | 31.8% | 35.2% | 10.3% |
| Industrials | 15.6% | 18.3% | 19.4% | 29.3% | 26.3% | 33.8% | 40.0% | 43.1% | 9.3% |
| Telecommunication Services | 74.6% | 58.3% | 50.5% | 212.3% | 110.2% | 115.1% | 135.2% | 121.6% | 6.5% |
| **Total** | **23.2%** | **27.2%** | **25.1%** | **29.4%** | **26.1%** | **34.3%** | **51.2%** | **56.5%** | |


| | Debt to Sales: S&P 500 | | | | | | | | Change |
|---|---|---|---|---|---|---|---|---|---|
| **Sector** | **1985** | **1990** | **1995** | **2000** | **2005** | **2010** | **2015** | **2016** | **2010 to 2016** |
| Energy | 22.5% | 32.0% | 39.3% | 35.0% | 29.1% | 45.8% | 78.1% | 93.1% | 47.2% |
| Utilities | 103.7% | 103.2% | 91.3% | 82.6% | 82.3% | 98.5% | 124.2% | 137.6% | 39.1% |
| Information Technology | 10.0% | 9.4% | 6.5% | 13.7% | 10.7% | 16.5% | 34.1% | 45.8% | 29.3% |
| Health Care | 18.5% | 14.0% | 21.0% | 22.6% | 22.4% | 29.8% | 59.2% | 55.7% | 25.9% |
| Materials | 14.5% | 29.0% | 21.6% | 33.2% | 26.4% | 31.4% | 52.7% | 55.5% | 24.0% |
| Consumer Staples | 8.5% | 11.8% | 13.5% | 15.5% | 19.2% | 26.3% | 40.5% | 42.2% | 16.0% |
| Consumer Discretionary | 15.1% | 27.8% | 17.6% | 23.4% | 19.5% | 24.9% | 31.8% | 35.2% | 10.3% |
| Industrials | 15.6% | 18.3% | 19.4% | 29.3% | 26.3% | 33.8% | 40.0% | 43.1% | 9.3% |
| Telecommunication Services | 74.6% | 58.3% | 50.5% | 212.3% | 110.2% | 115.1% | 135.2% | 121.6% | 6.5% |
| **Total** | **23.2%** | **27.2%** | **25.1%** | **29.4%** | **26.1%** | **34.3%** | **51.2%** | **56.5%** | |


**Source: The Leuthold Group**

The C-Suite also is fully aware of the illusory effects of how once-in-a-generation low interest rates mask lackluster top-line growth but magnify profitability to multi-decade highs.




Source: Investech




Left display from October 1, 2011 through June 15, 2016; right display as of March 31, 2018
**Past performance and historical analysis does not guarantee future results.** For illustrative purposes only
*Shadow fed funds rate as of year-end
Source: Bloomberg, Federal Reserve Bank of Atlanta, Federal Reserve Bank of St. Louis and S&P

CMO 2Q18 | 6







As of December 31, 2017
**Current analysis does not guarantee future results.**
Source: Bloomberg, Bureau of Economic Analysis, FactSet, Federal Reserve Bank of St. Louis, S&P and AB

CMO 2Q18 | 7

The gigantic rise in corporate debt is not limited to the insatiable appetites of Corporate America. The global economy and financial markets float on a Red Sea punch bowl of nearly ***$12 trillion in*** corporate debt and ***$15 trillion*** in QE debt.

The amount of nonfinancial corporate bonds outstanding has increased 2.7 times over the past decade to $11.7 trillion.




Note: Figures may not sum to 100% or totals listed, because of rounding.
¹Bond nationality is based on the location of the headquarters of the parent company of the company issuing bonds.
²Data as of December 4, 2017.

McKinsey&Company | **Source:** Dealogic; McKinsey Global Institute analysis

The following graphics and charts speak to the historic size of debt to corporate assets, corporate debt to GDP, plus the size of the junk market and the notable slide in the quality of debt. Last, but not least, is a graphic that chronicles the rise in the ***$4 trillion*** in bond funds.







Source: Federal Reserve, TCW.




Source: The Millstein Co.

THE WASHINGTON POST




**Source: Investech**




**Source: Investech**

**Total Assets in Bond Funds***
**Since 2002**

| Year | Bond ETFs | Bond Funds | Total | ETF Share |
|---|---|---|---|---|
| 2002 | $4 | $810 | $814 | 0.5% |
| 2003 | 5 | 925 | 930 | 0.5 |
| 2004 | 9 | 971 | 980 | 0.9 |
| 2005 | 15 | 1,019 | 1,034 | 1.5 |
| 2006 | 21 | 1,131 | 1,151 | 1.8 |
| 2007 | 35 | 1,306 | 1,340 | 2.6 |
| 2008 | 57 | 1,233 | 1,290 | 4.4 |
| 2009 | 107 | 1,747 | 1,854 | 5.8 |
| 2010 | 138 | 2,117 | 2,255 | 6.1 |
| 2011 | 184 | 2,347 | 2,531 | 7.3 |
| 2012 | 243 | 2,811 | 3,054 | 8.0 |
| 2013 | 246 | 2,787 | 3,033 | 8.1 |
| 2014 | 296 | 2,894 | 3,191 | 9.3 |
| 2015 | 340 | 2,820 | 3,160 | 10.8 |
| 2016 | 427 | 3,036 | 3,463 | 12.3 |
| 2017 | 553 | 3,402 | 3,955 | 14.0 |

*$ Billions (excludes municipal bond funds)

Source: Investment Company Institute

**Source: Investech**

Lastly, consider too where we are on in the credit tightening cycle. According to Leuthold's & Co. Jim Paulsen (via Bloomberg), "…for the first time since just prior to the 2007-2009 recession, premiums on the lowest-rated tranche of investment-grade U.S. corporate bonds have risen to 2 percent after being below that level, according to data compiled by the Minneapolis-based research group. The analysis looks at the gap in yields between corporate debt rated Baa by Moody's Investors Service and those on 10-year Treasuries…*'This less-followed indicator has a good enough relationship with recession risk during the last 50 years that it should not be ignored'*…Given that the "subpar" economic recovery has relied on unconventional monetary policy and fiscal stimulus, *'would it be shocking if it ended before traditional recession indicators provided warnings,'* he wrote.




## Company Commentaries

## Berkshire Hathaway

Berkshire Hathaway was a detractor from performance during the quarter. We chalk up the stock's pullback as nothing more than a much-deserved rest from the stocks significant outperformance since the end of 2015 versus the benchmark and the S&P 500 Index.

