# Exhibit 17

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | No. 5:18-cv-01725-EJD |

# EXPERT REPORT OF DENNIS J. ZHANG

October 9, 2026

## I. Qualifications

1. I am a Professor of Supply Chain, Operations, and Technology and a Professor of Marketing at the Olin Business School at Washington University in St. Louis. I have been a faculty member at Olin Business School since 2016. My research focuses on machine learning, causal inference, artificial intelligence, digital marketplaces, operations management, and quantitative marketing.

2. I received my Ph.D. in Managerial Economics and Decision Sciences from Northwestern University's Kellogg School of Management in 2016. I also earned an M.S. in Managerial Economics and Decision Sciences from Northwestern University and B.S. degrees in Electrical Engineering and Computer Science and in Mathematics from the University of California, Los Angeles.

3. My research develops and applies statistical, econometric, and machine learning methods to problems in economics and business. It includes work on machine learning methods for causal inference,[1] high-dimensional models of consumer choice, and the use of machine learning to improve business decisions. I have also conducted large-scale field experiments and used structural models to study the effects of pricing, promotions, product recommendations, information disclosure, and algorithmic decision-making.

4. My research has been published in peer-reviewed journals including *Management Science*, *Operations Research*, *Marketing Science*, *Journal of Marketing Research*, and *Manufacturing & Service Operations Management*. My research has received several awards, including the 2022 "Production and Operations Management Society Early Career Research Accomplishments Award" and the 2023 "Best Operations Management Paper Award in Management Science. "

5. I have taught doctoral courses on machine learning and artificial intelligence for business applications, as well as courses on data science, data analytics, operations management, and data-driven decision-making for executives. I also co-designed the core master's course

[1] In particular, several of my papers examine how to conduct valid causal inference using machine learning models, see, e.g., Ye, Zikun, et al. "Deep Learning-Based Causal Inference for Large-Scale Combinatorial Experiments: Theory and Empirical Evidence." *Management Science*, vol. 72, 2026, pp. 5611-5634 and Lu, Cheng, et al. "Generative Augmented Inference." published in the proceedings of the *International Conference on Machine Learning (ICML)*, 2026, one of the leading conferences in machine learning.

"Introduction to Data Science with Python" and designed executive education courses on "Data Science."

6. I serve as Area Editor for Machine Learning and Data Science Area at *Operations Research.* I also serve as an Associate Editor for *Management Science*, *Marketing Science, Journal of Marketing Research*, and *Manufacturing & Service Operations Management*. In addition, I have served as an ad hoc referee for journals including the *American Economic Review*, *Journal of Political Economy*, and *Journal of Law and Economics*.

7. Outside academia, I worked as a Software Engineer Specialized in Machine Learning at Google.

8. My curriculum vitae is attached hereto as **Appendix A**.

9. I have been assisted by Compass Lexecon staff in this matter. My analyses, opinions, and conclusions are based solely on the work performed by me, and those under my supervision, through the date of this report. I am being compensated for my work on this matter at an hourly rate of $1,500, including for any testimony I may provide in this matter. My compensation is not contingent upon my opinions and conclusions, or the outcome of this matter.

10. The materials I have relied upon in reaching the opinions and conclusions set out in this report are listed in **Appendix B**.

11. This report is subject to change or modification should additional relevant information become available which bears on the analysis, opinions, or conclusions contained herein. I also reserve the right to cite additional facts at deposition and trial or in advance of any other testimony I am asked to provide.

## II. Assignment and Summary of Opinions

12. I understand that Plaintiffs allege that Facebook, Inc. ("Facebook"), Mark Zuckerberg, Sheryl Sandberg, and David Wehner made a series of false or misleading statements that artificially inflated, or maintained artificial inflation in, Facebook's stock price from February 3, 2017 through July 25, 2018 (the "Class Period."). I also understand that a relevant question is whether particular statements or events had an impact on Facebook's stock price.

13. Professor Gelbach submitted a report in this matter in which he conducted statistical analyses to answer this question.[2] He concludes, among other things, that Facebook's stock "saw a significant Stock price drop" on certain "damages-related dates."[3] In reaching this conclusion, Professor Gelbach relied on statistical models of changes in Facebook's stock price. In particular, he proposes two models: "Model 1" resembles a standard event study framework with indices for the market and industry. "Model 2" adopts a machine learning model with explanatory variables consisting of the same market index he uses in Model 1 and the individual returns of 13 peer companies that make up Model 1's equally-weighted industry index. In plain terms, Model 1 predicts Facebook's daily return from the market and a simple average of its peers using a fixed formula; Model 2 lets a computer algorithm decide how much weight to give each peer, re-deciding for each date he analyzes. Professor Gelbach evaluates the fit of these models using the root-mean-squared error ("RMSE") of their prediction errors. The "RMSE" is simply a measure of how far off a model's average predictions are. He opines that "Model 2 is generally the better model" because "the RMSE for Model 2 was between 19% and 36% lower than the RMSE for Model 1 across the 6 earnings release dates."[4]

14. Counsel for Defendants asked me to review Professor Gelbach's report and analyze the reliability of his event study analyses based on Model 2. I have concluded that Professor Gelbach's Model 2 results are not reliable based on the following considerations:

a. An event study is a commonly used approach to determine whether a change in a company's stock price that coincides with a disclosure or event is statistically distinguishable from typical day-to-day fluctuations in the stock price. To make that determination, the researcher compares the actual stock price change to an expectation or prediction of what the stock price change would have been given contemporaneous changes in the market or industry. The researcher then conducts "statistical inference" to determine whether the difference between the actual return and the predicted return (the "abnormal return") is too large to have likely

---

[2] Expert Report of Jonah B. Gelbach, *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-EJD, August 20, 2026 ("Gelbach Report") ¶ 57 ("I employ an event study, which is a statistical technique for evaluating the direction and magnitude of a stock's response to events that may include price-relevant news about the stock.").

[3] Gelbach Report, ¶¶ 117, 121, 123, and 128 and Appendix C Tables 4 and 5.

[4] Gelbach Report, ¶ 71.

resulted from ordinary day-to-day fluctuations in the stock price. The conclusions from an event study are only reliable when the model used to predict returns is reliable and when the researcher performs valid statistical inference. *See* Section III.

b. I disagree with Professor Gelbach's claim that Model 2 is a "better model." Model 2 is unstable. Small changes to the inputs to Model 2 can result in large changes in the predicted stock price returns. Put differently, if the same model is run on nearly identical data (for example, dropping or adding a single trading day), it gives materially different answers about which days show a "significant" price move. For example, in one iteration where I made minor changes to the inputs, 46.6% of the days in the Class Period with statistically significant stock price movements under Professor Gelbach's approach became insignificant. *See* Section IV.

c. Professor Gelbach's statistical inference is not reliable. His sample-quantile ("SQ") test under Model 2 finds statistically significant stock price movements nearly twice as often as it should. This occurs, in part, because he incorrectly bases his SQ test statistics on prediction errors from the same data he used to estimate the model. A model generally fits the data it was built on ("in-sample") better than data it has not seen ("out-of-sample"). Because Professor Gelbach measures the normal size of prediction errors using the data the model was built on, the yardstick he uses is too short, and ordinary days look like unusual ones. Since the out-of-sample predicted abnormal returns, i.e., prediction errors, are, on average, 5.8% larger than the in-sample prediction errors, such a comparison will, *by construction,* imply that predicted abnormal returns are more extreme than they truly are—i.e., increasing the chance of finding statistical significance where there is none.[5] *See* Section V.

---

5 Efron, Bradley. "How Biased Is the Apparent Error Rate of a Prediction Rule?" *Journal of the American Statistical Association*, vol. 81, no. 394, 1986, pp. 461-470.

