**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
Jeremy P. Robinson (*pro hac vice*)
Preethi Krishnamurthy (*pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Telephone: 212/554-1400
Facsimile: 212/554-1444
salvatore@blbglaw.com
jeremy@blbglaw.com
preethi@blbglaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Jason C. Davis (253370)
Kenneth J. Black (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

*Co-Lead Counsel for the Class*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | CLASS ACTION |
| This Document Relates To:<br>ALL ACTIONS. | **LEAD PLAINTIFFS' RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| | JUDGE: Hon. Edward J. Davila |

Lead Plaintiffs Amalgamated Bank, as Trustee for the Long View LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated"), and Public Employees' Retirement System of Mississippi ("MissPERS," and, together with Amalgamated, "Lead Plaintiffs") respectfully submit this response to Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 300, the "Motion"). Defendants' Motion addresses two categories of materials Defendants provisionally filed under seal in connection with Defendants' Opposition to Lead Plaintiffs' Motion to Certify Class, Appoint Class Representative, and Appoint Class Counsel (ECF No. 301, "Opposition"). These two categories are materials, and references to those materials, (1) designated confidential by Lead Plaintiffs, specifically portions of the Opposition and all or portions of Exhibits 6, 12, and 13 (ECF Nos. 301, 301-7, 301-13, and 301-14), and (2) designated confidential by non-party Harding Loevner LP ("Harding"), specifically portions of the Opposition and all or portions of Exhibits 15 and 16 (ECF Nos. 301, 301-16, and 301-17). Defendants take no position on the confidentiality of either category of materials. Motion at 1.

Lead Plaintiffs have taken a judicious approach to sealing and do not seek to seal the first category of materials. As for the second category, Lead Plaintiffs take no position on the confidentiality of the Harding materials.

DATED: October 16, 2026

Respectfully submitted,

*<u>/s/ Jeremy P. Robinson</u>*
Jeremy P. Robinson (*pro hac vice*)

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
Jeremy P. Robinson (*pro hac vice*)
Preethi Krishnamurthy (*pro hac vice*)
Timothy G. Fleming (*pro hac vice*)
Thomas Z. Sperber (*pro hac vice*)
Matthew S. Goldstein (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com

jeremy@blbglaw.com
preethi@blbglaw.com
timothy.fleming@blbglaw.com
thomas.sperber@blbglaw.com
matthew.goldstein@blbglaw.com

*Counsel for Lead Plaintiff MissPERS and Co-Lead Counsel for the Class*

and

*/s/ Jason C. Davis***
Jason C. Davis
**ROBBINS GELLER RUDMAN & DOWD LLP**
Jason C. Davis (253370)
Kenneth J. Black (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
jdavis@rgrdlaw.com
kblack@rgrdlaw.com

Luke O. Brooks (212802)
Darryl J. Alvarado (253213)
Hillary B. Stakem (286152)
J. Marco Janoski Gray (306547)
Jessica E. Robertson (352207)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
lukeb@rgrdlaw.com
dalvarado@rgrdlaw.com
hstakem@rgrdlaw.com
mjanoski@rgrdlaw.com
jrobertson@rgrdlaw.com

*Counsel for Lead Plaintiff Amalgamated and Co-Lead Counsel for the Class*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.