ROBBINS GELLER RUDMAN
& DOWD LLP
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
SALVATORE J. GRAZIANO
JEREMY P. ROBINSON
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
salvatore@blbglaw.com
jeremy@blbglaw.com

Co-Lead Counsel for the Class

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | CLASS ACTION |
| This Document Relates To: | LEAD PLAINTIFFS' LIST OF CONTEMPLATED FACT DEPOSITIONS |
| ALL ACTIONS. | |

Pursuant to the Court's order (ECF No. 299), Lead Plaintiffs Amalgamated Bank, as Trustee for the Long View LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund, and the Public Employees' Retirement System of Mississippi (together, "Plaintiffs") respectfully provide a list of the names, titles, general topics, and planned duration of each of the 45 fact witnesses they currently contemplate deposing, attached hereto as ***Appendix A***.[1] Consistent with Plaintiffs' alternative request in the Joint Statement Regarding Lead Plaintiffs' Motion to Set Number of Fact Depositions (ECF No. 298), the current estimated duration of these depositions total 245 hours of on-the-record testimony.

DATED: October 21, 2026

ROBBINS GELLER RUDMAN & DOWD LLP
LUKE O. BROOKS (212802)
DARRYL J. ALVARADO (253213)
HILLARY B. STAKEM (286152)
J. MARCO JANOSKI GRAY (306547)
JESSICA E. ROBERTSON (352207)

s/ Marco Janoski
J. MARCO JANOSKI GRAY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
lukeb@rgrdlaw.com
dalvarado@rgrdlaw.com
hstakem@rgrdlaw.com
mjanoski@rgrdlaw.com
jrobertson@rgrdlaw.com

[1] Titles reflect Plaintiffs' present understanding of the title(s) each witness held during the Class Period (*i.e.*, February 3, 2017 through July 25, 2018). Topics are general and non-exhaustive. Planned duration reflects Plaintiffs' current best estimate, and Plaintiffs will use any existing transcripts from related matters to streamline examinations where possible. Lead Plaintiffs expressly reserve the right to take the deposition of other individuals or entities not listed in Appendix A based on information learned in discovery.

ROBBINS GELLER RUDMAN & DOWD LLP
JASON C. DAVIS
KENNETH J. BLACK
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

Counsel for Amalgamated and Co-Lead Counsel for the Class

DATED: October 21, 2026

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
SALVATORE J. GRAZIANO
JEREMY P. ROBINSON
PREETHI KRISHNAMURTHY
TIMOTHY G. FLEMING
MATTHEW S. GOLDSTEIN
THOMAS Z. SPERBER

s/ Jeremy P. Robinson
JEREMY P. ROBINSON

1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
salvatore@blbglaw.com
jeremy@blbglaw.com
preethi@blbglaw.com
timothy.fleming@blbglaw.com
matthew.goldstein@blbglaw.com
thomas.sperber@blbglaw.com

Counsel for Mississippi and Co-Lead Counsel for the Class