# APPENDIX A
## Lead Plaintiffs' List of Contemplated Fact Depositions

| NAME | TITLE(S) | ANTICIPATED GENERAL TOPICS | PLANNED DURATION |
|---|---|---|---|
| ***Defendants (4 witnesses; 42 hours)*** | | | |
| 1. Facebook 30(b)(6) | Corporate designee(s) to be identified by Facebook | Rule 30(b)(6) designee(s) on contemplated noticed topics, including Facebook's: policies and practices on the collection, use, and monetization of user data; public statements regarding user control, risk of third-party misappropriation or misuse or instances thereof, and Cambridge Analytica; third-party data-access and whitelisting policies and practices; investigation of, and response to the misappropriation and misuse of Facebook user data by Cambridge Analytica; compliance with the 2012 FTC Consent Decree; insider-trading policies; document retention and preservation; and factual bases for several of its affirmative defenses. | 7 hours[1] |
| 2. Mark Zuckerberg | CEO & Chairman of the Board | His public statements and knowledge or deliberate recklessness regarding: Facebook users' control over their data (or lack thereof); the risk or instances of third-party access to, or misappropriation or misuse of, Facebook user data; reciprocity and whitelisting arrangements; friends-data decisions; Cambridge Analytica and its misappropriation and/or misuse of Facebook user data; his review and approval of SEC filings and risk-factor statements; the 2018 Cambridge Analytica revelations and Facebook's response thereto; business and financial impacts of the March, June, and July 2018 disclosures and the response(s) thereto; 10b5-1 plans; and Class Period sales of Facebook stock. | 14 hours |

[1] The total number of hours Plaintiffs will need for Facebook's Rule 30(b)(6) deposition ultimately depends on the number of individuals that Facebook designates and the number and substance of topics it assigns to each designee. Regardless, Facebook's Rule 30(b)(6) deposition should count as one 7-hour deposition for purposes of any number or hour limit the Court ultimately imposes.

# APPENDIX A

## Lead Plaintiffs' List of Contemplated Fact Depositions

| NAME | TITLE(S) | ANTICIPATED GENERAL TOPICS | PLANNED DURATION |
|---|---|---|---|
| 3. Sheryl Sandberg | COO & Director | Her public statements and knowledge or deliberate recklessness regarding: Facebook users' control over their data (or lack thereof); the risk or instances of third-party access to, or misappropriation or misuse of, Facebook user data; reciprocity and whitelisting arrangements; friends-data decisions; Cambridge Analytica and its misappropriation and/or misuse of Facebook user data; her review and approval of SEC filings and risk-factor statements; the 2018 Cambridge Analytica revelations and Facebook's response thereto; business and financial impacts of the March, June, and July 2018 disclosures and the response(s) thereto; 10b5-1 plans; and Class Period sales of Facebook stock. | 14 hours |
| 4. David Wehner | CFO | His public statements and knowledge or deliberate recklessness regarding: Facebook users' control over their data (or lack thereof); the risk or instances of third-party access to, or misappropriation or misuse of, Facebook user data; reciprocity and whitelisting arrangements; friends-data decisions; Cambridge Analytica and its misappropriation and/or misuse of Facebook user data; his review and approval of SEC filings and risk-factor statements; the 2018 Cambridge Analytica revelations and Facebook's response thereto; business and financial impacts of the March, June, and July 2018 disclosures and the response(s) thereto; 10b5-1 plans; and Class Period sales of Facebook stock. | 7 hours |
| ***Facebook Officers & Employees (31 witnesses; 145 hours)*** | | | |
| 5. Ime Archibong | VP, Product Partnerships | Oversight of developer and product partnerships and negotiation of private-Application Programming Interface ("API") partner contracts; policies and procedures for compliance audits and appeals; partner messaging on Cambridge Analytica; role in designing and overseeing the post-Cambridge Analytica App Developer Investigation ("ADI"); processes and findings of the ADI; and March 2018 review of API access to friends data. | 4 hours |



