ROBBINS GELLER RUDMAN
& DOWD LLP
JASON C. DAVIS (253370)
KENNETH J. BLACK (291871)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com
kennyb@rgrdlaw.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
SALVATORE J. GRAZIANO
JEREMY P. ROBINSON
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212/554-1400
212/554-1444 (fax)
salvatore@blbglaw.com
jeremy@blbglaw.com

Co-Lead Counsel for the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | DECLARATION OF LUKE O. BROOKS IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF DANIEL FISCHEL AND MARTIN DIRKS |

I am an attorney duly licensed to practice in the State of California and before this District Court. I am a member of the law firm Robbins Geller Rudman & Dowd LLP, and together with the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel of record for Lead Plaintiffs Amalgamated Bank, as Trustee for the LongView LargeCap 1000 Growth Index Fund, LongView Quantitative LargeCap Fund, and LongView Quant LargeCap Equity VEBA Fund ("Amalgamated"), and Public Employees' Retirement System of Mississippi ("MissPERS"), in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit A: | Excerpts from the Report of Daniel R. Fischel dated September 22, 2015, attached as Appendix A to Second Amended Report of Daniel R. Fischel, *Lawrence E. Jaffe Pension Plan v. Household Int'l*, 1:02-cv-05893, ECF No. 2067-2 (N.D. Ill. Nov. 11, 2015); |
| Exhibit B: | Excerpts from the transcript of April 16, 2009 trial proceedings in *Lawrence E. Jaffe Pension Plan v. Household Int'l*, 1:02-cv-05893 ("*Household*"); |
| Exhibit C: | Transcript of the Deposition of Daniel R. Fischel dated March 21, 2008, taken in *Household*; |
| Exhibit D: | Excerpts from the transcript of April 20, 2009 trial examination of Daniel R. Fischel in *Household*; |
| Exhibit E: | Excerpts from the transcript of April 28, 2009 trial proceedings in *Household*; |
| Exhibit F: | Rebuttal Report of Daniel R. Fischel dated February 1, 2008, issued in *Household*; |
| Exhibit G: | Excerpts from the transcript of April 20, 2009 trial redirect examination of Daniel R. Fischel in *Household*; |
| Exhibit H: | Defendants' Amended Responses and Objections to Lead Plaintiffs' First Set of Interrogatories to All Defendants dated October 19, 2026; and |
| Exhibit I: | Supplemental Declaration of William M. Thomas dated October 20, 2026. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 10th day of November, 2026, at San Diego, California.

*s/ Luke O. Brooks*
LUKE O. BROOKS