# EXHIBIT 31

# Day Five of Trial Proceedings

**Date:** September 14, 2026

**Case:** State of New Mexico v. Meta Platforms, Inc., f/k/a Facebook Inc.,
**Case** #:D-101-CV-2021-00132

Maricopa Reporting, Inc.
https://www.maricopareporting.com/
Phone: (480) 597-4744
scheduling@MaricopaReporting.com

STATE OF NEW MEXICO

COUNTY OF SANTA FE

FIRST JUDICIAL DISTRICT COURT

STATE OF NEW MEXICO, ex rel.
RAUL TORREZ, Attorney General,

Plaintiff,

Case No.
D-101-CV-2021-00132

vs.

META PLATFORMS, INC., f/k/a
FACEBOOK, INC.,

Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

BEFORE HON. FRANCIS J. MATHEW

DAY 5 TRIAL PROCEEDINGS

(PAGES 1573 TO 2062)

SEPTEMBER 14, 2026

8:22 A.M.

225 MONTEZUMA AVENUE

SANTA FE, NEW MEXICO

REPORTED BY:
Sommer E. Greene, RPR, CRR
Certified Court Reporter
Certificate No. 541

MARICOPA REPORTING, INC.
1701 Paseo de Peralta
Santa Fe, New Mexico
480.597.4744
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES OF COUNSEL

For Plaintiff State of New Mexico:

MCGINN, MONTOYA, LOVE, CURRY &
SIEVERS, P.A.
RANDI MCGINN, ESQ.
ELICIA MONTOYA, ESQ.
201 Broadway Blvd., SE
Albuquerque, New Mexico 87102
505.843.6161
randi@mcginnlaw.com
elicia@mcginnlaw.com

NEW MEXICO DEPARTMENT OF JUSTICE
STEVEN PERFREMENT, ESQ.
408 Galisteo Street
Santa Fe, New Mexico 87501
505.490.4060
sperfrement@nmdoj.gov
DICELLO LEVITT
CORBAN RHODES, ESQ.
EMMA BRUDER, ESQ.
485 Lexington Avenue
New York, New York 10017
646.933.1000
crhodes@dicellolevitt.com
ebruder@dicellolevitt.com

For Defendant Meta Platforms, Inc., f/k/a
Facebook, Inc.:

WILLIAMS & CONNOLLY LLP
DANE BUTSWINKAS, ESQ.
HEIDI K. HUBBARD, ESQ.
CHRISTOPHER N. MANNING, ESQ.
680 Maine Avenue, SW
Washington, D.C. 20024
202.434.5000
dbutswinkas@wc.com
hhubbard@wc.com
cmanning@wc.com

APPEARANCES CONTINUED:

RODEY, DICKASON, SLOAN, AKIN &
ROBB, P.A.
MELANIE B. STAMBAUGH, ESQ.
R. NELSON FRANSE, ESQ.
201 3rd Street, NW
Albuquerque, New Mexico 87102
505.765.5900
nfranse@rodey.com
mstambaugh@rodey.com

# I N D E X

EXAMINATION PAGE

VIDEO DEPOSITION OF SHERYL SANDBERG.............1617

DR. SERGE EGELMAN
DIRECT EXAMINATION BY MR. RHODES................1709
CROSS-EXAMINATION BY MS. HUBBARD................1918

* * *

EXHIBITS ADMITTED

| EXHIBIT | | PAGE ADMITTED |
|---|---|---|
| 482 | Plaintiff | 1708 |
| 330 | Plaintiff | 1708 |
| 331 | Plaintiff | 1708 |
| 282 | Plaintiff | 1708 |
| 110 | Plaintiff | 1709 |
| 332 | Plaintiff | 1709 |
| 333 | Plaintiff | 1709 |
| 273 | Plaintiff | 1794 |
| 358 | Plaintiff | 1799 |
| 362 | Plaintiff | 1802 |
| 473 | Plaintiff | 1806 |
| 275 | Plaintiff | 1815 |
| 274 | Plaintiff | 1817 |
| 280 | Plaintiff | 1818 |
| 281 | Plaintiff | 1821 |
| 283 | Plaintiff | 1824 |
| 288A | Plaintiff | 1827 |
| 272 | Plaintiff | 1830 |
| 344 | Plaintiff | 1843 |
| 568 | Plaintiff | 1864 |
| 569 | Plaintiff | 1864 |
| 475 | Plaintiff | 1865 |

EXHIBITS ADMITTED (CONTINUED)

| | | |
|---|---|---|
| 512 | Plaintiff | 1868 |
| 503 | Plaintiff | 1880 |
| 513 | Plaintiff | 1885 |
| 338 | Plaintiff | 1888 |
| 492 | Plaintiff | 1893 |
| 519 | Plaintiff | 1901 |
| 356 | Plaintiff | 1904 |

SANTA FE, NEW MEXICO

SEPTEMBER 11, 2026; 8:22 A.M.

08:17:29

08:17:29

JUDGE FRANCIS J. MATHEW: We're here on the matter of the State of New Mexico, ex rel., Raul Torrez versus Meta Platforms, Inc., formerly known as Facebook, Inc., Santa Fe County, Cause No. D-101-CV-2021-00132. 08:22:54 08:22:55 08:22:59 08:23:04 08:23:09

May I have appearances and I'll take the plaintiff first, please. 08:23:10 08:23:12

MS. MCGINN: Yes, Your Honor. 08:23:13

Randy McGinn, Emma Bruder, and Corban Rhodes on behalf of the State. 08:23:14 08:23:18

JUDGE FRANCIS J. MATHEW: Thank you. Now for the defendant, please. 08:23:21 08:23:23

MS. HUBBARD: Good morning, Your Honor. 08:23:25

Heidi Hubbard, Chris Manning, and Melanie Stambaugh are here to handle the before-jury matters and my colleague Dane Butswinkas will be here shortly. 08:23:26 08:23:27 08:23:35 08:23:36

JUDGE FRANCIS J. MATHEW: Thank you. 08:23:36

We're here this morning on preliminary matters. Does the State have anything? 08:23:37 08:23:38

MS. MCGINN: Yes, Judge, where we left 08:23:40

this off on Friday when we were trying to run around 08:23:44
and cut the Sandberg deposition was the only issue 08:23:48
was this summary of platform learnings, and I 08:23:50
actually got a copy of it so the Court could see what 08:23:52
it is. I think everybody's filed briefs on it, but 08:23:55
let me just tell you what happened. 08:23:58

The part that we're about to launch into 08:23:59
of our case is the promises related to the App 08:24:05
Developer Investigation or what you will -- the 08:24:09
acronym is ADI, the App Developer Investigation. 08:24:10

And it was led by Facebook's attorney 08:24:16
Stacey Chen who was their 30(b)(6) deponent, and what 08:24:18
Facebook did was hire two external teams that I think 08:24:25
Mr. Butswinkas talked about in opening, and I think 08:24:33
one's called FTI and the other was Ernst & Young. I 08:24:33
may be wrong about Ernst & Young. 08:24:33

Bu they were going to conduct an external 08:24:35
investigation, and the other third group that he 08:24:39
didn't mention to the jury is they hired Gibson and 08:24:40
Dunn to do the preliminary investigation before they 08:24:47
turned it over to the other two groups. 08:24:49

And this report is -- the Cambridge 08:24:51
Analytica thing happened in March, this is almost 08:24:57
about a year later, and they've had Gibson and Dunn 08:24:57
do the preliminary investigation, and this summary 08:25:04

was requested by the internal Facebook folks and 08:25:05 Stacey Chen to put together for the benefit of the 08:25:07 internal teams because -- so they could see in 08:25:11 February what they were finding, and they could 08:25:15 decide what to do, whether to farm this out to 08:25:18 other -- to FTI and to Ernst & Young to do further 08:25:20 investigation. 08:25:24

And so this is the report requested by 08:25:24 Facebook of their agent, Gibson and Dunn. It's just 08:25:26 like the Oversight Board report. And this is what 08:25:31 they found as of February 14th of 2019. And why it's 08:25:37 important is that it shows even while they were 08:25:40 continuing to say in February of 2019, "We're doing 08:25:46 all this investigation, we're investigating 08:25:49 everybody," they had gotten this report that said we 08:25:51 can't investigate all these people because you never 08:25:53 kept track of people's addresses or who they were or 08:25:56 any of that. That while they were still making these 08:26:02 misrepresentations, they already knew this, which is 08:26:06 that they had millions and millions of apps that they 08:26:08 hadn't even kept track of and didn't know what 08:26:12 countries even they came from. And so that's what 08:26:13 this report is about. 08:26:14

And the document goes to -- if the Court 08:26:15 requires additional foundation, which I don't think 08:26:21

so, but where we left it on Friday was I said they agreed to authenticity, they were going back and check and they agreed this was authentic. 08:26:23 08:26:26 08:26:30

This is produced by Facebook, is an authentic document. And Stacey Chen in her 30(b)(6) deposition talked about it and identified it, and said this is what the document is. It's something we requested from Gibson and Dunn to give us so we could use it in our internal teams to plan this investigation further. 08:26:34 08:26:36 08:26:40 08:26:43 08:26:43 08:26:45 08:26:47

And so, as far as it coming in through Sheryl Sandberg, the document goes to Sheryl Sandberg's credibility. Either, one, like I think Mark Zuckerberg did when he said, "I don't know anything about this report," I think she did know about this report, and I don't think she was truthful at her deposition when she said, "I don't know anything about this." 08:26:49 08:26:51 08:26:54 08:26:58 08:27:00 08:27:02 08:27:05 08:27:07

Secondly, if it's not that, it's that after promising we are to go to do this most thorough investigation in the world, that wasn't true. They weren't paying attention to what they were finding, which is this report that they had millions and millions of apps, many of who they hadn't kept track of and couldn't find now to investigate because they 08:27:08 08:27:10 08:27:14 08:27:17 08:27:18 08:27:21 08:27:25

didn't even know what their address was. 08:27:26
And so that's why it's relevant and 08:27:29
that's why it should come in through Ms. Sandberg. 08:27:30
That's my argument, Judge. 08:27:33
JUDGE FRANCIS J. MATHEW: So, Ms. McGinn, 08:27:34
this is the entire report? 08:27:35
MS. MCGINN: Yes, sir. It was a summary 08:27:36
report that they requested in February about a year 08:27:39
after the Cambridge Analytica thing happened so they 08:27:41
could see what Gibson and Dunn -- a summary of what 08:27:41
Gibson and Dunn was finding and they could use for 08:27:50
their internal teams to decide what to do next as far 08:27:51
as the investigation was concerned. 08:27:53
JUDGE FRANCIS J. MATHEW: And the parties 08:27:55
are in agreement that this is an authentic document 08:27:55
and can relate back to Ms. Chen's testimony; is that 08:28:01
correct? 08:28:03
MS. MCGINN: Correct, Judge. I'm saying 08:28:03
that. I'll wait and see what Chris says -- excuse 08:28:05
me, Mr. Manning. 08:28:08
JUDGE FRANCIS J. MATHEW: Mr. Manning. 08:28:10
MR. MANNING: Thank you, Ms. McGinn. 08:28:10
We're being very formal today, 08:28:13
Your Honor. 08:28:16
And thank you, Your Honor, for hearing us 08:28:16

on this issue. 08:28:17

So, you know, what the parties stipulated to was that this document was produced from Facebook's files. We would not object on authenticity. But what we did not agree to and what we explicitly reserved the right to do was object on foundation grounds to the admission of documents, where there wasn't a proper evidentiary foundation. 08:28:18 08:28:19 08:28:23 08:28:25 08:28:28 08:28:32 08:28:34

Now, everything Ms. McGinn just said about the purported providence of this document, PX292, is not in the record in this case, and Ms. Sandberg does not provide that foundation in her testimony. 08:28:38 08:28:39 08:28:45 08:28:48 08:28:49

She testified that she did not recall ever seeing the document at page 132 of her deposition. And that's important because Ms. McGinn is making all sorts of representations about this document and what it is. 08:28:50 08:28:52 08:28:56 08:28:58 08:29:01

The document itself was prepared by a third party, Gibson Dunn. It includes references to information provided by other third parties, and it says it is -- at the top it is "As of February 14th, 2019," which is two years before the investigation concluded. 08:29:06 08:29:09 08:29:13 08:29:18 08:29:23 08:29:25

So we have foundational problems and 08:29:26

hearsay problems, but probably the most important 08:29:27
problem we have here is 403. The State has said, and 08:29:32
Your Honor has said, this case is about alleged lies. 08:29:36
It is not about Facebook's practices with respect to 08:29:38
app developers, with respect to data sharing, when 08:29:43
users agree to share data with these app developers, 08:29:51
et cetera. It's about whether Facebook lied. 08:29:52

The lies that the State alleges with 08:29:53
respect to the App Developer Investigation occurred 08:29:56
in 2018 when Mr. Zuckerberg and others said, in the 08:29:59
wake of the news about Cambridge Analytica, that 08:30:05
Facebook would conduct an investigation of apps with 08:30:07
access to large amounts of data. 08:30:11

Nothing in this document is relevant to 08:30:12
whether that statement is true or false. It's 08:30:18
actually relevant to show it's true because it shows 08:30:20
there was an investigation. 08:30:23

And the issues that Ms. McGinn is 08:30:25
pointing to in this document relate to Facebook's 08:30:28
practices, not whether or not the statements about 08:30:31
the App Developer Investigation were true or false. 08:30:33
So it will confuse the jury as to what the issues are 08:30:36
in this case. 08:30:41

There are a number of items that are 08:30:41
listed in this document that would require multiple 08:30:43

mini trials about whether Gibson Dunn really 08:30:46
understood what it was saying in this document, 08:30:52
whether they really understood what was happening 08:30:54
with Facebook's systems. 08:30:56
Facebook would have to bring in other 08:30:57
witnesses to talk about each of these different 08:30:59
things, none of which have to do with whether the 08:31:02
statement about Facebook conducting an investigation 08:31:05
was true or false. 08:31:07
They certainly did conduct an 08:31:09
investigation. This is proof of that. But, 08:31:10
otherwise, this is incredibly confusing, it would be 08:31:13
very prejudicial for Facebook by creating a dozen or 08:31:18
more mini trials on these various issues. 08:31:21
So we would ask Your Honor to exclude 08:31:23
this document and exclude the associated testimony of 08:31:24
Ms. Sandberg, which really was just saying I don't 08:31:27
recall seeing it and it's just Ms. McGinn reading 08:31:29
into the record her own representations about this 08:31:33
document and what it is. 08:31:36
There's no basis for that to be presented 08:31:37
to the jury. It would be highly confusing and highly 08:31:38
prejudicial. 08:31:42
Thank you. 08:31:43
JUDGE FRANCIS J. MATHEW: Ms. McGinn. 08:31:49

MS. MCGINN: Judge, Gibson Dunn was Facebook's agent. So it's a statement by an agent of a party opponent and this is all about -- why this proves the lie, Judge, is Facebook said we're going to conduct a complete investigation, and they kept saying it in 2019. We have statements from 2019 where they keep repeating, We're going to do a complete investigation and we're doing it and we're investigating all these apps. 08:31:49 08:31:53 08:31:55 08:32:00 08:32:04 08:32:05 08:32:09 08:32:11 08:32:13

When what this says is we can't investigate most of these apps because you didn't keep track of them. That's the main thing from this report. You don't have addresses for them, you don't know when one app handed off to another app, or sold it to somebody else. You don't know if it's from a foreign country, you don't know if it's in the United States. You don't know anything. We can't investigate these apps. This representation you've made that you're going to investigate them all is impossible. And that they were continuing to lie about the investigation, even after they knew that they had given all this information to people who they now couldn't even track down. 08:32:16 08:32:18 08:32:20 08:32:23 08:32:25 08:32:29 08:32:32 08:32:32 08:32:34 08:32:36 08:32:41 08:32:43 08:32:46 08:32:48

So it relates to the misrepresentation that Facebook made about the App Developer 08:32:49 08:32:53

Investigation, Judge. 08:32:58

JUDGE FRANCIS J. MATHEW: Mr. Manning, as 08:32:58 I understood his presentation, was that this is after 08:33:00 the misrepresentations of the subject of your 08:33:05 lawsuit. 08:33:09

MS. MCGINN: It is not, Judge. We have 08:33:09 about 20 representations from Facebook about 08:33:12 continuing to do the investigation, and, yes, we're 08:33:17 doing a complete investigation I think from -- I 08:33:19 don't know the exact dates, but I think they run over 08:33:22 the course of -- they conduct an investigation for 08:33:24 two-and-a-half years. And then they -- they -- part 08:33:27 of what we're going to present is the report that 08:33:30 they come out with at the end of it and how many 08:33:32 people they actually did investigate and how many 08:33:35 people they found, and this is all part of that, that 08:33:37 part of it was -- and they did -- never reveal this 08:33:39 to the public when they did their report saying we're 08:33:43 going to do a complete investigation and here's what 08:33:45 we found and here's what we're removing. 08:33:47

And it's a continued misrepresentation 08:33:50 because they keep telling the public, We've taken 08:33:53 down, you know, 125 -- we found 125 apps and we've 08:33:55 taken them down. 08:34:00

What they're not telling the public, 08:34:01

which is, again, a misrepresentation, We've done a complete investigation. They couldn't do a complete investigation because they didn't know where many, many, probably millions of these people were from or they couldn't track down to even do the investigation. And so that's important to their continuing to say don't worry about it, we're going to take care of all this, we're going to investigate every single app, and we're going to tell you part of our claim of misrepresentation, we're going to tell you if your information was misappropriated. We're going to call and tell you. 08:34:03 08:34:09 08:34:11 08:34:13 08:34:17 08:34:20 08:34:24 08:34:26 08:34:29 08:34:31 08:34:35 08:34:38

After all this investigation, they only did that for two companies, Cambridge Analytica and a company associated with Cambridge Analytica, even though data had been breached by many, many companies, including companies they couldn't even find. 08:34:40 08:34:41 08:34:45 08:34:46 08:34:50 08:34:52

So that's why this is important, Judge. 08:34:53

JUDGE FRANCIS J. MATHEW: So this is an effort by Gibson Dunn. When you say they couldn't do it, Gibson Dunn couldn't do it, and I read those depositions so I know there's some corroborating testimony. 08:34:54 08:34:59 08:35:03 08:35:07 08:35:10

But are you saying that Gibson Dunn is 08:35:18

the only one that attempted this investigation? 08:35:18

MS. MCGINN: They're the one that did the preliminary one. And from this summary, Judge, they made the decision to farm it out to -- I think the acronym is FTI, I think that's the name of the company, and Ernst & Young, based on this, but they knew when they farmed it out, they couldn't find millions and millions of these people because of Gibson Dunn's report, and they never made that public to the -- to their users. 08:35:20 08:35:23 08:35:27 08:35:28 08:35:32 08:35:35 08:35:37 08:35:40 08:35:42

And they continued to say we've done a full investigation of everybody, when, in fact, they knew that was not true. 08:35:45 08:35:50 08:35:52

So it's continuing the misrepresentation throughout the time period of the investigation up to the very end. 08:35:54 08:35:56 08:35:59

Okay. 08:36:02

JUDGE FRANCIS J. MATHEW: So the purpose -- your purpose for me allowing this with respect to Ms. Sandberg is simply that she knew this was -- this report existed, and you believe that Ms. Sandberg's testimony is incorrect? 08:36:03 08:36:04 08:36:09 08:36:17 08:36:21

MS. MCGINN: No, it's twofold, Judge. It's twofold, Judge. 08:36:26 08:36:29

First of all, I asked her a whole series 08:36:31

of questions about there were many apps that you didn't even know where they came from, and you let them have access to your user data. I asked her a whole series of questions based on what this found before I showed her this report, and she denied that: Oh, I don't think that's true. I don't know about that. I don't think about that. 08:36:32 08:36:35 08:36:38 08:36:42 08:36:45 08:36:48 08:36:50

Here is -- and then after I went through all of that, I said, well, here's the report that you got from your agent that said all the things I just asked you, and you didn't know about that. Are you telling me you were the person out there saying, as the COO, we're going to conduct this full investigation and are you telling me you didn't know that you couldn't find millions of these people because you hadn't kept track of them? 08:36:52 08:36:53 08:36:56 08:37:00 08:37:03 08:37:05 08:37:08 08:37:09 08:37:12

So I used this to impeach her based on the knowledge of the company, Judge, that what -- after she denied that this was true. So that's how -- 08:37:14 08:37:16 08:37:19 08:37:22

JUDGE FRANCIS J. MATHEW: She denied what was true? 08:37:23 08:37:24

MS. MCGINN: When I asked her questions like, You let millions of people have access to your -- to your users and some were from foreign 08:37:25 08:37:27 08:37:30

countries and you didn't keep track of where they 08:37:34
were from and you didn't keep track of their 08:37:36
addresses and you didn't even know where they were 08:37:38
from, and she said, Oh, no. I think that's not true. 08:37:40
So this was used to impeach her in her 08:37:43
deposition about the knowledge that Facebook had in 08:37:48
February of 2019 that, wait a second, you hired this 08:37:51
agent and they found all these things, and you were 08:37:54
the COO, and you're saying you didn't know that they 08:37:57
found that you had millions of apps that you couldn't 08:38:00
even track down? 08:38:03
And then you kept, even after you had 08:38:04
this report, you kept representing that you were 08:38:06
doing a full investigation of all the apps when you 08:38:10
knew that wasn't true. That's how this is used in 08:38:13
Ms. Sandberg's deposition, Judge. 08:38:17
JUDGE FRANCIS J. MATHEW: Thank you. 08:38:19
Mr. Manning. 08:38:21
MR. MANNING: Your Honor, I'm not sure 08:38:23
that Ms. McGinn was accurately summarizing the 08:38:25
testimony -- Ms. Sandberg's testimony around this 08:38:28
document, but there's a more fundamental issue, which 08:38:30
is none of the statements that the State has 08:38:34
identified relating to the App Developer 08:38:37
Investigation were after 2018. 08:38:39

So all of the statements at issue that the State has in its Appendix, to the interrogatory responses as narrowed by its exhibit list, all stop in September of 2018. And they're all about we're going to conduct an investigation, here's what we're going to do. 08:38:44 08:38:46 08:38:47 08:38:50 08:38:54 08:38:56

This document, which is dated February 14, 2019, is not relevant to whether those alleged -- whether those statements were true or false. And, in fact, it confirms that Facebook was conducting an investigation as of this time after they had made the representations saying that's what they were going to do. 08:38:57 08:39:00 08:39:04 08:39:08 08:39:14 08:39:17 08:39:20

Ms. McGinn wants to point to items listed in this document to say Facebook's practices were bad, which is not part of their case about the App Developer Investigation. It's not one of their claims under the UPA. Their claims under the Unfair Practice Act relating to this investigation is whether Mark Zuckerberg, Sheryl Sandberg, and others lied when they said Facebook would conduct an investigation in the wake of the news of the Cambridge Analytica issue. 08:39:21 08:39:24 08:39:28 08:39:31 08:39:33 08:39:37 08:39:38 08:39:43 08:39:46 08:39:47

Thank you. 08:39:48

JUDGE FRANCIS J. MATHEW: Thank you. 08:39:49

Ms. McGinn, do you have Ms. Sandberg's deposition with you? 08:44:10 08:44:13

MS. BRUDER: Your Honor, we have a copy of the transcript -- 08:44:51 08:44:51

JUDGE FRANCIS J. MATHEW: Ms. McGinn. 08:44:51

MS. MCGINN: Okay. That's all right. 08:45:03

JUDGE FRANCIS J. MATHEW: Okay. And I'm looking at pages 132 and after. 08:45:03 08:45:04

And what is it that you think impeaches Ms. Sandberg? 08:45:08 08:45:14

MS. MCGINN: So before -- is 132 where we start talking about this -- 08:45:15 08:45:17

JUDGE FRANCIS J. MATHEW: Yes. 08:45:17

MS. MCGINN: -- this thing? 08:45:19

How the deposition went, Judge, is that -- I think this is their designations and not ours and that is the problem in this draft. 08:45:20 08:45:26 08:45:28

The way I started off was to ask her whether this was going on all along from the time she came on in 2008. Were you hooking up with third-party app developers that you didn't know where they were from and -- and they were -- some of them were in foreign countries and you didn't keep track of their data? And she said, No, we weren't doing any of that. 08:45:32 08:45:34 08:45:37 08:45:42 08:45:44 08:45:48 08:45:50 08:45:53

That's all the stuff that proceeds when I then ask her about this. I asked her essentially the questions in this report. 08:45:54 08:45:56 08:45:58

Did you keep track of all your third-party developers or were there some that you couldn't keep track of? That's in her testimony. I'm sorry. I don't have -- I got their designations, not ours here, Judge. 08:46:01 08:46:03 08:46:07 08:46:09 08:46:11

And then went through several other things in that -- in that report and said, for example, there were people from foreign countries and people would switch apps and you wouldn't keep track of who they sold the app to, and you sometimes didn't even know who was creating the app or whether they were actually -- the person that you were assigning the app to was the person that actually created it or was making money from it. 08:46:11 08:46:13 08:46:17 08:46:20 08:46:24 08:46:28 08:46:30 08:46:32 08:46:36

I went through a whole series of questions like that, but this is what was going on from 2008 until 2018, and she denied all that. 08:46:38 08:46:39 08:46:41

And then I said, well, here's your report from Gibson Dunn that you ordered where -- 08:46:45 08:46:47

JUDGE FRANCIS J. MATHEW: Do you have her -- 08:46:56 08:46:56

MS. MCGINN: I don't have her deposition 08:46:56

here, because we're doing it all, you know -- we send it all electronically, and so I don't have a copy of her deposition with me. 08:46:58 08:46:58 08:47:01

Do you have the whole deposition there, Judge? I could look it up and find for you if you'd -- 08:47:02 08:47:03 08:47:06

JUDGE FRANCIS J. MATHEW: No, I'm looking at those pages. 08:47:06 08:47:07

MS. MCGINN: Okay. 08:47:09

JUDGE FRANCIS J. MATHEW: I do have deposition designations. 08:47:09 08:47:11

MS. MCGINN: Okay. 08:47:13

JUDGE FRANCIS J. MATHEW: I don't know if this is the full one. 08:47:13 08:47:13

MS. MCGINN: The designations should have the part where I asked her -- 08:47:13 08:47:14

JUDGE FRANCIS J. MATHEW: If you ask her about what? 08:47:14 08:47:14

MS. MCGINN: Where I asked her about all those things before we get to this exhibit. So, in fact, she was angry that I hadn't showed her the exhibits is my -- 08:47:20 08:47:20 08:47:25 08:47:27

JUDGE FRANCIS J. MATHEW: That doesn't come through. 08:47:27 08:47:28

MS. MCGINN: That doesn't come through? 08:48:22

Hold on a second. Here, let me find it. 08:48:22
Yeah. I'm not finding it right away, 08:48:23
Judge, and I don't want to waste the Court's time. 08:48:24
If we want to take up the other thing and then I will 08:48:26
look through here and tell the Court when I find it. 08:48:28
And if we want to take up this second 08:48:31
issue, which is the playing of the Zuckerberg 08:48:33
deposition, part 2. 08:48:36
JUDGE FRANCIS J. MATHEW: You're going to 08:48:39
have to give me more before I let this document -- 08:48:40
MS. MCGINN: Okay. Judge, I will look 08:48:43
through it right now. 08:48:46
JUDGE FRANCIS J. MATHEW: Mr. Manning. 08:48:50
MR. MANNING: Your Honor, we had two 08:48:52
other matters relating to Ms. Sandberg's deposition. 08:48:53
They're brief and I think if we can resolve those, 08:48:59
that may help us proceed with her. 08:48:59
There is some testimony that the State 08:49:00
has designated that relates to Ms. Sandberg's net 08:49:02
worth and Mr. Zuckerberg's net worth. Net worth 08:49:05
information is not relevant and it's highly 08:49:08
prejudicial. 08:49:11
It doesn't relate to compensation, it 08:49:11
doesn't relate to, you know, the stock price. It's 08:49:13
just trying to gin up the prejudice against someone 08:49:15

who is very, very wealthy. So we would ask that that portion of the deposition be excluded. 08:49:20 08:49:23

The other -- there's one other issue, but I can let Ms. McGinn respond to that. 08:49:27 08:49:30

JUDGE FRANCIS J. MATHEW: Okay. Thank you. 08:49:34 08:49:34

MS. MCGINN: Judge, it goes to credibility, and, in fact, I found that question really easily, Judge. That's right here. 08:49:34 08:49:35 08:49:37

I asked her "For Mr. Zuckerberg most of his wealth comes from stock, his stock value, rather than salary; is that correct?" 08:49:39 08:49:41 08:49:44

And she says, "Correct. I don't believe he took a salary the whole time I was there. 08:49:46 08:49:47

"His wealth increases as the stock price increases, doesn't it? 08:49:50 08:49:52

"Yes." 08:49:53

That all goes to why they would want to have a favorable opinion of Facebook, why they might lie or shade the truth in even testimony to continue to have the stock price go up. And so it goes to -- it goes to their credibility and bias is never collateral. Goes to their bias. They have an incentive to testify and make Meta look as good as they can. 08:49:53 08:49:55 08:49:58 08:50:03 08:50:06 08:50:10 08:50:13 08:50:15

JUDGE FRANCIS J. MATHEW: Okay. I don't see credibility, maybe bias. 08:50:16 08:50:18

MS. MCGINN: Bias, yep. 08:50:19

MR. MANNING: So, Your Honor, that was not the portion actually I was referring to. I'm referring to the portion that starts at page 51, line 16. 08:50:20 08:50:21 08:50:24 08:50:26

"Question: And while your net worth is in the 2.5 billion range; is that correct?" 08:50:26 08:50:28

And it goes through, you know, asking her about whether her net worth is around 2 and a half billion and then asks about Mr. Zuckerberg currently being the third richest man in the world with a net worth of 271 billion. That's the portion that we're requesting be excluded. 08:50:31 08:50:33 08:50:36 08:50:39 08:50:42 08:50:46

We don't have an objection to the State -- you know, the Court's overruled our objection on the salary and the fact that his wealth increases as the stock price increases, but we would ask that the specific questions around, you know, 2.5 billion, 271 billion that that be excluded. 08:50:49 08:50:52 08:50:53 08:50:56 08:50:58 08:51:00

It doesn't add anything to the -- you know, to the relevance of the testimony, and it certainly is highly prejudicial in a climate that seems to be antibillionaire. 08:51:03 08:51:05 08:51:08 08:51:12

JUDGE FRANCIS J. MATHEW: You mean at the time you took the deposition or now? 08:51:16 08:51:18

MR. MANNING: I think certainly now, Your Honor. 08:51:20 08:51:23

JUDGE FRANCIS J. MATHEW: There may be a difference of opinion on that one, Mr. Manning. 08:51:24 08:51:25

Why doesn't this go to bias? 08:51:33

MR. MANNING: Because net worth doesn't have anything to do with whether or not -- the actual amount of their net worth doesn't have anything to do with whether they would be more or less favorably inclined to testify on behalf of Facebook. If they were getting compensation from the company, if there was testimony about their specific stock holdings in the company, if there was testimony about the fact that, you know, their stock might go up, the wealth might go up, that's different, and we haven't raised that as part of this request. 08:51:36 08:51:37 08:51:40 08:51:43 08:51:46 08:51:57 08:51:59 08:51:59 08:52:00 08:52:01 08:52:03

But the specific amount is unnecessary and it's prejudicial. 08:52:04 08:52:06

JUDGE FRANCIS J. MATHEW: Okay. I don't remember whether this was from Mr. Zuckerberg or Ms. Sandberg, but my recollection is that the testimony was to the effect of he didn't take much of a salary, his entire wealth was based upon the stock. 08:52:07 08:52:09 08:52:15 08:52:21 08:52:24

So if the stock takes a hit, he takes a hit. 08:52:28
Why isn't that bias? 08:52:32
MR. MANNING: So we have not raised -- we're not requesting that the question about -- I don't push an answer about not believing he took a salary when he was there and the fact that his wealth increases as the stock price increases. We're not requesting that that testimony be excluded. 08:52:33 08:52:34 08:52:38 08:52:40 08:52:43 08:52:46
We're requesting that the following testimony that's trying to pin Ms. Sandberg's net worth in the 2-and-a-half billion range and Mr. Zuckerberg's net worth in the 271 billion range be excluded. 08:52:48 08:52:50 08:52:53 08:52:56 08:52:59
That doesn't add anything to the prior testimony about their wealth -- or his wealth increasing as the stock price increases, and it just dramatically increases the prejudice to Facebook from that additional testimony. 08:52:59 08:53:01 08:53:04 08:53:08 08:53:11
JUDGE FRANCIS J. MATHEW: Okay. Thank you. 08:53:12 08:53:13
All right. I'm granting the motion for the objection. So their personal net worth will not be raised unless they raise it. 08:53:37 08:53:40 08:53:46
MS. MCGINN: For Ms. Sandberg's personal net worth, Judge? 08:53:49 08:53:51

JUDGE FRANCIS J. MATHEW: Both. I understood the objection went to both. 08:53:53 08:53:54

MS. MCGINN: Okay. Can we leave in the question about the stock price? As the stock price goes up, his net worth goes up? 08:53:56 08:53:57 08:54:02

JUDGE FRANCIS J. MATHEW: Yes. 08:54:04

MS. MCGINN: Okay. Did you catch that? 08:54:10

Can you give us the page and line number to for that? 08:54:12 08:54:15

And, Judge, I found that. 08:54:18

JUDGE FRANCIS J. MATHEW: So which one did we find? 08:54:19 08:54:20

MS. MCGINN: I found the one that I was looking for when I was standing in front of you. You said, Where is the part where you're asking her about the questions first -- 08:54:21 08:54:21 08:54:21 08:54:24

So this is the part right here where between 2012 and 2018, where I'm asking her about "Didn't you just let all these app developers in." 08:54:27 08:54:28 08:54:33

And so that's the part right there, Judge, on page 126 that I ask her about that she denies before, and then I ask her about this report that they did. 08:54:38 08:54:40 08:54:42 08:54:45

JUDGE FRANCIS J. MATHEW: Mr. Manning, do you know which sections Ms. McGinn is talking about? 08:56:19 08:56:21

MR. MANNING: Yeah, Your Honor, I'm looking at the testimony starting around page 126 and 127. 08:56:23 08:56:25 08:56:28

JUDGE FRANCIS J. MATHEW: Right. 08:56:29

MR. MANNING: I believe that's what Ms. McGinn is referring to. And I'm looking at all of Ms. Sandberg's answers, you know, she's being asked questions and she says, "I don't know that to be true. I don't know. I don't know. I don't know. I don't know. I don't know. I don't believe that's right. I don't believe that's right." 08:56:30 08:56:32 08:56:35 08:56:37 08:56:39 08:56:43 08:56:45

PX292 does not impeach those statements. PX292 was not sent to Ms. Sandberg. There's no testimony it was given to Ms. Sandberg. Ms. Sandberg testified she didn't recall ever seeing this document. 08:56:51 08:56:54 08:56:57 08:57:01 08:57:03

So Ms. McGinn said earlier she wanted to introduce this to impeach Ms. Sandberg. That is improper. That is not proper impeachment. 08:57:03 08:57:07 08:57:10

So we would ask that 292 and the related testimony be excluded. Thank you. 08:57:12 08:57:13

JUDGE FRANCIS J. MATHEW: Thank you. 08:57:22

MS. MCGINN: And, Judge, why it goes to Ms. Sandberg's credibility is, as the COO -- why it goes to her credibility is either she was a 08:57:23 08:57:24 08:57:28

disengaged COO that she didn't know the answers to 08:57:30
these questions, but it also proves -- it proves the 08:57:34
lies. 08:57:37

So, yes, indeed, all these statements 08:57:38
they made after Cambridge Analytica that they were 08:57:40
going to do a complete investigation, we have to 08:57:42
prove that they didn't do that and they couldn't do 08:57:44
it. 08:57:47

And so this is the proof that they didn't 08:57:48
do what they promised. They promised a complete 08:57:50
investigation. They hired Gibson Dunn, and Gibson 08:57:53
Dunn says, You're not going to be able to investigate 08:57:58
most of these apps. You promised to investigate all 08:58:00
these apps, because you didn't keep track of any of 08:58:02
them. You didn't keep track of any of them. 08:58:04

JUDGE FRANCIS J. MATHEW: What ties this 08:58:04
back to 2018 and before? 08:58:05

MS. MCGINN: Because this is the 08:58:07
investigation that they said they were going to do in 08:58:08
2018. They said in 2018, we're going to do a 08:58:11
complete investigation. We're going to investigate 08:58:14
every single app. And we're going to tell you if 08:58:16
your data was breached. And then for the next 08:58:20
two-and-a-half years, they do the ADI, which is what 08:58:27
our next expert's going to testify about, and he's 08:58:29

going to say they didn't do what they promised. 08:58:33

That's how the investigation is related 08:58:36 to the statements in 2018. They say they're going to 08:58:37 do this. They did not do it. That's the proving of 08:58:42 the lie for the two-and-a-half-year investigation 08:58:44 where they didn't do that and -- 08:58:46

JUDGE FRANCIS J. MATHEW: Wasn't that 08:58:47 expectation as opposed to factual representation? 08:58:48

MS. MCGINN: No, Judge. I think -- I 08:58:51 think based on how they ran the company, how did they 08:58:54 not know that they were letting millions of 08:58:59 third-party app developers have complete -- ping the 08:59:03 API and have complete access to all of their users' 08:59:07 information? How did they not know that and were not 08:59:11 keeping track of them and didn't even know if they 08:59:14 were from foreign countries? 08:59:17

That was going on from 2008 up until 08:59:18 2018, Judge. All of that was going on and that's 08:59:21 what Gibson Dunn reports. 08:59:24

When they go back -- when they try to 08:59:24 make good on Mr. Zuckerberg's promise that they're 08:59:32 going to do a complete investigation on everybody, 08:59:32 Gibson Dunn puts in this report the truth, again, 08:59:36 speaks the truth out loud to Facebook: You've been 08:59:37 doing this for years and you haven't been keeping 08:59:40

track of anybody. 08:59:43

And Ms. Sandberg, as COO, it was her obligation to know that that's what was going on from 2008 to 2018, That they were letting all these app developers have access to all of our information, and they didn't even know who they were or where they were from and that's what this report says. That's why that proves that what they were saying when they promised to do this complete investigation was false. 08:59:44 08:59:46 08:59:48 08:59:52 08:59:54 08:59:57 08:59:59 09:00:02

JUDGE FRANCIS J. MATHEW: Thank you. 09:00:04

All right. I'm going to let this in for impeachment purposes. 09:01:26 09:01:28

The next matter we need to discuss? 09:01:33

MS. MCGINN: Judge, is the Zuckerberg deposition -- 09:01:35 09:01:37

MR. MANNING: I have one other issue. 09:01:38

MS. MCGINN: All right. Sorry. 09:01:39

MR. MANNING: I apologize. Your Honor, there's one portion of the testimony that the State has designated that relates to an exhibit that Your Honor has previously considered and ruled upon. And that is Plaintiff's Exhibit 482. 09:01:40 09:01:42 09:01:44 09:01:47 09:01:51

In the portion of Ms. Sandberg's deposition that begins at page 99, she is asked about the document, testified she did not recognize it, but 09:02:02 09:02:03 09:02:06

the State is -- showed her two slides from this document that the Court has excluded and that's slides 19 and 20. 09:02:10 09:02:15 09:02:18

The Court had previously allowed only slides 3 through 6 to be used. Or the State -- and the State represented to the Court it would only use 3 through 6. 09:02:22 09:02:24 09:02:31 09:02:33

So we would ask that that testimony and that exhibit be excluded from the deposition play. Thank you. 09:02:34 09:02:36 09:02:40

JUDGE FRANCIS J. MATHEW: Okay. Could you direct me more specifically, Mr. Manning? 09:02:40 09:02:41

MR. MANNING: Yes. 09:02:44

JUDGE FRANCIS J. MATHEW: I'm trying to find both the exhibit and the designation. 09:02:45 09:02:46

MR. MANNING: Sure. 09:02:49

So the exhibit is Plaintiff's 482, which is the slide deck that has the title "Consumer Ads Narrative." 09:02:50 09:02:55 09:03:01

JUDGE FRANCIS J. MATHEW: Give me one second. 09:03:02 09:03:03

Would someone give me 482? 09:03:24

MR. MANNING: Yes, Your Honor, I can give you my copy here. I don't believe it's marked. 09:03:27 09:03:29

May I approach? 09:04:02

JUDGE FRANCIS J. MATHEW: Yes, please. Thank you. 09:04:04 09:04:05

Okay. And tell me again, Mr. Manning, the specifics. 09:04:31 09:04:36

MR. MANNING: Yes, Your Honor. Starting at 99, line 6. 09:04:37 09:04:39

JUDGE FRANCIS J. MATHEW: Okay. 09:04:47

MR. MANNING: You can see in that portion of the testimony they're showing her the exhibit and referring to page 19 of Exhibit -- what is Trial Exhibit 482. 09:04:48 09:04:50 09:04:51 09:04:57

And she's testifying she has no independent knowledge of this document or the work behind it. 09:05:01 09:05:04 09:05:07

And then you can see, Your Honor, at -- starting at 99:24 going on to 100, they're asking her about slide 20, and the testimony continues until page 102, line 3. 09:05:08 09:05:12 09:05:22 09:05:26

JUDGE FRANCIS J. MATHEW: Is it just this one slide? Slide 20? 09:08:51 09:08:52

MR. MANNING: Yes, I believe it's 19 and 20, and 19, I think, is the cover for that slide. 09:08:56 09:08:58

JUDGE FRANCIS J. MATHEW: Okay. I've seen it now. 09:09:01 09:09:10

MR. MANNING: Thank you, Your Honor. 09:09:11

I had one other -- do you want to hear from Ms. McGinn and I'll clarify one other issue? 09:09:14 09:09:16

JUDGE FRANCIS J. MATHEW: Please. 09:09:22

MS. MCGINN: Judge, this exhibit is already in evidence. It's 482. It is the slide deck where they're doing the focus group to test all this, and we couldn't admit page 20 of the slide deck until we used it. It's my rule that you don't admit something unless you use it. And so once we play the deposition of Ms. Sandberg, we'll move slide -- page 20 of the slide to go in with our Exhibit 482. 09:09:25 09:09:27 09:09:30 09:09:34 09:09:39 09:09:42 09:09:45 09:09:48

So -- because we're going to use it with her. 09:09:53 09:09:56

JUDGE FRANCIS J. MATHEW: So who did I admit 482 with? 09:09:57 09:09:58

MS. MCGINN: 482, it was admitted through -- seems so long ago, Judge, it was just last week. I think it was admitted through our first witness, Calum Matheson. Yes, it was admitted. 09:10:00 09:10:03 09:10:06 09:10:15

Because it was him talking about how they do focus groups to test all the messaging that they do, and this was one of the slides from the focus group that they did the testing through. 09:10:17 09:10:18 09:10:20 09:10:24

JUDGE FRANCIS J. MATHEW: So I admitted the exhibit without slide 20? 09:10:25 09:10:26

MS. MCGINN: Correct, Judge. Correct, Judge. Because that's the one we asked her about rather than him about. 09:10:28 09:10:30 09:10:32

You admitted the slides that he talked about, and now we're going to move to admit the slide that she talks about. 09:10:33 09:10:35 09:10:39

JUDGE FRANCIS J. MATHEW: And we haven't gotten to the foundation part of this yet? 09:10:39 09:10:41

MS. MCGINN: No, we have. It's been stipulated as authentic, and it came in without objection with Dr. Matheson. 09:10:42 09:10:44 09:10:48

JUDGE FRANCIS J. MATHEW: I'm talking about slide 20. 09:10:49 09:10:50

MS. MCGINN: Slide 20 is from the same slide deck that he laid the foundation for as being the focus group that Facebook ran. So he's laid the foundation and then we ask her it, about slide 20. 09:10:51 09:10:53 09:10:58 09:11:05

JUDGE FRANCIS J. MATHEW: And that's on 99, 100, and 102? 09:11:08 09:11:09

MS. MCGINN: Correct, Judge. 09:11:13

MR. MANNING: Your Honor, again, what the authenticity stipulation states is just that the document was produced from Facebook's files. It doesn't lay the foundation. 09:11:15 09:11:16 09:11:19 09:11:22

Ms. Sandberg's testimony does not lay the 09:11:25

foundation for slide 19 and 20. The Court permitted only 3 through 6 to be admitted, and there's not a foundation basis to use 19 and 20 at this point, nor does Ms. Sandberg's testimony provide that foundation. So we'd ask that it be excluded. 09:11:27 09:11:31 09:11:33 09:11:37 09:11:39

JUDGE FRANCIS J. MATHEW: All right. Thank you. 09:11:42 09:11:43

MR. MANNING: Thank you. 09:11:44

JUDGE FRANCIS J. MATHEW: Okay. I'm overruling the objection. I think it does go to willfulness. 09:11:48 09:11:50 09:11:54

Mr. Manning. 09:11:57

MR. MANNING: Your Honor, and then just to clarify the Court's ruling on 292, which was the earlier document we talked about, the summary of platform learnings. 09:11:58 09:11:59 09:12:03 09:12:05

Since the Court's permitting it for impeachment purposes, we want to confirm that while the State can play the testimony asking her about the document, they cannot introduce the exhibit or show it to the jury? 09:12:07 09:12:09 09:12:12 09:12:15 09:12:17

JUDGE FRANCIS J. MATHEW: Well, her testimony, the questions actually are questions that just repeat what's in the document. So how can she -- I'm having trouble conceptualizing how she can 09:12:21 09:12:23 09:12:31 09:12:36

impeach without discussing the document. 09:12:42

MR. MANNING: Well, they can play the testimony where Ms. McGinn asks her questions about the document and what Ms. McGinn says the document says, but since there's not actual impeachment from the testimony, they can't introduce the document or show that document to the jury. 09:12:46 09:12:48 09:12:52 09:12:57 09:12:59 09:13:02

Just like any other witness testifying live, you can show them the document, you can try to ask them questions about it, but when the witness says I don't know, I don't know, I don't recall ever seeing this document, that's not complete -- they haven't completed the impeachment to be able to show it to the jury. 09:13:05 09:13:06 09:13:08 09:13:10 09:13:12 09:13:15 09:13:16

It's not her own prior statement such that they could provide it to the jury and say, Here's what she said in a prior document. It's a third-party's document. It's a third-party's document and there's no evidence that it was actually ever given to her or shown to her. 09:13:17 09:13:20 09:13:22 09:13:25 09:13:28 09:13:31

Now, if Ms. McGinn wants to make arguments based off of that, she can do so. But what she can't do is introduce that document or show it to the jury. 09:13:33 09:13:37 09:13:39 09:13:45

JUDGE FRANCIS J. MATHEW: Okay. Thank 09:13:45

you. 09:13:46
Ms. McGinn? 09:13:47
MS. MCGINN: Judge, it's an interesting 09:13:47
kind of impeachment in that it shows one of two 09:13:50
things. 09:13:52
Either shows that Ms. Sandberg is not 09:13:52
being truthful when she said she didn't know about 09:13:56
this report. 09:13:56
Or, secondly, that she was a disengaged 09:14:00
COO, that she wouldn't know about this report. After 09:14:03
promising they were going to do this investigation, 09:14:06
she would be right on, and they'd make sure they did 09:14:06
all this stuff. 09:14:09
So those are the two reasons. 09:14:10
So I think the document should come in, 09:14:11
and it looks like next we'll have to start at 7:15 09:14:14
for all these arguments before the jury comes in. 09:14:17
JUDGE FRANCIS J. MATHEW: You make sure 09:14:24
you're here, Ms. McGinn. 09:14:26
I'm going to allow the impeachment and 09:14:28
it's going to be in accordance with the argument made 09:14:30
by Mr. Manning. 09:14:34
The document itself will not come in. 09:14:36
Certainly, the questions can come in. 09:14:40
MS. MCGINN: Thank you, Judge. 09:14:42

JUDGE FRANCIS J. MATHEW: What else do we need to talk about before? 09:14:47 09:14:51

MS. STAMBAUGH: So, Your Honor, I'm not sure how long plaintiff's counsel needs to cut Ms. Sandberg's video. 09:14:53 09:14:55 09:14:57

MS. MCGINN: It's done. 09:14:59

JUDGE FRANCIS J. MATHEW: It's done. 09:15:01

MS. STAMBAUGH: We do have a couple of other things to take up. 09:15:01 09:15:01

One of them had to do with Mark Zuckerberg, day one of his deposition, that was the bench brief I handed you this morning. 09:15:03 09:15:03 09:15:05

There are also a couple -- 09:15:06

JUDGE FRANCIS J. MATHEW: Would that be better at the break since it'll give me a chance to at least glance over it? 09:15:06 09:15:07 09:15:10

MS. STAMBAUGH: Absolutely. 09:15:11

And just to flag for the Court and it could absolutely be taken up over at the break. We have, I'm sorry to report, a large number of objections to plaintiff's slides and exhibits for its next witness, Dr. Egelman. 09:15:12 09:15:18 09:15:20 09:15:23 09:15:24

Some of those might make sense -- we'd like to take those up before he takes the stand so we're not wasting the jury's time with sidebar. 09:15:28 09:15:31 09:15:33

JUDGE FRANCIS J. MATHEW: Given where we 09:15:36
are, I'm going to do it during the course of the 09:15:38
testimony. 09:15:41
MS. STAMBAUGH: Okay. Would we have the 09:15:41
opportunity, Your Honor, given that Ms. Sandberg's 09:15:43
testimony may go until the break to at least argue 09:15:45
some of those during our morning break? 09:15:48
JUDGE FRANCIS J. MATHEW: Possibly. 09:15:50
Do you want me to look at your bench 09:15:51
briefs or do you want to do this? 09:15:52
MS. STAMBAUGH: We can allow Ms. Hubbard 09:15:55
to speak. 09:16:00
MS. HUBBARD: Your Honor, for the next 09:16:01
live witness, Dr. Egelman, there were a lot of 09:16:02
exhibits and slides disclosed by the plaintiff. We 09:16:06
do have a fair number of objections, and I am worried 09:16:08
about constant interruptions to be at the bench. 09:16:13
And I realize that the Court -- I mean, 09:16:16
I'm totally onboard with being efficient for the 09:16:16
jury, but if we could take some of those up because, 09:16:16
otherwise, we're going to have a super interrupted 09:16:21
examination of this witness. 09:16:23
JUDGE FRANCIS J. MATHEW: I'm afraid 09:16:25
we're going to have a super interrupted examination. 09:16:26
MS. HUBBARD: Okay. 09:16:29

MS. STAMBAUGH: Okay. Thank you. 09:16:30

JUDGE FRANCIS J. MATHEW: Anything else? 09:16:31

MS. MCGINN: That's it, Judge. 09:16:32

MS. STAMBAUGH: But, Your Honor, as to your specific question, and I'm sorry, to the extent we can cover some of Dr. Egelman's -- our objections to his exhibits and his slides in lieu of the bench brief this morning, I think we can do that and then maybe cover the bench brief over lunch or afternoon break or something, just in the interest of efficiency. 09:16:34 09:16:35 09:16:39 09:16:44 09:16:46 09:16:49 09:16:52 09:16:55

JUDGE FRANCIS J. MATHEW: Okay. I'm going to call the jury in. We're going to get started. 09:16:55 09:16:57 09:16:59

MS. MCGINN: Please, yeah. 09:16:59

MS. STAMBAUGH: Thank you, Your Honor. 09:17:01

THE BAILIFF: All rise. 09:19:20

(Jury enters the courtroom.) 09:19:22

JUDGE FRANCIS J. MATHEW: Thank you. Please be seated. 09:19:49 09:19:50

Good morning, ladies and gentlemen and welcome back. I hope you were able to enjoy your weekend. 09:19:51 09:19:53 09:19:57

I apologize for the delay. 09:19:58

Unfortunately, we have had a number of 09:20:18

issues that needed to be discussed outside of your presence. I anticipate that'll go on for most of this trial. 09:20:19 09:20:22 09:20:28

With that, we are here on the continuation of the testimony on the plaintiff's case. 09:20:29 09:20:31 09:20:36

Ms. McGinn? 09:20:38

MS. MCGINN: Yes, Your Honor. At this time we'd like to play for the jury the videotaped deposition of Sheryl Sandberg, the COO of Facebook. Former COO of Facebook. 09:20:39 09:20:41 09:20:44 09:20:47

09:20:47

(Video deposition of SHERYL SANDBERG played.) 09:20:47 09:20:47

09:20:47

Q. Good morning, Ms. Sandberg. 09:21:08
A. Good morning. 09:21:08
Q. You were hired as the chief operating officer of Facebook in 2008; is that right? 09:21:08 09:21:10
A. Yes. 09:21:12
Q. Just four years after the company was founded by Mark Zuckerberg? 09:21:13 09:21:15
A. Yes. 09:21:17
Q. And he was, at the time you were hired, 23 years old? 09:21:19 09:21:22

A. Yes. 09:21:23
Q. And despite the fact that he was just 23 years old and you were a little bit older, you reported directly to him as CEO; is that right? 09:21:24 09:21:26 09:21:28
A. Yes. 09:21:31
Q. And he had the final say for all decisions at Facebook, did he not? 09:21:32 09:21:35
A. If he chose to make the decision. 09:21:37
(Video deposition paused.) 09:21:43
MS. MCGINN: Judge, can you turn it down just a little bit? 09:21:43 09:21:46
JUDGE FRANCIS J. MATHEW: I can't turn it down. I don't know who can. 09:21:47 09:21:50
(Video deposition resumed.) 09:21:50
A. It's not possible for one person to make all the decisions. 09:21:59 09:22:01
Q. Right. 09:22:02
A. But if he wanted to have the final say on something, he could. 09:22:02 09:22:05
Q. Was there a graffiti'd slogan on the wall that said "Move fast, break things" when you came there in 2008? 09:22:05 09:22:09 09:22:11
A. I don't remember a wall saying that. There was some graffiti, but in the area Mark and I worked, I don't specifically remember any graffiti. 09:22:12 09:22:13 09:22:17

Q. And can -- was there a slogan on the wall that said "Move fast, break things"? 09:22:20 09:22:23
A. Yes. But they were little white and red posters. 09:22:25 09:22:28
Q. The reason that you were hired -- or one of the reasons that you were hired was your skill at both public relations and speaking; is that right? 09:22:28 09:22:30 09:22:33
A. I mean, you'd have to ask Mark, but I think more my experience with the advertising business at Google. 09:22:35 09:22:41 09:22:42
Q. Okay. You were in global marketing and advertising for Google. Is -- do I have that right? 09:22:44 09:22:46
A. No. 09:22:49
Q. Global -- what is it -- what were -- what was your title? 09:22:49 09:22:52
A. Online sales and op- -- global online sales and operations. 09:22:53 09:22:56
Q. At the time you were hired, Facebook had been successful at increasing the number of its users but was made -- was struggling with making money off its business model, was it not? 09:22:57 09:22:59 09:23:02 09:23:05
A. I think it was doing a very good job in attracting users. 09:23:07 09:23:11
Q. Yes. 09:23:14
A. It was a very good product and people 09:23:15

loved using it, so people would refer their friends and it was growing very quickly. The business model -- the nascent business model was there. 09:23:17 09:23:19 09:23:23

There were ads. I think those ads needed to be improved to create a more robust business to support the company. 09:23:26 09:23:29 09:23:32

Q. And that's exactly why you were hired, to increase advertising and other revenue at the company, were you not? 09:23:32 09:23:36 09:23:37

A. That was one of the things I was supposed to do. 09:23:38 09:23:40

Q. And that's something that you'd done with your previous job at Google; is that right? 09:23:40 09:23:43

A. Yes. 09:23:45

Q. What was the main source of revenue for Facebook before you arrived? 09:23:45 09:23:47

A. Advertising. 09:23:48

Q. And what sources of revenue were you hired to increase? 09:23:50 09:23:53

A. At the time it was an open question, actually. When I came in, we had an exploratory process of what were the possible revenue models. 09:23:54 09:23:57 09:24:03

Q. Does the data and personal information about Facebook's 3 billion users have value to advertisers? 09:24:06 09:24:08 09:24:11

A. Not directly because they're not given access to that data. 09:24:12 09:24:14

Q. Okay. They're not given access to the user's name? 09:24:15 09:24:17

A. Or data. 09:24:20

Advertisers are able to reach a broad audience or a narrow audience on Facebook, just like any other form of advertising. The value is in the -- is in reaching an audience. 09:24:23 09:24:24 09:24:28 09:24:32

Q. Correct. 09:24:34

A. Data is useful to help make sure you reach the right audience so you're spending your money effectively and efficiently. And so users see advertisements they want to see that are more relevant to them and a better user experience. 09:24:35 09:24:38 09:24:41 09:24:44 09:24:46

Q. And for the advertiser -- for example, if I wanted to market just to women, Facebook could give me access just to women? 09:24:49 09:24:51 09:24:54

A. Yes. Not -- not access. Sorry. 09:24:56

Facebook would show your ad just to women. That is different than giving you access to women or the data. 09:25:00 09:25:02 09:25:05

Q. Okay. 09:25:06

A. We do not provide direct access from -- to -- to women. 09:25:07 09:25:11

Q. So the way it would work is I would come to you as an advertiser and say, I want to market just to women, and you would say, We can do that. Here's how much it's going to cost. 09:25:11 09:25:14 09:25:17 09:25:20

I would give you my ad and you would then give -- run that ad to the -- to the audience of women on Facebook; is that right? 09:25:21 09:25:24 09:25:28

A. Yes, that's right. 09:25:29

Q. Okay. Facebook collects all kinds of data on those that use the platform, does it not? 09:25:30 09:25:33

A. It's given data actively by users. 09:25:36

Q. And it -- 09:25:44

A. Which is a little bit different I think than collecting. 09:25:45 09:25:48

Q. Well, it saves the data. You like "save" better? When the user gives it data, it saves the data and creates a profile of the user? 09:25:48 09:25:51 09:25:55

A. No. Users create their own profiles. 09:25:57

Q. Okay. 09:25:59

A. Facebook doesn't create profiles of users. Users, when they get on, create their Facebook account and their own profile. 09:26:00 09:26:02 09:26:04

Q. And Facebook saves that profile. Yes? 09:26:06

A. Yeah. It saves it so that when you get to Facebook, your profile information is still there. 09:26:09 09:26:12

Q. Okay. It also collected information on -- or I want to use your word saved information on your likes, a person's likes or dislikes; is that right? 09:26:15 09:26:18 09:26:21 09:26:25

A. Yes. I -- I want to explain. 09:26:25

The activity you did on Facebook got saved into your profile. 09:26:28 09:26:30

Q. Uh-huh. 09:26:32

A. So if you and I were friends and I therefore would see your posts in my News Feed, it would have to save that information to enable the service to work. 09:26:33 09:26:36 09:26:41 09:26:44

Q. Uh-huh. 09:26:45

A. So if you liked something, it would save that information so that you would see more things from things you liked. 09:26:45 09:26:48 09:26:51

Q. And Facebook would have that information, too, in addition to your friends having that information? 09:26:52 09:26:54 09:26:57

A. Yes. Facebook -- Facebook had that information. 09:26:57 09:27:02

Q. From the time you came on in 2008 until the time you left in 2022, 14 years -- 09:27:03 09:27:05

Is that right? 09:27:10

A. 14 years, yes. 09:27:10

Q. Yes. Okay. 09:27:11
-- were you successful at creating an increasing revenue at Facebook? 09:27:12 09:27:14
A. It wasn't just me. It was a whole team. But we did create a strong business for the company. 09:27:15 09:27:18
Q. Okay. Did you make revenue from app developers, third-party app developers? 09:27:24 09:27:26
A. This wasn't as much something I focused on. There might have been a time where we charged a -- large app developers for some usage, but that is more -- that was more of a let's make sure people use our revenue -- people use our services efficiently. So incentivizing people developing on the platform to use data. 09:27:29 09:27:34 09:27:36 09:27:41 09:27:44 09:27:47 09:27:50
But I don't remember if we did that, and it was not a major source of revenue. 09:27:51 09:27:52
Q. Okay. Can you -- can you take me through from 2008 to 2022 how much revenue increased from selling advertising? 09:27:54 09:27:57 09:28:01
A. I mean, a lot. 09:28:02
Q. Okay. So -- 09:28:03
A. Many, many, many times. And, again, this is all a matter of public record. 09:28:04 09:28:07
Q. Billions of dollars? 09:28:08
A. Of course. 09:28:09

Q. Right. 09:28:10
And how many billions of dollars a year were you making -- and why don't we do the beginning and the end so we can compare sort of where you ended up, in 2008 versus 2022 when you left? 09:28:10 09:28:13 09:28:15 09:28:18
A. I don't remember the specific numbers and I like to be precise. And, again, it's very easy to look these numbers up. 09:28:20 09:28:22 09:28:25
Q. Okay. And you can't even give me what -- what you started with and where you finished? 09:28:26 09:28:29
A. I don't remember specifically. 09:28:31
Q. Okay. 09:28:31
A. But it was small and then it was obvi- -- very large. 09:28:32 09:28:37
Q. Okay. Let's talk about the importance of stock price. 09:28:37 09:28:39
Did most of the money that you personally made while at Facebook come from salary, bonuses, or stock price? 09:28:40 09:28:42 09:28:46
A. As stock appreciation? 09:28:46
Q. Yeah. 09:28:49
A. Yeah. 09:28:49
Q. And what percentage of Facebook shares did you own at the end when you left in 2022? 09:28:50 09:28:57
A. A small percentage. It was worth a lot 09:28:58

but it was a very small percentage. 09:29:01
Q. Okay. Did you have any disagreements with Mark Zuckerberg about the future of the company? 09:29:02 09:29:04
A. No. Mark had, you know, majority shareholder control of the company. I think Mark is and was an extraordinary leader with an extraordinary amount of energy and focus. 09:29:06 09:29:09 09:29:18 09:29:21
I think I wasn't as interested in the Metaverse, as I was in the core Facebook product. AR and VR wasn't something that felt natural to me. 09:29:23 09:29:25 09:29:28
I was one of a small subset of -- I get very motion sick, and so the products themselves -- I was very -- there was a very small percentage of people that those products don't work well for or didn't at the time, I think they do now, and I was one of those people. So I didn't really enjoy using our Metaverse pro- -- project -- products. It wasn't something I was intuitively as interested in. 09:29:32 09:29:35 09:29:40 09:29:42 09:29:44 09:29:47 09:29:50 09:29:54
But I thought it was an interesting direction to take the company, and I do believe that is his prerogative and something that he's shown himself to be very good at. He's very good at figuring out what products will be compelling for people to use around the world. 09:29:56 09:29:59 09:30:01 09:30:04 09:30:07 09:30:10
Q. Can you explain the Metaverse? 09:30:11

A. It was a focus on VR, which is virtual reality, and AR, which is augmented reality. 09:30:13 09:30:17
Q. When you left, did you sign a nondisclosure agreement? 09:30:19 09:30:22
A. I signed a nondisclosure agreement, like all employees did, at the beginning. 09:30:24 09:30:27
Q. Uh-huh. 09:30:29
A. I don't know if I signed one as I left. I don't -- I don't remember signing anything as I left. 09:30:30 09:30:32 09:30:32
Q. Okay. You know what an anti-disparagement clause is, don't you? 09:30:35 09:30:37
A. I do. 09:30:39
Q. It means that you won't say bad things about the company or the people that you worked with? 09:30:39 09:30:42
A. Yes. I believe those are pretty standard. I imagined I signed one when I worked at McKinsey, when I worked at Google. I believe most employees when they work at a company sign an NDA and a nondisparagement. 09:30:44 09:30:45 09:30:50 09:30:52 09:30:56
Q. Okay. And if somebody disparages the company, that gives the company the right to seek legal action against them? 09:30:56 09:30:58 09:31:00
A. I don't know. I'm not a lawyer, but I imagine so. 09:31:01 09:31:03

Q. Okay. And does it apply when you are under oath in a deposition? 09:31:04 09:31:05
A. Under oath in a deposition, you have to just tell the truth, so -- 09:31:07 09:31:10
Q. Okay. 09:31:12
A. -- I don't -- I am not a lawyer. I don't know. 09:31:13 09:31:15
But I know that I am sitting here giving you my full answers, not worrying about whether I'm disparaging or not disparaging the company. 09:31:15 09:31:18 09:31:21
The only thing I have to do today, or any time I'm in a situation like this, is tell the whole truth and that's what I'm doing. 09:31:23 09:31:27 09:31:29
Q. During all the time that you worked at Facebook as the COO, Mark Zuckerberg had the ultimate control of decision-making; right? 09:31:31 09:31:33 09:31:37
A. When he chose to exert it, yes. 09:31:39
Q. Correct. 09:31:42
And -- and at the time you worked with him, he owned 61 percent of the stock of Facebook? 09:31:44 09:31:46
A. I don't remember what percentage he owned. 09:31:49 09:31:51
Q. Controlling interest of the stock? 09:31:51
A. I believe so all the way through. 09:31:53
Q. Right. And -- 09:31:57

A. He -- sorry. 09:31:58
He had controlling votes. I don't remember whether he owned a controlling interest. 09:31:59 09:32:02
Q. For Mr. Zuckerberg, most of his wealth also comes from stock -- his stock value rather than his salary; is that correct? 09:32:05 09:32:09 09:32:13
A. Correct. I don't believe he took a salary the whole time I was there. 09:32:14 09:32:17
Q. His wealth increases as the stock price increases, doesn't it? 09:32:18 09:32:21
A. Yes. 09:32:22
Q. Let's talk about things that affect Facebook, now I guess Meta, stock price. 09:32:23 09:32:25
One of the things that affected the stock price of Facebook and now Meta was the number of users on the platform; is that right? 09:32:27 09:32:28 09:32:31
A. I don't believe there's a clear -- I don't believe there's a clear and compelling and -- and complete answer I could give, or anyone could give you on what -- what affects the stock price of any one company. Certainly revenue, profits. 09:32:32 09:32:35 09:32:38 09:32:41 09:32:44
Q. Do you think the number of users on the platform affects your stock price? 09:32:47 09:32:49
A. Yes, but that might be less important than other factors. 09:32:51 09:32:54

Q. Okay. But it may be one of the factors; right? 09:32:55 09:32:58
A. I believe so. I believe so. 09:32:58
Q. And the other thing that people look at is not just the number that are signed up, but the number of average daily users, people who are actually using the product; is that right? 09:33:00 09:33:02 09:33:05 09:33:08
A. I think products, but yes. 09:33:10
Q. Okay. 09:33:11
And when you came on as COO in 2008, there were about a hundred million users? 09:33:12 09:33:15
A. I thought there were about 70 million, but that sounds roughly right. 09:33:18 09:33:21
Q. Okay. 09:33:22
The Facebook model relies on its users to create the content that keeps people coming back to the site, doesn't it? 09:33:24 09:33:27 09:33:31
A. Yes. 09:33:32
Q. And if people stop sharing their stories on Facebook, or sign off, there would be nothing for other users to come back and look at, would there? 09:33:35 09:33:37 09:33:39
A. Well, a lot of people would have to do that for there to be nothing to come back and look at. 09:33:43 09:33:45 09:33:49
Q. Right. Right. 09:33:50

A. And not nothing because you'd still have the own record of your own posts and what you've shared. 09:33:51 09:33:53 09:33:56
Q. Past. In the past? 09:33:56
A. Or you could keep creating them if you were trying to create a record. 09:33:57 09:33:59
Q. Okay. But Facebook doesn't create its own content like a newspaper or a TV show does, does it? 09:34:01 09:34:03 09:34:05
A. Facebook puts out some content, but it's very small. 09:34:06 09:34:09
Q. Uh-huh. 09:34:10
A. And certainly not -- sorry. I'm trying to not speak over you. 09:34:10 09:34:13
Q. I'm trying to be quiet too. 09:34:15
A. Yeah. 09:34:15
It's certainly not like a newspaper or TV. 09:34:17 09:34:19
Q. Okay. It doesn't hire people to investigate and write its own stories like a newspaper does, does it? 09:34:19 09:34:21 09:34:24
A. There's some people that write some stories, but it's a very small percentage of what people see. So you're correct. 09:34:25 09:34:30 09:34:32
Q. Facebook -- 09:34:34

Part of the content on Facebook is the reposting of news stories; is that right? 09:34:35 09:34:36
A. Yes, but it's very small and much less important than people believe. 09:34:39 09:34:42
Q. Many people have stopped watching mainstream TV and stopped reading newspapers in today's world, haven't they? 09:34:43 09:34:45 09:34:48
A. I don't know if people -- those -- I don't know if the new generation ever read newspapers, so I can't really say they've stopped. 09:34:49 09:34:51 09:34:55
Q. One of the key factors in getting more users to sign up for Facebook, or even to stay on Facebook, was trust, wasn't it? 09:34:56 09:34:59 09:35:01
A. I believe trust was important. 09:35:04
Q. People had to trust that the personal information they posted on the site was safe, didn't they? 09:35:06 09:35:09 09:35:11
A. Yes. 09:35:11
Q. And some people share some of the most intimate details of their lives on your platform, don't they? 09:35:12 09:35:15 09:35:17
A. Some, but they're sharing things they want their friends to see. 09:35:18 09:35:21
Q. Right. Sometimes people share pictures and the names of their children? 09:35:26 09:35:28

A. Yes, certainly. 09:35:30
Q. Post on Facebook the people that they love? 09:35:32 09:35:34
A. Yes. 09:35:35
Q. Marital or dating status? 09:35:37
A. Yes. 09:35:39
Q. Whether they are sick, in the hospital, sometimes? 09:35:39 09:35:43
A. Sure. 09:35:44
Q. The deaths of loved ones? 09:35:45
A. Yes. 09:35:48
Q. And how they're reacting to death -- the deaths of loved ones. They post that on Facebook sometimes? 09:35:49 09:35:52 09:35:55
A. Yes. 09:35:55
Q. And even post pictures of the food they eat sometimes, don't they? 09:35:55 09:35:58
A. Yes. 09:35:59
Q. Which is the most ridiculous thing I find on Facebook. 09:35:59 09:36:03
But they do, don't they? 09:36:04
A. Yes. 09:36:05
Q. In order to get people to connect on Facebook and then stay on Facebook, they have to trust that they could control who could see their 09:36:05 09:36:09 09:36:11

information; is that right? 09:36:15
A. Yes. An increasing, I think, percentage of what people do is actually posted publicly. So they're posting specifically for people to see it. 09:36:15 09:36:20 09:36:24
Q. But they have to trust you to keep that safe from people they don't want to see it; is that right? 09:36:28 09:36:31 09:36:34
A. Well, if you're posting publicly, you're saying there's -- you want as many people as possible to see it or you're saying anyone can see it. 09:36:34 09:36:37 09:36:40
Q. Okay. I see. 09:36:42
A. They're not -- a public post, I don't believe, you have concerns about who can see it. You are posting publicly, so you want people to see it. 09:36:43 09:36:46 09:36:48
Q. Okay. And let's help the jury understand that. 09:36:51 09:36:54
There's a difference between posting just for your friends to see -- 09:36:54 09:36:56
A. Yes. 09:36:57
Q. -- correct? 09:36:58
Versus posting publicly, which is you don't have any filter on what you're posting; is that right? 09:36:59 09:37:01 09:37:03
A. Yes. 09:37:03
Q. And anybody can see it? 09:37:03

A. Yes. 09:37:05
Q. All right. And they had to trust that 09:37:05
their personal information was not being sold. 09:37:09
A. Is that a question? 09:37:20
Q. Yes. 09:37:22
A. You -- you have to ask people -- but I 09:37:23
think trust -- 09:37:26
If your question is, is trust important 09:37:26
in the service, yes. The answer to that is yes. 09:37:28
Q. Okay. Facebook publicly promised over 09:37:31
and over again that -- that users could control who 09:37:33
could see their information, didn't it? 09:37:37
A. Yes. 09:37:41
Q. And it also promised over and over again 09:37:42
that their personal information was not being sold? 09:37:44
A. Yes. 09:37:47
Q. Okay. And you've talked about all the 09:37:49
different teams that you could -- could go to to come 09:37:52
up with a statement or craft a statement for the 09:37:55
public; is that right? 09:37:57
A. Yes. 09:37:58
Q. One was the policy team. Yes? 09:37:59
A. Uh-huh. 09:38:06
Q. Comms team is the communications team? 09:38:08
A. Yes. 09:38:11

Q. And then legal team? 09:38:11
A. Yes, and the product teams. 09:38:13
Q. Okay. So four -- four different groups? 09:38:14
A. And, to be clear, there might have been more groups. 09:38:17 09:38:19
Q. Okay. 09:38:19
A. Depending on the statement. 09:38:20
Q. And when you wanted to make a statement in public, which one of those groups would come up or construct the statement or the words that you wanted to use in your statement? 09:38:21 09:38:22 09:38:26 09:38:29
A. Any of those groups could have or I could have. It's just that we would try to check with all the other groups. 09:38:30 09:38:32 09:38:35
Q. Okay. So whoever came up with the statement would run it by all those four groups or the groups that were -- could have input into the statement? 09:38:36 09:38:37 09:38:41 09:38:44
A. Someone would run it by all those groups. In my case, it was normally my chief of staff, which we call business lead. 09:38:44 09:38:49 09:38:53
Q. Okay. And who -- would the groups make suggestions about different words to use than what had been in the original statement? 09:38:54 09:38:57 09:39:00
A. Sometimes. 09:39:02

Q. Okay. And what different arguments to use or messaging to use? 09:39:02 09:39:05
A. Sometimes. 09:39:07
Q. Did they ever do focus groups to try to figure out what was the best message or the most persuasive message for the public? 09:39:09 09:39:14 09:39:16
A. I think sometimes but not -- not particularly regularly. I don't remember a lot of focus group data. 09:39:18 09:39:20 09:39:27
Q. Okay. 09:39:28
A. There was one period where we did some dial testing looking at how small audiences were reacting to specific words and how we explained things to make sure they were clear and understood, but, for the most part, we were not a particularly heavy user of focus groups that I'm aware of. 09:39:28 09:39:31 09:39:35 09:39:37 09:39:39 09:39:41
Q. And obviously Facebook didn't have to rely on the media to put out its message; it could put its own messaging out on its own platform? 09:39:44 09:39:46 09:39:51
A. Yes, but oftentimes messages the media put out were taken more seriously or had more of an impact. 09:39:54 09:39:58 09:40:01
Q. Okay. 09:40:02
A. We did not speak directly to users very much at all. 09:40:04 09:40:06

Q. And when you did, you did through what -- what mechanism on Facebook? 09:40:06 09:40:09
A. Sometimes Mark would do posts or I would do posts, or there was a Facebook page and Facebook would post, but the media was still very important in how Facebook was being portrayed. 09:40:10 09:40:15 09:40:18 09:40:21
Q. How would you choose the messenger that would deliver the message to the media? 09:40:23 09:40:25
A. Sometimes it was obvious. So the CFO releases financial statements. Sometimes it was, you know, who's available. What the format was. If it was an industry conference, we would send an expert in that industry, for example. 09:40:28 09:40:33 09:40:36 09:40:41 09:40:44
Q. When they chose a person, would they practice with that person to -- to help them provide -- do a good job in providing the message? 09:40:47 09:40:50 09:40:53
A. Sometimes. Sometimes some people are more inclined to practice than others. 09:40:56 09:40:58
Q. Okay. And one of the reasons you were hired was your talent for PR and your media presence. 09:41:00 09:41:02
Were you somebody who practiced or didn't -- or didn't practice? 09:41:06 09:41:10
A. I think you're asserting why I was hired and, again, I think someone needs to ask Mark that since he hired me, and the Board at the time. 09:41:11 09:41:13 09:41:16

But I definitely am someone who practiced. 09:41:19 09:41:21
Q. Okay. Despite the fact that you have given many interviews over your career. Yes? 09:41:21 09:41:24
A. I've given many interviews over my career. 09:41:28 09:41:31
Q. All right. And been interviewed by the media many, many times over your career? 09:41:32 09:41:34
A. Yes. 09:41:36
Q. And still practice? 09:41:36
A. Yes. But I think that's a good thing. 09:41:37
Q. Okay. How would practice work in Facebook? 09:41:40 09:41:44
A. Many different ways. 09:41:44
Q. Okay. Can you tell me all the different ways? 09:41:46 09:41:48
A. Probably not all of them comprehensively. 09:41:48
Q. Well, give me the ones you remember. 09:41:51
A. I'll -- for quarterly earnings reports, which we did publicly, the speakers were usually Mark and the -- myself and the CFO. 09:41:54 09:41:58 09:42:02
Mark would usually give kind of a product overview or a vision overview at the highest level of what we were focused on, or take the time to focus on one area he wanted to speak about. 09:42:06 09:42:08 09:42:11 09:42:14

I normally gave an update to advertising and revenue. 09:42:16 09:42:19

And then our CFO would cover all of the numbers. 09:42:20 09:42:22

We had written scripts that were written out in advance that we would write or someone else would write for us, and we would edit and people would look at, particularly legal, to make sure everything was valid and true and accurate. 09:42:23 09:42:26 09:42:29 09:42:32 09:42:34

And then there was a Q&A portion where we would -- we would practice. Each of us would practice individually, and then we usually did a few practices together. 09:42:38 09:42:41 09:42:44 09:42:47

Q. And who would critique your practices? 09:42:47

A. Oh, you would have everyone in a room. 09:42:49

Q. Uh-huh. 09:42:49

A. So all of the people we talked about from comms or legal or communications or product or other groups would be in the room as you practice, and people would jump in and say, Here's a better answer to that, or Here's a more complete answer to that. 09:42:52 09:42:54 09:42:57 09:42:59 09:43:02

Q. Ms. Sandberg, that message in the editorial that "We don't sell any of your information to anyone and we never will," became a message that Facebook repeated over and over to its users, didn't 09:43:04 09:43:07 09:43:10 09:43:16

it? 09:43:19
A. I don't know if we repeated it over and over in exactly that form. 09:43:19 09:43:22
Q. All right. Well, didn't -- 09:43:23
A. We -- 09:43:23
Q. I'm sorry. Go ahead. 09:43:24
A. We said: We don't sell your information to advertisers. 09:43:27 09:43:30
Q. Okay. In fact, you even had your comms department test that particular message. 09:43:31 09:43:35
Let me hand you what's been marked as 394. And if you could look on page 19 of 394, you can see that one of the messages they were testing for audiences in the US and in Great Britain was whether your message, "We don't sell any of your information to anyone and we never will" or other messages would work better with the using public. 09:43:38 09:43:42 09:43:46 09:43:49 09:43:56 09:43:59 09:44:01
Do you see that? 09:44:05
A. I -- I see this document, but I don't have any independent knowledge about what it is or how it was done. 09:44:05 09:44:08 09:44:09
Q. Okay. 09:44:10
A. Nor does it say here that they were tested in the US and the UK. So I can't -- I can't say an affirmative yes to that sentence based on any 09:44:11 09:44:13 09:44:17

knowledge I have. 09:44:20

Q. Okay. I'm trying to see -- all right. 09:44:21

You see on the next page, 20, that they 09:44:29 compared that message, "We don't sell any of your 09:44:36 information to anyone and we never will" with 09:44:39 alternative messages and that proved to be the 09:44:42 message that was most effective at greatly reducing 09:44:44 my concerns? 09:44:47

A. I -- I can't say that this says that. I 09:44:50 don't think there's enough information to say yes to 09:44:54 the broader question you asked. 09:44:56

Q. Okay. The -- that phrase tested at 42 09:44:57 percent above all the other messages -- messaging 09:45:04 that they tried, to greatly reduce users' concerns 09:45:08 about data privacy. 09:45:12

Do you see that? 09:45:14

A. It doesn't say reduce users' concerns 09:45:15 about other privacy -- about privacy. 09:45:18

Q. It says, "statement greatly reduces my 09:45:22 concerns," doesn't it? 09:45:24

A. Yes, but it doesn't say to what. 09:45:25

Q. Okay. 09:45:27

And no- -- nowhere in those statements 09:45:28 did Facebook test whether it reduced people's 09:45:32 concerns if you added we share aggravated -- 09:45:40

aggregated information about you with advertisers and you cannot prevent it? 09:45:43 09:45:45

A. Well, on the bottom it actually says, "We only share aggregated information or anonymized data with advertisers." So it looks like they did test that. 09:45:46 09:45:48 09:45:52 09:45:55

Q. And that tested lowest? 09:45:55

A. I -- lowest of what is here. We don't know that this is complete. There might have been many other things that tested more -- low -- we don't know if they showed all of them or just the top. 09:45:57 09:45:59 09:46:02 09:46:05

Q. Right. That's the one that tested lowest of the ten statements they tested; is that right? 09:46:09 09:46:11

A. Of the ten statements they show. 09:46:13

Q. Yes. 09:46:13

A. They might have tested many more statements to get to these ten. I don't know. 09:46:15 09:46:16

Q. Okay. Let's -- let's look at one of your posts from -- I think it's January 24th of 2019. And it is Exhibit 395. 09:46:18 09:46:21 09:46:25

I have highlighted the sentence that I want to ask you about in this post that you -- this is a post of yours, is that right, on January 24th of 2019? 09:46:32 09:46:35 09:46:37 09:46:41

A. It looks to be one. 09:46:42

Q. And in that post you repeated this tested message: "We don't sell people's data and we don't sell" -- "We don't share personal information with advertisers without permission." 09:46:43 09:46:46 09:46:52 09:46:59
Isn't that what you say in this post? 09:47:00
A. Yes. 09:47:01
Q. And nowhere in the post does it say you cannot control how certain publicly available information is shared? 09:47:02 09:47:05 09:47:06
A. No. But, again, I don't think that's necessary. 09:47:07 09:47:08
Q. Okay. 09:47:09
A. Or contradicted. It's not -- sorry. 09:47:09
When you ask the question nowhere in this do you say that -- we also don't say, you know, cats don't fall from the sky. 09:47:11 09:47:14 09:47:19
But it -- it -- the question feels to me like it has a tone or implication that it should have been included. 09:47:20 09:47:24 09:47:28
And what I'm saying is we did not include it. So you are correct. But we also shouldn't have or didn't need to because it's not necessary. 09:47:30 09:47:32 09:47:35
Q. And nowhere in this post did you say, we share publicly available information to anyone who pings the API? 09:47:38 09:47:41 09:47:44

A. Same answer. It does not say that, nor do I believe that was necessary for this to be accurate and complete. 09:47:46 09:47:50 09:47:52
Q. Let's go to 2012, which is -- and you can check my math -- eight years after Facebook was started and four years after you came on as COO; is that right? 09:47:54 09:48:07 09:48:09 09:48:13
A. Yes. 09:48:13
Q. Okay. In October of 2012 Facebook hit a milestone in that it claimed 1 billion users for the first time. 09:48:13 09:48:17 09:48:22
A. I don't remember the date of that, but we did hit a billion users at some point. 09:48:23 09:48:25
Q. And there was a big announcement and a celebration when that happened -- 09:48:27 09:48:30
A. Uh-huh. 09:48:31
Q. -- yes? 09:48:31
A. Yes. 09:48:31
Q. The more countries that Facebook went into, did that make it more difficult for you to monitor content because the sites were in the language of the country? 09:48:32 09:48:35 09:48:40 09:48:42
A. It made it more difficult in languages we didn't speak, and definitely as the service grows, it's more difficult to monitor content. 09:48:43 09:48:46 09:48:49

So, you know, if one person was using something and posting once a day, it would be very easy for me, very quickly in my spare time, to monitor the content. When you've got billions of people making billions of posts, it's obviously more difficult. So more users, more countries, more languages make content moderation more difficult. 09:48:51 09:48:54 09:48:57 09:49:01 09:49:03 09:49:06 09:49:09

Q. Okay. And were you aware that in New Mexico, where over half of the people -- population of New Mexico was on Facebook, that Spanish, Navajo, and other indigenous dialects were used on your site? 09:49:13 09:49:16 09:49:21 09:49:25

A. Not specifically. 09:49:30

Q. It doesn't surprise you to know that? 09:49:31

A. It doesn't surprise me to know that people were using the language they spoke on Facebook. 09:49:33 09:49:35 09:49:38

Q. On the increasing revenue part, what did you do after 2012 to increase revenue through advertising? 09:49:38 09:49:42 09:49:52

A. I mean, our goal is to grow our advertising revenue by bringing more advertisers onto the platform and selling more ads to the people we sold them to. So more customers and more sales from our customers. 09:49:57 09:49:59 09:50:02 09:50:04 09:50:11

Q. And so if I came to you and said I -- 09:50:11

here is who I want to advertise to, I want to 09:50:14
advertise to men between the ages of 20 and 45, can 09:50:16
you get my ads to a demographic like that, what would 09:50:19
you tell me? 09:50:23
A. Yes. 09:50:24
Q. Okay. And how could you do that? 09:50:29
A. We would take the ad and we'd show it to 09:50:31
men between those ages. 09:50:34
Q. Okay. And you could, from the data that 09:50:35
you had on Facebook, know who -- who was in that 09:50:37
demographic that the ad would be showed to? 09:50:41
A. Yes. I don't think our data was always 09:50:43
correct, but to the extent that people were entering 09:50:46
accurate data, we could do that. 09:50:49
Q. After 2012, did you ramp up or 09:50:50
continue -- maybe that's, I guess, the -- which one 09:50:58
of those things was happening -- partnerships with 09:51:00
third-party app developers? 09:51:03
A. I don't remember the timing of 09:51:04
partnerships with third-party app developers. 09:51:06
Q. Okay. 09:51:09
A. So I can't say we did that after or 09:51:10
before 2012. 09:51:14
Q. Were you doing it between 2010 and 2020? 09:51:15
A. We had partnerships with app developers 09:51:19

in those years. 09:51:21
Q. Okay. And can you give me an -- can you give the jury an example of what would be a partnership with an app developer and how that would work? 09:51:22 09:51:25 09:51:27 09:51:31
A. I'm sure of the most probably well known at the time was FarmVille, which was a gaming app that you could play on our service where you would have a farm and you would build your farm and you could look at the farms other people were building. 09:51:33 09:51:37 09:51:39 09:51:41 09:51:44
And so we had partnership with them where users could share their data, users could use their service on our platform. 09:51:47 09:51:49 09:51:53
Q. Okay. And can you explain the Application Program Interface that allowed the app developer to access information from the -- from the user? 09:51:54 09:51:57 09:52:00 09:52:02
A. I'm not the best person for that. As I've stated before, API questions are best directed towards engineers. 09:52:03 09:52:06 09:52:11
Q. I understand that. 09:52:12
Can you tell me your understanding? 09:52:13
A. I mean, at a very high level, not at a technical or specific level. 09:52:14 09:52:17
Q. Thank you. 09:52:18

A. I don't think I know how APIs actually work, because I've never written code. I'm not an engineer. 09:52:19 09:52:21 09:52:23

Q. And that's not what I'm asking. I'm asking about sort of at a high level your understanding of how that works. 09:52:23 09:52:26 09:52:28

A. The way you phrase the question, at a high level, do I understand how APIs work? Again, I'm not an engineer, so I'm not -- I could not define it well or explain it well. So I -- 09:52:29 09:52:31 09:52:34 09:52:38

Q. I'd like -- you were the COO of this company. Can you explain what you understood APIs to be and how they worked? 09:52:41 09:52:43 09:52:46

A. I mean, I have the same answer. I have the same job and the same answer. I'm still not an engineer, and I'm not the right person to explain technically how an API works. 09:52:48 09:52:51 09:52:54 09:52:56

Q. Right. And I'm not asking technically how it works. I'm asking how does it give an app developer access -- or does it -- let me just ask it that way. 09:52:58 09:53:00 09:53:04 09:53:08

Does it give an app developer access to your users' information through the app and the program interface? 09:53:09 09:53:11 09:53:15

A. Again, it's a technical product, so I 09:53:16

don't believe there's a nontechnical answer to how a technical product works. 09:53:20 09:53:23

Just saying I'm COO or it's not tech- -- it's not technical, it's still a technical answer, which is how does an API share data, and I'm not the best person to answer that because I've never built an API. 09:53:24 09:53:28 09:53:30 09:53:34 09:53:36

But there are so many people I'm sure you've had the opportunity to depose who are great to answer that question. 09:53:38 09:53:41 09:53:43

Q. Okay. You -- part of your duties were to interact with your legal department; is that right? 09:53:44 09:53:46

A. Yes. 09:53:48

Q. And so when your legal department did an investigation into APIs after the Cambridge Analytica scandal, you were involved in interacting with the legal department; is that right? 09:53:48 09:53:51 09:53:55 09:53:57

A. I don't remember a specific investigation. 09:53:58 09:54:01

Q. You don't remember there being an investigation into third-party app developers after the Cambridge Analytica scandal? 09:54:02 09:54:03 09:54:07

A. Not by the legal department. You just asserted that -- 09:54:09 09:54:11

Q. Okay. 09:54:12

A. -- the legal department investigated -- 09:54:13
Q. Go ahead. 09:54:18
A. I believe the legal department oversaw an investigation, but it wasn't conducted by the legal department. 09:54:18 09:54:23 09:54:25
Q. Okay. And I'm -- because you were always trying to increase revenue, including by encouraging third-party app developers between 2012 and 2018, Facebook didn't have many rules or restrictions in place for app developers, did it? 09:54:26 09:54:29 09:54:34 09:54:38 09:54:40
A. I disagree with so many different parts of that sentence. If you'd like to take it slowly, I could go through part by part what I think -- 09:54:43 09:54:46 09:54:49
Q. I will. 09:54:52
A. -- is incorrect. 09:54:52
Q. I will. 09:54:54
Between 2012 and 2018, Facebook did not have an identity verification process for app developers? 09:54:54 09:54:58 09:55:02
A. I don't know that to be true and that's an entirely different sentence than the multiple part sentence you said before. 09:55:03 09:55:05 09:55:08
Q. Okay. 09:55:09
A. It's not -- sorry. 09:55:09
It's -- it's not the same thing at all. 09:55:11

Those are completely different thoughts and unconnected, I believe. 09:55:14 09:55:16

Q. Between 2012 and 2018, the platform data field for the developer countries were not necessarily accurate on -- for your third-party developers. Sometimes the developer was in Moscow but the business entity was in the US, and so it looked like a US company; is that right? 09:55:17 09:55:22 09:55:24 09:55:27 09:55:30 09:55:33

A. I don't know and that's also a completely different sentence than the previous two. 09:55:35 09:55:37

Q. Okay. And between 2012 and 2018, there was no process in place to determine whether the developer actually owned the app that they were using, was there? 09:55:39 09:55:45 09:55:47 09:55:50

A. I don't know. 09:55:50

Q. And there was no process in place at Facebook to determine whether the person who was developing the app was developing the app for themselves or for other people? 09:55:53 09:55:55 09:56:00 09:56:04

A. I don't know. 09:56:06

Q. And between that time period, you allowed the app developers to self-identify what it was that they were developing; is that right? 09:56:07 09:56:09 09:56:14

A. I don't know. 09:56:16

Q. Whether it was political or surveillance 09:56:19

or academic, and none of that was investigated by Facebook to see if that's really what the app did, was it? 09:56:22 09:56:25 09:56:29

A. I don't know. 09:56:29

Q. And between 2012 and 2018 there was no requirement that developers say how user data would be used, was there? 09:56:30 09:56:32 09:56:35

A. I don't know. 09:56:36

Q. And between 2012 and 2018 there were limited enforcement resources for third-party app developers, and the people that you had to try to watch that were spread too thin to be effective; isn't that right? 09:56:37 09:56:44 09:56:47 09:56:51 09:56:56

A. No, I don't believe that's right. 09:56:56

Q. Okay. And there were between 2012 and 2018, no safeguards to prevent banned users from renaming themselves or coming back onto the site in another form as a third-party app developer? 09:56:58 09:57:00 09:57:04 09:57:08

A. I don't believe that's right. 09:57:10

Q. Exhibit 396 is the summary of the investigation done by the law firm Gibson Dunn into the third-party app developers after the Cambridge Analytica scandal; is that right? 09:57:12 09:57:23 09:57:30 09:57:35

A. I don't remember this document. 09:57:36

Q. You know that Gibson Dunn helped 09:57:38

supervise and summarize the investigation that you promised into third-party app developers, don't you? 09:57:42 09:57:44

A. Yes. 09:57:48

Q. And you were the one that -- that dealt with the law firm over this investigation, didn't you? 09:57:48 09:57:51 09:57:54

A. No. 09:57:55

Q. Okay. Who was it that did that? 09:57:56

A. It would have been the legal team and the platform team. 09:57:58 09:58:00

Q. Okay. They didn't update you on the status of the App Developer Investigation? 09:58:01 09:58:03

A. Oh, I think they did update me on the status. But what you asked was whether I was the person who dealt with Gibson Dunn and that wouldn't have been true. 09:58:05 09:58:08 09:58:10 09:58:14

Q. Okay. And in this report you see that what Gibson Dunn is summarizing as far as the app development investigation is, first of all, they're having a difficult time even investigating -- 09:58:15 09:58:21 09:58:24 09:58:25

MR. BUTSWINKAS: Your Honor. 09:58:30

JUDGE FRANCIS J. MATHEW: Stop the tape, please.

Approach.

MS. MCGINN: Pause for just a second,

Mike.
MR. BUTSWINKAS: I think there was a technical glitch there.
MS. MCGINN: We got it fixed, Judge. 09:59:10
Q. BY MS. MCGINN: You were the one that 09:59:10 dealt with this investigation, didn't you? 09:59:12
A. No. 09:59:13
Q. Okay. Who was it that did that? 09:59:13
A. It would have been the legal team and the 09:59:15 platform team. 09:59:18
Q. And they didn't update you on the status 09:59:18 of the app developer investigation? 09:59:20
A. Oh, I think they did update me on the 09:59:22 status, but what you asked was whether I was the 09:59:22 person who dealt with Gibson Dunn and that wouldn't 09:59:24 have been true. 09:59:25
Q. Okay. And in this report, you see that 09:59:26 what Gibson Dunn is summarizing, as far as the app 09:59:30 development investigation is, first of all, they're 09:59:33 having a difficult time even investigating all your 09:59:35 app developers is because there was no enforce 09:59:39 updating of developer contact information or 09:59:41 developer privacy policies; is that right? 09:59:44
A. I -- should I answer? 09:59:44
I think one of the main things are what I 09:59:48

remember about our App Developer Investigation was that our contact investigation was out of date. In fact, many apps were shut down after this investigation primarily because we didn't have up-to-date contact information. So we would send them requests for information and they wouldn't answer, largely because they weren't getting that information. 09:59:51 09:59:55 09:59:59 10:00:04 10:00:08 10:00:11 10:00:13 10:00:15

So, you know, someone would be the registered person at an app developer and that person would move on to a new job, and there wasn't updating of the contact information. 10:00:16 10:00:18 10:00:20 10:00:23

And where there wasn't an updated contact, those apps were taken off the platform. So that I remember as one of the main findings. 10:00:24 10:00:27 10:00:29

Q. And all the things that we went through before I handed you this document were found in this report, and let's go through them again on paragraph 5. 10:00:31 10:00:34 10:00:38 10:00:38

What they found is that for the app developers there was no identity verification process to validate the developer's identity; is that right? 10:00:43 10:00:45 10:00:49

A. It says that here, but without going back and rereading the record, I can't assert that the words you used were exactly those. And in other 10:00:52 10:00:54 10:00:56

parts of this deposition different words -- words 10:00:59
were incomplete. 10:01:05
So I can say that that says that here, 10:01:06
but that -- I don't know if that's word for word what 10:01:07
you said before. 10:01:11
Q. Okay. Well, so do you agree with that? 10:01:12
A. Do I agree that it's written here? 10:01:13
Q. Yes, ma'am. 10:01:15
Do you agree -- 10:01:16
Did I read that correctly that that's one 10:01:17
of the findings of Gibson Dunn about your App 10:01:19
Developer Investigation that Facebook had no identity 10:01:22
verification process to validate developer's 10:01:24
identity? 10:01:26
A. It says that here. 10:01:27
Q. And also that on No. 9, "The platform 10:01:28
data fields for developer country -- predictive 10:01:32
country were not necessarily accurate, which made 10:01:35
categorizing country risk difficult." And they gave 10:01:38
the example the developer might have been in Moscow 10:01:41
and the business entity in the US or vice versa, and 10:01:45
you couldn't tell? 10:01:49
A. Yes, it says that here. 10:01:50
Q. Okay. And one of the other things that 10:01:51
it says is that -- let me go through them not in 10:01:53

order that I did before, but let's see -- that "There 10:01:56
was too little information required of developers." 10:02:00
Do you see that in No. 7 on the front 10:02:08
page there? 10:02:12
A. It does say that. 10:02:12
Q. "Too little information required of 10:02:14
developers." 10:02:16
Yes? 10:02:16
A. It says that. 10:02:17
Q. Okay. And in two different areas that 10:02:17
"Business entities were not required to own" -- 10:02:19
I'm sorry. I'll slow down. 10:02:22
"Business entities were not required to 10:02:24
own the apps they developed"? 10:02:26
A. It says that. 10:02:27
Q. "And there was no ability to determine 10:02:28
whether a developer is developing an app for himself 10:02:30
or on behalf of another entity"? 10:02:33
A. It says that here. 10:02:36
Q. And then on the second page under 11, 10:02:38
that "App categories are too limited, so there's no 10:02:44
category for politically affiliated apps, 10:02:54
surveillance apps, academic apps, and categorizations 10:02:57
are provided by developers themselves and unverified 10:03:00
by Facebook." 10:03:03

Do you see that? 10:03:04
A. I see that here. 10:03:05
Q. And in No. 12, that "There was no requirement that developers provide statements regarding how Facebook user data would be used by the developers, owners, or third parties." 10:03:06 10:03:11 10:03:13 10:03:16
A. That is here. 10:03:20
Q. Okay. And if you can turn over one more page. The top of the next page, No. 1, "The report also indicated that there were limited enforcement resources at Facebook, which are often stretched too thin to be effective." 10:03:21 10:03:24 10:03:28 10:03:32 10:03:36
A. I see that here. 10:03:38
Q. Okay. And those are the things that Gibson Dunn summarized that they found Facebook had done wrong before the Cambridge Analytica scandal; is that right? 10:03:39 10:03:43 10:03:47 10:03:56
A. Those are the things they found. I'm not sure it says anywhere here that Facebook had done wrong. 10:03:56 10:04:02 10:04:04
Q. Okay. During that time there were a million app developers that had access to user data; is that right? 10:04:05 10:04:07 10:04:08
A. I don't remember the number, but there were definitely a large number. 10:04:08 10:04:11

Q. And can you just tell me the number? 10:04:12
Let me hand you what's been marked as 397. That is an e-mail from you, Ms. Sandberg; is that right? 10:04:14 10:04:17 10:04:21
A. It looks to be. 10:04:21
Q. Dated 3/22/2018? 10:04:28
A. Yes. 10:04:32
Q. And that was shortly after the Cambridge Analytica scandal broke? 10:04:32 10:04:38
A. I don't remember the date the Cambridge Analytica scandal broke but maybe you can tell me. 10:04:39 10:04:44
Q. It was March 17th. 10:04:46
A. Okay. 10:04:48
Q. So five days later. This is five days after that? 10:04:48 10:04:50
A. Yes. 10:04:51
Q. And your statement to Gene Sperling is, "The single biggest issue we face, and I really need everyone to know this, is that there were a million developers with access to the data." 10:04:55 10:04:59 10:05:02 10:05:05
Do you see that? 10:05:06
A. Yes. 10:05:07
Q. And just for the jury, I just want to go over some of the facts of the Cambridge Analytica scandal. And tell me where I'm wrong. 10:05:09 10:05:13 10:05:14

As I understand it, Facebook gave a man who claimed to be an academic, a guy named Aleksandr Kogan, access to its users in 2013; is that right? 10:05:20 10:05:22 10:05:27 10:05:30
A. I don't know if we were giving access to a specific person or to an entity he worked for. 10:05:30 10:05:32
Q. Okay. And he got 270,000 of your users to take a survey called This is Your Digital Life; is that right? 10:05:37 10:05:41 10:05:46
A. I don't know that to be true. 10:05:46
Q. Okay. Because you don't remember or -- 10:05:47
A. Because I don't know if that was ever verified. 10:05:50 10:05:53
Q. Okay. What he and you didn't tell -- and Facebook -- not -- I don't mean you, because you weren't on the survey obviously. 10:05:53 10:05:57 10:06:01
What he and Facebook didn't tell the users was that by agreeing to participate in his survey, it gave him access to the data of all the users' friends as well; is that right? 10:06:03 10:06:05 10:06:08 10:06:14
A. I don't know what he told or didn't tell people who took his survey. 10:06:16 10:06:18
Q. Okay. He -- through getting friends' data from the survey, he obtained data on 87 million Facebook users in every state; is that right? 10:06:19 10:06:23 10:06:27

A. I don't know. Maybe I could -- I don't know. 10:06:30 10:06:34
Q. Okay. From what you know about the investigation, you don't know that that was the eventual number that they figured out he had access to, 87 million users on Facebook? 10:06:34 10:06:40 10:06:42 10:06:45
A. I don't remember a specific number. 10:06:48
Q. Okay. Professor Kogan -- 10:06:50
Was he really a professor, by the way? 10:06:53
A. I don't know. 10:06:55
Q. Okay. I'll just call him Kogan then. 10:06:55
-- took all the personal data he collected and he sold it to a company called Cambridge Analytica; is that right? 10:06:58 10:07:00 10:07:04
A. I don't know. 10:07:05
Q. Didn't Facebook investigate this? 10:07:06
A. Facebook was able to investigate only what happened on its own platform, but an actual investigation of Cambridge Analytica and Mr. Kogan was not possible by Facebook because he was in another country. 10:07:09 10:07:13 10:07:15 10:07:18 10:07:21
And my understanding is the British government eventually did that real investigation and audit. We wanted to do an audit but weren't permitted to. They didn't have to comply, and we had 10:07:21 10:07:23 10:07:27 10:07:31

no legal mechanism to -- to make that happen. 10:07:34
And so the only information that I think 10:07:37 we actually have about what happened is based on the 10:07:39 British government's investigation. 10:07:42
Q. All right. Did you read the British 10:07:47 government's investigation? 10:07:50
A. I'm sure I didn't read every word, but I 10:07:53 read part of it. 10:07:56
Q. Okay. And you don't remember that it was 10:07:57 87 million Facebook users that they said he got 10:07:57 access to? 10:07:57
A. I don't. 10:08:00
Q. And Cambridge Analytica turned around and 10:08:00 made millions of dollars by selling that information 10:08:02 to political actors like Ted Cruz and Steve Bannon? 10:08:04
A. I don't know how much money they made or 10:08:09 who they sold to. 10:08:12
Q. When did Facebook first learn that 10:08:12 Mr. Kogan had access, not just to the 270,000 users 10:08:14 he was surveying but also to all of their friends? 10:08:19
A. I don't know if we learned that. I think 10:08:22 we saw the assertions. I think we knew the article 10:08:25 was coming out not very long before the -- the 10:08:28 main -- the first article came out. 10:08:32
Q. Are you saying that you had no idea that 10:08:33

was going on before the first article came out in 2018? 10:08:35 10:08:38
A. I don't believe we were -- I was not aware that it was going on or that I remember being aware. 10:08:38 10:08:40 10:08:42
Q. Didn't they try to revoke his app because they knew he had -- had sold data before this article ever came out? 10:08:43 10:08:48 10:08:51
A. I don't remember that or I don't know. 10:08:51
Q. Okay. Which one is it: You don't know or you don't remember? 10:08:54 10:08:56
A. I think they're one and the -- right -- sitting here I don't know and I don't remember. They're the same sentence and same thought, different words. 10:08:57 10:09:01 10:09:03 10:09:06
Q. And -- and after the 2016 election, there were accusations that Cambridge Analytica's sale of the -- of the Facebook information was one of the reasons that Donald Trump won the election? 10:09:06 10:09:10 10:09:14 10:09:18
A. Can you repeat the question? 10:09:20
Q. Sure. 10:09:22
After the 2016 election, but before the article came out in 2018, there were allegations that information used from Cambridge Analytica -- Facebook information used from Cambridge Analytica helped 10:09:22 10:09:24 10:09:28 10:09:33

swing the election to Donald Trump. 10:09:37
Were you aware of those allegations? 10:09:42
A. I am aware that those allegations were made, but I can't -- I can't say that I remember it was before the article came out. 10:09:43 10:09:45 10:09:48
Certainly after the article came out, I was aware of those allegations. 10:09:49 10:09:51
Q. Okay. And Facebook did an investigation into whether that was true, didn't it, about whether that information had swung the election to Mr. Trump? 10:09:52 10:09:56 10:09:58
A. I don't remember. I don't believe -- I don't remember that. 10:10:02 10:10:06
Q. That you did an investigation? 10:10:08
A. I think we didn't do an investigation because we were not able to do an investigation because the only way to do an investigation is to get access to the data that Cambridge Analytica would have had or a campaign would have had, and we were -- we had access to neither. 10:10:10 10:10:12 10:10:14 10:10:17 10:10:19 10:10:23
Q. Okay. 10:10:26
A. Which is what I said before when I said we tried to do an investigation and we couldn't -- 10:10:26 10:10:28
Q. Got it. 10:10:30
A. -- the British government did it, and I believe the British government's investigation was 10:10:31 10:10:33

mainly focused on Brexit, not the US election. 10:10:35
Q. When people asked Facebook representatives, did -- did this swing the election, the official Facebook messaging outside the company was that it was unproven; is that right? 10:10:41 10:10:43 10:10:48 10:10:52
A. I don't believe it was proven that it swung the election, nor do I believe it was of a size where it could have swung a whole election. 10:10:54 10:10:57 10:11:00
Q. Even though -- 10:11:02
A. Even if it was true. 10:11:03
Q. Even though you weren't able to conduct an investigation? 10:11:05 10:11:07
A. Correct. 10:11:08
Q. Getting back to the Cambridge Analytica breach. 10:11:10 10:11:13
The users and the world would not have known about the Cambridge Analytica breach if not for the newspaper stories that came out; is that right? 10:11:16 10:11:18 10:11:20
A. I think you're asking me to answer if something would not have happened, and I think it's very hard to prove a negative. 10:11:22 10:11:24 10:11:26
Q. I'll rephrase. 10:11:30
Facebook didn't come out and tell users that there had been the Cambridge Analytica breach before the article came out on March 17th of 2018, 10:11:31 10:11:34 10:11:37

did it? 10:11:40
A. I don't remember. 10:11:41
Q. Nobody at Facebook announced that people's data had been compromised by Mr. Kogan? 10:11:42 10:11:44
A. I don't remember. 10:11:50
Q. And nobody announced that to the public when they revoked -- when Facebook revoked Kogan's access in 2017, did they? 10:11:51 10:11:54 10:11:59
A. I don't remember. 10:12:01
Q. You know many other companies have announced to people when their data was breached, but before March 17th of 2018, when the article in The Guardian newspaper and The New York Times, Facebook had never announced that to anyone, had it? 10:12:02 10:12:05 10:12:09 10:12:14 10:12:17
A. I don't believe so. I believe if you looked back at other things, like the Beacon thing, there were times -- there were -- I don't know if data breach is the right word, but there were concerns about data and those were announced and addressed. 10:12:19 10:12:21 10:12:25 10:12:27 10:12:31 10:12:31
Q. Okay. This one was not? 10:12:33
A. I don't remember. 10:12:34
Q. And when the story came out, Facebook usership dropped by 1.9 to 2.1 million users? 10:12:34 10:12:36
A. I don't remember. 10:12:40

Q. The stock price dropped 10 percent? 10:12:41
A. I also don't remember. 10:12:44
Q. After the stories came out, Facebook mounted a countermessaging campaign? 10:12:46 10:12:50
A. I don't remember nor do I -- I'm not sure countermessaging campaign is accurate or fair. Might have been an accurate messaging campaign -- or not even campaign. 10:12:53 10:12:56 10:13:00 10:13:03
I think we tried to put out accurate messages. I don't think we considered them a campaign. 10:13:04 10:13:07 10:13:09
Q. Okay. Your response was crafted by your communications department? 10:13:10 10:13:13
A. I don't remember what the response was or who crafted it specific -- in this specific. 10:13:13 10:13:15
Q. You were involved in the messaging and response, weren't you? 10:13:18 10:13:20
A. Yes. 10:13:21
Q. And how was the -- the message that your comm team came up with presented to you? 10:13:22 10:13:28
A. I don't remember. 10:13:31
Q. Did they provide you an outline? Did they give you a PowerPoint presentation? 10:13:32 10:13:35
What did they do to say here's going to be our message that we put together here at Facebook? 10:13:38 10:13:42

A. I don't remember. 10:13:44
Q. Did they do the kind of things that we've already talked about; that is, get several groups together to say how are we going to respond to this and let's craft a message? 10:13:45 10:13:47 10:13:50 10:13:52
A. Yes, but I think the word -- I think is more -- is more accurate is "write" a message, not "craft" a message. 10:13:53 10:13:56 10:13:59
They would get together to write a message that was accurate and could help people understand what we knew, what we didn't know, what we were going to do. 10:14:01 10:14:02 10:14:04 10:14:07
Q. Okay. Then they sent you out on a public tour -- 10:14:08 10:14:10
Well, first of all, did you practice that messaging before you went out to talk to people about what had happened? 10:14:11 10:14:13 10:14:16
A. I tried to always practice messaging if I was going to make a public appearance so I would be accurate. 10:14:17 10:14:21 10:14:24
Q. So did you practice the message they came up with to respond to the Cambridge Analytica scandal? 10:14:24 10:14:27 10:14:29
A. I imagine I did. 10:14:29
Q. And they sent you out on a public tour to 10:14:31

say the messaging they had come up with; is that right? 10:14:35 10:14:39
A. I don't know what a "public tour" is. 10:14:39
Q. Going out and speaking to a bunch of media representatives. 10:14:40 10:14:44
A. Yes, but I don't believe I toured, like went to different locations. 10:14:45 10:14:47
Q. Okay. 10:14:48
A. I believe I probably spoke to multiple media, but I'm not sure that's -- a tour normally has the property of like what you just said about Mark going from state to state. I don't believe I did that. 10:14:48 10:14:50 10:14:53 10:14:55 10:14:57
Q. Right. You gave many print interviews? 10:14:58
A. I don't remember what interviews I gave. 10:15:02
Q. At least four TV interviews? 10:15:05
A. I remember TV interviews. I don't remember how many. 10:15:07 10:15:10
Q. And NPR, you spoke to NPR? 10:15:10
A. I don't remember. 10:15:14
Q. And you did that over two days to try to shape the narrative and to own your own story; is that right? 10:15:14 10:15:17 10:15:20
A. I don't remember. I -- we would have done that to make sure an accurate and fair 10:15:20 10:15:22

information was getting out there. 10:15:24
Q. And during that messaging Facebook made many promises about what they were going to do in response to the Cambridge Analytica scandal? 10:15:25 10:15:32 10:15:34
A. I know we made promises. I don't remember if I was the one to announce those. 10:15:37 10:15:40
Q. Okay. You told people when you were out speaking to the media that their data was safe? 10:15:42 10:15:44
A. I don't remember. 10:15:47
Q. Didn't you tell people they could control who saw their data and had access to it? 10:15:48 10:15:52
A. I don't remember what I said or what specific interviews I gave. 10:15:54 10:15:56
Q. You did promise people that Facebook would do a full App Developer Investigation? 10:15:58 10:16:01
A. Yes. 10:16:05
Q. And you promised people you would let them know if their data had been compromised? 10:16:06 10:16:11
A. I don't remember. 10:16:14
Q. One of the promises you made was to restrict -- 10:16:14 10:16:17
COURT REPORTER: Counsel, could you slow down, please? 10:16:18 10:16:20
MS. MCGINN: Sure. 10:16:21
Q. BY MS. MCGINN: -- was to restrict 10:16:22

Application Program Interface in the future? 10:16:24
A. We announced that we were going to do an 10:16:24
investigation and we announced that we were going to 10:16:27
change some of the privacy controls. 10:16:29
Q. After the story about the Cambridge 10:16:31
Analytica brief -- breach came out, Facebook, in 10:16:34
addition to losing the 1.9 to 2.1 users (sic), lost 10:16:36
points on your core on platform metric about whether 10:16:51
people -- whether Facebook cares about its users, 10:16:54
didn't it? 10:16:58
A. I believe so. 10:16:58
Q. And after the Cambridge Analytica breach, 10:17:00
in the US, less than 1 in 3 Facebook users believed 10:17:05
that Facebook cared about them? 10:17:12
A. I would say alleged breach, and I don't 10:17:14
remember if it was a third. 10:17:17
Q. Okay. You -- 10:17:18
A. I know -- I know the number dropped, but 10:17:19
I don't remember -- 10:17:22
Q. Okay. Let me -- let me just show you to 10:17:23
refresh your recollection this statement by you to -- 10:17:27
to your folks. It's highlighted in yellow, the 1 in 10:17:29
3. 10:17:35
This is 398. 10:17:36
So what I'm showing you is your written 10:17:38

statement in which you say, "Today in the US less than 1 in 3 Facebook users believe we care about them." 10:17:41 10:17:46 10:17:50
And that's why I highlighted it for you so that we would not waste time with you reading the entire document. And all I'm doing is the legal -- which is allowed legally to refresh your recollection about that one fact. So that's why I've handed it to you. I'm not trying to mislead you. 10:17:50 10:17:53 10:17:56 10:17:58 10:18:00 10:18:06
A. I don't believe you're trying to mislead me. 10:18:07 10:18:10
Q. Right. 10:18:10
A. I believe you're trying to assert that you can refresh my recollection by showing me one sentence within a document, and what I am saying, which is I think by matter of fact true the only person who can decide if an re- -- if my memory is refreshed is me. 10:18:10 10:18:13 10:18:15 10:18:17 10:18:21 10:18:26
Q. Right. 10:18:26
A. So I think -- yeah. 10:18:26
So this document clearly says, Today in the US less 1 in 3 Facebook users believe we care about them." 10:18:29 10:18:33 10:18:37
I believe that is part of my HPM -- 10:18:38
I can explain what an HPM is, if you want 10:18:41

me to. 10:18:46
-- from 2018. That does not refresh my recollection of knowing that number at the time, but I believe that number to be true. 10:18:47 10:18:51 10:18:55
Q. Okay. You have it over there with you, Exhibit 397, Ms. Sandberg, if you can pull that out. 10:18:56 10:18:58
This is the message -- that e-mail between you and Gene Sperling. 10:19:01 10:19:03
And, as I understand it, Gene Sperling was an outside consultant for Facebook; is that right? 10:19:07 10:19:12 10:19:14
A. For Facebook and for me. 10:19:14
Q. He ran something called Sperling Economic Strategies? 10:19:15 10:19:20
A. I don't remember what he called his company. 10:19:20 10:19:22
Q. Okay. He used to be the national economic council director and advisor to Presidents Obama and Clinton? 10:19:22 10:19:24 10:19:29
A. Yes. 10:19:31
Q. And his company helped advise people during PR crises. Is that why he was involved in this? 10:19:31 10:19:34 10:19:34
A. I don't know if during PR crises. His company helped advise people on communications and 10:19:39 10:19:41

policy. 10:19:44
Q. All right. And this e-mail between you 10:19:45
and him was a critique or your -- I think one of your 10:19:47
times when you went out and were trying to respond to 10:19:51
the Cambridge Analytica crisis; is that right? 10:19:55
A. That appears to be the case. 10:19:57
Q. Okay. One of the places you went after 10:20:01
the Cambridge Analytica scandal broke was to do a 10:20:03
CNBC interview with a woman named Julia Boorstin? 10:20:12
A. I don't remember that specific interview. 10:20:18
Julia does work for CNBC, and I don't believe I went 10:20:20
anywhere. I think she probably came to me. 10:20:23
Q. Okay. You had a -- maybe a better 10:20:25
question is you had an interview with her; is that 10:20:27
right? 10:20:29
A. Yes. 10:20:29
Q. Let me hand you what's been marked as 10:20:29
399. This exhibit appears to be a transcript of your 10:20:33
interview with Julia Boorstin on March 22nd, 2018, 10:20:37
which is about five days after the Cambridge 10:20:43
Analytica scandal broke; is that right? 10:20:49
A. It does appear to be that. 10:20:49
Q. Okay. And earlier I asked you whether 10:20:51
the Facebook stock had dropped after the scandal 10:20:53
broke, and you said you didn't recall. And so I will 10:20:58

ask you again whether the first paragraph of this interview refreshes your recollection -- again, using the legal -- legal term -- about whether Facebook stock dropped 10 percent after the -- after the Cambridge Analytica scandal broke. 10:21:01 10:21:04 10:21:08 10:21:14 10:21:17

A. It doesn't refresh my recollection. It doesn't say 10 percent. But it does say that the Facebook shares dropped, and I believe CNBC would be accurate in that. So I think we can agree that the Facebook shares -- that the Facebook stock price dropped. 10:21:19 10:21:21 10:21:24 10:21:27 10:21:30 10:21:33

Q. Okay. And you see in the very first paragraph it says, "The company's shares down 10 percent"? 10:21:33 10:21:36 10:21:39

A. Oh, yes. Thank you. I do see 10 percent. 10:21:39 10:21:42

Q. Okay. Do you have any reason to dispute CNBC saying their shares had dropped 10 percent after the Cambridge Analytica scandal? 10:21:42 10:21:44 10:21:49

A. No, I'm sorry. I was looking at the sentence above that said it was lower. 10:21:50 10:21:54

Q. Okay. 10:21:55

A. Sorry. I think you've got -- you're still speaking over me, which may be hard for her to hear. 10:21:56 10:21:58 10:22:02

So just so I can say that again. 10:22:03
It does say it was down 10 percent in the third sentence. I had been looking at the second. 10:22:05 10:22:07
Q. Okay. In this interview, first paragraph, first thing that you say in response to the question is that, "This was a huge breach of trust. People come to Facebook every day and they depend upon us to protect their data, and I am so sorry that we let so many people down." 10:22:11 10:22:13 10:22:15 10:22:18 10:22:20 10:22:23
Is that an accurate deposition -- I mean an accurate statement? 10:22:26 10:22:33
A. It's -- you're reading the transcript correctly. 10:22:34 10:22:37
Q. Okay. You don't have any reason to dispute that this transcript is not what you said; right? 10:22:37 10:22:39 10:22:42
A. No. I just sometimes -- these transcripts get edited, so I can't say that's exactly what I said, but it's definitely the transcript they put out. 10:22:43 10:22:47 10:22:49 10:22:52
Q. Okay. And on the next page -- if you can go -- turn to the next page, please. 10:22:52 10:23:01
In the first paragraph, you say that Mr. Zuckerberg has announced -- and it says, "He announced we're going to be investigating and 10:23:05 10:23:10 10:23:14

auditing apps, and if we find misuse, we're going to tell people." 10:23:16 10:23:20

Is that right? Did I read that correctly? 10:23:20 10:23:22

A. Yes. 10:23:22

Q. All right. 10:23:24

And then if you'll flip over to the next page, again, same thing, very middle of that quoting you, you say, again, "We are now going back and we are going to investigate apps, and if we find anything, we're going to tell people their data was potentially misused." 10:23:27 10:23:29 10:23:36 10:23:45 10:23:47 10:23:51

Is that correct? 10:23:56

A. I'm sorry. 10:23:57

Q. Go ahead. 10:23:59

A. Which paragraph are you in? 10:24:00

Q. Right in the middle where it says "Sheryl Sandberg." 10:24:02 10:24:05

A. Yes. 10:24:06

Q. Ms. Boorstin asks you at the top of that page, "There are underlying questions about the speed to which Facebook has responded to things in the past, and when it came to Russian manipulation of the election, a lot of people -- it was revealed that you knew about issues before you reported them, before 10:24:06 10:24:11 10:24:13 10:24:16 10:24:19 10:24:22

you disclosed them to consumers. 10:24:24
"Here you knew about these issues back in 10:24:27
2015, and a lot of people are asking about whether 10:24:30
you've known about these issues and chosen not to 10:24:33
disclose them or if you didn't realize the gravity of 10:24:35
these issues sooner. Which is it?" 10:24:38
And your answer -- do you want to read 10:24:41
that out loud? 10:24:44
A. "We definitely didn't realize the gravity 10:24:44
of this issue sooner, and the commitment we made 10:24:47
yesterday is to investigate, to audit, and to make it 10:24:49
transparent to users to tell users if their data -- 10:24:52
if their data was used." 10:24:55
Q. Okay. We've just read the promises that 10:24:56
you were going to do an investigation and then tell 10:24:58
people if their data had been breached. 10:25:00
In fact, Facebook did not tell everyone 10:25:04
whose data was breached that their data was breached, 10:25:09
did they? 10:25:16
A. I -- I believe we stuck to that 10:25:16
commitment, but I don't -- I think the way you're 10:25:19
asking the question is very hard to answer. 10:25:21
Q. Okay. I'll rephrase it. Okay. 10:25:24
The App Development Investigation was, 10:25:27
quite frankly, unable to investigate all third-party 10:25:32

app developers because of the problem in keeping track of who was an app developer; right? 10:25:36 10:25:39
A. I think we were unable to investigate all of the app developers because there were too many. And we prioritized the large -- the largest of them, which is what you would do if you have a million developers. 10:25:42 10:25:44 10:25:46 10:25:50 10:25:53
Q. Okay. And the -- the app development investigation really did a close look at only 700 of the millions of app developers and only shut down about 200 of them? 10:25:53 10:25:59 10:26:02 10:26:12
A. I don't remember how many we looked at, nor do I remember how many we shut down. 10:26:13 10:26:15
Q. Okay. And do you -- you know that many of the 200 that were shut down were reinstated? 10:26:17 10:26:20
A. I don't remember that either. 10:26:23
Q. Okay. The entire app development investigation was shut down by 2021? 10:26:25 10:26:29
A. I know it was shut down at some point. I don't remember if it was 2021. 10:26:32 10:26:35
Q. Okay. And most of the time, Facebook did not notify people that their data had been compromised, even when it found out it had been compromised? 10:26:36 10:26:39 10:26:46 10:26:49
A. I don't know that to be true. 10:26:49

Q. Okay. The only people I think that were notified were people who had been subject to a breach by Cambridge Analytica or a group called myPersonality? 10:26:51 10:26:57 10:27:00 10:27:04

(Video deposition paused.) 10:27:05

MS. MCGINN: Judge, I just wanted to tell the Court that we have about 24 minutes left and wanted to know if the Court wanted to take a break now and come back and finish this or finish the 20 minutes? 10:27:05 10:27:07 10:27:09 10:27:12 10:27:14

JUDGE FRANCIS J. MATHEW: Why don't we do that. Why don't we take a break now, and we'll come back to finish this. 10:27:14 10:27:15 10:27:18

MS. MCGINN: Okay. 10:27:19

JUDGE FRANCIS J. MATHEW: Ladies and gentlemen, during recess do not discuss this case with anyone other than yourselves and then only in the jury room when all of you are present. Do not attempt to decide the outcome of the case before you begin final deliberations. 10:27:22 10:27:23 10:27:25 10:27:27 10:27:30 10:27:35

With that, we'll be in recess for 15 minutes. 10:27:36 10:27:39

THE BAILIFF: All rise. 10:27:39

(Jury exits courtroom.) 10:27:40

JUDGE FRANCIS J. MATHEW: Do the parties 10:28:07

want me to look at these bench briefs or do you want 10:28:09
to discuss something during the break? 10:28:12
MS. STAMBAUGH: So, Your Honor, to the 10:28:14
extent possible, I have some kind of late-breaking 10:28:16
information that we didn't have this morning and that 10:28:19
is that the State told us after the jury came in that 10:28:22
it plans to rest its case on Wednesday. So we're 10:28:28
still ahead of schedule in this case, and we would 10:28:33
just ask the Court to reconsider taking the 10:28:35
objections on Dr. Egelman both over this break and 10:28:38
over the lunch break, maybe have a slightly longer 10:28:43
lunch just to, again, sort of try to limit the amount 10:28:45
of interruptions during. 10:28:49
And it's just on the basis that we now 10:28:52
know that we are definitively ahead of schedule so 10:28:55
this should not impact the overall case schedule. 10:28:58
JUDGE FRANCIS J. MATHEW: So your 10:29:01
response is you don't want me to do the bench briefs 10:29:02
at this time? 10:29:05
MS. STAMBAUGH: Correct, Your Honor. If 10:29:05
you're going to give us any time, we would prefer it 10:29:07
be dedicated to the next live witness, Dr. Egelman. 10:29:09
JUDGE FRANCIS J. MATHEW: Mr. Rhodes? 10:29:13
MR. RHODES: Your Honor, we really don't 10:29:15
have a position on however you would like to proceed 10:29:17

to minimize disruption to the jury. We're fine proceeding either way. 10:29:20 10:29:24

MR. PERFREMENT: Your Honor, I'd like to add the Wednesday resting was aspirational. That's our target, where we're headed towards. Just want to make that clear. 10:29:28 10:29:32 10:29:32 10:29:32

JUDGE FRANCIS J. MATHEW: I kind of figured that. 10:29:32 10:29:36

MS. HUBBARD: We all say that about everything, right, Your Honor? 10:29:36 10:29:38

JUDGE FRANCIS J. MATHEW: I'm going to look at these bench briefs and we'll be back in 15 minutes. 10:29:39 10:29:40 10:29:43

MS. HUBBARD: Thank you, Your Honor. 10:29:44

(A recess was held off the record.) 10:29:45

JUDGE FRANCIS J. MATHEW: We're back on the record. 10:45:32 10:45:34

During the break I've reviewed the parties' bench briefs with respect to Mr. Zuckerberg's deposition, and I'm overruling the objection to Volume 1 -- or to Mr. Zuckerberg's first deposition. 10:45:36 10:45:39 10:45:46 10:45:50 10:45:58

Is there anything else before we bring the jury in? 10:46:03 10:46:05

MS. MCGINN: Not from me, Judge. 10:46:06

JUDGE FRANCIS J. MATHEW: Anyone from the defendant? 10:46:08 10:46:10

MR. BUTSWINKAS: No, Your Honor. 10:46:11

MR. RHODES: Your Honor, I want to give you the witness binder. 10:46:13 10:46:15

MS. MCGINN: The witness that will go on after our video is done. 10:46:16 10:46:18

MR. MANNING: Your Honor, I wasn't sure if you wanted to entertain -- 10:46:39 10:46:41

JUDGE FRANCIS J. MATHEW: No, I don't need further argument. 10:46:42 10:46:44

MR. MANNING: Thank you. 10:46:45

MS. MCGINN: Judge, did you get a chance to look at Chakrabarti and Ms. Soares? 10:48:00 10:48:01

JUDGE FRANCIS J. MATHEW: Yes. 10:48:01

MS. MCGINN: Okay. And should we -- 10:48:03

THE BAILIFF: All rise. 10:48:03

(Jury enters the courtroom.) 10:48:35

JUDGE FRANCIS J. MATHEW: Back on the record. 10:48:35 10:48:36

MS. MCGINN: We'll continue the deposition, Your Honor. I think there's like 24 minutes left. 10:48:37 10:48:38 10:48:41

JUDGE FRANCIS J. MATHEW: Okay. 10:48:41

(Video deposition resumed.) 10:48:45

Q. BY MS. MCGINN: Okay. The only people I think that were notified were people who had been subject to a breach by Cambridge Analytica or a group called myPersonality? 10:48:45 10:48:48 10:48:51 10:48:54
A. I don't remember who was notified. 10:48:59
Q. 400 and 401. On Exhibit 400 that is an e-mail from -- that you were copied on I guess. 10:49:07 10:49:10
The original e-mail was from Chris Cox to Mr. Zuckerberg with a carbon copy to you; is that right? 10:49:12 10:49:14 10:49:17
A. It appears to be so. 10:49:17
Q. And this was about -- almost exactly a year after the Cambridge Analytica scandal had broken? 10:49:18 10:49:20 10:49:22
A. Yes. 10:49:27
Q. This was after those promises that you made in this interview about how you were going to inform everybody if their data was breached? 10:49:27 10:49:30 10:49:33
A. Yes, it's afterwards. 10:49:37
Q. And this e-mail comes up with a framework to decide who you're going to notify and who you were not going to notify. 10:49:39 10:49:42 10:49:45
A. That appears to be true. 10:49:47
Q. And it does not include everybody being notified, does it? Terrible question. I will 10:49:48 10:49:55

rephrase my question. 10:49:58
What it says in this e-mail that you were copied on is that before they notified anybody, they would go through a three-step process; is that correct? 10:49:59 10:50:03 10:50:07 10:50:10
A. Yes. 10:50:10
Q. They would, number one, check to see if there was an unintended use, access, or exposure of their data. That makes sense? 10:50:16 10:50:20 10:50:23
A. Yes. 10:50:24
Q. But, secondly, then you have -- had "to determine if there are conditions that would cause us to notify them, such as a malicious actor being involved or a risk of imminent harm to people"? 10:50:24 10:50:27 10:50:28 10:50:32
A. Yes. 10:50:35
Q. And then, three, "Even if there were malicious act or risk of imminent harm, the third step is you check to see if there's a mitigating reason not to notify them. 10:50:43 10:50:45 10:50:50 10:50:53
"For example, in some cases a notification may cause more harm to the users." 10:50:54 10:50:57
Do you see that? 10:51:00
A. I do. 10:51:01
Q. Okay. And let me hand you also what's been marked, I think I've already given it to you, 10:51:03 10:51:07

401. That is the privacy notification framework that you came up with -- or that this person came up with that went with this exhibit, No. 400. 10:51:12 10:51:15 10:51:19

Let me rephrase my question with your word then. 10:51:19 10:51:19

Based on the fact that there was a three-step process, it is likely, is it not, that not everybody whose data was accessed was notified at -- 10:51:28 10:51:30 10:51:32

A. I think the word here is unintended access, not access. I don't think you would want to notify everyone who has access because that's everyone. 10:51:35 10:51:38 10:51:40 10:51:43

Q. Whose data was accessed by someone that was a bad actor? 10:51:44 10:51:47

A. Well -- 10:51:50

Q. Or a third-party developer? 10:51:50

A. Well, by bad actor, you might be, but not by a third-party developer because if you were going to notify everyone whose data was accessed by a third-party developer, you would be notifying everyone all the time, and I think people knew their data was being accessed by a third-party developer. 10:51:51 10:51:56 10:51:58 10:52:02 10:52:04 10:52:08

Q. How do you -- 10:52:11

A. It's misuse; not a use. 10:52:12

Q. How did they know that their data was 10:52:13

being accessed by a third-party developer? 10:52:16
A. Well, almost everyone who is using 10:52:17
Facebook -- Sorry. Let me restate. 10:52:20
If you go back. The way you're saying it 10:52:23
is are you notifying everyone whose data is being 10:52:24
accessed by a third-party developer? And the answer 10:52:27
to that is, no, nor did we ever say we would. 10:52:30
It's not data being accessed. It's data 10:52:33
being accessed inappropriately or by malicious actors 10:52:38
that we were going to notify, not all access. 10:52:47
It's malicious, misuse; not access. 10:52:51
Misuse. 10:52:51
Q. Okay. Let's talk about the issue of 10:52:51
misinformation on Facebook. After the 2016 election 10:52:52
of Donald Trump, Facebook received some criticism for 10:52:55
allowing misinformation on its site, did it not? 10:53:02
A. Yes. 10:53:06
Q. Do you think that lying matters in a 10:53:06
democracy like America? 10:53:08
A. Yes, of course. 10:53:09
Q. And what is the problem with allowing 10:53:10
lies on a platform like Facebook that reaches over 10:53:12
3 billion people? 10:53:16
A. Well, I think the problem with lying on 10:53:17
any platform in any way is that you're saying things 10:53:20

that aren't true. So I think that's always a problem. 10:53:24 10:53:27

Q. How can that affect a democracy? 10:53:29

A. I mean, how can lying affect a democracy? 10:53:41

Q. Uh-huh. 10:53:41

A. Well, I think people have claimed that politicians lie for a very long time. And so there needs to be a robust public process and a debating process by which candidates say things and other people say whether those are true or not so that the public knows who to trust and who to believe and who they want to vote for. 10:53:42 10:53:44 10:53:49 10:53:52 10:53:54 10:53:58 10:53:59

Q. Do you think that the truth is subjective based on a person's own perceptions or political views? 10:53:59 10:54:02 10:54:05

A. There are some absolute truths. Many. I'm sitting in a room with you, this is a Diet Coke in a glass. And there are many things that are subjective where there is no truth. 10:54:06 10:54:12 10:54:17 10:54:20

You know, this candidate will be better for the economy. That is a subjective decision, which could be true looking backwards, but it's hard to know what's true going forward. 10:54:23 10:54:24 10:54:28 10:54:30

Q. You would agree that there are some objective facts that should not be disputed and are 10:54:32 10:54:35

obviously lies when told by somebody? 10:54:37
A. Of course. Of course. 10:54:39
Q. Okay. And there's a difference between concrete immutable facts versus somebody's opinion of somebody, like, saying you're the best candidate; is that right? 10:54:42 10:54:49 10:54:51 10:54:54
A. Yes. 10:54:54
Q. For example, denial of the Holocaust; true or false? 10:54:56 10:55:06
A. I believe the Holocaust happened. 10:55:07
Q. Okay. 10:55:11
A. So denying it is false. 10:55:11
Q. All right. And in the course of your being a COO at Facebook, in fact, you got an e-mail from the comedian Sacha Baron Cohen making some suggestions about how to address false facts like denial of the -- of the Holocaust, did you not? 10:55:14 10:55:15 10:55:19 10:55:24 10:55:27
A. I believe Sacha e-mailed me. 10:55:31
Q. Let me hand you what's been marked as 402. 10:55:35 10:55:39
Is that the e-mail that Mr. Baron Cohen sent you? 10:55:39 10:55:43
A. It appears to be here. 10:55:43
Q. Okay. I just need to ask you a weird question. It says it's from Sally. Is that his sort 10:55:44 10:55:48

of his pseudonym or something or is that just a joke? 10:55:50
A. It's his e-mail name. 10:55:50
Q. Okay. 10:55:51
A. It's not a joke. 10:55:51
Q. Okay. All right. 10:55:51
A. Or maybe it's a joke. I don't know. It is his e-mail name. 10:55:52 10:55:55
Q. Mr. Baron Cohen proposed that if you crack down on fake news with some kind fact checking or Kitemark, you should include Holocaust denial as fake news. 10:55:56 10:55:58 10:56:03 10:56:08
Do you see that in the first paragraph? 10:56:09
A. I do. 10:56:11
Q. And you agreed with him on that, did you not? 10:56:11 10:56:15
A. Yes. 10:56:15
Q. And he also mentioned -- just commented upon the fact that -- that the phrase "postfactual" had just been entered into the Oxford English Dictionary. 10:56:15 10:56:18 10:56:22 10:56:25
Do you see that part? 10:56:34
A. I do see that. 10:56:36
Q. And then on the next page he suggested actually a way to try to address fake things on the internet and suggested that you consider using an 10:56:36 10:56:39 10:56:41

independent organization like Encyclopedia Britannica to be arbiters of fact and truth and to do fact checking. 10:56:44 10:56:50 10:56:54

A. Yes. 10:56:57

Q. And at the end, he says, "Again, the stakes are high and ultimately Facebook needs to make a choice to do what's best for profits or do what's best for society. I believe there's a way to do both. As Shimon Peres says -- said 'Morality is the wisest policy.'" 10:56:58 10:57:03 10:57:09 10:57:14 10:57:18 10:57:25

That's what the e-mail said? 10:57:25

A. That's what that part of the e-mail says, yes. 10:57:27 10:57:28

Q. Okay. And do you agree with that? 10:57:29

A. I don't believe there's a tradeoff between in this case doing what's best for profits or doing what's best for society, because what was good for users would be good for society, which would also better for profits. 10:57:36 10:57:39 10:57:40 10:57:42 10:57:46

Q. Okay. 10:57:47

A. I think people long asserted and continue to that there was a tradeoff between user safety and profits, and that's, I think, exactly the opposite. What was good for user safety was always good for profits. 10:57:48 10:57:50 10:57:54 10:57:57 10:58:00

Q. You forwarded this e-mail that you received from Mr. Baron Cohen to Elliot Sprague (sic). 10:58:00 10:58:02 10:58:07
A. And others. 10:58:07
Q. And Elliot Sprague is who responded to you on the first page. 10:58:09 10:58:13
Do you see that? 10:58:16
A. Elliot Schrage. 10:58:16
Yes. 10:58:18
Q. And here -- here was his response on that first page that he copied you with. This is on November 16th, 2016, and I want to ask you about the first sentence so I'm going to read that one first. 10:58:18 10:58:20 10:58:22 10:58:32
"I think we all agree," and then in parentheses, "except perhaps for Mark, on the importance and utility of user visible controls and signals about accuracy and truthfulness of information, and these should apply to Holocaust denial as well." 10:58:33 10:58:35 10:58:37 10:58:40 10:58:43 10:58:46
And so I want to ask you about that first sentence. 10:58:46 10:58:50
What does he mean that "Mark does not agree on the utility of vis- -- user visible controls and signals"? 10:58:50 10:58:53 10:58:57
A. I don't believe that's what Mark didn't 10:58:58

agree on. 10:59:02

Q. Okay. Can you tell me -- can you explain it to me, then? 10:59:03 10:59:05

A. Yeah. I think what Mark didn't agree on at that moment, even though he changed his mind later, was on the Holocaust denial, on taking down Holocaust denial. 10:59:06 10:59:09 10:59:11 10:59:14

I don't -- but that's what he meant -- Mark -- I believe that's what he meant Mark didn't agree on. I remember Mark having that disagreement on Holocaust denial. I do not remember Mark not caring about the importance and utility of user visible controls and signals about accuracy and truthfulness. 10:59:15 10:59:18 10:59:20 10:59:23 10:59:27 10:59:29 10:59:31

Q. Okay. And -- and what at this point was Mr. Zuckerberg's position on whether you should take down people who were denying the Holocaust on Facebook? 10:59:32 10:59:35 10:59:37 10:59:40

A. I think there are two ways to view Holocaust denial. 10:59:40 10:59:44

Q. Uh-huh. 10:59:45

A. What we did take down at the time was hate. If Holocaust -- if you view Holocaust denial as hate, it had to come down. I viewed Holocaust denial always as hate. 10:59:46 10:59:48 10:59:52 10:59:55

There's another way to view Holocaust denial, which is as a historical misinformation or hoax. So horrible though it is, there are people that deny the Holocaust. There are also people that deny the Civil War, the War of American Independence. 10:59:57 11:00:00 11:00:03 11:00:06 11:00:08

There are people -- there are -- 11:00:12

Q. Yeah, I know -- I know. 11:00:13

A. There are people that deny historical events systematically. Those are -- that's historical misinformation hoaxes. That's not hate. 11:00:15 11:00:18 11:00:21

We were not ever in the business of taking down false. We would try to mark things as false. 11:00:24 11:00:25 11:00:29

If it was hate, it came down. So Holocaust denial, when viewed as hate, which is how I viewed it, needed to come down. 11:00:31 11:00:34 11:00:36

Holocaust denial, when viewed as a historical hoax, we did not take down people that denied the French Revolution. I can explain why, if that's helpful. 11:00:38 11:00:41 11:00:44 11:00:49

Q. Well, first of all, let me ask you how you tell the difference between somebody who is denying the Holocaust occurred versus somebody who is denying the Holocaust occurred as hate. 11:00:50 11:00:54 11:01:00 11:01:03

A. I -- I don't think you can, which is 11:01:05

eventually why we did take Holocaust denial down. 11:01:08
Q. Uh-huh. 11:01:13
A. Because I think we correctly decided that Holocaust denial was -- was hate. 11:01:13 11:01:15
It's contextually worth noting that I think one of the other people who really agreed with this was Elliot Schrage, and he was the child of Holocaust survivors. 11:01:17 11:01:22 11:01:25 11:01:28
And he was one of the people inside the company who really believed that Holocaust denial wasn't hate but should be viewed as a historical hoax, and I think that was very influential. 11:01:29 11:01:32 11:01:34 11:01:38
I think eventually Elliot also changed his mind and updated his understanding of it. But I believe Elliot was acting in good faith with what he viewed the information to be, and I believe Mark was as well. 11:01:41 11:01:43 11:01:46 11:01:50 11:01:52
Q. Okay. 11:01:53
A. I want to make sure I'm not saying that Elliot, as the child of Holocaust deniers, did not take it seriously. He did. He was the child -- sorry. 11:01:55 11:01:57 11:02:00 11:02:04
Elliot was the child of Holocaust survivors. And he viewed it more as a hoax, and that was, I think, important in the ongoing conversation 11:02:05 11:02:06 11:02:11

we were having. 11:02:13
Q. So even though hoaxes were false, you didn't take them down? 11:02:15 11:02:19
A. We took down hate; we didn't take down false. 11:02:20 11:02:23
And the reason for that is that if you take down false, people believe the last thing that was said. You more want to let people debate false. 11:02:24 11:02:26 11:02:29
So if someone says the American Independence -- the War of 1812 never happened, and then someone else says, yes, it did and let me prove it. 11:02:35 11:02:37 11:02:40 11:02:42
So the way for people to edu- -- if you -- if you let someone see something, the War of 1812 never happened and then you take it down, that's what they believe because it's the last thing they saw. 11:02:42 11:02:46 11:02:49 11:02:51 11:02:54
There's no debate. In order to have debate about truth, you have to have debate. The war happened; the war didn't happen. Here's why it happened versus hate where you took it down because you didn't want anyone to see it. 11:02:55 11:02:57 11:03:00 11:03:02 11:03:06
Q. Okay. This is in 2016 and -- and, as I understand what you're saying, is at this time, both Mr. Schrage and Mr. Zuckerberg believed that if 11:03:08 11:03:11 11:03:14

somebody said the Holocaust didn't happen, 6 million Jews didn't die, they're just lying to you about that, they would not take that down? 11:03:18 11:03:20 11:03:26
A. That is correct. 11:03:27
Q. Okay. At some point on September 5th, 2018, you got to testify before the US Senate Select Committee on intelligence on foreign influence on social media platforms. 11:03:28 11:03:34 11:03:38 11:03:42
How was it that you were chosen to be the person to come testify on behalf of Facebook? 11:03:43 11:03:45
A. I think that was who the committee requested. 11:03:47 11:03:50
Q. Okay. And did Facebook have input in whether it was going to be you or whether it was going to be Mr. Zuckerberg? 11:03:50 11:03:55 11:03:57
A. I don't know. 11:03:57
Q. Okay. Is this one of the things that you practiced for? 11:04:02 11:04:05
A. Yes. 11:04:06
Q. This one? Yes. 11:04:06
Okay. And how did they -- did your -- the four groups we've talked about, and I can't remember all four now -- comms, legal, product -- 11:04:08 11:04:13 11:04:15
A. Policy and product. 11:04:20
Q. Policy. Okay. There you go. 11:04:22

Did they all get together to help prepare talking points for you for this and to help prepare you for this testimony before Congress? 11:04:24 11:04:26 11:04:29
A. Yes. 11:04:31
Q. They prepared -- did they prepare this statement that you read for you with your input? 11:04:32 11:04:36
A. Yes. I don't know who "they" is in this sentence. Someone did. 11:04:39 11:04:43
Q. Okay. Who -- which groups within Facebook helped prepare this for you? 11:04:44 11:04:47
A. I think all of those, but policy and legal probably would have led in this. 11:04:49 11:04:53
Q. One of the things they asked you about or had -- had questions about was false news. And you testified to them that "We are working hard to stop the spread of false news. We partner with third-party, fact-checking organizations to limit the spread of articles rated false, and we disrupt economic incentives for traffickers of misinformation." 11:04:55 11:04:58 11:05:02 11:05:08 11:05:12 11:05:16 11:05:20 11:05:23
A. From the prepared testimony -- 11:05:24
Q. Yes, ma'am. 11:05:26
A. -- that we submitted? 11:05:26
Q. Yes, ma'am. 11:05:28
A. Okay. 11:05:28

Q. Okay. And so my -- my question is, can you explain why you decided to hire third-party fact checkers to combat misinformation rather than doing that internally within Facebook? 11:05:29 11:05:31 11:05:35 11:05:42

A. Yes. I think it would have been exerting too much power for one company and our employees to be deciding truth. I think if we had done that, people would have been, I think, pretty upset that we were deciding what is true and what is false. 11:05:44 11:05:47 11:05:50 11:05:54 11:05:57

And so we thought independent third-party fact checkers so they -- no one can say they were controlled by one company were better at performing that line of work. 11:06:00 11:06:03 11:06:07 11:06:10

The second was that I think companies have to know what they're good at. We were not a fact-checking organization. As you said earlier in the deposition, we didn't write articles, we didn't fact check. We had no fact-checking expertise. We were technology builders. 11:06:11 11:06:13 11:06:16 11:06:19 11:06:20 11:06:24

So I think as technology builders going into the fact-checking business with no experience, no expertise was not just bias but was something we weren't going to be particularly -- we had no reason to think we'd be good at that. 11:06:25 11:06:28 11:06:30 11:06:36 11:06:38

Q. You had at that point, I think, almost 11:06:40

3 billion daily users. How did you know that you had enough independent fact checkers to check all of the information that was coming across the platform every day? 11:06:43 11:06:47 11:06:50 11:06:52
A. We never tried to check all the information coming across the platform every day. 11:06:53 11:06:56
Q. Okay. Tell me how you did it. 11:06:58
A. We checked things that were submitted to third-party fact checkers. 11:07:00 11:07:03
So if you woke up this morning and you said, "I just took a walk with my dog," no one was trying to fact check that. 11:07:04 11:07:06 11:07:09
Q. Okay. 11:07:10
A. And, in fact, most news articles no one was trying to fact check. We were trying to fact check a small portion of things that were hitting a lot of people or that were referred to third-party fact checkers because someone thought they were false. 11:07:10 11:07:13 11:07:16 11:07:18 11:07:20 11:07:23
Q. How would that get reported to you to be able to turn it over to third-party fact checkers? 11:07:23 11:07:27
A. I don't remember. 11:07:30
Q. Was -- and was the only information submitted to third-party fact checkers that information that users complained about and sent to 11:07:31 11:07:36 11:07:39

you, or no? 11:07:43
A. I don't believe so. I believe some users could flag but also sometimes someone internally might see something and say that it should be fact-checked, but I don't remember. I know users could refer. 11:07:44 11:07:47 11:07:50 11:07:54 11:07:56
Q. How did you decide how many people you needed for this -- what seems to me a monumental task? 11:07:56 11:07:59 11:08:02
A. I don't know. 11:08:03
Q. You can answer. 11:08:04
A. I don't remember. 11:08:05
Q. Was there something called the XCheck program while you were there that excluded people from having their content deleted? 11:08:06 11:08:10 11:08:13
A. I remember there were people whose content wasn't deleted and that was public figures. I don't remember when that happened or whether that was called the XCheck program. 11:08:15 11:08:17 11:08:20 11:08:22
Q. Did you not promise to eradicate information on your platform? 11:08:23 11:08:28
A. That's not the way you said it the first time. The first time you said we made a promise to eradicate all false -- I believe you said. The court reporter could read it back. 11:08:28 11:08:31 11:08:31 11:08:35

Q. Okay. 11:08:35
A. I believe you said we made a promise to eradicate all false information, and I don't think we ever would have made that promise -- 11:08:35 11:08:38 11:08:41
Q. Because -- 11:08:42
A. -- because we could never get that -- we could never get that done. 11:08:44 11:08:46
Q. It would be impossible to eradicate all misinformation on your platform; right? 11:08:49 11:08:53
A. I believe so. 11:08:54
Q. All right. So despite Facebook's promise to try and eradicate misinformation from its platform, were you aware that after Donald Trump assumed the presidency this year that Facebook fired all of its third-party fact checkers? 11:08:55 11:08:58 11:09:02 11:09:05 11:09:09
A. I don't believe we ever made a promise to eradicate misinformation on the platform, ever. I believe we tried to reduce it but not eradicate it and not all. 11:09:11 11:09:13 11:09:18 11:09:21
I am aware that Facebook exited the third-party, fact-checking program, but I don't believe they were employees. So I think saying they're fired is not accurate. 11:09:23 11:09:26 11:09:28 11:09:32
Q. Terminated the contracts of its third-party fact checkers is more accurate? 11:09:33 11:09:35

A. Yes, I believe so. 11:09:38
Q. What is -- were you aware that the third-party fact checkers were replaced with something called Community Notes? 11:09:40 11:09:44 11:09:49
A. I am not. 11:09:50
Q. All right. And how this has been explained to us in this case is that Community Notes makes the users the fact checkers? 11:09:52 11:09:57 11:10:10
A. I'm not familiar with Community Notes, and I'm no longer at the company. 11:10:15 11:10:17
Q. Okay. Let's talk about hate speech, violent and divisive posts. 11:10:20 11:10:22
Can you talk a little bit about what harm can come from allowing hate speech on a platform of over 3 billion users like Facebook? 11:10:26 11:10:28 11:10:30
A. I think hate speech is always -- not always -- hate speech -- nothing's "always." 11:10:33 11:10:36
Hate speech is very problematic, can be very harmful. I think it -- probably sometimes it forces people to think about their values and speak against it. In that case, you know, there's one impact. 11:10:40 11:10:43 11:10:50 11:10:52 11:10:55
In other cases, it has -- can have real world harm effects. It can have bad effects in and of itself. 11:10:56 11:10:59 11:11:03

I'm very against hate speech, and I believe people working at Facebook are as well. 11:11:04 11:11:06

Q. And Facebook represented that you don't allow hate speech on Facebook; right? 11:11:09 11:11:12

A. Yes. 11:11:14

Q. And on July 8th of 2020 in the Meta Newsroom you posted, "We've gone beyond existing hate speech protections to ban ads that are divisive and include fearmongering statements"; is that right? 11:11:16 11:11:21 11:11:26 11:11:29

A. Yes. We were always more restrictive in the content of ads than we were in the content of posts. 11:11:32 11:11:35 11:11:40

Q. You don't think that freedom of speech should be used as an excuse not to take down content? 11:11:40 11:11:43

A. Not as an excuse, no. 11:11:46

Q. Okay. And if there is hate speech or racist speech, it should be taken down despite the concept of freedom of speech; is that right? 11:11:48 11:11:51 11:11:53

A. I believe hate speech should be taken down. 11:11:56 11:11:58

Q. And, if you will, I'll have you turn to exhibit number -- give me one second to find it -- 396. 11:11:58 11:12:03 11:12:14

Do you recall Ms. McGinn asked you some questions about this? 11:12:20 11:12:22

A. Definitely. 11:12:23
Q. Had you -- do you remember ever seeing this document before she put it you in front of you today? 11:12:23 11:12:25 11:12:28
A. No. 11:12:28
Q. Do you know what the context was in which this document was created? 11:12:29 11:12:35
A. I think it was part of the audit we were doing in the investigation of our platform developers, but I don't know if it was the beginning, the middle, a final, what draft this was. 11:12:36 11:12:39 11:12:42 11:12:44
I don't know that unless this was the final document, which it doesn't look like it to me, they would have been subject to further investigation and work. 11:12:50 11:12:52 11:12:55 11:12:57
Q. She asked you a number of questions about particular points in the document, and I recall you saying things like "I see that here" or "That's here." 11:12:58 11:13:00 11:13:03 11:13:06
Other than just reading what was in the document or the parts of it that she pointed you to, do you know whether anything in this document is technically or factually accurate or not sitting here today? 11:13:06 11:13:09 11:13:12 11:13:15 11:13:18
A. I do not. 11:13:18

Q. At one point Ms. McGinn asked you, she said, "The app development investigation -- I think she meant App Developer Investigation -- really did a close look at only 700 of the millions of app developers and only shut down about 200 of them." 11:13:20 11:13:24 11:13:27 11:13:30 11:13:34

And my question to you is do you know if that's true or accurate? 11:13:37 11:13:38

A. I don't. 11:13:40

Q. She also asserted to you that many of the 200 apps that were shut down were reinstated. 11:13:40 11:13:43

Do you know if that's true or not? 11:13:46

A. I don't. 11:13:48

(Video deposition ends.) 11:13:56

MS. MCGINN: That's the end of that deposition, Judge. 11:13:56 11:13:57

At this time I would move and -- a lot of the exhibit numbers in the deposition have been renumbered for the Plaintiff's Exhibit list. So I would move 482, slides 19 and 20; Trial Exhibit 330, which is Sandberg Exhibit 397; Trial Exhibit 331, which is Sandberg Exhibit 398; Trial Exhibit 282, which is Sandberg Exhibit 399; Trial Exhibit 332, which is Sandberg Exhibits 400 and 401; Trial Exhibit 110, which is Sandberg Exhibit 402; Trial Exhibit 333, which is Sandberg Exhibit 406. 11:13:58 11:14:00 11:14:02 11:14:06 11:14:15 11:14:21 11:14:28 11:14:34 11:14:43 11:14:48

JUDGE FRANCIS J. MATHEW: Let me make sure I got the trial exhibit numbers. 11:14:53 11:14:54
MS. MCGINN: Okay. Judge. 11:14:55
JUDGE FRANCIS J. MATHEW: 482, slides 19 and 20. 11:14:58 11:15:00
MS. MCGINN: Correct. 11:15:01
JUDGE FRANCIS J. MATHEW: 330, 331, 292 -- 11:15:02 11:15:07
MS. MCGINN: 282, Judge. 11:15:07
JUDGE FRANCIS J. MATHEW: 282. 2-8-2. 11:15:16
Trial Exhibit 332, 110, and finally 333. 11:15:17
MS. MCGINN: That's correct, Your Honor. 11:15:23
JUDGE FRANCIS J. MATHEW: Ms. Hubbard. 11:15:32
MS. HUBBARD: No further objection, Your Honor. 11:15:32 11:15:33
JUDGE FRANCIS J. MATHEW: Trial Exhibits 482, 330, 331, 282, 332, 110, and 333 are admitted. 11:15:33 11:15:34
(Plaintiff's Exhibit 482 was admitted into evidence.)
(Plaintiff's Exhibit 330 was admitted into evidence.)
(Plaintiff's Exhibit 331 was admitted into evidence.)
(Plaintiff's Exhibit 282 was admitted into evidence.)

(Plaintiff's Exhibit 332 was admitted into evidence.)

(Plaintiff's Exhibit 110 was admitted into evidence.)

(Plaintiff's Exhibit 333 was admitted into evidence.)

MS. MCGINN: Judge, Mr. Rhodes is going to take over the next witness. 11:15:59 11:15:59

JUDGE FRANCIS J. MATHEW: Mr. Rhodes. 11:16:00

MR. RHODES: The State calls Dr. Serge Egelman to the stand. 11:16:02 11:16:04

JUDGE FRANCIS J. MATHEW: Dr. Egelman. 11:16:07

(DR. SERGE EGELMAN was sworn in by the Judge.) 11:16:26 11:16:28

11:16:28

DIRECT EXAMINATION 11:16:28

BY MR. RHODES: 11:16:30

Q. Good morning. At least I think it's still morning. 11:16:30 11:16:30

Can you please introduce yourself to the jury? 11:16:32 11:16:32

A. Yeah. 11:16:32

I'm Serge Egelman, and I study how people make decisions about privacy and security online. 11:16:32 11:16:36

Q. And what is it that you are here to 11:16:38

testify about today? 11:16:39
A. I am here to testify about the App Developer Investigation that Facebook did, what they found, and how that fits with the representations that they've made. 11:16:40 11:16:46 11:16:47 11:16:50
Q. And I think we should be up front with everyone that we have a lot of material to cover today, so I sometimes am not mindful of the time, and so if you need breaks, just let me know. 11:16:51 11:16:53 11:16:55 11:16:59
Can you describe for the jury what your background is in online privacy? 11:17:04 11:17:06
A. Sure. 11:17:08
So I direct a research lab at the University of California Berkeley that studies how people make privacy decisions online. 11:17:09 11:17:11 11:17:14
This sort of runs the spectrum from doing a lot of more social sciency stuff, with like interviews and surveys to understand people's privacy preferences, as well as their expectations when they use various online services, but also highly technical stuff where we, you know, do measurement studies to look at where personal data is going. 11:17:17 11:17:20 11:17:22 11:17:26 11:17:29 11:17:31 11:17:35
So one thing I did was there were a series of studies where we modified the Android operating system, so that we could give people phones 11:17:38 11:17:40 11:17:43

and it would log information about what apps are collecting about them. Then they'd come back to the lab, we'd show them that, and we'd ask how that comports with their expectations. 11:17:45 11:17:49 11:17:52 11:17:54

We've done a lot of building forensic tools like that to explore this space. 11:17:56 11:17:59

Q. I'm just going to make a note to slow down so that the court reporter can get everything down. I probably need that reminder as well. 11:18:00 11:18:03 11:18:05

Can you describe for the jury what kind of education and training you have to do that kind of work? 11:18:08 11:18:11 11:18:14

A. Sure. 11:18:14

I have an undergraduate degree from the University of Virginia in computer engineering, and then I did my Ph.D. at Carnegie Mellon University in the School of Computer Science. I also did a postdoc at Brown afterwards. 11:18:16 11:18:18 11:18:20 11:18:26 11:18:28

Q. Okay. Have you -- 11:18:29

Thank you. 11:18:30

Have you written any papers or books or reports on these topics? 11:18:30 11:18:35

A. Yeah, hundreds. 11:18:36

Q. Can you describe some of the most relevant ones to what you'll be testifying about 11:18:38 11:18:40

today? 11:18:43

A. Yeah. I mean, for the past 20 years, like this is firmly my research area. I've been, yeah, doing lots of studies to look at how people use various privacy settings and what they understand about the settings. 11:18:43 11:18:47 11:18:49 11:18:53 11:18:56

So one common theme for all this research is that oftentimes people make mistakes when they use these settings, and sometimes that's by design. 11:18:57 11:18:59 11:19:03

You might have heard the term "dark patterns" and basically that just means interfaces that are designed to try and trick you into doing something you might not otherwise do. 11:19:07 11:19:09 11:19:10 11:19:12

So I've done a bunch of studies in that space to look at how people accidentally misconfigure their privacy settings, how people make mistakes when using, you know, security interfaces, that sort of thing. 11:19:14 11:19:17 11:19:21 11:19:24 11:19:26

Q. And in your work before this case, have you studied and done research on Facebook specifically? 11:19:26 11:19:31 11:19:33

A. Oh, yeah. I mean, I've done a bunch of studies on Facebook in particular, so -- I mean, in my field specifically, for the past 20 years, people have been studying Facebook because, you know, a lot 11:19:33 11:19:36 11:19:41 11:19:43

of people are on it, and there are a lot of opportunities for people to make privacy mistakes. 11:19:45 11:19:48

So this has been kind of a recurring theme over the last 20 years where people who use Facebook are often surprised to find out where their data is going, who it's being shared with. 11:19:51 11:19:54 11:19:57 11:19:59

There are lots of studies on this as the interfaces have evolved as well. 11:20:10 11:20:12

So the earliest one I can think of goes back to 2006 when Facebook was first unveiled and showed that the students, who were the only Facebook users at that time, really struggled to understand what was being shared and what wasn't. Many didn't understand that privacy controls existed, and then this has been just a recurring thing. 11:20:14 11:20:16 11:20:21 11:20:23 11:20:25 11:20:28 11:20:31

I'm not going to -- I don't think we're going to go into too much detail about this. But, like, over the past 20 years, they've changed the privacy interfaces, but the research results are generally the same that no matter how they change them, people are still pretty confused and are surprised to find -- 11:20:33 11:20:35 11:20:38 11:20:41 11:20:45 11:20:45 11:20:45

(Discussion held off the record.) 11:21:37

Q. BY MR. RHODES: You were describing some of the studies that you and others have conducted 11:21:37 11:21:39

into Facebook's privacy settings over the years. 11:21:41

A. Yeah, I mean, it's not like these are unknown issues. This has been pretty well studied. 11:21:43 11:21:45

I mean, in my report I was just actually looking over before this, I cited over 20 papers. There are eight doctoral dissertations that I can think of about the problems with Facebook's privacy controls, and it's been recurring. 11:21:48 11:21:50 11:21:57 11:21:58 11:21:59

The most recent study I think I cited was from last year. More of the same. People struggled to understand what they're actually saying. 11:22:01 11:22:04 11:22:06

Q. Have you testified as an expert in online privacy issues before? 11:22:10 11:22:15

A. I have. 11:22:15

Q. Okay. In what kinds of cases? 11:22:16

A. Well, I guess the most recent one at trial was a year ago, also against Facebook. They were in trouble because there was a -- 11:22:18 11:22:19 11:22:21

MS. HUBBARD: Your Honor, may I be heard? 11:22:21

JUDGE FRANCIS J. MATHEW: Approach. 11:22:21

One second, Doctor. 11:22:37

(Sidebar discussion held.) 11:22:37

MS. HUBBARD: It's not relevant and it's prejudicial. 11:22:38 11:22:42

MR. RHODES: I can direct him not to say 11:22:42

what the case is about and explain what type, at a general level, of testimony he gave. 11:22:44 11:22:47

JUDGE FRANCIS J. MATHEW: Why don't you reword it because you left that open and -- 11:22:49 11:22:50

MR. RHODES: That wasn't my intent, Your Honor. I was just trying to establish what work he's done as an expert and if he was qualified. 11:22:54 11:22:55 11:22:59

JUDGE FRANCIS J. MATHEW: Let's reword that. 11:23:02 11:23:03

MS. HUBBARD: Thank you, Your Honor. 11:23:03

(Sidebar ends.) 11:23:05

Q. BY MR. RHODES: Without discussing the defendant in that case or the claims in that case, at a very general level, can you describe what type of expertise you were providing and type of opinions you were providing in that case? 11:23:10 11:23:12 11:23:14 11:23:18 11:23:22

A. Sure. 11:23:23

It was a mobile app that was using third-party advertising tools that belonged to a large technology company, and they were collecting data about, you know, ovulation, when you've had sex. All that sort of stuff. 11:23:24 11:23:28 11:23:31 11:23:34 11:23:39

MS. HUBBARD: Your Honor, I think this goes beyond the Court's ruling on this objection. 11:23:41 11:23:43

JUDGE FRANCIS J. MATHEW: Approach. 11:23:45

MR. RHODES: We can move on, Your Honor. 11:23:46
MS. HUBBARD: Thank you, Counsel. 11:23:49
Q. BY MR. RHODES: Dr. Egelman, do you only ever testify or do work against big tech companies? 11:23:51 11:23:56
A. No. I mean, they come to me for advice as well. 11:23:59 11:24:01
In the past year, I wrote two amicus briefs for Google. They came to me, I agreed with them on the issue. And so there was -- there were two cases, one at the Supreme Court, and so I agreed to write a declaration on their behalf because I agreed with them on the issue. 11:24:02 11:24:04 11:24:06 11:24:08 11:24:11 11:24:14
Q. So I want to turn now to the work that you did in this case. 11:24:16 11:24:21
Can you describe for the jury generally what kinds of materials did you have access to and review as part of your work here? 11:24:21 11:24:23 11:24:26
A. A lot of documents. So, you know, there was -- I'm going to talk about this in a bit, the App Developer Investigation, which I think you heard about a bit this morning. 11:24:28 11:24:32 11:24:36 11:24:37
I was given lots of materials that were generated from that. So there was a big database where all the investigators would put their notes. As the investigation progressed, that database was 11:24:39 11:24:40 11:24:43 11:24:46

several gigabytes, and I believe a total of like 50 million words so not -- not something you would just read through yourself line by line. 11:24:49 11:24:55 11:24:58

There were reports that were generated from the investigation. There were several thousand of those, as well as internal documents like e-mails, chats, presentations, that sort of thing where they would discuss all of this stuff. 11:25:00 11:25:02 11:25:04 11:25:09 11:25:15

But then there's also a lot of public information that I considered as well, such as public reporting that I've been aware of over time since I've studied this area for a while. 11:25:16 11:25:18 11:25:24 11:25:28

As well as just Facebook's documents that they post on their website, what they tell developers and the public about what they're going to do. 11:25:30 11:25:31 11:25:36

Q. Were there any restrictions that were put on your ability to ask for documents in this case? 11:25:38 11:25:40

A. Not that I'm aware. 11:25:42

Q. Okay. Did you feel like you had enough material to be able to arrive at the conclusions that you came to in this case? 11:25:46 11:25:48 11:25:50

A. Yeah. I mean, I asked to get access to the whole -- to get access to the discovery database. I know that I wasn't granted access to every document, but I wanted to be able to, you know, when 11:25:52 11:25:56 11:26:00 11:26:02

I saw documents cited in things that came up during my investigation be able to search for what's this document and pull it out, so I could get a good understanding of it. So I didn't feel that my access to documents was restricted in any way. 11:26:04 11:26:06 11:26:09 11:26:11 11:26:14

Q. Okay. 11:26:16

MR. RHODES: Your Honor, at this time we'd ask that Dr. Egelman be qualified as an expert in online privacy. 11:26:18 11:26:19 11:26:21

MS. HUBBARD: No further objection, Your Honor. 11:26:23 11:26:24

JUDGE FRANCIS J. MATHEW: Dr. Egelman is accepted as an expert. 11:26:25 11:26:27

MR. RHODES: Thank you. 11:26:30

Q. BY MR. RHODES: Dr. Egelman, have you prepared some slides to assist the jury in understanding your testimony today? 11:26:31 11:26:33 11:26:35

A. I have. How did you guess? 11:26:36

Q. I had a feeling. 11:26:38

MR. RHODES: Mike, if we could pull those up. 11:26:39 11:26:41

Q. BY MR. RHODES: The first thing I want to talk about is how Facebook makes money, and specifically how Facebook makes money with respect to the data of its users. 11:26:44 11:26:46 11:26:48 11:26:50

Can you explain that for the jury? 11:26:51

A. They sell ads. The main, you know, 11:26:54
revenue stream is from advertisers going to them, 11:26:57
paying Facebook money to show very specific people 11:27:01
ads. 11:27:04

Facebook is able to target ads because of 11:27:05
all the personal information that it collects from 11:27:07
people, and this relies on several different things 11:27:09
happening. 11:27:13

So, one, they need a lot of users who are 11:27:15
user Facebook. Right. The more people who are on 11:27:16
Facebook, the more opportunity to show those people 11:27:19
ads and the more advertisers are willing to pay 11:27:21
Facebook money. 11:27:24

But Facebook also needs to draw those 11:27:25
people to Facebook somehow, and they started doing 11:27:27
this by creating a platform so that you could have 11:27:30
third-party developers. And the enticement for these 11:27:33
developers is they get access to the personal data 11:27:37
that Facebook has collected from Facebook users. And 11:27:40
in exchange the value proposition is, you know, 11:27:44
Facebook, in return, gets growth by convincing 11:27:47
developers to develop for its platform, those 11:27:50
developers create, you know, new experiences like 11:27:53
themes or whatever, and that gets people on Facebook 11:27:57

longer, which means more opportunity to show them ads. 11:28:00 11:28:00

If there are fun things to do on Facebook, that means more time on Facebook. Engagement they call it. More engagement means more ads shown to people, more revenue. 11:28:00 11:28:04 11:28:07 11:28:10

Q. I want to talk more about this term "app developers," because it's something that has come up at the trial, but it's not a term certainly that I use ordinarily every day. 11:28:12 11:28:16 11:28:18 11:28:21

Can you say more about who the -- what kinds of individuals, companies, who are these app developers generally? 11:28:22 11:28:24 11:28:27

A. By "app developers," I'm just referring to third parties that create software. So, third-party companies that are not Facebook that make software, and this runs the gamut. 11:28:28 11:28:30 11:28:35 11:28:39

So you have, you know, large enterprises like Microsoft, for instance, they have a relationship with Facebook. 11:28:41 11:28:44 11:28:48

But it also goes, you know, all the way to just random developer working in their bedroom. 11:28:49 11:28:50

And the reason is to become a Facebook developer and get access to all of this user data, you just need to be able to go to their website and 11:28:55 11:28:58 11:29:00

click a button basically, to fill out a form to sign up, and then you get access to the whole platform. 11:29:03 11:29:06

Q. And so you mentioned going to other websites. Am I understanding correctly that the term "app developer" includes not just games and things that you play within Facebook, but also if you log into a company on another website? 11:29:09 11:29:10 11:29:12 11:29:16 11:29:19

A. Yes. So that's part of the value proposition. Facebook wants lots of third parties using their tools because that's another avenue for collecting data from those people. 11:29:22 11:29:25 11:29:29 11:29:32

So if Facebook doesn't have third-party app developers, the only data they're collecting from people is when they're on Facebook, what they do on Facebook in those moments. 11:29:33 11:29:34 11:29:38 11:29:41

But by convincing third-party developers to integrate Facebook's tools, then those third parties send Facebook data about what Facebook users use on those services. 11:29:42 11:29:44 11:29:47 11:29:50

So their tools for websites, you might go to a website that has nothing to do with Facebook, and you'll probably be surprised when you find that that website was secretly sending Facebook data about what you were doing on the website. 11:29:52 11:29:55 11:30:01 11:30:03 11:30:05

This happens in mobile apps too, and, 11:30:06

actually, this is the basis for a lot of the other lawsuits that I've been asked to opine on. It's when that data is sort of surreptitiously collected or in ways that might violate laws. So that's -- they get a lot of data that way. 11:30:09 11:30:10 11:30:13 11:30:16 11:30:19

Q. And all of those situations can encompass app developers; is that right? 11:30:20 11:30:24

A. Yeah. Absolutely. 11:30:25

Q. Okay. And I think you have a slide on that, so I'm going to advance to the next slide, if there's no objection. 11:30:26 11:30:28 11:30:31

A. Yes. So -- 11:30:34

Q. Okay. So is this what you were -- 11:30:35

MS. HUBBARD: Your Honor, we do have a really quick objection if this slide could come down for a moment. Thank you. 11:30:38 11:30:39 11:30:42

JUDGE FRANCIS J. MATHEW: Approach. 11:30:50

(Sidebar discussion held.) 11:30:50

MS. HUBBARD: Your Honor, this slide looks at when users are not on Facebook, and none of the alleged statements that are at issue in the case apply to off-Facebook activity; in other words, Facebook's not being accused of misrepresenting anything about what happens off of Facebook. 11:30:52 11:30:55 11:31:00 11:31:04 11:31:09 11:31:12

So we have an objection on Rule 402 11:31:14

relevance, as well as there's some prejudice to this, but it's mostly -- it doesn't have anything to do with the alleged misstatements. 11:31:17 11:31:22 11:31:26

MR. RHODES: Not true. 11:31:28

What Dr. Egelman just explained is the app developers, any time we talk about the App Developer Investigation, the millions of app developers that work with Facebook, what Dr. Egelman just explained is that includes both companies that are providing services within Facebook and also companies that provide services off of Facebook. And what -- and what this -- what this slide helps show -- this is critical for the jury to understand, Your Honor, is that app developers, as that term is used by Facebook and as that term is used in statements that are at issue in this case, includes both services that are provided within the Facebook app, but also -- and this is what the slide shows when you log into another service, and you click that login with Facebook button, that is an app developer -- that is an app developer that is sending data to Facebook and it's getting your data from Facebook. 11:31:29 11:31:32 11:31:35 11:31:37 11:31:39 11:31:41 11:31:45 11:31:50 11:32:42 11:32:43 11:32:46 11:32:50 11:32:53 11:32:55 11:32:58 11:33:01 11:33:06 11:33:08

This is -- it's not an intuitive concept. So the jury needs to be able to see that Facebook login button to understand that it includes both 11:33:11 11:33:14 11:33:17

things. 11:33:19

MS. HUBBARD: Your Honor, the header is suggesting that this is about some conduct when users are not on Facebook -- 11:33:21 11:33:23 11:33:26

MR. RHODES: It is. 11:33:28

MS. HUBBARD: There are no statements about that at all. 11:33:30 11:33:31

JUDGE FRANCIS J. MATHEW: I think you could explain that on cross. 11:33:32 11:33:33

Overruled. 11:33:35

MS. HUBBARD: Thank you. 11:33:35

(Sidebar ends.) 11:33:43

Q. BY MR. RHODES: We're going to go to the next slide. 11:33:44 11:33:47

Okay. You were just describing the different types of app developers, and I think you were describing some of the ways that app developers can get Facebook -- get information from Facebook, even when Facebook users are using the app developer services on their own website. 11:33:47 11:33:50 11:33:53 11:33:57 11:34:00 11:34:04

Can you explain that and what is described in this slide? 11:34:05 11:34:08

A. Yeah. On this slide it depicts three different ways that they do that. 11:34:11 11:34:13

So one is in the center, the Facebook 11:34:14

login button, and this kind of exists for most of this case and is involved in it. 11:34:16 11:34:20

You go to a website that requires you to create an account, maybe you don't want to create a new account or have to remember a new password or whatnot. So then you click the log in with Facebook button, and what happens when you do that it pops open a window that allows you to log in using your Facebook account. 11:34:23 11:34:25 11:34:27 11:34:30 11:34:37 11:34:41 11:34:41

And what's happening then, if you log in correctly to your Facebook account, Facebook sends a message to the website to vouch for you that, yes, this is this user, and Facebook then allows that website to access data about you. 11:34:41 11:34:42 11:34:45 11:34:48 11:34:51

So, basically, anything that's in your profile that you haven't bothered to go through the confusing privacy settings to prevent the API from accessing, and people don't understand that there's a totally separate set of privacy controls that govern how websites like this are able to access that data versus other people on Facebook. 11:34:53 11:34:57 11:35:00 11:35:03 11:35:06 11:35:08 11:35:11

And this is actually very commonly confused, and it was confused in the opening as well. 11:35:13 11:35:17

You might remember Mr. Butswinkas was explaining that to prevent share of stuff you just 11:35:20 11:35:24

click this menu -- 11:35:26

MS. HUBBARD: Your Honor -- 11:35:27

JUDGE FRANCIS J. MATHEW: Excuse me. Approach. 11:35:29 11:35:30

(Sidebar discussion held.) 11:35:39

JUDGE FRANCIS J. MATHEW: He can't comment on what the attorneys are saying or other witnesses at this time. 11:35:39 11:35:40 11:35:42

(Sidebar ends.) 11:36:34

Q. BY MR. RHODES: If you have something that you'd like to explain to the jury, that's fine, but if you can just do it without referring to counsel's opening. 11:36:35 11:36:36 11:36:37 11:36:40

A. There's a totally different set of privacy controls that regulates whether companies get access to this data, as opposed to the interpersonal privacy settings on Facebook. 11:36:41 11:36:44 11:36:47 11:36:48

If you've used Facebook, you might remember like the drop-downs for sharing things with friends only or only me, that's totally separate from how this stuff works. 11:36:49 11:36:51 11:36:53 11:36:58

And so that said, so, yeah, there's websites you can log in with Facebook and then that allows the website to collect your personal data, as well as we're going to hear data from your friends. 11:37:00 11:37:03 11:37:06 11:37:09

There's also Facebook has software components that -- 11:37:13 11:37:16

JUDGE FRANCIS J. MATHEW: We're getting much more reverberation. 11:37:20 11:37:21

THE WITNESS: They have software components that also go in mobile apps, and those, basically, you know, they have similar functionality you can also sign in with Facebook potentially, but they also do what's called event reporting or they like to say analytics. And, basically, what that means is just tracking what you do in those third-party services. So like what you do in a mobile app or what you do on another website, that data gets sent to Facebook, and then Facebook basically augments the profile data that they already store about you with more of that information. 11:37:34 11:37:35 11:37:38 11:37:41 11:37:44 11:37:46 11:37:48 11:37:51 11:37:53 11:37:56 11:38:00 11:38:03

So if they know about the apps you use, what you do in them, and same things about what you do on websites and they use that to further target apps at you. 11:38:05 11:38:09 11:38:11 11:38:15

They're also -- they offer services to do this in physical locations too. 11:38:16 11:38:18

So you might go into a brick-and-mortar store, sign in with your customer loyalty card, or whatever, and then that brick-and-mortar store 11:38:20 11:38:23 11:38:27

reports to Facebook that you just shopped there. That's another service that they provide. 11:38:30 11:38:31

So they have lots of ways of collecting lots of data about you when you're not using Facebook, or when you think you're not using Facebook. 11:38:33 11:38:35 11:38:36 11:38:39

Q. BY MR. RHODES: And you mentioned API, which is something that the jury has heard some about. 11:38:39 11:38:42 11:38:44

A. Yeah. 11:38:45

Q. But can you give us your explanation of what an API is as it's relevant to your testimony here? 11:38:45 11:38:48 11:38:51

A. API, all you need to think about is it's just the way that two different pieces of software talk to each other. That's it. It's like a communications protocol for two different pieces of software to communicate. 11:38:51 11:38:54 11:38:57 11:39:00 11:39:02

So for people, for developers to send data to Facebook, Facebook needs to have a specification that those developers will follow so that their software can correctly communicate with Facebook servers. And so the API specification will explain, you know, all the functions that are available to developers, the expected input for those 11:39:04 11:39:06 11:39:09 11:39:12 11:39:14 11:39:18 11:39:20

functions, and then the output so that the developers know how to correctly communicate with Facebook servers to use different functionalities. 11:39:23 11:39:25 11:39:29

So when you hear "API," just think software components talking to each other. 11:39:31 11:39:35

Q. And another concept we've heard about in this trial so far is the idea of friend data versus user data. Can you explain that distinction for the jury? 11:39:37 11:39:40 11:39:41 11:39:43

A. Yeah. So on Facebook it's, you know, a social network. You go there to, you know, talk with your friends. The average Facebook user has something like 350 friends. 11:39:43 11:39:46 11:39:50 11:39:53

For a period of time up through, well, 2015, and as we'll see well beyond that, when third parties requested access to Facebook data, for instance, because you use the Facebook log-in button or maybe because you authorized on app to play on Facebook, like FarmVille or Words With Friends, those were very popular ones that I might talk about. 11:39:56 11:40:00 11:40:04 11:40:08 11:40:10 11:40:15 11:40:18

When a user, you know, authorized this app, then what happens is not only does the app developer get access to all of that user's Facebook profile data, but also similar profile data from their friends. 11:40:21 11:40:25 11:40:27 11:40:31 11:40:35

So, you know, this is everything from like name, photos, where I think -- yes, we're going to go into this. So, you know, you might think it's just names of friends or maybe their pictures, but that's not accurate at all. 11:40:36 11:40:38 11:40:43 11:40:47 11:40:50

In fact, a lot of this data that they're collecting from friends is pretty sensitive. So things like religious affiliation, you know, politics, your relationships, you know, photos, videos, the check-ins. So, like, physical places you've been to. That sort of thing. 11:40:52 11:40:55 11:40:57 11:41:01 11:41:10 11:41:14

So there's a lot of data that third-party companies could get access to once a user starts using a Facebook app. 11:41:15 11:41:18 11:41:20

Q. And so I just want to be really clear so that we're all on the same page. We'll use the FarmVille example since that's been discussed a lot. 11:41:22 11:41:24 11:41:28

If I am a Facebook user in New Mexico and I download or access FarmVille, and you and I, you know, were high school friends 20 years ago, but you're one of my Facebook friends, you're saying that the app developer who makes FarmVille can get your information just because I signed up for that game? 11:41:32 11:41:35 11:41:40 11:41:44 11:41:47 11:41:52

A. Yeah, absolutely. There's just -- there's no way for the friends to consent to any of 11:41:56 11:41:59

this, and they're not even going to be aware of it. 11:42:02

When one of their friends accesses a third-party service, their data gets collected. There's no way that, you know, the friend knows about this or, you know, can consent in any meaningful way and Facebook -- people started to figure this out and Facebook was starting to get some heat for this around 2010 or so. There were a bunch of studies, you know, showing that people did not understand that this was occurring at the time. 11:42:05 11:42:07 11:42:09 11:42:11 11:42:14 11:42:16 11:42:19 11:42:23 11:42:25

Q. Okay. And then next, do you have a slide on the timeline? So I want to shift from the -- 11:42:27 11:42:29

MS. HUBBARD: I need to be heard on this one, Your Honor. 11:42:35 11:42:37

JUDGE FRANCIS J. MATHEW: Approach. 11:42:38

(Sidebar discussion held.) 11:42:38

MS. HUBBARD: Thank you, Your Honor. 11:42:42

The timeline that counsel was about to show includes references to a consent decree with the FTC that is not in this case, and we object to any references to FTC consent decrees under Rule 408, of course. Also under Rules of Relevance and it's highly prejudicial. 11:42:46 11:42:49 11:42:53 11:42:57 11:43:03 11:43:06

The companies entered into settlements with other entities, whether it's the FTC or other 11:43:10 11:43:13

regulators, in other cases that is really not admissible under Rule 408, and it would be precluded under Rules 402 and 403 in any event. 11:43:17 11:43:20 11:43:24

And there is quite a few documents that counsel has disclosed that apply to this particular issue. I think it's a pretty important issue. We were hoping to argue it over lunch, but we would object to having this timeline shown to the jury with the FTC on it. 11:43:28 11:43:31 11:43:34 11:43:38 11:43:40 11:43:44

MR. RHODES: So a couple things, Your Honor. 11:43:45 11:43:47

Your Honor is going to read to the jury definition of lawfulness under the UJI. Knowledge that conduct could cause harm. 11:43:51 11:43:53 11:43:58

There's only so many ways you could prove that to a jury, and one of them is that you were told not to do something and that that could cause harm. And if you continue to do it afterwards, then that would give you willfulness. 11:44:00 11:44:02 11:44:06 11:44:10 11:44:13

So that is the only reason that we are presenting it to the jury. We're not making any propensity argument. I understand the concern, and what I want to say is this I believe is the only time that the FTC consent order is going to come up because it is relevant to the timeline, and when 11:44:14 11:44:17 11:44:20 11:44:23 11:44:27 11:44:31

Facebook, we allege, continued to do things. 11:44:33

The other documents she's referring to are typically very large documents, Congressional records where somewhere -- and they objected to our including only the narrower excerpt of the version, so somewhere in the document there's a discussion of the FTC. 11:44:39 11:44:40 11:44:44 11:44:49 11:44:52 11:44:55

I can't plan to ask any questions about it. I don't expect the witness to discuss it ever again, other than in the context of this timeline. 11:44:56 11:44:58 11:45:00

MS. HUBBARD: Your Honor, first of all, it is propensity evidence in addition to the 408 evidence, so I object on that grounds as well. 11:45:04 11:45:05 11:45:09

It's actually a huge issue that could infect the whole case. And just saying that it might be hard to find because it's buried someplace in a document, that doesn't solve it. The particular reference to the FTC settlements should not be coming into the case. 11:45:11 11:45:15 11:45:18 11:45:21 11:45:23 11:45:28

JUDGE FRANCIS J. MATHEW: What is the settlement decree? 11:45:36 11:45:36

MR. RHODES: I don't know all of the details, but my understanding is that there were concerns about how Facebook's privacy settings were being represented to its users. And in 2012 the 11:45:40 11:45:41 11:45:41 11:45:44

government and Facebook entered into an agreement saying we won't do that again, you know, it's one of those types of things. We won't do that again. We won't misrepresent our privacy policies to our users. 11:45:49 11:45:54 11:45:57 11:46:01

I hope -- I think I have that generally right. I'm sure it was much more complicated than that, but we're not getting into the details of that at all. 11:46:04 11:46:06 11:46:09 11:46:13

It's, again, just to establish that they had knowledge that this was potentially an issue and could cause harm and that goes directly to the definition of willfulness that the jury is going to be read. 11:46:14 11:46:15 11:46:18 11:46:21 11:46:26

MS. HUBBARD: But isn't that classic propensity evidence then? 11:46:26 11:46:27

JUDGE FRANCIS J. MATHEW: This decree says that they will not misrepresent the privacy clauses, and this witness will be able to establish misrepresentation? 11:46:35 11:46:37 11:46:45 11:46:53

MR. RHODES: Uh-huh. 11:46:57

JUDGE FRANCIS J. MATHEW: Overruled. 11:46:59

MR. RHODES: Thank you, Your Honor. 11:47:00

JUDGE FRANCIS J. MATHEW: Would counsel approach? 11:47:11 11:47:11

I just want to make sure he's on a short 11:47:14

leash on this. 11:47:16
MR. RHODES: Understood, Your Honor. 11:47:17
(Sidebar ends.) 11:47:25
Q. BY MR. RHODES: Dr. Egelman, I want to move to the next slide. I just want to flag that there's a reference to an FTC consent. 11:47:34 11:47:35 11:47:38
If you could give the jury the briefest explanation of what that is in the context of everything else you're discussing but not elaborate too much. 11:47:43 11:47:46 11:47:47 11:47:49
A. Okay. I'm sure someone will say something if I say too much. 11:47:50 11:47:57
Q. Okay. Oh, fun this is an animated one. 11:47:58
So I'm actually going to try to just go ahead and get everything on the screen because I don't like these animations. 11:48:00 11:48:02 11:48:04
Okay. I think that's everything. 11:48:09
Okay. Can you please explain to the jury. We've been talking about a lot of general things about how Facebook works and this data works, but you've been investigating a particular time period and a particular set of events; is that right? 11:48:11 11:48:17 11:48:19 11:48:21 11:48:23
A. Yeah. Yeah. 11:48:25
Q. Okay. 11:48:26
A. Like the precursor to all this I think is 11:48:26

around 2007 when they started to switch to the platform and open it up to third parties. 11:48:29 11:48:31

But as a result of that, there was, you know, three years later in 2010 people were starting to hear about all of the privacy issues on Facebook, and there had been a bunch of studies at this point about how hard it is to use the privacy controls. And so that eventually led to the FTC taking action, and Facebook agreed to a settlement that, you know, stated that they're no longer allowed to misrepresent what their privacy practices are. 11:48:34 11:48:36 11:48:39 11:48:42 11:48:43 11:48:47 11:48:52 11:48:56 11:48:59

Q. And what happened after that? 11:49:01

A. A lot. 11:49:02

So they decided, you know, in the wake of this FTC thing, a bunch of bad press surrounding privacy as well that they were going to get out ahead of it and do a big PR push about how great they are on privacy. And so this is where, you know, I guess I had mentioned before that pre-2014 any app that, you know, a user used, such as logging into Facebook on a website, you know, using Facebook log-in on a website versus -- you know, using an app -- a third-party app on Facebook like FarmVille, Words of Friends, pre-2014 that would allow data from all of that user's friends to be accessed by the developer 11:49:05 11:49:07 11:49:12 11:49:15 11:49:18 11:49:23 11:49:27 11:49:30 11:49:34 11:49:37 11:49:40 11:49:46

as well. 11:49:48

And this was also some of the basis for people being upset and the bad press when, you know, several years later people are finally figuring out that all this data is being collected about them. 11:49:50 11:49:52 11:49:55 11:49:59

So they decide they're going to get out in front of it by making this big announcement that they're overhauling the platform so that you're in control and developers would no longer be able to access this friends' data. 11:50:01 11:50:03 11:50:06 11:50:09 11:50:12

And -- but, you know, secretly they had, you know, all moderation decisions are done equally, but some are more equal than others. They had a secret list of developers who would be exempt from the policy, and so those developers were allowed to secretly continue accessing the friends' data. 11:50:15 11:50:19 11:50:21 11:50:24 11:50:26 11:50:29

Zuckerberg in April of 2014 makes this big announcement at their annual conference. So I mean you might be familiar with the ones like Apple, whenever they have a product announcement, they do this big, you know, conference that's televised. They invite the press. 11:50:31 11:50:35 11:50:39 11:50:42 11:50:44 11:50:47

Facebook was doing a very similar thing where they'd have this conference, they called it F8. They'd invite the media to attend, as well as their 11:50:49 11:50:52 11:50:54

actual customers, like advertisers, and they'd use it to announce big product announcements that they could then publicize and do the press tour about. 11:50:58 11:51:02 11:51:04

So he uses that opportunity to make this announcement and he gives developers a year. So he says that starting May of 2015 developers will no longer be able to use the previous version of the API that allowed access to the friends' data, and that they have one year to change their software to use the newer version of the API that won't allow access to the friends' data, unless each of the friends actually consents to it. 11:51:08 11:51:10 11:51:15 11:51:19 11:51:25 11:51:25 11:51:27 11:51:30 11:51:32

Does that make sense? 11:51:33

Q. Let's hope so. 11:51:37

So what happened after that? 11:51:38

A. So turns out that wasn't entirely accurate. You know, I mean it works; right? There are fewer investigations and no one's really talking about privacy on Facebook for a couple of years until the Cambridge Analytica scandal breaks. 11:51:39 11:51:45 11:51:49 11:51:51 11:51:54

So there was multiple news articles in May -- in March of 2018 about the Cambridge Analytica scandal, and what had happened there is, I guess you've probably heard about this a bunch, is that there was this researcher at the University of 11:51:57 11:52:01 11:52:06 11:52:08 11:52:11

Cambridge who had built this basically personality test app to harvest data, not just from the people who used the app but also their friends, and then he sold that data to a company, which was, in turn, selling the same data to political campaigns to try and basically do highly targeted ads to sway votes. 11:52:16 11:52:20 11:52:21 11:52:24 11:52:26 11:52:30

So that scandal came out that they had been -- this happened back in 2016 -- well, it actually start -- it goes back even further to like 2013, 2014. Facebook knew about it in 2015. They had them sign a secret settlement agreement in 2016 where Cambridge Analytica, I guess, pinky-promised to delete the data, and then we didn't really -- none of that was made public in 2016 when they signed this settlement agreement. 11:52:34 11:52:36 11:52:40 11:52:44 11:52:49 11:52:52 11:52:55 11:52:59 11:53:03

And, actually, I looked online to try and see when -- what actually prompted the settlement agreement to eventually be made public, and it was because there was an inquiry in the UK when all of this happened, when this was then being, you know, reported on in the media, the UK had their own investigation. 11:53:03 11:53:06 11:53:09 11:53:11 11:53:14 11:53:16 11:53:19

And so from what I understand, under subpoena, Facebook finally revealed that, oh, yeah, we knew about this several years ago and here's this 11:53:20 11:53:22 11:53:25

settlement agreement where we promised -- they promised us they were going to delete the data. Turns out, you know, they didn't actually delete the data. 11:53:27 11:53:29 11:53:32 11:53:34

Q. And then what was -- what was Facebook's reaction to these reports in the media about Cambridge Analytica in 2018? What did they do next? 11:53:35 11:53:40 11:53:43

A. Another apology tour. 11:53:46

So they started this, you know, another apology tour in April of 2018 saying that they're going to launch a full investigation into this to make sure there are no other Cambridge Analyticas, and what they meant by that is third-party developers, you know, extracting data from Facebook in ways that violate Facebook's policies, and so Zuckerberg, you know, publicly promised if they find apps doing anything improper that they would ban them and force data deletion and that they'd notify all impacted users. 11:53:48 11:53:52 11:53:54 11:53:55 11:53:57 11:54:03 11:54:05 11:54:08 11:54:13 11:54:16 11:54:20

Q. Did they do that? 11:54:20

A. No. That's why we're here; right? 11:54:21

So fast -- so that investigation started around that time period, March/April of 2018, and it's wild because even into 2018 there were still apps that were using Version 1 of the API and had 11:54:24 11:54:28 11:54:32 11:54:36

access to the friends' data, even though for years at this point Facebook has been publicly promising that apps can't access this data. 11:54:39 11:54:42 11:54:44

During this there's, you know, more public reporting, some -- 11:54:45 11:54:49

Maybe I'm getting ahead of myself. 11:54:51

There's another article about all the secret agreements that Facebook had had all along with companies granting them access to the friends' data. 11:54:53 11:54:55 11:54:57 11:55:00

And, anyway, so they launched this investigation and basically in the end they declare that they didn't identify any additional data misuse, and so, therefore, they're not going to notify anyone and then they quietly closed the investigation in 2021. 11:55:01 11:55:04 11:55:07 11:55:10 11:55:12 11:55:16

Q. And the investigation you're referring to, is that what's -- the same as what's been referred to as the App Developer Investigation or the ADI? 11:55:16 11:55:19 11:55:22 11:55:26

A. Yes. 11:55:27

Q. Okay. Great. 11:55:27

We're going to go more deeply and slowly into each of these topics, but thank you for giving us a broad overview. 11:55:27 11:55:31 11:55:34

JUDGE FRANCIS J. MATHEW: Counsel, would this be an appropriate time for the break? 11:55:35 11:55:36

MR. RHODES: It would be a perfect time for break. Thank you, Your Honor. 11:55:39 11:55:40

JUDGE FRANCIS J. MATHEW: Ladies and gentlemen, at this time we're going to break for lunch. I'll ask you to be back so we can start at 1:15. 11:55:41 11:55:42 11:55:44 11:55:47

During recess do not discuss this case with anyone other than yourselves and only in the jury room when all of you are present. Do not attempt to decide the outcome of the case before you begin final deliberations. 11:55:50 11:55:52 11:55:54 11:55:57 11:55:59

Please continue to wear the jurors' badges while in and around the courthouse. If someone other than a fellow juror happens to discuss the case in your presence, report that fact at once to a member of my staff. 11:56:00 11:56:03 11:56:05 11:56:07 11:56:10

If you happen to see or hear any news accounts of the trial, please report that fact to a member of my staff. 11:56:12 11:56:14 11:56:17

Though it is natural to visit with people you meet, please do not talk with any of the attorneys, parties, witnesses, or spectators either in or out of the courtroom. 11:56:18 11:56:20 11:56:23 11:56:25

With that, we'll be in recess until 1:15. 11:56:28
THE BAILIFF: All rise. 11:56:32
(Jury exits courtroom.) 11:56:34
(Recess held off the record.) 12:33:29
JUDGE FRANCIS J. MATHEW: We're back on the record. 12:33:29 12:33:31
Mr. Manning. 12:33:32
MR. MANNING: Good afternoon, Your Honor. 12:33:33
I'm trying to streamline some of the objections to Dr. Egelman's slides. There are a number of slides that Dr. Egelman intends to cover that talk about the alleged impact on New Mexico users by data misuse by Cambridge Analytica, et cetera. 12:33:36 12:33:38 12:33:41 12:33:49 12:33:53 12:33:53
The State has repeatedly said and told the Court that reliance or impact on New Mexico users is not relevant. The Court has excluded our expert, who was intending to present evidence on that issue. 12:34:05 12:34:06 12:34:08 12:34:13
It is not relevant and it would be unduly prejudicial to allow Dr. Egelman to testify about alleged user impacts on New Mexico users or present slides on that topic. 12:34:18 12:34:21 12:34:25 12:34:31
Some of the slides also show the alleged impact of the Cambridge Analytica matter for -- 12:34:32 12:34:42
JUDGE FRANCIS J. MATHEW: Just so I'm 12:34:42

clear, are we talking about this direct examination of Dr. Egelman? And I don't have page numbers. 12:34:43 12:34:48

MR. MANNING: I don't either, Your Honor. There was an additional version that had them. This one doesn't have them. 12:34:48 12:34:48 12:34:48

(Discussion held off the record.) 12:35:15

JUDGE FRANCIS J. MATHEW: Mr. Manning. 12:35:15

MR. MANNING: So, for example, on the immediate next slide after the timeline that Dr. Egelman just discussed, there's a summary of opinions, and the third opinion there is "Many New Mexico users were impacted by data misuse." 12:35:16 12:35:18 12:35:22 12:35:24 12:35:28

If we go a few slides later, I want to say let's see -- one, two, three, four, five, six slides later, there's -- 12:35:36 12:35:39 12:35:48

JUDGE FRANCIS J. MATHEW: Six slides later? 12:35:52 12:35:53

MR. MANNING: Yes. It's a slide titled "The ask." 12:35:53 12:36:01

JUDGE FRANCIS J. MATHEW: Okay. 12:36:02

MR. MANNING: And the final item there says, "How many New Mexico users were impacted by data misuse? Nearly all." 12:36:02 12:36:03 12:36:08

And then if we go, let's see, one, two, three, four, five, six slides later, there's a slide 12:36:13 12:36:15

that says, "How I analyzed Facebook's app investigation records"? 12:36:26 12:36:30

JUDGE FRANCIS J. MATHEW: Yes. 12:36:32

MR. MANNING: And there's a step 3 that says, "Measure impact, cross-referenced identified apps with available New Mexico user data." 12:36:33 12:36:35 12:36:39

And then if we go one slide later, there's a slide titled "My findings." And the final finding says, "New Mexican Facebook users impacted, 1,146,225." 12:36:45 12:36:47 12:36:52 12:36:59

And then if we go one, two, three, four, five, six, seven slides later, there's a slide titled, "How I measured the impact in New Mexico." And it discusses "Matching apps defects Facebook's New Mexico data, deduplicate people, calculate unique New Mexico Facebook accounts." 12:37:03 12:37:13 12:37:23 12:37:29 12:37:34 12:37:39

The very next slide titled "Facebook's production confirmed the scale." 12:37:49 12:37:53

There's another calculation here. "To apps with New Mexican Facebook users and New Mexican Facebook users impacted" and comparing it at the bottom in the orange that number to Facebook's 2020 New Mexico monthly active user population. 12:37:55 12:38:01 12:38:05 12:38:09 12:38:14

And then three slides later, the final slide, the third point says, "Many New Mexico users 12:38:25 12:38:27

were impacted by data misuse." 12:38:30

And, again, Your Honor, these are -- this is on a topic that the State has repeatedly said is not relevant to the case and where the Court has excluded our expert who would rebut the notion that Facebook -- New Mexican Facebook users were impacted. And so we would ask the Court to exclude those slides and any testimony on that topic by Dr. Egelman. 12:38:33 12:38:35 12:38:40 12:38:43 12:38:46 12:38:49 12:38:54

JUDGE FRANCIS J. MATHEW: Thank you. 12:39:04

MR. MANNING: I'll pause there. 12:39:04

JUDGE FRANCIS J. MATHEW: Mr. Rhodes. 12:39:06

MR. RHODES: Yes. 12:39:08

So there's a couple things that I want to correct, Your Honor. 12:39:09 12:39:11

But first let me just say that, you know, this opinion has always been in Dr. Egelman's report for well over a year, maybe two years now. So it's just curious that they have never raised this before. 12:39:14 12:39:17 12:39:22 12:39:27

They're effectively making a motion to preclude -- a significant motion to preclude under the guise of an objection to our slides. They never raised this when they made their motion to exclude certain limited opinions of Dr. Egelman previously. Even though, I just want to be clear, that these are not new opinions, these have always been in his 12:39:33 12:39:36 12:39:38 12:39:41 12:39:44 12:39:46 12:39:49

report. 12:39:52

It also is absolutely not correct to say that the State has maintained the position that the impact or the number of New Mexican Facebook users impacted is not part of our case. 12:39:53 12:39:55 12:39:59 12:40:04

What I believe Mr. Manning is conflating is our argument, which is absolutely correct under the law, as Your Honor has recognized, that New Mexico law does not require reliance by any particular number of New Mexicans on the statements. 12:40:06 12:40:09 12:40:13 12:40:17 12:40:20

You can make a statement that tends to deceive -- yes, you understand that. 12:40:23 12:40:25

This is something very different. 12:40:27

So what we're talking about here is calculating the number of New Mexicans to whom the deceptive conduct was directed. 12:40:29 12:40:32 12:40:38

And let me explain that. 12:40:41

As I think everyone now understands, one of our categories of deception is around this App Developer Investigation, and specifically Facebook's promise that it was going to do this big investigation, figure out, you know, whose data was misused and then notify each of those people if they found that their data was misused. We heard that today in Ms. Sandberg's testimony, and Dr. Egelman 12:40:43 12:40:45 12:40:52 12:40:53 12:40:55 12:41:00 12:41:02 12:41:06

will be explaining more about that. 12:41:13

And so what that means is what we are proving is that Facebook knew, identified misuse on its platform, and then decided not to notify each of the people who are associated with those apps. 12:41:14 12:41:16 12:41:21 12:41:24

So what we have here, Your Honor, is it's important to the violation count because they made a promise that they would -- that they would tell these people they found out -- this is what Dr. Egelman's testimony is about -- they found out, Oh, we do have misuse with respect to all these people in New Mexico and they never said anything. 12:41:25 12:41:27 12:41:32 12:41:34 12:41:39 12:41:42 12:41:44

That is a violation as to each person whose data they knew was misused and did not tell. So that's what all these numbers are. 12:41:46 12:41:49 12:41:55

To be clear, when we talk about the impact on New Mexico Facebook users, he's not going to say anything about, you know, how horrible their lives were as a result of it or anything like that. 12:41:58 12:42:00 12:42:03 12:42:06

As I think is clear from the slides that Mr. Manning went through, this is a calculation and it goes directly to the violation count that the jury is going to be asked to do on those misrepresentations. So that's all it is. 12:42:08 12:42:15 12:42:17 12:42:19 12:42:25

JUDGE FRANCIS J. MATHEW: Let me be 12:42:26

clear. So you're saying that Dr. Egelman is going to define impact? 12:42:27 12:42:33

MR. RHODES: No, Your Honor. Dr. Egelman is only going to say I looked at the App Developer Investigation and determined that over 2,000 of the apps they looked at, Facebook identified there was misuse. 12:42:35 12:42:37 12:42:43 12:42:48 12:42:51

Next, Facebook gave the State in discovery the number of New Mexican users that were associated with each of those apps, and then Dr. Egelman did a calculation to say this is the number of New Mexico users that used those apps that I'm talking about that were the subject of the ADI. 12:42:52 12:42:54 12:42:57 12:43:01 12:43:08 12:43:10

So it's just a counting and a tying of the number of instances of misuse to the number of people, not about, you know, again, anything beyond that. 12:43:12 12:43:14 12:43:17 12:43:20

JUDGE FRANCIS J. MATHEW: Without an explanation of the word "impact," how is that not misleading? 12:43:26 12:43:28 12:43:33

MR. RHODES: Well, if Your Honor thinks that we should have him explain what impact means in this -- I thought that that was clear from the context that when we say "impact," we mean that their data was misused, their data was -- was sent to this 12:43:34 12:43:36 12:43:40 12:43:42 12:43:46

app developer, that Facebook, as part of its internal investigation, determined that there was misuse. 12:43:50 12:43:53

That misuse takes a lot of different forms, and he will talk about that generally. You know, what happened with this developer or that developer. 12:43:56 12:43:58 12:44:02 12:44:05

But then when we talk about the number of New Mexicans impacted, that word "impact" just means the number of New Mexicans who had their data -- was sent to one of those apps. 12:44:05 12:44:07 12:44:12 12:44:15

Does that make sense? Did I -- 12:44:19

JUDGE FRANCIS J. MATHEW: You answered my question. So I'm just thinking, agitating if you will. 12:44:21 12:44:22 12:44:26

MR. RHODES: Yes, understood. 12:44:26

So I mean we certainly want to make that clear to the jury and can make that clear to the jury if for some reason the word "impact" is not clear in that context. But that's all it means. 12:44:27 12:44:34 12:44:36 12:44:39

JUDGE FRANCIS J. MATHEW: Yeah, I don't think it's clear. 12:44:41 12:44:43

MR. RHODES: Okay. We can certainly have him explain that that's what he means when he says "impact." He's just talking about the fact that someone in New Mexico -- you know, that's the number 12:44:43 12:44:44 12:44:47 12:44:50

of people in New Mexico who used the apps that were the subject of the investigation, and it's his opinion that that's the -- those are the apps that misused data. 12:44:52 12:44:55 12:44:59 12:45:02

Thank you, Your Honor. 12:45:05

JUDGE FRANCIS J. MATHEW: Okay. 12:45:05

Mr. Manning? 12:45:13

MR. MANNING: Yes, Your Honor. 12:45:14

I think it's very clear from the transcript in this trial that the State is saying that it's not required to prove harm. Ms. McGinn said on September 10th that that's not a requirement under the Unfair Practices Act that you prove the effect on the audience, and, in fact, it's specifically not required to prove harm. 12:45:16 12:45:18 12:45:20 12:45:23 12:45:27 12:45:31 12:45:32

Your Honor said in response to that same discussion, "The jury will be instructed on the law, which does say that they are not required to find harm in so many words." 12:45:33 12:45:36 12:45:38 12:45:44

What Mr. Rhodes discussed just now is something different, which is very confusing. It is the idea that Dr. Egelman is going to talk about some sort of impact that relates to the practices that the State has said are not part of its claims in the case. 12:45:45 12:45:48 12:45:50 12:45:53 12:45:58 12:46:01

The claims in the case are about the statements that Facebook made that the State alleges were false. The State has said that the audience for those statements is what's relevant. 12:46:05 12:46:07 12:46:09 12:46:14

But what Dr. Egelman appears ready to testify about is something different, which is that Facebook had a practice of allowing users to share data with third-party apps, and the State wants to show that there was a lot of New Mexican users that were impacted by that practice. 12:46:17 12:46:19 12:46:22 12:46:28 12:46:31 12:46:35

That is not what is relevant here. The State has repeatedly said, including at the hearing I think a little over a week ago, that the practices relating to data sharing are not part of its claims in this case. It's about false statements, alleged false statements. 12:46:35 12:46:38 12:46:42 12:46:44 12:46:49 12:46:52

JUDGE FRANCIS J. MATHEW: Let me ask you this. Is silence a false statement? 12:46:52 12:46:53

If you know something is not truthful and failed to correct that, isn't that a false statement? 12:46:58 12:47:04

MR. MANNING: Not under the UPA, Your Honor. The way UPA defines a false and deceptive practice by omission is where there's a statement made, but there's something material that is omitted from that statement. It's not silence or 12:47:05 12:47:08 12:47:11 12:47:14 12:47:17

inaction in the face of some event. 12:47:23

JUDGE FRANCIS J. MATHEW: Well, in this case what I've got is a statement "We will notify those affected." There's no notification. By no notification after there's some type of representation that something will occur. Isn't that a false statement because that leads the person to believe they are not affected? 12:47:30 12:47:31 12:47:34 12:47:40 12:47:41 12:47:46 12:47:49

MR. MANNING: Well, no, Your Honor, because the statements at issue occurred in 2018. So what is relevant is what was the intent at the time in 2018, at the time the statements were made? 12:47:50 12:47:52 12:47:56 12:47:59

The fact that the State may say, look, we believe more users should have been notified based on what was learned in 2019 and 2020 does not mean that the statements in 2018 were false when made. 12:48:03 12:48:09 12:48:11 12:48:14

But that is -- we're straying a little bit from what the issue is here, which is Dr. Egelman wants to present testimony where he talks about impact on New Mexican users from things like Cambridge Analytica, from third-party apps that were getting data through Facebook from Facebook users, and saying that they were impacted by that. 12:48:17 12:48:20 12:48:23 12:48:27 12:48:32 12:48:37 12:48:40

That is not relevant to the State's claims in this case, their theory of liability, which 12:48:42 12:48:44

is based on the statements that were made and not the practices of data sharing. And it's certainly very confusing for the jury. 12:48:47 12:48:50 12:48:56

So under Rule 403, it should be excluded because the probative value of presenting that information is far outweighed by the confusion that would result from jurors thinking this is somehow proof that Facebook did something that hurt users on a matter that has no relevance to whether or not when Facebook made statements in 2018 whether those statements were true or false. 12:48:56 12:48:59 12:49:02 12:49:07 12:49:10 12:49:13 12:49:19 12:49:22

JUDGE FRANCIS J. MATHEW: If impact is defined in the way that was represented in Mr. Rhodes' presentation, I'm going to allow this to occur, but impact has to be defined. It can't just be thrown out. 12:49:29 12:49:31 12:49:40 12:49:43 12:49:46

MR. MANNING: Could I request at a minimum, Your Honor, that a different term be used rather than "impact"? Because I think "impact" is incredibly prejudicial. It makes it sound like New Mexican users were harmed by the conduct that the State is -- Dr. Egelman is going to talk about and that conduct is not part of the State's claims based on whether statements were allegedly true or false. 12:49:47 12:49:48 12:49:52 12:49:54 12:49:56 12:49:58 12:50:01 12:50:09

JUDGE FRANCIS J. MATHEW: Do you have a 12:50:17

suggestion? 12:50:18

MR. MANNING: Maybe we just -- I mean, I can try to think of one, but I think it would be something that would just -- 12:50:18 12:50:21 12:50:23

JUDGE FRANCIS J. MATHEW: Mr. Rhodes wants to say something, so why don't you go ahead and -- 12:50:24 12:50:26 12:50:30

MR. RHODES: I do have a suggestion, Your Honor. It seems a bit semantic to me. But... 12:50:30 12:50:42

So the misstatement that is stated over and over and over again by Mr. Zuckerberg says, "If we find that they misused personally identifiable information, we will ban them and tell everyone affected by those apps. We will tell everyone affected by those apps." 12:50:44 12:50:46 12:50:49 12:50:51 12:50:53 12:50:56

So if -- if it solves the concerns, we can change the word "impacted" to "affected," which is just literally quoting from the misstatement that is at issue at the case. 12:50:58 12:51:01 12:51:06 12:51:08

In my estimation, it's a semantic difference, but if people feel better about that, then we're certainly happy to do that. 12:51:11 12:51:15 12:51:18

JUDGE FRANCIS J. MATHEW: Mr. Manning? 12:51:19

MR. MANNING: I think depending on the slide, it could be more specific. 12:51:30 12:51:32

So, for example, on -- I'm not sure about the slide number -- it's about, let's see -- so four slides from the end. The one that says, "Facebook's production confirmed to scale." It's using an extrapolation to say that there were 1585 apps with New Mexican Facebook users to get to the 1.1 million number, and maybe that could just be New Mexican Facebook users using the apps. 12:51:33 12:51:36 12:51:55 12:51:57 12:52:05 12:52:08 12:52:13 12:52:16

JUDGE FRANCIS J. MATHEW: Okay. You lost me, Mr. Manning. I'm sorry. Would you mind trying me again? 12:52:24 12:52:25 12:52:29

MR. MANNING: No, it's okay. I think it's hard to come up with a one-size-fits-all solution here because some of the slides in the context of it "impact" is something that could be changed, and in some places it can't be changed. 12:52:30 12:52:31 12:52:34 12:52:36 12:52:42

So, in other words, it has to be removed. 12:52:45

So, for example, on the slide "Facebook's production confirmed to scale," it has the subheading "Summary of New Mexico accounts and Facebook-produced app data," and it has this calculation that goes from, you know, 1585 in the middle to 1,146,225. 12:52:46 12:52:49 12:52:55 12:52:57 12:53:02

It says, "New Mexican Facebook users impacted." If we did something that was more true to what this is and, you know, in the subheading it 12:53:08 12:53:11 12:53:13

says, "Summary of New Mexico accounts," it could say New Mexican Facebook user accounts. 12:53:16 12:53:19

But if we go to another slide, like the conclusion slide, the last one, where it says, "Many New Mexico users were impacted by data misuse," there really isn't a good way to reformulate that that doesn't create a 403 problem for us or a relevance problem because it really is directing the jury to something that is not part of the State's case relating to false statements. 12:53:24 12:53:30 12:53:33 12:53:40 12:53:43 12:53:50 12:53:53 12:53:55

JUDGE FRANCIS J. MATHEW: Mr. Manning, let's go back to the production, Facebook's production, if you would. 12:54:46 12:54:48 12:54:50

If you wouldn't mind walking me through again what you're proposing for saying. 12:55:03 12:55:04

MR. MANNING: Sure. I guess what I would propose is where it says, "New Mexican Facebook users impacted." 12:55:06 12:55:08 12:55:11

JUDGE FRANCIS J. MATHEW: Right. The million one? 12:55:12 12:55:13

MR. MANNING: Right. I would change -- I'd say we need to change that to "New Mexican Facebook user accounts," which is what the subheading says to this slide. It says, "Summary of New Mexico accounts in Facebook-produced app data." 12:55:14 12:55:16 12:55:19 12:55:24 12:55:28

JUDGE FRANCIS J. MATHEW: Why doesn't that make it confusing with that orange line says that the accounts are actually a million three? 12:55:32 12:55:33 12:55:39

MR. MANNING: Right. Well, I think that the -- I think that the million three number, what the orange box says at the bottom is that's the monthly active user population, which is a different thing from user accounts on apps. The monthly active user population is the number of users who are active on Facebook in a given month. 12:55:43 12:55:45 12:55:47 12:55:50 12:55:54 12:56:00 12:56:04

That's different from the number of users who have accounts with an app, a third-party app, that they can access through Facebook, if that makes sense. 12:56:08 12:56:11 12:56:17 12:56:20

JUDGE FRANCIS J. MATHEW: Well, I don't see why that doesn't make that million three number confusing -- it's more confusing. 12:56:21 12:56:26 12:56:30

It would seem that that saying "users affected" would clear up the problem you were talking about. 12:56:31 12:56:33 12:56:34

MR. MANNING: Well, I think that the -- again, I think the "affected" issue, again, creates the misleading connotation that all of these users were, in fact, affected by something that Facebook did that is at issue in this case, when the only 12:56:37 12:56:39 12:56:45 12:56:50 12:56:53

thing that is at issue in this case is whether or not what Facebook said in 2018 about its investigation was true or false. 12:56:56 12:56:59 12:57:05

And so this is going to send a signal to the jury, whether we use "impact" or "affect," that all of these people were harmed in some way that Facebook is responsible for, and that's not what the State's case is about. It's not what the State -- the Court has allowed the State's case to be about. Your Honor has said this is a case about whether there were false or deceptive statements. 12:57:07 12:57:10 12:57:13 12:57:16 12:57:19 12:57:22 12:57:25 12:57:27

And this really crosses the line back into practices, which the State said is not part of its case and creates the same due process issue that we've raised now on many occasions that, you know, the State's theories seem to shift, depending on where they want to fall. 12:57:29 12:57:32 12:57:36 12:57:40 12:57:45 12:57:48

And when they want to say it's about false statements, they say it's about false statements. But then there are times like this where they seem to want to put the effect of Facebook practices at issue that they say are not part of their case. 12:57:49 12:57:51 12:57:53 12:57:56 12:58:00 12:58:02

JUDGE FRANCIS J. MATHEW: Well, I understand your argument. But I think your argument 12:58:04 12:58:05

goes back to the motion for summary judgment that I 12:58:11
decided much earlier with respect to the number of 12:58:15
misrepresentations. I think that's what we were 12:58:23
touching on. 12:58:25

MR. MANNING: Well, actually, no, 12:58:26
Your Honor. It also goes to the motion in limine 12:58:28
argument we reargued in July. It goes to the 12:58:30
argument that we made on September 1st. 12:58:35

Ms. McGinn got up here and Your Honor 12:58:38
asked her, "Is your case about the false statements 12:58:40
or is it about some other data sharing practices?" 12:58:42

And she said, "No, it's about the false 12:58:44
statements." 12:58:44

And Your Honor said, "Okay. Well, on 12:58:46
that basis, I'm going to deny Facebook's motion." 12:58:48

And so, you know, that's what we're 12:58:51
trying to do here. We're trying to make sure this 12:58:53
case stays focused on the statements. 12:58:55

And Dr. Egelman's testimony and these 12:58:59
slides seem to indicate that they want to make it 12:59:02
about the practices and not about the statements. 12:59:05
And saying users were impacted or users were affected 12:59:09
is going to send the wrong signal to the jury. It's 12:59:14
a prejudicial signal, and it's a signal that doesn't 12:59:17
relate to whether the statements were true or false 12:59:20

in 2018. 12:59:23

JUDGE FRANCIS J. MATHEW: Okay. 12:59:29

MR. MANNING: Thank you, Your Honor. 12:59:29

JUDGE FRANCIS J. MATHEW: Mr. Rhodes? 12:59:30

MR. RHODES: Yeah, I just need to correct 12:59:32 the mischaracterization of the State's claims. This 12:59:34 is part of the problem of having broader discussions 12:59:38 in the context of a slide objection that was sent 12:59:40 over the weekend because these are issues that we 12:59:42 have litigated over and over and over in this case, 12:59:45 and the State has been absolutely consistent. 12:59:48

Our complaint contains omission theories, 12:59:52 all six I believe or seven iterations of our 12:59:56 interrogatory responses that we've discussed over and 13:00:00 over again make very clear that we have omissions' 13:00:02 theories as well, and those are specific to these 13:00:05 statements because the statement, again, that 13:00:09 Mr. Zuckerberg and Ms. Sandberg and others made 13:00:12 repeatedly was we're going to do this big 13:00:15 investigation. If we find data misuse, we're going 13:00:19 to tell everyone affected. 13:00:22

It was a promise that they would tell 13:00:25 people affected. If I'm a New Mexico Facebook user 13:00:27 and I don't get a notice, then what else am I to 13:00:31 assume other than my data was not affected? 13:00:37

That is a deception that acts on me, it acts on -- separately on every single person who was affected. 13:00:39 13:00:42 13:00:46

And, again, that language "affected" is just that's what Mark Zuckerberg used, so we are happy to use that same word. We weren't trying to change anything by using the word "impact." 13:00:46 13:00:48 13:00:51 13:00:56

But I think that resolves any possible issue, and we're now, again, relitigating what the State's claims are and what the case is about, and it's just a gross mischaracterization the way it was described. 13:00:58 13:01:01 13:01:05 13:01:10 13:01:15

JUDGE FRANCIS J. MATHEW: I will allow the use of the word "affected" to replace "impacted," but before I do that, before you show any of these slides, there has to be an explanation of what affected means. 13:01:15 13:01:16 13:01:19 13:01:23 13:01:25

MR. RHODES: Absolutely, Your Honor. 13:01:27

JUDGE FRANCIS J. MATHEW: All right. 13:01:29

MR. RHODES: Absolutely. We plan to do that. 13:01:29 13:01:35

JUDGE FRANCIS J. MATHEW: Mr. Manning. 13:01:35

MR. MANNING: We have another broad objection to several slides in hopes of trying to streamline the presentation. 13:01:37 13:01:38 13:01:42

There are a number of slides in Dr. Egelman's deck that quote deposition testimony of witnesses. This raises the same issue we had raised previously around the playing of deposition clips, which the Court refused to allow the State to do. And I'll give you some examples here. 13:01:47 13:01:48 13:01:51 13:01:57 13:02:02 13:02:05

The first one is about 13 slides into the deck, by my count, but I may have miscounted. It's a slide that has the title "Rebecca Soares." 13:02:20 13:02:23 13:02:28

JUDGE FRANCIS J. MATHEW: If you could give me just a second. 13:02:35 13:02:36

MR. MANNING: The slide is describing her testimony and quotes part of her testimony. 13:02:56 13:03:00

About four slides later -- I'll just go through all of them so then we can discuss them together, if that makes sense, Your Honor. 13:03:03 13:03:04 13:03:07

JUDGE FRANCIS J. MATHEW: Okay. 13:03:08

MR. MANNING: There's a slide that has "Rebecca Soares" on the left and "Mark Zuckerberg" on the right. 13:03:10 13:03:12 13:03:13

JUDGE FRANCIS J. MATHEW: Okay. 13:03:14

MR. MANNING: And it has quotes from their deposition testimony and the citations are at the bottom. 13:03:15 13:03:16 13:03:19

The very next slide has a Stacey Chen. 13:03:20

Also has quotes from her deposition testimony with a citation to that testimony. 13:03:28 13:03:32

And then three, four, five, six, seven -- about seven or eight slides later there's another slide of Rebecca Soares. 13:03:34 13:03:44 13:03:48

JUDGE FRANCIS J. MATHEW: Okay. 13:04:03

MR. MANNING: And that has an extensive quote from her deposition testimony again with a citation there as well. 13:04:04 13:04:07 13:04:10

I believe those are -- let's see. I believe those are all of the ones that are quoting deposition testimony. 13:04:11 13:04:20 13:04:23

Again, consistent with the prior discussion around the playing of deposition clips. You don't bring a live witness up when an expert is testifying to have them repeat their testimony. The jury hears the testimony once. The expert can refer to it, but they can't quote from it. 13:04:28 13:04:29 13:04:32 13:04:35 13:04:41 13:04:44

They're essentially trying to do through these slides what they can't do -- the Court did not allow them to do through the video clips. 13:04:47 13:04:49 13:04:50

It allows them to publish the hearsay testimony of others, it discusses testimony that's not in evidence. 13:04:53 13:04:54 13:04:58

And some of the slides, like the slide 13:05:00

that compares Ms. Soares and Mr. Zuckerberg, essentially comments on the testimony by describing -- both the side-by-side comparison and then also describing Mr. Zuckerberg's testimony as an admission, which is an improper statement about witness credibility. 13:05:02 13:05:02 13:05:14 13:05:18 13:05:20 13:05:22

The slides are also incomplete, because we would, of course, had this been a normal deposition situation, the State would designate these excerpts of testimony, we would designate additional excerpts of testimony that would be needed to be presented in fairness and to provide the complete picture. These slides don't allow us to do that. 13:05:26 13:05:28 13:05:31 13:05:36 13:05:39 13:05:43 13:05:46

So under Rule 106, it's also improper. 13:05:49

So we would ask the Court to not permit the use of these slides during Dr. Egelman's testimony. 13:05:51 13:05:54 13:05:56

JUDGE FRANCIS J. MATHEW: Mr. Rhodes. 13:06:03

MR. RHODES: So the first thing, Your Honor, is that this is entirely consistent with how we dealt with this issue for Dr. Woolley. If you recall, there were at least two, I believe perhaps three slides, that were very similar. They had the photo of a witness and then a short excerpt of the relevant portion of that witness's testimony, and 13:06:04 13:06:05 13:06:07 13:06:15 13:06:17 13:06:19 13:06:22

then Dr. Woolley explained why that was relevant to his analysis, again, without commenting on the credibility of a witness or anything like that. 13:06:26 13:06:29 13:06:34

So I can't recall if there was no objection to those or whether the objection was overruled, but I know that that was how -- 13:06:36 13:06:38 13:06:40

JUDGE FRANCIS J. MATHEW: I'm really not interested in what -- 13:06:42 13:06:44

MR. RHODES: I'm sorry. I'll focus on these. 13:06:45 13:06:46

JUDGE FRANCIS J. MATHEW: Please. 13:06:47

MR. RHODES: So let's take, for example, the slides relating to the definition of data misuse. The first of those is the one that has both Rebecca Soares and Mark Zuckerberg. 13:06:48 13:06:52 13:06:55 13:06:59

And if you actually go back to the previous slide, it shows why this is relevant, and I'll try to briefly summarize this. 13:07:03 13:07:04 13:07:09

But the core issue of why Facebook decided not to notify users after they launched this big investigation into all these different apps, and Dr. Egelman will explain this, is that they started out with this very broad definition of misuse that they promised before Congress and in all these other venues. 13:07:12 13:07:15 13:07:19 13:07:22 13:07:25 13:07:29 13:07:31

And then little by little over the years, they decided to narrow that definition such that by the end, they said, okay, well, now misuse, we're only going to consider it this narrow thing, sale of data, and it turns out nothing -- nothing meets that criteria. And that's how they internally justified not notifying people. 13:07:32 13:07:35 13:07:39 13:07:43 13:07:45 13:07:48 13:07:51

So the point is that the definition of data misuse, right, is at the heart of that promise and whether or not Facebook acted misleadingly. 13:07:53 13:07:56 13:07:59

So on the previous slide what you can see here is Dr. Egelman explaining -- he's going to explain all the different sources of information for how he interpreted misuse and how he interprets misuse. And so that includes both Mark Zuckerberg's testimony -- you know, the promises before Congress, documents with the ADI investigators, but also how the testimony and Facebook's own witnesses have described at their deposition. 13:08:05 13:08:07 13:08:10 13:08:15 13:08:18 13:08:22 13:08:25 13:08:29 13:08:33

So Rebecca Soares was an ADI investigator. So it's extremely relevant for the jury to understand how those ADI investigators understood the term "misuse." And it's of course relevant to understand -- 13:08:35 13:08:40 13:08:43 13:08:45 13:08:47

JUDGE FRANCIS J. MATHEW: Won't that come 13:08:47

out in her deposition? 13:08:48

MR. RHODES: It will, Your Honor, and we are going to play her deposition. We're going to play both of these. 13:08:49 13:08:51 13:08:52

JUDGE FRANCIS J. MATHEW: Now? 13:08:53

MR. RHODES: No, after. I believe it's been submitted. So the Zuckerberg 1 volume includes this language that appears on this page, and then Rebecca Soares' testimony, which we'll be playing about an hour and a half of hers also includes this language. 13:08:55 13:08:57 13:09:04 13:09:06 13:09:09 13:09:12

So there's no attempt to end run anything. This is evidence that is going to be properly before the jury, but it's important for them to understand how Dr. Egelman considered it as part of his analysis and that's why we've done I think fairly -- pretty tight quotes just to the factual question of how did these witnesses understand that term, and how did they define "misuse" is a central issue in the case? 13:09:12 13:09:16 13:09:18 13:09:19 13:09:24 13:09:27 13:09:30 13:09:33 13:09:39

And that's the same thing. So on the following slide, then Stacey Chen gives the issue as the 30(b)(6) witness on this topic, and she testified on behalf of Facebook that ultimately the definition that they landed on is something much narrower, and 13:09:40 13:09:42 13:09:44 13:09:48 13:09:51

so that's the reason for juxtaposing her testimony against the others. Again, just on that very narrow question of how to define data misuse that's at issue here. 13:09:54 13:09:58 13:10:01 13:10:05

The other -- I think the other two are both from Ms. Soares, and, again, on the first one this relates to Facebook's defense, which they have put at issue that they were transparent. We heard their position that they were transparent about Cambridge Analytica, they have claimed that they released the settlement agreement, and that they were not trying to bury this at all, and that is directly contrary to the evidence. 13:10:06 13:10:08 13:10:15 13:10:17 13:10:21 13:10:23 13:10:27 13:10:28 13:10:31

And, again, all we're trying to do here is I'm going to be asking Dr. Egelman about the evidence that he reviewed as part of that and whether or not there was transparency, and her testimony was part of it. 13:10:33 13:10:34 13:10:40 13:10:44 13:10:48

Again, we'll play the testimony for the jury. This is just relevant to his discussion. 13:10:48 13:10:50

And then it's the same -- same thing on the last -- excuse me. The last one. 13:10:54 13:10:57

Again, we've already heard today how central the issue of whether or not Facebook was making a good faith effort to actually find this data 13:11:01 13:11:03 13:11:08

misuse as part of the ADI, and Ms. Soares is going to testify about that. And so we have a short selection because it's relevant to Dr. Egelman's testimony. 13:11:12 13:11:16 13:11:19

But all of that will come in tomorrow hopefully when we play Rebecca Soares, but I think it's very helpful for the jury to understand these points in the context of Dr. Egelman's analysis. Not for him to comment, you know, on anything else. 13:11:21 13:11:24 13:11:30 13:11:31 13:11:36

JUDGE FRANCIS J. MATHEW: Why can't Dr. Egelman simply say "I relied upon my reading of the depositions" and then dispense with the actual depositions? You say that's going to come in anyway. 13:11:38 13:11:40 13:11:44 13:11:50

MR. RHODES: Yeah. Well, Your Honor, because I think, as we've just I think witnessed, right, Facebook -- well, we all should parse words carefully, and we know that this definition of data misuse is crucial, and I think it's really important for the jury to be able to actually see the words to understand whether they line up with what was promised. Right? 13:11:53 13:11:54 13:12:00 13:12:04 13:12:07 13:12:10 13:12:14 13:12:16

And if you're just -- I mean, some people are good listeners and other people need to be able to, you know, follow along. And so I think that's why it actually is really important that we put it on the screen. 13:12:18 13:12:21 13:12:25 13:12:28 13:12:30

Again, not something that's going to go back to the jury room, but so that they can follow along and understand is this the same words that were used before or are these different words? Because that is going to be crucial for them to weigh. 13:12:31 13:12:33 13:12:35 13:12:38 13:12:42

JUDGE FRANCIS J. MATHEW: I'm going to order that those deposition references be taken out. 13:12:52 13:12:53

MR. RHODES: All of them, Your Honor? 13:12:58

JUDGE FRANCIS J. MATHEW: All of them. 13:13:00

MR. RHODES: Okay. Understood. Thank you. 13:13:01 13:13:02

I understood Your Honor's ruling that I can still ask him about them? 13:13:07 13:13:11

JUDGE FRANCIS J. MATHEW: Yeah, he can say he relied upon deposition testimony. He just can't read -- 13:13:13 13:13:14 13:13:16

MR. RHODES: The slides are out. Understood. Thank you, Your Honor. 13:13:16 13:13:18

MS. STAMBAUGH: And, Your Honor, I want to be mindful of time, so let me see if I can cover this last one quickly. 13:13:21 13:13:23 13:13:26

The reason we want to raise it now is because it impacts a larger number of the exhibits the State wishes to use with Dr. Egelman, and here is the backdrop. 13:13:35 13:13:37 13:13:38 13:13:39

In discovery, we had a protective order and designated certain documents as confidential or highly confidential, attorneys' eyes only, under the protective order, and, initially, we were willing to let those markings stand. 13:13:39 13:13:41 13:13:44 13:13:49 13:13:51

However, the way that they have been weaponized by the State, they've been commented on to suggest that these documents were not public and they were sort of this backroom, conspiratorial effort to keep things secret when really all they were were markings that counsel made after the fact in this litigation at the time pursuant to the rights under the protective order that we invoked. 13:13:52 13:13:55 13:13:58 13:14:03 13:14:10 13:14:13 13:14:17 13:14:21

JUDGE FRANCIS J. MATHEW: Could you point me to what we're talking about? I understand what we're talking about, but could you point me to the exhibit -- the example by way of exhibit? 13:14:24 13:14:25 13:14:28 13:14:34

MS. STAMBAUGH: So, Your Honor, the version we have in our binder. 13:15:38 13:15:39

JUDGE FRANCIS J. MATHEW: Which binder should I be looking at? 13:15:40 13:15:42

MS. STAMBAUGH: It's plaintiff's trial exhibits for use with Dr. Egelman, and it would be Plaintiff Trial Exhibit 513 for example. 13:15:43 13:15:46 13:15:48

JUDGE FRANCIS J. MATHEW: 513? 13:15:57

MS. STAMBAUGH: Correct, Your Honor. 13:15:58

JUDGE FRANCIS J. MATHEW: Okay. 13:16:21 Investigative memorandum? 13:16:22

MS. STAMBAUGH: Correct, Your Honor. 13:16:23

JUDGE FRANCIS J. MATHEW: Okay. 13:16:33

MS. STAMBAUGH: And if you look at the 13:16:34 bottom left-hand section of the document, it says, 13:16:35 "Highly confidential. Attorneys' eyes only." 13:16:37

So those were documents that were not 13:16:42 initially marked highly confidential, attorneys' eyes 13:16:46 only, as they were kept in the ordinary course of 13:16:50 business for Facebook. Those are markings that we 13:16:52 made pursuant to the protective order. 13:16:56

Now the issue that has arisen is the 13:17:00 protective order gives any party the right to 13:17:02 dedesignate any of its confidentiality designations. 13:17:05 We've sought to do so for a number of these exhibits, 13:17:11 and the State is now objecting and wishes to include 13:17:15 those markings, even though we've dedesignated the 13:17:20 documents, and to comment on them, which we believe 13:17:24 would be highly improper and highly inflammatory. 13:17:28

It's also, honestly, a little bit rich 13:17:33 because the State has made clear that they want this 13:17:37 to be a transparent proceeding. We're in open court. 13:17:41 This is subject to a live stream. And so to the 13:17:44

extent possible, Facebook has taken a really close look at what exhibits the State and we plan to use during the trial and wherever possible to limit the confidentiality objections that we have. 13:17:51 13:17:54 13:17:57 13:18:01

And, really, this is an attempt to not have to ask the Court to close the courtroom because if we kept documents and maintained our objection that they are highly confidential, attorneys' eyes only -- 13:18:03 13:18:06 13:18:10 13:18:14 13:18:16

JUDGE FRANCIS J. MATHEW: That suggestion is not going to go anywhere. 13:18:17 13:18:18

MS. STAMBAUGH: Which is what we figured, Your Honor. 13:18:21 13:18:23

JUDGE FRANCIS J. MATHEW: In the pretrial order, if I remember it correctly, there was some provision that was supposed to, I guess, satisfy the parties with respect to this type of thing that there -- and I'm talking about the redaction provision. 13:18:24 13:18:27 13:18:29 13:18:39 13:18:42

MS. STAMBAUGH: Sure. 13:18:46

JUDGE FRANCIS J. MATHEW: Why wouldn't that work here? 13:18:50 13:18:52

MS. STAMBAUGH: So, Your Honor, we've attempted to invoke our rights under the protective order, which maintains its force and effect through the end of the litigation, and the protective order 13:19:01 13:19:02 13:19:04 13:19:07

allows a party to dedesignate its own documents. 13:19:09

We did not realize that when we dedesignated the documents, the State would refuse to redact the part of the document that related specifically to the designation, which we would contend no longer applies once we've removed them. 13:19:13 13:19:15 13:19:18 13:19:22 13:19:26

JUDGE FRANCIS J. MATHEW: Why wouldn't a jury instruction that they're to ignore any indication that it was for attorneys' eyes only or highly confidential? 13:19:33 13:19:34 13:19:40 13:19:45

MS. STAMBAUGH: So, Your Honor -- 13:19:46

JUDGE FRANCIS J. MATHEW: What I'm worried about is time. 13:19:50 13:19:50

MS. STAMBAUGH: Yeah, absolutely, Your Honor. 13:19:51 13:19:53

In the interest of time, we've actually given the State all of the redacted exhibits, they're just refusing to use them. So we don't think it would add any additional time to just switch them out. They're ready to go and the State has them. 13:19:55 13:19:57 13:20:02 13:20:05 13:20:07

JUDGE FRANCIS J. MATHEW: The only change is the redaction of the words "Highly confidential, attorneys' eyes only"? 13:20:10 13:20:11 13:20:17

MS. STAMBAUGH: Correct. 13:20:22

JUDGE FRANCIS J. MATHEW: Okay. 13:20:23

MS. STAMBAUGH: As to your question about the jury instruction, you know, while under certain situations, limiting instructions can be appropriate, there's a clean, simple explanation or solution, I'm sorry, here, that would prevent the need for one and prevent us from having to call more attention to the designation in the eyes of the jury. 13:20:23 13:20:25 13:20:29 13:20:30 13:20:36 13:20:40 13:20:43

JUDGE FRANCIS J. MATHEW: Okay. Thank you. 13:20:46 13:20:46

MS. STAMBAUGH: Thank you, Your Honor. 13:20:46

JUDGE FRANCIS J. MATHEW: Mr. Rhodes? 13:20:50

MR. RHODES: Your Honor will not be surprised that I have to correct some of what we believe are mischaracterizations. 13:20:58 13:21:00 13:21:03

So let me start with the fact that Your Honor's pretrial order dealt with this. There was a date, a deadline for the parties to inform the other side if they had redactions that they wanted to make, including specifically redactions like attorney/client privilege, things that had been stamped on the documents that were not part of the original documents, which is exactly what we're talking about now. 13:21:05 13:21:08 13:21:11 13:21:16 13:21:19 13:21:23 13:21:26 13:21:28 13:21:29

JUDGE FRANCIS J. MATHEW: I don't remember. Can you point me -- 13:21:30 13:21:31

MR. RHODES: Sure. It's provision 13:21:34 7(c)(1), and it said that the parties had to exchange 13:21:37 those types of rejections by September 4th, 13:21:40 ten -- what's today? I believe it was ten days ago. 13:21:45

The parties held a number of meet and 13:21:49 confers on this point. Facebook asked us to agree to 13:21:51 redact out the attorney/client privilege stamps, 13:21:55 which, as you can see, those have been removed. 13:22:00

So things like attorney/client privilege, 13:22:04 attorney work product, and then some of the documents 13:22:07 had produced under compulsion. Those were all 13:22:10 redacted out as part of the process that was agreed 13:22:16 to in the pretrial order. 13:22:20

What we're talking about now is almost 13:22:21 two weeks later, we received a late objection that 13:22:21 now they also want to redact out confidential and 13:22:24 highly confidential, which, again, the time to do 13:22:28 that was set forth in the pretrial order on 13:22:30 September 4th, and they didn't say anything about it. 13:22:32

So at this point, Your Honor, we have 13:22:35 several problems with that. 13:22:37

One is that all of the documents that 13:22:39 have already been moved into evidence -- well, not 13:22:42 all of them have the stamp, but many of them have the 13:22:46 stamp because, again, that's what the parties had 13:22:48

agreed to. 13:22:51

So now if we change the process, you know, in the middle of the race, the jury's going to get some documents that have the confidentiality stamp, other documents that were, you know, also had the confidentiality stamp but no longer do, and, Your Honor, it is a fact that one of the disputed issues in this case on both sides is whether Facebook was transparent about certain things. 13:22:51 13:22:55 13:22:58 13:23:00 13:23:04 13:23:08 13:23:12 13:23:16

So, you know, you'll recall on Friday, I would ask Dr. Woolley, you know, is that something that Facebook made public or are we talking about something that Facebook only knew internally? 13:23:18 13:23:23 13:23:24 13:23:27

And that is, you know, crucial to understand whether or not something was internal to Facebook or whether it was public. 13:23:30 13:23:32 13:23:35

So the prejudice, Your Honor, is that by having already introduced dozens of exhibits into the record that have the confidentiality stamp, any reasonable juror who's now looking at a later introduced exhibit that doesn't have that stamp is going to assume that, oh, well, this must have been a public document, this doesn't have that issue. 13:23:38 13:23:40 13:23:43 13:23:45 13:23:48 13:23:51 13:23:53

There's a second prejudice, which is, you know, these documents have all already been printed. 13:23:56 13:24:02

So as I understand what was sent to us this weekend, 13:24:04
I believe yesterday, was the electronic versions of 13:24:07
those, but there are thousands of pages that would 13:24:11
have to be reprinted and, you know, I think most of 13:24:13
the documents that we plan to use with Dr. Egelman 13:24:18
have that stamp. Again, because that was what was 13:24:20
agreed to by the parties. 13:24:24
So it would be a substantial problem and 13:24:25
a substantial delay to his testimony if we had to go 13:24:28
now reprint thousands of pages for all of those 13:24:31
binders so that we could proceed. 13:24:34
And, again, you know, that's a problem of 13:24:36
their own making because they had time to negotiate 13:24:38
this, and a time to bring it up and that time was 13:24:40
September 4th. 13:24:43
JUDGE FRANCIS J. MATHEW: Okay. Stay 13:24:44
right there. 13:24:45
MR. RHODES: Yeah. 13:24:45
JUDGE FRANCIS J. MATHEW: So you heard 13:25:48
nothing from the defendant before 5 p.m. on 13:25:49
September 4th? 13:25:51
MR. RHODES: That's correct, Your Honor. 13:25:53
Yes, that's correct. 13:25:55
JUDGE FRANCIS J. MATHEW: And the first 13:25:59
time you heard this was last night? 13:26:00

MR. RHODES: Yes. 13:26:02

MS. STAMBAUGH: Your Honor -- 13:26:06

JUDGE FRANCIS J. MATHEW: No, ma'am, thank you. 13:26:07 13:26:08

MR. RHODES: Yes, Your Honor. 13:26:08

JUDGE FRANCIS J. MATHEW: Okay. Thank you. 13:26:08 13:26:12

MR. RHODES: Thank you, Your Honor. 13:26:12

JUDGE FRANCIS J. MATHEW: Ms. Stambaugh. 13:26:14

MS. STAMBAUGH: Your Honor, counsel just directed your attention to the advanced redaction portion of the pretrial order, which starts on page 9. 13:26:23 13:26:25 13:26:28 13:26:30

JUDGE FRANCIS J. MATHEW: Right. 13:26:31

MS. STAMBAUGH: If you look at page 8, subsection 2, it says, "The opposing party shall disclose whether it intends to maintain any previously disclosed objections to such exhibits and any redactions that have not been made to such exhibits by 9 a.m., Mountain, at least one calendar day before the beginning of the trial day on which the witness's testimony is anticipated to begin." 13:26:37 13:26:38 13:26:42 13:26:45 13:26:50 13:26:52 13:26:58 13:27:00

So prior to our 48-hour disclosure for Dr. Egelman's exhibits, we did not know that the State was intending to introduce exhibits with these 13:27:03 13:27:09 13:27:13

protective order markings on them. When we learned 13:27:17
that, we sought to dedesignate and then to redact 13:27:25
because that reflects the accurate state of the 13:27:29
document. 13:27:31
JUDGE FRANCIS J. MATHEW: And when did 13:27:31
you learn that? 13:27:32
MS. STAMBAUGH: We learned that when the 13:27:33
State made its exhibit disclosures for Dr. Egelman 13:27:35
48 hours before his testimony was meant to start, 13:27:37
which is also in subsection B of the protective 13:27:41
order. 13:27:44
JUDGE FRANCIS J. MATHEW: So reading 13:27:44
this, what little bit I just read of subsection 2, 13:27:46
that would have said by 9 a.m. Sunday, you should 13:27:51
have made your objection. 13:27:55
MS. STAMBAUGH: And, Your Honor, I 13:27:59
believe we did. I have an e-mail from 12:42 p.m. 13:28:01
from Mr. Bergstresser, counsel for the State, in 13:28:06
which he is objecting to our dedesignation, which 13:28:09
suggests that we did so earlier. 13:28:12
I can check the time of the exhibits, but 13:28:14
I also know that the parties have been disclosing 13:28:18
things a couple of minutes to an hour late, which may 13:28:20
impact the timetable. But it certainly was not last 13:28:24
night that we raised this with the State. 13:28:27

JUDGE FRANCIS J. MATHEW: Okay. I have said this before, you guys can come to any agreement you want to. If you both live by it, fine. If you can't live by it and I have to get involved, I go to the last order. 13:28:29 13:28:31 13:28:35 13:28:39 13:28:43

So unless you can show me that you met your 9 a.m. deadline that the parties agreed to when they submitted this to me, I'm going to go by the 9 a.m. deadline. 13:28:45 13:28:46 13:28:52 13:28:55

MS. STAMBAUGH: Understood, Your Honor. And I will check that very quickly. 13:28:57 13:28:59

So, Your Honor, my colleague is handing me a note that we disclosed this Sunday at 12:17 a.m., so it would have been timely. 13:29:17 13:29:19 13:29:27

JUDGE FRANCIS J. MATHEW: So Sunday morning. 13:29:31 13:29:33

MS. STAMBAUGH: Prior -- Sunday morning, so late Saturday night, very early Sunday morning, which would make this timely under the pretrial order. 13:29:33 13:29:35 13:29:38 13:29:44

MR. RHODES: I'm sorry. I didn't -- was there a question? 13:29:44 13:29:45

JUDGE FRANCIS J. MATHEW: Well, you made the representation, Mr. Rhodes, that you just heard about this last night. Ms. Stambaugh says that she's 13:29:46 13:29:48 13:29:50

got something that shows that they actually made the objection, put you on notice Sunday morning at 12:30-something, which would have -- 13:29:57 13:30:01 13:30:07

MS. STAMBAUGH: 12:17. 13:30:10

JUDGE FRANCIS J. MATHEW: -- or 12:17, which would be in compliance with your pretrial order. 13:30:13 13:30:16 13:30:19

MR. RHODES: Your Honor, I hope I didn't misspeak. My understanding was that we just learned about this for the first time yesterday. 13:30:19 13:30:22 13:30:24

JUDGE FRANCIS J. MATHEW: Well, it was last night. Specifically, you said "last night." 13:30:26 13:30:28

MR. RHODES: If I misspoke, I apologize, Your Honor. I -- 13:30:30 13:30:33

JUDGE FRANCIS J. MATHEW: So you don't -- you don't dispute that you got notice Sunday morning at 12-something? 13:30:35 13:30:37 13:30:41

MR. RHODES: Currently, I don't have any basis to dispute that, Your Honor. I think we have a different reading of the pretrial order, which I'd be happy to explain. 13:30:42 13:30:45 13:30:50 13:30:55

JUDGE FRANCIS J. MATHEW: I guess I'd be happy to hear it. 13:30:57 13:30:58

MR. RHODES: Yeah. 13:30:59

JUDGE FRANCIS J. MATHEW: Quickly. 13:31:01

MR. RHODES: Again, I can't recall if I misheard you or I misspoke, but certainly did not mean to misrepresent that to the Court. 13:31:13 13:31:14 13:31:18

The issue with the pretrial order, Your Honor, the section that I read you 7C1, that is clearly meant to address redactions being made broadly to documents on the exhibit list. 13:31:21 13:31:22 13:31:28 13:31:31

All of these documents have been on our exhibit list for months. And so that was the time at which the parties were negotiating redactions to stamps and things that were relevant to all kinds of documents. 13:31:34 13:31:36 13:31:39 13:31:42 13:31:47

You know, my reading and understanding of the order is, again, there's that language -- and I'm sorry I don't have it in front of me -- but the provision that Ms. Stambaugh read from was for maintaining previously lodged objections, and then other redactions that would be, you know, document-specific. 13:31:50 13:31:51 13:31:55 13:31:58 13:32:00 13:32:03 13:32:07

So I think that's sort of the plain, commonsense reading of those two provisions because it doesn't make sense otherwise why you would have a provision requiring us to meet and confer and decide on redactions to stamps and things like that by September 4th and that if, you know -- if there was 13:32:12 13:32:14 13:32:17 13:32:18 13:32:20 13:32:23

this sort of loophole that you could just wait until the day before someone's examination to request thousands of pages of redactions that they've had the whole time. 13:32:26 13:32:29 13:32:35 13:32:39

But that's my argument. 13:32:39

JUDGE FRANCIS J. MATHEW: Okay. 13:32:41

MR. RHODES: Thank you. 13:32:42

JUDGE FRANCIS J. MATHEW: Okay. Here's what I'm going to do, one of two things. I will either give a limiting instruction or I will say nothing. 13:35:14 13:35:15 13:35:19 13:35:22

Limiting instruction will be to the effect that the jurors are to disregard any indication that the document has a marking of attorney eyes only, highly confidential or otherwise on the left-hand side of the page. 13:35:25 13:35:27 13:35:31 13:35:42 13:35:46

That necessarily draws attention to it. I understand that. But I also understand that jurors are expected to follow my instructions. 13:35:49 13:35:53 13:35:56

Or I will do nothing. 13:35:59

Ms. Stambaugh, what's your preference? 13:36:04

MS. STAMBAUGH: So, Your Honor, we're happy to get a limiting instruction -- or we will accept the Court's ruling on the limiting instruction knowing that this is not what we've asked for, but we 13:36:18 13:36:20 13:36:25 13:36:27

would ask that in addition to what the Court relayed that it be made clear to the jury that these were markings made during the course of this litigation. 13:36:29 13:36:32 13:36:35

JUDGE FRANCIS J. MATHEW: That's fair and that would be reason for me to give it to identify it as discovery and pretrial process. 13:36:38 13:36:39 13:36:43

MS. STAMBAUGH: And then just one other ask because these exhibits are not going to go back to the jury until the end of the case. 13:36:46 13:36:48 13:36:51

Is the Court amenable to us removing those markings before it goes back? 13:36:54 13:36:58

JUDGE FRANCIS J. MATHEW: Not if I give an instruction -- 13:36:58 13:37:01

MS. STAMBAUGH: Okay. Thank you, Your Honor. 13:37:01 13:37:02

JUDGE FRANCIS J. MATHEW: -- it's going to stay in place. 13:37:05 13:37:05

MS. STAMBAUGH: Absolutely. Thank you. 13:37:05

JUDGE FRANCIS J. MATHEW: Mr. Rhodes, you're welcome to make any type of record you'd like. 13:37:06 13:37:06

MR. RHODES: No, Your Honor. That's acceptable. Thank you. 13:37:09 13:37:12

MS. MCGINN: Judge, we still have the deposition things, but I'd say let's do that on the break and get the jury in here. 13:37:15 13:37:16 13:37:19

JUDGE FRANCIS J. MATHEW: Yeah, I'm not doing it now. 13:37:20 13:37:22

THE BAILIFF: All rise. 13:38:37

(Jury enters the courtroom.) 13:38:38

JUDGE FRANCIS J. MATHEW: Thank you. Please be seated. 13:39:11 13:39:11

Ladies and gentlemen, once again, we were handling matters that needed to be dealt with outside of your presence. 13:39:12 13:39:13 13:39:17

We are waiting for one attorney to return. He had something to do that necessitates his being absent at the moment. 13:39:20 13:39:24 13:39:30

Ms. McGinn, do you have any objection to me making my jury instruction at this time? 13:39:32 13:39:34

MS. MCGINN: I do not, Your Honor. 13:39:42

JUDGE FRANCIS J. MATHEW: Ms. Hubbard? 13:39:45

MS. HUBBARD: That's fine, Your Honor. Thank you. 13:39:47 13:39:49

JUDGE FRANCIS J. MATHEW: Ladies and gentlemen, one of the issues that we were dealing with dealt with certain markings on some of the exhibits, not all of the exhibits, but some of the exhibits. You may notice that at the bottom there is a reference to confidentiality and attorneys' eyes. 13:39:49 13:39:49 13:39:52 13:39:56 13:39:57 13:39:59

Those markings were placed on the 13:40:09

exhibits by the attorneys during the course of preparation for this trial. Those markings do not relate to the issues at this trial and that you should not consider those markings. 13:40:11 13:40:14 13:40:17 13:40:22

In fact, you should ignore those markings for purposes of your deliberation because it has nothing to do with the issues that you will be deciding. 13:40:24 13:40:29 13:40:32 13:40:36

So with that, we will return to the testimony. 13:40:40 13:40:42

Mr. Rhodes. 13:40:44

MR. RHODES: Thank you, Your Honor. 13:40:47

Q. BY MR. RHODES: I believe we had just finished with slide 7. Yes. Okay? 13:41:07 13:41:09

Dr. Egelman, so I believe, just to recap, you had walked the jury through a high-level summary of the timeline of events that are at issue in your testimony; is that right? 13:41:19 13:41:23 13:41:26 13:41:31

A. Yes. Yeah. 13:41:31

Q. Okay. And now I would like to, if you could briefly summarize, what are the opinions or conclusions that you came to? And if you could explain those to the jury. And then, of course, we're going to go much deeper into each of them, but so they have an understanding of what the conclusions 13:41:32 13:41:37 13:41:40 13:41:43 13:41:45 13:41:48

are that you arrived at in this case. 13:41:50

A. Sure. 13:41:54

So the first is contrary to the big public announcement in 2014, they did not restrict the friends' data in May 2015, and instead they granted lots of secret access to many of their business partners. 13:41:55 13:41:56 13:41:59 13:42:04 13:42:06

The second is that when they conducted their investigation, they identified many apps on the platform that misused people's data. 13:42:10 13:42:11 13:42:16

And then the third is that nearly everyone in New Mexico would have been impacted by this. 13:42:19 13:42:20 13:42:22

And then, finally, what has long been known to people in my field, Facebook's privacy controls do not allow users to control their data. 13:42:23 13:42:26 13:42:30

Q. Okay. So let's talk about the access past May of 2015. Can you remind us when did Facebook first make a public statement about removing access to friend data? 13:42:34 13:42:39 13:42:45 13:42:50

A. The first public statement, I don't know if it was the F8 announcement. I believe it was the F8 announcement in 2014. 13:42:52 13:42:54 13:42:58

Q. Well, I think you said this before, but, again, since we just came back from break, can you 13:43:03 13:43:06

remind the jury what the F8 conference is? 13:43:08
A. They used to have this annual conference where they make big announcements. They'd invite the press so that the press would cover it, and, you know, that new announcement could get disseminated out into the world. 13:43:10 13:43:12 13:43:15 13:43:17 13:43:20
Q. Okay. And can you turn to Exhibit 273 in your binder? 13:43:21 13:43:26
A. Yep. 13:43:39
Q. What is Plaintiff's Trial Exhibit 273? 13:43:40
A. It's the transcript of Mark Zuckerberg's keynote address at that -- the 2014 F8 conference. 13:43:47 13:43:50
Q. And while I'm getting there, does it have the date on it? 13:43:56 13:43:57
A. April 30th, 2014. 13:44:00
In fairness there are two dates. There's the date -- it says that "This transcript is from April 30th, 2014." But at the top of the page there's a date from July, so maybe the article was edited. 13:44:02 13:44:03 13:44:07 13:44:09 13:44:10
But, yes, I am aware that the keynote was April 30th, 2014. 13:44:11 13:44:13
Q. Okay. And this is one of the documents that you reviewed as part of your work in this case? 13:44:15 13:44:19
A. It is. 13:44:21

Q. Okay. 13:44:21

MR. RHODES: Your Honor, at this time we move Plaintiff's Exhibit 273 into evidence. 13:44:25 13:44:27

MS. HUBBARD: I have a brief objection, Your Honor. 13:44:30 13:44:31

JUDGE FRANCIS J. MATHEW: Approach. 13:44:31

(Sidebar discussion held.) 13:44:32

MS. HUBBARD: Your Honor, two objections to this document. It contains hearsay within hearsay. So while it does contain statements of Facebook personnel, including Mr. Zuckerberg, it also includes statements by a bunch of third parties for which there's not a hearsay exception. 13:45:38 13:45:39 13:45:43 13:45:50 13:45:54 13:45:56

And I think the other issue with this communication is supposed to be a transcript but it's unofficial. So there's a Rule 1002 objection to the use of an unofficial, uncertified transcript. 13:45:58 13:46:00 13:46:03 13:46:07

But the biggest issue is that it's got third-party hearsay in it. 13:46:09 13:46:12

MR. RHODES: This is the first that I've been aware of this objection. 13:46:14 13:46:15

Can -- actually, I thought the keynote was Mark Zuckerberg. I think he may be -- can you show me what you're referring to? 13:46:17 13:46:22 13:46:27

MS. HUBBARD: Document 273, and maybe 13:46:29

that's not the one you meant, but it's got multiple 13:46:31
places where it's quoting third parties, not just 13:46:35
Mr. Zuckerberg. 13:46:39
It's possible that we could do some kind 13:46:40
of after-the-fact redaction, but it's kind of filled 13:46:42
with other stuff as well as statements by him. 13:46:47
MR. RHODES: So Doug Beaulieu is a 13:46:52
Facebook employee. This is Facebook's conference, so 13:46:53
they bring people up on stage but -- 13:46:56
MS. HUBBARD: They're not all Facebook 13:46:59
employees is the issue, I think. 13:47:01
MR. RHODES: I don't know which people 13:47:02
she's referring to. Everyone I've seen is -- I'm not 13:47:03
going to ask any questions or direct the witness or 13:47:06
the jury to anything other than Mr. Zuckerberg's 13:47:09
statements. 13:47:12
And, again, I'm not aware that there are 13:47:12
any -- I'm not saying she's wrong, but she's not 13:47:14
pointing me to what she's talking about. 13:47:17
JUDGE FRANCIS J. MATHEW: This is some 13:47:20
type of recording of one of those open meetings we 13:47:21
were talking about before? 13:47:26
MR. RHODES: Yeah. It's Facebook's big 13:47:27
conference. Mark gets up and he makes his speech and 13:47:29
other Facebook employees join him. 13:47:31

If she's representing someone joined him on stage who is not a Facebook employee, I'm not aware of it. I don't know who we're talking about. But that's not what the testimony's about. 13:47:34 13:47:36 13:47:39 13:47:42

MS. HUBBARD: If counsel doesn't elicit testimony about third-party statements in there, then we could probably sort this after the fact. That's my concern, is not having him -- the witness reading third-party testimony. 13:47:43 13:47:46 13:47:49 13:47:52 13:47:56

MR. RHODES: Can you explain which third party you're talking about? Who are you talking about? 13:47:56 13:47:59 13:48:02

MS. HUBBARD: I'm told there's a lot of them, Mr. Rhodes, so since I don't have my highlighted version, there are a lot of them in there. 13:48:02 13:48:04 13:48:06 13:48:08

JUDGE FRANCIS J. MATHEW: This looks like something Facebook put out. 13:48:08 13:48:10

MS. HUBBARD: I think -- whether or not they put it out, it does contain hearsay within -- not of the third parties. So... 13:48:11 13:48:13 13:48:17

JUDGE FRANCIS J. MATHEW: The objection's overruled. 13:48:22 13:48:24

MR. RHODES: Thank you, Your Honor. 13:48:24

MS. HUBBARD: Thank you. 13:48:26

(Sidebar ends.) 13:48:28

MR. RHODES: Your Honor, just so the record is clear, is Exhibit 273 admitted into evidence? 13:48:38 13:48:39 13:48:47

JUDGE FRANCIS J. MATHEW: Exhibit 273 is admitted into evidence. 13:48:48 13:48:50

(Plaintiff's Exhibit 273 was admitted into evidence.) 13:48:51 13:48:53

MR. RHODES: Thank you. 13:48:53

Q. BY MR. RHODES: This is the transcript. We have a short clip that we'd like to play of what's in this transcript, of Mr. Zuckerberg making his statement, and I believe that's in the slide deck on the next slide. 13:48:55 13:48:56 13:49:03 13:49:04 13:49:09

So if we could go back to that. 13:49:10

(Audio was played and transcribed by the court reporter to the best of her ability as follows: 13:49:10 13:49:10

"But we've also heard that sometimes you can be surprised when one of your friends shares some of your data with an app. And the thing is we don't ever want anyone to be surprised about how they're sharing on Facebook. I mean that's not good for -- for anyone. 13:49:17 13:49:19 13:49:22 13:49:25 13:49:28 13:49:31

"So we're going to change how this works. And in the past, when one of your friends logged into 13:49:31 13:49:33

an app, in this case Ilia, the app, could ask him not 13:49:36 only to share his data but also data that his friends 13:49:41 had shared with him, like photos and friend lists 13:49:43 here. 13:49:46

"So now we're going to change this, and 13:49:47 we're going to make it so that now everyone has to 13:49:49 choose to share their own data with an app 13:49:53 themselves. So we think that this is a really 13:49:56 important step for giving people power and control 13:49:58 over how they share data with apps." 13:50:01

(Audio ends.) 13:50:07

Q. BY MR. RHODES: Dr. Egelman, can you 13:50:07 explain to the jury what Mark Zuckerberg is saying 13:50:10 there? 13:50:12

A. Yeah. So he's acknowledging what I 13:50:12 mentioned before that people started to learn that 13:50:14 apps and, you know, third parties were getting access 13:50:18 to all of this information when one of their friends 13:50:20 used an app, and, you know, people -- as this started 13:50:24 to come out, I mean it took several years before 13:50:27 enough people heard about this, that this was 13:50:30 happening, that, yeah, he made this announcement in 13:50:33 2014, that, you know, they got the message, people 13:50:37 are upset by this. 13:50:38

And so the new promise is that you're now 13:50:40

going to be in control. There will be new controls that allow you to decide when an app accesses your data. 13:50:43 13:50:45 13:50:49

Q. And so that promise was made on April 30th, 2014, I think you said? 13:50:49 13:50:54

A. It was. 13:50:57

Q. Okay. And was there a time period with which app developers had to stop using friends' data? 13:50:58 13:51:00

A. Yeah. In the run up to this, they iterated on the exact time frame, but when they made the announcement eventually on April 30th, they told them that they had up until May of the following year. So, basically, a full year to comply, and then starting in May of 2015, the claim was that they were going to shut off the older version of the API that allowed access to the friends' data. 13:51:04 13:51:06 13:51:10 13:51:13 13:51:15 13:51:17 13:51:23 13:51:26

So if any developer was still using the old version, they would just, you know, get cut off and their software wouldn't work anymore. 13:51:27 13:51:29 13:51:32

Q. Okay. So May of 2015, is that when the cutoff was supposed to take effect? 13:51:34 13:51:37

A. Yep, supposedly. 13:51:39

Q. Okay. And as part of your investigation, were you able to determine whether or not Facebook continued to allow access to friends' data to app 13:51:40 13:51:43 13:51:45

developers beyond May 2015? 13:51:49
A. It did. That's why we're here. 13:51:51
Q. Okay. 13:51:52
MR. RHODES: If we could also go to the next slide. 13:51:52 13:51:52
THE WITNESS: But we've also heard -- 13:51:57
MR. RHODES: Sorry. This is why I hate animation slides. 13:51:58 13:52:01
Q. BY MR. RHODES: And how many app developers were you able to determine continued to have access after May of 2015? 13:52:05 13:52:06 13:52:09
A. I don't remember the number of developers, but like in terms of apps, it was hundreds. I identified close to 700 individual apps. 13:52:14 13:52:15 13:52:19
And, actually, it was Facebook that identified all of those apps in their discovery responses. 13:52:22 13:52:23 13:52:27
Yeah, I mean there were hundreds of them. 13:52:28
Q. Okay. The number on your slide is 671; is that accurate? 13:52:29 13:52:33
A. Yes. 13:52:33
Q. Okay. And I believe Facebook's taken the position that this is a very small number compared to the total number of apps that had access to the data previously. 13:52:38 13:52:40 13:52:43 13:52:48

So, in your opinion, was this a -- was this something of an accident that these developers continued to have this access? 13:52:49 13:52:56 13:52:58
A. No, it was by design. 13:52:59
Q. Okay. And did you see any evidence in all the documents that you looked at that supports that it was by design? 13:53:01 13:53:05 13:53:06
A. Yeah, so recall that this announcement was made publicly on April 30th, 2014. As early as 2012 they were already, you know, sort of conspiring amongst themselves that they were going to make this announcement, but then, you know, secretly allow apps that make a lot of money for them to have preferential treatment. 13:53:07 13:53:10 13:53:15 13:53:18 13:53:20 13:53:22 13:53:24
Q. Let's look at some of those documents. 13:53:25
So if you could turn to Tab 230 -- sorry, 358, Plaintiff's Trial Exhibit 358, let me know when you're there. 13:53:28 13:53:32 13:53:35
A. Yep. 13:53:50
Q. And do you recognize this document? 13:53:51
A. Yes, I do. 13:53:51
Q. What is it, if you could explain for the jury? 13:53:52 13:53:55
A. 358? 13:53:55
Q. 358, yes. 13:53:56

A. Yeah. It's an e-mail, Mike Vernal, who's an executive. The subject is, you know, "Regarding friend permission usage." 13:53:57 13:54:01 13:54:03

MR. RHODES: And at this time, Your Honor, we move Plaintiff's Exhibit 358 into evidence. 13:54:06 13:54:07 13:54:10

MS. HUBBARD: Your Honor, I'm just making sure I have it. Excuse me for one second. 13:54:11 13:54:12

All right. No objection. 13:54:12

MR. RHODES: Mike, can we go ahead and put that -- 13:54:12 13:54:22

JUDGE FRANCIS J. MATHEW: 358 is admitted. 13:54:22 13:54:23

MR. RHODES: I'm sorry. I'm sorry, Your Honor. 13:54:24 13:54:25

(Plaintiff's Exhibit 358 was admitted into evidence.) 13:54:25 13:54:25

MR. RHODES: Could we go ahead and put that up, Mike. There it is. Okay. 13:54:26 13:54:27

Q. BY MR. RHODES: Can you explain what's happening in this e-mail -- 13:54:32 13:54:33

Well, first of all, you explained who Mike Vernal is and what's the date on this e-mail? 13:54:35 13:54:36

A. Yeah. So this June 29th, 2013, so almost exactly ten months before Zuckerberg makes the 13:54:41 13:54:44

announcement at F8. 13:54:47

Q. Okay. What are they discussing in this e-mail? 13:54:48 13:54:49

A. Well, this proposal to block access to the friends' data. So here he says right at the top "I'm worried about our ability to truly remove friend data permissions and break marquee partners. Marquee partners just means customers that give them a lot of money. So they're worried that some of their customers might leave the platform if they no longer have access to the friends' data. 13:54:49 13:54:53 13:54:56 13:55:00 13:55:04 13:55:07 13:55:07 13:55:07

So right below that he says, well, you know, because of that concern, the default assumption is we'll have a Whitelist of those apps. So a list of apps that have preferential treatment and won't get blocked when trying to access friends' data. 13:55:10 13:55:12 13:55:15 13:55:18 13:55:21

Q. And does it describe below why they were planning to do this? 13:55:24 13:55:28

A. Yeah. Let me read through it. I know it does. I just don't remember where. 13:55:33 13:55:36

Yeah, here, like "To do that, I think we need to understand what data is valuable, what features are used by partners, and if we see we can provide an API to approximate that in a way that is privacy safe and doesn't erode" -- 13:55:37 13:55:38 13:55:40 13:55:42 13:55:47

Q. If you could slow down. 13:55:48
Can you try again a little bit slower? 13:55:49
A. "If we can" -- from the top or -- 13:55:51
Q. Just that sentence, yeah. 13:55:55
A. The whole thing from -- okay. 13:55:56
"To do that, I think we need to" -- that's a typo. It probably should say to understand but it says "no understand, what data is valuable, what features are used by partners and see if we can provide an API that approximates that in a way that is privacy safe and doesn't erode business value for us." 13:56:00 13:56:02 13:56:05 13:56:08 13:56:11 13:56:14 13:56:18
Q. Okay. What is -- what did you understand the term "doesn't erode business value for us" mean? 13:56:18 13:56:20
A. Doesn't lose us money. 13:56:24
Q. Okay. I think you may have already discussed this, but what does a Whitelist mean in this context? 13:56:25 13:56:29 13:56:32
A. Basically, a list of apps that get preferential treatment that would be exempt from the new policy. 13:56:33 13:56:37 13:56:39
Q. All right. Let's take a look at another exhibit, if you could go to 362. I think it's the next tab in your binder. 13:56:39 13:56:41 13:56:49
Do you recognize Plaintiff's Trial 13:56:51

Exhibit 362? 13:56:54

A. Yes, I do. 13:56:55

Q. And what is it? 13:56:56

A. It's another e-mail. It's an e-mail, but 13:56:56 it seems to capture possibly a chat conversation 13:56:58 amongst senior level people within Facebook. 13:57:03

Q. Okay. 13:57:04

MR. RHODES: Your Honor, at this time we 13:57:06 move Plaintiff's Exhibit 362 into evidence. 13:57:07

JUDGE FRANCIS J. MATHEW: Ms. Hubbard. 13:57:11

MS. HUBBARD: No objection, Your Honor. 13:57:13

JUDGE FRANCIS J. MATHEW: Plaintiff's 13:57:16 Exhibit 362 is admitted. 13:57:18

(Plaintiff's Exhibit 362 was admitted 13:57:19 into evidence.) 13:57:20

Q. BY MR. RHODES: Was this document also 13:57:20 significant, to your understanding, about whether or 13:57:22 not Facebook planned to exempt certain partners from 13:57:24 the friend data permission promise that 13:57:28 Mark Zuckerberg made? 13:57:32

A. Yeah, absolutely. I mean, this one's 13:57:33 great. This, if you look at the top, this is a day 13:57:36 after the announcement has already been made. Where 13:57:38 they're now already trying to not walk it back, but 13:57:42 how do we avoid doing this commitment. 13:57:45

Should I start reading it? 13:57:48

Q. Please -- you can summarize slowly the portions that you found relevant. 13:57:49 13:57:52

A. Yeah. So, you know, here like if you just look at -- first, there's a question from one person saying, you know, I'm sure there's -- there are trusted partners who are going to, you know, still want access to the friends' data in Version 2, and then they say that, you know, well, we'll Whitelist certain apps that have meaningful experiences, but do not know what criteria to use. 13:57:54 13:57:59 13:58:02 13:58:06 13:58:08 13:58:11 13:58:14 13:58:17

You know, if you skip a few lines down, you have another person respond "There's Whitelists for all of these things." 13:58:20 13:58:28 13:58:30

Q. Can we go back -- 13:58:32

A. "We'd only grant in strategic use cases." 13:58:33

Q. Can we go back to the previous -- so the end of that sentence says, "If we are communicating it externally at all" -- 13:58:35 13:58:36 13:58:38

A. Yeah. 13:58:39

Q. -- what do you understand that to mean? 13:58:40

A. Whether they're communicating that there's going to be apps that are secretly exempt from this policy, I assume it to mean. 13:58:41 13:58:43 13:58:52

Q. And based on everything that you looked 13:58:52

at, did they communicate that externally around the time that the promise was made? 13:58:53 13:58:56
A. No, absolutely not. 13:59:01
Q. Okay. So you can continue then. You were discussing the Whitelist, I think. 13:59:02 13:59:03
A. Yeah, if you go a few lines down, it says, "You know, there's Whitelists for all these things, but we'd only grant in strategic use cases," so situations where it's likely to make us money. 13:59:05 13:59:07 13:59:09 13:59:13
You know, there's some examples like the upcoming Nokia Maps integration. 13:59:15 13:59:15
Yeah, and then if you go all the way to the bottom, it says, you know, "We can do anything for people we deem strategic." 13:59:23 13:59:24 13:59:27
Q. And then on the next page, is there any discussion about how -- about Facebook's employees understanding of how users might -- might feel about this? 13:59:30 13:59:35 13:59:38 13:59:40
A. Yeah, this is great. You know, he says like, you know, about the -- the friend -- regarding the friend permissions, you know, these perms are gone for a reason. 13:59:42 13:59:44 13:59:46 13:59:50
I'd feel pissed if I found out a friend of mine was using their product which was mining all of my data. 13:59:51 13:59:53 13:59:55

So they understand what the reason is for this public announcement is that people are pissed off that apps are mining their data because one of their friends happened to use the app. 13:59:56 13:59:58 14:00:01 14:00:04

While at the same time, they're strategizing on how to, you know, not actually apply that policy to everyone. 14:00:06 14:00:06 14:00:10

Q. If we could take a look at another document, could you go to 473 in your binder? 14:00:12 14:00:14

A. (Witness complies.) 14:00:14

Q. Do you recognize this? 14:00:26

A. Yeah, I do. 14:00:27

Q. And what is this document? 14:00:28

A. So this is a PowerPoint presentation that's dated February 2013, so more than a full year ahead of the announcement, and the title is "Criteria for granting exemptions and extensions." 14:00:29 14:00:32 14:00:35 14:00:38

So, you know, all along well ahead of the announcement, like there's even a PowerPoint deck for them to talk about the criteria that they're going to use to secretly Whitelist certain apps that they deem strategic. 14:00:42 14:00:43 14:00:45 14:00:46 14:00:49

MR. RHODES: Your Honor, at this time we'd move Plaintiff's Exhibit 473 into evidence. 14:00:51 14:00:52

MS. HUBBARD: No objection, Your Honor. 14:00:56

JUDGE FRANCIS J. MATHEW: Exhibit 473 is admitted. 14:00:58 14:00:59

(Plaintiff's Exhibit 473 was admitted into evidence.) 14:01:04 14:01:05

Q. BY MR. RHODES: Okay. So this is a draft slide presentation from February 3rd, 2013; is that right? 14:01:05 14:01:06 14:01:11

A. Yes. 14:01:11

Q. And can you remind us how far in advance of the Zuckerberg announcement was that, approximately? 14:01:12 14:01:14 14:01:16

A. This is a year and two months I guess, three given that this is the beginning of February and the announcement was the end of April 2014. 14:01:16 14:01:19 14:01:21

Q. Okay. And so why don't you turn to slide 3, and if you could explain to the jury what's being discussed internally at Facebook here. 14:01:24 14:01:28 14:01:32

A. Yeah. So, basically, the big test below was in a note on this slide. The slide content is above and it's showing that they, you know, more than a year out they had this idea of having buckets for these exemptions. 14:01:34 14:01:39 14:01:43 14:01:45 14:01:49

There's the exemption class, which is all the way at the top, and there would be some sort of Whitelist protocol for granting access. It says, "as 14:01:50 14:01:54 14:01:58

long as there's a contract in place." So as long as the company's paying them money, then they'll just be exempt from the new policy that would prohibit them from accessing friends' data. 14:02:01 14:02:03 14:02:07 14:02:11

There's another one where they were going to plan to grant extensions, but not necessarily make them exempt from the policy altogether. That says it's determined by existing contracts, so I assume maybe that means how big the contract is. 14:02:12 14:02:13 14:02:15 14:02:19 14:02:21

And then at the bottom you have standard where they get a 90 day, you know, for everyone else who doesn't make Facebook a lot of money, those developers only have 90 days. 14:02:24 14:02:26 14:02:30 14:02:33

Eventually -- as I mentioned before, the real policy was a year, not the 90 days, but the rest ended up, you know, going into practice. 14:02:35 14:02:37 14:02:41

But it's funny, if you look, you know, in the notes here, it sort of explains more of this too. 14:02:44 14:02:47

Q. What's relevant in the notes to you? 14:02:51

A. Well, I mean that they're up front with these partners who pay them a lot of money, that they'll continue to have access to these features that they've told, you know, the public those apps and developers will no longer be able to access. 14:02:53 14:02:58 14:03:00 14:03:01 14:03:04

But, you know, they're up front about 14:03:08

that. If you look at the bottom under extensions, it says in quotes, "Partner, we've told the rest of the world they will stop using at X, but you have until Y to comply with the policy." 14:03:10 14:03:12 14:03:15 14:03:21

So, you know, there's no secret that they knew that they were telling the public one thing while they're telling their preferred business partner something entirely different. 14:03:22 14:03:25 14:03:27 14:03:30

Q. And if Facebook's position was that the reason app developers had access to these friend permissions, you know, years later and that was solely due to the app developer's need for additional time, is that consistent with what's being discussed here in 2013? 14:03:31 14:03:35 14:03:39 14:03:42 14:03:46 14:03:49

A. Sorry. Can you repeat that? 14:03:50

Q. Yeah, that was a terrible question. 14:03:52

So I guess I'm looking at these decision buckets and there's one that says exemption and one that says extension. 14:03:54 14:03:58 14:04:01

Can you just, again, explain for the jury what is the difference between those two buckets? 14:04:03 14:04:06

A. Yeah. From my understanding, the exemption is just that the policy won't apply to them. If it's a big enough contract and they're a valued enough partner, they're just exempt from the 14:04:09 14:04:10 14:04:13 14:04:16

policy. And that's in contrast to the extension where, you know, it's a business that has a contract with Facebook, but, you know, it might not be big enough to be permanently exempt from the new policy, but they give them extra time to up -- to use the new version of the tools and stop accessing the friends' data without consent. 14:04:18 14:04:20 14:04:22 14:04:26 14:04:29 14:04:33 14:04:36

Q. And can you turn -- sorry. The slides aren't numbered, but I believe it's the sixth slide, and the top of the slide says, "What do we have to lose?" 14:04:37 14:04:42 14:04:44 14:04:51

And does this slide tell you anything about the reasons that Facebook was planning to grant these exemptions and extensions before Mr. Zuckerberg's announcement was made? 14:04:51 14:04:54 14:04:58 14:05:01

A. Yeah. I mean this is clearly about money; right? 14:05:02 14:05:04

Q. What about -- what about the slide tells you that? 14:05:05 14:05:07

A. Oh, I mean it says, you know, "revenue" on this slide, and then I don't know what Big Neko spenders are, but will access to graph, increase spend. 14:05:08 14:05:10 14:05:15 14:05:18

So, you know, the idea is if they give these companies more data, they'll be more likely to 14:05:18 14:05:20

spend money on advertisements on Facebook because, you know, they're getting value out of Facebook with all the personal data they're able to access. 14:05:24 14:05:26 14:05:28

Q. So I believe in the previous slide you said that there were 671 apps that continued to have access to the data beyond May 2015; is that right? 14:05:31 14:05:38 14:05:42

A. At least. I mean, that we know of, yeah. 14:05:45

MR. RHODES: Okay. And if we could go back to the slide, Mike. 14:05:48 14:05:49

Q. BY MR. RHODES: Can you give some examples of what are the types of apps that had this data and what data did they have? 14:05:54 14:05:55 14:05:58

A. Yeah. So here are two examples that I pulled out. 14:05:59 14:06:02

So, you know, on the left Guitar Hero: Warriors of Rock, according to data that Facebook produced in this case, that that had special access to friends' data. It had access to their photos, religion, politics, relationship status, education history, work history, and that access to data continued through June of 2018, which is kind of wild when, you know, you think about the fact that they publicly announced the start of this investigation in March of 2018, meanwhile, you know, they're still receiving data from these apps well past that. 14:06:03 14:06:10 14:06:13 14:06:14 14:06:20 14:06:23 14:06:26 14:06:30 14:06:32 14:06:35 14:06:39

It's also funny because -- 14:06:45

Do you want to know what they told Congress they received about this? 14:06:47 14:06:49

So they told in written responses to Congress, under penalty of perjury, they said that, well, this Guitar Hero game was just a beta test with a limited number of users. 14:06:50 14:06:52 14:06:56 14:07:02

Meanwhile, at the time that they said that to Congress, the internal data showed that there were 150,000 users and this app had been on the platform for more than six years. 14:07:03 14:07:04 14:07:07 14:07:10

None of the internal data that I saw mentioned anything about a beta test. 14:07:12 14:07:14

JUDGE FRANCIS J. MATHEW: Approach. 14:07:15

(Sidebar discussion held.) 14:07:15

MS. HUBBARD: He's just adding things that go well beyond counsel's question. Counsel is very capable of asking him questions, so I just ask that this go question by question. If he's suddenly going into something more than Congressional testimony, I don't have an opportunity to object to a question because I wasn't warned. 14:07:28 14:07:29 14:07:31 14:07:34 14:07:39 14:07:41 14:07:44

JUDGE FRANCIS J. MATHEW: Mr. Rhodes? 14:07:45

MR. RHODES: I will try to ask pointed questions, and I understand he's very excitable. 14:07:46 14:07:50

JUDGE FRANCIS J. MATHEW: I realize that you're willing to, but I instruct to. 14:07:53 14:07:55

MR. RHODES: Of course. 14:07:57

MS. HUBBARD: Thank you, Your Honor. 14:07:58

(Sidebar ends.) 14:08:11

Q. BY MR. RHODES: Dr. Egelman, you mentioned March of -- well, let me step back. 14:08:12 14:08:14

What was the reason that, according to this slide, the access was cut off around June 2018? 14:08:16 14:08:21

A. So in June 2018 -- so the Cambridge Analytica scandal broke in March, you know, and then it was finally acknowledged that this data hadn't been deleted. 14:08:25 14:08:31 14:08:35 14:08:38

In June of 2018 there was, you know, that resulted in a lot more scrutiny on Facebook, and there was a big investigative piece in The New York Times that broke in June that basically the gist of the article was, hey, remember in 2014 when Facebook publicly promised to cut apps off from this friends' data, turns out that wasn't accurate. 14:08:39 14:08:42 14:08:46 14:08:48 14:08:51 14:08:55 14:08:59

And so there was this big New York Times piece and that resulted in a lot more scrutiny, Congressional hearings, and so forth. 14:09:01 14:09:02 14:09:05

Q. Can you turn to Exhibit 369? 14:09:08

I'm sorry. You mentioned a New York 14:09:23

Times article. Let me ask a different question. 14:09:24
Based on everything that you reviewed and your knowledge of the Cambridge Analytica incident, when is the earliest time that the public became aware that Cambridge Analytica had -- had sold data to -- had sold data to third parties? 14:09:27 14:09:30 14:09:32 14:09:36 14:09:43
A. It became a big story in March of 2018, as I mentioned. There was an article in The Guardian and that was mostly because this whistleblower had come forward, Christopher Wylie, who had explained that Facebook had been providing this data for several years, and that they were aware of Cambridge Analytica going back a few years and that they had this secret settlement with them in 2016 where Cambridge Analytica promised they were going to delete the data and then, oops, they didn't actually. 14:09:48 14:09:53 14:09:56 14:10:00 14:10:03 14:10:06 14:10:10 14:10:13 14:10:16 14:10:17
And so then that's -- that's all that came out in March of 2018 in The Guardian. 14:10:19 14:10:21
Q. If Facebook took the position that it had publicly disclosed the settlement agreement with Cambridge Analytica prior to that article coming out, is that consistent with your understanding? 14:10:29 14:10:32 14:10:35 14:10:42
A. No. I mean, like, the only time that I was able to find a settlement document even, was -- I think I mentioned before it was in response to this 14:10:43 14:10:46 14:10:50

UK inquiry, where they subpoenaed it. So it doesn't seem like that's particularly voluntary. 14:10:53 14:10:59

It's not, you know, voluntary transparency on Facebook's part when they only disclosed it two years later under subpoena. 14:11:00 14:11:03 14:11:05

Q. And so once the articles start coming out about Cambridge Analytica, what was Facebook's response? 14:11:07 14:11:13 14:11:16

A. More of the same, you know, public apology tour. 14:11:19 14:11:21

Q. And let's look at some of the statements that were made around this time, and apologies to everyone, we're going to try to get through as quickly as we can. 14:11:21 14:11:25 14:11:28 14:11:30

But let's look at 275. Do you recognize Plaintiff's Exhibit 275? 14:11:31 14:12:01

A. Yes. 14:12:02

Q. What is it? 14:12:03

A. It was an interview with Mark Zuckerberg. 14:12:03

Q. About what? 14:12:06

A. About the apology tour and the big promises that they made in the wake of Cambridge Analytica. 14:12:07 14:12:10 14:12:12

So I think I mentioned before that, you know, the first that, you know -- 14:12:12 14:12:14

Q. Okay. Let me just ask you first, what is the date of the interview? 14:12:15 14:12:23
A. March 21st, 2018. 14:12:25
MR. RHODES: Okay. And, Your Honor, at this time we move Plaintiff's Exhibit 275 into evidence. 14:12:29 14:12:29 14:12:35
MS. HUBBARD: No objection, Your Honor. 14:12:36
JUDGE FRANCIS J. MATHEW: Plaintiff's Exhibit 275 is admitted. 14:12:40 14:12:41
(Plaintiff's Exhibit 275 was admitted into evidence.) 14:12:41 14:12:42
Q. BY MR. RHODES: Is this after the articles started coming out about Cambridge Analytica? 14:12:42 14:12:49 14:12:50
A. Yes. 14:12:50
Q. Okay. What is Mark saying in this document? 14:12:51 14:12:53
A. We're very sorry. It's our responsibility to make sure this doesn't happen again. And he then says that, you know, we need to make sure that there aren't other Cambridge Analyticas, you know, situations where there are apps that have improperly accessed Facebook data, and that they're going to investigate. It says that if they detect any suspicious activity, we're going to do a 14:13:03 14:13:04 14:13:06 14:13:08 14:13:10 14:13:12 14:13:18 14:13:18

full forensic audit. 14:13:26
Q. And is it your understanding that that refers to what eventually became the App Developer Investigation? 14:13:26 14:13:27 14:13:30
A. Yes. 14:13:30
Q. Okay. Let's -- I think we've got some video. We're going to try to switch this up between reading and listening to some of the clips. So Plaintiff's Trial Exhibit 278 is -- I believe that's the video of the same -- of the same statement so we could skip that one. 14:13:30 14:13:36 14:13:39 14:13:41 14:13:49 14:13:53
Let's go to 274. 14:13:53
Are you there? 14:14:02
A. Yep. 14:14:03
Q. What is Plaintiff's Exhibit 274? 14:14:04
A. It's basically a press release, more of the same, announcing what they're going to do about Cambridge Analytica. 14:14:07 14:14:10 14:14:12
It was a press release that, I guess, the Facebook Newsroom has been mentioned before in this trial. It was a section of Facebook where they make announcements. 14:14:13 14:14:16 14:14:18 14:14:21
Q. Okay. And what's the date? 14:14:23
A. Same date: March 21st, 2018. 14:14:25
Q. And what's this press release called, 14:14:27

what's this title? 14:14:28
A. "Cracking Down on Platform Abuse." 14:14:29
MR. RHODES: Okay. Your Honor, at this 14:14:31
time, we move 274 into evidence. 14:14:32
MS. HUBBARD: No objection, Your Honor. 14:14:34
JUDGE FRANCIS J. MATHEW: Exhibit 274 is 14:14:35
admitted. 14:14:37
(Plaintiff's Exhibit 274 was admitted 14:14:37
into evidence.) 14:14:38
Q. BY MR. RHODES: Okay. And if you can 14:14:38
turn to the second page, is Facebook making promises 14:14:40
about how it plans to -- its crackdown on platform 14:14:46
abuse? 14:14:52
A. Yeah. It says "we will" and then there 14:14:53
are a whole bunch of, you know -- there's six 14:14:54
different items that they list there, starting from, 14:14:58
you know, reviewing our platform, we'll tell people 14:15:01
about data misuse, we'll turn off access for unused 14:15:04
apps, we'll restrict Facebook log-in data, we'll 14:15:07
encourage people to manage the apps they use, and 14:15:10
we'll reward people who find vulnerabilities. 14:15:12
Q. And, again, do you understand that that 14:15:16
refers to what became the ADI? 14:15:18
A. Yes. 14:15:21
Q. Okay. Let's look at another one. Can 14:15:21

you go to 280? 14:15:24
A. (Witness complies.) 14:15:26
Q. What is Plaintiff's Exhibit 280? 14:15:36
A. An article that appeared in The New York Times on the same day. 14:15:38 14:15:41
Q. What's the title of the article? 14:15:41
A. "Mark Zuckerberg's Reckoning. This is a Major Trust Issue." 14:15:42 14:15:44
Q. Okay. And does the article have statements by -- well, is this an article or an interview? 14:15:44 14:15:49 14:15:51
A. It's an interview. 14:15:52
Q. Okay. An interview of who? 14:15:54
A. Mark Zuckerberg. 14:15:56
Q. Okay. 14:15:57
MR. RHODES: Your Honor, at this time we move Plaintiff's Exhibit 280 into evidence. 14:15:58 14:16:01
MS. HUBBARD: No further objection, Your Honor. 14:16:05 14:16:08
JUDGE FRANCIS J. MATHEW: Plaintiff's Exhibit 280 is admitted. 14:16:09 14:16:11
(Plaintiff's Exhibit 280 was admitted into evidence.) 14:16:12 14:16:13
Q. BY MR. RHODES: Okay. And if you could turn to the second page, is Mr. Zuckerberg also 14:16:13 14:16:14

making similar promises in this interview to The New York Times? 14:16:17 14:16:20

A. Yeah. It seems like this was all a coordinated press strategy. Right. 14:16:20 14:16:21

Q. Okay. If you can look the second-to-last paragraph, is he talking about the App Developer Investigation here again? 14:16:23 14:16:26 14:16:31

A. Yeah. So I mean this is great, "Even if you solve the problem going forward, there's still this issue of are there other Cambridge Analyticas out there or other Kogans who when the platform worked a certain way in the past" -- 14:16:31 14:16:34 14:16:37 14:16:39 14:16:43

Q. Could you slow down? Thank you. 14:16:43

A. -- "were there apps which could have gotten access to more information and potentially sold it without us knowing or done something that violated people's trust." 14:16:48 14:16:49 14:16:52 14:16:55

Q. Okay. And then the last sentence there he talks about -- actually, sorry, I skipped over it. 14:16:57 14:17:00

A. You want me to continue reading the whole thing? 14:17:05 14:17:06

Q. Yeah. Whatever was significant to you. 14:17:07

A. I mean, this whole paragraph is pretty good. 14:17:08 14:17:10

"We also need to make sure that we get 14:17:10

that under control. That's why we spent a lot of time figuring out, okay, here's what it's going to take to do a full investigation of every app that got access to a large amount of information before we changed the platform policies to dramatically reduce the data access that developers had. 14:17:12 14:17:15 14:17:19 14:17:22 14:17:24 14:17:27

"For any app that we uncover that has any suspicious activity, we're going to do a full forensic audit and make sure that we have the capacity to do that, to make sure that other developers aren't doing what Kogan did here." 14:17:29 14:17:31 14:17:33 14:17:36 14:17:38

Q. And if you could now turn to 281 in your binder. 14:17:42 14:17:55

A. (Witness complies.) 14:17:55

Q. Can you tell the jury what is Plaintiff's Exhibit 281? 14:17:55 14:17:58

A. It's another interview with Mark Zuckerberg, same exact date, March 21st, 2018. This one's with WIRED. 14:17:58 14:17:59 14:18:04

Q. What's the title? 14:18:04

A. "Mark Zuckerberg talks to WIRED about Facebook's privacy problem." 14:18:05 14:18:08

MR. RHODES: Your Honor, at this time we move Plaintiff's Exhibit 281 into evidence. 14:18:10 14:18:13

MS. HUBBARD: No objection, Your Honor. 14:18:15

JUDGE FRANCIS J. MATHEW: Exhibit 281 is admitted. 14:18:17 14:18:19

(Plaintiff's Exhibit 281 was admitted into evidence.) 14:18:19 14:18:20

Q. BY MR. RHODES: If you can go to the third page of the document. 14:18:20 14:18:23

Again, this is a -- this contains an interview of Mark Zuckerberg; is that right? 14:18:24 14:18:29

A. Yes. 14:18:30

Q. Is he, again, making promises about the investigation you've been discussing? 14:18:32 14:18:35

A. Yes. 14:18:36

Q. Okay. And is that -- can you point us to where that is? 14:18:37 14:18:39

A. Yeah. Here in the second paragraph. So he talks about taking Kogan's assurances that they deleted all the data when Facebook had that secret settlement with them in 2016. 14:18:40 14:18:57 14:19:01 14:19:02

He says then, "In retrospect, though, I think what you're pointing out here, though, is one of the biggest mistakes we made, and that's why the first action that we now need to go take is to not just rely on certifications that we've gotten from developers, but we actually need to go and do a full investigation of every single app that was operating 14:19:04 14:19:07 14:19:09 14:19:12 14:19:14 14:19:16 14:19:19

before we made the more restrictive platform policies that had access to a lot of data, and for any app that has any suspicious activity, we're going to go in and do a full forensic audit. 14:19:22 14:19:27 14:19:30 14:19:33

"Any developer who won't sign up for that we're going to kick off the platform." 14:19:35 14:19:37

Yeah. And that's basically it. 14:19:39

Q. Okay. And the reference to, he says, "not just rely on certifications that we've gotten from developers." Can you remind us what does that refer to as it relates to Cambridge Analytica? 14:19:41 14:19:43 14:19:46 14:19:50

A. Yeah. So when they had this secret settlement agreement in 2016, they made Cambridge Analytica -- or Kogan agree to delete the data. That's the certification. He promised to delete the data and signed a statement to that effect. And that was it. 14:19:52 14:19:55 14:19:58 14:20:03 14:20:05 14:20:08

Q. And so what's he promising here that they're going to do with respect to other developers if they find misuse? 14:20:08 14:20:11 14:20:13

A. Yeah. Instead of those types of certifications, he says that they're going to do full forensic audits. 14:20:14 14:20:17 14:20:19

Q. Okay. And we'll get more into this, but did you determine whether or not that promise was 14:20:22 14:20:24

kept? 14:20:27
A. No, they just got more certifications. 14:20:27
Q. Okay. Can you go to 283? 14:20:30
A. (Witness complies.) 14:20:32
Q. 283 actually is a video of Sheryl Sandberg giving an interview to Bloomberg. 14:20:45 14:20:49
MR. RHODES: Can we play that for the jury, Mike? 14:20:53 14:20:55
(Video was played.) 14:20:55
"So the specific case of the friends of friends sharing that happened with Cambridge Analytica, that specific case was shut down in 2015, but what we didn't do until recently and what we're doing now is just take a broader view looking to be more restrictive in ways data could be misused." 14:21:00 14:21:01 14:21:03 14:21:05 14:21:09 14:21:14
(Video ends.) 14:21:19
Q. BY MR. RHODES: She mentioned shutting down access in 2015. What do you understand that to mean? 14:21:20 14:21:21 14:21:24
A. I don't because they didn't. 14:21:24
Q. Okay. Is -- 14:21:30
Do you understand that to be a reference to the -- the friends' data cutoff that was supposed to occur in 2015? 14:21:32 14:21:32 14:21:36
A. Yeah, yeah. They refer to this also as 14:21:37

the platform deprecation, but, basically, it's the date that they were supposed to transition every developer into Version 2. 14:21:39 14:21:42 14:21:44

Q. So, in your view, is that statement she just made accurate? 14:21:47 14:21:51

A. No. 14:21:52

MR. RHODES: Your Honor, we move Plaintiff's Trial Exhibit 283 into evidence. That's the video. 14:21:53 14:21:55 14:21:58

MS. HUBBARD: No objection, Your Honor. 14:21:58

JUDGE FRANCIS J. MATHEW: Plaintiff's 283 is admitted. 14:21:59 14:22:02

(Plaintiff's Exhibit 283 was admitted into evidence.) 14:22:03 14:22:05

Q. BY MR. RHODES: As a result of all of this, was Mr. Zuckerberg called to Congress? 14:22:06 14:22:07

A. Yes. 14:22:10

Q. And let's look at 288. 14:22:12

And actually 288A I think has the relevant portion so maybe we'll get 288A. 14:22:28 14:22:33

Are you there? 14:22:37

A. A, sure. 14:22:38

Okay. 14:22:43

Q. And what is 288A? 14:22:43

A. It appears to be a transcript of a 14:22:46

Congressional hearing. 14:22:49
Q. Okay. And is this -- is this the transcript of Mark Zuckerberg's testimony? 14:22:50 14:22:56
A. Yes, it appears to be. 14:22:58
Q. Okay. And if you can turn to the second page, which is I think page 9 of this excerpt. 14:22:59 14:23:04
A. Wait. Page 9 of? 14:23:16
Q. Sorry. I have it as 9 of 216. It's obviously a very long exhibit. 14:23:18 14:23:23
And do you recognize the testimony that's being provided here? 14:23:25 14:23:30
A. Yes. Yeah. 14:23:31
Q. Okay. 14:23:32
A. It's the same promises. 14:23:32
Q. Okay. 14:23:34
MR. RHODES: Your Honor, we move Exhibit 288A into evidence. 14:23:35 14:23:37
MS. HUBBARD: I need to be heard briefly, Your Honor. 14:23:37 14:23:37
JUDGE FRANCIS J. MATHEW: Approach. 14:23:51
(Sidebar discussion held.) 14:23:51
MS. HUBBARD: There's several places referenced to the FTC consent decrees, so, as you know, we have an objection to those coming in. Your Honor has ruled on that already. 14:23:51 14:23:52 14:23:57 14:23:59

Counsel represented before that there are a number of references buried in these longer documents, and we think it's improper for the reasons stated before, and we'd like to ask that the passages that are largely commentary by other people or are about the FTC consent decrees be redacted before this document goes into evidence. 14:24:00 14:24:02 14:24:05 14:24:08 14:24:12 14:24:16 14:24:22

MR. RHODES: I actually think this excerpted document I thought did not contain those references. That's one of the reasons why it was excerpted. 14:24:23 14:24:25 14:24:26 14:24:28

Do you know what page number those are on? 14:24:29 14:24:31

MS. HUBBARD: I can ask the team. 14:24:31

JUDGE FRANCIS J. MATHEW: Okay. Why don't you go ask the team. 14:24:32 14:24:33

MR. RHODES: Thank you, Your Honor. 14:24:34

(Sidebar ends.) 14:25:22

MS. HUBBARD: Counsel, are you proposing just to use A? 14:25:22 14:25:23

MR. RHODES: Yes. 14:25:25

MS. HUBBARD: Thank you. 14:25:26

MR. RHODES: Uh-huh. 14:25:29

MS. HUBBARD: Your Honor, if I may come back up? 14:25:32 14:25:33

JUDGE FRANCIS J. MATHEW: Yes. 14:25:34

(Sidebar discussion held.) 14:25:41

MS. HUBBARD: I may have misunderstood. If it's just A, the A version, and counsel's representing there are no references to the FTC, then I withdraw my objection and I apologize. 14:25:41 14:25:42 14:25:45 14:25:49

MR. RHODES: I just looked through and I don't think there are. 14:25:50 14:25:53

MS. HUBBARD: Okay. I don't think I heard and I apologize. 14:25:53 14:25:54

JUDGE FRANCIS J. MATHEW: That's fine. It happens. 14:25:55 14:25:56

MS. HUBBARD: Thank you. 14:25:57

MR. RHODES: Thank you. 14:25:58

(Sidebar ends.) 14:26:08

MR. RHODES: Your Honor, for the record is 288A admitted? 14:26:08 14:26:09

MS. HUBBARD: Subject to counsel's representation, yes. 14:26:11 14:26:13

JUDGE FRANCIS J. MATHEW: Exhibit 288A is admitted. 14:26:14 14:26:16

(Plaintiff's Exhibit 288A was admitted into evidence.) 14:26:18 14:26:18

Q. BY MR. RHODES: And, Dr. Egelman, can you go to the second page. Again, I think that's 9 of 14:26:19 14:26:22

216, but it's the second page of the exhibit? 14:26:25

A. Yes. 14:26:30

Q. And can you point us to where in the document, I think it's towards the bottom, where Mr. Zuckerberg is testifying before Congress about the App Developer Investigation? 14:26:31 14:26:33 14:26:36 14:26:40

A. Yeah. So -- let me see where to start. 14:26:42

Yeah. Here so where it says, "Second, make sure that no other app developers are out there misusing data, we're now investigating every single app that had access to a large amount of people's information on Facebook in the past. 14:26:49 14:26:51 14:26:55 14:26:58 14:27:01

"And if we find someone that improperly used data, we're going to ban them from our platform and tell everyone affected." 14:27:02 14:27:05 14:27:08

Q. And so the video of that Senate testimony was admitted as Exhibit 11, is my understanding. We'd like to play a clip from that, which is 286. 14:27:10 14:27:14 14:27:18

(Video was played and transcribed by the court reporter to the best of her ability as follows: 14:27:24 14:27:24

"Mark Zuckerberg: As I mentioned, we're now conducting a full investigation into every single app that had access to a large amount of information before we locked down platform to prevent developers from accessing this information in around 2014. 14:27:30 14:27:31 14:27:34 14:27:37 14:27:40

"We believe that we're going to be investigating many apps, tens of thousands of apps, and if we find any suspicious activity, we're going to conduct a full audit of those apps to understand how they're using their data and if they're doing anything improper. If we find they're doing anything improper, we'll ban them from Facebook and we will tell everyone affected." 14:27:43 14:27:45 14:27:47 14:27:50 14:27:53 14:27:55 14:27:58 14:28:01

(Video ends.) 14:28:03

Q. BY MR. RHODES: And we have one more summary. If you go to 272. 14:28:05 14:28:08

And do you recognize this document, 272? 14:28:31

A. Yes. 14:28:36

Q. Okay. And can you describe what it is? 14:28:36

A. It's a summary of false and misleading statements -- 14:28:37 14:28:40

Q. Okay. 14:28:41

A. -- that Facebook has made. 14:28:41

Q. Can you actually just read the exact title? 14:28:43 14:28:44

A. Sure. "Summary of State's allegations of false or misleading statements that Facebook would remove friends' data access -- friends' data access, conduct a full investigation of app developers, and inform customers if their data was taken." 14:28:44 14:28:46 14:28:49 14:28:54 14:28:59

Q. Okay. 14:29:03

MR. RHODES: Your Honor, we'd move Plaintiff's Exhibit 272 in as a summary of limited substance. 14:29:03 14:29:06 14:29:07

MS. HUBBARD: No further objection, Your Honor. 14:29:07 14:29:09

JUDGE FRANCIS J. MATHEW: 272 is admitted. 14:29:10 14:29:12

(Plaintiff's Exhibit 272 was admitted into evidence.) 14:29:12 14:29:14

MR. RHODES: Thank you for everyone's patience. 14:29:14 14:29:15

Q. BY MR. RHODES: Other than having a clear and full record, the reason for going through all those is I want to ask you what's your understanding of the audience of Mr. Zuckerberg's promises to conduct a full investigation, ban bad actors, and tell everyone affected? Who was he directing that statement to, to your understanding? 14:29:16 14:29:19 14:29:22 14:29:23 14:29:29 14:29:33 14:29:36

A. I mean, the whole world; right? I mean, he did the whole interview circuit on TV. He testified before Congress. You know, he -- there were articles in newspapers, and this was all coordinated, right, at the same time. 14:29:37 14:29:40 14:29:44 14:29:48 14:29:50

So, you know, this was a big PR push to 14:29:52

tell everyone this. 14:29:55
Q. And would that include Facebook users right here in New Mexico? 14:29:56 14:29:58
A. Yeah, I don't. Yes. Yes. 14:29:59
Q. Okay. Let's look at the bottom one here. I just want to get your understanding -- we've kind of gone through each of these. 14:30:01 14:30:04 14:30:08
So can you just pick out the individual promises -- let me ask a better question. 14:30:12 14:30:18
He's promising multiple discrete things here -- 14:30:20 14:30:24
A. Yeah. 14:30:24
Q. -- is that right? 14:30:25
So you can -- can you just break down for us, what are the discrete things you understand that Mark Zuckerberg is promising Facebook will do with respect to this investigation? 14:30:26 14:30:28 14:30:31 14:30:35
A. Yeah. So, first, he's promising if you're going to investigate all apps that had access to large amounts of information before they change the platform to reduce that in 2014. 14:30:36 14:30:39 14:30:43 14:30:45
They'll conduct a full audit of any app with suspicious activity. They'll ban any developer from the platform that doesn't agree to the thorough audit, and if they find any developers that misuse 14:30:47 14:30:52 14:30:55 14:30:58

personally identifiable information, they'll ban them and tell everyone affected by those apps. 14:31:07 14:31:10

Q. Did you conduct an investigation of Facebook's investigation as part of this case? 14:31:13 14:31:15

A. Yes. 14:31:18

MR. RHODES: And if we could go back to the slide deck, Mike. 14:31:18 14:31:21

Q. BY MR. RHODES: Oh, good. Another animation. 14:31:22 14:31:25

So I want to ask you what you were asked to do in this case and what the scope of your examination was. And I'm, again, just going to put these all up on the slide and you can go through them. 14:31:26 14:31:29 14:31:32 14:31:35 14:31:37

A. No. There were several questions that they wanted me to look at the investigation so that I could answer. 14:31:37 14:31:40 14:31:43

The first was, "Did Facebook identify many apps on its platform that misused data?" And the answer is yes, there were thousands of them. 14:31:44 14:31:46 14:31:49

Q. And what was the second thing that you were asked to look at? 14:31:51 14:31:53

A. "Did Facebook notify users when it found that their data was misused or suspected that their data was misused?" And the answer is no. 14:31:54 14:31:58 14:32:01

Q. Did Facebook -- 14:32:04
Just to be clear, did Facebook notify users of the Cambridge -- the app that was associated with Cambridge Analytica? 14:32:07 14:32:09 14:32:12
A. Yeah. So the only notifications that they did were the two Cambridge Analytica apps that you heard about, the This is Your Digital Life and myPersonality. 14:32:12 14:32:14 14:32:16 14:32:20
They notified, you know, users and the friends of users of those apps, those two apps, but then they never notified anyone about any other app after that. 14:32:22 14:32:24 14:32:27 14:32:31
Q. And, to be clear, do you understand Mark Zuckerberg's promise to have been an investigation of apps beyond the Cambridge Analytica and related apps? 14:32:31 14:32:33 14:32:36 14:32:40
A. It said "any app." 14:32:41
Q. And there were no other notifications that you saw in your investigation with respect to any other -- any other apps than the two you mentioned? 14:32:43 14:32:45 14:32:48 14:32:54
A. No. 14:32:54
Q. Okay. And then there was also a promise about confirming data deletion; is that right? 14:32:54 14:32:56
A. Yeah. They made lots of promises. 14:32:58

Q. Uh-huh. 14:33:00

And were you able to determine whether or not Facebook did confirm data deletion with respect to any other apps? 14:33:00 14:33:03 14:33:07

A. They did not. And that's because, like, that's not something that you can actually confirm. 14:33:08 14:33:11

Q. Okay. 14:33:13

A. We'll get into that. 14:33:14

Q. Yeah. We'll ask more questions about that. 14:33:15 14:33:16

And then the last thing that you were asked to do was what? 14:33:17 14:33:20

A. To try and estimate how many people in New Mexico would have been impacted by this. And it's nearly everyone. 14:33:24 14:33:26 14:33:28

Q. Okay. And we'll go through that also at the end of your testimony. 14:33:29 14:33:31

Can you give us a high-level summary of the scope of the App Developer Investigation? 14:33:33 14:33:35

A. Yeah. So the number that they like to throw around is 9.7 million apps. Of course, that's not all the Facebook apps on the platform. There -- you know, as they have said in other documents, there are millions more apps. 14:33:38 14:33:40 14:33:45 14:33:48 14:33:51

They focused from the get-go on just 9.7 14:33:53

million after, you know, basically prioritizing apps based on the number of users. So apps that had a few users just weren't even really looked at. 14:33:57 14:34:01 14:34:04

Q. Okay. And so out of that 9.7 million, how many did they review and what kind of review did they conduct? 14:34:08 14:34:11 14:34:14

A. So they first did an automatic review where they came up with criteria to try and find high-risk apps, and the criteria that they used for that seemed to change somewhat throughout the investigation but that basically whittled it down to a couple thousand apps that they -- I was going to say actually investigated, but I think that gives it too much credit as well. 14:34:15 14:34:18 14:34:22 14:34:26 14:34:29 14:34:32 14:34:35 14:34:38

The 9.7 million was sort of automatic scanning. They mentioned -- you might have heard in this trial that they hired a whole bunch of investigators. It's that part of it, the few thousand apps that were identified from the automatic scanning that they then focused on, and that was really on the order of I believe there were 7,000 that were ever investigated by the actual investigators. 14:34:42 14:34:44 14:34:46 14:34:49 14:34:52 14:34:54 14:34:56 14:35:00 14:35:02

So going from 9.7 million to actually 7,000 that people actually looked at, that's a pretty 14:35:03 14:35:05

small drop in the bucket. 14:35:09
Q. And I just want to also ask you about the 9.7 million. So in the -- earlier today Sheryl Sandberg was asked about an e-mail she wrote where she said there were millions of developers that had access. 14:35:11 14:35:14 14:35:21 14:35:24 14:35:25
So that was not actually an exaggeration? 14:35:26
A. No, no. Not at all. 14:35:28
Q. Okay. And then what else is described on this slide in terms of the results of that ADI? 14:35:30 14:35:32
A. Yeah. So you can imagine that many of the developers that had their apps flagged for investigation, they might not necessarily cooperate, and, in fact, that would happen frequently. So there were over a hundred thousand instances where apps were flagged as being suspicious. 14:35:34 14:35:37 14:35:40 14:35:43 14:35:47 14:35:49
But then, you know, they couldn't contact the developer either because they didn't have, you know, contact information for them or the developer didn't respond. And so they then just went and suspended those apps and said, Well, we suspended the apps. Because we suspended them, we couldn't communicate with the developer. We didn't actually confirm data misuse. 14:35:51 14:35:53 14:35:56 14:35:59 14:36:02 14:36:07 14:36:09 14:36:12
And so they washed their hands of those 14:36:13

and no one was notified. The apps weren't actually audited. 14:36:15 14:36:18

There were other cases where they sent what they called RFIs, requests for information. So based on their analysis of the few thousand apps that they actually did look at, in many cases they had serious questions for the developer. 14:36:19 14:36:22 14:36:26 14:36:28 14:36:32

And so they sent out something like 2500, you know, requests for information to different developers. Many didn't get -- much of the time they didn't get a response back, and then didn't really investigate it further. 14:36:34 14:36:39 14:36:41 14:36:45 14:36:48

And so, ultimately, you know, at the end of the investigation, they banned 116 developers. They didn't notify anyone about that. They spoke to about 30 developers. So out of the 9.7 million apps that they claim is a full audit, they only spoke to 30 different developers. 14:36:49 14:36:51 14:36:55 14:37:00 14:37:04 14:37:07

They claimed to have conducted 14 data audits, but I would dispute that for reasons we'll probably get to later. And then at the end of the day, there were two notifications, but those were the Cambridge Analytica ones that they already knew about ahead of the investigation. 14:37:09 14:37:12 14:37:15 14:37:19 14:37:22 14:37:26

And so through the course of this 14:37:27

investigation, they notified no one beyond the Cambridge Analytica apps that they already knew about. 14:37:29 14:37:31 14:37:33

Q. Okay. And if you could turn to -- oh, sorry. I need to turn to the next slide. 14:37:33 14:37:37

So did you independently look at the files of the ADI investigators to determine whether or not they actually found misuse during the course of their investigation? 14:37:43 14:37:46 14:37:49 14:37:53

A. Yes, I did. That was the primary thing that I did here, was going through all the investigation materials to see what -- you know, the instances where the investigators either identified and documented the misuse or indicated that they are highly suspicious that misuse had occurred. 14:37:54 14:37:56 14:37:59 14:38:02 14:38:05 14:38:08

Q. And let's be very specific. When we're talking about "data misuse," what do you understand that to mean in this context? 14:38:10 14:38:14 14:38:18

A. Sure. 14:38:19

I mean, I would understand that to mean that -- I have it here on the slide -- that it's accessing or storing data in a prohibited manner. That's pretty broad. Right. 14:38:20 14:38:24 14:38:27 14:38:29

So, you know, the prohibitions can come with policies, so that's the issue with Cambridge 14:38:31 14:38:34

Analytica. Facebook's policies says that developers are not allowed to sell this data that they collect from Facebook. So in the Cambridge Analytica case, at least with the This is Your Digital Life app, it violated that part of the policy, which is why it was considered data misuse. 14:38:36 14:38:38 14:38:40 14:38:43 14:38:45 14:38:48

But the policy has other elements like, you know, just -- you know, there are other elements and, you know, Zuckerberg in his deposition, in, I guess, it was the 2024 one, he outright said that, you know, he agreed with this definition, that data misuse is accessing data in a prohibited manner. And also in that deposition he explicitly said that, you know, we're not focused just on the sales of data that were at issue with Kogan, but any violations of our policy would be deemed data misuse. 14:38:49 14:38:52 14:38:55 14:38:58 14:39:03 14:39:05 14:39:07 14:39:12 14:39:14 14:39:20

And that definition of data misuse is consistent with the ADI investigators. You're going to hear deposition testimony from one of them. There are other Facebook employees and internal communications like e-mails, presentations. They seem to understand that this is the definition of data misuse. 14:39:22 14:39:24 14:39:26 14:39:30 14:39:34 14:39:37 14:39:39

And, you know, broadly in industry this is, you know -- this is understood as, you know, data 14:39:40 14:39:43

misuse. 14:39:46

Q. So that's the scope of the testimony from Mr. Zuckerberg and the promises that were made. Did you look at ultimately when the ADI was concluded, and they decided not to notify folks, other than those two apps, were they using that same definition of data misuse to make that notification decision? 14:39:47 14:39:53 14:39:57 14:40:02 14:40:05 14:40:08

A. No, because then they would have had to notify people. 14:40:11 14:40:14

Q. Okay. And I think we can look at -- so how did we get from -- from one to the other? If you could just generally explain -- 14:40:14 14:40:18 14:40:22

A. Yeah. 14:40:23

Q. -- based on what you saw. 14:40:23

A. Yeah. So like as this investigation progressed, they kept finding more stuff and then narrowing their definition of data misuse because it was creating a lot of work for them, all of the apps that they were finding and the potential notification that they were going to have to do. 14:40:25 14:40:27 14:40:30 14:40:33 14:40:35 14:40:37

So, first, they decided to sort of triage it based on whether it's a newsworthy instance of data misuse. That wasn't part of the promise. 14:40:39 14:40:41 14:40:45

And then, you know, in mid-2019 it was only serious violations. 14:40:49 14:40:51

And then, finally, you know, at the end when they closed the investigation in 2021, they said, oh, data misuse just means sales of data and nothing else. 14:40:53 14:40:54 14:40:57 14:41:00

Q. And can you turn to Tab 344 in your binder? 14:41:01 14:41:05

A. (Witness complies.) 14:41:17

Q. And do you recognize this document? 14:41:17

A. Yes. 14:41:18

Q. And, generally, can you explain to the jury what this is? 14:41:19 14:41:20

A. It's another internal e-mail that appears to be sort of a status update on their plans for how to notify people. So it's discussion amongst the people involved with the ADI. 14:41:21 14:41:24 14:41:29 14:41:35

Q. Okay. Involved with the ADI. 14:41:36

And is this describing the ADI commitments that Mark Zuckerberg made? 14:41:38 14:41:40

A. Excuse me. Yes, it is. 14:41:43

Q. Okay. And is this part of the documents you looked at and analyzed to determine how the definition of misuse changed over time? 14:41:44 14:41:49 14:41:53

A. Yeah. Yeah, absolutely. 14:41:55

MR. RHODES: Your Honor, at this time the State moves Exhibit 344 into evidence. 14:41:57 14:42:01

MS. HUBBARD: Need to be heard, Your Honor. 14:42:03 14:42:11

JUDGE FRANCIS J. MATHEW: Approach. 14:42:11

(Sidebar discussion held.) 14:42:12

JUDGE FRANCIS J. MATHEW: Why do I have two? 14:42:21 14:42:22

MR. RHODES: I don't know. That must be a binder issue because 344 is just a two-page document. 14:42:23 14:42:24 14:42:28

MS. HUBBARD: Your Honor, I think the foundation issue was the representation that this is about the App Developer Investigation. 14:42:28 14:42:30 14:42:33

I think it's separate and apart. It's unrelated to the app development investigation. It's about a separate workstream from that ADI work stream, so I think it's a 403 problem that's confusing, and the foundation is just not right. 14:42:36 14:42:38 14:42:40 14:42:45 14:42:48

MR. RHODES: That's absolutely not true, Your Honor. They talk specifically about "A decision-making framework that makes good on Mark's commitment to notify users in cases where we confirm a third-party app developer misuse of data." That is exactly what we've just been talking about. 14:42:52 14:42:54 14:42:57 14:43:00 14:43:03 14:43:06

And Dr. Egelman just testified that is the ADI. That's the App Developer Investigation. If 14:43:09 14:43:12

they believe that this is talking about some other commitment that Mark Zuckerberg made to notify users of data misuse, we're not aware of any other commitment that exists, but they're certainly free to cross-examine him on that, but it's just wrong from the face of the document and it's not the doctor's testimony. 14:43:15 14:43:20 14:43:22 14:43:25 14:43:28 14:43:30 14:43:33

MS. HUBBARD: So my understanding of the document is different, Your Honor, but given counsel's representations, I'll take it up on cross. 14:43:33 14:43:35 14:43:37

JUDGE FRANCIS J. MATHEW: Okay. 14:43:40

(Sidebar ends.) 14:43:42

MR. RHODES: Your Honor, for the record, is Exhibit 344 admitted? 14:43:57 14:43:58

MS. HUBBARD: No objection, Your Honor. 14:44:03

JUDGE FRANCIS J. MATHEW: Exhibit 344 is admitted. 14:44:05 14:44:07

(Plaintiff's Exhibit 344 was admitted into evidence.) 14:44:08 14:44:19

Q. BY MR. RHODES: Dr. Egelman, can you explain -- maybe reset the stage on what is happening in this e-mail exchange? 14:44:19 14:44:20 14:44:22

A. Yeah. If you look at the top, this is late September 2019. So the investigation has been going on for a year and a half at this point. In 14:44:25 14:44:27 14:44:29

the -- if you really just skip to the second -- or third sentence, "The most significant change is a narrowing of the definition of data misuse, which in practice will lead to fewer decisions to notify under the framework." 14:44:33

So, you know, if they narrow the definition of data misuse, that means they don't have to notify as many people. 14:44:45

Q. And is there a discussion in the background below that that would explain whether this is the same -- part of the same commitment that we've been discussing today? 14:44:51

A. Yeah. Yeah. Absolutely. 14:44:59

Q. And what's that language? 14:45:00

A. Well, throughout, so here under what's new and why, you can see here they said, you know, "The previous version of the framework defined data misuse as a tier 1 or tier 2 violation of designated data policies." 14:45:02

So here they've already -- that's all -- they've already narrowed the definition. 14:45:18

So, first, it was violation of their data policies. Now it's only a tier 1 or tier 2 violation. That was on the prior slide you saw, where basically they narrowed it from violating the 14:45:22

policies, but then only serious violations of the policies. 14:45:32 14:45:36

So now this is saying, Well, we're going to narrow that even further. 14:45:36 14:45:38

Q. And where does it say that? 14:45:40

A. Yeah. Here they're only going to take tier 1 violations now. 14:45:42 14:45:52

So tier 2 violations I would need to go back to remember how those were defined. 14:45:53 14:45:54

But, basically, it's just further narrowing the scope. 14:45:58 14:45:59

Q. Is that the sentence -- are you referring to the sentence "This latest version"? 14:46:00 14:46:02

A. Yes. 14:46:05

Q. Sorry. Can you just read that for us into the record? 14:46:05 14:46:07

A. Yeah. 14:46:08

"The latest version of the framework narrows the definition of data misuse to include only tier 1 violations of designated data policies." 14:46:08 14:46:10 14:46:12

Q. And is there a discussion in this document that explains why they did that? 14:46:15 14:46:17

A. Yeah. 14:46:19

Q. And what is that? 14:46:21

A. Well, I can see where one -- I know there 14:46:23

was another instance of it, but one is redacted. I know it's in here. 14:46:36 14:46:39

Q. How about the sentence that starts just below that redaction? 14:46:39 14:46:42

A. Oh, yeah, here. 14:46:43

"DevOps similarly preferred a more stringent standard for notification given the operational effort necessary for notification." 14:46:44 14:46:49 14:46:52

So they were going to have to send a lot of notifications and that was going to cause a lot of work. 14:46:55 14:46:57 14:46:59

Q. Thank you. 14:46:59

MR. RHODES: Your Honor, this might be a good time for a break. 14:47:00 14:47:03

JUDGE FRANCIS J. MATHEW: Okay. 14:47:04

MR. RHODES: I'm happy to keep going but -- 14:47:06 14:47:07

JUDGE FRANCIS J. MATHEW: No, we can do it here. 14:47:08 14:47:09

Ladies and gentlemen, we'll take a 15-minute break. 14:47:15 14:47:16

During recess do not discuss the case with anyone other than yourselves and only in the jury room when all of are you present. Do not attempt to decide the outcome of the case before you 14:47:17 14:47:19 14:47:22 14:47:24

begin final deliberations. 14:47:27
With that, we'll be in recess for 15 minutes. 14:47:29 14:47:31
THE BAILIFF: All rise. 14:47:31
(Jury exits courtroom.) 14:47:33
JUDGE FRANCIS J. MATHEW: You want to say something, Ms. McGinn? 14:48:09 14:48:10
MS. MCGINN: I do, Judge. I hate to sound like a broken record, but I'm wondering if we can talk about the deposition designations either now or at the end of the break so we can get our guy working on that. 14:48:11 14:48:12 14:48:14 14:48:16 14:48:18
JUDGE FRANCIS J. MATHEW: Give me about five minutes. 14:48:18 14:48:19
(Recess was held off the record.) 14:55:37
JUDGE FRANCIS J. MATHEW: Ms. McGinn. 14:55:37
MS. MCGINN: Yes, Judge, just want to know what your decision is on the Soares deposition and the Chakrabarti deposition. 14:55:38 14:55:39 14:55:42
And I think, after asking you to review Potts, I think we've resolved that because -- I don't know where -- I think we've agreed that the have promised they're going to call Mr. Potts as a live witness, rather than put on his excerpts and have him come testify and cross-examine him, we'll just leave 14:55:44 14:55:47 14:55:49 14:55:58 14:56:01 14:56:04

our case open for the part of his testimony we need 14:56:07
on cross and let them put him on and then we'll 14:56:11
cross-examine him, which will be much more 14:56:13
interesting for the jury than playing his excerpts 14:56:16
for Mr. Potts. 14:56:16

So I think I've worked that one out. 14:56:20

JUDGE FRANCIS J. MATHEW: Okay. But I 14:56:20
did look at Potts -- 14:56:21

MS. MCGINN: That's probably the one you 14:56:30
looked at. 14:56:30

So what's left is Soares, Chakrabarti, 14:56:31
and Wynter I think were the other three that we gave 14:56:33
you. 14:56:33

JUDGE FRANCIS J. MATHEW: I reviewed them 14:56:33
all. 14:56:33

MS. MCGINN: Okay. Judge, and so how 14:56:33
shall we cut those? 14:56:44

JUDGE FRANCIS J. MATHEW: I want to make 14:56:44
sure I've got this because this was Friday through 14:56:45
all your keys. 14:56:45

We've got your designation and then on a 14:56:48
number of them they're lined out, and you've either 14:56:50
said remove designation or you've reduced it. 14:56:53

MS. MCGINN: Yes, Judge. We've tried to 14:57:00
cut it down so it would not be so long for all these 14:57:02

things. 14:57:05

JUDGE FRANCIS J. MATHEW: That's what I was thinking. 14:57:05 14:57:06

And then when I got to the objections, many times those objections went to something that's been removed. 14:57:07 14:57:14 14:57:21

MS. MCGINN: That's correct, Judge. 14:57:21

JUDGE FRANCIS J. MATHEW: And then cross-designations regarding practically every one of your cross-designations was improper cross-designations. 14:57:23 14:57:26 14:57:30 14:57:33

MS. MCGINN: Yes. Correct, Judge. 14:57:34

JUDGE FRANCIS J. MATHEW: And with Soares there were two copies that I received. I had one in the large binder and then I got this smaller one. 14:57:35 14:57:39 14:57:41

MS. MCGINN: I think they cut Soares down, too, so you've got the smaller binder. 14:57:43 14:57:47

Is that correct? 14:57:48

JUDGE FRANCIS J. MATHEW: I only reviewed the smaller binder. They looked substantially the same. 14:57:48 14:57:48 14:57:52

MS. MCGINN: Okay. That sounds great, Judge. Yes. 14:57:52 14:57:54

JUDGE FRANCIS J. MATHEW: Okay. The objections were overruled until page 96, which would 14:57:55 14:58:03

be the second page of your key. 14:58:09

MS. MCGINN: Okay. Judge. 14:58:11

JUDGE FRANCIS J. MATHEW: And the objection with respect to 98, line 12 to 98, line 20 is sustained. 14:58:12 14:58:13 14:58:22

MS. MCGINN: Okay. 14:58:24

JUDGE FRANCIS J. MATHEW: The objection's again overruled until the third page and -- 14:58:35 14:58:37

MS. MCGINN: What is that page number, Judge? 14:58:39 14:58:41

JUDGE FRANCIS J. MATHEW: Well, I'm sorry. Third page of your key, which is 151:15 to 158, it had been amended to 151:15 to 156:21, with respect to personal knowledge at 153:6 to 153:19. That objection was sustained. 14:58:42 14:58:43 14:58:51 14:59:00 14:59:04

MS. MCGINN: Okay. 14:59:08

JUDGE FRANCIS J. MATHEW: The rest of the objections were overruled until page 198, line 22 to 199:7. 14:59:08 14:59:09 14:59:17

MS. MCGINN: I'm sorry, Judge. It was 198, what line, please? 14:59:19 14:59:20

JUDGE FRANCIS J. MATHEW: 198, line 22 to 199:7. 14:59:21 14:59:25

MS. MCGINN: Okay. 14:59:27

JUDGE FRANCIS J. MATHEW: And that 14:59:29

objection was sustained. 14:59:30

MS. MCGINN: All right. 14:59:31

JUDGE FRANCIS J. MATHEW: There was one other objection that was overruled. 14:59:38 14:59:39

MS. MCGINN: All right. Judge, we will remove those. 14:59:42 14:59:43

And Potts we don't need to do now. 14:59:43

And I think all we have left for Your Honor -- oh, Chakrabarti is the other one, Judge. 14:59:45 14:59:46 14:59:48

JUDGE FRANCIS J. MATHEW: I think Chakrabarti was Volume 1? 14:59:48 14:59:50

MS. MCGINN: Yeah. 14:59:52

JUDGE FRANCIS J. MATHEW: With respect to the objections, objection concerning narrow designation 24, line 7 -- 15:00:43 15:00:54 15:00:59

MS. MCGINN: I'm sorry, Judge. What page is that? 15:01:04 15:01:06

JUDGE FRANCIS J. MATHEW: First page of the key. 15:01:07 15:01:08

MS. MCGINN: Okay. But what is the page number of the deposition? 15:01:08 15:01:10

JUDGE FRANCIS J. MATHEW: Narrowed to -- page 24, line 7, that -- so this is the third one on the -- fourth one on the key. Those objections are 15:01:11 15:01:13 15:01:21

overruled. 15:01:26

The sixth one, page 29, line 10 to 21, overruled; page 31, line 8 to 12, overruled. 15:01:31 15:01:37

And the last four objections were moot based upon your review. 15:01:45 15:01:47

MS. MCGINN: Okay. Great, Judge. That's wonderful. 15:01:55 15:01:55

Judge, the only -- the other deposition you have that we will probably play that you have is Chen. It's not one we asked you to look at this weekend, but now -- 15:01:56 15:01:58 15:02:00 15:02:03

JUDGE FRANCIS J. MATHEW: I did look at Chen. 15:02:04 15:02:05

MS. MCGINN: Great. Let's do that one then too. 15:02:05 15:02:07

And, Judge, if you could read me the ones that were sustained, and then say all the rest of them are overruled that's probably the easiest way to do it, because that's the part we have to take out. 15:02:41 15:02:44 15:02:45 15:02:49

JUDGE FRANCIS J. MATHEW: Ms. McGinn, I think I misspoke on this one. I don't have any markings. 15:03:19 15:03:20 15:03:24

MS. MCGINN: All right. Judge, if you'll take a look at Chen, we can get that cut tomorrow morning. 15:03:24 15:03:25 15:03:28

And the good news is there are only three 15:03:28
more, but we are cutting them all down. We haven't 15:03:30
given you the drafts yet because we're trying to make 15:03:33
them very, very short, like 10 or 15 minutes. So 15:03:35
they should be very, very short to review. 15:03:39
So we'll get those to you tomorrow 15:03:42
morning. Thank you, Judge. 15:03:44
MR. MANNING: On Mr. Potts, we do intend 15:03:54
to call him live in our case. We have not agreed 15:03:56
that the State can keep their case open until he 15:03:59
testifies. He may not testify until next week. 15:04:01
So I don't know if that changes the 15:04:04
State's plans with respect to his deposition. 15:04:06
The other question I had was about 15:04:10
Mr. Zuckerberg's Volume 1. I know the Court had 15:04:13
ruled on the bench briefs, but I wasn't sure if the 15:04:16
Court had ruled on the specific deposition 15:04:19
designation objections on the affirmatives in the 15:04:22
counter. 15:04:24
JUDGE FRANCIS J. MATHEW: I just ruled on 15:04:24
the briefs and that's all I had ruled on. 15:04:25
MR. MANNING: Got it. So we'll await the 15:04:28
Court's ruling on the specific designations. Thank 15:04:31
you. 15:04:33
MS. MCGINN: Judge, I thought the 15:04:33

Court -- I thought the rulings on the other deposition for Mr. Zuckerberg would be the same for this deposition, that is -- 15:04:35 15:04:37 15:04:39

JUDGE FRANCIS J. MATHEW: They would be -- 15:04:40 15:04:41

MS. MCGINN: It's the same. So their cross-designations are denied and their designations of the part where he offers his opinion at the end was also left out too. 15:04:41 15:04:44 15:04:46 15:04:50

So we understood the cut -- 15:04:51

JUDGE FRANCIS J. MATHEW: Let me go back and look at it, but that was my intention. 15:04:54 15:04:55

MS. MCGINN: Yes, sir. Great, Judge. 15:04:57

JUDGE FRANCIS J. MATHEW: I'll look at Zuckerberg and Chen tonight. 15:04:59 15:05:00

MS. MCGINN: Thank you, Judge. 15:05:03

JUDGE FRANCIS J. MATHEW: Let's talk about Potts then. Mr. Manning was saying that there's no agreement. 15:05:08 15:05:08 15:05:11

MS. MCGINN: Well, if he's saying we can't add to our case-in-chief the part of -- you know, I think it'll be fine. I think we're leaving our case open to get in the testimony of Monika Bickert, and I think we'll be -- I think we can stop our case and then we'll just cross-examine 15:05:15 15:05:18 15:05:21 15:05:23 15:05:27 15:05:32

Mr. Potts rather than bore the jury with pages of stuff. 15:05:35 15:05:39

JUDGE FRANCIS J. MATHEW: Okay. Just so I'm aware, are you asking for open cross-examination, you're going beyond the scope, in other words? 15:05:39 15:05:40 15:05:46

MS. MCGINN: Yes, Judge. Yes, Judge. That's what I'd like to do with him if we're not going to designate his testimony. So that if they limit him to one thing that we get to do the things that would be his designation. 15:05:48 15:05:52 15:05:54 15:05:56 15:05:59

If they don't agree to that, we'll have to do his designations then, too, and then cross him as well. Have designations and cross. So... 15:06:00 15:06:02 15:06:06

JUDGE FRANCIS J. MATHEW: Mr. Manning? 15:06:09

MR. MANNING: Yes, Your Honor. With respect to Ms. Bickert, she can only testify on Thursday and we've talked to the State about that. 15:06:10 15:06:18 15:06:21

We don't have an agreement that the State can leave their case open for her to testify, but if the State does extend its case to Thursday, they obviously have the ability to call her first and examine her first. 15:06:23 15:06:25 15:06:28 15:06:31 15:06:33

But if they intend to rest before Thursday, we would call her live in our case. 15:06:34 15:06:36

JUDGE FRANCIS J. MATHEW: Well, let's 15:06:39

think of the jury here. 15:06:41

MR. MANNING: Yes. 15:06:42

JUDGE FRANCIS J. MATHEW: I've already 15:06:43 have one juror, just so you know, that something came 15:06:44 up, and I'm not letting this person out now, but 15:06:48 they're already talking about those things. 15:06:51

It would seem appropriate with the length 15:06:55 of this trial, as we announced it, to try to work on 15:06:58 getting it done quicker. This seems to be one way to 15:07:03 do that. 15:07:08

MR. MANNING: I do think that Ms. Bickert 15:07:08 is going to testify on Thursday, one way or the 15:07:11 other. That's the only day that she can testify. We 15:07:13 were upfront with the State about that. 15:07:13

It's really the State's call. If they 15:07:18 choose to rest their case on Wednesday, then we'll 15:07:19 call her Thursday in our case and they can 15:07:21 cross-examination. 15:07:23

If they choose not to rest on Wednesday 15:07:23 and they want to call her in their case, she'll be 15:07:26 available on Thursday. 15:07:28

So I don't think it's going to change the 15:07:29 length of the trial in any way, shape, or form. It's 15:07:31 just a question about, you know, whether the State 15:07:33 wants to rest its case before she testifies or after 15:07:35

she testifies, but we're not agreeing to hold our case open at this point if the State chooses. 15:07:38 15:07:41

JUDGE FRANCIS J. MATHEW: You're not agreeing they hold it up? 15:07:44 15:07:45

MR. MANNING: Correct. They can't hold it up. That's right. 15:07:47 15:07:50

JUDGE FRANCIS J. MATHEW: Ms. McGinn, do you have any issues with that? 15:07:50 15:07:52

MS. MCGINN: Well, I do, Judge, because our agreement was that we would -- we would take her on Thursday, and that was our agreement with them, so long as we got to do an adverse cross first, then they put her on, then we get to do a redirect of cross. 15:07:53 15:07:55 15:07:58 15:08:02 15:08:09 15:08:12

That was our agreement when they asked to take her out of order, and we said we would only agree on those circumstances and that was our agreement. 15:08:14 15:08:16 15:08:19 15:08:21

And so her testimony is, again, this is one of those things where if she's coming live, we're not going to try to put on deposition transcripts because she's going to be here live. 15:08:22 15:08:25 15:08:28 15:08:30

So that was our agreement, and it sounds like Mr. Manning is now going back on that agreement. 15:08:32 15:08:34

JUDGE FRANCIS J. MATHEW: I don't know if 15:08:37

Mr. Manning is going back. I don't know about the agreement, but let's say you rest reserving the right to call these two witnesses as adverse witnesses. 15:08:39 15:08:42 15:08:47

MS. MCGINN: That's what I'd like to do, Judge, yes. 15:08:51 15:08:53

We'll see how long it takes. This is taking longer than we thought it was going to take. 15:08:58 15:09:00

JUDGE FRANCIS J. MATHEW: Okay. I'm open to that. 15:09:03 15:09:04

MS. MCGINN: Okay. Judge, thanks. 15:09:05

JUDGE FRANCIS J. MATHEW: Mr. Manning, do you have any final words? 15:09:07 15:09:08

MR. MANNING: I do, Your Honor. I do very briefly. 15:09:09 15:09:19

No and yes. 15:09:19

JUDGE FRANCIS J. MATHEW: Okay. 15:09:21

MR. MANNING: You know, the discussion with the State was around her testifying on that specific day on Thursday. We did not agree to allow the State to keep their case open. The idea was that the State could either rest and then we would call her, or the State could not rest and call her. 15:09:21 15:09:23 15:09:26 15:09:32 15:09:35 15:09:37

If Ms. McGinn would like to start with an adverse cross-examination, then they can just leave their case open and call her as their final witness. 15:09:42 15:09:44 15:09:47

JUDGE FRANCIS J. MATHEW: All right. 15:09:52

MR. MANNING: Thank you. 15:09:53

JUDGE FRANCIS J. MATHEW: All right, 15:09:56 folks. Ms. Bickert and Potts may be reserved for an 15:09:57 open cross-examination, but otherwise the State's 15:10:05 case will be closed once their other witnesses have 15:10:10 testified. I don't know whether that's going to be 15:10:15 Wednesday or Thursday or Friday, whenever it is. 15:10:17

MS. MCGINN: Okay, Judge. 15:10:19

JUDGE FRANCIS J. MATHEW: Anything else 15:10:21 before I bring the jury back in? 15:10:22

MS. MCGINN: Nothing else, Judge. 15:10:23

THE BAILIFF: All rise. 15:12:18

(Jury enters the courtroom.) 15:12:20

JUDGE FRANCIS J. MATHEW: Thank you. 15:12:20 Please be seated. 15:12:21

We're back on the record. 15:12:22

Mr. Rhodes. 15:12:22

MR. RHODES: Thank you, Your Honor. 15:12:24

Q. BY MR. RHODES: Dr. Egelman, I would like 15:12:27 to now turn our focus to the work that you did 15:12:28 reviewing Facebook's files and the investigator files 15:12:33 in this case. Okay? 15:12:36

Can you just -- now that we've heard a 15:12:36 lot more about what this investigation entailed, can 15:12:42

you refresh us on the different types of documents that you looked at and materials that you looked at to determine whether or not they actually found misuse in the ADI? 15:12:45 15:12:49 15:12:52 15:12:54

A. Yeah. There were, I guess, sort of three types of documents here. 15:12:55 15:12:59

So one was they had this big database for the investigators' notes. They called it SPARTA. It was an acronym for something. I don't know what the acronym stands for. 15:13:00 15:13:04 15:13:09 15:13:12

But in this SPARTA database it was -- there were a lot of files. It had the investigators' notes, and there were over 50 million words in there. 15:13:13 15:13:16 15:13:21

There were also reports that were generated as part of the investigation. So I think I mentioned as they narrowed and narrowed, they ended up doing analysis of about 7,000 apps and that produced a bunch of PDF reports. 15:13:26 15:13:27 15:13:29 15:13:32 15:13:40

Some of these reports were for like a single app. Some of these reports were for hundreds of apps, and were, you know, hundreds of pages long. 15:13:41 15:13:44 15:13:48

All in all I looked, I think there was something like 200,000 pages of documents that were shared with me and that doesn't even consider all the investigators' notes as well, which were tens of 15:13:51 15:13:53 15:13:56 15:13:58

millions of words. So there was a lot. 15:14:02

And then there was also, you know, the internal communications like e-mails, presentations, and things like that, that discuss the ADI. 15:14:05 15:14:06 15:14:08

Q. Okay. Can you turn to 568 in your binder? And this says, "Produced in native format." So I understand this is not the full document here, but it's got a Bates number that ends in 927, Plaintiff's Trial Exhibit 268. 15:14:10 15:14:15 15:14:23 15:14:26 15:14:31

Do you understand this to be reference to -- 15:14:33 15:14:36

Do you not have it? 15:14:36

A. Which number again? Sorry. 15:14:37

Q. 568. 15:14:39

A. Getting there. This is hard to turn. 15:14:40

Q. While you're getting there, the SPARTA data that you referred to, is that a compilation of information -- remind us, where does that information come from, the information that you saw in the SPARTA data? 15:14:52 15:14:55 15:14:58 15:15:02 15:15:05

A. There was a database that Facebook maintained. There were several different tables. So basically they -- they produced different essentially spreadsheets that could correspond into the different parts of this database. 15:15:05 15:15:08 15:15:13 15:15:17 15:15:19

So, for instance, there was one spreadsheet of just investigators' notes where it listed an app and then time stamps for when investigators looked at it, what they -- you know, and then notes to log what they did, what they found, and recommendations for what should happen. Like, whether to, you know, close the case, notify users. There wasn't any of that or, you know, like escalated for further review, or issue of RFI, the request for information from the developer. 15:15:21 15:15:23 15:15:26 15:15:29 15:15:32 15:15:34 15:15:36 15:15:40 15:15:46 15:15:50

So there was lots of information about that, about how each investigation progressed just from those notes. 15:15:51 15:15:53 15:15:54

There were other spreadsheets that they produced. Like there was a list of just 900,000 apps and developer contact information. I assume that that was a result of, you know, they started with the 9.7 million, and then they decided to narrow that down for ones to look at, and so there was a list of 900,000 sum. 15:15:55 15:15:58 15:16:03 15:16:06 15:16:09 15:16:12 15:16:17

There were a bunch of different spreadsheets like that. 15:16:19 15:16:20

Q. And who, to your understanding, was populating the information in those spreadsheets? 15:16:20 15:16:23

A. The investigators. 15:16:25

Q. The investigators who worked for Facebook? 15:16:26 15:16:28
A. Correct. 15:16:28
Q. Okay. Did that include internal Facebook? External? Who was included in that? 15:16:29 15:16:32
A. Yeah. So they hired some outside firms to assist with this. 15:16:35 15:16:37
So, first, they -- you know, they did it through their outside legal counsel, Gibson Dunn, who then hired FTI Consulting and Stroz Friedberg, which are just consulting firms. 15:16:39 15:16:42 15:16:47 15:16:51
Q. And your understanding is those firms were hired to conduct the ADI investigation? 15:16:53 15:16:55
A. Yes. 15:17:00
MR. RHODES: Your Honor, the State moves into evidence 568 and 569, which are too voluminous to print, but they are the SPARTA data files that Dr. Egelman is referencing. 15:17:02 15:17:04 15:17:10 15:17:13
MS. HUBBARD: Your Honor, one small objection. 15:17:17 15:17:20
JUDGE FRANCIS J. MATHEW: Approach. 15:17:20
(Sidebar discussion held.) 15:17:28
MS. HUBBARD: I agree they're voluminous documents and we don't have an objection except that 569 there are some references to the FTC, so I want 15:17:28 15:17:32 15:17:38

to preserve my objection to the FTC. 15:17:42
JUDGE FRANCIS J. MATHEW: Objection's noted. Preserved. Otherwise, they're admitted, 568 and 569. 15:17:45 15:17:46 15:17:50
MR. RHODES: Thank you, Your Honor. 15:17:53
(Sidebar ends.) 15:18:02
JUDGE FRANCIS J. MATHEW: 568 and 569 have been admitted. 15:18:02 15:18:04
(Plaintiff's Exhibit 568 was admitted into evidence.) 15:18:26 15:18:26
(Plaintiff's Exhibit 569 was admitted into evidence.) 15:18:26 15:18:05
Q. BY MR. RHODES: Let's look at some other documents that you looked at. Can you turn to 475? 15:18:05 15:18:07
A. (Witness complies.) 15:18:07
Q. And can you tell us what exhibit -- when you get there, sorry, what Exhibit 475 is? 15:18:20 15:18:21
A. Yes. So this is an archival snapshot of Facebook's developer policy. 15:18:35 15:18:38
So it's dated -- this is as it existed in April of 2014. So it's the policy that governed, you know, what developers do with the data they get from Facebook that was operative at the time that maybe the announcement about locking down the platform and making it so that the developers wouldn't have access 15:18:40 15:18:43 15:18:47 15:18:50 15:18:53 15:18:58

to friend data anymore. 15:19:01
Q. And did you use this to determine whether or not apps had misused data? 15:19:02 15:19:06
A. Yes, I did. 15:19:08
Q. Okay. 15:19:09
MR. RHODES: Your Honor, the State moves Exhibit -- Plaintiff's Exhibit 475 into evidence. 15:19:10 15:19:11
MS. HUBBARD: No objection, Your Honor. 15:19:15
MR. RHODES: Can you just -- 15:19:18
JUDGE FRANCIS J. MATHEW: Exhibit 475 is admitted. 15:19:20 15:19:21
MR. RHODES: Apologies. 15:19:22
(Plaintiff's Exhibit 475 was admitted into evidence.) 15:19:24 15:19:25
Q. BY MR. RHODES: Can you direct us to the relevant sections that you used to determine whether or not apps were misusing data? 15:19:26 15:19:28 15:19:31
A. The one that's relevant is the one that starts with II, and it says "Data collection and use." 15:19:36 15:19:37 15:19:40
Q. It's on the second page? 15:19:40
A. Yep. 15:19:41
Q. Okay. And how did you -- how does this help inform your analysis about whether apps were misusing data? 15:19:42 15:19:47 15:19:49

A. Well, recall that data -- misuse is accessing or storing data in a way that's prohibited. So here's the policy that outlines the way that, you know, that -- it outlines the prohibitions that developers were supposed to follow, and violating these, or violating Facebook's policies and that would mean it's data misuse. 15:19:51 15:19:56 15:19:59 15:20:02 15:20:05 15:20:08 15:20:11

Does that make sense? 15:20:12

Q. And did -- 15:20:13

Just to be clear, these are Facebook's own policies that it published; correct? 15:20:15 15:20:17

A. Correct. These are the policies that Facebook publishes and tells the world: Developers must comply with these policies. 15:20:19 15:20:21 15:20:25

Q. Okay. So which of these policies were relevant to the analysis? And we'll get deeper into it, but can you point us to some of the ones that were relevant to your analysis here? 15:20:26 15:20:28 15:20:31 15:20:34

A. Yeah. The first one is very relevant. "You'll only request the data you need to operate your application." 15:20:35 15:20:38 15:20:40

And so basically what this means is any apps that are, you know, extracting lots and lots of data from Facebook that isn't necessarily needed by the application, that's a violation of the policy. 15:20:41 15:20:43 15:20:47 15:20:50

Because it's likely they're going to be doing something else with that data that people don't expect. 15:20:54 15:20:56 15:20:58

Q. And is there any -- any of the other policies on this page that were relevant? 15:20:58 15:21:01

A. The third one is pretty relevant, so it requires that if you're accessing data from Facebook's API, you need to post a privacy policy so that users have some idea of what you might be doing with the data that you're pulling from Facebook. 15:21:04 15:21:07 15:21:10 15:21:14 15:21:16

Q. And if we could go to the next page, there are -- I haven't counted the total number, but there are at least 15 separate policies in this section; is that right? 15:21:19 15:21:23 15:21:28 15:21:32

A. Yes. 15:21:32

Q. And if you could take a look at No. 6, can you just read the first sentence or the relevant portion about what is prohibited by No. 6? 15:21:33 15:21:36 15:21:41

A. Yeah. I mean this is the prohibition basically against selling data or sharing data with other third parties. 15:21:43 15:21:45 15:21:49

It says, "You will not directly or indirectly transfer any data you receive from us, including user data or Facebook user IDs to, or use such data in connection with, any ad network, ad 15:21:50 15:21:51 15:21:55 15:22:00

exchange, data broker, or other advertising or monetization related toolset, even if a user consents to such transfer or use." 15:22:04 15:22:06 15:22:10

Q. So when Facebook narrowed its definition of data misuse to the transfer or sale of data, does that encompass all the different types of data misuse that could occur with respect to its policies? 15:22:12 15:22:14 15:22:20 15:22:25

A. No. I mean, obviously what's happening here is that they narrowed it to just this one clause of their policy. 15:22:27 15:22:30 15:22:33

Q. Okay. Let's turn to some examples of the types of misuse that you found. 15:22:33 15:22:40

Can you look at Exhibit 512? 15:22:41

A. (Witness complies.) 15:22:45

Q. What is Exhibit 512, Plaintiff's Exhibit 512? 15:23:08 15:23:13

A. So this is one of those reports that I mentioned. So I mentioned that there were about 7,000, like, PDF reports that they generated from the investigation. This one was for Zynga, which is an app developer that made a lot of Facebook games, tens of thousands of them, in fact. 15:23:13 15:23:15 15:23:17 15:23:24 15:23:28 15:23:32

MR. RHODES: Your Honor, at this time we move Plaintiff's Exhibit 512 into evidence. 15:23:34 15:23:35

MS. HUBBARD: No objection, Your Honor. 15:23:38

JUDGE FRANCIS J. MATHEW: Exhibit 512 is admitted. 15:23:38 15:23:40

(Plaintiff's Exhibit 512 was admitted into evidence.) 15:23:40 15:23:41

Q. BY MR. RHODES: Now, I understand this is a very long exhibit, but can you tell the jury what in this report was significant to you in terms of the investigation to Zynga? 15:23:41 15:23:42 15:23:48 15:23:53

A. Well, one, they found that Zynga apparently had 44,000 apps. I thought that was a typo at first. But 44,000 apps, which is pretty wild. 15:23:59 15:24:02 15:24:06 15:24:10

For some reason they only chose to look at 500 of them, so about 1 percent of the apps were ever examined. And from that in this report that they generated, it says it's on the top 500 apps, but when you actually read the report, it then -- they're good at narrowing things, it then chooses to only focus on 20 apps, I guess the 20 most popular ones. 15:24:10 15:24:12 15:24:15 15:24:19 15:24:22 15:24:25 15:24:28

Q. And can you tell us a little more about who Zynga is and what the relationship was to Facebook? 15:24:32 15:24:36 15:24:41

A. Yeah. So Zynga is another company that they make games. We've talked a lot about FarmVille and Words With Friends, those are two of the games 15:24:41 15:24:45 15:24:47

that they make. 15:24:47

Their CEO was apparently friends with Mark Zuckerberg and they had a business relationship where their CEO was an early investor in Facebook. And then they also had special deals where they were given preferential treatment, which is a theme in this trial. 15:24:53 15:24:54 15:24:55 15:25:03 15:25:05 15:25:08

Q. Maybe we can turn to the company history -- is there some description of the history between Facebook and Zynga and their relationship? 15:25:10 15:25:15 15:25:16

A. Yeah. I don't have the whole file in front of me. 15:25:18 15:25:20

Q. I think that's right. 15:25:23

A. Yeah. It says in the second paragraph, "The CEO and founder was an early user of the Facebook API." 15:25:33 15:25:35 15:25:39

And third one it's basically that a lot of these apps were used to harvest data from people. So this poker game it was an early success for them in September of 2007. Basically, it was revealed that it was sort of a marketing ploy to get people to sign up for offers and that's how the app monetized itself. 15:25:51 15:25:54 15:25:57 15:25:59 15:26:01 15:26:04 15:26:07

Q. Was -- sorry. 15:26:07

A. Should I keep going? 15:26:08

Q. Well, let me just ask you. Was Zynga a significant source of revenue for Facebook? 15:26:10 15:26:13
A. Yeah. There's -- I don't know where it is on -- which page it's on, but I think in one year Zynga's apps were something like 20 percent of Facebook's revenue. 15:26:14 15:26:17 15:26:21 15:26:23
MR. RHODES: Can we go back to the slide deck, Mike? Because I think we have some slides on this also. 15:26:25 15:26:26 15:26:29
Q. BY MR. RHODES: Oh, no. 15:26:43
Okay. Sorry. 15:26:43
Okay. So sorry. Is this what you were describing -- 15:26:48 15:26:54
Can you describe what's on this slide in terms of the app investigation to Zynga? 15:26:55 15:26:57
A. Yeah. So here it said Zynga had approximately 45,000 Facebook apps. In this -- the document that you just saw, in some places it says 44,000 and other places it said 42,000. It's up to 45,000. I don't know what the real number is. It seems like Facebook doesn't know what the real number is either. 15:27:00 15:27:05 15:27:07 15:27:09 15:27:15 15:27:18 15:27:20
But when you read through that long report, you know, not documented several types of data misuse that the investigators had found. 15:27:21 15:27:23 15:27:26

So one was, you know, during the transition period, bulk access to the friends' data that investigators noted that pulling this friend data does not match any known use of the apps that it corresponds with, and so that seems to be a violation of the policy of apps, you know, requesting data from Facebook that they don't need to function. 15:27:28 15:27:31 15:27:35 15:27:37 15:27:41 15:27:44 15:27:47

It can -- at least one of their apps, FarmVille, accessed apps past the deadline, and so that's data misuse arguably because Facebook publicly announced a policy, you know, their publicly announced policy is, No apps after May of 2015 will be able to access this data. 15:27:50 15:27:52 15:27:55 15:27:59 15:28:01 15:28:04

And it turns out that wasn't accurate, because, you know, Zynga, because they were friends with Facebook, got special treatment. FarmVille got access through, you know, mid-August 2016. 15:28:05 15:28:07 15:28:11 15:28:15

A couple of the apps didn't have valid privacy policies. That's another violation of Facebook's policy. 15:28:19 15:28:22 15:28:25

And so, yeah, if you read, you know, the notes, it was clear that there were documented violations as well as investigators' notes where they suspected additional misuse as well. 15:28:26 15:28:29 15:28:32 15:28:35

Q. And did the ADI investigators discuss at 15:28:36

all whether there was a special relationship between Facebook and Zynga? 15:28:40 15:28:43
A. Oh, it was in the report. Yeah, sure. 15:28:45
Q. Is that summarized on your next slide? 15:28:47
A. I believe so. 15:28:50
Q. Okay. Let's go to that. 15:28:50
So this is -- you were mentioning the revenue that Zynga accounted to Facebook? 15:28:58 15:29:00
A. Yes. 15:29:03
Q. Is this what you were referring to? 15:29:04
A. Yeah. So 2011 apparently Zynga was like 19 percent of Facebook's revenue, but before that -- in the year before, in 2010, Facebook gave Zynga a special exemption of its terms of service. 15:29:05 15:29:08 15:29:11 15:29:14
This was documented in the ADI notes, that they were exempt from -- from Facebook's terms of service and that was in exchange for Zynga agreeing to exclusively use Facebook's payment processing service because that results in Facebook getting, you know, a cut of the payments that Zynga would receive. 15:29:18 15:29:20 15:29:23 15:29:27 15:29:30 15:29:32 15:29:36
Q. Okay. And is that Mark Pincus the founder of Zynga to the right of Mark Zuckerberg? 15:29:37 15:29:41
A. Yep. Yep. 15:29:44
Q. And the next slide, so what ultimately 15:29:44

did you find with respect to how Zynga, as an app developer, was treated by Facebook as part of the ADI? 15:29:47 15:29:52 15:29:54

A. Yeah. I mean, obviously they got preferential treatment. There were over 40,000 apps, somewhere between 40,000 and 45,000, that had been using Version 1 of the Graph API that allowed them to access friends' data. 15:29:54 15:29:57 15:30:00 15:30:06 15:30:08

For whatever reason they only opted to review the 20 most popular ones, and from those they found that in 15 cases, Facebook didn't actually keep good enough records for them to even know what was collected by those apps. So they then closed the investigation and said no misuse occurred, and there was no ban, no audit, no notification, no data deletion. 15:30:10 15:30:12 15:30:16 15:30:19 15:30:21 15:30:24 15:30:26 15:30:32

Q. Now I want to go back and talk about your methodology and how you arrived at these conclusions. 15:30:33 15:30:35

Can you describe that and what we're seeing on this slide? 15:30:38 15:30:41

A. Yeah. So there were basically three different phases. 15:30:42 15:30:44

First was just me looking through the ADI materials that were produced. So first looking at -- you know, skimming over lots of these reports, 15:30:58 15:30:58 15:30:58

looking at the investigator notes so that gave me an idea of the types of things the investigators were commenting on, and the types of misuse that they had observed. 15:30:59 15:31:02 15:31:03 15:31:05

And so then, I mentioned before that there were tens of millions of words in the produced documents. It would have -- I calculated it was like upwards of 60 million words, which at average reading speed would take someone two years to read all that material. 15:31:05 15:31:08 15:31:11 15:31:13 15:31:18 15:31:20

So instead what I did was digitize the documents to make them searchable and then created a list of keyword searches based on my previous examination of those documents. 15:31:21 15:31:24 15:31:28 15:31:30

That identified, you know, potential cases. 15:31:32 15:31:35

Obviously, then I went and I looked through manually everything that keyword searches identified, for instance, mentions of data misuse suspected, like that was a phrase that would sometimes appear. 15:31:44 15:31:46 15:31:47 15:31:51 15:31:51

Another would be like failed the privacy policy check. So the investigators understood that apps were required to have privacy policies. Not having a privacy policy is a violation of Facebook's 15:31:53 15:31:55 15:31:57 15:32:00

developer terms. And so as part of the investigators' protocol, they checked whether there was a privacy policy. So it was easy to just search through all of these documents to search for privacy policy check to see if they noted that there was no privacy policy. 15:32:02 15:32:05 15:32:07 15:32:10 15:32:13 15:32:15

So from doing all of that, that narrowed down a set of reports to focus on, and then I manually read through the ones that those searches identified. 15:32:16 15:32:19 15:32:22 15:32:26

I also had a research associate working on this as well, who also looked at those so that there were two people who agreed that, yes, in fact, the investigator, you know, clearly identified misuse based on what they wrote here. 15:32:26 15:32:29 15:32:32 15:32:35 15:32:39

Q. And then were you able to then determine how many New Mexico Facebook users were associated with those apps? 15:32:40 15:32:43 15:32:46

A. Yeah. So based on that, I came up with a list of over 2,000 apps that appear in my report's appendices. During this process that list of apps was provided to Facebook, and Facebook provided a list of New Mexico user accounts for some of them. So I had over 2,000, I think, that ultimately what they provided me with, it was 1,585. So I don't have 15:32:47 15:32:50 15:32:55 15:33:00 15:33:03 15:33:07 15:33:11

data on all of the apps identified as misusing data, 15:33:16 but from the 1,585 apps that Facebook provided lists 15:33:19 of the New Mexico users who installed -- you know, 15:33:25 who had installed those apps, as well as the friends 15:33:28 of those users who are in New Mexico who had their 15:33:30 data collected. 15:33:33

Q. Okay. And I think we'll get further into 15:33:33 that calculation. 15:33:35

So does this slide have a summary of your 15:33:36 findings about data misuse that was found in the App 15:33:39 Developer Investigation? 15:33:45

A. Yeah. And I'll show you one thing that 15:33:45 was on the slide that I didn't talk about that I want 15:33:47 to be very clear on. 15:33:49

My whole goal was not to identify every 15:33:51 single instance of data misuse. My whole goal was 15:33:53 just to show that it was rampant, right, and they 15:33:57 knew it was rampant. I fully acknowledge there's 15:33:59 probably lots of incidents in there of, you know, 15:34:02 identified data misuse that I probably missed. And 15:34:04 so it's probably many -- you know, and Facebook 15:34:06 suspected, you saw some of the internal discussions. 15:34:09 They suspected that there are millions of other 15:34:12 Cambridge Analyticas. 15:34:15

So the point wasn't to identify every 15:34:15

single instance, but to show that this was rampant, and that's how I got at 2,000. There are many thousands, more likely. 15:34:18 15:34:21 15:34:24

Q. And is that what's represented here? 15:34:24

A. Yeah. And so in the -- in the appendices, I enumerated the different types of abuse. 15:34:26 15:34:30 15:34:33

Again, since the goal wasn't to identify all, I just focused on a few narrow categories that the investigators had noted. 15:34:34 15:34:35 15:34:38

So, you know, privacy, lack of a privacy policy, that's a violation and that's one that's very easy to detect because every -- you know, almost every app that had one missing, they commented on that, and you could pull that out of the notes. 15:34:39 15:34:43 15:34:46 15:34:48 15:34:50

Other types of violations that I looked at, I mentioned before access to the friends' data after May of 2015. I mentioned that that's, you know, a violation of Facebook's policy because it might not have been that developer written policy, but they publicly announced this new policy and they broadcast it to the world that after May 2015 apps would not have access to the data. And so it would be reasonable to assume that, in fact -- the policy they announced was, in fact, the policy. 15:34:52 15:34:54 15:34:58 15:35:00 15:35:02 15:35:05 15:35:08 15:35:12 15:35:14 15:35:17

Q. On -- 15:35:19
A. And then the third one was bulkful collection of friends' data during the deprecation period. 15:35:21 15:35:25 15:35:28
What that means is, remember there was the one-year period of time from April 2014 to May 2015 that developers had to switch over? 15:35:29 15:35:30 15:35:34
Well, during that one-year period, they still had access to the friends' data, and now that there's this announcement that they're going to get cut off, one thing that I saw over and over again in the investigators' reports was after Mark Zuckerberg's announcement, they noticed these huge spikes from apps requesting friends' data that were not associated with, like, new users of that -- those apps, or even use of those apps at all. 15:35:36 15:35:39 15:35:41 15:35:43 15:35:46 15:35:49 15:35:51 15:35:53 15:35:57
And so that signaled to the investigators that app developers, you know, know that their firehose of sweet, sweet user data is about to get cut off. And so it's trying to extract as much from the platform as they possibly could before that happened. 15:35:59 15:36:02 15:36:06 15:36:09 15:36:11 15:36:14
And the investigators have comments basically noting that, that those spikes in access to the friends' data during the deprecation period do 15:36:14 15:36:17 15:36:20

not correspond to known uses of the apps and don't correspond to even usage of the apps, and, therefore, that's clearly requesting data that's not necessary for the apps to function. 15:36:23 15:36:26 15:36:28 15:36:30

And I know I've talked for a while. 15:36:32

Q. Yeah. Why don't we take a look at one of those examples. 15:36:34 15:36:37

If you can turn to Plaintiff's Exhibit 503. 15:36:38 15:36:40

A. (Witness complies.) 15:36:40

Q. And can you tell the jury what is Plaintiff's Exhibit 503? 15:36:53 15:36:53

A. Yes. This is an ADI report for Sync.ME, which was, you know, one of the other apps that was collecting lots of data that was suspicious enough for them to, you know, issue this report as opposed to, yeah, passing over it. 15:36:56 15:37:00 15:37:03 15:37:05 15:37:08

MR. RHODES: And, Your Honor, at this time we'd move Plaintiff's Exhibit 503 into evidence. 15:37:11 15:37:12

MS. HUBBARD: No objection, Your Honor. 15:37:15

JUDGE FRANCIS J. MATHEW: Exhibit 503 is admitted. 15:37:17 15:37:19

(Plaintiff's Exhibit 503 was admitted into evidence.) 15:37:21 15:37:22

Q. BY MR. RHODES: So, obviously, another 15:37:22

very long document, but if you could just walk us through the key points in the first couple pages that you found relevant. 15:37:24 15:37:26 15:37:29

A. Yeah. The -- yes. 15:37:30

The first one is right under "Level of concern high." You see there's a bullet right below that says, "The app held numerous sensitive permissions, most of which do not align with the understood use case." 15:37:33 15:37:36 15:37:39 15:37:42 15:37:45

So if you remember the very first clause of the developer policy under the data terms, on what they could do with the data. It said that you're not allowed to request data that your app doesn't need to operate. And so this is clearly showing that investigators believe they're violating that term of the policy, that the app is requesting data that doesn't really correspond to the app's understood use case, and, therefore, you know, the data's likely being used for secondary purposes. 15:37:46 15:37:48 15:37:51 15:37:54 15:37:57 15:38:00 15:38:03 15:38:06 15:38:08 15:38:11

Q. And on the second page, there's a summary of findings. Is that the summary of Facebook's own investigators' findings? 15:38:12 15:38:15 15:38:19

A. Yes. 15:38:22

Q. And what did they find here that was significant to you, if anything? 15:38:22 15:38:24

A. I mean, the whole thing's pretty interesting. 15:38:25 15:38:29
Q. Can you just give us the highlights? 15:38:29
A. Yeah. So like the first part, the very first sentence, it says, "Background investigation found that app has been flagged by numerous media outlets for storing contact information that is vulnerable to leaks and hacks and may be in violation of data protection rules." 15:38:31 15:38:34 15:38:36 15:38:39 15:38:41 15:38:44
Q. Later in this -- 15:38:47
Sorry. Go ahead. 15:38:48
A. No, no, no. 15:38:49
Q. Do they have any concerns about the developer, the people that were running -- that were making this app? 15:38:52 15:38:56 15:38:58
A. Yeah. So here it says the -- "The app was part of an incubator run by Teddy Sagi and received an early investment from Sagi who later purchased and then resold the company Visual DNA that leverages personality quiz data for marketing purposes." 15:38:58 15:39:01 15:39:08 15:39:11 15:39:15 15:39:18
He was also in prison for market manipulation prior to his involvement with Sync.ME. 15:39:20 15:39:21
Q. In the next paragraph, does it talk about what kinds of data this app was collecting from 15:39:26 15:39:27

users? 15:39:30

A. Yes. So here we go with access during Version 1.0, so that's when apps were able to access friends' data. The app was overpermissioned and had access to many heavyweight permissions. 15:39:30 15:39:32 15:39:36 15:39:39

So overpermissioned, that just means it was requesting more data than it needed to function, which is a violation of Facebook's policy. 15:39:41 15:39:45 15:39:47

Q. And can we look at -- let's see, page 8 of the document. And there's also page 9, but there are some charts here -- 15:39:49 15:39:54 15:39:59

A. Yeah. 15:40:00

Q. -- over time. 15:40:01

Can you explain what those are for the jury? 15:40:02 15:40:04

A. Yes. These were charts showing how after it was announced that apps were going to be losing access in one year to this friend data that they suddenly started trying to download as much of this data as they could. 15:40:04 15:40:08 15:40:12 15:40:16 15:40:18

So you can see what's highlighted -- so the highlighting in gray, that bar, that's the deprecation period from I guess it was April 2014 to May 2015, and it was the investigators who noted that period of time -- 15:40:19 15:40:22 15:40:24 15:40:28 15:40:34

Q. I'm sorry. Can you just explain what deprecation period means? 15:40:34 15:40:38

A. When they were going to phase out -- you know, the time period that developers had to switch to the new version of the API. 15:40:39 15:40:39 15:40:40

So that one-year period where it was announced that friend data was going away. 15:40:42 15:40:44

There's this huge spike you see in the chart above showing that in terms of the number of requests going for friend data it went up. And that doesn't really correspond to a huge influx of new users using the app, but, in fact, during the period from like 2015 forward, you see the number of new users goes down but the number of requests from those apps goes up. 15:40:48 15:40:50 15:40:53 15:40:56 15:41:00 15:41:02 15:41:06 15:41:09

And that signaled to the investigators that this app is just trying to scrape as much data as possible before it loses access. 15:41:10 15:41:13 15:41:16

Q. And what did Facebook do in response to this information that it got from its ADI investigators? 15:41:18 15:41:23 15:41:27

A. Well, they eventually close the investigation without notifying anyone, banning anyone, or confirming the data was deleted. 15:41:27 15:41:30 15:41:33

Q. Did they conduct a full audit? 15:41:37

A. No. 15:41:39
Q. Okay. Can we also look at 513? 15:41:40
A. (Witness complies.) 15:41:40
Q. And are you familiar with this document? 15:41:46
A. Yes. This is another one of those report 15:41:58 documents that describes the apps -- apps that belong 15:42:01 to mail.ru. 15:42:07
Q. What is mail.ru? 15:42:09
A. It's a Russian tech company. They 15:42:11 own -- I guess they bought ICQ, for those of you who 15:42:14 were online in the '90s. It was a popular instant 15:42:19 messaging app. I think it's been repurposed. They 15:42:22 own a bunch of other things. But the investigation 15:42:25 focuses on the deep ties to the Kremlin. 15:42:30
MR. RHODES: Your Honor, at this time we 15:42:34 move Plaintiff's 513 into evidence. 15:42:37
MS. HUBBARD: No objection, Your Honor. 15:42:38
JUDGE FRANCIS J. MATHEW: 513 is 15:42:40 admitted. 15:42:40
(Plaintiff's Exhibit 513 was admitted 15:42:40 into evidence.) 15:42:41
Q. BY MR. RHODES: Okay. So let's look at 15:42:41 page 2 under key findings. 15:42:41
Can you walk us through this and explain 15:42:42 a little bit more about who mail.ru was and what 15:42:44

their relationship to Facebook was? 15:42:47
A. Yes. They owned almost 2 percent of Facebook. So they were an early investor into Facebook. That's in the second paragraph there. 15:42:49 15:42:54 15:42:58
Q. Does it talk about the relationship between Mark Zuckerberg specifically and the owner of mail.ru or its related companies? 15:43:01 15:43:03 15:43:06
A. They had a close relationship. 15:43:09
Q. Okay. Is that at the bottom of this second bullet point? 15:43:11 15:43:18
A. Yes, it is. 15:43:18
Q. Okay. And then what other -- what else does it say about mail.ru and its other ties? 15:43:20 15:43:26
A. That they have deep ties to the Kremlin. So here it was saying that, you know, they were trying to insulate the company against US sanctions against Russia. 15:43:31 15:43:34 15:43:38 15:43:42
Yeah, it basically goes over the connections to the Russian government. 15:43:58 15:44:02
Q. And did the ADI investigators find indicia of data misuse -- 15:44:03 15:44:05
A. Oh, absolutely. 15:44:08
Q. I'm sorry. 15:44:11
A. Yes, absolutely. 15:44:12
Q. And what kinds of indicia did they find? 15:44:13

A. So in this report, it focuses on another like 500-some apps that they mentioned. Here it says that, you know, 216 of 563 were created during Graph API Version 1. And, you know, they found that many of these apps were identified in this investigation. 15:44:15 15:44:19 15:44:23 15:44:40 15:44:41
Let me flip forward. 15:44:44
Q. Did it talk about the types of data that the apps had access to? 15:44:51 15:44:53
A. Yeah. I mean here it says that "several of these apps had access to lots of sensitive permissions from more than ten users." 15:45:01 15:45:03 15:45:06
Q. And what did Facebook do in response to the finding of its ADI investigators with respect to mail.ru? 15:45:09 15:45:11 15:45:14
A. Well, you know, nothing really. 15:45:15
Q. Okay. 15:45:18
A. They closed the investigation. No one was notified. 15:45:19 15:45:20
Q. Let's look at Exhibit 338. 15:45:21
A. What number? 15:45:55
Q. 338. Plaintiff's Exhibit 338. 15:45:56
And can you tell us -- do you recognize this document? 15:45:57 15:45:59
A. Yes, I do. 15:45:59
Q. What is Plaintiff's Exhibit 338? 15:46:00

A. Well, it was an internal, I guess, memo or document. The title is "Proposal to ban personality quizzes and potentially other extractive apps." 15:46:02 15:46:06 15:46:08 15:46:12

So it was well understood within Facebook that one major abuse factor were these quiz apps that would, you know -- like which Disney princess are you or what's your spirit animal, and these were used as a ploy to extract data out of Facebook. They would go viral very -- 15:46:13 15:46:16 15:46:21 15:46:27 15:46:29 15:46:32

Q. Let's -- sorry. I'll ask you more questions about it. 15:46:34 15:46:36

MR. RHODES: But I want to go ahead and ask the Court to admit Plaintiff's Trial Exhibit 338. 15:46:37 15:46:37

MS. HUBBARD: I have no objection, Your Honor. 15:46:41 15:46:42

JUDGE FRANCIS J. MATHEW: Plaintiff's 338 is admitted. 15:46:43 15:46:44

(Plaintiff's Exhibit 338 was admitted into evidence.) 15:46:44 15:46:44

Q. BY MR. RHODES: So you were discussing what extractive apps are. That's a term I see in the document; right? 15:46:46 15:46:48 15:46:52

A. Yes. 15:46:53

Q. Okay. And so can you explain to the jury 15:46:53

what is an extractive app -- what did Facebook consider to be an extractive app, as you can determine from this document? 15:46:56 15:46:59 15:47:02

A. Yes. So if you look towards the top, it defines it. It says, "Extractive, these apps often ask users for an amount of data that is disproportionate to the value they provide to users. 15:47:07 15:47:10 15:47:11 15:47:17

"For example, many apps request extended permissions, e.g., for user posts and likes to provide a one-time randomized result, e.g., a prediction about user's personality that purports to reflect the app's analysis of a user's data." 15:47:21 15:47:22 15:47:26 15:47:29 15:47:31

Q. And at the top I see reference Aleksandr Kogan's This is Your Digital Life. Is that the -- and then it references Cambridge Analytica. Was the Cambridge Analytica Kogan app one of these types of extractive quiz apps? 15:47:34 15:47:37 15:47:40 15:47:40 15:47:42

A. Yes, absolutely. 15:47:46

Q. And was it the only one that was on Facebook's platform? 15:47:47 15:47:50

A. There were hundreds of thousands of these on the Facebook platform. 15:47:50 15:47:53

Q. And Facebook was aware of that? 15:47:54

A. Absolutely. That's why there's this proposal. They knew it was a big vector of abuse, 15:47:57 15:47:57

these types of apps that would extract data from users that didn't correspond to the app's use case, but they -- they would often go viral, lots of people would see these pop up in their feeds. So, you know, they want to see which Disney princess they are, just like their friends, and this resulted in lots of data being collected on the platform. 15:48:00 15:48:02 15:48:05 15:48:09 15:48:11 15:48:15 15:48:18

Q. And was Facebook aware that these apps were misleading to users? 15:48:19 15:48:21

A. Absolutely. If you look right below the highlighting here, it says, "These apps often mislead users by collecting data for undisclosed or insufficiently disclosed purposes that differ from the purpose reasonably expected by the user." 15:48:22 15:48:25 15:48:29 15:48:31 15:48:34

Q. And did Facebook, from everything that you saw, did Facebook implement this ban around this time? 15:48:36 15:48:39 15:48:43

A. No, they made too much money from those apps. 15:48:43 15:48:48

Q. Okay. So continued to allow quiz apps to exist and extract data from users? 15:48:48 15:48:50

A. Yes. 15:48:51

Q. Okay. Can you take a look at Exhibit 492? 15:48:52 15:48:59

A. (Witness complies.) 15:49:20

Q. Do you recognize Exhibit 492? 15:49:20
A. I do. 15:49:21
Q. And what is it? 15:49:22
A. It's titled "Project Analytica Master Narrative." I saw this document, I don't know officially what Facebook's explanation is, but from my understanding of the document, it's sort of a chronology of the investigation, and notes on the investigation but it also spreads across a much broader period of time. 15:49:23 15:49:27 15:49:28 15:49:31 15:49:34 15:49:39 15:49:42
So on the first page from like 2007, and I think it kind ends sort of at the end -- 15:49:44 15:49:49
MR. RHODES: Your Honor, at this time we'd move Exhibit 492, Plaintiff's Exhibit 492, into evidence. 15:49:52 15:49:53 15:49:59
MS. HUBBARD: If I may be heard briefly, Your Honor. 15:50:13 15:50:13
JUDGE FRANCIS J. MATHEW: Approach. 15:50:13
(Sidebar discussion held.) 15:50:13
MS. HUBBARD: Your Honor, two things. 15:50:14
First, there are references to the FTC consent decrees, so I want to preserve my objection to that. 15:50:15 15:50:19 15:50:21
Second, is are you going to show who wrote this? It's not a traditional Facebook, so I'm 15:50:22 15:50:26

just going to pose an objection to a lack of foundation for what it actually is. But I genuinely don't know, so I can't shed more light on it. 15:50:29 15:50:32 15:50:36

JUDGE FRANCIS J. MATHEW: Okay. Does the CSI team have any meaning? 15:50:41 15:50:43

MS. HUBBARD: I don't know. 15:50:48

MR. RHODES: Your Honor, on the face of the document, there are references to different ADI investigators. So, like, Gibson, you can see it refers to Gibson Dunn and references to WilmerHale, and I believe the testimony has been that this document was compiled by a number of folks, but they were all people working on the ADI within Facebook. Right. 15:50:49 15:50:51 15:50:56 15:51:00 15:51:05 15:51:10 15:51:13 15:51:17

So the lawyers, the outside consultants, that's the -- our understanding of this document. 15:51:18 15:51:21

MS. HUBBARD: Your Honor -- 15:51:24

JUDGE FRANCIS J. MATHEW: So this is an internal document from Facebook? 15:51:25 15:51:26

MR. RHODES: Yes. 15:51:28

MS. HUBBARD: It was produced by Facebook for sure. And I want to be clear on that. 15:51:29 15:51:30

I just don't know what the province beyond that, whether it's some -- I just have no idea. So I'm not sure whether there's foundation 15:51:32 15:51:35 15:51:40

here for this particular witness who seems to volunteer a lot to be describing what the province of it is. 15:51:42 15:51:45 15:51:49

JUDGE FRANCIS J. MATHEW: Okay. 15:51:49

MR. RHODES: I'm just going to -- 15:51:51

Sorry. Go ahead. 15:51:53

JUDGE FRANCIS J. MATHEW: So your objection's going to be overruled. I'm going to admit 492. 15:51:54 15:51:55 15:51:56

MR. RHODES: Thank you, Your Honor. 15:52:00

MS. HUBBARD: Thank you. 15:52:01

(Sidebar ends.) 15:52:06

JUDGE FRANCIS J. MATHEW: Ladies and gentlemen, Exhibit 492 has been admitted. 15:52:07 15:52:07

(Plaintiff's Exhibit 492 was admitted into evidence.) 15:52:07 15:52:13

Q. BY MR. RHODES: Dr. Egelman, do you recall earlier as part of the promises that were being made in the wake of Cambridge Analytica that some of those promises involved not just the investigation that we've been discussing but also doing more to narrow the access that app developers would have to data? 15:52:13 15:52:16 15:52:17 15:52:20 15:52:24 15:52:27 15:52:33

A. Yes. There were many promises made. 15:52:35

Q. Okay. And can you turn to the -- there's 15:52:41

two long strings of numbers at the bottom of each of these pages. The second one, the bottom most, I'm looking at the page ending in 924. 15:52:44 15:52:48 15:52:51

I don't know if that was confusing, but there's a date on there that says April 4th, 2018. So let me know if you get there. 15:52:56 15:52:58 15:52:58

MR. RHODES: And, Mike, if we could go ahead and publish that. 15:53:03 15:53:06

THE WITNESS: I am there. 15:53:10

Q. BY MR. RHODES: Okay. So, again, is it your understanding that this whole document is a very long and detailed chronology? 15:53:11 15:53:13 15:53:17

A. Yes. That's my understanding. 15:53:22

Q. Okay. So I wanted to orient us to the date here, April 4th, 2018, and remind us relative to Cambridge Analytica sort of becoming -- the public becoming aware of Cambridge Analytica, April 4th, 2018, is about when? 15:53:23 15:53:26 15:53:32 15:53:37 15:53:40

A. That's like three weeks before the F8 announcement -- or wait. Sorry. No, sorry. April 4th, 2018, is -- that's a month after Cambridge Analytica broke because that was March of 2018. 15:53:42 15:53:44 15:53:47 15:53:50

Q. Okay. So a month after Cambridge Analytica broke, and I think -- what was the date of most of those statements that we saw, all those 15:53:53 15:53:55 15:53:59

interviews, you remember were kind of on or around the same date, can you remind us what that date was? 15:54:03 15:54:05

A. March 21st, 2018. 15:54:08

Q. Okay. So shortly after that, if you can turn to the next page, is there a discussion of what some of the executives at Facebook were talking about in terms of how to provide additional protections to users? 15:54:10 15:54:13 15:54:18 15:54:22 15:54:26

A. Yeah. There's -- right here in the middle, it says, "Concerns with partnerships." 15:54:27 15:54:30

Q. And can you read that -- whatever you found significant about that into the record, please? 15:54:32 15:54:35

A. Yes. "Ali Hendrix, the lead on FB's platform policy, was concerned about partnerships with app developers. She wanted a more informed process to vet potential app partners to ensure there were no bad actors and more stringent criteria to evaluate whether apps were authentic or intended to harm users. 15:54:37 15:54:44 15:54:46 15:54:48 15:54:52 15:54:55 15:54:59

"She raised her concerns with MZ," which I assume stands for Mark Zuckerberg, "and according to her, he responded that Hendrix was welcome to voice her concerns but he could also overrule/disagree with her." 15:54:59 15:55:02 15:55:03 15:55:08 15:55:11

Q. And so, again, is that consistent with 15:55:13

what you've seen in the documents about protocols to ban quiz apps or other measures in terms of the reaction from senior leadership? 15:55:16 15:55:19 15:55:23

A. Yeah. There -- yes, there were lots of proposals of this sort and, you know, nothing really happens. 15:55:26 15:55:29 15:55:32

Q. Thank you. You can put that document to the side. 15:55:33 15:55:35

Sorry. One second. 15:56:17

Okay. Doctor, did you review any materials relating to the adequacy or sufficiency of the ADI and its ability to determine whether misuse occurred? 15:56:17 15:56:40 15:56:46 15:56:48

A. Yes, I did. 15:56:49

Q. And what did you find in the internal Facebook materials that you reviewed about that? 15:56:50 15:56:53

A. They seemed to understand that the ADI was not designed to actually find data misuse. 15:56:56 15:56:59

Q. And what types of evidence did you review and look at that gave you that indication? 15:57:04 15:57:07

A. There were several types of evidence. 15:57:10

So one was there was a document that they put together, I think it was -- I don't know if it was a year into it, but it's called a Summary of Platform Learnings. And the whole point of this 15:57:13 15:57:17 15:57:20 15:57:24

document was sort of takeaways of what they've learned so far from the investigation -- 15:57:26 15:57:29

MS. HUBBARD: Your Honor, if I could be heard. 15:57:31 15:57:32

JUDGE FRANCIS J. MATHEW: Approach. 15:57:40

(Sidebar discussion held.) 15:57:42

MS. HUBBARD: The document the witness is about to describe is one that Your Honor ruled on this morning in connection with Ms. Sandberg's deposition. It's Plaintiff Exhibit 202, and the ruling this morning was that it was only for impeachment, but it wasn't (inaudible), and I don't want this witness launching into the description. 15:57:42 15:57:43 15:57:45 15:57:52 15:57:55 15:57:58 15:57:59

MR. RHODES: So we're not planning to introduce the exhibit now. This is going to come in through a different witness. Ms. Chen. It's still entirely relevant and appropriate for him to consider as part of his analysis. 15:58:03 15:58:05 15:58:08 15:58:11 15:58:13

I'm not going to put the document up, so I'm just trying to get him to explain what he found significant about it but not to introduce the document. 15:58:15 15:58:18 15:58:21 15:58:23

JUDGE FRANCIS J. MATHEW: He can't talk about -- he can't read it or statements in the document. 15:58:24 15:58:27 15:58:33

MR. RHODES: I'm not even going to show him the document, so he's not going to be reading from the document. This is only his own personal recollection of what he found significant. 15:58:34 15:58:35 15:58:37 15:58:40
MS. HUBBARD: It does tend to -- 15:58:42
JUDGE FRANCIS J. MATHEW: That's the same thing. You think you can control him? 15:58:44 15:58:45
MR. RHODES: I could try my best. 15:58:48
I can ask much more, just generally, not specific to this document. 15:58:51 15:58:53
JUDGE FRANCIS J. MATHEW: You better instruct him not to say what's in the document. 15:58:55 15:58:58
MR. RHODES: I will. Understood. Thank you, Your Honor. 15:59:01 15:59:02
(Sidebar ends.) 15:59:09
Q. BY MR. RHODES: So without discussing anything about that particular document, can you just describe generally what you saw in the materials -- in the other materials about the adequacy and sufficiency of Facebook's investigation generally? 15:59:10 15:59:11 15:59:13 15:59:21 15:59:23
A. Yes. I mean, there were other documents, and also deposition testimony that highlighted the same problems, which were that, you know, one, in terms of the investigation, a lot of the data that Facebook just didn't log. 15:59:25 15:59:28 15:59:31 15:59:34 15:59:37

So they knew what types of data apps had access to, the types of friend data the apps might have access to, but in terms of logs, you know, how often that data was accessed and practiced, they didn't have it. 15:59:39 15:59:41 15:59:45 15:59:48 15:59:51

So investigators in many cases said that like while they suspected data misuse based on the type of data this app has access to and other information about it, they can't conclusively say because they just don't have access to those logs. 15:59:52 15:59:54 15:59:57 16:00:00 16:00:02

Another one is there's no vetting processing for developers. So what does banning a developer even mean? Because if a developer gets banned, you just go back to the website and create a new account and start all over again. 16:00:05 16:00:07 16:00:09 16:00:12 16:00:13

So they can't really ban anyone because they don't vet the developers to begin with. That was another criticism that came out. 16:00:15 16:00:17 16:00:20

Another was just the constant fluctuating definition of data misuse basically made it so the investigation was designed to not really notify anyone in the end. 16:00:22 16:00:25 16:00:29 16:00:31

Q. Can you turn to 519? 16:00:34
A. (Witness complies.) 16:00:34
Q. And when you're there, let me know if you 16:00:40

recognize Plaintiff's Exhibit 519 and what that is. 16:00:49
A. I'm there. 16:00:53
So this is -- I mean, it's an e-mail, but it looks like it's a chat log between people at Facebook. 16:01:00 16:01:03 16:01:11
Q. Okay. And do you know generally who these people are? 16:01:11 16:01:13
A. These are higher ups. So one Bill Fusz, you know, was on the ADI. 16:01:14 16:01:19
Q. Are they people involved in the ADI? 16:01:24
A. Yeah. These are people involved in the ADI. 16:01:25 16:01:27
MR. RHODES: Your Honor, at this time we move Plaintiff's Exhibit 519 into evidence. 16:01:28 16:01:30
MS. HUBBARD: I have a very brief issue at the bench. 16:01:38 16:01:39
JUDGE FRANCIS J. MATHEW: Approach. 16:01:40
(Sidebar discussion held.) 16:01:42
MS. HUBBARD: Your Honor, thank you for being so kind about this. 16:01:42 16:01:43
519, I have to preserve to get in because there is a reference to the FTC consent decree. I just want to make sure I'm doing my job and getting exercise. 16:01:45 16:01:47 16:01:52 16:01:55
JUDGE FRANCIS J. MATHEW: 519 is 16:01:55

admitted. 16:01:56

MR. RHODES: Thank you, Your Honor. 16:01:57

(Sidebar ends.) 16:02:05

JUDGE FRANCIS J. MATHEW: Ladies and gentlemen, Exhibit 519 is admitted. 16:02:05 16:02:06

(Plaintiff's Exhibit 519 was admitted into evidence.) 16:02:10 16:02:11

Q. BY MR. RHODES: Dr. Egelman, so can you just talk about generally what's being discussed, what's the subject of this discussion? 16:02:11 16:02:14 16:02:16

A. Yes. 16:02:18

So I mean, they're talking about whether they're meeting their commitments under the ADI basically. 16:02:19 16:02:21 16:02:23

Q. There's a TL;DR. That's a phrase we've heard -- 16:02:26 16:02:30

A. Yeah. 16:02:31

Q. -- in Facebook documents before about in the middle of the page. 16:02:31 16:02:34

And what does that say? 16:02:35

A. I think there's some helpful background because this happened at the time when originally I talked about the ADI was sort of outsourced, Gibson Dunn hired these two firms, FTI and Stroz Friedberg to assist, and that got very expensive very fast. 16:02:36 16:02:38 16:02:42 16:02:47 16:02:52

And so they then decided before this, the e-mail that you're receiving to do a lot more in-house and they were assigning that to the DevOps team, so developer operations, which is a team that's normally tasked with other stuff. 16:02:54 16:02:58 16:03:00 16:03:05 16:03:06

And so that's the background that these were people who were on the DevOps team who are complaining about how it's really hard to do all this additional work they've been assigned. 16:03:07 16:03:08 16:03:12 16:03:14

So with that said, this post in the center is interesting. He says, "The TL;DR is that legal is not happy with the output or quality of the work from DevOps. The team has not delivered on the basic legal requirements of the program, even the work that the team is producing, legal is discovering inconsistencies in their findings and noticing that the team is leaving important data/integrity issues unresolved. 16:03:15 16:03:18 16:03:22 16:03:25 16:03:28 16:03:29 16:03:32 16:03:35 16:03:38

"Legal has dramatically reduced the scope of work diverted to the DevOps team and has shifted it back to our external firms. Our new general counsel has even surfaced her concerns, especially since the new FTC order requires some workstreams to be handled by the DevOps team." 16:03:39 16:03:41 16:03:44 16:03:47 16:03:51 16:03:55

Q. And then can you go to the next 16:03:57

paragraph? 16:03:59
A. Yeah. 16:03:59
"From a legal perspective, we're in no position to say that we've met our public commitment for the ADI program or have confidence in our legal defenseability if any of this ever led to litigation." 16:04:00 16:04:01 16:04:05 16:04:08 16:04:12
Q. And just to orient us to time, this document is from September 4th, 2019? 16:04:12 16:04:13
A. Yes. 16:04:15
Q. And can you remind us when the App Developer Investigation started? 16:04:15 16:04:18
A. March of 2018. So this is a year and a half in. 16:04:18 16:04:22
Q. Okay. Sorry. One second. 16:04:29
Were these problems known to Facebook before the promises were made in 2018 about launching the App Developer Investigation? 16:04:36 16:04:39 16:04:43
A. Yes, absolutely. 16:04:45
Q. Can you look at Exhibit No. 356? 16:04:47
A. (Witness complies.) 16:05:03
Okay. 16:05:19
Q. And can you explain to the jury what Exhibit 356 is? 16:05:19 16:05:21
A. More e-mails. 16:05:23

Q. Can you -- can you describe generally what this e-mail is about? 16:05:25 16:05:29
A. Yeah. So this is -- this is an e-mail -- well, several e-mails -- it's a whole -- it's a thread from November 2014. And so recall, this is six months after -- more than six months after they announced the transition to Version 2 and developers are going to get cut off from friends' access, so they're six months into that, and they're discussing it. 16:05:30 16:05:34 16:05:36 16:05:41 16:05:44 16:05:47 16:05:50 16:05:52
Q. Okay. And before we get to that. 16:05:52
MR. RHODES: Your Honor, the State moves Exhibit 356 into evidence. 16:05:55 16:05:57
MS. HUBBARD: No objection, Your Honor. 16:06:00
JUDGE FRANCIS J. MATHEW: Exhibit 356 is admitted. 16:06:02 16:06:04
(Plaintiff's Exhibit 356 was admitted into evidence.) 16:06:04 16:06:05
Q. BY MR. RHODES: Okay. So we've been mostly talking about the time period in 2018 and later, so I do just want to reorient us. 16:06:06 16:06:07 16:06:10
Can you remind us the time frame that this e-mail comes from? 16:06:13 16:06:15
A. Yes. This is November 2014. 16:06:17
Q. Okay. 2014. 16:06:19

So long before the ADI or any of the public commitments from 2018? 16:06:21 16:06:26
A. Yes. 16:06:28
Q. Is that right? 16:06:29
Okay. And so can you continue explaining what's significant about this document as far as what Facebook knew about its ability to conduct these types of investigations? 16:06:30 16:06:35 16:06:37 16:06:39
A. Yes. I mean, like, normally reading an e-mail thread, it's helpful to just jump to the bottom to see what the first message was that kicked this off. And it's a message from Alison Hendrix, Ali Hendrix, we read a thing about her earlier. 16:06:41 16:06:43 16:06:45 16:06:47 16:06:52
"After April 30th, 2015, developers must delete all friend data obtained via old version of log-in, i.e., the only data they can keep is user data or data independently collected from the user. Are there any objections or questions with regard to this approach?" 16:06:56 16:06:59 16:07:02 16:07:06 16:07:08 16:07:10
Q. Okay. 16:07:11
A. So -- 16:07:11
Q. So what does that mean? 16:07:12
A. They're announcing the policy -- they already announced the policy that developers are going to be cut off from the friends' data starting 16:07:13 16:07:15 16:07:18

in May of the following year. 16:07:20

They know that lots of developers who have been using Version 1 have collected lots of friend data. And so if they weren't sure what the policy is going to be going forward, should they announce that developers need to delete this data that they're not supposed to be possessing after May of 2015 or should they do something else? 16:07:23 16:07:25 16:07:28 16:07:31 16:07:34 16:07:36 16:07:39

Q. And what did they decide? 16:07:43

A. Well, I mean, they came to the obvious conclusion, which is you can't prove -- if they make the policy that the developers must delete the data, they have no way of knowing if any developers are actually going to follow that policy or not because it -- we go back to sort of the original sin here: It's trusting the certification that this developer makes. 16:07:44 16:07:46 16:07:48 16:07:50 16:07:53 16:07:56 16:08:00 16:08:02

So they have no way of guaranteeing that the data ever gets deleted. They're just going to have to take the developer's word for it. 16:08:02 16:08:04 16:08:07

And so they acknowledge that and in this thread there's pushback from some of the engineers saying, we couldn't possibly force them to delete data. We have no way of proving the data could ever be deleted. 16:08:10 16:08:12 16:08:14 16:08:16 16:08:20

Q. And is that discussion on the first page here? 16:08:21 16:08:23
A. Yes. 16:08:23
Q. And can you point us to that, please? 16:08:23
A. Yeah. So in the second e-mail down, it begins, "There is no reasonable enforcement/verification approach, so I'd like to be as soft as possible in communicating if we go with one." 16:08:25 16:08:31 16:08:34 16:08:36 16:08:40
One was telling -- it's a further e-mail down. Option one is stop -- telling developers to stop using the -- this data and delete the friend data that they've collected. 16:08:40 16:08:44 16:08:47 16:08:52
Q. Okay. 16:08:53
A. So he's saying that, you know, they should communicate that softly, it should be more akin to you should phase out using any friend data that you already have rather than you must delete all traces of friend data from your servers. We would not go proactive here ever. 16:08:54 16:08:57 16:09:00 16:09:03 16:09:05 16:09:08
Q. Thank you. 16:09:10
I want to shift gears back to the slide deck and talk about the impact -- excuse me -- the effect -- the New Mexico Facebook users who are affected by the data misuse that you found in your 16:09:12 16:09:15 16:09:18 16:09:27

investigation. 16:09:32
A. Yes. 16:09:33
Q. Was that something that you also looked at? 16:09:33 16:09:35
A. Yes. 16:09:35
Q. Okay. And what did you do to determine the number of New Mexican Facebook users who were affected by data misuse that you found? 16:09:49 16:09:52 16:09:56
A. As I mentioned, counsel provided a list of apps that I had identified in my report's appendices to Facebook and then Facebook came back with user accounts that correspond -- not actually user accounts. 16:10:02 16:10:04 16:10:07 16:10:09 16:10:12
They came back with user identifiers that corresponded to each of those apps that -- and those corresponded to users in New Mexico. 16:10:13 16:10:16 16:10:20
So, basically, unique numbers that correspond to New Mexico users. And so then it was just a matter of deduplicating them, all of this data that they produced. 16:10:21 16:10:23 16:10:28 16:10:32
It was both the app users and friends of those app users who were located in New Mexico. I got data from 1,585 apps. So, I don't know, two-thirds of the apps that were in my report they came back with those user identifiers. And so then 16:10:33 16:10:34 16:10:38 16:10:45 16:10:47

it was just a matter of enumerating how many unique users there were. 16:10:49 16:10:52

Q. And does this slide summarize the results of those calculations? 16:10:58 16:11:03

A. Yes. 16:11:04

Q. And can you go through those? 16:11:05

A. Yeah. 16:11:07

So in some of the appendices, because there were different types of data misuse that I was looking at. Some apps appear in multiple appendices. So if you just look at the number of instances of misuse, it's like 2800. I think it's actually higher than that. 16:11:08 16:11:08 16:11:10 16:11:14 16:11:16 16:11:19

But the bottom line is if you just look at unique apps, it's well over 2,000 instances that I document in the report where Facebook even recognized that these apps are either misusing data or strongly suspected it. 16:11:21 16:11:23 16:11:28 16:11:33 16:11:35

I put 2,000 as a round number there because one thing I noticed in my report months later is one of the appendices that actually came from data that Facebook produced, a page was truncated, so it left a bunch of the applications off. 16:11:35 16:11:38 16:11:41 16:11:43 16:11:47

So the actual number, if you include all of the apps that I had identified that didn't 16:11:50 16:11:52

necessarily make it into the appendix, it was close to 3,000. But even if, you know, I tie one hand behind my back and just calculate the numbers with the ones that are there and didn't get truncated from the appendix, it's still over 2,000 apps. 16:11:54 16:11:57 16:11:59 16:12:01 16:12:05

Q. So can you explain this one million, one hundred thousand -- I'm not going to read the whole number. 16:12:08 16:12:14 16:12:16

A. Yeah. 16:12:17

Q. You can read so that it's clear for the record and explain what that represents. 16:12:17 16:12:18

A. Yes. 16:12:19

So, as I said, Facebook returned user counts for 1,585 of the more than 2,000 apps, so not all of them. 16:12:20 16:12:25 16:12:30

But from that I was able to identify 1,146,225 Facebook users. So 1.15 million Facebook users just in the ones that Facebook identified. 16:12:31 16:12:36 16:12:42

There are obviously more since they didn't give me user accounts for all of the apps that I identified in my report, and also, as I acknowledge, mine's intentionally an undercount. 16:12:45 16:12:48 16:12:50 16:12:53

These are confirmed cases. There are lots of apps that Facebook never investigated, millions of them, in fact. 16:12:55 16:12:59 16:13:01

And the point is that even from that small subset, the 1,585 apps, that corresponds to 1.15 million New Mexican Facebook users at the time that all this was happening. So if you take the 2020 number, Facebook reported 1.146 million users. That's 80 percent of that. If you take their 2018 number, which was when the ADI began, it's closer to 90 percent -- it's over 90 percent of Facebook users, that 1.15 million, that's more than 90 percent of New Mexican Facebook users at that time. 16:13:03 16:13:04 16:13:10 16:13:13 16:13:16 16:13:23 16:13:26 16:13:30 16:13:35 16:13:39

But, again, that's from an incomplete set of apps, and so it's very clear that this would have impacted nearly everyone. 16:13:40 16:13:43 16:13:46

Q. And "nearly everyone" as of at least 2020 would have been how many New Mexico Facebook users? 16:13:47 16:13:50

A. In 2020, the number here is 1,386,648. 16:13:53

Q. And so just to be clear, based on everything that you reviewed, your expert opinion is that nearly all of those 1.3 million Facebook users were affected by data misuse connected with the ADI; is that right? 16:14:02 16:14:03 16:14:06 16:14:10 16:14:16

A. Absolutely. 16:14:16

Q. Okay. Facebook has argued often that users are in control of their data; right? We've seen some statements about that. 16:14:17 16:14:31 16:14:33

And are there, in fact, privacy controls 16:14:37
and privacy settings that users can adjust on their 16:14:40
Facebook page? 16:14:46
A. Sure. But the existence of privacy 16:14:46
controls doesn't mean users can control their data. 16:14:49
Q. Okay. So I want to ask you about that. 16:14:53
Do users have the ability to stop this 16:14:55
from happening through their -- their privacy 16:14:58
settings? 16:15:03
A. Define "this." 16:15:04
Q. That's a very good point. 16:15:05
So the types of data misuse that you 16:15:06
found in the ADI, that Facebook uncovered in the ADI 16:15:08
that you've testified about, is that type of misuse 16:15:12
preventable by the users adjusting their privacy 16:15:19
settings? 16:15:22
A. Not really, and that was the point I was 16:15:22
trying to make earlier. So if you look at this 16:15:24
screenshot, this is the privacy setting that people 16:15:27
probably see most regularly -- actually, I haven't 16:15:29
used Facebook in ages, so I don't know if this still 16:15:32
exists. But this is a privacy setting that once 16:15:34
existed -- or a privacy control that once existed, 16:15:39
where you can -- you see the thing that's circled 16:15:40
there. You can pull down that menu and choose who 16:15:41

that post gets shared with. 16:15:45

And the options are like "Friends," "Only Me," or you can specify other groups to share individual posts with. 16:15:46 16:15:49 16:15:52

And what I was saying before is you can make this completely locked down so that your posts are only shared with you. You can use Facebook to shout into the void, but that has no bearing on what developers can pull from your profile or whether they could even read this post when they communicate with the API, because that's a totally separate set of Facebook privacy settings that studies have regularly shown most users have no idea those exist. 16:15:53 16:15:55 16:15:59 16:16:05 16:16:08 16:16:10 16:16:12 16:16:15 16:16:17

The other thing that's worth noting is that -- well, all of these privacy settings by default they're usually set at the least restricted setting. 16:16:20 16:16:23 16:16:29 16:16:30

And so Facebook really likes saying users are in control, but they also know that most users never interact with the settings because they're really confusing and the settings are always most permissive. 16:16:30 16:16:33 16:16:37 16:16:39 16:16:41

And so when they say, Oh, well, everyone agreed to this. They consented to their data sharing, they're only saying that because people 16:16:42 16:16:44 16:16:46

didn't say no. Their definition of consent is that you didn't say no to the control that you didn't know existed or this data collection that you didn't know was occurring. 16:16:49 16:16:52 16:16:55 16:16:57

Q. And you mentioned that there's academic research about that? 16:16:58 16:17:00

A. Yeah. Two decades now. 16:17:01

Q. Okay. And is that what's represented on this slide? 16:17:02 16:17:04

A. Yeah. I mean, this is a very short excerpt. I wanted to have so many more studies on this slide, but they said that would put you all to sleep. So I apologize for all of the nonconsensual learning that we've had so far. 16:17:05 16:17:09 16:17:12 16:17:14 16:17:18

Q. We're almost done, or I'm almost done anyway. 16:17:19 16:17:22

So can you just briefly summarize. I know you touched on it, but the literature and the research about what users understand of Facebook's privacy settings? 16:17:23 16:17:26 16:17:29 16:17:33

A. Yes. 16:17:34

There's a big disconnect, and it's not -- you know, don't let them tell you, oh, this was an early version of the settings and we've changed, we've improved. Like these findings are consistent 16:17:35 16:17:38 16:17:40 16:17:43

over two decades. 16:17:45

I mean, there are studies from last year that I cited in my report that -- that echo this same stuff, that -- you know, yes, privacy controls exist, but they're very hard to use and most users therefore just leave the default settings. 16:17:46 16:17:49 16:17:52 16:17:55 16:17:59

They're taking advantage of what's known as the control paradox, so this has been studied in psychology and behavioral economics, and it refers to the fact that if you give someone lots of controls, they -- they believe they're in control and actually are less likely to interact with those controls because, you know, they think they have so much control, they tend to just go with the defaults then, and that's sort of what's happening here. 16:18:02 16:18:03 16:18:06 16:18:10 16:18:12 16:18:15 16:18:17 16:18:19 16:18:22

They provide lots of different privacy controls, so they can say, See, we've listened. Here are all these new controls that we've created so that you can manage your privacy, you're in control, and as a result of that, people hear that messaging and think that's great, look at all these controls, and then don't actually change them from the -- you know, the least restrictive settings that are the defaults. 16:18:24 16:18:26 16:18:29 16:18:32 16:18:34 16:18:37 16:18:39 16:18:42

So by offering lots of controls, it results in people sharing way more data than they 16:18:46 16:18:49

probably intend to. 16:18:51
Q. All right. 16:18:54
A. There's actually -- there is another term in my field that was coined like 15 years ago for this with regard to Facebook's privacy controls. It's specifically Privacy Zuckering and that's a specific type of dark pattern. I mentioned dark patterns earlier. That just means design tricks to get you to do things that you wouldn't otherwise do. So Privacy Zuckering refers to offering lots and lots of privacy controls that don't actually address the problem and makes people think that they're in control but actually results in them to divulging more information than they otherwise would. 16:18:55 16:18:56 16:18:59 16:19:02 16:19:05 16:19:08 16:19:08 16:19:13 16:19:16 16:19:22 16:19:24 16:19:28
Q. Thank you. 16:19:30
All right. I think we have reached the last slide. We've covered a lot of ground today. 16:19:33 16:19:33
So can you please just briefly summarize, again, the conclusions that you came to based on all the work that you've described today? 16:19:33 16:19:39 16:19:39
A. Yes. So, in conclusion, Facebook allowed access to users' friends' data past the May 2015 cutoff date that they were representing to the world. 16:19:45 16:19:48 16:19:56
Two, they identified many apps on the platform that misused data, thousands of them in 16:19:59 16:20:00

fact, and that ignores the fact that millions of apps 16:20:03
weren't even looked at. 16:20:04
Three, many New Mexico users were 16:20:06
affected by this data misuse. I would contend nearly 16:20:07
everyone was impacted who uses Facebook. 16:20:11
And then, finally, it's been well 16:20:13
documented in my field that Facebook's privacy 16:20:15
controls do not actually allow users to control their 16:20:18
data. 16:20:21
MR. RHODES: Thank you very much. 16:20:21
Your Honor, no further questions at this 16:20:22
time. 16:20:24
JUDGE FRANCIS J. MATHEW: Thank you. 16:20:24
Ms. Hubbard. 16:20:26
MS. HUBBARD: Thank you, Your Honor. 16:20:27
If I could just have a moment to set up. 16:20:28
Thank you. 16:21:40
They're small for this afternoon. 16:21:40
Your Honor, May I proceed? 16:21:44
JUDGE FRANCIS J. MATHEW: Certainly. 16:21:44
Thank you. 16:22:07
MS. HUBBARD: Thank you. 16:22:07
16:22:09
(Next page.) 16:22:09

CROSS-EXAMINATION 16:22:09
BY MS. HUBBARD: 16:22:11
Q. Good afternoon. 16:22:11
Good afternoon, sir. 16:22:24
I may be jumping around a little bit in the interest of the hour, and I think we'll be back to jump around less tomorrow. 16:22:24 16:22:26 16:22:28
You testified earlier about API or Application Programming Interface. 16:22:33 16:22:37
Do I have that acronym right? 16:22:39
A. Yes. 16:22:43
Q. Okay. And you described it as how two pieces of software talk to each other; right? 16:22:43 16:22:46
A. Yes. 16:22:48
Q. And app developers could, back in the time frame in which you were talking with the jury, could use API to request information about a user or a user's friends; is that right? 16:22:48 16:22:53 16:22:56 16:23:02
A. Yes. 16:23:04
Q. And I was listening to you testify and I didn't hear very much about the user's role. And by "the user," I mean the user who is deciding to download or interact with an app. So I want to ask you a little bit about that. 16:23:05 16:23:09 16:23:12 16:23:17 16:23:20
Focused on a user who decides I'm going 16:23:24

to use Words With Friends, which I do. Okay. So that user. 16:23:26 16:23:31

For those permissions, the app could not automatically just access data for user like me that signs up for Words With Friends, it couldn't automatically access that data; right? There was a step before it could do that? 16:23:35 16:23:38 16:23:45 16:23:48 16:23:51

A. Yes, that's correct. 16:23:53

Q. And the same would go with my friends' permissions. If I wanted to download Words With Friends, it couldn't automatically access that data. Again, there's a step that has to happen before the app can call on or access my data as the user who wants to use Words With Friends to play that game with one of my nephews? 16:23:54 16:23:58 16:24:01 16:24:05 16:24:09 16:24:14 16:24:18

A. Sorry. How is this different from the previous question? I don't -- 16:24:21 16:24:24

Q. Maybe it's not. 16:24:26

Let's talk about what the step is. 16:24:27

So the step is, the user, who's signing up for the app, the user had -- the app had to ask the user whether she would give permission for her data to be accessed; fair? 16:24:29 16:24:32 16:24:40 16:24:43

A. Yes. But I mean there's been a lot of research in the way that they ask those questions, 16:24:45 16:24:51

and it's repeatedly been shown that most users have no idea what they're agreeing to when they see this dialogue and they click "Okay" to play Words With Friends. 16:24:53 16:24:57 16:25:00 16:25:02

Q. Sir, I'm going to ask you in the interest of time if you could answer the questions that I ask and then if you want to add things, you have very capable counsel who has the opportunity to let you add them on redirect. 16:25:02 16:25:05 16:25:07 16:25:10 16:25:13

Is that fair? 16:25:15

A. I believe I did answer your question. 16:25:15

Q. And the answer to my question was, yes, as a user, I would have to consent before Words With Friends, that app, could access my data. 16:25:17 16:25:20 16:25:25

Is that a yes? 16:25:28

A. No. And this is where we differ. Like someone agreeing to something that they don't understand, that's not consent. 16:25:28 16:25:32 16:25:34

So I'm saying it's well studied that most users didn't understand what they were agreeing to. And so it's somewhat perverse to say that that's consent. 16:25:37 16:25:40 16:25:43 16:25:46

Q. And do you feel like you know better than a user like me or my nephew whether we are consenting? 16:25:46 16:25:50 16:25:53

A. I know the research literature that's examined what people think after they're shown this data was collected, is this what you believe the app was going to do when you clicked this button? And invariably they say, no, I had no idea. And I document that in my report. 16:25:54 16:25:57 16:25:59 16:26:01 16:26:04 16:26:07

Q. And let's just look at the button that we click when, as users, we click that button. 16:26:08 16:26:11

If we go to DX396, which I think is in your binder, and this I believe was one of the materials that you considered as you were doing your work on this case. 16:26:15 16:26:20 16:26:24 16:26:25

Is that right, sir? 16:26:33

A. Probably. There were a lot of materials I looked at. 16:26:34 16:26:36

Q. Okay. If you go with to -- let's just go to page 6. 16:26:37 16:26:40

If we look together at page 6, we see one of the things you said as you were working on this case about the kind of thing that a user would have to click in order for the app to -- this happens to be an app called Cool Social App -- I don't know what that is -- but for Cool Social App to access my data, I, as a user, would have to click the allow; is that fair? 16:26:42 16:26:48 16:26:50 16:26:53 16:26:59 16:27:04 16:27:09 16:27:15

A. Yes. 16:27:15
Q. And before that app could access, and this is back in this time frame we've been talking about, before that app could access my friend's data, if we go to page 5. 16:27:15 16:27:16 16:27:18 16:27:21
MR. RHODES: Your Honor, can we approach? 16:27:41
JUDGE FRANCIS J. MATHEW: Yes. 16:27:42
(Sidebar discussion held.) 16:27:43
MR. RHODES: First, I don't see a date on here and I just wanted to be clear with the time frame we're discussing. 16:27:44 16:27:45 16:27:49
MS. HUBBARD: I have the date. I would like to move it into evidence. 16:27:50 16:27:53
Do you have any objection? 16:27:54
MR. RHODES: I would need time to review and consult the team. 16:27:56 16:27:58
JUDGE FRANCIS J. MATHEW: Do you want to go and talk? 16:28:00 16:28:01
Do you want to lay foundation? 16:28:05
MS. HUBBARD: Yeah. 16:28:06
(Sidebar ends.) 16:28:08
Q. BY MS. HUBBARD: Sir, in your work on this case, you reviewed, back in, let's take the 2014 time frame, what a user like me who wants to download Words With Friends, play with my nephew, what I would 16:28:17 16:28:18 16:28:20 16:28:24

need to click to give that app permission to not only access my information but also access the information of my friends. 16:28:27 16:28:30 16:28:32

You familiarized yourself with that; right? 16:28:33 16:28:35

A. Yeah. I mean, I've been aware of that since it was -- that's how the system worked back then. 16:28:35 16:28:38 16:28:40

Q. And if we look together at page 5 of DX396, is it consistent with your understanding that the permissions would look like this? 16:28:40 16:28:44 16:28:47

A. Yes, but this is a great example of your question about consent. So here it says your friends' info. At what point do the friends get to agree to this? 16:28:50 16:28:54 16:28:57 16:29:01

So the user clicks the "Allow" button and then all the data from their hundreds of friends go to that app developer and the friends had no say in that. How is that consent? 16:29:02 16:29:04 16:29:08 16:29:10

Q. Just stick with me for a second on the user. 16:29:12 16:29:14

So in this hypothetical, user is the person who wants to play Words With Friends. If I don't agree, if I don't hit "Allow," I don't agree to that, then the app could not get my friends' 16:29:15 16:29:16 16:29:20 16:29:23

information; is that fair? 16:29:28
A. I -- I'd need to look into that because I know at certain periods of time, the access to the friend profile data was -- yes, that would be the case for that. 16:29:30 16:29:39 16:29:42 16:29:44
But I also know that the list of friends, so just getting the people's names and Facebook IDs, that was a separate set of permission. So I'm actually not sure whether or not that would have still been shared or not. 16:29:45 16:29:47 16:29:50 16:29:53 16:29:55
Q. Fair enough. 16:29:56
And if I were to click "Allow," then we could agree at that point the app could make a call through the API for my information and my friends' information. We can agree on that; right? 16:29:57 16:29:59 16:30:04 16:30:07
A. Yes. 16:30:09
Q. And as the app developer's making that call through API, that's what it's getting, is -- because I clicked "Allow," it's getting my information, it's not getting Mr. Butswinkas' information. Fair? 16:30:09 16:30:12 16:30:16 16:30:19 16:30:23
A. Well, if he's your friend, it is. 16:30:23
Q. Well, you know, that's why I asked the question. 16:30:25 16:30:28
I should use a different example, but I 16:30:30

don't want to pick on anybody in the courtroom. If it's -- 16:30:32 16:30:34

MR. BUTSWINKAS: Judge, I'm just sitting here minding my own business. 16:30:35 16:30:37

MS. HUBBARD: He is my friend. 16:30:39

Q. BY MS. HUBBARD: But if I were to click that, the app developer would not be getting -- because I can't claim to be friends on Facebook with everyone in the courtroom -- the app developer would not be getting the personal information of everyone in the courtroom; is that fair? 16:30:40 16:30:42 16:30:46 16:30:48 16:30:51 16:30:54

A. Not necessarily. I mean, one of the things that the ADI investigator noted were apps that were scraping content. So instead of using the APIs to request data, they were, you know, going to Facebook.com and just pulling down anything that they could find, profiles that weren't locked down. 16:30:56 16:30:58 16:31:01 16:31:06 16:31:08 16:31:12

So I mean in terms of that, not necessarily. 16:31:15 16:31:16

Q. With respect to friend permissions, just so we do some table setting this afternoon in anticipation of tomorrow, I want to talk to you for a little bit about these friends' permissions, and I think we hear a lot of acronyms and lingo, and I want to try to be as straightforward as we can be. 16:31:17 16:31:21 16:31:25 16:31:28 16:31:30 16:31:34

So this ability that we're talking about for an app developer to get my friends' information, if I decide to click "Allow," that was a functionality that was possible during something called Graph Version 1. 16:31:37 16:31:39 16:31:43 16:31:53 16:31:54

Do we agree on that? 16:31:56

A. Yes. 16:31:57

Q. And Graph Version 1 is the version that Facebook decided to change. They changed over to Graph Version 2. And you told the jury that Facebook announced that in 2014; right? 16:31:58 16:32:02 16:32:08 16:32:10

A. Yes. 16:32:11

Q. And that changeover to Graph Version 2 would change what we're seeing on the screen so that I would no longer be able to consent to have my friends' information go over once an app had switched to Graph 2.0; correct? 16:32:13 16:32:18 16:32:21 16:32:26 16:32:33

A. For some apps. 16:32:35

Q. Okay. And there were some that you told the jury did not switch over, they had extensions, from the move to Graph 2.0. 16:32:37 16:32:39 16:32:44

Did I understand you correctly? 16:32:49

A. Yes. But it was more than that. 16:32:49

So in addition to exempting apps from using Version 1, they also created what they called 16:32:51 16:32:54

Private APIs where separate from like the official Graph API, they would create a special one for like a high-value customer. 16:32:58 16:33:02 16:33:05

Q. And I wanted to talk to you about, you put up a slide that showed 671 apps. 16:33:06 16:33:08

Do you remember that slide? 16:33:14

A. I do. 16:33:14

Q. And you -- you identified for the jury that when this changeover was supposed to happen in that year from spring of 2014 to spring of 2015, that after May of 2015, there were -- you identified 671 apps that had not yet made the changeover? 16:33:15 16:33:18 16:33:21 16:33:28 16:33:34

A. Well, it wasn't just me. I -- the 671 apps came from documents that Facebook provided in this case. So Facebook -- 16:33:37 16:33:41 16:33:45

Q. I wasn't suggesting otherwise, sir. 16:33:46

A. Okay. 16:33:48

Q. I was just saying did you identify 671 apps that hadn't made this changeover? 16:33:48 16:33:52

A. Well, I'm just saying that Facebook identified them to me first, and so I took their response -- you know, responses under oath about the apps that had -- still had this capability -- 16:33:54 16:33:55 16:33:59 16:34:02

Q. Okay. 16:34:06

A. -- in the appendix. 16:34:06

Q. And according to your slide, that was 671 out of 9.7 million; right? At least 9.7 million? 16:34:08 16:34:10
A. Well, that we know of. I mean, so that's 671 -- 16:34:15 16:34:18
Q. Can you just answer my question? And I'll rephrase it slightly. 16:34:19 16:34:21
A. Can I answer the question? 16:34:22
Q. So 671 that you know of, that's out of 9.7 -- at least 9.7 million apps; is that right? 16:34:23 16:34:28
A. I suspect it's many more. It's clear that Facebook doesn't even know the answer to that. 16:34:32 16:34:34
So at the beginning of this they told Congress it was 300-something apps; right? And so again that's 600 -- 16:34:37 16:34:39 16:34:42
MS. HUBBARD: Your Honor, I'm going to ask that the witness confine his answer and not to volunteer extraneous information. 16:34:44 16:34:45 16:34:48
THE WITNESS: I'm answering your question. 16:34:50 16:34:52
JUDGE FRANCIS J. MATHEW: Doctor, listen to the question and answer the question. 16:34:53 16:34:54
MS. HUBBARD: Thank you, Your Honor. 16:34:57
Q. BY MS. HUBBARD: So if, in fact, it's 671 that you identified and Facebook identified and at least 9.7 million apps, we can agree that it was 16:34:58 16:35:00 16:35:04

approximately 99.9 percent of those apps made the transition over to Graph 2.1 by the spring of 2015; correct? 16:35:10 16:35:17 16:35:22

A. No. I was just saying that there are at least 671 that I identified from the documents that Facebook produced, but as I was starting to say, throughout this period, Facebook just kept finding more and more apps that they had granted secret exemptions to. 16:35:23 16:35:27 16:35:30 16:35:33 16:35:36 16:35:38

And so given that... 16:35:40

You know, like, for instance, in this case, at the beginning when I wrote the first version of my report, they produced a document saying there were only 95 apps. I then amended the report when several months later they produced another list of another 600-some, which they somehow found after the fact. 16:35:41 16:35:43 16:35:45 16:35:50 16:35:53 16:35:55 16:35:58

And so that in conjunction with the investigators not being sure how many there were, because there wasn't really any organized way of getting these exemptions into some centrally managed system. This was one of the things that they were faulted for. One of the summaries of the investigation was that they had no idea how many apps had been granted special access because they weren't 16:35:59 16:36:05 16:36:08 16:36:10 16:36:11 16:36:14 16:36:16 16:36:19

really keeping track in one central place. 16:36:20
And so in answering your question, I have no idea if it's more than 671. It seems highly likely it's a lot more. 16:36:22 16:36:26 16:36:29
Q. But in terms of just giving the jury the facts that you were able to determine, you understand today we're getting your work and your opinions, your work and your opinions was 671. Fair? 16:36:31 16:36:34 16:36:36 16:36:40
A. I -- yes, I identified hundreds of cases where Facebook was aware of data misuse and then did nothing. 16:36:43 16:36:46 16:36:49
Q. One of the developers you discussed in your testimony with the jury was a developer named Zynga. Yes? 16:36:50 16:36:52 16:36:56
A. Yes. 16:36:57
Q. And they actually developed the game I love, Words With Friends, and it developed a number of other apps like Chess With Friends, which I don't know how to play, and FarmVille, which was very popular. 16:36:58 16:37:01 16:37:02 16:37:08 16:37:13
Zynga is an app developer that primarily developed social games. Yes? In other words, games that you play with somebody else online? 16:37:14 16:37:17 16:37:21
A. Yeah. But if you read the report, I mean, it's clear that they're developing these games 16:37:24 16:37:26

to extract data. 16:37:28
Q. Was that responsive to my question? 16:37:29
A. I mean, they're not just games; right? The interest -- Zynga's interest isn't entertaining everyone with their delightful games. 16:37:30 16:37:36 16:37:40
But it was clear that part of their interest in the games was collecting data en masse that they could then monetize. 16:37:40 16:37:40 16:37:45
Q. Games people play, like Words With Friends, we play with other people online. Yes? 16:37:46 16:37:49
A. Sure. 16:37:54
Q. Okay. And in order to make those games useful, the other person obviously has to be -- if I'm going to play it through Facebook, they obviously have to be a Facebook user. Yes? 16:38:01 16:38:03 16:38:05 16:38:07
A. I don't use Words With Friends but presumably. 16:38:09 16:38:12
Q. It's great. I recommend it. 16:38:12
A. I take your word for it. 16:38:14
Q. Okay. And you talked a little bit about the App Developer Investigation and the app developer's investigation work on Zynga. So I wanted to talk with you a little bit more about that. 16:38:18 16:38:21 16:38:27 16:38:29
You've been here in the courtroom for almost a week? 16:38:32 16:38:34

A. Yes. 16:38:36
Q. And you've been working closely with the State lawyers for a while now to prepare? 16:38:36 16:38:38
A. I have. 16:38:41
Q. And you knew that you would be questioned about your opinions, including about Zynga; right? 16:38:41 16:38:43
A. Yep. 16:38:48
Q. And you did talk and you admitted in your direct testimony a document that was the app developer's look into Zynga. It was PX512. 16:38:49 16:38:53 16:38:55
You remember that? 16:39:01
A. Yes. 16:39:02
Q. And I assume because of this work you've been doing that you read PX512, which is very long, in detail. Yes? 16:39:03 16:39:06 16:39:12
A. Yes. 16:39:14
Q. 766 pages of research and report by the app developer's investigation on Zynga, and you read it all. Yes? 16:39:14 16:39:19 16:39:23
A. No, I'm not representing that I read the entire thing. Most of the pages -- so the report was -- 16:39:24 16:39:26 16:39:29
Well, it said at the top it was 500-some apps, but then they really only focused on 20, but then most of those hundreds of pages were just 16:39:30 16:39:33 16:39:35

appendices for all of the individual apps, and the stuff that really mattered was the beginning where they have the summary of all of the apps in aggregate and their belief about data misuse across Zynga's apps. 16:39:37 16:39:40 16:39:43 16:39:46 16:39:49

Q. Are you saying you only looked at the first few pages? 16:39:50 16:39:51

A. No, I'm saying I didn't read every single word on the 700 pages. 16:39:52 16:39:55

Q. Okay. Well, let's talk about that for a minute. 16:39:56 16:39:58

So you know that in those 766 pages it talked about not one but two waves of work by the app developer team. Yes? 16:39:59 16:40:02 16:40:06

A. Yes. 16:40:08

Q. Investigative team? 16:40:08

And just so we're clear, this app developer investigative team, who's a very big team. Yes? 16:40:09 16:40:11 16:40:15

A. I -- 16:40:17

Q. Do you know? 16:40:18

A. I mean, there were a lot of people involved and they spent a lot of money, yes. 16:40:19 16:40:20

Q. And they also spent a lot of time. Yes? 16:40:22

A. I mean, I don't know how many hours they 16:40:25

spent, but -- 16:40:26
Q. Do you know how many years they spent? 16:40:27
A. It was -- it was ostensibly started in March of 2018 and then they claim that they quietly closed it in 2021, so... 16:40:29 16:40:32 16:40:36
Q. And in terms of your look, as you kind of did your look to form your opinions, you were primarily looking through the end of 2019. Fair? 16:40:39 16:40:41 16:40:44
A. I don't think that's fair at all. 16:40:48
Q. Okay. So did you look as comprehensively as the App Developer Investigation team did into all of these different apps, looking all the way through 2021 in terms of what investigatory work was done? 16:40:50 16:40:53 16:40:57 16:41:01
A. I dispute that they did anything comprehensively. 16:41:05 16:41:08
Q. And in those 766 pages, did you see that, in fact, wave 1 of their work on Zynga did look at 20 apps. Yes? And you put that up on a slide for the jury. 16:41:09 16:41:13 16:41:20 16:41:23
A. Can you show me the report? 16:41:23
Q. It was actually on your slide. 16:41:25
A. Yeah. 16:41:26
Q. Okay. That you showed a slide to the jury that in that -- that the App Developer Investigation team looked at 20 Zynga apps. Yes? 16:41:27 16:41:30 16:41:34

A. Yes. 16:41:37
Q. And then you told the jury that Zynga had a lot of apps, like more than 20; right? 16:41:37 16:41:40
A. Yeah. I mean, the ADI investigators identified over 44,000. On another page it was 42,000, so it's not clear how many exactly. 16:41:42 16:41:46 16:41:49
Q. And we're going to get there actually, because I have tried to read the 766 pages, which I can testify is sleepy nighttime reading, but I'm not testifying. 16:41:53 16:41:54 16:41:58 16:42:00
So in wave 1, they looked at the 20 apps, but you understand that there was a wave 2 of the App Developer Investigation look into Zynga. Yes? 16:42:01 16:42:05 16:42:11
A. Yes. 16:42:13
Q. And in wave 2, the App Developer Investigation team decided to look into Zynga as a company and all its apps, didn't it? 16:42:14 16:42:18 16:42:23
A. I'd need to see the report again. 16:42:26
Q. Well, when you represented to the jury that the App Developer Investigation team only looked at 20 apps, had you looked through the entire report to confirm that that was really right? 16:42:28 16:42:30 16:42:36 16:42:39
A. Yes. I don't -- I believe you're mischaracterizing it and that's why I'd like to see the report again. 16:42:40 16:42:42 16:42:44

Q. Well, the report was -- your counsel moved it in through you. 16:42:45 16:42:46
A. Okay. 16:42:47
Q. It was Plaintiff's Exhibit 512. 16:42:48
A. Okay. 16:42:50
Q. I don't think they put the whole thing in front of you, but, as I understand it, that was something you familiarized yourself with before you testified about it on direct with your counsel? 16:42:50 16:42:52 16:42:55 16:42:57
A. Right. And I'm saying I am familiar with that document, I put the slides together, I wrote the report. 16:42:59 16:43:02 16:43:05
If you're -- you know, you said it has 766 pages. I want to know what specifically you're talking about in that report. 16:43:05 16:43:08 16:43:11
Q. And you -- are you -- 16:43:13
I take it that you don't remember whether there was a wave 2 that looked at all of Zynga's apps, is that fair, sitting here today? 16:43:16 16:43:18 16:43:23
A. I don't believe they ever looked at all 44,000 apps. 16:43:25 16:43:28
Q. And do you remember in that 766-page report that they determined that 85 percent of those 44,000 apps had already been deleted, deleted by Facebook or some of them by Zynga? 16:43:28 16:43:31 16:43:36 16:43:41

Do you remember that? 16:43:43
A. Yeah. I found that this was pretty common throughout the investigation. So because of the bad recordkeeping by Facebook and given that this was very retrospective, right. So this was a 2018 investigation about conduct that occurred from 2014 and before, they didn't have a lot of records and some of the apps had been deleted post-2014. That didn't mean they didn't misuse data when they had access to it prior to deletion. 16:43:44 16:43:46 16:43:49 16:43:55 16:43:58 16:44:02 16:44:06 16:44:07 16:44:07
But in all of those case when the app was subsequently deleted, they just closed the investigation and said there was nothing else to do, which doesn't fulfill the promise of doing the investigation. I mean, they shouldn't have promised to do the investigation if they didn't have the data to properly do the investigation. 16:44:07 16:44:15 16:44:17 16:44:19 16:44:22 16:44:23 16:44:25
Q. Sir, do you remember what my question was? 16:44:27 16:44:29
A. Yes, about -- 16:44:29
Q. What was it? 16:44:31
A. About closing the investigation. 16:44:32
Q. What was it about? Because what you just added wasn't responsive to my question. Let me try again. 16:44:34 16:44:37 16:44:39

A. I think it was, could you read the question? 16:44:39 16:44:41
Q. Because it was late in the day. It might have been a bad question. Let me try one more time. 16:44:42 16:44:43
Do you remember in that 766-page report on Zynga that 85 percent of the 44,000 apps had already been deleted? 16:44:47 16:44:49 16:44:55
Do you remember that? 16:44:57
A. Yeah. As I said -- 16:44:57
Q. I think it's a "yes" or "no"? 16:45:00
MR. RHODES: Your Honor, can we approach? 16:45:03
JUDGE FRANCIS J. MATHEW: Yes. 16:45:04
(Sidebar discussion held.) 16:45:14
MR. RHODES: He doesn't have the document in front of him. If you want to put the document in front of him. 16:45:14 16:45:15 16:45:18
JUDGE FRANCIS J. MATHEW: It's digital. 16:45:18
MS. HUBBARD: He's definitely adding whatever he wants to add, so I'm asking for answers to my questions. It's not a perfect question, but I'm trying. 16:45:20 16:45:25 16:45:28 16:45:31
MR. RHODES: We've been letting him go for a long time on this. Yes, we didn't print out the entire document because of the length. We can get it in here if we need to, but if you're going to 16:45:32 16:45:35 16:45:37 16:45:40

continue to just ask him about things that are in the document. 16:45:41 16:45:44

MS. HUBBARD: You had him testify extensively about Zynga, and I'm trying to probe what he actually knows and remembers about what he's saying about Zynga. 16:45:45 16:45:47 16:45:50 16:45:56

MR. RHODES: And I don't disagree with that. I just think he should be able to look at what you're talking about. 16:45:57 16:45:57 16:46:00

MS. HUBBARD: You can do it on redirect. 16:46:00

JUDGE FRANCIS J. MATHEW: The way you put it into evidence -- 16:46:03 16:46:04

MR. RHODES: I know. We're doing the best we can with these really big documents. 16:46:06 16:46:07

JUDGE FRANCIS J. MATHEW: I understand. 16:46:09

MR. RHODES: I understand, Your Honor. Thank you. 16:46:10 16:46:13

MS. HUBBARD: Thank you. 16:46:13

(Sidebar ends.) 16:46:20

Q. BY MS. HUBBARD: Sir, was that a "yes" to my question that you do -- or maybe you don't recall that in that report it reported that 85 percent of Zynga's 44,000 apps had already been deleted? 16:46:20 16:46:22 16:46:24 16:46:29

Do you recall that? 16:46:32

A. I recall that it was very common for them 16:46:33

to not investigate apps that had been deleted by the time they did the investigation. 16:46:35 16:46:37

Q. Okay. That's different from my question. But -- 16:46:39 16:46:41

A. No. 16:46:41

Q. -- let me ask you something else about that report. 16:46:41 16:46:44

Do you recall that that report made clear that after the initial wave 1, there was sent out a request for information to Zynga to get more information about Zynga and about Zynga's apps? 16:46:45 16:46:47 16:46:55 16:46:57

Do you remember my question is, do you remember there was a request for information? 16:46:59 16:47:01

So right now I'm not asking for your editorializing on the request for information. I'm just asking if you remember that there was a request for information sent to Zynga to get more information? 16:47:04 16:47:06 16:47:09 16:47:13 16:47:17

A. Yes. I recall that -- remember they said they made the mistake of getting self-certifications? Well, they ended up basing the whole investigation on that by asking for more investigation and basing the investigations on whether or not -- on how many developers respond. 16:47:18 16:47:22 16:47:25 16:47:27 16:47:30 16:47:32

So, yeah, it was pretty common to ask for 16:47:33

more information. 16:47:35
Q. And you don't think that was editorializing? 16:47:36 16:47:37
A. I think it's important to provide context so things don't get misconstrued. 16:47:38 16:47:40
Q. So we do need to proceed question by question, and I'm probably not as tired as you are, but I am pretty tired, so let's do our best to listen to each other and proceed question by question. 16:47:42 16:47:45 16:47:47 16:47:50
You didn't tell the jury about the request for information in your testimony on direct, did you? 16:47:53 16:47:56 16:47:59
A. I don't remember, but I think my position on all of this is the request for information -- 16:47:59 16:48:04
Q. That's fine, sir. 16:48:06
A. -- is that they ask the developer and they take their word for it, which they have already recognized is not a proper way to do an investigation. 16:48:07 16:48:09 16:48:11 16:48:14
MS. HUBBARD: Your Honor, I may ask for a little bit of help here when the witness is adding things -- 16:48:14 16:48:16 16:48:18
JUDGE FRANCIS J. MATHEW: What we're going to do is take a break for the evening. 16:48:18 16:48:19
MS. HUBBARD: That might be good. 16:48:21

JUDGE FRANCIS J. MATHEW: Okay? 16:48:23

MS. HUBBARD: Okay. 16:48:26

JUDGE FRANCIS J. MATHEW: All right. 16:48:28

Ladies and gentlemen, we're going to break now and we'll be back at 9 o'clock in the morning. 16:48:29 16:48:30 16:48:34

During recess do not discuss this case with anyone other than yourselves and then only in the jury room when all of you are present. Do not attempt to decide the outcome of the case before you begin final deliberations. 16:48:35 16:48:37 16:48:39 16:48:42 16:48:45

Continue to wear the jurors' badges while in and around the courthouse. If someone other than a fellow juror happens to discuss the case in your presence, report that fact to a member of my staff. 16:48:49 16:48:51 16:48:53 16:48:57

If you happen to see or hear any news accounts of this trial, please report that fact to a member of my staff. 16:48:59 16:49:02 16:49:04

Though it is natural to visit with people you meet, please do not a talk with any of the attorneys, parties, witnesses, or spectators either in or out of the courtroom. 16:49:05 16:49:06 16:49:09 16:49:11

Do not consider anything you may have read or heard about the case outside the courtroom. 16:49:13 16:49:15

During the trial and your deliberations, 16:49:18

avoid news accounts of the trial whether on radio, television, in the newspaper, on the internet, or elsewhere. If you happen to see or hear any news accounts of the trial, please report that fact to a member of my staff. 16:49:21 16:49:25 16:49:27 16:49:30 16:49:32

Do not attempt any research, test, experiments, visits to any locations involved in this case, or other investigation, including on the internet. 16:49:34 16:49:36 16:49:40 16:49:42

With that, we'll be in recess until 9 o'clock tomorrow morning. 16:49:44 16:49:46

THE BAILIFF: All rise. 16:49:50

(Jury exits courtroom.) 16:50:24

JUDGE FRANCIS J. MATHEW: Doctor, you can step down. 16:50:24 16:50:26

Anything else tonight? 16:50:27

MS. HUBBARD: No, Your Honor. Thank you. 16:50:28

JUDGE FRANCIS J. MATHEW: For the plaintiff? 16:50:30 16:50:30

MS. MCGINN: No. I think we've had enough, Judge, today. 16:50:31 16:50:32

JUDGE FRANCIS J. MATHEW: We'll see you in the morning. 16:50:34 16:50:35

At 9 o'clock? 16:50:36

MS. MCGINN: 8:30 maybe, Judge, because I 16:50:40

expect they'll come up with something else tonight. 16:50:44

MS. HUBBARD: They always put it on us. 16:50:47
We'll see you at 8:30 tomorrow, Your Honor. 16:50:51

JUDGE FRANCIS J. MATHEW: See you at 16:50:54
8:30. 16:50:56

(The proceedings ended at 4:50 p.m.)

CERTIFICATE

I, Sommer E. Greene, Certified Court Reporter for the State of New Mexico, certify:

That the foregoing proceedings were taken by me; that I am authorized to administer an oath; that the witness, before testifying, was duly sworn by me to testify to the whole truth; that the questions propounded by counsel and the answers of the witness were taken down by me in shorthand and thereafter reduced to print by computer-aided transcription under my direction; that review and signature was requested; that the foregoing pages are a full, true, and accurate transcript of all proceedings and testimony had upon the taking of said proceedings, all to the best of my skill and ability.

I FURTHER CERTIFY that I am in no way related to nor employed by any of the parties hereto nor am I in any way interested in the outcome hereof.

DATED this 14th day of September, 2026.

____________________________
Sommer E. Greene
Certified Court Reporter No. 541
For the State of New Mexico

**A**

**a.m** 1573:17 1579:2 1780:20 1781:14 1782:7 1782:9,14
**ability** 1658:16 1717:17 1794:17 1800:6 1828:20 1855:21 1896:12 1905:7 1912:7 1926:1 1945:16
**able** 1604:12 1612:13 1616:22 1621:6 1662:17 1665:15 1666:11 1701:21 1717:20,25 1718:2 1719:6 1720:25 1723:24 1725:20 1734:18 1737:9 1738:7 1770:18 1770:22 1796:24 1797:10 1807:24 1810:3 1813:24 1834:2 1872:13 1876:16 1883:3 1910:16 1926:15 1930:6 1939:8
**absent** 1787:12
**absolute** 1689:16
**absolutely** 1614:17,19 1722:8 1730:24 1747:2,7 1761:11 1762:18,20 1775:14 1786:18 1802:21 1804:3 1841:23 1842:18 1844:13 1886:22,24 1889:18,24 1890:10 1903:19 1911:22
**abuse** 1817:2,13 1878:7 1888:6 1889:25
**academic** 1653:1 1658:23 1661:2 1914:5
**accept** 1785:24
**acceptable** 1786:22
**accepted** 1718:13
**access** 1585:13 1591:3,24 1605:13 1606:5 1621:2,3,18,19 1621:21,24 1648:16 1649:20,22 1659:22 1660:20 1661:3 1661:5,19 1662:5 1663:11 1663:19 1665:17,19 1667:8 1671:11 1686:8 1687:10 1687:10,11 1688:10,11 1716:16 1717:22,23,24 1718:4 1719:19 1720:24 1721:2 1725:14,20 1726:16 1729:16,23 1730:13,19 1737:10 1738:8 1738:10 1741:1 1741:3,9 1758:13 1789:6 1789:17,20 1795:17 1796:16,25 1797:11,24 1798:3 1800:4 1800:11,16 1803:8 1806:25 1807:22,24 1808:10 1809:22 1810:3 1810:6,17,18 1810:20 1812:9 1817:18 1819:15 1820:4 1820:6 1822:2 1823:18 1828:11,23 1829:23,23 1831:19 1836:6 1864:25 1872:2 1872:13,17 1874:8 1878:17 1878:23 1879:9 1879:24 1883:2 1883:3,5,18 1884:18 1887:8 1887:10 1893:22 1899:2 1899:3,8,10 1904:8 1916:22 1919:4,6,11,13 1920:14 1921:23 1922:2 1922:4 1923:2 1923:2 1924:3 1929:25 1937:10
**accessed** 1687:8 1687:13,19,22 1688:1,6,8,9 1736:25 1815:23 1872:9 1899:4 1919:23
**accesses** 1731:2 1796:2
**accessing** 1725:18 1737:16 1807:4 1809:6 1828:25 1838:22 1839:12 1866:2 1867:7
**accident** 1798:2
**accidentally** 1712:15
**account** 1622:22 1725:4,5,9,11 1899:15
**accounted** 1873:8
**accounts** 1742:20 1745:16 1756:20 1757:1 1757:2,23,25 1758:3,8,12 1876:23 1908:12,13 1910:20 1942:17 1943:1 1943:4
**accuracy** 1693:17 1694:13
**accurate** 1640:9 1645:3 1647:14 1652:5 1657:18 1668:6,7,9 1669:7,10,20 1670:25 1676:9 1677:10,11 1703:23,25 1706:23 1707:7 1730:5 1738:17 1781:3 1797:20 1812:20 1824:5 1872:14 1945:14
**accurately** 1592:20
**accusations** 1664:17
**accused** 1722:23
**acknowledge** 1877:18 1906:21 1910:22
**acknowledged** 1812:12
**acknowledging** 1795:15
**acronym** 1580:10 1590:5 1860:9 1860:10 1918:10
**acronyms** 1925:24
**act** 1593:19 1686:17 1751:13
**acted** 1767:10
**acting** 1696:15
**action** 1627:23 1736:8 1821:22
**active** 1745:23 1758:7,8,9
**actively** 1622:11
**activity** 1623:6 1722:22 1815:25 1820:8 1822:3 1829:3 1831:23
**actor** 1686:13 1687:14,17
**actors** 1663:15 1688:9 1830:17 1895:17
**acts** 1762:1,2
**actual** 1600:9 1612:5 1662:18 1738:1 1770:11 1835:22

1909:24
**ad** 1621:20 1622:5,6 1647:7,11 1867:25,25
**add** 1599:22 1601:14 1683:4 1775:19 1854:21 1920:7 1920:9 1938:19
**added** 1642:25 1937:24
**adding** 1811:16 1938:18 1941:21
**addition** 1623:18 1672:7 1733:12 1786:1 1926:24
**additional** 1581:25 1601:18 1741:13 1744:4 1765:10 1775:19 1808:12 1872:24 1895:7 1902:9
**address** 1583:1 1690:16 1691:24 1784:6 1790:12 1916:11
**addressed** 1667:20
**addresses** 1581:17 1587:13 1592:3
**adequacy** 1896:11 1898:19
**ADI** 1580:10 1604:24 1741:20 1749:13 1767:17,20,22 1770:1 1817:23 1836:10 1838:7 1839:18 1840:4 1841:15,16,17 1842:15,25 1860:4 1861:4 1863:13 1872:25 1873:15 1874:3 1874:23 1880:13 1884:20 1886:20 1887:13 1892:8 1892:13 1896:12,17 1900:9,10,12 1901:13,23 1903:5 1905:1 1911:7,20 1912:13,13 1925:13 1935:4
**adjust** 1912:2
**adjusting** 1912:15
**administer** 1945:6
**admissible** 1732:2
**admission** 1584:7 1765:5
**admit** 1609:7,8 1609:15 1610:5 1888:14 1893:9
**admitted** 1577:1 1577:2 1578:1 1609:16,18,19 1609:24 1610:4 1611:2 1708:17 1708:18,20,22 1708:24 1709:1 1709:3,5 1794:3,6,7 1799:13,16 1802:13,14 1806:2,3 1815:9,10 1817:7,8 1818:21,22 1821:2,3 1824:12,13 1827:17,21,22 1828:17 1830:8 1830:9 1843:14 1843:17,18 1864:3,8,9,11 1865:11,13 1869:2,3 1880:22,23 1885:19,20 1888:18,19 1893:14,15 1901:1,5,6 1904:16,17 1932:8
**ads** 1607:18 1620:4,4 1646:22 1647:3 1705:8,11 1719:2,5,6,13 1720:2,6 1739:6
**advance** 1640:6 1722:10 1806:9
**advanced** 1780:11
**advantage** 1915:7
**adverse** 1857:12 1858:3,24
**advertise** 1647:1 1647:2
**advertisements** 1621:14 1810:1
**advertiser** 1621:16 1622:2
**advertisers** 1620:25 1621:6 1641:8 1643:1 1643:5 1644:4 1646:21 1719:3 1719:13 1738:1
**advertising** 1619:9,12 1620:8,17 1621:8 1624:19 1640:1 1646:19 1646:21 1715:19 1868:1
**advice** 1716:5
**advise** 1674:21 1674:25
**advisor** 1674:18
**affect** 1629:12 1689:3,4 1759:5
**affiliated** 1658:22
**affiliation** 1730:8
**affirmative** 1641:25
**affirmatives** 1853:18
**afraid** 1615:23
**after-the-fact** 1792:5
**afternoon** 1616:9 1743:8 1917:18 1918:3,4 1925:21
**agent** 1581:9 1587:2,2 1591:10 1592:8
**ages** 1647:2,8 1912:21
**aggravated** 1642:25
**aggregate** 1933:3
**aggregated** 1643:1,4
**agitating** 1750:13
**ago** 1609:17 1714:17 1730:20 1739:25 1752:13 1777:4 1916:4
**agree** 1584:5 1585:6 1657:6 1657:7,9 1676:9 1689:24 1692:14 1693:14,23 1694:1,4,10 1777:6 1822:14 1831:24 1855:11 1857:17 1858:19 1863:23 1923:15,24,24 1924:13,15 1926:6 1928:25
**agreed** 1582:2,3 1691:14 1696:6 1716:8,10,12 1736:9 1777:12 1778:1 1779:7 1782:7 1839:11 1847:22 1853:9 1876:13 1913:24
**agreeing** 1661:18 1857:1,4 1873:18 1920:2 1920:17,20
**agreement** 1583:15 1627:4 1627:5 1734:1 1739:11,15,18 1740:1 1769:11 1782:2 1813:20 1822:13 1854:19 1855:18 1857:10,11,15 1857:18,23,24 1858:2
**agreements** 1741:8
**ahead** 1641:6

1651:2 1678:15 1682:8,15 1735:15 1736:16 1741:6 1755:6 1799:10 1799:18 1805:16,18 1837:24 1882:11 1888:13 1893:6 1894:8
**akin** 1575:2 1907:17
**Albuquerque** 1574:6 1575:5
**Aleksandr** 1661:3 1889:14
**Ali** 1895:13 1905:13
**align** 1881:8
**Alison** 1905:12
**allegations** 1664:23 1665:2 1665:3,7 1829:21
**allege** 1733:1
**alleged** 1585:3 1593:9 1672:15 1722:21 1723:3 1743:12,21,23 1752:15
**allegedly** 1754:24
**alleges** 1585:8 1752:2
**allow** 1613:20 1615:11 1705:4 1736:24 1738:10 1743:20 1754:14 1762:13 1763:5 1764:21 1765:13 1789:16 1796:2 1796:25 1798:12 1858:19 1890:20 1917:8 1921:24 1923:16,24 1924:12,19 1926:3
**allowed** 1607:4 1648:15 1652:21 1673:7 1736:10 1737:15 1738:8 1759:9 1796:16 1839:2 1874:7 1881:13 1916:21
**allowing** 1590:19 1688:16,21 1704:14 1752:7
**allows** 1725:8,13 1726:24 1764:22 1775:1
**alternative** 1642:6
**altogether** 1807:7
**amenable** 1786:10
**amended** 1850:13 1929:14
**America** 1688:19
**American** 1695:5 1697:9
**amicus** 1716:7
**amount** 1600:10 1600:19 1626:7 1682:12 1820:4 1828:11,23 1889:6
**amounts** 1585:13 1831:20
**analysis** 1766:2 1768:16 1770:7 1837:5 1860:17 1865:24 1866:16,18 1889:12 1897:18
**Analytica** 1580:23 1583:9 1585:11 1589:14,15 1593:23 1604:5 1650:15,22 1653:23 1659:16 1660:9 1660:11,24 1662:14,19 1663:13 1664:24,25 1665:17 1666:14,17,24 1669:22 1671:4 1672:6,12 1675:5,8,21 1676:5,19 1681:3 1685:3 1685:13 1738:20,22 1739:12 1740:7 1743:13,24 1753:21 1769:10 1812:11 1813:3 1813:5,13,15 1813:21 1814:7 1814:23 1815:14 1816:18 1822:11,14 1823:12 1833:4 1833:6,15 1837:23 1838:2 1839:1,3 1889:15,16 1891:4 1893:19 1894:16,17,22 1894:24
**Analytica's** 1664:17
**Analyticas** 1740:12 1815:22 1819:10 1877:24
**analytics** 1727:10
**analyzed** 1745:1 1841:21
**Android** 1710:24
**angry** 1596:21
**animal** 1888:8
**animated** 1735:13
**animation** 1797:8 1832:9
**animations** 1735:16
**announce** 1671:6 1738:2 1906:6
**announced** 1667:3,6,11,14 1667:19 1672:2 1672:3 1677:24 1677:25 1810:23 1856:8 1872:11,12 1878:21,25 1883:17 1884:7 1904:7 1905:24 1926:11
**announcement** 1645:14 1737:7 1737:18,20 1738:5 1789:4 1789:22,23 1790:5 1795:22 1796:11 1798:8 1798:12 1800:1 1802:23 1805:2 1805:16,19 1806:10,14 1809:15 1864:24 1879:10,13 1894:20
**announcements** 1738:2 1790:3 1816:22
**announcing** 1816:17 1905:23
**annual** 1737:18 1790:2
**anonymized** 1643:4
**answer** 1601:5 1629:19 1635:9 1640:20,21 1645:1 1649:14 1649:15 1650:1 1650:4,6,10 1655:24 1656:7 1666:19 1679:7 1679:22 1688:6 1702:11 1832:17,20,25 1920:6,11,12 1928:5,7,11,16 1928:21
**answered** 1750:12
**answering** 1928:18 1930:2
**answers** 1603:7 1604:1 1628:9 1938:19 1945:9
**anti-disparage...** 1627:12
**antibillionaire** 1599:25
**anticipate** 1617:2
**anticipated** 1780:22
**anticipation** 1925:22
**anybody** 1606:1 1634:25 1686:3 1925:1
**anymore** 1796:19 1865:1

**anyway** 1741:11 1770:12 1914:16
**apart** 1842:13
**API** 1605:13 1644:25 1648:19 1649:17 1650:5 1650:7 1725:17 1728:7,12,14 1728:23 1729:4 1738:7,10 1740:25 1796:15 1800:24 1801:10 1867:8 1870:16 1874:7 1884:5 1887:4 1913:11 1918:8 1918:17 1924:14,18 1927:2
**APIs** 1649:1,8,12 1650:15 1925:14 1927:1
**apologies** 1814:12 1865:12
**apologize** 1606:18 1616:24 1783:13 1827:6 1827:10 1914:13
**apology** 1740:8 1740:10 1814:10,21
**app** 1580:8,10 1585:5,6,9,21 1587:14,14,25 1589:9 1592:24 1593:16 1594:21 1595:13,14,16 1602:19 1604:22 1605:12 1606:4 1624:6,7,10 1647:18,20,25 1648:4,7,15 1649:19,22,23 1650:21 1651:8 1651:10,18 1652:13,18,18 1652:22 1653:2 1653:10,18,22 1654:2,12,18 1655:12,18,21 1656:1,10,20 1657:11 1658:17,21 1659:22 1664:6 1671:15 1679:24 1680:1 1680:2,4,8,10 1680:17 1707:2 1707:3,4 1710:2 1715:18 1716:19 1720:7 1720:12,14 1721:5,13 1722:7 1723:6 1723:6,7,14,18 1723:20,21 1724:16,17,19 1727:13 1729:18,22,22 1730:14,22 1736:19,22,23 1739:2,3 1741:19 1745:1 1747:19 1749:4 1750:1 1756:21 1757:25 1758:12,12 1794:20 1795:1 1795:1,7,19 1796:2,8,25 1797:9 1805:4 1808:10,12 1811:10 1816:3 1819:6 1820:3 1820:7 1821:25 1822:2 1828:6 1828:9,11,23 1829:24 1831:22 1833:3 1833:11,17 1834:19 1839:4 1842:12,14,22 1842:25 1860:20 1862:3 1868:21 1870:22 1871:15 1874:1 1877:10 1878:14 1879:18 1881:7 1881:13,16 1882:6,15,16 1882:25 1883:4 1884:12,17 1885:12 1889:1 1889:2,16 1893:22 1895:15,16 1899:8 1903:11 1903:18 1908:21,22 1918:15,23 1919:3,13,21 1919:21 1920:14 1921:3 1921:21,22,22 1921:23 1922:2 1922:4 1923:1 1923:18,25 1924:13,17 1925:7,9 1926:2,16 1930:21 1931:21,21 1932:9,18 1933:13,17 1934:11,24 1935:12,15,20 1937:11
**app's** 1881:17 1889:12 1890:2
**apparently** 1869:10 1870:2 1873:11
**appear** 1675:22 1875:21 1876:20 1909:10
**appearance** 1669:19
**appearances** 1574:1 1575:1 1579:10
**appeared** 1818:4
**appears** 1675:6 1675:18 1685:11,23 1690:23 1752:5 1768:8 1824:25 1825:4 1841:12
**appendices** 1876:21 1878:6 1908:11 1909:8 1909:10,21 1933:1
**appendix** 1593:2 1910:1,5 1927:25
**Apple** 1737:19
**application** 1648:15 1672:1 1866:21,25 1918:9
**applications** 1909:23
**applies** 1775:6
**apply** 1628:1 1693:18 1722:22 1732:5 1805:6 1808:23
**appreciation** 1625:20
**approach** 1607:25 1654:24 1714:20 1715:25 1722:17 1726:4 1731:15 1734:24 1791:6 1811:14 1825:20 1842:3 1863:21 1891:18 1897:5 1900:17 1905:19 1907:7 1922:6 1938:11
**appropriate** 1742:2 1776:3 1856:7 1897:17
**approximate** 1800:24
**approximately** 1806:11 1871:17 1929:1
**approximates** 1801:10
**apps** 1581:20 1582:24 1585:12 1587:9 1587:11,18 1588:23 1591:1 1592:10,14 1595:12 1604:13,14 1656:3,14 1658:14,22,23 1658:23 1678:1 1678:10 1707:10 1711:1 1721:25 1727:6 1727:17,20 1740:17,25 1741:3 1745:6 1745:14,20 1748:5 1749:6 1749:10,12

1750:10 1751:1
1751:3 1752:8
1753:21
1755:14,15
1756:5,8
1758:8 1766:21
1789:9 1795:10
1795:17
1797:13,14,16
1797:24
1798:12
1800:14,15
1801:19
1803:10,23
1805:3,21
1807:23 1810:5
1810:11,25
1812:19
1815:22
1817:19,20
1819:14 1829:2
1829:2,4
1831:19 1832:2
1832:19 1833:6
1833:10,10,15
1833:16,20
1834:4,21,22
1834:24 1835:1
1835:2,9,12,19
1836:12,15,21
1836:22 1837:1
1837:5,16
1838:2 1840:6
1840:18
1860:17,21
1862:15 1865:3
1865:17,24
1866:23
1869:10,11,14
1869:16,19
1870:18 1871:5
1871:17 1872:4
1872:6,8,9,12
1872:18 1874:5
1874:13
1875:24
1876:18,20,21
1877:1,2,4
1878:22
1879:14,16,16
1880:1,2,4,14
1883:3,17
1884:15 1885:6
1885:6 1887:2
1887:5,8,10
1888:4,6,22
1889:5,8,17
1890:1,8,11,19
1890:20
1895:18 1896:2
1899:1,2
1908:10,15,23
1908:24
1909:10,15,17
1909:25 1910:5
1910:14,20,24
1911:2,12
1916:24 1917:1
1925:13
1926:18,24
1927:5,12,14
1927:19,23
1928:9,13,25
1929:1,8,14,24
1930:18
1932:24 1933:1
1933:3,5
1934:12,18,25
1935:3,11,17
1935:21
1936:19,21,24
1937:8 1938:6
1939:23 1940:1
1940:11
**April** 1737:17
1740:10
1790:15,18,22
1796:5,11
1798:9 1806:14
1864:21 1879:6
1883:23 1894:5
1894:15,17,21
1905:14
**AR** 1626:9
1627:2
**arbiters** 1692:2
**archival** 1864:18
**area** 1618:24
1639:25 1712:3
1717:12
**areas** 1658:10
**arguably** 1872:10
**argue** 1615:6
1732:7
**argued** 1911:23
**argument** 1583:4
1613:21
1684:11
1732:22 1747:7
1759:25,25
1760:7,8
1785:5
**arguments**
1612:22
1613:17 1637:1
**arisen** 1773:14
**arrive** 1717:20
**arrived** 1620:16
1789:1 1874:18
**article** 1663:22
1663:24 1664:1
1664:7,23
1665:5,6
1666:25
1667:12 1741:7
1790:19
1812:18 1813:1
1813:8,21
1818:4,6,9,10
**articles** 1699:18
1700:17
1701:14
1738:21 1814:6
1815:13
1830:23
**asked** 1590:25
1591:3,11,23
1595:2 1596:16
1596:19
1598:10 1603:8
1606:24 1610:2
1642:11
1654:14
1655:14 1666:2
1675:23
1699:13
1705:24
1706:16 1707:1
1717:22 1722:2
1748:23
1760:10 1777:6
1785:25
1832:10,22
1834:12 1836:4
1852:10
1857:15
1924:23
**asking** 1599:10
1602:15,18
1608:16
1611:19 1649:4
1649:5,18,19
1666:19 1679:3
1679:22
1769:15
1811:18
1847:20 1855:4
1938:19
1940:14,16,22
**asks** 1599:12
1612:3 1678:20
**aspirational**
1683:4
**assert** 1656:24
1673:13
**asserted** 1650:24
1692:21 1707:9
**asserting** 1638:23
**assertions**
1663:22
**assigned** 1902:9
**assigning**
1595:15 1902:3
**assist** 1718:16
1863:7 1901:25
**associate** 1876:11
**associated**
1586:16
1589:15 1748:5
1749:10 1833:3
1876:17
1879:15
**assume** 1761:25
1778:22
1803:24 1807:8
1862:16
1878:24
1895:21
1932:13
**assumed** 1703:14
**assumption**
1800:13
**assurances**
1821:16
**attempt** 1681:19
1742:12
1768:12 1774:5
1846:25
1942:10 1943:6
**attempted**
1590:1 1774:23
**attend** 1737:25
**attention**
1582:22 1776:6
1780:11
1785:17
**attorney** 1573:5
1580:11
1777:10
1785:15
1787:10
**attorney/client**
1776:20 1777:7
1777:9
**attorneys** 1726:7

1742:24 1788:1 1942:21
**attorneys'** 1772:3 1773:8,10 1774:8 1775:9 1775:23 1787:24
**attracting** 1619:23
**audience** 1621:7 1621:7,9,12 1622:6 1751:14 1752:3 1830:16
**audiences** 1637:12 1641:14
**Audio** 1794:16 1795:11
**audit** 1662:24,24 1679:11 1706:8 1816:1 1820:9 1822:4 1829:4 1831:22,25 1837:17 1874:15 1884:25
**audited** 1837:2
**auditing** 1678:1
**audits** 1822:23 1837:20
**augmented** 1627:2
**augments** 1727:15
**authentic** 1582:3 1582:5 1583:15 1610:10 1895:18
**authenticity** 1582:2 1584:5 1610:22
**authorized** 1729:18,21 1945:6
**automatic** 1835:7 1835:15,19
**automatically** 1919:4,6,11
**available** 1638:11 1644:8,24 1728:25 1745:6 1856:21
**avenue** 1573:19 1574:13,20 1721:10
**average** 1630:6 1729:12 1875:8
**avoid** 1802:25 1943:1
**await** 1853:22
**aware** 1637:16 1646:8 1664:4 1664:5 1665:2 1665:3,7 1703:13,20 1704:2 1717:11 1717:18 1731:1 1790:21 1791:21 1792:17 1793:3 1813:5,12 1843:3 1855:4 1889:23 1890:8 1894:17 1923:6 1930:10

**B**

**B** 1575:3 1781:10
**back** 1582:2 1583:16 1604:17 1605:20 1616:22 1630:16,21,23 1653:17 1656:23 1666:14 1667:16 1678:9 1679:2 1681:9 1681:13 1683:12,16 1684:19 1688:4 1702:25 1711:2 1713:10 1739:8 1739:9 1742:7 1743:5 1757:12 1759:12 1760:1 1766:16 1771:2 1786:8,11 1789:25 1794:15 1802:24 1803:15,17 1810:9 1812:7 1813:13 1826:25 1832:6 1837:11 1845:9 1854:11 1857:24 1858:1 1859:11,17 1871:7 1874:17 1899:14 1902:21 1906:15 1907:22 1908:11,14,25 1910:3 1918:6 1918:15 1922:3 1922:23 1923:7 1942:5
**backdrop** 1771:25
**background** 1710:11 1844:10 1882:5 1901:21 1902:6
**backroom** 1772:9
**backwards** 1689:22
**bad** 1593:16 1627:14 1687:14,17 1704:24 1736:15 1737:3 1830:17 1895:17 1937:4 1938:4
**badges** 1742:15 1942:12
**BAILIFF** 1616:17 1681:23 1684:17 1743:2 1787:3 1847:4 1859:13 1943:12
**ban** 1705:8 1740:17 1755:13 1828:14 1829:7 1830:17 1831:23 1832:1 1874:15 1888:2 1890:16 1896:2 1899:16
**banned** 1653:16 1837:14 1899:14
**banning** 1884:23 1899:12
**Bannon** 1663:15
**bar** 1883:22
**Baron** 1690:15 1690:21 1691:8 1693:2
**based** 1590:6 1591:4,17 1600:25 1605:10 1612:22 1641:25 1663:3 1687:6 1689:14 1753:14 1754:1 1754:23 1803:25 1813:2 1835:2 1837:5 1840:14,22 1852:5 1875:13 1876:15,19 1899:7 1911:17 1916:19
**basic** 1902:14
**basically** 1712:11 1721:1 1725:15 1727:7,10,15 1739:1,6 1741:12 1796:13 1801:19 1806:18 1812:17 1816:16 1822:7 1824:1 1835:1 1835:11 1844:25 1845:10 1861:23 1866:22 1867:20 1870:17,20 1874:21 1879:24 1886:18 1899:20 1901:14 1908:17
**basing** 1940:21 1940:22
**basis** 1586:21 1611:3 1682:14 1722:1 1737:2 1760:15 1783:19
**Bates** 1861:8
**Beacon** 1667:16
**bearing** 1913:8
**Beaulieu** 1792:7
**becoming** 1894:16,17
**bedroom** 1720:22
**before-jury** 1579:19
**began** 1911:7
**beginning** 1625:3 1627:6 1706:10 1780:21

1806:13 1928:12 1929:12 1933:2
**begins** 1606:24 1907:6
**behalf** 1579:14 1600:12 1658:18 1698:10 1716:11 1768:24
**behavioral** 1915:9
**belief** 1933:4
**believe** 1590:21 1598:13 1603:5 1603:10,11 1607:24 1608:21 1626:20 1627:16,18 1628:24 1629:7 1629:17,18 1630:3,3 1632:4,14 1634:13 1645:2 1650:1 1651:3 1652:2 1653:14 1653:19 1664:3 1665:11,25 1666:6,7 1667:15,15 1670:6,9,12 1672:11 1673:2 1673:10,13,22 1673:24 1674:4 1675:11 1676:8 1679:20 1689:11 1690:10,18 1692:8,15 1693:25 1694:9 1696:15,16 1697:7,16 1702:2,2,24 1703:2,10,16 1703:18,22 1704:1 1705:2 1705:19 1717:1 1732:23 1747:6 1753:8,14 1761:13 1764:10,11 1765:22 1768:6 1773:20 1776:14 1777:4 1779:2 1781:17 1788:13,15 1789:22 1794:13 1797:22 1809:9 1810:4 1816:9 1829:1 1835:21 1843:1 1873:5 1881:15 1892:11 1915:11 1920:11 1921:3 1921:10 1935:23 1936:20
**believed** 1672:13 1696:10 1697:25
**believing** 1601:5
**belong** 1885:6
**belonged** 1715:19
**bench** 1614:12 1615:9,17 1616:7,9 1682:1,18 1683:12,19 1853:16 1900:16
**benefit** 1581:2
**Bergstresser** 1781:18
**Berkeley** 1710:14
**best** 1637:5 1648:18,19 1650:6 1690:5 1692:7,8,16,17 1794:17 1828:20 1898:8 1939:14 1941:8 1945:16
**beta** 1811:6,13
**better** 1614:15 1621:15 1622:16 1640:20 1641:17 1675:13 1689:20 1692:19 1700:12 1755:21 1831:9 1898:11 1920:23
**beyond** 1705:7 1715:24 1729:15 1749:16 1797:1 1810:6 1811:17 1833:15 1838:1 1855:5 1892:24
**bias** 1598:22,23 1599:2,3 1600:7 1601:2 1700:22
**Bickert** 1854:24 1855:16 1856:11 1859:4
**big** 1645:14 1716:4,23 1736:17 1737:7 1737:18,21 1738:2 1747:21 1761:19 1766:21 1789:3 1790:3 1792:23 1806:18 1807:9 1808:24 1809:3 1809:21 1812:16,21 1813:7 1814:21 1830:25 1860:7 1889:25 1914:22 1933:18 1939:14
**biggest** 1660:18 1791:18 1821:21
**Bill** 1900:8
**billion** 1599:9,12 1599:14,21,21 1601:11,12 1620:24 1645:10,13 1688:23 1701:1 1704:15
**billions** 1624:24 1625:2 1646:4 1646:5
**binder** 1684:5 1772:19,20 1790:8 1801:24 1805:9 1820:13 1841:6 1842:8 1849:15,17,20 1861:6 1921:10
**binders** 1779:11
**bit** 1618:3,11 1622:13 1704:13 1716:19,21 1753:18 1755:9 1773:22 1781:13 1801:2 1885:25 1918:5 1918:24 1925:23 1931:20,23 1941:21
**block** 1800:4
**blocked** 1800:16
**Bloomberg** 1823:6
**Blvd** 1574:5
**Board** 1581:10 1638:25
**bonuses** 1625:18
**books** 1711:21
**Boorstin** 1675:9 1675:19 1678:20
**bore** 1855:1
**bothered** 1725:16
**bottom** 1643:3 1745:22 1758:6 1763:24 1773:7 1787:23 1804:13 1807:10 1808:1 1828:4 1831:5 1886:9 1894:1 1894:2 1905:11 1909:14
**bought** 1885:10
**box** 1758:6
**breach** 1666:15 1666:17,24 1667:18 1672:6 1672:12,15 1677:6 1681:2 1685:3
**breached** 1589:16 1604:23 1667:11 1679:16,18,18 1685:18
**break** 1614:15,19 1615:6,7 1616:10 1618:21 1619:2 1681:8,12 1682:2,10,11 1683:18 1742:2 1742:4,6 1786:25 1789:25 1800:7 1831:14 1846:14,21

1847:11 1941:24 1942:5
**breaks** 1710:9 1738:20
**Brexit** 1666:1
**brick-and-mor...** 1727:23,25
**brief** 1597:16 1614:12 1616:8 1616:9 1672:6 1791:4 1900:15
**briefest** 1735:7
**briefly** 1766:18 1788:21 1825:18 1858:14 1891:16 1914:17 1916:18
**briefs** 1580:5 1615:10 1682:1 1682:18 1683:12,19 1716:8 1853:16 1853:21
**bring** 1586:5 1683:23 1764:15 1779:14 1792:9 1859:11
**bringing** 1646:21
**Britain** 1641:14
**Britannica** 1692:1
**British** 1662:22 1663:4,5 1665:24,25
**broad** 1621:6 1741:25 1762:23 1766:23 1838:23
**broadcast** 1878:22
**broader** 1642:11
1761:7 1823:14 1891:10
**broadly** 1784:7 1839:24
**Broadway** 1574:5
**broke** 1660:9,11 1675:8,21,25 1676:5 1812:11 1812:17 1894:22,24
**broken** 1685:14 1847:9
**broker** 1868:1
**Brown** 1711:18
**Bruder** 1574:13 1579:13 1594:3
**Bu** 1580:17
**bucket** 1836:1
**buckets** 1806:21 1808:18,21
**build** 1648:9
**builders** 1700:19 1700:20
**building** 1648:10 1711:5
**built** 1650:6 1739:1
**bulk** 1872:2
**bulkful** 1879:2
**bullet** 1881:6 1886:10
**bunch** 1670:4 1712:14,22 1731:8 1736:6 1736:15 1738:24 1791:12 1817:15 1835:17 1860:18 1862:21 1885:13 1909:23
**buried** 1733:16
1826:2
**bury** 1769:12
**business** 1619:10 1619:21 1620:2 1620:3,5 1624:5 1636:21 1652:7 1657:21 1658:11,13 1695:11 1700:21 1773:12 1789:7 1801:11,14 1808:7 1809:2 1870:3 1925:4
**Butswinkas** 1574:19 1579:20 1580:14 1654:21 1655:2 1684:3 1725:24 1925:3
**Butswinkas'** 1924:20
**button** 1721:1 1723:20,25 1725:1,7 1729:17 1921:4 1921:7,8 1923:16

**C**

**calculate** 1745:15 1910:3
**calculated** 1875:7
**calculating** 1747:15
**calculation** 1745:19 1748:21 1749:11 1756:21 1877:8
**calculations** 1909:4
**calendar** 1780:20
**California** 1710:14
**call** 1589:12 1616:13 1636:21 1662:11 1720:5 1776:6 1847:23 1853:9 1855:21 1855:24 1856:15,17,20 1858:3,21,22 1858:25 1919:13 1924:13,18
**called** 1580:15 1661:8 1662:13 1674:13,15 1681:3 1685:4 1702:13,19 1704:4 1727:9 1737:24 1816:25 1824:16 1837:4 1860:8 1896:24 1921:22 1926:5 1926:25
**calls** 1709:10
**Calum** 1609:19
**Cambridge** 1580:22 1583:9 1585:11 1589:14,15 1593:23 1604:5 1650:15,22 1653:22 1659:16 1660:8 1660:10,24 1662:14,19 1663:13 1664:17,24,25 1665:17 1666:14,17,24 1669:22 1671:4 1672:5,12 1675:5,8,20 1676:5,19 1681:3 1685:3
1685:13 1738:20,22 1739:1,12 1740:7,12 1743:13,24 1753:21 1769:10 1812:10 1813:3 1813:5,12,15 1813:21 1814:7 1814:22 1815:13,21 1816:18 1819:10 1822:11,13 1823:11 1833:3 1833:4,6,15 1837:23 1838:2 1838:25 1839:3 1877:24 1889:15,16 1893:19 1894:16,17,21 1894:23
**campaign** 1665:18 1668:4 1668:6,7,8,11
**campaigns** 1739:5
**candidate** 1689:20 1690:5
**candidates** 1689:9
**capability** 1927:23
**capable** 1811:18 1920:8
**capacity** 1820:10
**capture** 1802:5
**carbon** 1685:9
**card** 1727:24
**care** 1589:8 1673:2,22
**cared** 1672:14
**career** 1639:4,6,8

**carefully** 1770:16
**cares** 1672:9
**caring** 1694:12
**Carnegie** 1711:16
**case** 1573:6 1580:8 1584:11 1585:3,23 1593:16 1617:6 1636:20 1675:6 1681:16,19 1682:7,8,16 1692:16 1704:7 1704:21 1712:19 1715:1 1715:13,13,16 1716:14 1717:17,21 1722:21 1723:16 1725:2 1731:20 1733:15,19 1742:9,12,17 1746:4 1747:5 1751:25 1752:1 1752:15 1753:3 1753:25 1755:19 1757:9 1758:25 1759:1 1759:8,9,10,14 1759:23 1760:10,18 1761:10 1762:10 1768:20 1778:8 1786:9 1789:1 1790:24 1795:1 1810:17 1823:10,12 1832:4,11 1839:3 1846:22 1846:25 1848:1 1853:9,10 1854:23,25 1855:19,20,24 1856:16,17,20 1856:25 1857:2 1858:20,25 1859:6,23 1862:7 1881:9 1881:18 1890:2 1921:12,20 1922:23 1924:5 1927:15 1929:12 1937:11 1942:7 1942:10,14,24 1943:8
**case-in-chief** 1854:21
**cases** 1686:20 1704:23 1714:15 1716:10 1732:1 1803:16 1804:8 1837:3,6 1842:21 1874:11 1875:16 1899:6 1910:23 1930:9
**catch** 1602:7
**categories** 1658:21 1747:19 1878:9
**categorizations** 1658:23
**categorizing** 1657:19
**category** 1658:22
**cats** 1644:15
**cause** 1579:8 1686:12,21 1732:14,17 1734:11 1846:10
**celebration** 1645:15
**center** 1724:25 1902:11
**central** 1768:19 1769:24 1930:1
**centrally** 1929:21
**CEO** 1618:4 1870:2,4,15
**certain** 1644:8 1746:23 1772:2 1776:2 1778:9 1787:21 1802:18 1803:10 1805:21 1819:12 1924:3
**certainly** 1586:10 1599:24 1600:3 1613:24 1629:21 1631:13,17 1633:1 1665:6 1720:9 1750:16 1750:22 1754:2 1755:22 1781:24 1784:2 1843:4 1917:20
**Certificate** 1573:25 1945:1
**certification** 1822:15 1906:16
**certifications** 1821:23 1822:9 1822:22 1823:2
**Certified** 1573:24 1945:3,24
**certify** 1945:4,17
**cetera** 1585:7 1743:14
**CFO** 1638:9 1639:21 1640:3
**Chakrabarti** 1684:14 1847:19 1848:11 1851:9 1851:12
**chance** 1614:15 1684:13
**change** 1672:4 1713:20 1738:9 1755:17 1757:21,22 1762:7 1775:21 1778:2 1794:24 1795:5 1831:20 1835:10 1844:2 1856:22 1915:22 1926:9 1926:14
**changed** 1694:5 1696:13 1713:18 1756:16,16 1820:5 1841:22 1914:24 1926:9
**changeover** 1926:13 1927:9 1927:12,19
**changes** 1853:12
**charged** 1624:9
**chart** 1884:9
**charts** 1883:11 1883:16
**chat** 1802:5 1900:4
**chats** 1717:7
**check** 1582:3 1636:13 1645:5 1686:7,18 1700:18 1701:2 1701:5,12,15 1701:16 1781:21 1782:11 1875:23 1876:5
**check-ins** 1730:10
**checked** 1701:8 1876:2
**checkers** 1700:3 1700:11 1701:2 1701:9,18,21 1701:24 1703:15,25 1704:3,8
**checking** 1691:9 1692:3
**Chen** 1580:12 1581:2 1582:5 1763:25 1768:22 1852:10,13,24 1854:15 1897:16
**Chen's** 1583:16
**Chess** 1930:18
**chief** 1617:18 1636:20
**child** 1696:7,20 1696:21,23
**children** 1632:25
**choice** 1692:7
**choose** 1638:7 1795:7 1856:16 1856:19 1912:25
**chooses** 1857:2 1869:18
**chose** 1618:8 1628:17 1638:14 1869:13
**chosen** 1679:4 1698:9
**Chris** 1579:18 1583:19 1685:8
**Christopher** 1574:20 1813:10
**chronology** 1891:8 1894:12
**circled** 1912:24
**circuit** 1830:21
**circumstances** 1857:17
**citation** 1764:2,9
**citations** 1763:23
**cited** 1714:5,9

1718:1 1915:3
**Civil** 1695:5
**claim** 1589:10 1796:14 1837:17 1925:8 1934:4
**claimed** 1645:10 1661:2 1689:6 1769:10 1837:19
**claims** 1593:18 1593:18 1715:13 1751:24 1752:1 1752:14 1753:25 1754:23 1761:6 1762:10
**clarify** 1609:2 1611:14
**class** 1806:23
**classic** 1734:14
**clause** 1627:12 1868:9 1881:10
**clauses** 1734:18
**clean** 1776:4
**clear** 1629:17,18 1636:4 1637:14 1683:6 1730:15 1744:1 1746:24 1748:16,20 1749:1,23 1750:17,17,18 1750:21 1751:9 1758:19 1761:15 1773:23 1786:2 1794:3 1830:13 1833:2,13 1866:10 1872:22 1877:14 1892:22 1910:10 1911:12,17 1922:10 1928:10 1930:25 1931:6 1933:17 1935:6 1940:8
**clearly** 1673:21 1784:6 1809:16 1876:14 1880:3 1881:14
**click** 1721:1 1723:19 1725:6 1726:1 1920:3 1921:8,8,21,24 1923:1 1924:12 1925:6 1926:3
**clicked** 1921:4 1924:19
**clicks** 1923:16
**climate** 1599:24
**Clinton** 1674:19
**clip** 1794:11 1828:18
**clips** 1763:4 1764:14,21 1816:8
**close** 1680:9 1707:4 1774:1 1774:6 1797:14 1862:7 1884:22 1886:8 1910:1
**closed** 1741:15 1841:2 1859:6 1874:13 1887:17 1934:5 1937:12
**closely** 1932:2
**closer** 1911:7
**closing** 1937:22
**cmanning@wc...** 1574:23
**CNBC** 1675:9,11 1676:8,18
**code** 1649:2
**Cohen** 1690:15 1690:21 1691:8 1693:2
**coined** 1916:4
**Coke** 1689:17
**collateral** 1598:23
**colleague** 1579:20 1782:12
**collect** 1726:24 1839:2
**collected** 1623:1 1662:13 1719:20 1722:3 1731:3 1737:5 1874:13 1877:6 1890:7 1905:17 1906:3 1907:13 1921:3
**collecting** 1622:14 1711:2 1715:20 1721:11,13 1728:3 1730:7 1880:15 1882:25 1890:12 1931:7
**collection** 1865:19 1879:3 1914:3
**collects** 1622:9 1719:7
**combat** 1700:3
**come** 1583:3 1588:14 1596:24,25 1613:15,23,24 1622:1 1625:18 1630:21,23 1635:18 1636:9 1666:23 1670:1 1677:7 1681:9 1681:12 1694:24 1695:16 1698:10 1704:14 1711:2 1716:5 1720:8 1722:15 1732:24 1756:13 1767:25 1770:4 1770:12 1782:2 1795:20 1813:10 1826:24 1838:24 1847:25 1861:19 1897:15 1944:1
**comedian** 1690:15
**comes** 1598:11 1613:17 1629:5 1685:20 1904:23
**coming** 1582:11 1630:16 1653:17 1663:23 1701:3 1701:6 1733:18 1813:21 1814:6 1815:13 1825:24 1857:20
**comm** 1668:20
**comment** 1726:7 1770:8 1773:20
**commentary** 1826:5
**commented** 1691:17 1772:7 1878:14
**commenting** 1766:2 1875:3
**comments** 1765:2 1879:23
**commitment** 1679:10,21 1802:25 1842:21 1843:2 1843:4 1844:11 1903:4
**commitments** 1841:18 1901:13 1905:2
**committee** 1698:7,11
**common** 1712:7 1937:3 1939:25 1940:25
**commonly** 1725:22
**commonsense** 1784:21
**comms** 1635:24 1640:18 1641:9 1698:23
**communicate** 1728:18,22 1729:2 1804:1 1836:23 1907:16 1913:10
**communicating** 1803:18,22 1907:8
**communication** 1791:15
**communications** 1635:24 1640:18 1668:13 1674:25 1728:17 1839:21 1861:3
**Community** 1704:4,7,9
**companies** 1589:14,17,17 1667:10 1700:14 1716:4 1720:12,16 1723:9,11 1726:15 1730:13

1731:24 1741:9 1809:25 1886:7
**company** 1589:15 1590:6 1591:18 1600:13,15 1605:10 1617:21 1620:6 1620:9 1624:5 1626:3,5,20 1627:15,19,22 1627:22 1628:10 1629:21 1649:12 1652:8 1662:13 1666:4 1674:16,21,25 1696:10 1700:6 1700:12 1704:10 1715:20 1721:7 1739:4 1869:23 1870:8 1882:19 1885:9 1886:16 1935:17
**company's** 1676:13 1807:2
**compare** 1625:4
**compared** 1642:4 1797:23
**compares** 1765:1
**comparing** 1745:21
**comparison** 1765:3
**compelling** 1626:23 1629:18
**compensation** 1597:23 1600:13
**compilation** 1861:17
**compiled** 1892:12
**complained** 1701:25
**complaining** 1902:8
**complaint** 1761:12
**complete** 1587:5 1587:8 1588:9 1588:19 1589:2 1589:2 1604:6 1604:10,21 1605:12,13,22 1606:9 1612:12 1629:19 1640:21 1643:9 1645:3 1765:12
**completed** 1612:13
**completely** 1652:1,9 1913:6
**compliance** 1783:6
**complicated** 1734:6
**complies** 1805:10 1818:2 1820:14 1823:4 1841:7 1864:15 1868:14 1880:10 1885:3 1890:25 1899:24 1903:21
**comply** 1662:25 1796:13 1808:4 1866:14
**components** 1727:2,6 1729:5
**comports** 1711:4
**comprehensively** 1639:17 1934:10,15
**compromised** 1667:4 1671:18 1680:23,24
**compulsion** 1777:11
**computer** 1711:15,17
**computer-aided** 1945:11
**concept** 1705:18 1723:23 1729:6
**conceptualizing** 1611:25
**concern** 1732:22 1793:8 1800:13 1881:6
**concerned** 1583:13 1895:14
**concerning** 1851:15
**concerns** 1634:13 1642:8,14,17 1642:20,25 1667:19 1733:24 1755:16 1882:13 1895:10,20,23 1902:22
**concluded** 1584:24 1840:4
**conclusion** 1757:4 1906:11 1916:21
**conclusions** 1717:20 1788:22,25 1874:18 1916:19
**conclusively** 1899:9
**concrete** 1690:4
**conditions** 1686:12
**conduct** 1580:17 1585:12 1586:10 1587:5 1588:11 1591:13 1593:5 1593:21 1666:11 1724:3 1732:14 1747:16 1754:21,23 1829:4,24 1830:17 1831:22 1832:3 1835:6 1863:13 1884:25 1905:7 1937:6
**conducted** 1651:4 1713:25 1789:8 1837:19
**conducting** 1586:8 1593:11 1828:22
**confer** 1784:23
**conference** 1638:12 1737:18,21,24 1790:1,2,12 1792:8,24
**confers** 1777:6
**confidence** 1903:5
**confidential** 1772:2,3 1773:8,10 1774:8 1775:10 1775:22 1777:16,17 1785:15
**confidentiality** 1773:16 1774:4 1778:4,6,19 1787:24
**confine** 1928:16
**confirm** 1611:18 1834:3,6 1836:24 1842:21 1935:22
**confirmed** 1745:18 1756:4 1756:19 1910:23
**confirming** 1833:24 1884:24
**confirms** 1593:10
**conflating** 1747:6
**confuse** 1585:22
**confused** 1713:21 1725:23,23
**confusing** 1586:12,22 1725:17 1751:21 1754:3 1758:2,17,17 1842:17 1894:4 1913:21
**confusion** 1754:6
**Congress** 1699:3 1766:24 1767:16 1811:3 1811:5,9 1824:16 1828:5 1830:22 1928:13
**Congressional** 1733:3 1811:20 1812:23 1825:1
**conjunction** 1929:18
**connect** 1633:23
**connected** 1911:20
**connection** 1867:25 1897:9
**connections** 1886:19
**CONNOLLY** 1574:18
**connotation** 1758:23

**consent** 1730:25 1731:5,19,21 1732:24 1735:6 1809:7 1825:23 1826:6 1891:22 1900:22 1914:1 1920:13,18,22 1923:13,19 1926:15
**consented** 1913:24
**consenting** 1920:25
**consents** 1738:12 1868:2
**consider** 1691:25 1767:4 1788:4 1860:24 1889:2 1897:17 1942:23
**considered** 1606:21 1668:10 1717:10 1768:15 1839:6 1921:11
**consistent** 1761:11 1764:13 1765:20 1808:13 1813:22 1839:18 1895:25 1914:25 1923:10
**conspiratorial** 1772:9
**conspiring** 1798:10
**constant** 1615:17 1899:19
**construct** 1636:10
**consult** 1922:16
**consultant** 1674:10
**consultants** 1892:15
**consulting** 1863:10,11
**Consumer** 1607:18
**consumers** 1679:1
**contact** 1655:22 1656:2,5,12,14 1836:17,19 1862:16 1882:7
**contain** 1791:10 1793:20 1826:9
**contains** 1761:12 1791:9 1821:7
**contend** 1775:6 1917:4
**content** 1630:16 1631:8,10 1632:1 1645:21 1645:25 1646:4 1646:7 1702:15 1702:17 1705:11,11,14 1806:19 1925:14
**context** 1706:6 1733:10 1735:8 1749:24 1750:19 1756:15 1761:8 1770:7 1801:18 1838:18 1941:4
**contextually** 1696:5
**continuation** 1617:5
**continue** 1598:20 1647:16 1684:21 1692:21 1732:18 1737:16 1742:14 1804:4 1807:22 1819:20 1905:5 1939:1 1942:12
**continued** 1575:1 1578:1 1588:21 1590:11 1733:1 1796:25 1797:10 1798:3 1810:5,21 1890:20
**continues** 1608:17
**continuing** 1581:13 1587:20 1588:8 1589:7 1590:14
**contract** 1807:1,9 1808:24 1809:2
**contracts** 1703:24 1807:8
**contradicted** 1644:13
**contrary** 1769:13 1789:3
**contrast** 1809:1
**control** 1626:5 1628:16 1633:25 1635:11 1644:8 1671:10 1737:9 1789:16 1795:9 1796:1 1820:1 1898:7 1911:24 1912:5,23 1913:19 1914:2 1915:8,11,14 1915:19 1916:13 1917:8
**controlled** 1700:12
**controlling** 1628:23 1629:2 1629:3
**controls** 1672:4 1693:16,23 1694:13 1713:14 1714:8 1725:19 1726:15 1736:7 1789:16 1796:1 1912:1,5 1915:4,10,12 1915:17,18,21 1915:24 1916:5 1916:11 1917:8
**conversation** 1696:25 1802:5
**convincing** 1719:22 1721:16
**COO** 1591:13 1592:9 1603:24 1604:1 1606:2 1613:10 1617:10,11 1628:15 1630:10 1645:6 1649:11 1650:3 1690:14
**Cool** 1921:22,23
**cooperate** 1836:13
**coordinated** 1819:4 1830:24
**copied** 1685:7 1686:3 1693:11
**copies** 1849:14
**copy** 1580:4 1594:3 1596:2 1607:24 1685:9
**Corban** 1574:12 1579:14
**core** 1626:9 1672:8 1766:19
**correct** 1583:17 1583:18 1598:12,13 1599:9 1610:1 1610:1,20 1621:10 1628:18 1629:6 1629:7 1631:24 1634:20 1644:21 1647:13 1666:13 1678:13 1682:20 1686:5 1698:4 1708:6 1708:12 1746:14 1747:2 1747:7 1752:20 1761:5 1773:1 1773:4 1775:24 1776:13 1779:22,23 1849:7,12,18 1857:5 1863:3 1866:11,12 1919:8 1926:17 1929:3
**correctly** 1657:10 1677:13 1678:4 1696:3 1721:4 1725:11 1728:22 1729:2 1774:15 1926:22
**correspond** 1861:24 1880:1 1880:2 1881:17 1884:11 1890:2 1908:12,18
**corresponded** 1908:15,16
**corresponds** 1872:5 1911:2
**corroborating** 1589:23
**cost** 1622:4
**council** 1674:18
**counsel** 1574:1 1614:4 1671:22

1716:2 1731:18 1732:5 1734:23 1742:1 1772:11 1780:10 1781:18 1793:5 1811:17 1826:1 1826:19 1863:9 1902:22 1908:9 1920:8 1936:1 1936:9 1945:9
**counsel's** 1726:13 1811:17 1827:4 1827:18 1843:10
**count** 1748:7,22 1763:8
**counted** 1867:12
**counter** 1853:19
**countermessag...** 1668:4,6
**counting** 1749:14
**countries** 1581:22 1592:1 1594:23 1595:11 1605:16 1645:19 1646:6 1652:4
**country** 1587:16 1645:22 1657:17,18,19 1662:21
**counts** 1910:14
**County** 1573:2 1579:8
**couple** 1614:8,13 1732:10 1738:19 1746:13 1781:23 1835:12 1872:18 1881:2
**course** 1588:11 1615:2 1624:25 1688:20 1690:2 1690:2,13 1731:22 1765:8 1767:23 1773:11 1786:3 1788:1,23 1812:3 1834:21 1837:25 1838:8
**court** 1573:3,24 1580:4 1581:24 1597:5 1607:2 1607:4,6 1611:1 1614:18 1615:18 1671:22 1681:7 1681:8 1682:9 1702:24 1711:8 1716:10 1743:16,17 1746:4,7 1759:9 1763:5 1764:20 1765:15 1773:24 1774:6 1784:3 1786:1 1786:10 1794:17 1828:20 1853:15,17 1854:1 1888:14 1945:3,24
**Court's** 1597:3 1599:17 1611:14,17 1715:24 1785:24 1853:23
**courthouse** 1742:15 1942:13
**courtroom** 1616:18 1681:24 1684:18 1742:25 1743:3 1774:6 1787:4 1847:5 1859:14 1925:1,9,11 1931:24 1942:22,24 1943:13
**cover** 1608:22 1616:6,9 1640:3 1710:7 1743:11 1771:20 1790:4
**covered** 1916:17
**Cox** 1685:8
**crack** 1691:9
**crackdown** 1817:12
**Cracking** 1817:2
**craft** 1635:19 1669:5,8
**crafted** 1668:12 1668:15
**create** 1620:5 1622:18,20,21 1624:5 1630:16 1631:6,7 1719:24 1720:15 1725:4 1725:4 1757:7 1899:14 1927:2
**created** 1595:16 1706:7 1875:12 1887:3 1915:18 1926:25
**creates** 1622:17 1758:22 1759:14
**creating** 1586:13 1595:14 1624:2 1631:5 1719:17 1840:18
**credibility** 1582:13 1598:8 1598:22 1599:2 1603:24,25 1765:6 1766:3
**credit** 1835:14
**crhodes@dicell...** 1574:15
**crises** 1674:22,24
**crisis** 1675:5
**criteria** 1767:6 1803:11 1805:16,20 1835:8,9 1895:17
**critical** 1723:13
**criticism** 1688:15 1899:18
**critique** 1640:14 1675:3
**cross** 1724:9 1843:10 1848:2 1855:12,13 1857:12,14
**cross-designati...** 1849:9,10,11 1854:7
**cross-examinat...** 1576:6 1855:4 1856:18 1858:24 1859:5 1918:1
**cross-examine** 1843:5 1847:25 1848:3 1854:25
**cross-referenced** 1745:5
**crosses** 1759:12
**CRR** 1573:24
**crucial** 1770:17 1771:5 1778:14
**Cruz** 1663:15
**CSI** 1892:5
**curious** 1746:18
**currently** 1599:12 1783:18
**CURRY** 1574:3
**customer** 1727:24 1927:3
**customers** 1646:23,24 1738:1 1800:8 1800:10 1829:25
**cut** 1580:2 1614:4 1796:18 1812:9,19 1848:17,25 1849:16 1852:24 1854:10 1873:20 1879:11,20 1904:8 1905:25
**cutoff** 1796:21 1823:23 1916:23
**cutting** 1853:2

**D**

**D** 1576:1
**D-101-CV-202...** 1573:6 1579:9
**D.C** 1574:21
**daily** 1630:6 1701:1
**Dane** 1574:19 1579:20
**dark** 1712:10 1916:7,7
**data** 1585:5,6,13 1589:16 1591:3 1594:24 1604:23 1620:23 1621:2 1621:5,11,22 1622:10,11,15 1622:16,17 1624:14 1637:9 1642:15 1643:4 1644:2 1647:9 1647:12,14 1648:12 1650:5 1652:3 1653:6 1657:17 1659:5 1659:22

1660:20
1661:19,24,24
1662:12 1664:7
1665:17 1667:4
1667:11,18,19
1671:8,11,18
1677:8 1678:11
1679:12,13,16
1679:18,18
1680:22
1685:18 1686:9
1687:8,13,19
1687:22,25
1688:5,8,8
1710:22 1713:6
1715:21
1718:25
1719:19
1720:24
1721:11,13,18
1721:23 1722:3
1722:5 1723:21
1723:22
1725:14,20
1726:16,24,25
1727:14,15
1728:4,20
1729:7,8,16,24
1729:24 1730:6
1730:12 1731:3
1735:20
1736:24 1737:5
1737:10,16
1738:8,11
1739:2,4,5,13
1740:2,4,14,18
1741:1,3,10,13
1743:13
1744:12,23
1745:6,15
1746:1 1747:22
1747:24
1748:14
1749:25,25
1750:9 1751:4
1752:8,14
1753:22 1754:2
1756:21 1757:5
1757:25
1760:11
1761:20,25
1766:13 1767:5
1767:9 1769:3
1769:25
1770:16 1789:5
1789:10,16,20
1794:20 1795:2
1795:2,7,10
1796:3,8,16,25
1797:24 1800:5
1800:7,11,16
1800:22 1801:8
1802:19 1803:8
1804:25 1805:3
1807:4 1809:7
1809:25 1810:3
1810:6,12,12
1810:16,18,20
1810:25 1811:9
1811:12
1812:12,20
1813:5,6,11,16
1815:23
1817:18,19
1820:6 1821:17
1822:2,14,16
1823:15,23
1828:10,14
1829:5,23,23
1829:25
1832:19,24,25
1833:24 1834:3
1836:24
1837:19
1838:17,22
1839:2,6,11,12
1839:14,16,17
1839:23,25
1840:7,17,23
1841:3,3
1842:22 1843:3
1844:3,7,17,19
1844:22
1845:19,20
1861:17,20
1863:17
1864:22 1865:1
1865:3,17,19
1865:25 1866:1
1866:2,7,20,24
1867:2,7,10,20
1867:20,23,24
1867:25 1868:1
1868:5,5,6
1870:18
1871:25 1872:2
1872:4,6,10,13
1874:8,15
1875:19 1877:1
1877:1,6,10,16
1877:20
1878:17,23
1879:3,9,14,19
1879:25 1880:3
1880:15
1881:11,12,13
1881:16 1882:9
1882:20,25
1883:4,7,18,20
1884:7,10,17
1884:24
1886:21 1887:7
1888:9 1889:6
1889:12 1890:1
1890:6,12,21
1893:23
1896:18
1898:24 1899:1
1899:2,4,7,8,20
1905:15,16,17
1905:17,25
1906:4,6,12,19
1906:24,24
1907:12,13,17
1907:19,25
1908:8,19,23
1909:9,17,21
1911:20,24
1912:5,12
1913:24 1914:3
1915:25
1916:22,25
1917:4,9
1919:4,6,11,13
1919:23
1920:14 1921:3
1921:23 1922:4
1923:17 1924:4
1925:15
1930:10 1931:1
1931:7 1933:4
1937:9,16
**data's** 1881:18
**data/integrity** 1902:17
**database** 1716:23 1716:25 1717:23 1860:7 1860:11 1861:21,25
**date** 1645:12 1656:2 1660:10 1776:17 1790:14,17,19 1799:23 1815:2 1816:23,24 1820:18 1824:2 1894:5,15,24 1895:2,2 1916:23 1922:9 1922:12
**dated** 1593:7 1660:6 1805:15 1864:20 1945:20
**dates** 1588:10 1790:16
**dating** 1633:5
**day** 1573:13 1614:11 1646:2 1677:7 1701:4 1701:6 1720:10 1780:21,21 1785:2 1802:22 1807:11 1818:5 1837:22 1856:13 1858:19 1938:3 1945:20
**days** 1660:14,14 1670:21 1675:20 1777:4 1807:13,15
**dbutswinkas@...** 1574:22
**de** 1573:24
**deadline** 1776:17 1782:7,9 1872:9
**dealing** 1787:20
**deals** 1870:5
**dealt** 1654:4,15 1655:6,15 1765:21 1776:16 1787:8 1787:21
**death** 1633:12
**deaths** 1633:10 1633:13
**debate** 1697:8,18 1697:19,19
**debating** 1689:8
**decades** 1914:7 1915:1
**deceive** 1747:12
**deception** 1747:19 1762:1
**deceptive** 1747:16 1752:23 1759:11
**decide** 1581:5 1583:12 1673:17 1681:19

1685:21 1702:7 1737:6 1742:12 1784:23 1796:2 1846:25 1906:9 1926:3 1942:10
**decided** 1696:3 1700:2 1736:14 1748:4 1760:2 1766:20 1767:2 1840:5,21 1862:18 1902:1 1926:9 1935:16
**decides** 1918:25
**deciding** 1700:7 1700:9 1788:8 1918:22
**decision** 1590:4 1618:8 1689:21 1808:17 1840:7 1847:18
**decision-making** 1628:16 1842:20
**decisions** 1618:7 1618:16 1709:24 1710:15 1737:12 1844:4
**deck** 1607:18 1609:5,7 1610:15 1763:2 1763:8 1794:13 1805:19 1832:7 1871:8 1907:23
**declaration** 1716:11
**declare** 1741:12
**decree** 1731:19 1733:21 1734:16 1900:22
**decrees** 1731:21 1825:23 1826:6 1891:22
**dedesignate** 1773:16 1775:1 1781:2
**dedesignated** 1773:19 1775:3
**dedesignation** 1781:19
**dedicated** 1682:22
**deduplicate** 1745:15
**deduplicating** 1908:19
**deem** 1804:14 1805:21
**deemed** 1839:16
**deep** 1885:14 1886:14
**deeper** 1788:24 1866:16
**deeply** 1741:23
**default** 1800:13 1913:16 1915:6
**defaults** 1915:14 1915:23
**defects** 1745:14
**defendant** 1573:9 1574:17 1579:16 1684:2 1715:13 1779:20
**defense** 1769:7
**defenseability** 1903:6
**define** 1649:9 1749:2 1768:19 1769:3 1912:10
**defined** 1754:13 1754:15 1844:17 1845:9
**defines** 1752:22 1889:5
**definitely** 1639:1 1645:24 1659:25 1677:19 1679:9 1706:1 1938:18
**definition** 1732:13 1734:12 1766:13,23 1767:2,8 1768:24 1770:16 1839:11,17,22 1840:6,17 1841:22 1844:3 1844:7,21 1845:19 1868:4 1899:20 1914:1
**definitively** 1682:15
**degree** 1711:14
**delay** 1616:24 1779:9
**delete** 1739:13 1740:2,3 1813:16 1822:14,15 1905:15 1906:6 1906:12,23 1907:12,18
**deleted** 1702:15 1702:17 1812:13 1821:17 1884:24 1906:19,25 1936:24,24 1937:8,12 1938:7 1939:23 1940:1
**deletion** 1740:18 1833:24 1834:3 1874:16 1937:10
**deliberation** 1788:6
**deliberations** 1681:20 1742:13 1847:1 1942:11,25
**delightful** 1931:5
**deliver** 1638:8
**delivered** 1902:13
**democracy** 1688:19 1689:3 1689:4
**demographic** 1647:3,11
**denial** 1690:8,17 1691:10 1693:19 1694:6 1694:7,11,20 1694:23,25 1695:2,15,17 1696:1,4,10
**denied** 1591:5,19 1591:21 1595:20 1695:19 1854:7
**deniers** 1696:20
**denies** 1602:22
**deny** 1695:4,5,8 1760:15
**denying** 1690:12 1694:17 1695:23,24
**department** 1574:8 1641:10 1650:12,14,17 1650:23 1651:1 1651:3,5 1668:13
**depend** 1677:8
**depending** 1636:7 1755:24 1759:16
**depicts** 1724:23
**deponent** 1580:12
**depose** 1650:9
**deposition** 1576:4 1580:2 1582:6,17 1584:16 1592:6 1592:16 1594:2 1594:15 1595:25 1596:3 1596:4,11 1597:8,15 1598:2 1600:2 1606:15,24 1607:9 1609:10 1614:11 1617:10,13 1618:9,14 1628:2,3 1657:1 1677:10 1681:5 1683:20 1683:22 1684:22,25 1700:17 1707:13,15,17 1763:2,4,23 1764:1,8,12,14 1765:9 1767:19 1768:1,3 1771:7,15 1786:24 1839:9 1839:13,19 1847:10,18,19 1851:22 1852:8 1853:13,17 1854:2,3 1857:21 1897:10 1898:22
**depositions** 1589:23 1770:11,12
**deprecation** 1824:1 1879:3 1879:25 1883:23 1884:2
**describe** 1710:10 1711:10,24 1715:14 1716:15 1800:17

1829:14 1871:14 1874:19 1897:8 1898:18 1904:1
**described** 1724:22 1762:12 1767:19 1836:9 1916:20 1918:12
**describes** 1885:6
**describing** 1713:24 1724:15,17 1763:12 1765:2 1765:4 1841:17 1871:13 1893:2
**description** 1870:9 1897:13
**design** 1712:9 1798:4,7 1916:8
**designate** 1765:9 1765:10 1855:8
**designated** 1597:19 1606:20 1772:2 1844:18 1845:20
**designation** 1607:15 1775:5 1776:7 1848:21 1848:23 1851:16 1853:18 1855:10
**designations** 1594:16 1595:7 1596:11,15 1773:16 1847:10 1853:23 1854:7 1855:12,13
**designed** 1712:12 1896:18
1899:21
**despite** 1618:2 1639:3 1703:11 1705:17
**detail** 1713:17 1932:15
**detailed** 1894:12
**details** 1632:20 1733:23 1734:7
**detect** 1815:25 1878:13
**determine** 1652:12,17 1658:16 1686:12 1796:24 1797:10 1822:25 1834:2 1838:7 1841:21 1860:3 1865:2 1865:16 1876:16 1889:3 1896:12 1908:6 1930:6
**determined** 1749:5 1750:2 1807:8 1936:23
**develop** 1719:23
**developed** 1658:14 1930:16,17,22
**developer** 1580:9 1580:10 1585:9 1585:21 1587:25 1592:24 1593:17 1648:4 1648:16 1649:20,22 1652:4,6,13 1653:18 1654:12 1655:12,22,23 1656:1,10 1657:12,17,20
1658:17 1671:15 1680:2 1687:16,18,20 1687:22 1688:1 1688:6 1707:3 1710:3 1716:20 1720:22,24 1721:5 1723:7 1723:20,21 1724:19 1729:23 1730:22 1736:25 1741:19 1747:20 1749:4 1750:1,5,6 1796:17 1816:3 1819:6 1822:5 1824:3 1828:6 1831:23 1834:19 1836:18,19,23 1837:7 1842:12 1842:22,25 1862:10,16 1864:19 1868:21 1874:2 1876:1 1877:11 1878:20 1881:11 1882:14 1899:13,13 1902:3 1903:12 1903:18 1906:16 1923:18 1925:7 1925:9 1926:2 1930:13,21 1931:21 1933:14,18 1934:11,24 1935:13,15,20 1941:16
**developer's** 1656:22
1657:13 1808:12 1906:20 1924:17 1931:22 1932:10,18
**developers** 1585:5,6 1594:21 1595:5 1602:19 1605:12 1606:5 1624:7,7,10 1647:18,20,25 1650:21 1651:8 1651:10,19 1652:6,22 1653:6,11,22 1654:2 1655:21 1656:21 1658:2 1658:7,24 1659:4,6,22 1660:20 1680:1 1680:4,7,10 1706:10 1707:5 1717:14 1719:18,19,23 1719:24 1720:8 1720:13,14 1721:13,16 1722:7 1723:6 1723:8,14 1724:16,17 1728:19,21,25 1729:1 1737:9 1737:14,15 1738:5,6 1740:14 1796:8 1797:1,10,13 1798:2 1807:13 1807:24 1808:10 1820:6 1820:11 1821:24 1822:10,19 1828:9,24
1829:24 1831:25 1836:5 1836:12 1837:10,14,16 1837:18 1839:1 1864:22,25 1866:5,13 1879:7,18 1884:4 1893:22 1895:15 1899:12,17 1904:7 1905:14 1905:24 1906:2 1906:6,12,13 1907:11 1913:9 1918:15 1930:12 1940:24
**developing** 1624:13 1652:18,18,23 1658:17 1930:25
**development** 1654:19 1655:19 1679:24 1680:8 1680:17 1707:2 1842:14
**DevOps** 1846:6 1902:3,7,13,20 1902:24
**dial** 1637:12
**dialects** 1646:11
**dialogue** 1920:3
**DICELLO** 1574:12
**DICKASON** 1575:2
**Dictionary** 1691:20
**die** 1698:2
**Diet** 1689:17
**differ** 1890:13 1920:16

**difference** 1600:6 1634:17 1690:3 1695:22 1755:21 1808:21
**different** 1586:6 1600:17 1621:21 1622:13 1635:18 1636:3 1636:23 1637:1 1639:14,15 1651:11,21 1652:1,10 1657:1 1658:10 1664:14 1670:7 1719:8 1724:16 1724:24 1726:14 1728:15,17 1729:3 1747:13 1750:3 1751:21 1752:6 1754:18 1758:7,11 1766:21 1767:13 1771:4 1783:20 1808:8 1813:1 1817:16 1837:9,18 1843:9 1860:1 1861:22,23,24 1862:21 1868:6 1874:22 1878:6 1892:8 1897:16 1909:9 1915:16 1919:16 1924:25 1934:12 1940:3
**difficult** 1645:20 1645:23,25 1646:6,7 1654:20 1655:20 1657:19
**digital** 1661:8 1833:7 1839:4 1889:14 1938:17
**digitize** 1875:11
**direct** 1576:6 1607:12 1621:24 1709:16 1710:13 1714:25 1744:1 1792:14 1865:15 1932:9 1936:9 1941:11
**directed** 1648:19 1747:16 1780:11
**directing** 1757:8 1830:18
**direction** 1626:20 1945:12
**directly** 1618:4 1621:1 1637:24 1734:11 1748:22 1769:12 1867:22
**director** 1674:18
**disagree** 1651:11 1939:7
**disagreement** 1694:10
**disagreements** 1626:2
**disclose** 1679:5 1780:17
**disclosed** 1615:15 1679:1 1732:5 1780:18 1782:13 1813:20 1814:5 1890:13
**disclosing** 1781:22
**disclosure** 1780:23
**disclosures** 1781:8
**disconnect** 1914:22
**discovering** 1902:15
**discovery** 1717:23 1749:9 1772:1 1786:6 1797:16
**discrete** 1831:10 1831:15
**discuss** 1606:13 1681:16 1682:2 1717:8 1733:9 1742:9,16 1763:15 1846:22 1861:4 1872:25 1942:7 1942:14
**discussed** 1617:1 1730:17 1744:10 1751:20 1761:14 1801:17 1806:17 1808:13 1901:9 1930:12
**discusses** 1745:14 1764:23
**discussing** 1612:1 1715:12 1735:9 1800:2 1804:5 1821:11 1844:12 1888:21 1893:21 1898:16 1904:9 1922:11
**discussion** 1713:23 1714:22 1722:18 1726:5 1731:16 1733:6 1744:6 1751:17 1764:14 1769:20 1791:7 1804:16 1811:15 1825:21 1827:2 1841:14 1842:4 1844:9 1845:21 1858:17 1863:22 1891:19 1895:5 1897:6 1900:18 1901:10 1907:1 1922:8 1938:13
**discussions** 1761:7 1877:22
**disengaged** 1604:1 1613:9
**dislikes** 1623:3
**Disney** 1888:7 1890:5
**disparages** 1627:21
**disparaging** 1628:10,10
**dispense** 1770:11
**disproportionate** 1889:7
**dispute** 1676:17 1677:15 1783:16,19 1837:20 1934:14
**disputed** 1689:25 1778:7
**disregard** 1785:13
**disrupt** 1699:18
**disruption** 1683:1
**disseminated** 1790:5
**dissertations** 1714:6
**distinction** 1729:8
**DISTRICT** 1573:3
**diverted** 1902:20
**divisive** 1704:12 1705:8
**divulging** 1916:13
**DNA** 1882:19
**Doctor** 1714:21 1896:10 1928:20 1943:14
**doctor's** 1843:6
**doctoral** 1714:6
**document** 1581:24 1582:5 1582:7,12 1583:15 1584:3 1584:10,15,18 1584:19 1585:14,19,25 1586:2,16,20 1592:22 1593:7 1593:15 1597:10 1603:16 1606:25 1607:2 1608:13 1610:23 1611:15,20,24 1612:1,4,4,6,7 1612:9,12,17 1612:18,19,23 1613:15,23 1641:19 1653:24 1656:17 1673:6 1673:15,21 1706:3,7,13,17 1706:21,22 1717:25 1718:3 1733:6,17 1773:7 1775:4 1778:23 1781:4

1785:14 1791:9 1791:25 1798:20 1802:16 1805:9 1805:13 1813:24 1815:17 1821:6 1826:7,9 1828:4 1829:12 1841:8 1842:9 1843:6,9 1845:22 1861:7 1871:18 1881:1 1883:10 1885:4 1887:23 1888:2 1888:23 1889:3 1891:5,7 1892:8,12,16 1892:19 1894:11 1896:7 1896:22 1897:1 1897:7,19,22 1897:25 1898:2 1898:3,10,12 1898:17 1903:9 1905:6 1909:16 1921:6 1929:13 1932:9 1936:11 1938:14,15,24 1939:2
**document-spec...** 1784:19
**documented** 1838:14 1871:24 1872:22 1873:15 1917:7
**documents** 1584:7 1716:18 1717:6,13,17 1718:1,5 1732:4 1733:2 1733:3 1767:17 1772:2,8 1773:9,20 1774:7 1775:1 1775:3 1776:21 1776:22 1777:10,22 1778:4,5,25 1779:5 1784:7 1784:8,12 1790:23 1798:6 1798:15 1826:3 1834:23 1841:20 1860:1 1860:6,23 1863:24 1864:14 1875:7 1875:12,14 1876:4 1885:6 1896:1 1898:21 1901:18 1927:14 1929:5 1939:14
**dog** 1701:11
**doing** 1581:13 1587:8 1588:9 1592:14 1594:24 1596:1 1605:25 1609:6 1619:22 1628:13 1647:24 1673:6 1692:16,17 1700:3 1706:9 1710:16 1712:4 1712:12 1719:16 1721:24 1737:23 1740:17 1787:2 1802:25 1820:11 1823:14 1829:5 1829:6 1860:17 1867:1,9 1876:7 1893:22 1900:23 1921:11 1932:14 1937:14 1939:13
**dollars** 1624:24 1625:2 1663:14
**Donald** 1664:19 1665:1 1688:15 1703:13
**Doug** 1792:7
**download** 1730:19 1883:19 1918:23 1919:10 1922:24
**dozen** 1586:13
**dozens** 1778:18
**Dr** 1576:5 1610:11 1614:22 1615:14 1616:6 1682:10,22 1709:11,12,13 1716:3 1718:8 1718:12,15 1723:5,8 1735:4 1743:10 1743:11,20 1744:2,10 1746:8,16,23 1747:25 1748:9 1749:1,3,11 1751:22 1752:5 1753:18 1754:22 1760:19 1763:2 1765:16,21 1766:1,22 1767:12 1768:15 1769:15 1770:3 1770:7,10 1771:24 1772:23 1778:11 1779:5 1780:24 1781:8 1788:15 1795:12 1812:6 1827:24 1842:24 1843:20 1859:20 1863:18 1893:17 1901:8
**draft** 1594:17 1706:11 1806:5
**drafts** 1853:3
**dramatically** 1601:17 1820:5 1902:19
**draw** 1719:15
**draws** 1785:17
**drop** 1836:1
**drop-downs** 1726:19
**dropped** 1667:24 1668:1 1672:18 1675:24 1676:4 1676:8,11,18
**due** 1759:14 1808:12
**duly** 1945:7
**Dunn** 1580:20,24 1581:9 1582:8 1583:10,11 1584:20 1586:1 1587:1 1589:21 1589:22,25 1595:22 1604:11,12 1605:19,23 1653:21,25 1654:15,18 1655:15,18 1657:11 1659:15 1863:9 1892:10 1901:24
**Dunn's** 1590:9
**duties** 1650:11
**DX396** 1921:9 1923:10

## E

**E** 1573:24 1576:1 1945:3,23
**e-mail** 1660:3 1674:7 1675:2 1685:7,8,20 1686:2 1690:14 1690:21 1691:2 1691:7 1692:11 1692:12 1693:1 1781:17 1799:1 1799:21,23 1800:3 1802:4 1802:4 1836:4 1841:12 1843:22 1900:3 1902:1 1904:2 1904:3,23 1905:10 1907:5 1907:10
**e-mailed** 1690:18
**e-mails** 1717:6 1839:21 1861:3 1903:25 1904:4
**e.g** 1889:9,10
**earlier** 1603:17 1611:15 1675:23 1700:16 1760:2 1781:20 1836:3 1893:18 1905:13 1912:18 1916:8 1918:8
**earliest** 1713:9 1813:4
**early** 1782:18 1798:9 1870:4 1870:15,19 1882:18 1886:3 1914:24
**earnings** 1639:19
**easiest** 1852:18

**easily** 1598:9
**easy** 1625:7 1646:3 1876:3 1878:13
**eat** 1633:17
**ebruder@dicel...** 1574:15
**echo** 1915:3
**economic** 1674:13,18 1699:19
**economics** 1915:9
**economy** 1689:21
**edit** 1640:7
**edited** 1677:18 1790:20
**editorial** 1640:23
**editorializing** 1940:15 1941:3
**edu-** 1697:13
**education** 1711:11 1810:19
**effect** 1600:24 1751:14 1759:21 1774:24 1785:13 1796:21 1822:16 1907:24
**effective** 1642:7 1653:12 1659:12
**effectively** 1621:13 1746:19
**effects** 1704:24 1704:24
**efficiency** 1616:11
**efficient** 1615:19
**efficiently** 1621:13 1624:12
**effort** 1589:21 1769:25 1772:9 1846:8
**Egelman** 1576:5 1614:22 1615:14 1682:10,22 1709:11,12,13 1709:23 1716:3 1718:8,12,15 1723:5,8 1735:4 1743:11 1743:20 1744:2 1744:10 1746:8 1746:23 1747:25 1749:1 1749:3,11 1751:22 1752:5 1753:18 1754:22 1766:22 1767:12 1768:15 1769:15 1770:10 1771:24 1772:23 1779:5 1781:8 1788:15 1795:12 1812:6 1827:24 1842:24 1843:20 1859:20 1863:18 1893:17 1901:8
**Egelman's** 1616:6 1743:10 1746:16 1748:9 1760:19 1763:2 1765:16 1770:3 1770:7 1780:24
**eight** 1645:5 1714:6 1764:4
**either** 1582:13 1603:25 1613:6 1680:16 1683:2 1742:24 1744:3 1785:10 1836:18 1838:13 1847:10 1848:22 1858:21 1871:22 1909:17 1942:21
**elaborate** 1735:9
**election** 1664:16 1664:19,22 1665:1,10 1666:1,3,7,8 1678:24 1688:14
**electronic** 1779:2
**electronically** 1596:2
**elements** 1839:7 1839:8
**ELICIA** 1574:5
**elicia@mcginn...** 1574:7
**elicit** 1793:5
**Elliot** 1693:2,5,8 1696:7,13,15 1696:20,23
**Emma** 1574:13 1579:13
**employed** 1945:18
**employee** 1792:8 1793:2
**employees** 1627:6,19 1700:6 1703:22 1792:11,25 1804:16 1839:20
**en** 1931:7
**enable** 1623:11
**encompass** 1722:6 1868:6
**encourage** 1817:20
**encouraging** 1651:7
**Encyclopedia** 1692:1
**ended** 1625:4 1807:16 1860:16 1940:21 1944:6
**ends** 1707:13 1715:11 1724:12 1726:9 1735:3 1794:1 1795:11 1812:5 1823:16 1826:18 1827:15 1829:9 1843:12 1861:8 1864:6 1891:12 1893:12 1898:15 1901:3 1922:21 1939:19
**energy** 1626:7
**enforce** 1655:21
**enforcement** 1653:10 1659:10
**enforcement/ve...** 1907:7
**engagement** 1720:5,5
**engineer** 1649:3 1649:9,16
**engineering** 1711:15
**engineers** 1648:20 1906:22
**English** 1691:19
**enjoy** 1616:22 1626:16
**ensure** 1895:16
**entailed** 1859:25
**entered** 1691:19 1731:24 1734:1
**entering** 1647:13
**enterprises** 1720:18
**enters** 1616:18 1684:18 1787:4 1859:14
**entertain** 1684:9
**entertaining** 1931:4
**enticement** 1719:18
**entire** 1583:6 1600:25 1673:6 1680:17 1932:21 1935:21 1938:24
**entirely** 1651:21 1738:16 1765:20 1808:8 1897:17
**entities** 1658:11 1658:13 1731:25
**entity** 1652:7 1657:21 1658:18 1661:6
**enumerated** 1878:6
**enumerating** 1909:1
**equal** 1737:13
**equally** 1737:12
**eradicate** 1702:20,24 1703:3,8,12,17 1703:18
**Ernst** 1580:15,16 1581:6 1590:6
**erode** 1800:25 1801:11,14

**escalated** 1862:8
**especially** 1902:22
**ESQ** 1574:4,5,9 1574:12,13,19 1574:19,20 1575:3,4
**essentially** 1595:2 1764:19 1765:2 1861:23
**establish** 1715:6 1734:9,18
**estimate** 1834:13
**estimation** 1755:20
**et** 1585:7 1743:14
**evaluate** 1895:18
**evening** 1941:24
**event** 1727:9 1732:3 1753:1
**events** 1695:9 1735:22 1788:17
**eventual** 1662:5
**eventually** 1662:23 1696:1 1696:13 1736:8 1739:18 1796:11 1807:14 1816:3 1884:22
**everybody** 1581:15 1590:12 1605:22 1685:18,24 1687:8
**everybody's** 1580:5
**everyone's** 1830:11
**evidence** 1609:5 1612:19 1708:19,21,23 1708:25 1709:2 1709:4,6 1733:12,13 1734:15 1743:18 1764:24 1768:13 1769:13,16 1777:23 1791:3 1794:4,6,8 1798:5 1799:6 1799:17 1802:9 1802:15 1805:24 1806:4 1815:6,11 1817:4,9 1818:17,23 1820:24 1821:4 1824:8,14 1825:17 1826:7 1827:23 1830:10 1841:25 1843:19 1863:16 1864:10,12 1865:7,14 1868:24 1869:4 1880:19,24 1885:16,21 1888:20 1891:15 1893:16 1896:19,21 1900:14 1901:7 1904:13,18 1922:13 1939:12
**evidentiary** 1584:8
**evolved** 1713:8
**ex** 1573:4 1579:6
**exact** 1588:10 1796:10 1820:18 1829:19
**exactly** 1620:7 1641:3 1656:25 1677:18 1685:12 1692:23 1776:22 1799:25 1842:23 1935:6
**exaggeration** 1836:7
**examination** 1576:3,6 1615:22,24 1709:16 1744:1 1785:2 1832:12 1875:14
**examine** 1855:22
**examined** 1869:15 1921:2
**example** 1595:11 1621:16 1638:13 1648:3 1657:20 1686:20 1690:8 1730:17 1744:8 1756:1,18 1766:12 1772:17,24 1889:8 1923:12 1924:25
**examples** 1763:6 1804:10 1810:11,13 1868:11 1880:7
**exception** 1791:13
**excerpt** 1733:5 1765:24 1825:6 1914:11
**excerpted** 1826:9 1826:11
**excerpts** 1765:10 1765:11 1847:24 1848:4
**exchange** 1719:21 1777:2 1843:22 1868:1 1873:17
**excitable** 1811:25
**exclude** 1586:15 1586:16 1746:7 1746:22
**excluded** 1598:2 1599:15,21 1601:8,13 1603:21 1607:2 1607:9 1611:5 1702:14 1743:17 1746:5 1754:4
**exclusively** 1873:18
**excuse** 1583:19 1705:14,15 1726:3 1769:22 1799:8 1841:19 1907:23
**executive** 1799:2
**executives** 1895:6
**exempt** 1737:14 1801:20 1802:18 1803:23 1807:3 1807:7 1808:25 1809:4 1873:16
**exempting** 1926:24
**exemption** 1806:23 1808:18,23 1873:14
**exemptions** 1805:17 1806:22 1809:14 1929:9 1929:21
**exercise** 1900:24
**exert** 1628:17
**exerting** 1700:5
**exhibit** 1577:2 1593:3 1596:20 1606:20,22 1607:9,15,17 1608:9,10,11 1609:4,11,25 1611:20 1643:20 1653:20 1674:6 1675:18 1685:6 1687:3 1705:22 1707:17,18,19 1707:20,20,21 1707:21,22,22 1707:23,24,24 1707:25 1708:2 1708:11,18,20 1708:22,24 1709:1,3,5 1772:17,17,24 1778:21 1781:8 1784:7,9 1790:7,10 1791:3 1794:3 1794:5,7 1798:17 1799:5 1799:16 1801:23 1802:1 1802:9,13,14 1805:24 1806:1 1806:3 1812:24 1814:16 1815:5 1815:9,10 1816:9,15 1817:6,8 1818:3,17,21 1818:22 1820:16,24 1821:1,3 1824:8,13 1825:9,16 1827:20,22 1828:1,17 1830:3,9 1841:25 1843:14,16,18

1861:9 1864:9 1864:11,16,17 1865:7,7,10,13 1868:13,15,15 1868:24 1869:1 1869:3,6 1880:8,12,19 1880:21,23 1885:20 1887:19,21,25 1888:14,19 1890:23 1891:1 1891:14,14 1893:14,15 1897:10,15 1900:1,14 1901:5,6 1903:20,24 1904:13,15,17 1936:4
**exhibits** 1577:1 1578:1 1596:22 1614:21 1615:15 1616:7 1707:23 1708:16 1771:23 1772:23 1773:17 1774:2 1775:17 1778:18 1780:18,20,24 1780:25 1781:21 1786:8 1787:22,22,23 1788:1
**exist** 1890:21 1913:13 1915:4
**existed** 1590:21 1713:14 1864:20 1912:23,23 1914:3
**existence** 1912:4
**existing** 1705:7 1807:8
**exists** 1725:1 1843:4 1912:22
**exited** 1703:20
**exits** 1681:24 1743:3 1847:5 1943:13
**expect** 1733:9 1867:3 1944:1
**expectation** 1605:8
**expectations** 1710:19 1711:4
**expected** 1728:25 1785:19 1890:14
**expensive** 1901:25
**experience** 1619:9 1621:15 1700:21
**experiences** 1719:24 1803:11
**experiments** 1943:7
**expert** 1638:12 1714:12 1715:7 1718:8,13 1743:17 1746:5 1764:15,17 1911:18
**expert's** 1604:25
**expertise** 1700:18 1700:22 1715:15
**explain** 1623:5 1626:25 1648:14 1649:10,12,16 1673:25 1694:2 1695:19 1700:2 1715:1 1719:1 1724:9,21 1726:11 1728:24 1729:8 1735:18 1747:17 1749:22 1750:23 1766:22 1767:13 1783:21 1788:23 1793:10 1795:13 1798:22 1799:20 1806:16 1808:20 1840:12 1841:10 1843:21 1844:10 1883:14 1884:1 1885:24 1888:25 1897:20 1903:23 1910:6 1910:11
**explained** 1637:13 1704:7 1723:5,9 1766:1 1799:22 1813:10
**explaining** 1725:25 1748:1 1767:12 1905:5
**explains** 1807:18 1845:22
**explanation** 1728:11 1735:8 1749:19 1762:16 1776:4 1891:6
**explicitly** 1584:6 1839:13
**exploratory** 1620:21
**explore** 1711:6
**exposure** 1686:8
**extend** 1855:20
**extended** 1889:8
**extension** 1808:19 1809:1
**extensions** 1805:17 1807:6 1808:1 1809:14 1926:20
**extensive** 1764:7
**extensively** 1939:4
**extent** 1616:5 1647:13 1682:4 1774:1
**external** 1580:13 1580:17 1863:5 1902:21
**externally** 1803:19 1804:1
**extra** 1809:5
**extract** 1879:20 1888:9 1890:1 1890:21 1931:1
**extracting** 1740:14 1866:23
**extractive** 1888:3 1888:22 1889:1 1889:2,5,17
**extraneous** 1928:17
**extraordinary** 1626:6,6
**extrapolation** 1756:5
**extremely** 1767:21
**eyes** 1772:3 1773:8,10 1774:8 1775:9 1775:23 1776:7 1785:15 1787:24

**F**

**f/k/a** 1573:8 1574:17
**F8** 1737:24 1789:22,23 1790:1,12 1800:1 1894:19
**face** 1660:18 1753:1 1843:6 1892:7
**Facebook** 1573:8 1574:17 1579:8 1580:13 1581:1 1581:9 1582:4 1585:7,12 1586:5,8,13 1587:4,25 1588:7 1592:6 1593:10,21 1598:19 1600:12 1601:17 1605:24 1610:16 1617:10,11,19 1618:7 1619:18 1620:16 1621:7 1621:17,20 1622:7,9,20,22 1622:23,25 1623:6,17,20 1623:20 1624:3 1625:18,23 1626:9 1628:15 1628:20 1629:13,15 1630:15,20 1631:7,10,25 1632:1,12,13 1633:2,13,20 1633:24,24 1635:10 1637:17 1638:2 1638:4,4,6 1639:13 1640:25

1642:24 1645:5
1645:9,19
1646:10,16
1647:10 1651:9
1651:17
1652:17 1653:2
1657:12
1658:25 1659:5
1659:11,15,19
1661:1,15,17
1661:25 1662:6
1662:16,17,20
1663:10,18
1664:18,24
1665:8 1666:2
1666:4,23
1667:3,7,13,23
1668:3,25
1671:2,14
1672:6,9,13,14
1673:2,22
1674:10,12
1675:24 1676:3
1676:8,10,10
1677:7 1678:22
1679:17
1680:21 1688:3
1688:14,15,22
1690:14 1692:6
1694:18
1698:10,13
1699:10 1700:4
1703:14,20
1704:15 1705:2
1705:3,4
1710:3 1712:20
1712:23,25
1713:5,10,11
1714:17
1718:23,24
1719:4,6,11,12
1719:14,15,16
1719:20,20,22
1719:25 1720:4
1720:4,16,20
1720:23 1721:6
1721:9,12,14
1721:15,18,18
1721:21,23
1722:20,24
1723:8,10,11
1723:15,17,20
1723:22,22,24
1724:4,18,18
1724:19,25
1725:6,9,11,11
1725:13,21
1726:17,18,23
1727:1,8,14,14
1728:1,5,6,20
1728:20,23
1729:2,10,12
1729:16,17,19
1729:23
1730:14,18,21
1731:6,7
1733:1 1734:1
1735:20 1736:5
1736:9,20,21
1736:23
1737:23
1738:19
1739:10,24
1740:14 1741:2
1741:8 1745:9
1745:16,20,21
1746:6,6
1747:4 1748:3
1748:17 1749:6
1749:8 1750:1
1752:2,7
1753:22,22
1754:8,10
1756:6,8,23
1757:2,17,23
1758:10,13,24
1759:2,7,21
1761:23
1766:19
1767:10
1768:24
1769:24
1770:15
1773:12 1774:1
1777:6 1778:8
1778:12,13,16
1789:19
1791:11 1792:8
1792:10,25
1793:2,18
1794:22
1796:24
1797:15 1802:6
1802:18
1806:17
1807:12 1809:3
1809:13 1810:1
1810:2,16
1812:15,18
1813:11,19
1815:23
1816:20,21
1817:11,19
1821:17
1828:12 1829:7
1829:18,22
1831:2,16
1832:18,23
1833:1,2
1834:3,22
1839:3,20
1861:21 1863:2
1863:5 1864:23
1866:13,24
1867:10,24
1868:4,21
1869:22 1870:4
1870:10,16
1871:2,17,21
1872:7,10,16
1873:2,8,13,19
1874:2,11
1876:17,22,22
1877:2,21
1884:19 1886:1
1886:3,4
1887:12 1888:5
1888:9 1889:1
1889:22,23
1890:8,15,16
1891:25
1892:13,19,21
1895:6 1896:16
1898:25 1900:5
1901:18
1903:16 1905:7
1907:24 1908:7
1908:11,11
1909:16,22
1910:13,17,17
1910:18,24
1911:3,5,8,10
1911:15,19,23
1912:3,13,21
1913:7,12,18
1916:21 1917:5
1924:7 1925:8
1926:9,10
1927:14,15,20
1928:11,24
1929:6,7
1930:10
1931:14,15
1936:25 1937:4
**Facebook's**
1580:11 1584:4
1585:4,19
1586:4 1587:2
1593:15
1610:23
1620:24
1703:11 1714:1
1714:7 1717:13
1721:17
1722:23
1733:24 1740:5
1740:15 1745:1
1745:14,17,22
1747:20 1756:3
1756:18
1757:12
1760:15
1767:18 1769:7
1789:15 1792:8
1792:23
1797:22
1804:16 1808:9
1814:4,7
1820:22 1832:4
1839:1 1859:22
1864:19 1866:6
1866:10 1867:8
1871:6 1872:20
1873:12,16,18
1875:25
1878:19
1881:21 1883:8
1889:20 1891:6
1898:20
1914:19 1916:5
1917:7
**Facebook-prod...**
1756:20
1757:25
**Facebook.com**
1925:16
**fact** 1590:12
1593:10
1596:21 1598:8
1599:18
1600:15 1601:6
1618:2 1639:3
1641:9 1656:3
1673:8,16
1679:17 1687:6
1690:14 1691:9
1691:18 1692:2
1692:2 1700:2
1700:11,18
1701:2,9,12,14
1701:15,15,18
1701:21,24
1703:15,25
1704:3,8
1730:6 1742:17

1742:20 1750:24 1751:14 1753:13 1758:24 1772:11 1776:15 1778:7 1788:5 1793:7 1810:22 1836:14 1868:22 1876:13 1878:24,25 1884:12 1910:25 1912:1 1915:10 1917:1 1917:1 1928:23 1929:17 1934:17 1942:15,17 1943:4
**fact-checked** 1702:5
**fact-checking** 1699:17 1700:16,18,21 1703:21
**factor** 1888:6
**factors** 1629:25 1630:1 1632:11
**facts** 1660:24 1689:25 1690:4 1690:16 1930:6
**factual** 1605:8 1768:17
**factually** 1706:23
**failed** 1752:20 1875:22
**fair** 1615:16 1668:6 1670:25 1786:4 1919:23 1920:10 1921:25 1924:1 1924:11,21 1925:11 1930:8 1934:8,9 1936:19
**fairly** 1768:17
**fairness** 1765:12 1790:16
**faith** 1696:15 1769:25
**fake** 1691:9,11,24
**fall** 1644:16 1759:17
**false** 1585:15,21 1586:9 1593:10 1606:9 1690:9 1690:12,16 1695:12,13 1697:2,5,7,8 1699:14,16,18 1700:9 1701:19 1702:24 1703:3 1752:3,15,16 1752:18,20,22 1753:7,16 1754:11,24 1757:10 1759:3 1759:11,19,19 1760:10,12,25 1829:15,22
**familiar** 1704:9 1737:19 1885:4 1936:10
**familiarized** 1923:4 1936:8
**far** 1582:11 1583:12 1654:18 1655:18 1729:7 1754:6 1806:9 1897:2 1905:6 1914:14
**farm** 1581:5 1590:4 1648:9 1648:9
**farmed** 1590:7
**farms** 1648:10
**FarmVille** 1648:7 1729:19 1730:17,19,22 1736:23 1869:24 1872:9 1872:16 1930:19
**fast** 1618:21 1619:2 1740:22 1901:25
**faulted** 1929:23
**favorable** 1598:19
**favorably** 1600:11
**FB's** 1895:13
**Fe** 1573:2,20,24 1574:10 1579:1 1579:8
**fearmongering** 1705:9
**features** 1800:23 1801:9 1807:22
**February** 1581:4 1581:11,13 1583:8 1584:22 1592:7 1593:8 1805:15 1806:6 1806:13
**Feed** 1623:10
**feeds** 1890:4
**feel** 1717:19 1718:4 1755:21 1804:17,23 1920:23
**feeling** 1718:19
**feels** 1644:17
**fellow** 1742:16 1942:14
**felt** 1626:10
**fewer** 1738:18 1844:4
**field** 1652:4 1712:24 1789:15 1916:4 1917:7
**fields** 1657:17
**figure** 1637:5 1731:6 1747:22
**figured** 1662:5 1683:8 1774:12
**figures** 1702:17
**figuring** 1626:23 1737:4 1820:2
**file** 1870:11
**filed** 1580:5
**files** 1584:4 1610:23 1838:7 1859:22,22 1860:12 1863:17
**fill** 1721:1
**filled** 1792:5
**filter** 1634:22
**final** 1618:6,18 1681:20 1706:11,13 1742:13 1744:21 1745:8 1745:24 1847:1 1858:12,25 1942:11
**finally** 1708:11 1737:4 1739:24 1789:14 1812:12 1841:1 1917:6
**financial** 1638:10
**find** 1582:25 1589:18 1590:7 1591:15 1596:5 1597:1,5 1602:12 1607:15 1633:19 1678:1 1678:10 1705:22 1713:5 1713:22 1721:22 1733:16 1740:16 1751:18 1755:12 1761:20 1769:25 1813:24 1817:21 1822:20 1828:13 1829:3 1829:6 1831:25 1835:8 1874:1 1881:24 1886:20,25 1896:15,18 1925:17
**finding** 1581:4 1582:22 1583:11 1597:2 1745:9 1840:16 1840:19 1887:13 1929:7
**findings** 1656:15 1657:11 1745:8 1877:10 1881:21,22 1885:23 1902:16 1914:25
**fine** 1683:1 1726:11 1782:3 1787:17 1827:11 1854:22 1941:15
**finish** 1681:9,9 1681:13
**finished** 1625:10 1788:14
**fired** 1703:14,23
**firehose** 1879:19
**firm** 1653:21 1654:5
**firmly** 1712:3
**firms** 1863:6,11 1863:12 1901:24

1902:21
**first** 1573:3 1579:11 1590:25 1602:16 1609:18 1645:11 1654:19 1655:19 1663:18,24 1664:1 1669:15 1676:1,12 1677:4,5,23 1683:21 1691:12 1693:6 1693:11,13,13 1693:20 1695:21 1702:22,23 1713:10 1718:22 1733:11 1746:15 1763:7 1765:19 1766:14 1769:6 1779:24 1783:10 1789:3 1789:19,21 1791:20 1799:22 1803:5 1814:25 1815:1 1821:22 1831:18 1832:18 1835:7 1840:21 1844:22 1851:19 1855:21,22 1857:12 1863:8 1866:19 1867:17 1869:11 1874:23,24 1881:2,5,10 1882:4,5 1891:11,21 1905:11 1907:1 1922:9 1927:21 1929:12 1933:7
**fits** 1710:4
**five** 1660:14,14 1675:20 1744:14,25 1745:12 1764:3 1847:14
**fixed** 1655:4
**flag** 1614:18 1702:3 1735:5
**flagged** 1836:12 1836:16 1882:6
**flip** 1678:7 1887:6
**fluctuating** 1899:19
**focus** 1609:6,21 1609:22 1610:16 1626:7 1627:1 1637:4 1637:9,16 1639:24 1766:9 1859:21 1869:19 1876:8
**focused** 1624:8 1639:24 1666:1 1760:18 1834:25 1835:20 1839:14 1878:9 1918:25 1932:24
**focuses** 1885:14 1887:1
**folks** 1581:1 1672:22 1840:5 1859:4 1892:12
**follow** 1728:21 1770:23 1771:2 1785:19 1866:5 1906:14
**following** 1601:9 1768:22 1796:12 1906:1
**follows** 1794:17 1828:20
**food** 1633:16
**force** 1740:18 1774:24 1906:23
**forces** 1704:20
**foregoing** 1945:5 1945:13
**foreign** 1587:16 1591:25 1594:23 1595:11 1605:16 1698:7
**forensic** 1711:5 1816:1 1820:9 1822:4,23
**form** 1621:8 1641:3 1653:18 1721:1 1856:23 1934:7
**formal** 1583:23
**format** 1638:11 1861:6
**Former** 1617:11
**formerly** 1579:7
**forms** 1750:4
**forth** 1777:18 1812:23
**forward** 1689:23 1813:10 1819:9 1884:13 1887:6 1906:5
**forwarded** 1693:1
**found** 1581:11 1588:16,20,23 1591:4 1592:8 1592:10 1598:8 1602:10,13 1656:17,20 1659:15,18 1680:23 1710:4 1747:24 1748:9 1748:10 1803:3 1804:23 1832:23 1838:8 1860:3 1862:5 1868:12 1869:9 1871:25 1874:11 1877:10 1881:3 1882:6 1887:4 1895:12 1897:20 1898:4 1907:25 1908:8 1912:13 1929:16 1937:2
**foundation** 1581:25 1584:7 1584:8,12 1610:8,15,17 1610:24 1611:1 1611:3,5 1842:11,17 1892:2,25 1922:19
**foundational** 1584:25
**founded** 1617:22
**founder** 1870:15 1873:23
**four** 1617:21 1636:3,3,16 1645:6 1670:16 1698:22,23 1744:14,25 1745:11 1756:2 1763:14 1764:3 1852:4
**fourth** 1851:25
**frame** 1796:10 1904:22 1918:16 1922:3 1922:11,24
**framework** 1685:20 1687:1 1842:20 1844:5 1844:17 1845:18
**FRANCIS** 1573:12 1579:5 1579:15,22 1583:5,14,21 1586:25 1588:2 1589:20 1590:18 1591:21 1592:17 1593:25 1594:5 1594:7,13 1595:23 1596:7 1596:10,13,17 1596:23 1597:9 1597:13 1598:5 1599:1 1600:1 1600:5,21 1601:19 1602:1 1602:6,11,24 1603:4,22 1604:16 1605:7 1606:10 1607:11,14,20 1608:1,7,19,23 1609:3,14,24 1610:7,12,18 1611:6,9,22 1612:25 1613:18 1614:1 1614:7,14 1615:1,8,23 1616:2,12,19 1618:12 1654:22 1681:11,15,25 1682:17,23 1683:7,11,16 1684:1,10,15 1684:19,24 1708:1,4,7,10 1708:13,16 1709:9,12 1714:20 1715:3

1715:8,25
1718:12
1722:17 1724:8
1726:3,6
1727:3 1731:15
1733:20
1734:16,21,23
1742:1,5
1743:5,25
1744:7,16,20
1745:3 1746:9
1746:11
1748:25
1749:18
1750:12,20
1751:6 1752:17
1753:2 1754:12
1754:25 1755:5
1755:23 1756:9
1757:11,19
1758:1,15
1759:24 1761:2
1761:4 1762:13
1762:19,22
1763:10,17,21
1764:6 1765:18
1766:7,11
1767:25 1768:5
1770:9 1771:6
1771:9,14
1772:14,20,25
1773:2,5
1774:10,14,20
1775:7,12,21
1775:25 1776:8
1776:11,24
1779:16,19,24
1780:3,6,9,14
1781:5,12
1782:1,15,23
1783:5,11,15
1783:22,25
1785:6,8
1786:4,12,16
1786:19 1787:1
1787:5,16,19
1791:6 1792:20
1793:17,22
1794:5 1799:12
1802:10,12
1806:1 1811:14
1811:23 1812:1
1815:8 1817:6
1818:20 1821:1
1824:11
1825:20
1826:15 1827:1
1827:11,20
1830:7 1842:3
1842:5 1843:11
1843:16
1846:15,18
1847:6,13,16
1848:7,14,18
1849:2,8,13,19
1849:24 1850:3
1850:7,11,17
1850:22,25
1851:3,11,14
1851:19,23
1852:12,20
1853:20 1854:4
1854:11,14,17
1855:3,14,25
1856:3 1857:3
1857:7,25
1858:8,11,16
1859:1,3,10,15
1863:21 1864:2
1864:7 1865:10
1869:1 1880:21
1885:18
1888:17
1891:18 1892:4
1892:18 1893:4
1893:7,13
1897:5,23
1898:6,11
1900:17,25
1901:4 1904:15
1917:13,20
1922:7,17
1928:20
1938:12,17
1939:11,15
1941:23 1942:1
1942:3 1943:14
1943:18,22
1944:4
**frankly** 1679:25
**FRANSE** 1575:4
**free** 1843:4
**freedom** 1705:13
1705:18
**French** 1695:19
**frequently**
1836:14
**Friday** 1580:1
1582:1 1778:10
1848:19 1859:8
**Friedberg**
1863:10
1901:24
**friend** 1729:7
1731:4 1789:20
1795:3 1799:3
1800:6 1802:19
1804:20,21,23
1808:10 1865:1
1872:3 1883:18
1884:7,10
1899:2 1905:15
1906:4 1907:12
1907:17,19
1924:4,22
1925:5,20
**friend's** 1922:4
**friends** 1620:1
1623:9,18
1632:23
1634:18
1661:20
1663:20
1726:20,25
1729:12,13,19
1729:25 1730:4
1730:7,20,21
1730:25 1731:2
1736:24,25
1738:11 1739:3
1794:19,25
1795:2,18
1805:4 1823:10
1823:11
1833:10
1869:25 1870:2
1872:15 1877:4
1890:6 1908:21
1913:2 1918:18
1919:1,5,11,14
1920:4,14
1922:25 1923:3
1923:14,17,18
1923:23 1924:6
1925:8 1930:17
1930:18
1931:10,16
**friends'** 1661:23
1737:10,16
1738:8,11
1741:1,9
1789:5 1796:8
1796:16,25
1800:5,11,16
1803:8 1807:4
1809:6 1810:18
1812:19
1823:23
1829:23,23
1872:2 1874:8
1878:17 1879:3
1879:9,14,25
1883:4 1904:8
1905:25
1916:22 1919:9
1923:14,25
1924:14
1925:23 1926:2
1926:16
**front** 1602:14
1658:3 1706:3
1710:6 1737:7
1784:15
1807:20,25
1870:12 1936:7
1938:15,16
**FTC** 1731:20,21
1731:25 1732:9
1732:24 1733:7
1733:18 1735:6
1736:8,15
1825:23 1826:6
1827:5 1863:25
1864:1 1891:21
1900:22
1902:23
**FTI** 1580:15
1581:6 1590:5
1863:10
1901:24
**fulfill** 1937:14
**full** 1590:12
1591:13
1592:14
1596:14 1628:9
1671:15
1740:11
1796:13
1805:15 1816:1
1820:3,8
1821:24 1822:4
1822:22
1828:22 1829:4
1829:24
1830:14,17
1831:22
1837:17 1861:7
1884:25
1945:14
**fully** 1877:18
**fun** 1720:3
1735:13
**function** 1872:7
1880:4 1883:7
**functionalities**

1729:3
**functionality** 1727:7 1926:4
**functions** 1728:24 1729:1
**fundamental** 1592:22
**funny** 1807:17 1811:1
**further** 1581:6 1582:10 1684:11 1706:14 1708:14 1718:10 1727:19 1739:9 1818:18 1830:5 1837:12 1845:4 1845:10 1862:9 1877:7 1907:10 1917:11 1945:17
**Fusz** 1900:8
**future** 1626:3 1672:1

G

**Galisteo** 1574:9
**game** 1730:23 1811:6 1870:19 1919:14 1930:16
**games** 1721:5 1868:21 1869:24,25 1930:22,22,25 1931:3,5,7,9,12
**gaming** 1648:7
**gamut** 1720:17
**gears** 1907:22
**Gene** 1660:17 1674:8,9
**general** 1573:5 1715:2,14 1735:19 1902:21
**generally** 1713:20 1716:15 1720:13 1734:5 1750:4 1840:12 1841:10 1898:9 1898:18,20 1900:6 1901:9 1904:1
**generated** 1716:23 1717:4 1860:15 1868:19 1869:16
**generation** 1632:9
**gentlemen** 1616:21 1681:16 1742:6 1787:7,20 1846:20 1893:14 1901:5 1942:4
**genuinely** 1892:2
**get-go** 1834:25
**getting** 1600:13 1632:11 1656:7 1661:23 1666:14 1671:1 1723:22 1727:3 1734:7 1741:6 1753:22 1790:13 1795:17 1810:2 1856:9 1861:15 1861:16 1873:20 1900:23 1924:7 1924:18,19,20 1925:7,10 1929:21 1930:7 1940:20
**Gibson** 1580:19 1580:24 1581:9 1582:8 1583:10 1583:11 1584:20 1586:1 1587:1 1589:21 1589:22,25 1590:9 1595:22 1604:11,11 1605:19,23 1653:21,25 1654:15,18 1655:15,18 1657:11 1659:15 1863:9 1892:9,10 1901:23
**gigabytes** 1717:1
**gin** 1597:25
**gist** 1812:17
**give** 1582:8 1597:10 1602:8 1607:20,22,23 1614:15 1621:17 1622:5 1622:6 1625:9 1629:19,20 1639:18,22 1648:2,3 1649:19,22 1668:23 1682:21 1684:4 1705:22 1710:25 1728:11 1732:19 1735:7 1763:6,11 1785:10 1786:5 1786:12 1800:8 1809:5,24 1810:10 1834:18 1847:13 1882:3 1910:20 1915:10 1919:22 1923:1
**given** 1587:22 1603:14 1612:20 1615:1 1615:5 1621:1 1621:3 1622:11 1639:4,5 1686:25 1716:22 1758:10 1775:17 1806:13 1843:9 1846:7 1853:3 1870:6 1929:10 1937:4
**gives** 1622:16 1627:22 1738:5 1768:22 1773:15 1835:13
**giving** 1621:21 1628:8 1661:5 1741:24 1795:9 1823:6 1930:5
**glance** 1614:16
**glass** 1689:18
**glitch** 1655:3
**global** 1619:11 1619:14,16
**go** 1582:20 1598:21 1600:7 1600:16,17 1605:20 1609:11 1611:10 1615:6 1617:2 1635:18 1641:6 1645:4 1651:2,13 1656:18 1657:25 1660:23 1677:22 1678:15 1684:6 1686:4 1688:4 1698:25 1713:17 1720:25 1721:20 1724:13 1725:3 1725:16 1727:6 1727:23 1729:11 1730:3 1735:14 1741:23 1744:13,24 1745:7,11 1755:6 1757:3 1757:12 1763:14 1766:16 1771:1 1774:11 1775:20 1779:9 1782:4,8 1786:8 1788:24 1794:15 1797:4 1799:10,18 1801:23 1803:15,17 1804:6,12 1805:9 1810:8 1811:17,19 1816:12 1818:1 1821:5,22,24 1822:3 1823:3 1826:16 1827:25 1829:11 1832:6 1832:13 1834:16 1845:8 1854:11 1867:11 1871:7 1873:6 1874:17 1882:11 1883:2 1888:10,13 1890:3 1893:6 1894:7 1899:14 1902:25 1906:15 1907:8 1907:20 1909:6 1915:14 1919:9 1921:9,16,16 1922:5,18 1923:17

1938:22
**goal** 1646:20 1877:15,16 1878:8
**goes** 1581:24 1582:12 1598:7 1598:18,21,22 1598:23 1599:10 1602:5 1602:5 1603:23 1603:25 1713:9 1715:24 1720:21 1734:11 1739:9 1748:22 1756:21 1760:1 1760:6,7 1786:11 1826:7 1884:14,15 1886:18
**going** 1580:17 1582:2 1587:4 1587:7,19 1588:13,19 1589:7,8,9,10 1589:12 1591:13 1593:5 1593:6,13 1594:19 1595:19 1597:9 1604:6,12,19 1604:20,21,22 1604:25 1605:1 1605:3,17,18 1605:22 1606:3 1606:11 1608:16 1609:12 1610:5 1613:11,20,21 1615:2,21,24 1616:13,13 1622:4 1656:23 1664:1,4 1668:24 1669:4 1669:12,19 1670:4,12 1671:3 1672:2 1672:3 1677:25 1678:1,9,10,11 1679:15 1682:21 1683:11 1685:17,21,22 1687:18 1688:10 1689:23 1693:13 1698:14,15 1700:20,23 1709:7 1710:22 1711:7 1713:6 1713:16,17 1716:19 1717:15 1719:3 1721:3 1722:10 1724:13 1726:25 1730:2 1731:1 1732:12 1732:24 1734:12 1735:14 1736:16 1737:6 1740:2,11 1741:14,23 1742:6 1747:21 1748:17,23 1749:1,4 1751:22 1754:14,22 1759:4 1760:15 1760:23 1761:19,20 1767:4,12 1768:3,3,13 1769:15 1770:1 1770:12 1771:1 1771:5,6 1774:11 1778:3 1778:22 1782:8 1785:9 1786:8 1786:16 1788:24 1792:14 1794:24 1795:5 1795:6 1796:1 1796:15 1798:11 1803:7 1803:23 1805:20 1807:5 1807:16 1811:20 1813:13,15 1814:13 1815:24,25 1816:7,17 1819:9 1820:2 1820:8 1822:3 1822:6,19,22 1828:14 1829:1 1829:3 1830:14 1831:19 1832:12 1835:12,24 1838:11 1839:18 1840:20 1843:25 1845:3 1845:6 1846:9 1846:10,16 1847:23 1855:5 1855:8 1856:12 1856:22 1857:21,22,24 1858:1,7 1859:7 1867:1 1870:25 1879:10 1883:17 1884:3 1884:7,10 1891:24 1892:1 1893:5,8,8 1897:15,19 1898:1,2 1904:8 1905:25 1906:5,5,14,19 1910:7 1918:25 1920:5 1921:4 1925:15 1928:15 1931:14 1935:7 1938:25 1941:24 1942:4
**good** 1579:17 1598:24 1605:21 1616:21 1617:16,17 1619:22,25 1626:22,22 1638:16 1639:11 1692:17,18,24 1692:24 1696:15 1700:15,24 1709:18 1718:3 1743:8 1757:6 1769:25 1770:22 1794:22 1819:24 1832:8 1842:20 1846:14 1853:1 1869:18 1874:12 1912:11 1918:3 1918:4 1941:25
**Google** 1619:10 1619:12 1620:13 1627:18 1716:8
**gotten** 1581:15 1610:8 1819:15 1821:23 1822:9
**govern** 1725:19
**governed** 1864:21
**government** 1662:23 1665:24 1734:1 1886:19
**government's** 1663:4,6 1665:25
**graffiti** 1618:24 1618:25
**graffiti'd** 1618:20
**grant** 1803:16 1804:8 1807:6 1809:13
**granted** 1717:24 1789:6 1929:8 1929:25
**granting** 1601:21 1741:9 1805:17 1806:25
**graph** 1809:22 1874:7 1887:3 1926:5,8,10,13 1926:17,21 1927:2 1929:2
**gravity** 1679:5,9
**gray** 1883:22
**great** 1641:14 1650:9 1736:17 1741:22 1802:22 1804:19 1819:8 1849:22 1852:6 1852:14 1854:13 1915:21 1923:12 1931:18
**greatly** 1642:7,14 1642:19
**Greene** 1573:24 1945:3,23
**gross** 1762:11
**ground** 1916:17
**grounds** 1584:7 1733:13
**group** 1580:18 1609:6,23 1610:16 1637:9

1681:3 1685:3
**groups** 1580:21 1609:21 1636:3 1636:5,9,12,14 1636:16,17,19 1636:22 1637:4 1637:16 1640:19 1669:3 1698:22 1699:9 1913:3
**grow** 1646:20
**growing** 1620:2
**grows** 1645:24
**growth** 1719:22
**guaranteeing** 1906:18
**Guardian** 1667:13 1813:8 1813:18
**guess** 1629:13 1647:16 1685:7 1714:16 1718:18 1736:18 1738:23 1739:12 1757:16 1774:16 1783:22 1806:12 1808:17 1816:19 1839:10 1860:5 1869:19 1883:23 1885:10 1888:1
**guise** 1746:21
**Guitar** 1810:15 1811:6
**guy** 1661:2 1847:11
**guys** 1782:2

**H**

**hacks** 1882:8
**half** 1599:11 1646:9 1768:10 1843:25 1903:14
**hand** 1641:11 1660:2 1675:17 1686:24 1690:19 1910:2
**handed** 1587:14 1614:12 1656:17 1673:8
**handing** 1782:12
**handle** 1579:19
**handled** 1902:24
**handling** 1787:8
**hands** 1836:25
**happen** 1663:1 1697:20 1698:1 1742:19 1815:19 1836:14 1862:6 1919:12 1927:9 1942:16 1943:3
**happened** 1580:6 1580:23 1583:9 1645:15 1662:18 1663:3 1666:20 1669:17 1690:10 1697:10,15,20 1697:21 1702:18 1736:12 1738:15,23 1739:8,20 1750:5 1805:4 1823:11 1879:22 1901:22
**happening** 1586:3 1647:17 1719:9 1725:10 1795:22 1799:21 1843:21 1868:8 1911:4 1912:8 1915:15
**happens** 1721:25 1722:24 1725:7 1729:22 1742:16 1827:12 1896:6 1921:21 1942:14
**happy** 1755:22 1762:6 1783:21 1783:23 1785:23 1846:16 1902:12
**hard** 1666:21 1676:24 1679:22 1689:22 1699:15 1733:16 1736:7 1756:13 1861:15 1902:8 1915:5
**harm** 1686:14,17 1686:21 1704:13,24 1732:14,17 1734:11 1751:11,15,19 1895:19
**harmed** 1754:21 1759:6
**harmful** 1704:19
**harvest** 1739:2 1870:18
**hate** 1694:23,24 1694:25 1695:10,14,15 1695:24 1696:4 1696:11 1697:4 1697:21 1704:11,14,16 1704:17,18 1705:1,4,7,16 1705:19 1797:7 1847:8
**headed** 1683:5
**header** 1724:2
**hear** 1609:1 1676:25 1726:25 1729:4 1736:5 1742:19 1783:23 1839:19 1915:20 1918:21 1925:24 1942:16 1943:3
**heard** 1712:10 1714:19 1716:20 1728:8 1729:6 1731:13 1738:24 1747:24 1769:8 1769:23 1779:19,25 1782:24 1794:18 1795:21 1797:6 1825:18 1827:10 1833:7 1835:16 1842:1 1859:24 1891:16 1897:4 1901:16 1942:24
**hearing** 1583:25 1752:12 1825:1
**hearings** 1812:23
**hears** 1764:17
**hearsay** 1585:1 1764:22 1791:9 1791:10,13,19 1793:20
**heart** 1767:9
**heat** 1731:7
**heavy** 1637:16
**heavyweight** 1883:5
**Heidi** 1574:19 1579:18
**held** 1683:15 1713:23 1714:22 1722:18 1726:5 1731:16 1743:4 1744:6 1777:5 1791:7 1811:15 1825:21 1827:2 1842:4 1847:15 1863:22 1881:7 1891:19 1897:6 1900:18 1922:8 1938:13
**help** 1597:17 1621:11 1634:15 1638:15 1669:10 1699:1 1699:2 1865:24 1941:21
**helped** 1653:25 1664:25 1674:21,25 1699:10
**helpful** 1695:20 1770:6 1901:21 1905:10
**helps** 1723:12
**Hendrix** 1895:13 1895:22 1905:12,13
**hereof** 1945:19
**hereto** 1945:18
**Hero** 1810:15 1811:6
**hey** 1812:18
**hhubbard@wc...** 1574:22
**high** 1648:23 1649:5,8 1692:6 1730:20 1881:6
**high-level**

1788:16 1834:18
**high-risk** 1835:9
**high-value** 1927:3
**higher** 1900:8 1909:12
**highest** 1639:23
**highlighted** 1643:21 1672:22 1673:4 1793:15 1883:21 1898:22
**highlighting** 1883:22 1890:11
**highlights** 1882:3
**highly** 1586:22 1586:22 1597:21 1599:24 1710:20 1731:23 1739:6 1772:3 1773:8 1773:10,21,21 1774:8 1775:10 1775:22 1777:17 1785:15 1838:15 1930:3
**hire** 1580:13 1631:19 1700:2
**hired** 1580:19 1592:7 1604:11 1617:18,24 1619:5,6,18 1620:7,19 1638:20,23,25 1835:17 1863:6 1863:10,13 1901:24
**historical** 1695:2 1695:8,10,18 1696:11
**history** 1810:20 1810:20 1870:8 1870:9
**hit** 1601:1,1 1645:9,13 1923:24
**hitting** 1701:16
**hoax** 1695:3,18 1696:12,24
**hoaxes** 1695:10 1697:2
**hold** 1597:1 1857:1,4,5
**holdings** 1600:14
**Holocaust** 1690:8 1690:10,17 1691:10 1693:18 1694:6 1694:7,11,17 1694:20,23,23 1694:24 1695:1 1695:4,15,17 1695:23,24 1696:1,4,8,10 1696:20,23 1698:1
**HON** 1573:12
**honestly** 1773:22
**Honor** 1579:12 1579:17 1583:24,25 1585:3 1586:15 1592:19 1594:3 1597:14 1599:4 1600:4 1603:1 1606:18,21 1607:23 1608:5 1608:15,25 1610:21 1611:13 1614:3 1615:5,13 1616:4,16 1617:8 1654:21 1682:3,20,24 1683:3,10,14 1684:3,4,8,22 1708:12,15 1714:19 1715:6 1715:10,23 1716:1 1718:7 1718:11 1722:14,19 1723:14 1724:2 1726:2 1731:14 1731:17 1732:11,12 1733:11 1734:22 1735:2 1742:4 1743:8 1744:3 1746:2 1746:14 1747:8 1748:6 1749:3 1749:21 1751:5 1751:8,16 1752:22 1753:9 1754:18 1755:9 1759:10 1760:6 1760:9,14 1761:3 1762:18 1763:16 1765:20 1768:2 1770:13 1771:8 1771:18,19 1772:18 1773:1 1773:4 1774:13 1774:22 1775:11,15 1776:10,12 1777:20 1778:7 1778:17 1779:22 1780:2 1780:5,8,10 1781:16 1782:10,12 1783:8,14,19 1784:5 1785:22 1786:15,21 1787:15,17 1788:12 1791:2 1791:5,8 1793:24 1794:2 1799:5,7,15 1802:8,11 1805:23,25 1812:4 1815:4 1815:7 1817:3 1817:5 1818:16 1818:19 1820:23,25 1824:7,10 1825:16,19,25 1826:17,24 1827:16 1830:2 1830:6 1841:24 1842:2,10,19 1843:9,13,15 1846:13 1851:9 1855:15 1858:13 1859:19 1863:15,19 1864:5 1865:6 1865:8 1868:23 1868:25 1880:18,20 1885:15,17 1888:16 1891:13,17,20 1892:7,17 1893:10 1897:3 1897:8 1898:14 1900:13,19 1901:2 1904:12 1904:14 1917:11,15,19 1922:6 1928:15 1928:22 1938:11 1939:16 1941:20 1943:17 1944:3
**Honor's** 1771:12 1776:16
**hooking** 1594:20
**hope** 1616:22 1734:5 1738:14 1783:8
**hopefully** 1770:5
**hopes** 1762:24
**hoping** 1732:7
**horrible** 1695:3 1748:18
**hospital** 1633:7
**hour** 1768:10 1781:23 1918:6
**hours** 1781:9 1933:25
**HPM** 1673:24,25
**Hubbard** 1574:19 1576:6 1579:17,18 1615:11,13,25 1683:9,14 1708:13,14 1714:19,23 1715:10,23 1716:2 1718:10 1722:14,19 1724:2,6,11 1726:2 1731:13 1731:17 1733:11 1734:14 1787:16,17 1791:4,8,25 1792:10 1793:5 1793:13,19,25 1799:7 1802:10 1802:11 1805:25 1811:16 1812:4 1815:7 1817:5 1818:18 1820:25 1824:10 1825:18,22 1826:14,19,22 1826:24 1827:3 1827:9,13,18 1830:5 1842:1

1842:10 1843:8 1843:15 1863:19,23 1865:8 1868:25 1880:20 1885:17 1888:15 1891:16,20 1892:6,17,21 1893:11 1897:3 1897:7 1898:5 1900:15,19 1904:14 1917:14,15,22 1918:2 1922:12 1922:20,22 1925:5,6 1928:15,22,23 1938:18 1939:3 1939:10,18,20 1941:20,25 1942:2 1943:17 1944:2
**huge** 1677:6 1733:14 1879:14 1884:8 1884:11
**hundred** 1630:11 1836:15 1910:7
**hundreds** 1711:23 1797:14,18 1860:20,21 1889:21 1923:17 1930:9 1932:25
**hurt** 1754:8
**hypothetical** 1923:22

**I**

**i.e** 1905:16
**ICQ** 1885:10
**idea** 1663:25 1729:7 1751:22 1806:21 1809:24 1858:20 1867:9 1875:2 1892:25 1913:13 1920:2 1921:5 1929:24 1930:3
**identifiable** 1755:12 1832:1
**identified** 1582:6 1592:24 1745:5 1748:3 1749:6 1789:9 1797:14 1797:16 1835:19 1838:13 1875:15,19 1876:10,14 1877:1,20 1887:5 1908:10 1909:25 1910:18,21 1916:24 1927:8 1927:11,21 1928:24,24 1929:5 1930:9 1935:5
**identifiers** 1908:14,25
**identify** 1741:13 1786:5 1832:18 1877:15,25 1878:8 1910:16 1927:18
**identity** 1651:18 1656:21,22 1657:12,14
**IDs** 1867:24 1924:7
**ignore** 1775:8 1788:5
**ignores** 1917:1
**II** 1865:19
**Ilia** 1795:1
**imagine** 1627:25 1669:24 1836:11
**imagined** 1627:17
**immediate** 1744:9
**imminent** 1686:14,17
**immutable** 1690:4
**impact** 1637:22 1682:16 1704:22 1743:12,16,24 1745:5,13 1747:4 1748:17 1749:2,19,22 1749:24 1750:8 1750:18,24 1751:23 1753:20 1754:12,15,19 1754:19 1756:15 1759:5 1762:7 1781:24 1907:23
**impacted** 1740:19 1744:12,22 1745:9,21 1746:1,6 1747:5 1750:8 1752:10 1753:23 1755:17 1756:24 1757:5 1757:18 1760:22 1762:14 1789:12 1834:14 1911:13 1917:5
**impacts** 1743:21 1771:23
**impeach** 1591:17 1592:5 1603:12 1603:18 1612:1
**impeaches** 1594:9
**impeachment** 1603:19 1606:12 1611:18 1612:5 1612:13 1613:4 1613:20 1897:12
**implement** 1890:16
**implication** 1644:18
**importance** 1625:15 1693:16 1694:12
**important** 1581:12 1584:16 1585:1 1589:6,19 1629:24 1632:4 1632:14 1635:8 1638:5 1696:25 1732:6 1748:7 1768:14 1770:17,24 1795:9 1902:17 1941:4
**impossible** 1587:20 1703:8
**improper** 1603:19 1740:17 1765:5 1765:14 1773:21 1826:3 1829:6,7 1849:10
**improperly** 1815:23 1828:13
**improved** 1620:5 1914:25
**in-house** 1902:2
**inaction** 1753:1
**inappropriately** 1688:9
**inaudible** 1897:12
**incentive** 1598:24
**incentives** 1699:19
**incentivizing** 1624:13
**incident** 1813:3
**incidents** 1877:19
**inclined** 1600:12 1638:18
**include** 1644:20 1685:24 1691:10 1705:9 1773:18 1831:2 1845:19 1863:4 1909:24
**included** 1644:19 1863:5
**includes** 1584:20 1721:5 1723:9 1723:16,25 1731:19 1767:15 1768:7 1768:10 1791:12
**including** 1589:17 1651:7 1733:5 1752:12 1776:19 1791:11 1867:24 1932:6 1943:8
**incomplete** 1657:2 1765:7 1911:11
**inconsistencies** 1902:16
**incorrect** 1590:22

1651:15
**increase** 1620:8 1620:19 1646:18 1651:7 1809:22
**increased** 1624:18
**increases** 1598:15,16 1599:19,19 1601:7,7,16,17 1629:9,10
**increasing** 1601:16 1619:19 1624:3 1634:2 1646:17
**incredibly** 1586:12 1754:20
**incubator** 1882:17
**Independence** 1695:5 1697:10
**independent** 1608:13 1641:20 1692:1 1700:10 1701:2
**independently** 1838:6 1905:17
**indicate** 1760:20
**indicated** 1659:10 1838:14
**indication** 1775:9 1785:14 1896:20
**indicia** 1886:21 1886:25
**indigenous** 1646:11
**indirectly** 1867:23
**individual** 1797:14 1831:8 1913:4 1933:1
**individually** 1640:12
**individuals** 1720:12
**industry** 1638:12 1638:13 1839:24
**infect** 1733:15
**inflammatory** 1773:21
**influence** 1698:7
**influential** 1696:12
**influx** 1884:11
**info** 1923:14
**inform** 1685:18 1776:17 1829:25 1865:24
**information** 1584:21 1587:22 1589:11 1597:21 1605:14 1606:5 1620:23 1622:25 1623:1 1623:2,11,15 1623:17,19,21 1632:16 1634:1 1635:3,12,15 1640:23 1641:7 1641:16 1642:5 1642:10 1643:1 1643:4 1644:3 1644:9,24 1648:16 1649:23 1655:22 1656:5 1656:6,8,12 1658:2,6 1663:2,14 1664:18,24,25 1665:10 1671:1 1682:5 1693:18 1696:16 1701:3 1701:6,23,25 1702:21 1703:3 1711:1 1717:10 1719:7 1724:18 1727:16 1730:23 1754:6 1755:13 1767:13 1795:18 1819:15 1820:4 1828:12,23,25 1831:20 1832:1 1836:19 1837:4 1837:9 1861:18 1861:18,19 1862:10,11,16 1862:24 1882:7 1884:20 1899:9 1916:14 1918:17 1923:2 1923:2 1924:1 1924:14,15,20 1924:21 1925:10 1926:2 1926:16 1928:17 1940:10,11,13 1940:15,17,18 1941:1,11,14
**informed** 1895:15
**initial** 1940:9
**initially** 1772:4 1773:10
**input** 1636:17 1698:13 1699:6 1728:25
**inquiry** 1739:19 1814:1
**inside** 1696:9
**installed** 1877:3 1877:4
**instance** 1720:19 1729:17 1840:22 1846:1 1862:1 1875:19 1877:16 1878:1 1929:11
**instances** 1749:15 1836:15 1838:13 1909:11,15
**instant** 1885:11
**instruct** 1812:2 1898:12
**instructed** 1751:17
**instruction** 1775:8 1776:2 1785:10,12,23 1785:24 1786:13 1787:14
**instructions** 1776:3 1785:19
**insufficiently** 1890:13
**insulate** 1886:16
**integrate** 1721:17
**integration** 1804:11
**intelligence** 1698:7
**intend** 1853:8 1855:23 1916:1
**intended** 1895:18
**intending** 1743:18 1780:25
**intends** 1743:11 1780:17
**intent** 1715:5 1753:11
**intention** 1854:12
**intentionally** 1910:22
**interact** 1650:12 1913:20 1915:12 1918:23
**interacting** 1650:16
**interest** 1616:10 1628:23 1629:3 1775:16 1918:6 1920:5 1931:4 1931:4,7
**interested** 1626:8 1626:18 1766:8 1945:19
**interesting** 1613:3 1626:19 1848:4 1882:2 1902:11
**interface** 1648:15 1649:24 1672:1 1918:9
**interfaces** 1712:11,17 1713:8,19
**internal** 1581:1,3 1582:9 1583:12 1717:6 1750:1 1778:15 1811:9 1811:12 1839:20 1841:12 1861:3 1863:4 1877:22 1888:1 1892:19 1896:15
**internally** 1700:4 1702:3 1767:6 1778:13 1806:17
**internet** 1691:25 1943:2,9
**interpersonal** 1726:16
**interpreted** 1767:14
**interprets** 1767:14

**interrogatory** 1593:2 1761:14
**interrupted** 1615:21,24
**interruptions** 1615:17 1682:13
**interview** 1675:9 1675:10,14,19 1676:2 1677:4 1685:17 1814:19 1815:2 1818:11,12,13 1819:1 1820:17 1821:8 1823:6 1830:21
**interviewed** 1639:7
**interviews** 1639:4,5 1670:14,15,16 1670:17 1671:13 1710:18 1895:1
**intimate** 1632:20
**introduce** 1603:18 1611:20 1612:6 1612:23 1709:20 1780:25 1897:15,21
**introduced** 1778:18,21
**intuitive** 1723:23
**intuitively** 1626:18
**invariably** 1921:5
**investigate** 1581:16 1582:25 1587:11,18,19 1588:15 1589:8 1604:12,13,21 1631:20 1662:16,17 1678:10 1679:11,25 1680:3 1815:24 1831:19 1837:12 1940:1
**investigated** 1651:1 1653:1 1835:13,22 1910:24
**investigating** 1581:14 1587:9 1654:20 1655:20 1677:25 1735:21 1828:10 1829:2
**investigation** 1580:9,10,18 1580:20,25 1581:7,14 1582:10,21 1583:13 1584:23 1585:9 1585:12,17,21 1586:8,11 1587:5,8,21 1588:1,8,9,11 1588:19 1589:2 1589:3,6,13 1590:1,12,15 1591:14 1592:14,25 1593:5,11,17 1593:19,22 1604:6,11,19 1604:21 1605:2 1605:5,22 1606:9 1613:11 1650:15,19,21 1651:4 1653:21 1654:1,5,12,19 1655:6,12,19 1656:1,2,4 1657:12 1662:4 1662:19,23 1663:4,6 1665:8,13,14 1665:15,16,22 1665:25 1666:12 1671:15 1672:3 1679:15,24 1680:9,18 1706:9,14 1707:2,3 1710:3 1716:20 1716:25 1717:5 1718:2 1723:7 1739:22 1740:11,22 1741:12,15,17 1741:19 1745:2 1747:20,22 1749:5 1750:2 1751:2 1759:2 1761:20 1766:21 1789:9 1796:23 1810:23 1816:4 1819:7 1820:3 1821:11,25 1828:6,22 1829:24 1830:17 1831:17 1832:3 1832:4,16 1833:15,19 1834:19 1835:11 1836:13 1837:14,24 1838:1,9,12 1840:15 1841:2 1842:12,14,25 1843:24 1859:25 1860:15 1862:12 1863:13 1868:20 1869:8 1871:15 1874:14 1877:11 1882:5 1884:23 1885:13 1887:5 1887:17 1891:8 1891:9 1893:21 1897:2 1898:20 1898:24 1899:21 1903:12,18 1908:1 1929:24 1931:21,22 1932:18 1934:11,25 1935:13,16,20 1937:3,6,13,15 1937:16,17,22 1940:2,21,22 1941:19 1943:8
**investigations** 1738:18 1905:8 1940:23
**investigative** 1773:3 1812:16 1933:16,18
**investigator** 1767:21 1859:22 1875:1 1876:14 1925:13
**investigators** 1716:24 1767:17,22 1835:18,23 1838:7,13 1839:18 1862:4 1862:25 1863:1 1871:25 1872:3 1872:25 1875:2 1875:23 1878:10 1879:17,23 1881:15 1883:24 1884:16,21 1886:20 1887:13 1892:9 1899:6 1929:19 1935:4
**investigators'** 1860:8,12,25 1862:2 1872:23 1876:2 1879:12 1881:22
**investigatory** 1934:13
**investment** 1882:18
**investor** 1870:4 1886:3
**invite** 1737:22,25 1790:3
**invoke** 1774:23
**invoked** 1772:13
**involved** 1650:16 1668:16 1674:22 1686:14 1725:2 1782:4 1841:15 1841:16 1893:20 1900:10,11 1933:23 1943:7
**involvement** 1882:23
**issue** 1580:2 1584:1 1592:22 1593:1,23 1597:7 1598:3 1606:16 1609:2 1660:18 1679:10 1688:13 1716:9 1716:12 1722:21 1723:16 1732:6 1732:6 1733:14

1734:10 1743:18 1753:10,18 1755:19 1758:22,25 1759:1,14,22 1762:9 1763:3 1765:21 1766:19 1768:20,22 1769:3,8,24 1773:14 1778:23 1784:4 1788:17 1791:14,18 1792:11 1818:8 1819:10 1838:25 1839:15 1842:8 1842:11 1862:9 1880:16 1900:15
**issues** 1585:18,22 1586:14 1617:1 1678:25 1679:2 1679:4,6 1714:3,13 1736:5 1761:9 1778:8 1787:20 1788:3,7 1857:8 1902:17
**it'll** 1614:15 1854:22
**item** 1744:21
**items** 1585:24 1593:14 1817:16
**iterated** 1796:10
**iterations** 1761:13

**J**

**J** 1573:12 1579:5 1579:15,22 1583:5,14,21 1586:25 1588:2 1589:20 1590:18 1591:21 1592:17 1593:25 1594:5 1594:7,13 1595:23 1596:7 1596:10,13,17 1596:23 1597:9 1597:13 1598:5 1599:1 1600:1 1600:5,21 1601:19 1602:1 1602:6,11,24 1603:4,22 1604:16 1605:7 1606:10 1607:11,14,20 1608:1,7,19,23 1609:3,14,24 1610:7,12,18 1611:6,9,22 1612:25 1613:18 1614:1 1614:7,14 1615:1,8,23 1616:2,12,19 1618:12 1654:22 1681:11,15,25 1682:17,23 1683:7,11,16 1684:1,10,15 1684:19,24 1708:1,4,7,10 1708:13,16 1709:9,12 1714:20 1715:3 1715:8,25 1718:12 1722:17 1724:8 1726:3,6 1727:3 1731:15 1733:20 1734:16,21,23 1742:1,5 1743:5,25 1744:7,16,20 1745:3 1746:9 1746:11 1748:25 1749:18 1750:12,20 1751:6 1752:17 1753:2 1754:12 1754:25 1755:5 1755:23 1756:9 1757:11,19 1758:1,15 1759:24 1761:2 1761:4 1762:13 1762:19,22 1763:10,17,21 1764:6 1765:18 1766:7,11 1767:25 1768:5 1770:9 1771:6 1771:9,14 1772:14,20,25 1773:2,5 1774:10,14,20 1775:7,12,21 1775:25 1776:8 1776:11,24 1779:16,19,24 1780:3,6,9,14 1781:5,12 1782:1,15,23 1783:5,11,15 1783:22,25 1785:6,8 1786:4,12,16 1786:19 1787:1 1787:5,16,19 1791:6 1792:20 1793:17,22 1794:5 1799:12 1802:10,12 1806:1 1811:14 1811:23 1812:1 1815:8 1817:6 1818:20 1821:1 1824:11 1825:20 1826:15 1827:1 1827:11,20 1830:7 1842:3 1842:5 1843:11 1843:16 1846:15,18 1847:6,13,16 1848:7,14,18 1849:2,8,13,19 1849:24 1850:3 1850:7,11,17 1850:22,25 1851:3,11,14 1851:19,23 1852:12,20 1853:20 1854:4 1854:11,14,17 1855:3,14,25 1856:3 1857:3 1857:7,25 1858:8,11,16 1859:1,3,10,15 1863:21 1864:2 1864:7 1865:10 1869:1 1880:21 1885:18 1888:17 1891:18 1892:4 1892:18 1893:4 1893:7,13 1897:5,23 1898:6,11 1900:17,25 1901:4 1904:15 1917:13,20 1922:7,17 1928:20 1938:12,17 1939:11,15 1941:23 1942:1 1942:3 1943:14 1943:18,22 1944:4
**January** 1643:19 1643:23
**Jews** 1698:2
**job** 1619:22 1620:13 1638:16 1649:15 1656:11 1900:23
**join** 1792:25
**joined** 1793:1
**joke** 1691:1,4,6
**Judge** 1579:5,15 1579:22,25 1583:4,5,14,18 1583:21 1586:25 1587:1 1587:4 1588:1 1588:2,6 1589:19,20 1590:3,18,23 1590:24 1591:18,21 1592:16,17 1593:25 1594:5 1594:7,13,15 1595:8,23 1596:5,7,10,13 1596:17,23 1597:3,9,11,13 1598:5,7,9 1599:1 1600:1 1600:5,21 1601:19,25 1602:1,6,10,11 1602:21,24 1603:4,22,23 1604:16 1605:7 1605:9,18 1606:10,14 1607:11,14,20 1608:1,7,19,23 1609:3,4,14,17

1609:24 1610:1
1610:2,7,12,18
1610:20 1611:6
1611:9,22
1612:25 1613:3
1613:18,25
1614:1,7,14
1615:1,8,23
1616:2,3,12,19
1618:10,12
1654:22 1655:4
1681:6,11,15
1681:25
1682:17,23
1683:7,11,16
1683:25 1684:1
1684:10,13,15
1684:19,24
1707:15 1708:1
1708:3,4,7,9,10
1708:13,16
1709:7,9,12,14
1714:20 1715:3
1715:8,25
1718:12
1722:17 1724:8
1726:3,6
1727:3 1731:15
1733:20
1734:16,21,23
1742:1,5
1743:5,25
1744:7,16,20
1745:3 1746:9
1746:11
1748:25
1749:18
1750:12,20
1751:6 1752:17
1753:2 1754:12
1754:25 1755:5
1755:23 1756:9
1757:11,19
1758:1,15
1759:24 1761:2
1761:4 1762:13
1762:19,22
1763:10,17,21
1764:6 1765:18
1766:7,11
1767:25 1768:5
1770:9 1771:6
1771:9,14
1772:14,20,25
1773:2,5
1774:10,14,20
1775:7,12,21
1775:25 1776:8
1776:11,24
1779:16,19,24
1780:3,6,9,14
1781:5,12
1782:1,15,23
1783:5,11,15
1783:22,25
1785:6,8
1786:4,12,16
1786:19,23
1787:1,5,16,19
1791:6 1792:20
1793:17,22
1794:5 1799:12
1802:10,12
1806:1 1811:14
1811:23 1812:1
1815:8 1817:6
1818:20 1821:1
1824:11
1825:20
1826:15 1827:1
1827:11,20
1830:7 1842:3
1842:5 1843:11
1843:16
1846:15,18
1847:6,8,13,16
1847:17 1848:7
1848:14,16,18
1848:24 1849:2
1849:7,8,12,13
1849:19,23,24
1850:2,3,7,10
1850:11,17,20
1850:22,25
1851:3,5,10,11
1851:14,17,19
1851:23 1852:6
1852:8,12,16
1852:20,23
1853:7,20,25
1854:4,11,13
1854:14,16,17
1855:3,6,6,14
1855:25 1856:3
1857:3,7,9,25
1858:5,8,10,11
1858:16 1859:1
1859:3,9,10,12
1859:15
1863:21 1864:2
1864:7 1865:10
1869:1 1880:21
1885:18
1888:17
1891:18 1892:4
1892:18 1893:4
1893:7,13
1897:5,23
1898:6,11
1900:17,25
1901:4 1904:15
1917:13,20
1922:7,17
1925:3 1928:20
1938:12,17
1939:11,15
1941:23 1942:1
1942:3 1943:14
1943:18,21,22
1943:25 1944:4
**judgment** 1760:1
**JUDICIAL** 1573:3
**Julia** 1675:9,11 1675:19
**July** 1705:6 1760:7 1790:19
**jump** 1640:20 1905:10 1918:7
**jumping** 1918:5
**June** 1799:24 1810:21 1812:9 1812:10,14,17
**juror** 1742:16 1778:20 1856:4 1942:14
**jurors** 1754:7 1785:13,18
**jurors'** 1742:14 1942:12
**jury** 1580:19 1585:22 1586:22 1611:21 1612:7 1612:14,16,24 1613:17 1615:20 1616:13,18 1617:9 1634:15 1648:3 1660:23 1681:18,24 1682:6 1683:1 1683:24 1684:18 1709:21 1710:10 1711:10 1716:15 1718:16 1719:1 1723:13,24 1726:11 1728:8 1729:9 1732:8 1732:12,16,21 1734:12 1735:7 1735:19 1742:11 1743:3 1748:22 1750:17,17 1751:17 1754:3 1757:8 1759:5 1760:23 1764:17 1767:22 1768:14 1769:20 1770:6 1770:18 1771:2 1775:8 1776:2 1776:7 1786:2 1786:9,25 1787:4,14 1788:16,23 1790:1 1792:15 1795:13 1798:23 1806:16 1808:20 1820:15 1823:8 1841:11 1846:24 1847:5 1848:4 1855:1 1856:1 1859:11 1859:14 1869:6 1880:11 1883:15 1888:25 1903:23 1918:16 1926:10,20 1927:8 1930:5 1930:13 1934:19,24 1935:2,19 1941:10 1942:9 1943:13
**jury's** 1614:25 1778:3
**JUSTICE** 1574:8
**justified** 1767:6
**juxtaposing** 1769:1

## K

**K** 1574:19
**keep** 1587:7,12 1588:22 1592:1 1592:2 1594:23

1595:4,6,12 1604:14,15 1631:5 1634:5 1772:10 1846:16 1853:10 1858:20 1870:25 1874:11 1905:16
**keeping** 1605:15 1605:25 1680:1 1930:1
**keeps** 1630:16
**kept** 1581:17,21 1582:24 1587:5 1591:16 1592:12,13 1773:11 1774:7 1823:1 1840:16 1929:7
**key** 1632:11 1850:1,12 1851:20,25 1881:2 1885:23
**keynote** 1790:12 1790:21 1791:22
**keys** 1848:20
**keyword** 1875:13 1875:18
**kick** 1822:6
**kicked** 1905:11
**kind** 1613:4 1639:22 1669:2 1682:4 1683:7 1691:9 1711:10 1711:11 1713:3 1725:1 1792:4 1792:5 1810:21 1831:6 1835:5 1891:12 1895:1 1900:20 1921:20 1934:6
**kinds** 1622:9
1714:15 1716:16 1720:12 1784:11 1882:25 1886:25
**Kitemark** 1691:10
**knew** 1581:19 1587:21 1590:7 1590:13,20 1592:15 1663:22 1664:7 1669:11 1678:25 1679:2 1687:21 1739:10,25 1748:3,14 1778:13 1808:6 1837:23 1838:2 1877:18 1889:25 1899:1 1905:7 1932:5
**know** 1581:21 1582:14,15,17 1583:1 1584:2 1587:14,15,16 1587:17 1588:10,23 1589:3,23 1591:2,6,11,14 1592:3,9 1594:21 1595:14 1596:1 1596:13 1597:24 1599:10,17,20 1599:23 1600:16 1602:25 1603:7 1603:8,9,9,9,10 1603:10 1604:1 1605:11,14,15 1606:3,6 1612:11,11
1613:7,10 1618:13 1626:4 1627:8,11,24 1628:7,8 1632:8,9 1638:11 1641:2 1643:9,11,17 1644:15 1646:1 1646:13,14 1647:10 1649:1 1651:20 1652:9 1652:15,20,24 1653:4,8,25 1656:9 1657:4 1660:19 1661:5 1661:10,12,21 1662:1,2,3,4,10 1662:15 1663:16,21 1664:9,10,13 1667:10,17 1669:11 1670:3 1671:5,18 1672:18,18 1674:24 1680:14,19,25 1681:8 1682:15 1687:25 1689:20,23 1691:6 1695:7 1695:7 1698:16 1699:7 1700:15 1701:1 1702:5 1702:10 1704:21 1706:6 1706:10,12,22 1707:6,11 1710:9,21 1712:17,25 1715:21 1716:18 1717:24,25 1719:2,21,24 1720:18,21 1727:7,17
1728:24 1729:2 1729:10,11,21 1730:1,3,8,9,20 1731:4,5,9 1733:22 1734:2 1736:4,9,14,18 1736:20,21,22 1737:3,11,12 1737:21 1738:17 1739:20 1740:3 1740:9,14,16 1741:4 1746:15 1747:22 1748:18 1749:16 1750:5 1750:25 1752:19 1756:22,25 1759:15 1760:16 1766:6 1767:16 1770:8 1770:16,23 1776:2 1778:3 1778:5,10,11 1778:14,25 1779:4,12 1780:24 1781:22 1784:13,18,25 1789:21 1790:5 1792:12 1793:3 1795:17,19,23 1796:18 1798:10,12,17 1799:2 1800:13 1800:19 1803:4 1803:6,7,9,11 1803:12 1804:7 1804:10,13,19 1804:20,21 1805:6,18 1806:20 1807:11,16,17 1807:23,25
1808:5,11 1809:2,3,20,21 1809:24 1810:2 1810:7,15,22 1810:24 1811:2 1812:11,14 1814:3,9,25,25 1815:20,22 1817:15,17 1825:24 1826:12 1830:22,25 1833:9 1834:23 1835:1 1836:17 1836:19 1837:9 1837:13 1838:12,24 1839:8,8,9,11 1839:14,24,25 1839:25 1840:24 1841:1 1842:7 1844:6 1844:16 1845:25 1846:2 1847:18,22 1853:12,15 1854:22 1856:4 1856:24 1857:25 1858:1 1858:17 1859:7 1860:9,21 1861:2 1862:4 1862:7,8,17 1863:8 1864:22 1866:4,23 1871:3,20,21 1871:24 1872:1 1872:6,11,15 1872:17,21 1873:20 1874:12,25 1875:15 1876:14 1877:3 1877:19,21 1878:11,13,19

1879:18,18 1880:5,14,16 1881:18 1884:4 1886:15 1887:3 1887:4,15 1888:7 1890:4 1891:5 1892:3 1892:6,23 1894:4,6 1896:5,23 1898:23 1899:3 1899:25 1900:6 1900:9 1906:2 1907:15 1908:23 1910:2 1912:21 1913:19 1914:2 1914:3,18,23 1915:4,13,22 1920:23 1921:1 1921:22 1924:3 1924:6,23 1925:15 1927:22 1928:3 1928:8,11 1929:11 1930:19 1933:12,21,25 1934:2 1936:13 1936:14 1939:13
**knowing** 1674:3 1785:25 1819:16 1906:13
**knowledge** 1591:18 1592:6 1608:13 1641:20 1642:1 1732:13 1734:10 1813:3 1850:14
**known** 1579:8 1648:6 1666:17 1679:4 1789:15 1872:4 1880:1 1903:16 1915:7
**knows** 1689:11 1731:4 1939:5
**Kogan** 1661:3 1662:8,11,19 1663:19 1667:4 1820:11 1822:14 1839:15 1889:16
**Kogan's** 1667:7 1821:16 1889:14
**Kogans** 1819:11
**Kremlin** 1885:14 1886:14

**L**

**lab** 1710:13 1711:3
**lack** 1878:11 1892:1
**ladies** 1616:21 1681:15 1742:5 1787:7,19 1846:20 1893:13 1901:4 1942:4
**laid** 1610:15,16
**landed** 1768:25
**language** 1645:22 1646:15 1762:4 1768:8,11 1784:14 1844:14
**languages** 1645:23 1646:7
**large** 1585:13 1614:20 1624:10 1625:14 1659:25 1680:5 1715:20 1720:18 1733:3 1820:4 1828:11 1828:23 1831:20 1849:15
**largely** 1656:7 1826:5
**larger** 1771:23
**largest** 1680:5
**late** 1777:15 1781:23 1782:18 1843:24 1938:3
**late-breaking** 1682:4
**latest** 1845:13,18
**launch** 1580:7 1740:11
**launched** 1741:11 1766:20
**launching** 1897:13 1903:17
**law** 1653:21 1654:5 1747:8 1747:9 1751:17
**lawfulness** 1732:13
**laws** 1722:4
**lawsuit** 1588:5
**lawsuits** 1722:2
**lawyer** 1627:24 1628:6
**lawyers** 1892:15 1932:3
**lay** 1610:24,25 1922:19
**lead** 1636:21 1844:4 1895:13
**leader** 1626:6
**leadership** 1896:3
**leads** 1753:7
**leaks** 1882:8
**learn** 1663:18 1781:6 1795:16
**learned** 1663:21 1753:15 1781:1 1781:7 1783:9 1897:2
**learning** 1914:14
**learnings** 1580:3 1611:16 1896:25
**leash** 1735:1
**leave** 1602:3 1800:10 1847:25 1855:19 1858:24 1915:6
**leaving** 1854:22 1902:17
**led** 1580:11 1699:12 1736:8 1903:6
**left** 1579:25 1582:1 1623:23 1625:5,24 1627:3,8,10 1681:7 1684:23 1715:4 1763:19 1810:15 1848:11 1851:8 1854:9 1909:23
**left-hand** 1773:7 1785:16
**legal** 1627:23 1636:1 1640:8 1640:18 1650:12,14,17 1650:23 1651:1 1651:3,4 1654:9 1655:9 1663:1 1673:6 1676:3,3 1698:23 1699:12 1863:9 1902:12,14,15 1902:19 1903:3 1903:5
**legally** 1673:7
**length** 1856:7,23 1938:24
**let's** 1624:11 1625:15 1629:12 1634:15 1643:18,18 1645:4 1656:18 1658:1 1669:5 1688:13 1704:11 1715:8 1738:14 1744:14,24 1756:2 1757:12 1764:10 1766:12 1786:24 1789:17 1798:15 1801:22 1814:11,15 1816:6,12 1817:25 1824:18 1831:5 1838:16 1852:14 1854:17 1855:25 1858:2 1864:13 1868:11 1873:6 1883:9 1885:22 1887:19 1888:11 1919:19 1921:7 1921:16 1922:23 1933:10 1941:8
**letting** 1605:11 1606:4 1856:5 1938:22
**level** 1639:23 1648:23,24 1649:5,8 1715:2,14 1802:6 1881:5

**leverages** 1882:20
**LEVITT** 1574:12
**Lexington** 1574:13
**liability** 1753:25
**lie** 1587:4,20 1598:20 1605:5 1689:7
**lied** 1585:7 1593:21
**lies** 1585:3,8 1604:3 1688:22 1690:1
**lieu** 1616:7
**Life** 1661:8 1833:7 1839:4 1889:14
**light** 1892:3
**liked** 1623:14,16
**likes** 1623:3,3 1889:9 1913:18
**limine** 1760:6
**limit** 1682:12 1699:17 1774:3 1855:9
**limited** 1653:10 1658:21 1659:10 1746:23 1811:7 1830:3
**limiting** 1776:3 1785:10,12,23 1785:24
**line** 1599:6 1602:8 1608:6 1608:18 1700:13 1717:3 1717:3 1758:2 1759:12 1770:19 1850:4 1850:4,18,21 1850:22 1851:16,24 1852:2,3 1909:14
**lined** 1848:22
**lines** 1803:12 1804:6
**lingo** 1925:24
**list** 1593:3 1707:18 1737:14 1784:7 1784:9 1800:14 1801:19 1817:16 1862:15,19 1875:13 1876:20,21,23 1908:9 1924:6 1929:15
**listed** 1585:25 1593:14 1862:3
**listen** 1928:20 1941:8
**listened** 1915:17
**listeners** 1770:22
**listening** 1816:8 1918:20
**lists** 1795:3 1877:2
**literally** 1755:18
**literature** 1914:18 1921:1
**litigated** 1761:10
**litigation** 1772:12 1774:25 1786:3 1903:7
**little** 1618:3,11 1619:3 1622:13 1658:2,6 1704:13 1752:13 1753:17 1767:1 1767:1 1773:22 1781:13 1801:2 1869:20 1885:25 1918:5 1918:24 1925:23 1931:20,23 1941:21
**live** 1612:9 1615:14 1682:22 1764:15 1773:25 1782:3 1782:4 1847:23 1853:9 1855:24 1857:20,22
**lives** 1632:20 1748:19
**LLP** 1574:18
**located** 1908:22
**locations** 1670:7 1727:22 1943:7
**locked** 1828:24 1913:6 1925:17
**locking** 1864:24
**lodged** 1784:17
**log** 1711:1 1721:6 1723:19 1725:6 1725:8,10 1726:23 1862:5 1898:25 1900:4
**log-in** 1729:17 1736:21 1817:19 1905:16
**logged** 1794:25
**logging** 1736:20
**login** 1723:20,25 1725:1
**logs** 1899:3,10
**long** 1609:17 1614:4 1663:23 1689:7 1692:21 1789:14 1807:1 1807:1 1825:9 1848:25 1857:12 1858:6 1860:21 1869:6 1871:23 1881:1 1894:1,12 1905:1 1932:14 1938:23
**longer** 1682:11 1704:10 1720:1 1736:10 1737:9 1738:7 1775:6 1778:6 1800:10 1807:24 1826:2 1858:7 1926:15
**look** 1596:5 1597:5,11 1598:24 1615:9 1625:8 1630:4 1630:21,23 1640:8 1641:12 1643:18 1648:10 1680:9 1682:1 1683:12 1684:14 1706:13 1707:4 1710:22 1712:4 1712:15 1753:13 1773:6 1774:2 1780:15 1798:15 1801:22 1802:22 1803:5 1805:8 1807:17 1808:1 1814:11 1814:15 1817:25 1819:5 1824:18 1831:5 1832:16,22 1837:6 1838:6 1840:4,10 1843:23 1848:8 1852:10,12,24 1854:12,14 1862:19 1864:13 1867:16 1868:13 1869:13 1880:6 1883:9 1885:2 1885:22 1887:19 1889:4 1890:10,23 1896:20 1903:20 1909:11,14 1912:18 1915:21 1921:7 1921:18 1923:9 1923:11 1924:2 1932:10 1934:6 1934:7,10,17 1935:13,16 1939:8
**looked** 1652:8 1667:16 1680:12 1739:16 1749:4 1749:6 1798:6 1803:25 1827:7 1835:3,25 1841:21 1848:10 1849:20 1860:2 1860:2,22 1862:4 1864:14 1875:17 1876:12 1878:16 1908:3 1917:2 1921:15 1933:6 1934:25 1935:11,20,21 1936:18,20
**looking** 1594:8 1596:7 1602:14 1603:2,6 1637:12 1676:20 1677:3 1689:22 1714:5 1772:21 1778:20 1808:17 1823:14 1874:23,24 1875:1 1894:3 1909:10 1934:8

1934:12
**looks** 1613:16 1643:5,25 1660:5 1722:20 1793:17 1900:4
**loophole** 1785:1
**lose** 1801:15 1809:11
**loses** 1884:18
**losing** 1672:7 1883:17
**lost** 1672:7 1756:9
**lot** 1615:14 1624:20 1625:25 1630:22 1637:8 1678:24 1679:3 1701:17 1707:16 1710:7 1710:17 1711:5 1712:25 1713:1 1716:18 1717:9 1719:10 1722:1 1722:5 1730:6 1730:12,17 1735:19 1736:13 1750:3 1752:9 1793:13 1793:15 1798:13 1800:8 1807:12,21 1812:15,22 1820:1 1822:2 1840:18 1846:9 1846:10 1859:25 1860:12 1861:1 1868:21 1869:24 1870:17 1893:2 1898:24 1902:2 1916:17 1919:24 1921:14 1925:24 1930:4 1933:22,23,24 1935:3 1937:7
**lots** 1712:4 1713:7 1716:22 1721:9 1728:3 1728:4 1789:6 1833:25 1862:11 1866:23,23 1874:25 1877:19 1880:15 1887:10 1890:3 1890:6 1896:4 1906:2,3 1910:24 1915:10,16,24 1916:10,10
**loud** 1605:24 1679:8
**love** 1574:3 1633:3 1930:17
**loved** 1620:1 1633:10,13
**low** 1643:10
**lower** 1676:21
**lowest** 1643:7,8 1643:12
**loyalty** 1727:24
**lunch** 1616:9 1682:11,12 1732:7 1742:7
**lying** 1688:18,24 1689:4 1698:2

**M**

**ma'am** 1657:8 1699:22,24 1780:3
**mail.ru** 1885:7,8 1885:25 1886:7 1886:13 1887:14
**main** 1587:12 1620:15 1655:25 1656:15 1663:24 1719:2
**Maine** 1574:20
**mainstream** 1632:6
**maintain** 1780:17
**maintained** 1747:3 1774:7 1861:22
**maintaining** 1784:17
**maintains** 1774:24
**major** 1624:16 1818:8 1888:6
**majority** 1626:4
**making** 1581:18 1584:17 1595:17 1619:20 1625:3 1646:5 1690:15 1732:21 1737:7 1746:19 1769:25 1779:13 1787:14 1794:12 1799:7 1817:11 1819:1 1821:10 1864:25 1882:15 1924:17
**malicious** 1686:13,17 1688:9,11
**man** 1599:13 1661:1
**manage** 1817:20 1915:19
**managed** 1929:21
**manipulation** 1678:23 1882:23
**manner** 1838:22 1839:12
**Manning** 1574:20 1579:18 1583:20,21,22 1588:2 1592:18 1592:19 1597:13,14 1599:4 1600:3 1600:6,8 1601:3 1602:24 1603:1,5 1606:16,18 1607:12,13,16 1607:23 1608:3 1608:5,8,21,25 1610:21 1611:8 1611:12,13 1612:2 1613:22 1684:8,12 1743:7,8 1744:3,7,8,18 1744:21 1745:4 1746:10 1747:6 1748:21 1751:7 1751:8 1752:21 1753:9 1754:17 1755:2,23,24 1756:10,12 1757:11,16,21 1758:4,21 1760:5 1761:3 1762:22,23 1763:12,18,22 1764:7 1853:8 1853:22 1854:18 1855:14,15 1856:2,11 1857:5,24 1858:1,11,13 1858:17 1859:2
**manually** 1875:18 1876:9
**Maps** 1804:11
**March** 1580:23 1660:12 1666:25 1667:12 1675:19 1738:22 1810:24 1812:7 1812:11 1813:7 1813:18 1815:3 1816:24 1820:18 1894:22 1895:3 1903:13 1934:4
**March/April** 1740:23
**MARICOPA** 1573:23
**Marital** 1633:5
**mark** 1582:14 1593:20 1614:10 1617:22 1618:24 1619:8 1626:3,4,5 1628:15 1638:3 1638:24 1639:20,22 1670:11 1693:15,22,25 1694:4,9,9,10 1694:11 1695:12 1696:16 1762:5 1763:19 1766:15 1767:15 1790:11 1791:23 1792:24 1795:13 1802:20 1814:19 1815:16 1818:7

1818:14 1820:18,21 1821:8 1825:3 1828:21 1831:16 1833:14 1841:18 1843:2 1870:3 1873:22 1873:23 1879:13 1886:6 1895:21
**Mark's** 1842:20
**marked** 1607:24 1641:11 1660:2 1675:17 1686:25 1690:19 1773:10
**market** 1621:17 1622:2 1882:22
**marketing** 1619:11 1870:21 1882:20
**marking** 1785:14
**markings** 1772:5 1772:11 1773:12,19 1781:1 1786:3 1786:11 1787:21,25 1788:2,4,5 1852:22
**marquee** 1800:7 1800:7
**masse** 1931:7
**Master** 1891:4
**match** 1872:4
**Matching** 1745:14
**material** 1710:7 1717:20 1752:24 1875:10
**materials** 1716:16,22 1838:12 1860:2 1874:24 1896:11,16 1898:18,19 1921:11,14
**math** 1645:5
**Matheson** 1609:19 1610:11
**MATHEW** 1573:12 1579:5 1579:15,22 1583:5,14,21 1586:25 1588:2 1589:20 1590:18 1591:21 1592:17 1593:25 1594:5 1594:7,13 1595:23 1596:7 1596:10,13,17 1596:23 1597:9 1597:13 1598:5 1599:1 1600:1 1600:5,21 1601:19 1602:1 1602:6,11,24 1603:4,22 1604:16 1605:7 1606:10 1607:11,14,20 1608:1,7,19,23 1609:3,14,24 1610:7,12,18 1611:6,9,22 1612:25 1613:18 1614:1 1614:7,14 1615:1,8,23 1616:2,12,19 1618:12 1654:22 1681:11,15,25 1682:17,23 1683:7,11,16 1684:1,10,15 1684:19,24 1708:1,4,7,10 1708:13,16 1709:9,12 1714:20 1715:3 1715:8,25 1718:12 1722:17 1724:8 1726:3,6 1727:3 1731:15 1733:20 1734:16,21,23 1742:1,5 1743:5,25 1744:7,16,20 1745:3 1746:9 1746:11 1748:25 1749:18 1750:12,20 1751:6 1752:17 1753:2 1754:12 1754:25 1755:5 1755:23 1756:9 1757:11,19 1758:1,15 1759:24 1761:2 1761:4 1762:13 1762:19,22 1763:10,17,21 1764:6 1765:18 1766:7,11 1767:25 1768:5 1770:9 1771:6 1771:9,14 1772:14,20,25 1773:2,5 1774:10,14,20 1775:7,12,21 1775:25 1776:8 1776:11,24 1779:16,19,24 1780:3,6,9,14 1781:5,12 1782:1,15,23 1783:5,11,15 1783:22,25 1785:6,8 1786:4,12,16 1786:19 1787:1 1787:5,16,19 1791:6 1792:20 1793:17,22 1794:5 1799:12 1802:10,12 1806:1 1811:14 1811:23 1812:1 1815:8 1817:6 1818:20 1821:1 1824:11 1825:20 1826:15 1827:1 1827:11,20 1830:7 1842:3 1842:5 1843:11 1843:16 1846:15,18 1847:6,13,16 1848:7,14,18 1849:2,8,13,19 1849:24 1850:3 1850:7,11,17 1850:22,25 1851:3,11,14 1851:19,23 1852:12,20 1853:20 1854:4 1854:11,14,17 1855:3,14,25 1856:3 1857:3 1857:7,25 1858:8,11,16 1859:1,3,10,15 1863:21 1864:2 1864:7 1865:10 1869:1 1880:21 1885:18 1888:17 1891:18 1892:4 1892:18 1893:4 1893:7,13 1897:5,23 1898:6,11 1900:17,25 1901:4 1904:15 1917:13,20 1922:7,17 1928:20 1938:12,17 1939:11,15 1941:23 1942:1 1942:3 1943:14 1943:18,22 1944:4
**matter** 1579:6 1606:13 1624:23 1673:16 1713:20 1743:24 1754:9 1908:19 1909:1
**mattered** 1933:2
**matters** 1579:20 1579:24 1597:15 1688:18 1787:8
**McGinn** 1574:3 1574:4 1579:12 1579:13,25 1583:5,7,18,22 1584:9,16 1585:18 1586:18,25 1587:1 1588:6 1590:2,23 1591:23 1592:20 1593:14 1594:1 1594:5,6,11,14 1595:25 1596:9 1596:12,15,19 1596:25

1597:11 1598:4 1598:7 1599:3 1601:24 1602:3 1602:7,13,25 1603:6,17,23 1604:18 1605:9 1606:14,17 1609:2,4,16 1610:1,9,14,20 1612:3,4,21 1613:2,3,19,25 1614:6 1616:3 1616:15 1617:7 1617:8 1618:10 1654:25 1655:4 1655:5 1671:24 1671:25 1681:6 1681:14 1683:25 1684:6 1684:13,16,21 1685:1 1705:24 1707:1,14 1708:3,6,9,12 1709:7 1751:11 1760:9 1786:23 1787:13,15 1847:7,8,16,17 1848:9,16,24 1849:7,12,16 1849:22 1850:2 1850:6,9,16,20 1850:24 1851:2 1851:5,13,17 1851:21 1852:6 1852:14,20,23 1853:25 1854:6 1854:13,16,20 1855:6 1857:7 1857:9 1858:4 1858:10,23 1859:9,12 1943:20,25
**McKinsey** 1627:18
**mean** 1600:1 1615:18 1619:8 1624:20 1646:20 1648:23 1649:14 1661:15 1677:10 1689:4 1693:22 1712:2 1712:22,23 1714:2,4 1716:5 1717:22 1737:19 1738:17 1749:24 1750:16 1753:15 1755:2 1770:21 1784:3 1794:22 1795:20 1797:18 1801:14,17 1802:21 1803:21,24 1807:20 1809:16,20 1810:7 1813:23 1819:8,23 1823:19 1830:20,20 1838:18,20,20 1866:7 1867:19 1868:8 1874:4 1882:1 1887:9 1898:21 1899:13 1900:3 1901:12 1905:9 1905:22 1906:10 1912:5 1914:10 1915:2 1918:22 1919:24 1923:6 1925:12,18 1928:3 1930:25 1931:3 1933:22 1933:25 1935:4 1937:9,15
**meaning** 1892:5
**meaningful** 1731:5 1803:10
**means** 1627:14 1712:11 1720:1 1720:4,5 1727:11 1748:2 1749:22 1750:8 1750:19,23 1762:17 1800:8 1807:9 1841:3 1844:7 1866:22 1879:5 1883:6 1884:2 1916:8
**meant** 1694:8,9 1707:3 1740:13 1781:9 1784:6 1792:1
**Measure** 1745:5
**measured** 1745:13
**measurement** 1710:21
**measures** 1896:2
**mechanism** 1638:2 1663:1
**media** 1637:18 1637:20 1638:5 1638:8,20 1639:8 1670:5 1670:10 1671:8 1698:8 1737:25 1739:21 1740:6 1882:6
**meet** 1742:23 1777:5 1784:23 1942:20
**meeting** 1901:13
**meetings** 1792:21
**meets** 1767:5
**Melanie** 1575:3 1579:19
**Mellon** 1711:16
**member** 1742:18 1742:21 1942:15,18 1943:5
**memo** 1888:1
**memorandum** 1773:3
**memory** 1673:17
**men** 1647:2,8
**mention** 1580:19
**mentioned** 1691:17 1721:3 1728:7 1736:19 1795:16 1807:14 1811:13 1812:7 1812:25 1813:8 1813:25 1814:24 1816:20 1823:17 1828:21 1833:21 1835:16 1860:16 1868:18,18 1875:5 1878:17 1878:18 1887:2 1908:9 1914:5 1916:7
**mentioning** 1873:7
**mentions** 1875:19
**menu** 1726:1 1912:25
**message** 1637:5,6 1637:18 1638:8 1638:16 1640:22,24 1641:10,15 1642:4,7 1644:2 1668:19 1668:25 1669:5 1669:7,8,10,21 1674:7 1725:12 1795:23 1905:11,12
**messages** 1637:20 1641:13,17 1642:6,13 1668:10
**messaging** 1609:21 1637:2 1637:19 1642:13 1666:4 1668:7,16 1669:16,18 1670:1 1671:2 1885:12 1915:20
**messenger** 1638:7
**met** 1782:6 1903:4
**Meta** 1573:8 1574:17 1579:7 1598:24 1629:13,15 1705:6
**Metaverse** 1626:9,17,25
**methodology** 1874:18
**metric** 1672:8
**Mexican** 1745:9 1745:20,20 1746:6 1747:4 1749:9 1752:9 1753:20 1754:21 1756:6 1756:7,23 1757:2,17,22 1908:7 1911:3 1911:10
**Mexicans** 1747:10,15 1750:8,9
**Mexico** 1573:1,4 1573:20,24

1574:2,6,8,10 1575:5 1579:1 1579:6 1646:9 1646:10 1730:18 1743:12,16,21 1744:12,22 1745:6,13,15 1745:16,23,25 1747:9 1748:11 1748:17 1749:12 1750:25 1751:1 1756:20 1757:1 1757:5,24 1761:23 1789:12 1831:3 1834:14 1876:17,23 1877:3,5 1907:24 1908:16,18,22 1911:15 1917:3 1945:4,24
**Microsoft** 1720:19
**mid-2019** 1840:24
**mid-August** 1872:17
**middle** 1678:8,17 1706:11 1756:22 1778:3 1895:10 1901:19
**Mike** 1655:1 1718:20 1799:1 1799:10,19,23 1810:9 1823:8 1832:7 1871:8 1894:7
**milestone** 1645:10
**million** 1630:11 1630:12 1659:22 1660:19 1661:24 1662:6 1663:10 1667:24 1680:6 1698:1 1717:2 1756:6 1757:20 1758:3,5,16 1834:21 1835:1 1835:4,15,24 1836:3 1837:16 1860:13 1862:18 1875:8 1910:6,17 1911:3,5,9,19 1928:2,2,9,25
**millions** 1581:20 1581:20 1582:23,24 1589:4 1590:8 1590:8 1591:15 1591:24 1592:10 1605:11 1663:14 1680:10 1707:4 1723:7 1834:24 1836:5 1861:1 1875:6 1877:23 1910:25 1917:1
**mind** 1694:5 1696:14 1756:10 1757:14
**mindful** 1710:8 1771:20
**minding** 1925:4
**mine** 1804:24
**mine's** 1910:22
**mini** 1586:1,14
**minimize** 1683:1
**minimum** 1754:18
**mining** 1804:24 1805:3
**minute** 1933:11
**minutes** 1681:7 1681:10,22 1683:13 1684:23 1781:23 1847:3 1847:14 1853:4
**misappropriated** 1589:11
**mischaracteriz...** 1761:6 1762:11
**mischaracteriz...** 1776:14
**mischaracteriz...** 1935:24
**misconfigure** 1712:15
**misconstrued** 1941:5
**miscounted** 1763:8
**misheard** 1784:2
**misinformation** 1688:14,16 1695:2,10 1699:20 1700:3 1703:9,12,17
**mislead** 1673:9 1673:10 1890:11
**misleading** 1749:20 1758:23 1829:15,22 1890:9
**misleadingly** 1767:10
**misrepresent** 1734:4,17 1736:10 1784:3
**misrepresentat...** 1587:24 1588:21 1589:1 1589:10 1590:14 1734:19
**misrepresentat...** 1581:19 1588:4 1748:24 1760:3
**misrepresenting** 1722:23
**missed** 1877:20
**missing** 1878:14
**misspeak** 1783:9
**misspoke** 1783:13 1784:2 1852:21
**misstatement** 1755:10,18
**misstatements** 1723:3
**mistake** 1940:20
**mistakes** 1712:8 1712:16 1713:2 1821:21
**misunderstood** 1827:3
**misuse** 1678:1 1687:24 1688:11,12 1741:13 1743:13 1744:12,23 1746:1 1748:3 1748:11 1749:7 1749:15 1750:2 1750:3 1757:5 1761:20 1766:13,23 1767:3,9,14,15 1767:23 1768:19 1769:3 1770:1,17 1817:18 1822:20 1831:25 1836:24 1838:8 1838:14,15,17 1839:6,12,16 1839:17,23 1840:1,7,17,23 1841:3,22 1842:22 1843:3 1844:3,7,18 1845:19 1860:4 1866:1,7 1868:5,6,12 1871:25 1872:10,24 1874:14 1875:3 1875:19 1876:14 1877:10,16,20 1886:21 1896:12,18 1899:7,20 1907:25 1908:8 1909:9,12 1911:20 1912:12,14 1917:4 1930:10 1933:4 1937:9
**misused** 1678:12 1747:23,24 1748:14 1749:25 1751:4 1755:12 1789:10 1823:15 1832:19,24,25 1865:3 1916:25
**misusing** 1828:10 1865:17,25 1877:1 1909:17
**mitigating** 1686:18
**mobile** 1715:18 1721:25 1727:6 1727:13
**model** 1619:21 1620:3,3 1630:15
**models** 1620:22
**moderation** 1646:7 1737:12

**modified** 1710:24
**moment** 1694:5 1722:16 1787:12 1917:16
**moments** 1721:15
**monetization** 1868:2
**monetize** 1931:8
**monetized** 1870:22
**money** 1595:17 1619:20 1621:13 1625:17 1663:16 1718:23,24 1719:4,14 1798:13 1800:9 1801:15 1804:9 1807:2,12,21 1809:17 1810:1 1890:18 1933:23
**Monika** 1854:24
**monitor** 1645:21 1645:25 1646:4
**MONTEZUMA** 1573:19
**month** 1758:10 1894:21,23
**monthly** 1745:23 1758:7,8
**months** 1784:9 1799:25 1806:12 1904:6 1904:6,9 1909:20 1929:15
**MONTOYA** 1574:3,5
**monumental** 1702:8
**moot** 1852:4
**Morality** 1692:9
**morning** 1579:17 1579:23 1614:12 1615:7 1616:8,21 1617:16,17 1682:5 1701:10 1709:18,19 1716:21 1782:16,17,18 1783:2,16 1852:25 1853:7 1897:9,11 1942:6 1943:11 1943:23
**Moscow** 1652:6 1657:20
**motion** 1601:21 1626:12 1746:19,20,22 1760:1,6,15
**Mountain** 1780:20
**mounted** 1668:4
**move** 1609:10 1610:5 1618:21 1619:2 1656:11 1707:16,19 1716:1 1735:5 1791:3 1799:5 1802:9 1805:24 1815:5 1817:4 1818:17 1820:24 1824:7 1825:16 1830:2 1868:24 1880:19 1885:16 1891:14 1900:14 1922:13 1926:21
**moved** 1777:23 1936:2
**moves** 1841:25
1863:15 1865:6 1904:12
**mstambaugh@...** 1575:6
**multiple** 1585:25 1651:21 1670:9 1738:21 1792:1 1831:10 1909:10
**myPersonality** 1681:4 1685:4 1833:8
**MZ** 1895:20

**N**

**N** 1574:20 1576:1
**name** 1590:5 1621:4 1691:2 1691:7 1730:2
**named** 1661:2 1675:9 1930:13
**names** 1632:25 1730:4 1924:7
**narrative** 1607:19 1670:22 1891:5
**narrow** 1621:7 1767:2,4 1769:2 1844:6 1845:4 1851:15 1862:18 1878:9 1893:22
**narrowed** 1593:3 1844:21,25 1851:23 1860:16,16 1868:4,9 1876:7
**narrower** 1733:5 1768:25
**narrowing** 1840:17 1844:3 1845:11 1869:18
**narrows** 1845:19
**nascent** 1620:3
**national** 1674:17
**native** 1861:6
**natural** 1626:10 1742:22 1942:19
**Navajo** 1646:10
**NDA** 1627:19
**nearly** 1744:23 1789:11 1834:15 1911:13,14,19 1917:4
**necessarily** 1652:5 1657:18 1785:17 1807:6 1836:13 1866:24 1910:1 1925:12,19
**necessary** 1644:11,22 1645:2 1846:8 1880:3
**necessitates** 1787:11
**need** 1606:13 1614:2 1644:22 1660:18 1684:11 1690:24 1710:9 1711:9 1719:10 1720:25 1728:14 1731:13 1757:22 1761:5 1770:22 1776:5 1800:22 1801:6 1808:12 1815:20 1819:25 1821:22,24 1825:18 1838:5 1842:1 1845:8 1848:1 1851:7 1866:20 1867:8 1872:7 1881:13 1906:6 1922:15 1923:1 1924:2 1935:18 1938:25 1941:6
**needed** 1617:1 1620:4 1695:16 1702:8 1765:11 1787:8 1866:24 1883:7
**needs** 1614:4 1638:24 1689:8 1692:6 1719:15 1723:24 1728:20
**negative** 1666:21
**negotiate** 1779:13
**negotiating** 1784:10
**neither** 1665:19
**Neko** 1809:21
**NELSON** 1575:4
**nephew** 1920:24 1922:25
**nephews** 1919:15
**net** 1597:19,20 1597:20 1599:8 1599:11,13 1600:8,10 1601:10,12,22 1601:25 1602:5
**network** 1729:11 1867:25
**never** 1581:16 1588:17 1590:9 1598:22 1640:24 1641:16 1642:5 1649:2 1650:6 1667:14 1697:10,15 1701:5 1703:6 1703:7 1746:18 1746:21 1748:12

1833:11 1910:24 1913:20
**new** 1573:1,4,20 1573:24 1574:2 1574:6,8,10,14 1574:14 1575:5 1579:1,6 1632:9 1646:8 1646:10 1656:11 1667:13 1719:24 1725:5 1725:5 1730:18 1743:12,16,21 1744:11,22 1745:6,9,13,15 1745:16,20,20 1745:23,25 1746:6,25 1747:4,8,10,15 1748:11,17 1749:9,12 1750:8,9,25 1751:1 1752:9 1753:20 1754:20 1756:6 1756:7,20,23 1757:1,2,5,17 1757:22,24 1761:23 1789:12 1790:5 1795:25 1796:1 1801:21 1807:3 1809:4,5 1812:16,21,25 1818:4 1819:1 1831:3 1834:14 1844:16 1876:17,23 1877:3,5 1878:21 1879:15 1884:5 1884:11,13 1899:15 1902:21,23 1907:24 1908:7 1908:16,18,22 1911:3,9,15 1915:18 1917:3 1945:4,24
**newer** 1738:10
**news** 1585:11 1593:22 1623:10 1632:2 1691:9,11 1699:14,16 1701:14 1738:21 1742:19 1853:1 1942:16 1943:1 1943:3
**newspaper** 1631:8,17,21 1666:18 1667:13 1943:2
**newspapers** 1632:6,10 1830:23
**Newsroom** 1705:7 1816:20
**newsworthy** 1840:22
**nfranse@rode...** 1575:6
**night** 1779:25 1781:25 1782:18,25 1783:12,12
**nighttime** 1935:9
**no-** 1642:23
**Nokia** 1804:11
**nonconsensual** 1914:13
**nondisclosure** 1627:4,5
**nondisparage...** 1627:20
**nontechnical** 1650:1
**normal** 1765:8
**normally** 1636:20 1640:1 1670:10 1902:4 1905:9
**note** 1711:7 1782:13 1806:19
**noted** 1864:3 1872:3 1876:5 1878:10 1883:24 1925:13
**notes** 1704:4,7,9 1716:24 1807:18,19 1860:8,13,25 1862:2,5,13 1872:22,23 1873:15 1875:1 1878:15 1891:8
**nothing's** 1704:17
**notice** 1761:24 1783:2,16 1787:23
**noticed** 1879:13 1909:20
**noticing** 1902:16
**notification** 1686:21 1687:1 1753:4,5 1840:7,19 1846:7,8 1874:15
**notifications** 1833:5,18 1837:22 1846:10
**notified** 1681:2 1685:2,5,25 1686:3 1687:8 1753:14 1833:9 1833:11 1837:1 1838:1 1887:18
**notify** 1680:22 1685:21,22 1686:13,19 1687:11,19 1688:10 1740:18 1741:14 1747:23 1748:4 1753:3 1766:20 1832:23 1833:2 1837:15 1840:5 1840:9 1841:14 1842:21 1843:2 1844:4,8 1862:7 1899:21
**notifying** 1687:20 1688:5 1767:7 1884:23
**noting** 1696:5 1879:24 1913:14
**notion** 1746:5
**November** 1693:12 1904:5 1904:24
**NPR** 1670:19,19
**number** 1585:24 1602:8 1614:20 1615:16 1616:25 1619:19 1629:15,22 1630:5,6 1659:24,25 1660:1 1662:5 1662:7 1672:18 1674:3,4 1686:7 1705:22 1706:16 1743:11 1745:22 1747:4 1747:10,15 1749:9,12,15 1749:15 1750:7 1750:9,25 1756:2,7 1758:5,9,11,16 1760:2 1763:1 1771:23 1773:17 1777:5 1797:12,19,23 1797:24 1811:7 1826:2,12 1834:20 1835:2 1848:22 1850:9 1851:22 1861:8 1861:13 1867:12 1871:20,21 1884:9,13,14 1887:20 1892:12 1908:7 1909:11,19,24 1910:8 1911:5 1911:7,16 1930:17
**numbered** 1809:9
**numbers** 1625:6 1625:8 1640:4 1707:17 1708:2 1744:2 1748:15 1894:1 1908:17 1910:3
**numerous** 1881:7 1882:6
**NW** 1575:4

### O

**o'clock** 1942:5 1943:11,24
**oath** 1628:2,3 1927:22 1945:6
**Obama** 1674:19
**object** 1584:4,6 1731:20 1732:8 1733:13 1811:21
**objected** 1733:4
**objecting** 1773:18 1781:19

**objection** 1599:16,18 1601:22 1602:2 1610:11 1611:10 1683:21 1708:14 1715:24 1718:10 1722:11,15,25 1746:21 1761:8 1762:24 1766:5 1766:5 1774:7 1777:15 1781:15 1783:2 1787:13 1791:4 1791:16,21 1799:9 1802:11 1805:25 1815:7 1817:5 1818:18 1820:25 1824:10 1825:24 1827:6 1830:5 1843:15 1850:4,15 1851:1,4,15 1863:20,24 1864:1 1865:8 1868:25 1880:20 1885:17 1888:15 1891:22 1892:1 1904:14 1922:14
**objection's** 1793:22 1850:7 1864:2 1893:8
**objections** 1614:21 1615:16 1616:6 1682:10 1743:10 1774:4 1780:18 1784:17 1791:8 1849:4,5,25 1850:18 1851:15,25 1852:4 1853:18 1905:18
**objective** 1689:25
**obligation** 1606:3
**observed** 1875:4
**obtained** 1661:24 1905:15
**obvi-** 1625:13
**obvious** 1638:9 1906:10
**obviously** 1637:17 1646:5 1661:16 1690:1 1825:9 1855:21 1868:8 1874:4 1875:17 1880:25 1910:19 1931:13,14
**occasions** 1759:15
**occur** 1753:6 1754:15 1823:24 1868:7
**occurred** 1585:9 1695:23,24 1753:10 1838:15 1874:14 1896:13 1937:6
**occurring** 1731:10 1914:4
**October** 1645:9
**off-Facebook** 1722:22
**offer** 1727:21
**offering** 1915:24 1916:10
**offers** 1854:8 1870:22
**officer** 1617:19
**official** 1666:4 1927:1
**officially** 1891:6
**oftentimes** 1637:20 1712:8
**oh** 1591:6 1592:4 1640:15 1654:13 1655:13 1676:15 1712:22 1735:13 1739:24 1748:10 1778:22 1809:20 1832:8 1838:4 1841:3 1846:5 1851:9 1871:10 1873:3 1886:22 1913:23 1914:23
**okay** 1590:17 1594:6,7 1596:9,12 1597:11 1598:5 1599:1 1600:21 1601:19 1602:3 1602:7 1607:11 1608:3,7,23 1611:9 1612:25 1615:4,25 1616:1,12 1619:11 1621:3 1621:23 1622:9 1622:19 1623:1 1624:1,6,17,21 1625:9,12,15 1626:2 1627:11 1627:21 1628:1 1628:5 1630:1 1630:9,14 1631:7,19 1634:11,15 1635:10,17 1636:3,6,15,22 1637:1,10,23 1638:19 1639:3 1639:12,15 1641:9,22 1642:2,12,22 1643:18 1644:12 1645:9 1646:8 1647:6 1647:9,21 1648:2,14 1650:11,25 1651:6,23 1652:11 1653:15 1654:8 1654:11,17 1655:8,17 1657:6,24 1658:10 1659:8 1659:14,21 1660:13 1661:7 1661:11,14,23 1662:3,8,11 1663:9 1664:10 1665:8,20 1667:21 1668:12 1669:13 1670:8 1671:7 1672:17 1672:20 1674:5 1674:17 1675:7 1675:13,23 1676:12,17,22 1677:4,14,21 1679:14,23,23 1680:8,14,17 1680:21 1681:1 1681:14 1684:16,24 1685:1 1686:24 1688:13 1690:3 1690:11,24 1691:3,5 1692:14,20 1694:2,15 1696:18 1697:23 1698:5 1698:13,17,21 1698:25 1699:9 1699:25 1700:1 1701:7,13 1703:1 1704:11 1705:16 1708:3 1711:19 1714:15 1717:19 1718:6 1722:9,13 1724:15 1731:11 1735:11,13,17 1735:18,24 1741:22 1744:20 1750:22 1751:6 1756:9,12 1760:14 1761:2 1763:17,21 1764:6 1767:3 1771:10 1773:2 1773:5 1775:25 1776:8 1779:16 1780:6 1782:1 1785:6,8 1786:14 1788:14,20 1789:17 1790:7 1790:23 1791:1 1796:7,20,23 1797:3,19,22 1798:5 1799:19 1800:2 1801:5 1801:13,16 1802:7 1804:4 1806:5,15 1810:8 1815:1 1815:4,16 1816:6,23 1817:3,10,25 1818:9,13,15 1818:24 1819:5

1819:18 1820:2 1821:13 1822:8 1822:24 1823:3 1823:21 1824:23 1825:2 1825:5,13,15 1826:15 1827:9 1829:14,17 1830:1 1831:5 1833:23 1834:7 1834:16 1835:4 1836:9 1838:4 1840:10 1841:16,20 1843:11 1846:15 1848:7 1848:16 1849:22,24 1850:2,6,16,24 1851:21 1852:6 1855:3 1858:8 1858:10,16 1859:9,23 1861:5 1863:4 1865:5,23 1866:15 1868:11 1871:11,12 1873:6,22 1877:7 1885:2 1885:22 1886:9 1886:12 1887:16 1888:25 1890:20,23 1892:4 1893:4 1893:25 1894:10,14,23 1895:4 1896:10 1900:6 1903:15 1903:22 1904:11,19,25 1905:5,20 1907:14 1908:6 1911:23 1912:6 1914:8 1918:12 1919:1 1920:3 1921:16 1926:19 1927:17,24 1931:12,20 1933:10 1934:10,23 1936:3,5 1940:3 1942:1 1942:2

**old** 1617:25 1618:3 1796:18 1905:15

**older** 1618:3 1796:15

**omission** 1752:23 1761:12

**omissions'** 1761:15

**omitted** 1752:25

**onboard** 1615:19

**once** 1609:9 1646:2 1730:13 1742:17 1764:17 1775:6 1787:7 1814:6 1859:6 1912:22 1912:23 1926:16

**one's** 1580:15 1738:18 1802:21 1820:19

**one-size-fits-all** 1756:13

**one-time** 1889:10

**one-year** 1879:6 1879:8 1884:6

**ones** 1633:10,13 1639:18 1711:25 1729:20 1737:19 1764:11 1837:23 1852:16 1862:19 1866:17 1869:19 1874:10 1876:9 1910:4,18

**ongoing** 1696:25

**online** 1619:16 1619:16 1709:24 1710:11,15,20 1714:12 1718:9 1739:16 1885:11 1930:23 1931:10

**oops** 1813:16

**op-** 1619:16

**open** 1620:20 1715:4 1725:8 1736:2 1773:24 1792:21 1848:1 1853:10 1854:23 1855:4 1855:19 1857:2 1858:8,20,25 1859:5

**opening** 1580:14 1725:23 1726:13

**operate** 1866:20 1881:14

**operating** 1617:18 1710:25 1821:25

**operational** 1846:8

**operations** 1619:17 1902:4

**operative** 1864:23

**opine** 1722:2

**opinion** 1598:19 1600:6 1690:4 1744:11 1746:16 1751:3 1798:1 1854:8 1911:18

**opinions** 1715:15 1744:11 1746:23,25 1788:21 1930:7 1930:8 1932:6 1934:7

**opponent** 1587:3

**opportunities** 1713:2

**opportunity** 1615:5 1650:9 1719:12 1720:1 1738:4 1811:21 1920:8

**opposed** 1605:8 1726:16 1880:16

**opposing** 1780:16

**opposite** 1692:23

**opted** 1874:9

**Option** 1907:11

**options** 1913:2

**orange** 1745:22 1758:2,6

**order** 1633:23 1658:1 1697:18 1732:24 1771:7 1772:1,4,13 1773:13,15 1774:15,24,25 1776:16 1777:13,18 1780:12 1781:1 1781:11 1782:5 1782:20 1783:7 1783:20 1784:4 1784:14 1835:21 1857:16 1902:23 1921:21 1931:12

**ordered** 1595:22

**ordinarily** 1720:10

**ordinary** 1773:11

**organization** 1692:1 1700:16

**organizations** 1699:17

**organized** 1929:20

**orient** 1894:14 1903:8

**original** 1636:24 1685:8 1776:22 1906:15

**originally** 1901:22

**ostensibly** 1934:3

**outcome** 1681:19 1742:12 1846:25 1942:10 1945:19

**outlets** 1882:7

**outline** 1668:22

**outlines** 1866:3,4

**output** 1729:1 1902:12

**outright** 1839:10

**outside** 1617:1 1666:4 1674:10 1787:8 1863:6 1863:9 1892:15 1942:24

**outsourced** 1901:23

**outweighed** 1754:6

**overall** 1682:16

**overhauling** 1737:8

**overpermission...**

1883:4,6
**overrule/disagr...** 1895:24
**overruled** 1599:17 1724:10 1734:21 1766:6 1793:23 1849:25 1850:8 1850:18 1851:4 1852:1,3,3,18 1893:8
**overruling** 1611:10 1683:20
**oversaw** 1651:3
**Oversight** 1581:10
**overview** 1639:23 1639:23 1741:25
**ovulation** 1715:21
**owned** 1628:20 1628:22 1629:3 1652:13 1886:2
**owner** 1886:6
**owners** 1659:6
**Oxford** 1691:19

**P**

**P.A** 1574:4 1575:3
**p.m** 1779:20 1781:17 1944:6
**page** 1576:3 1577:2 1584:15 1599:6 1602:8 1602:21 1603:2 1606:24 1608:10,18 1609:7,10 1638:4 1641:12 1642:3 1658:4 1658:20 1659:9 1659:9 1677:21 1677:22 1678:8 1678:21 1691:23 1693:6 1693:11 1730:16 1744:2 1768:8 1780:12 1780:15 1785:16 1790:18 1804:15 1817:11 1818:25 1821:6 1825:6,6,7 1826:12 1827:25 1828:1 1849:25 1850:1 1850:8,9,12,18 1851:17,19,21 1851:24 1852:2 1852:3 1865:21 1867:5,11 1871:4 1881:20 1883:9,10 1885:23 1891:11 1894:3 1895:5 1901:19 1907:1 1909:22 1912:3 1917:24 1921:17,18 1922:5 1923:9 1935:5
**pages** 1573:14 1594:8 1596:8 1779:3,10 1785:3 1855:1 1860:21,23 1881:2 1894:2 1932:17,21,25 1933:7,9,12 1934:16 1935:8 1936:14 1945:13
**papers** 1711:21 1714:5
**paradox** 1915:8
**paragraph** 1656:18 1676:1 1676:13 1677:5 1677:23 1678:16 1691:12 1819:6 1819:23 1821:15 1870:14 1882:24 1886:4 1903:1
**parentheses** 1693:15
**parse** 1770:15
**part** 1580:7 1588:12,16,17 1589:9 1593:16 1596:16 1597:8 1600:18 1602:15,17,20 1610:8 1632:1 1637:15 1646:17 1650:11 1651:13,13,21 1663:8 1673:24 1691:21 1692:12 1706:8 1716:17 1721:8 1747:5 1750:1 1751:24 1752:14 1754:23 1757:9 1759:13,22 1761:7 1763:13 1768:15 1769:16,18 1770:1 1775:4 1776:21 1777:12 1790:24 1796:23 1814:4 1832:4 1835:18 1839:5 1840:23 1841:20 1844:11 1848:1 1852:19 1854:8 1854:21 1860:15 1874:2 1876:1 1882:4 1882:17 1893:18 1897:18 1931:6
**participate** 1661:18
**particular** 1641:10 1706:17 1712:23 1732:5 1733:17 1735:21,22 1747:10 1893:1 1898:17
**particularly** 1637:8,15 1640:8 1700:23 1814:2
**parties** 1583:14 1584:2,21 1659:6 1681:25 1720:15 1721:9 1721:18 1729:16 1736:2 1742:24 1774:17 1776:17 1777:2 1777:5,25 1779:7 1781:22 1782:7 1784:10 1791:12 1792:2 1793:21 1795:17 1813:6 1867:21 1942:21 1945:18
**parties'** 1683:19
**partner** 1699:16 1808:2,8,25
**partners** 1789:7 1800:7,8,23 1801:9 1802:18 1803:7 1807:21 1895:16
**partnership** 1648:4,11
**partnerships** 1647:17,20,25 1895:10,14
**parts** 1651:11 1657:1 1706:21 1861:25
**party** 1584:20 1587:3 1773:15 1775:1 1780:16 1793:11
**Paseo** 1573:24
**passages** 1826:4
**passing** 1880:17
**password** 1725:5
**patience** 1830:12
**pattern** 1916:7
**patterns** 1712:11 1916:8
**pause** 1654:25 1746:10
**paused** 1618:9 1681:5
**pay** 1719:13 1807:21
**paying** 1582:22 1719:4 1807:2
**payment** 1873:18
**payments** 1873:20
**PDF** 1860:18 1868:19
**penalty** 1811:5
**people** 1581:16 1587:22 1588:15,16 1589:4 1590:8 1591:15,24 1595:11,12 1619:25 1620:1 1624:11,12,13

1627:15 1630:4 1630:6,16,19 1630:22 1631:19,22,24 1632:4,5,8,15 1632:19,24 1633:2,23 1634:3,4,6,9,14 1635:6 1638:17 1640:7,17,20 1646:5,9,15,22 1647:13 1648:10 1650:8 1652:19 1653:11 1661:22 1666:2 1667:11 1669:10,16 1671:7,10,14 1671:17 1672:9 1674:21,25 1677:7,9 1678:2,11,24 1679:3,16 1680:22 1681:1 1681:2 1685:1 1685:2 1686:14 1687:21 1688:23 1689:6 1689:10 1692:21 1694:17 1695:3 1695:4,6,8,18 1696:6,9 1697:7,8,13 1700:8 1701:17 1702:7,14,16 1704:20 1705:2 1709:23 1710:15,25 1712:4,8,15,16 1712:24 1713:1 1713:2,4,21 1714:10 1719:4 1719:8,11,12 1719:16,25 1720:6 1721:11 1721:14 1725:18,21 1728:19 1731:6 1731:9 1736:4 1737:3,4 1739:2 1742:22 1745:15 1747:23 1748:5 1748:9,11 1749:16 1751:1 1755:21 1759:6 1761:23 1767:7 1770:21,22 1789:15 1792:9 1792:12 1795:9 1795:16,19,21 1795:23 1802:6 1804:14 1805:2 1817:17,20,21 1826:5 1834:13 1835:25 1840:9 1841:14,15 1844:8 1867:2 1870:18,21 1876:13 1882:14 1890:3 1892:13 1900:4 1900:7,10,11 1902:7 1912:19 1913:25 1915:20,25 1916:12 1921:2 1931:9,10 1933:22 1942:19

**people's** 1581:17 1642:24 1644:2 1667:4 1710:18 1789:10 1819:17 1828:11 1924:7
**Peralta** 1573:24
**percent** 1628:20 1642:13 1668:1 1676:4,7,14,16 1676:18 1677:2 1869:14 1871:5 1873:12 1886:2 1911:6,8,8,9 1929:1 1936:23 1938:6 1939:22
**percentage** 1625:23,25 1626:1,13 1628:21 1631:23 1634:2
**perceptions** 1689:14
**Peres** 1692:9
**perfect** 1742:3 1938:20
**performing** 1700:12
**PERFREMENT** 1574:9 1683:3
**period** 1590:15 1637:11 1652:21 1729:14 1735:22 1740:23 1796:7 1872:2 1879:4 1879:6,8,25 1883:23,25 1884:2,4,6,12 1891:10 1904:20 1929:7
**periods** 1924:3
**perjury** 1811:5
**permanently** 1809:4
**permission** 1644:4 1799:3 1802:19 1919:22 1923:1 1924:8
**permissions** 1800:7 1804:21 1808:11 1881:8 1883:5 1887:11 1889:9 1919:3 1919:10 1923:11 1925:20,23
**permissive** 1913:22
**permit** 1765:15
**permitted** 1611:1 1662:25
**permitting** 1611:17
**perms** 1804:21
**person** 1591:12 1595:15,16 1618:15 1638:14,15 1646:1 1648:18 1649:16 1650:6 1652:17 1654:15 1655:15 1656:10,10 1661:6 1673:17 1687:2 1698:10 1748:13 1753:7 1762:2 1803:6 1803:13 1856:5 1923:23 1931:13
**person's** 1623:3 1689:14
**personal** 1601:22 1601:24 1620:23 1632:15 1635:3 1635:15 1644:3 1662:12 1710:22 1719:7 1719:19 1726:24 1810:3 1850:14 1898:3 1925:10
**personality** 1739:1 1882:20 1888:3 1889:11
**personally** 1625:17 1755:12 1832:1
**personnel** 1791:11
**perspective** 1903:3
**persuasive** 1637:6
**perverse** 1920:21
**Ph.D** 1711:16
**phase** 1884:3 1907:17
**phases** 1874:22
**phones** 1710:25
**photo** 1765:24
**photos** 1730:2,9 1795:3 1810:18
**phrase** 1642:12 1649:7 1691:18 1875:20 1901:15
**physical** 1727:22 1730:10
**pick** 1831:8 1925:1
**picture** 1765:13
**pictures** 1632:24 1633:16 1730:4
**piece** 1812:16,22
**pieces** 1728:15,17 1918:13
**pin** 1601:10
**Pincus** 1873:22
**ping** 1605:12
**pings** 1644:25
**pinky-promised** 1739:12
**pissed** 1804:23 1805:2
**place** 1651:10 1652:12,16 1786:17 1807:1

1930:1
**placed** 1787:25
**places** 1675:7 1730:10 1756:16 1792:2 1825:22 1871:18,19
**plain** 1784:20
**plaintiff** 1573:6 1574:2 1577:3 1577:4,5,6,7,8 1577:9,10,11 1577:12,13,14 1577:15,16,17 1577:18,19,20 1577:21,22,23 1577:24 1578:3 1578:4,5,6,7,8 1578:9 1579:11 1615:15 1772:24 1897:10 1943:19
**plaintiff's** 1606:22 1607:17 1614:4 1614:21 1617:5 1707:18 1708:18,20,22 1708:24 1709:1 1709:3,5 1772:22 1790:10 1791:3 1794:7 1798:17 1799:5,16 1801:25 1802:9 1802:12,14 1805:24 1806:3 1814:16 1815:5 1815:8,10 1816:9,15 1817:8 1818:3 1818:17,20,22 1820:15,24 1821:3 1824:8 1824:11,13 1827:22 1830:3 1830:9 1843:18 1861:9 1864:9 1864:11 1865:7 1865:13 1868:15,24 1869:3 1880:8 1880:12,19,23 1885:16,20 1887:21,25 1888:14,17,19 1891:14 1893:15 1900:1 1900:14 1901:6 1904:17 1936:4
**plan** 1582:9 1733:8 1762:20 1774:2 1779:5 1807:6
**planned** 1802:18
**planning** 1800:18 1809:13 1897:14
**plans** 1682:7 1817:12 1841:13 1853:13
**platform** 1580:3 1611:16 1622:10 1624:13 1629:16,23 1632:20 1637:19 1646:22 1648:13 1652:3 1654:10 1655:10 1656:14 1657:16 1662:18 1672:8 1688:22,25 1701:3,6 1702:21 1703:9 1703:13,17 1704:14 1706:9 1719:17,23 1721:2 1736:2 1737:8 1748:4 1789:10 1800:10 1811:11 1817:2 1817:12,17 1819:11 1820:5 1822:1,6 1824:1 1828:14 1828:24 1831:21,24 1832:19 1834:22 1864:24 1879:21 1889:20,22 1890:7 1895:14 1896:25 1916:25
**platforms** 1573:8 1574:17 1579:7 1698:8
**play** 1607:9 1609:9 1611:19 1612:2 1617:9 1648:8 1721:6 1729:18 1768:3 1768:4 1769:19 1770:5 1794:11 1823:7 1828:18 1852:9 1919:14 1920:3 1922:25 1923:23 1930:19,23 1931:9,10,14
**played** 1617:14 1794:16 1823:9 1828:19
**playing** 1597:7 1763:4 1764:14 1768:9 1848:4
**please** 1579:11 1579:16 1608:1 1609:3 1616:15 1616:20 1654:23 1671:23 1677:22 1709:20 1735:18 1742:14,20,23 1766:11 1787:6 1803:2 1850:21 1859:16 1895:12 1907:4 1916:18 1942:17,20 1943:4
**ploy** 1870:21 1888:9
**point** 1593:14 1611:3 1645:13 1680:19 1694:15 1698:5 1700:25 1707:1 1736:6 1741:2 1745:25 1767:8 1772:14,16 1776:25 1777:6 1777:20 1821:13 1828:3 1843:25 1857:2 1866:17 1877:25 1886:10 1896:25 1907:4 1911:1 1912:11 1912:17 1923:14 1924:13
**pointed** 1706:21 1811:24
**pointing** 1585:19 1792:19 1821:20
**points** 1672:8 1699:2 1706:17 1770:7 1881:2
**poker** 1870:19
**policies** 1655:23 1734:4 1740:15 1820:5 1822:1 1838:25 1839:1 1844:19,23 1845:1,2,20 1866:6,11,12 1866:14,15 1867:5,13 1868:7 1872:19 1875:24
**policy** 1635:22 1675:1 1698:24 1698:25 1699:11 1737:15 1801:21 1803:24 1805:7 1807:3,7,15 1808:4,23 1809:1,4 1839:5,7,16 1864:19,21 1866:3,25 1867:8 1868:10 1872:6,11,12 1872:20 1875:23,25 1876:3,5,6 1878:12,19,20 1878:21,24,25 1881:11,16 1883:8 1895:14 1905:23,24 1906:5,12,14
**policy.'** 1692:10
**political** 1652:25 1663:15 1689:14 1739:5
**politically** 1658:22
**politicians** 1689:7

**politics** 1730:9 1810:19
**pop** 1890:4
**pops** 1725:7
**popular** 1729:20 1869:19 1874:10 1885:11 1930:20
**populating** 1862:24
**population** 1646:9 1745:23 1758:7,9
**portion** 1598:2 1599:5,6,14 1606:19,23 1608:8 1640:10 1701:16 1765:25 1780:12 1824:20 1867:18
**portions** 1803:3
**portrayed** 1638:6
**pose** 1892:1
**position** 1682:25 1694:16 1747:3 1769:9 1797:23 1808:9 1813:19 1903:4 1941:13
**possessing** 1906:7
**possible** 1618:15 1620:22 1634:9 1662:20 1682:4 1762:8 1774:1 1774:3 1792:4 1884:18 1907:8 1926:4
**possibly** 1615:8 1802:5 1879:21 1906:23
**post** 1633:2,13,16 1634:12 1638:5 1643:22,23 1644:1,5,7,23 1717:14 1867:8 1902:10 1913:1 1913:10
**post-2014** 1937:8
**postdoc** 1711:17
**posted** 1632:16 1634:3 1705:7
**posters** 1619:4
**postfactual** 1691:18
**posting** 1634:4,8 1634:14,17,21 1634:22 1646:2
**posts** 1623:10 1631:2 1638:3 1638:4 1643:19 1646:5 1704:12 1705:12 1889:9 1913:4,6
**potential** 1840:19 1875:15 1895:16
**potentially** 1678:12 1727:8 1734:10 1819:15 1888:3
**Potts** 1847:21,23 1848:5,8 1851:7 1853:8 1854:18 1855:1 1859:4
**power** 1700:6 1795:9
**PowerPoint** 1668:23 1805:14,19
**PR** 1638:20 1674:22,24 1736:17 1830:25
**practically** 1849:9
**practice** 1593:19 1638:15,18,22 1639:10,12 1640:11,12,19 1669:15,18,21 1752:7,10,23 1807:16 1844:4
**practiced** 1638:21 1639:2 1698:18 1899:4
**practices** 1585:4 1585:20 1593:15 1640:13,14 1736:11 1751:13,23 1752:13 1754:2 1759:13,22 1760:11,21
**pre-2014** 1736:19 1736:24
**precise** 1625:7
**preclude** 1746:20 1746:20
**precluded** 1732:2
**precursor** 1735:25
**prediction** 1889:11
**predictive** 1657:17
**prefer** 1682:21
**preference** 1785:21
**preferences** 1710:19
**preferential** 1798:14 1800:15 1801:20 1870:6 1874:5
**preferred** 1808:7 1846:6
**prejudice** 1597:25 1601:17 1723:1 1778:17,24
**prejudicial** 1586:13,23 1597:22 1599:24 1600:20 1714:24 1731:23 1743:20 1754:20 1760:24
**preliminary** 1579:23 1580:20,25 1590:3
**preparation** 1788:2
**prepare** 1699:1,2 1699:5,10 1932:3
**prepared** 1584:19 1699:5 1699:21 1718:16
**prerogative** 1626:21
**presence** 1617:2 1638:20 1742:17 1787:9 1942:15
**present** 1588:13 1681:18 1742:11 1743:18,21 1753:19 1846:24 1942:9
**presentation** 1588:3 1668:23 1754:14 1762:25 1805:14 1806:6
**presentations** 1717:7 1839:21 1861:3
**presented** 1586:21 1668:20 1765:12
**presenting** 1732:21 1754:5
**preserve** 1864:1 1891:22 1900:21
**Preserved** 1864:3
**presidency** 1703:14
**Presidents** 1674:19
**press** 1736:15 1737:3,22 1738:3 1790:4 1790:4 1816:16 1816:19,25 1819:4
**presumably** 1931:17
**pretrial** 1774:14 1776:16 1777:13,18 1780:12 1782:19 1783:6 1783:20 1784:4 1786:6
**pretty** 1627:16 1700:8 1713:21 1714:3 1730:7 1732:6 1768:17 1819:23 1835:25 1838:23 1867:6 1869:11 1882:1 1937:2 1940:25 1941:8
**prevent** 1643:2 1653:16 1725:17,25 1776:5,6 1828:24
**preventable** 1912:15

**previous** 1620:13 1652:10 1738:7 1766:17 1767:11 1803:17 1810:4 1844:17 1875:13 1919:17
**previously** 1606:21 1607:4 1746:23 1763:4 1780:18 1784:17 1797:25
**price** 1597:24 1598:15,21 1599:19 1601:7 1601:16 1602:4 1602:4 1625:16 1625:19 1629:9 1629:13,15,20 1629:23 1668:1 1676:10
**primarily** 1656:4 1930:21 1934:8
**primary** 1838:10
**princess** 1888:7 1890:5
**print** 1670:14 1863:17 1938:23 1945:11
**printed** 1778:25
**prior** 1601:14 1612:15,17 1764:13 1780:23 1782:17 1813:21 1844:24 1882:23 1937:10
**prioritized** 1680:5
**prioritizing** 1835:1
**prison** 1882:22
**privacy** 1642:15 1642:18,18 1655:23 1672:4 1687:1 1709:24 1710:11,15,18 1712:5,16 1713:2,14,19 1714:1,7,13 1718:9 1725:17 1725:19 1726:15,17 1733:24 1734:4 1734:17 1736:5 1736:7,11,16 1736:18 1738:19 1789:15 1800:25 1801:11 1820:22 1867:8 1872:19 1875:22,24,25 1876:3,4,6 1878:11,11 1912:1,2,4,8,15 1912:19,22,23 1913:12,15 1914:20 1915:4 1915:16,19 1916:5,6,10,11 1917:7
**Private** 1927:1
**privilege** 1776:20 1777:7,9
**pro-** 1626:17
**proactive** 1907:20
**probably** 1585:1 1589:4 1639:17 1648:6 1670:9 1675:12 1699:12 1704:19 1711:9 1721:22 1738:24 1793:7 1801:7 1837:21 1848:9 1852:9 1852:18 1877:19,20,21 1912:20 1916:1 1921:14 1941:7
**probative** 1754:5
**probe** 1939:4
**problem** 1585:2 1594:17 1680:1 1688:21,24 1689:2 1757:7 1757:8 1758:19 1761:7 1779:8 1779:12 1819:9 1820:22 1842:16 1916:12
**problematic** 1704:18
**problems** 1584:25 1585:1 1714:7 1777:21 1898:23 1903:16
**proceed** 1597:17 1682:25 1779:11 1917:19 1941:6 1941:9
**proceeding** 1683:2 1773:24
**proceedings** 1573:13 1944:6 1945:5,15,16
**proceeds** 1595:1
**process** 1620:22 1651:18 1652:12,16 1656:21 1657:13 1686:4 1687:7 1689:8 1689:9 1759:14 1777:12 1778:2 1786:6 1876:21 1895:16
**processing** 1873:19 1899:12
**produced** 1582:4 1584:3 1610:23 1777:11 1810:17 1860:18 1861:6 1861:23 1862:15 1874:24 1875:6 1892:21 1908:20 1909:22 1929:6 1929:13,15
**producing** 1902:15
**product** 1619:25 1626:9 1630:7 1636:2 1639:22 1640:18 1649:25 1650:2 1698:23,24 1737:20 1738:2 1777:10 1804:24
**production** 1745:18 1756:4 1756:19 1757:12,13
**products** 1626:12 1626:14,17,23 1630:8
**professor** 1662:8 1662:9
**profile** 1622:17 1622:22,23,25 1623:7 1725:16 1727:15 1729:24,24 1913:9 1924:4
**profiles** 1622:18 1622:20 1925:17
**profits** 1629:21 1692:7,16,19 1692:23,25
**program** 1648:15 1649:24 1672:1 1702:14,19 1703:21 1902:14 1903:5
**Programming** 1918:9
**progressed** 1716:25 1840:16 1862:12
**prohibit** 1807:3
**prohibited** 1838:22 1839:12 1866:2 1867:18
**prohibition** 1867:19
**prohibitions** 1838:24 1866:4
**project** 1626:17 1891:4
**promise** 1605:21 1671:14 1702:20,23 1703:2,4,11,16 1747:21 1748:8 1761:22 1767:9 1795:25 1796:4 1802:19 1804:2 1822:25 1833:14,23 1840:23 1937:14
**promised** 1604:10,10,13 1605:1 1606:9 1635:10,14 1654:2 1671:17 1740:1,2,16

1766:24 1770:20 1812:19 1813:15 1822:15 1847:23 1937:15
**promises** 1580:8 1671:3,5,20 1679:14 1685:16 1767:16 1814:22 1817:11 1819:1 1821:10 1825:14 1830:16 1831:9 1833:25 1840:3 1893:18,20,24 1903:17
**promising** 1582:20 1613:11 1741:2 1822:18 1831:10,16,18
**prompted** 1739:17
**proof** 1586:11 1604:9 1754:8
**propensity** 1732:22 1733:12 1734:15
**proper** 1584:8 1603:19 1941:18
**properly** 1768:14 1937:17
**property** 1670:11
**proposal** 1800:4 1888:2 1889:25
**proposals** 1896:5
**propose** 1757:17
**proposed** 1691:8
**proposing** 1757:15 1826:19
**proposition** 1719:21 1721:9
**propounded** 1945:9
**protect** 1677:8
**protection** 1882:9
**protections** 1705:8 1895:7
**protective** 1772:1 1772:4,13 1773:13,15 1774:23,25 1781:1,10
**protocol** 1728:17 1806:25 1876:2
**protocols** 1896:1
**prove** 1604:7 1666:21 1697:11 1732:15 1751:11,13,15 1906:11
**proved** 1642:6
**proven** 1666:6
**proves** 1587:4 1604:2,2 1606:8
**provide** 1584:12 1611:4 1612:16 1621:24 1638:16 1659:4 1668:22 1723:11 1728:2 1765:12 1800:24 1801:10 1889:7 1889:10 1895:7 1915:16 1941:4
**provided** 1584:21 1658:24 1723:17 1825:11 1876:22,22,25 1877:2 1908:9 1927:14
**providence** 1584:10
**providing** 1638:16 1715:15,16 1723:10 1813:11
**province** 1892:23 1893:2
**proving** 1605:4 1748:3 1906:24
**provision** 1774:16,18 1777:1 1784:16 1784:23
**provisions** 1784:21
**pseudonym** 1691:1
**psychology** 1915:9
**public** 1588:18 1588:22,25 1590:9 1619:7 1624:23 1634:12 1635:20 1636:9 1637:6 1641:17 1667:6 1669:13 1669:19,25 1670:3 1689:8 1689:11 1702:17 1717:9 1717:10,15 1739:14,18 1741:5 1772:8 1778:12,16,23 1789:4,19,21 1805:2 1807:23 1808:6 1813:4 1814:9 1894:16 1903:4 1905:2
**publicize** 1738:3
**publicly** 1634:3,8 1634:14,21 1635:10 1639:20 1644:8 1644:24 1740:16 1741:2 1798:9 1810:23 1812:19 1813:20 1872:10,11 1878:21
**publish** 1764:22 1894:8
**published** 1866:11
**publishes** 1866:13
**pull** 1674:6 1718:3,20 1878:15 1912:25 1913:9
**pulled** 1810:14
**pulling** 1867:10 1872:3 1925:16
**purchased** 1882:19
**purported** 1584:10
**purports** 1889:11
**purpose** 1590:19 1590:19 1890:14
**purposes** 1606:12 1611:18 1788:6 1881:19 1882:21 1890:13
**pursuant** 1772:12 1773:13
**push** 1601:5 1736:17 1830:25
**pushback** 1906:22
**put** 1581:2 1637:18,19,21 1668:9,25 1677:20 1706:3 1716:24 1717:16 1759:21 1769:8 1770:24 1783:2 1793:18,20 1799:11,18 1832:12 1847:24 1848:2 1857:13,21 1896:7,23 1897:19 1909:19 1914:12 1927:5 1934:18 1936:6 1936:11 1938:15 1939:11 1944:2
**puts** 1605:23 1631:10
**PX292** 1584:11 1603:12,13
**PX512** 1932:10 1932:14

## Q

**Q&A** 1640:10
**qualified** 1715:7 1718:8
**quality** 1902:12
**quarterly** 1639:19
**question** 1598:8 1599:8 1601:4 1602:4 1616:5 1620:20 1635:4 1635:8 1642:11 1644:14,17 1649:7 1650:10 1664:20 1675:14 1677:6 1679:22

1685:25 1686:1 1687:4 1690:25 1700:1 1707:6 1750:13 1768:18 1769:3 1776:1 1782:22 1803:5 1808:16 1811:17,19,19 1811:22 1813:1 1831:9 1853:14 1856:24 1919:17 1920:11,12 1923:13 1924:24 1928:5 1928:7,19,21 1928:21 1930:2 1931:2 1937:18 1937:24 1938:2 1938:4,20 1939:21 1940:3 1940:12 1941:6 1941:7,9,9
**questioned** 1932:5
**questions** 1591:1 1591:4,23 1595:3,19 1599:20 1602:16 1603:8 1604:2 1611:23 1611:23 1612:3 1612:10 1613:24 1648:19 1678:21 1699:14 1705:25 1706:16 1733:8 1792:14 1811:18,25 1832:15 1834:9 1837:7 1888:12 1905:18 1917:11
1919:25 1920:6 1938:20 1945:9
**quick** 1722:15
**quicker** 1856:9
**quickly** 1620:2 1646:3 1771:21 1782:11 1783:25 1814:14
**quiet** 1631:15
**quietly** 1741:15 1934:4
**quite** 1679:25 1732:4
**quiz** 1882:20 1888:6 1889:17 1890:20 1896:2
**quizzes** 1888:3
**quote** 1763:2 1764:8,18
**quotes** 1763:13 1763:22 1764:1 1768:17 1808:2
**quoting** 1678:8 1755:18 1764:11 1792:2

**R**

**R** 1575:4
**race** 1778:3
**racist** 1705:17
**radio** 1943:1
**raise** 1601:23 1771:22
**raised** 1600:17 1601:3,23 1746:18,22 1759:15 1763:3 1781:25 1895:20
**raises** 1763:3
**ramp** 1647:15
**rampant** 1877:17 1877:18 1878:1
**ran** 1605:10 1610:16
1674:13
**RANDI** 1574:4
**randi@mcginn...** 1574:7
**random** 1720:22
**randomized** 1889:10
**Randy** 1579:13
**range** 1599:9 1601:11,12
**rated** 1699:18
**Raul** 1573:5 1579:7
**re-** 1673:17
**reach** 1621:6,12
**reached** 1916:16
**reaches** 1688:22
**reaching** 1621:9
**reacting** 1633:12 1637:13
**reaction** 1740:6 1896:3
**read** 1589:22 1632:9 1657:10 1663:5,7,8 1678:3 1679:7 1679:14 1693:13 1699:6 1702:25 1717:3 1732:12 1734:13 1771:16 1781:13 1784:5 1784:16 1800:19 1829:19 1845:15 1852:16 1867:17 1869:17 1871:23 1872:21 1875:9 1876:9 1895:11 1897:24 1905:13 1910:7
1910:10 1913:10 1930:24 1932:14,18,20 1933:8 1935:8 1938:1 1942:24
**reading** 1586:18 1632:6 1673:5 1677:12 1706:20 1770:10 1781:12 1783:20 1784:13,21 1793:8 1803:1 1816:8 1819:20 1875:8 1898:2 1905:9 1935:9
**ready** 1752:5 1775:20
**real** 1662:23 1704:23 1807:15 1871:20,21
**reality** 1627:2,2
**realize** 1615:18 1679:5,9 1775:2 1812:1
**really** 1586:1,3 1586:17 1598:9 1626:16 1632:10 1653:2 1660:18 1662:9 1680:9 1682:24 1696:6,10 1707:3 1713:12 1722:15 1730:15 1732:1 1738:18 1739:13 1757:6 1757:8 1759:12 1766:7 1770:17 1770:24 1772:10 1774:1 1774:5 1795:8
1835:3,21 1837:11 1844:1 1856:15 1881:17 1884:11 1887:15 1896:5 1899:16,21 1902:8 1912:17 1913:18,21 1929:20 1930:1 1932:24 1933:2 1935:22 1939:14
**reargued** 1760:7
**reason** 1619:5 1676:17 1677:14 1686:19 1697:6 1700:23 1720:23 1732:20 1750:18 1769:1 1771:22 1786:5 1804:22 1805:1 1808:10 1812:8 1830:14 1869:13 1874:9
**reasonable** 1778:20 1878:24 1907:6
**reasonably** 1890:14
**reasons** 1613:14 1619:6 1638:19 1664:19 1809:13 1826:3 1826:10 1837:20
**Rebecca** 1763:9 1763:19 1764:5 1766:15 1767:20 1768:9 1770:5
**rebut** 1746:5
**recall** 1584:14

1586:18 1603:15 1612:11 1675:25 1705:24 1706:17 1765:22 1766:4 1778:10 1784:1 1798:8 1866:1 1893:18 1904:5 1939:21,24,25 1940:8,19
**recap** 1788:15
**receive** 1867:23 1873:21
**received** 1688:15 1693:2 1777:15 1811:3 1849:14 1882:18
**receiving** 1810:25 1902:2
**recess** 1681:16,21 1683:15 1742:9 1743:1,4 1846:22 1847:2 1847:15 1942:7 1943:10
**Reckoning** 1818:7
**recognize** 1606:25 1798:20 1801:25 1805:11 1814:15 1825:10 1829:12 1841:8 1887:22 1891:1 1900:1
**recognized** 1747:8 1909:16 1941:18
**recollection** 1600:23 1672:21 1673:7 1673:14 1674:3 1676:2,6 1898:4
**recommend** 1931:18
**recommendati...** 1862:6
**reconsider** 1682:9
**record** 1584:11 1586:19 1624:23 1631:2 1631:6 1656:24 1683:15,17 1684:20 1713:23 1743:4 1743:6 1744:6 1778:19 1786:20 1794:3 1827:16 1830:14 1843:13 1845:16 1847:9 1847:15 1859:17 1895:12 1910:11
**recording** 1792:21
**recordkeeping** 1937:4
**records** 1733:4 1745:2 1874:12 1937:7
**recurring** 1713:3 1713:15 1714:8
**red** 1619:3
**redact** 1775:4 1777:7,16 1781:2
**redacted** 1775:17 1777:12 1826:6 1846:1
**redaction** 1774:18 1775:22 1780:11 1792:5 1846:4
**redactions** 1776:18,19 1780:19 1784:6 1784:10,18,24 1785:3
**redirect** 1857:13 1920:9 1939:10
**reduce** 1642:14 1642:17 1703:18 1820:5 1831:21
**reduced** 1642:24 1848:23 1902:19 1945:11
**reduces** 1642:19
**reducing** 1642:7
**refer** 1620:1 1702:6 1764:17 1822:11 1823:25
**reference** 1733:18 1735:6 1787:24 1822:8 1823:22 1861:10 1889:13 1900:22
**referenced** 1825:23
**references** 1584:20 1731:19,21 1771:7 1826:2 1826:10 1827:5 1863:25 1889:15 1891:21 1892:8 1892:10
**referencing** 1863:18
**referred** 1701:17 1741:19 1861:17
**referring** 1599:5 1599:6 1603:6 1608:10 1720:14 1726:12 1733:2 1741:17 1791:24 1792:13 1845:12 1873:10
**refers** 1816:3 1817:23 1892:10 1915:9 1916:10
**reflect** 1889:12
**reflects** 1781:3
**reformulate** 1757:6
**refresh** 1672:21 1673:7,14 1674:2 1676:6 1860:1
**refreshed** 1673:18
**refreshes** 1676:2
**refuse** 1775:3
**refused** 1763:5
**refusing** 1775:18
**regard** 1905:18 1916:5
**regarding** 1659:5 1799:2 1804:20 1849:9
**registered** 1656:10
**regularly** 1637:8 1912:20 1913:12
**regulates** 1726:15
**regulators** 1732:1
**reinstated** 1680:15 1707:10
**rejections** 1777:3
**rel** 1573:4 1579:6
**relate** 1583:16 1585:19 1597:23,24 1760:25 1788:3
**related** 1580:8 1603:20 1605:2 1775:4 1833:16 1868:2 1886:7 1945:18
**relates** 1587:24 1597:19 1606:20 1751:23 1769:7 1822:11
**relating** 1592:24 1593:19 1597:15 1752:14 1757:10 1766:13 1896:11
**relations** 1619:7
**relationship** 1720:20 1810:19 1869:21 1870:3 1870:10 1873:1 1886:1,5,8
**relationships** 1730:9
**relative** 1894:15
**relayed** 1786:1
**release** 1816:16 1816:19,25
**released** 1769:11
**releases** 1638:10
**relevance** 1599:23 1723:1 1731:22 1754:9 1757:7
**relevant** 1583:2 1585:14,16

1593:8 1597:21 1621:15 1711:25 1714:23 1728:12 1732:25 1743:17,19 1746:4 1752:4 1752:11 1753:11,24 1765:25 1766:1 1766:17 1767:21,24 1769:20 1770:3 1784:11 1803:3 1807:19 1824:20 1865:16,18 1866:16,18,19 1867:5,6,17 1881:3 1897:17
**reliance** 1743:16 1747:9
**relied** 1770:10 1771:15
**relies** 1630:15 1719:8
**religion** 1810:19
**religious** 1730:8
**relitigating** 1762:9
**rely** 1637:18 1821:23 1822:9
**remember** 1600:22 1618:23,25 1624:15 1625:6 1625:11 1627:9 1628:21 1629:3 1637:8 1639:18 1645:12 1647:19 1650:18,20 1653:24 1656:1 1656:15 1659:24 1660:10 1661:11 1662:7 1663:9 1664:4 1664:9,11,13 1665:4,11,12 1667:2,5,9,22 1667:25 1668:2 1668:5,14,21 1669:1 1670:15 1670:17,18,20 1670:24 1671:6 1671:9,12,19 1672:16,19 1674:15 1675:10 1680:12,13,16 1680:20 1685:5 1694:10,11 1698:23 1701:22 1702:5 1702:12,16,18 1706:2 1725:5 1725:24 1726:19 1774:15 1776:25 1797:12 1800:20 1812:18 1845:9 1879:5 1881:10 1895:1 1927:6 1932:11 1936:17,22 1937:1,18 1938:5,8 1940:12,13,16 1940:19 1941:13
**remembers** 1939:5
**remind** 1789:18 1790:1 1806:9 1822:10 1861:18 1894:15 1895:2 1903:11 1904:22
**reminder** 1711:9
**remove** 1800:6 1829:23 1848:23 1851:6
**removed** 1756:17 1775:6 1777:8 1849:6
**removing** 1588:20 1786:10 1789:19
**renaming** 1653:17
**renumbered** 1707:18
**reorient** 1904:21
**repeat** 1611:24 1664:20 1764:16 1808:15
**repeated** 1640:25 1641:2 1644:1
**repeatedly** 1743:15 1746:3 1752:12 1761:19 1920:1
**repeating** 1587:7
**rephrase** 1666:22 1679:23 1686:1 1687:4 1928:6
**replace** 1762:14
**replaced** 1704:3
**report** 1580:22 1581:8,10,15 1581:23 1582:15,16,23 1583:6,8 1587:13 1588:13,18 1590:9,21 1591:5,9 1592:13 1595:3 1595:10,21 1602:22 1605:23 1606:7 1613:8,10 1614:20 1654:17 1655:17 1656:18 1659:9 1714:4 1742:17 1742:20 1746:16 1747:1 1869:7,15,17 1871:24 1873:3 1880:13,16 1885:5 1887:1 1908:24 1909:16,20 1910:21 1915:3 1921:6 1929:13 1929:14 1930:24 1932:17,21 1934:20 1935:18,21,25 1936:1,12,15 1936:23 1938:5 1939:22 1940:7 1940:8 1942:15 1942:17 1943:4
**report's** 1876:20 1908:10
**reported** 1573:23 1618:4 1678:25 1701:20 1739:21 1911:5 1939:22
**reporter** 1573:24 1671:22 1702:25 1711:8 1794:17 1828:20 1945:4 1945:24
**reporting** 1573:23 1717:11 1727:9 1741:5
**reports** 1605:19 1639:19 1711:22 1717:4 1728:1 1740:6 1860:14,18,19 1860:20 1868:17,19 1874:25 1876:8 1879:12
**reposting** 1632:2
**representation** 1587:18 1605:8 1753:6 1782:24 1827:19 1842:11
**representations** 1584:17 1586:19 1588:7 1593:12 1710:4 1843:10
**representatives** 1666:3 1670:5
**represented** 1607:6 1705:3 1733:25 1754:13 1826:1 1878:4 1914:8 1935:19
**representing** 1592:13 1793:1 1827:5 1916:23 1932:20
**represents** 1910:11
**reprint** 1779:10
**reprinted** 1779:4
**repurposed** 1885:12
**request** 1600:18 1754:17 1785:2 1862:9 1866:20 1881:13 1889:8 1918:17 1925:15

1940:10,13,15 1940:16 1941:11,14
**requested** 1581:1 1581:8 1582:8 1583:8 1698:12 1729:16 1945:13
**requesting** 1599:15 1601:4 1601:8,9 1872:6 1879:14 1880:3 1881:16 1883:7
**requests** 1656:6 1837:4,9 1884:10,14
**require** 1585:25 1747:9
**required** 1658:2 1658:6,11,13 1751:11,15,18 1875:24
**requirement** 1653:6 1659:4 1751:12
**requirements** 1902:14
**requires** 1581:25 1725:3 1867:7 1902:23
**requiring** 1784:23
**rereading** 1656:24
**research** 1710:13 1712:3,7,20 1713:19 1876:11 1914:6 1914:19 1919:25 1921:1 1932:17 1943:6
**researcher** 1738:25
**reserved** 1584:6 1859:4
**reserving** 1858:2
**reset** 1843:21
**resold** 1882:19
**resolve** 1597:16
**resolved** 1847:21
**resolves** 1762:8
**resources** 1653:10 1659:11
**respect** 1585:4,5 1585:9 1590:20 1683:19 1718:24 1748:11 1760:2 1774:17 1822:19 1831:17 1833:19 1834:3 1850:4,14 1851:14 1853:13 1855:16 1868:7 1874:1 1887:13 1925:20
**respond** 1598:4 1669:4,22 1675:4 1803:13 1836:20 1940:24
**responded** 1678:22 1693:5 1895:22
**response** 1668:12 1668:14,17 1671:4 1677:5 1682:18 1693:10 1751:16 1813:25 1814:8 1837:11 1884:19 1887:12 1927:22
**responses** 1593:3 1761:14 1797:17 1811:4 1927:22
**responsibility** 1815:19
**responsible** 1759:7
**responsive** 1931:2 1937:24
**rest** 1682:7 1807:15 1808:2 1850:17 1852:17 1855:23 1856:16,19,25 1858:2,21,22
**restate** 1688:3
**resting** 1683:4
**restrict** 1671:21 1671:25 1789:4 1817:19
**restricted** 1718:5 1913:16
**restrictions** 1651:9 1717:16
**restrictive** 1705:10 1822:1 1823:15 1915:23
**result** 1736:3 1748:19 1754:7 1824:15 1862:17 1889:10 1915:20
**resulted** 1812:15 1812:22 1890:6
**results** 1713:19 1836:10 1873:19 1909:3 1915:25 1916:13
**resumed** 1618:14 1684:25
**retrospect** 1821:19
**retrospective** 1937:5
**return** 1719:22 1787:11 1788:9
**returned** 1910:13
**reveal** 1588:17
**revealed** 1678:24 1739:24 1870:20
**revenue** 1620:8 1620:15,18,22 1624:3,6,12,16 1624:18 1629:21 1640:2 1646:17,18,21 1651:7 1719:3 1720:6 1809:20 1871:2,6 1873:8,12
**reverberation** 1727:4
**review** 1716:17 1835:5,5,7 1847:20 1852:5 1853:5 1862:9 1874:10 1896:10,19 1922:15 1945:12
**reviewed** 1683:18 1769:16 1790:24 1813:2 1848:14 1849:19 1896:16 1911:18 1922:23
**reviewing** 1817:17 1859:22
**revoke** 1664:6
**revoked** 1667:7,7
**Revolution** 1695:19
**reward** 1817:21
**reword** 1715:4,8
**RFI** 1862:9
**RFIs** 1837:4
**Rhodes** 1574:12 1576:6 1579:14 1682:23,24 1684:4 1709:7 1709:9,10,17 1713:24 1714:25 1715:5 1715:12 1716:1 1716:3 1718:7 1718:14,15,20 1718:22 1723:4 1724:5,13 1726:10 1728:7 1732:10 1733:22 1734:20,22 1735:2,4 1742:3 1746:11 1746:12 1749:3 1749:21 1750:15,22 1751:20 1755:5 1755:8 1761:4 1761:5 1762:18 1762:20 1765:18,19 1766:9,12 1768:2,6 1770:13 1771:8 1771:10,17 1776:11,12 1777:1 1779:18 1779:22 1780:1 1780:5,8 1782:21,24 1783:8,13,18 1783:24 1784:1 1785:7 1786:19 1786:21 1788:11,12,13 1791:2,20

1792:7,12,23 1793:10,14,24 1794:2,9,10 1795:12 1797:4 1797:7,9 1799:4,10,14 1799:18,20 1802:8,16 1805:23 1806:5 1810:8,10 1811:23,24 1812:3,6 1815:4,12 1817:3,10 1818:16,24 1820:23 1821:5 1823:7,17 1824:7,15 1825:16 1826:8 1826:17,21,23 1827:7,14,16 1827:24 1829:10 1830:2 1830:11,13 1832:6,8 1841:24 1842:7 1842:18 1843:13,20 1846:13,16 1859:18,19,20 1863:15 1864:5 1864:13 1865:6 1865:9,12,15 1868:23 1869:5 1871:7,10 1880:18,25 1885:15,22 1888:13,21 1891:13 1892:7 1892:20 1893:5 1893:10,17 1894:7,10 1897:14 1898:1 1898:8,13,16 1900:13 1901:2 1901:8 1904:12 1904:19 1917:10 1922:6 1922:9,15 1938:11,14,22 1939:7,13,16

**Rhodes'** 1754:14

**rich** 1773:22

**richest** 1599:13

**ridiculous** 1633:19

**right** 1584:6 1594:6 1597:2 1597:12 1598:9 1601:21 1602:17,20 1603:4,11,11 1606:11,17 1611:6 1613:12 1617:19 1618:4 1618:17 1619:7 1619:12 1620:13 1621:12 1622:7 1622:8 1623:4 1623:24 1625:1 1627:22 1628:16,25 1629:16 1630:2 1630:7,13,25 1630:25 1632:2 1632:24 1634:1 1634:7,23 1635:2,20 1639:7 1641:4 1642:2 1643:12 1643:13,23 1645:7 1649:16 1649:18 1650:12,17 1652:8,23 1653:13,14,19 1653:23 1655:23 1656:22 1659:17,23 1660:4 1661:4 1661:9,20,25 1662:14 1663:5 1664:12 1666:5 1666:18 1667:18 1670:2 1670:14,23 1673:12,19 1674:11 1675:2 1675:5,15,21 1677:16 1678:3 1678:6,17 1680:2 1683:10 1685:10 1690:6 1690:13 1691:5 1703:9,11 1704:6 1705:4 1705:9,18 1719:11 1722:7 1734:6 1735:22 1738:17 1740:21 1757:19,21 1758:4 1762:19 1763:20 1767:9 1770:15,20 1773:15 1779:17 1780:14 1788:18 1799:9 1800:5,12 1801:22 1806:7 1809:17 1810:6 1819:4 1821:8 1830:20,24 1831:3,13 1833:24 1838:23 1842:17 1851:2 1851:5 1852:23 1857:6 1858:2 1859:1,3 1867:14 1870:13 1873:23 1877:17 1881:5 1881:6 1888:23 1890:10 1892:14 1895:9 1905:4 1911:21 1911:24 1916:2 1916:16 1918:10,13,18 1919:6 1921:13 1923:5 1924:15 1926:11 1928:2 1928:9,13 1931:3 1932:6 1935:3,22 1936:10 1937:5 1940:14 1942:3

**rights** 1772:12 1774:23

**rise** 1616:17 1681:23 1684:17 1743:2 1787:3 1847:4 1859:13 1943:12

**risk** 1657:19 1686:14,17

**ROBB** 1575:3

**robust** 1620:5 1689:8

**Rock** 1810:16

**RODEY** 1575:2

**role** 1918:21

**room** 1640:15,19 1681:18 1689:17 1742:11 1771:2 1846:24 1942:9

**roughly** 1630:13

**round** 1909:19

**RPR** 1573:24

**rule** 1609:8 1722:25 1731:21 1732:2 1754:4 1765:14 1791:16

**ruled** 1606:21 1825:25 1853:16,17,20 1853:21 1897:8

**rules** 1651:9 1731:22 1732:3 1882:9

**ruling** 1611:14 1715:24 1771:12 1785:24 1853:23 1897:11

**rulings** 1854:1

**run** 1580:1 1588:10 1622:6 1636:16,19 1768:12 1796:9 1882:17

**running** 1882:14

**runs** 1710:16 1720:17

**Russia** 1886:17

**Russian** 1678:23 1885:9 1886:19

**S**

**Sacha** 1690:15,18

**safe** 1632:16 1634:6 1671:8 1800:25 1801:11

**safeguards** 1653:16

**safety** 1692:22,24

**Sagi** 1882:17,18

**salary** 1598:12,14 1599:18 1600:25 1601:6 1625:18 1629:6 1629:8

**sale** 1664:17 1767:4 1868:5

**sales** 1619:16,17 1646:23

1839:14 1841:3
**Sally** 1690:25
**sanctions** 1886:16
**Sandberg** 1576:4 1580:2 1582:12 1583:3 1584:12 1586:17 1590:20 1593:20 1594:10 1600:23 1603:13,14,14 1603:18 1606:2 1609:10 1613:6 1617:10,13,16 1640:22 1660:3 1674:6 1678:18 1707:20,21,22 1707:23,24,25 1761:18 1823:6 1836:4
**Sandberg's** 1582:13 1590:22 1592:16,21 1594:1 1597:15 1597:19 1601:10,24 1603:7,24 1606:23 1610:25 1611:4 1614:5 1615:5 1747:25 1897:9
**Santa** 1573:2,20 1573:24 1574:10 1579:1 1579:8
**satisfy** 1774:16
**Saturday** 1782:18
**save** 1622:15 1623:11,14
**saved** 1623:2,7
**saves** 1622:15,16 1622:23,24
**saw** 1663:22 1671:11 1697:17 1718:1 1811:12 1833:19 1840:14 1844:24 1861:19 1871:18 1877:22 1879:11 1890:16 1891:5 1894:25 1898:18
**saying** 1583:18 1586:2,17 1587:6 1588:18 1589:25 1591:12 1592:9 1593:12 1606:8 1618:23 1634:9 1634:10 1644:20 1650:3 1663:25 1673:15 1676:18 1688:4 1688:25 1690:5 1696:19 1697:24 1703:22 1706:18 1714:11 1726:7 1730:21 1733:15 1734:2 1740:10 1749:1 1751:10 1753:23 1757:15 1758:18 1760:22 1792:18 1795:13 1803:6 1815:16 1845:3 1854:18,20 1886:15 1906:23 1907:15 1913:5 1913:18,25 1920:19 1927:18,20 1929:4,13 1933:6,8 1936:10 1939:6
**says** 1583:19 1584:22 1587:10 1598:13 1603:8 1604:12 1606:7 1612:4,5,11 1642:9,19 1643:3 1656:23 1657:3,15,23 1657:25 1658:9 1658:15,19 1659:19 1673:21 1676:13 1677:24 1678:17 1686:2 1690:25 1692:5 1692:9,12 1697:9,11 1734:17 1738:6 1744:22 1745:1 1745:5,9,25 1750:23 1755:11 1756:3 1756:23 1757:1 1757:4,17,24 1757:24 1758:2 1758:6 1773:7 1780:16 1782:25 1790:17 1800:5 1800:12 1801:8 1803:18 1804:7 1804:13,19 1806:25 1807:7 1808:2,18,19 1809:10,20 1815:20,24 1817:14 1821:19 1822:8 1822:22 1828:8 1839:1 1861:6 1865:19 1867:22 1869:16 1870:14 1871:18 1881:7 1882:5,16 1887:2,9 1889:5 1890:11 1894:5 1895:10 1902:11 1923:13
**scale** 1745:18 1756:4,19
**scandal** 1650:16 1650:22 1653:23 1659:16 1660:9 1660:11,25 1669:23 1671:4 1675:8,21,24 1676:5,19 1685:13 1738:20,23 1739:7 1812:11
**scanning** 1835:16 1835:20
**schedule** 1682:8 1682:15,16
**school** 1711:17 1730:20
**Schrage** 1693:8 1696:7 1697:25
**Science** 1711:17
**sciency** 1710:17
**scope** 1832:11 1834:19 1840:2 1845:11 1855:5 1902:19
**scrape** 1884:17
**scraping** 1925:14
**screen** 1735:15 1770:25 1926:14
**screenshot** 1912:19
**scripts** 1640:5
**scrutiny** 1812:15 1812:22
**SE** 1574:5
**search** 1718:2 1876:3,4
**searchable** 1875:12
**searches** 1875:13 1875:18 1876:9
**seated** 1616:20 1787:6 1859:16
**second** 1592:7 1597:1,6 1607:21 1654:25 1658:20 1677:3 1700:14 1705:22 1714:21 1763:11 1778:24 1789:8 1799:8 1817:11 1818:25 1821:15 1825:5 1827:25 1828:1 1828:8 1832:21 1844:1 1850:1 1865:21 1870:14 1881:20 1886:4 1886:10 1891:24 1894:2 1896:9 1903:15 1907:5 1923:20
**second-to-last** 1819:5
**secondary** 1881:19

**secondly** 1582:19 1613:9 1686:11
**secret** 1737:14 1739:11 1741:8 1772:10 1789:6 1808:5 1813:14 1821:17 1822:12 1929:8
**secretly** 1721:23 1737:11,16 1798:12 1803:23 1805:21
**section** 1773:7 1784:5 1816:21 1867:14
**sections** 1602:25 1865:16
**security** 1709:24 1712:17
**see** 1580:4 1581:3 1583:10,19 1599:2 1608:8 1608:15 1621:13,14 1623:10,15 1631:24 1632:23 1633:25 1634:4 1634:6,10,10 1634:11,13,14 1634:18,25 1635:12 1641:13,18,19 1642:2,3,16 1653:2 1654:17 1655:17 1658:1 1658:3 1659:1 1659:2,13 1660:21 1676:12,15 1686:7,18,22 1691:12,21,22 1693:7 1697:14 1697:22 1702:4 1706:18 1723:24 1729:15 1739:17 1742:19 1744:14,24 1756:2 1758:16 1764:10 1767:11 1770:18 1771:20 1777:8 1798:5 1800:23 1801:9 1828:7 1838:12 1844:16 1845:25 1858:6 1876:5 1881:6 1883:9,21 1884:8,13 1888:22 1889:13 1890:4 1890:5 1892:9 1905:11 1912:20,24 1915:17 1920:2 1921:18 1922:9 1934:16 1935:18,24 1942:16 1943:3 1943:22 1944:3 1944:4
**seeing** 1584:15 1586:18 1603:15 1612:12 1706:2 1874:20 1926:14
**seek** 1627:22
**seen** 1608:24 1792:13 1896:1 1911:25
**Select** 1698:6
**selection** 1770:2
**self-certifications** 1940:20
**self-identify** 1652:22
**sell** 1640:23 1641:7,15 1642:4 1644:2 1644:3 1719:2 1839:2
**selling** 1624:19 1646:22 1663:14 1739:5 1867:20
**semantic** 1755:9 1755:20
**Senate** 1698:6 1828:16
**send** 1596:1 1638:12 1656:5 1721:18 1728:19 1759:4 1760:23 1846:9
**sending** 1721:23 1723:21
**sends** 1725:11
**senior** 1802:6 1896:3
**sense** 1614:23 1686:9 1738:13 1750:11 1758:14 1763:16 1784:22 1866:8
**sensitive** 1730:7 1881:7 1887:10
**sent** 1603:13 1669:13,25 1690:22 1701:25 1727:14 1749:25 1750:10 1761:8 1779:1 1837:3 1837:8 1940:9 1940:17
**sentence** 1641:25 1643:21 1651:12,21,22 1652:10 1664:14 1673:15 1676:21 1677:3 1693:13,21 1699:8 1801:4 1803:18 1819:18 1844:2 1845:12,13 1846:3 1867:17 1882:5
**separate** 1725:19 1726:20 1842:13,15 1867:13 1913:11 1924:8 1927:1
**separately** 1762:2
**September** 1573:16 1579:2 1593:4 1698:5 1751:12 1760:8 1777:3,19 1779:15,21 1784:25 1843:24 1870:20 1903:9 1945:20
**Serge** 1576:5 1709:11,13,23
**series** 1590:25 1591:4 1595:18 1710:24
**serious** 1837:7 1840:25 1845:1
**seriously** 1637:21 1696:21
**servers** 1728:23 1729:3 1907:19
**service** 1623:12 1635:9 1645:24 1648:8,13 1723:19 1728:2 1731:3 1873:14 1873:17,19
**services** 1624:12 1710:20 1721:19 1723:10,11,17 1724:20 1727:12,21
**set** 1725:19 1726:14 1735:22 1777:18 1876:8 1911:11 1913:11,16 1917:16 1924:8
**setting** 1912:19 1912:22 1913:17 1925:21
**settings** 1712:5,6 1712:9,16 1714:1 1725:17 1726:17 1733:24 1912:2 1912:9,16 1913:12,15,20 1913:21 1914:20,24 1915:6,23
**settlement** 1733:21 1736:9 1739:11,15,17 1740:1 1769:11 1813:14,20,24 1821:18 1822:13
**settlements** 1731:24 1733:18
**seven** 1745:12 1761:13 1764:3 1764:4
**sex** 1715:21
**shade** 1598:20
**shape** 1670:22

1856:23
**share** 1585:6 1632:19,24 1642:25 1643:4 1644:3,24 1648:12 1650:5 1725:25 1752:7 1795:2,7,10 1913:3
**shared** 1631:3 1644:9 1713:6 1713:13 1795:3 1860:24 1913:1 1913:7 1924:10
**shareholder** 1626:5
**shares** 1625:23 1676:8,10,13 1676:18 1794:19
**sharing** 1585:5 1630:19 1632:22 1726:19 1752:14 1754:2 1760:11 1794:22 1823:11 1867:20 1913:25 1915:25
**she'll** 1856:20
**shed** 1892:3
**Sheryl** 1576:4 1582:12,12 1593:20 1617:10,13 1678:18 1823:6 1836:4
**shift** 1731:12 1759:16 1907:22
**shifted** 1902:20
**Shimon** 1692:9
**shopped** 1728:1
**short** 1734:25 1765:24 1770:2 1794:11 1853:4 1853:5 1914:10
**shorthand** 1945:10
**shortly** 1579:21 1660:8 1895:4
**shout** 1913:8
**show** 1585:16 1611:20 1612:7 1612:9,13,23 1621:20 1631:8 1643:14 1647:7 1672:20 1711:3 1719:4,12 1720:1 1723:12 1731:19 1743:23 1752:9 1762:15 1782:6 1791:24 1877:12,17 1878:1 1891:24 1898:1 1934:20
**showed** 1591:5 1596:21 1607:1 1643:11 1647:11 1713:11 1811:9 1927:5 1934:23
**showing** 1608:9 1672:25 1673:14 1731:9 1806:20 1881:14 1883:16 1884:9
**shown** 1612:20 1626:21 1720:6 1732:8 1913:13 1920:1 1921:2
**shows** 1581:12 1585:16 1613:4 1613:6 1723:18 1766:17 1783:1
**shut** 1656:3
1680:10,13,15 1680:18,19 1707:5,10 1796:15 1823:12
**shutting** 1823:17
**sic** 1672:7 1693:3
**sick** 1626:12 1633:7
**side** 1776:18 1785:16 1896:8
**side-by-side** 1765:3
**sidebar** 1614:25 1714:22 1715:11 1722:18 1724:12 1726:5 1726:9 1731:16 1735:3 1791:7 1794:1 1811:15 1812:5 1825:21 1826:18 1827:2 1827:15 1842:4 1843:12 1863:22 1864:6 1891:19 1893:12 1897:6 1898:15 1900:18 1901:3 1922:8,21 1938:13 1939:19
**sides** 1778:8
**SIEVERS** 1574:4
**sign** 1627:3,19 1630:20 1632:12 1721:1 1727:8,24 1739:11 1822:5 1870:22
**signal** 1759:4 1760:23,24,24
**signaled** 1879:17 1884:16
**signals** 1693:17 1693:24 1694:13
**signature** 1945:13
**signed** 1627:5,8 1627:17 1630:5 1730:23 1739:14 1822:16
**significant** 1746:20 1802:17 1819:22 1844:2 1869:7 1871:2 1881:25 1895:12 1897:21 1898:4 1905:6
**signing** 1627:9 1919:20
**signs** 1919:5
**silence** 1752:18 1752:25
**similar** 1727:7 1729:24 1737:23 1765:23 1819:1
**similarly** 1846:6
**simple** 1776:4
**simply** 1590:20 1770:10
**sin** 1906:15
**single** 1589:9 1604:22 1660:18 1762:2 1821:25 1828:10,22 1860:20 1877:16 1878:1 1933:8
**sir** 1583:7 1854:13 1918:4 1920:5 1921:13 1922:22
1927:16 1937:18 1939:20 1941:15
**site** 1630:17 1632:16 1646:11 1653:17 1688:16
**sites** 1645:21
**sitting** 1628:8 1664:13 1689:17 1706:23 1925:3 1936:19
**situation** 1628:12 1765:9
**situations** 1722:6 1776:3 1804:9 1815:22
**six** 1744:14,16,25 1745:12 1761:13 1764:3 1811:11 1817:15 1904:6 1904:6,9
**sixth** 1809:9 1852:2
**size** 1666:7
**skill** 1619:6 1945:16
**skimming** 1874:25
**skip** 1803:12 1816:11 1844:1
**skipped** 1819:19
**sky** 1644:16
**sleep** 1914:13
**sleepy** 1935:9
**slide** 1607:18 1608:17,20,20 1608:22 1609:5 1609:7,10,11 1609:25 1610:5 1610:13,14,15

1610:17 1611:1 1722:9,10,15 1722:19 1723:12,18 1724:14,22,23 1731:11 1735:5 1744:9,18,25 1745:7,8,12,17 1745:25 1755:25 1756:2 1756:18 1757:3 1757:4,24 1761:8 1763:9 1763:12,18,25 1764:5,25 1766:17 1767:11 1768:22 1788:14 1794:13,14 1797:5,19 1806:6,15,19 1806:19 1809:9 1809:10,12,18 1809:21 1810:4 1810:9 1812:9 1832:7,13 1836:10 1838:5 1838:21 1844:24 1871:7 1871:14 1873:4 1873:25 1874:20 1877:9 1877:13 1907:22 1909:3 1914:9,12 1916:17 1927:5 1927:6 1928:1 1934:18,21,23
**slides** 1607:1,3,5 1609:22 1610:4 1614:21 1615:15 1616:7 1707:19 1708:4 1718:16 1743:10,11,22 1743:23 1744:13,15,16 1744:25 1745:12,24 1746:7,21 1748:20 1756:3 1756:14 1760:20 1762:16,24 1763:1,7,14 1764:4,20,25 1765:7,13,16 1765:23 1766:13 1771:17 1797:8 1809:8 1871:8 1936:11
**slightly** 1682:11 1928:6
**SLOAN** 1575:2
**slogan** 1618:20 1619:1
**slow** 1658:12 1671:22 1711:7 1801:1 1819:13
**slower** 1801:2
**slowly** 1651:12 1741:23 1803:2
**small** 1625:13,25 1626:1,11,13 1631:11,23 1632:3 1637:12 1701:16 1797:23 1836:1 1863:19 1911:2 1917:18
**smaller** 1849:15 1849:17,20
**snapshot** 1864:18
**Soares** 1684:14 1763:9,19 1764:5 1765:1 1766:15 1767:20 1769:6 1770:1,5 1847:18 1848:11 1849:13,16
**Soares'** 1768:9
**social** 1698:8 1710:17 1729:11 1921:22,23 1930:22
**society** 1692:8,17 1692:18
**soft** 1907:8
**softly** 1907:16
**software** 1720:15 1720:17 1727:1 1727:5 1728:15 1728:18,22 1729:5 1738:9 1796:19 1918:13
**sold** 1587:14 1595:13 1635:3 1635:15 1646:23 1662:13 1663:17 1664:7 1739:4 1813:5 1813:6 1819:16
**solely** 1808:12
**solution** 1756:14 1776:4
**solve** 1733:17 1819:9
**solves** 1755:16
**somebody** 1587:15 1627:21 1638:21 1690:1 1690:5 1695:22 1695:23 1698:1 1930:23
**somebody's** 1690:4
**someone's** 1785:2
**someplace** 1733:16
**somewhat** 1835:10 1920:21
**Sommer** 1573:24 1945:3,23
**sooner** 1679:6,10
**sorry** 1595:7 1606:17 1614:20 1616:5 1621:19 1629:1 1631:13 1641:6 1644:13 1651:24 1658:12 1676:20,23 1677:9 1678:14 1688:3 1696:22 1756:10 1766:9 1776:5 1782:21 1784:15 1797:7 1798:16 1799:14,14 1808:15 1809:8 1812:25 1815:18 1819:19 1825:8 1838:5 1845:15 1850:12,20 1851:17 1861:13 1864:17 1870:24 1871:11,12 1882:11 1884:1 1886:23 1888:11 1893:6 1894:20,20 1896:9 1903:15 1919:16
**sort** 1625:4 1649:5 1682:12 1690:25 1710:16 1712:17 1715:22 1717:7 1722:3 1730:11 1751:23 1772:9 1784:20 1785:1 1793:7 1798:10 1806:24 1807:18 1835:15 1840:21 1841:13 1860:5 1870:21 1891:7 1891:12 1894:16 1896:5 1897:1 1901:23 1906:15 1915:15
**sorts** 1584:17
**sought** 1773:17 1781:2
**sound** 1754:20 1847:9
**sounds** 1630:13 1849:22 1857:23
**source** 1620:15 1624:16 1871:2
**sources** 1620:18 1767:13
**space** 1711:6 1712:15
**Spanish** 1646:10
**spare** 1646:3
**SPARTA** 1860:8 1860:11 1861:16,19 1863:17
**speak** 1615:12 1631:14 1637:24 1639:25 1645:24 1704:20
**speakers** 1639:20
**speaking** 1619:7

1670:4 1671:8 1676:24
**speaks** 1605:24
**special** 1810:17 1870:5 1872:16 1873:1,14 1927:2 1929:25
**specific** 1599:20 1600:14,19 1616:5 1625:6 1637:13 1648:24 1650:18 1661:6 1662:7 1668:15 1668:15 1671:13 1675:10 1719:4 1755:25 1761:16 1823:10,12 1838:16 1853:17,23 1858:19 1898:10 1916:7
**specifically** 1607:12 1618:25 1625:11 1634:4 1646:12 1712:21,24 1718:24 1747:20 1751:15 1775:5 1776:19 1783:12 1842:19 1886:6 1916:6 1936:14
**specification** 1728:21,23
**specifics** 1608:4
**specify** 1913:3
**spectators** 1742:24 1942:21
**spectrum** 1710:16
**speech** 1704:11 1704:14,16,17 1704:18 1705:1 1705:4,8,13,16 1705:17,18,19 1792:24
**speed** 1678:21 1875:9
**spend** 1809:23 1810:1
**spenders** 1809:22
**spending** 1621:12
**spent** 1820:1 1933:23,24 1934:1,2
**sperfrement@...** 1574:11
**Sperling** 1660:17 1674:8,9,13
**spike** 1884:8
**spikes** 1879:14 1879:24
**spirit** 1888:8
**spoke** 1646:15 1670:9,19 1837:15,17
**Sprague** 1693:2,5
**spread** 1653:12 1699:16,18
**spreads** 1891:9
**spreadsheet** 1862:2
**spreadsheets** 1861:24 1862:14,22,24
**spring** 1927:10 1927:10 1929:2
**Stacey** 1580:12 1581:2 1582:5 1763:25 1768:22
**staff** 1636:20 1742:18,21 1942:15,18 1943:5
**stage** 1792:9 1793:2 1843:21
**stakes** 1692:6
**Stambaugh** 1575:3 1579:19 1614:3,8,17 1615:4,11 1616:1,4,16 1682:3,20 1771:19 1772:18,22 1773:1,4,6 1774:12,19,22 1775:11,14,24 1776:1,10 1780:2,9,10,15 1781:7,16 1782:10,17,25 1783:4 1784:16 1785:21,22 1786:7,14,18
**stamp** 1777:24 1777:25 1778:5 1778:6,19,21 1779:6
**stamped** 1776:21
**stamps** 1777:7 1784:11,24 1862:3
**stand** 1614:24 1709:11 1772:5
**standard** 1627:17 1807:10 1846:7
**standing** 1602:14
**stands** 1860:10 1895:21
**start** 1594:12 1613:16 1739:9 1742:7 1776:15 1781:9 1803:1 1810:23 1814:6 1828:7 1858:23 1899:15
**started** 1594:18 1616:14 1625:10 1645:6 1719:16 1731:6 1736:1 1740:9 1740:22 1766:22 1795:16,19 1815:13 1862:17 1883:19 1903:12 1934:3
**starting** 1603:2 1608:5,16 1731:7 1736:4 1738:6 1796:14 1817:16 1905:25 1929:6
**starts** 1599:6 1730:13 1780:12 1846:3 1865:19
**state** 1573:1,4 1574:2 1579:6 1579:14,24 1585:2,8 1592:23 1593:2 1597:18 1599:17 1606:19 1607:1 1607:5,6 1611:19 1661:25 1670:12,12 1682:6 1709:10 1743:15 1746:3 1747:3 1749:8 1751:10,24 1752:2,3,8,12 1753:13 1754:22 1759:8 1759:13 1761:11 1763:5 1765:9 1771:24 1772:7 1773:18 1773:23 1774:2 1775:3,17,20 1780:25 1781:3 1781:8,18,25 1841:25 1853:10 1855:17,18,20 1856:14,24 1857:2 1858:18 1858:20,21,22 1863:15 1865:6 1904:12 1932:3 1945:4,24
**State's** 1753:24 1754:23 1757:9 1759:8,9,16 1761:6 1762:10 1829:21 1853:13 1856:15 1859:5
**stated** 1648:19 1736:10 1755:10 1826:4
**statement** 1585:15 1586:8 1587:2 1612:15 1635:19,19 1636:7,8,10,11 1636:16,18,24 1642:19 1660:17 1672:21 1673:1 1677:11 1699:6 1747:11 1752:18,20,24 1752:25 1753:3 1753:7 1761:17 1765:5 1789:19 1789:21 1794:13 1816:10 1822:16 1824:4 1830:19
**statements** 1585:20 1587:6

1592:23 1593:1 1593:9 1603:12 1604:4 1605:3 1638:10 1642:23 1643:13,14,17 1659:4 1705:9 1722:21 1723:16 1724:6 1747:10 1752:2 1752:4,15,16 1753:10,12,16 1754:1,10,11 1754:24 1757:10 1759:11,19,20 1760:10,13,18 1760:21,25 1761:17 1791:10,12 1792:6,16 1793:6 1814:11 1818:10 1829:16,22 1894:25 1897:24 1911:25
**states** 1587:17 1610:22
**status** 1633:5 1654:12,14 1655:11,14 1810:19 1841:13
**stay** 1632:12 1633:24 1779:16 1786:17
**stays** 1760:18
**step** 1686:18 1745:4 1795:9 1812:7 1919:7 1919:12,19,20 1943:15
**Steve** 1663:15
**STEVEN** 1574:9
**stick** 1923:20
**stipulated** 1584:2 1610:10
**stipulation** 1610:22
**stock** 1597:24 1598:11,11,15 1598:21 1599:19 1600:14,16,25 1601:1,7,16 1602:4,4 1625:16,19,20 1628:20,23 1629:5,5,9,13 1629:14,20,23 1668:1 1675:24 1676:4,10
**stop** 1593:3 1630:19 1654:22 1699:15 1796:8 1808:3 1809:6 1854:25 1907:11,12 1912:7
**stopped** 1632:5,6 1632:10
**store** 1727:16,24 1727:25
**stories** 1630:19 1631:20,23 1632:2 1666:18 1668:3
**storing** 1838:22 1866:2 1882:7
**story** 1667:23 1670:22 1672:5 1813:7
**straightforward** 1925:25
**strategic** 1803:16 1804:8,14 1805:22
**Strategies** 1674:14
**strategizing** 1805:6
**strategy** 1819:4
**straying** 1753:17
**stream** 1719:3 1773:25 1842:16
**streamline** 1743:9 1762:25
**Street** 1574:9 1575:4
**stretched** 1659:11
**stringent** 1846:7 1895:17
**strings** 1894:1
**strong** 1624:5
**strongly** 1909:17
**Stroz** 1863:10 1901:24
**struggled** 1713:12 1714:10
**struggling** 1619:20
**stuck** 1679:20
**students** 1713:11
**studied** 1712:20 1714:3 1717:12 1915:8 1920:19
**studies** 1710:14 1710:22,24 1712:4,14,23 1713:7,25 1731:8 1736:6 1913:12 1914:11 1915:2
**study** 1709:23 1714:9
**studying** 1712:25
**stuff** 1595:1 1613:13 1710:17,21 1715:22 1717:8 1725:25 1726:21 1792:6 1840:16 1855:2 1902:5 1915:4 1933:2
**subheading** 1756:19,25 1757:23
**subject** 1588:4 1681:2 1685:3 1706:14 1749:13 1751:2 1773:25 1799:2 1827:18 1901:10
**subjective** 1689:13,19,21
**submitted** 1699:23 1701:8 1701:24 1768:7 1782:8
**subpoena** 1739:24 1814:5
**subpoenaed** 1814:1
**subsection** 1780:16 1781:10,13
**subsequently** 1937:12
**subset** 1626:11 1911:2
**substance** 1830:4
**substantial** 1779:8,9
**substantially** 1849:20
**success** 1870:19
**successful** 1619:19 1624:2
**suddenly** 1811:19 1883:19
**sufficiency** 1896:11 1898:20
**suggest** 1772:8
**suggested** 1691:23,25
**suggesting** 1724:3 1927:16
**suggestion** 1755:1,8 1774:10
**suggestions** 1636:23 1690:16
**suggests** 1781:20
**sum** 1862:20
**summaries** 1929:23
**summarize** 1654:1 1766:18 1788:21 1803:2 1909:3 1914:17 1916:18
**summarized** 1659:15 1873:4
**summarizing** 1592:20 1654:18 1655:18
**summary** 1580:3 1580:25 1583:7 1583:10 1590:3 1611:15 1653:20 1744:10 1756:20 1757:1 1757:24 1760:1 1788:16 1829:11,15,21 1830:3 1834:18 1877:9 1881:20 1881:21 1896:24 1933:3
**Sunday** 1781:14 1782:13,15,17 1782:18 1783:2 1783:16

**super** 1615:21,24
**supervise** 1654:1
**support** 1620:6
**supports** 1798:6
**supposed** 1620:10 1774:16 1791:15 1796:21 1823:23 1824:2 1866:5 1906:7 1927:9
**supposedly** 1796:22
**Supreme** 1716:10
**sure** 1592:19 1607:16 1613:12,18 1614:4 1621:11 1624:11 1633:9 1637:14 1640:8 1648:6 1650:8 1659:19 1663:7 1664:21 1668:5 1670:10,25 1671:24 1684:8 1696:19 1708:2 1710:12 1711:13 1715:17 1734:6 1734:25 1735:11 1740:12 1756:1 1757:16 1760:17 1774:19 1777:1 1789:2 1799:8 1803:6 1815:19 1815:21 1819:25 1820:9 1820:10 1824:22 1828:9 1829:21 1838:19 1848:19 1853:16 1873:3 1892:22,25 1900:23 1906:4 1912:4 1924:9 1929:19 1931:11
**surfaced** 1902:22
**surprise** 1646:13 1646:14
**surprised** 1713:5 1713:22 1721:22 1776:13 1794:19,21
**surreptitiously** 1722:3
**surrounding** 1736:15
**surveillance** 1652:25 1658:23
**survey** 1661:8,16 1661:19,22,24
**surveying** 1663:20
**surveys** 1710:18
**survivors** 1696:8 1696:24
**suspect** 1928:10
**suspected** 1832:24 1872:24 1875:20 1877:22,23 1899:7 1909:18
**suspended** 1836:21,21,22
**suspicious** 1815:25 1820:8 1822:3 1829:3 1831:23 1836:16 1838:15 1880:15
**sustained** 1850:5 1850:15 1851:1 1852:17
**SW** 1574:20
**sway** 1739:6
**sweet** 1879:19,19
**swing** 1665:1 1666:3
**switch** 1595:12 1736:1 1775:19 1816:7 1879:7 1884:4 1926:20
**switched** 1926:16
**sworn** 1709:13 1945:7
**swung** 1665:10 1666:7,8
**Sync.ME** 1880:13 1882:23
**system** 1710:25 1923:7 1929:22
**systematically** 1695:9
**systems** 1586:4

**T**

**tab** 1798:16 1801:24 1841:5
**table** 1925:21
**tables** 1861:22
**take** 1579:10 1589:8 1597:4 1597:6 1600:24 1614:9,24 1615:20 1624:17 1626:20 1639:24 1647:7 1651:12 1661:8 1681:8,12 1694:16,22 1695:18 1696:1 1696:21 1697:3 1697:4,7,15 1698:3 1705:14 1709:8 1766:12 1796:21 1801:22 1805:8 1820:3 1821:22 1823:14 1843:10 1845:6 1846:20 1852:19,24 1857:10,16 1858:7 1867:16 1875:9 1880:6 1890:23 1906:20 1911:4 1911:6 1922:23 1931:19 1936:17 1941:17,24
**takeaways** 1897:1
**taken** 1588:22,24 1614:19 1637:21 1656:14 1705:17,19 1771:7 1774:1 1797:22 1829:25 1945:5 1945:10
**takes** 1601:1,1 1614:24 1750:3 1858:6
**talent** 1638:20
**talk** 1586:6 1614:2 1625:15 1629:12 1669:16 1688:13 1704:11,13 1716:19 1718:23 1720:7 1723:6 1728:16 1729:11,20 1742:23 1743:12 1748:16 1750:4 1750:7 1751:22 1754:22 1789:17 1805:20 1842:19 1847:10 1854:17 1874:17 1877:13 1882:24 1886:5 1887:7 1897:23 1901:9 1907:23 1918:13 1919:19 1922:18 1925:22 1927:4 1931:23 1932:8 1933:10 1942:20
**talked** 1580:14 1582:6 1610:4 1611:15 1635:17 1640:17 1669:3 1698:22 1855:17 1869:24 1880:5 1901:23 1931:20 1933:13
**talking** 1594:12 1602:25 1609:20 1610:12 1699:2 1729:5 1735:19 1738:18 1744:1 1747:14 1749:13 1750:24 1758:19 1772:15,16 1774:18 1776:23 1777:14 1778:12 1792:19,22

1793:3,11,11 1819:6 1838:17 1842:23 1843:1 1856:6 1895:6 1901:12 1904:20 1918:16 1922:3 1926:1 1936:15 1939:9
**talks** 1610:6 1753:19 1819:19 1820:21 1821:16
**tape** 1654:22
**target** 1683:5 1719:6 1727:19
**targeted** 1739:6
**task** 1702:9
**tasked** 1902:4
**team** 1624:4 1635:22,24,24 1636:1 1654:9 1654:10 1655:9 1655:10 1668:20 1826:14,16 1892:5 1902:3 1902:4,7,13,15 1902:17,20,24 1922:16 1933:14,16,18 1933:18 1934:11,25 1935:16,20
**teams** 1580:13 1581:3 1582:9 1583:12 1635:18 1636:2
**tech** 1716:4 1885:9
**tech-** 1650:3
**technical** 1648:24 1649:25 1650:2 1650:4,4 1655:3 1710:21
**technically** 1649:17,18 1706:23
**technology** 1700:19,20 1715:20
**Ted** 1663:15
**Teddy** 1882:17
**televised** 1737:21
**television** 1943:2
**tell** 1580:6 1589:9,10,12 1597:5 1604:22 1608:3 1628:4 1628:12 1639:15 1647:4 1648:22 1657:22 1660:1 1660:11,25 1661:14,17,21 1666:23 1671:10 1678:2 1678:11 1679:12,15,17 1681:6 1694:2 1695:22 1701:7 1717:14 1748:8 1748:14 1755:13,14 1761:21,22 1809:12 1817:17 1820:15 1828:15 1829:8 1830:18 1831:1 1832:2 1864:16 1869:6,20 1880:11 1887:22 1914:23 1941:10
**telling** 1588:22 1588:25 1591:12,14 1808:6,7 1907:10,11
**tells** 1809:18 1866:13
**ten** 1643:13,14 1643:17 1777:4 1777:4 1799:25 1887:11
**tend** 1898:5 1915:14
**tends** 1747:11
**tens** 1829:2 1860:25 1868:21 1875:6
**term** 1676:3 1712:10 1720:7 1720:9 1721:4 1723:14,15 1754:18 1767:23 1768:19 1801:14 1881:15 1888:22 1916:3
**Terminated** 1703:24
**terms** 1797:13 1836:10 1869:7 1871:15 1873:14,16 1876:1 1881:11 1884:9 1895:7 1896:2 1898:24 1899:3 1925:18 1930:5 1934:6 1934:13
**terrible** 1685:25 1808:16
**test** 1609:6,21 1641:10 1642:24 1643:5 1739:2 1806:18 1811:6,13 1943:6
**tested** 1641:24 1642:12 1643:7 1643:10,12,13 1643:16 1644:1
**testified** 1584:14 1603:15 1606:25 1699:15 1714:12 1768:23 1830:22 1842:24 1859:7 1912:14 1918:8 1936:9
**testifies** 1853:11 1856:25 1857:1
**testify** 1598:24 1600:12 1604:25 1698:6 1698:10 1710:1 1710:2 1716:4 1743:20 1752:6 1770:2 1847:25 1853:11 1855:16,19 1856:12,13 1918:20 1935:9 1939:3 1945:8
**testifying** 1608:12 1612:8 1711:25 1764:16 1828:5 1858:18 1935:10 1945:7
**testimony** 1583:16 1584:13 1586:16 1589:24 1590:22 1592:21,21 1595:6 1597:18 1598:20 1599:23 1600:14,15,24 1601:8,10,15 1601:18 1603:2 1603:14,21 1606:19 1607:8 1608:9,17 1610:25 1611:4 1611:19,23 1612:3,6 1615:3,6 1617:5 1699:3 1699:21 1715:2 1718:17 1728:12 1746:8 1747:25 1748:10 1753:19 1760:19 1763:2 1763:13,13,23 1764:1,2,8,12 1764:16,17,23 1764:23 1765:2 1765:4,10,11 1765:17,25 1767:16,18 1768:9 1769:1 1769:17,19 1770:3 1771:15 1779:9 1780:22 1781:9 1788:10 1788:18 1793:6 1793:9 1811:21 1825:3,10 1828:16 1834:17 1839:19 1840:2 1843:7 1848:1 1854:23 1855:8 1857:19 1892:11 1898:22 1930:13 1932:9 1941:11 1945:15
**testimony's** 1793:4
**testing** 1609:23

1637:12
1641:13
**thank** 1579:15,22
1583:22,25
1586:24
1592:17
1593:24,25
1598:5 1601:19
1603:21,22
1606:10
1607:10 1608:2
1608:25 1611:7
1611:8 1612:25
1613:25 1616:1
1616:16,19
1648:25
1676:15
1683:14
1684:12
1711:20
1715:10 1716:2
1718:14
1722:16
1724:11
1731:17
1734:22
1741:24 1742:4
1746:9 1751:5
1761:3 1771:10
1771:18 1776:8
1776:10 1780:4
1780:6,8
1785:7 1786:14
1786:18,22
1787:5,18
1788:12
1793:24,25
1794:9 1812:4
1819:13
1826:17,22
1827:13,14
1830:11
1846:12 1853:7
1853:23
1854:16 1859:2
1859:15,19
1864:5 1893:10
1893:11 1896:7
1898:13
1900:19 1901:2
1907:21
1916:15
1917:10,13,15
1917:17,21,22
1928:22
1939:17,18
1943:17
**thanks** 1858:10
**theme** 1712:7
1713:4 1870:6
**themes** 1719:25
**theories** 1759:16
1761:12,16
**theory** 1753:25
**they'd** 1613:12
1711:2 1737:24
1737:25 1738:1
1740:18 1790:3
**thin** 1653:12
1659:12
**thing** 1580:23
1583:9 1587:12
1594:14 1597:4
1628:11 1630:4
1633:19
1639:11
1651:25
1667:16 1677:5
1678:8 1697:7
1697:16
1710:23
1712:18
1713:15 1717:7
1718:22
1730:11
1736:15
1737:23 1758:8
1759:1 1765:19
1767:4 1768:21
1769:21
1774:17
1794:20 1801:5
1808:6 1819:21
1832:21
1834:11
1838:10 1855:9
1877:12
1879:11 1898:7
1905:13
1909:20
1912:24
1913:14
1921:20
1932:21 1936:6
**thing's** 1882:1
**things** 1586:7
1591:10 1592:8
1595:10
1596:20 1613:5
1614:9 1618:21
1619:2 1620:10
1623:15,16
1627:14
1629:12,14
1632:22
1637:14
1643:10
1647:17
1655:25
1656:16
1657:24
1659:14,18
1667:16 1669:2
1678:22
1688:25 1689:9
1689:18
1691:24
1695:12
1698:17
1699:13 1701:8
1701:16
1706:18 1718:1
1719:8 1720:3
1721:5 1724:1
1726:19
1727:18 1730:8
1732:10 1733:1
1734:3 1735:20
1746:13
1753:20
1772:10
1776:20 1777:9
1778:9 1781:23
1784:11,24
1785:9 1786:24
1803:14 1804:8
1811:16
1831:10,15
1849:1 1855:9
1856:6 1857:20
1861:4 1869:18
1875:2 1885:13
1891:20 1916:9
1920:7 1921:19
1925:13
1929:22 1939:1
1941:5,22
**think** 1580:5,13
1580:14
1581:25
1582:13,15,16
1588:9,10
1590:4,5
1591:6,7
1592:4 1594:9
1594:16
1597:16 1600:3
1605:9,10
1608:22
1609:18
1611:10
1613:15 1616:8
1619:9,22
1620:4 1622:13
1626:5,8,15
1629:22 1630:8
1634:2 1635:7
1637:7 1638:23
1638:24
1639:11
1642:10
1643:19
1644:10
1647:12 1649:1
1651:13
1654:13 1655:2
1655:13,25
1663:2,21,22
1664:12
1665:14
1666:19,20
1668:9,10
1669:6,6
1673:16,20
1675:3,12
1676:9,23
1679:21 1680:3
1681:1 1684:22
1685:2 1686:25
1687:9,10,21
1688:18,24
1689:1,6,13
1692:21,23
1693:14 1694:4
1694:19
1695:25 1696:3
1696:6,12,13
1696:25
1698:11
1699:11 1700:5
1700:7,8,14,20
1700:24,25
1703:3,22
1704:16,19,20
1705:13 1706:8
1707:2 1709:18
1710:6 1713:9
1713:16 1714:7
1714:9 1715:23
1716:20 1722:9
1724:8,16
1728:5,14
1729:4 1730:2
1730:3 1732:6
1734:5 1735:17

1735:25
1747:18
1748:20
1750:21 1751:9
1752:13
1754:19 1755:3
1755:3,24
1756:12 1758:4
1758:5,21,22
1759:25 1760:3
1762:8 1768:16
1769:5 1770:5
1770:14,14,17
1770:23
1775:18 1779:4
1783:19
1784:20
1789:24
1791:14,23
1792:11
1793:19 1795:8
1796:5 1800:21
1801:6,16,23
1804:5 1810:22
1813:25
1814:24 1816:6
1821:20
1824:19 1825:6
1826:3,8
1827:8,9,25
1828:4 1835:13
1840:10
1842:10,13,16
1847:20,21,22
1848:6,12
1849:16 1851:8
1851:11
1852:21
1854:22,22,24
1854:24 1856:1
1856:11,22
1860:15,22
1870:13 1871:4
1871:8 1876:24
1877:7 1885:12
1891:12
1894:24
1896:23 1898:7
1901:21
1909:12
1915:13,21
1916:12,16
1918:6 1921:2
1921:9 1925:24
1934:9 1936:6
1938:1,10
1939:8 1941:2
1941:4,13
1943:20
**thinking** 1750:13
1754:7 1849:3
**thinks** 1749:21
**third** 1580:18
1584:20,21
1599:13 1659:6
1672:16 1677:3
1686:17
1720:15 1721:9
1721:17
1729:15 1736:2
1744:11
1745:25
1789:11
1791:12 1792:2
1793:10,21
1795:17 1813:6
1821:6 1844:2
1850:8,12
1851:24 1867:6
1867:21
1870:17 1879:2
**third-party**
1594:21 1595:5
1605:12 1624:7
1647:18,20
1650:21 1651:8
1652:5 1653:10
1653:18,22
1654:2 1679:25
1687:16,18,20
1687:22 1688:1
1688:6 1699:17
1700:2,10
1701:9,17,21
1701:24
1703:15,21,25
1704:3 1715:19
1719:18
1720:16
1721:12,16
1727:12
1730:12 1731:3
1736:23
1740:13 1752:8
1753:21
1758:12
1791:19 1793:6
1793:9 1842:22
**third-party's**
1612:18,18
**thorough**
1582:20
1831:24
**thought** 1626:19
1630:12
1664:14
1700:10
1701:18
1749:23
1791:22 1826:9
1853:25 1854:1
1858:7 1869:10
**thoughts** 1652:1
**thousand** 1717:5
1835:12,19
1836:15 1837:5
1910:7
**thousands**
1779:3,10
1785:3 1829:2
1832:20
1868:22 1878:3
1889:21
1916:25
**thread** 1904:5
1905:10
1906:22
**three** 1686:16
1724:23 1736:4
1744:14,25
1745:11,24
1758:3,5,16
1764:3 1765:23
1806:13
1848:12 1853:1
1860:5 1874:21
1894:19 1917:3
**three-step** 1686:4
1687:7
**throw** 1834:21
**thrown** 1754:16
**Thursday**
1855:17,20,24
1856:12,17,21
1857:11
1858:19 1859:8
**tie** 1910:2
**tier** 1844:18,18
1844:23,23
1845:7,8,20
**ties** 1604:16
1885:14
1886:13,14
**tight** 1768:17
**time** 1590:15
1593:11
1594:19 1597:3
1598:14 1600:2
1614:25 1617:9
1617:24
1619:18
1620:20
1623:22,23
1624:9 1626:15
1628:12,14,19
1629:8 1638:25
1639:24
1645:11 1646:3
1648:7 1652:21
1654:20
1655:20
1659:21 1673:5
1674:3 1680:21
1682:19,21
1687:21 1689:7
1694:22
1697:24
1702:23,23
1707:16 1710:8
1713:12
1717:11 1718:7
1720:4 1723:6
1726:8 1729:14
1731:10
1732:23
1735:21
1740:23 1742:2
1742:3,6
1753:11,12
1771:20
1772:12
1775:13,16,19
1777:17
1779:13,14,14
1779:25
1781:21
1783:10 1784:9
1785:4 1787:14
1791:2 1796:7
1796:10 1799:4
1802:8 1804:2
1805:5,23
1808:13 1809:5
1811:8 1813:4
1813:23
1814:12 1815:5
1817:4 1818:16
1820:2,23
1830:24
1837:10
1841:22,24
1846:14 1862:3
1864:23
1868:23 1879:6
1880:19

1883:13,25 1884:4 1885:15 1890:17 1891:10,13 1900:13 1901:22 1903:8 1904:20,22 1911:3,10 1917:12 1918:16 1920:6 1922:3,10,15 1922:24 1924:3 1933:24 1938:4 1938:23 1940:2
**timeline** 1731:12 1731:18 1732:8 1732:25 1733:10 1744:9 1788:17
**timely** 1782:14 1782:19
**times** 1624:22 1639:8 1667:13 1667:17 1675:4 1759:20 1812:17,21 1813:1 1818:5 1819:2 1849:5
**timetable** 1781:24
**timing** 1647:19
**tired** 1941:7,8
**title** 1607:18 1619:15 1763:9 1805:16 1817:1 1818:6 1820:20 1829:20 1888:2
**titled** 1744:18 1745:8,13,17 1891:4
**TL;DR** 1901:15 1902:11
**today** 1583:23 1628:11 1673:1 1673:21 1706:4 1706:24 1710:1 1710:8 1712:1 1718:17 1747:25 1769:23 1777:4 1836:3 1844:12 1916:17,20 1930:7 1936:19 1943:21
**today's** 1632:7
**told** 1661:21 1671:7 1682:6 1690:1 1732:16 1743:15 1793:13 1796:11 1807:23 1808:2 1811:2,4 1926:10,19 1928:12 1935:2
**tomorrow** 1770:4 1852:24 1853:6 1918:7 1925:22 1943:11 1944:3
**tone** 1644:18
**tonight** 1854:15 1943:16 1944:1
**tools** 1711:6 1715:19 1721:10,17,20 1809:6
**toolset** 1868:2
**top** 1584:22 1643:11 1659:9 1678:20 1790:18 1800:5 1801:3 1802:22 1806:24 1809:10 1843:23 1869:16 1889:4 1889:13 1932:23
**topic** 1743:22 1746:3,8 1768:23
**topics** 1711:22 1741:24
**Torrez** 1573:5 1579:7
**total** 1717:1 1797:24 1867:12
**totally** 1615:19 1725:19 1726:14,20 1913:11
**touched** 1914:18
**touching** 1760:4
**tour** 1669:14,25 1670:3,10 1738:3 1740:8 1740:10 1814:10,21
**toured** 1670:6
**traces** 1907:19
**track** 1581:17,21 1582:24 1587:12,23 1589:5 1591:16 1592:1,2,11 1594:23 1595:4 1595:6,12 1604:14,15 1605:15 1606:1 1680:2 1930:1
**tracking** 1727:11
**tradeoff** 1692:15 1692:22
**traditional** 1891:25
**traffickers** 1699:19
**training** 1711:11
**transcribed** 1794:16 1828:19
**transcript** 1594:4 1675:18 1677:12,15,19 1751:10 1790:11,17 1791:15,17 1794:10,12 1824:25 1825:3 1945:14
**transcription** 1945:12
**transcripts** 1677:18 1857:21
**transfer** 1867:23 1868:3,5
**transition** 1824:2 1872:2 1904:7 1929:2
**transparency** 1769:17 1814:4
**transparent** 1679:12 1769:8 1769:9 1773:24 1778:9
**treated** 1874:2
**treatment** 1798:14 1800:15 1801:20 1870:6 1872:16 1874:5
**triage** 1840:21
**trial** 1573:13 1608:10 1617:3 1707:19,20,21 1707:22,23,24 1708:2,11,16 1714:17 1720:9 1729:7 1742:20 1751:10 1772:22,24 1774:3 1780:21 1788:2,3 1790:10 1798:17 1801:25 1816:9 1816:21 1824:8 1835:17 1856:8 1856:23 1861:9 1870:7 1888:14 1942:17,25 1943:1,4
**trials** 1586:1,14
**trick** 1712:12
**tricks** 1916:8
**tried** 1642:14 1665:22 1668:9 1669:18 1701:5 1703:18 1848:24 1935:8
**trouble** 1611:25 1714:18
**true** 1582:21 1585:15,16,21 1586:9 1590:13 1591:6,19,22 1592:4,15 1593:9 1603:9 1640:9 1651:20 1654:16 1655:16 1661:10 1665:9 1666:10 1673:16 1674:4 1680:25 1685:23 1689:1 1689:10,22,23 1690:9 1700:9 1707:7,11 1723:4 1754:11 1754:24 1756:24 1759:3 1760:25 1842:18 1945:14
**truly** 1800:6
**Trump** 1664:19 1665:1,10 1688:15 1703:13
**truncated** 1909:22 1910:4
**trust** 1632:13,14

1632:15 1633:25 1634:5 1635:2,7,8 1677:7 1689:11 1818:8 1819:17
**trusted** 1803:7
**trusting** 1906:16
**truth** 1598:20 1605:23,24 1628:4,13 1689:13,19 1692:2 1697:19 1700:7 1945:8
**truthful** 1582:16 1613:7 1752:19
**truthfulness** 1693:17 1694:14
**truths** 1689:16
**try** 1605:20 1612:9 1636:13 1637:4 1653:11 1664:6 1670:21 1682:12 1691:24 1695:12 1703:12 1712:12 1735:14 1739:5 1739:16 1755:3 1766:18 1801:2 1811:24 1814:13 1816:7 1834:13 1835:8 1856:8 1857:21 1898:8 1925:25 1937:24 1938:4
**trying** 1580:1 1597:25 1601:10 1607:14 1631:6 1631:13,15 1642:2 1651:7 1673:9,10,13 1675:4 1701:12 1701:15,15 1715:6 1743:9 1756:10 1760:17,17 1762:6,24 1764:19 1769:12,14 1800:16 1802:24 1853:3 1879:20 1883:19 1884:17 1886:16 1897:20 1912:18 1938:21 1939:4
**turn** 1618:10,12 1659:8 1677:22 1701:21 1705:21 1716:13 1739:4 1790:7 1798:16 1806:15 1809:8 1812:24 1817:11,18 1818:25 1820:12 1825:5 1838:4,5 1841:5 1859:21 1861:5,15 1864:14 1868:11 1870:8 1880:8 1893:25 1895:5 1899:23
**turned** 1580:21 1663:13
**turns** 1738:16 1740:3 1767:5 1812:20 1872:14
**TV** 1631:8,18 1632:6 1670:16 1670:17 1830:21
**two** 1580:13,21 1584:23 1589:14 1597:14 1607:1 1613:4,14 1652:10 1658:10 1670:21 1694:19 1716:7 1716:10 1728:15,17 1744:14,24 1745:11 1746:17 1765:22 1769:5 1777:15 1784:21 1785:9 1790:16 1791:8 1806:12 1808:21 1810:13 1814:5 1833:6,10,20 1837:22 1840:6 1842:6 1849:14 1858:3 1869:25 1875:9 1876:13 1891:20 1894:1 1901:24 1914:7 1915:1 1916:24 1918:12 1933:13
**two-and-a-half** 1588:12 1604:24
**two-and-a-half...** 1605:5
**two-page** 1842:8
**two-thirds** 1908:24
**twofold** 1590:23 1590:24
**tying** 1749:14
**type** 1715:1,14 1715:15 1753:5 1774:17 1786:20 1792:21 1899:8 1912:14 1916:7
**types** 1724:16 1734:3 1777:3 1810:11 1822:21 1860:1 1860:6 1868:6 1868:12 1871:24 1875:2 1875:3 1878:6 1878:16 1887:7 1889:17 1890:1 1896:19,21 1899:1,2 1905:8 1909:9 1912:12
**typically** 1733:3
**typo** 1801:7 1869:11

**U**

**Uh-huh** 1623:8 1623:13 1627:7 1631:12 1635:23 1640:16 1645:16 1689:5 1694:21 1696:2 1734:20 1826:23 1834:1
**UJI** 1732:13
**UK** 1641:24 1739:19,21 1814:1
**ultimate** 1628:15
**ultimately** 1692:6 1768:24 1837:13 1840:4 1873:25 1876:24
**unable** 1679:25 1680:3
**uncertified** 1791:17
**unconnected** 1652:2
**uncover** 1820:7
**uncovered** 1912:13
**undercount** 1910:22
**undergraduate** 1711:14
**underlying** 1678:21
**understand** 1634:15 1648:21 1649:8 1661:1 1669:11 1674:9 1697:24 1710:18 1712:5 1713:12,14 1714:11 1723:13,25 1725:18 1731:9 1732:22 1739:23 1747:12 1759:25 1767:22,24 1768:15,18 1770:6,19 1771:3 1772:15 1778:15 1779:1 1785:18,18 1800:22 1801:7 1801:8,13 1803:21 1805:1 1811:25 1817:22 1823:18,22 1829:4 1831:15 1833:13 1838:17,20 1839:22 1861:7 1861:10 1869:5 1896:17 1914:19 1920:18,20 1926:22 1930:6 1935:12 1936:7

1939:15,16
**understanding** 1648:22 1649:6 1662:22 1696:14 1718:4 1718:17 1721:4 1733:23 1783:9 1784:13 1788:25 1802:17 1804:17 1808:22 1813:22 1816:2 1828:17 1830:15,19 1831:6 1843:8 1862:23 1863:12 1891:7 1892:16 1894:11,13 1923:10
**understands** 1747:18
**understood** 1586:2,3 1588:3 1602:2 1637:14 1649:12 1735:2 1750:15 1767:23 1771:10,12,18 1782:10 1839:25 1854:10 1875:23 1881:9 1881:17 1888:5 1898:13
**undisclosed** 1890:12
**unduly** 1743:19
**Unfair** 1593:18 1751:13
**Unfortunately** 1616:25
**unintended** 1686:8 1687:9
**unique** 1745:15 1908:17 1909:1 1909:15
**United** 1587:16
**University** 1710:14 1711:15,16 1738:25
**unknown** 1714:3
**unnecessary** 1600:19
**unofficial** 1791:16,17
**unproven** 1666:5
**unrelated** 1842:14
**unresolved** 1902:18
**unused** 1817:18
**unveiled** 1713:10
**unverified** 1658:24
**up-to-date** 1656:5
**UPA** 1593:18 1752:21,22
**upcoming** 1804:11
**update** 1640:1 1654:11,13 1655:11,13 1841:13
**updated** 1656:13 1696:14
**updating** 1655:22 1656:11
**upfront** 1856:14
**ups** 1900:8
**upset** 1700:8 1737:3 1795:24
**upwards** 1875:8
**usage** 1624:10 1799:3 1880:2
**use** 1582:9 1583:11 1607:6 1609:9,12 1611:3 1622:10 1623:2 1624:11 1624:12,14 1626:24 1636:11,23 1637:2,2 1648:12 1686:8 1687:24 1710:20 1712:4 1712:8 1713:4 1720:10 1721:19 1727:17,19 1729:3,17 1730:16 1736:7 1738:1,7,9 1759:5 1762:6 1762:14 1765:16 1771:24 1772:23 1774:2 1775:18 1779:5 1791:17 1803:11,16 1804:8 1805:4 1805:21 1809:5 1817:20 1826:20 1865:2 1865:20 1867:24 1868:3 1872:4 1873:18 1879:16 1881:9 1881:17 1890:2 1913:7 1915:5 1918:17 1919:1 1919:14 1924:25 1931:16
**useful** 1621:11 1931:13
**user** 1591:3 1621:15 1622:16,17 1637:16 1648:17 1653:6 1659:5,22 1692:22,24 1693:16,23 1694:12 1719:11 1720:24 1725:13 1729:8 1729:12,21 1730:13,18 1736:20 1743:21 1745:6 1745:23 1757:2 1757:23 1758:7 1758:8,9 1761:23 1867:24,24 1868:2 1870:15 1876:23 1879:19 1889:9 1890:14 1905:16,17 1908:12,13,14 1908:25 1910:13,20 1918:17,22,22 1918:25 1919:2 1919:4,13,20 1919:21,22 1920:13,24 1921:20,24 1922:24 1923:16,21,22 1931:15
**user's** 1621:4 1729:23 1736:25 1889:11,12 1918:18,21
**users** 1585:6 1590:10 1591:25 1619:19,23 1620:24 1621:13 1622:11,18,21 1622:21 1629:16,22 1630:6,11,15 1630:21 1632:12 1635:11 1637:24 1640:25 1645:10,13 1646:6 1648:12 1648:12 1653:16 1661:3 1661:7,18,25 1662:6 1663:10 1663:19 1666:16,23 1667:24 1672:7 1672:9,13 1673:2,22 1679:12,12 1686:21 1692:18 1701:1 1701:25 1702:2 1702:5 1704:8 1704:15 1713:12 1718:25 1719:10,20 1721:18 1722:20 1724:3 1724:19 1733:25 1734:4 1740:19 1743:13,16,21 1744:12,22 1745:9,20,21 1745:25 1746:6 1747:4 1748:17 1749:9,12 1752:7,9 1753:14,20,22 1754:8,21

1756:6,8,23 1757:5,17 1758:9,11,18 1758:23 1760:22,22 1766:20 1789:16 1804:17 1811:7 1811:10 1831:2 1832:23 1833:3 1833:9,10 1835:2,3 1842:21 1843:2 1862:7 1867:9 1876:17 1877:3 1877:5 1879:15 1883:1 1884:12 1884:14 1887:11 1889:6 1889:7 1890:2 1890:9,12,21 1895:8,19 1907:24 1908:7 1908:16,18,21 1908:22 1909:2 1910:17,18 1911:3,5,8,10 1911:15,19,24 1912:2,5,7,15 1913:13,18,19 1914:19 1915:5 1917:3,8 1920:1,20 1921:8
**users'** 1605:13 1642:14,17 1649:23 1661:20 1916:22
**usership** 1667:24
**uses** 1738:4 1880:1 1917:5
**usually** 1639:20 1639:22 1640:12 1913:16
**utility** 1693:16,23 1694:12

**V**

**valid** 1640:9 1872:18
**validate** 1656:22 1657:13
**valuable** 1800:22 1801:8
**value** 1598:11 1620:24 1621:8 1629:5 1719:21 1721:8 1754:5 1801:11,14 1810:2 1889:7
**valued** 1808:25
**values** 1704:20
**various** 1586:14 1710:20 1712:5
**vector** 1889:25
**venues** 1766:25
**verification** 1651:18 1656:21 1657:13
**verified** 1661:13
**Vernal** 1799:1,23
**versa** 1657:21
**version** 1733:5 1738:7,10 1740:25 1744:4 1772:19 1793:15 1796:15,18 1803:8 1809:6 1824:3 1827:4 1844:17 1845:13,18 1874:7 1883:3 1884:5 1887:4 1904:7 1905:15 1906:3 1914:24 1926:5,8,8,10 1926:13,25 1929:12
**versions** 1779:2
**versus** 1579:7 1625:5 1634:21 1690:4 1695:23 1697:21 1725:21 1729:7 1736:22
**vet** 1895:16 1899:17
**vetting** 1899:11
**vice** 1657:21
**video** 1576:4 1614:5 1617:13 1618:9,14 1681:5 1684:7 1684:25 1707:13 1764:21 1816:7 1816:10 1823:5 1823:9,16 1824:9 1828:16 1828:19 1829:9
**videos** 1730:10
**videotaped** 1617:9
**view** 1694:19,23 1695:1 1823:14 1824:4
**viewed** 1694:24 1695:15,16,17 1696:11,16,24
**views** 1689:15
**violate** 1722:4 1740:15
**violated** 1819:17 1839:5
**violating** 1844:25 1866:5,6 1881:15
**violation** 1748:7 1748:13,22 1844:18,22,24 1866:25 1872:5 1872:19 1875:25 1878:12,19 1882:8 1883:8
**violations** 1839:15 1840:25 1845:1 1845:7,8,20 1872:23 1878:16
**violent** 1704:12
**viral** 1888:10 1890:3
**Virginia** 1711:15
**virtual** 1627:1
**vis-** 1693:23
**visible** 1693:16 1693:23 1694:13
**vision** 1639:23
**visit** 1742:22 1942:19
**visits** 1943:7
**Visual** 1882:19
**voice** 1895:23
**void** 1913:8
**volume** 1683:21 1768:7 1851:12 1853:15
**voluminous** 1863:16,23
**voluntary** 1814:2 1814:3
**volunteer** 1893:2 1928:17
**vote** 1689:12
**votes** 1629:2 1739:6
**vouch** 1725:12
**VR** 1626:10 1627:1
**vs** 1573:7
**vulnerabilities** 1817:21
**vulnerable** 1882:8

**W**

**wait** 1583:19 1592:7 1785:1 1825:7 1894:20
**waiting** 1787:10
**wake** 1585:11 1593:22 1736:14 1814:22 1893:19
**walk** 1701:11 1802:24 1881:1 1885:24
**walked** 1788:16
**walking** 1757:14
**wall** 1618:20,23 1619:1
**want** 1597:3,4,6 1598:18 1609:1 1611:18 1615:9 1615:10 1621:14 1622:2 1623:2,5 1632:23 1634:6 1634:9,14 1643:22 1647:1 1647:1 1660:23 1673:25 1679:7 1682:1,1,18 1683:5 1684:4 1687:10 1689:12 1693:12,20 1696:19 1697:8 1697:22 1716:13 1718:22 1720:7 1725:4 1730:15 1731:12 1732:23 1734:25 1735:4 1735:5 1744:13 1746:13,24 1750:16 1759:17,18,21

1760:20 1771:19,22 1773:23 1777:16 1782:3 1794:21 1803:8 1811:2 1819:20 1830:15 1831:6 1832:10 1836:2 1847:6,17 1848:18 1856:20 1863:25 1874:17 1877:13 1888:13 1890:5 1891:22 1892:22 1897:13 1900:23 1904:21 1907:22 1912:6 1918:23 1920:7 1922:17,19 1925:1,22,24 1936:14 1938:15
**wanted** 1603:17 1618:18 1621:17 1636:8 1636:10 1639:25 1662:24 1681:6 1681:8,8 1684:9 1717:25 1776:18 1832:16 1894:14 1895:15 1914:11 1919:10 1922:10 1927:4 1931:22
**wants** 1593:14 1612:21 1721:9 1752:8 1753:19 1755:6 1856:25 1919:14 1922:24 1923:23 1938:19
**war** 1695:5,5 1697:10,14,19 1697:20
**warned** 1811:22
**Warriors** 1810:16
**washed** 1836:25
**Washington** 1574:21
**wasn't** 1582:21 1584:8 1592:15 1605:7 1624:4 1624:8 1626:8 1626:10,17 1632:13 1651:4 1656:11,13 1684:8 1696:11 1702:17 1713:13 1715:5 1717:24 1738:16 1811:22 1812:20 1840:23 1853:16 1862:8 1872:14 1877:25 1878:8 1897:12 1927:13,16 1929:20 1937:24
**waste** 1597:3 1673:5
**wasting** 1614:25
**watch** 1653:12
**watching** 1632:5
**wave** 1934:17 1935:11,12,15 1936:18 1940:9
**waves** 1933:13
**way** 1594:18 1622:1 1628:24 1649:7,21 1662:9 1665:16 1679:21 1683:2 1688:4,25 1691:24 1692:8 1695:1 1697:13 1702:22 1718:5 1720:21 1722:5 1728:15 1730:25 1731:4 1731:5 1752:22 1754:13 1757:6 1759:6 1762:11 1772:6,17 1800:24 1801:10 1804:12 1806:24 1819:12 1852:18 1856:9 1856:12,23 1866:2,3 1906:13,18,24 1915:25 1919:25 1929:20 1934:12 1939:11 1941:18 1945:17,19
**ways** 1639:14,16 1694:19 1722:4 1724:17,24 1728:3 1732:15 1740:15 1823:15
**we'll** 1609:10 1613:16 1681:12,21 1683:12 1684:21 1729:15 1730:16 1743:1 1768:9 1769:19 1800:14 1803:9 1817:17,18,19 1817:19,21 1822:24 1824:20 1829:7 1834:8,9,16 1837:20 1846:20 1847:2 1847:25 1848:2 1853:6,22 1854:24,25 1855:11 1856:16 1858:6 1866:16 1877:7 1918:6 1942:5 1943:10,22 1944:3
**we're** 1579:5,23 1580:7 1581:13 1581:14 1583:23 1587:4 1587:7,8,8 1588:8,13,18 1588:20 1589:7 1589:8,9,10,11 1591:13 1593:4 1593:5 1596:1 1599:14 1601:4 1601:7,9 1604:20,21,22 1609:12 1610:5 1614:25 1615:21,24 1616:13 1677:25 1678:1 1678:11 1682:7 1683:1,5,16 1713:16 1724:13 1726:25 1727:3 1730:2,16 1732:21 1734:7 1740:21 1741:23 1742:6 1743:5 1747:14 1753:17 1755:22 1760:16,17 1761:19,20 1762:9 1767:3 1768:3 1769:14 1772:15,16 1773:24 1776:22 1777:14 1785:22 1788:24 1793:3 1794:24 1795:5 1795:6 1797:2 1814:13 1815:18,25 1816:7 1820:8 1822:3,6 1823:13 1828:10,14,21 1829:1,3 1838:16 1839:14 1843:3 1845:3 1853:3 1854:22 1855:7 1857:1,20 1859:17 1874:19 1897:14 1903:3 1914:15 1922:11 1926:1 1926:14 1930:7 1933:17 1935:7 1939:13 1941:23 1942:4
**we've** 1588:22,23 1589:1 1590:11 1669:2 1679:14 1698:22 1705:7 1711:5 1729:6 1735:19 1759:15 1761:14 1768:16

1769:23 1770:14 1773:17,19 1774:22 1775:6 1775:16 1785:25 1794:18 1797:6 1808:2 1816:6 1821:23 1822:9 1831:6 1842:23 1844:11 1847:21,22 1848:21,24 1855:17 1859:24 1869:24 1893:21 1901:15 1903:4 1904:19 1911:24 1914:14,24,25 1915:17,18 1916:17 1922:3 1938:22 1943:20
**wealth** 1598:11 1598:15 1599:18 1600:16,25 1601:6,15,15 1629:4,9
**wealthy** 1598:1
**weaponized** 1772:7
**wear** 1742:14 1942:12
**website** 1717:14 1720:25 1721:7 1721:21,23,24 1724:20 1725:3 1725:12,14 1726:24 1727:13 1736:21,22 1899:14
**websites** 1721:4 1721:20 1725:20 1726:23 1727:19
**Wednesday** 1682:7 1683:4 1856:16,19 1859:8
**week** 1609:18 1752:13 1853:11 1931:25
**weekend** 1616:23 1761:9 1779:1 1852:11
**weeks** 1777:15 1894:19
**weigh** 1771:5
**weird** 1690:24
**welcome** 1616:22 1786:20 1895:22
**went** 1591:8 1594:15 1595:9 1595:18 1602:2 1645:19 1656:16 1669:16 1670:7 1675:4,7,11 1687:3 1748:21 1836:20 1849:5 1875:17 1884:10
**weren't** 1582:22 1594:24 1656:7 1661:16 1662:24 1666:11 1668:17 1700:23 1762:6 1835:3 1837:1 1906:4 1917:2 1925:17 1929:25
**whatnot** 1725:6
**whistleblower** 1813:9
**white** 1619:3
**Whitelist** 1800:14 1801:17 1803:10 1804:5 1805:21 1806:25
**Whitelists** 1803:13 1804:7
**whittled** 1835:11
**wild** 1740:24 1810:21 1869:12
**willfulness** 1611:11 1732:19 1734:12
**WILLIAMS** 1574:18
**willing** 1719:13 1772:4 1812:2
**WilmerHale** 1892:10
**window** 1725:8
**WIRED** 1820:19 1820:21
**wisest** 1692:10
**wishes** 1771:24 1773:18
**withdraw** 1827:6
**witness** 1609:19 1612:8,10 1614:22 1615:14,22 1682:22 1684:5 1684:6 1709:8 1727:5 1733:9 1734:18 1764:15 1765:6 1765:24 1766:3 1768:23 1792:14 1793:8 1797:6 1805:10 1818:2 1820:14 1823:4 1841:7 1847:24 1858:25 1864:15 1868:14 1880:10 1885:3 1890:25 1893:1 1894:9 1897:7 1897:13,16 1899:24 1903:21 1928:16,18 1941:21 1945:7 1945:10
**witness's** 1765:25 1780:22
**witnessed** 1770:14
**witnesses** 1586:6 1726:8 1742:24 1763:3 1767:18 1768:18 1858:3 1858:3 1859:6 1942:21
**woke** 1701:10
**woman** 1675:9
**women** 1621:17 1621:18,21,22 1621:25 1622:3 1622:7
**won** 1664:19
**wonderful** 1852:7
**wondering** 1847:9
**Woolley** 1765:21 1766:1 1778:11
**word** 1623:2 1657:4,4 1663:7 1667:18 1669:6 1687:5 1687:9 1749:19 1750:8,18 1755:17 1762:6 1762:7,14 1906:20 1931:19 1933:9 1941:17
**words** 1636:10 1636:23 1637:13 1656:25 1657:1 1657:1 1664:15 1717:2 1722:22 1729:19 1736:23 1751:19 1756:17 1770:15,18 1771:3,4 1775:22 1855:5 1858:12 1860:13 1861:1 1869:25 1875:6 1875:8 1919:1 1919:5,10,14 1920:3,13 1922:25 1923:23 1930:17,22 1931:9,16
**work** 1608:13 1622:1 1623:12 1626:14 1627:19 1639:12 1641:17 1648:5 1649:2,8 1675:11 1700:13 1706:15 1711:12 1712:19 1715:6 1716:4,13,17 1723:8 1774:21 1777:10 1790:24 1796:19

1810:20 1840:18 1842:15 1846:11 1856:8 1859:21 1902:9 1902:13,15,20 1916:20 1921:12 1922:22 1930:7 1930:8 1931:22 1932:13 1933:13 1934:13,17
**worked** 1618:25 1627:15,17,18 1628:14,19 1649:13 1661:6 1819:12 1848:6 1863:1 1923:7
**working** 1699:15 1705:2 1720:22 1847:12 1876:11 1892:13 1921:19 1932:2
**works** 1649:6,17 1649:19 1650:2 1726:21 1735:20,20 1738:17 1794:24
**workstream** 1842:15
**workstreams** 1902:23
**world** 1582:21 1599:13 1626:24 1632:7 1666:16 1704:24 1790:6 1808:3 1830:20 1866:13 1878:22 1916:23
**worried** 1615:16 1775:13 1800:6 1800:9
**worry** 1589:7
**worrying** 1628:9
**worth** 1597:20,20 1597:20 1599:8 1599:11,14 1600:8,10 1601:11,12,22 1601:25 1602:5 1625:25 1696:5 1913:14
**wouldn't** 1595:12 1613:10 1654:15 1655:15 1656:6 1757:14 1774:20 1775:7 1796:19 1864:25 1916:9
**write** 1631:20,22 1640:6,7 1669:7,9 1700:17 1716:11
**written** 1640:5,5 1649:2 1657:7 1672:25 1711:21 1811:4 1878:20
**wrong** 1580:16 1659:16,20 1660:25 1760:23 1792:18 1843:5
**wrote** 1716:7 1836:4 1876:15 1891:25 1929:12 1936:11
**Wylie** 1813:10
**Wynter** 1848:12

**X**

**X** 1576:1 1808:3
**XCheck** 1702:13 1702:19

**Y**

**Y** 1808:3
**yeah** 1597:2 1603:1 1616:15 1622:24 1625:21,22 1631:16 1673:20 1694:4 1695:7 1709:22 1711:23 1712:2 1712:4,22 1714:2 1717:22 1722:8 1724:23 1726:22 1728:10 1729:10 1730:24 1735:23,23 1739:24 1750:20 1761:5 1770:13 1771:14 1775:14 1779:18 1783:24 1787:1 1788:19 1792:23 1795:15,22 1796:9 1797:18 1798:8 1799:1 1799:24 1800:19,21 1801:4 1802:21 1803:4,20 1804:6,12,19 1805:12 1806:18 1808:16,22 1809:16 1810:7 1810:13 1817:14 1819:3 1819:8,22 1821:15 1822:7 1822:12,21 1823:25,25 1825:12 1828:7 1828:8 1831:4 1831:12,18 1833:5,25 1834:9,20 1836:11 1840:13,15 1841:23,23 1843:23 1844:13,13 1845:6,17,23 1846:5 1851:13 1860:5 1863:6 1866:19 1867:19 1869:23 1870:11,14 1871:3,16 1872:21 1873:3 1873:11 1874:4 1874:21 1876:19 1877:12 1878:5 1880:6,17 1881:4 1882:4 1882:16 1883:12 1886:18 1887:9 1895:9 1896:4 1900:11 1901:17 1903:2 1904:3 1907:5 1909:7 1910:9 1914:7,10 1922:20 1923:6 1930:24 1934:22 1935:4 1937:2 1938:9 1940:25
**year** 1580:24 1583:8 1625:2 1685:13 1703:14 1714:10,17 1716:7 1738:5 1738:9 1746:17 1796:13,13 1805:15 1806:12,21 1807:15 1843:25 1871:4 1873:13 1883:18 1896:24 1903:13 1906:1 1915:2 1927:10
**years** 1584:23 1588:12 1604:24 1605:25 1617:21,25 1618:3 1623:23 1623:25 1645:5 1645:6 1648:1 1712:2,24 1713:4,18 1714:1 1730:20 1736:4 1737:4 1738:19 1739:25 1741:1 1746:17 1767:1 1795:20 1808:11 1811:11 1813:12,13 1814:5 1875:9 1916:4 1934:2
**yellow** 1672:22
**yep** 1599:3 1790:9 1796:22 1798:19 1816:14 1865:22 1873:24,24 1932:7
**yesterday** 1679:11 1779:2 1783:10
**York** 1574:14,14

1667:13 1812:16,21,25 1818:4 1819:2
**Young** 1580:15 1580:16 1581:6 1590:6

Z

**Zuckerberg** 1582:14 1585:10 1593:20 1597:7 1598:10 1599:12 1600:22 1606:14 1614:11 1617:22 1626:3 1628:15 1629:4 1677:24 1685:9 1697:25 1698:15 1737:17 1740:16 1755:11 1761:18 1762:5 1763:19 1765:1 1766:15 1768:7 1791:11,23 1792:3 1794:12 1795:13 1799:25 1802:20 1806:10 1814:19 1818:14,25 1820:18,21 1821:8 1824:16 1828:5,21 1831:16 1839:9 1840:3 1841:18 1843:2 1854:2 1854:15 1870:3 1873:23 1886:6 1895:21
**Zuckerberg's** 1597:20 1601:12 1605:21 1683:20,21 1694:16 1765:4 1767:15 1790:11 1792:15 1809:15 1818:7 1825:3 1830:16 1833:14 1853:15 1879:13
**Zuckering** 1916:6,10
**Zynga** 1868:20 1869:8,9,21,23 1870:10 1871:1 1871:15,16 1872:15 1873:2 1873:8,11,14 1873:17,20,23 1874:1 1930:14 1930:21 1931:22 1932:6 1932:10,18 1934:17,25 1935:2,13,16 1936:25 1938:6 1939:4,6 1940:10,11,17
**Zynga's** 1871:5 1931:4 1933:4 1936:18 1939:23 1940:11

0

**08:17:29** 1579:3 1579:4
**08:22:54** 1579:5
**08:22:55** 1579:6
**08:22:59** 1579:7
**08:23:04** 1579:8
**08:23:09** 1579:9
**08:23:10** 1579:10
**08:23:12** 1579:11
**08:23:13** 1579:12
**08:23:14** 1579:13
**08:23:18** 1579:14
**08:23:21** 1579:15
**08:23:23** 1579:16
**08:23:25** 1579:17
**08:23:26** 1579:18
**08:23:27** 1579:19
**08:23:35** 1579:20
**08:23:36** 1579:21 1579:22
**08:23:37** 1579:23
**08:23:38** 1579:24
**08:23:40** 1579:25
**08:23:44** 1580:1
**08:23:48** 1580:2
**08:23:50** 1580:3
**08:23:52** 1580:4
**08:23:55** 1580:5
**08:23:58** 1580:6
**08:23:59** 1580:7
**08:24:05** 1580:8
**08:24:09** 1580:9
**08:24:10** 1580:10
**08:24:16** 1580:11
**08:24:18** 1580:12
**08:24:25** 1580:13
**08:24:33** 1580:14 1580:15,16
**08:24:35** 1580:17
**08:24:39** 1580:18
**08:24:40** 1580:19
**08:24:47** 1580:20
**08:24:49** 1580:21
**08:24:51** 1580:22
**08:24:57** 1580:23 1580:24
**08:25:04** 1580:25
**08:25:05** 1581:1
**08:25:07** 1581:2
**08:25:11** 1581:3
**08:25:15** 1581:4
**08:25:18** 1581:5
**08:25:20** 1581:6
**08:25:24** 1581:7 1581:8
**08:25:26** 1581:9
**08:25:31** 1581:10
**08:25:37** 1581:11
**08:25:40** 1581:12
**08:25:46** 1581:13
**08:25:49** 1581:14
**08:25:51** 1581:15
**08:25:53** 1581:16
**08:25:56** 1581:17
**08:26:02** 1581:18
**08:26:06** 1581:19
**08:26:08** 1581:20
**08:26:12** 1581:21
**08:26:13** 1581:22
**08:26:14** 1581:23
**08:26:15** 1581:24
**08:26:21** 1581:25
**08:26:23** 1582:1
**08:26:26** 1582:2
**08:26:30** 1582:3
**08:26:34** 1582:4
**08:26:36** 1582:5
**08:26:40** 1582:6
**08:26:43** 1582:7 1582:8
**08:26:45** 1582:9
**08:26:47** 1582:10
**08:26:49** 1582:11
**08:26:51** 1582:12
**08:26:54** 1582:13
**08:26:58** 1582:14
**08:27:00** 1582:15
**08:27:02** 1582:16
**08:27:05** 1582:17
**08:27:07** 1582:18
**08:27:08** 1582:19
**08:27:10** 1582:20
**08:27:14** 1582:21
**08:27:17** 1582:22
**08:27:18** 1582:23
**08:27:21** 1582:24
**08:27:25** 1582:25
**08:27:26** 1583:1
**08:27:29** 1583:2
**08:27:30** 1583:3
**08:27:33** 1583:4
**08:27:34** 1583:5
**08:27:35** 1583:6
**08:27:36** 1583:7
**08:27:39** 1583:8
**08:27:41** 1583:9 1583:10
**08:27:50** 1583:11
**08:27:51** 1583:12
**08:27:53** 1583:13
**08:27:55** 1583:14 1583:15
**08:28:01** 1583:16
**08:28:03** 1583:17 1583:18
**08:28:05** 1583:19
**08:28:08** 1583:20
**08:28:10** 1583:21 1583:22
**08:28:13** 1583:23
**08:28:16** 1583:24 1583:25
**08:28:17** 1584:1
**08:28:18** 1584:2
**08:28:19** 1584:3
**08:28:23** 1584:4
**08:28:25** 1584:5
**08:28:28** 1584:6
**08:28:32** 1584:7
**08:28:34** 1584:8
**08:28:38** 1584:9
**08:28:39** 1584:10
**08:28:45** 1584:11
**08:28:48** 1584:12
**08:28:49** 1584:13
**08:28:50** 1584:14
**08:28:52** 1584:15
**08:28:56** 1584:16
**08:28:58** 1584:17
**08:29:01** 1584:18
**08:29:06** 1584:19
**08:29:09** 1584:20
**08:29:13** 1584:21

**08:29:18** 1584:22
**08:29:23** 1584:23
**08:29:25** 1584:24
**08:29:26** 1584:25
**08:29:27** 1585:1
**08:29:32** 1585:2
**08:29:36** 1585:3
**08:29:38** 1585:4
**08:29:43** 1585:5
**08:29:51** 1585:6
**08:29:52** 1585:7
**08:29:53** 1585:8
**08:29:56** 1585:9
**08:29:59** 1585:10
**08:30:05** 1585:11
**08:30:07** 1585:12
**08:30:11** 1585:13
**08:30:12** 1585:14
**08:30:18** 1585:15
**08:30:20** 1585:16
**08:30:23** 1585:17
**08:30:25** 1585:18
**08:30:28** 1585:19
**08:30:31** 1585:20
**08:30:33** 1585:21
**08:30:36** 1585:22
**08:30:41** 1585:23
1585:24
**08:30:43** 1585:25
**08:30:46** 1586:1
**08:30:52** 1586:2
**08:30:54** 1586:3
**08:30:56** 1586:4
**08:30:57** 1586:5
**08:30:59** 1586:6
**08:31:02** 1586:7
**08:31:05** 1586:8
**08:31:07** 1586:9
**08:31:09** 1586:10
**08:31:10** 1586:11
**08:31:13** 1586:12
**08:31:18** 1586:13
**08:31:21** 1586:14
**08:31:23** 1586:15
**08:31:24** 1586:16
**08:31:27** 1586:17
**08:31:29** 1586:18
**08:31:33** 1586:19
**08:31:36** 1586:20
**08:31:37** 1586:21
**08:31:38** 1586:22
**08:31:42** 1586:23
**08:31:43** 1586:24
**08:31:49** 1586:25
1587:1
**08:31:53** 1587:2
**08:31:55** 1587:3
**08:32:00** 1587:4
**08:32:04** 1587:5
**08:32:05** 1587:6
**08:32:09** 1587:7
**08:32:11** 1587:8
**08:32:13** 1587:9
**08:32:16** 1587:10
**08:32:18** 1587:11
**08:32:20** 1587:12
**08:32:23** 1587:13
**08:32:25** 1587:14
**08:32:29** 1587:15
**08:32:32** 1587:16
1587:17
**08:32:34** 1587:18
**08:32:36** 1587:19
**08:32:41** 1587:20
**08:32:43** 1587:21
**08:32:46** 1587:22
**08:32:48** 1587:23
**08:32:49** 1587:24
**08:32:53** 1587:25
**08:32:58** 1588:1
1588:2
**08:33:00** 1588:3
**08:33:05** 1588:4
**08:33:09** 1588:5
1588:6
**08:33:12** 1588:7
**08:33:17** 1588:8
**08:33:19** 1588:9
**08:33:22** 1588:10
**08:33:24** 1588:11
**08:33:27** 1588:12
**08:33:30** 1588:13
**08:33:32** 1588:14
**08:33:35** 1588:15
**08:33:37** 1588:16
**08:33:39** 1588:17
**08:33:43** 1588:18
**08:33:45** 1588:19
**08:33:47** 1588:20
**08:33:50** 1588:21
**08:33:53** 1588:22
**08:33:55** 1588:23
**08:34:00** 1588:24
**08:34:01** 1588:25
**08:34:03** 1589:1
**08:34:09** 1589:2
**08:34:11** 1589:3
**08:34:13** 1589:4
**08:34:17** 1589:5
**08:34:20** 1589:6
**08:34:24** 1589:7
**08:34:26** 1589:8
**08:34:29** 1589:9
**08:34:31** 1589:10
**08:34:35** 1589:11
**08:34:38** 1589:12
**08:34:40** 1589:13
**08:34:41** 1589:14
**08:34:45** 1589:15
**08:34:46** 1589:16
**08:34:50** 1589:17
**08:34:52** 1589:18
**08:34:53** 1589:19
**08:34:54** 1589:20
**08:34:59** 1589:21
**08:35:03** 1589:22
**08:35:07** 1589:23
**08:35:10** 1589:24
**08:35:18** 1589:25
1590:1
**08:35:20** 1590:2
**08:35:23** 1590:3
**08:35:27** 1590:4
**08:35:28** 1590:5
**08:35:32** 1590:6
**08:35:35** 1590:7
**08:35:37** 1590:8
**08:35:40** 1590:9
**08:35:42** 1590:10
**08:35:45** 1590:11
**08:35:50** 1590:12
**08:35:52** 1590:13
**08:35:54** 1590:14
**08:35:56** 1590:15
**08:35:59** 1590:16
**08:36:02** 1590:17
**08:36:03** 1590:18
**08:36:04** 1590:19
**08:36:09** 1590:20
**08:36:17** 1590:21
**08:36:21** 1590:22
**08:36:26** 1590:23
**08:36:29** 1590:24
**08:36:31** 1590:25
**08:36:32** 1591:1
**08:36:35** 1591:2
**08:36:38** 1591:3
**08:36:42** 1591:4
**08:36:45** 1591:5
**08:36:48** 1591:6
**08:36:50** 1591:7
**08:36:52** 1591:8
**08:36:53** 1591:9
**08:36:56** 1591:10
**08:37:00** 1591:11
**08:37:03** 1591:12
**08:37:05** 1591:13
**08:37:08** 1591:14
**08:37:09** 1591:15
**08:37:12** 1591:16
**08:37:14** 1591:17
**08:37:16** 1591:18
**08:37:19** 1591:19
**08:37:22** 1591:20
**08:37:23** 1591:21
**08:37:24** 1591:22
**08:37:25** 1591:23
**08:37:27** 1591:24
**08:37:30** 1591:25
**08:37:34** 1592:1
**08:37:36** 1592:2
**08:37:38** 1592:3
**08:37:40** 1592:4
**08:37:43** 1592:5
**08:37:48** 1592:6
**08:37:51** 1592:7
**08:37:54** 1592:8
**08:37:57** 1592:9
**08:38:00** 1592:10
**08:38:03** 1592:11
**08:38:04** 1592:12
**08:38:06** 1592:13
**08:38:10** 1592:14
**08:38:13** 1592:15
**08:38:17** 1592:16
**08:38:19** 1592:17
**08:38:21** 1592:18
**08:38:23** 1592:19
**08:38:25** 1592:20
**08:38:28** 1592:21
**08:38:30** 1592:22
**08:38:34** 1592:23
**08:38:37** 1592:24
**08:38:39** 1592:25
**08:38:44** 1593:1
**08:38:46** 1593:2
**08:38:47** 1593:3
**08:38:50** 1593:4
**08:38:54** 1593:5
**08:38:56** 1593:6
**08:38:57** 1593:7
**08:39:00** 1593:8
**08:39:04** 1593:9
**08:39:08** 1593:10
**08:39:14** 1593:11
**08:39:17** 1593:12
**08:39:20** 1593:13
**08:39:21** 1593:14
**08:39:24** 1593:15
**08:39:28** 1593:16
**08:39:31** 1593:17
**08:39:33** 1593:18
**08:39:37** 1593:19
**08:39:38** 1593:20
**08:39:43** 1593:21

**08:39:46** 1593:22
**08:39:47** 1593:23
**08:39:48** 1593:24
**08:39:49** 1593:25
**08:44:10** 1594:1
**08:44:13** 1594:2
**08:44:51** 1594:3
1594:4,5
**08:45:03** 1594:6
1594:7
**08:45:04** 1594:8
**08:45:08** 1594:9
**08:45:14** 1594:10
**08:45:15** 1594:11
**08:45:17** 1594:12
1594:13
**08:45:19** 1594:14
**08:45:20** 1594:15
**08:45:26** 1594:16
**08:45:28** 1594:17
**08:45:32** 1594:18
**08:45:34** 1594:19
**08:45:37** 1594:20
**08:45:42** 1594:21
**08:45:44** 1594:22
**08:45:48** 1594:23
**08:45:50** 1594:24
**08:45:53** 1594:25
**08:45:54** 1595:1
**08:45:56** 1595:2
**08:45:58** 1595:3
**08:46:01** 1595:4
**08:46:03** 1595:5
**08:46:07** 1595:6
**08:46:09** 1595:7
**08:46:11** 1595:8
1595:9
**08:46:13** 1595:10
**08:46:17** 1595:11
**08:46:20** 1595:12
**08:46:24** 1595:13
**08:46:28** 1595:14
**08:46:30** 1595:15
**08:46:32** 1595:16
**08:46:36** 1595:17
**08:46:38** 1595:18
**08:46:39** 1595:19
**08:46:41** 1595:20
**08:46:45** 1595:21
**08:46:47** 1595:22
**08:46:56** 1595:23
1595:24,25
**08:46:58** 1596:1
1596:2
**08:47:01** 1596:3
**08:47:02** 1596:4
**08:47:03** 1596:5
**08:47:06** 1596:6
1596:7
**08:47:07** 1596:8
**08:47:09** 1596:9
1596:10
**08:47:11** 1596:11
**08:47:13** 1596:12
1596:13,14,15
**08:47:14** 1596:16
1596:17,18
**08:47:20** 1596:19
1596:20
**08:47:25** 1596:21
**08:47:27** 1596:22
1596:23
**08:47:28** 1596:24
**08:48:22** 1596:25
1597:1
**08:48:23** 1597:2
**08:48:24** 1597:3
**08:48:26** 1597:4
**08:48:28** 1597:5
**08:48:31** 1597:6
**08:48:33** 1597:7
**08:48:36** 1597:8
**08:48:39** 1597:9
**08:48:40** 1597:10
**08:48:43** 1597:11
**08:48:46** 1597:12
**08:48:50** 1597:13
**08:48:52** 1597:14
**08:48:53** 1597:15
**08:48:59** 1597:16
1597:17
**08:49:00** 1597:18
**08:49:02** 1597:19
**08:49:05** 1597:20
**08:49:08** 1597:21
**08:49:11** 1597:22
1597:23
**08:49:13** 1597:24
**08:49:15** 1597:25
**08:49:20** 1598:1
**08:49:23** 1598:2
**08:49:27** 1598:3
**08:49:30** 1598:4
**08:49:34** 1598:5
1598:6,7
**08:49:35** 1598:8
**08:49:37** 1598:9
**08:49:39** 1598:10
**08:49:41** 1598:11
**08:49:44** 1598:12
**08:49:46** 1598:13
**08:49:47** 1598:14
**08:49:50** 1598:15
**08:49:52** 1598:16
**08:49:53** 1598:17
1598:18
**08:49:55** 1598:19
**08:49:58** 1598:20
**08:50:03** 1598:21
**08:50:06** 1598:22
**08:50:10** 1598:23
**08:50:13** 1598:24
**08:50:15** 1598:25
**08:50:16** 1599:1
**08:50:18** 1599:2
**08:50:19** 1599:3
**08:50:20** 1599:4
**08:50:21** 1599:5
**08:50:24** 1599:6
**08:50:26** 1599:7
1599:8
**08:50:28** 1599:9
**08:50:31** 1599:10
**08:50:33** 1599:11
**08:50:36** 1599:12
**08:50:39** 1599:13
**08:50:42** 1599:14
**08:50:46** 1599:15
**08:50:49** 1599:16
**08:50:52** 1599:17
**08:50:53** 1599:18
**08:50:56** 1599:19
**08:50:58** 1599:20
**08:51:00** 1599:21
**08:51:03** 1599:22
**08:51:05** 1599:23
**08:51:08** 1599:24
**08:51:12** 1599:25
**08:51:16** 1600:1
**08:51:18** 1600:2
**08:51:20** 1600:3
**08:51:23** 1600:4
**08:51:24** 1600:5
**08:51:25** 1600:6
**08:51:33** 1600:7
**08:51:36** 1600:8
**08:51:37** 1600:9
**08:51:40** 1600:10
**08:51:43** 1600:11
**08:51:46** 1600:12
**08:51:57** 1600:13
**08:51:59** 1600:14
1600:15
**08:52:00** 1600:16
**08:52:01** 1600:17
**08:52:03** 1600:18
**08:52:04** 1600:19
**08:52:06** 1600:20
**08:52:07** 1600:21
**08:52:09** 1600:22
**08:52:15** 1600:23
**08:52:21** 1600:24
**08:52:24** 1600:25
**08:52:28** 1601:1
**08:52:32** 1601:2
**08:52:33** 1601:3
**08:52:34** 1601:4
**08:52:38** 1601:5
**08:52:40** 1601:6
**08:52:43** 1601:7
**08:52:46** 1601:8
**08:52:48** 1601:9
**08:52:50** 1601:10
**08:52:53** 1601:11
**08:52:56** 1601:12
**08:52:59** 1601:13
1601:14
**08:53:01** 1601:15
**08:53:04** 1601:16
**08:53:08** 1601:17
**08:53:11** 1601:18
**08:53:12** 1601:19
**08:53:13** 1601:20
**08:53:37** 1601:21
**08:53:40** 1601:22
**08:53:46** 1601:23
**08:53:49** 1601:24
**08:53:51** 1601:25
**08:53:53** 1602:1
**08:53:54** 1602:2
**08:53:56** 1602:3
**08:53:57** 1602:4
**08:54:02** 1602:5
**08:54:04** 1602:6
**08:54:10** 1602:7
**08:54:12** 1602:8
**08:54:15** 1602:9
**08:54:18** 1602:10
**08:54:19** 1602:11
**08:54:20** 1602:12
**08:54:21** 1602:13
1602:14,15
**08:54:24** 1602:16
**08:54:27** 1602:17
**08:54:28** 1602:18
**08:54:33** 1602:19
**08:54:38** 1602:20
**08:54:40** 1602:21
**08:54:42** 1602:22
**08:54:45** 1602:23
**08:56:19** 1602:24
**08:56:21** 1602:25
**08:56:23** 1603:1
**08:56:25** 1603:2
**08:56:28** 1603:3

**08:56:29** 1603:4
**08:56:30** 1603:5
**08:56:32** 1603:6
**08:56:35** 1603:7
**08:56:37** 1603:8
**08:56:39** 1603:9
**08:56:43** 1603:10
**08:56:45** 1603:11
**08:56:51** 1603:12
**08:56:54** 1603:13
**08:56:57** 1603:14
**08:57:01** 1603:15
**08:57:03** 1603:16 1603:17
**08:57:07** 1603:18
**08:57:10** 1603:19
**08:57:12** 1603:20
**08:57:13** 1603:21
**08:57:22** 1603:22
**08:57:23** 1603:23
**08:57:24** 1603:24
**08:57:28** 1603:25
**08:57:30** 1604:1
**08:57:34** 1604:2
**08:57:37** 1604:3
**08:57:38** 1604:4
**08:57:40** 1604:5
**08:57:42** 1604:6
**08:57:44** 1604:7
**08:57:47** 1604:8
**08:57:48** 1604:9
**08:57:50** 1604:10
**08:57:53** 1604:11
**08:57:58** 1604:12
**08:58:00** 1604:13
**08:58:02** 1604:14
**08:58:04** 1604:15 1604:16
**08:58:05** 1604:17
**08:58:07** 1604:18
**08:58:08** 1604:19
**08:58:11** 1604:20
**08:58:14** 1604:21
**08:58:16** 1604:22
**08:58:20** 1604:23
**08:58:27** 1604:24
**08:58:29** 1604:25
**08:58:33** 1605:1
**08:58:36** 1605:2
**08:58:37** 1605:3
**08:58:42** 1605:4
**08:58:44** 1605:5
**08:58:46** 1605:6
**08:58:47** 1605:7
**08:58:48** 1605:8
**08:58:51** 1605:9
**08:58:54** 1605:10
**08:58:59** 1605:11
**08:59:03** 1605:12
**08:59:07** 1605:13
**08:59:11** 1605:14
**08:59:14** 1605:15
**08:59:17** 1605:16
**08:59:18** 1605:17
**08:59:21** 1605:18
**08:59:24** 1605:19 1605:20
**08:59:32** 1605:21 1605:22
**08:59:36** 1605:23
**08:59:37** 1605:24
**08:59:40** 1605:25
**08:59:43** 1606:1
**08:59:44** 1606:2
**08:59:46** 1606:3
**08:59:48** 1606:4
**08:59:52** 1606:5
**08:59:54** 1606:6
**08:59:57** 1606:7
**08:59:59** 1606:8
**09:00:02** 1606:9
**09:00:04** 1606:10
**09:01:26** 1606:11
**09:01:28** 1606:12
**09:01:33** 1606:13
**09:01:35** 1606:14
**09:01:37** 1606:15
**09:01:38** 1606:16
**09:01:39** 1606:17
**09:01:40** 1606:18
**09:01:42** 1606:19
**09:01:44** 1606:20
**09:01:47** 1606:21
**09:01:51** 1606:22
**09:02:02** 1606:23
**09:02:03** 1606:24
**09:02:06** 1606:25
**09:02:10** 1607:1
**09:02:15** 1607:2
**09:02:18** 1607:3
**09:02:22** 1607:4
**09:02:24** 1607:5
**09:02:31** 1607:6
**09:02:33** 1607:7
**09:02:34** 1607:8
**09:02:36** 1607:9
**09:02:40** 1607:10 1607:11
**09:02:41** 1607:12
**09:02:44** 1607:13
**09:02:45** 1607:14
**09:02:46** 1607:15
**09:02:49** 1607:16
**09:02:50** 1607:17
**09:02:55** 1607:18
**09:03:01** 1607:19
**09:03:02** 1607:20
**09:03:03** 1607:21
**09:03:24** 1607:22
**09:03:27** 1607:23
**09:03:29** 1607:24
**09:04:02** 1607:25
**09:04:04** 1608:1
**09:04:05** 1608:2
**09:04:31** 1608:3
**09:04:36** 1608:4
**09:04:37** 1608:5
**09:04:39** 1608:6
**09:04:47** 1608:7
**09:04:48** 1608:8
**09:04:50** 1608:9
**09:04:51** 1608:10
**09:04:57** 1608:11
**09:05:01** 1608:12
**09:05:04** 1608:13
**09:05:07** 1608:14
**09:05:08** 1608:15
**09:05:12** 1608:16
**09:05:22** 1608:17
**09:05:26** 1608:18
**09:08:51** 1608:19
**09:08:52** 1608:20
**09:08:56** 1608:21
**09:08:58** 1608:22
**09:09:01** 1608:23
**09:09:10** 1608:24
**09:09:11** 1608:25
**09:09:14** 1609:1
**09:09:16** 1609:2
**09:09:22** 1609:3
**09:09:25** 1609:4
**09:09:27** 1609:5
**09:09:30** 1609:6
**09:09:34** 1609:7
**09:09:39** 1609:8
**09:09:42** 1609:9
**09:09:45** 1609:10
**09:09:48** 1609:11
**09:09:53** 1609:12
**09:09:56** 1609:13
**09:09:57** 1609:14
**09:09:58** 1609:15
**09:10:00** 1609:16
**09:10:03** 1609:17
**09:10:06** 1609:18
**09:10:15** 1609:19
**09:10:17** 1609:20
**09:10:18** 1609:21
**09:10:20** 1609:22
**09:10:24** 1609:23
**09:10:25** 1609:24
**09:10:26** 1609:25
**09:10:28** 1610:1
**09:10:30** 1610:2
**09:10:32** 1610:3
**09:10:33** 1610:4
**09:10:35** 1610:5
**09:10:39** 1610:6 1610:7
**09:10:41** 1610:8
**09:10:42** 1610:9
**09:10:44** 1610:10
**09:10:48** 1610:11
**09:10:49** 1610:12
**09:10:50** 1610:13
**09:10:51** 1610:14
**09:10:53** 1610:15
**09:10:58** 1610:16
**09:11:05** 1610:17
**09:11:08** 1610:18
**09:11:09** 1610:19
**09:11:13** 1610:20
**09:11:15** 1610:21
**09:11:16** 1610:22
**09:11:19** 1610:23
**09:11:22** 1610:24
**09:11:25** 1610:25
**09:11:27** 1611:1
**09:11:31** 1611:2
**09:11:33** 1611:3
**09:11:37** 1611:4
**09:11:39** 1611:5
**09:11:42** 1611:6
**09:11:43** 1611:7
**09:11:44** 1611:8
**09:11:48** 1611:9
**09:11:50** 1611:10
**09:11:54** 1611:11
**09:11:57** 1611:12
**09:11:58** 1611:13
**09:11:59** 1611:14
**09:12:03** 1611:15
**09:12:05** 1611:16
**09:12:07** 1611:17
**09:12:09** 1611:18
**09:12:12** 1611:19
**09:12:15** 1611:20
**09:12:17** 1611:21
**09:12:21** 1611:22
**09:12:23** 1611:23
**09:12:31** 1611:24
**09:12:36** 1611:25
**09:12:42** 1612:1
**09:12:46** 1612:2
**09:12:48** 1612:3

**09:12:52** 1612:4
**09:12:57** 1612:5
**09:12:59** 1612:6
**09:13:02** 1612:7
**09:13:05** 1612:8
**09:13:06** 1612:9
**09:13:08** 1612:10
**09:13:10** 1612:11
**09:13:12** 1612:12
**09:13:15** 1612:13
**09:13:16** 1612:14
**09:13:17** 1612:15
**09:13:20** 1612:16
**09:13:22** 1612:17
**09:13:25** 1612:18
**09:13:28** 1612:19
**09:13:31** 1612:20
**09:13:33** 1612:21
**09:13:37** 1612:22
**09:13:39** 1612:23
**09:13:45** 1612:24 1612:25
**09:13:46** 1613:1
**09:13:47** 1613:2 1613:3
**09:13:50** 1613:4
**09:13:52** 1613:5 1613:6
**09:13:56** 1613:7 1613:8
**09:14:00** 1613:9
**09:14:03** 1613:10
**09:14:06** 1613:11 1613:12
**09:14:09** 1613:13
**09:14:10** 1613:14
**09:14:11** 1613:15
**09:14:14** 1613:16
**09:14:17** 1613:17
**09:14:24** 1613:18
**09:14:26** 1613:19
**09:14:28** 1613:20
**09:14:30** 1613:21
**09:14:34** 1613:22
**09:14:36** 1613:23
**09:14:40** 1613:24
**09:14:42** 1613:25
**09:14:47** 1614:1
**09:14:51** 1614:2
**09:14:53** 1614:3
**09:14:55** 1614:4
**09:14:57** 1614:5
**09:14:59** 1614:6
**09:15:01** 1614:7 1614:8,9
**09:15:03** 1614:10 1614:11
**09:15:05** 1614:12
**09:15:06** 1614:13 1614:14
**09:15:07** 1614:15
**09:15:10** 1614:16
**09:15:11** 1614:17
**09:15:12** 1614:18
**09:15:18** 1614:19
**09:15:20** 1614:20
**09:15:23** 1614:21
**09:15:24** 1614:22
**09:15:28** 1614:23
**09:15:31** 1614:24
**09:15:33** 1614:25
**09:15:36** 1615:1
**09:15:38** 1615:2
**09:15:41** 1615:3 1615:4
**09:15:43** 1615:5
**09:15:45** 1615:6
**09:15:48** 1615:7
**09:15:50** 1615:8
**09:15:51** 1615:9
**09:15:52** 1615:10
**09:15:55** 1615:11
**09:16:00** 1615:12
**09:16:01** 1615:13
**09:16:02** 1615:14
**09:16:06** 1615:15
**09:16:08** 1615:16
**09:16:13** 1615:17
**09:16:16** 1615:18 1615:19,20
**09:16:21** 1615:21
**09:16:23** 1615:22
**09:16:25** 1615:23
**09:16:26** 1615:24
**09:16:29** 1615:25
**09:16:30** 1616:1
**09:16:31** 1616:2
**09:16:32** 1616:3
**09:16:34** 1616:4
**09:16:35** 1616:5
**09:16:39** 1616:6
**09:16:44** 1616:7
**09:16:46** 1616:8
**09:16:49** 1616:9
**09:16:52** 1616:10
**09:16:55** 1616:11 1616:12
**09:16:57** 1616:13
**09:16:59** 1616:14 1616:15
**09:17:01** 1616:16
**09:19:20** 1616:17
**09:19:22** 1616:18
**09:19:49** 1616:19
**09:19:50** 1616:20
**09:19:51** 1616:21
**09:19:53** 1616:22
**09:19:57** 1616:23
**09:19:58** 1616:24
**09:20:18** 1616:25
**09:20:19** 1617:1
**09:20:22** 1617:2
**09:20:28** 1617:3
**09:20:29** 1617:4
**09:20:31** 1617:5
**09:20:36** 1617:6
**09:20:38** 1617:7
**09:20:39** 1617:8
**09:20:41** 1617:9
**09:20:44** 1617:10
**09:20:47** 1617:11 1617:12,13,14 1617:15
**09:21:08** 1617:16 1617:17,18
**09:21:10** 1617:19
**09:21:12** 1617:20
**09:21:13** 1617:21
**09:21:15** 1617:22
**09:21:17** 1617:23
**09:21:19** 1617:24
**09:21:22** 1617:25
**09:21:23** 1618:1
**09:21:24** 1618:2
**09:21:26** 1618:3
**09:21:28** 1618:4
**09:21:31** 1618:5
**09:21:32** 1618:6
**09:21:35** 1618:7
**09:21:37** 1618:8
**09:21:43** 1618:9 1618:10
**09:21:46** 1618:11
**09:21:47** 1618:12
**09:21:50** 1618:13 1618:14
**09:21:59** 1618:15
**09:22:01** 1618:16
**09:22:02** 1618:17 1618:18
**09:22:05** 1618:19 1618:20
**09:22:09** 1618:21
**09:22:11** 1618:22
**09:22:12** 1618:23
**09:22:13** 1618:24
**09:22:17** 1618:25
**09:22:20** 1619:1
**09:22:23** 1619:2
**09:22:25** 1619:3
**09:22:28** 1619:4 1619:5
**09:22:30** 1619:6
**09:22:33** 1619:7
**09:22:35** 1619:8
**09:22:41** 1619:9
**09:22:42** 1619:10
**09:22:44** 1619:11
**09:22:46** 1619:12
**09:22:49** 1619:13 1619:14
**09:22:52** 1619:15
**09:22:53** 1619:16
**09:22:56** 1619:17
**09:22:57** 1619:18
**09:22:59** 1619:19
**09:23:02** 1619:20
**09:23:05** 1619:21
**09:23:07** 1619:22
**09:23:11** 1619:23
**09:23:14** 1619:24
**09:23:15** 1619:25
**09:23:17** 1620:1
**09:23:19** 1620:2
**09:23:23** 1620:3
**09:23:26** 1620:4
**09:23:29** 1620:5
**09:23:32** 1620:6 1620:7
**09:23:36** 1620:8
**09:23:37** 1620:9
**09:23:38** 1620:10
**09:23:40** 1620:11 1620:12
**09:23:43** 1620:13
**09:23:45** 1620:14 1620:15
**09:23:47** 1620:16
**09:23:48** 1620:17
**09:23:50** 1620:18
**09:23:53** 1620:19
**09:23:54** 1620:20
**09:23:57** 1620:21
**09:24:03** 1620:22
**09:24:06** 1620:23
**09:24:08** 1620:24
**09:24:11** 1620:25
**09:24:12** 1621:1
**09:24:14** 1621:2
**09:24:15** 1621:3
**09:24:17** 1621:4
**09:24:20** 1621:5
**09:24:23** 1621:6
**09:24:24** 1621:7
**09:24:28** 1621:8

**09:24:32** 1621:9
**09:24:34** 1621:10
**09:24:35** 1621:11
**09:24:38** 1621:12
**09:24:41** 1621:13
**09:24:44** 1621:14
**09:24:46** 1621:15
**09:24:49** 1621:16
**09:24:51** 1621:17
**09:24:54** 1621:18
**09:24:56** 1621:19
**09:25:00** 1621:20
**09:25:02** 1621:21
**09:25:05** 1621:22
**09:25:06** 1621:23
**09:25:07** 1621:24
**09:25:11** 1621:25 1622:1
**09:25:14** 1622:2
**09:25:17** 1622:3
**09:25:20** 1622:4
**09:25:21** 1622:5
**09:25:24** 1622:6
**09:25:28** 1622:7
**09:25:29** 1622:8
**09:25:30** 1622:9
**09:25:33** 1622:10
**09:25:36** 1622:11
**09:25:44** 1622:12
**09:25:45** 1622:13
**09:25:48** 1622:14 1622:15
**09:25:51** 1622:16
**09:25:55** 1622:17
**09:25:57** 1622:18
**09:25:59** 1622:19
**09:26:00** 1622:20
**09:26:02** 1622:21
**09:26:04** 1622:22
**09:26:06** 1622:23
**09:26:09** 1622:24
**09:26:12** 1622:25
**09:26:15** 1623:1
**09:26:18** 1623:2
**09:26:21** 1623:3
**09:26:25** 1623:4 1623:5
**09:26:28** 1623:6
**09:26:30** 1623:7
**09:26:32** 1623:8
**09:26:33** 1623:9
**09:26:36** 1623:10
**09:26:41** 1623:11
**09:26:44** 1623:12
**09:26:45** 1623:13 1623:14
**09:26:48** 1623:15
**09:26:51** 1623:16
**09:26:52** 1623:17
**09:26:54** 1623:18
**09:26:57** 1623:19 1623:20
**09:27:02** 1623:21
**09:27:03** 1623:22
**09:27:05** 1623:23
**09:27:10** 1623:24 1623:25
**09:27:11** 1624:1
**09:27:12** 1624:2
**09:27:14** 1624:3
**09:27:15** 1624:4
**09:27:18** 1624:5
**09:27:24** 1624:6
**09:27:26** 1624:7
**09:27:29** 1624:8
**09:27:34** 1624:9
**09:27:36** 1624:10
**09:27:41** 1624:11
**09:27:44** 1624:12
**09:27:47** 1624:13
**09:27:50** 1624:14
**09:27:51** 1624:15
**09:27:52** 1624:16
**09:27:54** 1624:17
**09:27:57** 1624:18
**09:28:01** 1624:19
**09:28:02** 1624:20
**09:28:03** 1624:21
**09:28:04** 1624:22
**09:28:07** 1624:23
**09:28:08** 1624:24
**09:28:09** 1624:25
**09:28:10** 1625:1 1625:2
**09:28:13** 1625:3
**09:28:15** 1625:4
**09:28:18** 1625:5
**09:28:20** 1625:6
**09:28:22** 1625:7
**09:28:25** 1625:8
**09:28:26** 1625:9
**09:28:29** 1625:10
**09:28:31** 1625:11 1625:12
**09:28:32** 1625:13
**09:28:37** 1625:14 1625:15
**09:28:39** 1625:16
**09:28:40** 1625:17
**09:28:42** 1625:18
**09:28:46** 1625:19 1625:20
**09:28:49** 1625:21 1625:22
**09:28:50** 1625:23
**09:28:57** 1625:24
**09:28:58** 1625:25
**09:29:01** 1626:1
**09:29:02** 1626:2
**09:29:04** 1626:3
**09:29:06** 1626:4
**09:29:09** 1626:5
**09:29:18** 1626:6
**09:29:21** 1626:7
**09:29:23** 1626:8
**09:29:25** 1626:9
**09:29:28** 1626:10
**09:29:32** 1626:11
**09:29:35** 1626:12
**09:29:40** 1626:13
**09:29:42** 1626:14
**09:29:44** 1626:15
**09:29:47** 1626:16
**09:29:50** 1626:17
**09:29:54** 1626:18
**09:29:56** 1626:19
**09:29:59** 1626:20
**09:30:01** 1626:21
**09:30:04** 1626:22
**09:30:07** 1626:23
**09:30:10** 1626:24
**09:30:11** 1626:25
**09:30:13** 1627:1
**09:30:17** 1627:2
**09:30:19** 1627:3
**09:30:22** 1627:4
**09:30:24** 1627:5
**09:30:27** 1627:6
**09:30:29** 1627:7
**09:30:30** 1627:8
**09:30:32** 1627:9 1627:10
**09:30:35** 1627:11
**09:30:37** 1627:12
**09:30:39** 1627:13 1627:14
**09:30:42** 1627:15
**09:30:44** 1627:16
**09:30:45** 1627:17
**09:30:50** 1627:18
**09:30:52** 1627:19
**09:30:56** 1627:20 1627:21
**09:30:58** 1627:22
**09:31:00** 1627:23
**09:31:01** 1627:24
**09:31:03** 1627:25
**09:31:04** 1628:1
**09:31:05** 1628:2
**09:31:07** 1628:3
**09:31:10** 1628:4
**09:31:12** 1628:5
**09:31:13** 1628:6
**09:31:15** 1628:7 1628:8
**09:31:18** 1628:9
**09:31:21** 1628:10
**09:31:23** 1628:11
**09:31:27** 1628:12
**09:31:29** 1628:13
**09:31:31** 1628:14
**09:31:33** 1628:15
**09:31:37** 1628:16
**09:31:39** 1628:17
**09:31:42** 1628:18
**09:31:44** 1628:19
**09:31:46** 1628:20
**09:31:49** 1628:21
**09:31:51** 1628:22 1628:23
**09:31:53** 1628:24
**09:31:57** 1628:25
**09:31:58** 1629:1
**09:31:59** 1629:2
**09:32:02** 1629:3
**09:32:05** 1629:4
**09:32:09** 1629:5
**09:32:13** 1629:6
**09:32:14** 1629:7
**09:32:17** 1629:8
**09:32:18** 1629:9
**09:32:21** 1629:10
**09:32:22** 1629:11
**09:32:23** 1629:12
**09:32:25** 1629:13
**09:32:27** 1629:14
**09:32:28** 1629:15
**09:32:31** 1629:16
**09:32:32** 1629:17
**09:32:35** 1629:18
**09:32:38** 1629:19
**09:32:41** 1629:20
**09:32:44** 1629:21
**09:32:47** 1629:22
**09:32:49** 1629:23
**09:32:51** 1629:24
**09:32:54** 1629:25
**09:32:55** 1630:1
**09:32:58** 1630:2 1630:3
**09:33:00** 1630:4
**09:33:02** 1630:5
**09:33:05** 1630:6
**09:33:08** 1630:7
**09:33:10** 1630:8

**09:33:11** 1630:9
**09:33:12** 1630:10
**09:33:15** 1630:11
**09:33:18** 1630:12
**09:33:21** 1630:13
**09:33:22** 1630:14
**09:33:24** 1630:15
**09:33:27** 1630:16
**09:33:31** 1630:17
**09:33:32** 1630:18
**09:33:35** 1630:19
**09:33:37** 1630:20
**09:33:39** 1630:21
**09:33:43** 1630:22
**09:33:45** 1630:23
**09:33:49** 1630:24
**09:33:50** 1630:25
**09:33:51** 1631:1
**09:33:53** 1631:2
**09:33:56** 1631:3 1631:4
**09:33:57** 1631:5
**09:33:59** 1631:6
**09:34:01** 1631:7
**09:34:03** 1631:8
**09:34:05** 1631:9
**09:34:06** 1631:10
**09:34:09** 1631:11
**09:34:10** 1631:12 1631:13
**09:34:13** 1631:14
**09:34:15** 1631:15 1631:16
**09:34:17** 1631:17
**09:34:19** 1631:18 1631:19
**09:34:21** 1631:20
**09:34:24** 1631:21
**09:34:25** 1631:22
**09:34:30** 1631:23
**09:34:32** 1631:24
**09:34:34** 1631:25
**09:34:35** 1632:1
**09:34:36** 1632:2
**09:34:39** 1632:3
**09:34:42** 1632:4
**09:34:43** 1632:5
**09:34:45** 1632:6
**09:34:48** 1632:7
**09:34:49** 1632:8
**09:34:51** 1632:9
**09:34:55** 1632:10
**09:34:56** 1632:11
**09:34:59** 1632:12
**09:35:01** 1632:13
**09:35:04** 1632:14
**09:35:06** 1632:15
**09:35:09** 1632:16
**09:35:11** 1632:17 1632:18
**09:35:12** 1632:19
**09:35:15** 1632:20
**09:35:17** 1632:21
**09:35:18** 1632:22
**09:35:21** 1632:23
**09:35:26** 1632:24
**09:35:28** 1632:25
**09:35:30** 1633:1
**09:35:32** 1633:2
**09:35:34** 1633:3
**09:35:35** 1633:4
**09:35:37** 1633:5
**09:35:39** 1633:6 1633:7
**09:35:43** 1633:8
**09:35:44** 1633:9
**09:35:45** 1633:10
**09:35:48** 1633:11
**09:35:49** 1633:12
**09:35:52** 1633:13
**09:35:55** 1633:14 1633:15,16
**09:35:58** 1633:17
**09:35:59** 1633:18 1633:19
**09:36:03** 1633:20
**09:36:04** 1633:21
**09:36:05** 1633:22 1633:23
**09:36:09** 1633:24
**09:36:11** 1633:25
**09:36:15** 1634:1 1634:2
**09:36:20** 1634:3
**09:36:24** 1634:4
**09:36:28** 1634:5
**09:36:31** 1634:6
**09:36:34** 1634:7 1634:8
**09:36:37** 1634:9
**09:36:40** 1634:10
**09:36:42** 1634:11
**09:36:43** 1634:12
**09:36:46** 1634:13
**09:36:48** 1634:14
**09:36:51** 1634:15
**09:36:54** 1634:16 1634:17
**09:36:56** 1634:18
**09:36:57** 1634:19
**09:36:58** 1634:20
**09:36:59** 1634:21
**09:37:01** 1634:22
**09:37:03** 1634:23 1634:24,25
**09:37:05** 1635:1 1635:2
**09:37:09** 1635:3
**09:37:20** 1635:4
**09:37:22** 1635:5
**09:37:23** 1635:6
**09:37:26** 1635:7 1635:8
**09:37:28** 1635:9
**09:37:31** 1635:10
**09:37:33** 1635:11
**09:37:37** 1635:12
**09:37:41** 1635:13
**09:37:42** 1635:14
**09:37:44** 1635:15
**09:37:47** 1635:16
**09:37:49** 1635:17
**09:37:52** 1635:18
**09:37:55** 1635:19
**09:37:57** 1635:20
**09:37:58** 1635:21
**09:37:59** 1635:22
**09:38:06** 1635:23
**09:38:08** 1635:24
**09:38:11** 1635:25 1636:1
**09:38:13** 1636:2
**09:38:14** 1636:3
**09:38:17** 1636:4
**09:38:19** 1636:5 1636:6
**09:38:20** 1636:7
**09:38:21** 1636:8
**09:38:22** 1636:9
**09:38:26** 1636:10
**09:38:29** 1636:11
**09:38:30** 1636:12
**09:38:32** 1636:13
**09:38:35** 1636:14
**09:38:36** 1636:15
**09:38:37** 1636:16
**09:38:41** 1636:17
**09:38:44** 1636:18 1636:19
**09:38:49** 1636:20
**09:38:53** 1636:21
**09:38:54** 1636:22
**09:38:57** 1636:23
**09:39:00** 1636:24
**09:39:02** 1636:25 1637:1
**09:39:05** 1637:2
**09:39:07** 1637:3
**09:39:09** 1637:4
**09:39:14** 1637:5
**09:39:16** 1637:6
**09:39:18** 1637:7
**09:39:20** 1637:8
**09:39:27** 1637:9
**09:39:28** 1637:10 1637:11
**09:39:31** 1637:12
**09:39:35** 1637:13
**09:39:37** 1637:14
**09:39:39** 1637:15
**09:39:41** 1637:16
**09:39:44** 1637:17
**09:39:46** 1637:18
**09:39:51** 1637:19
**09:39:54** 1637:20
**09:39:58** 1637:21
**09:40:01** 1637:22
**09:40:02** 1637:23
**09:40:04** 1637:24
**09:40:06** 1637:25 1638:1
**09:40:09** 1638:2
**09:40:10** 1638:3
**09:40:15** 1638:4
**09:40:18** 1638:5
**09:40:21** 1638:6
**09:40:23** 1638:7
**09:40:25** 1638:8
**09:40:28** 1638:9
**09:40:33** 1638:10
**09:40:36** 1638:11
**09:40:41** 1638:12
**09:40:44** 1638:13
**09:40:47** 1638:14
**09:40:50** 1638:15
**09:40:53** 1638:16
**09:40:56** 1638:17
**09:40:58** 1638:18
**09:41:00** 1638:19
**09:41:02** 1638:20
**09:41:06** 1638:21
**09:41:10** 1638:22
**09:41:11** 1638:23
**09:41:13** 1638:24
**09:41:16** 1638:25
**09:41:19** 1639:1
**09:41:21** 1639:2 1639:3
**09:41:24** 1639:4
**09:41:28** 1639:5
**09:41:31** 1639:6
**09:41:32** 1639:7
**09:41:34** 1639:8
**09:41:36** 1639:9 1639:10

**09:41:37** 1639:11
**09:41:40** 1639:12
**09:41:44** 1639:13 1639:14
**09:41:46** 1639:15
**09:41:48** 1639:16 1639:17
**09:41:51** 1639:18
**09:41:54** 1639:19
**09:41:58** 1639:20
**09:42:02** 1639:21
**09:42:06** 1639:22
**09:42:08** 1639:23
**09:42:11** 1639:24
**09:42:14** 1639:25
**09:42:16** 1640:1
**09:42:19** 1640:2
**09:42:20** 1640:3
**09:42:22** 1640:4
**09:42:23** 1640:5
**09:42:26** 1640:6
**09:42:29** 1640:7
**09:42:32** 1640:8
**09:42:34** 1640:9
**09:42:38** 1640:10
**09:42:41** 1640:11
**09:42:44** 1640:12
**09:42:47** 1640:13 1640:14
**09:42:49** 1640:15 1640:16
**09:42:52** 1640:17
**09:42:54** 1640:18
**09:42:57** 1640:19
**09:42:59** 1640:20
**09:43:02** 1640:21
**09:43:04** 1640:22
**09:43:07** 1640:23
**09:43:10** 1640:24
**09:43:16** 1640:25
**09:43:19** 1641:1 1641:2
**09:43:22** 1641:3
**09:43:23** 1641:4 1641:5
**09:43:24** 1641:6
**09:43:27** 1641:7
**09:43:30** 1641:8
**09:43:31** 1641:9
**09:43:35** 1641:10
**09:43:38** 1641:11
**09:43:42** 1641:12
**09:43:46** 1641:13
**09:43:49** 1641:14
**09:43:56** 1641:15
**09:43:59** 1641:16
**09:44:01** 1641:17
**09:44:05** 1641:18 1641:19
**09:44:08** 1641:20
**09:44:09** 1641:21
**09:44:10** 1641:22
**09:44:11** 1641:23
**09:44:13** 1641:24
**09:44:17** 1641:25
**09:44:20** 1642:1
**09:44:21** 1642:2
**09:44:29** 1642:3
**09:44:36** 1642:4
**09:44:39** 1642:5
**09:44:42** 1642:6
**09:44:44** 1642:7
**09:44:47** 1642:8
**09:44:50** 1642:9
**09:44:54** 1642:10
**09:44:56** 1642:11
**09:44:57** 1642:12
**09:45:04** 1642:13
**09:45:08** 1642:14
**09:45:12** 1642:15
**09:45:14** 1642:16
**09:45:15** 1642:17
**09:45:18** 1642:18
**09:45:22** 1642:19
**09:45:24** 1642:20
**09:45:25** 1642:21
**09:45:27** 1642:22
**09:45:28** 1642:23
**09:45:32** 1642:24
**09:45:40** 1642:25
**09:45:43** 1643:1
**09:45:45** 1643:2
**09:45:46** 1643:3
**09:45:48** 1643:4
**09:45:52** 1643:5
**09:45:55** 1643:6 1643:7
**09:45:57** 1643:8
**09:45:59** 1643:9
**09:46:02** 1643:10
**09:46:05** 1643:11
**09:46:09** 1643:12
**09:46:11** 1643:13
**09:46:13** 1643:14 1643:15
**09:46:15** 1643:16
**09:46:16** 1643:17
**09:46:18** 1643:18
**09:46:21** 1643:19
**09:46:25** 1643:20
**09:46:32** 1643:21
**09:46:35** 1643:22
**09:46:37** 1643:23
**09:46:41** 1643:24
**09:46:42** 1643:25
**09:46:43** 1644:1
**09:46:46** 1644:2
**09:46:52** 1644:3
**09:46:59** 1644:4
**09:47:00** 1644:5
**09:47:01** 1644:6
**09:47:02** 1644:7
**09:47:05** 1644:8
**09:47:06** 1644:9
**09:47:07** 1644:10
**09:47:08** 1644:11
**09:47:09** 1644:12 1644:13
**09:47:11** 1644:14
**09:47:14** 1644:15
**09:47:19** 1644:16
**09:47:20** 1644:17
**09:47:24** 1644:18
**09:47:28** 1644:19
**09:47:30** 1644:20
**09:47:32** 1644:21
**09:47:35** 1644:22
**09:47:38** 1644:23
**09:47:41** 1644:24
**09:47:44** 1644:25
**09:47:46** 1645:1
**09:47:50** 1645:2
**09:47:52** 1645:3
**09:47:54** 1645:4
**09:48:07** 1645:5
**09:48:09** 1645:6
**09:48:13** 1645:7 1645:8,9
**09:48:17** 1645:10
**09:48:22** 1645:11
**09:48:23** 1645:12
**09:48:25** 1645:13
**09:48:27** 1645:14
**09:48:30** 1645:15
**09:48:31** 1645:16 1645:17,18
**09:48:32** 1645:19
**09:48:35** 1645:20
**09:48:40** 1645:21
**09:48:42** 1645:22
**09:48:43** 1645:23
**09:48:46** 1645:24
**09:48:49** 1645:25
**09:48:51** 1646:1
**09:48:54** 1646:2
**09:48:57** 1646:3
**09:49:01** 1646:4
**09:49:03** 1646:5
**09:49:06** 1646:6
**09:49:09** 1646:7
**09:49:13** 1646:8
**09:49:16** 1646:9
**09:49:21** 1646:10
**09:49:25** 1646:11
**09:49:30** 1646:12
**09:49:31** 1646:13
**09:49:33** 1646:14
**09:49:35** 1646:15
**09:49:38** 1646:16 1646:17
**09:49:42** 1646:18
**09:49:52** 1646:19
**09:49:57** 1646:20
**09:49:59** 1646:21
**09:50:02** 1646:22
**09:50:04** 1646:23
**09:50:11** 1646:24 1646:25
**09:50:14** 1647:1
**09:50:16** 1647:2
**09:50:19** 1647:3
**09:50:23** 1647:4
**09:50:24** 1647:5
**09:50:29** 1647:6
**09:50:31** 1647:7
**09:50:34** 1647:8
**09:50:35** 1647:9
**09:50:37** 1647:10
**09:50:41** 1647:11
**09:50:43** 1647:12
**09:50:46** 1647:13
**09:50:49** 1647:14
**09:50:50** 1647:15
**09:50:58** 1647:16
**09:51:00** 1647:17
**09:51:03** 1647:18
**09:51:04** 1647:19
**09:51:06** 1647:20
**09:51:09** 1647:21
**09:51:10** 1647:22
**09:51:14** 1647:23
**09:51:15** 1647:24
**09:51:19** 1647:25
**09:51:21** 1648:1
**09:51:22** 1648:2
**09:51:25** 1648:3
**09:51:27** 1648:4
**09:51:31** 1648:5
**09:51:33** 1648:6
**09:51:37** 1648:7
**09:51:39** 1648:8
**09:51:41** 1648:9
**09:51:44** 1648:10
**09:51:47** 1648:11
**09:51:49** 1648:12

**09:51:53** 1648:13
**09:51:54** 1648:14
**09:51:57** 1648:15
**09:52:00** 1648:16
**09:52:02** 1648:17
**09:52:03** 1648:18
**09:52:06** 1648:19
**09:52:11** 1648:20
**09:52:12** 1648:21
**09:52:13** 1648:22
**09:52:14** 1648:23
**09:52:17** 1648:24
**09:52:18** 1648:25
**09:52:19** 1649:1
**09:52:21** 1649:2
**09:52:23** 1649:3 1649:4
**09:52:26** 1649:5
**09:52:28** 1649:6
**09:52:29** 1649:7
**09:52:31** 1649:8
**09:52:34** 1649:9
**09:52:38** 1649:10
**09:52:41** 1649:11
**09:52:43** 1649:12
**09:52:46** 1649:13
**09:52:48** 1649:14
**09:52:51** 1649:15
**09:52:54** 1649:16
**09:52:56** 1649:17
**09:52:58** 1649:18
**09:53:00** 1649:19
**09:53:04** 1649:20
**09:53:08** 1649:21
**09:53:09** 1649:22
**09:53:11** 1649:23
**09:53:15** 1649:24
**09:53:16** 1649:25
**09:53:20** 1650:1
**09:53:23** 1650:2
**09:53:24** 1650:3
**09:53:28** 1650:4
**09:53:30** 1650:5
**09:53:34** 1650:6
**09:53:36** 1650:7
**09:53:38** 1650:8
**09:53:41** 1650:9
**09:53:43** 1650:10
**09:53:44** 1650:11
**09:53:46** 1650:12
**09:53:48** 1650:13 1650:14
**09:53:51** 1650:15
**09:53:55** 1650:16
**09:53:57** 1650:17
**09:53:58** 1650:18
**09:54:01** 1650:19
**09:54:02** 1650:20
**09:54:03** 1650:21
**09:54:07** 1650:22
**09:54:09** 1650:23
**09:54:11** 1650:24
**09:54:12** 1650:25
**09:54:13** 1651:1
**09:54:18** 1651:2 1651:3
**09:54:23** 1651:4
**09:54:25** 1651:5
**09:54:26** 1651:6
**09:54:29** 1651:7
**09:54:34** 1651:8
**09:54:38** 1651:9
**09:54:40** 1651:10
**09:54:43** 1651:11
**09:54:46** 1651:12
**09:54:49** 1651:13
**09:54:52** 1651:14 1651:15
**09:54:54** 1651:16 1651:17
**09:54:58** 1651:18
**09:55:02** 1651:19
**09:55:03** 1651:20
**09:55:05** 1651:21
**09:55:08** 1651:22
**09:55:09** 1651:23 1651:24
**09:55:11** 1651:25
**09:55:14** 1652:1
**09:55:16** 1652:2
**09:55:17** 1652:3
**09:55:22** 1652:4
**09:55:24** 1652:5
**09:55:27** 1652:6
**09:55:30** 1652:7
**09:55:33** 1652:8
**09:55:35** 1652:9
**09:55:37** 1652:10
**09:55:39** 1652:11
**09:55:45** 1652:12
**09:55:47** 1652:13
**09:55:50** 1652:14 1652:15
**09:55:53** 1652:16
**09:55:55** 1652:17
**09:56:00** 1652:18
**09:56:04** 1652:19
**09:56:06** 1652:20
**09:56:07** 1652:21
**09:56:09** 1652:22
**09:56:14** 1652:23
**09:56:16** 1652:24
**09:56:19** 1652:25
**09:56:22** 1653:1
**09:56:25** 1653:2
**09:56:29** 1653:3 1653:4
**09:56:30** 1653:5
**09:56:32** 1653:6
**09:56:35** 1653:7
**09:56:36** 1653:8
**09:56:37** 1653:9
**09:56:44** 1653:10
**09:56:47** 1653:11
**09:56:51** 1653:12
**09:56:56** 1653:13 1653:14
**09:56:58** 1653:15
**09:57:00** 1653:16
**09:57:04** 1653:17
**09:57:08** 1653:18
**09:57:10** 1653:19
**09:57:12** 1653:20
**09:57:23** 1653:21
**09:57:30** 1653:22
**09:57:35** 1653:23
**09:57:36** 1653:24
**09:57:38** 1653:25
**09:57:42** 1654:1
**09:57:44** 1654:2
**09:57:48** 1654:3 1654:4
**09:57:51** 1654:5
**09:57:54** 1654:6
**09:57:55** 1654:7
**09:57:56** 1654:8
**09:57:58** 1654:9
**09:58:00** 1654:10
**09:58:01** 1654:11
**09:58:03** 1654:12
**09:58:05** 1654:13
**09:58:08** 1654:14
**09:58:10** 1654:15
**09:58:14** 1654:16
**09:58:15** 1654:17
**09:58:21** 1654:18
**09:58:24** 1654:19
**09:58:25** 1654:20
**09:58:30** 1654:21
**09:59:10** 1655:4 1655:5
**09:59:12** 1655:6
**09:59:13** 1655:7 1655:8
**09:59:15** 1655:9
**09:59:18** 1655:10 1655:11
**09:59:20** 1655:12
**09:59:22** 1655:13 1655:14
**09:59:24** 1655:15
**09:59:25** 1655:16
**09:59:26** 1655:17
**09:59:30** 1655:18
**09:59:33** 1655:19
**09:59:35** 1655:20
**09:59:39** 1655:21
**09:59:41** 1655:22
**09:59:44** 1655:23 1655:24
**09:59:48** 1655:25
**09:59:51** 1656:1
**09:59:55** 1656:2
**09:59:59** 1656:3

**1**

**1** 1645:10 1659:9 1672:13,22 1673:2,22 1683:21 1740:25 1768:7 1844:18,23 1845:7,20 1851:12 1853:15 1869:14 1874:7 1887:4 1906:3 1926:5,8,25 1934:17 1935:11 1940:9
**1,146,225** 1745:10 1756:22 1910:17
**1,386,648** 1911:16
**1,585** 1876:25 1877:2 1908:23 1910:14 1911:2
**1.0** 1883:3
**1.1** 1756:6
**1.146** 1911:5
**1.15** 1910:17 1911:3,9
**1.3** 1911:19
**1.9** 1667:24 1672:7
**1:15** 1742:8 1743:1
**10** 1668:1 1676:4 1676:7,14,16 1676:18 1677:2 1852:2 1853:4
**10:00:04** 1656:4
**10:00:08** 1656:5
**10:00:11** 1656:6

**10:00:13** 1656:7
**10:00:15** 1656:8
**10:00:16** 1656:9
**10:00:18** 1656:10
**10:00:20** 1656:11
**10:00:23** 1656:12
**10:00:24** 1656:13
**10:00:27** 1656:14
**10:00:29** 1656:15
**10:00:31** 1656:16
**10:00:34** 1656:17
**10:00:38** 1656:18 1656:19
**10:00:43** 1656:20
**10:00:45** 1656:21
**10:00:49** 1656:22
**10:00:52** 1656:23
**10:00:54** 1656:24
**10:00:56** 1656:25
**10:00:59** 1657:1
**10:01:05** 1657:2
**10:01:06** 1657:3
**10:01:07** 1657:4
**10:01:11** 1657:5
**10:01:12** 1657:6
**10:01:13** 1657:7
**10:01:15** 1657:8
**10:01:16** 1657:9
**10:01:17** 1657:10
**10:01:19** 1657:11
**10:01:22** 1657:12
**10:01:24** 1657:13
**10:01:26** 1657:14
**10:01:27** 1657:15
**10:01:28** 1657:16
**10:01:32** 1657:17
**10:01:35** 1657:18
**10:01:38** 1657:19
**10:01:41** 1657:20
**10:01:45** 1657:21
**10:01:49** 1657:22
**10:01:50** 1657:23
**10:01:51** 1657:24
**10:01:53** 1657:25
**10:01:56** 1658:1
**10:02:00** 1658:2
**10:02:08** 1658:3
**10:02:12** 1658:4 1658:5
**10:02:14** 1658:6
**10:02:16** 1658:7 1658:8
**10:02:17** 1658:9 1658:10
**10:02:19** 1658:11
**10:02:22** 1658:12
**10:02:24** 1658:13
**10:02:26** 1658:14
**10:02:27** 1658:15
**10:02:28** 1658:16
**10:02:30** 1658:17
**10:02:33** 1658:18
**10:02:36** 1658:19
**10:02:38** 1658:20
**10:02:44** 1658:21
**10:02:54** 1658:22
**10:02:57** 1658:23
**10:03:00** 1658:24
**10:03:03** 1658:25
**10:03:04** 1659:1
**10:03:05** 1659:2
**10:03:06** 1659:3
**10:03:11** 1659:4
**10:03:13** 1659:5
**10:03:16** 1659:6
**10:03:20** 1659:7
**10:03:21** 1659:8
**10:03:24** 1659:9
**10:03:28** 1659:10
**10:03:32** 1659:11
**10:03:36** 1659:12
**10:03:38** 1659:13
**10:03:39** 1659:14
**10:03:43** 1659:15
**10:03:47** 1659:16
**10:03:56** 1659:17 1659:18
**10:04:02** 1659:19
**10:04:04** 1659:20
**10:04:05** 1659:21
**10:04:07** 1659:22
**10:04:08** 1659:23 1659:24
**10:04:11** 1659:25
**10:04:12** 1660:1
**10:04:14** 1660:2
**10:04:17** 1660:3
**10:04:21** 1660:4 1660:5
**10:04:28** 1660:6
**10:04:32** 1660:7 1660:8
**10:04:38** 1660:9
**10:04:39** 1660:10
**10:04:44** 1660:11
**10:04:46** 1660:12
**10:04:48** 1660:13 1660:14
**10:04:50** 1660:15
**10:04:51** 1660:16
**10:04:55** 1660:17
**10:04:59** 1660:18
**10:05:02** 1660:19
**10:05:05** 1660:20
**10:05:06** 1660:21
**10:05:07** 1660:22
**10:05:09** 1660:23
**10:05:13** 1660:24
**10:05:14** 1660:25
**10:05:20** 1661:1
**10:05:22** 1661:2
**10:05:27** 1661:3
**10:05:30** 1661:4 1661:5
**10:05:32** 1661:6
**10:05:37** 1661:7
**10:05:41** 1661:8
**10:05:46** 1661:9 1661:10
**10:05:47** 1661:11
**10:05:50** 1661:12
**10:05:53** 1661:13 1661:14
**10:05:57** 1661:15
**10:06:01** 1661:16
**10:06:03** 1661:17
**10:06:05** 1661:18
**10:06:08** 1661:19
**10:06:14** 1661:20
**10:06:16** 1661:21
**10:06:18** 1661:22
**10:06:19** 1661:23
**10:06:23** 1661:24
**10:06:27** 1661:25
**10:06:30** 1662:1
**10:06:34** 1662:2 1662:3
**10:06:40** 1662:4
**10:06:42** 1662:5
**10:06:45** 1662:6
**10:06:48** 1662:7
**10:06:50** 1662:8
**10:06:53** 1662:9
**10:06:55** 1662:10 1662:11
**10:06:58** 1662:12
**10:07:00** 1662:13
**10:07:04** 1662:14
**10:07:05** 1662:15
**10:07:06** 1662:16
**10:07:09** 1662:17
**10:07:13** 1662:18
**10:07:15** 1662:19
**10:07:18** 1662:20
**10:07:21** 1662:21 1662:22
**10:07:23** 1662:23
**10:07:27** 1662:24
**10:07:31** 1662:25
**10:07:34** 1663:1
**10:07:37** 1663:2
**10:07:39** 1663:3
**10:07:42** 1663:4
**10:07:47** 1663:5
**10:07:50** 1663:6
**10:07:53** 1663:7
**10:07:56** 1663:8
**10:07:57** 1663:9 1663:10,11
**10:08:00** 1663:12 1663:13
**10:08:02** 1663:14
**10:08:04** 1663:15
**10:08:09** 1663:16
**10:08:12** 1663:17 1663:18
**10:08:14** 1663:19
**10:08:19** 1663:20
**10:08:22** 1663:21
**10:08:25** 1663:22
**10:08:28** 1663:23
**10:08:32** 1663:24
**10:08:33** 1663:25
**10:08:35** 1664:1
**10:08:38** 1664:2 1664:3
**10:08:40** 1664:4
**10:08:42** 1664:5
**10:08:43** 1664:6
**10:08:48** 1664:7
**10:08:51** 1664:8 1664:9
**10:08:54** 1664:10
**10:08:56** 1664:11
**10:08:57** 1664:12
**10:09:01** 1664:13
**10:09:03** 1664:14
**10:09:06** 1664:15 1664:16
**10:09:10** 1664:17
**10:09:14** 1664:18
**10:09:18** 1664:19
**10:09:20** 1664:20
**10:09:22** 1664:21 1664:22
**10:09:24** 1664:23
**10:09:28** 1664:24
**10:09:33** 1664:25
**10:09:37** 1665:1
**10:09:42** 1665:2
**10:09:43** 1665:3
**10:09:45** 1665:4
**10:09:48** 1665:5
**10:09:49** 1665:6
**10:09:51** 1665:7

**10:09:52** 1665:8
**10:09:56** 1665:9
**10:09:58** 1665:10
**10:10:02** 1665:11
**10:10:06** 1665:12
**10:10:08** 1665:13
**10:10:10** 1665:14
**10:10:12** 1665:15
**10:10:14** 1665:16
**10:10:17** 1665:17
**10:10:19** 1665:18
**10:10:23** 1665:19
**10:10:26** 1665:20 1665:21
**10:10:28** 1665:22
**10:10:30** 1665:23
**10:10:31** 1665:24
**10:10:33** 1665:25
**10:10:35** 1666:1
**10:10:41** 1666:2
**10:10:43** 1666:3
**10:10:48** 1666:4
**10:10:52** 1666:5
**10:10:54** 1666:6
**10:10:57** 1666:7
**10:11:00** 1666:8
**10:11:02** 1666:9
**10:11:03** 1666:10
**10:11:05** 1666:11
**10:11:07** 1666:12
**10:11:08** 1666:13
**10:11:10** 1666:14
**10:11:13** 1666:15
**10:11:16** 1666:16
**10:11:18** 1666:17
**10:11:20** 1666:18
**10:11:22** 1666:19
**10:11:24** 1666:20
**10:11:26** 1666:21
**10:11:30** 1666:22
**10:11:31** 1666:23
**10:11:34** 1666:24
**10:11:37** 1666:25
**10:11:40** 1667:1
**10:11:41** 1667:2
**10:11:42** 1667:3
**10:11:44** 1667:4
**10:11:50** 1667:5
**10:11:51** 1667:6
**10:11:54** 1667:7
**10:11:59** 1667:8
**10:12:01** 1667:9
**10:12:02** 1667:10
**10:12:05** 1667:11
**10:12:09** 1667:12
**10:12:14** 1667:13
**10:12:17** 1667:14
**10:12:19** 1667:15
**10:12:21** 1667:16
**10:12:25** 1667:17
**10:12:27** 1667:18
**10:12:31** 1667:19 1667:20
**10:12:33** 1667:21
**10:12:34** 1667:22 1667:23
**10:12:36** 1667:24
**10:12:40** 1667:25
**10:12:41** 1668:1
**10:12:44** 1668:2
**10:12:46** 1668:3
**10:12:50** 1668:4
**10:12:53** 1668:5
**10:12:56** 1668:6
**10:13:00** 1668:7
**10:13:03** 1668:8
**10:13:04** 1668:9
**10:13:07** 1668:10
**10:13:09** 1668:11
**10:13:10** 1668:12
**10:13:13** 1668:13 1668:14
**10:13:15** 1668:15
**10:13:18** 1668:16
**10:13:20** 1668:17
**10:13:21** 1668:18
**10:13:22** 1668:19
**10:13:28** 1668:20
**10:13:31** 1668:21
**10:13:32** 1668:22
**10:13:35** 1668:23
**10:13:38** 1668:24
**10:13:42** 1668:25
**10:13:44** 1669:1
**10:13:45** 1669:2
**10:13:47** 1669:3
**10:13:50** 1669:4
**10:13:52** 1669:5
**10:13:53** 1669:6
**10:13:56** 1669:7
**10:13:59** 1669:8
**10:14:01** 1669:9
**10:14:02** 1669:10
**10:14:04** 1669:11
**10:14:07** 1669:12
**10:14:08** 1669:13
**10:14:10** 1669:14
**10:14:11** 1669:15
**10:14:13** 1669:16
**10:14:16** 1669:17
**10:14:17** 1669:18
**10:14:21** 1669:19
**10:14:24** 1669:20 1669:21
**10:14:27** 1669:22
**10:14:29** 1669:23 1669:24
**10:14:31** 1669:25
**10:14:35** 1670:1
**10:14:39** 1670:2 1670:3
**10:14:40** 1670:4
**10:14:44** 1670:5
**10:14:45** 1670:6
**10:14:47** 1670:7
**10:14:48** 1670:8 1670:9
**10:14:50** 1670:10
**10:14:53** 1670:11
**10:14:55** 1670:12
**10:14:57** 1670:13
**10:14:58** 1670:14
**10:15:02** 1670:15
**10:15:05** 1670:16
**10:15:07** 1670:17
**10:15:10** 1670:18 1670:19
**10:15:14** 1670:20 1670:21
**10:15:17** 1670:22
**10:15:20** 1670:23 1670:24
**10:15:22** 1670:25
**10:15:24** 1671:1
**10:15:25** 1671:2
**10:15:32** 1671:3
**10:15:34** 1671:4
**10:15:37** 1671:5
**10:15:40** 1671:6
**10:15:42** 1671:7
**10:15:44** 1671:8
**10:15:47** 1671:9
**10:15:48** 1671:10
**10:15:52** 1671:11
**10:15:54** 1671:12
**10:15:56** 1671:13
**10:15:58** 1671:14
**10:16:01** 1671:15
**10:16:05** 1671:16
**10:16:06** 1671:17
**10:16:11** 1671:18
**10:16:14** 1671:19 1671:20
**10:16:17** 1671:21
**10:16:18** 1671:22
**10:16:20** 1671:23
**10:16:21** 1671:24
**10:16:22** 1671:25
**10:16:24** 1672:1 1672:2
**10:16:27** 1672:3
**10:16:29** 1672:4
**10:16:31** 1672:5
**10:16:34** 1672:6
**10:16:36** 1672:7
**10:16:51** 1672:8
**10:16:54** 1672:9
**10:16:58** 1672:10 1672:11
**10:17:00** 1672:12
**10:17:05** 1672:13
**10:17:12** 1672:14
**10:17:14** 1672:15
**10:17:17** 1672:16
**10:17:18** 1672:17
**10:17:19** 1672:18
**10:17:22** 1672:19
**10:17:23** 1672:20
**10:17:27** 1672:21
**10:17:29** 1672:22
**10:17:35** 1672:23
**10:17:36** 1672:24
**10:17:38** 1672:25
**10:17:41** 1673:1
**10:17:46** 1673:2
**10:17:50** 1673:3 1673:4
**10:17:53** 1673:5
**10:17:56** 1673:6
**10:17:58** 1673:7
**10:18:00** 1673:8
**10:18:06** 1673:9
**10:18:07** 1673:10
**10:18:10** 1673:11 1673:12,13
**10:18:13** 1673:14
**10:18:15** 1673:15
**10:18:17** 1673:16
**10:18:21** 1673:17
**10:18:26** 1673:18 1673:19,20
**10:18:29** 1673:21
**10:18:33** 1673:22
**10:18:37** 1673:23
**10:18:38** 1673:24
**10:18:41** 1673:25
**10:18:46** 1674:1
**10:18:47** 1674:2
**10:18:51** 1674:3
**10:18:55** 1674:4
**10:18:56** 1674:5
**10:18:58** 1674:6
**10:19:01** 1674:7
**10:19:03** 1674:8
**10:19:07** 1674:9

**10:19:12** 1674:10
**10:19:14** 1674:11 1674:12
**10:19:15** 1674:13
**10:19:20** 1674:14 1674:15
**10:19:22** 1674:16 1674:17
**10:19:24** 1674:18
**10:19:29** 1674:19
**10:19:31** 1674:20 1674:21
**10:19:34** 1674:22 1674:23
**10:19:39** 1674:24
**10:19:41** 1674:25
**10:19:44** 1675:1
**10:19:45** 1675:2
**10:19:47** 1675:3
**10:19:51** 1675:4
**10:19:55** 1675:5
**10:19:57** 1675:6
**10:20:01** 1675:7
**10:20:03** 1675:8
**10:20:12** 1675:9
**10:20:18** 1675:10
**10:20:20** 1675:11
**10:20:23** 1675:12
**10:20:25** 1675:13
**10:20:27** 1675:14
**10:20:29** 1675:15 1675:16,17
**10:20:33** 1675:18
**10:20:37** 1675:19
**10:20:43** 1675:20
**10:20:49** 1675:21 1675:22
**10:20:51** 1675:23
**10:20:53** 1675:24
**10:20:58** 1675:25
**10:21:01** 1676:1
**10:21:04** 1676:2
**10:21:08** 1676:3
**10:21:14** 1676:4
**10:21:17** 1676:5
**10:21:19** 1676:6
**10:21:21** 1676:7
**10:21:24** 1676:8
**10:21:27** 1676:9
**10:21:30** 1676:10
**10:21:33** 1676:11 1676:12
**10:21:36** 1676:13
**10:21:39** 1676:14 1676:15
**10:21:42** 1676:16 1676:17
**10:21:44** 1676:18
**10:21:49** 1676:19
**10:21:50** 1676:20
**10:21:54** 1676:21
**10:21:55** 1676:22
**10:21:56** 1676:23
**10:21:58** 1676:24
**10:22:02** 1676:25
**10:22:03** 1677:1
**10:22:05** 1677:2
**10:22:07** 1677:3
**10:22:11** 1677:4
**10:22:13** 1677:5
**10:22:15** 1677:6
**10:22:18** 1677:7
**10:22:20** 1677:8
**10:22:23** 1677:9
**10:22:26** 1677:10
**10:22:33** 1677:11
**10:22:34** 1677:12
**10:22:37** 1677:13 1677:14
**10:22:39** 1677:15
**10:22:42** 1677:16
**10:22:43** 1677:17
**10:22:47** 1677:18
**10:22:49** 1677:19
**10:22:52** 1677:20 1677:21
**10:23:01** 1677:22
**10:23:05** 1677:23
**10:23:10** 1677:24
**10:23:14** 1677:25
**10:23:16** 1678:1
**10:23:20** 1678:2 1678:3
**10:23:22** 1678:4 1678:5
**10:23:24** 1678:6
**10:23:27** 1678:7
**10:23:29** 1678:8
**10:23:36** 1678:9
**10:23:45** 1678:10
**10:23:47** 1678:11
**10:23:51** 1678:12
**10:23:56** 1678:13
**10:23:57** 1678:14
**10:23:59** 1678:15
**10:24:00** 1678:16
**10:24:02** 1678:17
**10:24:05** 1678:18
**10:24:06** 1678:19 1678:20
**10:24:11** 1678:21
**10:24:13** 1678:22
**10:24:16** 1678:23
**10:24:19** 1678:24
**10:24:22** 1678:25
**10:24:24** 1679:1
**10:24:27** 1679:2
**10:24:30** 1679:3
**10:24:33** 1679:4
**10:24:35** 1679:5
**10:24:38** 1679:6
**10:24:41** 1679:7
**10:24:44** 1679:8 1679:9
**10:24:47** 1679:10
**10:24:49** 1679:11
**10:24:52** 1679:12
**10:24:55** 1679:13
**10:24:56** 1679:14
**10:24:58** 1679:15
**10:25:00** 1679:16
**10:25:04** 1679:17
**10:25:09** 1679:18
**10:25:16** 1679:19 1679:20
**10:25:19** 1679:21
**10:25:21** 1679:22
**10:25:24** 1679:23
**10:25:27** 1679:24
**10:25:32** 1679:25
**10:25:36** 1680:1
**10:25:39** 1680:2
**10:25:42** 1680:3
**10:25:44** 1680:4
**10:25:46** 1680:5
**10:25:50** 1680:6
**10:25:53** 1680:7 1680:8
**10:25:59** 1680:9
**10:26:02** 1680:10
**10:26:12** 1680:11
**10:26:13** 1680:12
**10:26:15** 1680:13
**10:26:17** 1680:14
**10:26:20** 1680:15
**10:26:23** 1680:16
**10:26:25** 1680:17
**10:26:29** 1680:18
**10:26:32** 1680:19
**10:26:35** 1680:20
**10:26:36** 1680:21
**10:26:39** 1680:22
**10:26:46** 1680:23
**10:26:49** 1680:24 1680:25
**10:26:51** 1681:1
**10:26:57** 1681:2
**10:27:00** 1681:3
**10:27:04** 1681:4
**10:27:05** 1681:5 1681:6
**10:27:07** 1681:7
**10:27:09** 1681:8
**10:27:12** 1681:9
**10:27:14** 1681:10 1681:11
**10:27:15** 1681:12
**10:27:18** 1681:13
**10:27:19** 1681:14
**10:27:22** 1681:15
**10:27:23** 1681:16
**10:27:25** 1681:17
**10:27:27** 1681:18
**10:27:30** 1681:19
**10:27:35** 1681:20
**10:27:36** 1681:21
**10:27:39** 1681:22 1681:23
**10:27:40** 1681:24
**10:28:07** 1681:25
**10:28:09** 1682:1
**10:28:12** 1682:2
**10:28:14** 1682:3
**10:28:16** 1682:4
**10:28:19** 1682:5
**10:28:22** 1682:6
**10:28:28** 1682:7
**10:28:33** 1682:8
**10:28:35** 1682:9
**10:28:38** 1682:10
**10:28:43** 1682:11
**10:28:45** 1682:12
**10:28:49** 1682:13
**10:28:52** 1682:14
**10:28:55** 1682:15
**10:28:58** 1682:16
**10:29:01** 1682:17
**10:29:02** 1682:18
**10:29:05** 1682:19 1682:20
**10:29:07** 1682:21
**10:29:09** 1682:22
**10:29:13** 1682:23
**10:29:15** 1682:24
**10:29:17** 1682:25
**10:29:20** 1683:1
**10:29:24** 1683:2
**10:29:28** 1683:3
**10:29:32** 1683:4 1683:5,6,7
**10:29:36** 1683:8 1683:9
**10:29:38** 1683:10
**10:29:39** 1683:11
**10:29:40** 1683:12

**10:29:43** 1683:13
**10:29:44** 1683:14
**10:29:45** 1683:15
**10:45:32** 1683:16
**10:45:34** 1683:17
**10:45:36** 1683:18
**10:45:39** 1683:19
**10:45:46** 1683:20
**10:45:50** 1683:21
**10:45:58** 1683:22
**10:46:03** 1683:23
**10:46:05** 1683:24
**10:46:06** 1683:25
**10:46:08** 1684:1
**10:46:10** 1684:2
**10:46:11** 1684:3
**10:46:13** 1684:4
**10:46:15** 1684:5
**10:46:16** 1684:6
**10:46:18** 1684:7
**10:46:39** 1684:8
**10:46:41** 1684:9
**10:46:42** 1684:10
**10:46:44** 1684:11
**10:46:45** 1684:12
**10:48:00** 1684:13
**10:48:01** 1684:14 1684:15
**10:48:03** 1684:16 1684:17
**10:48:35** 1684:18 1684:19
**10:48:36** 1684:20
**10:48:37** 1684:21
**10:48:38** 1684:22
**10:48:41** 1684:23 1684:24
**10:48:45** 1684:25 1685:1
**10:48:48** 1685:2
**10:48:51** 1685:3
**10:48:54** 1685:4
**10:48:59** 1685:5
**10:49:07** 1685:6
**10:49:10** 1685:7
**10:49:12** 1685:8
**10:49:14** 1685:9
**10:49:17** 1685:10 1685:11
**10:49:18** 1685:12
**10:49:20** 1685:13
**10:49:22** 1685:14
**10:49:27** 1685:15 1685:16
**10:49:30** 1685:17
**10:49:33** 1685:18
**10:49:37** 1685:19
**10:49:39** 1685:20
**10:49:42** 1685:21
**10:49:45** 1685:22
**10:49:47** 1685:23
**10:49:48** 1685:24
**10:49:55** 1685:25
**10:49:58** 1686:1
**10:49:59** 1686:2
**10:50:03** 1686:3
**10:50:07** 1686:4
**10:50:10** 1686:5 1686:6
**10:50:16** 1686:7
**10:50:20** 1686:8
**10:50:23** 1686:9
**10:50:24** 1686:10 1686:11
**10:50:27** 1686:12
**10:50:28** 1686:13
**10:50:32** 1686:14
**10:50:35** 1686:15
**10:50:43** 1686:16
**10:50:45** 1686:17
**10:50:50** 1686:18
**10:50:53** 1686:19
**10:50:54** 1686:20
**10:50:57** 1686:21
**10:51:00** 1686:22
**10:51:01** 1686:23
**10:51:03** 1686:24
**10:51:07** 1686:25
**10:51:12** 1687:1
**10:51:15** 1687:2
**10:51:19** 1687:3 1687:4,5
**10:51:28** 1687:6
**10:51:30** 1687:7
**10:51:32** 1687:8
**10:51:35** 1687:9
**10:51:38** 1687:10
**10:51:40** 1687:11
**10:51:43** 1687:12
**10:51:44** 1687:13
**10:51:47** 1687:14
**10:51:50** 1687:15 1687:16
**10:51:51** 1687:17
**10:51:56** 1687:18
**10:51:58** 1687:19
**10:52:02** 1687:20
**10:52:04** 1687:21
**10:52:08** 1687:22
**10:52:11** 1687:23
**10:52:12** 1687:24
**10:52:13** 1687:25
**10:52:16** 1688:1
**10:52:17** 1688:2
**10:52:20** 1688:3
**10:52:23** 1688:4
**10:52:24** 1688:5
**10:52:27** 1688:6
**10:52:30** 1688:7
**10:52:33** 1688:8
**10:52:38** 1688:9
**10:52:47** 1688:10
**10:52:51** 1688:11 1688:12,13
**10:52:52** 1688:14
**10:52:55** 1688:15
**10:53:02** 1688:16
**10:53:06** 1688:17 1688:18
**10:53:08** 1688:19
**10:53:09** 1688:20
**10:53:10** 1688:21
**10:53:12** 1688:22
**10:53:16** 1688:23
**10:53:17** 1688:24
**10:53:20** 1688:25
**10:53:24** 1689:1
**10:53:27** 1689:2
**10:53:29** 1689:3
**10:53:41** 1689:4 1689:5
**10:53:42** 1689:6
**10:53:44** 1689:7
**10:53:49** 1689:8
**10:53:52** 1689:9
**10:53:54** 1689:10
**10:53:58** 1689:11
**10:53:59** 1689:12 1689:13
**10:54:02** 1689:14
**10:54:05** 1689:15
**10:54:06** 1689:16
**10:54:12** 1689:17
**10:54:17** 1689:18
**10:54:20** 1689:19
**10:54:23** 1689:20
**10:54:24** 1689:21
**10:54:28** 1689:22
**10:54:30** 1689:23
**10:54:32** 1689:24
**10:54:35** 1689:25
**10:54:37** 1690:1
**10:54:39** 1690:2
**10:54:42** 1690:3
**10:54:49** 1690:4
**10:54:51** 1690:5
**10:54:54** 1690:6 1690:7
**10:54:56** 1690:8
**10:55:06** 1690:9
**10:55:07** 1690:10
**10:55:11** 1690:11 1690:12
**10:55:14** 1690:13
**10:55:15** 1690:14
**10:55:19** 1690:15
**10:55:24** 1690:16
**10:55:27** 1690:17
**10:55:31** 1690:18
**10:55:35** 1690:19
**10:55:39** 1690:20 1690:21
**10:55:43** 1690:22 1690:23
**10:55:44** 1690:24
**10:55:48** 1690:25
**10:55:50** 1691:1 1691:2
**10:55:51** 1691:3 1691:4,5
**10:55:52** 1691:6
**10:55:55** 1691:7
**10:55:56** 1691:8
**10:55:58** 1691:9
**10:56:03** 1691:10
**10:56:08** 1691:11
**10:56:09** 1691:12
**10:56:11** 1691:13 1691:14
**10:56:15** 1691:15 1691:16,17
**10:56:18** 1691:18
**10:56:22** 1691:19
**10:56:25** 1691:20
**10:56:34** 1691:21
**10:56:36** 1691:22 1691:23
**10:56:39** 1691:24
**10:56:41** 1691:25
**10:56:44** 1692:1
**10:56:50** 1692:2
**10:56:54** 1692:3
**10:56:57** 1692:4
**10:56:58** 1692:5
**10:57:03** 1692:6
**10:57:09** 1692:7
**10:57:14** 1692:8
**10:57:18** 1692:9
**10:57:25** 1692:10 1692:11
**10:57:27** 1692:12
**10:57:28** 1692:13
**10:57:29** 1692:14
**10:57:36** 1692:15
**10:57:39** 1692:16

**10:57:40** 1692:17
**10:57:42** 1692:18
**10:57:46** 1692:19
**10:57:47** 1692:20
**10:57:48** 1692:21
**10:57:50** 1692:22
**10:57:54** 1692:23
**10:57:57** 1692:24
**10:58:00** 1692:25 1693:1
**10:58:02** 1693:2
**10:58:07** 1693:3 1693:4
**10:58:09** 1693:5
**10:58:13** 1693:6
**10:58:16** 1693:7 1693:8
**10:58:18** 1693:9 1693:10
**10:58:20** 1693:11
**10:58:22** 1693:12
**10:58:32** 1693:13
**10:58:33** 1693:14
**10:58:35** 1693:15
**10:58:37** 1693:16
**10:58:40** 1693:17
**10:58:43** 1693:18
**10:58:46** 1693:19 1693:20
**10:58:50** 1693:21 1693:22
**10:58:53** 1693:23
**10:58:57** 1693:24
**10:58:58** 1693:25
**10:59:02** 1694:1
**10:59:03** 1694:2
**10:59:05** 1694:3
**10:59:06** 1694:4
**10:59:09** 1694:5
**10:59:11** 1694:6
**10:59:14** 1694:7
**10:59:15** 1694:8
**10:59:18** 1694:9
**10:59:20** 1694:10
**10:59:23** 1694:11
**10:59:27** 1694:12
**10:59:29** 1694:13
**10:59:31** 1694:14
**10:59:32** 1694:15
**10:59:35** 1694:16
**10:59:37** 1694:17
**10:59:40** 1694:18 1694:19
**10:59:44** 1694:20
**10:59:45** 1694:21
**10:59:46** 1694:22
**10:59:48** 1694:23
**10:59:52** 1694:24
**10:59:55** 1694:25
**10:59:57** 1695:1
**100** 1608:16 1610:19
**10017** 1574:14
**1002** 1791:16
**102** 1608:18 1610:19
**106** 1765:14
**10th** 1751:12
**11** 1579:2 1658:20 1828:17
**11:00:00** 1695:2
**11:00:03** 1695:3
**11:00:06** 1695:4
**11:00:08** 1695:5
**11:00:12** 1695:6
**11:00:13** 1695:7
**11:00:15** 1695:8
**11:00:18** 1695:9
**11:00:21** 1695:10
**11:00:24** 1695:11
**11:00:25** 1695:12
**11:00:29** 1695:13
**11:00:31** 1695:14
**11:00:34** 1695:15
**11:00:36** 1695:16
**11:00:38** 1695:17
**11:00:41** 1695:18
**11:00:44** 1695:19
**11:00:49** 1695:20
**11:00:50** 1695:21
**11:00:54** 1695:22
**11:01:00** 1695:23
**11:01:03** 1695:24
**11:01:05** 1695:25
**11:01:08** 1696:1
**11:01:13** 1696:2 1696:3
**11:01:15** 1696:4
**11:01:17** 1696:5
**11:01:22** 1696:6
**11:01:25** 1696:7
**11:01:28** 1696:8
**11:01:29** 1696:9
**11:01:32** 1696:10
**11:01:34** 1696:11
**11:01:38** 1696:12
**11:01:41** 1696:13
**11:01:43** 1696:14
**11:01:46** 1696:15
**11:01:50** 1696:16
**11:01:52** 1696:17
**11:01:53** 1696:18
**11:01:55** 1696:19
**11:01:57** 1696:20
**11:02:00** 1696:21
**11:02:04** 1696:22
**11:02:05** 1696:23
**11:02:06** 1696:24
**11:02:11** 1696:25
**11:02:13** 1697:1
**11:02:15** 1697:2
**11:02:19** 1697:3
**11:02:20** 1697:4
**11:02:23** 1697:5
**11:02:24** 1697:6
**11:02:26** 1697:7
**11:02:29** 1697:8
**11:02:35** 1697:9
**11:02:37** 1697:10
**11:02:40** 1697:11
**11:02:42** 1697:12 1697:13
**11:02:46** 1697:14
**11:02:49** 1697:15
**11:02:51** 1697:16
**11:02:54** 1697:17
**11:02:55** 1697:18
**11:02:57** 1697:19
**11:03:00** 1697:20
**11:03:02** 1697:21
**11:03:06** 1697:22
**11:03:08** 1697:23
**11:03:11** 1697:24
**11:03:14** 1697:25
**11:03:18** 1698:1
**11:03:20** 1698:2
**11:03:26** 1698:3
**11:03:27** 1698:4
**11:03:28** 1698:5
**11:03:34** 1698:6
**11:03:38** 1698:7
**11:03:42** 1698:8
**11:03:43** 1698:9
**11:03:45** 1698:10
**11:03:47** 1698:11
**11:03:50** 1698:12 1698:13
**11:03:55** 1698:14
**11:03:57** 1698:15 1698:16
**11:04:02** 1698:17
**11:04:05** 1698:18
**11:04:06** 1698:19 1698:20
**11:04:08** 1698:21
**11:04:13** 1698:22
**11:04:15** 1698:23
**11:04:20** 1698:24
**11:04:22** 1698:25
**11:04:24** 1699:1
**11:04:26** 1699:2
**11:04:29** 1699:3
**11:04:31** 1699:4
**11:04:32** 1699:5
**11:04:36** 1699:6
**11:04:39** 1699:7
**11:04:43** 1699:8
**11:04:44** 1699:9
**11:04:47** 1699:10
**11:04:49** 1699:11
**11:04:53** 1699:12
**11:04:55** 1699:13
**11:04:58** 1699:14
**11:05:02** 1699:15
**11:05:08** 1699:16
**11:05:12** 1699:17
**11:05:16** 1699:18
**11:05:20** 1699:19
**11:05:23** 1699:20
**11:05:24** 1699:21
**11:05:26** 1699:22 1699:23
**11:05:28** 1699:24 1699:25
**11:05:29** 1700:1
**11:05:31** 1700:2
**11:05:35** 1700:3
**11:05:42** 1700:4
**11:05:44** 1700:5
**11:05:47** 1700:6
**11:05:50** 1700:7
**11:05:54** 1700:8
**11:05:57** 1700:9
**11:06:00** 1700:10
**11:06:03** 1700:11
**11:06:07** 1700:12
**11:06:10** 1700:13
**11:06:11** 1700:14
**11:06:13** 1700:15
**11:06:16** 1700:16
**11:06:19** 1700:17
**11:06:20** 1700:18
**11:06:24** 1700:19
**11:06:25** 1700:20
**11:06:28** 1700:21
**11:06:30** 1700:22
**11:06:36** 1700:23
**11:06:38** 1700:24
**11:06:40** 1700:25
**11:06:43** 1701:1
**11:06:47** 1701:2
**11:06:50** 1701:3
**11:06:52** 1701:4
**11:06:53** 1701:5

**11:06:56** 1701:6
**11:06:58** 1701:7
**11:07:00** 1701:8
**11:07:03** 1701:9
**11:07:04** 1701:10
**11:07:06** 1701:11
**11:07:09** 1701:12
**11:07:10** 1701:13
1701:14
**11:07:13** 1701:15
**11:07:16** 1701:16
**11:07:18** 1701:17
**11:07:20** 1701:18
**11:07:23** 1701:19
1701:20
**11:07:27** 1701:21
**11:07:30** 1701:22
**11:07:31** 1701:23
**11:07:36** 1701:24
**11:07:39** 1701:25
**11:07:43** 1702:1
**11:07:44** 1702:2
**11:07:47** 1702:3
**11:07:50** 1702:4
**11:07:54** 1702:5
**11:07:56** 1702:6
1702:7
**11:07:59** 1702:8
**11:08:02** 1702:9
**11:08:03** 1702:10
**11:08:04** 1702:11
**11:08:05** 1702:12
**11:08:06** 1702:13
**11:08:10** 1702:14
**11:08:13** 1702:15
**11:08:15** 1702:16
**11:08:17** 1702:17
**11:08:20** 1702:18
**11:08:22** 1702:19
**11:08:23** 1702:20
**11:08:28** 1702:21
1702:22
**11:08:31** 1702:23
1702:24
**11:08:35** 1702:25
1703:1,2
**11:08:38** 1703:3
**11:08:41** 1703:4
**11:08:42** 1703:5
**11:08:44** 1703:6
**11:08:46** 1703:7
**11:08:49** 1703:8
**11:08:53** 1703:9
**11:08:54** 1703:10
**11:08:55** 1703:11
**11:08:58** 1703:12
**11:09:02** 1703:13
**11:09:05** 1703:14
**11:09:09** 1703:15
**11:09:11** 1703:16
**11:09:13** 1703:17
**11:09:18** 1703:18
**11:09:21** 1703:19
**11:09:23** 1703:20
**11:09:26** 1703:21
**11:09:28** 1703:22
**11:09:32** 1703:23
**11:09:33** 1703:24
**11:09:35** 1703:25
**11:09:38** 1704:1
**11:09:40** 1704:2
**11:09:44** 1704:3
**11:09:49** 1704:4
**11:09:50** 1704:5
**11:09:52** 1704:6
**11:09:57** 1704:7
**11:10:10** 1704:8
**11:10:15** 1704:9
**11:10:17** 1704:10
**11:10:20** 1704:11
**11:10:22** 1704:12
**11:10:26** 1704:13
**11:10:28** 1704:14
**11:10:30** 1704:15
**11:10:33** 1704:16
**11:10:36** 1704:17
**11:10:40** 1704:18
**11:10:43** 1704:19
**11:10:50** 1704:20
**11:10:52** 1704:21
**11:10:55** 1704:22
**11:10:56** 1704:23
**11:10:59** 1704:24
**11:11:03** 1704:25
**11:11:04** 1705:1
**11:11:06** 1705:2
**11:11:09** 1705:3
**11:11:12** 1705:4
**11:11:14** 1705:5
**11:11:16** 1705:6
**11:11:21** 1705:7
**11:11:26** 1705:8
**11:11:29** 1705:9
**11:11:32** 1705:10
**11:11:35** 1705:11
**11:11:40** 1705:12
1705:13
**11:11:43** 1705:14
**11:11:46** 1705:15
**11:11:48** 1705:16
**11:11:51** 1705:17
**11:11:53** 1705:18
**11:11:56** 1705:19
**11:11:58** 1705:20
1705:21
**11:12:03** 1705:22
**11:12:14** 1705:23
**11:12:20** 1705:24
**11:12:22** 1705:25
**11:12:23** 1706:1
1706:2
**11:12:25** 1706:3
**11:12:28** 1706:4
1706:5
**11:12:29** 1706:6
**11:12:35** 1706:7
**11:12:36** 1706:8
**11:12:39** 1706:9
**11:12:42** 1706:10
**11:12:44** 1706:11
**11:12:50** 1706:12
**11:12:52** 1706:13
**11:12:55** 1706:14
**11:12:57** 1706:15
**11:12:58** 1706:16
**11:13:00** 1706:17
**11:13:03** 1706:18
**11:13:06** 1706:19
1706:20
**11:13:09** 1706:21
**11:13:12** 1706:22
**11:13:15** 1706:23
**11:13:18** 1706:24
1706:25
**11:13:20** 1707:1
**11:13:24** 1707:2
**11:13:27** 1707:3
**11:13:30** 1707:4
**11:13:34** 1707:5
**11:13:37** 1707:6
**11:13:38** 1707:7
**11:13:40** 1707:8
1707:9
**11:13:43** 1707:10
**11:13:46** 1707:11
**11:13:48** 1707:12
**11:13:56** 1707:13
1707:14
**11:13:57** 1707:15
**11:13:58** 1707:16
**11:14:00** 1707:17
**11:14:02** 1707:18
**11:14:06** 1707:19
**11:14:15** 1707:20
**11:14:21** 1707:21
**11:14:28** 1707:22
**11:14:34** 1707:23
**11:14:43** 1707:24
**11:14:48** 1707:25
**11:14:53** 1708:1
**11:14:54** 1708:2
**11:14:55** 1708:3
**11:14:58** 1708:4
**11:15:00** 1708:5
**11:15:01** 1708:6
**11:15:02** 1708:7
**11:15:07** 1708:8
1708:9
**11:15:16** 1708:10
**11:15:17** 1708:11
**11:15:23** 1708:12
**11:15:32** 1708:13
1708:14
**11:15:33** 1708:15
1708:16
**11:15:34** 1708:17
**11:15:59** 1709:7
1709:8
**11:16:00** 1709:9
**11:16:02** 1709:10
**11:16:04** 1709:11
**11:16:07** 1709:12
**11:16:26** 1709:13
**11:16:28** 1709:14
1709:15,16
**11:16:30** 1709:17
1709:18,19
**11:16:32** 1709:20
1709:21,22,23
**11:16:36** 1709:24
**11:16:38** 1709:25
**11:16:39** 1710:1
**11:16:40** 1710:2
**11:16:46** 1710:3
**11:16:47** 1710:4
**11:16:50** 1710:5
**11:16:51** 1710:6
**11:16:53** 1710:7
**11:16:55** 1710:8
**11:16:59** 1710:9
**11:17:04** 1710:10
**11:17:06** 1710:11
**11:17:08** 1710:12
**11:17:09** 1710:13
**11:17:11** 1710:14
**11:17:14** 1710:15
**11:17:17** 1710:16
**11:17:20** 1710:17
**11:17:22** 1710:18
**11:17:26** 1710:19
**11:17:29** 1710:20
**11:17:31** 1710:21
**11:17:35** 1710:22
**11:17:38** 1710:23
**11:17:40** 1710:24

**11:17:43** 1710:25
**11:17:45** 1711:1
**11:17:49** 1711:2
**11:17:52** 1711:3
**11:17:54** 1711:4
**11:17:56** 1711:5
**11:17:59** 1711:6
**11:18:00** 1711:7
**11:18:03** 1711:8
**11:18:05** 1711:9
**11:18:08** 1711:10
**11:18:11** 1711:11
**11:18:14** 1711:12 1711:13
**11:18:16** 1711:14
**11:18:18** 1711:15
**11:18:20** 1711:16
**11:18:26** 1711:17
**11:18:28** 1711:18
**11:18:29** 1711:19
**11:18:30** 1711:20 1711:21
**11:18:35** 1711:22
**11:18:36** 1711:23
**11:18:38** 1711:24
**11:18:40** 1711:25
**11:18:43** 1712:1 1712:2
**11:18:47** 1712:3
**11:18:49** 1712:4
**11:18:53** 1712:5
**11:18:56** 1712:6
**11:18:57** 1712:7
**11:18:59** 1712:8
**11:19:03** 1712:9
**11:19:07** 1712:10
**11:19:09** 1712:11
**11:19:10** 1712:12
**11:19:12** 1712:13
**11:19:14** 1712:14
**11:19:17** 1712:15
**11:19:21** 1712:16
**11:19:24** 1712:17
**11:19:26** 1712:18 1712:19
**11:19:31** 1712:20
**11:19:33** 1712:21 1712:22
**11:19:36** 1712:23
**11:19:41** 1712:24
**11:19:43** 1712:25
**11:19:45** 1713:1
**11:19:48** 1713:2
**11:19:51** 1713:3
**11:19:54** 1713:4
**11:19:57** 1713:5
**11:19:59** 1713:6
**11:20:10** 1713:7
**11:20:12** 1713:8
**11:20:14** 1713:9
**11:20:16** 1713:10
**11:20:21** 1713:11
**11:20:23** 1713:12
**11:20:25** 1713:13
**11:20:28** 1713:14
**11:20:31** 1713:15
**11:20:33** 1713:16
**11:20:35** 1713:17
**11:20:38** 1713:18
**11:20:41** 1713:19
**11:20:45** 1713:20 1713:21,22
**11:21:37** 1713:23 1713:24
**11:21:39** 1713:25
**11:21:41** 1714:1
**11:21:43** 1714:2
**11:21:45** 1714:3
**11:21:48** 1714:4
**11:21:50** 1714:5
**11:21:57** 1714:6
**11:21:58** 1714:7
**11:21:59** 1714:8
**11:22:01** 1714:9
**11:22:04** 1714:10
**11:22:06** 1714:11
**11:22:10** 1714:12
**11:22:15** 1714:13 1714:14
**11:22:16** 1714:15
**11:22:18** 1714:16
**11:22:19** 1714:17
**11:22:21** 1714:18 1714:19,20
**11:22:37** 1714:21 1714:22
**11:22:38** 1714:23
**11:22:42** 1714:24 1714:25
**11:22:44** 1715:1
**11:22:47** 1715:2
**11:22:49** 1715:3
**11:22:50** 1715:4
**11:22:54** 1715:5
**11:22:55** 1715:6
**11:22:59** 1715:7
**11:23:02** 1715:8
**11:23:03** 1715:9 1715:10
**11:23:05** 1715:11
**11:23:10** 1715:12
**11:23:12** 1715:13
**11:23:14** 1715:14
**11:23:18** 1715:15
**11:23:22** 1715:16
**11:23:23** 1715:17
**11:23:24** 1715:18
**11:23:28** 1715:19
**11:23:31** 1715:20
**11:23:34** 1715:21
**11:23:39** 1715:22
**11:23:41** 1715:23
**11:23:43** 1715:24
**11:23:45** 1715:25
**11:23:46** 1716:1
**11:23:49** 1716:2
**11:23:51** 1716:3
**11:23:56** 1716:4
**11:23:59** 1716:5
**11:24:01** 1716:6
**11:24:02** 1716:7
**11:24:04** 1716:8
**11:24:06** 1716:9
**11:24:08** 1716:10
**11:24:11** 1716:11
**11:24:14** 1716:12
**11:24:16** 1716:13
**11:24:21** 1716:14 1716:15
**11:24:23** 1716:16
**11:24:26** 1716:17
**11:24:28** 1716:18
**11:24:32** 1716:19
**11:24:36** 1716:20
**11:24:37** 1716:21
**11:24:39** 1716:22
**11:24:40** 1716:23
**11:24:43** 1716:24
**11:24:46** 1716:25
**11:24:49** 1717:1
**11:24:55** 1717:2
**11:24:58** 1717:3
**11:25:00** 1717:4
**11:25:02** 1717:5
**11:25:04** 1717:6
**11:25:09** 1717:7
**11:25:15** 1717:8
**11:25:16** 1717:9
**11:25:18** 1717:10
**11:25:24** 1717:11
**11:25:28** 1717:12
**11:25:30** 1717:13
**11:25:31** 1717:14
**11:25:36** 1717:15
**11:25:38** 1717:16
**11:25:40** 1717:17
**11:25:42** 1717:18
**11:25:46** 1717:19
**11:25:48** 1717:20
**11:25:50** 1717:21
**11:25:52** 1717:22
**11:25:56** 1717:23
**11:26:00** 1717:24
**11:26:02** 1717:25
**11:26:04** 1718:1
**11:26:06** 1718:2
**11:26:09** 1718:3
**11:26:11** 1718:4
**11:26:14** 1718:5
**11:26:16** 1718:6
**11:26:18** 1718:7
**11:26:19** 1718:8
**11:26:21** 1718:9
**11:26:23** 1718:10
**11:26:24** 1718:11
**11:26:25** 1718:12
**11:26:27** 1718:13
**11:26:30** 1718:14
**11:26:31** 1718:15
**11:26:33** 1718:16
**11:26:35** 1718:17
**11:26:36** 1718:18
**11:26:38** 1718:19
**11:26:39** 1718:20
**11:26:41** 1718:21
**11:26:44** 1718:22
**11:26:46** 1718:23
**11:26:48** 1718:24
**11:26:50** 1718:25
**11:26:51** 1719:1
**11:26:54** 1719:2
**11:26:57** 1719:3
**11:27:01** 1719:4
**11:27:04** 1719:5
**11:27:05** 1719:6
**11:27:07** 1719:7
**11:27:09** 1719:8
**11:27:13** 1719:9
**11:27:15** 1719:10
**11:27:16** 1719:11
**11:27:19** 1719:12
**11:27:21** 1719:13
**11:27:24** 1719:14
**11:27:25** 1719:15
**11:27:27** 1719:16
**11:27:30** 1719:17
**11:27:33** 1719:18
**11:27:37** 1719:19
**11:27:40** 1719:20
**11:27:44** 1719:21
**11:27:47** 1719:22
**11:27:50** 1719:23
**11:27:53** 1719:24
**11:27:57** 1719:25
**11:28:00** 1720:1

1720:2,3
**11:28:04** 1720:4
**11:28:07** 1720:5
**11:28:10** 1720:6
**11:28:12** 1720:7
**11:28:16** 1720:8
**11:28:18** 1720:9
**11:28:21** 1720:10
**11:28:22** 1720:11
**11:28:24** 1720:12
**11:28:27** 1720:13
**11:28:28** 1720:14
**11:28:30** 1720:15
**11:28:35** 1720:16
**11:28:39** 1720:17
**11:28:41** 1720:18
**11:28:44** 1720:19
**11:28:48** 1720:20
**11:28:49** 1720:21
**11:28:50** 1720:22
**11:28:55** 1720:23
**11:28:58** 1720:24
**11:29:00** 1720:25
**11:29:03** 1721:1
**11:29:06** 1721:2
**11:29:09** 1721:3
**11:29:10** 1721:4
**11:29:12** 1721:5
**11:29:16** 1721:6
**11:29:19** 1721:7
**11:29:22** 1721:8
**11:29:25** 1721:9
**11:29:29** 1721:10
**11:29:32** 1721:11
**11:29:33** 1721:12
**11:29:34** 1721:13
**11:29:38** 1721:14
**11:29:41** 1721:15
**11:29:42** 1721:16
**11:29:44** 1721:17
**11:29:47** 1721:18
**11:29:50** 1721:19
**11:29:52** 1721:20
**11:29:55** 1721:21
**11:30:01** 1721:22
**11:30:03** 1721:23
**11:30:05** 1721:24
**11:30:06** 1721:25
**11:30:09** 1722:1
**11:30:10** 1722:2
**11:30:13** 1722:3
**11:30:16** 1722:4
**11:30:19** 1722:5
**11:30:20** 1722:6
**11:30:24** 1722:7
**11:30:25** 1722:8
**11:30:26** 1722:9
**11:30:28** 1722:10
**11:30:31** 1722:11
**11:30:34** 1722:12
**11:30:35** 1722:13
**11:30:38** 1722:14
**11:30:39** 1722:15
**11:30:42** 1722:16
**11:30:50** 1722:17
1722:18
**11:30:52** 1722:19
**11:30:55** 1722:20
**11:31:00** 1722:21
**11:31:04** 1722:22
**11:31:09** 1722:23
**11:31:12** 1722:24
**11:31:14** 1722:25
**11:31:17** 1723:1
**11:31:22** 1723:2
**11:31:26** 1723:3
**11:31:28** 1723:4
**11:31:29** 1723:5
**11:31:32** 1723:6
**11:31:35** 1723:7
**11:31:37** 1723:8
**11:31:39** 1723:9
**11:31:41** 1723:10
**11:31:45** 1723:11
**11:31:50** 1723:12
**11:32:42** 1723:13
**11:32:43** 1723:14
**11:32:46** 1723:15
**11:32:50** 1723:16
**11:32:53** 1723:17
**11:32:55** 1723:18
**11:32:58** 1723:19
**11:33:01** 1723:20
**11:33:06** 1723:21
**11:33:08** 1723:22
**11:33:11** 1723:23
**11:33:14** 1723:24
**11:33:17** 1723:25
**11:33:19** 1724:1
**11:33:21** 1724:2
**11:33:23** 1724:3
**11:33:26** 1724:4
**11:33:28** 1724:5
**11:33:30** 1724:6
**11:33:31** 1724:7
**11:33:32** 1724:8
**11:33:33** 1724:9
**11:33:35** 1724:10
1724:11
**11:33:43** 1724:12
**11:33:44** 1724:13
**11:33:47** 1724:14
1724:15
**11:33:50** 1724:16
**11:33:53** 1724:17
**11:33:57** 1724:18
**11:34:00** 1724:19
**11:34:04** 1724:20
**11:34:05** 1724:21
**11:34:08** 1724:22
**11:34:11** 1724:23
**11:34:13** 1724:24
**11:34:14** 1724:25
**11:34:16** 1725:1
**11:34:20** 1725:2
**11:34:23** 1725:3
**11:34:25** 1725:4
**11:34:27** 1725:5
**11:34:30** 1725:6
**11:34:37** 1725:7
**11:34:41** 1725:8
1725:9,10
**11:34:42** 1725:11
**11:34:45** 1725:12
**11:34:48** 1725:13
**11:34:51** 1725:14
**11:34:53** 1725:15
**11:34:57** 1725:16
**11:35:00** 1725:17
**11:35:03** 1725:18
**11:35:06** 1725:19
**11:35:08** 1725:20
**11:35:11** 1725:21
**11:35:13** 1725:22
**11:35:17** 1725:23
**11:35:20** 1725:24
**11:35:24** 1725:25
**11:35:26** 1726:1
**11:35:27** 1726:2
**11:35:29** 1726:3
**11:35:30** 1726:4
**11:35:39** 1726:5
1726:6
**11:35:40** 1726:7
**11:35:42** 1726:8
**11:36:34** 1726:9
**11:36:35** 1726:10
**11:36:36** 1726:11
**11:36:37** 1726:12
**11:36:40** 1726:13
**11:36:41** 1726:14
**11:36:44** 1726:15
**11:36:47** 1726:16
**11:36:48** 1726:17
**11:36:49** 1726:18
**11:36:51** 1726:19
**11:36:53** 1726:20
**11:36:58** 1726:21
**11:37:00** 1726:22
**11:37:03** 1726:23
**11:37:06** 1726:24
**11:37:09** 1726:25
**11:37:13** 1727:1
**11:37:16** 1727:2
**11:37:20** 1727:3
**11:37:21** 1727:4
**11:37:34** 1727:5
**11:37:35** 1727:6
**11:37:38** 1727:7
**11:37:41** 1727:8
**11:37:44** 1727:9
**11:37:46** 1727:10
**11:37:48** 1727:11
**11:37:51** 1727:12
**11:37:53** 1727:13
**11:37:56** 1727:14
**11:38:00** 1727:15
**11:38:03** 1727:16
**11:38:05** 1727:17
**11:38:09** 1727:18
**11:38:11** 1727:19
**11:38:15** 1727:20
**11:38:16** 1727:21
**11:38:18** 1727:22
**11:38:20** 1727:23
**11:38:23** 1727:24
**11:38:27** 1727:25
**11:38:30** 1728:1
**11:38:31** 1728:2
**11:38:33** 1728:3
**11:38:35** 1728:4
**11:38:36** 1728:5
**11:38:39** 1728:6
1728:7
**11:38:42** 1728:8
**11:38:44** 1728:9
**11:38:45** 1728:10
1728:11
**11:38:48** 1728:12
**11:38:51** 1728:13
1728:14
**11:38:54** 1728:15
**11:38:57** 1728:16
**11:39:00** 1728:17
**11:39:02** 1728:18
**11:39:04** 1728:19
**11:39:06** 1728:20
**11:39:09** 1728:21
**11:39:12** 1728:22
**11:39:14** 1728:23
**11:39:18** 1728:24
**11:39:20** 1728:25
**11:39:23** 1729:1
**11:39:25** 1729:2
**11:39:29** 1729:3

**11:39:31** 1729:4
**11:39:35** 1729:5
**11:39:37** 1729:6
**11:39:40** 1729:7
**11:39:41** 1729:8
**11:39:43** 1729:9
1729:10
**11:39:46** 1729:11
**11:39:50** 1729:12
**11:39:53** 1729:13
**11:39:56** 1729:14
**11:40:00** 1729:15
**11:40:04** 1729:16
**11:40:08** 1729:17
**11:40:10** 1729:18
**11:40:15** 1729:19
**11:40:18** 1729:20
**11:40:21** 1729:21
**11:40:25** 1729:22
**11:40:27** 1729:23
**11:40:31** 1729:24
**11:40:35** 1729:25
**11:40:36** 1730:1
**11:40:38** 1730:2
**11:40:43** 1730:3
**11:40:47** 1730:4
**11:40:50** 1730:5
**11:40:52** 1730:6
**11:40:55** 1730:7
**11:40:57** 1730:8
**11:41:01** 1730:9
**11:41:10** 1730:10
**11:41:14** 1730:11
**11:41:15** 1730:12
**11:41:18** 1730:13
**11:41:20** 1730:14
**11:41:22** 1730:15
**11:41:24** 1730:16
**11:41:28** 1730:17
**11:41:32** 1730:18
**11:41:35** 1730:19
**11:41:40** 1730:20
**11:41:44** 1730:21
**11:41:47** 1730:22
**11:41:52** 1730:23
**11:41:56** 1730:24
**11:41:59** 1730:25
**11:42:02** 1731:1
**11:42:05** 1731:2
**11:42:07** 1731:3
**11:42:09** 1731:4
**11:42:11** 1731:5
**11:42:14** 1731:6
**11:42:16** 1731:7
**11:42:19** 1731:8
**11:42:23** 1731:9
**11:42:25** 1731:10
**11:42:27** 1731:11
**11:42:29** 1731:12
**11:42:35** 1731:13
**11:42:37** 1731:14
**11:42:38** 1731:15
1731:16
**11:42:42** 1731:17
**11:42:46** 1731:18
**11:42:49** 1731:19
**11:42:53** 1731:20
**11:42:57** 1731:21
**11:43:03** 1731:22
**11:43:06** 1731:23
**11:43:10** 1731:24
**11:43:13** 1731:25
**11:43:17** 1732:1
**11:43:20** 1732:2
**11:43:24** 1732:3
**11:43:28** 1732:4
**11:43:31** 1732:5
**11:43:34** 1732:6
**11:43:38** 1732:7
**11:43:40** 1732:8
**11:43:44** 1732:9
**11:43:45** 1732:10
**11:43:47** 1732:11
**11:43:51** 1732:12
**11:43:53** 1732:13
**11:43:58** 1732:14
**11:44:00** 1732:15
**11:44:02** 1732:16
**11:44:06** 1732:17
**11:44:10** 1732:18
**11:44:13** 1732:19
**11:44:14** 1732:20
**11:44:17** 1732:21
**11:44:20** 1732:22
**11:44:23** 1732:23
**11:44:27** 1732:24
**11:44:31** 1732:25
**11:44:33** 1733:1
**11:44:39** 1733:2
**11:44:40** 1733:3
**11:44:44** 1733:4
**11:44:49** 1733:5
**11:44:52** 1733:6
**11:44:55** 1733:7
**11:44:56** 1733:8
**11:44:58** 1733:9
**11:45:00** 1733:10
**11:45:04** 1733:11
**11:45:05** 1733:12
**11:45:09** 1733:13
**11:45:11** 1733:14
**11:45:15** 1733:15
**11:45:18** 1733:16
**11:45:21** 1733:17
**11:45:23** 1733:18
**11:45:28** 1733:19
**11:45:36** 1733:20
1733:21
**11:45:40** 1733:22
**11:45:41** 1733:23
1733:24
**11:45:44** 1733:25
**11:45:49** 1734:1
**11:45:54** 1734:2
**11:45:57** 1734:3
**11:46:01** 1734:4
**11:46:04** 1734:5
**11:46:06** 1734:6
**11:46:09** 1734:7
**11:46:13** 1734:8
**11:46:14** 1734:9
**11:46:15** 1734:10
**11:46:18** 1734:11
**11:46:21** 1734:12
**11:46:26** 1734:13
1734:14
**11:46:27** 1734:15
**11:46:35** 1734:16
**11:46:37** 1734:17
**11:46:45** 1734:18
**11:46:53** 1734:19
**11:46:57** 1734:20
**11:46:59** 1734:21
**11:47:00** 1734:22
**11:47:11** 1734:23
1734:24
**11:47:14** 1734:25
**11:47:16** 1735:1
**11:47:17** 1735:2
**11:47:25** 1735:3
**11:47:34** 1735:4
**11:47:35** 1735:5
**11:47:38** 1735:6
**11:47:43** 1735:7
**11:47:46** 1735:8
**11:47:47** 1735:9
**11:47:49** 1735:10
**11:47:50** 1735:11
**11:47:57** 1735:12
**11:47:58** 1735:13
**11:48:00** 1735:14
**11:48:02** 1735:15
**11:48:04** 1735:16
**11:48:09** 1735:17
**11:48:11** 1735:18
**11:48:17** 1735:19
**11:48:19** 1735:20
**11:48:21** 1735:21
**11:48:23** 1735:22
**11:48:25** 1735:23
**11:48:26** 1735:24
1735:25
**11:48:29** 1736:1
**11:48:31** 1736:2
**11:48:34** 1736:3
**11:48:36** 1736:4
**11:48:39** 1736:5
**11:48:42** 1736:6
**11:48:43** 1736:7
**11:48:47** 1736:8
**11:48:52** 1736:9
**11:48:56** 1736:10
**11:48:59** 1736:11
**11:49:01** 1736:12
**11:49:02** 1736:13
**11:49:05** 1736:14
**11:49:07** 1736:15
**11:49:12** 1736:16
**11:49:15** 1736:17
**11:49:18** 1736:18
**11:49:23** 1736:19
**11:49:27** 1736:20
**11:49:30** 1736:21
**11:49:34** 1736:22
**11:49:37** 1736:23
**11:49:40** 1736:24
**11:49:46** 1736:25
**11:49:48** 1737:1
**11:49:50** 1737:2
**11:49:52** 1737:3
**11:49:55** 1737:4
**11:49:59** 1737:5
**11:50:01** 1737:6
**11:50:03** 1737:7
**11:50:06** 1737:8
**11:50:09** 1737:9
**11:50:12** 1737:10
**11:50:15** 1737:11
**11:50:19** 1737:12
**11:50:21** 1737:13
**11:50:24** 1737:14
**11:50:26** 1737:15
**11:50:29** 1737:16
**11:50:31** 1737:17
**11:50:35** 1737:18
**11:50:39** 1737:19
**11:50:42** 1737:20
**11:50:44** 1737:21
**11:50:47** 1737:22
**11:50:49** 1737:23
**11:50:52** 1737:24
**11:50:54** 1737:25
**11:50:58** 1738:1
**11:51:02** 1738:2
**11:51:04** 1738:3

**11:51:08** 1738:4
**11:51:10** 1738:5
**11:51:15** 1738:6
**11:51:19** 1738:7
**11:51:25** 1738:8 1738:9
**11:51:27** 1738:10
**11:51:30** 1738:11
**11:51:32** 1738:12
**11:51:33** 1738:13
**11:51:37** 1738:14
**11:51:38** 1738:15
**11:51:39** 1738:16
**11:51:45** 1738:17
**11:51:49** 1738:18
**11:51:51** 1738:19
**11:51:54** 1738:20
**11:51:57** 1738:21
**11:52:01** 1738:22
**11:52:06** 1738:23
**11:52:08** 1738:24
**11:52:11** 1738:25
**11:52:16** 1739:1
**11:52:20** 1739:2
**11:52:21** 1739:3
**11:52:24** 1739:4
**11:52:26** 1739:5
**11:52:30** 1739:6
**11:52:34** 1739:7
**11:52:36** 1739:8
**11:52:40** 1739:9
**11:52:44** 1739:10
**11:52:49** 1739:11
**11:52:52** 1739:12
**11:52:55** 1739:13
**11:52:59** 1739:14
**11:53:03** 1739:15 1739:16
**11:53:06** 1739:17
**11:53:09** 1739:18
**11:53:11** 1739:19
**11:53:14** 1739:20
**11:53:16** 1739:21
**11:53:19** 1739:22
**11:53:20** 1739:23
**11:53:22** 1739:24
**11:53:25** 1739:25
**11:53:27** 1740:1
**11:53:29** 1740:2
**11:53:32** 1740:3
**11:53:34** 1740:4
**11:53:35** 1740:5
**11:53:40** 1740:6
**11:53:43** 1740:7
**11:53:46** 1740:8
**11:53:48** 1740:9
**11:53:52** 1740:10
**11:53:54** 1740:11
**11:53:55** 1740:12
**11:53:57** 1740:13
**11:54:03** 1740:14
**11:54:05** 1740:15
**11:54:08** 1740:16
**11:54:13** 1740:17
**11:54:16** 1740:18
**11:54:20** 1740:19 1740:20
**11:54:21** 1740:21
**11:54:24** 1740:22
**11:54:28** 1740:23
**11:54:32** 1740:24
**11:54:36** 1740:25
**11:54:39** 1741:1
**11:54:42** 1741:2
**11:54:44** 1741:3
**11:54:45** 1741:4
**11:54:49** 1741:5
**11:54:51** 1741:6
**11:54:53** 1741:7
**11:54:55** 1741:8
**11:54:57** 1741:9
**11:55:00** 1741:10
**11:55:01** 1741:11
**11:55:04** 1741:12
**11:55:07** 1741:13
**11:55:10** 1741:14
**11:55:12** 1741:15
**11:55:16** 1741:16 1741:17
**11:55:19** 1741:18
**11:55:22** 1741:19
**11:55:26** 1741:20
**11:55:27** 1741:21 1741:22,23
**11:55:31** 1741:24
**11:55:34** 1741:25
**11:55:35** 1742:1
**11:55:36** 1742:2
**11:55:39** 1742:3
**11:55:40** 1742:4
**11:55:41** 1742:5
**11:55:42** 1742:6
**11:55:44** 1742:7
**11:55:47** 1742:8
**11:55:50** 1742:9
**11:55:52** 1742:10
**11:55:54** 1742:11
**11:55:57** 1742:12
**11:55:59** 1742:13
**11:56:00** 1742:14
**11:56:03** 1742:15
**11:56:05** 1742:16
**11:56:07** 1742:17
**11:56:10** 1742:18
**11:56:12** 1742:19
**11:56:14** 1742:20
**11:56:17** 1742:21
**11:56:18** 1742:22
**11:56:20** 1742:23
**11:56:23** 1742:24
**11:56:25** 1742:25
**11:56:28** 1743:1
**11:56:32** 1743:2
**11:56:34** 1743:3
**110** 1577:7 1707:24 1708:11,17 1709:3
**116** 1837:14
**12** 1659:3 1850:4 1852:3
**12-something** 1783:17
**12:17** 1782:14 1783:4,5
**12:30-something** 1783:3
**12:33:29** 1743:4 1743:5
**12:33:31** 1743:6
**12:33:32** 1743:7
**12:33:33** 1743:8
**12:33:36** 1743:9
**12:33:38** 1743:10
**12:33:41** 1743:11
**12:33:49** 1743:12
**12:33:53** 1743:13 1743:14
**12:34:05** 1743:15
**12:34:06** 1743:16
**12:34:08** 1743:17
**12:34:13** 1743:18
**12:34:18** 1743:19
**12:34:21** 1743:20
**12:34:25** 1743:21
**12:34:31** 1743:22
**12:34:32** 1743:23
**12:34:42** 1743:24 1743:25
**12:34:43** 1744:1
**12:34:48** 1744:2 1744:3,4,5
**12:35:15** 1744:6 1744:7
**12:35:16** 1744:8
**12:35:18** 1744:9
**12:35:22** 1744:10
**12:35:24** 1744:11
**12:35:28** 1744:12
**12:35:36** 1744:13
**12:35:39** 1744:14
**12:35:48** 1744:15
**12:35:52** 1744:16
**12:35:53** 1744:17 1744:18
**12:36:01** 1744:19
**12:36:02** 1744:20 1744:21
**12:36:03** 1744:22
**12:36:08** 1744:23
**12:36:13** 1744:24
**12:36:15** 1744:25
**12:36:26** 1745:1
**12:36:30** 1745:2
**12:36:32** 1745:3
**12:36:33** 1745:4
**12:36:35** 1745:5
**12:36:39** 1745:6
**12:36:45** 1745:7
**12:36:47** 1745:8
**12:36:52** 1745:9
**12:36:59** 1745:10
**12:37:03** 1745:11
**12:37:13** 1745:12
**12:37:23** 1745:13
**12:37:29** 1745:14
**12:37:34** 1745:15
**12:37:39** 1745:16
**12:37:49** 1745:17
**12:37:53** 1745:18
**12:37:55** 1745:19
**12:38:01** 1745:20
**12:38:05** 1745:21
**12:38:09** 1745:22
**12:38:14** 1745:23
**12:38:25** 1745:24
**12:38:27** 1745:25
**12:38:30** 1746:1
**12:38:33** 1746:2
**12:38:35** 1746:3
**12:38:40** 1746:4
**12:38:43** 1746:5
**12:38:46** 1746:6
**12:38:49** 1746:7
**12:38:54** 1746:8
**12:39:04** 1746:9 1746:10
**12:39:06** 1746:11
**12:39:08** 1746:12
**12:39:09** 1746:13
**12:39:11** 1746:14
**12:39:14** 1746:15
**12:39:17** 1746:16
**12:39:22** 1746:17
**12:39:27** 1746:18

**12:39:33** 1746:19
**12:39:36** 1746:20
**12:39:38** 1746:21
**12:39:41** 1746:22
**12:39:44** 1746:23
**12:39:46** 1746:24
**12:39:49** 1746:25
**12:39:52** 1747:1
**12:39:53** 1747:2
**12:39:55** 1747:3
**12:39:59** 1747:4
**12:40:04** 1747:5
**12:40:06** 1747:6
**12:40:09** 1747:7
**12:40:13** 1747:8
**12:40:17** 1747:9
**12:40:20** 1747:10
**12:40:23** 1747:11
**12:40:25** 1747:12
**12:40:27** 1747:13
**12:40:29** 1747:14
**12:40:32** 1747:15
**12:40:38** 1747:16
**12:40:41** 1747:17
**12:40:43** 1747:18
**12:40:45** 1747:19
**12:40:52** 1747:20
**12:40:53** 1747:21
**12:40:55** 1747:22
**12:41:00** 1747:23
**12:41:02** 1747:24
**12:41:06** 1747:25
**12:41:13** 1748:1
**12:41:14** 1748:2
**12:41:16** 1748:3
**12:41:21** 1748:4
**12:41:24** 1748:5
**12:41:25** 1748:6
**12:41:27** 1748:7
**12:41:32** 1748:8
**12:41:34** 1748:9
**12:41:39** 1748:10
**12:41:42** 1748:11
**12:41:44** 1748:12
**12:41:46** 1748:13
**12:41:49** 1748:14
**12:41:55** 1748:15
**12:41:58** 1748:16
**12:42** 1781:17
**12:42:00** 1748:17
**12:42:03** 1748:18
**12:42:06** 1748:19
**12:42:08** 1748:20
**12:42:15** 1748:21
**12:42:17** 1748:22
**12:42:19** 1748:23
**12:42:25** 1748:24
**12:42:26** 1748:25
**12:42:27** 1749:1
**12:42:33** 1749:2
**12:42:35** 1749:3
**12:42:37** 1749:4
**12:42:43** 1749:5
**12:42:48** 1749:6
**12:42:51** 1749:7
**12:42:52** 1749:8
**12:42:54** 1749:9
**12:42:57** 1749:10
**12:43:01** 1749:11
**12:43:08** 1749:12
**12:43:10** 1749:13
**12:43:12** 1749:14
**12:43:14** 1749:15
**12:43:17** 1749:16
**12:43:20** 1749:17
**12:43:26** 1749:18
**12:43:28** 1749:19
**12:43:33** 1749:20
**12:43:34** 1749:21
**12:43:36** 1749:22
**12:43:40** 1749:23
**12:43:42** 1749:24
**12:43:46** 1749:25
**12:43:50** 1750:1
**12:43:53** 1750:2
**12:43:56** 1750:3
**12:43:58** 1750:4
**12:44:02** 1750:5
**12:44:05** 1750:6 1750:7
**12:44:07** 1750:8
**12:44:12** 1750:9
**12:44:15** 1750:10
**12:44:19** 1750:11
**12:44:21** 1750:12
**12:44:22** 1750:13
**12:44:26** 1750:14 1750:15
**12:44:27** 1750:16
**12:44:34** 1750:17
**12:44:36** 1750:18
**12:44:39** 1750:19
**12:44:41** 1750:20
**12:44:43** 1750:21 1750:22
**12:44:44** 1750:23
**12:44:47** 1750:24
**12:44:50** 1750:25
**12:44:52** 1751:1
**12:44:55** 1751:2
**12:44:59** 1751:3
**12:45:02** 1751:4
**12:45:05** 1751:5 1751:6
**12:45:13** 1751:7
**12:45:14** 1751:8
**12:45:16** 1751:9
**12:45:18** 1751:10
**12:45:20** 1751:11
**12:45:23** 1751:12
**12:45:27** 1751:13
**12:45:31** 1751:14
**12:45:32** 1751:15
**12:45:33** 1751:16
**12:45:36** 1751:17
**12:45:38** 1751:18
**12:45:44** 1751:19
**12:45:45** 1751:20
**12:45:48** 1751:21
**12:45:50** 1751:22
**12:45:53** 1751:23
**12:45:58** 1751:24
**12:46:01** 1751:25
**12:46:05** 1752:1
**12:46:07** 1752:2
**12:46:09** 1752:3
**12:46:14** 1752:4
**12:46:17** 1752:5
**12:46:19** 1752:6
**12:46:22** 1752:7
**12:46:28** 1752:8
**12:46:31** 1752:9
**12:46:35** 1752:10 1752:11
**12:46:38** 1752:12
**12:46:42** 1752:13
**12:46:44** 1752:14
**12:46:49** 1752:15
**12:46:52** 1752:16 1752:17
**12:46:53** 1752:18
**12:46:58** 1752:19
**12:47:04** 1752:20
**12:47:05** 1752:21
**12:47:08** 1752:22
**12:47:11** 1752:23
**12:47:14** 1752:24
**12:47:17** 1752:25
**12:47:23** 1753:1
**12:47:30** 1753:2
**12:47:31** 1753:3
**12:47:34** 1753:4
**12:47:40** 1753:5
**12:47:41** 1753:6
**12:47:46** 1753:7
**12:47:49** 1753:8
**12:47:50** 1753:9
**12:47:52** 1753:10
**12:47:56** 1753:11
**12:47:59** 1753:12
**12:48:03** 1753:13
**12:48:09** 1753:14
**12:48:11** 1753:15
**12:48:14** 1753:16
**12:48:17** 1753:17
**12:48:20** 1753:18
**12:48:23** 1753:19
**12:48:27** 1753:20
**12:48:32** 1753:21
**12:48:37** 1753:22
**12:48:40** 1753:23
**12:48:42** 1753:24
**12:48:44** 1753:25
**12:48:47** 1754:1
**12:48:50** 1754:2
**12:48:56** 1754:3 1754:4
**12:48:59** 1754:5
**12:49:02** 1754:6
**12:49:07** 1754:7
**12:49:10** 1754:8
**12:49:13** 1754:9
**12:49:19** 1754:10
**12:49:22** 1754:11
**12:49:29** 1754:12
**12:49:31** 1754:13
**12:49:40** 1754:14
**12:49:43** 1754:15
**12:49:46** 1754:16
**12:49:47** 1754:17
**12:49:48** 1754:18
**12:49:52** 1754:19
**12:49:54** 1754:20
**12:49:56** 1754:21
**12:49:58** 1754:22
**12:50:01** 1754:23
**12:50:09** 1754:24
**12:50:17** 1754:25
**12:50:18** 1755:1 1755:2
**12:50:21** 1755:3
**12:50:23** 1755:4
**12:50:24** 1755:5
**12:50:26** 1755:6
**12:50:30** 1755:7 1755:8
**12:50:42** 1755:9
**12:50:44** 1755:10
**12:50:46** 1755:11
**12:50:49** 1755:12
**12:50:51** 1755:13
**12:50:53** 1755:14
**12:50:56** 1755:15
**12:50:58** 1755:16
**12:51:01** 1755:17

**12:51:06** 1755:18
**12:51:08** 1755:19
**12:51:11** 1755:20
**12:51:15** 1755:21
**12:51:18** 1755:22
**12:51:19** 1755:23
**12:51:30** 1755:24
**12:51:32** 1755:25
**12:51:33** 1756:1
**12:51:36** 1756:2
**12:51:55** 1756:3
**12:51:57** 1756:4
**12:52:05** 1756:5
**12:52:08** 1756:6
**12:52:13** 1756:7
**12:52:16** 1756:8
**12:52:24** 1756:9
**12:52:25** 1756:10
**12:52:29** 1756:11
**12:52:30** 1756:12
**12:52:31** 1756:13
**12:52:34** 1756:14
**12:52:36** 1756:15
**12:52:42** 1756:16
**12:52:45** 1756:17
**12:52:46** 1756:18
**12:52:49** 1756:19
**12:52:55** 1756:20
**12:52:57** 1756:21
**12:53:02** 1756:22
**12:53:08** 1756:23
**12:53:11** 1756:24
**12:53:13** 1756:25
**12:53:16** 1757:1
**12:53:19** 1757:2
**12:53:24** 1757:3
**12:53:30** 1757:4
**12:53:33** 1757:5
**12:53:40** 1757:6
**12:53:43** 1757:7
**12:53:50** 1757:8
**12:53:53** 1757:9
**12:53:55** 1757:10
**12:54:46** 1757:11
**12:54:48** 1757:12
**12:54:50** 1757:13
**12:55:03** 1757:14
**12:55:04** 1757:15
**12:55:06** 1757:16
**12:55:08** 1757:17
**12:55:11** 1757:18
**12:55:12** 1757:19
**12:55:13** 1757:20
**12:55:14** 1757:21
**12:55:16** 1757:22
**12:55:19** 1757:23
**12:55:24** 1757:24
**12:55:28** 1757:25
**12:55:32** 1758:1
**12:55:33** 1758:2
**12:55:39** 1758:3
**12:55:43** 1758:4
**12:55:45** 1758:5
**12:55:47** 1758:6
**12:55:50** 1758:7
**12:55:54** 1758:8
**12:56:00** 1758:9
**12:56:04** 1758:10
**12:56:08** 1758:11
**12:56:11** 1758:12
**12:56:17** 1758:13
**12:56:20** 1758:14
**12:56:21** 1758:15
**12:56:26** 1758:16
**12:56:30** 1758:17
**12:56:31** 1758:18
**12:56:33** 1758:19
**12:56:34** 1758:20
**12:56:37** 1758:21
**12:56:39** 1758:22
**12:56:45** 1758:23
**12:56:50** 1758:24
**12:56:53** 1758:25
**12:56:56** 1759:1
**12:56:59** 1759:2
**12:57:05** 1759:3
**12:57:07** 1759:4
**12:57:10** 1759:5
**12:57:13** 1759:6
**12:57:16** 1759:7
**12:57:19** 1759:8
**12:57:22** 1759:9
**12:57:25** 1759:10
**12:57:27** 1759:11
**12:57:29** 1759:12
**12:57:32** 1759:13
**12:57:36** 1759:14
**12:57:40** 1759:15
**12:57:45** 1759:16
**12:57:48** 1759:17
**12:57:49** 1759:18
**12:57:51** 1759:19
**12:57:53** 1759:20
**12:57:56** 1759:21
**12:58:00** 1759:22
**12:58:02** 1759:23
**12:58:04** 1759:24
**12:58:05** 1759:25
**12:58:11** 1760:1
**12:58:15** 1760:2
**12:58:23** 1760:3
**12:58:25** 1760:4
**12:58:26** 1760:5
**12:58:28** 1760:6
**12:58:30** 1760:7
**12:58:35** 1760:8
**12:58:38** 1760:9
**12:58:40** 1760:10
**12:58:42** 1760:11
**12:58:44** 1760:12 1760:13
**12:58:46** 1760:14
**12:58:48** 1760:15
**12:58:51** 1760:16
**12:58:53** 1760:17
**12:58:55** 1760:18
**12:58:59** 1760:19
**12:59:02** 1760:20
**12:59:05** 1760:21
**12:59:09** 1760:22
**12:59:14** 1760:23
**12:59:17** 1760:24
**12:59:20** 1760:25
**12:59:23** 1761:1
**12:59:29** 1761:2 1761:3
**12:59:30** 1761:4
**12:59:32** 1761:5
**12:59:34** 1761:6
**12:59:38** 1761:7
**12:59:40** 1761:8
**12:59:42** 1761:9
**12:59:45** 1761:10
**12:59:48** 1761:11
**12:59:52** 1761:12
**12:59:56** 1761:13
**125** 1588:23,23
**126** 1602:21 1603:2
**127** 1603:3
**13** 1763:7
**13:00:00** 1761:14
**13:00:02** 1761:15
**13:00:05** 1761:16
**13:00:09** 1761:17
**13:00:12** 1761:18
**13:00:15** 1761:19
**13:00:19** 1761:20
**13:00:22** 1761:21
**13:00:25** 1761:22
**13:00:27** 1761:23
**13:00:31** 1761:24
**13:00:37** 1761:25
**13:00:39** 1762:1
**13:00:42** 1762:2
**13:00:46** 1762:3 1762:4
**13:00:48** 1762:5
**13:00:51** 1762:6
**13:00:56** 1762:7
**13:00:58** 1762:8
**13:01:01** 1762:9
**13:01:05** 1762:10
**13:01:10** 1762:11
**13:01:15** 1762:12 1762:13
**13:01:16** 1762:14
**13:01:19** 1762:15
**13:01:23** 1762:16
**13:01:25** 1762:17
**13:01:27** 1762:18
**13:01:29** 1762:19 1762:20
**13:01:35** 1762:21 1762:22
**13:01:37** 1762:23
**13:01:38** 1762:24
**13:01:42** 1762:25
**13:01:47** 1763:1
**13:01:48** 1763:2
**13:01:51** 1763:3
**13:01:57** 1763:4
**13:02:02** 1763:5
**13:02:05** 1763:6
**13:02:20** 1763:7
**13:02:23** 1763:8
**13:02:28** 1763:9
**13:02:35** 1763:10
**13:02:36** 1763:11
**13:02:56** 1763:12
**13:03:00** 1763:13
**13:03:03** 1763:14
**13:03:04** 1763:15
**13:03:07** 1763:16
**13:03:08** 1763:17
**13:03:10** 1763:18
**13:03:12** 1763:19
**13:03:13** 1763:20
**13:03:14** 1763:21
**13:03:15** 1763:22
**13:03:16** 1763:23
**13:03:19** 1763:24
**13:03:20** 1763:25
**13:03:28** 1764:1
**13:03:32** 1764:2
**13:03:34** 1764:3
**13:03:44** 1764:4
**13:03:48** 1764:5
**13:04:03** 1764:6
**13:04:04** 1764:7
**13:04:07** 1764:8
**13:04:10** 1764:9
**13:04:11** 1764:10
**13:04:20** 1764:11
**13:04:23** 1764:12

**13:04:28** 1764:13
**13:04:29** 1764:14
**13:04:32** 1764:15
**13:04:35** 1764:16
**13:04:41** 1764:17
**13:04:44** 1764:18
**13:04:47** 1764:19
**13:04:49** 1764:20
**13:04:50** 1764:21
**13:04:53** 1764:22
**13:04:54** 1764:23
**13:04:58** 1764:24
**13:05:00** 1764:25
**13:05:02** 1765:1 1765:2
**13:05:14** 1765:3
**13:05:18** 1765:4
**13:05:20** 1765:5
**13:05:22** 1765:6
**13:05:26** 1765:7
**13:05:28** 1765:8
**13:05:31** 1765:9
**13:05:36** 1765:10
**13:05:39** 1765:11
**13:05:43** 1765:12
**13:05:46** 1765:13
**13:05:49** 1765:14
**13:05:51** 1765:15
**13:05:54** 1765:16
**13:05:56** 1765:17
**13:06:03** 1765:18
**13:06:04** 1765:19
**13:06:05** 1765:20
**13:06:07** 1765:21
**13:06:15** 1765:22
**13:06:17** 1765:23
**13:06:19** 1765:24
**13:06:22** 1765:25
**13:06:26** 1766:1
**13:06:29** 1766:2
**13:06:34** 1766:3
**13:06:36** 1766:4
**13:06:38** 1766:5
**13:06:40** 1766:6
**13:06:42** 1766:7
**13:06:44** 1766:8
**13:06:45** 1766:9
**13:06:46** 1766:10
**13:06:47** 1766:11
**13:06:48** 1766:12
**13:06:52** 1766:13
**13:06:55** 1766:14
**13:06:59** 1766:15
**13:07:03** 1766:16
**13:07:04** 1766:17
**13:07:09** 1766:18
**13:07:12** 1766:19
**13:07:15** 1766:20
**13:07:19** 1766:21
**13:07:22** 1766:22
**13:07:25** 1766:23
**13:07:29** 1766:24
**13:07:31** 1766:25
**13:07:32** 1767:1
**13:07:35** 1767:2
**13:07:39** 1767:3
**13:07:43** 1767:4
**13:07:45** 1767:5
**13:07:48** 1767:6
**13:07:51** 1767:7
**13:07:53** 1767:8
**13:07:56** 1767:9
**13:07:59** 1767:10
**13:08:05** 1767:11
**13:08:07** 1767:12
**13:08:10** 1767:13
**13:08:15** 1767:14
**13:08:18** 1767:15
**13:08:22** 1767:16
**13:08:25** 1767:17
**13:08:29** 1767:18
**13:08:33** 1767:19
**13:08:35** 1767:20
**13:08:40** 1767:21
**13:08:43** 1767:22
**13:08:45** 1767:23
**13:08:47** 1767:24 1767:25
**13:08:48** 1768:1
**13:08:49** 1768:2
**13:08:51** 1768:3
**13:08:52** 1768:4
**13:08:53** 1768:5
**13:08:55** 1768:6
**13:08:57** 1768:7
**13:09:04** 1768:8
**13:09:06** 1768:9
**13:09:09** 1768:10
**13:09:12** 1768:11 1768:12
**13:09:16** 1768:13
**13:09:18** 1768:14
**13:09:19** 1768:15
**13:09:24** 1768:16
**13:09:27** 1768:17
**13:09:30** 1768:18
**13:09:33** 1768:19
**13:09:39** 1768:20
**13:09:40** 1768:21
**13:09:42** 1768:22
**13:09:44** 1768:23
**13:09:48** 1768:24
**13:09:51** 1768:25
**13:09:54** 1769:1
**13:09:58** 1769:2
**13:10:01** 1769:3
**13:10:05** 1769:4
**13:10:06** 1769:5
**13:10:08** 1769:6
**13:10:15** 1769:7
**13:10:17** 1769:8
**13:10:21** 1769:9
**13:10:23** 1769:10
**13:10:27** 1769:11
**13:10:28** 1769:12
**13:10:31** 1769:13
**13:10:33** 1769:14
**13:10:34** 1769:15
**13:10:40** 1769:16
**13:10:44** 1769:17
**13:10:48** 1769:18 1769:19
**13:10:50** 1769:20
**13:10:54** 1769:21
**13:10:57** 1769:22
**13:11:01** 1769:23
**13:11:03** 1769:24
**13:11:08** 1769:25
**13:11:12** 1770:1
**13:11:16** 1770:2
**13:11:19** 1770:3
**13:11:21** 1770:4
**13:11:24** 1770:5
**13:11:30** 1770:6
**13:11:31** 1770:7
**13:11:36** 1770:8
**13:11:38** 1770:9
**13:11:40** 1770:10
**13:11:44** 1770:11
**13:11:50** 1770:12
**13:11:53** 1770:13
**13:11:54** 1770:14
**13:12:00** 1770:15
**13:12:04** 1770:16
**13:12:07** 1770:17
**13:12:10** 1770:18
**13:12:14** 1770:19
**13:12:16** 1770:20
**13:12:18** 1770:21
**13:12:21** 1770:22
**13:12:25** 1770:23
**13:12:28** 1770:24
**13:12:30** 1770:25
**13:12:31** 1771:1
**13:12:33** 1771:2
**13:12:35** 1771:3
**13:12:38** 1771:4
**13:12:42** 1771:5
**13:12:52** 1771:6
**13:12:53** 1771:7
**13:12:58** 1771:8
**13:13:00** 1771:9
**13:13:01** 1771:10
**13:13:02** 1771:11
**13:13:07** 1771:12
**13:13:11** 1771:13
**13:13:13** 1771:14
**13:13:14** 1771:15
**13:13:16** 1771:16 1771:17
**13:13:18** 1771:18
**13:13:21** 1771:19
**13:13:23** 1771:20
**13:13:26** 1771:21
**13:13:35** 1771:22
**13:13:37** 1771:23
**13:13:38** 1771:24
**13:13:39** 1771:25 1772:1
**13:13:41** 1772:2
**13:13:44** 1772:3
**13:13:49** 1772:4
**13:13:51** 1772:5
**13:13:52** 1772:6
**13:13:55** 1772:7
**13:13:58** 1772:8
**13:14:03** 1772:9
**13:14:10** 1772:10
**13:14:13** 1772:11
**13:14:17** 1772:12
**13:14:21** 1772:13
**13:14:24** 1772:14
**13:14:25** 1772:15
**13:14:28** 1772:16
**13:14:34** 1772:17
**13:15:38** 1772:18
**13:15:39** 1772:19
**13:15:40** 1772:20
**13:15:42** 1772:21
**13:15:43** 1772:22
**13:15:46** 1772:23
**13:15:48** 1772:24
**13:15:57** 1772:25
**13:15:58** 1773:1
**13:16:21** 1773:2
**13:16:22** 1773:3
**13:16:23** 1773:4
**13:16:33** 1773:5
**13:16:34** 1773:6
**13:16:35** 1773:7
**13:16:37** 1773:8
**13:16:42** 1773:9
**13:16:46** 1773:10
**13:16:50** 1773:11
**13:16:52** 1773:12

**13:16:56** 1773:13
**13:17:00** 1773:14
**13:17:02** 1773:15
**13:17:05** 1773:16
**13:17:11** 1773:17
**13:17:15** 1773:18
**13:17:20** 1773:19
**13:17:24** 1773:20
**13:17:28** 1773:21
**13:17:33** 1773:22
**13:17:37** 1773:23
**13:17:41** 1773:24
**13:17:44** 1773:25
**13:17:51** 1774:1
**13:17:54** 1774:2
**13:17:57** 1774:3
**13:18:01** 1774:4
**13:18:03** 1774:5
**13:18:06** 1774:6
**13:18:10** 1774:7
**13:18:14** 1774:8
**13:18:16** 1774:9
**13:18:17** 1774:10
**13:18:18** 1774:11
**13:18:21** 1774:12
**13:18:23** 1774:13
**13:18:24** 1774:14
**13:18:27** 1774:15
**13:18:29** 1774:16
**13:18:39** 1774:17
**13:18:42** 1774:18
**13:18:46** 1774:19
**13:18:50** 1774:20
**13:18:52** 1774:21
**13:19:01** 1774:22
**13:19:02** 1774:23
**13:19:04** 1774:24
**13:19:07** 1774:25
**13:19:09** 1775:1
**13:19:13** 1775:2
**13:19:15** 1775:3
**13:19:18** 1775:4
**13:19:22** 1775:5
**13:19:26** 1775:6
**13:19:33** 1775:7
**13:19:34** 1775:8
**13:19:40** 1775:9
**13:19:45** 1775:10
**13:19:46** 1775:11
**13:19:50** 1775:12
1775:13
**13:19:51** 1775:14
**13:19:53** 1775:15
**13:19:55** 1775:16
**13:19:57** 1775:17
**13:20:02** 1775:18
**13:20:05** 1775:19
**13:20:07** 1775:20
**13:20:10** 1775:21
**13:20:11** 1775:22
**13:20:17** 1775:23
**13:20:22** 1775:24
**13:20:23** 1775:25
1776:1
**13:20:25** 1776:2
**13:20:29** 1776:3
**13:20:30** 1776:4
**13:20:36** 1776:5
**13:20:40** 1776:6
**13:20:43** 1776:7
**13:20:46** 1776:8
1776:9,10
**13:20:50** 1776:11
**13:20:58** 1776:12
**13:21:00** 1776:13
**13:21:03** 1776:14
**13:21:05** 1776:15
**13:21:08** 1776:16
**13:21:11** 1776:17
**13:21:16** 1776:18
**13:21:19** 1776:19
**13:21:23** 1776:20
**13:21:26** 1776:21
**13:21:28** 1776:22
**13:21:29** 1776:23
**13:21:30** 1776:24
**13:21:31** 1776:25
**13:21:34** 1777:1
**13:21:37** 1777:2
**13:21:40** 1777:3
**13:21:45** 1777:4
**13:21:49** 1777:5
**13:21:51** 1777:6
**13:21:55** 1777:7
**13:22:00** 1777:8
**13:22:04** 1777:9
**13:22:07** 1777:10
**13:22:10** 1777:11
**13:22:16** 1777:12
**13:22:20** 1777:13
**13:22:21** 1777:14
1777:15
**13:22:24** 1777:16
**13:22:28** 1777:17
**13:22:30** 1777:18
**13:22:32** 1777:19
**13:22:35** 1777:20
**13:22:37** 1777:21
**13:22:39** 1777:22
**13:22:42** 1777:23
**13:22:46** 1777:24
**13:22:48** 1777:25
**13:22:51** 1778:1
1778:2
**13:22:55** 1778:3
**13:22:58** 1778:4
**13:23:00** 1778:5
**13:23:04** 1778:6
**13:23:08** 1778:7
**13:23:12** 1778:8
**13:23:16** 1778:9
**13:23:18** 1778:10
**13:23:23** 1778:11
**13:23:24** 1778:12
**13:23:27** 1778:13
**13:23:30** 1778:14
**13:23:32** 1778:15
**13:23:35** 1778:16
**13:23:38** 1778:17
**13:23:40** 1778:18
**13:23:43** 1778:19
**13:23:45** 1778:20
**13:23:48** 1778:21
**13:23:51** 1778:22
**13:23:53** 1778:23
**13:23:56** 1778:24
**13:24:02** 1778:25
**13:24:04** 1779:1
**13:24:07** 1779:2
**13:24:11** 1779:3
**13:24:13** 1779:4
**13:24:18** 1779:5
**13:24:20** 1779:6
**13:24:24** 1779:7
**13:24:25** 1779:8
**13:24:28** 1779:9
**13:24:31** 1779:10
**13:24:34** 1779:11
**13:24:36** 1779:12
**13:24:38** 1779:13
**13:24:40** 1779:14
**13:24:43** 1779:15
**13:24:44** 1779:16
**13:24:45** 1779:17
1779:18
**13:25:48** 1779:19
**13:25:49** 1779:20
**13:25:51** 1779:21
**13:25:53** 1779:22
**13:25:55** 1779:23
**13:25:59** 1779:24
**13:26:00** 1779:25
**13:26:02** 1780:1
**13:26:06** 1780:2
**13:26:07** 1780:3
**13:26:08** 1780:4
1780:5,6
**13:26:12** 1780:7
1780:8
**13:26:14** 1780:9
**13:26:23** 1780:10
**13:26:25** 1780:11
**13:26:28** 1780:12
**13:26:30** 1780:13
**13:26:31** 1780:14
**13:26:37** 1780:15
**13:26:38** 1780:16
**13:26:42** 1780:17
**13:26:45** 1780:18
**13:26:50** 1780:19
**13:26:52** 1780:20
**13:26:58** 1780:21
**13:27:00** 1780:22
**13:27:03** 1780:23
**13:27:09** 1780:24
**13:27:13** 1780:25
**13:27:17** 1781:1
**13:27:25** 1781:2
**13:27:29** 1781:3
**13:27:31** 1781:4
1781:5
**13:27:32** 1781:6
**13:27:33** 1781:7
**13:27:35** 1781:8
**13:27:37** 1781:9
**13:27:41** 1781:10
**13:27:44** 1781:11
1781:12
**13:27:46** 1781:13
**13:27:51** 1781:14
**13:27:55** 1781:15
**13:27:59** 1781:16
**13:28:01** 1781:17
**13:28:06** 1781:18
**13:28:09** 1781:19
**13:28:12** 1781:20
**13:28:14** 1781:21
**13:28:18** 1781:22
**13:28:20** 1781:23
**13:28:24** 1781:24
**13:28:27** 1781:25
**13:28:29** 1782:1
**13:28:31** 1782:2
**13:28:35** 1782:3
**13:28:39** 1782:4
**13:28:43** 1782:5
**13:28:45** 1782:6
**13:28:46** 1782:7
**13:28:52** 1782:8
**13:28:55** 1782:9
**13:28:57** 1782:10
**13:28:59** 1782:11
**13:29:17** 1782:12
**13:29:19** 1782:13
**13:29:27** 1782:14

**13:29:31** 1782:15
**13:29:33** 1782:16
1782:17
**13:29:35** 1782:18
**13:29:38** 1782:19
**13:29:44** 1782:20
1782:21
**13:29:45** 1782:22
**13:29:46** 1782:23
**13:29:48** 1782:24
**13:29:50** 1782:25
**13:29:57** 1783:1
**13:30:01** 1783:2
**13:30:07** 1783:3
**13:30:10** 1783:4
**13:30:13** 1783:5
**13:30:16** 1783:6
**13:30:19** 1783:7
1783:8
**13:30:22** 1783:9
**13:30:24** 1783:10
**13:30:26** 1783:11
**13:30:28** 1783:12
**13:30:30** 1783:13
**13:30:33** 1783:14
**13:30:35** 1783:15
**13:30:37** 1783:16
**13:30:41** 1783:17
**13:30:42** 1783:18
**13:30:45** 1783:19
**13:30:50** 1783:20
**13:30:55** 1783:21
**13:30:57** 1783:22
**13:30:58** 1783:23
**13:30:59** 1783:24
**13:31:01** 1783:25
**13:31:13** 1784:1
**13:31:14** 1784:2
**13:31:18** 1784:3
**13:31:21** 1784:4
**13:31:22** 1784:5
**13:31:28** 1784:6
**13:31:31** 1784:7
**13:31:34** 1784:8
**13:31:36** 1784:9
**13:31:39** 1784:10
**13:31:42** 1784:11
**13:31:47** 1784:12
**13:31:50** 1784:13
**13:31:51** 1784:14
**13:31:55** 1784:15
**13:31:58** 1784:16
**13:32:00** 1784:17
**13:32:03** 1784:18
**13:32:07** 1784:19
**13:32:12** 1784:20
**13:32:14** 1784:21
**13:32:17** 1784:22
**13:32:18** 1784:23
**13:32:20** 1784:24
**13:32:23** 1784:25
**13:32:26** 1785:1
**13:32:29** 1785:2
**13:32:35** 1785:3
**13:32:39** 1785:4
1785:5
**13:32:41** 1785:6
**13:32:42** 1785:7
**13:35:14** 1785:8
**13:35:15** 1785:9
**13:35:19** 1785:10
**13:35:22** 1785:11
**13:35:25** 1785:12
**13:35:27** 1785:13
**13:35:31** 1785:14
**13:35:42** 1785:15
**13:35:46** 1785:16
**13:35:49** 1785:17
**13:35:53** 1785:18
**13:35:56** 1785:19
**13:35:59** 1785:20
**13:36:04** 1785:21
**13:36:18** 1785:22
**13:36:20** 1785:23
**13:36:25** 1785:24
**13:36:27** 1785:25
**13:36:29** 1786:1
**13:36:32** 1786:2
**13:36:35** 1786:3
**13:36:38** 1786:4
**13:36:39** 1786:5
**13:36:43** 1786:6
**13:36:46** 1786:7
**13:36:48** 1786:8
**13:36:51** 1786:9
**13:36:54** 1786:10
**13:36:58** 1786:11
1786:12
**13:37:01** 1786:13
1786:14
**13:37:02** 1786:15
**13:37:05** 1786:16
1786:17,18
**13:37:06** 1786:19
1786:20
**13:37:09** 1786:21
**13:37:12** 1786:22
**13:37:15** 1786:23
**13:37:16** 1786:24
**13:37:19** 1786:25
**13:37:20** 1787:1
**13:37:22** 1787:2
**13:38:37** 1787:3
**13:38:38** 1787:4
**13:39:11** 1787:5
1787:6
**13:39:12** 1787:7
**13:39:13** 1787:8
**13:39:17** 1787:9
**13:39:20** 1787:10
**13:39:24** 1787:11
**13:39:30** 1787:12
**13:39:32** 1787:13
**13:39:34** 1787:14
**13:39:42** 1787:15
**13:39:45** 1787:16
**13:39:47** 1787:17
**13:39:49** 1787:18
1787:19,20
**13:39:52** 1787:21
**13:39:56** 1787:22
**13:39:57** 1787:23
**13:39:59** 1787:24
**13:40:09** 1787:25
**13:40:11** 1788:1
**13:40:14** 1788:2
**13:40:17** 1788:3
**13:40:22** 1788:4
**13:40:24** 1788:5
**13:40:29** 1788:6
**13:40:32** 1788:7
**13:40:36** 1788:8
**13:40:40** 1788:9
**13:40:42** 1788:10
**13:40:44** 1788:11
**13:40:47** 1788:12
**13:41:07** 1788:13
**13:41:09** 1788:14
**13:41:19** 1788:15
**13:41:23** 1788:16
**13:41:26** 1788:17
**13:41:31** 1788:18
1788:19
**13:41:32** 1788:20
**13:41:37** 1788:21
**13:41:40** 1788:22
**13:41:43** 1788:23
**13:41:45** 1788:24
**13:41:48** 1788:25
**13:41:50** 1789:1
**13:41:54** 1789:2
**13:41:55** 1789:3
**13:41:56** 1789:4
**13:41:59** 1789:5
**13:42:04** 1789:6
**13:42:06** 1789:7
**13:42:10** 1789:8
**13:42:11** 1789:9
**13:42:16** 1789:10
**13:42:19** 1789:11
**13:42:20** 1789:12
**13:42:22** 1789:13
**13:42:23** 1789:14
**13:42:26** 1789:15
**13:42:30** 1789:16
**13:42:34** 1789:17
**13:42:39** 1789:18
**13:42:45** 1789:19
**13:42:50** 1789:20
**13:42:52** 1789:21
**13:42:54** 1789:22
**13:42:58** 1789:23
**13:43:03** 1789:24
**13:43:06** 1789:25
**13:43:08** 1790:1
**13:43:10** 1790:2
**13:43:12** 1790:3
**13:43:15** 1790:4
**13:43:17** 1790:5
**13:43:20** 1790:6
**13:43:21** 1790:7
**13:43:26** 1790:8
**13:43:39** 1790:9
**13:43:40** 1790:10
**13:43:47** 1790:11
**13:43:50** 1790:12
**13:43:56** 1790:13
**13:43:57** 1790:14
**13:44:00** 1790:15
**13:44:02** 1790:16
**13:44:03** 1790:17
**13:44:07** 1790:18
**13:44:09** 1790:19
**13:44:10** 1790:20
**13:44:11** 1790:21
**13:44:13** 1790:22
**13:44:15** 1790:23
**13:44:19** 1790:24
**13:44:21** 1790:25
1791:1
**13:44:25** 1791:2
**13:44:27** 1791:3
**13:44:30** 1791:4
**13:44:31** 1791:5
1791:6
**13:44:32** 1791:7
**13:45:38** 1791:8
**13:45:39** 1791:9
**13:45:43** 1791:10
**13:45:50** 1791:11
**13:45:54** 1791:12
**13:45:56** 1791:13
**13:45:58** 1791:14
**13:46:00** 1791:15
**13:46:03** 1791:16

**13:46:07** 1791:17
**13:46:09** 1791:18
**13:46:12** 1791:19
**13:46:14** 1791:20
**13:46:15** 1791:21
**13:46:17** 1791:22
**13:46:22** 1791:23
**13:46:27** 1791:24
**13:46:29** 1791:25
**13:46:31** 1792:1
**13:46:35** 1792:2
**13:46:39** 1792:3
**13:46:40** 1792:4
**13:46:42** 1792:5
**13:46:47** 1792:6
**13:46:52** 1792:7
**13:46:53** 1792:8
**13:46:56** 1792:9
**13:46:59** 1792:10
**13:47:01** 1792:11
**13:47:02** 1792:12
**13:47:03** 1792:13
**13:47:06** 1792:14
**13:47:09** 1792:15
**13:47:12** 1792:16 1792:17
**13:47:14** 1792:18
**13:47:17** 1792:19
**13:47:20** 1792:20
**13:47:21** 1792:21
**13:47:26** 1792:22
**13:47:27** 1792:23
**13:47:29** 1792:24
**13:47:31** 1792:25
**13:47:34** 1793:1
**13:47:36** 1793:2
**13:47:39** 1793:3
**13:47:42** 1793:4
**13:47:43** 1793:5
**13:47:46** 1793:6
**13:47:49** 1793:7
**13:47:52** 1793:8
**13:47:56** 1793:9 1793:10
**13:47:59** 1793:11
**13:48:02** 1793:12 1793:13
**13:48:04** 1793:14
**13:48:06** 1793:15
**13:48:08** 1793:16 1793:17
**13:48:10** 1793:18
**13:48:11** 1793:19
**13:48:13** 1793:20
**13:48:17** 1793:21
**13:48:22** 1793:22
**13:48:24** 1793:23 1793:24
**13:48:26** 1793:25
**13:48:28** 1794:1
**13:48:38** 1794:2
**13:48:39** 1794:3
**13:48:47** 1794:4
**13:48:48** 1794:5
**13:48:50** 1794:6
**13:48:51** 1794:7
**13:48:53** 1794:8 1794:9
**13:48:55** 1794:10
**13:48:56** 1794:11
**13:49:03** 1794:12
**13:49:04** 1794:13
**13:49:09** 1794:14
**13:49:10** 1794:15 1794:16,17
**13:49:17** 1794:18
**13:49:19** 1794:19
**13:49:22** 1794:20
**13:49:25** 1794:21
**13:49:28** 1794:22
**13:49:31** 1794:23 1794:24
**13:49:33** 1794:25
**13:49:36** 1795:1
**13:49:41** 1795:2
**13:49:43** 1795:3
**13:49:46** 1795:4
**13:49:47** 1795:5
**13:49:49** 1795:6
**13:49:53** 1795:7
**13:49:56** 1795:8
**13:49:58** 1795:9
**13:50:01** 1795:10
**13:50:07** 1795:11 1795:12
**13:50:10** 1795:13
**13:50:12** 1795:14 1795:15
**13:50:14** 1795:16
**13:50:18** 1795:17
**13:50:20** 1795:18
**13:50:24** 1795:19
**13:50:27** 1795:20
**13:50:30** 1795:21
**13:50:33** 1795:22
**13:50:37** 1795:23
**13:50:38** 1795:24
**13:50:40** 1795:25
**13:50:43** 1796:1
**13:50:45** 1796:2
**13:50:49** 1796:3 1796:4
**13:50:54** 1796:5
**13:50:57** 1796:6
**13:50:58** 1796:7
**13:51:00** 1796:8
**13:51:04** 1796:9
**13:51:06** 1796:10
**13:51:10** 1796:11
**13:51:13** 1796:12
**13:51:15** 1796:13
**13:51:17** 1796:14
**13:51:23** 1796:15
**13:51:26** 1796:16
**13:51:27** 1796:17
**13:51:29** 1796:18
**13:51:32** 1796:19
**13:51:34** 1796:20
**13:51:37** 1796:21
**13:51:39** 1796:22
**13:51:40** 1796:23
**13:51:43** 1796:24
**13:51:45** 1796:25
**13:51:49** 1797:1
**13:51:51** 1797:2
**13:51:52** 1797:3 1797:4,5
**13:51:57** 1797:6
**13:51:58** 1797:7
**13:52:01** 1797:8
**13:52:05** 1797:9
**13:52:06** 1797:10
**13:52:09** 1797:11
**13:52:14** 1797:12
**13:52:15** 1797:13
**13:52:19** 1797:14
**13:52:22** 1797:15
**13:52:23** 1797:16
**13:52:27** 1797:17
**13:52:28** 1797:18
**13:52:29** 1797:19
**13:52:33** 1797:20 1797:21
**13:52:38** 1797:22
**13:52:40** 1797:23
**13:52:43** 1797:24
**13:52:48** 1797:25
**13:52:49** 1798:1
**13:52:56** 1798:2
**13:52:58** 1798:3
**13:52:59** 1798:4
**13:53:01** 1798:5
**13:53:05** 1798:6
**13:53:06** 1798:7
**13:53:07** 1798:8
**13:53:10** 1798:9
**13:53:15** 1798:10
**13:53:18** 1798:11
**13:53:20** 1798:12
**13:53:22** 1798:13
**13:53:24** 1798:14
**13:53:25** 1798:15
**13:53:28** 1798:16
**13:53:32** 1798:17
**13:53:35** 1798:18
**13:53:50** 1798:19
**13:53:51** 1798:20 1798:21
**13:53:52** 1798:22
**13:53:55** 1798:23 1798:24
**13:53:56** 1798:25
**13:53:57** 1799:1
**13:54:01** 1799:2
**13:54:03** 1799:3
**13:54:06** 1799:4
**13:54:07** 1799:5
**13:54:10** 1799:6
**13:54:11** 1799:7
**13:54:12** 1799:8 1799:9,10
**13:54:22** 1799:11 1799:12
**13:54:23** 1799:13
**13:54:24** 1799:14
**13:54:25** 1799:15 1799:16,17
**13:54:26** 1799:18
**13:54:27** 1799:19
**13:54:32** 1799:20
**13:54:33** 1799:21
**13:54:35** 1799:22
**13:54:36** 1799:23
**13:54:41** 1799:24
**13:54:44** 1799:25
**13:54:47** 1800:1
**13:54:48** 1800:2
**13:54:49** 1800:3 1800:4
**13:54:53** 1800:5
**13:54:56** 1800:6
**13:55:00** 1800:7
**13:55:04** 1800:8
**13:55:07** 1800:9 1800:10,11
**13:55:10** 1800:12
**13:55:12** 1800:13
**13:55:15** 1800:14
**13:55:18** 1800:15
**13:55:21** 1800:16
**13:55:24** 1800:17
**13:55:28** 1800:18
**13:55:33** 1800:19
**13:55:36** 1800:20
**13:55:37** 1800:21

**13:55:38** 1800:22
**13:55:40** 1800:23
**13:55:42** 1800:24
**13:55:47** 1800:25
**13:55:48** 1801:1
**13:55:49** 1801:2
**13:55:51** 1801:3
**13:55:55** 1801:4
**13:55:56** 1801:5
**13:56:00** 1801:6
**13:56:02** 1801:7
**13:56:05** 1801:8
**13:56:08** 1801:9
**13:56:11** 1801:10
**13:56:14** 1801:11
**13:56:18** 1801:12 1801:13
**13:56:20** 1801:14
**13:56:24** 1801:15
**13:56:25** 1801:16
**13:56:29** 1801:17
**13:56:32** 1801:18
**13:56:33** 1801:19
**13:56:37** 1801:20
**13:56:39** 1801:21 1801:22
**13:56:41** 1801:23
**13:56:49** 1801:24
**13:56:51** 1801:25
**13:56:54** 1802:1
**13:56:55** 1802:2
**13:56:56** 1802:3 1802:4
**13:56:58** 1802:5
**13:57:03** 1802:6
**13:57:04** 1802:7
**13:57:06** 1802:8
**13:57:07** 1802:9
**13:57:11** 1802:10
**13:57:13** 1802:11
**13:57:16** 1802:12
**13:57:18** 1802:13
**13:57:19** 1802:14
**13:57:20** 1802:15 1802:16
**13:57:22** 1802:17
**13:57:24** 1802:18
**13:57:28** 1802:19
**13:57:32** 1802:20
**13:57:33** 1802:21
**13:57:36** 1802:22
**13:57:38** 1802:23
**13:57:42** 1802:24
**13:57:45** 1802:25
**13:57:48** 1803:1
**13:57:49** 1803:2
**13:57:52** 1803:3
**13:57:54** 1803:4
**13:57:59** 1803:5
**13:58:02** 1803:6
**13:58:06** 1803:7
**13:58:08** 1803:8
**13:58:11** 1803:9
**13:58:14** 1803:10
**13:58:17** 1803:11
**13:58:20** 1803:12
**13:58:28** 1803:13
**13:58:30** 1803:14
**13:58:32** 1803:15
**13:58:33** 1803:16
**13:58:35** 1803:17
**13:58:36** 1803:18
**13:58:38** 1803:19
**13:58:39** 1803:20
**13:58:40** 1803:21
**13:58:41** 1803:22
**13:58:43** 1803:23
**13:58:52** 1803:24 1803:25
**13:58:53** 1804:1
**13:58:56** 1804:2
**13:59:01** 1804:3
**13:59:02** 1804:4
**13:59:03** 1804:5
**13:59:05** 1804:6
**13:59:07** 1804:7
**13:59:09** 1804:8
**13:59:13** 1804:9
**13:59:15** 1804:10 1804:11
**13:59:23** 1804:12
**13:59:24** 1804:13
**13:59:27** 1804:14
**13:59:30** 1804:15
**13:59:35** 1804:16
**13:59:38** 1804:17
**13:59:40** 1804:18
**13:59:42** 1804:19
**13:59:44** 1804:20
**13:59:46** 1804:21
**13:59:50** 1804:22
**13:59:51** 1804:23
**13:59:53** 1804:24
**13:59:55** 1804:25
**13:59:56** 1805:1
**13:59:58** 1805:2
**132** 1584:15 1594:8,11
**14** 1573:16 1593:8 1623:23 1623:25 1837:19
**14:00:01** 1805:3
**14:00:04** 1805:4
**14:00:06** 1805:5 1805:6
**14:00:10** 1805:7
**14:00:12** 1805:8
**14:00:14** 1805:9 1805:10
**14:00:26** 1805:11
**14:00:27** 1805:12
**14:00:28** 1805:13
**14:00:29** 1805:14
**14:00:32** 1805:15
**14:00:35** 1805:16
**14:00:38** 1805:17
**14:00:42** 1805:18
**14:00:43** 1805:19
**14:00:45** 1805:20
**14:00:46** 1805:21
**14:00:49** 1805:22
**14:00:51** 1805:23
**14:00:52** 1805:24
**14:00:56** 1805:25
**14:00:58** 1806:1
**14:00:59** 1806:2
**14:01:04** 1806:3
**14:01:05** 1806:4 1806:5
**14:01:06** 1806:6
**14:01:11** 1806:7 1806:8
**14:01:12** 1806:9
**14:01:14** 1806:10
**14:01:16** 1806:11 1806:12
**14:01:19** 1806:13
**14:01:21** 1806:14
**14:01:24** 1806:15
**14:01:28** 1806:16
**14:01:32** 1806:17
**14:01:34** 1806:18
**14:01:39** 1806:19
**14:01:43** 1806:20
**14:01:45** 1806:21
**14:01:49** 1806:22
**14:01:50** 1806:23
**14:01:54** 1806:24
**14:01:58** 1806:25
**14:02:01** 1807:1
**14:02:03** 1807:2
**14:02:07** 1807:3
**14:02:11** 1807:4
**14:02:12** 1807:5
**14:02:13** 1807:6
**14:02:15** 1807:7
**14:02:19** 1807:8
**14:02:21** 1807:9
**14:02:24** 1807:10
**14:02:26** 1807:11
**14:02:30** 1807:12
**14:02:33** 1807:13
**14:02:35** 1807:14
**14:02:37** 1807:15
**14:02:41** 1807:16
**14:02:44** 1807:17
**14:02:47** 1807:18
**14:02:51** 1807:19
**14:02:53** 1807:20
**14:02:58** 1807:21
**14:03:00** 1807:22
**14:03:01** 1807:23
**14:03:04** 1807:24
**14:03:08** 1807:25
**14:03:10** 1808:1
**14:03:12** 1808:2
**14:03:15** 1808:3
**14:03:21** 1808:4
**14:03:22** 1808:5
**14:03:25** 1808:6
**14:03:27** 1808:7
**14:03:30** 1808:8
**14:03:31** 1808:9
**14:03:35** 1808:10
**14:03:39** 1808:11
**14:03:42** 1808:12
**14:03:46** 1808:13
**14:03:49** 1808:14
**14:03:50** 1808:15
**14:03:52** 1808:16
**14:03:54** 1808:17
**14:03:58** 1808:18
**14:04:01** 1808:19
**14:04:03** 1808:20
**14:04:06** 1808:21
**14:04:09** 1808:22
**14:04:10** 1808:23
**14:04:13** 1808:24
**14:04:16** 1808:25
**14:04:18** 1809:1
**14:04:20** 1809:2
**14:04:22** 1809:3
**14:04:26** 1809:4
**14:04:29** 1809:5
**14:04:33** 1809:6
**14:04:36** 1809:7
**14:04:37** 1809:8
**14:04:42** 1809:9
**14:04:44** 1809:10
**14:04:51** 1809:11 1809:12
**14:04:54** 1809:13
**14:04:58** 1809:14
**14:05:01** 1809:15

**14:05:02** 1809:16
**14:05:04** 1809:17
**14:05:05** 1809:18
**14:05:07** 1809:19
**14:05:08** 1809:20
**14:05:10** 1809:21
**14:05:15** 1809:22
**14:05:18** 1809:23
1809:24
**14:05:20** 1809:25
**14:05:24** 1810:1
**14:05:26** 1810:2
**14:05:28** 1810:3
**14:05:31** 1810:4
**14:05:38** 1810:5
**14:05:42** 1810:6
**14:05:45** 1810:7
**14:05:48** 1810:8
**14:05:49** 1810:9
**14:05:54** 1810:10
**14:05:55** 1810:11
**14:05:58** 1810:12
**14:05:59** 1810:13
**14:06:02** 1810:14
**14:06:03** 1810:15
**14:06:10** 1810:16
**14:06:13** 1810:17
**14:06:14** 1810:18
**14:06:20** 1810:19
**14:06:23** 1810:20
**14:06:26** 1810:21
**14:06:30** 1810:22
**14:06:32** 1810:23
**14:06:35** 1810:24
**14:06:39** 1810:25
**14:06:45** 1811:1
**14:06:47** 1811:2
**14:06:49** 1811:3
**14:06:50** 1811:4
**14:06:52** 1811:5
**14:06:56** 1811:6
**14:07:02** 1811:7
**14:07:03** 1811:8
**14:07:04** 1811:9
**14:07:07** 1811:10
**14:07:10** 1811:11
**14:07:12** 1811:12
**14:07:14** 1811:13
**14:07:15** 1811:14
1811:15
**14:07:28** 1811:16
**14:07:29** 1811:17
**14:07:31** 1811:18
**14:07:34** 1811:19
**14:07:39** 1811:20
**14:07:41** 1811:21
**14:07:44** 1811:22
**14:07:45** 1811:23
**14:07:46** 1811:24
**14:07:50** 1811:25
**14:07:53** 1812:1
**14:07:55** 1812:2
**14:07:57** 1812:3
**14:07:58** 1812:4
**14:08:11** 1812:5
**14:08:12** 1812:6
**14:08:14** 1812:7
**14:08:16** 1812:8
**14:08:21** 1812:9
**14:08:25** 1812:10
**14:08:31** 1812:11
**14:08:35** 1812:12
**14:08:38** 1812:13
**14:08:39** 1812:14
**14:08:42** 1812:15
**14:08:46** 1812:16
**14:08:48** 1812:17
**14:08:51** 1812:18
**14:08:55** 1812:19
**14:08:59** 1812:20
**14:09:01** 1812:21
**14:09:02** 1812:22
**14:09:05** 1812:23
**14:09:08** 1812:24
**14:09:23** 1812:25
**14:09:24** 1813:1
**14:09:27** 1813:2
**14:09:30** 1813:3
**14:09:32** 1813:4
**14:09:36** 1813:5
**14:09:43** 1813:6
**14:09:48** 1813:7
**14:09:53** 1813:8
**14:09:56** 1813:9
**14:10:00** 1813:10
**14:10:03** 1813:11
**14:10:06** 1813:12
**14:10:10** 1813:13
**14:10:13** 1813:14
**14:10:16** 1813:15
**14:10:17** 1813:16
**14:10:19** 1813:17
**14:10:21** 1813:18
**14:10:29** 1813:19
**14:10:32** 1813:20
**14:10:35** 1813:21
**14:10:42** 1813:22
**14:10:43** 1813:23
**14:10:46** 1813:24
**14:10:50** 1813:25
**14:10:53** 1814:1
**14:10:59** 1814:2
**14:11:00** 1814:3
**14:11:03** 1814:4
**14:11:05** 1814:5
**14:11:07** 1814:6
**14:11:13** 1814:7
**14:11:16** 1814:8
**14:11:19** 1814:9
**14:11:21** 1814:10
1814:11
**14:11:25** 1814:12
**14:11:28** 1814:13
**14:11:30** 1814:14
**14:11:31** 1814:15
**14:12:01** 1814:16
**14:12:02** 1814:17
**14:12:03** 1814:18
1814:19
**14:12:06** 1814:20
**14:12:07** 1814:21
**14:12:10** 1814:22
**14:12:12** 1814:23
1814:24
**14:12:14** 1814:25
**14:12:15** 1815:1
**14:12:23** 1815:2
**14:12:25** 1815:3
**14:12:29** 1815:4
1815:5
**14:12:35** 1815:6
**14:12:36** 1815:7
**14:12:40** 1815:8
**14:12:41** 1815:9
1815:10
**14:12:42** 1815:11
1815:12
**14:12:49** 1815:13
**14:12:50** 1815:14
1815:15
**14:12:51** 1815:16
**14:12:53** 1815:17
**14:13:03** 1815:18
**14:13:04** 1815:19
**14:13:06** 1815:20
**14:13:08** 1815:21
**14:13:10** 1815:22
**14:13:12** 1815:23
**14:13:18** 1815:24
1815:25
**14:13:26** 1816:1
1816:2
**14:13:27** 1816:3
**14:13:30** 1816:4
1816:5,6
**14:13:36** 1816:7
**14:13:39** 1816:8
**14:13:41** 1816:9
**14:13:49** 1816:10
**14:13:53** 1816:11
1816:12
**14:14:02** 1816:13
**14:14:03** 1816:14
**14:14:04** 1816:15
**14:14:07** 1816:16
**14:14:10** 1816:17
**14:14:12** 1816:18
**14:14:13** 1816:19
**14:14:16** 1816:20
**14:14:18** 1816:21
**14:14:21** 1816:22
**14:14:23** 1816:23
**14:14:25** 1816:24
**14:14:27** 1816:25
**14:14:28** 1817:1
**14:14:29** 1817:2
**14:14:31** 1817:3
**14:14:32** 1817:4
**14:14:34** 1817:5
**14:14:35** 1817:6
**14:14:37** 1817:7
1817:8
**14:14:38** 1817:9
1817:10
**14:14:40** 1817:11
**14:14:46** 1817:12
**14:14:52** 1817:13
**14:14:53** 1817:14
**14:14:54** 1817:15
**14:14:58** 1817:16
**14:15:01** 1817:17
**14:15:04** 1817:18
**14:15:07** 1817:19
**14:15:10** 1817:20
**14:15:12** 1817:21
**14:15:16** 1817:22
**14:15:18** 1817:23
**14:15:21** 1817:24
1817:25
**14:15:24** 1818:1
**14:15:26** 1818:2
**14:15:36** 1818:3
**14:15:38** 1818:4
**14:15:41** 1818:5
1818:6
**14:15:42** 1818:7
**14:15:44** 1818:8
1818:9
**14:15:49** 1818:10
**14:15:51** 1818:11
**14:15:52** 1818:12
**14:15:54** 1818:13
**14:15:56** 1818:14
**14:15:57** 1818:15
**14:15:58** 1818:16

**14:16:01** 1818:17
**14:16:05** 1818:18
**14:16:08** 1818:19
**14:16:09** 1818:20
**14:16:11** 1818:21
**14:16:12** 1818:22
**14:16:13** 1818:23 1818:24
**14:16:14** 1818:25
**14:16:17** 1819:1
**14:16:20** 1819:2 1819:3
**14:16:21** 1819:4
**14:16:23** 1819:5
**14:16:26** 1819:6
**14:16:31** 1819:7 1819:8
**14:16:34** 1819:9
**14:16:37** 1819:10
**14:16:39** 1819:11
**14:16:43** 1819:12 1819:13
**14:16:48** 1819:14
**14:16:49** 1819:15
**14:16:52** 1819:16
**14:16:55** 1819:17
**14:16:57** 1819:18
**14:17:00** 1819:19
**14:17:05** 1819:20
**14:17:06** 1819:21
**14:17:07** 1819:22
**14:17:08** 1819:23
**14:17:10** 1819:24 1819:25
**14:17:12** 1820:1
**14:17:15** 1820:2
**14:17:19** 1820:3
**14:17:22** 1820:4
**14:17:24** 1820:5
**14:17:27** 1820:6
**14:17:29** 1820:7
**14:17:31** 1820:8
**14:17:33** 1820:9
**14:17:36** 1820:10
**14:17:38** 1820:11
**14:17:42** 1820:12
**14:17:55** 1820:13 1820:14,15
**14:17:58** 1820:16 1820:17
**14:17:59** 1820:18
**14:18:04** 1820:19 1820:20
**14:18:05** 1820:21
**14:18:08** 1820:22
**14:18:10** 1820:23
**14:18:13** 1820:24
**14:18:15** 1820:25
**14:18:17** 1821:1
**14:18:19** 1821:2 1821:3
**14:18:20** 1821:4 1821:5
**14:18:23** 1821:6
**14:18:24** 1821:7
**14:18:29** 1821:8
**14:18:30** 1821:9
**14:18:32** 1821:10
**14:18:35** 1821:11
**14:18:36** 1821:12
**14:18:37** 1821:13
**14:18:39** 1821:14
**14:18:40** 1821:15
**14:18:57** 1821:16
**14:19:01** 1821:17
**14:19:02** 1821:18
**14:19:04** 1821:19
**14:19:07** 1821:20
**14:19:09** 1821:21
**14:19:12** 1821:22
**14:19:14** 1821:23
**14:19:16** 1821:24
**14:19:19** 1821:25
**14:19:22** 1822:1
**14:19:27** 1822:2
**14:19:30** 1822:3
**14:19:33** 1822:4
**14:19:35** 1822:5
**14:19:37** 1822:6
**14:19:39** 1822:7
**14:19:41** 1822:8
**14:19:43** 1822:9
**14:19:46** 1822:10
**14:19:50** 1822:11
**14:19:52** 1822:12
**14:19:55** 1822:13
**14:19:58** 1822:14
**14:20:03** 1822:15
**14:20:05** 1822:16
**14:20:08** 1822:17 1822:18
**14:20:11** 1822:19
**14:20:13** 1822:20
**14:20:14** 1822:21
**14:20:17** 1822:22
**14:20:19** 1822:23
**14:20:22** 1822:24
**14:20:24** 1822:25
**14:20:27** 1823:1 1823:2
**14:20:30** 1823:3
**14:20:32** 1823:4
**14:20:45** 1823:5
**14:20:49** 1823:6
**14:20:53** 1823:7
**14:20:55** 1823:8 1823:9
**14:21:00** 1823:10
**14:21:01** 1823:11
**14:21:03** 1823:12
**14:21:05** 1823:13
**14:21:09** 1823:14
**14:21:14** 1823:15
**14:21:19** 1823:16
**14:21:20** 1823:17
**14:21:21** 1823:18
**14:21:24** 1823:19 1823:20
**14:21:30** 1823:21
**14:21:32** 1823:22 1823:23
**14:21:36** 1823:24
**14:21:37** 1823:25
**14:21:39** 1824:1
**14:21:42** 1824:2
**14:21:44** 1824:3
**14:21:47** 1824:4
**14:21:51** 1824:5
**14:21:52** 1824:6
**14:21:53** 1824:7
**14:21:55** 1824:8
**14:21:58** 1824:9 1824:10
**14:21:59** 1824:11
**14:22:02** 1824:12
**14:22:03** 1824:13
**14:22:05** 1824:14
**14:22:06** 1824:15
**14:22:07** 1824:16
**14:22:10** 1824:17
**14:22:12** 1824:18
**14:22:28** 1824:19
**14:22:33** 1824:20
**14:22:37** 1824:21
**14:22:38** 1824:22
**14:22:43** 1824:23 1824:24
**14:22:46** 1824:25
**14:22:49** 1825:1
**14:22:50** 1825:2
**14:22:56** 1825:3
**14:22:58** 1825:4
**14:22:59** 1825:5
**14:23:04** 1825:6
**14:23:16** 1825:7
**14:23:18** 1825:8
**14:23:23** 1825:9
**14:23:25** 1825:10
**14:23:30** 1825:11
**14:23:31** 1825:12
**14:23:32** 1825:13 1825:14
**14:23:34** 1825:15
**14:23:35** 1825:16
**14:23:37** 1825:17 1825:18,19
**14:23:51** 1825:20 1825:21,22
**14:23:52** 1825:23
**14:23:57** 1825:24
**14:23:59** 1825:25
**14:24:00** 1826:1
**14:24:02** 1826:2
**14:24:05** 1826:3
**14:24:08** 1826:4
**14:24:12** 1826:5
**14:24:16** 1826:6
**14:24:22** 1826:7
**14:24:23** 1826:8
**14:24:25** 1826:9
**14:24:26** 1826:10
**14:24:28** 1826:11
**14:24:29** 1826:12
**14:24:31** 1826:13 1826:14
**14:24:32** 1826:15
**14:24:33** 1826:16
**14:24:34** 1826:17
**14:25:22** 1826:18 1826:19
**14:25:23** 1826:20
**14:25:25** 1826:21
**14:25:26** 1826:22
**14:25:29** 1826:23
**14:25:32** 1826:24
**14:25:33** 1826:25
**14:25:34** 1827:1
**14:25:41** 1827:2 1827:3
**14:25:42** 1827:4
**14:25:45** 1827:5
**14:25:49** 1827:6
**14:25:50** 1827:7
**14:25:53** 1827:8 1827:9
**14:25:54** 1827:10
**14:25:55** 1827:11
**14:25:56** 1827:12
**14:25:57** 1827:13
**14:25:58** 1827:14
**14:26:08** 1827:15 1827:16
**14:26:09** 1827:17
**14:26:11** 1827:18
**14:26:13** 1827:19

**14:26:14** 1827:20
**14:26:16** 1827:21
**14:26:18** 1827:22
1827:23
**14:26:19** 1827:24
**14:26:22** 1827:25
**14:26:25** 1828:1
**14:26:30** 1828:2
**14:26:31** 1828:3
**14:26:33** 1828:4
**14:26:36** 1828:5
**14:26:40** 1828:6
**14:26:42** 1828:7
**14:26:49** 1828:8
**14:26:51** 1828:9
**14:26:55** 1828:10
**14:26:58** 1828:11
**14:27:01** 1828:12
**14:27:02** 1828:13
**14:27:05** 1828:14
**14:27:08** 1828:15
**14:27:10** 1828:16
**14:27:14** 1828:17
**14:27:18** 1828:18
**14:27:24** 1828:19
1828:20
**14:27:30** 1828:21
**14:27:31** 1828:22
**14:27:34** 1828:23
**14:27:37** 1828:24
**14:27:40** 1828:25
**14:27:43** 1829:1
**14:27:45** 1829:2
**14:27:47** 1829:3
**14:27:50** 1829:4
**14:27:53** 1829:5
**14:27:55** 1829:6
**14:27:58** 1829:7
**14:28:01** 1829:8
**14:28:03** 1829:9
**14:28:05** 1829:10
**14:28:08** 1829:11
**14:28:31** 1829:12
**14:28:36** 1829:13
1829:14
**14:28:37** 1829:15
**14:28:40** 1829:16
**14:28:41** 1829:17
1829:18
**14:28:43** 1829:19
**14:28:44** 1829:20
1829:21
**14:28:46** 1829:22
**14:28:49** 1829:23
**14:28:54** 1829:24
**14:28:59** 1829:25
**14:29:03** 1830:1
1830:2
**14:29:06** 1830:3
**14:29:07** 1830:4
1830:5
**14:29:09** 1830:6
**14:29:10** 1830:7
**14:29:12** 1830:8
1830:9
**14:29:14** 1830:10
1830:11
**14:29:15** 1830:12
**14:29:16** 1830:13
**14:29:19** 1830:14
**14:29:22** 1830:15
**14:29:23** 1830:16
**14:29:29** 1830:17
**14:29:33** 1830:18
**14:29:36** 1830:19
**14:29:37** 1830:20
**14:29:40** 1830:21
**14:29:44** 1830:22
**14:29:48** 1830:23
**14:29:50** 1830:24
**14:29:52** 1830:25
**14:29:55** 1831:1
**14:29:56** 1831:2
**14:29:58** 1831:3
**14:29:59** 1831:4
**14:30:01** 1831:5
**14:30:04** 1831:6
**14:30:08** 1831:7
**14:30:12** 1831:8
**14:30:18** 1831:9
**14:30:20** 1831:10
**14:30:24** 1831:11
1831:12
**14:30:25** 1831:13
**14:30:26** 1831:14
**14:30:28** 1831:15
**14:30:31** 1831:16
**14:30:35** 1831:17
**14:30:36** 1831:18
**14:30:39** 1831:19
**14:30:43** 1831:20
**14:30:45** 1831:21
**14:30:47** 1831:22
**14:30:52** 1831:23
**14:30:55** 1831:24
**14:30:58** 1831:25
**14:31:07** 1832:1
**14:31:10** 1832:2
**14:31:13** 1832:3
**14:31:15** 1832:4
**14:31:18** 1832:5
1832:6
**14:31:21** 1832:7
**14:31:22** 1832:8
**14:31:25** 1832:9
**14:31:26** 1832:10
**14:31:29** 1832:11
**14:31:32** 1832:12
**14:31:35** 1832:13
**14:31:37** 1832:14
1832:15
**14:31:40** 1832:16
**14:31:43** 1832:17
**14:31:44** 1832:18
**14:31:46** 1832:19
**14:31:49** 1832:20
**14:31:51** 1832:21
**14:31:53** 1832:22
**14:31:54** 1832:23
**14:31:58** 1832:24
**14:32:01** 1832:25
**14:32:04** 1833:1
**14:32:07** 1833:2
**14:32:09** 1833:3
**14:32:12** 1833:4
1833:5
**14:32:14** 1833:6
**14:32:16** 1833:7
**14:32:20** 1833:8
**14:32:22** 1833:9
**14:32:24** 1833:10
**14:32:27** 1833:11
**14:32:31** 1833:12
1833:13
**14:32:33** 1833:14
**14:32:36** 1833:15
**14:32:40** 1833:16
**14:32:41** 1833:17
**14:32:43** 1833:18
**14:32:45** 1833:19
**14:32:48** 1833:20
**14:32:54** 1833:21
1833:22,23
**14:32:56** 1833:24
**14:32:58** 1833:25
**14:33:00** 1834:1
1834:2
**14:33:03** 1834:3
**14:33:07** 1834:4
**14:33:08** 1834:5
**14:33:11** 1834:6
**14:33:13** 1834:7
**14:33:14** 1834:8
**14:33:15** 1834:9
**14:33:16** 1834:10
**14:33:17** 1834:11
**14:33:20** 1834:12
**14:33:24** 1834:13
**14:33:26** 1834:14
**14:33:28** 1834:15
**14:33:29** 1834:16
**14:33:31** 1834:17
**14:33:33** 1834:18
**14:33:35** 1834:19
**14:33:38** 1834:20
**14:33:40** 1834:21
**14:33:45** 1834:22
**14:33:48** 1834:23
**14:33:51** 1834:24
**14:33:53** 1834:25
**14:33:57** 1835:1
**14:34:01** 1835:2
**14:34:04** 1835:3
**14:34:08** 1835:4
**14:34:11** 1835:5
**14:34:14** 1835:6
**14:34:15** 1835:7
**14:34:18** 1835:8
**14:34:22** 1835:9
**14:34:26** 1835:10
**14:34:29** 1835:11
**14:34:32** 1835:12
**14:34:35** 1835:13
**14:34:38** 1835:14
**14:34:42** 1835:15
**14:34:44** 1835:16
**14:34:46** 1835:17
**14:34:49** 1835:18
**14:34:52** 1835:19
**14:34:54** 1835:20
**14:34:56** 1835:21
**14:35:00** 1835:22
**14:35:02** 1835:23
**14:35:03** 1835:24
**14:35:05** 1835:25
**14:35:09** 1836:1
**14:35:11** 1836:2
**14:35:14** 1836:3
**14:35:21** 1836:4
**14:35:24** 1836:5
**14:35:25** 1836:6
**14:35:26** 1836:7
**14:35:28** 1836:8
**14:35:30** 1836:9
**14:35:32** 1836:10
**14:35:34** 1836:11
**14:35:37** 1836:12
**14:35:40** 1836:13
**14:35:43** 1836:14
**14:35:47** 1836:15
**14:35:49** 1836:16
**14:35:51** 1836:17
**14:35:53** 1836:18
**14:35:56** 1836:19
**14:35:59** 1836:20

**14:36:02** 1836:21
**14:36:07** 1836:22
**14:36:09** 1836:23
**14:36:12** 1836:24
**14:36:13** 1836:25
**14:36:15** 1837:1
**14:36:18** 1837:2
**14:36:19** 1837:3
**14:36:22** 1837:4
**14:36:26** 1837:5
**14:36:28** 1837:6
**14:36:32** 1837:7
**14:36:34** 1837:8
**14:36:39** 1837:9
**14:36:41** 1837:10
**14:36:45** 1837:11
**14:36:48** 1837:12
**14:36:49** 1837:13
**14:36:51** 1837:14
**14:36:55** 1837:15
**14:37:00** 1837:16
**14:37:04** 1837:17
**14:37:07** 1837:18
**14:37:09** 1837:19
**14:37:12** 1837:20
**14:37:15** 1837:21
**14:37:19** 1837:22
**14:37:22** 1837:23
**14:37:26** 1837:24
**14:37:27** 1837:25
**14:37:29** 1838:1
**14:37:31** 1838:2
**14:37:33** 1838:3
1838:4
**14:37:37** 1838:5
**14:37:43** 1838:6
**14:37:46** 1838:7
**14:37:49** 1838:8
**14:37:53** 1838:9
**14:37:54** 1838:10
**14:37:56** 1838:11
**14:37:59** 1838:12
**14:38:02** 1838:13
**14:38:05** 1838:14
**14:38:08** 1838:15
**14:38:10** 1838:16
**14:38:14** 1838:17
**14:38:18** 1838:18
**14:38:19** 1838:19
**14:38:20** 1838:20
**14:38:24** 1838:21
**14:38:27** 1838:22
**14:38:29** 1838:23
**14:38:31** 1838:24
**14:38:34** 1838:25
**14:38:36** 1839:1
**14:38:38** 1839:2
**14:38:40** 1839:3
**14:38:43** 1839:4
**14:38:45** 1839:5
**14:38:48** 1839:6
**14:38:49** 1839:7
**14:38:52** 1839:8
**14:38:55** 1839:9
**14:38:58** 1839:10
**14:39:03** 1839:11
**14:39:05** 1839:12
**14:39:07** 1839:13
**14:39:12** 1839:14
**14:39:14** 1839:15
**14:39:20** 1839:16
**14:39:22** 1839:17
**14:39:24** 1839:18
**14:39:26** 1839:19
**14:39:30** 1839:20
**14:39:34** 1839:21
**14:39:37** 1839:22
**14:39:39** 1839:23
**14:39:40** 1839:24
**14:39:43** 1839:25
**14:39:46** 1840:1
**14:39:47** 1840:2
**14:39:53** 1840:3
**14:39:57** 1840:4
**14:40:02** 1840:5
**14:40:05** 1840:6
**14:40:08** 1840:7
**14:40:11** 1840:8
**14:40:14** 1840:9
1840:10
**14:40:18** 1840:11
**14:40:22** 1840:12
**14:40:23** 1840:13
1840:14
**14:40:25** 1840:15
**14:40:27** 1840:16
**14:40:30** 1840:17
**14:40:33** 1840:18
**14:40:35** 1840:19
**14:40:37** 1840:20
**14:40:39** 1840:21
**14:40:41** 1840:22
**14:40:45** 1840:23
**14:40:49** 1840:24
**14:40:51** 1840:25
**14:40:53** 1841:1
**14:40:54** 1841:2
**14:40:57** 1841:3
**14:41:00** 1841:4
**14:41:01** 1841:5
**14:41:05** 1841:6
**14:41:17** 1841:7
1841:8
**14:41:18** 1841:9
**14:41:19** 1841:10
**14:41:20** 1841:11
**14:41:21** 1841:12
**14:41:24** 1841:13
**14:41:29** 1841:14
**14:41:35** 1841:15
**14:41:36** 1841:16
**14:41:38** 1841:17
**14:41:40** 1841:18
**14:41:43** 1841:19
**14:41:44** 1841:20
**14:41:49** 1841:21
**14:41:53** 1841:22
**14:41:55** 1841:23
**14:41:57** 1841:24
**14:42:01** 1841:25
**14:42:03** 1842:1
**14:42:11** 1842:2
1842:3
**14:42:12** 1842:4
**14:42:21** 1842:5
**14:42:22** 1842:6
**14:42:23** 1842:7
**14:42:24** 1842:8
**14:42:28** 1842:9
1842:10
**14:42:30** 1842:11
**14:42:33** 1842:12
**14:42:36** 1842:13
**14:42:38** 1842:14
**14:42:40** 1842:15
**14:42:45** 1842:16
**14:42:48** 1842:17
**14:42:52** 1842:18
**14:42:54** 1842:19
**14:42:57** 1842:20
**14:43:00** 1842:21
**14:43:03** 1842:22
**14:43:06** 1842:23
**14:43:09** 1842:24
**14:43:12** 1842:25
**14:43:15** 1843:1
**14:43:20** 1843:2
**14:43:22** 1843:3
**14:43:25** 1843:4
**14:43:28** 1843:5
**14:43:30** 1843:6
**14:43:33** 1843:7
1843:8
**14:43:35** 1843:9
**14:43:37** 1843:10
**14:43:40** 1843:11
**14:43:42** 1843:12
**14:43:57** 1843:13
**14:43:58** 1843:14
**14:44:03** 1843:15
**14:44:05** 1843:16
**14:44:07** 1843:17
**14:44:08** 1843:18
**14:44:19** 1843:19
1843:20
**14:44:20** 1843:21
**14:44:22** 1843:22
**14:44:25** 1843:23
**14:44:27** 1843:24
**14:44:29** 1843:25
**14:44:33** 1844:1
**14:44:36** 1844:2
**14:44:39** 1844:3
**14:44:41** 1844:4
**14:44:43** 1844:5
**14:44:45** 1844:6
**14:44:47** 1844:7
**14:44:50** 1844:8
**14:44:51** 1844:9
**14:44:52** 1844:10
**14:44:55** 1844:11
**14:44:57** 1844:12
**14:44:59** 1844:13
**14:45:00** 1844:14
**14:45:02** 1844:15
**14:45:07** 1844:16
**14:45:11** 1844:17
**14:45:14** 1844:18
**14:45:17** 1844:19
**14:45:18** 1844:20
**14:45:21** 1844:21
**14:45:22** 1844:22
**14:45:24** 1844:23
**14:45:28** 1844:24
**14:45:30** 1844:25
**14:45:32** 1845:1
**14:45:36** 1845:2
1845:3
**14:45:38** 1845:4
**14:45:40** 1845:5
**14:45:42** 1845:6
**14:45:52** 1845:7
**14:45:53** 1845:8
**14:45:54** 1845:9
**14:45:58** 1845:10
**14:45:59** 1845:11
**14:46:00** 1845:12
**14:46:02** 1845:13
**14:46:05** 1845:14
1845:15
**14:46:07** 1845:16
**14:46:08** 1845:17
1845:18
**14:46:10** 1845:19
**14:46:12** 1845:20

**14:46:15** 1845:21
**14:46:17** 1845:22
**14:46:19** 1845:23
**14:46:21** 1845:24
**14:46:23** 1845:25
**14:46:36** 1846:1
**14:46:39** 1846:2 1846:3
**14:46:42** 1846:4
**14:46:43** 1846:5
**14:46:44** 1846:6
**14:46:49** 1846:7
**14:46:52** 1846:8
**14:46:55** 1846:9
**14:46:57** 1846:10
**14:46:59** 1846:11 1846:12
**14:47:00** 1846:13
**14:47:03** 1846:14
**14:47:04** 1846:15
**14:47:06** 1846:16
**14:47:07** 1846:17
**14:47:08** 1846:18
**14:47:09** 1846:19
**14:47:15** 1846:20
**14:47:16** 1846:21
**14:47:17** 1846:22
**14:47:19** 1846:23
**14:47:22** 1846:24
**14:47:24** 1846:25
**14:47:27** 1847:1
**14:47:29** 1847:2
**14:47:31** 1847:3 1847:4
**14:47:33** 1847:5
**14:48:09** 1847:6
**14:48:10** 1847:7
**14:48:11** 1847:8
**14:48:12** 1847:9
**14:48:14** 1847:10
**14:48:16** 1847:11
**14:48:18** 1847:12 1847:13
**14:48:19** 1847:14
**14:55:37** 1847:15 1847:16
**14:55:38** 1847:17
**14:55:39** 1847:18
**14:55:42** 1847:19
**14:55:44** 1847:20
**14:55:47** 1847:21
**14:55:49** 1847:22
**14:55:58** 1847:23
**14:56:01** 1847:24
**14:56:04** 1847:25
**14:56:07** 1848:1
**14:56:11** 1848:2
**14:56:13** 1848:3
**14:56:16** 1848:4 1848:5
**14:56:20** 1848:6 1848:7
**14:56:21** 1848:8
**14:56:30** 1848:9 1848:10
**14:56:31** 1848:11
**14:56:33** 1848:12 1848:13,14,15 1848:16
**14:56:44** 1848:17 1848:18
**14:56:45** 1848:19 1848:20
**14:56:48** 1848:21
**14:56:50** 1848:22
**14:56:53** 1848:23
**14:57:00** 1848:24
**14:57:02** 1848:25
**14:57:05** 1849:1 1849:2
**14:57:06** 1849:3
**14:57:07** 1849:4
**14:57:14** 1849:5
**14:57:21** 1849:6 1849:7
**14:57:23** 1849:8
**14:57:26** 1849:9
**14:57:30** 1849:10
**14:57:33** 1849:11
**14:57:34** 1849:12
**14:57:35** 1849:13
**14:57:39** 1849:14
**14:57:41** 1849:15
**14:57:43** 1849:16
**14:57:47** 1849:17
**14:57:48** 1849:18 1849:19,20
**14:57:52** 1849:21 1849:22
**14:57:54** 1849:23
**14:57:55** 1849:24
**14:58:03** 1849:25
**14:58:09** 1850:1
**14:58:11** 1850:2
**14:58:12** 1850:3
**14:58:13** 1850:4
**14:58:22** 1850:5
**14:58:24** 1850:6
**14:58:35** 1850:7
**14:58:37** 1850:8
**14:58:39** 1850:9
**14:58:41** 1850:10
**14:58:42** 1850:11
**14:58:43** 1850:12
**14:58:51** 1850:13
**14:59:00** 1850:14
**14:59:04** 1850:15
**14:59:08** 1850:16 1850:17
**14:59:09** 1850:18
**14:59:17** 1850:19
**14:59:19** 1850:20
**14:59:20** 1850:21
**14:59:21** 1850:22
**14:59:25** 1850:23
**14:59:27** 1850:24
**14:59:29** 1850:25
**14:59:30** 1851:1
**14:59:31** 1851:2
**14:59:38** 1851:3
**14:59:39** 1851:4
**14:59:42** 1851:5
**14:59:43** 1851:6 1851:7
**14:59:45** 1851:8
**14:59:46** 1851:9
**14:59:48** 1851:10 1851:11
**14:59:50** 1851:12
**14:59:52** 1851:13
**14th** 1581:11 1584:22 1945:20
**15** 1681:22 1683:13 1847:3 1853:4 1867:13 1874:11 1916:4
**15-minute** 1846:21
**15:00:43** 1851:14
**15:00:54** 1851:15
**15:00:59** 1851:16
**15:01:04** 1851:17
**15:01:06** 1851:18
**15:01:07** 1851:19
**15:01:08** 1851:20 1851:21
**15:01:10** 1851:22
**15:01:11** 1851:23
**15:01:13** 1851:24
**15:01:21** 1851:25
**15:01:26** 1852:1
**15:01:31** 1852:2
**15:01:37** 1852:3
**15:01:45** 1852:4
**15:01:47** 1852:5
**15:01:55** 1852:6 1852:7
**15:01:56** 1852:8
**15:01:58** 1852:9
**15:02:00** 1852:10
**15:02:03** 1852:11
**15:02:04** 1852:12
**15:02:05** 1852:13 1852:14
**15:02:07** 1852:15
**15:02:41** 1852:16
**15:02:44** 1852:17
**15:02:45** 1852:18
**15:02:49** 1852:19
**15:03:19** 1852:20
**15:03:20** 1852:21
**15:03:24** 1852:22 1852:23
**15:03:25** 1852:24
**15:03:28** 1852:25 1853:1
**15:03:30** 1853:2
**15:03:33** 1853:3
**15:03:35** 1853:4
**15:03:39** 1853:5
**15:03:42** 1853:6
**15:03:44** 1853:7
**15:03:54** 1853:8
**15:03:56** 1853:9
**15:03:59** 1853:10
**15:04:01** 1853:11
**15:04:04** 1853:12
**15:04:06** 1853:13
**15:04:10** 1853:14
**15:04:13** 1853:15
**15:04:16** 1853:16
**15:04:19** 1853:17
**15:04:22** 1853:18
**15:04:24** 1853:19 1853:20
**15:04:25** 1853:21
**15:04:28** 1853:22
**15:04:31** 1853:23
**15:04:33** 1853:24 1853:25
**15:04:35** 1854:1
**15:04:37** 1854:2
**15:04:39** 1854:3
**15:04:40** 1854:4
**15:04:41** 1854:5 1854:6
**15:04:44** 1854:7
**15:04:46** 1854:8
**15:04:50** 1854:9
**15:04:51** 1854:10
**15:04:54** 1854:11
**15:04:55** 1854:12
**15:04:57** 1854:13
**15:04:59** 1854:14

**15:05:00** 1854:15
**15:05:03** 1854:16
**15:05:08** 1854:17 1854:18
**15:05:11** 1854:19
**15:05:15** 1854:20
**15:05:18** 1854:21
**15:05:21** 1854:22
**15:05:23** 1854:23
**15:05:27** 1854:24
**15:05:32** 1854:25
**15:05:35** 1855:1
**15:05:39** 1855:2 1855:3
**15:05:40** 1855:4
**15:05:46** 1855:5
**15:05:48** 1855:6
**15:05:52** 1855:7
**15:05:54** 1855:8
**15:05:56** 1855:9
**15:05:59** 1855:10
**15:06:00** 1855:11
**15:06:02** 1855:12
**15:06:06** 1855:13
**15:06:09** 1855:14
**15:06:10** 1855:15
**15:06:18** 1855:16
**15:06:21** 1855:17
**15:06:23** 1855:18
**15:06:25** 1855:19
**15:06:28** 1855:20
**15:06:31** 1855:21
**15:06:33** 1855:22
**15:06:34** 1855:23
**15:06:36** 1855:24
**15:06:39** 1855:25
**15:06:41** 1856:1
**15:06:42** 1856:2
**15:06:43** 1856:3
**15:06:44** 1856:4
**15:06:48** 1856:5
**15:06:51** 1856:6
**15:06:55** 1856:7
**15:06:58** 1856:8
**15:07:03** 1856:9
**15:07:08** 1856:10 1856:11
**15:07:11** 1856:12
**15:07:13** 1856:13 1856:14
**15:07:18** 1856:15
**15:07:19** 1856:16
**15:07:21** 1856:17
**15:07:23** 1856:18 1856:19
**15:07:26** 1856:20
**15:07:28** 1856:21
**15:07:29** 1856:22
**15:07:31** 1856:23
**15:07:33** 1856:24
**15:07:35** 1856:25
**15:07:38** 1857:1
**15:07:41** 1857:2
**15:07:44** 1857:3
**15:07:45** 1857:4
**15:07:47** 1857:5
**15:07:50** 1857:6 1857:7
**15:07:52** 1857:8
**15:07:53** 1857:9
**15:07:55** 1857:10
**15:07:58** 1857:11
**15:08:02** 1857:12
**15:08:09** 1857:13
**15:08:12** 1857:14
**15:08:14** 1857:15
**15:08:16** 1857:16
**15:08:19** 1857:17
**15:08:21** 1857:18
**15:08:22** 1857:19
**15:08:25** 1857:20
**15:08:28** 1857:21
**15:08:30** 1857:22
**15:08:32** 1857:23
**15:08:34** 1857:24
**15:08:37** 1857:25
**15:08:39** 1858:1
**15:08:42** 1858:2
**15:08:47** 1858:3
**15:08:51** 1858:4
**15:08:53** 1858:5
**15:08:58** 1858:6
**15:09:00** 1858:7
**15:09:03** 1858:8
**15:09:04** 1858:9
**15:09:05** 1858:10
**15:09:07** 1858:11
**15:09:08** 1858:12
**15:09:09** 1858:13
**15:09:19** 1858:14 1858:15
**15:09:21** 1858:16 1858:17
**15:09:23** 1858:18
**15:09:26** 1858:19
**15:09:32** 1858:20
**15:09:35** 1858:21
**15:09:37** 1858:22
**15:09:42** 1858:23
**15:09:44** 1858:24
**15:09:47** 1858:25
**15:09:52** 1859:1
**15:09:53** 1859:2
**15:09:56** 1859:3
**15:09:57** 1859:4
**15:10:05** 1859:5
**15:10:10** 1859:6
**15:10:15** 1859:7
**15:10:17** 1859:8
**15:10:19** 1859:9
**15:10:21** 1859:10
**15:10:22** 1859:11
**15:10:23** 1859:12
**15:12:18** 1859:13
**15:12:20** 1859:14 1859:15
**15:12:21** 1859:16
**15:12:22** 1859:17 1859:18
**15:12:24** 1859:19
**15:12:27** 1859:20
**15:12:28** 1859:21
**15:12:33** 1859:22
**15:12:36** 1859:23 1859:24
**15:12:42** 1859:25
**15:12:45** 1860:1
**15:12:49** 1860:2
**15:12:52** 1860:3
**15:12:54** 1860:4
**15:12:55** 1860:5
**15:12:59** 1860:6
**15:13:00** 1860:7
**15:13:04** 1860:8
**15:13:09** 1860:9
**15:13:12** 1860:10
**15:13:13** 1860:11
**15:13:16** 1860:12
**15:13:21** 1860:13
**15:13:26** 1860:14
**15:13:27** 1860:15
**15:13:29** 1860:16
**15:13:32** 1860:17
**15:13:40** 1860:18
**15:13:41** 1860:19
**15:13:44** 1860:20
**15:13:48** 1860:21
**15:13:51** 1860:22
**15:13:53** 1860:23
**15:13:56** 1860:24
**15:13:58** 1860:25
**15:14:02** 1861:1
**15:14:05** 1861:2
**15:14:06** 1861:3
**15:14:08** 1861:4
**15:14:10** 1861:5
**15:14:15** 1861:6
**15:14:23** 1861:7
**15:14:26** 1861:8
**15:14:31** 1861:9
**15:14:33** 1861:10
**15:14:36** 1861:11 1861:12
**15:14:37** 1861:13
**15:14:39** 1861:14
**15:14:40** 1861:15
**15:14:52** 1861:16
**15:14:55** 1861:17
**15:14:58** 1861:18
**15:15:02** 1861:19
**15:15:05** 1861:20 1861:21
**15:15:08** 1861:22
**15:15:13** 1861:23
**15:15:17** 1861:24
**15:15:19** 1861:25
**15:15:21** 1862:1
**15:15:23** 1862:2
**15:15:26** 1862:3
**15:15:29** 1862:4
**15:15:32** 1862:5
**15:15:34** 1862:6
**15:15:36** 1862:7
**15:15:40** 1862:8
**15:15:46** 1862:9
**15:15:50** 1862:10
**15:15:51** 1862:11
**15:15:53** 1862:12
**15:15:54** 1862:13
**15:15:55** 1862:14
**15:15:58** 1862:15
**15:16:03** 1862:16
**15:16:06** 1862:17
**15:16:09** 1862:18
**15:16:12** 1862:19
**15:16:17** 1862:20
**15:16:19** 1862:21
**15:16:20** 1862:22 1862:23
**15:16:23** 1862:24
**15:16:25** 1862:25
**15:16:26** 1863:1
**15:16:28** 1863:2 1863:3
**15:16:29** 1863:4
**15:16:32** 1863:5
**15:16:35** 1863:6
**15:16:37** 1863:7
**15:16:39** 1863:8
**15:16:42** 1863:9
**15:16:47** 1863:10
**15:16:51** 1863:11
**15:16:53** 1863:12
**15:16:55** 1863:13
**15:17:00** 1863:14

**15:17:02** 1863:15
**15:17:04** 1863:16
**15:17:10** 1863:17
**15:17:13** 1863:18
**15:17:17** 1863:19
**15:17:20** 1863:20
1863:21
**15:17:28** 1863:22
1863:23
**15:17:32** 1863:24
**15:17:38** 1863:25
**15:17:42** 1864:1
**15:17:45** 1864:2
**15:17:46** 1864:3
**15:17:50** 1864:4
**15:17:53** 1864:5
**15:18:02** 1864:6
1864:7
**15:18:04** 1864:8
**15:18:05** 1864:12
1864:13
**15:18:07** 1864:14
1864:15
**15:18:20** 1864:16
**15:18:21** 1864:17
**15:18:26** 1864:9
1864:10,11
**15:18:35** 1864:18
**15:18:38** 1864:19
**15:18:40** 1864:20
**15:18:43** 1864:21
**15:18:47** 1864:22
**15:18:50** 1864:23
**15:18:53** 1864:24
**15:18:58** 1864:25
**15:19:01** 1865:1
**15:19:02** 1865:2
**15:19:06** 1865:3
**15:19:08** 1865:4
**15:19:09** 1865:5
**15:19:10** 1865:6
**15:19:11** 1865:7
**15:19:15** 1865:8
**15:19:18** 1865:9
**15:19:20** 1865:10
**15:19:21** 1865:11
**15:19:22** 1865:12
**15:19:24** 1865:13
**15:19:25** 1865:14
**15:19:26** 1865:15
**15:19:28** 1865:16
**15:19:31** 1865:17
**15:19:36** 1865:18
**15:19:37** 1865:19
**15:19:40** 1865:20
1865:21
**15:19:41** 1865:22
**15:19:42** 1865:23
**15:19:47** 1865:24
**15:19:49** 1865:25
**15:19:51** 1866:1
**15:19:56** 1866:2
**15:19:59** 1866:3
**15:20:02** 1866:4
**15:20:05** 1866:5
**15:20:08** 1866:6
**15:20:11** 1866:7
**15:20:12** 1866:8
**15:20:13** 1866:9
**15:20:15** 1866:10
**15:20:17** 1866:11
**15:20:19** 1866:12
**15:20:21** 1866:13
**15:20:25** 1866:14
**15:20:26** 1866:15
**15:20:28** 1866:16
**15:20:31** 1866:17
**15:20:34** 1866:18
**15:20:35** 1866:19
**15:20:38** 1866:20
**15:20:40** 1866:21
**15:20:41** 1866:22
**15:20:43** 1866:23
**15:20:47** 1866:24
**15:20:50** 1866:25
**15:20:54** 1867:1
**15:20:56** 1867:2
**15:20:58** 1867:3
1867:4
**15:21:01** 1867:5
**15:21:04** 1867:6
**15:21:07** 1867:7
**15:21:10** 1867:8
**15:21:14** 1867:9
**15:21:16** 1867:10
**15:21:19** 1867:11
**15:21:23** 1867:12
**15:21:28** 1867:13
**15:21:32** 1867:14
1867:15
**15:21:33** 1867:16
**15:21:36** 1867:17
**15:21:41** 1867:18
**15:21:43** 1867:19
**15:21:45** 1867:20
**15:21:49** 1867:21
**15:21:50** 1867:22
**15:21:51** 1867:23
**15:21:55** 1867:24
**15:22:00** 1867:25
**15:22:04** 1868:1
**15:22:06** 1868:2
**15:22:10** 1868:3
**15:22:12** 1868:4
**15:22:14** 1868:5
**15:22:20** 1868:6
**15:22:25** 1868:7
**15:22:27** 1868:8
**15:22:30** 1868:9
**15:22:33** 1868:10
1868:11
**15:22:40** 1868:12
**15:22:41** 1868:13
**15:22:45** 1868:14
**15:23:08** 1868:15
**15:23:13** 1868:16
1868:17
**15:23:15** 1868:18
**15:23:17** 1868:19
**15:23:24** 1868:20
**15:23:28** 1868:21
**15:23:32** 1868:22
**15:23:34** 1868:23
**15:23:35** 1868:24
**15:23:38** 1868:25
1869:1
**15:23:40** 1869:2
1869:3
**15:23:41** 1869:4
1869:5
**15:23:42** 1869:6
**15:23:48** 1869:7
**15:23:53** 1869:8
**15:23:59** 1869:9
**15:24:02** 1869:10
**15:24:06** 1869:11
**15:24:10** 1869:12
1869:13
**15:24:12** 1869:14
**15:24:15** 1869:15
**15:24:19** 1869:16
**15:24:22** 1869:17
**15:24:25** 1869:18
**15:24:28** 1869:19
**15:24:32** 1869:20
**15:24:36** 1869:21
**15:24:41** 1869:22
1869:23
**15:24:45** 1869:24
**15:24:47** 1869:25
1870:1
**15:24:53** 1870:2
**15:24:54** 1870:3
**15:24:55** 1870:4
**15:25:03** 1870:5
**15:25:05** 1870:6
**15:25:08** 1870:7
**15:25:10** 1870:8
**15:25:15** 1870:9
**15:25:16** 1870:10
**15:25:18** 1870:11
**15:25:20** 1870:12
**15:25:23** 1870:13
**15:25:33** 1870:14
**15:25:35** 1870:15
**15:25:39** 1870:16
**15:25:51** 1870:17
**15:25:54** 1870:18
**15:25:57** 1870:19
**15:25:59** 1870:20
**15:26:01** 1870:21
**15:26:04** 1870:22
**15:26:07** 1870:23
1870:24
**15:26:08** 1870:25
**15:26:10** 1871:1
**15:26:13** 1871:2
**15:26:14** 1871:3
**15:26:17** 1871:4
**15:26:21** 1871:5
**15:26:23** 1871:6
**15:26:25** 1871:7
**15:26:26** 1871:8
**15:26:29** 1871:9
**15:26:43** 1871:10
1871:11
**15:26:48** 1871:12
**15:26:54** 1871:13
**15:26:55** 1871:14
**15:26:57** 1871:15
**15:27:00** 1871:16
**15:27:05** 1871:17
**15:27:07** 1871:18
**15:27:09** 1871:19
**15:27:15** 1871:20
**15:27:18** 1871:21
**15:27:20** 1871:22
**15:27:21** 1871:23
**15:27:23** 1871:24
**15:27:26** 1871:25
**15:27:28** 1872:1
**15:27:31** 1872:2
**15:27:35** 1872:3
**15:27:37** 1872:4
**15:27:41** 1872:5
**15:27:44** 1872:6
**15:27:47** 1872:7
**15:27:50** 1872:8
**15:27:52** 1872:9
**15:27:55** 1872:10
**15:27:59** 1872:11
**15:28:01** 1872:12
**15:28:04** 1872:13
**15:28:05** 1872:14
**15:28:07** 1872:15

**15:28:11** 1872:16
**15:28:15** 1872:17
**15:28:19** 1872:18
**15:28:22** 1872:19
**15:28:25** 1872:20
**15:28:26** 1872:21
**15:28:29** 1872:22
**15:28:32** 1872:23
**15:28:35** 1872:24
**15:28:36** 1872:25
**15:28:40** 1873:1
**15:28:43** 1873:2
**15:28:45** 1873:3
**15:28:47** 1873:4
**15:28:50** 1873:5 1873:6
**15:28:58** 1873:7
**15:29:00** 1873:8
**15:29:03** 1873:9
**15:29:04** 1873:10
**15:29:05** 1873:11
**15:29:08** 1873:12
**15:29:11** 1873:13
**15:29:14** 1873:14
**15:29:18** 1873:15
**15:29:20** 1873:16
**15:29:23** 1873:17
**15:29:27** 1873:18
**15:29:30** 1873:19
**15:29:32** 1873:20
**15:29:36** 1873:21
**15:29:37** 1873:22
**15:29:41** 1873:23
**15:29:44** 1873:24 1873:25
**15:29:47** 1874:1
**15:29:52** 1874:2
**15:29:54** 1874:3 1874:4
**15:29:57** 1874:5
**15:30:00** 1874:6
**15:30:06** 1874:7
**15:30:08** 1874:8
**15:30:10** 1874:9
**15:30:12** 1874:10
**15:30:16** 1874:11
**15:30:19** 1874:12
**15:30:21** 1874:13
**15:30:24** 1874:14
**15:30:26** 1874:15
**15:30:32** 1874:16
**15:30:33** 1874:17
**15:30:35** 1874:18
**15:30:38** 1874:19
**15:30:41** 1874:20
**15:30:42** 1874:21
**15:30:44** 1874:22
**15:30:58** 1874:23 1874:24,25
**15:30:59** 1875:1
**15:31:02** 1875:2
**15:31:03** 1875:3
**15:31:05** 1875:4 1875:5
**15:31:08** 1875:6
**15:31:11** 1875:7
**15:31:13** 1875:8
**15:31:18** 1875:9
**15:31:20** 1875:10
**15:31:21** 1875:11
**15:31:24** 1875:12
**15:31:28** 1875:13
**15:31:30** 1875:14
**15:31:32** 1875:15
**15:31:35** 1875:16
**15:31:44** 1875:17
**15:31:46** 1875:18
**15:31:47** 1875:19
**15:31:51** 1875:20 1875:21
**15:31:53** 1875:22
**15:31:55** 1875:23
**15:31:57** 1875:24
**15:32:00** 1875:25
**15:32:02** 1876:1
**15:32:05** 1876:2
**15:32:07** 1876:3
**15:32:10** 1876:4
**15:32:13** 1876:5
**15:32:15** 1876:6
**15:32:16** 1876:7
**15:32:19** 1876:8
**15:32:22** 1876:9
**15:32:26** 1876:10 1876:11
**15:32:29** 1876:12
**15:32:32** 1876:13
**15:32:35** 1876:14
**15:32:39** 1876:15
**15:32:40** 1876:16
**15:32:43** 1876:17
**15:32:46** 1876:18
**15:32:47** 1876:19
**15:32:50** 1876:20
**15:32:55** 1876:21
**15:33:00** 1876:22
**15:33:03** 1876:23
**15:33:07** 1876:24
**15:33:11** 1876:25
**15:33:16** 1877:1
**15:33:19** 1877:2
**15:33:25** 1877:3
**15:33:28** 1877:4
**15:33:30** 1877:5
**15:33:33** 1877:6 1877:7
**15:33:35** 1877:8
**15:33:36** 1877:9
**15:33:39** 1877:10
**15:33:45** 1877:11 1877:12
**15:33:47** 1877:13
**15:33:49** 1877:14
**15:33:51** 1877:15
**15:33:53** 1877:16
**15:33:57** 1877:17
**15:33:59** 1877:18
**15:34:02** 1877:19
**15:34:04** 1877:20
**15:34:06** 1877:21
**15:34:09** 1877:22
**15:34:12** 1877:23
**15:34:15** 1877:24 1877:25
**15:34:18** 1878:1
**15:34:21** 1878:2
**15:34:24** 1878:3 1878:4
**15:34:26** 1878:5
**15:34:30** 1878:6
**15:34:33** 1878:7
**15:34:34** 1878:8
**15:34:35** 1878:9
**15:34:38** 1878:10
**15:34:39** 1878:11
**15:34:43** 1878:12
**15:34:46** 1878:13
**15:34:48** 1878:14
**15:34:50** 1878:15
**15:34:52** 1878:16
**15:34:54** 1878:17
**15:34:58** 1878:18
**15:35:00** 1878:19
**15:35:02** 1878:20
**15:35:05** 1878:21
**15:35:08** 1878:22
**15:35:12** 1878:23
**15:35:14** 1878:24
**15:35:17** 1878:25
**15:35:19** 1879:1
**15:35:21** 1879:2
**15:35:25** 1879:3
**15:35:28** 1879:4
**15:35:29** 1879:5
**15:35:30** 1879:6
**15:35:34** 1879:7
**15:35:36** 1879:8
**15:35:39** 1879:9
**15:35:41** 1879:10
**15:35:43** 1879:11
**15:35:46** 1879:12
**15:35:49** 1879:13
**15:35:51** 1879:14
**15:35:53** 1879:15
**15:35:57** 1879:16
**15:35:59** 1879:17
**15:36:02** 1879:18
**15:36:06** 1879:19
**15:36:09** 1879:20
**15:36:11** 1879:21
**15:36:14** 1879:22 1879:23
**15:36:17** 1879:24
**15:36:20** 1879:25
**15:36:23** 1880:1
**15:36:26** 1880:2
**15:36:28** 1880:3
**15:36:30** 1880:4
**15:36:32** 1880:5
**15:36:34** 1880:6
**15:36:37** 1880:7
**15:36:38** 1880:8
**15:36:40** 1880:9 1880:10
**15:36:53** 1880:11 1880:12
**15:36:56** 1880:13
**15:37:00** 1880:14
**15:37:03** 1880:15
**15:37:05** 1880:16
**15:37:08** 1880:17
**15:37:11** 1880:18
**15:37:12** 1880:19
**15:37:15** 1880:20
**15:37:17** 1880:21
**15:37:19** 1880:22
**15:37:21** 1880:23
**15:37:22** 1880:24 1880:25
**15:37:24** 1881:1
**15:37:26** 1881:2
**15:37:29** 1881:3
**15:37:30** 1881:4
**15:37:33** 1881:5
**15:37:36** 1881:6
**15:37:39** 1881:7
**15:37:42** 1881:8
**15:37:45** 1881:9
**15:37:46** 1881:10
**15:37:48** 1881:11
**15:37:51** 1881:12
**15:37:54** 1881:13
**15:37:57** 1881:14
**15:38:00** 1881:15
**15:38:03** 1881:16

**15:38:06** 1881:17
**15:38:08** 1881:18
**15:38:11** 1881:19
**15:38:12** 1881:20
**15:38:15** 1881:21
**15:38:19** 1881:22
**15:38:22** 1881:23 1881:24
**15:38:24** 1881:25
**15:38:25** 1882:1
**15:38:29** 1882:2 1882:3
**15:38:31** 1882:4
**15:38:34** 1882:5
**15:38:36** 1882:6
**15:38:39** 1882:7
**15:38:41** 1882:8
**15:38:44** 1882:9
**15:38:47** 1882:10
**15:38:48** 1882:11
**15:38:49** 1882:12
**15:38:52** 1882:13
**15:38:56** 1882:14
**15:38:58** 1882:15 1882:16
**15:39:01** 1882:17
**15:39:08** 1882:18
**15:39:11** 1882:19
**15:39:15** 1882:20
**15:39:18** 1882:21
**15:39:20** 1882:22
**15:39:21** 1882:23
**15:39:26** 1882:24
**15:39:27** 1882:25
**15:39:30** 1883:1 1883:2
**15:39:32** 1883:3
**15:39:36** 1883:4
**15:39:39** 1883:5
**15:39:41** 1883:6
**15:39:45** 1883:7
**15:39:47** 1883:8
**15:39:49** 1883:9
**15:39:54** 1883:10
**15:39:59** 1883:11
**15:40:00** 1883:12
**15:40:01** 1883:13
**15:40:02** 1883:14
**15:40:04** 1883:15 1883:16
**15:40:08** 1883:17
**15:40:12** 1883:18
**15:40:16** 1883:19
**15:40:18** 1883:20
**15:40:19** 1883:21
**15:40:22** 1883:22
**15:40:24** 1883:23
**15:40:28** 1883:24
**15:40:34** 1883:25 1884:1
**15:40:38** 1884:2
**15:40:39** 1884:3 1884:4
**15:40:40** 1884:5
**15:40:42** 1884:6
**15:40:44** 1884:7
**15:40:48** 1884:8
**15:40:50** 1884:9
**15:40:53** 1884:10
**15:40:56** 1884:11
**15:41:00** 1884:12
**15:41:02** 1884:13
**15:41:06** 1884:14
**15:41:09** 1884:15
**15:41:10** 1884:16
**15:41:13** 1884:17
**15:41:16** 1884:18
**15:41:18** 1884:19
**15:41:23** 1884:20
**15:41:27** 1884:21 1884:22
**15:41:30** 1884:23
**15:41:33** 1884:24
**15:41:37** 1884:25
**15:41:39** 1885:1
**15:41:40** 1885:2 1885:3
**15:41:46** 1885:4
**15:41:58** 1885:5
**15:42:01** 1885:6
**15:42:07** 1885:7
**15:42:09** 1885:8
**15:42:11** 1885:9
**15:42:14** 1885:10
**15:42:19** 1885:11
**15:42:22** 1885:12
**15:42:25** 1885:13
**15:42:30** 1885:14
**15:42:34** 1885:15
**15:42:37** 1885:16
**15:42:38** 1885:17
**15:42:40** 1885:18 1885:19,20
**15:42:41** 1885:21 1885:22,23
**15:42:42** 1885:24
**15:42:44** 1885:25
**15:42:47** 1886:1
**15:42:49** 1886:2
**15:42:54** 1886:3
**15:42:58** 1886:4
**15:43:01** 1886:5
**15:43:03** 1886:6
**15:43:06** 1886:7
**15:43:09** 1886:8
**15:43:11** 1886:9
**15:43:18** 1886:10 1886:11
**15:43:20** 1886:12
**15:43:26** 1886:13
**15:43:31** 1886:14
**15:43:34** 1886:15
**15:43:38** 1886:16
**15:43:42** 1886:17
**15:43:58** 1886:18
**15:44:02** 1886:19
**15:44:03** 1886:20
**15:44:05** 1886:21
**15:44:08** 1886:22
**15:44:11** 1886:23
**15:44:12** 1886:24
**15:44:13** 1886:25
**15:44:15** 1887:1
**15:44:19** 1887:2
**15:44:23** 1887:3
**15:44:40** 1887:4
**15:44:41** 1887:5
**15:44:44** 1887:6
**15:44:51** 1887:7
**15:44:53** 1887:8
**15:45:01** 1887:9
**15:45:03** 1887:10
**15:45:06** 1887:11
**15:45:09** 1887:12
**15:45:11** 1887:13
**15:45:14** 1887:14
**15:45:15** 1887:15
**15:45:18** 1887:16
**15:45:19** 1887:17
**15:45:20** 1887:18
**15:45:21** 1887:19
**15:45:55** 1887:20
**15:45:56** 1887:21
**15:45:57** 1887:22
**15:45:59** 1887:23 1887:24
**15:46:00** 1887:25
**15:46:02** 1888:1
**15:46:06** 1888:2
**15:46:08** 1888:3
**15:46:12** 1888:4
**15:46:13** 1888:5
**15:46:16** 1888:6
**15:46:21** 1888:7
**15:46:27** 1888:8
**15:46:29** 1888:9
**15:46:32** 1888:10
**15:46:34** 1888:11
**15:46:36** 1888:12
**15:46:37** 1888:13 1888:14
**15:46:41** 1888:15
**15:46:42** 1888:16
**15:46:43** 1888:17
**15:46:44** 1888:18 1888:19,20
**15:46:46** 1888:21
**15:46:48** 1888:22
**15:46:52** 1888:23
**15:46:53** 1888:24 1888:25
**15:46:56** 1889:1
**15:46:59** 1889:2
**15:47:02** 1889:3
**15:47:07** 1889:4
**15:47:10** 1889:5
**15:47:11** 1889:6
**15:47:17** 1889:7
**15:47:21** 1889:8
**15:47:22** 1889:9
**15:47:26** 1889:10
**15:47:29** 1889:11
**15:47:31** 1889:12
**15:47:34** 1889:13
**15:47:37** 1889:14
**15:47:40** 1889:15 1889:16
**15:47:42** 1889:17
**15:47:46** 1889:18
**15:47:47** 1889:19
**15:47:50** 1889:20 1889:21
**15:47:53** 1889:22
**15:47:54** 1889:23
**15:47:57** 1889:24 1889:25
**15:48:00** 1890:1
**15:48:02** 1890:2
**15:48:05** 1890:3
**15:48:09** 1890:4
**15:48:11** 1890:5
**15:48:15** 1890:6
**15:48:18** 1890:7
**15:48:19** 1890:8
**15:48:21** 1890:9
**15:48:22** 1890:10
**15:48:25** 1890:11
**15:48:29** 1890:12
**15:48:31** 1890:13
**15:48:34** 1890:14
**15:48:36** 1890:15
**15:48:39** 1890:16
**15:48:43** 1890:17 1890:18
**15:48:48** 1890:19

1890:20
**15:48:50** 1890:21
**15:48:51** 1890:22
**15:48:52** 1890:23
**15:48:59** 1890:24
**15:49:20** 1890:25
1891:1
**15:49:21** 1891:2
**15:49:22** 1891:3
**15:49:23** 1891:4
**15:49:27** 1891:5
**15:49:28** 1891:6
**15:49:31** 1891:7
**15:49:34** 1891:8
**15:49:39** 1891:9
**15:49:42** 1891:10
**15:49:44** 1891:11
**15:49:49** 1891:12
**15:49:52** 1891:13
**15:49:53** 1891:14
**15:49:59** 1891:15
**15:50:13** 1891:16
1891:17,18,19
**15:50:14** 1891:20
**15:50:15** 1891:21
**15:50:19** 1891:22
**15:50:21** 1891:23
**15:50:22** 1891:24
**15:50:26** 1891:25
**15:50:29** 1892:1
**15:50:32** 1892:2
**15:50:36** 1892:3
**15:50:41** 1892:4
**15:50:43** 1892:5
**15:50:48** 1892:6
**15:50:49** 1892:7
**15:50:51** 1892:8
**15:50:56** 1892:9
**15:51:00** 1892:10
**15:51:05** 1892:11
**15:51:10** 1892:12
**15:51:13** 1892:13
**15:51:17** 1892:14
**15:51:18** 1892:15
**15:51:21** 1892:16
**15:51:24** 1892:17
**15:51:25** 1892:18
**15:51:26** 1892:19
**15:51:28** 1892:20
**15:51:29** 1892:21
**15:51:30** 1892:22
**15:51:32** 1892:23
**15:51:35** 1892:24
**15:51:40** 1892:25
**15:51:42** 1893:1
**15:51:45** 1893:2
**15:51:49** 1893:3
1893:4
**15:51:51** 1893:5
**15:51:53** 1893:6
**15:51:54** 1893:7
**15:51:55** 1893:8
**15:51:56** 1893:9
**15:52:00** 1893:10
**15:52:01** 1893:11
**15:52:06** 1893:12
**15:52:07** 1893:13
1893:14,15
**15:52:13** 1893:16
1893:17
**15:52:16** 1893:18
**15:52:17** 1893:19
**15:52:20** 1893:20
**15:52:24** 1893:21
**15:52:27** 1893:22
**15:52:33** 1893:23
**15:52:35** 1893:24
**15:52:41** 1893:25
**15:52:44** 1894:1
**15:52:48** 1894:2
**15:52:51** 1894:3
**15:52:56** 1894:4
**15:52:58** 1894:5
1894:6
**15:53:03** 1894:7
**15:53:06** 1894:8
**15:53:10** 1894:9
**15:53:11** 1894:10
**15:53:13** 1894:11
**15:53:17** 1894:12
**15:53:22** 1894:13
**15:53:23** 1894:14
**15:53:26** 1894:15
**15:53:32** 1894:16
**15:53:37** 1894:17
**15:53:40** 1894:18
**15:53:42** 1894:19
**15:53:44** 1894:20
**15:53:47** 1894:21
**15:53:50** 1894:22
**15:53:53** 1894:23
**15:53:55** 1894:24
**15:53:59** 1894:25
**15:54:03** 1895:1
**15:54:05** 1895:2
**15:54:08** 1895:3
**15:54:10** 1895:4
**15:54:13** 1895:5
**15:54:18** 1895:6
**15:54:22** 1895:7
**15:54:26** 1895:8
**15:54:27** 1895:9
**15:54:30** 1895:10
**15:54:32** 1895:11
**15:54:35** 1895:12
**15:54:37** 1895:13
**15:54:44** 1895:14
**15:54:46** 1895:15
**15:54:48** 1895:16
**15:54:52** 1895:17
**15:54:55** 1895:18
**15:54:59** 1895:19
1895:20
**15:55:02** 1895:21
**15:55:03** 1895:22
**15:55:08** 1895:23
**15:55:11** 1895:24
**15:55:13** 1895:25
**15:55:16** 1896:1
**15:55:19** 1896:2
**15:55:23** 1896:3
**15:55:26** 1896:4
**15:55:29** 1896:5
**15:55:32** 1896:6
**15:55:33** 1896:7
**15:55:35** 1896:8
**15:56:17** 1896:9
1896:10
**15:56:40** 1896:11
**15:56:46** 1896:12
**15:56:48** 1896:13
**15:56:49** 1896:14
**15:56:50** 1896:15
**15:56:53** 1896:16
**15:56:56** 1896:17
**15:56:59** 1896:18
**15:57:04** 1896:19
**15:57:07** 1896:20
**15:57:10** 1896:21
**15:57:13** 1896:22
**15:57:17** 1896:23
**15:57:20** 1896:24
**15:57:24** 1896:25
**15:57:26** 1897:1
**15:57:29** 1897:2
**15:57:31** 1897:3
**15:57:32** 1897:4
**15:57:40** 1897:5
**15:57:42** 1897:6
1897:7
**15:57:43** 1897:8
**15:57:45** 1897:9
**15:57:52** 1897:10
**15:57:55** 1897:11
**15:57:58** 1897:12
**15:57:59** 1897:13
**15:58:03** 1897:14
**15:58:05** 1897:15
**15:58:08** 1897:16
**15:58:11** 1897:17
**15:58:13** 1897:18
**15:58:15** 1897:19
**15:58:18** 1897:20
**15:58:21** 1897:21
**15:58:23** 1897:22
**15:58:24** 1897:23
**15:58:27** 1897:24
**15:58:33** 1897:25
**15:58:34** 1898:1
**15:58:35** 1898:2
**15:58:37** 1898:3
**15:58:40** 1898:4
**15:58:42** 1898:5
**15:58:44** 1898:6
**15:58:45** 1898:7
**15:58:48** 1898:8
**15:58:51** 1898:9
**15:58:53** 1898:10
**15:58:55** 1898:11
**15:58:58** 1898:12
**15:59:01** 1898:13
**15:59:02** 1898:14
**15:59:09** 1898:15
**15:59:10** 1898:16
**15:59:11** 1898:17
**15:59:13** 1898:18
**15:59:21** 1898:19
**15:59:23** 1898:20
**15:59:25** 1898:21
**15:59:28** 1898:22
**15:59:31** 1898:23
**15:59:34** 1898:24
**15:59:37** 1898:25
**15:59:39** 1899:1
**15:59:41** 1899:2
**15:59:45** 1899:3
**15:59:48** 1899:4
**15:59:51** 1899:5
**15:59:52** 1899:6
**15:59:54** 1899:7
**15:59:57** 1899:8
**150,000** 1811:10
**151:15** 1850:12
1850:13
**153:19** 1850:14
**153:6** 1850:14
**156:21** 1850:13
**1573** 1573:14
**158** 1850:13
**1585** 1756:5,22
**16** 1599:7
**16:00:00** 1899:9
**16:00:02** 1899:10
**16:00:05** 1899:11
**16:00:07** 1899:12

**16:00:09** 1899:13
**16:00:12** 1899:14
**16:00:13** 1899:15
**16:00:15** 1899:16
**16:00:17** 1899:17
**16:00:20** 1899:18
**16:00:22** 1899:19
**16:00:25** 1899:20
**16:00:29** 1899:21
**16:00:31** 1899:22
**16:00:34** 1899:23
1899:24
**16:00:40** 1899:25
**16:00:49** 1900:1
**16:00:53** 1900:2
**16:01:00** 1900:3
**16:01:03** 1900:4
**16:01:11** 1900:5
1900:6
**16:01:13** 1900:7
**16:01:14** 1900:8
**16:01:19** 1900:9
**16:01:24** 1900:10
**16:01:25** 1900:11
**16:01:27** 1900:12
**16:01:28** 1900:13
**16:01:30** 1900:14
**16:01:38** 1900:15
**16:01:39** 1900:16
**16:01:40** 1900:17
**16:01:42** 1900:18
1900:19
**16:01:43** 1900:20
**16:01:45** 1900:21
**16:01:47** 1900:22
**16:01:52** 1900:23
**16:01:55** 1900:24
1900:25
**16:01:56** 1901:1
**16:01:57** 1901:2
**16:02:05** 1901:3
1901:4
**16:02:06** 1901:5
**16:02:10** 1901:6
**16:02:11** 1901:7
1901:8
**16:02:14** 1901:9
**16:02:16** 1901:10
**16:02:18** 1901:11
**16:02:19** 1901:12
**16:02:21** 1901:13
**16:02:23** 1901:14
**16:02:26** 1901:15
**16:02:30** 1901:16
**16:02:31** 1901:17
1901:18
**16:02:34** 1901:19
**16:02:35** 1901:20
**16:02:36** 1901:21
**16:02:38** 1901:22
**16:02:42** 1901:23
**16:02:47** 1901:24
**16:02:52** 1901:25
**16:02:54** 1902:1
**16:02:58** 1902:2
**16:03:00** 1902:3
**16:03:05** 1902:4
**16:03:06** 1902:5
**16:03:07** 1902:6
**16:03:08** 1902:7
**16:03:12** 1902:8
**16:03:14** 1902:9
**16:03:15** 1902:10
**16:03:18** 1902:11
**16:03:22** 1902:12
**16:03:25** 1902:13
**16:03:28** 1902:14
**16:03:29** 1902:15
**16:03:32** 1902:16
**16:03:35** 1902:17
**16:03:38** 1902:18
**16:03:39** 1902:19
**16:03:41** 1902:20
**16:03:44** 1902:21
**16:03:47** 1902:22
**16:03:51** 1902:23
**16:03:55** 1902:24
**16:03:57** 1902:25
**16:03:59** 1903:1
1903:2
**16:04:00** 1903:3
**16:04:01** 1903:4
**16:04:05** 1903:5
**16:04:08** 1903:6
**16:04:12** 1903:7
1903:8
**16:04:13** 1903:9
**16:04:15** 1903:10
1903:11
**16:04:18** 1903:12
1903:13
**16:04:22** 1903:14
**16:04:29** 1903:15
**16:04:36** 1903:16
**16:04:39** 1903:17
**16:04:43** 1903:18
**16:04:45** 1903:19
**16:04:47** 1903:20
**16:05:03** 1903:21
**16:05:19** 1903:22
1903:23
**16:05:21** 1903:24
**16:05:23** 1903:25
**16:05:25** 1904:1
**16:05:29** 1904:2
**16:05:30** 1904:3
**16:05:34** 1904:4
**16:05:36** 1904:5
**16:05:41** 1904:6
**16:05:44** 1904:7
**16:05:47** 1904:8
**16:05:50** 1904:9
**16:05:52** 1904:10
1904:11
**16:05:55** 1904:12
**16:05:57** 1904:13
**16:06:00** 1904:14
**16:06:02** 1904:15
**16:06:04** 1904:16
1904:17
**16:06:05** 1904:18
**16:06:06** 1904:19
**16:06:07** 1904:20
**16:06:10** 1904:21
**16:06:13** 1904:22
**16:06:15** 1904:23
**16:06:17** 1904:24
**16:06:19** 1904:25
**16:06:21** 1905:1
**16:06:26** 1905:2
**16:06:28** 1905:3
**16:06:29** 1905:4
**16:06:30** 1905:5
**16:06:35** 1905:6
**16:06:37** 1905:7
**16:06:39** 1905:8
**16:06:41** 1905:9
**16:06:43** 1905:10
**16:06:45** 1905:11
**16:06:47** 1905:12
**16:06:52** 1905:13
**16:06:56** 1905:14
**16:06:59** 1905:15
**16:07:02** 1905:16
**16:07:06** 1905:17
**16:07:08** 1905:18
**16:07:10** 1905:19
**16:07:11** 1905:20
1905:21
**16:07:12** 1905:22
**16:07:13** 1905:23
**16:07:15** 1905:24
**16:07:18** 1905:25
**16:07:20** 1906:1
**16:07:23** 1906:2
**16:07:25** 1906:3
**16:07:28** 1906:4
**16:07:31** 1906:5
**16:07:34** 1906:6
**16:07:36** 1906:7
**16:07:39** 1906:8
**16:07:43** 1906:9
**16:07:44** 1906:10
**16:07:46** 1906:11
**16:07:48** 1906:12
**16:07:50** 1906:13
**16:07:53** 1906:14
**16:07:56** 1906:15
**16:08:00** 1906:16
**16:08:02** 1906:17
1906:18
**16:08:04** 1906:19
**16:08:07** 1906:20
**16:08:10** 1906:21
**16:08:12** 1906:22
**16:08:14** 1906:23
**16:08:16** 1906:24
**16:08:20** 1906:25
**16:08:21** 1907:1
**16:08:23** 1907:2
1907:3,4
**16:08:25** 1907:5
**16:08:31** 1907:6
**16:08:34** 1907:7
**16:08:36** 1907:8
**16:08:40** 1907:9
1907:10
**16:08:44** 1907:11
**16:08:47** 1907:12
**16:08:52** 1907:13
**16:08:53** 1907:14
**16:08:54** 1907:15
**16:08:57** 1907:16
**16:09:00** 1907:17
**16:09:03** 1907:18
**16:09:05** 1907:19
**16:09:08** 1907:20
**16:09:10** 1907:21
**16:09:12** 1907:22
**16:09:15** 1907:23
**16:09:18** 1907:24
**16:09:27** 1907:25
**16:09:32** 1908:1
**16:09:33** 1908:2
1908:3
**16:09:35** 1908:4
1908:5
**16:09:49** 1908:6
**16:09:52** 1908:7
**16:09:56** 1908:8
**16:10:02** 1908:9
**16:10:04** 1908:10
**16:10:07** 1908:11
**16:10:09** 1908:12
**16:10:12** 1908:13

**16:10:13** 1908:14
**16:10:16** 1908:15
**16:10:20** 1908:16
**16:10:21** 1908:17
**16:10:23** 1908:18
**16:10:28** 1908:19
**16:10:32** 1908:20
**16:10:33** 1908:21
**16:10:34** 1908:22
**16:10:38** 1908:23
**16:10:45** 1908:24
**16:10:47** 1908:25
**16:10:49** 1909:1
**16:10:52** 1909:2
**16:10:58** 1909:3
**16:11:03** 1909:4
**16:11:04** 1909:5
**16:11:05** 1909:6
**16:11:07** 1909:7
**16:11:08** 1909:8 1909:9
**16:11:10** 1909:10
**16:11:14** 1909:11
**16:11:16** 1909:12
**16:11:19** 1909:13
**16:11:21** 1909:14
**16:11:23** 1909:15
**16:11:28** 1909:16
**16:11:33** 1909:17
**16:11:35** 1909:18 1909:19
**16:11:38** 1909:20
**16:11:41** 1909:21
**16:11:43** 1909:22
**16:11:47** 1909:23
**16:11:50** 1909:24
**16:11:52** 1909:25
**16:11:54** 1910:1
**16:11:57** 1910:2
**16:11:59** 1910:3
**16:12:01** 1910:4
**16:12:05** 1910:5
**16:12:08** 1910:6
**16:12:14** 1910:7
**16:12:16** 1910:8
**16:12:17** 1910:9 1910:10
**16:12:18** 1910:11
**16:12:19** 1910:12
**16:12:20** 1910:13
**16:12:25** 1910:14
**16:12:30** 1910:15
**16:12:31** 1910:16
**16:12:36** 1910:17
**16:12:42** 1910:18
**16:12:45** 1910:19
**16:12:48** 1910:20
**16:12:50** 1910:21
**16:12:53** 1910:22
**16:12:55** 1910:23
**16:12:59** 1910:24
**16:13:01** 1910:25
**16:13:03** 1911:1
**16:13:04** 1911:2
**16:13:10** 1911:3
**16:13:13** 1911:4
**16:13:16** 1911:5
**16:13:23** 1911:6
**16:13:26** 1911:7
**16:13:30** 1911:8
**16:13:35** 1911:9
**16:13:39** 1911:10
**16:13:40** 1911:11
**16:13:43** 1911:12
**16:13:46** 1911:13
**16:13:47** 1911:14
**16:13:50** 1911:15
**16:13:53** 1911:16
**16:14:02** 1911:17
**16:14:03** 1911:18
**16:14:06** 1911:19
**16:14:10** 1911:20
**16:14:16** 1911:21 1911:22
**16:14:17** 1911:23
**16:14:31** 1911:24
**16:14:33** 1911:25
**16:14:37** 1912:1
**16:14:40** 1912:2
**16:14:46** 1912:3 1912:4
**16:14:49** 1912:5
**16:14:53** 1912:6
**16:14:55** 1912:7
**16:14:58** 1912:8
**16:15:03** 1912:9
**16:15:04** 1912:10
**16:15:05** 1912:11
**16:15:06** 1912:12
**16:15:08** 1912:13
**16:15:12** 1912:14
**16:15:19** 1912:15
**16:15:22** 1912:16 1912:17
**16:15:24** 1912:18
**16:15:27** 1912:19
**16:15:29** 1912:20
**16:15:32** 1912:21
**16:15:34** 1912:22
**16:15:39** 1912:23
**16:15:40** 1912:24
**16:15:41** 1912:25
**16:15:45** 1913:1
**16:15:46** 1913:2
**16:15:49** 1913:3
**16:15:52** 1913:4
**16:15:53** 1913:5
**16:15:55** 1913:6
**16:15:59** 1913:7
**16:16:05** 1913:8
**16:16:08** 1913:9
**16:16:10** 1913:10
**16:16:12** 1913:11
**16:16:15** 1913:12
**16:16:17** 1913:13
**16:16:20** 1913:14
**16:16:23** 1913:15
**16:16:29** 1913:16
**16:16:30** 1913:17 1913:18
**16:16:33** 1913:19
**16:16:37** 1913:20
**16:16:39** 1913:21
**16:16:41** 1913:22
**16:16:42** 1913:23
**16:16:44** 1913:24
**16:16:46** 1913:25
**16:16:49** 1914:1
**16:16:52** 1914:2
**16:16:55** 1914:3
**16:16:57** 1914:4
**16:16:58** 1914:5
**16:17:00** 1914:6
**16:17:01** 1914:7
**16:17:02** 1914:8
**16:17:04** 1914:9
**16:17:05** 1914:10
**16:17:09** 1914:11
**16:17:12** 1914:12
**16:17:14** 1914:13
**16:17:18** 1914:14
**16:17:19** 1914:15
**16:17:22** 1914:16
**16:17:23** 1914:17
**16:17:26** 1914:18
**16:17:29** 1914:19
**16:17:33** 1914:20
**16:17:34** 1914:21
**16:17:35** 1914:22
**16:17:38** 1914:23
**16:17:40** 1914:24
**16:17:43** 1914:25
**16:17:45** 1915:1
**16:17:46** 1915:2
**16:17:49** 1915:3
**16:17:52** 1915:4
**16:17:55** 1915:5
**16:17:59** 1915:6
**16:18:02** 1915:7
**16:18:03** 1915:8
**16:18:06** 1915:9
**16:18:10** 1915:10
**16:18:12** 1915:11
**16:18:15** 1915:12
**16:18:17** 1915:13
**16:18:19** 1915:14
**16:18:22** 1915:15
**16:18:24** 1915:16
**16:18:26** 1915:17
**16:18:29** 1915:18
**16:18:32** 1915:19
**16:18:34** 1915:20
**16:18:37** 1915:21
**16:18:39** 1915:22
**16:18:42** 1915:23
**16:18:46** 1915:24
**16:18:49** 1915:25
**16:18:51** 1916:1
**16:18:54** 1916:2
**16:18:55** 1916:3
**16:18:56** 1916:4
**16:18:59** 1916:5
**16:19:02** 1916:6
**16:19:05** 1916:7
**16:19:08** 1916:8 1916:9
**16:19:13** 1916:10
**16:19:16** 1916:11
**16:19:22** 1916:12
**16:19:24** 1916:13
**16:19:28** 1916:14
**16:19:30** 1916:15
**16:19:33** 1916:16 1916:17,18
**16:19:39** 1916:19 1916:20
**16:19:45** 1916:21
**16:19:48** 1916:22
**16:19:56** 1916:23
**16:19:59** 1916:24
**16:20:00** 1916:25
**16:20:03** 1917:1
**16:20:04** 1917:2
**16:20:06** 1917:3
**16:20:07** 1917:4
**16:20:11** 1917:5
**16:20:13** 1917:6
**16:20:15** 1917:7
**16:20:18** 1917:8
**16:20:21** 1917:9 1917:10
**16:20:22** 1917:11
**16:20:24** 1917:12 1917:13
**16:20:26** 1917:14

**16:20:27** 1917:15
**16:20:28** 1917:16
**16:21:40** 1917:17 1917:18
**16:21:44** 1917:19 1917:20
**16:22:07** 1917:21 1917:22
**16:22:09** 1917:23 1917:24 1918:1
**16:22:11** 1918:2 1918:3
**16:22:24** 1918:4 1918:5
**16:22:26** 1918:6
**16:22:28** 1918:7
**16:22:33** 1918:8
**16:22:37** 1918:9
**16:22:39** 1918:10
**16:22:43** 1918:11 1918:12
**16:22:46** 1918:13
**16:22:48** 1918:14 1918:15
**16:22:53** 1918:16
**16:22:56** 1918:17
**16:23:02** 1918:18
**16:23:04** 1918:19
**16:23:05** 1918:20
**16:23:09** 1918:21
**16:23:12** 1918:22
**16:23:17** 1918:23
**16:23:20** 1918:24
**16:23:24** 1918:25
**16:23:26** 1919:1
**16:23:31** 1919:2
**16:23:35** 1919:3
**16:23:38** 1919:4
**16:23:45** 1919:5
**16:23:48** 1919:6
**16:23:51** 1919:7
**16:23:53** 1919:8
**16:23:54** 1919:9
**16:23:58** 1919:10
**16:24:01** 1919:11
**16:24:05** 1919:12
**16:24:09** 1919:13
**16:24:14** 1919:14
**16:24:18** 1919:15
**16:24:21** 1919:16
**16:24:24** 1919:17
**16:24:26** 1919:18
**16:24:27** 1919:19
**16:24:29** 1919:20
**16:24:32** 1919:21
**16:24:40** 1919:22
**16:24:43** 1919:23
**16:24:45** 1919:24
**16:24:51** 1919:25
**16:24:53** 1920:1
**16:24:57** 1920:2
**16:25:00** 1920:3
**16:25:02** 1920:4 1920:5
**16:25:05** 1920:6
**16:25:07** 1920:7
**16:25:10** 1920:8
**16:25:13** 1920:9
**16:25:15** 1920:10 1920:11
**16:25:17** 1920:12
**16:25:20** 1920:13
**16:25:25** 1920:14
**16:25:28** 1920:15 1920:16
**16:25:32** 1920:17
**16:25:34** 1920:18
**16:25:37** 1920:19
**16:25:40** 1920:20
**16:25:43** 1920:21
**16:25:46** 1920:22 1920:23
**16:25:50** 1920:24
**16:25:53** 1920:25
**16:25:54** 1921:1
**16:25:57** 1921:2
**16:25:59** 1921:3
**16:26:01** 1921:4
**16:26:04** 1921:5
**16:26:07** 1921:6
**16:26:08** 1921:7
**16:26:11** 1921:8
**16:26:15** 1921:9
**16:26:20** 1921:10
**16:26:24** 1921:11
**16:26:25** 1921:12
**16:26:33** 1921:13
**16:26:34** 1921:14
**16:26:36** 1921:15
**16:26:37** 1921:16
**16:26:40** 1921:17
**16:26:42** 1921:18
**16:26:48** 1921:19
**16:26:50** 1921:20
**16:26:53** 1921:21
**16:26:59** 1921:22
**16:27:04** 1921:23
**16:27:09** 1921:24
**16:27:15** 1921:25 1922:1,2
**16:27:16** 1922:3
**16:27:18** 1922:4
**16:27:21** 1922:5
**16:27:41** 1922:6
**16:27:42** 1922:7
**16:27:43** 1922:8
**16:27:44** 1922:9
**16:27:45** 1922:10
**16:27:49** 1922:11
**16:27:50** 1922:12
**16:27:53** 1922:13
**16:27:54** 1922:14
**16:27:56** 1922:15
**16:27:58** 1922:16
**16:28:00** 1922:17
**16:28:01** 1922:18
**16:28:05** 1922:19
**16:28:06** 1922:20
**16:28:08** 1922:21
**16:28:17** 1922:22
**16:28:18** 1922:23
**16:28:20** 1922:24
**16:28:24** 1922:25
**16:28:27** 1923:1
**16:28:30** 1923:2
**16:28:32** 1923:3
**16:28:33** 1923:4
**16:28:35** 1923:5 1923:6
**16:28:38** 1923:7
**16:28:40** 1923:8 1923:9
**16:28:44** 1923:10
**16:28:47** 1923:11
**16:28:50** 1923:12
**16:28:54** 1923:13
**16:28:57** 1923:14
**16:29:01** 1923:15
**16:29:02** 1923:16
**16:29:04** 1923:17
**16:29:08** 1923:18
**16:29:10** 1923:19
**16:29:12** 1923:20
**16:29:14** 1923:21
**16:29:15** 1923:22
**16:29:16** 1923:23
**16:29:20** 1923:24
**16:29:23** 1923:25
**16:29:28** 1924:1
**16:29:30** 1924:2
**16:29:39** 1924:3
**16:29:42** 1924:4
**16:29:44** 1924:5
**16:29:45** 1924:6
**16:29:47** 1924:7
**16:29:50** 1924:8
**16:29:53** 1924:9
**16:29:55** 1924:10
**16:29:56** 1924:11
**16:29:57** 1924:12
**16:29:59** 1924:13
**16:30:04** 1924:14
**16:30:07** 1924:15
**16:30:09** 1924:16 1924:17
**16:30:12** 1924:18
**16:30:16** 1924:19
**16:30:19** 1924:20
**16:30:23** 1924:21 1924:22
**16:30:25** 1924:23
**16:30:28** 1924:24
**16:30:30** 1924:25
**16:30:32** 1925:1
**16:30:34** 1925:2
**16:30:35** 1925:3
**16:30:37** 1925:4
**16:30:39** 1925:5
**16:30:40** 1925:6
**16:30:42** 1925:7
**16:30:46** 1925:8
**16:30:48** 1925:9
**16:30:51** 1925:10
**16:30:54** 1925:11
**16:30:56** 1925:12
**16:30:58** 1925:13
**16:31:01** 1925:14
**16:31:06** 1925:15
**16:31:08** 1925:16
**16:31:12** 1925:17
**16:31:15** 1925:18
**16:31:16** 1925:19
**16:31:17** 1925:20
**16:31:21** 1925:21
**16:31:25** 1925:22
**16:31:28** 1925:23
**16:31:30** 1925:24
**16:31:34** 1925:25
**16:31:37** 1926:1
**16:31:39** 1926:2
**16:31:43** 1926:3
**16:31:53** 1926:4
**16:31:54** 1926:5
**16:31:56** 1926:6
**16:31:57** 1926:7
**16:31:58** 1926:8
**16:32:02** 1926:9
**16:32:08** 1926:10
**16:32:10** 1926:11
**16:32:11** 1926:12
**16:32:13** 1926:13
**16:32:18** 1926:14
**16:32:21** 1926:15
**16:32:26** 1926:16
**16:32:33** 1926:17

**16:32:35** 1926:18
**16:32:37** 1926:19
**16:32:39** 1926:20
**16:32:44** 1926:21
**16:32:49** 1926:22 1926:23
**16:32:51** 1926:24
**16:32:54** 1926:25
**16:32:58** 1927:1
**16:33:02** 1927:2
**16:33:05** 1927:3
**16:33:06** 1927:4
**16:33:08** 1927:5
**16:33:14** 1927:6 1927:7
**16:33:15** 1927:8
**16:33:18** 1927:9
**16:33:21** 1927:10
**16:33:28** 1927:11
**16:33:34** 1927:12
**16:33:37** 1927:13
**16:33:41** 1927:14
**16:33:45** 1927:15
**16:33:46** 1927:16
**16:33:48** 1927:17 1927:18
**16:33:52** 1927:19
**16:33:54** 1927:20
**16:33:55** 1927:21
**16:33:59** 1927:22
**16:34:02** 1927:23
**16:34:06** 1927:24 1927:25
**16:34:08** 1928:1
**16:34:10** 1928:2
**16:34:15** 1928:3
**16:34:18** 1928:4
**16:34:19** 1928:5
**16:34:21** 1928:6
**16:34:22** 1928:7
**16:34:23** 1928:8
**16:34:28** 1928:9
**16:34:32** 1928:10
**16:34:34** 1928:11
**16:34:37** 1928:12
**16:34:39** 1928:13
**16:34:42** 1928:14
**16:34:44** 1928:15
**16:34:45** 1928:16
**16:34:48** 1928:17
**16:34:50** 1928:18
**16:34:52** 1928:19
**16:34:53** 1928:20
**16:34:54** 1928:21
**16:34:57** 1928:22
**16:34:58** 1928:23
**16:35:00** 1928:24
**16:35:04** 1928:25
**16:35:10** 1929:1
**16:35:17** 1929:2
**16:35:22** 1929:3
**16:35:23** 1929:4
**16:35:27** 1929:5
**16:35:30** 1929:6
**16:35:33** 1929:7
**16:35:36** 1929:8
**16:35:38** 1929:9
**16:35:40** 1929:10
**16:35:41** 1929:11
**16:35:43** 1929:12
**16:35:45** 1929:13
**16:35:50** 1929:14
**16:35:53** 1929:15
**16:35:55** 1929:16
**16:35:58** 1929:17
**16:35:59** 1929:18
**16:36:05** 1929:19
**16:36:08** 1929:20
**16:36:10** 1929:21
**16:36:11** 1929:22
**16:36:14** 1929:23
**16:36:16** 1929:24
**16:36:19** 1929:25
**16:36:20** 1930:1
**16:36:22** 1930:2
**16:36:26** 1930:3
**16:36:29** 1930:4
**16:36:31** 1930:5
**16:36:34** 1930:6
**16:36:36** 1930:7
**16:36:40** 1930:8
**16:36:43** 1930:9
**16:36:46** 1930:10
**16:36:49** 1930:11
**16:36:50** 1930:12
**16:36:52** 1930:13
**16:36:56** 1930:14
**16:36:57** 1930:15
**16:36:58** 1930:16
**16:37:01** 1930:17
**16:37:02** 1930:18
**16:37:08** 1930:19
**16:37:13** 1930:20
**16:37:14** 1930:21
**16:37:17** 1930:22
**16:37:21** 1930:23
**16:37:24** 1930:24
**16:37:26** 1930:25
**16:37:28** 1931:1
**16:37:29** 1931:2
**16:37:30** 1931:3
**16:37:36** 1931:4
**16:37:40** 1931:5 1931:6,7
**16:37:45** 1931:8
**16:37:46** 1931:9
**16:37:49** 1931:10
**16:37:54** 1931:11
**16:38:01** 1931:12
**16:38:03** 1931:13
**16:38:05** 1931:14
**16:38:07** 1931:15
**16:38:09** 1931:16
**16:38:12** 1931:17 1931:18
**16:38:14** 1931:19
**16:38:18** 1931:20
**16:38:21** 1931:21
**16:38:27** 1931:22
**16:38:29** 1931:23
**16:38:32** 1931:24
**16:38:34** 1931:25
**16:38:36** 1932:1 1932:2
**16:38:38** 1932:3
**16:38:41** 1932:4 1932:5
**16:38:43** 1932:6
**16:38:48** 1932:7
**16:38:49** 1932:8
**16:38:53** 1932:9
**16:38:55** 1932:10
**16:39:01** 1932:11
**16:39:02** 1932:12
**16:39:03** 1932:13
**16:39:06** 1932:14
**16:39:12** 1932:15
**16:39:14** 1932:16 1932:17
**16:39:19** 1932:18
**16:39:23** 1932:19
**16:39:24** 1932:20
**16:39:26** 1932:21
**16:39:29** 1932:22
**16:39:30** 1932:23
**16:39:33** 1932:24
**16:39:35** 1932:25
**16:39:37** 1933:1
**16:39:40** 1933:2
**16:39:43** 1933:3
**16:39:46** 1933:4
**16:39:49** 1933:5
**16:39:50** 1933:6
**16:39:51** 1933:7
**16:39:52** 1933:8
**16:39:55** 1933:9
**16:39:56** 1933:10
**16:39:58** 1933:11
**16:39:59** 1933:12
**16:40:02** 1933:13
**16:40:06** 1933:14
**16:40:08** 1933:15 1933:16
**16:40:09** 1933:17
**16:40:11** 1933:18
**16:40:15** 1933:19
**16:40:17** 1933:20
**16:40:18** 1933:21
**16:40:19** 1933:22
**16:40:20** 1933:23
**16:40:22** 1933:24
**16:40:25** 1933:25
**16:40:26** 1934:1
**16:40:27** 1934:2
**16:40:29** 1934:3
**16:40:32** 1934:4
**16:40:36** 1934:5
**16:40:39** 1934:6
**16:40:41** 1934:7
**16:40:44** 1934:8
**16:40:48** 1934:9
**16:40:50** 1934:10
**16:40:53** 1934:11
**16:40:57** 1934:12
**16:41:01** 1934:13
**16:41:05** 1934:14
**16:41:08** 1934:15
**16:41:09** 1934:16
**16:41:13** 1934:17
**16:41:20** 1934:18
**16:41:23** 1934:19 1934:20
**16:41:25** 1934:21
**16:41:26** 1934:22
**16:41:27** 1934:23
**16:41:30** 1934:24
**16:41:34** 1934:25
**16:41:37** 1935:1 1935:2
**16:41:40** 1935:3
**16:41:42** 1935:4
**16:41:46** 1935:5
**16:41:49** 1935:6
**16:41:53** 1935:7
**16:41:54** 1935:8
**16:41:58** 1935:9
**16:42:00** 1935:10
**16:42:01** 1935:11
**16:42:05** 1935:12
**16:42:11** 1935:13
**16:42:13** 1935:14
**16:42:14** 1935:15
**16:42:18** 1935:16
**16:42:23** 1935:17
**16:42:26** 1935:18

**16:42:28** 1935:19
**16:42:30** 1935:20
**16:42:36** 1935:21
**16:42:39** 1935:22
**16:42:40** 1935:23
**16:42:42** 1935:24
**16:42:44** 1935:25
**16:42:45** 1936:1
**16:42:46** 1936:2
**16:42:47** 1936:3
**16:42:48** 1936:4
**16:42:50** 1936:5 1936:6
**16:42:52** 1936:7
**16:42:55** 1936:8
**16:42:57** 1936:9
**16:42:59** 1936:10
**16:43:02** 1936:11
**16:43:05** 1936:12 1936:13
**16:43:08** 1936:14
**16:43:11** 1936:15
**16:43:13** 1936:16
**16:43:16** 1936:17
**16:43:18** 1936:18
**16:43:23** 1936:19
**16:43:25** 1936:20
**16:43:28** 1936:21 1936:22
**16:43:31** 1936:23
**16:43:36** 1936:24
**16:43:41** 1936:25
**16:43:43** 1937:1
**16:43:44** 1937:2
**16:43:46** 1937:3
**16:43:49** 1937:4
**16:43:55** 1937:5
**16:43:58** 1937:6
**16:44:02** 1937:7
**16:44:06** 1937:8
**16:44:07** 1937:9 1937:10,11
**16:44:15** 1937:12
**16:44:17** 1937:13
**16:44:19** 1937:14
**16:44:22** 1937:15
**16:44:23** 1937:16
**16:44:25** 1937:17
**16:44:27** 1937:18
**16:44:29** 1937:19 1937:20
**16:44:31** 1937:21
**16:44:32** 1937:22
**16:44:34** 1937:23
**16:44:37** 1937:24
**16:44:39** 1937:25 1938:1
**16:44:41** 1938:2
**16:44:42** 1938:3
**16:44:43** 1938:4
**16:44:47** 1938:5
**16:44:49** 1938:6
**16:44:55** 1938:7
**16:44:57** 1938:8 1938:9
**16:45:00** 1938:10
**16:45:03** 1938:11
**16:45:04** 1938:12
**16:45:14** 1938:13 1938:14
**16:45:15** 1938:15
**16:45:18** 1938:16 1938:17
**16:45:20** 1938:18
**16:45:25** 1938:19
**16:45:28** 1938:20
**16:45:31** 1938:21
**16:45:32** 1938:22
**16:45:35** 1938:23
**16:45:37** 1938:24
**16:45:40** 1938:25
**16:45:41** 1939:1
**16:45:44** 1939:2
**16:45:45** 1939:3
**16:45:47** 1939:4
**16:45:50** 1939:5
**16:45:56** 1939:6
**16:45:57** 1939:7 1939:8
**16:46:00** 1939:9 1939:10
**16:46:03** 1939:11
**16:46:04** 1939:12
**16:46:06** 1939:13
**16:46:07** 1939:14
**16:46:09** 1939:15
**16:46:10** 1939:16
**16:46:13** 1939:17 1939:18
**16:46:20** 1939:19 1939:20
**16:46:22** 1939:21
**16:46:24** 1939:22
**16:46:29** 1939:23
**16:46:32** 1939:24
**16:46:33** 1939:25
**16:46:35** 1940:1
**16:46:37** 1940:2
**16:46:39** 1940:3
**16:46:41** 1940:4 1940:5,6
**16:46:44** 1940:7
**16:46:45** 1940:8
**16:46:47** 1940:9
**16:46:55** 1940:10
**16:46:57** 1940:11
**16:46:59** 1940:12
**16:47:01** 1940:13
**16:47:04** 1940:14
**16:47:06** 1940:15
**16:47:09** 1940:16
**16:47:13** 1940:17
**16:47:17** 1940:18
**16:47:18** 1940:19
**16:47:22** 1940:20
**16:47:25** 1940:21
**16:47:27** 1940:22
**16:47:30** 1940:23
**16:47:32** 1940:24
**16:47:33** 1940:25
**16:47:35** 1941:1
**16:47:36** 1941:2
**16:47:37** 1941:3
**16:47:38** 1941:4
**16:47:40** 1941:5
**16:47:42** 1941:6
**16:47:45** 1941:7
**16:47:47** 1941:8
**16:47:50** 1941:9
**16:47:53** 1941:10
**16:47:56** 1941:11
**16:47:59** 1941:12 1941:13
**16:48:04** 1941:14
**16:48:06** 1941:15
**16:48:07** 1941:16
**16:48:09** 1941:17
**16:48:11** 1941:18
**16:48:14** 1941:19 1941:20
**16:48:16** 1941:21
**16:48:18** 1941:22 1941:23
**16:48:19** 1941:24
**16:48:21** 1941:25
**16:48:23** 1942:1
**16:48:26** 1942:2
**16:48:28** 1942:3
**16:48:29** 1942:4
**16:48:30** 1942:5
**16:48:34** 1942:6
**16:48:35** 1942:7
**16:48:37** 1942:8
**16:48:39** 1942:9
**16:48:42** 1942:10
**16:48:45** 1942:11
**16:48:49** 1942:12
**16:48:51** 1942:13
**16:48:53** 1942:14
**16:48:57** 1942:15
**16:48:59** 1942:16
**16:49:02** 1942:17
**16:49:04** 1942:18
**16:49:05** 1942:19
**16:49:06** 1942:20
**16:49:09** 1942:21
**16:49:11** 1942:22
**16:49:13** 1942:23
**16:49:15** 1942:24
**16:49:18** 1942:25
**16:49:21** 1943:1
**16:49:25** 1943:2
**16:49:27** 1943:3
**16:49:30** 1943:4
**16:49:32** 1943:5
**16:49:34** 1943:6
**16:49:36** 1943:7
**16:49:40** 1943:8
**16:49:42** 1943:9
**16:49:44** 1943:10
**16:49:46** 1943:11
**16:49:50** 1943:12
**16:50:24** 1943:13 1943:14
**16:50:26** 1943:15
**16:50:27** 1943:16
**16:50:28** 1943:17
**16:50:30** 1943:18 1943:19
**16:50:31** 1943:20
**16:50:32** 1943:21
**16:50:34** 1943:22
**16:50:35** 1943:23
**16:50:36** 1943:24
**16:50:40** 1943:25
**16:50:44** 1944:1
**16:50:47** 1944:2
**16:50:51** 1944:3
**16:50:54** 1944:4
**16:50:56** 1944:5
**1617** 1576:4
**16th** 1693:12
**1701** 1573:24
**1708** 1577:3,4,5,6
**1709** 1576:6 1577:7,8,9
**1794** 1577:10
**1799** 1577:11
**17th** 1660:12 1666:25 1667:12
**1802** 1577:12
**1806** 1577:13
**1812** 1697:10,15
**1815** 1577:14

**1817** 1577:15
**1818** 1577:16
**1821** 1577:17
**1824** 1577:18
**1827** 1577:19
**1830** 1577:20
**1843** 1577:21
**1864** 1577:22,23
**1865** 1577:24
**1868** 1578:3
**1880** 1578:4
**1885** 1578:5
**1888** 1578:6
**1893** 1578:7
**19** 1607:3 1608:10,21,22 1611:1,3 1641:12 1707:19 1708:4 1873:12
**1901** 1578:8
**1904** 1578:9
**1918** 1576:6
**198** 1850:18,21 1850:22
**199:7** 1850:19,23
**1st** 1760:8

**2**

**2** 1597:8 1599:11 1780:16 1781:13 1803:8 1824:3 1844:18 1844:23 1845:8 1885:23 1886:2 1904:7 1926:10 1926:13 1935:12,15 1936:18
**2-8-2** 1708:10
**2-and-a-half** 1601:11
**2,000** 1749:5 1876:20,24 1878:2 1909:15 1909:19 1910:5 1910:14
**2.0** 1926:17,21
**2.1** 1667:24 1672:7 1929:2
**2.5** 1599:9,20
**20** 1588:7 1607:3 1608:17,20,22 1609:7,11,25 1610:13,14,17 1611:1,3 1642:3 1647:2 1681:9 1707:19 1708:5 1712:2 1712:24 1713:4 1713:18 1714:5 1730:20 1850:4 1869:19,19 1871:5 1874:10 1932:24 1934:17,25 1935:3,11,21
**200** 1680:11,15 1707:5,10
**200,000** 1860:23
**20024** 1574:21
**2006** 1713:10
**2007** 1736:1 1870:20 1891:11
**2008** 1594:20 1595:20 1605:17 1606:4 1617:19 1618:22 1623:22 1624:18 1625:5 1630:10
**201** 1574:5 1575:4
**2010** 1647:24 1731:8 1736:4 1873:13
**2011** 1873:11
**2012** 1602:18 1645:4,9 1646:18 1647:15,23 1651:8,17 1652:3,11 1653:5,9,15 1733:25 1798:10
**2013** 1661:3 1739:10 1799:24 1805:15 1806:6 1808:14
**2014** 1737:17 1739:10 1789:4 1789:23 1790:12,15,18 1790:22 1795:23 1796:5 1798:9 1806:14 1812:18 1828:25 1831:21 1864:21 1879:6 1883:23 1904:5 1904:24,25 1922:23 1926:11 1927:10 1937:6
**2015** 1679:3 1729:15 1738:6 1739:10 1789:5 1789:18 1796:14,20 1797:1,11 1810:6 1823:12 1823:18,24 1872:12 1878:18,22 1879:7 1883:24 1884:13 1905:14 1906:8 1916:22 1927:10,11 1929:2
**2016** 1664:16,22 1688:14 1693:12 1697:23 1739:8 1739:11,14 1813:14 1821:18 1822:13 1872:17
**2017** 1667:8
**2018** 1585:10 1592:25 1593:4 1595:20 1602:18 1604:17,20,20 1605:3,18 1606:4 1651:8 1651:17 1652:3 1652:11 1653:5 1653:9,16 1664:2,23 1666:25 1667:12 1674:2 1675:19 1698:6 1738:22 1740:7 1740:10,23,24 1753:10,12,16 1754:10 1759:2 1761:1 1810:21 1810:24 1812:9 1812:10,14 1813:7,18 1815:3 1816:24 1820:18 1894:5 1894:15,18,21 1894:22 1895:3 1903:13,17 1904:20 1905:2 1911:6 1934:4 1937:5
**2019** 1581:11,13 1584:23 1587:6 1587:6 1592:7 1593:8 1643:19 1643:24 1753:15 1843:24 1903:9 1934:8
**202** 1897:10
**202.434.5000** 1574:21
**2020** 1647:24 1705:6 1745:22 1753:15 1911:4 1911:14,16
**2021** 1680:18,20 1741:16 1841:2 1934:5,13
**2022** 1623:23 1624:18 1625:5 1625:24
**2024** 1839:10
**2026** 1573:16 1579:2 1945:20
**2062** 1573:14
**21** 1852:2
**216** 1825:8 1828:1 1887:3
**21st** 1815:3 1816:24 1820:18 1895:3
**22** 1850:18,22
**225** 1573:19
**22nd** 1675:19
**23** 1617:25 1618:3
**230** 1798:16
**24** 1681:7 1684:22 1851:16,24
**24th** 1643:19,23
**2500** 1837:8
**268** 1861:9
**270,000** 1661:7 1663:19
**271** 1599:14,21 1601:12
**272** 1577:20 1829:11,12 1830:3,7,9
**273** 1577:10

1790:7,10 1791:3,25 1794:3,5,7
**274** 1577:15 1816:12,15 1817:4,6,8
**275** 1577:14 1814:15,16 1815:5,9,10
**278** 1816:9
**280** 1577:16 1818:1,3,17,21 1818:22
**2800** 1909:12
**281** 1577:17 1820:12,16,24 1821:1,3
**282** 1577:6 1707:21 1708:9 1708:10,17,24
**283** 1577:18 1823:3,5 1824:8,11,13
**286** 1828:18
**288** 1824:18
**288A** 1577:19 1824:19,20,24 1825:17 1827:17,20,22
**29** 1852:2
**292** 1603:20 1611:14 1708:8
**29th** 1799:24

**3**

**3** 1607:5,7 1608:18 1611:2 1620:24 1672:13,23 1673:2,22 1688:23 1701:1 1704:15 1745:4 1806:16
**3,000** 1910:2
**3/22/2018** 1660:6
**30** 1837:16,18
**30(b)(6)** 1580:12 1582:5 1768:23
**300-something** 1928:13
**30th** 1790:15,18 1790:22 1796:5 1796:11 1798:9 1905:14
**31** 1852:3
**330** 1577:4 1707:19 1708:7 1708:17,20
**331** 1577:5 1707:20 1708:7 1708:17,22
**332** 1577:8 1707:22 1708:11,17 1709:1
**333** 1577:9 1707:25 1708:11,17 1709:5
**338** 1578:6 1887:19,21,21 1887:25 1888:14,17,19
**344** 1577:21 1841:5,25 1842:8 1843:14 1843:16,18
**350** 1729:13
**356** 1578:9 1903:20,24 1904:13,15,17
**358** 1577:11 1798:17,17,24 1798:25 1799:5 1799:12,16
**362** 1577:12 1801:23 1802:1 1802:9,13,14
**369** 1812:24
**394** 1641:12,12
**395** 1643:20
**396** 1653:20 1705:23
**397** 1660:3 1674:6 1707:20
**398** 1672:24 1707:21
**399** 1675:18 1707:22
**3rd** 1575:4 1806:6

**4**

**4:50** 1944:6
**40,000** 1874:5,6
**400** 1685:6,6 1687:3 1707:23
**401** 1685:6 1687:1 1707:23
**402** 1690:20 1707:24 1722:25 1732:3
**403** 1585:2 1732:3 1754:4 1757:7 1842:16
**406** 1707:25
**408** 1574:9 1731:21 1732:2 1733:12
**42** 1642:12
**42,000** 1871:19 1935:6
**44,000** 1869:10 1869:11 1871:19 1935:5 1936:21,24 1938:6 1939:23
**45** 1647:2
**45,000** 1871:17 1871:20 1874:6
**473** 1577:13 1805:9,24 1806:1,3
**475** 1577:24 1864:14,17 1865:7,10,13
**48** 1781:9
**48-hour** 1780:23
**480.597.4744** 1573:25
**482** 1577:3 1606:22 1607:17,22 1608:11 1609:5 1609:11,15,16 1707:19 1708:4 1708:17,18
**485** 1574:13
**492** 1578:7 1890:24 1891:1 1891:14,14 1893:9,14,15
**4th** 1777:3,19 1779:15,21 1784:25 1894:5 1894:15,17,21 1903:9

**5**

**5** 1573:13 1656:19 1779:20 1922:5 1923:9
**50** 1717:2 1860:13
**500** 1869:14,16
**500-some** 1887:2 1932:23
**503** 1578:4 1880:9,12,19 1880:21,23
**505.490.4060** 1574:10
**505.765.5900** 1575:5
**505.843.6161** 1574:6
**51** 1599:6
**512** 1578:3 1868:13,15,16 1868:24 1869:1 1869:3 1936:4
**513** 1578:5 1772:24,25 1885:2,16,18 1885:20
**519** 1578:8 1899:23 1900:1 1900:14,21,25 1901:5,6
**541** 1573:25 1945:24
**563** 1887:3
**568** 1577:22 1861:5,14 1863:16 1864:3 1864:7,9
**569** 1577:23 1863:16,25 1864:4,7,11
**5th** 1698:5

**6**

**6** 1607:5,7 1608:6 1611:2 1698:1 1867:16,18 1921:17,18
**60** 1875:8
**600** 1928:14
**600-some** 1929:16
**61** 1628:20
**646.933.1000** 1574:14
**671** 1797:19 1810:5 1927:5 1927:11,13,18 1928:1,4,8,23 1929:5 1930:3 1930:8
**680** 1574:20

**7**

**7** 1658:3 1788:14 1851:16,24
**7(c)(1)** 1777:2
**7,000** 1835:21,25 1860:17 1868:19

**7:15** 1613:16
**70** 1630:12
**700** 1680:9 1707:4 1797:14 1933:9
**766** 1932:17 1933:12 1934:16 1935:8 1936:14
**766-page** 1936:22 1938:5
**7C1** 1784:5

**8**

**8** 1780:15 1852:3 1883:9
**8:22** 1573:17 1579:2
**8:30** 1943:25 1944:3,5
**80** 1911:6
**85** 1936:23 1938:6 1939:22
**87** 1661:24 1662:6 1663:10
**87102** 1574:6 1575:5
**87501** 1574:10
**8th** 1705:6

**9**

**9** 1657:16 1780:13,20 1781:14 1782:7 1782:9 1825:6 1825:7,8 1827:25 1883:10 1942:5 1943:11,24
**9.7** 1834:21,25 1835:4,15,24 1836:3 1837:16 1862:18 1928:2 1928:2,9,9,25
**90** 1807:11,13,15 1911:8,8,9
**900,000** 1862:15 1862:20
**90s** 1885:11
**924** 1894:3
**927** 1861:8
**95** 1929:14
**96** 1849:25
**98** 1850:4,4
**99** 1606:24 1608:6 1610:19
**99.9** 1929:1
**99:24** 1608:16