# EXHIBIT 34

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re FACEBOOK, INC. SECURITIES LITIGATION | Master File No. 5:18-cv-01725-EJD |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **SUPPLEMENTAL DECLARATION OF BRENDAN BRADLEY** |

I, Brendan Bradley, declare as follows:

1. I am currently the Chief Investment Officer at Acadian Asset Management LLC ("Acadian"), where I have worked since 2004.

2. Acadian is an investment management firm that invests in securities on behalf of its clients using an automated, systematic, quantitative investment strategy.

3. As Chief Investment Officer, I am responsible for overseeing all aspects of Acadian's investment process, research, and strategy. I am authorized to speak on behalf of Acadian as its Chief Investment Officer and as a member of its Executive Committee, Executive Management Team, and Board of Managers.

4. On September 10, 2026, at the request of the Defendants in the above-captioned litigation, I executed a declaration (the "First Declaration").

5. I make this Supplemental Declaration, based on my personal knowledge of the matters set forth here, to provide additional context to the facts set forth in my First Declaration. Nothing in this Declaration is intended to contradict any of the facts set forth in my First Declaration.

6. As I described in my First Declaration, the Public Employees' Retirement System of Mississippi ("MissPERS") was one of Acadian's clients from February 3, 2017, through July 25, 2018, and remains one of Acadian's clients today.

7. As I also described in my First Declaration, MissPERS has delegated to Acadian discretion as to how and when to "purchase, sell, and otherwise trade in or deal with securities" on MissPERS' behalf, provided such investments comply with the "objectives, guidelines, limitations terms, and … other instructions" provided by MissPERS pursuant to the investment management agreement between Acadian and MissPERS and subsequent amendments attached as Exhibits 1 through 3 to my First Declaration. This was true throughout the period from February 3, 2017, through July 25, 2018.

8. Acadian exercised this discretion in making each of the transactions of Facebook, Inc. ("Facebook") common stock that Acadian made on MissPERS' behalf from February 3, 2017, through July 25, 2018. MissPERS was not involved in Acadian's decisions to trade Facebook's securities and Acadian did not have any substantive discussion with MissPERS employees about the trading of Facebook securities during the February 3, 2017, through July 25, 2018 period.

9. In my First Declaration, I also stated that "Acadian seeks to invest in stocks that its automated investment process determines are likely to outperform stocks of other companies" and that "Acadian utilizes an automated investment process to review hundreds of publicly available inputs regarding such security to create an 'alpha forecast' for such security." I further stated that all of Acadian's investments in Facebook stock on MissPERS' behalf from February 3, 2017, through July 25, 2018, were made via this automated investment process.

10. One important input in Acadian's automated investment process is the market price of the stock of any company that Acadian is considering investing in on behalf of its clients. Acadian's automated investment process takes a company's stock price into account to help determine whether that company's stock is likely to outperform stocks of other companies. That was the case for Acadian's automated investment process during the period from February 3, 2017, through July 25, 2018, including as to each of Acadian's transactions in Facebook common stock on MissPERS' behalf during that period. In other words, Facebook's stock price served as an important input into Acadian's automated investment process at the time that process resulted in Acadian's transactions in Facebook stock from February 3, 2017, through July 25, 2018.

11. Acadian does not trade based on non-public information, and it did not trade based on non-public information during the period from February 3, 2017, through July 25, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of October, 2026, at Boston, Massachusetts.

By: Brendan O. Bradley
Brendan Bradley