# EXHIBIT 40

# FILED UNDER SEAL