# EXHIBIT 41

# FILED UNDER SEAL