# EXHIBIT 43

# FILED UNDER SEAL