# EXHIBIT 45

# FILED UNDER SEAL