# EXHIBIT 46

# FILED UNDER SEAL