# EXHIBIT 48

# Board of Directors

**Mark Zuckerberg** on May 29 at 5:05 PM

Board Update -- Privileged and Confidential This has been a challenging period and I'm looking forward to seeing you tomorrow to discuss the issues we've faced and how to move forward. I'll summarize some of the issues I've been thinking about below. 1. Cambridge Analytica Response The last couple of months have been consumed with managing the Cambridge Analytica crisis and making the necessary changes across our products and organization to take a broader view of our responsibility and do better going forward. We've already spent significant board time on this, but it's worth re-summarizing some of the major actions we've taken: Related to privacy... - Related to Cambridge Analytica specifically, we notified everyone whose data may have been improperly shared with CA. We will conduct an audit of CA to understand what data they had, how they used it, and to confirm they've now deleted it. - To find any other cases like this, we announced we're investigating every single app that had access to a large amount of people's data in the past before we restricted access to our platform in 2014. So far we've investigated thousands of apps and have suspended more than 200. - To prevent this from happening again, we've further restricted developers' access to data, including, for example, preventing any app you haven't used in 30 days from accessing your information. (Again, the changes we already made to our platform in 2014 would have prevented the CA situation from happening today.) - To help people manage their apps, we showed everyone a tool listing the apps they've authorized and giving them an easy way to remove any they no longer want to use. - To further strengthen our privacy controls, we announced a new Clear History tool to let people easily clear their browsing data on Facebook. We also shipped our compliance with GDPR. - We have also re-examined our ads practices, which has led to changes like no longer working with data brokers, and building a subscription option so people can turn off ads. Related to politics and elections... - To make it more difficult to interfere in elections, we announced that we will verify the identities of people running political and issue ads, and people running large pages. - To make ads more transparent, we have begun shipping our transparency tools. We also endorsed the Honest Ads Act. - Related to Russia specifically, we took down a large network of the Internet Research Agency's accounts and associated pages, included a sanctioned Russian news organization. - To seek more input on our election integrity efforts and hold us accountable, we announced an independent election research commission. - I testified before the US Congress and participated in a hearing before members of the EU Parliament. Other executives testified in the UK, Ireland, Germany, Indonesia, and Singapore. Internally... - We've shifted Sheryl's focus to managing this response and our broader security and integrity work, in addition to the work she leads building the business. - We've shifted hundreds of engineers to focus on security-related priorities, and are proposing a much greater investment in these areas on top of our already large investment going forward. There's much more and we've already discussed this at length, so I won't list our entire response here. Instead, I'll now shift to the effects this has had across our work and some of the decisions we have going forward. 2. Cambridge Analytica Impact and General Business Update The immediate measured effect was a significant decrease in our brand metrics but no real impact on our community or business metrics. In the past month, our brand metrics are trending upwards but have only recovered about one-quarter of the drop. At the same time, our community and business metrics have showed slight softness, although not directly attributed to this crisis. For example, we now believe there's some risk that US daily actives will decline from 185m last quarter to 184m, but that's not linked directly to CA. Our revenue has also been 1-2% behind plan, but our finance team believes this is mostly due to the strengthening dollar and not linked to CA. While these may be small shifts and not directly attributable to this crisis, we may now be in an overall environment with more headwinds. That said, even if the immediate impact from Cambridge Analytica did not impact our community or business metrics, it's likely that our responses to these events will. Actions we take affecting ads will reduce revenue somewhat, and more significantly, the large investments we're making in security going forward will decrease our profitability. This leads to some important decisions around our long range plan that we'll discuss at this board meeting as well. In managing this crisis, one of my goals is to make sure we don't lose focus or investment on our proactive product roadmap. We're not succeeding at this yet. While the intent behind having Sheryl lead our response was to enable everyone else to keep focusing on our proactive efforts, so far this has led to focusing more of everyone's time on these efforts without taking the biggest lifts, like testifying, off my plate. I am hopeful this will get to a better balance going forward, but there is a risk that we codify our current state into our operating plan if we commit to an LRP that pulls resources from our proactive roadmap to invest in these other areas instead. Finally, one long term impact of this episode is likely an acceleration in regulation. Our strategy has shifted from discouraging regulation to trying to proactively work with the most thoughtful governments around the world to craft productive regulation as a model for what the rest of the world should do. 3. Long Range Plan and New Initiatives We have some important decisions to make about how we invest and execute our roadmap heading into 2019. Four areas of expenses are requesting to grow much faster than we'd expected: (1) capex to support our core services, (2) security and integrity investments, (3) hardware for A/R and nearer term devices, and (4) video content. If we fully funded these areas, we would not grow EPS next year and would miss analyst expectations by 20%. By constraining each area, I expect we can grow EPS by 10% in 2019, which will still be below investor expectations but more manageable. The capex issue is perhaps the biggest over the long term. Last year capex for servers and data centers was ~14% of our total revenue. It has increased significantly and next year could be as much as 29% of our revenue. This is a combination of a few effects, including our apps getting less efficient as we hire more engineers, and Moore's law slowing down to not make up the difference. Our plan is to dedicate more of our engineering team to work on efficiency to get next year's capex to only 23% of revenue. Security investments are also growing quickly. We will invest about $2 billion this year, $3 billion in 2019, and $4 billion in 2020. Between increased capex and increased investment in security, it would be possible to eat all of our profits without investing in any new products or growth areas. We need to be careful about how we manage these areas to make sure they don't crowd out our longer term product roadmap as well. For our proactive roadmap, I expect we will continue to invest significantly, but my goal is to shift more of our investment towards areas that will be relevant over the medium term (5 years) -- like Messaging, Marketplace / Commerce, Video, Telepresence / Video Chat, Payments, Workplace, AI, etc -- rather than longer term (10 years) efforts like VR / AR and Connectivity. I still expect us to invest heavily in the longer term areas as well, but I'd like to shift the balance towards more medium term innovation. Our medium term efforts are quite promising: - Developing the WhatsApp business model is a major opportunity for us, and I expect Chris Daniels (the new leader) to focus on this more than Jan did. - Marketplace seems like it has product market fit and is scaling nicely. We can likely invest in marketing or incentives to grow this faster. - We're launching WhatsApp payments in India soon, and David Marcus is working on a payment blockchain effort. I'm optimistic there's something important between messaging and payments. - Our video efforts with Watch haven't worked well yet, but I'm more optimistic now that we're focused on YouTube creators rather than high production value originals. I'm also optimistic about some of the work we're doing with gamers and watching e-sports. - Between Messenger and WhatsApp we are the largest video chat provider in the world. Video presence is growing very quickly, and I continue to think there's a big opportunity for us in the business context -- like video conferencing -- in addition to social communication. We may consider M&A to accelerate our efforts in this space. - Workplace continues to scale well despite not being a primary focus for us. This may be a part of how we build out of video presence network inside companies. Over the longer term, I continue to believe it is critical for us to invest in AR/VR to shape the next computing platform. Even if this takes longer to develop than we had hoped, the value for achieving our mission and controlling our own destiny of shaping the next platform is immense. By contrast, I do think we can invest less in Connectivity programs now that we have a better sense of where we have leverage to get people online and where we don't. Overall, it will be helpful to discuss how to balance all these constraints: what is the right amount to invest in security, what is the right amount to invest in innovation, and what financial goals and constraints should we aim to achieve? 4. Family of Apps Management and Brand While we discuss new product areas, I want to call out a few new issues in our existing apps. We have discussed at length the sharing issues in the Facebook app and the opportunities and risks from Stories as a format across all our apps. I want to highlight some new data about cannibalization between Instagram and Facebook. We've known for about five years that when a person goes from only using Facebook to then using both Facebook and Instagram, their engagement on Facebook decreases but their new Instagram

