# EXHIBIT A

# EXHIBIT 38

# FILED UNDER SEAL

.

**From:** David Wehner </O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=5B98EC195D9146E78486F2AF33B6100F>
**Sent:** Monday, March 19, 2018 7:23 AM
**To:** Elliot Schrage
**Cc:** Deborah Crawford; Anil Gupta; Anne Kornblut; Elisabeth Diana
**Subject:** Re: do you need help with this

Yes talking points would be useful.

I hear all news reports saying they "gathered data on tens of millions of users" but I recall Paul's post saying hundreds of thousands. What is the root truth?

Also I'd like to debrief on this - what we knew when. We need to be in the loop if there are blockbusters brewing. We have been having conversations with investors in the last few weeks and this hits and we do not look good at all. For instance last month I had long conversation with Fidelity about user trust.

Thx

Dave Wehner
[redacted]

On Mar 19, 2018, at 7:01 AM, Elliot Schrage [redacted]> wrote:

> https://www.reuters.com/article/us-facebook-cambridge-analytica-stocks/facebook-shares-slide-after-reports-of-data-misuse-idUSKBN1GV1E8
>
> it is such an unfair story – but highlights the state of our consumer brand and demonstrates that over time this can negatively affect trading of our stock
>
> Elisabeth can provide talking points – anne has more (and so do i) if needed.
>
> Elliot Schrage | VP Communications & Public Policy
> Facebook | [redacted]
> www.facebook.com/elliot
> O[redacted] | F: [redacted]
> Mailing Address: 1601 Willow Road, Menlo Park, CA 94025