# EXHIBIT B

# EXHIBIT 39

# FILED UNDER SEAL

**From:** David Wehner[redacted]
**Sent:** 3/19/2018 6:36:03 AM
**To:** Deborah Crawford[redacted]; Anil Gupta[redacted]]
**Subject:** Reports etc

This is the first time I remember the privacy issues playing over directly into the stock price. I'd like to see any reports or commentary.

Thx

Dave Wehner
[redacted]