# EXHIBIT C

# EXHIBIT 40

# FILED UNDER SEAL

**From**: Sheryl Sandberg [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=6041D16D677D4937A6D5285C3C068563]
**Sent**: 3/20/2018 9:56:32 PM
**To**: Deborah Crawford [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=0DA67DF02B1940938F1C65DE419A467D]; Mark Zuckerberg [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=7C603B7604634528AF59E0313BAD293E]
**CC**: David Wehner [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=5B98EC195D9146E78486F2AF33B6100F]; Liz Bourgeois [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=DFE065AF6FF643F69E537C21980DCF16]; Caryn Marooney [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=7B8C34C36DD94DE690A34BA547F71846]; Rachel Whetstone [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RWHETSTONE501]; Elliot Schrage [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=3F65FD7B94E14036B74572CF220DDC71]; Chris Cox [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=8635A8FD695B4BBF8C9677A1C892E124]; Mike Schroepfer [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=8BA6B818808349638B601809C9E483F0]
**Subject**: RE: Update on WS's reaction

Once mark does his public interview (we think tomorrow) and Schrep and Chris and I do some print press follow-on (bad to talk to investors before the world), we can schedule a call with investors if that will help – or Elliot has said that I might do some business TV or Wehner could do it.

**From:** Deborah Crawford
**Sent:** Tuesday, March 20, 2018 9:41 PM
**To:** Mark Zuckerberg [redacted]; Sheryl Sandberg [redacted]
**Cc:** David Wehner [redacted]
**Subject:** FW: Update on WS's reaction

I wanted to give you an update on recent trading and investor reaction to the CA news.

We've connected with a couple of trading desks. There has been both hedge fund selling and more recently, long-term oriented shareholders selling as well. Daily trading volume has been significant (~130M shares on Tues, vs. an average of ~20M over the past 3 months).

Areas of investor concern that have been shared with us include:

1) Potential regulation and/or changes with how Facebook will be able to use people's data
2) Potential negative feedback loop impacting user growth and advertiser willingness to use data/targeting spend
3) Investors are eager to hear from FB on our take and what changes we will make
4) Limited near-term catalysts – investors believe more negative headlines could be coming, whereas earnings (generally regarded as the next potential positive catalyst for FB) is not for another 6 weeks

There have been more than a dozen analyst reports over the past 48 hours.  See below for highlights from the most recent research notes.

Bigger picture, events like this create uncertainty and that can have an inordinate impact on the stock. Until we have addressed the issue more fully, more share price volatility is possible. At the same time, investor reaction / trading illustrates that this is a material event in the eyes of shareholders and we are bound by Reg FD in terms of our ability to be responsive to investor inquiries. For now, we are continuing to monitor sentiment, gather feedback, and point investors to the news room posts that we've issued so far.

**Trading Commentary:**

1. **Gabrielle Brown's #TheDailyGab – UBS**
    a. The desk was **better for sale FB yesterday**, with mostly HFs either selling long or pressing shorts. **No major dumping of FB shares but no buying the dips either**.
    b. The key takeaway [from investors] is that *"**this situation creates more uncertainty around FB and it's unclear what makes these issues go away**. To paraphrase most conversations: **FB is a cheap stock, where fundamentals are fine but there is now a rather large overhang, we don't know when the next headline will hit (and what it will say) and it's not known how or when that overhang will get cleared up.** There is also a question of **do the constant headlines turn into a user problem over time for FB** (no good answer to that)."*
    c. In terms of sentiment, no real change to yesterday's feedback, though floors are now **coming close to the $160ish range**. The general consensus continues to be that there is **a lot of noise, additional negative headlines could hit, and this will remain an overhang**. Valuation doesn't seem to matter as the regulatory overhang is offsetting it…the dreaded "dead money" has been uttered.
    d. The regulatory issues **seem to be weighing on TWTR (-7%) and SNAP (-3%) today as well**. GOOG is holding in very well considering the group, and the desk has been **better to buy GOOG and has even seen fresh money on the name.** In terms of new news, there were headlines that the FTC is probing whether FB violated terms of a 2011 consent decree. The FTC isn't commenting ( link).

**Sell-side Notes:**

2. **Top 4 Investor Questions and our Answers – Morgan Stanley**
    a. *1) What Can/Should FB Do First?* We look for FB to become more assertive about the mistakes it has made, the unintended actions that have occurred on the platform, and how it intends to fix them. We saw GOOGL/YouTube work through multiple difficult issues in 2017 and, in our view, its messaging (see YouTube blog posts) about its mistakes and methods to remedy the errors helped turn the company narrative and sentiment among investors/advertisers with minimal (if any) impact on user growth and engagement.
        i. We look for FB to act in a similar way, most specifically by imposing stronger restrictions, safeguards and explanation around user data (and of users' friends' data), how FB is using the data, and how data are made available to app developers/third parties through the API and Facebook Connect.
    b. *2) Do These Issues Increase Privacy/Data Concerns and the Potential for Regulatory Scrutiny?* Yes…which only furthers the impetus for FB to begin to improve its messaging (take control of the public message), self-regulate and improve the safeguards on its platform.
    c. *3) Is There a Current Fundamental Risk to Revenue or EPS?* No, in our view, not as of now. (…) But this drumbeat of negative news and headlines increases the risk that there is some user backlash and a negative feedback loop.

   d. *Is FB's Multiple at a Bottom?* Yes...but this isn't new. FB's multiple has indeed compressed....now trading at 18X our 2019 GAAP EPS for 30%+ Y/Y growth. It is cheaper than GOOGL, EBAY, and many other assets across the S&P that are growing more slowly

3. **Wading Through the Data of a FB Story – UBS**
   a. We see FB as taking proactive steps to address the above set of facts and to constantly address broader concerns through business model iteration – remember that 2018 is a year focused on users/community. LT changes in the regulation of social media platforms and the collection/use of 1st party data remain the main risk factor for FB. We see current positive ad trends as running counter to investor fears (esp. against forward LT valuation that is increasingly pricing in a bear case for growth & margins).

