# EXHIBIT D

# EXHIBIT 42

# FILED UNDER SEAL

**From:** Raaid Ahmad [redacted]
**Sent:** 3/22/2018 3:54:49 AM
**To:** David Wehner [redacted]; Dave Kling [redacted]; Anil Gupta [redacted] Carolyn Everson [redacted]; David Fischer [redacted]
**CC:** Vanessa Chan [redacted]; Liz Bourgeois [redacted] Schuyler Milender [redacted]; Deborah Crawford [redacted] Susan Li [redacted] Steve DeLucia [redacted] Javier Olivan [redacted]
**Subject:** Re: Questions

I am against 1b – "measurable impact" is ambiguous in magnitude (and doesn't reference any specific metric).

An alternative (meshing a, b, and Gene's commentary):

We are seeing a minor uptick in account deletions which has yet to impact our visitation and engagement metrics meaningfully, but it's early and that assumes we address the trust issues effectively. It's something that we're watching very carefully, and we'll provide our regular update in a few weeks on our earnings call. We need to continue to earn and maintain the trust of the people on Facebook. That's what important for us to continue to grow the community in the long-term. We are confident that the steps Mark outlined will help address this important issue.

---

**From:** David Wehner <[redacted]>
**Date:** Wednesday, March 21, 2018 at 8:37 PM
**To:** Dave Kling <[redacted]>, Anil Gupta <[redacted]>, Carolyn Everson <[redacted]>, David Fischer <[redacted]>
**Cc:** Vanessa Chan <[redacted]>, Liz Bourgeois <[redacted]>, Schuyler Milender <[redacted]>, Deborah Crawford <[redacted]>, Susan Li <[redacted]>, Steve DeLucia <[redacted]>, Raaid Ahmad <[redacted]>, Javier Olivan <[redacted]>
**Subject:** RE: Questions

**I tried to cut down the questions to just several general areas (users, revenue, FTC, GDPR, expense). On 1 I'd like to know how vehemently against (b)people are because Sheryl will not like (a).**

1. **Engagement/User Questions.**
**Is this going to impact Dave's guidance about DAU not being down in the USCAN in Q1?**
**Are users fleeing?**
**Are you seeing an impact on users?**
**Are you seeing an impact from #deletefacebook?**

a. This is obviously something that we're watching very carefully, and we'll provide our regular update in a few weeks on our earnings call. We need to continue to earn and maintain the trust of the people on Facebook. That's what important for us to continue to grow the community in the long-term. We are confident that the steps Mark outlined will help address this important issue.

b. ALTERNATE (not preferred but stronger): We are seeing some measurable impact but nothing significant enough to impact our overall usage trends, but it's early and that assumes we address the trust issues effectively. It's something that we're watching very carefully, and we'll provide our regular update in a few weeks on our earnings call. We need to continue to earn and maintain the trust of the people on Facebook. That's what important for us to continue to grow the community in the long-term. We are confident that the steps Mark outlined will help address this important issue.

c. *[From Raaid in Growth: This is highly unlikely to change Dave's guidance about DAU not being down in the US+CA in Q1 unless it gets much, much worse very quickly.*

d. *[From Gene Tabech in Data Science: total time spent on the Blue app in the US is growing 0.3% WoW as of 03/19, continuing the localized trend of positive but slowing growth (before this news, US was growing at ~0.5% WoW). There might be some decrease from deletions, but on an absolute scale it's too minor to even notice – I would not use the word "modest" for the effect on time spent as of 03/19, it's more like "too minor to be perceptible, if it exists at all". To*

*calibrate for what I think a modest impact looks like, Nov 9, 2016 was a 6.0% WoW increase in the US (and Nov 6 was only 0.6% WoW). I just checked hourly real-time time spent logs and I can confirm that neither 3/20 nor 3/21 so far have seen perceptible drops on average time spent in the US (nor globally). Neither commenting nor friend sharing have had perceptible declines as well.*

2. **What will be the impact on advertising? Ads targeting.**
**What are you hearing from advertisers?**

a. Advertisers care about these issues to. We are hearing from advertisers, wanting to understand what happened here. They want the same assurances about our protection of data that people are asking about. In terms of the impact on our advertising business, we are just embarking on implementing the changes that Mark outlined. While the issues largely relate to how we run Facebook platform, it's too early to judge whether there will be any impact on ads revenue. We are confident the steps outlined are the right ones for the business in long-term as building and maintaining trust is key to our long-term success whether with the Facebook community or with marketers.

b. *[From Carolyn: Apple is threatening to pull ads so some headline risk.*

3. **There are headlines that you may have violated the 2011 FTC consent decree – what is the potential financial impact?**

a. As part of its investigation the FTC reviewed all aspects of our platform at the time and found no concerns.

b. We've continued to brief them on updates to platform security including changes in 2015 that limited the types of data developers can get.

c. We do not believe we have any concerns under the consent order, but of course we will continue to cooperate with them so they can understand what happened here.

