# EXHIBIT E

# EXHIBIT 43

# FILED UNDER SEAL

**From:** David Wehner [redacted]
**Sent:** 7/27/2018 10:21:47 PM
**To:** Sheryl Sandberg [redacted]
**CC:** Mark Rabkin [redacted]; Rob Goldman [redacted] Susan Li [redacted]; Chad Heaton [redacted] Sam Mincer [redacted]
**Subject:** Revenue deceleration explanation
**Attachments:** image002.jpg

**Importance:** High

Sheryl:

I wanted to get you a rough analysis of some of the factors driving the 16% deceleration in ad revenue growth from Q2 to Q4. This really has a lot of false precision but hopefully is helpful.

Over the course of Q2 we saw our revenue outlook decline. This in turn has led to our Q3 and Q4 outlook declining. In addition to the ongoing deceleration due to supply growth slowing we are seeing other factors contribute to further deceleration over the next several quarters:

(1) currency, especially in Q3, is moving from a tailwind to a headwind (~5.0% of deceleration through Q4),
(2) privacy related factors (include the launch of Clear History, GDPR impact, Apple Safari changes, partner categories and page verification) are reducing our ability to target ads as effectively (~6.6% deceleration through Q4), and
(3) we plan to more prominently feature Stories in feedback including promotional units that will reduce feed unit availability (1.8%).

Together these factors explain ~13% of the 16% of deceleration in through Q4.




Best,
Dave