# EXHIBIT F

# EXHIBIT 44

# FILED UNDER SEAL

**From:** Jonny Thaw [redacted]
**Sent:** 7/25/2018 5:52:07 PM
**To:** Bertie Thomson [redacted]]; Elliot Schrage [redacted]
**CC:** Lori Goler [redacted]
**Subject:** Re: All hands intro

I talked w Derick about this today and think this intro looks good.

-------- Original message --------
From: Bertie Thomson [redacted]
Date: 7/25/18 17:09 (GMT-08:00)
To: Elliot Schrage [redacted]
Cc: Lori Goler [redacted], Jonny Thaw [redacted]
Subject: Re: All hands intro

Rachel just called to say she is looking now FWIW!

On Jul 25, 2018, at 5:06 PM, Elliot Schrage [redacted] wrote:

> Welcome your thoughts on how to address the stock drop at the all hands tomorrow.
>
> Faster the better!
>
> ---
>
> **From:** Mark Zuckerberg [redacted]
> **Date:** Wednesday, July 25, 2018 at 4:33 PM
> **To:** Elliot Schrage [redacted] Derick Mains [redacted], Lachlan Mackenzie [redacted], David Wehner [redacted], Sheryl Sandberg [redacted]
> **Subject:** All hands intro
>
> Here's what I'm planning to say. Let me know if you have any feedback.
>
> ---
>
> Hey everyone!
>
> I want to start off by talking about our quarterly results yesterday. I know this is a big drop and it matters to all of us and our families. And even though we're still very confident in the long term, this can still be tough.
>
> I think two things happened yesterday. First, our results were pretty good, but not as good as we'd hoped in some areas and not what investors expected, even though fundamentally, our community and business are still growing. This miss accounted for the initial drop. Second, the much bigger drop happened when we got on the call and gave lower guidance on what to expect going forward. We've been telling investors for a while that revenue would naturally decelerate and we're investing much more in security than they seemed to expect, but despite that their estimates for us and our stock price have kept going up. To put that in perspective,

our stock has been up so much recently that since the Cambridge Analytica situation began, our valuation had increased by almost $100 billion dollars. Now, I'm optimistic about our company, but I wouldn't say we're in that much stronger of a position now than before that crisis. That felt out of wack and we felt like we needed to be clearer in correcting expectations on how much we expect to grow and how much more we're going to spend on security than investors realize. So now expectations are relatively back in line with where they were before Cambridge Analytica, and I feel we have a good base to grow from.

Now, I know some people will be disappointed that we went on the call and chose to give guidance that would make our stock go down. But I view our responsibility on those calls as to give the world an accurate view of how we see things -- not to say things that make the stock go up. Our job is to build a great community and a great business, a growing stock price will be one of many natural outcomes from that.

I also want to say that I know a lot of you haven't been at Facebook for long and may not have been through fluctuations like this before. I've always found that if we stay focused on doing what's right for our community and building great services, we always continue to succeed and grow even more than we expected. So today we're going to talk about how we do what's right for our community...

This has been an intense period with real challenges -- but also opportunities. And a lot of the questions we face are at the intersection of values we hold deeply. So today we're going to talk about our principles and what we stand for when we're making decisions that affect billions of people around the world.