# EXHIBIT G

# EXHIBIT 45

# FILED UNDER SEAL

**From:** Alex Immerman [redacted]
**Sent:** 7/26/2018 12:25:10 PM
**To:** David Wehner [[redacted]]
**Subject:** FW: FB post thoughts?
**Attachments:** DW Finance Post v01.docx; Dave Post (holly and yasmeen edits).docx

Dave – Please see my edits in DW Finance Post. I'd recommend reviewing the side comments. Holly and Yasmeen have an alternative opening that I included as one of the comments. Let me know if you have any questions or would like to discuss.

Thanks,
Alex

---

**From:** Yasmeen Shah
**Sent:** Thursday, July 26, 2018 11:53 AM
**To:** Alex Immerman [redacted]; Deborah Crawford [redacted]; David Wehner [redacted]; Holly Vondemfange [redacted]; Anil Gupta [redacted]
**Subject:** RE: FB post thoughts?

Hi Alex,

See attached edits.

Thanks!

---

**From:** Alex Immerman
**Sent:** Thursday, July 26, 2018 11:12 AM
**To:** Yasmeen Shah [redacted]; Deborah Crawford [redacted]; David Wehner [redacted]; Holly Vondemfange [redacted]; Anil Gupta [redacted]
**Subject:** RE: FB post thoughts?

Thanks Yasmeen. Do you mind tracking changes and sending to me? I'm gathering edits from Deborah and Anil as well.

---

**From:** Yasmeen Shah
**Sent:** Thursday, July 26, 2018 11:10 AM
**To:** Deborah Crawford [redacted]; David Wehner [redacted]; Alex Immerman [redacted]; Holly Vondemfange [redacted]; Anil Gupta [redacted]
**Subject:** RE: FB post thoughts?

Thanks Dave. I think we need to add a little 'heart' and a bit more inspiration into this. Holly and I are working on this and will have something back to you shortly.

Yasmeen

---

**From:** Deborah Crawford
**Sent:** Thursday, July 26, 2018 11:04 AM
**To:** David Wehner <[redacted]; Alex Immerman [redacted]; Holly Vondemfange [redacted]; Anil Gupta [redacted] Yasmeen Shah [redacted]
**Subject:** RE: FB post thoughts?

Looks good to me.

A few suggested edits on the first bullet point tracked in the attached.

---

**From:** David Wehner
**Sent:** Thursday, July 26, 2018 10:55 AM
**To:** Alex Immerman [redacted]; Deborah Crawford [redacted]; Holly Vondemfange [redacted]; Anil Gupta [redacted]; Yasmeen Shah [redacted]
**Subject:** FB post thoughts?

- I wanted to share some context on the drop in the stock price today. First, we continue to have the privilege to work at one of the best businesses ever created. With a global audience across our applications over 2.5 billion people we serve virtually every Internet user in the world outside China. We are pleased with our 42% year-over-year revenue growth at scale. We have and will continue to have a high margin business that enables us to invest for future growth. Those key factors remain true.
- So what about the recent drop? Sentiment was overwhelmingly positive going into yesterday's earnings call, on the heels of strong Google earnings and positive channel checks. We missed DAU and MAU each by 1%. Total revenue and ad revenue missed analyst estimates by 1% and we believe real buyside revenue expectations by 3%. We provided two pieces of explicit guidance that were unexpected and garnered the most attention: 1. Total revenue year-over-year growth rates in Q3 and Q4 are expected to slow by high single digit percentages on a sequential basis (vs prior expectations for year-over-year growth rates to slow 5 and 4 percentage points in Q3 and Q4, respectively); and 2. We expect our operating margins to trend towards the mid 30% range over the next several years (vs prior analyst expectations for operating margins of ~43% for the next several years). These guidance points resulted in significant analyst and investor reset on our financial model, i.e., if future expected profits are lower our stock price goes down. Stock is trading down about 19% today at $176, just below the 200-day moving average of $180 and about 20% above our 52-week low. We are essentially in the trading range we were in prior to the Cambridge Analytica story breaking. Interestingly we are trading slightly above the price we closed at after Q1 earnings of $174. So you can think of this as giving back the momentum run since that Q1 call.
- It's worth noting that the faster deceleration in revenue growth is driven by some affirmative decision we are making around promoting our products like Stories and providing users with better control over their privacy. Our margins are decreasing because we are investing in safety and security while still pushing forward aggressively on innovation. We believe that these are the right things to do in the long run for both our community and the business.
- While these are the right long-term things to do, the reality is that we have reset expectations around the near and medium-term financial model. That naturally translates through to stock price. We need to focus on continue to grow the business and executing.
- Thank you all for the efforts to date.