# EXHIBIT H

# EXHIBIT 47
# FILED UNDER SEAL

**From:** Natalia Kanevsky [redacted]
**Sent:** 7/26/2018 7:38:25 AM
**To:** HPMIR [redacted]
**Subject:** Q2'18 Post-Earnings Analyst Notes Summary + Transcript
**Attachments:** MS-FB-07-25-18.pdf; Baird-FB-07-25-18.pdf; Stifel-FB-07-25-18.pdf; UBS-FB-07-25-18.pdf; Q2 '18 earnings call transcript.pdf

Our Q2 results and outlook disappointed Wall Street. Given that sentiment was particularly strong heading into earnings, driven in part by positive channel checks, we expected there would be some confusion and a negative reaction.

**Q2 results:**

- MAU and DAU missed analyst estimates by 1%, respectively
- Total revenue and ad revenue missed analyst estimates by 1%, and we believe missed the buyside "whisper" number by roughly 3%

**Outlook:**

- As we expected, two of Dave's comments received the most attention:

1. Total revenue year-over-year growth rates in Q3 and Q4 are expected to slow by high single digit percentages on a sequential basis (vs prior expectations for year-over-year growth rates to slow 5 and 4 percentage points in Q3 and Q4, respectively)
2. We expect our operating margins to trend towards the mid 30% range over the next several years (vs prior expectations for operating margins of ~43% for the next several years)

In our conversations this evening, analysts and investors expressed significant confusion and frustration about our revenue and long-term margin outlook (our 2018 expense guidance was unchanged and in-line with expectations). The weaker-than-expected outlook was a big surprise to Wall Street and is well summarized by the analyst at Baird: "Facebook dropped two "bombshells": a significant slowdown in revenue growth for Q3/Q4, followed by operating margin declines over the next 3+ years. These are "self-inflicted" issues to a large degree, as Facebook sacrifices core app monetization to drive usage/engagement of Stories. While shares are moving to the "penalty box," we believe after-hours trading already embeds model changes."

1. 2H'18 revenue outlook: WS is concerned that there is something fundamentally wrong with the business and/or engagement trends at Facebook which is driving the more rapid slowdown in revenue growth rates throughout 2H. Many are citing the strong channel checks heading into Q2 earnings as a point of confusion relative to our outlook. (The core FB business is slowing much more quickly than previously anticipated.)
2. Longer-term margin outlook: Many are asking about the puts and takes of this guidance as well as the timing. For example – what are the key assumptions for both revenue and expenses longer-term? Why are we giving this guidance now? Some are also wondering if there is a regulatory-related motivation.

FB shares were down approximately 20% in after-hours trading.

**Brian Nowak, Morgan Stanley – "What's the Story? Lower PT to $185" (Rating: Overweight)**

Last night FB implicitly guided 3Q/4Q revenue to 34%/26% Y/Y growth (vs us previously at 40%/39%) driven by currency, increased efforts to promote the "stories" format on its platforms, and assumptions around incremental data privacy reducing ad efficiency. **The stories change is most notable** as we believe the "stories" headwind is a combination of FB's decision to increase its emphasis on pushing core Facebook users to the stories format at a faster rate (which only has 150mn users, or ~10% penetration) and the fact that the stories format (on Instagram and FB core) is still monetizing at materially lower rates than News Feed.

There is no denying this highlights and creates new challenges for FB. **First**, in our view FB is likely pushing stories on core FB in part to re-engage its user base (in particular among younger demographics). **It is arguably being forced to adjust to consumer behavior...as consumers like stories. Second**, as a result, FB will now need to increase its execution around stories engagement and ad innovation.

That said, we remain OW as FB has shown an ability to drive engagement and monetization. **They have grown 4 1bn+ user bases**, successfully scaled Instagram stories (now at 400mn daily active users) and we believe Instagram stories has led to higher time spent per user. On the monetization front, FB developed ad units to monetize and scale Mobile News Feed, built out an ads API to scale its business quickly, and (even now) is continually improving the targeting and performance of ads to drive price higher. To this point, **we still believe FB has among the leading ROI of any ad platform**, which in our view is important to advertiser allocation decisions. **At the same time, we acknowledge that looking ahead it will be critical to stay focused on FB's stories monetization progress.**

**Colin Sebastian, Baird – "Bold Strategy Cotton, Let's See if It Pays Off for Em" (Rating: Outperform)**

Facebook dropped two "bombshells": a significant slowdown in revenue growth for Q3/Q4, followed by operating margin declines over the next 3+ years. These are "self-inflicted" issues to a large degree, as Facebook sacrifices core app monetization to drive usage/engagement of Stories. While shares are moving to the "penalty box," we believe after-hours trading already embeds model changes.

Reasons for optimism:

- Stories could help boost engagement. Given Facebook's emphasis on more engaging content, particularly with video, promoting Stories in News Feed could improve the durability of Facebook's revenue over the long term, and improve engagement trends, which according to our surveys, have declined this year.
- Facebook knows what it's doing. Given that the pivot towards Stories represents a material strategic shift from traditional newsfeed monetization, Facebook would not adopt this approach unless there was good visibility for engagement lift.
- If Instagram serves as a guide, monetization can ramp VERY quickly. This bodes well for recovering revenue growth in 2019.
- Advertiser ROI remains strong. Consistent with our checks, management indicated there is no indication from advertisers that the value proposition has diminished.

Reasons for skepticism:

- Stories may not translate to Facebook given different mobile use cases. Instagram's exclusively photo/video-oriented content lends better to Stories consumption than Facebook's more eclectic mix of text/link/photo/video content.
- Shift to Stories could mask underlying engagement softness. Some investors may view the pivot toward Stories as a referendum on the recent initiative to boost newsfeed engagement through other forms of community content.
- Investments in platform security accompanied by questions around model scalability.

**Scott W. Devitt, Stifel – "Total Reset; Major Management Credibility Rebuild Ahead But Damage Done" (Rating: Buy)**

Facebook just materially reset expectations while blaming currency, GDPR, privacy, stories, and the kitchen sink.

- Mark Zuckerberg has been talking and writing about fixing the business for months now and yet management is just now discussing its impact to financial results.
- In fact, management had previously suggested there may not be a connection between Mr. Zuckerberg's commentary and the advertising business. The company had every opportunity to begin to discuss these topics on the 1Q conference call but took a pass on it. It's infuriating, to be honest.
- We are sticking with the stock on the sell-off because the damage is likely done and there is a good business here despite management. Our Price Target drops back to $202. We, like most, will head to the penalty box to cool down for a bit.

**Eric J. Sheridan, UBS– "Taking a Break from Being Friends; Downgrade to Neutral" (Rating: Neutral)**

Mixed Quarter Brings Investor Debates Front & Center

- After a pronounced selloff in response to mgmt comments about forward growth & margin trajectory, we now see the risk/reward as balanced for FB going forward – strong momentum in Instagram measured against regulatory attention, investments to transform/protect ecosystem, & slowing engagement/more mature ad trends at core FB.
- The new growth drivers (Instagram, Watch, Stories, Messenger/WhatsApp, VR) frankly aren't big enough over the short/medium term to alter the decelerating growth & margin pressure profile of the P&L.
- We have seen the playbook of decelerating growth and margin pressure – normally a valuation argument built on the forward P/E multiple doesn't win out the day (perfect example was GOOG from '10-'13) esp. against a high absolute market cap.
- Where could we be wrong? – a valuation framework emerges if Street ests de-risk enough, ad growth surprises to upside and/or fears of opex/capex pressure prove to be unfounded.