In spite of underperforming the market, the Company reported +18% growth in book value per share compared to last year and has compounded book value per share growth by about +13% during the past three years, which is well above our double-digit growth expectations.

More in line with some of the fastest growing large cap companies, Berkshire continues to plow back close to 100% of its capital into the business. Of course, close to $100 billion of the Company's capital is tied up in cash or very short-term duration U.S. Treasuries. We think that this "dry powder" bodes well for the future growth profile of Berkshire Hathaway, particularly as the cost of capital rises across the globe – a byproduct of central banks halting and reversing a decade of QE. We believe the Company maintains a long-term competitive advantage in a below-average cost of capital insurance float, which should become more valuable in an environment of both heightened equity market volatility and/or higher cost of borrowing. We expect the cost of capital for Berkshire Hathaway targets to rise faster than Berkshire's cost of capital, creating a more attractive spread for shareholders.

The growth profile of the Company continues to be underappreciated, but we are content to hold as management and the board have long stuck with a unique share buyback program that we think helps drive the stock to appreciate at least in-line with the attractive aforementioned book value growth. Specifically, the Company will look to buy back shares if the price to book value of the stock falls below 1.2X – which, at this level of margin of safety, would be both immediately and significantly accretive to earnings per share growth. The current valuation is an attractive 1.35X book. The Company has spent very little on buybacks over the past three years, despite a +45% increase in book value, so the market continues to reward the stock without much need for repurchase intervention.

It is impossible to know if the stock would have performed better or worse had the buyback authorization not been in place; however, we consider the telegraphing of this valuation target (combined with the Company's large cash balance) to have been an incredibly shareholder-friendly way to execute a repurchase program, and we are surprised that few – if any – cash-rich companies have followed suit. We hope more do.

**Cognizant Technology Solutions**

Cognizant detracted from absolute as well as relative performance in the quarter. After being a strong performer during both the second half of 2017 and the first quarter this year, Cognizant gave some of that relative performance back after reporting earnings that disappointed analysts. While the report was in line with consensus expectations, management did reduce full year 2018 earnings per share (EPS) estimates to reflect a higher tax rate following the U.S. Tax Cuts and Jobs Act enacted last year. Essentially, management now has better clarity around calculation of certain income earned for American taxpayers involved in foreign businesses which ultimately provides a limit on the amount of foreign tax credits the Company receives. While this was not clear when management gave original guidance in February, the Company now has a better understanding of the impact, resulting in the reduced EPS guidance. We are not concerned with the release because the change reflects the updated tax-rate expectations, rather than an issue with Company execution or a decline in industry or market expectations. Consensus, however, has become used to "beat and raise" quarters and thus shares sold off on the report.

Another reason we remain convicted is that the Company's margin expansion story remains on track. Management reaffirmed 2018 operating margin guidance of approximately 21% and they stand behind reaching 22% by the end of 2019. Helping achieve this is Cognizant's continued execution of their cost-cutting initiatives throughout the year, and as digital revenue continues to grow in the mid-to-high 20% range. As a reminder, digital revenue made up 29% of total company revenue during the quarter. This higher margin business is growing faster than Company average. The healthcare segment remains strong and the financial services segment continues to improve. Management even noted that, with the changes in tax reform and rising interest rates, they are starting to see more spending in the large money center banks, which has been an area of sluggish growth the last several quarters.

**Fastenal**

We trimmed our position in Fastenal this quarter, and we also note that it was one of our biggest detractors from performance. As we have highlighted before, we have seen a significant recovery in both the U.S. manufacturing and energy industries, as well as a recovery in Fastenal's fundamental results, since we first purchased the stock in October 2016.

In fact, the Institute for Supply Management's Purchasing Managers Index (PMI) – a widely-consulted gauge of industrial activity – has rallied significantly off the current economic cycle's trough, which it hit in 2016, and continues to bounce around its peak levels for this cycle.




**Source: Institute for Supply Management (ISM)**

Since our purchase, the Company's results have seen an inflection from declining operating profits in each of the four quarters before our purchase to double-digit percentage growth in both revenues and operating profits in each of the last four quarters. Much of this has been due to the recovery of the U.S. energy complex, which in turn has driven improvement in the broad U.S. industrial industry; however, as we have laid out before, we believe Fastenal remains the best-positioned industrial distributor, with a substantially differentiated business model, and this has led to industry-leading revenue growth, as shown below.

Industrial Distribution
Revenue growth rates last 6 quarters

| | *nearest fiscal Q* | | | | | |
|---|---|---|---|---|---|---|
| | Q4 16 | Q1 17 | Q2 17 | Q3 17 | Q4 17 | Q1 18 |
| AIT | 0.4% | 6.8% | 7.9% | 9.2% | 7.0% | 7.7% |
| **FAST** | **2.7%** | **6.2%** | **10.6%** | **13.6%** | **14.8%** | **13.2%** |
| GWW | 1.0% | 1.0% | 2.0% | 4.0% | 8.0% | 10.0% |
| HDS | 3.2% | 5.2% | 5.4% | 7.5% | 9.0% | 9.9% |
| MSM | -2.9% | 2.9% | 3.8% | 7.7% | 8.0% | 5.0% |

source: company reports

So why trim? We made a modest reduction this quarter, as we have been disappointed that the Company hasn't been able to generate better operating profit leverage from the tremendous revenue growth it has experienced. In the past few quarters, the Company has seen margin pressures due primarily to rising freight costs and rising raw material costs. While we believe inflation and deflation of raw material costs are normal, and while it is also customary for the Company to take a few quarters to pass along rising raw material costs, the freight issues are a bit more abnormal. Persistent long-haul truck driver shortages have been exacerbated recently by a government mandate forcing trucking companies to use electronic logging devices (ELDs) to track driver hours; this basically means that drivers can no longer cheat on their hours. This has caused a massive reduction in available long-haul trucking supply in a very short period of time, leading to what many industry participants have called the "tightest" trucking market (i.e. shortage of supply vs. demand) they've ever seen. Accordingly, trucking rates have skyrocketed in recent months. This is not just a Fastenal problem, of course; we have been hearing this from everyone who uses the trucking industry, which is just about everyone involved in shipping any sort of physical goods. So, to some degree, this is just another input cost that Fastenal—and everyone else—will eventually need to recover in pricing.

Our frustration with the Company, however, has been that Fastenal should be in a better position than its peers to handle these rising freight costs, as the Company has spent decades building a competitive advantage in its own captive fleet, to go along with all the points of distribution, inventory, plus people it has on the ground. This means that Fastenal can divert more freight to its internal fleet when external costs are rising; however, we have not seen the Company increasing utilization of its internal fleet, and that has caused greater than necessary pressure on margins. Fortunately, the available internal capacity is still there, and we do believe the Company can improve its execution on this front.