## III. The Goal of An Event Study is to Determine Whether Returns Are Distinguishable From Typical Fluctuations in the Stock Price

15. An event study is a commonly used method to assess the impact of a disclosure or event on the market prices of securities.[6] Generally, an event study includes the following two steps:

a. **Step 1: Calculate the Abnormal Return**: In the first step, the researcher estimates what the change in the stock price (the "return") would have been absent the event. This predicted return is based on a statistical model that relates the stock's returns to broader market returns or other benchmark factors such as industry benchmarks over an "estimation period." As mentioned above, the abnormal return is the difference between the actual return on the event date and the return predicted by that model. Conceptually, the abnormal return is the portion of the observed return that is not explained by the model. For example, suppose that a company's stock price increased by 2% following news promising pharmaceutical trial results, but the stock market increased by 0.5%. If a model finds that the market return is the best prediction of the company's stock return, the predicted return would be 0.5% and the abnormal return would be 1.5%.

b. **Step 2: Conduct Statistical Inference:** The researcher then asks whether the observed abnormal return is sufficiently large, relative to the normal fluctuations in its returns, to be unlikely to have occurred by chance. If so, the researcher can reasonably conclude that company-specific news disclosed during the event window caused investors to revise their valuation of the stock. In the example above, if 95% of the abnormal returns are within 1%, then the 1.5% change is unlikely to have resulted from random chance. If the only news that day was the

[6] Gelbach Report, ¶ 58.

promising pharmaceutical trial results,[7] it would be reasonable to conclude that the trial results caused an increase in the stock price.[8]

16. To determine whether the abnormal return is sufficiently large to be unlikely to have resulted from random chance, researchers often compare the abnormal return to an estimate of the standard deviation of abnormal returns during the estimation period. The researcher calculates a "*t*-statistic" by dividing the event day abnormal return by standard deviation of abnormal returns. The resulting *t*-statistic is then compared with a reference distribution to determine whether the abnormal return exceeds a specified significance threshold. Researchers often use a 5% significance level, which corresponds to a *t*-statistic that is less than -1.645 for events expected to have a negative impact or greater than 1.645 for events expected to have a positive impact. Alternatively, a researcher with no priors about the direction of the potential impact may consider a "two-tailed" test where the 5% significance level corresponds to a *t*-statistic that is less than -1.96 or greater than 1.96.[9]

17. This approach is conventional but also relies on distributional assumptions to ensure that the critical values from the reference distribution (i.e. the *t*-distribution) are a reasonable approximation to the distribution of the test statistic calculated from abnormal returns. Professor Gelbach's SQ test is an alternative approach to assessing whether an abnormal return is large that is based on ranking the event day return against historical abnormal returns rather than comparing the standardized event day return to a benchmark distribution.[10] In other words, instead of using a formula, the SQ test lines up the stock's past daily prediction errors

---

[7] If there were multiple disclosures on the same event day, the researcher would need to take additional steps to isolate the impact of the specific event of interest.

[8] Assuming the benchmark model is correctly specified and estimated by ordinary least squares (OLS), and that abnormal returns are normally distributed, the abnormal return is the maximum likelihood estimate of the causal impact. It is also unbiased and the most efficient of all unbiased estimates. By contrast, machine learning models like Model 2 accept some bias in predictions in exchange for lower prediction variance. As a result, the abnormal return is not necessarily the best estimate of the effect of the news under a machine learning model.

[9] These critical values are based on a normal approximation for a *t*-distribution. This is a reasonable approximation for Model 1 but less so for Model 2 since Professor Gelbach's *t*-statistics are based on sample variance calculated from only 50 observations in Model 2. With 50 degrees of freedom, the appropriate critical value at the 5% significance level is 1.676 and 2.001 for a one-tailed and two-tailed test, respectively.

[10] Gelbach Report, ¶¶ 78-79. See also Gelbach, Jonah B., et al. "Valid Inference in Single-Firm, Single-Event Studies." *American Law and Economics Review,* vol. 15, no. 2, 2013, pp. 495-541.

from smallest to largest and asks where the event-day error ranks. If it ranks among the most extreme 5%, it is deemed significant.

## IV. Model 2 Is Not A "Better Model"

18. Professor Gelbach estimates abnormal returns for each event day (i.e. for "damages-related dates" for his provisional damages analysis and for "earnings release dates" in his market efficiency analysis). Model 2 is based on two estimation steps:

a. **Step 1: Construct an industry index using elastic-net estimation.** Professor Gelbach builds an estimation window using the 250 trading days (excluding earnings release days and damages-related days) before the event day. He splits these 250 days into a group of 200 "training days" used to estimate the model and another 50 "hold-out days" that he uses to estimate the model's prediction error. He fits an "elastic net" model on the remaining 200 training days excluding event and earnings release days as a function of changes in a market index and stock price changes of 13 peer companies. An elastic net model is a type of regression that seeks to improve out-of-sample predictions by shrinking coefficient estimates toward zero. The degree of shrinkage is typically determined by a process called "cross validation" where the model is evaluated using data that were not used in the estimation.[11] Professor Gelbach uses the elastic net routine in Stata, a statistical software package, with 10-fold cross-validation.[12] The predicted values from this model form his composite industry index.

---

[11] Specifically, the elastic net model incorporates elements of two other models that implement penalization or shrinkage techniques to improve OLS estimation: ridge regression and lasso. Ridge regression shrinks regression coefficients by imposing a penalty on their size, and lasso both shrinks regression coefficients and performs variable selection (i.e., the lasso will both shrink coefficients and remove variables, while the ridge regression only shrinks coefficients). The elastic net model is a combination of both the ridge regression and lasso methods, where one tuning parameter determines how much of either method is incorporated and another tuning parameter determines the overall strength of the shrinkage. See Hastie, Trevor, et al., *The Elements of Statistical Learning: Data Mining, Inference, and Prediction*, 2nd ed. Springer, 2009, pp. 61-73. See also Zou, Hui and Trevor Hastie. "Regularization and Variable Selection via the Elastic Net," *Journal of the Royal Statistical Society: Series B (Statistical Methodology)* vol. 67, no. 2, 2005, pp. 301-320.

[12] Professor Gelbach estimates the model with Stata's elastic net command using 10-fold cross-validation. The training days are divided into 10 subsets. For each hyperparameter set, the model is estimated on nine subsets and used to predict the tenth, rotating until each subset has been predicted once, and the resulting prediction errors are averaged. By default, Stata selects the set of hyperparameters with the lowest average error. These

b. **Step 2: Calculate the abnormal return controlling for the industry index that he created in Step 1.** Professor Gelbach next models Facebook's return as a linear function of the elastic net industry index using the same 200 training dates. The abnormal return for the event day is the actual return minus the predicted value from this second step.

19. Professor Gelbach evaluates the fit of Model 1 and Model 2 based on the RMSE of the predictions. Effectively, he is comparing the standard deviation of abnormal returns predicted by the models (and when I refer to "prediction errors" from Model 1 or Model 2 in this report, I am referring to the abnormal returns implied by Model 1 or Model 2). In other words, the RMSE is a measure of the average size of a day's abnormal return under a given model. For Model 1 he uses the in-sample RMSE from the estimation window. For Model 2 he uses the RMSE evaluated on 50 hold-out days. Below, I also discuss the in-sample RMSE from Model 2, which is the RMSE evaluated on the approximately 200 training data observations.

20. As discussed below, Professor Gelbach emphasizes that Model 2 is a "data-driven" alternative that is better able to identify price-moving events than Model 1 (his standard event study model).[13] In making this claim, he fails to acknowledge the sensitivity of the results to the training data and to methodological choices. He also overstates the predictive gains relative to Model 1. I discuss these points in the three subsections below.