4921-3078-1658.v1

**APPENDIX A**

**Lead Plaintiffs' List of Contemplated Fact Depositions**

| NAME | TITLE(S) | ANTICIPATED GENERAL TOPICS | PLANNED DURATION |
|---|---|---|---|
| 6. James Barnes | Product Manager | Client relationships and work building custom audiences and targeted ads for political campaigns; Cambridge Analytica's use of policy-violating data; embedded work on Trump campaign alongside Cambridge Analytica; and Cambridge Analytica account billing and payments. | 5 hours |
| 7. Monika Bickert | VP and Head of Global Policy Management | Role in global policy enforcement; enforcement actions taken against developers who violated Facebook terms of service; December 2015 Cambridge Analytica investigation; March 2018 suspension of Cambridge Analytica and related entities; and 2018 platform policy changes. | 4 hours |
| 8. Andrew Bosworth | VP, Ads and Business Platform; VP, Reality Labs | Growth tactics used for Facebook's ad business; Facebook's internal Cambridge Analytica investigation and subsequent deletion certification process; the decision to retain Cambridge Analytica in the marketing partner program; June 2016 "The Ugly" memorandum concerning Facebook's growth tactics; and 2017 executive briefings on Cambridge Analytica. | 5 hours |
| 9. Deborah Crawford | VP, Investor Relations | Oversight of Facebook's investor relations function; investor and market reaction to 2018 disclosures; investor messaging on Cambridge Analytica and third-party data access; and preparation of July 2018 earnings and guidance disclosures. | 6 hours |
| 10. Simon Cross | Group Product Manager, Workplace by Facebook | Role in the Graph API v2 migration; whitelisting of partner apps for continued friends-data access after Graph API v2 migration. | 4 hours |
| 11. Erin Egan | VP, Public Policy & Chief Privacy Officer | Facebook's Privacy Program and Chief Privacy Officer functions; role of Facebook's privacy cross-functional team ("XFN"); compliance with the 2012 FTC Consent Decree and related privacy assessments; communications and meetings with the FTC regarding Cambridge Analytica investigation and subsequent FTC fine; Facebook's internal investigation into Cambridge Analytica; March 2018 platform changes in response to the Cambridge Analytica revelations; April 2018 restructuring of privacy roles; representations to users, regulators, and investors regarding privacy and data practices; and 2018 review of extended friends-data access and post-Cambridge Analytica app-audit strategy. | 5 hours |

## APPENDIX A
## Lead Plaintiffs' List of Contemplated Fact Depositions

| Name | Title(s) | Anticipated General Topics | Planned Duration |
|---|---|---|---|
| 12. Steven Elia | Software Engineering Manager | Engineering implementation of whitelisted API capabilities during the Graph API v2 migration; March 2018 removal of capabilities granting access to user data and analysis of data available to whitelisted apps; and investigation of apps holding unexplained friends permissions and review of capabilities that did not respect user privacy settings. | 4 hours |
| 13. Carolyn Everson | VP, Global Business Group | Facebook's ad business and relationship with advertising partners; communications strategy and communications with advertising partners regarding Facebook's response to March 2018 Cambridge Analytica revelations; changes in advertiser spending following the Cambridge Analytica disclosures; and advertiser and revenue impact of platform and product changes instituted in response to Cambridge Analytica revelations. | 3 hours |
| 14. Debbie Frost | VP, Global Communications & Public Affairs | Company communications and press coverage regarding Cambridge Analytica and privacy issues from 2015-2017; response to press and executive briefings in March 2018 on the Cambridge Analytica revelations; responses to Senate Questions for the Record ("QFRs") regarding Cambridge Analytica; and communications strategy for the release of PwC's privacy assessments. | 5 hours |
| 15. Bill Fusz | Global Head of Policy Enforcement, Developer Operations; Head of Global Developer Operations, Trust and Safety | Leadership of Global Developer Operations; developer enforcement program and policies for audits, anti-scraping measures, and enforcement actions taken against apps; Developer Operations investigation of Aleksandr Kogan's app and number of potentially affected users; analysis of quiz apps tied to Cambridge Analytica employees; and March 2018 enforcement actions against Cambridge Analytica and related entities. | 5 hours |
| 16. Anil Gupta | Director, Investor Relations | Investor feedback and inquiries regarding Cambridge Analytica revelations; investor and market reaction to 2018 disclosures; and investor messaging on financial impact of 2018 disclosures. | 4 hours |