engagement is greater than the decline on Facebook, so it is positive across both apps. That finding led us to use the Facebook app to heavily promote Instagram and these promotions have provided the majority of Instagram's growth. Without these promotions, Instagram would likely have 300-400 million actives instead of nearly 1 billion today. However, we've recently found that as Instagram approaches the size of Facebook in a country, the decreases in Facebook engagement compound. This makes sense -- if you imagine 1,000 people using Facebook and then one starts using it a little less, the other 999 people's use won't be very affected. But if 500 of them start using it less, then that's going to contribute to the network becoming less valuable and engaging for everyone. We've seen early signs of this in a few countries, and while we have not yet seen any case where Instagram's growth has led to less aggregate usage across both apps combined, we need to watch this trend closely. Today Instagram still performs worse than Facebook on almost all key product metrics: daily / monthly actives ratio, engagement per person, revenue per minute spent, and so on. It's possible we can make up these gaps, but we need to be careful that while aiming to create two strong networks, we don't inadvertently use the stronger one to promote a weaker one such that we end up with two weaker networks. There's a related issue with our corporate brand because we haven't done much to link Instagram and WhatsApp to Facebook in people's perception. Most people don't even know we own those services, and many who do know that think they run independently at an arm's length. You can summarize the brand problem this way: When you use Amazon for commerce and then you get an Echo, you feel like Amazon is becoming more relevant in your life. But when you use Facebook and then you also start using Instagram, you feel like Facebook is getting less relevant in your life. That makes you less likely to try new Facebook products and makes it harder for us to succeed. The conclusion of all this is we're going to have to manage the family of apps more tightly -- in how we promote, integrate, and brand the apps. The good news here is we just completed the major product reorg we discussed at the last board meeting to put a single leader -- Chris Cox -- in charge of developing a coherent strategy for integrating and differentiating the apps. With this new org in place, I'm hopeful we can make progress on some of these issues in the next few months. 5. Governance and Content Issues Two of the biggest issues people have with our services are around data and content. We discussed the data privacy issues above in the section about Cambridge Analytica. The content issues -- people seeing bad content or malicious activity, or alternatively getting blocked from doing something they believe is appropriate -- also rank high as major problems people have with our services. While there's a lot we can do operationally to make fewer errors in enforcement, I've started to believe that this is not simply a product or customer support issue but instead an area where we need to adopt ideas from democratic governance. For example, rather than just giving people faster and nicer responses when communicating why we did or didn't take down some content, we also need a clear appeals process -- the equivalent of due process or a judicial function. Another example is defining how the content policies get set in different places around the world. Some are based on principles we hold ourselves around what's necessary to keep people safe on our services, but other policies are just trying to approximate people's cultural sensitivities to content like nudity. As more pressure gets put on what we choose to take down and the biases in the system, I think we will be better served by creating a system that is more independent and has legitimacy in representing the views of our community. On a broader level, we are here to build services that help people connect, not to define what they can and cannot say. While we are currently set up as the only ones who can manage this, I worry that owning this responsibility ourselves makes it much harder for us to build trust. In the absence of a legitimate, independent system, people attribute our decisions to profit motive or bias, whereas in reality many of these are just very difficult tradeoffs between different community members' interests. I don't have a specific proposal for this right now, but I hope to make progress on this in the second half of this year. I believe figuring this out is necessary for building trust and building the institution we want to be. --- I'm looking forward to discussing all of this tomorrow. Colin -- let me know if you have thoughts on anything here.