4. **Opportunity Arises, as News Flow Rubs Salt Into the Wound – Credit Suisse**
   a. Despite incremental details of these events only now becoming public, they are nonetheless backwards-looking and Facebook has already outlined its plans during the 3Q17 earnings call to double headcount addressing user security - so we do not anticipate material change to OpEx guidance.
   b. That said this does highlight the current unknowns: 1) negative impact to user growth/engagement, and 2) the potential for regulatory activity. We also anticipate that the stock will be subject to further headline risk in the coming weeks as senior management is summoned to DC for hearings with lawmakers.
   c. With that in mind, we remain buyers as we believe the current 23x P/E multiple on GAAP NTM EPS already reflects risks from the aforementioned unknowns and this is also in-line with the low-end of the recent trading range – when shares struggled with greater questions around revenue growth given the move to slow down ad load/inventory growth.

5. **Darkest Hour: Thoughts on Yesterday' Sell-off - Evercore**
   a. The report continues to undermine investor confidence in Facebook's ability to navigate/define its broader social responsibility. The fact that nothing blatantly illegal necessarily occurred does little to calm the concerns of those who view CA's activities as a threat to the democratic process. While Facebook is likely to maintain that no data breach occurred, while simultaneously arguing it was the victim of the behavior of a bad actor, it remains the largest target with respect to backlash from law makers, the media, and concerned citizens.
   b. [Believes this increases the risk of regulation, but users' behavior is only impacted at the margin and revenue or opex should only be impacted if user behavior materially changes.]

6. **FB Crisis Builds – Pivotal**
   a. Facebook (FB, Sell) is in crisis mode, and is not managing itself well at the present time. Monday featured reports of disputes between senior executives on how the company has handled disinformation and Russian activity on Facebook, an effort by the UK's Information Commissioner to "raid" Cambridge Analytica's servers and negativity – if not changes in spending trends as of now – from large advertisers towards the company. Based on the company's track record on this topic, there is a good chance that it gets worse from here.
   b. This news, paired with the myriad other incidents which have become known over the past eighteen months paint the company's management in a very negative light.
   c. We spoke with a number of the region's largest advertisers at a dinner in London which reinforced our prior observations: advertisers are generally dismayed and frustrated by Facebook, but in most cases aren't abandoning their spending trajectories with Facebook at this time.
   d. Mis-steps have been compounded by additional mis-steps, and the absence of expression of contrition or commentary directly from the company's top two leaders may yet make things

worse. European regulators in particular will be well positioned to take aggressive stances towards the company on issues that matter to them (and their investors) and US regulators could very well try to do the same, limiting how the company uses data or otherwise causing the company to incur more costs.

7. **Headlines Matter – Macquarie**
    a. We are not lowering our near-term revenue or earnings estimates based on these headlines. However, we are very much concerned that the systemic risk around data-driven online advertising and specific concerns about FB's data are rising quickly. While difficult to quantify in a meaningful way, this increased risk will manifest itself financially in the discount rate.
    b. We are concerned about three main issues:
        i. **Political/regulatory/legal risk rising globally** – Headlines such as these can be used to increase regulatory, legal, and political scrutiny around the world
        ii. **The zeitgeist evolving around social media** – The negative connotations around social media "feel" like they are growing.
        **iii. Most importantly, FB and Zuckerberg's potential response and self-imposed remedies -** Now we expect Zuckerberg and FB to raise the stakes and response to the increasingly negative headlines about the use of FB data. We think it could take more radical actions than it has in the past to limit the use of audience segmenting, ad targeting, data sharing, and other privacy related issues that could lower the monetization of FB data. That is our concern for the financials.
    c. The bottom line is that these headlines matter. The political/regulatory/legal risks are rising. Culturally, there seem to be rising negative associations with social media. And most importantly, Zuckerberg controls the vote. He can do what he feels is necessary to reply to these headlines, and we fully expect that he will.
8. **Latest Data Privacy Issue, ST Mishap for FB/Maintain Buy – SunTrust**
    a. **We believe the Cambridge Analytica mishap creates a real risk of consumer backlash** for social media platforms in general and for Facebook/Instagram/Messenger/Whatsapp in particular, as users demand more control over their data, how it's gathered, for what purpose and when it's being used. This would be reflected in lower user growth and engagement, two metrics already likely to be negatively impacted by changes in the newsfeed, and in higher expenses/lower margins as the company invests heavily to clean up content and ad quality.
    b. We also expect more regulatory oversight in the US and internationally, especially the EU as the company gets ready to adopt the more stringent General Data Protection Rules (GDPR) in May 2018.
    c. **Advertisers are not likely to respond negatively** to this development in our view, as their ROI from this channel remains attractive, and compares relatively well to other marketing channel, as different industry players have indicated at ShopTalk this week.