4. **Do you think this will lead to GDPR-like regulation in the US?**
**Other GDPR questions.**

a. The core principals of GDPR – transparency and control – are part of privacy laws around the world including the US. And those principals are central to our approach to our products. The changes that Mark outlined yesterday will move us further in that direction. It's clear that is what must be done, and this is the direction is where both Facebook and the world is heading.

5. **What is the impact to your FY18 expense guidance?**

a. The important thing is that we are willing to invest to solve these issues, and the concrete steps Mark outlined will require some incremental investment. It's too early to give you a specific number impact, but we will give you the usual update on the expense outlook on the Q1 earnings call.

---

**From:** Dave Kling
**Sent:** Wednesday, March 21, 2018 6:18 PM
**To:** Anil Gupta <[redacted]>; Carolyn Everson [redacted]; David Fischer [redacted]
**Cc:** Vanessa Chan <[redacted]>; Liz Bourgeois <[redacted]; Schuyler Milender <[redacted]>; Deborah Crawford <[redacted]>; Susan Li <[redacted]>; Steve DeLucia <[redacted]>; Raaid Ahmad <[redacted]>; Javier Olivan <[redacted]>; David Wehner <[redacted]>
**Subject:** Re: Questions

**Redacted - Privilege**

Get Outlook for iOS

---

**From:** Anil Gupta
**Sent:** Wednesday, March 21, 2018 6:09:06 PM

**To:** Carolyn Everson; David Fischer
**Cc:** Vanessa Chan; Liz Bourgeois; Schuyler Milender; Deborah Crawford; Dave Kling; Susan Li; Steve DeLucia; Raaid Ahmad; Javier Olivan; David Wehner
**Subject:** RE: Questions

+Dave

**From:** Carolyn Everson
**Sent:** Wednesday, March 21, 2018 6:07 PM
**To:** David Fischer <[redacted]>
**Cc:** Vanessa Chan <[redacted]>; Liz Bourgeois [redacted]; Schuyler Milender [redacted]; Deborah Crawford <[redacted]>; Dave Kling <[redacted]>; Anil Gupta [redacted]; Susan Li <[redacted]>; Steve DeLucia <[redacted]; Raaid Ahmad <[redacted]>; Javier Olivan <[redacted]>
**Subject:** Re: Questions

Apple has threatened to pause media. And will likely do so. They are using the CA situation to push for something they want which is a pure first-party targeting approach that includes only on-FB platform user engagement and platform actions. No 3rd party data can be included in their targeting approach based on their belief that FB users are largely unaware of how their data is used. They will not waver on this.

2017 global spend on FB was $150.8M; ~$116M spent in NA.

We are obviously doing all we can to correct this but I want to be careful about what we say if they in fact pause spending.

Sent from my iPhone

On Mar 21, 2018, at 9:00 PM, David Fischer <[redacted]> wrote:

For the question on what we're hearing from advertisers/are they pulling budget:
- We are hearing from advertisers, wanting to understand what happened here, and with the same assurances about our protection of data that people are asking about.
- Our business has always held people's privacy paramount. Our targeting systems let businesses read the right target audience, without sharing specific information about who they're reaching
- [If asked about whether anyone is pulling budget]: We are certainly being asked for assurances that we are handling this situation well but are not seeing an impact on investment [NEED IR TO CONFIRM THEY'RE COMFORTABLE WITH THIS]

On ad targeting/data usage:
- It is certainly possible that a stronger focus on data controls will have some impact down the road, but this particular issue related to how developers used data.
- Advertisers certainly want to know that any data that we use for targeting is being properly managed, which is why the steps that we've announced this week are so important

**From:** Vanessa Chan <[redacted]>
**Date:** Wednesday, March 21, 2018 at 5:36 PM
**To:** Liz Bourgeois <[redacted]>, Schuyler Milender <[redacted]>, David Fischer

<[redacted], Carolyn Everson [redacted]
**Cc:** Deborah Crawford <[redacted]>, Dave Kling [redacted], Anil Gupta <[redacted], Susan Li <[redacted], Steve DeLucia [redacted], Raaid Ahmad [redacted], Javier Olivan <[redacted]
**Subject:** RE: Questions

+ fischer and Carolyn for real

---

**From:** Vanessa Chan
**Sent:** Wednesday, March 21, 2018 5:35 PM
**To:** Liz Bourgeois <[redacted]; Schuyler Milender [redacted]
**Cc:** Deborah Crawford [redacted]; Dave Kling [redacted]; Anil Gupta [redacted]; Susan Li [redacted]; Steve DeLucia [redacted]; Raaid Ahmad [redacted]; Javier Olivan [redacted]
**Subject:** RE: Questions

Wehner to bcc for now

Hi all, I tried to make the first four answers more TV friendly – see highlighted for my suggested replacements.