Overall, we continue to believe in the strength of the U.S. industrial economy, and we believe the Company will continue to benefit. In the shorter term, we expect to continue to see strength in sales, with the Company growing at or near the top of its industry; as the Company focuses on internal execution and pricing initiatives, we expect to see margin

improvement flowing through again, as well. Finally, we would highlight that the Company is trading at a valuation last seen at the depth of the last recession, which, honestly, is preposterous. All of this explains why we have maintained a healthy position in the stock.

**Addendum**

Last, due to the strength in the technology stock prices over the last few quarters, Wedgewood's overall sector exposure to information technology has temporarily increased higher than our usual 35%-40% sector guidelines and was approximately 41% for the Composite at the end of the second quarter. However, in terms of relative exposure, we are roughly in line with our Russell 1000 Growth Benchmark at 41%. This September, the Global Industry Classification Standard (GICS®) telecommunication services sector is being broadened and renamed to "Communication Services" to include some previously-categorized information technology and consumer discretionary companies. This is expected to reclassify Facebook and Alphabet into that new sector and therefore, we expect our sector percentage to drop dramatically with the reclassification. We view our current exposure as temporarily high due to market conditions. We will continue to monitor our exposure and will report the GICS® changes in the next quarter's Letter.

We hope these Letters give you some added insight into our portfolio strategy and process. On behalf of Wedgewood Partners, we thank you for your confidence and continued interest. As always, please do not hesitate to contact us if you have any questions or comments about anything we have written in our Letters.

July 2018

David A. Rolfe, CFA
Chief Investment Officer

Michael X. Quigley, CFA
Senior Portfolio Manager

Morgan L. Koenig, CFA
Portfolio Manager

Christopher T. Jersan, CFA
Research Analyst

**The information and statistical data contained herein have been obtained from sources, which we believe to be reliable, but in no way are warranted by us to accuracy or completeness. We do not undertake to advise you as to any change in figures or our views. This is not a solicitation of any order to buy or sell. We, our affiliates and any officer, director or stockholder or any member of their families, may have a position in and may from time to time purchase or sell any of the above mentioned or related securities. Past results are no guarantee of future results.**

**This report includes candid statements and observations regarding investment strategies, individual securities, and economic and market conditions; however, there is no guarantee that these statements, opinions or forecasts will prove to be correct. These comments may also include the expression of opinions that are speculative in nature and should not be relied on as statements of fact.**

**Wedgewood Partners is committed to communicating with our investment partners as candidly as possible because we believe our investors benefit from understanding our investment philosophy, investment process, stock selection methodology and investor temperament. Our views and opinions include "forward-looking statements" which may or may not be accurate over the long term. Forward-looking statements can be identified by words like "believe," "think," "expect," "anticipate," or similar expressions. You should not place undue reliance on forward-looking statements, which are current as of the date of this report. We disclaim any obligation to update or alter any forward-looking statements, whether as a result of new information, future events or otherwise. While we believe we have a reasonable basis for our appraisals and we have confidence in our opinions, actual results may differ materially from those we anticipate.**

**The information provided in this material should not be considered a recommendation to buy, sell or hold any particular security.**

---

[i] Returns are presented net of fees and include the reinvestment of all income. "Net (Actual)" returns are calculated using actual management fees and are reduced by all fees and transaction costs incurred.

# EXHIBIT 4

Wedgewood.
PARTNERS, INC.

**Wedgewood Partners Third Quarter 2018 Client Letter**

**Anatomy of a Bull Market**




Source: Fortune

## Review and Outlook

Our Composite (net-of-fees)[i] increased +8.7% during the third quarter of 2018. The benchmark Russell 1000 Growth Index gained +9.2%. The S&P 500 Index gained +7.7% during the quarter.

Top third quarter performance detractors include Facebook, Core Labs, Schlumberger, Kraft Heinz, and Charles Schwab. Top third quarter performance contributors include Apple, Qualcomm, Berkshire Hathaway, Tractor Supply, and Edwards Lifesciences.
During the quarter we bought C.H. Robinson, Old Dominion Freight Lines, and Ulta Beauty. We sold Kraft Heinz.

During the quarter we trimmed Core Labs, Ross Stores, and Tractor Supply. We added further to C.H. Robinson and Old Dominion Freight Lines.

| Q3 Top Contributors | Avg. Wgt. | Contribution to Return |
|---|---|---|
| Apple Inc | 9.36 | 1.98 |
| QUALCOMM Incorporated | 5.05 | 1.34 |
| Berkshire Hathaway Inc. Class B | 8.67 | 1.23 |
| Tractor Supply Company | 6.38 | 1.21 |
| Edwards Lifesciences Corporation | 6.13 | 1.16 |
| **Q3 Bottom Contributors** | | |
| Facebook, Inc. Class A | 6.54 | -1.06 |
| Core Laboratories NV | 2.62 | -0.36 |
| Schlumberger NV | 3.69 | -0.33 |
| Kraft Heinz Company | 1.06 | -0.15 |
| Charles Schwab Corporation | 3.96 | -0.14 |

[1]

On the detractor front, Facebook shares fell during the quarter after management warned about a deceleration in the rate of revenue growth and guided for margins to fall over the next several years. The Company posted 42% revenue growth for the fiscal second quarter but guided to a growth rate that seemed to be in the mid-20% for upcoming periods, with margins trending almost 10% lower over a longer-term period. We continue to overweight Facebook and maintain the position as a top holding for several reasons.

First, management has guided to decelerating revenue growth at core Facebook in nearly every quarter for the past few years, so we think there is a good amount of conservatism baked into their implicitly guided growth rates. Second, we think the revenue deceleration can be attributed to management's proactive strategy of shifting advertisers toward under-monetized properties such as Instagram, Facebook Messenger and WhatsApp, which have less developed advertising ecosystems.

[1] Portfolio contribution calculated gross of fees. The holdings identified do not represent all of the securities purchased, sold, or recommended. Returns are presented net of fees and include the reinvestment of all income. "Net (actual)" returns are calculated using actual management fees and are reduced by all fees and transaction costs incurred. Past performance does not guarantee future results. Additional calculation information is available upon request.