### A. Model 2's Predictions Are Sensitive to Small Changes in the Training Data

21. The predictions from Model 2 are unstable: Small changes in the data used to estimate Model 2 meaningfully impact its predicted stock price returns. This characteristic is common to flexible models because the added flexibility permits the model to adapt closely to the data used to build them. As a result, these models have a tendency to "over-fit" the data by treating random quirks or one-time fluctuations in those data as if they reflect real, repeatable

---

cross-validated predictions are used only to choose the hyperparameters. The final model is then estimated on all training days at the selected hyperparameters.

13 Gelbach Report, ¶ 70 ("Model 2 includes an intercept and a custom, data-driven index…The key difference between Model 2 and Model 1 is that Model 2 is based on a machine learning approach that allows the data to determine the weights that different peers (and the S&P 500) receive in accounting for developments in the broader market and industry when calculating Facebook's abnormal returns").

relationships.[14] Models with this characteristic tend to fit the days used to build them (the "in-sample" days) more closely than other days (the "out-of-sample" days), so their out-of-sample prediction errors are larger than their in-sample prediction errors.

22. Model 2's RMSE on the hold-out data exceeds its RMSE on the training data by an average of 5.8% during the Class Period, excluding damages-related days and earnings release days. By contrast, Model 1's RMSE on the hold-out data exceeds its RMSE on the training data by an average of 0.5%.[15]

23. In practical terms, Model 2's predictions are highly sensitive to which observations happen to be included in the sample used to train the model whereas Model 1's predictions are stable. Exhibit 1 provides an illustration of how this might occur.

---

[14] James, Gareth, et al.. *An Introduction to Statistical Learning: with Applications in R.* Springer, 2013, pp. 32 ("As model flexibility increases, training MSE will decrease, but the test MSE may not. When a given method yields a small training MSE but a large test MSE, we are said to be overfitting the data. This happens because our statistical learning procedure is working too hard to find patterns in the training data, and may be picking up some patterns that are just caused by random chance…When we overfit the training data, the test MSE will be very large because the supposed patterns that the method found in the training data simply don't exist in the test data.").

[15] Since Model 1 has no hold-out days, I re-estimate it using the same training days as Model 2 and evaluate its fit on the same training and hold-out data. The percentages reported in the text are averages for Models 1 and 2, estimated on a rolling basis for each day in the Class Period, excluding damages-related days and earnings release days.

**Exhibit 1**
**Illustration of Adding Model Flexibility on Prediction Errors**




24. Row A of Exhibit 1 shows how the same data fits models of increasing flexibility. The "High Bias" model has too little flexibility, the "Low Bias, Low Variance" model achieves better predictions with just one additional explanatory variable, while the "High Variance" model is sufficiently flexible to fit every data point but could generate extreme values for out-of-sample predictions. Because of this additional flexibility, omitting any particular data point could dramatically change the shape of the line for the "High Variance" model. Row B shows the impact of omitting the last data point for each of the three models. The less flexible models are not very affected by dropping this data point. But the flexible model shifts from having a very positive slope for high values of x to a very negative slope for high values of x.

25. Beyond the in-sample and out-of-sample comparison, Professor Gelbach's own result in Table 5 at Appendix C suggests that Model 2 is unstable. That is, Model 2 is a "high variance" model meaning that changes in the training data result in large changes in predictions.[16] According to this table, moving the estimation window by one day out of 250

[16] James, Gareth, et al. *An Introduction to Statistical Learning: with Applications in R.* Springer, 2013, pp. 22 and 34 ("in general, fitting a more flexible model requires estimating a greater number of parameters. These more

causes the coefficient on the S&P 500 (first row) to nearly double; the coefficient on Comcast (fourth row) becomes roughly 100 times larger; the Verizon coefficient (last row) becomes approximately 20 times larger. These are the estimates produced by Model 2 for two consecutive trading days, meaning their estimation windows share 249 of their 250 days (although each model draws its own random set of 50 hold-out days). This result is not consistent with a reliable model. A reliable model should give nearly the same answer when the estimation period is shifted by only one day out of 250.

26. To test how unstable Model 2 is, I estimate Model 2 for each trading day during the Class Period, following Professor Gelbach's procedure, and compute each day's abnormal return twice: once with the model estimated for that day (where the previous 250 trading days form the estimation sample), and once with the model estimated for the preceding trading day (where the estimation sample is based on the previous 251 trading days excluding the most recent previous trading day). I then compare the difference between the two sets of abnormal returns.

27. I found that the RMSE of the differences between the two abnormal returns measures when shifting the estimation period by one day was 0.184% under Model 2. When I did the same exercise for Model 1, I found that the RMSE between the two abnormal returns measures was less than 0.015%. The variation in abnormal returns that resulted from shifting the estimation window by one day under Model 2 was 12.3 times the variation under Model 1.

28. These differences are large enough to impact Professor Gelbach's tests for statistical significance. When evaluating the statistical significance for each trading day in the Class Period (excluding earnings release dates and damages-related dates), I use a two-tailed test since I have no prior about whether an abnormal return on any particular day should be positive or negative. I found that shifting the estimation period by one day changes the significance for 25 days during the Class Period with 40% of the significant days losing significance (12 out of 30)

---

complex models can lead to a phenomenon known as overfitting the data, which essentially means they follow the errors, or noise, too closely…Variance refers to the amount by which f would change if we estimated it using a different training data set… if a method has high variance then small changes in the training data can result in large changes in f. In general, more flexible statistical methods have higher variance"). An overfit, or high variance model has low predictive capability on independent test data. See Hastie, Trevor, et al. *The Elements of Statistical Learning: Data Mining, Inference, and Prediction.* 2nd ed., Springer, 2009, pp. 219 and 221; see also, James, Gareth, et al. *An Introduction to Statistical Learning: with Applications in R.* Springer, 2013, pp. 32.

and 4% of the insignificant days gaining significance (13 out of 333) according to a two-tailed *t*-test at the 5% level.[17] Model 1 does not exhibit the same sensitivity since it is a less flexible model in which the parameter estimates do not vary much when the estimation period is shifted by one day. Just one day out of the Class Period loses significance when I perform the same test on Model 1.

29. These results show that Professor Gelbach's Model 2 generates unstable predictions. Changing the input data slightly will result in substantial changes in its estimated abnormal returns and, in turn, the statistical significance of abnormal returns according to Professor Gelbach's statistical tests.

### B. Model 2's Predictions Are Influenced By Modeling Choices

30. I next turn to Professor Gelbach's claim that Model 2 is "data-driven," meaning that the data, rather than the researcher, determine the outcomes.[18] I disagree with this characterization. A researcher has far more discretion over how Model 2 is estimated, and therefore over the results it produces, relative to Model 1. Model 1 requires only two choices: the length of the estimation window and which market and industry indices to use. Model 2 requires every choice that Model 1 requires, plus several additional choices requiring human judgment.

a. **The Portion of Hold-Out Days:** As discussed above, from the 250 days in the estimation window, Professor Gelbach sets aside 50 hold-out days to quantify out-of-sample prediction errors for Model 2. The number of hold-out days involves a tradeoff. Using too many leaves fewer observations to estimate the model and may make the model itself less reliable. Using too few, however, makes the resulting measure of out-of-sample prediction accuracy less precise because it is based on a smaller number of observations. Professor Gelbach did not offer any justification for his choice and I am aware of no scientific basis for concluding that it is appropriate in this setting.[19] Following Professor Gelbach's procedure

[17] Using the SQ test, I found that 4 out of 34 days lose significance and 4 out of 329 days gain significance.

[18] Gelbach Report, ¶ 70.