4921-3078-1658.v1

**APPENDIX A**

**Lead Plaintiffs' List of Contemplated Fact Depositions**

| NAME | TITLE(S) | ANTICIPATED GENERAL TOPICS | PLANNED DURATION |
|---|---|---|---|
| 17. Katie Harbath | Public Policy Director | Leadership of the political outreach team that met with Cambridge Analytica staff; third-party data use in political ads; escalation of December 2015 internal inquiry into Cambridge Analytica and subsequent monitoring; September 2017 response to the UK Information Commissioner's Office's inquiry about services provided to Cambridge Analytica; March 2018 enforcement actions against Cambridge Analytica-related entities; and Facebook's 2018 responses to Senate QFRs regarding Cambridge Analytica and API access offered to campaigns. | 5 hours |
| 18. Allison Hendrix | Public Policy Director on Privacy & Data Policy; Head of Data Policy Management | Leadership of platform policy enforcement teams; whitelisting and API controls; September-December 2015 investigation of political data-scraping vendors, including Cambridge Analytica; Facebook's demands that Cambridge Analytica delete Facebook-derived data; political advertising updates on Cambridge Analytica; developer enforcement actions; and 2018 enforcement actions against Cambridge Analytica and related entities. | 3 hours |
| 19. Peter Kang | Head of Strategic Alliances | Management of Original Equipment Manufacturer ("OEM") device-integration partnerships and OEM access to user friends data; and 2018 review of friends-data APIs and device-partner extensions. | 4 hours |
| 20. Joel Kaplan | VP, Global Policy/Global Public Policy | Oversight of Facebook's public policy function; political data ecosystem and Facebook's political advertising business; December 2015 internal inquiry into Cambridge Analytica; response to the March 2018 Cambridge Analytica revelations; Zuckerberg's April 2018 congressional testimony regarding Cambridge Analytica; and 2018 review of extended friends-data access granted to device partners and other apps. | 5 hours |
| 21. Anne Kornblut | Director of Strategic Communications; Director of News, New Initiatives | 2016-2017 briefings, reporting, and public statements on Cambridge Analytica; March 2018 briefings on press coverage of Cambridge Analytica; and communications plan to respond to Cambridge Analytica revelations. | 6 hours |

**APPENDIX A**

**Lead Plaintiffs' List of Contemplated Fact Depositions**

| NAME | TITLE(S) | ANTICIPATED GENERAL TOPICS | PLANNED DURATION |
|---|---|---|---|
| 22. Annie Lewis | Industry Manager, Politics & Advocacy | Political advertising relationship with Cambridge Analytica; investigation started in September 2015 into potential data scraping by Cambridge Analytica; response to December 2015 *Guardian* article concerning Cambridge Analytica; 2016-2017 monitoring of Cambridge Analytica campaign work and continued advertising relationship; and March 2018 enforcement actions against Cambridge Analytica-related entities. | 5 hours |
| 23. Susan Li | VP, Finance | Financial reporting and forecasting; effects of 2018 privacy changes and platform restrictions on revenue, expenses, growth, and margins; investor-facing financial information; and preparation of July 2018 earnings and guidance disclosures. | 6 hours |
| 24. Grace Molnar | Global Developer Policy Operations | December 2015 investigation of Kogan and Cambridge Analytica; investigations and enforcement actions taken against applications that violated Facebook platform policies; and data mining conducted by quiz apps. | 4 hours |
| 25. Eddie O'Neil | Director of Product Management; Head of Platform | 2014 API deprecations aimed to improve user trust; platform integrity and API-abuse monitoring; analysis of how Kogan's app retained friends-data access after 2014 API v2 migration; approval criteria for friend-list APIs; user data permissions and access granted to partners; and March 2018 review of friend data API abuse. | 4 hours |
| 26. Javier Olivan | VP, Growth; VP, Central Products | Growth strategy and metrics; effect of data practices and platform changes on user growth and engagement; analyses of user engagement and deletions following 2018 Cambridge Analytica revelations; and growth and revenue impacts of post-Cambridge Analytica privacy and platform changes. | 6 hours |
| 27. Justin Osofsky | VP, Global Operations | December 2015 internal briefings on Cambridge Analytica; oversight of platform policy enforcement; data use policy changes; and 2018 Cambridge Analytica risk assessment. | 4 hours |