Carolyn/David – do you have an update on these Qs?

ADVETISER Qs
1. What are you hearing from advertisers?
a. They have the same questions that journalists have.
2. Will this have an impact on ads targeting and data usage in the advertising system?
a. It is certainly possible that a stronger focus on data controls will have some impact down the road, but this particular issue related to how developers used data.

FULL QA

1. Is this going to impact Dave's guidance about DAU not being down in the USCAN in Q1?
a. The quarter isn't over.
b. Ultimately, people are upset and we need to regain their trust.
c. We believe it will put some incremental pressure on US usage but we will have to update you on the earnings call on this.
2. Is this going to affect deletions?
a. Anytime we make mistakes like this, we know that people will take action to safeguard their data – this is no different.
b. We've got a lot to do to earn back their trust. And we're going to take a series of steps to make that happen.
c. Yes, we see a modest increase in deletions in these highly charged situations
3. Have you seen any declines in engagement/time spent as a result of this issue and/or #deletefacebook?
a. People are unhappy with us. We have a responsibility to protect the data of people who use Facebook, and mistakes have been made that should not and cannot happen again.
b. The good news is that we have already put in place safeguards to make sure this doesn't happen again, and Mark outlined some additional steps we will be taking on, including an audit of all our apps.
c. We are seeing some modest impact, manifested in some incremental increase in account deletions
4. What is the potential impact to Q2 and FY18 results?
a. We can't make forward looking statements about our revenue impact — but what we're doing here is what's right and that's what matters. Protecting our users is our priority. We've made similar commitments to invest in stronger controls against abuse, election interference and so on.

b. We don't give guidance on the quarters and so we will be updating the results on the call. Really the right question is whether this impacts the long-term business. This issue relates to the Facebook platform and developer access to data.

5. What are you hearing from advertisers?

a. They have the same questions that journalists have.

6. Will this have an impact on ads targeting and data usage in the advertising system?

a. It is certainly possible that a stronger focus on data controls will have some impact down the road, but this particular issue related to how developers used data.

7. There are headlines that you may have violated the 2011 FTC consent decree – what is the potential financial impact?

a. We believe both our current platform policies and our pre-2014 platform policies were fully compliant with the consent decree.

8. Do you think this will lead to GDPR-like regulation in the US?

a. GDPR is consistent with the approach Mark articulated, around transparency and control. This is certainly where we are going, and would expect additional GDPR-like policies in other regions.

9. Do you believe this issue will increase the GDPR related opt out rate in Europe?

We don't know, but that is certainly possible.

---

**From:** Liz Bourgeois
**Sent:** Wednesday, March 21, 2018 5:04 PM
**To:** David Wehner <[redacted]>; Schuyler Milender <[redacted]>
**Cc:** Deborah Crawford <[redacted]>; Dave Kling <[redacted]>; Anil Gupta <[redacted]>; Susan Li [redacted]; Steve DeLucia <[redacted]>; Raaid Ahmad <[redacted]>; Javier Olivan <[redacted]>; Vanessa Chan <[redacted]>
**Subject:** Re: Questions

Thank you. + Vanessa

---

**From:** David Wehner <[redacted]>
**Date:** Wednesday, March 21, 2018 at 4:57 PM
**To:** Schuyler Milender <[redacted]>
**Cc:** Deborah Crawford [redacted], Dave Kling [redacted], Anil Gupta <[redacted]>, Susan Li <[redacted]>, Steve DeLucia <[redacted]>, Raaid Ahmad <[redacted]>, Javier Olivan <[redacted]>, Liz Bourgeois <[redacted]>
**Subject:** Re: Questions

Kling's is better and I prefer it, but if Sheryl wants to address more specifically we might have an option.

Dave Wehner
[redacted]

On Mar 21, 2018, at 4:55 PM, Schuyler Milender [redacted] wrote:

+ Liz

---

**From:** Deborah Crawford
**Sent:** Wednesday, March 21, 2018 4:53 PM
**To:** Dave Kling <[redacted]>; David Wehner [redacted]; Schuyler Milender [redacted]
**Cc:** Anil Gupta <[redacted]; Susan Li [redacted]; Steve DeLucia <[redacted]; Raaid Ahmad

[redacted]; Javier Olivan [redacted]
**Subject:** RE: Questions

+1

Better not to comment on the quarter in the quarter.