In our view, the aforementioned properties have the potential to not only stabilize growth rates but to reaccelerate as they mature with core Facebook providing a stable, high-margin cash flow stream for reinvestment. Third, management's lower margin guide implies an incremental $6 billion or more in overhead, which we believe is more than enough capital to ensure the long-term safety and security of the platform. Last, we think the consensus embedded estimates are quite conservative, and Facebook's fiscal 2020 price-to-earnings multiple of about 19X is very attractive, relative to our investment opportunity set, given the Company's high absolute growth rate and excellent profitability profile.

Schlumberger and Core Laboratories stocks both fell by the same amount, despite providing different results across vastly different products and services. As Brent oil prices eclipsed $80 per barrel during the quarter –a multifold increase from 2015 lows – our energy stocks have yet to respond in kind. While we are certainly aware that energy-related equity prices tend to have a meaningful correlation with oil prices, our long-held view has been that this relationship is less fundamentally important to Schlumberger and Core Labs.

Conversely, both companies' results are more highly correlated with the upstream capital expenditure (capex) budgets of national and international oil companies. Upstream capex spending, particularly international spending, continues to be subdued in spite of what seems to be very healthy supply and demand characteristics for the underlying commodity. As growth in international upstream budgets take longer than expected to materialize, we trimmed our positions in Core Labs, given that it was more expensive than Schlumberger on out-year budget growth. However, we continue to maintain positions in both stocks as we expect substantial pent-up demand from upstream customers, particularly at these historically attractive levels of Brent crude prices.

Qualcomm was a top contributor relative to the Russell 1000 Growth Index; after the Company reported substantial upside in their licensing business and good execution in semiconductor chipsets. In addition, Qualcomm embarked on a significant share repurchase program, which we estimate to be larger than 25% of the quarter-ending market capitalization.

We think the Company should be a long-term beneficiary of (and benefactor to) the rapidly increasing need for wireless data, not only at the consumer level, but increasingly in industrial and enterprise applications as wireless networks across the globe upgrade to bandwidth-friendly, 5G standards over the next several years.

Tractor Supply continues to execute well, reporting 10% growth in sales, with same store sales growth of 5.6% driven by both higher traffic and higher customer spending, and 35% earnings per share growth. The Company will be concluding an aggressive two-year investment ramp into technology capabilities, distribution, and stores, later this year.

We expect to reap sustainable comparable sales growth and margin expansion from those omnichannel investments over the next several years, supplemented by a steady cadence of mid-single digit square footage growth to take advantage of a growing total addressable

market. As shares have appreciated meaningfully over the past 12 months, we trimmed positions but maintain a healthy overweight in Tractor Supply.

Edward Lifesciences results continue to benefit from the Company's pioneering shift towards minimally invasive techniques and technologies for treating structural heart disease. Near-term, we think Edwards will benefit from a slate of new product launches to treat severe aortic stenosis.

Longer-term, we are becoming more confident that Edwards' nascent, transcatheter mitral valve therapy (TMVT) portfolio has the potential to add a large and growing stream of profits to supplement current growth. Mitral valve therapy is not new, however their minimally invasive techniques – small suture-less procedures – are in their infancy. During the quarter, a competitor released important new clinical data that validated Edwards' strategy in TMVT, but that also leaves room for the Company to offer differentiated approaches in what, we believe, could be a multibillion-dollar addressable market by the middle of the next decade.

In Berkshire Hathaway's most recently reported quarter, underwriting profitability inflected higher at the Company's insurance subsidiaries, particularly at GEICO, as higher pricing and a dearth of mega-cats combined to drive substantially better year-over-year results. The Company also amended their share repurchase program and removed their buy-limit of 20% premium to book value, replacing it with what Warren Buffett (CEO) or Charlie Munger (Vice Chairman) deem to be cheap enough relative to intrinsic value. No doubt the 20% premium has been an important signpost for investors for the past several years.

However, management has long signaled that they are having a hard time finding attractive investment opportunities, also evidenced in their $100 billion war-chest in low-return cash balance. If and when the cost of capital rises, either from the reversal of global quantitative easing or higher volatility, we expect Berkshire to ease up on buybacks and deploy capital at very high rates of return. Until then, and after more than 9 years of U.S. equity appreciation, we think it is prudent for management to preserve and return cash via accretive share buybacks, rather than compete with undisciplined buyers flush with cheap and easy capital.

<u>Anatomy of a Bull Market</u>

The Great Bull Market of 2009-2018 marched on to new highs during the quarter. According to *Fortune*, from the Great Bear Market bottom in March 2009 to now, the capitalization of companies listed in the S&P 500 index grew by more than *$18 trillion*. However, just three of every ten dollars in gain came from the 73 technology companies in the S&P 500. Further, the Great Bull Market over the past decade was even narrower than that, with nearly 16% of the market cap growth derived from just four stocks: Apple, Alphabet, Microsoft and Facebook. Their combined valuations soared *ten-fold* from just over $300 billion to more than $3 trillion (Source: *Fortune*).

The third quarter was also historic for the lack of daily 1% moves. In addition, the lack of daily 1% volatility in the third quarter was second calmest in stock market history; the calmest was the third quarter in 1963.




Warnings of valuation extremes from numerous camps (including Wedgewood's) over the past year or so have failed to come to pass. Market corrections over the past half dozen years have been small and swift. Indeed, that last double-digit quarterly market decline in the S&P 500 Index was a "career" ago back in the third quarter 2011 when the S&P 500 Index had the audacity to decline -14.3%.

Such continued warnings sound like the Boy Who Cried Bear. Interest rates are on the rise. The question remains; When do higher interest rates begin to bite into stock market valuations? Nonetheless, the following table and graphics speak (shout?) to "be careful out there."