[19] See Hastie, Trevor, et al. *The Elements of Statistical Learning: Data Mining, Inference, and Prediction.* 2nd ed., Springer, 2009, p. 222. ("It is difficult to give a general rule on how to choose the number of observations in each of the three parts, as this depends on the signal-to-noise ratio in the data and the training sample size. A typical split might be 50% for training, and 25% each for validation and testing").

with the aforementioned two-sided test, I found that changing the number of hold-out days to 30, 40, 60 or 70 altered the significance of 6 to 13 days out of the 363 trading days during the Class Period (excluding earnings release dates and damages-related dates). For example, using 70 hold-out days causes 9 of the 30 days that were statistically significant in Model 2 to lose significance (and 4 of the 333 insignificant days to gain significance).

b. **Which Days Are Hold-Out Days:** The next decision is which 50 days to set aside. For example, one approach could be to set aside the 50 days closest to the event date since these may better capture the volatility of returns at the time of the event. Professor Gelbach selects them at random using a fixed seed.[20] The "seed" is effectively a random number generator that allows for replication. A different seed would select a different set of hold-out days at random, but another researcher using the same seed would obtain the same selection (if using the same statistical software). On average, changing the seed will replace about 20% of the training data.[21] As above, I re-estimated Model 2 using ten different seed values and found that doing so can cause between 23.3% and 46.6% of the significant days to become insignificant and approximately 1.5% to 3.6% of the insignificant days to become significant.[22]

c. **The Cross-Validation Procedure:** Once the training days are set, the researcher must decide how to select the elastic net's penalty parameters.[23] Professor Gelbach uses ten-fold cross-validation. I found that using five-fold cross-

---

20 Gelbach Report, Appendix C, n. 2.

21 On average two random draws of 50 days from a 250-day window share only about 10 days so changing the seed can move about 40 days into the training sample and about 40 days out of it, with roughly 200 training days—shifting about 20% of the training data.

22 I used seed values 3309914 through 3309923. Across these ten iterations, I found that 7 to 14 of the 30 significant days became insignificant while 5 to 12 of the 333 insignificant days became significant (according to Professor Gelbach's t-test).

23 Zou, Hui and Trevor Hastie. "Regularization and Variable Selection via the Elastic Net." *Journal of the Royal Statistical Society: Series B (Statistical Methodology)* vol. 67, no. 2, 2005, pp. 301-320, p. 310. ("If only training data are available, tenfold cross-validation (CV) is a popular method for estimating the prediction error and comparing different models").

validation three of the days that were significant under Professor Gelbach's approach are no longer significant.[24]

31. I conducted the same sensitivity analyses for Professor Gelbach's damages-related days using the same one-tailed tests at the 5% significance level that he uses. I found that one of Professor Gelbach's damages-related days (June 4, 2018) is no longer statistically significant according to his *t*-test for two out of ten of the sensitivity checks using alternative seeds and for all four of the sensitivity checks using alternative hold-out sizes (30, 40, 60 and 70).

32. These results show that Model 2's abnormal return estimates (and the conclusions about statistical significance that rest on them) depend on the methodological choices that Professor Gelbach made, rather than on the data alone. The fact that these methodological choices can flip the conclusion on statistical significance for a substantial portion of days (including the completely arbitrary choice of the seed for randomly selecting hold-out days) means that the model and the conclusions that Professor Gelbach draws from it are not reliable.

### C. Professor Gelbach Overstates the Prediction Gains from Model 2

33. Professor Gelbach claims that Model 2 is a "better model" because its RMSE is between 19% and 36% lower than Model 1's RMSE across the six earnings release dates.[25] But the RMSE that Professor Gelbach reports for Model 1 is not comparable to the RMSE that Professor Gelbach reports for Model 2. For Model 2, he estimates RMSE out of sample, using 50 hold-out days randomly drawn from the 250-day estimation window. For Model 1, he uses the in-sample RMSE over the roughly 250 days of the estimation window, five times as many data points. The two numbers therefore differ both in the days on which they are measured and in how they are measured; an apples-to-apples comparison would evaluate both models on the same set of days.

---

[24] K-fold cross validation splits the training data into K roughly equal sized parts then iteratively fits a model on all but one part and calculates the prediction error of the fitted model when predicting the remaining part. In general, as K approaches the sample size, bias decreases but variance could increase. Typical choices of K are 5 or 10. See Hastie, Trevor, et al. *The Elements of Statistical Learning: Data Mining, Inference, and Prediction.* 2nd ed., Springer, 2009, pp. 241-243.

[25] Gelbach Report, ¶ 71.

34. To demonstrate Professor Gelbach overstating Model 2's performance, I conducted an apples-to-apples comparison where I compute both Model 1 and Model 2's out-of-sample abnormal returns for each day during the Class Period as described above in Paragraph 22. I found that Model 2 reduces prediction errors by about 14% relative to Model 1. That is much smaller than Professor Gelbach's claim of a 19% to 36% improvement.

35. Exhibit 2 compares the RMSEs from Model 2 estimated on the 50 hold-out days relative to the RMSEs from Model 1. These are the two numbers that Professor Gelbach compares in concluding that Model 2 is a "better model."

**Exhibit 2**
**Comparison of RMSEs from Model 1 and Model 2**



36. As Exhibit 2 shows, using the RMSE from the 50 hold-out days produces a volatile measure of Model 2's prediction errors. This volatility is partly a function of the sample size.[26]

37. That variation in RMSE matters because Professor Gelbach uses RMSE as the basis for his opinions about which model is better and his conclusions about statistical significance.[27] His *t*-statistics are calculated by dividing the abnormal return on the event day by the RMSE evaluated for the 50 hold-out days that is plotted above in Exhibit 2 (the blue points show the RMSE values he uses in evaluating earnings release days and damages-related days). Any estimation error in Professor Gelbach's measure of prediction error translates directly into estimation error in his *t*-statistics. If the blue dots in Exhibit 2 are too low relative to the typical fluctuations in abnormal returns according to Model 2, then Professor Gelbach will tend to overstate the statistical significance of abnormal returns on those days under Model 2.

## V. Professor Gelbach's Statistical Tests Are Biased Towards Finding Significance

38. Professor Gelbach assesses the statistical significance of abnormal returns on event days using a *t*-test and his SQ test.[28] Both tests are biased towards finding significance where there is none.

39. The SQ test compares the event-day abnormal return to the empirical distribution of Model 2's prediction errors over the full estimation window.[29] That is, it compares an out-of-sample prediction error on the event day against a benchmark of errors, about 80% of which (approximately 200 out of 250) are based on the in-sample training days while the remaining 20% are based on the hold-out days. That comparison is valid only if the event-day error and the

---

[26] Mood, Alexander McFarlane et al. *Introduction to the Theory of Statistics*. 3rd ed., McGraw-Hill, 1974, p. 229. For example, when estimating a standard deviation of a normal distribution from a 50-observation sample, the result will fall within 80% to 120% of the true standard deviation about 95% of the time. This range narrows to 91% to 109% for a sample size of 250. This issue is exacerbated by extreme prediction errors. Excess kurtosis in Model 2, a standard measure of how prone a distribution is to extreme values, is 8.4, compared with 3.8 for Model 1.

[27] Gelbach Report, ¶ 71 and Appendix C.

[28] Gelbach Report, ¶¶ 73-80.

[29] Gelbach Report, ¶ 78.

benchmark errors are comparable. They are not.[30] As discussed above, the out-of-sample prediction errors are 5.8% larger than the in-sample prediction errors under Model 2.

40. To quantify this effect, I conducted a placebo test to determine the portion of days that are not earnings release or damages-related days that are statistically significant according to Professor Gelbach's SQ test. A test at the 5% significance level that is calibrated for these non-damages-related and non-earnings release days should, on expectation, declare an abnormal return significant only about 5% of the time for these days. To measure how often Model 2 finds significant results in practice, I applied it, exactly as implemented by Professor Gelbach, to every day during the Class Period that is neither an earnings release day nor a damages-related day. Under the two-sided SQ test, it declared 34 of these 363 days (9.4%) significant at the 5% level, nearly twice the nominal rate. That means Professor Gelbach would conclude that nearly one out of every eleven trading days in the Class Period is associated with statistically significant returns under Model 2, nearly twice the one-out-of-20 rate for which he claims his test is calibrated.[31]

41. Professor Gelbach's test performs even worse for the latter portion of the Class Period. From January 1, 2018 through the end of the Class Period (excluding earnings release days and damages-related days), I found that Professor Gelbach's SQ test would conclude that 22 out of 137 days (16%, or nearly one out of every six trading days) had statistically significant abnormal returns, more than three times the 5% rate the test is supposed to produce.