**APPENDIX A**
**Lead Plaintiffs' List of Contemplated Fact Depositions**

| NAME | TITLE(S) | ANTICIPATED GENERAL TOPICS | PLANNED DURATION |
|---|---|---|---|
| 28. Konstantinos Papamiltiadis | Director, Platform Partnerships | Admin approval of private-API access and related partner agreements; migration of apps to Graph API v2 and preservation of whitelisted access to capabilities that were publicly deprecated in 2014; facilitation of partners' friends-list access; exchange of developer advertising spend for Facebook data access; leadership of the developer-partnership side of the App Developer Investigation; and identification of device integrations provided data access. | 4 hours |
| 29. Dan Rose | VP, Partnerships | Partnership-team strategy on data reciprocity and data-for-revenue arrangements with third parties; leadership of the partnerships team that reviewed and rejected Kogan's app while it received user data; administration of the Facebook Marketing Partner program and Cambridge Analytica's participation; March 2018 inquiry into Facebook's ability to audit and enforce compliance after removing Cambridge Analytica; whitelisting and device integration partnerships; and June 2018 company communications on the wind-down of device-integration partnerships. | 4 hours |
| 30. Elliot Schrage | VP, Global Communications & Public Policy; VP, Special Projects | Oversight of Facebook's policy and communications functions; Facebook's data sharing and platform policies; Facebook's investigation and public response to the December 2015 *Guardian* article regarding Cambridge Analytica's use of Facebook user data; 2016-2017 communications, media, and public disclosures regarding Cambridge Analytica; direction and strategy of Facebook's crisis response to March 2018 revelations regarding Cambridge Analytica; market and regulatory response to 2018 Cambridge Analytica revelations; and the post-Cambridge Analytica App Developer Investigation. | 7 hours |
| 31. Mike Schroepfer | CTO | Platform business model and data reciprocity arrangements; engineering leadership over platform and API controls; and post-Cambridge Analytica technical response and app investigations. | 4 hours |

**APPENDIX A**

**Lead Plaintiffs' List of Contemplated Fact Depositions**

| Name | Title(s) | Anticipated General Topics | Planned Duration |
|---|---|---|---|
| 32. Rob Sherman | Deputy Chief Privacy Officer | December 2015 investigation into Cambridge Analytica; review of Cambridge Analytica's public statements on its use of Facebook data; FTC engagement on the Facebook's data use policy and PwC's privacy assessments; privacy review of platform and partnership arrangements; March 2018 platform-change proposals; and 2018 Senate QFR responses on PwC assessments and 2012 FTC Consent Decree compliance. | 4 hours |
| 33. Rebecca Soares | Policy Operations Specialist | Investigating third-party data misuse on behalf of Facebook; investigating Cambridge Analytica prior to March 2018; and the App Developer Investigations unit that conducted an audit of all Version 1 apps on Facebook to identify data misuse. | 4 hours |
| 34. Andy Stone | Communications Manager | Knowledge of Cambridge Analytica's misuse of Facebook user data; Cambridge Analytica's public statements regarding use of Facebook data; and statements to *The Intercept* and other media that Facebook's investigation had not uncovered wrongdoing. | 6 hours |
| 35. Colin Stretch | General Counsel | Non-privileged facts regarding Cambridge Analytica investigation and public statements regarding the same; regulatory interactions and disclosure processes; role in reviewing SEC filings and updates to the Board; and the 2019 FTC and SEC penalties. | 6 hours |
| ***Third Parties (10 witnesses; 58 hours)*** | | | |
| 36. Joseph Chancellor | Nonparty individual (Cambridge Analytica-related witness) | Founding of Global Science Research ("GSR"); work with Kogan data and models; hiring by Facebook in November 2015; and Facebook's statements and investigation regarding his GSR work. | 6 hours |
| 37. Gibson Dunn | Nonparty entity (legal counsel to Facebook) | Oversight, processes, and findings of the 2018 App Developer Investigation led by Gibson Dunn. | 7 hours |
| 38. Reed Hastings | Member of Facebook's Board of Directors | Netflix's private API agreements with Facebook; Board oversight of 2012 FTC Consent Decree compliance and Board deliberations on the FTC settlement; and Board-level knowledge of Cambridge Analytica and third-party data access. | 6 hours |