---

**From:** Dave Kling
**Sent:** Wednesday, March 21, 2018 4:50 PM
**To:** David Wehner [redacted]; Schuyler Milender [redacted]
**Cc:** Anil Gupta [redacted]; Deborah Crawford [redacted]; Susan Li [redacted]; Steve DeLucia [redacted]; Raaid Ahmad [redacted]; Javier Olivan [redacted]
**Subject:** RE: Questions

Is it out of the question to say, "This is obviously something that we're watching very carefully, and we'll provide our regular update in a few weeks on our earnings call. The core issue we need to address is to continue to earn and maintain the trust of the people on Facebook, and if we don't it's a longer term issue for our community. We are confident that the steps Mark outlined will help address this important issue."

I worry about being overly reactive and trying to give a signal on small movements. Historically, I feel like we've often learned that we don't need to say as much as we sometimes want to in the moment.

Dave

NOTICE: This email (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. Unless you are the intended recipient, you may not use, copy, or retransmit the email or its contents.

---

**From:** David Wehner
**Sent:** Wednesday, March 21, 2018 4:44 PM
**To:** Schuyler Milender [redacted]
**Cc:** Anil Gupta [redacted] Deborah Crawford [redacted]; Susan Li [redacted]; Dave Kling [redacted] Steve DeLucia [redacted]; Raaid Ahmad [redacted]; Javier Olivan [redacted]
**Subject:** Re: Questions

User issue is the biggest one we have to nail. Adding Kling and Javi and Steve and Raaid. For user trends Sheryl could say... LMK thoughts

"We are seeing some incremental deletions that we would attribute to this news cycle, but it is not significant enough to be a near term issue on our overall user trends. We have seen similar impacts in the past, and they tend not to persist. But, at the core we need to continue to earn the trust of the people on Facebook, and if we don't it's a longer term issue for growing our community. We are confident that the steps Mark outlined will address this important issue."

Dave Wehner
[redacted]

On Mar 21, 2018, at 4:25 PM, Schuyler Milender [redacted] wrote:

+ Liz

---

**From:** Anil Gupta
**Sent:** Wednesday, March 21, 2018 4:18 PM
**To:** David Wehner [redacted]; Deborah Crawford [redacted]

**Cc:** Susan Li [redacted]; Schuyler Milender [redacted]
**Subject:** RE: Questions

Thanks – we are working on these and will get back to you soon.

---

**From:** David Wehner
**Sent:** Wednesday, March 21, 2018 4:14 PM
**To:** Deborah Crawford [redacted]; Anil Gupta [redacted]
**Cc:** Susan Li [redacted]; Schuyler Milender [redacted]
**Subject:** Re: Questions

+Schuyler

Also I'd add impact to expense guidance?

Too early to give you a specific number but we are willing to invest to get this right. We will update this on the earnings call.

Dave Wehner
[redacted]

On Mar 21, 2018, at 3:32 PM, David Wehner [redacted] wrote:

I put in some "straw man" answers. Can you guys track down the right people in growth and ads to answer?

1. Is this going to impact Dave's guidance about DAU not being down in the USCAN in Q1?
a. The quarter isn't over. We believe it will put some incremental pressure on US usage but we will have to update you on the earnings call on this.
2. Is this going to affect deletions?
a. Yes, we see a modest increase in deletions in these highly charged situations
3. Have you seen any declines in engagement/time spent as a result of this issue and/or #deletefacebook?
a. We are seeing some modest impact, manifested in some incremental increase in account deletions
4. What is the potential impact to Q2 and FY18 results?
a. We don't give guidance on the quarters and so we will be updating the results on the call. Really the right question is whether this impacts the long-term business. This issue relates to the Facebook platform and developer access to data.
5. What are you hearing from advertisers?
a. They have the same questions that journalists have.
6. Will this have an impact on ads targeting and data usage in the advertising system?
a. It is certainly possible that a stronger focus on data controls will have some impact down the road, but this particular issue related to how developers used data.
7. There are headlines that you may have violated the 2011 FTC consent decree – what is the potential financial impact?
a. We believe both our current platform policies and our pre-2014 platform policies were fully compliant with the consent decree.
8. Do you think this will lead to GDPR-like regulation in the US?
a. GDPR is consistent with the approach Mark articulated, around transparency and control. This is certainly where we are going, and would expect additional GDPR-like policies in other regions.
9. Do you believe this issue will increase the GDPR related opt out rate in Europe?
a. We don't know, but that is certainly possible.


CONFIDENTIAL