**Today's Valuations Versus Past Bull Market Peaks:**
**Analysis For The S&P Industrials, 1957-To-Date**

| | P/E on Nrml EPS | P/E on Oper EPS | ROS Nrml P/E | ROE-Based P/E | Price/ Cash Flow | Price/ Sales | Div Yield | Price/ Book | |
|---|---|---|---|---|---|---|---|---|---|
| December 31, 1961 | 22.4 | 21.8 | 20.7 | 19.3 | 12.2 | 1.24 | 2.69 | 2.14 | |
| February 28, 1966 | 23.1 | 17.5 | 19.6 | 20.3 | 10.8 | 1.20 | 2.82 | 2.25 | |
| November 29, 1968 | 20.7 | 18.4 | 18.0 | 19.8 | 10.5 | 1.11 | 2.74 | 2.25 | |
| January 31, 1973 | 21.7 | 18.2 | 16.5 | 19.5 | 10.0 | 0.99 | 2.41 | 2.22 | |
| September 29, 1976 | 13.7 | 11.0 | 9.8 | 13.0 | 6.4 | 0.57 | 3.35 | 1.52 | ←high inflation & |
| November 29, 1980 | 11.2 | 9.0 | 7.7 | 10.9 | 5.1 | 0.44 | 4.36 | 1.34 | ←interest rates |
| August 31, 1987 | 24.6 | 20.7 | 16.8 | 23.6 | 9.8 | 0.91 | 2.14 | 2.92 | |
| July 31, 1990 | 19.5 | 15.4 | 13.4 | 21.8 | 8.3 | 0.73 | 2.72 | 2.79 | |
| July 31, 1998 | 35.0 | 28.8 | 33.5 | 38.2 | 15.8 | 1.74 | 1.30 | 5.01 | ←Technology |
| March 31, 2000 | 43.7 | 33.2 | 43.0 | 45.2 | 18.3 | 2.24 | 0.92 | 5.96 | ←bubble |
| October 31, 2007 | 27.4 | 20.5 | 28.7 | 27.3 | 13.6 | 1.51 | 1.43 | 3.59 | |
| Median At Past 11 Bull Market Peaks | 22.4 | 18.4 | 18.0 | 20.3 | 10.5 | 1.11 | 2.69 | 2.25 | |
| September 28, 2017 | 30.6 | 23.5 | 40.5 | 32.4 | 15.4 | 2.27 | 1.76 | 4.39 | |
| Gain/Loss To Median Bull Market Peak | -27 | -22 | -56 | -37 | -31 | -51 | -35 | -49 | -38 % |
| Gain/Loss To October 2007 Peak | -11 | -13 | -29 | -16 | -11 | -34 | -19 | -18 | -19 % |
| Gain/Loss To March 2000 Peak | 43 | 42 | 6 | 40 | 19 | -1 | 90 | 36 | 30 % |

© 2018 The Leuthold Group

Note, the date in the middle-left in table above should read September 28, 2018 (not 2017).






**Source: Charlie Bilello**

## Company Commentaries

## Booking Holdings

Booking Holdings reported +12% growth in room-nights, +16% revenue growth and +35% adjusted EBITDA growth in their most recent quarter. While the Company's reported room-night growth continues to decelerate, it belies strong operating performance and execution by management, with EBITDA margins expanding several hundred basis points. We understand many Booking Holdings investors are nervous about decelerating room-nights, however, we think they are missing the more important consistent improvement in overall cash flow returns, which is a byproduct of management's excellent balance between growth and profitability. Pure top-line growth, literally at the expense of profits has been a winning strategy for many growth-oriented stocks, however we do not believe that is not sustainable

without consistent outside financing (dilution), and continue to favor businesses, like Booking Holdings, that can prudently balance both.

**Kraft Heinz**

We sold our remaining holdings in Kraft Heinz after reducing our position last year, primarily on the elongated cadence of continued acquisitions. Our thesis for the remaining position in Kraft Heinz was reliant on the Company's ability and tolerance for a steady cadence of inorganic growth - not unlike what we have seen at several companies where 3G Capital has a controlling stake. We expect Kraft Heinz to be an expandable platform for global brands, where the Company can acquire chronically under-earning branded consumer portfolios and implement a profit-oriented culture to drive long-term growth and value creation. While the Company can still execute this approach, we think the timeline and opportunity cost of waiting for this execution has extended and risen, respectively. We think a difficult industry backdrop has contributed to management's trepidation for executing a deal, as well as potential targets that are less willing to cede control. As consumer brands continue to see pressure from private label and receive more pushback from an increasingly consolidated distribution channel, we believe it is inevitable that brands become more amenable to acquisition by Kraft Heinz. However, until that timeline becomes clearer, we decided to liquidate our remaining position in Kraft Heinz and allocate the proceeds to businesses that have more visible growth.

**C.H. Robinson Worldwide**

We purchased an initial position in C.H. Robinson in the third quarter and made a small addition to our position soon afterward. C.H. Robinson is a transportation broker whose largest business is full truckload (TL) trucking, with smaller businesses in less-than-truckload (LTL) trucking, intermodal (generally truck trailers or ocean shipping containers carried on railcars), and other forms of transportation. Robinson does not transport goods itself but provides value by matching demand from shipping customers with supply from transportation providers, or "carriers." In Robinson's case, those are usually small truckers who do not run sophisticated operations of their own. We had been monitoring C.H. Robinson for a period of nearly two years, as we had foreseen a long-term imbalance developing between truckload supply and demand, and we have expected Robinson to benefit eventually.

Long-haul truckers have been experiencing difficulties in recruiting drivers for many years. There are multiple reasons for this, some of them due to the changing nature of the American workforce over time. Among the most relevant factors specific to the trucking industry, we would note the unattractive lifestyle endured by long-haul drivers, who spend long hours on the road and suffer extended periods of time away from their families and homes. Furthermore, a resurgence of heavy industry in the U.S., driven especially by the emergence of the domestic energy industry, has created competition for this pool of labor, and laws preventing young workers from getting their Commercial Drivers Licenses until 21

years of age, which in turn has siphoned off many potential truckers into other trades, as high school graduates consider employment options at 18. Compounding these problems, successive regulations restricting drivers' "hours of service" (HOS) over the past fifteen years have further reduced the driving capacity of each existing driver.

The watershed event which focused our attention upon C.H. Robinson, however, was the requirement for all trucking companies to deploy electronic logging devices (ELDs) to track drivers' hours, which came into effect at the end of 2017. While most large truckers had been using ELDs for some time; a very significant portion of the industry, however – perhaps as much as 80% – was not. Furthermore, our research over time has revealed that trucking companies that switched from paper logging to electronic logging in the past have found that the vast majority of their truckers (in fact, we always were told "100% of them") had been in violation of HOS rules. This effectively meant that although the HOS regulations had not changed, companies which went from self-reported paper logs to automatic electronic logs suffered an effective loss of capacity - i.e. less hours per driver - when HOS were tracked accurately with the electronic devices. Our research has suggested that this caused a significant reduction in effective U.S. truckload capacity industry-wide, basically overnight, with our best estimate being a reduction of perhaps 5%-8%. While this may not sound like much to the casual reader, we would point out that much lower reductions in capacity of 1%-2%, due to previous HOS adjustment – which, remember, were skirted by the vast majority of the industry using paper logs – had caused major disruptions as recently as 2014. We also note that trucking comprises over 80% of domestic freight volumes, meaning that any reduction in trucking capacity is a very meaningful change for the entire US economy.