[30] The difference is a function of model flexibility. *See, e.g.*, Zou, Hui et al. "On the 'Degrees of Freedom' of the Lasso." *The Annals of Statistics,* vol. 35, no. 5, 2007, pp. 2173-2192; Zou, Hui, and Trevor Hastie. "Regularization and Variable Selection via the Elastic Net." *Journal of the Royal Statistical Society: Series B (Statistical Methodology),* vol. 67, no. 2, 2005, pp. 301-320; James, Gareth, et al. *An Introduction to Statistical Learning: with Applications in R.* Springer, 2013, p. 32 ("as the flexibility of the statistical learning method increases, we observe a monotone decrease in the training MSE and a U-shape in the test MSE. This is a fundamental property of statistical learning that holds regardless of the particular data set at hand and regardless of the statistical method being used. As model flexibility increases, training MSE will decrease, but the test MSE may not…we almost always expect the training MSE to be smaller than the test MSE"). In addition, an SQ test attributes the event-day error to Facebook-specific news. That error, however, also includes the model's own estimation error. For an OLS regression with a small number of coefficients, such as Model 1, estimation error shrinks at the standard rate as the estimation window grows and is small relative to ordinary daily fluctuations in returns. That is what justifies the SQ test (Gelbach, Helland, and Klick 2013). Model 2, an elastic net with 14 candidate regressors whose penalty is chosen by cross-validation, has many more effective parameters and is estimated on only roughly 200 days, so there is no reason to expect its estimation error to be small in this sample; my results in ¶¶ 26 and 30 suggest that it is not. Model 2's estimation error therefore need not be negligible, and the justification for the SQ test based on in-sample errors is inapt.

[31] Under the two-tailed t-test, Model 2 is significant on 30 out of 363 days (8.3%).

42. I identified one additional error that causes Professor Gelbach to overstate the statistical significance using his SQ test. After ranking the event date against the 250 non-event dates, he calculates a p-value. A p-value is the probability of obtaining the observed result or a result that is more extreme if the result came from the reference distribution. Professor Gelbach bases his p-value on the rank of the more extreme observation rather than the less extreme observation. As a result, he can obtain a p-value equal to zero when the minimum theoretical p-value in his SQ test should be 1 divided by 250. This means his p-values are understated by 0.4% (or more, depending on how many earnings release and damages-related days were in the comparison group), and corresponding significance is overstated.

43. I also identified an error in Professor Gelbach's *t*-statistic calculation that causes him to overstate statistical significance. He determines critical values based on the normal distribution rather than Student's *t*-distribution. For comparisons using sufficiently large sample sizes, the normal distribution is a very close approximation of the *t*-distribution. However, because Professor Gelbach is determining the sample variance using a sample size of 50 under Model 2, the differences in the tails of the distributions are no longer negligible and Professor Gelbach's statistics are effectively based on the 5.32% level of significance rather than the 5% level of significance. This error influences his conclusion for June 4, 2018 since using the appropriate critical value would render that date no longer statistically significant at the 5% level according to Professor Gelbach's own Model 2 *t*-test.

44. Valid statistical inference—whether based on a conventional *t*-statistic or Professor Gelbach's SQ test—depends on assumptions about the behavior of the abnormal-return process under the null hypothesis that the event had no effect. Most importantly, the estimation-period residuals are assumed to provide a reasonable characterization of the distribution of prediction errors that would have prevailed on the event date absent the event. This assumption is violated when, for example, the volatility of stock returns at the time of the event is different from the volatility of stock returns during the estimation period. When there is evidence of a pronounced increase or decrease in volatility during the estimation period (as appears to be the case here according to Exhibit 2), the researcher should consider shortening the estimation period to ensure comparability (for example, by using six months of data rather than one year).

45. More generally, efficient statistical inference with machine learning models is complex and the theory is still evolving. Valid inference requires specific statistical corrections, tailored to each application, including "debiasing" and "cross-fitting," in which each observation's error is computed from a model not estimated on that observation.[32] Professor Gelbach does not incorporate these corrections.

Dennis J. Zhang
October 9, 2026

32 See, e.g., Chernozhukov, Victor, et al. "Double/Debiased Machine Learning for Treatment and Structural Parameters." *The Econometrics Journal,* vol. 21, no. 1, 2018, pp. C1-C68, p. C1 ("ML methods perform well by employing regularization to reduce variance and trading off regularization bias with overfitting in practice. However, both regularization bias and overfitting in estimating…cause a heavy bias in estimators…We show that the impact of regularization bias and overfitting on estimation of the parameter of interest…can be removed by using two simple, yet critical, ingredients: (1)…Neyman-orthogonal moments/scores…and (2)…cross-fitting").

**Appendix A**
**Curriculum Vitae**

## Dennis J. Zhang

CONTACT INFORMATION

*Address:* 1 Brookings Dr. Bauer Hall 406
St. Louis, MO 63130 USA
*E-mail:* denniszhang@wustl.edu
*Website:* www.denniszhang.org

ACADEMIC POSITION

**Olin Business School, Washington University in St. Louis**

*Professor of Supply Chain, Operations, and Technology* 2025 - Present

*Professor of Marketing* 2025 - Present

*Associate Professor of Marketing* 2022 - 2025

*Associate Professor of Supply Chain, Operations, and Technology* 2020 - 2025

*Assistant Professor of Supply Chain, Operations, and Technology* 2016 - 2020

EDUCATION

**Kellogg School of Management, Northwestern University** 2012-2016

Ph.D., Managerial Economics and Decision Science

M.S., Managerial Economics and Decision Science

**University of California, at Los Angeles (UCLA)** 2008-2012

B.S., Electrical Engineering and Computer Science (Summa cum laude)

B.S., Mathematics (Summa cum laude)

INDUSTRY EXPERIENCE

**Google** 2013 - 2015
*Software Engineer Intern (Specialized in Machine Learning)*

**Five Rings Capital** 2011
*Quant Developer Intern*

**Symantec** 2009 - 2011
*Software Developer Intern*

RESEARCH INTEREST

Artificial Intelligence; Machine Learning and Causal Inference; Digital Marketplace; Operations Management; Quantitative Marketing; Experiment Design; Structural Estimation.

PUBLICATIONS

- Mengxin Wang, Heng Zhang, Dennis J. Zhang (2026). Large Language Models for Market Research: A Data-Augmentation Approach. **Marketing Science**.
- Peibo Zhang, Xinyu Cao, Ruomeng Cui and Dennis J. Zhang (2026). Evolution of Discrimination on Online Platforms. Forthcoming at **Management Science**.
- Xinyu Cao, Chenshan Hu, Jiankun Sun and Dennis J. Zhang (2026). How Forced Intervention Facilitates AI Adoption. **Manufacturing & Service Operations Management**.