**APPENDIX A**

**Lead Plaintiffs' List of Contemplated Fact Depositions**

| NAME | TITLE(S) | ANTICIPATED GENERAL TOPICS | PLANNED DURATION |
|---|---|---|---|
| 39. Aleksandr Kogan | Nonparty individual (Cambridge Analytica-related witness) | Founding of GSR; creation of the GSR quiz app; transfer of Facebook user data to Cambridge Analytica; December 2015 communications with Facebook and 2016 deletion certifications; and March 2018 agreement to submit to an audit. | 6 hours |
| 40. Jan Koum | Member of Facebook's Board of Directors | Board oversight of 2012 FTC Consent Decree compliance; Board-level knowledge of Cambridge Analytica and third-party data access; and 2018 resignation from the Board. | 6 hours |
| 41. Alexander Nix | Nonparty individual (Cambridge Analytica-related witness) | Role as CEO of Cambridge Analytica; operations of Cambridge Analytica and its affiliate, SCL Elections Limited; Cambridge Analytica's acquisition and use of Facebook data; Cambridge Analytica's December 2015 responses to Facebook's investigation; April 2017 certification of deletion on behalf of SCL; and Cambridge Analytica's "Marketing Partner" status and its advertising purchases on Facebook. | 6 hours |
| 42. Sandy Parakilas | Nonparty individual (former Facebook employee) | Role as Facebook platform operations manager in policing access to Facebook data; warnings given to Facebook senior executives in 2012 regarding third-party data vulnerabilities; and accounts provided to the *Guardian* in or around 2018 regarding whether third-party companies exploited similar methods of harvesting Facebook user data as Cambridge Analytica. | 4 hours |
| 43. Pricewaterhouse Coopers LLP | Nonparty entity (auditor) | PwC's assessments of Facebook's privacy program under the 2012 FTC Consent Decree; scope of PwC's testing of non-public APIs and friends-of-friends' data; Facebook's failure to inform PwC of Cambridge Analytica and other third-party access to Facebook user data prior to the March 2018 disclosures; and PwC's disclaimer of opinion for 2019 privacy assessment. | 7 hours |
| 44. Christopher Wylie | Nonparty individual (Cambridge Analytica-related witness and whistleblower) | Cambridge Analytica's acquisition of Facebook data through Kogan and GSR; his personal receipt of the Facebook data; Cambridge Analytica's 2016 deletion certification and March 2018 refusal to submit to an audit; and accounts and information provided to the *Guardian* in or around 2018 regarding Cambridge Analytica's misuse of Facebook data. | 6 hours |

**APPENDIX A**

**Lead Plaintiffs' List of Contemplated Fact Depositions**

| NAME | TITLE(S) | ANTICIPATED GENERAL TOPICS | PLANNED DURATION |
|---|---|---|---|
| 45. Sarah Wynn-Williams | Nonparty individual (former Facebook employee) | Accounts provided in book titled *Careless People: A Cautionary Tale of Power, Greed, and Lost Idealism*, including of information provided to Zuckerberg and Sandberg regarding Cambridge Analytica. | 4 hours |
| **TOTAL** | **45 Witnesses** | | **245 Hours** |



4921-3078-1658.v1