In actuality, the ELD mandate has seen companies in a broad array of industries, from retailers to consumer products companies to heavy manufacturers, suddenly scrambling to find anyone with capacity to carry their goods, while finding that their shipping costs were rising dramatically when they did secure a carrier. Throughout 2018, it has been nearly impossible to listen to any quarterly earnings call with a company shipping any sort of product without hearing complaints about difficult shipping conditions. The spot market, where customers arrange for real-time, one-off shipments as needed, has been especially hard hit, with pricing running over +20% higher year-over-year for the last few quarters, at times approaching even *+30%*. Contract pricing – where customers will agree routes and prices, usually for an annual period – also has been very strong, in some cases reaching double-digit percentage gains. C.H. Robinson, as a transportation broker whose largest business is in long-haul trucking, would seem to be an obvious beneficiary of these market trends.

Investors noted the rising spot pricing in the truckload industry, which actually started moving a few quarters before the ELD deadline and jumped into C.H. Robinson much earlier than we had expected, and, indeed, earlier than it made much sense. Then, as the company proceeded to badly miss reported earnings for several quarters, while trucking industry fundamentals around it seemed very strong, the market suddenly became disenchanted with the company, causing its stock to take a roughly -20% hit in an otherwise surging

market. This was the point when we finally became interested, because we think the market has missed a few things about this business model.

First, as we have seen in prior periods with a sudden reduction in truckload capacity, Robinson's pricing philosophy generally sees them taking a significant margin hit for a period of time as trucking capacity tightens, plus the concomitant rise in spot pricing. Robinson favors annual contracts with their customers, while their costs (mostly spot) rise immediately, meaning there is a mismatch between rising spot pricing they are paying to trucking providers, and the contractual pricing they are receiving from their customers. This is why the company was not able to keep up with investors' expectations as truckload fundamentals strengthened in front of the ELD deadline. We, on the other hand, had been expecting this cost/pricing mismatch, as we had experienced it in prior cycles, as illustrated below.

**C.H. Robinson (CHRW)**
**Truckload (TL) margin tracking**

| | TL pricing | TL cost | TL net rev margin | |
|---|---|---|---|---|
| Q1 12 | 1% | 2% | down | |
| Q2 12 | 1% | 2% | down | |
| Q3 12 | 0% | 1% | down | |
| Q4 12 | 1% | 2% | down | |
| Q1 13 | 2% | 3% | down | |
| Q2 13 | 1% | 1% | down | |
| Q3 13 | 2% | 4% | down | |
| Q4 13 | 4% | 5% | down | note: stock bottomed |
| Q1 14 | 10% | 12% | down | here last cycle |
| Q2 14 | 10% | 9% | up | |
| Q3 14 | 10% | 9% | up | |
| Q4 14 | 12% | 11% | up | |
| Q1 15 | 6% | 5% | up | |
| Q2 15 | 3% | 3% | up | |
| Q3 15 | 0% | -1% | up | |
| Q4 15 | -3% | -5% | up | |
| Q1 16 | -5% | -7% | up | |
| Q2 16 | -7.50% | -8% | up | |
| Q3 16 | -5.50% | -3.50% | down | |
| Q416 | -3.50% | 0% | down | |
| Q117 | -4% | -2% | down | |
| Q217 | 0% | 4% | down | |
| Q317 | 6.50% | 8.50% | down | |
| Q417 | 15% | 15.00% | flat | |
| Q118 | 21% | 21.50% | down | |
| Q218 | 21% | 20% | up | |

**Source: Company reports**

Second, after a great run in most stocks across the trucking industry (despite the shorter-term pullback seen for C.H. Robinson), many investors now seem to be taking their gains, with a broad narrative about the cycle being as good as it can get. We do not believe this narrative, especially as it pertains to C.H. Robinson, for two primary reasons:

1. We believe the most important driver of the shortage of supply vs demand in the trucking industry is not *cyclical* strength (i.e. demand); we believe the most important driver of the supply/demand imbalance is *secular* in nature (i.e. a significant and immediate reduction in supply caused by the ELD mandate, which will take years to rebalance in any meaningful way). While rising demand definitely has played a part in the imbalance, and while economic weakness would be unhelpful, we see the industrial economy strengthening in the near term, if anything. More importantly, long-haul trucking holds the vast majority of share of U.S. transportation volumes, and *we believe that only small bits of this volume can find its way to other modes of transportation, such as rail or air, without a major rethinking and overhaul of domestic supply chains*. In short, we believe a supply/demand imbalance is here to stay for the foreseeable future in long-haul trucking, and this should lead to pricing strength, improving margins and returns, and sustained solid earnings growth across the industry.

2. Robinson hasn't even enjoyed the benefits of the tightening trucking market yet; in fact, has only managed to get on the right side of the cost/pricing equation in the most recent quarter, as the table above illustrates - and the benefits will begin appearing now. As annual contracts with outdated pricing roll off and are renegotiated at higher, current market pricing, Robinson finally will see margins, earnings, and cash flow growth rebounding. Furthermore, while we expect trucking providers to continue to enjoy rising pricing power, we expect pricing to rise at a lesser rate, meaning that Robinson most likely will enjoy a period during which the pricing they are charging to customers will be rising at a significantly greater rate than the pricing they are paying to their trucking providers.

With valuation sitting only at roughly average historical levels, in comparison to the broad market trading at elevated historical levels, and with company fundamentals only inflecting positively just now and looking to remain healthy for the foreseeable future, we view C.H. Robinson is an attractive home for our clients' capital.

**<u>Old Dominion Freight Line</u>**

Old Dominion Freight Line has been a family run business for decades. Old Dominion was founded in 1934 in Richmond, Virginia by Earl and Lillian Congdon, running a single truck between Richmond and Norfolk. The founding year was fortuitous as the U.S. economy was in the early innings of its slow recovery from the Great Depression. During the first half of the 1940s, in combination new congressional industry regulations, and World War II armament spending, the trucking industry boomed. In the early 1950s, Earl Sr. passed, and his wife Lillian ran the Company with sons Earl, Jr. and Jack. In 1962 Earl, Jr. became

President. In 1962 the Company moved to High Point, NC. The Company went public in 1991. In 1998, David Congdon (grandson of Company founders) is named President and Chief Operating Officer. In March 2018, Greg Gantt, a 24-year Company veteran was named President and COO while David Congdon becomes Vice Chairman of the Board and CEO.