- Maxime C. Cohen et al. and Dennis J. Zhang (2026). OM Forum—Supply Chain Management in the AI Era: A Vision Statement from the Operations Management Community. **Manufacturing & Service Operations Management**.
- Zhiyu Zeng, Zhiqi Zhang, Dennis J. Zhang and Tat Chan (2026). The Impact of Recommender Systems on Content Consumption and Production: Evidence from Field Experiments and Structural Modeling. Forthcoming at **Management Science**.
- Zhiyu Zeng, Nick Clyde, Hengchen Dai, Dennis J. Zhang, Zhiwei Xu and Max Shen (2025). The Impact of Customer Information on Service Supply and Demand: Evidence from a Large Live-Streaming Experiment. **Manufacturing & Service Operations Management**.
- Zikun Ye, Zhiqi Zhang, Dennis J. Zhang, Heng Zhang, Renyu Zhang (2025). Deep Learning-Based Causal Inference for Large-Scale Combinatorial Experiments: Theory and Empirical Evidence. **Management Science**.
- Bing Bai, Tat Y. Chan, Dennis J. Zhang and Fuqiang Zhang (2025). The Value of Logistic Flexibility in E-commerce. **Management Science**.
- Xiaoyang Long, Jiankun Sun, Hengchen Dai and Dennis J. Zhang (2024). The Choice Overload Effect in Online Recommender Systems. **Manufacturing & Service Operations Management**.
- Ali Aouad, Jacob Feldman, Danny Segev and Dennis J. Zhang (2024). The Click-Based MNL Model: A Framework for Modeling Click Data in Assortment Optimization. **Management Science**.
- Jun Li, Zoey Jiang and Dennis J. Zhang (2023). A High-Dimensional Choice Model for Online Retailing. **Management Science**.
- Zhiyu Zeng, Hengchen Dai, Dennis J. Zhang, Heng Zhang, Renyu Zhang, Zuo-Jun Max Shen, Zhiwei Xu (2022). The Impact of Social Nudges on User-Generated Content for Social Network Platforms. **Management Science**.
- Xinyu Cao, Dennis J. Zhang and Lei Huang (2022). The Impact of the COVID-19 Pandemic on the Behavior of Online Gig Workers. **Manufacturing & Service Operations Management**.
- Bing Bai, Hengchen Dai, Dennis J. Zhang and Fuqiang Zhang (2022). The Impacts of Algorithmic Work Assignment on Fairness Perceptions and Productivity: Evidence from Field Experiments. **Manufacturing & Service Operations Management**.
- Zikun Ye, Dennis J. Zhang, Heng Zhang, Renyu Zhang, Xin Chen and Zhiwei Xu (2022). Cold Start to Improve Market Thickness on Online Advertising Platforms: Data-Driven Algorithms and Field Experiments. **Management Science**.
- Joren Gijsbrechts, Robert N. Boute, Jan A. Van Mieghem and Dennis J. Zhang (2021). Can Deep Reinforcement Learning Improve Inventory Management? Performance on Lost Sales, Dual-Sourcing, and Multi-Echelon Problems. **Manufacturing & Service Operations Management**.
- Jake Feldman and Dennis J. Zhang (2021). Customer Choice Models vs. Machine Learning: Finding Optimal Product Displays on Alibaba. **Operations Research**.
- Zhenling Jiang, Tat Chan and Dennis J. Zhang (2021). How Do Bonus Payments Affect the Demand for Auto Loans and Their Delinquency? **Journal of Marketing Research**.

- Jiankun Sun, Dennis J. Zhang, Haoyuan Hu and Jan A. Van Mieghem (2020). Predicting Human Discretion to Adjust Algorithmic Prescription: A Large-Scale Field Experiment in Warehouse Operations. **Management Science**.
- Zekun Liu, Dennis J. Zhang and Fuqiang Zhang (2020). Information Sharing on Retail Platforms. Forthcoming at **Manufacturing & Service Operations Management**.
- Dennis J. Zhang and Ming Hu (2020). NetEase Cloud Music Data. Forthcoming at **Manufacturing & Service Operations Management**.
- Dennis J. Zhang, Hengchen Dai and Lingxiu Dong (2019). The Value of Pop-Up Stores on Retailing Platforms: Evidence from a Field Experiment with Alibaba. Forthcoming at **Management Science**.
- Dennis J. Zhang, Hengchen Dai and Lingxiu Dong (2019). The Long-term and Spillover Effects of Price Promotions on Retailing Platforms: Evidence from a Large Randomized Experiment on Alibaba. Forthcoming at **Management Science**.
- Lamar Pierce, Laura Wang and Dennis J. Zhang (2019). Peer Bargaining and Productivity in Teams: Gender and the Inequitable Division of Pay. Forthcoming at **Manufacturing & Service Operations Management**.
- Hengchen Dai and Dennis J. Zhang (2018). Prosocial Goal Pursuit in Crowdfunding: Evidence from Kickstarter. **Journal of Marketing Research**.
- Ruomeng Cui, Jun Li and Dennis J. Zhang (2018). Reducing Discrimination with Reviews in the Sharing Economy: Evidence from Field Experiments on Airbnb. Forthcoming at **Management Science**.
- Ruomeng Cui, Dennis J. Zhang and Achal Bassamboo (2017). Learning from Inventory Availability Information: Evidence from Field Experiments on Amazon. **Management Science**, 65(3), 1216-1235.
- Ruomeng Cui, Antonio Moreno-Garcia, Santiago Gallino, and Dennis J. Zhang (2017). The Operational Value of Social Media Information. **Production and Operations Management** 27(10), 1749-1769.
- Dennis J. Zhang, Gad Allon, and Jan A. Van Mieghem (2016). Does Social Interaction Improve Learning Outcomes? Evidence from Field Experiments on Massive Open Online Courses. **Manufacturing & Service Operations Management** 19(3), 347-367.
- Dennis J. Zhang, Itai Gurvich, Jan A. Van Mieghem, Eric Park, Mark V. Williams, and Robert S. Young (2016). Hospital Readmissions Reduction Program: An Economic and Operational Analysis. **Management Science** 62(11), 3351-3371.

Books, Practitioner and Conference Publications

- Cheng Lu, Mengxin Wang, Dennis J. Zhang and Heng Zhang (2026). Generative Augmented Inference. *International Conference on Machine Learning (ICML 2026).*
- Zhiqi Zhang, Zhiyu Zeng, Ruohan Zhan and Dennis J. Zhang (2026). Personalized Policy Learning through Discrete Experimentation. *International Conference on Machine Learning (ICML 2026).*

- Joren Gijsbrechts, Robert N. Boute, Jan A. Van Mieghem and Dennis J. Zhang (2026). AI in Inventory Management: The Disruptive Era of DRL and Beyond. In *AI in Supply Chains: Perspectives from Global Thought Leaders*, Springer Series in Supply Chain Management, pp. 137-148.
- Maxime Cohen et al. (2025). AI in Supply Chains: Perspectives from Global Thought Leaders. *Springer Series in Supply Chain Management*.
- Mengxin Wang, Dennis J. Zhang and Heng Zhang (2024). Harnessing Large Language Models for Market Research: A Data-augmentation Approach. *NeurIPS 2024 Workshop on Statistical Frontiers in LLMs and Foundation Models.*
- Zikun Ye, Zhiqi Zhang, Dennis J. Zhang, Heng Zhang, Renyu Zhang (2023). Deep Learning Based Causal Inference for Large-Scale Combinatorial Experiments: Theory and Empirical Evidence. *23th ACM Conference on Economics and Computation (EC'23)*
- Hamsa Bastani, Dennis J. Zhang and Heng Zhang (2020). Applied Machine Learning in Operations Management. *Springer Innovative Technology at the Interface of Finance and Operations*
- Antonio Moreno, Jun Li and Dennis J. Zhang (2019). Agent Pricing in the Sharing Economy: Evidence from Airbnb. Sharing Economy: Making Supply Meet Demand. In *Springer Series in Supply Chain Management*.
- Jun Li, Dennis J. Zhang and Ruomeng Cui (2017). A Better Way to Fight Discrimination in the Sharing Economy. *Harvard Business Review*.
- Dennis J. Zhang, Jiadong Wang, Shayan Garani Srinivasa, and Lara Dolecek (2011). Achieving Flexibility in LDPC Code Design by Absorbing Set Elimination. *Proc. Asilomar Conference on Signals, Systems, and Computers*.