In the ensuing decades, organic market expansion was complemented by acquisitions of Bottoms-Fiske Truck Line (1957), Barnes truck Line, Nilsson Motor Express and White Transport (1969), Star Transport (1972), Deaton Trucking (1979) and Carter and Sons Trucking (2001). Since 2006, trucking and transport assets were purchased from Wichita Southeast Kansas Transit, Priority Freight Line, Bullocks Express Transportation, and Bob's Pickup.

In the early 1980's Congress partially deregulates the motor carriers, granting nationwide operating authority to all applicants. The Company extending their services to Florida, Tennessee, California, Dallas and Chicago, with particular focus on less than truckload shipping.

Trucking companies provide transportation services to virtually every industry operating in the United States and generally offer higher levels of reliability and faster transit times than other surface transportation options. The trucking industry is comprised principally of two types of motor carriers: LTL and truckload.

LTL is used for the transportation of small freight or when freight doesn't require the use of an entire trailer. This shipping method can be used when freight weighs between 150 and 15,000 pounds. When shipping LTL, the shipper pays for the portion of a standard truck trailer their freight occupies, while other shippers and their shipments fill the remaining space.

LTL freight carriers typically pick up multiple shipments from multiple customers on a single truck. The LTL freight is then routed through a network of service centers where the freight may be transferred to other trucks with similar destinations. LTL motor carriers generally require a more expansive network of local pickup and delivery (P&D) service centers, as well as larger breakbulk, or hub, facilities. E-commerce continues to be a significant tailwind for LTL shippers.

In contrast, truckload carriers generally dedicate an entire truck to one customer from origin to destination. Significant capital is required to create and maintain a network of service centers and a fleet of tractors and trailers. The high fixed costs and capital spending requirements for LTL motor carriers make it difficult for new start-up or small operators to effectively compete with established carriers. In addition, successful LTL motor carriers generally employ, and regularly update, a high level of technology-based systems and processes that provide information to customers and help reduce operating costs.

The main advantage to using an LTL shipper is that shipments can be transported for a fraction of the cost of hiring an entire truck and trailer for an exclusive shipment. In addition, LTL drivers are typically paid on a per-stop basis and generally drive the same route for long

periods with the added benefit that better drivers establish rapport with customers. Over the past several years, the growth of the U.S. LTL industry has outstripped the overall U.S. trucking industry and transportation industry, in part due to a secular shift towards shorter supply chains, partially driven by the logistical requirements of a larger, fast growing e-commerce industry. Old Dominion has grown faster than the LTL market, and continues to expand its profitability, relative to competitors, due to their differentiated approach, which we think is sustainable.

According to the Company, more than 97% of the Company's revenue has historically been derived from transporting LTL shipments for their customers, whose demand for their services is generally tied to industrial production and the overall health of the U.S. domestic economy. The Company is currently the third largest LTL motor carrier in the United States, as measured by 2017 revenue with 10% of the LTL market.

The growth in demand for the Company's services can be attributed to their ability to consistently provide a superior level of customer service at a fair price, which allows customers to meet their supply chain needs. Integrated structure provides customers with consistently high-quality service from origin to destination, and operating structure and proprietary information systems enable efficient management of operating costs.

As of December 31, 2017, the Company reports that they operate 228 service center locations, of which they owned 194 and leased 34. Their network includes ten major breakbulk facilities located in Rialto, CA; Atlanta, GA; Columbus, OH; Indianapolis, IN; Greensboro, NC; Harrisburg, PA; Memphis and Morristown, TN; Dallas, TX; and Salt Lake City, UT. Service centers are strategically located throughout the country to provide the highest quality service and minimize freight rehandling costs.

Service centers are responsible for the pickup and delivery of freight within their local service areas. Each night, service centers load outbound freight for transport to their other service centers for delivery. All inbound freight received by the service center in the evening or during the night is generally scheduled for local delivery the next business day, unless a customer requests a different delivery schedule.

According to the Company, as of December 31, 2017, the Company owned 8,316 tractors. They generally use new tractors in linehaul operations (movement of cargo between two major cities or ports, especially those more than 1,000 miles apart) for approximately three to five years and then transfer those tractors to P&D operations for the remainder of their useful lives. In many service centers, tractors perform P&D functions during the day and linehaul functions at night to maximize tractor utilization. The Company employed 19,183 individuals full-time, none of whom were represented under a collective bargaining agreement. Full-time employees work in the following roles: Drivers 10,187, Platform 3,443, Fleet technicians 557, Sales, administrative and other 4,996. Total: 19,183. The Company employed 5,311 linehaul drivers and 4,876 P&D drivers full-time. They select drivers primarily based on safe driving records and experience.

Since 1988, the Company has provided the opportunity for qualified employees to become drivers through the "Old Dominion Driver Training Program." There are currently 2,892 active drivers who have successfully completed this training, which was approximately 28.4% of the driver workforce as of December 31, 2017. Their driver training and qualification programs have been important factors in improving their safety record and retaining qualified drivers.

Annual turnover rate for driver graduates is approximately 5.9%, which is below the Company-wide turnover rate for all drivers of approximately 8.0%. Drivers who maintain safe driving records receive annual bonuses of up to $3,000 per driver.

Revenue is generated primarily from customers throughout the United States and other parts of North America with 60% industrial and 25% retail and 15% residential. In 2017, the largest customer accounted for approximately 3.7% of revenue and the largest 5, 10 and 20 customers accounted for 11.2%, 17.0%, and 23.6% of revenue, respectively. For each of the previous three years, more than 95% of revenue was derived from services performed in the United States and less than 5% of revenue was generated from services performed internationally.

The Company's long-held strategy is to grow capacity and build terminal density to ultimately get closer to their customers. Old Dominion's competitive advantage is their industry-leading LTL hub and spoke network capacity, which insures 99% on-time delivery on 1 and 2-day deliveries. Proof of their competitive advantage is their consistent +600 bps operating margin advantage relative to their competitors.

Annual network capex expenditures are also a Company competitive advantage to ensure industry-leading customer satisfaction. In 2018 capex should reach $555 million - $310 for tractors and trailers and $200 million in real estate and service center expansion. 2017 capex was $382 million. The Company opened 10 and 22 new service centers over the past five and ten years, respectively, for a total of 228 service centers as of December 31, 2017.