Working Papers, or Papers Under Review or Revision

- Shilei Luo, Song Yao and Dennis J. Zhang. Unintended Consequences of Recommender System Interventions: Evidence from a Field Experiment. Major Revision at **Marketing Science**.
- Bing Bai, Zhiyu Zeng, Dennis J. Zhang and Zhiwei Xu. The Impact of Generative AI Search on Content-Sharing Platforms. Major Revision at **Manufacturing & Service Operations Management**.
- Sikun Xu, Zhenling Jiang, Zhengling Qi and Dennis J. Zhang. A Causal Approach to Representation Learning for Unstructured Data. Major Revision at **Management Science**.
- Guangying Chen, Cheng Lu, Zhengling Qi, Tat Chan and Dennis J. Zhang. A New Estimator for Encouragement Design in Randomized Controlled Trials When the Exclusion Restriction Is Violated. Minor Revision at **Marketing Science**.
- Chenshan Hu, Xiaoyang Long, Jiankun Sun and Dennis J. Zhang. The Behavioral, Operational and Sustainability Effects of Fast Delivery in E-Commerce. Minor Revision at **Management Science**.
- Nick Clyde, Bing Bai and Dennis J. Zhang. The Impact of Ridesharing Platforms on Healthcare Access. Major Revision at **Management Science**.
- Guangying Chen, Tat Chan and Dennis J. Zhang. The Impact of a More Diversified Recommender System on Digital Platforms: Evidence from a Large-Scale Field Experiment. Major Revision at **Management Science**.
- Hengchen Dai, Xiaoyang Long and Dennis J. Zhang. Wage Transparency, Negotiation, and Reference-dependent Utility. Major Revision at **Organization Science**.

- Xinyu Cao, Shilei Luo, Dennis J. Zhang. How the Power of Pay Gets Amplified in Gig Economy. Risky Revision at **Journal of Marketing Research**.
- Guangying Chen, Tat Chan and Dennis J. Zhang. The Intended and Unintended Consequences of Privacy Protection in Social Media: A Large-Scale Field Experiment and Structural Analysis. Major Revision at **Marketing Science**.
- Korel Gundem, Juncheng Dong, Dennis J. Zhang, Vahid Tarokh and Zhengling Qi. Boosting In-Context Learning in LLMs Through the Lens of Classical Supervised Learning. Under Revision.
- Hengchen Dai and Dennis J. Zhang. The Spillover Effects of Customer No-Shows: Field Evidence from an Online Education Platform. Under Revision.
- Shilei Luo, Zhiqi Zhang, Hengchen Dai and Dennis J. Zhang. Behavioral Transfer in AI Agents: Evidence and Privacy Implications. Under Revision.
- Jiayi Zhang, Zhiqi Zhang, Ruohan Zhan and Dennis J. Zhang. Bias Correction in Offline Retailing Experiment: Theory and Empirical Evidence. Under Revision.
- Annie Shi, Tat Chan and Dennis J. Zhang. Leveraging Algorithmic Scores for Causal Inference in Platform Operations. Under Revision.
- Meng Liu, Cheng Lu, Xiang Hui, Dennis J. Zhang. Evaluating Reactivation Referral Programs at Scale: Evidence from A Large Social Media Platform. Under Revision.
- Gad Allon, Daniel Chen, Zhenling Jiang and Dennis J. Zhang. Machine Learning and Prediction Errors in Causal Inference. Under Revision.
- Peibo Zhang, Ruomeng Cui and Dennis J. Zhang. The Impact of AI Search on the Online Content Ecosystem: Evidence from Google and Reddit. Under Revision.
- Sikun Xu, Raphael Thomadsen and Dennis J. Zhang. The Winner's Curse in Data-Driven Decision Making: Evidence and Solutions. Under Revision.
- Lingxiu Dong, Long Ren and Dennis J. Zhang. Financing Small and Medium-Size Enterprises via Retail Platforms. Under Revision.
- Dennis J. Zhang, Yuval Salant and Jan A. Van Mieghem. Where Did the Time Go? On the Increase in Airline Schedule Padding Over 21 Years. Under Revision.
- Gad Allon and Dennis J. Zhang. Managing Service Systems in the Presence of Social Networks. Under Revision.

## Editorial Services

- Area Editor, Machine Learning and Data Science, **Operations Research**
- Associate Editor, **M&SOM**
- Associate Editor, **Marketing Science**
- Associate Editor, Marketing Department, **Management Science**
- Associate Editor, **Journal of Marketing Research**
- Ad-hoc Referee: *Journal of Political Economy*, *American Economic Review*, *Marketing Science*, *Operations Research*, *Journal of Marketing Research*, *Information System Research*, *Journal of Law and Economics*, *Organizational Behavior and Human Decision Processes*.

Honors and Awards

- **Career Award**

  1. 2022 POMS Early Career Research Accomplishments Award

- **Paper Award**

  1. (2024) Winner, INFORMS Behavioral Operation Management Best Working Paper Competition

     "Green E-Commerce: Environmental Impact of Fast Delivery"

  2. (2024) Finalist, 2024 Service Science Best Cluster Paper Award

     "How Forced Intervention Facilitates Long-Term Algorithm Adoption"

  3. (2024) Runner-up, 2024 INFORMS ISS Cluster Best Paper Award

     "A New Estimator for Randomized Controlled Trials with Non-Compliance: Theory and Empirical Evidence"

  4. (2023) Second Place, 2023 CSAMSE Best Paper Award Competition

     "Deep Learning Based Causal Inference for Large-Scale Combinatorial Experiments: Theory and Empirical Evidence."

  5. (2023) Finalist, 2023 Best Paper in ***Operations Research***

     'Customer Choice Models versus Machine Learning: Finding Optimal Product Displays on Alibaba."

  6. (2023) Winner, 2023 Best OM Paper in ***Management Science***:

     'Reducing Discrimination with Reviews in the Sharing Economy: Evidence from Field Experiments on Airbnb."

  7. (2022) Finalist, 2022 Best OM Paper in ***Management Science***:

     'Learning from Inventory Availability Information: Evidence from Field Experiments on Amazon."

  8. (2022) Industry Studies Association's 2021 Ralph Gomory Best Industry Studies Paper Award:

     'Peer Bargaining and Productivity in Teams: Evidence on the Inequitable Division of Pay."

  9. (2021) Second Place, 2021 CSAMSE Best Paper Award Competition

     "The Impact of AI on Workers' Perceived Fairness: Evidence from a Field Experiment."

  10. (2021) INFORMS Revenue Management and Pricing Section Jeff McGill Student Paper Prize:

      "Cold Start to Improve Market Thickness on Online Advertising Platforms: Data-Driven Algorithms and Field Experiments."

  11. (2021) Finalist, 2021 Behavioral Operations Management Best Working Paper Award:

      "Wage Transparency, Negotiation,and Reference-dependent Utility."

  12. (2021) Finalist, 2021 Wharton People Analytics White Paper Competition

      "The Impact of AI on Workers' Perceived Fairness: Evidence from a Field Experiment."

  13. (2021) Finalist, Best Accepted Papers in 2021 Academy of Management Meeting

      "The Impact of AI on Workers' Perceived Fairness: Evidence from a Field Experiment."

  14. (2020) Honorable Mention, M&SOM 2020 Responsible Research Award

      "Reducing Discrimination with Reviews in the Sharing Economy: Evidence from Field Experiments on Airbnb."

  15. (2020) Finalist, 2020 CBOM Junior Scholar Paper Competition.

      "The Impact of AI on Workers' Perceived Fairness: Evidence from a Field Experiment."

16. (2020) Winner, 2020 Olin Research Award.

    "Predicting Human Discretion to Adjust Algorithmic Prescription: A Large-Scale Field Experiment in Bin Packing Warehouse Operations."

17. (2019) Winner, 2019 Revenue Management Practice Award

    "Taking Assortment Optimization from Theory to Practice: Evidence from Large Field Experiments on Alibaba."