Several of Old Dominion's larger competitors have shrunk their service terminal networks or outsourced shipping capacity to third parties during the past decade, meanwhile Old Dominion has continued to expand its network of service centers, and owned-and-operated linehaul and P&D tractors. As a result of Old Dominion's consistent, long-term strategy to reinvest in capacity, the Company has substantially less reliance on purchased (third party contracted) transportation capacity, just as the trucking industry finds itself staring down a long road of labor shortages. Historically, Old Dominion has had a low single-digit percent of revenues serviced by third party capacity, and a few years ago moved even further away from this reliance. A limited reliance on purchased transportation allows management to focus on maximizing the profitability of Old Dominion's existing capacity, while prudently reinvesting in incremental capacity. We think the Company's focus of driving returns on owned-capacity is a superior long-term strategy, compared to chasing market share, especially against the backdrop of a domestic trucking industry facing chronic capacity shortages.

We expect Old Dominion revenues to continue benefitting from the long-term shift towards LTL mode of shipping. Despite continued reinvestment in capacity to meet demand, we expect industry leading operating ratios to continue, and help drive an attractive long-term, double-digit growth profile for the Company.

Earnings per share in 2017 were $5.63. 2018 and 2019 earnings expectations are $6.45 and $7.25, respectively.

**Ulta Beauty**

We initiated a position in Ulta Beauty during the quarter. Ulta is one of the largest beauty retailers in the U.S., typically located in off-mall spaces. For several quarters, the company reported comparable store sales numbers that seemed to defy the general retail space and at the same time seemed unsustainable over the long term. The Company was growing much stronger than peers in both top line sales and bottom-line earnings, with the former running at a strong double-digit rate. Valuation levels of Ulta started to come in around mid-2017 as comps were beginning to slow from the peak mid-teens. However, the Company continued to put up strong sales growth and management was sticking to their +20% earnings growth target through 2018. Current comparable store sales are running in the high single-digits, still much better than their peer group. Ulta is expanding their digital footprint and investing in their e-commerce business, which has now risen to 10% of total company sales (a year ahead of target), allowing them to compete and grow in the all-important online space.

Ulta has a small share of the $138 billion market for beauty products and services in the U.S. While this market has seen steady growth of low single-digits in mass cosmetics and mid-to-high single-digits in the prestige beauty space, Ulta is reporting bottom line growth in the 20% range, which means they are gradually capturing market share from their peers. Their store growth model currently targets 1,400 to 1,700 stores over the next several years, which would result in store base growth in the high single-digit to low double-digit range as they open approximately 100 stores on average per year. Having ended the most recent quarter with just over 1100 stores, this leaves years to their store growth model alone.

The company's target customer is the "beauty enthusiast," a segment of shoppers that is the most engaged in the category with high expectations for their shopping experience. They represent 57% of women and 77% of spend in the category, crossing all aspects of demographics, age, race, and ethnicity. Ulta believes their share of beauty enthusiasts is 30%, which leaves plenty of room to capture a larger share of this group. Ulta also has a loyalty program which consists of nearly 30 million members as of the end of the most recently reported quarter. The program has shown strong member retention and 90% of total company sales come from loyalty members. These members tend to shop more frequently as well as spend more than nonmembers. Ulta, in addition, is working to increase shopper engagement. Only 10% of loyalty members are shopping both online and in

store. As Ulta converts these shoppers to a more omni-channel guest, they have found that their transaction spend increases dramatically - nearly 3X.

The purchase of Ulta brought the third retail name into the portfolio, but business-model overlap between the trio is *de minimis*. Ross Stores has limited health and beauty offerings and of course dominates the off-price apparel space. Tractor Supply caters to the niche rural lifestyle. And as we have done with the two other retail names (and really every holding in the portfolio), we also determined Amazon's threat to the Ulta model. The perceived risk is that Amazon will crush all existing brick-and-mortar retail stores. However, we are seeing digitally native brands partner with Ulta to enhance their distribution through brick-and-mortar offerings (e.g. Colourpop, Morphe, and the most recently announced partnership with Kylie Cosmetics). In addition, Amazon health and beauty offerings tend to be more health and wellness replenishment items. Individuals are not likely to experiment with new brands without being able to test color, formula, etc., and this is where we believe the brick-and-mortar store offers a clear advantage to an online only offering.

For these reasons, we believe Ulta provides a well-diversified addition to the portfolio with plenty of room for growth, which we were able to add at reasonable valuation relative to historical figures.

## **Addendum**

We wrote in the previous Letter that due to the strength in the technology stock prices over the last few quarters, Wedgewood's overall sector exposure to information technology had temporarily increased higher than our usual 35%-40% sector guidelines and was approximately 41% for the Composite at the end of the second quarter. Since then, the Global Industry Classification Standard (GICS®) telecommunication services sector was broadened and renamed "Communication Services" and now includes some previously-categorized information technology and consumer discretionary companies. This reclassified Facebook and Alphabet into that new sector and therefore, our sector percentage dropped dramatically with the reclassification. We are now back within the normal guidelines and the Composite's information technology sector weighting was 29% at the end of the quarter.

We wish to once again thank those clients who have been steadfast in support of Wedgewood Partners.

October 2018

David A. Rolfe, CFA
Chief Investment Officer

Michael X. Quigley, CFA
Senior Portfolio Manager

Morgan L. Koenig, CFA
Portfolio Manager

Christopher T. Jersan, CFA
Research Analyst

**The information and statistical data contained herein have been obtained from sources, which we believe to be reliable, but in no way are warranted by us to accuracy or completeness. We do not undertake to advise you as to any change in figures or our views. This is not a solicitation of any order to buy or sell. We, our affiliates and any officer, director or stockholder or any member of their families, may have a position in and may from time to time purchase or sell any of the above mentioned or related securities. Past results are no guarantee of future results.**

**This report includes candid statements and observations regarding investment strategies, individual securities, and economic and market conditions; however, there is no guarantee that these statements, opinions or forecasts will prove to be correct. These comments may also include the expression of opinions that are speculative in nature and should not be relied on as statements of fact.**

**Wedgewood Partners is committed to communicating with our investment partners as candidly as possible because we believe our investors benefit from understanding our investment philosophy, investment process, stock selection methodology and investor temperament. Our views and opinions include "forward-looking statements" which may or may not be accurate over the long term. Forward-looking statements can be identified by words like "believe," "think," "expect," "anticipate," or similar expressions. You should not place undue reliance on forward-looking statements, which are current as of the date of this report. We disclaim any obligation to update or alter any forward-looking statements, whether as a result of new information, future events or otherwise. While we believe we have a reasonable basis for our appraisals and we have confidence in our opinions, actual results may differ materially from those we anticipate.**

**The information provided in this material should not be considered a recommendation to buy, sell or hold any particular security.**

---

[i] Returns are presented net of fees and include the reinvestment of all income. "Net (Actual)" returns are calculated using actual management fees and are reduced by all fees and transaction costs incurred.