18. (2019) Finalist, 2019 Best Service Science Paper Award Competition

    "The Spillover Effects of Employee-Customer Interactions: Field Evidence from an Online Education Platform."

19. (2019) Finalist, 2019 Innovative Applications in Analytics Award

    "Taking Assortment Optimization from Theory to Practice: Evidence from Large Field Experiments on Alibaba."

20. (2019) Winner, 2019 Olin Research Award.

    "Taking Assortment Optimization from Theory to Practice: Evidence from Large Field Experiments on Alibaba."

21. (2018) Finalist, Competition at the 2018 Wharton People Analytics Conference:

    "Peer Bargaining and Productivity in Teams: Evidence on the Inequitable Division of Pay."

22. (2018) Finalist, 2018 POMS Applied Research Challenge:

    "How Do Price Promotions Affect Customer Behavior on Retailing Platforms? Evidence from a Large Randomized Experiment on Alibaba."

23. (2018) Finalist, 2018 POM-CBOM Junior Scholar Competition:

    "How Do Price Promotions Affect Customer Behavior on Retailing Platforms? Evidence from a Large Randomized Experiment on Alibaba."

24. (2017) Winner, 2017 Behavioral Operations Management Best Working Paper Award:

    " Reducing Discrimination with Reviews in the Sharing Economy: Evidence from Field Experiments on Airbnb."

25. (2014) Winner, 2014 POMS College of Healthcare Operations Management Best Paper Award:

    "Hospital Readmission Reduction Program: An Economic and Operational Analysis."

- **Service Award**

  1. (2025) Marketing Science Service Award for Associate Editors
  2. (2020) Management Science Distinguished Service Award
  3. (2020) M&SOM Distinguished Service Award
  4. (2019) Management Science Distinguished Service Award
  5. (2019) M&SOM Distinguished Service Award
  6. (2018) Management Science Distinguished Service Award
  7. (2018) M&SOM Distinguished Service Award
  8. (2017) Management Science Distinguished Service Award
  9. (2017) M&SOM Distinguished Service Award

- **Teaching Award**

  1. (2019) Reid Teaching Award—Master of Science in Business Analytics–Financial Technology
  2. (2019) Reid Teaching Award—Master of Science in Business Analytics–Customer

## Research Presentations

- 2025-2026: University of Toronto (Marketing), University of Toronto (OM), University of Southern California (Marketing), University of Notre Dame (Marketing), Indiana University (OM), Stanford University (Marketing), Yale University (Marketing).
- 2024-2025: Fisher College of Business, Ohio State University (OM); Leeds School of Business, UC Boulder (OM); University of Florida (Marketing); IEOR-DRO Joint Seminar, Columbia University (OM); McDonough School of Business, Georgetown University (OM); Ross Business School, University of Michigan (OM); McGill Desautels Faculty of Management (OM); Chinese University of Hong Kong (OM); Rice University (OM); John Hopkins University (OM); Southern Methodist University (OM); Carnegie Mellon University (OM); Wharton, University of Pennsylvania (OM); MIT (Marketing).
- 2023-2024: Kellogg School of Management, Northwestern University; Emory University Goizueta Business School; George Washington University School of Business; Questrom School of Business, Boston University; Cornell University Conference
- 2022-2023: The University of Tennessee, Knoxville, University of Michigan's Ross Marketing Area, NYU Stern School of Business, University of Toronto's Rotman School of Management
- 2021-2022: University of Chicago, National University of Singapore, University of California Riverside, Case Western University, Binghamton University
- 2019-2020: University of California Berkeley, UIUC, University of Maryland, UT Dallas, Shanghai University of Finance and Economics, Shanghai Jiao Tong University
- 2018-2019: University of Washington Foster School of Business, Johns Hopkins Carey Business School, Peking University, Guanghua School of Management, Georgia Tech Scheller College of Business, NYU Stern School of Business
- 2017-2018: London Business School, Imperial College Business School, Massachusetts Institute of Technology, HKUST Business School, UCLA Management and Organization, Northwestern University, Kellogg School of Management, Cornell University, Harvard Business School,
- 2016-2017: Washington University in St. Louis, University of Science and Technology of China, Fudan University School of Management, NYU Shanghai, HKUST Business School, Northwestern University, Kellogg School of Management,
- 2015-2016: Washington University in St. Louis, Carnegie Mellon University, Duke University, UNC Kenan-Flagler Business School, Indiana University, Yale School of Management, University of Michigan.

## Teaching Experience

**Washington University in St. Louis**

- Instructor for "**Artificial Intelligence and Machine Learning for Business Applications Part A Ver 2**" – PhD Course, 2024.
- Instructor for "**Artificial Intelligence and Machine Learning for Business Applications Part B**" – PhD Course, 2023.
- Instructor for "**Artificial Intelligence and Machine Learning for Business Applications Part A**" – PhD Course, 2022.
- Instructor for "**Data-Driven Decision Making for Executives**" – Core EMBA Course at Washington University - IIT Mumbai EMBA Program, 2022, 2023, 2024.

- Instructor for "**Data Analytics and Decisions**" – Core EMBA Course at Washington University - Fudan University EMBA Program, 2021, 2022, 2023, 2024.
- Instructor for "**Data-Driven Decision Making for Executives**" – Core EMBA Course at Washington University in St Louis, 2021, 2022, 2023, 2024.
- Instructor for "**Data Analytics for Government Leaders**" – Executive Education at Brookings Institution, Washington DC (designed by me), 2019.
- Instructor for "**Deep Learning for Business Strategy**" – Executive Education at Center for Customer Analytics and Big Data (designed by me), 2018.
- Instructor for "**Introduction to Data Science with Python**" – Core Master of Business Analytics Class (co-designed with Jake Feldman), 2018 - 2022.
- Instructor for "**Operations Management**" – Core Undergraduate Class, 2016-2017.

**Appendix B**
**Materials Relied Upon**

**Expert Report**

Expert Report of Jonah B. Gelbach, *In re Facebook, Inc. Securities Litigation*, No. 5:18-cv-01725-EJD, August 20, 2026

**Academic Papers and Textbooks**

Chernozhukov, Victor, et al. "Double/Debiased Machine Learning for Treatment and Structural Parameters." *The Econometrics Journal,* vol. 21, no.1, 2018, pp. C1-C68

Efron, Bradley. "How Biased Is the Apparent Error Rate of a Prediction Rule?" *Journal of the American Statistical Association*, vol. 81, no. 394, 1986, pp. 461-470

Gelbach, Jonah B., et al "Valid Inference in Single-Firm, Single-Event Studies." *American Law and Economics Review,* vol. 15, no. 2, 2013, pp. 495-541

Hastie, Trevor, et al., *The Elements of Statistical Learning: Data Mining, Inference, and Prediction,* 2nd ed., Springer, 2009

James, Gareth, et al. *An Introduction to Statistical Learning: with Applications in R.* Springer, 2013

Lu, Cheng, et al. "Generative Augmented Inference." *International Conference on Machine Learning*, 2026

Mood, Alexander McFarlane, et al. *Introduction to the Theory of Statistics*. 3rd ed., McGraw-Hill, 1974

Ye, Zikun, et al. "Deep Learning-Based Causal Inference for Large-Scale Combinatorial Experiments: Theory and Empirical Evidence." *Management Science*, vol. 72, no. 7, 2026, pp. 5611-5634

Zou, Hui, and Trevor Hastie. "Regularization and Variable Selection via the Elastic Net," *Journal of the Royal Statistical Society: Series B (Statistical Methodology)*, vol. 67, no. 2, 2005, pp. 301-320

Zou, Hui, et al. "On the 'Degrees of Freedom' of the Lasso. *The Annals of Statistics*, vol. 35, no. 5, 2007, pp. 2173-2192

**Data**

Backup of Expert Report of Jonah B. Gelbach, August 20, 2026